# EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTORS AND THE BANKRUPTCY COURT

    For value received, the adequacy and sufficiency of which are hereby acknowledged, ▇▇▇▇▇ (the "Seller"), hereby unconditionally and irrevocably sells, transfers and assigns to 117 Partners Ltd (the "Buyer") 100% of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim, designated in the Bankruptcy Case (as defined below) as described below, that was asserted against FTX Trading Ltd. and its affiliated debtors (collectively, the "Debtors"), in the proceedings captioned *In re: FTX Trading Ltd., et al*, Case No. 22-11068 (JTD) (Jointly Administered) (the "Bankruptcy Case") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all other proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

| Claim No. | Schedule No. | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Document ID: 5d0a46363118782f484a80e69ef6bc2f463a7c41<br><br>Confirmation ID: 3265-70-EQMAV-372309016<br><br>FTX Account ID: 66857061<br><br>Scheduled ID: 221106806846148 | Schedule F Customer Code 02979271 | 100% of Seller's Claim | FTX Trading Ltd. | 22-11068 |

    Seller hereby waives any objection to the transfer of the claim to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as might be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the foregoing claim and recognizing Buyer as the sole owner and holder of the claim. Seller further directs the Debtors, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, are to be delivered or made to Buyer.

*(remainder of page blank)*

A-2

      IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 20 day of February, 2024.

**SELLER**:



**BUYER**:

**117 PARTNERS LTD**

By: _Thomas Braziel (Feb 20, 2024 15:51 GMT+1)_
Name: Thomas Braziel
Title: Managing General Partner

| 02979271 |  | LUNA2_LOCKED[724.4184421], TRX[.000777], USD[100072.60] |

A-2

| | |
|---|---|
| 02979271 | LUNA2_LOCKED[724.4184421], TRX[.000777], USD[100072.60] |

**Name of Transferor**

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor. To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and the Evidence of Transfer of Claim attached to this Notice of Transfer of Claim has been redacted to protect the identity of the Transferor. Upon written request, Transferee is prepared to provide a copy of the original signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and appropriate professionals.

A-3

NYACTIVE-22344257.9

**EXHIBIT B**

**POWER OF ATTORNEY**

<u>Re</u>:  FTX Trading Ltd. and its affiliated debtors (collectively, the "<u>Debtors</u>"), in the proceedings captioned *In re: FTX Trading Ltd., et al*, Case No. 22-11068 (JTD) (Jointly Administered) (the "<u>Bankruptcy Case</u>") in the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"), and the claim as described below (the "<u>Claim</u>"):

| Claim No. | Schedule No. | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Document ID: 5d0a46363118782f484a80e69ef6bc2f463a7c41<br><br>Confirmation ID: 3265-70-EQMAV-372309016<br><br>FTX Account ID: 66857061<br><br>Scheduled ID: 221106806846148 | Schedule F Customer Code 02979271 | 100% of Seller's Claim | FTX Trading Ltd. | 22-11068 |

In connection with that certain Claim Sale and Purchase Agreement, dated as of February 20, 2024, between ▉▉▉▉▉ ("<u>Seller</u>") and 117 Partners Ltd ("<u>Buyer</u>"), Seller hereby authorizes Buyer, as attorney in fact and with full power of substitution, to take the following actions with respect to the Claim:

(i) demand, sue for, compromise and recover all such amounts which are, or may hereafter become, due and payable for or on account of the Claim, including without limitation with respect to any foreign or domestic forfeiture fund or other restitution or restoration processes affecting the Claim;

(ii) exercise any voting rights or other remedies relating to the Claim;

(iii) attend any meetings, calls or presentations of the Debtors in the place of Seller;

(iv) receive all notices, dividends and distributions or other payments in connection with the Claim;

(v) make any changes to Seller's FTX account relating to the Claim; and

(vi) take any and all other action and execute any and all documents and instruments that it considers necessary or useful in connection with the Claim, including without limitation to substitute Buyer for Seller as the holder of the Claim, or otherwise.

**SELLER**:



B-1

B-2

**BUYER:**

**117 PARTNERS LTD** , as Buyer

By: _____
Thomas Braziel (Feb 20, 2024 15:51 GMT+1)
Name: Thomas Braziel
Title: Managing General Partner

B-2