**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| FTX Trading Ltd. | ) Case No. 22-11068 |
| Debtor. | ) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Hain Capital Investors Master Fund, LTD** | **Colormatics, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Last known address:

**Hain Capital Investors Master Fund, LTD
301 Route 17 North, Suite 816A
Rutherford, NJ 07070**

**Colormatics, LLC
823 W 2nd Ave
Spokane, WA 99201**

Scheduled Claim Amount: $982,013.10
Proof of Claim #: 4446, 4505, 4701, 4844, 4874, 4880, 4892, 4896, and 4921
Proof of Claim Amount: $621,456.35
Proof of Claim File Date: 6/30/2023

Phone: (201) 896 - 6100
Last Four Digits of Acct #:

Phone: (509) 381-6024
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   Keenan Austin                    Date:   2/26/2024
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Local Form 138

# EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Colormatics LLC** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Hain Capital Investors Master Fund, Ltd ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) scheduled in the amount of $982,013.10 and associated with Claim Numbers **4446, 4505, 4701, 4844, 4874, 4880, 4892, 4896,** and **4921** against **FTX Trading Ltd., et al** ( (the "Debtor"), Chapter 11 Case jointly administered under case No. **22-11068** United States Bankruptcy Court for the District of **Delaware** (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim.  Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 21 day of FEBRUARY 2024.

**COLORMATICS, LLC**

By: _(signature)_
Name: Sean Jaques
Title: Chief Operating Officer

**HAIN CAPITAL INVESTORS MASTER FUND, LTD**
By Koltai & Company Advisors, LLC

By: _(signature)_
Name:
Title: