**United States Bankruptcy Court**
**District of Delaware**

In re: FTX Trading Ltd., *et al.*   Case No. 22-11068 (JTD) (Jointly Administered)

**TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| **OAKTREE VALUE OPPORTUNITIES FUND HOLDINGS, L.P.** | Redacted |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to Transferee should be sent: | Claim Amount Transferred: 100% of Claims, plus all interest, fees and other recoveries due |
| Oaktree Value Opportunities Fund Holdings, L.P.<br>1301 Avenue of the Americas, 34th Floor<br>New York, NY 10019<br>Attention: Colin McLafferty | Confidential Creditor with Unique Customer Code: 01529085<br><br>Name and Address where notices to Transferor should be sent: <u>Address on file</u> |

| Schedule/Claim No. | Creditor Reference/Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| FTX Trading Ltd. Schedule F (Docket No. 6297) See attached Excerpt | 01529085 | 100% | FTX Trading Ltd. | 22-11068 |
| Claim No. 1599 (submitted on or about April 12, 2023) and Claim No. 85316 amended claim (submitted on September 27, 2023) | Redacted | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**OAKTREE VALUE OPPORTUNITIES FUND HOLDINGS, L.P.**
**By:   Oaktree Value Opportunities Fund GP, L.P.**
**Its:   General Partner**
**By:   Oaktree Value Opportunities Fund GP Ltd.**
**Its:   General Partner**
**By:   Oaktree Capital Management, L.P.**
**Its:   Director**

By: *Colin McLafferty* (DocuSigned)   Date: 2/26/24
Name:
Title:

By: *Steve Tesoriere* (DocuSigned)   Date: 2/26/24
Name:
Title:

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

7005997.1

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, District of Delaware

Redacted (with Unique Customer Code: 01529085 and FTX Account ID (32887865) ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Assignment of Claim dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Oaktree Value Opportunities Fund Holdings, L.P. ("**Buyer**"), **100%** of all Seller's right, title and interest in and to the claims of Seller against FTX Trading Ltd. in the bankruptcy case entitled *In re: FTX Trading Ltd., et al.*, Case No. 22-11068 (JTD) (Jointly Administered) and pending in the United States Bankruptcy Court, District of Delaware, Case No. 22-11068 (JTD) (Jointly Administered), which claims are docketed as Claim No. **1599 (**and the related amended proof of claim submitted on September 27, 2023[1]) and identified on Schedule F of FTX Trading Ltd. under no. 01529085 (collectively, the "**Claim**").  (See attached Excerpt)

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 21 day of November, 2023.

Redacted

By: Redacted
Name:
Title:

BUYER:

**OAKTREE VALUE OPPORTUNITIES FUND HOLDINGS, L.P.**
**By:**	**Oaktree Value Opportunities Fund GP, L.P.**
**Its:**	**General Partner**
**By:**	**Oaktree Value Opportunities Fund GP Ltd.**
**Its:**	**General Partner**
**By:**	**Oaktree Capital Management, L.P.**
**Its:**	**Director**


By: _____
Name:
Title:

By: _____
Name:
Title:

---

[1] As of the date hereof, the amended proof of claim has not yet been assigned a Claim No.

17

6955179.2

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, District of Delaware

Redacted (with Unique Customer Code: 01529085 and FTX Account ID (32887865) ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Assignment of Claim dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Oaktree Value Opportunities Fund Holdings, L.P. ("**Buyer**"), **100%** of all Seller's right, title and interest in and to the claims of Seller against FTX Trading Ltd. in the bankruptcy case entitled *In re: FTX Trading Ltd., et al.*, Case No. 22-11068 (JTD) (Jointly Administered) and pending in the United States Bankruptcy Court, District of Delaware, Case No. 22-11068 (JTD) (Jointly Administered), which claims are docketed as Claim No. **1599** (and the related amended proof of claim submitted on September 27, 2023[1]) and identified on Schedule F of FTX Trading Ltd. under no. 01529085 (collectively, the "**Claim**").(See attached Excerpt)

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 21 day of November, 2023.

Redacted

By: _____
Name: Redacted
Title: Redacted

BUYER:

**OAKTREE VALUE OPPORTUNITIES FUND HOLDINGS, L.P.**
By:   Oaktree Value Opportunities Fund GP, L.P.
Its:   General Partner
By:   Oaktree Value Opportunities Fund GP Ltd.
Its:   General Partner
By:   Oaktree Capital Management, L.P.
Its:   Director

By: *Colin McLafferty*
Name: Colin McLafferty
Title: Vice President

By: *[signature]*
Name: Steven Tesoriere
Title: Managing Director

---

[1] As of the date hereof, the amended proof of claim has not yet been assigned a Claim No.

6955179.2

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

[SCREENSHOT/EXCERPT OF SCHEDULE]

# Creditor Data Details - Claim # 1599

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
04/12/2023

**Claim Number**
1599
**Schedule Number**
n/a
**Confirmation ID**
n/a

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | $19,770,211.88 | U | $19,770,211.88 | Asserted |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | $19,770,211.88 | | $19,770,211.88 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

# Creditor Data Details - Claim # 85316

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
09/28/2023

**Claim Number**
85316
**Schedule Number**
n/a
**Confirmation ID**
n/a

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | Unliquidated | U | $0.00 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | $0.00 | | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Amended Customer Claim Schedule (January 23, 2024)

| | | | | |
|---|---|---|---|---|
| 01/29/085 | | AAVE-PERP[0], APT-PERP[0], ATOM[1], ATOM-PERP[0], AVAX[2], BNB[1], BTC[0.01120000], BTC-PERP[0], CEL-0930[0], CEL-PERP[0], CHZ-PERP[0], COMP-PERP[0], CRV-PERP[0], DOT-0930[0], DOT[2], DOT-PERP[0], ETC-PERP[0], ETH-0930[0], ETH-1230[0], ETH[290.959], ETH-PERP[0], FXS[.06252743], FXS-PERP[0], LDO-PERP[0], LINK[1164.1], LINK-PERP[0], LUNA2[91.847562], LUNA2_LOCKED[214.310978], LUNC[20000000], MATIC-PERP[0], MKR-PERP[0], NEAR-PERP[0], RSR-PERP[0], SOL-PERP[0], TRX[698], TRX-PERP[0], USD[19377590.88], USDT[15100], XRP-PERP[0] | | |