# SCHEDULE 1

## No Liability Portal Claims

4893-5809-6538 v.2

**FTX Trading Ltd. 22-11068 (JTD)**
**Thirteenth Omnibus Claims Objection**
**Schedule 1 - No Liability Claims**

| | | Asserted Claims | | |
|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| 87773 | Name on file | West Realm Shires Services Inc. | BNB | 60,000.000000000000000 |
| | | | BTC | 8,000,000,000.000000000000000 |
| | | | ETH | 80,000.000000000000000 |
| | | | EUR | 30,000.000000000000000 |
| | | | USD | 50,000.000000000000000 |
| | | | USDT | 180,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 78052 | Name on file | FTX EU Ltd. | BTC | 125.000000000000000 |
| | | | ETH | 220.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 62072 | Name on file | FTX EU Ltd. | USD | 5,420,560.390000000000000 |
| | | | USDC | 330,000,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 89472 | Name on file | FTX Trading Ltd. | BAT | 50,000.000000000000000 |
| | | | BCH | 8,122,007.000000000000000 |
| | | | BNB | 15,000,000.000000000000000 |
| | | | BTC | 8,122,007.000000000000000 |
| | | | CUSDT | 5,000,000.000000000000000 |
| | | | ETH | 50,000.000000000000000 |
| | | | EUR | 1,000,000,000.000000000000000 |
| | | | ICP | 50,000,000.000000000000000 |

**Asserted Claims**

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| | | | LTC | 15,000.000000000000000 |
| | | | USD | 25,000,000.000000000000000 |
| | | | USDT | 5,000,000.000000000000000 |
| | | | XOF | 50,000,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 53839 | Name on file | FTX Trading Ltd. | BNB | 87,000.000000000000000 |
| | | | USDT | 87,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 29859 | Name on file | West Realm Shires Services Inc. | AAVE | 1,000,000.000000000000000 |
| | | | ADABULL | 1,000,000.000000000000000 |
| | | | AKRO | 1,000,000.000000000000000 |
| | | | APE | 1,000,000.000000000000000 |
| | | | ATLAS | 1,000,000.000000000000000 |
| | | | ATOM | 1,000,000.000000000000000 |
| | | | AURY | 1,000,000.000000000000000 |
| | | | AVAX | 1,000,000.000000000000000 |
| | | | BAO | 1,000,000.000000000000000 |
| | | | BAT | 1,000,000.000000000000000 |
| | | | BCH | 500,000.000000000000000 |
| | | | BNB | 1,000,000.000000000000000 |
| | | | BRZ | 1,000,000.000000000000000 |
| | | | BTC | 50,000.000000000000000 |
| | | | BULL | 1,000,000.000000000000000 |
| | | | CEL | 1,000,000.000000000000000 |
| | | | CHZ | 1,000,000.000000000000000 |
| | | | COPE | 1,000,000.000000000000000 |
| | | | CRO | 1,000,000.000000000000000 |
| | | | CUSDT | 1,000,000.000000000000000 |

| | | Asserted Claims | | |
|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| | | | DENT | 1,000,000.000000000000000 |
| | | | DOGE | 1,000,000.000000000000000 |
| | | | DOGEBULL | 1,000,000.000000000000000 |
| | | | DOT | 1,000,000.000000000000000 |
| | | | ETH | 1,000,000.000000000000000 |
| | | | ETHBULL | 1,000,000.000000000000000 |
| | | | ETHW | 1,000,000.000000000000000 |
| | | | EUR | 3,000,000,000.000000000000000 |
| | | | FTM | 1,000,000.000000000000000 |
| | | | FTT | 1,000,000.000000000000000 |
| | | | GALA | 1,000,000.000000000000000 |
| | | | GRT | 1,000,000.000000000000000 |
| | | | IMX | 1,000,000.000000000000000 |
| | | | KIN | 1,000,000.000000000000000 |
| | | | LINK | 1,000,000.000000000000000 |
| | | | LTC | 1,000,000.000000000000000 |
| | | | LUNA2 | 1,000,000.000000000000000 |
| | | | LUNC | 1,000,000.000000000000000 |
| | | | MANA | 1,000,000.000000000000000 |
| | | | MATIC | 100,000.000000000000000 |
| | | | POLIS | 1,000,000.000000000000000 |
| | | | RAY | 100,000.000000000000000 |
| | | | RSR | 1,000,000.000000000000000 |
| | | | RUNE | 1,000,000.000000000000000 |
| | | | SAND | 1,000,000.000000000000000 |
| | | | SHIB | 1,000,000.000000000000000 |
| | | | SOL | 1,000,000.000000000000000 |
| | | | SPELL | 1,000,000.000000000000000 |
| | | | SRM | 1,000,000.000000000000000 |
| | | | STEP | 1,000,000.000000000000000 |
| | | | SUSHI | 1,000,000.000000000000000 |
| | | | SXP | 1,000,000.000000000000000 |
| | | | TONCOIN | 1,000,000.000000000000000 |
| | | | TRX | 1,000,000.000000000000000 |

**Asserted Claims**

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| | | | UBXT | 1,000,000.000000000000000 |
| | | | UNI | 1,000,000.000000000000000 |
| | | | USD | 8,000,000,000.000000000000000 |
| | | | USDC | 1,000,000.000000000000000 |
| | | | USDT | 1,000,000.000000000000000 |
| | | | USTC | 1,000,000.000000000000000 |
| | | | XRP | 1,000,000.000000000000000 |
| | | | XRPBULL | 1,000,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 51389 | Name on file | FTX Trading Ltd. | USD | 1,000,000,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 58601 | Name on file | West Realm Shires Services Inc. | BTC | 2,000.000000000000000 |
| | | | USD | 2,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 51523 | Name on file | West Realm Shires Services Inc. | BTC | 1,000.000000000000000 |
| | | | USD | 1,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 88790 | Name on file | West Realm Shires Services Inc. | USD | 1,173,750.170000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | Asserted Claims | | |
|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| 49514 | Name on file | FTX Trading Ltd. | ATOM | 1,000.000000000000000 |
| | | | AURY | 10,000.000000000000000 |
| | | | AVAX | 15,000.000000000000000 |
| | | | BNB | 10,000.000000000000000 |
| | | | BTC | 4.000000000000000 |
| | | | DOGE | 100,000.000000000000000 |
| | | | ETHBULL | 50,000.000000000000000 |
| | | | ETHW | 10,000.000000000000000 |
| | | | GALA | 15,000.000000000000000 |
| | | | LTC | 5,000.000000000000000 |
| | | | SHIB | 500,000,000.000000000000000 |
| | | | USD | 165,133.000000000000000 |
| | | | USDC | 15,000.000000000000000 |
| | | | USDT | 10,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 17268 | Name on file | FTX Trading Ltd. | ADABULL | 2,000.000000000000000 |
| | | | ATOM | 100,000.000000000000000 |
| | | | BTC | 5.000000000000000 |
| | | | BULL | 3.000000000000000 |
| | | | DOGE | 100,000.000000000000000 |
| | | | DOGEBULL | 50,000.000000000000000 |
| | | | ETH | 20,000.000000000000000 |
| | | | ETHBULL | 2,000.000000000000000 |
| | | | FTT | 1,000,000.000000000000000 |
| | | | MATIC | 200,000.000000000000000 |
| | | | SHIB | 250,000,000.000000000000000 |
| | | | XRP | 200,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

## Asserted Claims

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 14762 | Name on file | FTX Trading Ltd. | BTC | 300.000000000000000 |
|  |  |  | BULL | 12,000.000000000000000 |
|  |  |  | USD | 1,200.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 19694 | Name on file | FTX Trading Ltd. | BTC | 13.100000000000000 |
|  |  |  | BULL | 23.130000000000000 |
|  |  |  | ETH | 1,986.000000000000000 |
|  |  |  | ETHBULL | 2,160.000000000000000 |
|  |  |  | USD | 2,395,121.600000000000000 |
|  |  |  | USDC | 239,512.600000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 87592 | Name on file | FTX Trading Ltd. | BNB | 1,000.000000000000000 |
|  |  |  | BTC | 2.000000000000000 |
|  |  |  | CRO | 1,000.000000000000000 |
|  |  |  | ETH | 2,000.000000000000000 |
|  |  |  | FTT | 10,000.000000000000000 |
|  |  |  | SHIB | 5,000.000000000000000 |
|  |  |  | USD | 1,500.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 52552 | Name on file | FTX Trading Ltd. | BULL | 1,200.000000000000000 |
|  |  |  | ETH | 850.000000000000000 |
|  |  |  | ETHBULL | 800.000000000000000 |

| | | Asserted Claims | | |
|---|---|---|---|---|
| **Claim Number** | **Name** | **Debtor** | **Tickers** | **Ticker Quantity** |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 22901 | Name on file | West Realm Shires Services Inc. | BCH | 36,467.000000000000000 |
| | | | BNB | 45,759.000000000000000 |
| | | | BTC | 964,580.000000000000000 |
| | | | BULL | 20,000.000000000000000 |
| | | | CRO | 79,868.000000000000000 |
| | | | DOT | 46.000000000000000 |
| | | | FTT | 497,855.000000000000000 |
| | | | SAND | 887.000000000000000 |
| | | | SHIB | 724.000000000000000 |
| | | | SOL | 488.000000000000000 |
| | | | USD | 400,000.000000000000000 |
| | | | USDC | 75,089.000000000000000 |
| | | | USDT | 7,988,428.000000000000000 |
| | | | XRP | 867.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 61453 | Name on file | FTX Trading Ltd. | BTC | 46.524154000000000 |
| | | | BULL | 201.436664600000000 |
| | | | ETH | 23.463343100000000 |
| | | | ETHBULL | 16.343666100000000 |
| | | | FTT | 212.463339400000000 |
| | | | LTC | 103.000000000000000 |
| | | | USD | 13,226,752,275.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 60875 | Name on file | FTX EU Ltd. | BULL | 108,620.110000000000000 |

| | | Asserted Claims | | |
|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 88251 | Name on file | FTX EU Ltd. | USDC | 122,168,372.000000000000000 |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 36675 | Name on file | West Realm Shires Services Inc. | ETH<br>USD | 30,000.000000000000000<br>1,400.000000000000000 |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 17892 | Name on file | FTX Trading Ltd. | ETH | 3,567.090000000000000 |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 35101 | Name on file | FTX Trading Ltd. | ATOM<br>BCH<br>BTC<br>CRO<br>ETHBULL<br>SOL<br>USDT | 25.000000000000000<br>100.000000000000000<br>100.000000000000000<br>50.000000000000000<br>10.000000000000000<br>5.000000000000000<br>15.000000000000000 |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 46483 | Name on file | West Realm Shires Services Inc. | BTC | 10,000.000000000000000 |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| | | **Asserted Claims** | | |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 88711 | Name on file | FTX Trading Ltd. | 38.0582.7472 | 5.000358100000000 |
| | | | 60.4603.430 | 4,457.086519070000000 |
| | | | 80.:8494.360 | 59.958437773000000 |
| | | | 89.5384. | 7.000026900000000 |
| | | | AAVE | 34.737700000000000 |
| | | | ADABULL | 49,548,467.000000000000000 |
| | | | AKRO | 268.470056800000000 |
| | | | APE | 730.537937000000000 |
| | | | ATLAS | 5,658.259700000000000 |
| | | | ATOM | 64.764396730000000 |
| | | | AURY | 468.689064000000000 |
| | | | AVAX | 368.869646300000000 |
| | | | BAO | 3,764.892573930000000 |
| | | | BAT | 3,538.027453790000000 |
| | | | BCH | 8.300030060000000 |
| | | | BNB | 193.780000000000000 |
| | | | BRZ | 5.209657000000000 |
| | | | BTC | 0.060589253700000 |
| | | | BULL | 194.000482670000000 |
| | | | CEL | 373.867200000000000 |
| | | | CHZ | 65.953563000000000 |
| | | | COPE | 94.948040000000000 |
| | | | CRO | 47,907,327,894.000000000000000 |
| | | | CUSDT | 34.857480000000000 |
| | | | DENT | 83.848500000000000 |
| | | | DOGE | 6.844645000000000 |
| | | | DOGEBULL | 462.682840000000000 |
| | | | DOT | 58.830050000000000 |
| | | | ETH | 4.463630000000000 |
| | | | ETHBULL | 23.005395284000000 |
| | | | ETHW | 73.793254000000000 |

| | | Asserted Claims | | |
|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| | | | FTM | 8.268800000000000 |
| | | | FTT | 3.927960000000000 |
| | | | GALA | 4.581379200000000 |
| | | | GRT | 296,327.740000000000000 |
| | | | IMX | 74.000035000000000 |
| | | | KIN | 557.780002700000000 |
| | | | LINK | 568.458200000000000 |
| | | | LTC | 9.494274004600000 |
| | | | LUNA2 | 8,664.063760000000000 |
| | | | LUNC | 6.840036003800000 |
| | | | MANA | 25,950.000000000000000 |
| | | | MATIC | 4.305400453000000 |
| | | | POLIS | 47.050004000000000 |
| | | | RAY | 4,065.004850000000000 |
| | | | RSR | 8.805900000000000 |
| | | | RUNE | 4,443.799939300000000 |
| | | | SAND | 46.673300600000000 |
| | | | SHIB | 465.068830000000000 |
| | | | SOL | 267.478920064000000 |
| | | | SPELL | 66.649650000000000 |
| | | | SRM | 79.542704800000000 |
| | | | STEP | 8,479.467070400000000 |
| | | | SUSHI | 14.663802579000000 |
| | | | SXP | 26.062790680000000 |
| | | | TONCOIN | 46.925882550400000 |
| | | | TRX | 44.003678037000000 |
| | | | UBXT | 54.954929563000000 |
| | | | UNI | 3.794689036400000 |
| | | | USDC | 46.790269724000000 |
| | | | USDT | 469.470572800000000 |
| | | | USTC | 448.037054738000000 |
| | | | XRP | 4,284.964592000000000 |
| | | | XRPBULL | 66,774,685.000000000000000 |

| | | **Asserted Claims** | | |
|---|---|---|---|---|
| **Claim Number** | **Name** | **Debtor** | **Tickers** | **Ticker Quantity** |
| 82991 | Name on file | FTX Trading Ltd. | BRZ | 44,634,051.000000000000000 |
| | | | BTC | 5.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 54930 | Name on file | FTX Trading Ltd. | ETH | 3,280,300.000000000000000 |
| | | | SOL | 539,594.000000000000000 |
| | | | USD | 3,725,751.000000000000000 |
| | | | USDC | 2,858,064.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 19630 | Name on file | FTX Trading Ltd. | AUD | 4,000.000000000000000 |
| | | | BTC | 1,378.060000000000000 |
| | | | CARDANO | 128.790000000000000 |
| | | | ETH | 475.710000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 70846 | Name on file | FTX EU Ltd. | BTC | 955.000000000000000 |
| | | | ETH | 613.000000000000000 |
| | | | EUR | 1,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | Asserted Claims | |
|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| 21958 | Name on file | FTX Trading Ltd. | ADABULL | 131.000000000000000 |
| | | | BTC | 0.991400000000000 |
| | | | BULL | 0.851000000000000 |
| | | | DOGEBULL | 10,054.000000000000000 |
| | | | DOT | 1,134.000000000000000 |
| | | | ETHBULL | 2.717000000000000 |
| | | | LTC | 45,455.000000000000000 |
| | | | SHIB | 9,999,929,175.000000000000000 |
| | | | USD | 7,715.530000000000000 |
| | | | USDC | 35,881.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.