## SCHEDULE 2

**No Liability Non-Portal Claims**

.
No Liability
Schedule 2

| | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | Name on File<br>Address on File | 07/25/2023 | 22-11068 (JTD)<br>FTX Trading Ltd. | 5730 | $4,090,000.00* | The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. |
| 2 | Name on File<br>Address on File | 03/22/2023 | 22-11068 (JTD)<br>FTX Trading Ltd. | 1327 | $2,000,000.00 | The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. |
| 3 | Name on File<br>Address on File | 09/29/2023 | 22-11068 (JTD)<br>FTX Trading Ltd. | 85234 | $700,000.00* | The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. |
| 4 | Name on File<br>Address on File | 05/15/2023 | 22-11068 (JTD)<br>FTX Trading Ltd. | 1910 | $4,274,302.50 | The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. |
| 5 | Name on File<br>Address on File | 02/13/2023 | 22-11068 (JTD)<br>FTX Trading Ltd. | 848 | $2,000,000.00 | The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. |
| 6 | Name on File<br>Address on File | 10/23/2023 | 22-11068 (JTD)<br>FTX Trading Ltd. | 88233 | $201,237,611.00* | The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. |
| 7 | Name on File<br>Address on File | 10/23/2023 | 22-11068 (JTD)<br>FTX Trading Ltd. | 88303 | $222,328,891.00 | The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. |

*Indicates claim contains unliquidated and/or undetermined amounts

No Liability
Schedule 2

| | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 8 | Name on File<br>Address on File | 06/26/2023 | 22-11068 (JTD)<br>FTX Trading Ltd. | 2530 | $1,659,144.39 | The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. |
| 9 | Name on File<br>Address on File<br><br>Transferred to: BC Racing, LLC as Transferee of Name on File<br>Transferor: John Arditba Tan<br>Attn: Juliana Leite, Esq.<br>950 Brickell Bay Dr #3906<br>Miami, FL 33131 | 01/13/2023 | 22-11068 (JTD)<br>FTX Trading Ltd. | 421 | $2,471,892.95 | The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. |
| 10 | Name on File<br>Address on File | 06/26/2023 | 22-11068 (JTD)<br>FTX Trading Ltd. | 2525 | $801,782.00 | The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. |
| 11 | Name on File<br>Address on File | 03/20/2023 | 22-11068 (JTD)<br>FTX Trading Ltd. | 1312 | $1,499,550.00 | The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. |
| 12 | Name on File<br>Address on File | 03/20/2023 | 22-11068 (JTD)<br>FTX Trading Ltd. | 1390 | $1,149,885.00 | The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. |
| | | | | TOTAL | $444,213,058.84* | |

*Indicates claim contains unliquidated and/or undetermined amounts