**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>FTX Trading LTD., *et al.,*<br><br>                                Debtors | Chapter 11<br><br>No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Name(Redacted)**

Name of Transferee:

**Azure Distressed Opportunities Corporation**

Name and Current Address of Transferor:

**Name (Redacted)**

Name and Address where notices and payments to transferee should be sent:

**Azure Distressed Opportunities Corporation**
Attn: Ngeow Wu Tien
4th Floor, Harbour Palace 103 South Church Street, Grand Cayman, Ky1-1002
Cayman Islands
Email: claims@aztide.com

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Unique Customer Code: 02415476 Claim Number: 51407 (Confirmation ID: 3265-70-KNTPT-364601898) | Name (Redacted) | as stated on Schedule F/G (below) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____     Date: 26 February 2024
Transferee/Transferee's Agent

## Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

## Schedule F

**REFERENCE THE GLOBAL NOTES ATTACHED TO EACH OF THE DEBTORS' SCHEDULES AND STATEMENTS AND RESERVE ALL RIGHTS.**

To view all of the Debtors' Schedules and Statements, as well as the Global Notes, please visit https://restructuring.ra.kroll.com/FTX and navigate to the "Schedules & SOFA" page under "Quick Links." Standalone excerpts of the customer data can be found under "Customer Schedules."

**Your Unique Customer Code is 02415476**
**Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:**

DFL[0.0000000026450640]
ETH[19.7214355127499733]
ETHW[0.0004355127499733]
FTT[0.1034522428383540]
IMX[0.0000000043034524]
LUNA2[0.0255080835200000]
LUNA2_LOCKED[0.0595188615400000]
NFT (388592532628707202)[1]
SOL[0.0000000089106563]
USD[1006.2806182724399411]

## Schedule G

FTX Trading Ltd.    22-11068 (JTD)

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat to Lend |
|---|---|---|---|---|
| 02415521 | | SPELL[160.18494781] | | |
| 02415522 | | FTT[4.65942288], USD[0.00] | | |
| 02415524 | | FTT[0], MNGO[9968.548], USD[0.00] | | |
| 02415527 | | BTC[0.00003263], TRX[.000001], USD[7][0.00049693] | | |
| 02415532 | | BTC[2.01898495], ETH[.98709089], ETH[48].99769993, USD[1.62] | | |
| 02415542 | | FTT[1], FTT-PERP[0], SPELL[2906.4], TRX[.000001], USD[0.97], USD[7][0] | | |
| 02415545 | Contingent | AAVE[.00000802], AKRO[3], BAO[2], EUR[1.84], KIN[0], LUNA2[0.00122617], LUNA2_LOCKED[0.00266936], LUNC[287.95651744], MATIC[0.04642549], TRX[.56245453], USD[0.00], XRP[0] | Yes | |
| 02415546 | | TRX[.00000001], USD[0.01], USD[7][0] | | |
| 02415547 | | TRX[.000001] | | |
| 02415567 | | USD[0.00] | | |
| 02415569 | | AUF[124.59899591], END[0], GENE[0], USD[0.23], USD[7][0] | | |
| 02415580 | | ATLAS[0], AURY[4.89791], IMX[.566073], POL[0.097844], SOL[.46073998], USD[1.13] | | |
| 02415582 | | USD[0.04] | | |
| 02415587 | | USD[73741.78411333] | Yes | |
| 02415590 | | AI[0-PERP][0], BTC-PERP[0], CHR-PERP[0], CHZ-PERP[0], FTT[.29716034], LRC-PERP[0], MANA-PERP[0], NFT (385352136781217964/FTX AU – we are here! #43555)[1], NFT (465347536513984137/FTX AU – we are here! #43551)[1], SAND-PERP[0], USD[0.00], USD[7][0], XRP[0001]0], XRP-PERP[0] | | |
| 02415566 | | AVAX[120], BTC[1.34848], CRO[5.1], DOT[100], ETH[0], ETH[48].FTM[7406.9], FTT[56.99], LUNC-PERP[0], MATIC[2000], SOL[20], USD[1203.17] | | |
| 02415605 | Contingent | ETH[0].54096940, LUNA2[0.00039501], LUNA2_LOCKED[0.00056674], LUNC[80.42] | | |
| 02415605 | Contingent, Disputed | BTC[.00002749] | | |
| 02415607 | | SHIB-PERP[0], USD[51.57] | | |
| 02415616 | | AAVE-PERP[0], ADA-PERP[0], ANC-PERP[0], APE-PERP[0], APT-PERP[0], ATOM-PERP[0], AVAX-PERP[0], BNB-PERP[0], CEL-PERP[0], DEFI-PERP[0], DOT-PERP[0], GYOX-PERP[0], ETH[0], ETH-PERP[0], FTT[28.14431966], FTT-PERP[0], GALA-PERP[0], GRT[.17447434], LUNC-PERP[0], MANA[.65037120], MANA-PERP[0], MATIC-PERP[0], NEAR-PERP[0], OP-PERP[0], PERP[190.29618], SAND-PERP[0], SOFT-PERP[0], SNX-PERP[0], SOL[3.40311113], SOL-PERP[0], TRX[.001464], TRX-PERP[0], USD[1120.03], USD[7][140.10748638], WAVES-PERP[0], XRP-PERP[0], ZEC-PERP[0], ZIL-PERP[0] | | |
| 02415419 | | USD[0.00] | | |
| 02415423 | | BTC[0.01105700], TRX[.000001], USD[7][0.00003798] | | |
| 02415432 | | BAO[4], KIN[0], TRX[.000028], USD[0.00], USD[7][0.00001334] | Yes | |
| 02415433 | | BTC[.0002], SHIB[1200000], USD[2.47], USD[7][0] | | |
| 02415436 | | ETH-PERP[0], FTT[0], GALA[1508.678], LOOK[0.6662], STEP[.03378], STEP-PERP[0], USD[140.01] | | |
| 02415441 | | BTC[0.00000056], EUR[164.00], USD[0.00] | | |
| 02415444 | | BAT[.5158], BTC[0], STOR[0.06528], TRX[0], USD[0.00], USD[7][0] | | |
| 02415447 | | USD[1.09] | Yes | |
| 02415451 | Contingent | DOGE[0], EN[0], ETH[.595], ETH[48].945], FTT[1.06147845], GRT[0], MATIC[10], SHIB[10000000], SOL[10.24906016], SRM[140.69007833], SRM_LOCKED[0.04059946], USD[0.94] | | |
| 02415454 | | FTT[0.00242303], USD[0.45], USD[7][811.95760200] | | |
| 02415455 | | USD[0.00] | | |
| 02415470 | Contingent | ALGO-PERP[0], GFL[0], ETH[24.72143510], ETH[48][0.03043351], FTT[0.10346524], INV[0], LUNA2[0.02093908], LUNA2_LOCKED[0.02501565], NFT (386562032828792189/Friend Friends PROMO)[1], SOL[0].1202400061 | | |
| 02415480 | | BTC[.0014], USD[7][2.4643521], XRP[100] | | |