**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>Re:  D.I. 176, 7909 |

**NOTICE OF APPOINTMENT OF EXAMINER**

To:   Robert J. Cleary, Esq.
      PATTERSON BELKNAP
       WEBB & TYLER LLP
      1133 Avenue of the Americas
      New York NY  10036

    Pursuant to the Order of this Court entered on February 23, 2024, directing the United States Trustee to appoint an examiner in the above-captioned cases, the United States Trustee hereby appoints Robert J. Cleary to serve as the examiner, subject to Court approval.

Dated:  February 27, 2024
        Wilmington, Delaware

**ANDREW R. VARA**
**UNITED STATES TRUSTEE,**
**REGIONS 3 and 9**

By:  */s/ Joseph J. McMahon, Jr.*
Joseph J. McMahon, Jr.
Assistant United States Trustee
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
(302) 573-6497 (Fax)