# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>Re:  D.I. 176, 7909<br><br>Hearing Date: March 20, 2024, at 10:00 a.m. (ET)<br>Obj. Deadline: March 13, 2024, at 4:00 p.m. (ET) |

## NOTICE OF (I) APPLICATION OF UNITED STATES TRUSTEE FOR ORDER APPROVING APPOINTMENT OF ROBERT J. CLEARY, ESQ. AS EXAMINER; (II) MOTION FOR ENTRY OF ORDER (A) ESTABLISHING SCOPE, COST, DEGREE, AND DURATION OF INITIAL PHASE OF EXAMINATION AND (B) GRANTING RELATED RELIEF; AND (III) MOTION TO FILE CERTAIN INFORMATION REGARDING POTENTIAL PARTIES IN INTEREST UNDER SEAL

**PLEASE TAKE NOTICE** that on February 27, 2024, Andrew R. Vara, the United States Trustee for Region 3, filed the attached *(I) Application of the United States Trustee for Order Approving Appointment of Robert J. Cleary, Esq. as Examiner; (II) Motion for Entry of an Order (A) Establishing the Scope, Cost, Degree, and Duration of Initial Phase of Examination and (B) Granting Related Relief; and (III) Motion to File Certain Information Regarding Potential Parties in Interest Under Seal* (the "Application/Motion") in the above-captioned cases in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application/Motion will be held on **March 20, 2024 at 10:00 a.m**. **ET** before the Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Application/Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, Third Floor, Wilmington, Delaware 19801, and served upon the undersigned, so as to be received on or before **March 13, 2024 at 4:00 p.m. ET**.

**ANDREW R. VARA**
**UNITED STATES TRUSTEE,**
**REGIONS 3 & 9**

By: */s/ Benjamin Hackman*
Benjamin A. Hackman
Linda Richenderfer (DE #4138)
Jonathan Lipshie
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
(302) 573-6497 (Fax)
benjamin.a.hackman@usdoj.gov
linda.richenderfer@usdoj.gov
jon.lipshie@usdoj.gov