**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX Trading Ltd., *et al.*, | ) | Case No. 22-11068 (JTD) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**[Redacted]**
_____

Name of Transferor

**Terrapin International Foundation**
_____

Name of Transferee

Name and current address of transferor:

Name and address where notices and payments to transferee should be sent:

**[Redacted]**

**Hugh Karp
Duplex No. 6 Obarrio
Calle 61, Panama**

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No.: 10209<br>Schedule No.: 6848991<br>Customer ID: 00150955<br>EPOC Confirmation ID No.:<br>3265-70-EFKGJ-599619102 | [Redacted] | As stated on Debtors' Schedule F-1 (below) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____    Date: 2/27/2024_____

*Hugh Karp*

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 00150931 | | ADA[ -0.00229122], BNB[ -0.00067807], BTC[.000006], EOS[ -0.00138874], HT[62.86318495], LEO[ -0.00454], USD[81576.00], USDT[0], USDT-PERP[0] | | |
| 00150934 | | 1INCH-PERP[0], ADA-PERP[0], ALGO-20210625[0], ALGOMOON[1000], ALGO-PERP[0], ALPHA[.849], ALPHA-PERP[0], ATOM-PERP[0], AVAX-PERP[0], BAL-PERP[0], BCHMOON[2500], BSVMOON[10], BTC-PERP[0], COPE[.473645], DOGE-20210326[0], DOGE-20210625[0], DOGE[5], DOGE-PERP[0], DOT-PERP[0], EOSMOON[100], EOS-PERP[0], ETH-20210326[0], ETHMOON[250], ETH-PERP[0], FIL-PERP[0], FLM-PERP[0], FTT[0.02355488], GRT-PERP[0], KSM-PERP[0], LINK-PERP[0], LTC-PERP[0], NEO-PERP[0], ONT-PERP[0], RAY-PERP[0], RSR-PERP[0], RUNE-PERP[0], SAND-PERP[0], SOL-PERP[0], SRM[2.44689293], SRM_LOCKED[24.51182928], SRM-PERP[0], SUSHI-PERP[0], SXP-PERP[0], THETA-PERP[0], TOMO-PERP[0], TRX-PERP[0], USD[ -1.79], USDT[0], VET-PERP[0], WAVES-PERP[0], XRP-20210625[0], XRP-PERP[0], XTZ-PERP[0], YFI-PERP[0], ZEC-PERP[0], ZRX[.152875] | | |
| 00150935 | | ALGO-20190927[0], ALGO-20191227[0], ALGOBEAR[.00006221], ALGOBULL[.06271812], BAL-20200925[0], BAL-PERP[0], BNB[0], BNB-PERP[0], BTC[0.00000011], BTC-MOVE-WK-20200501[0], BTC-PERP[0], BTT[3011000000], ETH-20200626[0], ETH[8.00089295], ETH-PERP[0], ETHW[0.00026653], FTT[25], KNC-20200925[0], KNC-PERP[0], LEO-20190927[0], LEO-PERP[0], MIDBEAR[.00010945], MKR[15.39597464], PAXG[.00005631], REN[ -0.00000021], SRM[1], USD[140001.17], USDT[0.00010018], USDT-PERP[0] | | |
| 00150949 | | 1INCH-PERP[0], AAPL[15.69], AAPL-20201225[0], AAVE[0], AAVE-PERP[0], ADA-PERP[0], ALGO-PERP[0], ALPHA-PERP[0], ALT-PERP[0], AMZN[199.15800008], AMZNPRE[0], APE-PERP[0], ARKK-20210326[0], ATLAS-PERP[0], ATOM-PERP[0], AUDIO-PERP[0], AVAX-PERP[0], AXS[0.04902450], AXS-PERP[0], BABA-20201225[0], BABA[20.735], BADGER-PERP[0], BIDEN[0], BNB[0], BNB-PERP[0], BSV-PERP[0], BTC[1.00086759], BTC-20190927[0], BTC-PERP[0], BVOL[0], BYND-20201225[0], C98-PERP[0], CAKE-PERP[0], CEL-PERP[0], CHZ-PERP[0], COIN[0], COMP-PERP[0], CRV-PERP[0], DEFI-PERP[0], DOGEBULL[0], DOGE-PERP[0], DOT-PERP[0], DRGN-PERP[0], DYDX-PERP[0], ENJ-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[58.02541334], ETHBULL[0], ETHE[4988.5], ETH-PERP[0], ETHW[0.00155467], EXCH-PERP[0], FIDA-PERP[0], FIL-PERP[0], FTM[0], FTM-PERP[0], FTT[25.10584328], FTT-PERP[0], FXS-PERP[0], GBTC[31970.65], GMX[.21], GOOGL[11.483], GRT-PERP[0], HOLY-PERP[0], ICP-PERP[0], KAVA-PERP[0], KNC-PERP[0], KSM-PERP[0], LEO-PERP[0], LINK-PERP[0], LOOKS-PERP[0], LTC-PERP[0], LUNA2[0.00000004], LUNA2_LOCKED[0.00000010], LUNC[0.00938253], LUNC-PERP[0], MANA-PERP[0], MAPS[2654.70700636], MAPS_LOCKED[705944.51592368], MATIC-PERP[0], MID-PERP[0], MNGO-PERP[0], MRNA-20201225[0], MSRM_LOCKED[8], MSTR-20201225[0], NEAR-PERP[0], NIO-20201225[0], NOK[511.1], NVDA[65.7025], OMG-PERP[0], ONE-PERP[0], ONT-PERP[0], OXY[7633.58778626], OXY_LOCKED[1641221.37404591], PAXG-PERP[0], PERP-PERP[0], PFE-20201225[0], PRIV-PERP[0], PYPL-20201225[0], RAY[0], RAY-PERP[0], REN[0], REN-PERP[0], ROOK-PERP[0], RUNE-PERP[0], SAND-PERP[0], SHIB-PERP[0], SHIT-PERP[0], SLV-20210326[0], SNX-PERP[0], SOL[0.00929516], SOL-PERP[0], SPY[27.783], SRM[3723.23273315], SRM_LOCKED[325752.75174712], SRM-PERP[0], STEP-PERP[0], STG[0.00000002], SUSHI[0.00000001], SUSHI-PERP[0], SXP-PERP[0], TOMO-PERP[0], TRUMP[0], TRU-PERP[0], TRX-PERP[0], TSLA-20210326[0], TSLA[386.76], UNI-PERP[0], USD[209746.95], USDT[0.31083857], USDT-PERP[0], XLM-PERP[0], XRP[0], XRP-PERP[0], XTZ-PERP[0], YFI[0.00000001], YFI-PERP[0], ZEC-PERP[0] | | AXS[.04195312] |
| 00150950 | | BTC[0.00006884], FTT[5.2944], MOON[.95], SUSHI-PERP[0], USD[7.63], USDT[0.07040122] | | |
| 00150951 | | ALGO[0.00000416], ALGO-20190927[0], ALGO-20191227[0], ALGO-PERP[0], ALPHA-PERP[0], ALT-PERP[0], AMPL-PERP[0], ATOM[0.00000019], BAT[ -0.00000038], BAT-PERP[0], BNB[ -0.00000025], BNB-PERP[0], BTC[0.00000009], BTC-20190927[0], BTC-MOVE-20191003[0], BTC-PERP[0], DOGE-PERP[0], DOT-PERP[0], DOTPRESPLIT-2020PERP[0], DRGN-PERP[0], EOS[ -0.00000003], EOS-PERP[0], ETH[ -0.00000001], ETH-20190927[0], ETH-20191227[0], ETH-20200327[0], ETH-PERP[0], ETHW[ -0.00000015], FTT[0], LEO-20190927[0], LEO-PERP[0], LUNC-PERP[0], MOB[0], PERP[.00000001], PERP-PERP[0], PRIV-PERP[0], SOL-PERP[0], SRM[.00474059], SRM_LOCKED[2.47018653], TRUMP[0], USD[0.73], USDT[0.00000014], XRP[ -0.00000049], XTZ-PERP[0], YFI-PERP[0], ZEC[0.00000006], ZEC-PERP[0] | | |
| 00150953 | | ADA-PERP[0], ALGO-PERP[0], AXS-PERP[0], BTC[0.00253800], BTC-PERP[0], DYDX-PERP[0], ETH[0.00456395], ETH-PERP[0], ETHW[0.00456394], FTM-PERP[0], FTT[0.03644133], FTT-PERP[0], KIN[.00000001], LUNC-PERP[0], MATIC-PERP[0], NEAR-PERP[0], SOL[.00831296], SOL-PERP[0], SRM[479.55493119], SRM_LOCKED[4649.00506881], SRM-PERP[0], STEP-PERP[0], SUSHI-PERP[0], USD[1870.56], USDT[0] | | |
| 00150954 | | AMPL-PERP[0], BAO[1], BNB[0], BOBA-PERP[0], BSV-PERP[0], BTC[20.00005774], BTC-20210326[0], BTC-HASH-2020Q4[0], BTC-PERP[0], COMP[.00000001], COMP-PERP[0], DOGE[0], DOGE-PERP[0], ETH-20210924[0], ETH[2097.29458707], ETH-PERP[0], ETHW[182.99121465], FTM-PERP[0], FTT[250000.08130596], FTX_EQUITY[0], HKD[0.00], KIN[3], LINA[63000000], MSRM_LOCKED[10], REN-PERP[0], SOL[0], SPELL[.00000001], SPELL-PERP[0], SRM[384256.85018959], SRM_LOCKED[819822.23158731], SUSHI-PERP[0], TRX[1], USD[2507988.69], USDT[94.54179966], WEST_REALM_EQUITY_POSTSPLIT[0], XRP-PERP[0], XTZ-PERP[0], YFI[.00000001] | Yes | ETH[165] |
| 00150955 | | APE-PERP[0], AVAX[0], AVAX-PERP[0], BIT-PERP[0], BNB[1145.89889030], BNB-PERP[0], BOBA-PERP[0], BTC[0], BTC-PERP[0], COMP-20200626[0], COMP-20200925[0], COMP-PERP[0], CRV[.00000001], ETH[0.00099220], ETH-PERP[0], FTM[0], FTM-PERP[0], FTT[1000.23479517], LINK[0], LUA[152552.19982618], LUNA2_LOCKED[66209.29572], MATIC[0.75521428], MATIC-PERP[0], NEAR-PERP[0], OMG-20211231[0], OMG-PERP[0], SOL[0], SRM[8.27598127], SRM_LOCKED[156.61830324], TOMO-20201225[0], TRX[.001284], USD[639004.96], USDT[0.00797511], USTC[0], WBTC[2.62397498] | | BNB[1134.202945], USD[635920.03], WBTC[2.618689] |
| 00150956 | | BTC-PERP[0], FTT[1], HKD[0.26], USD[0.29], USDT[0.00000002] | | |
| 00150957 | | ADA-PERP[0], ALGO-20190927[0], ALGODOOM[600], ALGO-PERP[0], AMC-20210625[0], AMC-20210924[0], AMPL-PERP[0], ATOM-PERP[0], AVAX-PERP[0], AXS-PERP[0], BADGER-PERP[0], BAL-PERP[0], BCH-PERP[0], BNB-PERP[0], BSV-PERP[0], BTC[0.00008794], BTC-20190927[0], BTC-MOVE-20191001[0], BTC-MOVE-20191002[0], BTC-MOVE-20191003[0], BTC-MOVE-20191004[0], BTC-MOVE-20191011[0], BTC-MOVE-20191023[0], BTC-MOVE-20191024[0], BTC-MOVE-20191025[0], BTC-PERP[0], COMP-PERP[0], COPE[.41139968], DEFI-PERP[0], DOGE-PERP[0], DRGN-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[0.00402314], ETH-20190927[0], ETH-PERP[0], ETHW[0.00402314], FTT[30.19093539], GME-20210326[0], HT-20190927[0], HT-PERP[0], ICP-PERP[0], KSM-PERP[0], LEO-20190927[0], LEO-PERP[0], LINK-PERP[0], LTC-PERP[0], LUNC-PERP[0], MATICDOOM[.1], MATICMOON[1049], MATIC-PERP[0], MID-20190927[0], MID-PERP[0], OKB-20190927[0], OKB-PERP[0], PAXG-PERP[0], SHIB-PERP[0], SHIT-20190927[0], SHIT-20191227[0], SHIT-PERP[0], SLP-PERP[0], SOL-PERP[0], SXP-PERP[0], TOMODOOM[.001], TOMOMOON[.09], TOMO-PERP[0], TRX-PERP[0], USD[200373.29], USDT[.00443778], XAUT-20200327[0], XAUT-20200626[0], XRP-PERP[0], XTZ-PERP[0], YFI-PERP[0] | | |
| 00150960 | | BTC[0], ETH[23.95395082], ETHW[23.88744833], FTT[48.20726465], SOL[5.09722478], SRM[12115.05481133], SRM_LOCKED[2091.31930785], TRUMP[0], TRX[.000018], USD[3412313.64], USDT[0], WBTC[0] | | |
| 00150963 | | 1INCH-PERP[0], AAVE-20211231[0], AAVE-PERP[0], ADA-PERP[0], ALGO-20211231[0], ALGO-PERP[0], ALPHA-PERP[0], APE-PERP[0], ASD-PERP[0], ATLAS-PERP[0], AVAX-0325[0], AVAX-20211231[0], AVAX-PERP[0], AXS-PERP[0], BNB-20200925[0], BNB-20210625[0], BNB-20211231[0], BNB-PERP[0], BOBA-PERP[0], BTC[0.00000002], BTC-0325[0], BTC-20211231[0], BTC-MOVE-20201104[0], BTC-PERP[0], CEL-PERP[0], COMP[0], CREAM-PERP[0], DEFI-PERP[0], DOGE-PERP[0], DOT-PERP[0], ETH-0325[0], ETH-20210326[0], ETH-20210625[0], ETH-20210924[0], ETH-20211231[0], ETH[7.48300001], ETHBULL[0], ETH-PERP[0], ETHW[0], EXCH-20210326[0], EXCH-20210625[0], FIL-PERP[0], FTT[0.52689291], FTT-PERP[0], GME-20210326[0], GRT-PERP[0], ICP-PERP[0], JOE[3816], LEND-PERP[0], LINA-PERP[0], LINK-PERP[0], LUNA2[0.05473632], LUNA2_LOCKED[0.12771809], MATIC-PERP[0], RAY-PERP[0], RON-PERP[0], RUNE-PERP[0], SHIB-PERP[0], SHIT-PERP[0], SOL-0325[0], SOL[155.721624], SOL-20210326[0], SOL-20210625[0], SOL-20210924[0], SOL-20211231[0], SOL-PERP[0], SRM[16.5603429], SRM_LOCKED[5739.81487201], SRM-PERP[0], SUSHI-20210625[0], SUSHI-20210924[0], SUSHI-PERP[0], SXP-PERP[0], UNI-20210625[0], UNI-PERP[0], UNISWAP-PERP[0], USD[1385.42], USDT[0], XRP-20210625[0], XRP-PERP[0], YFI-PERP[0], ZEC-PERP[0] | | |
| 00150964 | | AR-PERP[0], ATLAS[.25], AVAX-PERP[0], BAT[0.00896837], BERNIE[0], BNB[0.00239140], BNB-20200327[0], BTC[0.00000071], BTC-20200327[0], BTC-20200925[0], BTC-20201225[0], BTC-20210326[0], BTC-20211231[0], BTC-MOVE-20190925[0], BTC-PERP[0], CEL-PERP[0], CREAM-20200925[0], DEFI-20200925[0], DEFI-20210625[0], DEFI-PERP[0], DOGE[.56433], ETH[.00071148], ETH-0624[0], ETH-1230[0], ETH-20200925[0], ETH-20210625[0], ETH-20211231[0], ETH-PERP[0], ETHW[.00071148], HNT[1], HNT-PERP[0], HT-20200925[0], HT-PERP[0], LINK-PERP[0], SOL[.00307], SOL-PERP[0], SRM[17.63876004], SRM_LOCKED[3256.18554119], STETH[0.00005606], STG[.17098], SUSHI[.17346833], TRUMP[0], TRX[3], USD[122603.98], USDT-PERP[0] | | |
| 00150968 | | 1INCH[.00000001], ATOM-PERP[0], AVAX-PERP[0], BAL-PERP[0], BCH[0.16265788], BCHA[0.07418459], BNB[0.00838225], BNB-PERP[0], BOBA[.05461671], BOBA-PERP[0], BSV-PERP[0], BTC[0.00050621], BTC-MOVE-20200318[0], BTC-MOVE-20200319[0], BTC-MOVE-20200516[0], BTC-PERP[0], CRV-PERP[0], DOGE-PERP[0], EOS-PERP[0], ETH[0.00050835], ETH-20210625[0], ETH-20210924[0], ETH-20211231[0], ETH-PERP[0], ETHW[0.00042445], FIDA-PERP[0], FIL-PERP[0], FTT[15044.89217076], FTT-PERP[0], GBP[0.62], GME-20210326[0], GST-PERP[0], HKD[0.90], KNC-PERP[0], KSHIB-PERP[0], LINK-PERP[0], LUNC-PERP[0], MATIC-PERP[0], NEAR-PERP[0], OXY[.4827436], OXY_LOCKED[1367683.93129804], REN-PERP[0], RUNE[0], SHIB-PERP[0], SOL[0.32330431], SOL-20210625[0], SOL-PERP[0], SRM[28.61115988], SRM_LOCKED[6970.46383354], SRM-PERP[0], SUSHI[212.29106282], SUSHI-PERP[0], TOMO-PERP[0], TRX[.002589], TRX-PERP[0], USD[103334.07], USDT[66201.60999042], WBTC[0.00004006] | | |
| 00150969 | | ALGO-PERP[0], BNB[0], BTC[0.00008595], BTC-20210326[0], BTC-MOVE-20200315[0], BTC-MOVE-20200317[0], BTC-MOVE-20200318[0], BTC-MOVE-20200521[0], BTC-MOVE-20200522[0], BTC-PERP[0], ETH[0], ETH-20210326[0], ETH-PERP[0], FTT[0.00135471], FTT-PERP[0], SOL-20210326[0], SOL-PERP[0], SRM[2.44488677], SRM_LOCKED[1081.09112427], SRM-PERP[0], USD[474867.35], USDT[0.00000001], VET-PERP[0] | | |
| 00150970 | | 1INCH-PERP[0], AAVE-PERP[0], ADA[0.00000867], ADA-20200626[0], ADA-PERP[0], ALEPH[.00000001], ALGO-PERP[0], ALPHA-PERP[0], ALT-20190927[0], ALT-PERP[0], AMPL-PERP[0], ASD-PERP[0], ATOM-20200626[0], ATOM-PERP[0], AVAX-PERP[0], BADGER-PERP[0], BAL-PERP[0], BCH-PERP[0], BIDEN[0], BLOOMBERG[0], BNB-PERP[0], BNT-PERP[0], BSV-PERP[0], BTC[0.00000006], BTC-20190927[0], BTC-20191227[0], BTC-20200327[0], BTC-20201225[0], BTC-20210625[0], BTC-MOVE-20190925[0], BTC-MOVE-20200515[0], BTC-MOVE-20200518[0], BTC-MOVE-2020Q2[0], BTC-MOVE-2021Q2[0], BTC-MOVE-WK-20200918[0], BTC-MOVE-WK-20201016[0], BTC-PERP[0], BTMX-20200626[0], BTTPRE-PERP[0], BULL[0.00051151], BVOL[0], CAKE-PERP[0], CHZ-PERP[0], COMP-PERP[0], CONV-PERP[0], CREAM-PERP[0], CRV-PERP[0], DEFI-PERP[0], DMG-PERP[0], DOGEBULL[0], DOGE-PERP[0], DOT-PERP[0], DRGN-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[0.00006190], ETHBULL[0.00000006], ETH-PERP[0], ETHW[0.00006186], EXCH-20201225[0], EXCH-PERP[0], FIL-PERP[0], FLM-PERP[0], FTM-PERP[0], FTT[0.00000001], FTT-PERP[0], GRT-20210625[0], GRT-PERP[0], HT-PERP[0], KNC-PERP[0], LEO-20200626[0], LINK[0.00003370], LINK-PERP[0], LTC-PERP[0], MATIC-20200626[0], MATIC-PERP[0], MEDIA-PERP[0], NFT (467934182716212246/FTX Foundation Group donation cerificate #93)[0], OIL100-20200525[0], OXY[215267.17557225], OXY_LOCKED[984732.82442775], PRIV-PERP[0], RAY-PERP[0], REEF-PERP[0], RUNE-20201225[0], SC-PERP[0], SHIT-PERP[0], SNX-PERP[0], SOL-PERP[0], SRM[5089.53723126], SRM_LOCKED[20415.52462422], SRM-PERP[0], SUSHI-PERP[0], SXPBULL[0], SXP-PERP[0], THETABULL[0], THETA-PERP[0], TOMO-PERP[0], TRX-20200626[0], TRX-PERP[0], UNI-PERP[0], UNISWAPBULL[0], UNISWAP-PERP[0], USD[8172.52], USDT[0.48805803], WBTC[0], XAUT-PERP[0], XLM-PERP[0], XRP[0.00000009], XRP-20201225[0], XRP-PERP[0], XTZBULL[0.00000012], XTZ-PERP[0], YFI[0], YFII-PERP[0], YFI-PERP[0] | | |
| 00150971 | | BAL[.00000001], BIDEN[0], BTC[0.00000022], BTC-PERP[0], ETH[0.00519263], ETHW[0.00514557], FTT_STRIKE-0.4_UNLOCK-EXPIRE-2030[1422], FTX_EQUITY[0], FTX_EQUITY_STRIKE-2.28_VEST-2022_EXPIRE-2030[0], MATIC[.00005299], MSRM_LOCKED[1], SRM_LOCKED[34630.16286677], USD[480.05], USDT[0.00506160] | Yes | |
| 00150973 | | BIT[38681.34], BTC[0.00009470], ETH[0.05622789], ETHW[0.00022788], FTT[1.2435062], LUNA2[0.00007315], LUNA2_LOCKED[0.00017068], LUNC[.0001686], MSRM_LOCKED[.80903178], SOL[.36], SRM[625.27647137], SRM_LOCKED[868339.75837775], TRX[.000069], USD[118154.34], USDT[14427.27874180], USTC[.010355] | | |
| 00150974 | | AAVE-PERP[0], ALGO-20190927[0], ALGO-PERP[0], ALICE-PERP[0], ALPHA[0.34865164], ALT-PERP[0], APE-PERP[0], APT-PERP[0], ATOM-PERP[0], AURY[.00506], AVAX-PERP[0], AXS-PERP[0], BAL-PERP[0], BCH-PERP[0], BNB-PERP[0], BOBA-PERP[0], BSV-20200327[0], BSV-PERP[0], BTC[0.00000034], BTC-20210326[0], BTC-PERP[0], CEL-PERP[0], CHZ-PERP[0], CREAM-PERP[0], DEFI-PERP[0], DOGE-PERP[0], DOT-PERP[0], EOS-PERP[0], ETH-20210326[0], ETH-20210625[0], ETH[43.80700001], ETH-PERP[0], ETHW[0], FLOW-PERP[0], FTM-PERP[0], FTT[0.48085303], FTT-PERP[0], GMT-PERP[0], GRT-PERP[0], HT-PERP[0], IMX-PERP[0], KLUNC-PERP[0], KSHIB-PERP[0], LEO-PERP[0], LINK-20191227[0], LINK-PERP[0], LRC-PERP[0], LTC-PERP[0], LUNA2[0.00284222], LUNA2_LOCKED[0.00663186], LUNC-PERP[0.00000038], MANA-PERP[0], MATIC-PERP[0], MID-PERP[0], NEAR-PERP[0], OMG-PERP[0], OXY[6362.05343496], OXY_LOCKED[1367683.93129804], RAY[0], RAY-PERP[0], ROSE-PERP[0], SAND-PERP[0], SHIB-PERP[0], SHIT-PERP[0], SOL[0.00768325], SOL-PERP[0], SRM[4026.66504317], SRM_LOCKED[3277080.94545672], SRM-PERP[0], SUSHI[0], THETA-PERP[0], TLM-PERP[0], TOMO-PERP[0], TRUMP[0], TRU-PERP[0], TRX[19356], TRX-PERP[0], UNI-PERP[0], USD[13344091.65], USDT[500000.04544000], USTC-PERP[0], VET-PERP[0], WAVES-PERP[0], WBTC[0], XRP-PERP[0], XTZ-PERP[0], YFI[.00000001], YFI-PERP[0], ZEC-PERP[0], ZIL-PERP[0] | | |

DocuSign Envelope ID: 5D6FC0C5-DF7C-422D-823E-8A6C4184B22A

PRIME CLERK IS NOW KROLL RESTRUCTURING ADMINISTRATION. ALL PRIME CLERK URLS AND EMAIL ADDRESSES ARE AUTOMATICALLY REDIRECTED.



# Creditor Data Details - Claim # 10209

**Creditor**

Name on file

Address on file

**Debtor Name**

FTX Trading Ltd.

**Date Filed**

07/14/2023

**Claim Number**

10209

**Schedule Number**

6848991

**Confirmation ID**

3265-70-EFKGJ-599619102

# Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | $0.00 | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Alt+Q

PRIME CLERK IS NOW KROLL RESTRUCTURING ADMINISTRATION. ALL PRIME CLERK URLS AND EMAIL ADDRESSES ARE NOW KROLL URLS AND EMAIL ADDRESSES.

*protect claimant privacy.*

# Claim Additional Info

| Type | Name | Quantity |
| --- | --- | --- |
| CRYPTO | AVAX | 0.0000000042149881 |
| CRYPTO | BNB | 1134.2029450000000000 |
| CRYPTO | BNB-PERP | -0.0000000000006537 |
| CRYPTO | BOBA-PERP | 0.0000000000145519 |
| CRYPTO | BTC | 0.0000000068948548 |
| CRYPTO | BTC-PERP | -0.0000000000000036 |
| CRYPTO | CRV | 0.00000001 |
| CRYPTO | ETH | 0.0009922034001482 |
| CRYPTO | ETH-PERP | -0.0000000000002274 |
| CRYPTO | FTM | 0.0000000030510827 |
| CRYPTO | FTT | 1000.2347951750615 |
| CRYPTO | LINK | 0.00000000079292 |
| CRYPTO | LUA | 152552.19982618 |
| CRYPTO | LUNA2_LOCKED | 66209.29572 |
| CRYPTO | MATIC | 0.7552142896458246 |
| CRYPTO | NEAR-PERP | -0.0000000000118234 |
| CRYPTO | SOL | 0.00000000572667 |
| CRYPTO | SRM | 8.27598127 |
| CRYPTO | SRM_LOCKED | 156.61830324 |
| CRYPTO | TRX | 0.001284 |
| CRYPTO | USDT | 0.0079751155119981 |
| CRYPTO | USTC | 0.00000000046978 |

| Type | Name | Quantity |
|------|------|----------|
| CRYPTO | WBTC | 2.6186890000000000 |
| FIAT | USD | 639004.9581792251 |
| FIAT | USD | 635920.0278731100000000 |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains the website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s. Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated." For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

DocuSign Envelope ID: 5D6FC0C5-DF7C-427D-827F-8A6C4184B221

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.