**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX Trading Ltd., *et al.*, | ) | Case No. 22-11068 (JTD) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**[Redacted]**

Name of Transferor

**Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP**

Name of Transferee

Name and current address of transferor:

**[Redacted]**

Name and address where notices and payments to transferee should be sent:

**Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP**
**Attn: Leah Silverman**
**c/o Olympus Peak Asset Management**
**177 West Putnam Ave. Suite 2622-S1**
**Greenwich, CT 06831**
**Email: lsilverman@opeaklp.com**

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No.: 24467<br>Schedule No.: 6812539<br>Customer ID: 00378533<br>EPOC Confirmation ID No.: 3265-70-KRCQF-334764559 | [Redacted] | As stated on Debtors' Schedule F-2 (below) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Leah Silverman
Transferee/Transferee's Agent

Date: February 28, 2024

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 00378263 | | AVAX-PERP[0], BIT[20.69357383], BNB[5.21028548], BNB-PERP[0], BTC[0.24702974], BTC-PERP[0], CAKE-PERP[0], DOT-PERP[0], ETH[0.01240948], ETH-PERP[0.01399999], ETHW[0.00040129], FTT[34.00752492], FTT-PERP[0], GMT[.19409], GMT-PERP[0], GST[.03171157], GST-PERP[0], ICP-PERP[0], IOTA-PERP[0], LTC-PERP[0], LUNA2[0.00252401], LUNA2_LOCKED[0.00588937], LUNC[549.61], LUNC-PERP[0], MATIC-PERP[0], NFT (311150079550078299/FTX AU - we are here! #61628)[1], NFT (332817431463135963/The Hill by FTX #8151)[1], NFT (371655656331934672/FTX EU - we are here! #205186)[1], NFT (406821710911399134/FTX EU - we are here! #205246)[1], NFT (411662854816002720/France Ticket Stub #1506)[1], NFT (536547126455487632/FTX EU - we are here! #205159)[1], RAY-PERP[0], SOL[.13198935], SOL-PERP[0], SRM-PERP[0], STEP-PERP[0], SXP-PERP[0], TRX[.000002], USD[3073.34], USDT[0.00000001], USTC-PERP[0], WAVES-PERP[0], YFI-PERP[0] | Yes | |
| 00378276 | | AAVE[0], ADABULL[0], ALCX[0.00000001], ATLAS[25000], AVAX[45.24832089], BOBA[0], BTC[0], BULL[0], DEFIBULL[0], DOGEBEAR2021[0], ETH[3.79772176], ETHBULL[0], FTM[47.87062], FTT[0], IMX[0], LINKBULL[0], POLIS[743.51085572], RAY[330.41157555], SLRS[8287.50718776], SPELL[0], SRM[3.27430000], SRM_LOCKED[14.82198508], STEP[0], USD[0.10], USDT[0] | | |
| 00378278 | | ADA-20210625[0], ADA-PERP[0], ALGO-PERP[0], ALPHA-PERP[0], ALT-PERP[0], APE-PERP[0], ATLAS[0], ATOM-PERP[0], BAL-PERP[0], BAND-PERP[0], BAT-PERP[0], BNB[.00000001], BNB-20210326[0], BNB-PERP[0], BNT-PERP[0], BTC[0.00000129], BTC-20210625[0], BTC-MOVE-0101[0], BTC-MOVE-0317[0], BTC-MOVE-0318[0], BTC-MOVE-0320[0], BTC-MOVE-0402[0], BTC-MOVE-20201216[0], BTC-MOVE-20201217[0], BTC-MOVE-20201218[0], BTC-MOVE-20201219[0], BTC-MOVE-20201220[0], BTC-MOVE-20201221[0], BTC-MOVE-20201222[0], BTC-MOVE-20201223[0], BTC-MOVE-20201224[0], BTC-MOVE-20201225[0], BTC-MOVE-20201226[0], BTC-MOVE-20201227[0], BTC-MOVE-20201228[0], BTC-MOVE-20201229[0], BTC-MOVE-20201230[0], BTC-MOVE-20201231[0], BTC-MOVE-20210102[0], BTC-MOVE-20210104[0], BTC-MOVE-20210105[0], BTC-MOVE-20210110[0], BTC-MOVE-20210112[0], BTC-MOVE-20210113[0], BTC-MOVE-20210117[0], BTC-MOVE-20210205[0], BTC-MOVE-20210206[0], BTC-MOVE-20210209[0], BTC-MOVE-20210211[0], BTC-MOVE-20210217[0], BTC-MOVE-20210218[0], BTC-MOVE-20210219[0], BTC-MOVE-20210308[0], BTC-MOVE-20210315[0], BTC-MOVE-20210319[0], BTC-MOVE-20210415[0], BTC-PERP[0], CHZ-PERP[0], CREAM-PERP[0], CRO-PERP[0], CRV-PERP[0], DASH-PERP[0], DENT-PERP[0], DOGEBULL[0], DOGE-PERP[0], DOT-PERP[0], ENJ-PERP[0], EOS-20210326[0], EOS-PERP[0], ETH-20210625[0], ETHBULL[0], ETH-PERP[0], FIDA-PERP[0], FLOW-PERP[0], FTT[0], GST-PERP[0], KAVA-PERP[0], KSM-PERP[0], LINK-PERP[0], LOOKS-PERP[0], LTC-PERP[0], LUNA2[0.16835348], LUNA2_LOCKED[0.39282480], LUNC-PERP[0], MATIC-PERP[0], NEAR-PERP[0], NEO-PERP[0], NPXS-PERP[0], OKB-PERP[0], ONT-PERP[0], OXY-PERP[0], PAXGBULL[0], RAY-PERP[0], REEF-PERP[0], REN-PERP[0], ROOK-PERP[0], RSR-PERP[0], RUNE-PERP[0], SAND-PERP[0], SHIB[0], SHIB-PERP[0], SHIT-PERP[0], SOL-PERP[0], SRM-PERP[0], SUSHI-PERP[0], TRX-PERP[0], UNI-PERP[0], UNISWAP-PERP[0], USD[0.01], USDT[0.00000075], VET-PERP[0], WAVES-PERP[0], XLM-PERP[0], XMR-PERP[0], XRP-PERP[0], XTZ-PERP[0], YFI-PERP[0] | | |
| 00378293 | | 1INCH-PERP[0], AAVE[0], AAVE-PERP[0], ADA-PERP[0], ALPHA-PERP[0], ALT-PERP[0], ATOM-PERP[0], AVAX-PERP[0], BADGER-PERP[0], BNBBULL[0.00000001], BNB-PERP[0], BNT[0], BNT-PERP[0], BTC[0.00000001], BTC-PERP[0], BTTPRE-PERP[0], BULL[0.00000001], COPE[0], CRV-PERP[0], DEFI-PERP[0], DOGE[0.36818329], DOGEBULL[0.00000001], DOGE-PERP[0], DOT-PERP[0], ENJ-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[0.00000002], ETHBULL[0], ETH-PERP[0], FIDA[0.06648840], FIDA_LOCKED[.15393495], FIDA-PERP[0], FTT[0.06580713], FTT-PERP[0], GRT-PERP[0], ICP-PERP[0], LINK-PERP[0], LOGAN2021[0], LTC[0], LTC-20210326[0], LTC-PERP[0], LUNC-PERP[0], MATIC-PERP[0], MID-PERP[0], MTA-PERP[0], NEO-PERP[0], OMG[0.44279918], OMG-PERP[0], ONT-PERP[0], OXY-PERP[0], RAY[0], RAY-PERP[0], REN-PERP[0], ROOK[0], ROOK-PERP[0], SHIB-PERP[0], SHIT-PERP[0], SOL[0.00000001], SOL-PERP[0], SPELL[0], SRM[0.01528513], SRM_LOCKED[.07202551], SRM-PERP[0], SUSHI[0], SUSHIBULL[0], SUSHI-PERP[0], SXP[0], SXP-PERP[0], THETA-PERP[0], TRX[0.00000001], TRX-PERP[0], UNI-PERP[0], USD[0.00], USDT[0.00000006], XLM-PERP[0], XRPBULL[0], XRP-PERP[0], YFI[0], YFII-PERP[0], YFI-PERP[0], ZEC-PERP[0] | | |
| 00378304 | | AUDIO-PERP[0], AVAX-PERP[0], BF_POINT[300], BNB-PERP[0], BTC[0.00000810], BTC-MOVE-WK-0318[0], BTC-PERP[0], DEFI-PERP[0], DYDX[.0853073], ETH[0], ETH-PERP[0], ETHW[0], FIL-PERP[0], HBAR-PERP[0], LINA-PERP[0], LUA[.0666035], LUNA2[0.03443661], LUNA2_LOCKED[0.08035211], LUNC[7498.64625], MATIC[0], NEAR-PERP[0], REN-PERP[0], RSR-PERP[0], RUNE[0.08233316], SLP[7.46578], SPELL[81.2641], SUSHI-PERP[0], SXP-PERP[0], TOMO[0], TOMO-PERP[0], TRX[.000031], USD[0.14], USDT[906.12000000] | | |
| 00378308 | | AVAX-PERP[0], BTC[0.00008989], CEL[0], CEL-PERP[0], FIDA-PERP[0], FTT[0], SRM[.06818117], SRM_LOCKED[.25919835], USD[213.64], USDT[0.00895081] | | |
| 00378310 | | LUNA2[3.01783695], LUNA2_LOCKED[7.04161955], NFT (348529207408260937/The Hill by FTX #21991)[1], TONCOIN[0], TRX[.000777], USD[0.00], USDT[0.00715200] | | |
| 00378343 | | ATLAS[12437.6383], FTT[0.00201537], POLIS[1937.42735100], SRM[.02160778], SRM_LOCKED[.39836623], USD[0.01], USDT[0.00000001], XRP[0] | | |
| 00378379 | | AAVE-20210326[0], ADA-20210625[0], ADA-20210924[0], ALPHA-PERP[0], APE-PERP[0], ATLAS-PERP[0], ATOM-0325[0], ATOM-20210625[0], AVAX-0930[0], AVAX-PERP[0], AXS-PERP[0], BAO-PERP[0], BNB-0624[0], BNB-PERP[0], BSV-20210326[0], BSV-PERP[0], BTC[0], BTC-0325[0], BTC-0624[0], BTC-0930[0], BTC-20210625[0], BTC-20210924[0], BTC-20211231[0], BTC-PERP[0], BTMX-20210326[0], BTTPRE-PERP[0], CEL[0], CEL-0624[0], CEL-PERP[0], CHZ-0930[0], CHZ-1230[0], CHZ-PERP[0], CRV-PERP[0], DOGE-1230[0], DOGE-20210625[0], DOGE-20210924[0], DOGE-PERP[0], DOT-PERP[0], ENS-PERP[0], ETC-PERP[0], ETH[0.00000001], ETH-0325[0], ETH-0331[0], ETH-0624[0], ETH-0930[0], ETH-1230[0], ETH-20210326[0], ETH-20210625[0], ETH-20210924[0], ETH-20211231[0], ETH-PERP[0], FTT[142.37600219], FTT-PERP[0], GMX[4096.7660877], HT-PERP[0], LRC-PERP[0], LTC-20210625[0], LTC-PERP[0], LUNA2[0.00000002], LUNA2_LOCKED[0.00000006], LUNC[0], LUNC-PERP[0], MAPS-PERP[0], MSOL[0], REEF-20210625[0], SAND-PERP[0], SOL[0], SOL-0325[0], SOL-0624[0], SOL-0930[0], SOL-1230[0], SOL-20210326[0], SOL-20210625[0], SOL-20210924[0], SOL-20211231[0], SOL-PERP[0], SRM[.88118994], SRM_LOCKED[509.03406209], SRM-PERP[0], SUSHI-20210326[0], SUSHI-20210625[0], TRX-0624[0], TRX-0930[0], TRX[403989.19474], UNI-20210326[0], USD[6034.85], USDT-1230[0], USTC-PERP[0], WAVES-0325[0], WAVES-0624[0], WAVES-PERP[0], XRP-20210625[0], YFI[.00000001], YFI-20210326[0], YFII-PERP[0], ZEC-PERP[0], ZIL-PERP[0], ZRX-PERP[0] | | |
| 00378397 | | BTC[0], COPE[.876291], DOT-PERP[0], ETH[0.00038206], ETHW[0.00038206], FIDA[.2620875], FIDA-PERP[0], FTT[155.00447167], LINK[0.04475956], LUNC-PERP[0], MAPS[.02], MATIC[7558.844165], MEDIA[17.38017030], RAY[3.63436825], SOL[0.04513950], SRM[944.68602747], SRM_LOCKED[4.75287228], STEP[512.61719895], SUSHI[0.08774562], USD[3986.43], USDT[0.00212134] | | |
| 00378404 | | BNB[0], BTC[0], DAI[0], ETH[0], EUR[0.00], FTT[0.00000733], SOL[0], SRM[.0006104], SRM_LOCKED[.00249164], USD[0.00], USDT[0] | | |
| 00378416 | | AAVE[0], AAVE-PERP[0], ADA-PERP[0], ALEPH[13488.26854874], ALGO-PERP[0], ALPHA-PERP[0], APE-PERP[0], ATLAS[118483.28519725], ATOM-PERP[0], AVAX-PERP[0], BADGER[0], BAL-PERP[0], BAND-PERP[0], BCH-PERP[0], BNB[0], BNB-PERP[0], BTC[0.02008855], BTC-PERP[0], CHZ-PERP[0], CRV-PERP[0], DEFI-PERP[0], DENT-PERP[0], DOGE-PERP[0], DOT-PERP[0], EGLD-PERP[0], ENJ[5276.12665497], ENJ-PERP[0], EOS-PERP[0], ETH[0.00000001], ETH-PERP[0], FTM-PERP[0], FTT[400.54700038], FTT-PERP[0], IMX[6140.8615931], IMX-PERP[0], IOTA-PERP[0], LINK[0], LINK-PERP[0], LTC-PERP[0], LUNA2[0], LUNA2_LOCKED[10.71824956], LUNC[0], LUNC-PERP[0], MANA-PERP[0], MATIC-PERP[0], NEO-PERP[0], NFT (346482494259461089/The Hill by FTX #38106)[1], OMG-PERP[0], REEF-PERP[0], RUNE[0], RUNE-PERP[0], SAND-PERP[0], SOL[0], SOL-PERP[0], SRM[.65242995], SRM_LOCKED[2.55424498], SUSHI[0], SUSHI-PERP[0], SXP-PERP[0], THETA-PERP[0], TRX[739.0337449], TRX-PERP[0], UNI[0], UNI-PERP[0], USD[582000.41], USDT[0.00000001], VET-PERP[0], XLM-PERP[0], XMR-PERP[0], XRP-PERP[0], YFI-PERP[0], ZIL-PERP[0] | Yes | |
| 00378436 | | BAO[886.285], BAT-PERP[0], BNB-PERP[0], BTC[0.10037709], BTC-PERP[0], DOGE[0.99711014], DOGE-PERP[0], DOT-PERP[0], ENJ-PERP[0], ETH[ -0.00023287], ETH-PERP[0], ETHW[ -0.77361054], FIL-PERP[0], FTT[0.03350237], FTT-PERP[0], HBAR-PERP[0], LINK[.08706], LINK-PERP[0], LTC-PERP[0], LUNA2[0.79272687], LUNA2_LOCKED[1.84969603], LUNC[251.40455706], LUNC-PERP[0], REN[0], RSR-PERP[0], STORJ-PERP[0], UNI-PERP[0], USD[ -2.21], USDT[0], XMR-PERP[0], XTZ-PERP[0], YFI[0], YFI-PERP[0] | | |
| 00378453 | | BRZ[ -3769623.99681325], BTC[16.35347262], CAKE-PERP[0], FTT[25.9857], SRM[.0002002], SRM_LOCKED[.0007688], TRX[0], USD[0.05], USDT[0.01512573] | | |
| 00378462 | | 1INCH-PERP[0], ALGO-PERP[0], ATLAS[2.71601332], ATLAS-PERP[0], AUDIO-PERP[0], AVAX-PERP[0], BADGER-PERP[0], BAND-PERP[0], BNB-PERP[0], BTC-PERP[0], BTTPRE-PERP[0], C98-PERP[0], CAKE-PERP[0], COMP-PERP[0], DENT-PERP[0], DOGE-PERP[0], DOT-PERP[0], ENJ-PERP[0], ETH-PERP[0], FLOW-PERP[0], FTT-PERP[0], HBAR-PERP[0], HOT-PERP[0], ICP-PERP[0], IOTA-PERP[0], LTC-PERP[0], LUNA2[0.09541349], LUNA2_LOCKED[0.22263149], LUNC[20776.49], LUNC-PERP[0], MATIC-PERP[0], MEDIA[.009444], NEAR-PERP[0], NEO-PERP[0], ONE-PERP[0], RAY-PERP[0], REEF-PERP[0], REN-PERP[0], RUNE-PERP[0], SAND-PERP[0], SHIB-PERP[0], SOL-PERP[0], SRM-PERP[0], STEP-PERP[0], SUSHI-PERP[0], SXP-PERP[0], THETA-PERP[0], TLM-PERP[0], TRX[.000009], TRX-PERP[0], USD[0.30], USDT[1.40339002], XAUT-PERP[0], XEM-PERP[0], XRP-PERP[0], XTZ-PERP[0], ZIL-PERP[0] | | |
| 00378471 | | BTC-PERP[0], CAKE-PERP[0], ETH[0], ETH-PERP[0], FTT[27.6], LINK-PERP[0], LUNA2[0.26903032], LUNA2_LOCKED[0.62773742], LUNC[58581.92], UNI[.07403], USD[0.00], USDT[0], XRP[0], XRP-PERP[0] | | |
| 00378474 | | 1INCH-PERP[0], AAVE-PERP[0], ADA-20210326[0], ADABULL[0.00000470], ADA-PERP[0], ALGO-PERP[0], ALTBULL[0], ALT-PERP[0], ASD[0], ATOM-PERP[0], BNB[0], BSV-PERP[0], BTC[0.00908514], BTC-20210326[0], BTC-PERP[0], BULL[0], DEFI-PERP[0], DOGE[0], DOGEBULL[0], DOGE-PERP[0], DOT-PERP[0], ETH[0], ETHBULL[0], ETH-PERP[0], FTT[0.08253568], FTT-PERP[0], GRT-PERP[0], SOL-PERP[0], SRM[20.40509135], SRM_LOCKED[68.48949684], SUSHI[0], SUSHI-PERP[0], SXP-PERP[0], THETA-PERP[0], TRX[0.78112700], USD[323.32], USDT[0.00662499], XLMBEAR[0], XRP[.003708], XRP-PERP[0], XTZ-PERP[0], YFI-20210326[0], YFI-PERP[0] | | |
| 00378486 | | BNB[0], BNB-PERP[0], BTC-PERP[0], CAKE-PERP[0], CEL[.0663], COIN[0.00918408], FLOW-PERP[0], FTT[.026237], GENE[.00000001], HT[.099405], LUNA2[0.00311127], LUNA2_LOCKED[0.00725964], LUNC-PERP[0], NFT (339884887013132741/The Hill by FTX #26707)[1], USD[616.38], USDT[0.00000001], USTC[.440416] | | |
| 00378487 | | ALPHA-PERP[0], AMPL[0], BTC[0.00000001], BTC-PERP[0], DOGE-PERP[0], DOT-PERP[0], ENS[.00990796], ETH[0.00006217], ETH-PERP[0], ETHW[0.00006218], EUR[0.00], FIL-PERP[0], FLM-PERP[0], FTT[25.10356991], FTT-PERP[0], LINK[0], LINK-PERP[0], LTC[0], LTC-PERP[0], LUA[.0576371], MATIC[0], RAY-PERP[0], ROOK-PERP[0], SOL[0.00000001], SOL-PERP[0], SRM[34.03878574], SRM_LOCKED[407.61021966], SUSHI[0], SXP-PERP[0], TRX[.000002], USD[1.44], USDT[0.00129508], XRP-PERP[0] | | |
| 00378504 | | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], ASD-PERP[0], AVAX-PERP[0], BTC[0.01286782], BTC-PERP[0], CAKE-PERP[0], CHZ-PERP[0], DOGE[.00000001], EOS-PERP[0], ETH-PERP[0], FTT[0], GRT-PERP[0], ICP-PERP[0], KNC-PERP[0], LINK-PERP[0], LTC-PERP[0], LUNA2[0.99490208], LUNA2_LOCKED[2.32143820], LUNC[.00000001], LUNC-PERP[0], MATIC-PERP[0], PERP-PERP[0], RAY-PERP[0], SHIB-PERP[0], SLP-PERP[0], SOL-PERP[0], SRM-PERP[0], SRN-PERP[0], STEP-PERP[0], SUSHI[0], SUSHI-PERP[0], SXP-PERP[0], TRX[4], USD[0.00], USDT[0], WAVES-PERP[0], XRP-PERP[0], XTZ-PERP[0] | | |
| 00378533 | | AAVE-PERP[0], ATOM-PERP[0], AVAX-PERP[0], BNB-PERP[0], BTC-PERP[0], CAKE-PERP[0], CEL[0], CEL-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH-PERP[0], EUR[120000.00], FLOW-PERP[0], FTT[0.24926129], LINK-PERP[0], MATIC-PERP[0], SOL-PERP[0], SRM[1.56721215], SRM_LOCKED[77.59939139], TRX[.000014], UNI-PERP[0], USD[288043.31], USDT[0] | | |
| 00378539 | | AAVE-PERP[0], ADA-PERP[0], ALT-PERP[0], AMC-20210326[0], APE-PERP[0], AVAX-PERP[0], BAO-PERP[0], BB-20210326[0], BCH[0.00000004], BCH-1230[0], BCH-20210326[0], BCH-20210625[0], BCH-20210924[0], BCH-20211231[0], BCH-PERP[0], BNB[0], BNB-PERP[0], BSV-20210625[0], BSV-20210924[0], BSV-PERP[0], BTC[0], BTC-20210326[0], BTC-PERP[0], CHZ-20210326[0], CRV-PERP[0], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], ETC-PERP[0], ETH[0.00000001], ETH-20210326[0], ETH-20210625[0], ETH-PERP[0], ETHW[0], ETHW-PERP[0], EUR[0.00], FIDA-PERP[0], FTM-PERP[0], FTT[25], FTT-PERP[0], GME-20210326[0], ICP-PERP[0], IOTA-PERP[0], LINK-PERP[0], LOOKS-PERP[0], LUNC-PERP[0], SECO-PERP[0], SHIT-PERP[0], SLV[0], SLV-20210326[0], SNX-PERP[0], SOL-20210326[0], SOL-20210625[0], SOL-PERP[0], SRM[.66301888], SRM_LOCKED[2.4488284], SRM-PERP[0], SUSHI-PERP[0], SXP-20210326[0], TONCOIN-PERP[0], TSLA-20210326[0], UNI-PERP[0], USD[0.10], USDT[0.00000141], XMR-PERP[0], XRP-PERP[0], YFI-PERP[0], ZEC-PERP[0] | | |

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.