IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FTX Trading Ltd., *et al.*, | ) Case No. 22-11068 (JTD) |
| Debtors. | ) |
| | ) (Jointly Administered) |

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| [Redacted] | Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP |
|---|---|
| Name of Transferor | Name of Transferee |

Name and current address of transferor:

[Redacted]

Name and address where notices and payments to transferee should be sent:

**Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP
Attn: Leah Silverman
c/o Olympus Peak Asset Management
177 West Putnam Ave. Suite 2622-S1
Greenwich, CT 06831
Email: lsilverman@opeaklp.com**

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No.: 36802
Schedule No.: 6778382
Customer ID: 00661055
EPOC Confirmation ID No.:
3265-70-FFNSB-009545246 | [Redacted] | As stated on Debtors' Schedule F-4 (below) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Leah Silverman*                                     Date: February 28, 2024
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Local Form 138

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 00660622 | | ALGO[199.9709], AAVE[0], ADA[549.29966], ATLAS[4649.29966], ATOM[2.99418], AVAX[5.998336], BTC[0.09928178], BTC[1199.80018], DASH-PERP[0], DFL[1519.70512], DOT[14.4976572], DYDX[9.99806], DYDX-PERP[0], ETH[0], 434807766], ETH[0], 4394915411, FIL-PERP[0], ETH[1500.08], FTM[204.9796], FTT[1094.162], GALA[18589.74598], GRT-PERP[0], GRT2[99.9418], ICP-PERP[24], JOE[1149.9903], KAVA-PERP[1303], KNC-PERP[0], LINA-PERP[0], LINK[18.998696], LINK-PERP[0], LRC[249.9515], LTC-PERP[13], LUNA[2.01418360052], LUNC[22576.27303006], MANA[139.97478], MANA-PERP[0], MATIC[49.99418], NEAR-PERP[0], OMG-PERP[1150], RAY-PERP[0], RNDR[9.99806], SAND[149.9709], SKL-PERP[0], SOL[0.09224], SOL-PERP[0], SRM[84.99642], TLM[59.88336], TRX-PERP[0], UNI[3.9999224], USTC[39.9994118], XRP-PERP[0] | | |
| 00660665 | | LUNA[20.22961890], LUNA2_LOCKED[0.53577744], LUNC[500000], NFT (346127342580634477/FTX EU - we are here! #93208)[1], NFT (570831351299304526/FTX Crypto Cup 2022 Key #7685)[1], TRX[.314736], USD[0.00], USDT[0] | | |
| 00660669 | | BNB[0], BTC[0], ETH[0.00048924], ETHW[0], SOL[49.4536263], SRM[.0046632], SRM_LOCKED[2020.4138], USD[0.54], USDT[0] | | |
| 00660706 | | LUNA2_LOCKED[58.5982016], LUNC[0.06836], SOL[0.0044981.5], SUSHI-PERP[0], TRX[0.000032], USD[0.00], USTC[3553] | | |
| 00660714 | | AVAX[.09], FIDA[0.0380875], FIDA_LOCKED[0.23282], FTT[0.16061785], STEP[0.00001], TRX[0.00032], USD[0.271], USDT[0.00473000] | | |
| 00660738 | | 1INCH-PERP[0], AAVE[8.39259325], AAVE-PERP[4.9.71], ALCX[0.00023996], ALGO-PERP[0], ALPHA[79760373], ALPHA-PERP[0], APE[3080.07060], APE-PERP[0], ATLAS[3.39.944493], ATLAS-PERP[0], ATOM-PERP[303.471], AURY[13.48790323], AVAX-PERP[0], AXS-PERP[0], BAL-PERP[-695.87], BIT-PERP[0], BNB-PERP[17.11], BTC[0.0002878], BTC-0930[0], BTC-MOVE-0308[0], BTC-PERP[0], CAKE-PERP[0], CEL-PERP[0], CHZ-PERP[0], CLV-PERP[0], COMP-2021062[0], COMP-PERP[0], CROFT[0], CRV[0.57001407], CRV-PERP[23248], CVX-PERP[0], DOT-PERP[0], DYDX[0.06873618], DYDX-PERP[-10940], EGLD-PERP[0], ETC-PERP[0], ETH-1230[0], ETH-1230[0], ETH-20211230[1], ETH[3.3063.3500], FIDA-PERP[0], FLM-PERP[0], FLOW-PERP[0], FTM-PERP[0], FTT-PERP[2,22037], FTT[15.34], FTT-22037[0], FTT[15.94.84], FTT[1170.000671.9], FTT-PERP[0], FTX EU - we are here! #93983)[1], NFT (521691424158381103/FTX EU - we are here! #93965)[1], NFT (570831351299304526/FTX LINK[0.00210241168], LUNA_LOCKED[0.004997271], LUNC[0.00595969], GLMR-PERP[-8605], GMT[66.10478], GMT-PERP[-49911], GRT[1.17808979], HBAR-PERP[-68577], HNT-PERP[-543.3], ICP-PERP[0], LINA-PERP[0], LINK[0.01772033], LINK-PERP[0], LUNA2[0.00214168], LUNA_LOCKED[0.04997271], LUNC[0.00595969], LUNC[0.00595969], GLMR-PERP[-8605], MANA-PERP[0], MATIC[-0.09818100], MKR-PERP[0], MNGO[0.00003.38898], MNGO-PERP[0], MX-PERP[0], NEAR-PERP[0], OMG-PERP[0], ONE-PERP[0], OP-PERP[0], PEOPLE-PERP[0], PERP[0.65419611], PERP-PERP[0], POLIS[.07500606], POLIS-PERP[0], RAY-PERP[-5709], REN[.59100631], MATIC-PERP[-142.234671002], SOL-2021092[0], SOL-PERP[59547.46880319], SPY[512.1.477495056], SRM[58.006004229], SRM-LOCKED[402.79115771], SRM-PERP[0], STG-PERP[-6354], TRU-PERP[0], TRU[1.68077177], TRX[0], TSLA[48.060449], UNI[182.199989915], USD[20707.66], USD[592.4.6680319], USTC[30316], WAVES-PERP[0], WBTC[-0.00879971], XRP-PERP[-7685] | | |
| 00660745 | | BNB-PERP[0], BTC[0], ETH[.00178813], ETH-PERP[0], ETHW[0.00178807], FTT-PERP[0], LTC[.00687253], MATIC[.55256124], RAY[.0026], RAY-PERP[0], SOL[.000001], SOL-PERP[0], SRM[1.38958691], SRM-LOCKED[.8007536239], TRX[.6904412], USD[0.03], USDT[0.000001], USDT-PERP[0], XRP[1.75], XRP-PERP[0] | | |
| 00660763 | | BTC[0], FIDA[0.10061990], FIDA_LOCKED[.41109148], LTC[0.00027354], USD[0.00], USDT[0.0043601] | | |
| 00660769 | | ALGOBULL[1000], BCHBULL[658.9033077], DOGEBULL[8.3307244], DOGE-PERP[0], DYDX-PERP[0], EGLD-PERP[0], LUNA[0.00030043], LUNA2_LOCKED[21.43109981], LUNC-PERP[0], MINA-PERP[0], TRX[.00003], TRY8-PERP[0], USD[0.18], USDT[0], XRP-PERP[0] | | |
| 00660772 | | BTC-PERP[0], CRV-PERP[0], DODO-PERP[0], DYDX-PERP[0], LUNA2_LOCKED[21.43109981], LUNC-PERP[0], MINA-PERP[0], TRX[.00003], TRY8-PERP[0], USD[0.18], USDT[0], XRP-PERP[0] | | |
| 00660777 | | AAVE[2], ADA-PERP[0], ALCX[.02067887], ALICE-PERP[0], ALICE-PERP[0], ATLAS-PERP[0], AURY[.211], BTC[0.203666833], BTC-PERP[0], BULL[0], CEL-PERP[0,78], ETH-1230[0], ETHBULL[0], ETH-PERP[0], FXS-PERP[0], FTT-PERP[0], FXS-PERP[0], GENIE[15.600078], GMT-PERP[-1389], GST-PERP[0], HOT-PERP[0], KAVA-PERP[0], LINK-PERP[0], LOOKS[139.000325], LUNA2[2.798106633], LUNA2_LOCKED[6.52891547], LUNC[6092926.11], LUNC-PERP[0], MATIC[94.3], MCB[100], MKR[.1], MNGO-PERP[0], NEAR-PERP[0], POLIS-PERP[0], RAY[0], RAY-PERP[0], SHIB[77.00000], SHIB-PERP[0], MX[100.7.0025], LINK-PERP[0], LOOKS[139.000325], LUNA2[2.798106633], LUNA2_LOCKED[6.52891547], LUNC[6092926.11], LUNC-PERP[0], MATIC[94.3], MCB[100], MKR[.1], MNGO-PERP[0], NEAR-PERP[0], POLIS-PERP[0], RAY[0], RAY-PERP[0], SHIB[77.00000], SHIB-PERP[0], SLRS[500], SOL-PERP[0], SRM[0], SRM-PERP[0,00000021], SUSHI[0], TRX[0], TRX-PERP[0], USD[2889.75], USD[28892.54], USD[28892.54], USD[2889.54], SNX[0.07138208], SNX-PERP[0], SOL[-142.23451702], SOL-2021092[0], SPY[551.477495056], SRM[58.006004229] | | |
| 00660794 | | ATOM[138.8], BAT-PERP[0], BNB-PERP[0], BTC-PERP[0], CHF[1654.16], CRO[13470], FTM-PERP[0], FTT[60.96192703], GRT[55503], LRC[4273.09311247], LUNA2[0.12623039], LUNA2_LOCKED[0.29467759], LUNC[27500], MANA[87.823487], MATIC[2421.03612213], MATIC-PERP[0], PAXG[.5685], RAY[.60461], SAND[500], SOL[.01392581], SRM[15307425], SRM_LOCKED[28.92692575], TRX[.000005], USD[-98035.97], USD[9808.37], USD[0.00000011] | | |
| 00660927 | Yes | CRO-PERP[0], EUR[2.04], FTT[0], LUNA2[0.000375122], LUNC[81.68366], STETH[0], USD[0.01], USD[12.61660160], XRP[.07] | | |
| 00660975 | | BTC[0], COPE[0], FTT[0.01408675], LUNA2[0.0020196], LUNA2_LOCKED[0.00471259], LUNC[439.79], RUNE[130.5], SOL[0], USD[1.67], USDT[0.0179858] | | |
| 00661014 | | COPE[431.9324], DAWN[1211.1], ETH[0], LUNA2[0.13467844], LUNA2_LOCKED[0.03142498], LUNC[2032.65268001], RAY[72.25972542], SOL[4.01], USD[2.73], USDT[0] | | |
| 00661032 | | BTC-PERP[0], DFL[4.88204908], ETH[0.00000011], FTM[0.5298579], FTT[0], FTT-PERP[0], GMT-PERP[0], IMX[51.2], LUNA2[1.74185211], LUNA2_LOCKED[0.39758492], MKR[0], NEAR-PERP[0], RAY[0.87365000], SOL-2021123[1][0], SOL-PERP[0], STEP[0.05691951], STG[11311], USD[1885.36], USDT[0.00000002], UST-PERP[0], WBTC[0] | | |
| 00661047 | | FTT[15.109], LTC[.00525199], RAY[13.20452259], SOL[3.72777409], SRM[35.15766265], SRM_LOCKED[.91122411], USD[19.68] | | |
| 00661052 | | LTC[0.00090899], UBXT[111159.80777744], UBXT_LOCKED[68.46312546], USD[19.68] | | |
| 00661054 | | AAVE-PERP[0], ADA-PERP[0], ALGO-PERP[0], APE-PERP[0], ATOM-PERP[0], AVAX-PERP[0], AXS-PERP[0], BAL-PERP[0], BNB-PERP[0], BTC[0.032250], BTC-PERP[0], CELO-PERP[0], CHZ-PERP[0], DOGE-PERP[0.078], DOT-PERP[0], DYDX-PERP[0], ETC-PERP[0], ETH-PERP[0], FXS-PERP[0], FIL-PERP[0], FTM-PERP[0], FTT-PERP[0], GMT-PERP[0], HOT-PERP[0], KAVA-PERP[0], LINK-PERP[0], LOOKS-PERP[0], LRC[0.00050325], MANA-PERP[0], MATIC-PERP[0], NEAR-PERP[0], OMG-PERP[0], OP-PERP[0], PEOPLE-PERP[0], RAY-PERP[0], ROOK-PERP[0], RUNE-PERP[0], SLP-PERP[0], SOL-PERP[0], SPELL-PERP[0], SRM[.01114333], SRM_LOCKED[.10617807], SRM-PERP[0], STEP-PERP[0], STMX-PERP[0], STORJ-PERP[0], SUSHI-PERP[0], TOMO-PERP[0], USD[1.37], USDT[5000.00180000], WAVES-PERP[0], XRP[0], XRP-PERP[0] | | |
| 00661055 | | ADA-PERP[0], BCH[1], BTC[0.00057154], CHZ[109.806], DOGE-PERP[0], FTT[.00543602], FTT-PERP[0], GMT-PERP[0,00], GMT-PERP[0], LUNC-PERP[0], MANA-PERP[0], MAPS-PERP[0], OXY-PERP[0], PAXG-PERP[0], RAY-PERP[0], ROOK-PERP[0], RUNE-PERP[0], SLP-PERP[0], SOL-PERP[0], SPELL-PERP[0], SRM[0.01114333], SRM_LOCKED[.10617807], SRM-PERP[0], STEP-PERP[0], STMX-PERP[0], STORJ-PERP[0], SUSHI-PERP[0], TOMO-PERP[0], USD[1.37], USDT[5000.00180000], WAVES-PERP[0], XRP[0], XRP-PERP[0] | | |
| 00661078 | | ADA-PERP[0], ALCX-PERP[0], ALGO-PERP[0], ALICE-PERP[0], ATLAS[0], ATLAS-PERP[0], AVAX[2.2], AVAX-PERP[0], AURY[0], AXS-PERP[0], BAND[0], BAND-PERP[0], BNB[0], BNB-PERP[0], BTC[4.99985946], BTC-PERP[0], BULL[0.00000001], CEL[0], CEL-PERP[0], CHZ-PERP[0], COMP-PERP[0], CRV-PERP[0], DAI[0], DEFI-PERP[0], DODO-PERP[0], DOGE-PERP[0], DOT-PERP[0], ENS-PERP[0], ETH[0], ETH-PERP[0], FIL-PERP[0], FLM-PERP[0], FTM-PERP[0], FTM[6501.992816984], FTT[0], FTT-PERP[0], GALA-PERP[0], GRT-PERP[0], HNT-PERP[0], HT-PERP[0], IOTA-PERP[0], KAVA-PERP[0], KIN-PERP[0], KNC-PERP[0], KSM-PERP[0], LINA-PERP[0], LINK-PERP[0], LRC-PERP[0], LTC-PERP[0], LUNA2[1.64129242], LUNC[573934.88], LUNC-PERP[0], LUNC-PERP[0], MATIC-PERP[0], MAPS-PERP[0], NEAR-PERP[0], OMG-PERP[0], ONE-PERP[0], OP-PERP[0], PAXG-PERP[0], POLIS-PERP[0], RAY-PERP[0], REEF-PERP[0], REN-PERP[0], RSR-PERP[0], RSR[0], RUNE-PERP[0], SAND-PERP[0], SHIB[0], SLP-PERP[0], SOL-2021123[1][0], SOL-PERP[0], SPELL-PERP[0], SRM[0], SRM_LOCKED[.10617807], SRM-PERP[0], STEP-PERP[0], SUSHI[0], SUSHI-PERP[0], THETA-PERP[0], TRX-PERP[0], TRYB-PERP[0], TULIP-PERP[0], UNI[0], XRP-PERP[0], XRP[0], YFI[0], YFI-PERP[0] | | |
| 00661126 | | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], AKRO[0], ALGO-PERP[0], ALICE-PERP[0], ATOM[.096658], BTC[0], ETH[0.00009593], ETHW[0.00095993], KIN[0], LUNA2[0.00260527], LUNC[0083826], MANA[3.94756], MANA-PERP[0], RAY[0.0268], BNB[0], BNB-PERP[0], BRZ[-0.00231644], BTC[0], BTC-2021092[0], BTC-2021123[1][0], BTC-PERP[0], C98-PERP[0], CAKE-PERP[0], CHZ-PERP[0], DAI[0], DASH-PERP[0], DODO-PERP[0], DOT-PERP[0], ENJ-PERP[0], ENS-PERP[0], ETH[0], ETH-PERP[0], FIDA-PERP[0], FIL-PERP[0], FLM-PERP[0], FTM[501.98261984], FTT[0], FTT-PERP[0], GALA-PERP[0], GRT-PERP[0], HNT-PERP[0], ICP-PERP[0], KIN[0], KSM-PERP[0], LINK-PERP[0], LTC-PERP[0], LUNA2[1.64129242], LUNC[573934.88], LUNC-PERP[0], LUNC-PERP[0], MATIC-PERP[0], MAPS-PERP[0], NEAR-PERP[0], OMG-PERP[0], ONE-PERP[0], OP-PERP[0], PAXG-PERP[0], POLIS-PERP[0], RAY-PERP[0], REEF-PERP[0], REN-PERP[0], RSR-PERP[0], RSR[0], RUNE-PERP[0], SAND-PERP[0], SHIB[0], SLP-PERP[0], SOL-2021123[1][0], SOL-PERP[0], SPELL-PERP[0], SRM[0], SRM_LOCKED[.10617807], SRM-PERP[0], STEP-PERP[0], SUSHI[0], SUSHI-PERP[0], THETA-PERP[0], TRX-PERP[0], TRYB-PERP[0], TULIP-PERP[0], UNI[0], XRP-PERP[0], XRP[0], YFI[0], YFI-PERP[0] | | |

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.