# EXHIBIT A

(The Lenz Connections as of 1 December 2023)

