# EXHIBIT B

## (The Lenz Employee)

Flavio Delli Colli