## EXHIBIT A

(The Schurti Connections)

- 
- 
- ███████