# EXHIBIT A

## Public Walkers Connections

| Entity | Relationship to Debtor |
|---|---|
| **Firm connections in the public domain** | |
| Akin Gump Strauss Hauer & Feld LLP | Vendor |
| Amazon | Vendor |
| Bank of America (BoA Merrill Lynch) | Bank/Lender/UCC Lien Party/Administrative Agent |
| BlockFi Inc | Contract Counter-Party/Significant Competitor |
| Coinbase | Significant Competitor |
| Commercial Bank of Dubai | Bank/Lender/UCC Lien Party/Administrative Agent |
| DBS Bank Limited | Bank/Lender/UCC Lien Party/Administrative Agent |
| ED&F Man Holdings Limited | Bank/Lender/UCC Lien Party/Administrative Agent |
| Endurance Worldwide Insurance Ltd | Insurance |
| Euler Hermes Kreditversicherungs-AG | Investment/Acquisition |
| FTI Consulting | Contract Counter-Party |
| HSBC Bank | Bank/Lender/UCC Lien Party/Administrative Agent |
| [REDACTED] | Customer |
| JPMorgan Chase Bank, N.A. | Bank/Lender/UCC Lien Party/Administrative Agent |
| Morgan Stanley | Bank/Lender/UCC Lien Party/Administrative Agent |
| MUFG Bank, LTD | Bank/Lender/UCC Lien Party/Administrative Agent |
| NEAR | Investment/Acquisition |
| Silicon Valley Bank | Bank/Lender/UCC Lien Party/Administrative Agent |
| Willkie Farr & Gallagher LLP | Vendor |
| 1Inch | Investment/Acquisition |