# EXHIBIT B

## Non-Public Consenting Walkers Connections

| Entity | Relationship to Debtor |
|---|---|
| **Consent given to disclose Firm connection** | |
| ▰▰▰ | Vendor |
| ▰▰▰ | Customer |
| ▰▰▰ | Investment/Acquisition |
| ▰▰▰ | Vendor |
| ▰▰▰ | Investment/Acquisition |
| ▰▰▰ | Investment/Acquisition |
| ▰▰▰ | Investment/Acquisition |
| ▰▰▰ | Insurance |
| ▰▰▰ | Investment/Acquisition |
| ▰▰▰ | Customer |
| ▰▰▰ | Contract Counter-Party |
| ▰▰▰ | Vendor |
| ▰▰▰ | Investment/Acquisition |
| ▰▰▰ | Bank/Lender/UCC Lien Party/Administrative Agent |
| ▰▰▰ | UCC Members |
| ▰▰▰ | Customer |
| ▰▰▰ | Investment/Acquisition |