**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL**

  **PLEASE TAKE NOTICE** that Kroll Restructuring Administration LLC hereby withdraws the *Supplemental Affidavit of Service of Paul Pullo Regarding Liquidating Trustees Motion for an Order Imposing Non-Monetary Sanctions Against Laura Perryman, Gary Perryman, Brandyn Perryman, and Related or Affiliated Entities; and (II) Granting Related Relief*, filed on February 28, 2024 [Docket No. 8170].

Dated: February 29, 2024

                   */s/ Javier Hernandez*
                   Javier Hernandez
                   Kroll Restructuring Administration LLC
                   55 East 52nd Street
                   17th Floor
                   New York, NY 10155

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.