RECEIVED
2024 FEB 29 AM 10: 39
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Honorable Judge John Dorsey

United States Bankruptcy Court

District of Delaware

824 N Market St

5th Floor, Courtroom 5

Wilmington, DE 19801

302-533-3169

February 21st, 2024

Re:    FTX TRADING LTD Chapter 11

22-11068-JTD

Dear Honorable Judge John Dorsey,

I am writing to you in the hopes of addressing and correcting a likely mistake in my customer claim form. I apologize for reaching out to you directly but my attempts at contacting the proper channels at FTX have been fruitless and I would like to bring maximum transparency and ensure the correct procedures are followed on all sides, including mine.

As a customer of FTX, I've held resources that would allow me to afford living in my own property, in my home country. I had intended to do this after finishing a temporary position working for the European Commission in Luxembourg, which is slated to finish in one year's time. If there is a chance some of the resources I held can be recovered, I would not want to jeopardize it because of my potential misunderstanding of a single word in the customer claim form.

The word in question is *asserted*, in the context of listing *asserted* and *loaned* assets (fiat and crypto). When filling in my customer claim form in September I didn't find a clear definition of the word in this context, nor could I add a comment of clarification about my understanding to these parts of the claim form because like many other FTX customers, I am not a native speaker. I thought this could be the total value so that is the value I listed in the claim form, at least for USD. I don't recall changing this value for the crypto assets, as frankly those I doubted at the time could ever even be recovered. This was also due to my uncertain grasp on the meaning of asserted- I was unsure of the absolutely correct meaning and hoped to have an opportunity at a later date to be able to have this clarified.

When recently I received an email from FTX urging customers to redo their claims due to errors, I had hoped this could be the opportunity to review it and resubmit. I found (from ChatGPT) that in this context the *asserted* assets would not be the total ones, but those that are not *loaned*. If this is the case, then I would need to update my customer claim form. Unfortunately, my attempts to edit my customer claim form could not be resubmitted, as I likely wasn't one of the predetermined customers who were allowed this. As I understand, their corrections are possible because there was a technical error.

In the past few weeks, I tried contacting through any means I could find the appropriate channels at FTX but have received no response thus far. Some of these contacts include ftxnoticing@ra.kroll.com, FTXInfo@ra.kroll.com, and ftx-creditor-support@cases.withpersona.com.

In any case, the amounts I see when I log in to my FTX accounts are the correct ones, and I would hereby like to confirm this and present these values below:



Figure 1. Total values



Figure 2. Loaned values, circled in red

Yours sincerely,

*[signature]*

Veno Bojanovsky

+352 661 729 126

venobojanovsky@gmail.com

| Current address: | Permanent address: |
|---|---|
| 5 Rue de Dalheim | Mlinarska cesta 18 |
| L-5761 | 10000 |
| Hassel, Weiler-la-Tour | Zagreb |
| Luxembourg | Croatia |

Customer claim form confirmation ID: █████████

Unique customer code: █████

P.S. Here is the screenshot showcasing the stated inability to submit the updated customer claim form:



Figure 3. Submit button missing

P.P.S. I am in agreement with other Creditors who disagree with the approach to pricing the claims which had been proposed by FTX and which based the prices of assets on the those from November 2022.