# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | |
| ) | |
| FTX Trading, Ltd., *et al.*, ) | Chapter 11 |
| ) | Case No: 22-11068-JTD |
| Debtors. ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO BE REMOVED FROM SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby withdraws her appearance as counsel for the Massachusetts Department of Revenue and requests to be removed from further e-noticing for this matter.

Respectfully submitted,

GEOFFREY E. SNYDER
COMMISSIONER
MASSACHUSETTS DEPARTMENT OF REVENUE

By his attorneys,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL OF MASSACHUSETTS

Michael T. Fatale, General Counsel and
Special Assistant Attorney General

/s / Celine E. de la Foscade-Condon
Celine E. de la Foscade-Condon
Massachusetts BBO # 658016
Counsel to the Commissioner
Massachusetts Department of Revenue
Litigation Bureau
100 Cambridge Street, P. O. Box 9565
Boston, MA 02114
(617) 626-3854
delafoscac@dor.state.ma.us

Dated: February 29, 2024

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | |
| FTX Trading, Ltd., *et al.* , ) | Chapter 11 |
| ) | Case No: 22-11068-JTD |
| Debtors. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

      I, Celine E. de la Foscade-Condon, hereby declare that on this 29th day of February 2024, I have caused to be served a true and accurate copy of the *Notice of Withdrawal of Appearance and Request to be Removed from Service of Papers* upon all parties registered to receive ECF notice.

/s/ Celine E. de la Foscade-Condon
Celine de la Foscade-Condon