**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FTX Trading Ltd., *et al.*;[1] | : | Case No. 22-11068 (JTD) |
| | : | (Jointly administered) |
| Debtors. | : | |
| | : | |

### SUPPLEMENTAL CERTIFICATE OF SERVICE

   I hereby certify that on February 29, 2024, I caused to be served a copy of the (i) *Notice of Appointment of Examiner* [Docket No. 8047] and (ii) *(I) Application of the United States Trustee for Order Approving Appointment of Robert J. Cleary, Esq. as Examiner; (II) Motion for Entry of an Order (A) Establishing the Scope, Cost, Degree, and Duration of Initial Phase of Examination and (B) Granting Related Relief; and (III) Motion to File Certain Information Regarding Potential Parties in Interest Under Seal* [Docket No. 8048] upon the parties on the service list attached hereto as <u>Exhibit A</u> via e-mail and first-class mail.

Dated: February 29, 2024
   Wilmington, Delaware

**ANDREW R. VARA**
**UNITED STATES TRUSTEE,**
**REGIONS 3 and 9**

By: */s/ Benjamin A. Hackman*
Benjamin A. Hackman
Trial Attorney
Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491 (Phone)
(302) 573-6497 (Fax)
benjamin.a.hackman@usdoj.gov

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively.  Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**Exhibit A**

DAMIAN WILLIAMS
United States Attorney for the Southern District of New York
Attorney for the United States of America
Allison Nichols
Assistant United States Attorney
1 St. Andrew's Plaza
New York, NY 10007
Email: Allison.Nichols@usdoj.gov


THE MOSKOWITZ LAW FIRM, PLLC
Adam M. Moskowitz
Joseph M. Kaye
Continental Plaza 3250
Mary Street, Suite 202
Coconut Grove, FL 33133
Email: adam@moskowitz-law.com
joseph@moskowitz-law.com
service@moskowitz-law.com


BOIES SCHILLER FLEXNER LLP
David Boies
Alex Boies
Brooke Alexander
333 Main Street
Armonk, NY 10504
dboies@bsfllp.com
aboies@bsfllp.com
balexander@bsfllp.com


WISCONSIN DEPARTMENT OF JUSTICE
Michael D. Morris
Post Office Box 7857
Madison, WI 53707-7857
E-mail: morrismd@doj.state.wi.us