# EXHIBIT "A"

## United States Bankruptcy Court, District of Delaware

**Check the box to identify the Debtor against whom you assert a claim (select only one Debtor per claim form):**

| | | | |
|---|---|---|---|
| ☑ FTX Trading Ltd. (Case No. 22-11068) | ☐ Alameda Aus Pty Ltd (Case No. 22-11104) | ☐ Alameda Global Services Ltd. (Case No. 22-11134) | ☐ Alameda Research (Bahamas) Ltd (Case No. 22-11105) |
| ☐ Alameda Research Holdings Inc. (Case No. 22-11069) | ☐ Alameda Research KK (Case No. 22-11106) | ☐ Alameda Research LLC (Case No. 22-11066) | ☐ Alameda Research Ltd (Case No. 22-11067) |
| ☐ Alameda Research Pte Ltd (Case No. 22-11107) | ☐ Alameda Research Yankari Ltd (Case No. 22-11108) | ☐ Alameda TR Ltd (Case No. 22-11078) | ☐ Alameda TR Systems S. de R. L. (Case No. 22-11109) |
| ☐ Allston Way Ltd (Case No. 22-11079) | ☐ Analisya Pte Ltd (Case No. 22-11080) | ☐ Atlantis Technology Ltd. (Case No. 22-11081) | ☐ Bancroft Way Ltd (Case No. 22-11082) |
| ☐ Blockfolio, Inc. (Case No. 22-11110) | ☐ Blue Ridge Ltd (Case No. 22-11083) | ☐ Cardinal Ventures Ltd (Case No. 22-11084) | ☐ Cedar Bay Ltd (Case No. 22-11085) |
| ☐ Cedar Grove Technology Services, Ltd. (Case No. 22-11162) | ☐ Clifton Bay Investments LLC (Case No. 22-11070) | ☐ Clifton Bay Investments Ltd (Case No. 22-11111) | ☐ Cottonwood Grove Ltd (Case No. 22-11112) |
| ☐ Cottonwood Technologies Ltd (Case No. 22-11136) | ☐ Crypto Bahamas LLC (Case No. 22-11113) | ☐ DAAG Trading, DMCC (Case No. 22-11163) | ☐ Deck Technologies Holdings LLC (Case No. 22-11138) |
| ☐ Deck Technologies Inc. (Case No. 22-11139) | ☐ Deep Creek Ltd (Case No. 22-11114) | ☐ Digital Custody Inc. (Case No. 22-11115) | ☐ Euclid Way Ltd (Case No. 22-11141) |
| ☐ FTX (Gibraltar) Ltd (Case No. 22-11116) | ☐ FTX Canada Inc (Case No. 22-11117) | ☐ FTX Certificates GmbH (Case No. 22-11164) | ☐ FTX Crypto Services Ltd. (Case No. 22-11165) |
| ☐ FTX Digital Assets LLC (Case No. 22-11143) | ☐ FTX Digital Holdings (Singapore) Pte Ltd (Case No. 22-11118) | ☐ FTX EMEA Ltd. (Case No. 22-11145) | ☐ FTX Equity Record Holdings Ltd (Case No. 22-11099) |
| ☐ FTX EU Ltd. (Case No. 22-11166) | ☐ FTX Europe AG (Case No. 22-11075) | ☐ FTX Exchange FZE (Case No. 22-11100) | ☐ FTX Hong Kong Ltd (Case No. 22-11101) |
| ☐ FTX Japan Holdings K.K. (Case No. 22-11074) | ☐ FTX Japan K.K. (Case No. 22-11102) | ☐ FTX Japan Services KK (Case No. 22-11103) | ☐ FTX Lend Inc. (Case No. 22-11167) |
| ☐ FTX Marketplace, Inc. (Case No. 22-11168) | ☐ FTX Products (Singapore) Pte Ltd (Case No. 22-11119) | ☐ FTX Property Holdings Ltd (Case No. 22-11076) | ☐ FTX Services Solutions Ltd. (Case No. 22-11120) |
| ☐ FTX Structured Products AG (Case No. 22-11122) | ☐ FTX Switzerland GmbH (Case No. 22-11169) | ☐ FTX Trading GmbH (Case No. 22-11123) | ☐ FTX US Services, Inc. (Case No. 22-11171) |
| ☐ FTX US Trading, Inc. (Case No. 22-11149) | ☐ FTX Ventures Ltd. (Case No. 22-11172) | ☐ FTX Zuma Ltd (Case No. 22-11124) | ☐ GG Trading Terminal Ltd (Case No. 22-11173) |
| ☐ Global Compass Dynamics Ltd. (Case No. 22-11125) | ☐ Good Luck Games, LLC (Case No. 22-11174) | ☐ Goodman Investments Ltd. (Case No. 22-11126) | ☐ Hannam Group Inc (Case No. 22-11175) |
| ☐ Hawaii Digital Assets Inc. (Case No. 22-11127) | ☐ Hilltop Technology Services LLC (Case No. 22-11176) | ☐ Hive Empire Trading Pty Ltd (Case No. 22-11150) | ☐ Innovatia Ltd (Case No. 22-11128) |
| ☐ Island Bay Ventures Inc (Case No. 22-11129) | ☐ Killarney Lake Investments Ltd (Case No. 22-11131) | ☐ Ledger Holdings Inc. (Case No. 22-11073) | ☐ LedgerPrime Bitcoin Yield Enhancement Fund, LLC (Case No. 22-11177) |
| ☐ LedgerPrime Bitcoin Yield Enhancement Master Fund LP (Case No. 22-11155) | ☐ LedgerPrime Digital Asset Opportunities Fund, LLC (Case No. 22-11156) | ☐ LedgerPrime Digital Asset Opportunities Master Fund LP (Case No. 22-11157) | ☐ LedgerPrime LLC (Case No. 22-11158) |
| ☐ LedgerPrime Ventures, LP (Case No. 22-11159) | ☐ Liquid Financial USA Inc. (Case No. 22-11151) | ☐ Liquid Securities Singapore Pte Ltd (Case No. 22-11086) | ☐ LiquidEX LLC (Case No. 22-11152) |
| ☐ LT Baskets Ltd. (Case No. 22-11077) | ☐ Maclaurin Investments Ltd. (Case No. 22-11087) | ☐ Mangrove Cay Ltd (Case No. 22-11088) | ☐ North Dimension Inc (Case No. 22-11153) |
| ☐ North Dimension Ltd (Case No. 22-11160) | ☐ North Wireless Dimension Inc. (Case No. 22-11154) | ☐ Paper Bird Inc (Case No. 22-11089) | ☐ Pioneer Street Inc. (Case No. 22-11090) |
| ☐ Quoine India Pte Ltd (Case No. 22-11091) | ☐ Quoine Pte Ltd (Case No. 22-11161) | ☐ Quoine Vietnam Co. Ltd (Case No. 22-11092) | ☐ Strategy Ark Collective Ltd. (Case No. 22-11094) |
| ☐ Technology Services Bahamas Limited (Case No. 22-11095) | ☐ Verdant Canyon Capital LLC (Case No. 22-11096) | ☐ West Innovative Barista Ltd. (Case No. 22-11097) | ☐ West Realm Shires Financial Services Inc. (Case No. 22-11072) |
| ☐ West Realm Shires Inc. (Case No. 22-11183) | ☐ West Realm Shires Services Inc. (Case No. 22-11071) | ☐ Western Concord Enterprises Ltd. (Case No. 22-11098) | ☐ Zubr Exchange Ltd (Case No. 22-11132) |

Modified Form 410
# Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**This claim form should not be used to assert claims against Emergent Fidelity Technologies Ltd.**

**Fill in all the information about the claim as of November 14, 2022 for Debtor West Realm Shires Inc. and as of November 11, 2022 for all other Debtors.**

| Part 1: | Identify the Claim |
| --- | --- |

| 1. **Who is the current creditor?** | Yangjing Lin |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor _____ |
| | Email(s) the creditor used with the debtor _____ |

| 2. **Has this claim been acquired from someone else?** | ☐ No |
| | ☒ Yes. From whom? Claim is based on stolen cryptocurrency traced to FTX platform. |

| 3. **Where should notices and payments to the creditor be sent?** | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Reagan Charleston Thomas<br>Aylstock, Witkin, Kreis and Overholtz<br>17 E. Main Street, Suite 200<br>Pensacola, Florida 32502 | |
| | Contact phone 850-202-1010 | Contact phone _____ |
| | Contact email rthomas@awkolaw.com | Contact email _____ |

| 4. **Does this claim amend one already filed?** | ☒ No<br>☐ Yes.  Claim number on court claims registry (if known)_____ | Filed on _____<br>MM / DD / YYYY |

| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No<br>☐ Yes. Who made the earlier filing? _____ |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
| --- | --- |

| 6. **Do you have any number you use to identify the debtor?** | ☒ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |

**If filing a claim for cryptocurrency, please fill in 7b.**

**Does this amount include interest or other charges?**

| 7a. **How much is the claim?** | $ 324,851.23 | ☒ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

If asserted liability is in a currency other than U.S. dollars or cryptocurrency, provide (i) the currency type _____; (ii) the amount in such currency _____; and (iii) a conversion rate to U.S. dollars _____.

**7b.  List the number of each type and quantity of each coin owed as of the date the case was filed (November 11, 2022)**

| Coin List | Count | Coin List | Count |
| --- | --- | --- | --- |
| | | | |
| | | | |

| | |
|---|---|
| **8. What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>See attached tracing report showing victim's stolen cryptocurrency (ETH) being held at FTX in defendant's frozen wallet(s). |

**9. Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property.

    **Nature of property:**

    ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

    ☐ Motor vehicle

    ☐ Other. Describe: _____

    **Basis for perfection:** _____

    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

    **Value of property:**          $_____

    **Amount of the claim that is secured:**    $_____

    **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

    **Amount necessary to cure any default as of the date of the petition:** $_____

    **Annual Interest Rate (when case was filed)** _____%

    ☐ Fixed

    ☐ Variable

**10. Is this claim based on a lease?**

☒ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

**11. Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☒ Yes. *Check one:*

| | **Amount entitled to priority** |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,350 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $15,150) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☒ Other. Specify subsection of 11 U.S.C. § 507(a)**(8)(f)(iii)** that applies. | $324851.23 |

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☒ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the date of commencement of the above case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. If claim is for both goods and services, provide your total claim amount (goods & services) in section 7a. and the value of the goods here. Attach documentation supporting such claim. See the instructions below on what further information is required.**    $_____

| Part 3: | Sign Below |
| --- | --- |

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   01/24/2024
                   MM / DD / YYYY

/s/ Reagan Charleston Thomas, Esq.
_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Reagan Charleston Thomas | | |
| --- | --- | --- | --- |
| | First name | Middle name | Last name |
| Title | Attorney | | |
| Company | Aylstock, Witkin, Kreis and Overholtz, PLLC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 17 East Main Street, Suite 200 | | |
| | Number       Street | | |
| | Pensacola | FL | 32502 |
| | City | State | ZIP Code |
| Contact phone | 850-202-1010 | Email | rthomas@awkolaw.com |

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                    12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

---

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
18 U.S.C. §§ 152, 157 and 3571.

---

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **On the first page of the form, check the box to identify the Debtor against whom you assert a claim. Select only one Debtor per claim form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)
  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Attach supporting documentation unless voluminous, in which case a summary must be attached.  If documentation is unavailable, provide an explanation as to why documentation is not available.**

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A Proof of Claim form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.**

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

- **Any proof of claim asserting a 503(b)(9) Claim must also: (i) include the value of the goods delivered to and received by the Debtors in the 20 days prior to the Petition Date; (ii) attach any documentation identifying the particular invoices for which the 503(b)(9) Claim is being asserted; (iii) state whether the amount asserted represents a combination of goods and services and, if applicable, the portion that relates solely to the value of the goods; and (iv) set forth whether any portion of the 503(b)(9) Claim was satisfied by payments made by the Debtors pursuant to any order of the Court authorizing the Debtors to pay prepetition claims.**

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at https://restructuring.ra.kroll.com/FTX.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. § 503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule
3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

If by first class mail:

FTX Trading Ltd. Claims Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

If by overnight courier or hand delivery:

FTX Trading Ltd. Claims Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

You may also file your claim electronically at
https://restructuring.ra.kroll.com/FTX/EPOC-Index

**Do not file these instructions with your form**



# INVESTIGATIVE REPORT

---

**Matter:** Lost Funds

**Affected Party:** Yangjing Lin

**Date:** November 7, 2023

**DISCLAIMER**

This report has been prepared exclusively for the affected party. No material in this report shall be distributed or reproduced without the written permission of CipherBlade, except for use by Law Enforcement. Without limitation, this report does not offer any legal guidance or advice of any kind on any subject. In no event shall CipherBlade be liable for any damages resulting from, arising out of, or in connection with the use of the information in this report.

# Contents

**1. Introduction** ...............................................................................................................**3**

    1.1 Description of the case ............................................................................................ 3

    1.2 Objective .................................................................................................................. 3

**2. Analysis** .........................................................................................................................**4**

    2.1 Victim's transfers from FTX.US to suspect's wallet ............................................... 4

    2.2 Victim's transfers from Crypto.com to suspect's wallet .......................................... 5

    2.3 ETH swaps to USDT ................................................................................................ 7

    2.4 First Hop after USDT Swaps ................................................................................. 11

**3. Tracing of funds to exchanges** ................................................................................**13**

    3.1 Crypto.com ............................................................................................................ 13

    3.2 OKX ....................................................................................................................... 15

    3.3 Binance .................................................................................................................. 17

    3.4 FTX ........................................................................................................................ 19

    3.5 MaskEX .................................................................................................................. 21

    3.6 Bitazza ................................................................................................................... 22

    3.7 Gate.io ................................................................................................................... 24

**4. Dormant funds** ...........................................................................................................**26**

**5. Conclusion and recommendations** ..........................................................................**27**

**6. Appendices** .................................................................................................................**29**

    6.1 Appendix A - Deposits to Crypto.com .................................................................. 29

    6.2 Appendix B - Deposits to OKX .............................................................................. 30

    6.3 Appendix C - Deposits to Binance ........................................................................ 31

    6.4 Appendix D - Deposits to FTX .............................................................................. 33

    6.5 Appendix E - Deposits to MaskEX ........................................................................ 34

    6.6 Appendix F - Deposit to Bitazza ........................................................................... 35

    6.7 Appendix G - Deposits to Gate.io ......................................................................... 36

# 1. Introduction

CipherBlade has been engaged by Aylstock, Witkin, Kreis & Overholtz, a United States' law firm with its registered address at 17 E. Main Street, Suite 200, Pensacola, FL 32502, to provide investigative and expert services in blockchain forensics for the benefit of its client, Lin Yangjing ("the victim").

## 1.1 Description of the case

Between June 12, 2022 and September 1, 2022, the victim had transferred a total of approximately USD $2,592,728.73 worth of ETH from her accounts at FTX.US and Crypto.com to the suspect's wallet.

## 1.2 Objective

This report provides a comprehensive overview of the blockchain forensics performed in the investigation. This includes off-chain elements, identifying—when they exist— dormant funds for potential freezes, and identifying, where possible, Virtual Asset Service Providers ("VASPs") that follow Know Your Customer ("KYC") guidelines.

Potential actionable steps for the client and law enforcement are marked in this report with ⚠ .

# 2. Analysis

## 2.1 Victim's transfers from FTX.US to suspect's wallet

Between July 14, 2022, and August 5, 2022, the victim transferred a total of approximately USD $1,567,355.62 worth of ETH, over 9 transactions, to the address **0x77B619e92C1ee983E1b9157Cd445E115DD235Ec4** ("suspect address 1"). These transfers were made from the victim's FTX.US account. The transaction hashes of each of the 9 transactions made on the Ethereum network are listed below:

| No. | Date & Time | Transaction Hash | ETH | Amount (USD)[1] |
|---|---|---|---|---|
| 1 | Jul-14-2022 06:12:50 PM +UTC | 0xa6029119c056853cf80bee813919ea54d34dbb8d22bc15e21d92b7a6ab187cbc | 234.69 | 279,885.13 |
| 2 | Jul-18-2022 07:52:07 PM +UTC | 0xe193b8a990713eea1401f664e941496280d0df7a68b6cfa1b19377e8b21e3638 | 60.92 | 96,477.54 |
| 3 | Jul-19-2022 08:49:35 PM +UTC | 0x5c72af08343efeabc5ed0c187f48424a652373fcc9a14e7dca8f90ca8ebd3999 | 172.23 | 265,775.87 |
| 4 | Jul-20-2022 07:43:31 PM +UTC | 0x7536c442d8a591abb15aa979988b1823225b2777ed803154f6466e2d57d6dd9d | 57.55 | 87,582.50 |
| 5 | Jul-21-2022 07:26:09 PM +UTC | 0xec25196367a1d96c58211254cab8451311b15cd1f703df11837254f080b51059 | 31.70 | 49,960.04 |
| 6 | Jul-28-2022 10:02:46 PM +UTC | 0x7ce3072b4bb551b73ddb3ed9dfa84d38eb36bb0da9c9247950ef96957647cc85 | 254.50 | 439,238.13 |
| 7 | Jul-29-2022 06:27:42 PM +UTC | 0x067d7192771139aa6aa1adc3eb0750fe7a5d7ec9f3eb9560d7103c91b12c3f69 | 85.94 | 148,023.90 |
| 8 | Aug-04-2022 03:42:43 PM +UTC | 0xc150019b968c805040bfba3fc7a1a7c41dbc6ad74991ed5374639a1c66d6919c | 86.09 | 138,444.05 |
| 9 | Aug-05-2022 04:49:31 PM +UTC | 0x3cb6cfb76b457f0dc5a6bc4d3382a16ae764de5113adef63371d54b717d9b191 | 35.68 | 61,968.46 |

---

[1] Estimated value on the day of transaction

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

## 2.2 Victim's transfers from Crypto.com to suspect's wallet

In addition, between June 12, 2022, and September 1, 2022, the victim transferred a total of approximately USD $1,025,373.11 worth of ETH, over 15 transactions, to suspect address 1 and **0xFC308B7D848A53Da38802E2088AE622De8a6b5a1** ("suspect address 2"). These transfers were made from the victim's Crypto.com account. The transaction hashes of each of the 15 transactions made on the Ethereum network are listed below:

| No. | Date & Time | Transaction Hash | ETH | Amount (USD)[2] |
|---|---|---|---|---|
| Transfers to suspect address 2 - 0xFC308B7D848A53Da38802E2088AE622De8a6b5a1 | | | | |
| 1 | Jun-12-2022 01:10:29 AM +UTC | 0xc35600cd1192110628b39ad74a381dab839e721a5c087098dff52aead6668b4f | 0.99 | 1,426.85 |
| 2 | Jun-15-2022 10:57:53 PM +UTC | 0x3271fda11904ebe1b602b710efd85ce4f1250fc99c619b9d3e3f416ca23012e5 | 2.01 | 2,497.58 |
| 3 | Jun-15-2022 11:19:23 PM +UTC | 0xf004a34a4744e73618328a2f8ad93878404a40ca2f77a35e98eac1ef3e7813dc | 0.79 | 983.33 |
| 4 | Jun-16-2022 06:59:23 PM +UTC | 0x1fcbd622998b2dbe39dec11715d6272b9e431d189516aa60444c30b53c31fec1 | 84.99 | 90,698.16 |
| 5 | Jun-22-2022 05:02:20 PM +UTC | 0xcd8521d72142f1af9cd5a15d5172e9d1810e26c279ce85c442ae9cfbe5334017 | 101.83 | 106,754.68 |
| 6 | Jun-23-2022 09:31:24 PM +UTC | 0x95cbb078b0d9d440b8cb83ec26cb6cb3e9cb07bf6d31e344c3e4d38e1d2240d6 | 109.99 | 125,776.03 |
| 7 | Jun-23-2022 09:28:45 PM +UTC | 0x5ab4e9e37835154b2144f64bf98eb3013dc152f5f6d28f7947463e9ec2f89c73 | 49.99 | 57,168.43 |
| 8 | Jun-23-2022 08:44:05 PM +UTC | 0x06a41d8511cc9b5ded31f5c422146b5f134f3a4f25a260b880946eb87d6905ee | 19.99 | 22,864.63 |
| 9 | Jun-24-2022 09:57:57 PM +UTC | 0xad225c38e93561a537e8f50336021d406b8cf98a2bd295a04d06dfd3ace3df5c | 48.70 | 59,626.80 |
| 10 | Jul-07-2022 05:51:31 PM +UTC | 0xa344a4446677a574e56aee5fb62484c8ace24d7919ce2255ad477bc41087da8c | 137.99 | 170,651.37 |
| 11 | Jul-07-2022 08:39:07 PM +UTC | 0x79005d4e50a75b477a65e2aefc8a4a656a58929b61fd38bb492908589f78fd77 | 0.79 | 984.37 |
| 12 | Jul-13-2022 08:19:08 PM +UTC | 0x082f2d608ce1c0f03f3079932f8cd1302e59dd03bef83ad877fc7ed4bf2d97fa | 179.99 | 200,618.14 |
| | | | | |
| Transfers to suspect address 1 - 0x77B619e92C1ee983E1b9157Cd445E115DD235Ec4 | | | | |

---

[2] Estimated value on the day of transaction

| No. | Date & Time | Transaction Hash | ETH | Amount (USD)[2] |
|---|---|---|---|---|
| 13 | Jul-14-2022 09:19:53 PM +UTC | 0xcfb7840f1323bd03f501c22e2c2d4f7d47ab9e2612f0429a276796aae5fbd556 | 25.01 | 29,836.92 |
| 14 | Aug-30-2022 12:27:18 AM +UTC | 0x978f3fc228c0eea52b45beb071c3d20ae4c1dcfd2dc5afda4affbf51342c49f6 | 92.01 | 140,281.78 |
| 15 | Sep-01-2022 09:55:15 PM +UTC | 0x346fd49f380911f43f4112f2600583b9b6a089d515a92d79a6cc9e3d64c02e91 | 9.58 | 15,204.04 |

*Figure 1* illustrates the transfers[3] made from the victim's accounts at FTX.US and Crypto.com, to suspect addresses 1 and 2, as described in Sections 2.1 and 2.2.



Figure 1 - Funds transferred from victim's accounts at FTX.US and Crypto.com to suspect addresses 1 and 2

---

[3] The transfer amounts depicted in *Figure 1* include funds that do not belong to the victim.

## 2.3 ETH swaps to USDT

In total, the victim made 24 transfers to suspect addresses 1 and 2, as highlighted in the previous sections. The investigation showed that, shortly after receiving the victim's ETH deposits, the suspect swapped ETH for USDT for 20[4] out of the 24 transfers, using a decentralized exchange platform called Tokenlon[5]. The following table lists each of the swaps that were made:

| No. | Date & Time | Transaction Hash | From | ETH Swapped | USDT |
|---|---|---|---|---|---|
| 1 | Jul-14-2022 06:17:29 PM +UTC | 0x2cd27be65e9c0ba909d8e351724cca11ad7493925ee6a 86c352dc7d749e0c587 | Suspect address 1 | 234.69 | 279,437.61 |
| 2 | Jul-18-2022 07:57:16 PM +UTC | 0x5b1e45c7bfdd50f7e7678ddc87b6b7cc623d71e260a8d 10134d3c415a6f6e397 | Suspect address 1 | 60.92 | 89,291.13 |
| 3 | Jul-19-2022 08:52:55 PM +UTC | 0xa40bbc00d642d4788351719e26a3e5c581076be2a376 74d0fc80c1c6d02fb61d | Suspect address 1 | 172.23 | 267,697.35 |
| 4 | Jul-20-2022 07:47:51 PM +UTC | 0xb6aee0cd3684c7cdb6779e2cf1374c558e499f69b9352 3a3c97e14dba34e6b60 | Suspect address 1 | 57.55 | 88,918.90 |
| 5 | Jul-21-2022 07:30:47 PM +UTC | 0xe374cad2365c26cad8e28111d41cfe22f66a8c4b16a47 703b556ef19fcf911b6 | Suspect address 1 | 31.70 | 49,332.26 |
| 6 | Jul-28-2022 10:05:30 PM +UTC | 0xf91cb9dcd2816404062c61b64c561159cb5ade17b268 552b7d0838a2dd434523 | Suspect address 1 | 254.50 | 441,051.24 |
| 7 | Jul-29-2022 06:30:20 PM +UTC | 0xe977037648dff82f564b2a029e50bbdeff9150f88f8100 78659c7ade3559b6cb | Suspect address 1 | 85.94 | 147,263.81 |
| 8 | Aug-04-2022 03:48:13 PM +UTC | 0xcb80ca091b7b26996efdbe7d1985ab38d150fe2f40706 03be3f64882b46092a0 | Suspect address 1 | 86.09 | 138,298.73 |
| 9 | Aug-05-2022 04:51:59 PM +UTC | 0x8ec5f5c8832572e72e5576473af51271f0b12d8940314 2fc587106841a7f9f1a | Suspect address 1 | 35.68 | 59,365.76 |
| 10 | Jun-15-2022 11:03:37 PM +UTC | 0xbb627de21832354a275803368da312bf21e1c275cc80 82a4f8aa5d03771bd717 | Suspect address 2 | 2.01 | 2,455.57 |
| 11 | Jun-16-2022 07:05:44 PM +UTC | 0xd437200566b090139fb0de42cede8d4a18902622014c 83ba34b872b992386d20 | Suspect address 2 | 84.99 | 94,262.34 |
| 12 | Jun-22-2022 05:04:50 PM +UTC | 0x34fcfee92f548b1d8a28d908b5f568d11d5b917b9df21c a239335f2cff021f25 | Suspect address 2 | 101.83 | 108,975.94 |
| 13 | Jun-23-2022 09:33:07 PM +UTC | 0x7e3a479cecf697703a69555a354c9d26eaf2977de4249 24bf4993c8d39dc69d9 | Suspect address 2 | 109.99 | 124,198.46 |

---

[4] The transaction hashes for these 20 transfers have been highlighted in blue in Sections 2.1 and 2.2.
[5] https://tokenlon.im/instant

| No. | Date & Time | Transaction Hash | From | ETH Swapped | USDT |
|-----|-------------|------------------|------|-------------|------|
| 14 | Jun-23-2022 09:30:46 PM +UTC | 0xe3dd108f8a18895f0280eb4a7eaf12547e179dc419fbe0f79185f994c2f05b63 | Suspect address 2 | 49.99 | 56,471.26 |
| 15 | Jun-23-2022 08:44:49 PM +UTC | 0xf626c7bc4dab9e081f1bbd814863275e9fe2552081cf31bbe669bd5c1227daf8 | Suspect address 2 | 19.99 | 22,640.26 |
| 16 | Jun-24-2022 10:00:09 PM +UTC | 0xda85c6a2f674fb9803daa1b9a483f956a96389c66903080043271464dec4512d | Suspect address 2 | 48.70 | 59,523.13 |
| 17 | Jul-13-2022 08:22:17 PM +UTC | 0x01600ae5da6cc94042a181c7c28ecc5b7f3a3397e8d63eaf124a301b1acb6189 | Suspect address 2 | 179.99 | 193,371.32 |
| 18 | Jul-14-2022 09:20:05 PM +UTC | 0xc4dc19f46e197d2c41a74f4ef2d4f3b5cfb6c45ef06f204d89839a8deb633aca | Suspect address 1 | 25.01 | 29,734.63 |
| 19 | Aug-30-2022 12:30:49 AM +UTC | 0x6b3936d9cc846c6fbdb46995d69d08c9d4039639a0c55bcef4c07fc6700b35ea | Suspect address 1 | 92.01 | 141,727.13 |
| 20 | Sep-01-2022 09:57:24 PM +UTC | 0x4950d731841de9063a0161241ea03afff45f1fac7d479dbb64c8ecb93a25a855 | Suspect address 1 | 9.58 | 15,113.49 |

For 1 out of the 4 transfers that had not been swapped for USDT, the investigation established that shortly after suspect address 2 had received 137.99 ETH from the victim, it transferred 201.67 ETH to the address **0x45f46DbF5924AD21B7e41Ce359f401492e7F6eF5**. As the amount of 201.67 ETH is greater than the received amount, it is evident that the victim's funds had commingled with other funds at suspect address 2. This transaction is identified in the table below:

| No. | Date & Time | Transaction Hash | ETH | Amount (USD)[6] |
|-----|-------------|------------------|-----|-----------------|
| 1 | Jul-07-2022 06:02:35 PM +UTC | 0xe6dbfd3c963920b6ea87027b4bcc201d0798e6949aeb3e1b0d7410a5cedf690c | 201.67 | 249,395.66 |

---

[6] Estimated value on the day of transaction

*Figure 2*[7] illustrates the above-mentioned ETH to USDT swaps, as well as the transfer of 201.67 ETH to address **0x45f46DbF5924AD21B7e41Ce359f401492e7F6eF5**.



Figure 2 - ETH to USDT swaps, and transfer to 0x45f46DbF5924AD21B7e41Ce359f401492e7F6eF5

During the analysis, if the victim's funds were found to have commingled with other funds at any address, the "First In First Out[8]" ("FIFO") method was applied to further the analysis.

Thus, using the FIFO method, the said 137.99 ETH was further analyzed and found to have been transferred to the address **0x1B372F8543Db17e353D13eBB9b9387d0402F1445**. It was subsequently converted to USDT via Uniswap, before being sent to the address **0x1E8b3caeB54A15b0CA956273B58DC4d172135A7E**.

---

[7] The transfer amounts depicted in Figure 2 include the victim's funds commingled with all additional funds transferred among the entities.
[8] https://www.ledger.com/academy/crypto-tax-accounting-methods-fifo-lifo-hifo-explained#:~:text=First%2Din%2C%20first%2Dout%2C%20or%20FIFO%2C%20is,beginning%20with%20your%20earliest%20purchase.

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

Using FIFO analysis, the above sequence of events is laid out in the table below:

| No. | Date & Time | Transaction Hash | Asset | Traced Stolen Assets | Action |
|---|---|---|---|---|---|
| 1 | Jul-07-2022 06:02:35 PM | 0xe6dbfd3c963920b6ea87027b4bcc201d0798e6949aeb3e1b0d7410a5cedf690c | 201.67 ETH | 137.996 ETH | Transfer ETH from 0xFC308B~ to 0x45f46~ |
| 2 | Jul 7, 2022, 6:16:10 PM | 0x7e698314431178707de878370158702 59ac2a9ef565894c5aa95e09d148f0ddd | 145.67 ETH | 137.996 ETH | Transfer ETH from 0x45f46D~ to 0x1B372F~ |
| 3 | Jul 7, 2022, 6:16:46 PM | 0x6eb73e4a06f0f65b45c36ce03c351857 89191e868f69b2f6ad219236bdd4df98 | 178,226.41 USDT | 168,837.31 USDT | Swap ETH for USDT at 0x1B372F~ |
| 4 | Jul 7, 2022, 6:23:32 PM | 0x12f205fd87a2c8e2efe261d83c5b13c5 d51e41ef170d40ab301b74fcd484ef23 | 234,280 USDT | 160,479.74 USDT | Transfer USDT from 0x1B372~ to 0x1E8b3c~ |

*Figure 3* illustrates the sequence of actions involved in the transfer and swap of the 201.67 ETH, of which 137.99 ETH belongs to the victim.



Figure 3 - Flow of the 201.67 ETH, of which 137.99 ETH belongs to the victim.

## 2.4 First Hop after USDT Swaps

*Figure 4* shows the addresses that the suspect addresses had transferred the funds to after the ETH to USDT swaps, which also shows the initial fund movement out of the suspect addresses.



Figure 4 - Counterparty addresses that have received stolen funds from suspect addresses 1 and 2

As the stolen funds had commingled with other funds, the FIFO method was utilized to advance the analysis. The following table provides details of the counterparty addresses that had received funds from suspect addresses 1 and 2, which includes a portion of the stolen funds:

| No. | Address | Funds received from | Total Received (USDT)[9] |
|---|---|---|---|
| 1 | 0x4ffc387bc666786766e98e3722fd56fcdb4704b3 (FTX) | Suspect address 1 | 4,950 |
| 2 | 0xd43922f84e51746756d7264d387f307a6b75eba7 (Crypto.com) | Suspect address 1 | 396 |
| 3 | 0x465ba0bb70a78e5dc25baa62248b8523c0ad6b29 (Crypto.com) | Suspect address 1 | 3,267 |
| 4 | 0x446d8a42d8cb24f6e366a08803b9d0d106fcec86 (Crypto.com) | Suspect address 1 | 6,088.5 |
| 5 | 0x76b6866da951ec578c619eca8a4a7c0b882d3790 (Crypto.com) | Suspect address 1 | 495 |
| 6 | 0x7b9a5d1bd2fbc798288d464be5a5d9dc3a5781f4 | Suspect address 1 | 241,269 |
| 7 | 0x382be60286208011ef7d31642c143084d7f0fa10 | Suspect address 2 | 1,150,000 |
| 8 | 0x1e8b3caeb54a15b0ca956273b58dc4d172135a7e | Suspect addresses 1 and 2 | 3,810,122.848 |

As some of the counterparty addresses are known deposit addresses for various services, they will be discussed in the next section.

---

[9] Only funds assessed to contain the victim's stolen funds have been taken into consideration

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

# 3. Tracing of funds to exchanges

Through further analysis, it was established that the victim's funds were eventually deposited into several exchanges, namely, Crypto.com, OKX, Binance, FTX, MaskEX, Bitazza and Gate.io. The transfers to these exchanges are elaborated on in Sections 3.1 to 3.7 of this report.

During the analysis, it was also observed that the client's funds had commingled with funds at other addresses. This will be evident from the figures which show the total amount of funds moving from the scam addresses to be larger than the amount deposited by the client. In such instances, the FIFO method was once again applied to further the analysis.

## 3.1 Crypto.com

*Figure 5* illustrates funds moving directly from suspect address 1 to Crypto.com.



Figure 5 - Funds directly deposited to Crypto.com from suspect address 1

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

The analysis showed that the following 4 Crypto.com deposit addresses had received funds directly from suspect address 1. Of the funds received at Crypto.com, the analysis identified that approximately 9,225 USDT belongs to the victim.

| No. | Crypto.com Deposit Address | Funds Traced (USDT) |
|-----|----------------------------|---------------------|
| 1 | 0xd43922f84e51746756d7264d387f307a6b75eba7 | 395 |
| 2 | 0x465ba0bb70a78e5dc25baa62248b8523c0ad6b29 | 2,247 |
| 3 | 0x446d8a42d8cb24f6e366a08803b9d0d106fcec86 | 6,088 |
| 4 | 0x76b6866da951ec578c619eca8a4a7c0b882d3790 | 495 |

Further details of the transactions made to these Crypto.com deposit addresses are provided in *Appendix A*.

⚠️  The client is recommended to work with compliance officials, law enforcement agencies, and the courts to contact Crypto.com at lawenforcementglobal@crypto.com, contact@crypto.com, riskops@crypto.com or cs-leads@crypto.com  and make a request to freeze any funds in the account associated with the above deposit addresses, and any related accounts, until further notice.

In addition, the following information should be formally requested from Crypto.com:

- account e-mail addresses
- access logs, cookie data, all relevant fingerprinting information (device IDs, IP address, related phone numbers, user agent information etc.)
- KYC information and documents, if available
- deposit and withdrawal history (including any fiat banking information)
- current account balance
- any data or documents obtained or produced by any internal AML investigation that Crypto.com may have conducted pertaining to the accounts

CipherBlade is ready to assist law enforcement agencies with the interpretation of any information obtained, as well as with follow-up blockchain forensics.

## 3.2 OKX

*Figure 6* illustrates funds moving from suspect addresses 1 and 2, through several intermediary addresses, before reaching OKX.



Figure 6 - Funds deposited to OKX from via several intermediary addresses

The analysis showed that the following 6 OKX deposit addresses had received funds from suspect addresses 1 and 2, through several intermediary addresses. Of the funds received at OKX, the analysis identified that approximately 608,442 USDT belongs to the victim.

| No. | OKX Deposit Address | Funds Traced (USDT) |
|-----|---------------------|---------------------|
| 1 | 0xCEB2FB9536117cFa733f6886d5aa7DB74f9AFA0b | 312,418 |
| 2 | 0xeA1115C449f80cff9b9524A6915E5C055ADe4D15 | 26,498 |
| 3 | 0x934408dE638f14AD72C68cb59917D8b22a1375Ff | 88,585 |
| 4 | 0x39243D72D9c26d26bd8317838908e7F2682aF284 | 39,291 |

| No. | OKX Deposit Address | Funds Traced (USDT) |
|-----|---------------------|---------------------|
| 5 | 0x70999b0Eba35Bb33Bdea19bBe33EB078998811A2 | 84,566 |
| 6 | 0x09BD238e011CeE1Bd3ee14F1addBd6a00980dB90 | 57,084 |

Further details of the transactions made to these OKX deposit addresses are provided in ***Appendix B***.

⚠  The client is recommended to work with compliance officials, law enforcement agencies, and the courts to contact OKX at enforcement@okx.com and make a request to freeze any funds in the account associated with the above deposit addresses, and any related accounts, until further notice.

In addition, the following information should be formally requested from OKX:

- account e-mail addresses
- access logs, cookie data, all relevant fingerprinting information (device IDs, IP address, related phone numbers, user agent information etc.)
- KYC information and documents, if available
- deposit and withdrawal history (including any fiat banking information)
- current account balance
- any data or documents obtained or produced by any internal AML investigation that OKX may have conducted pertaining to the accounts

CipherBlade stands ready to assist law enforcement agencies with the interpretation of any information obtained, as well as with follow-up blockchain forensics.

### 3.3 Binance

*Figure 7* illustrates funds moving from suspect addresses 1 and 2, through several intermediary addresses, before reaching Binance.



Figure 7 - Funds deposited to Binance via several intermediary addresses

The analysis showed that the following 15 Binance deposit addresses had received funds from suspect addresses 1 and 2 through several intermediary addresses. Of the funds received at Binance, the analysis identified that approximately 864,289 USDT belongs to the victim.

| No. | Binance Deposit Address | Funds Traced (USDT) |
|---|---|---|
| 1 | 0x9830990033963788C1556cB8577B93De2e376110 | 2,455 |
| 2 | 0x6f4154A1de594f7EB97a42070f0D8237f596a66F | 53,159 |
| 3 | 0xC73a403D83abd1B27C1b53eCb0E64CAD8C0B2DD3 | 40,933 |
| 4 | 0x00adC74eca60bc8570fBfbf2Ae0001bdBA9987d1 | 107,905 |
| 5 | 0xa14E0972a9D1ecdd7B8eb3be27b3901EBB24518f | 34,314 |

| No. | Binance Deposit Address | Funds Traced (USDT) |
|-----|------------------------|---------------------|
| 6 | 0x6bB2aE61c309507B2F6Acb05b6887e1aB5e1FEf3 | 12,103 |
| 7 | 0x0351431b3c4aedFd07bab45CFd7552ed315E9CdD | 69,000 |
| 8 | 0xaF9e1FF950337CB623A12467301d63c3ce803005 | 29,715 |
| 9 | 0x37c62861E20eCDA9e1c903138648f6047fB42149 | 50,000 |
| 10 | 0x3dEAda25Fda9E87189871F8C7D2cb8C9F422CD1c | 73,468 |
| 11 | 0x5F0dC420Af73a5FCD8d3Baa07a08750F58441D66 | 87,562 |
| 12 | 0x546b8bee3841f71818A530203E3271480770ed35 | 58,568 |
| 13 | 0x1ECA2e8b64dAa1eD8BCeDD0472A179BeAfF7c2ed | 143,617 |
| 14 | 0x47328E683944b0D94f5346bE0F075F0C31C4DE1f | 27,194 |
| 15 | 0xEaE73F3C605c560c65eb6B37518a2900c3f6fDAD | 74,296 |

Further details of the transactions made to these Binance deposit addresses are provided in **Appendix C**.

⚠ The client is strongly recommended to work with compliance officials, law enforcement agencies, and the courts to contact Binance at https://app.kodexglobal.com/binance/signup and make a request to freeze any funds in the account associated with the above deposit addresses, and any related accounts, until further notice.

In addition, the following information should be formally requested from Binance:
- account e-mail addresses
- access logs, cookie data, all relevant fingerprinting information (device IDs, IP address, related phone numbers, user agent information etc.)
- KYC information and documents, if available
- deposit and withdrawal history (including any fiat banking information)
- current account balance
- any data or documents obtained or produced by any internal AML investigation that Binance may have conducted pertaining to the accounts

CipherBlade stands ready to assist law enforcement agencies with the interpretation of any information obtained, as well as with follow-up blockchain forensics.

## 3.4 FTX

*Figure 8* illustrates the movement of funds directly from suspect address 1 to FTX. It also shows the movement of funds from suspect addresses 1 and 2, through several intermediary addresses, to FTX. The FTX deposit addresses are identified within the red box in *Figure 8.*



Figure 8 - Funds deposited to FTX either directly or via several intermediary addresses

The analysis showed that the following 4 FTX deposit addresses had received funds from suspect addresses 1 and 2, either directly or through several intermediary addresses. Of the funds received at FTX, the analysis identified that approximately 204,660 USDT belongs to the victim.

| No. | FTX Deposit Address | Funds Traced (USDT) |
|---|---|---|
| 1 | 0x4ffc387bc666786766e98e3722fd56fcdb4704b3 | 4,950 |
| 2 | 0x3d7a3347251ffb933f7ebdf3572cc9a17ff7ab5f | 28,800 |
| 3 | 0xcfcda50e5f65788156d21fe919eb9ee933b0f2c4 | 28,531 |
| 4 | 0x39f5020d9ccdb996f183dfd054d69c5fb5c08f5f | 142,379 |

Further details of the transactions made to these FTX deposit addresses are provided in **_Appendix D_**.

On November 11, 2022, FTX collapsed and filed for bankruptcy due to a run on the exchange and misappropriation of user assets. Subsequently, the CEO, Sam Bankman-Fried, was found guilty of wire fraud, securities fraud, and money laundering conspiracy. The suspect had made deposits to FTX prior to its collapse.

⚠️ Despite the collapse of FTX, the client is still strongly recommended to work with compliance officials, law enforcement agencies, and the courts to contact FTX at support@ftx.com and KYC-Support@ftx.com and make a formal request for the following information, to aid in further investigations:

- account e-mail addresses
- access logs, cookie data, all relevant fingerprinting information (device IDs, IP address, related phone numbers, user agent information etc.)
- KYC information and documents, if available
- deposit and withdrawal history (including any fiat banking information)
- current account balance
- any data or documents obtained or produced by any internal AML investigation that FTX may have conducted pertaining to the accounts

For additional information about the ongoing legal case, please visit https://restructuring.ra.kroll.com/FTX/. CipherBlade stands ready to assist law enforcement agencies with the interpretation of any information obtained, as well as with follow-up blockchain forensics.

**3.5 MaskEX**

*Figure 9* illustrates funds moving from suspect addresses 1 and 2, through several intermediary addresses, to MaskEX.



Figure 9 - Funds deposited to MaskEX via several intermediary addresses

The analysis showed that the following MaskEX deposit address had received funds from suspect addresses 1 and 2, through several intermediary addresses. Of the funds received at MaskEX, the analysis identified that approximately 167,935 USDT belongs to the victim.

| No. | MaskEX Deposit Address | Funds Traced (USDT) |
|-----|------------------------|---------------------|
| 1 | 0x23345502a6AC542C888255dA9d0D06B39Ab7F100 | 167,935 |

Further details of the transaction made to the MaskEX deposit address are provided in ***Appendix E.***

⚠️   The client is recommended to work with compliance officials, law enforcement agencies, and the courts to contact MaskEX at compliance@maskex.com or https://www.maskex.com/lawEnforcementEnquiry/en  and make a request to freeze any funds in the account associated with the above deposit address, and any related accounts, until further notice.

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

In addition, the following information should be formally requested from MaskEX:

- account e-mail addresses
- access logs, cookie data, all relevant fingerprinting information (device IDs, IP address, related phone numbers, user agent information etc.)
- KYC information and documents, if available
- deposit and withdrawal history (including any fiat banking information)
- current account balance
- any data or documents obtained or produced by any internal AML investigation that MaskEX may have conducted pertaining to the accounts

CipherBlade stands ready to assist law enforcement agencies with the interpretation of any information obtained, as well as with follow-up blockchain forensics.

### 3.6 Bitazza

*Figure 10* illustrates funds moving from suspect addresses 1 and 2, through several intermediary addresses, to Bitazza.



Figure 10 - Funds deposited to Bitazza via several intermediary addresses

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

The analysis showed that the following Bitazza deposit address had received funds from suspect addresses 1 and 2, through several intermediary addresses. Of the funds received at Bitazza, the analysis identified that approximately 183,635 USDT belongs to the victim.

| No. | Bitazza Deposit Address | Funds Traced (USDT |
|-----|-------------------------|---------------------|
| 1 | 0x58cabef14cdb0201ac104d6ded8f937f97dd71ff | 183,635 |

Further details of the transaction made to the Bitazza deposit address are provided in **Appendix F.**

⚠ The client is recommended to work with compliance officials, law enforcement agencies, and the courts to contact Bitazza at <u>hello@bitazza.com</u> or at Tortola Pier Park, Building 1, Second Floor, Wickhams Cay I, Road Town, British Virgin Islands, and make a request to freeze any funds in the account associated with the above deposit address, and any related accounts, until further notice.

In addition, the following information should be formally requested from Bitazza:

- account e-mail addresses
- access logs, cookie data, all relevant fingerprinting information (device IDs, IP address, related phone numbers, user agent information etc.)
- KYC information and documents, if available
- deposit and withdrawal history (including any fiat banking information)
- current account balance
- any data or documents obtained or produced by any internal AML investigation that Bitazza may have conducted pertaining to the accounts

CipherBlade stands ready to assist law enforcement agencies with the interpretation of any information obtained, as well as with follow-up blockchain forensics.

### 3.7 Gate.io

*Figure 11* illustrates funds moving from suspect addresses 1 and 2, through several intermediary addresses, to Gate.io.



Figure 11 - Funds deposited to Gate.io via several intermediary addresses

The analysis showed that the following Gate.io deposit addresses had received funds from suspect addresses 1 and 2, through several intermediary addresses. Of the funds received at Gate.io, the analysis identified that approximately 53,457 USDT belongs to the victim.

| No. | Gate.io Deposit Address | Funds Traced (USDT) |
|-----|-------------------------|---------------------|
| 1 | 0xea44F386ad8983DBb29A21b76b958695e4dd8BFF | 11,358 |
| 2 | 0xD006275fF6969d190aa4bF1eDD03A1d2b1180529 | 42,099 |

Further details of the transaction made to the Gate.io deposit addresses are provided in ***Appendix G.***

⚠ The client is recommended to work with compliance officials, law enforcement agencies, and the courts to contact Gate.io at <u>support@mail.gate.io</u> and make a request to freeze any funds in the account associated with the above deposit addresses, and any related accounts, until further notice.

In addition, the following information should be formally requested from Gate.io:

- account e-mail addresses
- access logs, cookie data, all relevant fingerprinting information (device IDs, IP address, related phone numbers, user agent information etc.)
- KYC information and documents, if available
- deposit and withdrawal history (including any fiat banking information)
- current account balance
- any data or documents obtained or produced by any internal AML investigation that Gate.io may have conducted pertaining to the accounts

CipherBlade stands ready to assist law enforcement agencies with the interpretation of any information obtained, as well as with follow-up blockchain forensics.

# 4. Dormant funds

At the time of the analysis, the address **0xe63293363c2125eba7d51910ae64d480cc05b13b** held approximately USD $1,035,061 worth of USDT. Using the FIFO method, it was determined that this address had indirectly received funds from scam addresses 1 and 2. Of the dormant funds, the analysis identified that approximately 48,749 USDT belongs to the victim.



Figure 12 - Dormant funds at **0xe63293363c2125eba7d51910ae64d480cc05b13b**, highlighted in yellow

The table below shows the details of the dormant funds held at the above-mentioned address:

| No. | Address | Asset | Balance[10] | Amount (USD) |
|---|---|---|---|---|
| 1 | 0xe63293363c2125eba7d51910ae64d480cc05b13b | ETH | 0.094 | 177.96 |
|   |   | USDT | 1,035,061 | 1,035,061 |

⚠ The client is strongly recommended to work with with compliance officials, law enforcement agencies, and the courts to contact Tether at inforequests@tether.to and make a request to freeze the above-mentioned USDT until further notice.

---

[10] Balance at the time of analysis

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

## 5. Conclusion and recommendations



Figure 13 - Overview of the flow of funds

*Figure 13* illustrates the overview of the flow of funds from the victim's accounts at FTX and Crypto.com to suspect addresses 1 and 2, as well as the deposits of funds to Crypto.com, OKX, Binance, FTX, MaskEX, Bitazza and Gate.io, either directly or through several intermediary addresses. Section 4 also highlights the dormant funds which contain a portion of the victim's funds.

As mentioned in this report, the client is recommended to work with compliance officials, law enforcement agencies, and the courts to contact the respective identified services to potentially freeze funds and gather information that will be crucial to advancing the investigation.

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

CipherBlade is ready to assist compliance officials, law enforcement agencies, and the courts with the formulation of information requests and their justification, as well as with the analysis of the information thereby obtained, including follow-up blockchain forensics.

The following file has been attached to this report:

| No. | File Name | Description |
|---|---|---|
| 1 | Overall Graph.svg | Shows all the addresses and transactions, involving the victim's funds, traced during the investigation process as shown in *Figure 13*. |

Legal and law enforcement representatives may contact the undersigned directly for intelligence fusion, consultation on next steps, and coordination in any further collaborative steps required to resolve this matter. The undersigned may be reached via email via renjie@cipherblade.com.

// **ENDS**

Renjie

Investigator

CipherBlade

# 6. Appendices

## 6.1 Appendix A - Deposits to Crypto.com

| No. | Transaction Hash | Date & Time | Sender | Recipient | Value (USD) | Network |
|-----|-----------------|-------------|--------|-----------|-------------|---------|
| 1 | 0xe774e076153dada6bc667a496600f7b0 1eafdeab532ce41874057dc1c30f4181 | 30-Aug-2022 03:14 (UTC) | 0x77b619e92c1ee983e1b9157cd445e115dd235 ec4 | 0x76b6866da951ec578c619eca8a4a7c0b8 82d3790 | 495 | ethereum |
| 2 | 0x79d463ebbc56c602e618fbee146c4eaa b8288f6798031490d28f0f3797b93708 | 21-Jul-2022 00:52 (UTC) | 0x77b619e92c1ee983e1b9157cd445e115dd235 ec4 | 0x465ba0bb70a78e5dc25baa62248b8523c 0ad6b29 | 3,267 | ethereum |
| 3 | 0xfa0ef7eb28ad84a67b0811cd86656957 7b204db498303c2812c35579c41cec28 | 02-Sep-2022 16:11 (UTC) | 0x77b619e92c1ee983e1b9157cd445e115dd235 ec4 | 0x446d8a42d8cb24f6e366a08803b9d0d10 6fcec86 | 5,445 | ethereum |
| 4 | 0x1560083bce2f768415fb1c4ff65255458 48ba80717b1c39545881da714062af8 | 02-Sep-2022 16:09 (UTC) | 0x77b619e92c1ee983e1b9157cd445e115dd235 ec4 | 0x446d8a42d8cb24f6e366a08803b9d0d10 6fcec86 | 495 | ethereum |
| 5 | 0x7ab742d2410a2b0a14b8c7dfaedc718e fcc5ea9f0b0e7c6ce7f52be47b4f3966 | 02-Sep-2022 16:05 (UTC) | 0x77b619e92c1ee983e1b9157cd445e115dd235 ec4 | 0x446d8a42d8cb24f6e366a08803b9d0d10 6fcec86 | 148.5 | ethereum |
| 6 | 0x7a2b9483790fb2b36a027e544a7677e2 59052b0eb8ffc21813413780fa2b2464 | 19-Jul-2022 21:57 (UTC) | 0x77b619e92c1ee983e1b9157cd445e115dd235 ec4 | 0xd43922f84e51746756d7264d387f307a6 b75eba7 | 395.94 | ethereum |

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

## 6.2 Appendix B - Deposits to OKX

| No. | Transaction Hash | Date & Time | Sender | Recipient | Value (USD) | Network |
|---|---|---|---|---|---|---|
| 1 | 0xf27b41790ff05886bc56b6cd318730bc7 8fced4cf499e91cfcde5a2d2feb1bdd | 25-Jun-2022 17:27 (UTC) | 0x8A84F30e53beb251974c6C038AD863916eF 31f59 | 0xCEB2FB9536117cFa733f6886d5aa7DB 74f9AFA0b | 199,850 | ethereum |
| 2 | 0xf27b41790ff05886bc56b6cd318730bc 78fced4cf499e91cfcde5a2d2feb1bdd | 25-Jun-2022 17:27 (UTC) | 0x8a84f30e53beb251974c6c038ad863916ef31 f59 | 0xCEB2FB9536117cFa733f6886d5aa7DB 74f9AFA0b | 199,850 | ethereum |
| 3 | 0x0faadde0c4841ad108a429e76d04cf7a6 809acac53228e1bc86ef75932b1b6cf | 17-Oct-2022 02:23 (UTC) | 0x271e4eD23A725b71c4c8A4Ed77610078F69 c421b | 0xeA1115C449f80cff9b9524A6915E5C05 5ADe4D15 | 1,612 | ethereum |
| 4 | 0x7df2fc9e1c72c461f51f71d69f427b6f43 baef51134f4d53ccaa1a657c7e8190 | 15-Jul-2022 10:58 (UTC) | 0xAc644f63f2E64E09692b01F7624efcbbF32b E296 | 0x934408dE638f14AD72C68cb59917D8b 22a1375Ff | 51,017.37 | ethereum |
| 5 | 0x48a6be0ffc2a2008eb073c07d97819c6b be3a1daa8310ffd1a19c208c9490c5c | 16-Jul-2022 02:51 (UTC) | 0xAc644f63f2E64E09692b01F7624efcbbF32b E296 | 0x934408dE638f14AD72C68cb59917D8b 22a1375Ff | 37,527.62 | ethereum |
| 6 | 0xb79fac7bbb6b8dd85d2846fd5d0527b1 1e768c795f067c9f8a1d0f7a719efaf5 | 24-Jul-2022 07:37 (UTC) | 0xCbAdbb970fB52b059c2f6A90919741F422b 30bDB | 0x39243D72D9c26d26bd8317838908e7F2 682aF284 | 100,000 | ethereum |
| 7 | 0xa47b21b7800f1886dd74f945f7b27e6b 9167d1fdd4b40270c44acea4ef40426c | 09-Aug-2022 05:54 (UTC) | 0x8a84f30e53beb251974c6c038ad863916ef31 f59 | 0xCEB2FB9536117cFa733f6886d5aa7DB 74f9AFA0b | 183,974.55 | ethereum |
| 8 | 0x2194ef9cd0a0a4eb00ceccde210ceffe562 4454f2331bc9bbbf823f5fabe6507e | 09-Aug-2022 17:58 (UTC) | 0x635AF7AFf897033fE5917A0ab52a5632Dc6 3740A | 0x70999b0Eba35Bb33Bdea19bBe33EB07 8998811A2 | 46,069 | ethereum |
| 9 | 0x7ac2723c9c6a7011f3c13bcaf4b893f72 8c7b3e8d7670e294b4a17f31c3b5fc4 | 09-Aug-2022 18:15 (UTC) | 0x635AF7AFf897033fE5917A0ab52a5632Dc6 3740A | 0x70999b0Eba35Bb33Bdea19bBe33EB07 8998811A2 | 55,477.71 | ethereum |
| 10 | 0xe906f29518a7af9e066659437df07cc69 445d8efe29a0cfe8d2a392e0d91f079 | 08-Aug-2022 10:33 (UTC) | 0xe8acDaAa37C4A145CeBE2903316D2fD18F 0249e3 | 0x09BD238e011CeE1Bd3ee14F1addBd6a 00980dB90 | 6 | ethereum |
| 11 | 0xb455f8f3498f6bf024580fab5fee635825 8c1bf0b52d8726122471c8cdd77c7b | 08-Aug-2022 10:42 (UTC) | 0xe8acDaAa37C4A145CeBE2903316D2fD18F 0249e3 | 0x09BD238e011CeE1Bd3ee14F1addBd6a 00980dB90 | 89,994 | ethereum |
| 12 | 0x0956e617b5e8347d61e686cfcfcfd0100 90fd0cd65567a73b2fc0dfadb1a22fc | 06-Aug-2022 05:30 (UTC) | 0x4C894c2328706EFA7F70ac3F77805A729E B7878b | 0xCEB2FB9536117cFa733f6886d5aa7DB 74f9AFA0b | 149,501.79 | ethereum |

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

## 6.3 Appendix C - Deposits to Binance

| No. | Transaction Hash | Date & Time | Sender | Recipient | Value (USD) | Network |
|---|---|---|---|---|---|---|
| 1 | 0xed0e5506f0e82af0da39c9216ca65c2d5 9a756bf1d9b421dacd942877cc5f797 | 16-Jun-2022 07:29 (UTC) | 0x66Ec563f33E5917174D2A58d08d6775eBa7 3B1Df | 0x9830990033963788C1556cB8577B93D e2e376110 | 66,222.35 | ethereum |
| 2 | 0x264e7f3e65b8cb66783389161a2c8d72f 2da3160340333848b38a17c6535c27a | 24-Jun-2022 15:16 (UTC) | 0x7C0Df14A80649F572f4592278f6dcfe511afC 587 | 0x6f4154A1de594f7EB97a42070f0D8237f 596a66F | 99,900 | ethereum |
| 3 | 0x517eb7a6608ad219837dbcf9699e74bf8 8a982b58648d20cbd382c4ba2f224f2 | 17-Jun-2022 12:26 (UTC) | 0x382BE60286208011EF7D31642c143084d7f 0fa10 | 0xC73a403D83abd1B27C1b53eCb0E64C AD8C0B2DD3 | 199,780 | ethereum |
| 4 | 0xa91789f878142e175f32895ec48db6c5c 747746bab5210f622176a738ac78fcd | 23-Jun-2022 09:44 (UTC) | 0xB16702b0441E365f49945319fc0e4d9FbFE9 F985 | 0x00adC74eca60bc8570fBfbf2Ae0001bdB A9987d1 | 427,499.23 | ethereum |
| 5 | 0x59f3ed0665398456713e897db676a5a0 82b4d7eeea0cf9bf6afa6810107bf1dd | 29-Jun-2022 09:12 (UTC) | 0xf84A0B1Ec5042c608bc88428d81552786e65 3688 | 0xa14E0972a9D1ecdd7B8eb3be27b3901E BB24518f | 137,801.25 | ethereum |
| 6 | 0x6075bf6c02f86f1d6bc0ed02db598da35 48d3fbd265a5839f30dfd5df59c45b4 | 27-Jul-2022 09:31 (UTC) | 0xEE1dAA0548B210e0A987CbE70666Fc0593 873571 | 0x6bB2aE61c309507B2F6Acb05b6887e1a B5e1FEf3 | 46,500 | ethereum |
| 7 | 0xc8ca25c4f86dd056068ef3f7df049c302 4ef60aa1e9597d0bfd36fe265d7e455 | 15-Jul-2022 07:59 (UTC) | 0x22218f29E900e0Aa679e61999B6eb8a83bFF da00 | 0x351431b3c4aedFd07bab45CFd7552ed3 15E9CdD | 69,402.33 | ethereum |
| 8 | 0x690a8c16d7b2c17feca3a0cc6f5566e28 ba2e84c58aa2a9eba0290d5528e8160 | 15-Jul-2022 13:32 (UTC) | 0xf84A0B1Ec5042c608bc88428d81552786e65 3688 | 0xa14E0972a9D1ecdd7B8eb3be27b3901E BB24518f | 22,248.55 | ethereum |
| 9 | 0x48f3d81e3d8781da08edfb6e3dd273fd9 e0b503c013c2abbcc3159d4a4ee95f3 | 16-Jul-2022 12:46 (UTC) | 0x89Fd8Af640206D834D026D1F61d36fcB40 C0FaD8 | 0xaF9e1FF950337CB623A12467301d63c 3ce803005 | 416,561.83 | ethereum |
| 10 | 0x4265c41f72f9e132bf1e745f31cb151e2 220d0a35a06da81064658970af22654 | 24-Jul-2022 04:47 (UTC) | 0xCbAdbb970fB52b059c2f6A90919741F422b 30bDB | 0x37c62861E20eCDA9e1c903138648f604 7fB42149 | 50,000 | ethereum |
| 11 | 0x68c86061a11c3bcce2e2ec7bde37d24 39f0d8fd4ee2daacced4797579bd23b7 | 21-Jul-2022 07:00 (UTC) | 0x1a5f3223DbE38Aaf5EAD3cF1B410Fd57ed 7def04 | 0x3dEAda25Fda9E87189871F8C7D2cb8C 9F422CD1c | 4,850 | ethereum |
| 12 | 0x3ec9d5409387182306cef6911070eb9e 126e4232160d7ded7c5cdff67309d3e6 | 21-Jul-2022 07:06 (UTC) | 0x1a5f3223DbE38Aaf5EAD3cF1B410Fd57ed 7def04 | 0x3dEAda25Fda9E87189871F8C7D2cb8C 9F422CD1c | 70,000 | ethereum |
| 13 | 0x5f92a53488569fc931fc1089aeef11adf6 f74c1e5f6529ee64e8498179b7d925 | 21-Jul-2022 07:39 (UTC) | 0x6FD1E8A4614B5bf775994b77502C5956AF c06Bac | 0x5F0dC420Af73a5FCD8d3Baa07a08750 F58441D66 | 106,634 | ethereum |
| 14 | 0x471847dc40417373dc839c0efa1b1cc5 789ea17a75d5344652d2d1baf1ebbf9a | 21-Jul-2022 08:48 (UTC) | 0x6FD1E8A4614B5bf775994b77502C5956AF c06Bac | 0x5F0dC420Af73a5FCD8d3Baa07a08750 F58441D66 | 200,000 | ethereum |
| 15 | 0xa3016cead492d87f35b45057d9b5b579 deb7b972f2f1b698b034f87e21e25ca8 | 22-Jul-2022 08:24 (UTC) | 0x66eEc563f33E5917174D2A58d08d6775eBa7 3B1Df | 0x546b8bee3841f71818A530203E327148 0770ed35 | 68,399 | ethereum |
| 16 | 0x8ebb2707d7d59186f35639df4536dc61 e339a372a7ad77c275a037009e716855 | 22-Jul-2022 16:20 (UTC) | 0x6FD1E8A4614B5bf775994b77502C5956AF c06Bac | 0x5F0dC420Af73a5FCD8d3Baa07a08750 F58441D66 | 232,685.13 | ethereum |

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

| No. | Transaction Hash | Date & Time | Sender | Recipient | Value (USD) | Network |
|---|---|---|---|---|---|---|
| 17 | 0x4e09b505421dc6dfa81a03bb624e46a3 397c2a49399644b6e917a19c07c0d72d | 09-Aug-2022 14:23 (UTC) | 0x6FD1E8A4614B5bf775994b77502C5956AF c06Bac | 0x5F0dC420Af73a5FCD8d3Baa07a08750 F58441D66 | 144,923.06 | ethereum |
| 18 | 0xe2ae8e265875d8b5e098dec3db92fac78 93c12448b723c408df1f188da6b89e0 | 09-Jul-2022 11:11 (UTC) | 0x557BF357e2B6b4f96359Fa7Ae01b053314D 94fb0 | 0x1ECA2e8b64dAa1eD8BCeDD0472A17 9BeAfF7c2ed | 202,693.31 | ethereum |
| 19 | 0xf21b6dc818a5faca14f7e5dd97bfd9f8fe 0e94c911b7c9c4a31a0d0ef31a26c8 | 05-Sep-2022 08:56 (UTC) | 0x299aC9AECfb2Be1235a8535C52A82B415E D77013 | 0x47328E683944b0D94f5346bE0F075F0 C31C4DE1f | 144,927 | ethereum |
| 20 | 0xcdaf5cde23eefa51a528b7bc3d81eb4eaf ab310a7634dde8ddf43bfd6a6d42fa | 07-Sep-2022 12:32 (UTC) | 0x22218f29E900e0Aa679e61999B6eb8a83bFF da00 | 0xEaE73F3C605c560c65eb6B37518a2900 c3f6fDAD | 133,844 | ethereum |

## 6.4 Appendix D – Deposits to FTX

| No. | Transaction Hash | Date & Time | Sender | Recipient | Value (USD) | Network |
|---|---|---|---|---|---|---|
| 1 | 0x1e44b03bfc5911b636c63ebec89d328a6e306d2a2ed1699c0c6ba88bd39e09eb | 20-Jul-2022 22:06 (UTC) | 0x77b619e92c1ee983e1b9157cd445e115dd235ec4 | 0x4ffc387bc666786766e98e3722fd56fcdb4704b3 | 4,950 | ethereum |
| 2 | 0xbe1a17e161f3a3fae20e695e469c22d743157a44d96f7757bb502dc5af07980d | 28-Jun-2022 05:33 (UTC) | 0x66ec563f33e5917174d2a58d08d6775eba73b1df | 0x39f5020d9ccdb996f183dfd054d69c5fb5c08f5f | 149,857.5 | ethereum |
| 3 | 0x4c68fda93918a1679670a64e1e16a85454e843dbd3f173f80bbe5fa6939efe39 | 28-Jun-2022 05:27 (UTC) | 0x66ec563f33e5917174d2a58d08d6775eba73b1df | 0x39f5020d9ccdb996f183dfd054d69c5fb5c08f5f | 2,247.86 | ethereum |
| 4 | 0x20139b1a4f5c4aeef7d17787feb2d45c4fcc896532508dac9b68b63b797776cb | 26-Jul-2022 04:10 (UTC) | 0x3c2979bf5524aff3e2bb99110bfc4c6295d9c0b1 | 0xcfcda50e5f65788156d21fe919eb9ee933b0f2c4 | 139,793.01 | ethereum |
| 5 | 0xfa1210b7dac663326c48e8b34ac5bddf231f6f0c47d573f750a4b5edfad4c910 | 22-Sep-2022 07:50 (UTC) | 0x067d74559b2bc034021dcd95c933d7ea1605cf97 | 0x3d7a3347251ffb933f7ebdf3572cc9a17ff7ab5f | 28,002.86 | ethereum |

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

## 6.5 Appendix E - Deposits to MaskEX

| No. | Transaction Hash | Date & Time | Sender | Recipient | Value (USD) | Network |
|---|---|---|---|---|---|---|
| 1 | 0x787c6c71a0c123eb9dce1bfac870d798 47276325e6537d5ec3ede46d284cdf8c | 22-Aug-2022 14:23 (UTC) | 0x2781a59131708e1258f35c2236c5bad95370e cf1 | 0x23345502a6ac542c888255da9d0d06b39 ab7f100 | 340,818.91 | ethereum |
| 2 | 0x392dc72d59cd101c1a5ee31cdf7f4cd1f cf17cfca9d80fe2a79c7caccfc7e189 | 29-Aug-2022 15:54 (UTC) | 0x2781a59131708e1258f35c2236c5bad95370e cf1 | 0x23345502a6ac542c888255da9d0d06b39 ab7f100 | 667,299 | ethereum |

## 6.6 Appendix F - Deposit to Bitazza

| No. | Transaction Hash | Date & Time | Sender | Recipient | Value (USD) | Network |
|-----|------------------|-------------|--------|-----------|-------------|---------|
| 1 | 0x8f090b82ca0fec8bf62b7912186fd0018222b988743123426996071531c940ac | 02-Aug-2022 09:03 (UTC) | 0x907b64f2a3969b4bdc1ae0dfca76afea3f38c87b | 0x58cabef14cdb0201ac104d6ded8f937f97dd71ff | 250,000 | ethereum |

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

## 6.7 Appendix G - Deposits to Gate.io

| No. | Transaction Hash | Date & Time | Sender | Recipient | Value (USD) | Network |
|-----|-----------------|-------------|--------|-----------|-------------|---------|
| 1 | 0x35a564dda8a848ec381456a62ef9f9ec553bb79411849bc7b44b676a29b36e7b | 05-Sep-2022 05:59 (UTC) | 0x8f7faa73e209b59caaeed6fe498d00958c539ac1 | 0xea44f386ad8983dbb29a21b76b958695e4dd8bff | 11,577 | ethereum |
| 2 | 0xe7a7f0eb7297ddd9a6a38ebd5e824d66d3906f82dd076a8be26147e1a06d5ca4 | 06-Sep-2022 15:22 (UTC) | 0xdc01211d833824c46532c1762a8764cf3e3e36d5 | 0xd006275ff6969d190aa4bf1edd03a1d2b1180529 | 99,990 | ethereum |