United States Bankruptcy Court
District of Delaware

In re: FTX Trading Ltd., *et al.*    Case No. 22-11068 (JTD) (Jointly Administered)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

**117 Partners LLC**
Name of Transferee

Name of Transferor

Name and Address where notices to Transferee should be sent:

117 Partners LLC
5 GREYHEN LN
SAVANNAH, GA 31411
Attention: Thomas Braziel
Email: tom@117partners.com
Website: https://www.117partners.com
Telegram: http://t.me/thomasbraziel

Confidential Creditor with Unique Customer Code: **00170809**

FTX Account ID: 1814381

Name and Address where notices to Transferor should be sent:
Address on file

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| FTX Trading Ltd. Amended Customer Claim Schedule F Schedule No. 221106806834577 | | 100% | FTX Trading Ltd. | 22-11068 |
| Claim No. 18510 | | 100% | FTX Trading Ltd. | 22-11068 |
| Customer Claim Confirmation ID No. ; 3265-70-SLXKC-439836971 and 3265-70-ISBTG-550305859 | | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**117 Partners LLC**

By: _Thomas Braziel (Feb 27, 2024 02:20 GMT+1)_    Date: 26 February 2024
Name: Thomas Braziel
Title: Managing Member

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

032-8071/6972253.4

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, District of Delaware

███████████ (with Unique Customer Code: 00170809 and FTX Account ID **00170809** ) ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **117 Partners LLC** ("**Buyer**"), **100%** of all Seller's right, title and interest in and to the claims of Seller against FTX Trading Ltd. in the bankruptcy case entitled *In re: FTX Trading Ltd., et al.*, and pending in the United States Bankruptcy Court, District of Delaware, under Case No. 22-11068 (JTD) (Jointly Administered), which claims are described more fully (i) in Claim No. **18510** (Customer Claim Confirmation ID No 3265-70-SLXKC-439836971 and 3265-70-ISBTG-550305859.) and (ii) identified on the FTX Trading Ltd. Amended Customer Claim Schedule F and assigned Schedule No. 221106806834577 (see attached Excerpt) (i) and (ii), collectively, the "**Claim**").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.
IN WITNESS WHEREOF, dated as of the 26th day of February, 2024.

**SELLER:**

[redacted]

**BUYER**:

**117 Partners LLC**

By: ___*Thomas Braziel (Feb 27, 2024 02:20 GMT+1)*___
Name: Thomas Braziel
Title: Managing Member

032-8071/6972253.4

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

## EXCERPT OF

## FTX Trading Ltd. Amended Customer Claim Schedule

| | | | |
|---|---|---|---|
| | | ...PERP[0], ETH-PERP[0], LINK-PERP[0], MATIC-PERP[0], OKB-PERP[0], RUNE-PERP[0], SXP-PERP[0], THETABEAR[7943.55], TOMO-PERP[0], TRX[0.00000121], TRX-PERP[0], USD[0.00], USDT[0.36028327], WARREN[0], XRP[.0803], XRP-PERP[0], XTZ-PERP[0] | |
| 00170806 | | BTC[0], MATIC-PERP[0], USD[0.00], USDT[0.00002025] | |
| 00170809 | Contingent | 1INCH-20210326[0], 1INCH-PERP[0], AAVE-20201225[0], AAVE-20210326[0], AAVE-20210625[0], AAVE-PERP[0], ADA-20210326[0], ADA-20210625[0], ADA-PERP[0], ALEPH[.948370011], ALGO-20200925[0], ALGOMOON[263000000], ALGO-PERP[0], ALPHA-PERP[0], ALT-20201327[0], ALT-20210125[0], ALT-PERP[0], AMPL[0], ATOM-20200626[0], ATOM-20200925[0], ATOM-20201225[0], ATOM-20210326[0], ATOM-PERP[0], AVAX[.1003935], AVAX-20210625[0], AVAX-PERP[0], BAT-PERP[0], BCH-20200327[0], BCH-PERP[0], BNB[.0100161], BNB-20200925[0], BNB-20210326[0], BNB-PERP[0], BSV-20200327[0], BSV-PERP[0], BTC[0.00016585], BTC-20200327[0], BTC-20200626[0], BTC-20200925[0], BTC-20201225[0], BTC-20210326[0], BTC-20210625[0], BTC-20211231[0], BTC-MOVE-2020071600[0], BTC-PERP[0], BTTPRE-PERP[0], CHZ[10.01795], COMP-20210625[0], COMP-PERP[0], CRV-PERP[0], DASH-PERP[0], DEFI-PERP[0], DOGE[.418965], DOGE-PERP[0], DOT-20210326[0], DOTPRESPLIT-20200925[0], DRGN-20200626[0], DRGN-20200925[0], DRGN-PERP[0], EOS-20200327[0], EOS-20200626[0], EOS-20210625[0], EOS-PERP[0], ETC-PERP[0], ETH[0.00053243], ETH-20200925[0], ETH-20201225[0], ETH-20210326[0], ETH-20211231[0], ETHBULL[0], ETH-PERP[0], ETHW[0.00100398], EUR[0.14], EXCH-PERP[0], FIL-20210326[0], FIL-PERP[0], FLM-20201225[0], FTM-PERP[0], FTT[0], FTT-PERP[0], GRT-PERP[0], KNC-PERP[0], LINK[.1], LINK-20201225[0], LINK-20210326[0], LINK-PERP[0], LTC-PERP[0], LUNC-PERP[0], MANA[.019685], MAPS[.126995], MATIC[1.005235], MEDIA-PERP[0], MKR-PERP[0], MTA-20200925[0], NEAR[.001502], NFT (3826467656F72225337/The hill by FTX #23328)[1], OKB-PERP[0], OP-PERP[0], PAXG-PERP[0], PRIV-PERP[0], RAY-PERP[0], REEF-PERP[0], RUNE-PERP[0], SHIT-PERP[0], SNX[.1], SNX-PERP[0], SOL[.00018905], SOL-20200925[0], SRM[.08769882], SRM_LOCKED[.73547538], SUSHI-PERP[0], SXP-20201225[0], SXP-20210625[0], SXP-PERP[0], THETA-PERP[0], TOMO-20200327[0], TOMO-PERP[0], UNI-PERP[0], UNISWAP-20200925[0], UNISWAP-20201225[0], UNISWAP-PERP[0], USD[22558.28], USDT[6-64704008], VET-PERP[0], XLM-PERP[0], XRP-20210625[0], XRP-PERP[0], XTZ-20200327[0], XTZ-20200626[0], XTZ-20200925[0], XTZ-PERP[0], YFI-20201225[0], YFI-20210326[0], YFI-20210625[0], YFI-PERP[0], ZEC-PERP[0] | Yes |

Kroll Claim

## KROLL

### Creditor Data Details - Claim # 18510

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
07/19/2023

**Claim Number**
18510

**Schedule Number**
6834577

**Confirmation ID**
3265-70-ISBTG-550305859

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

*Transfers, objections, stipulations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.*

**Claim Additional Info**

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | ALEPH | 0.94837001 |
| CRYPTO | ALGOMOON | 263000000 |
| CRYPTO | ALT-20200327 | 0.0000000000000133 |
| CRYPTO | ALT-PERP | -0.0000000000000089 |
| CRYPTO | AMPL | 0.0000000009012126 |
| CRYPTO | ATOM-PERP | -0.0000000000004547 |
| CRYPTO | AVAX | 0.1003935 |
| CRYPTO | BCH-PERP | 0.0000000000000071 |
| CRYPTO | BNB | 0.0100161 |
| CRYPTO | BNB-PERP | 0.0000000000000586 |
| CRYPTO | BSV-PERP | -0.0000000000000071 |
| CRYPTO | BTC | 0.0001658595513527 |
| CRYPTO | BTC-20200626 | 0.0000000000000002 |
| CRYPTO | BTC-20210326 | 0.0000000000000001 |
| CRYPTO | BTC-20211231 | -0.0000000000000008 |
| CRYPTO | BTC-PERP | 0.0000000000000023 |
| CRYPTO | CHZ | 10.01795 |
| CRYPTO | DEFI-PERP | 0.0000000000000001 |
| CRYPTO | DOGE | 0.418965 |
| CRYPTO | DRGN-20200626 | 0.0000000000000018 |
| CRYPTO | DRGN-PERP | 0.0000000000000018 |
| CRYPTO | EOS-20200327 | 0.0000000000003411 |
| CRYPTO | ETH | 0.000032435 |
| CRYPTO | ETH-20200925 | -0.0000000000000018 |
| CRYPTO | ETH-20201225 | -0.0000000000000071 |
| CRYPTO | ETH-20211231 | 0.0000000000000036 |
| CRYPTO | ETHBULL | 0.0000000036 |
| CRYPTO | ETH-PERP | 0.0000000000000142 |
| CRYPTO | ETHW | 0.001003985 |
| CRYPTO | FTT | 0.0000000086446219 |
| CRYPTO | FTT-PERP | 0.0000000000000568 |
| CRYPTO | LINK | 0.1 |
| CRYPTO | LTC-PERP | -0.0000000000000568 |
| CRYPTO | MANA | 0.019665 |
| CRYPTO | MAPS | 0.126995 |
| CRYPTO | MATIC | 1.005235 |
| CRYPTO | MKR-PERP | 0.0000000000000009 |
| CRYPTO | NEAR | 0.001502 |
| CRYPTO | PAXG-PERP | -0.0000000000000009 |
| CRYPTO | SNX | 0.1 |
| CRYPTO | SNX-PERP | 0.0000000000000568 |
| CRYPTO | SOL | 0.00018865 |
| CRYPTO | SRM | 0.08789882 |
| CRYPTO | SRM_LOCKED | 0.73947538 |
| CRYPTO | SXP-PERP | -0.000000000001819 |
| CRYPTO | TOMO-PERP | 0.0000000000009095 |
| CRYPTO | UNI-PERP | -0.0000000000002274 |
| CRYPTO | USDT | 9.647040083251731 |
| CRYPTO | XTZ-20200327 | 0.000000000000453 |
| CRYPTO | XTZ-20200925 | 0.0000000000003411 |
| CRYPTO | XTZ-PERP | 0.0000000000009095 |
| CRYPTO | YFI-20201225 | -0.0000000000000002 |
| CRYPTO | YFI-20210326 | -0.0000000000000002 |
| CRYPTO | YFI-20210625 | 0.0000000000000001 |
| CRYPTO | YFI-PERP | 0.0000000000000001 |
| CRYPTO | ZEC-PERP | -0.0000000000000284 |
| FIAT | EUR | 0.1359472809261983 |
| FIAT | USD | 22558.204334382168 |

032-8071/6972

**EXHIBIT B**

**POWER OF ATTORNEY**

Re: FTX Trading Ltd. and its affiliated debtors (collectively, the "Debtors"), in the proceedings captioned *In re: FTX Trading Ltd., et al*, Case No. 22-11068 (JTD) (Jointly Administered) (the "Bankruptcy Case") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and the claim as described below (the "Claim"):

| Customer Claim Form Information | Debtor and Case No. | Proof of Claim Number | Debtor Unique Customer Code | Claim Amount |
|---|---|---|---|---|
| Customer Claim Confirmation ID: 3265-70-SLXKC-439836971 and 3265-70-ISBTG-550305859<br><br>Schedule Number 221106806834577<br><br>FTX Account ID: 1814381 | FTX Trading Ltd.; Case No. 22-11068 | **18510** | **00170809** | |

   In connection with that certain Claim Sale and Purchase Agreement, dated as of 26 February, 2024, between ▮▮▮▮▮▮▮▮ ("Seller") and 117 Partners LLC ("Buyer"), Seller hereby authorizes Buyer, as attorney in fact and with full power of substitution, to take the following actions with respect to the Claim:

   (i) demand, sue for, compromise and recover all such amounts which are, or may hereafter become, due and payable for or on account of the Claim, including without limitation with respect to any foreign or domestic forfeiture fund or other restitution or restoration processes affecting the Claim;
   (ii) exercise any voting rights or other remedies relating to the Claim;
   (iii) attend any meetings, calls or presentations of the Debtors in the place of Seller;
   (iv) receive all notices, dividends and distributions or other payments in connection with the Claim;
   (v) make any changes to Seller's FTX account relating to the Claim; and
   (vi) take any and all other action and execute any and all documents and instruments that it considers necessary or useful in connection with the Claim, including without limitation to substitute Buyer for Seller as the holder of the Claim, or otherwise.

**SELLER:**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**BUYER**:

**117 Partners LLC**

By: _____*Thomas Braziel (Feb 27, 2024 02:20 GMT+1)*_____
Name: Thomas Braziel
Title: Managing Member

032-8071/6972253.4