# Exhibit A

**Notice of Settlement(s)**

| Settling Party | Small Estate Claim Value | Settled Value | Adversary Number |
|---|---|---|---|
| Vanguard Charitable Endowment Program | $3,060,000 to $5,100,000 | $4,677,475.09 | N/A |