**<u>Exhibit B</u>**

**Summary and Detailed Description of AlixPartners' Expenses**

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100PN00001.1.32

| Date | Description | Amount |
|------|-------------|-------:|
| 01/01/2024 | Travis Phelan - Compile fees for historic blockchain data to facilitate balance sheet recreation | 5,467.30 |
| 01/03/2024 | Lewis Beischer - Compile fees for historic blockchain data to facilitate balance sheet recreation | 72.63 |
| 01/03/2024 | Lewis Beischer - Compile fees for historic blockchain data to facilitate balance sheet recreation | 310.30 |
| 01/06/2024 | Individual Meal - Di Liang - Dinner (overtime) | 20.00 |
| 01/09/2024 | Individual Meal - Allyson Calhoun - Dinner (overtime) | 20.00 |
| 01/09/2024 | Individual Meal - Griffin Shapiro - Dinner (overtime) | 20.00 |
| 01/18/2024 | Travis Phelan - Compile fees for historic blockchain data to facilitate balance sheet recreation | 538.92 |
| 01/20/2024 | Travis Phelan - Compile fees for historic blockchain data to facilitate balance sheet recreation | 15.14 |
| 01/23/2024 | Individual Meal - Griffin Shapiro - Dinner (overtime) | 15.30 |
| 01/23/2024 | Taxi/Car Service Griffin Shapiro Office to Home (overtime) | 16.64 |
| 01/24/2024 | Individual Meal - Allyson Calhoun - Dinner (overtime) | 17.07 |
| 01/27/2024 | Travis Phelan - Compile fees for historic blockchain data to facilitate balance sheet recreation | 99.00 |
| 01/30/2024 | Individual Meal - Allyson Calhoun - Dinner (overtime) | 19.89 |
| 01/30/2024 | Individual Meal - Griffin Shapiro - Dinner (overtime) | 15.30 |
| 01/30/2024 | Taxi/Car Service Griffin Shapiro Office to Home (overtime) | 16.41 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:      Expenses
Code:    20008100PN00001.1.32

| Date | Description | Amount |
|------|-------------|--------|
|      |             | $  6,663.90 |

**Alix**Partners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Client: 20008100Pn0001

| Expenses | Amount |
|---|---|
| Client Research | 6,503.29 |
| Ground Transportation | 33.05 |
| Meals | 127.56 |
| **Total Disbursements** | **$ 6,663.90** |