**Exhibit B**

**Disbursements**

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Repro - B&W Copies | 1/4/2024 | Michael P. O'Connor | 3.0 | $0.10 | $0.30 | Repro - B&W Copies |
| Repro - B&W Copies | 1/5/2024 | Victoria G. Shahnazary | 296.0 | $0.10 | $29.60 | Repro - B&W Copies |
| Repro - B&W Copies | 1/8/2024 | Zoe K. Gill | 566.0 | $0.10 | $56.60 | Repro - B&W Copies |
| Repro - B&W Copies | 1/8/2024 | Victoria G. Shahnazary | 293.0 | $0.10 | $29.30 | Repro - B&W Copies |
| Repro - B&W Copies | 1/8/2024 | Zoe K. Gill | 1647.0 | $0.10 | $164.70 | Repro - B&W Copies |
| Repro - B&W Copies | 1/12/2024 | Brian D. Glueckstein | 20.0 | $0.10 | $2.00 | Repro - B&W Copies |
| Repro - B&W Copies | 1/16/2024 | Emily A. Kopp | 1976.0 | $0.10 | $197.60 | Repro - B&W Copies |
| Repro - B&W Copies | 1/17/2024 | Maxim H. Bjarnason | 31.0 | $0.10 | $3.10 | Repro - B&W Copies |
| Repro - B&W Copies | 1/18/2024 | Maxim H. Bjarnason | 19.0 | $0.10 | $1.90 | Repro - B&W Copies |
| Repro - B&W Copies | 1/18/2024 | Maxim H. Bjarnason | 9.0 | $0.10 | $0.90 | Repro - B&W Copies |
| Repro - B&W Copies | 1/18/2024 | Michael P. O'Connor | 735.0 | $0.10 | $73.50 | Repro - B&W Copies |
| Repro - B&W Copies | 1/22/2024 | Maxim H. Bjarnason | 31.0 | $0.10 | $3.10 | Repro - B&W Copies |
| Repro - B&W Copies | 1/23/2024 | Maxim H. Bjarnason | 1243.0 | $0.10 | $124.30 | Repro - B&W Copies |
| Repro - B&W Copies | 1/24/2024 | Thursday K. Williams | 1083.0 | $0.10 | $108.30 | Repro - B&W Copies |
| Repro - B&W Copies | 1/27/2024 | Victoria G. Shahnazary | 443.0 | $0.10 | $44.30 | Repro - B&W Copies |
| Repro - B&W Copies | 1/29/2024 | Maxim H. Bjarnason | 562.0 | $0.10 | $56.20 | Repro - B&W Copies |
| Repro - B&W Copies | 1/30/2024 | Maxim H. Bjarnason | 665.0 | $0.10 | $66.50 | Repro - B&W Copies |
| **Repro - B&W Copies Total** | | | | | **$962.20** | |
| Repro - Color Copies | 1/4/2024 | Michael P. O'Connor | 222.0 | $0.20 | $44.40 | Repro - Color Copies |
| Repro - Color Copies | 1/12/2024 | Brian D. Glueckstein | 433.0 | $0.20 | $86.60 | Repro - Color Copies |
| Repro - Color Copies | 1/17/2024 | Maxim H. Bjarnason | 420.0 | $0.20 | $84.00 | Repro - Color Copies |
| Repro - Color Copies | 1/18/2024 | Maxim H. Bjarnason | 797.0 | $0.20 | $159.40 | Repro - Color Copies |
| Repro - Color Copies | 1/22/2024 | Maxim H. Bjarnason | 420.0 | $0.20 | $84.00 | Repro - Color Copies |
| **Repro - Color Copies Total** | | | | | **$458.40** | |
| Delivery/Courier | 1/8/2024 | Andrew G. Dietderich | 1.0 | $33.63 | $33.63 | Delivery/Courier |
| Delivery/Courier | 1/8/2024 | Zoe K. Gill | 1.0 | $32.11 | $32.11 | Delivery/Courier |
| Delivery/Courier | 1/8/2024 | Tyler W. Hill | 1.0 | $25.67 | $25.67 | Delivery/Courier |
| Delivery/Courier | 1/9/2024 | Stepan G. Atamian | 1.0 | $22.38 | $22.38 | Delivery/Courier |
| Delivery/Courier | 1/11/2024 | Thursday K. Williams | 1.0 | $22.38 | $22.38 | Delivery/Courier |
| Delivery/Courier | 1/11/2024 | Thursday K. Williams | 1.0 | $21.46 | $21.46 | Delivery/Courier |
| Delivery/Courier | 1/20/2024 | Julie G. Kapoor | 1.0 | $26.04 | $26.04 | Delivery/Courier |
| Delivery/Courier | 1/22/2024 | Bright S. Boafo | 1.0 | $21.60 | $21.60 | Delivery/Courier |
| Delivery/Courier | 1/24/2024 | Julie G. Kapoor | 1.0 | $61.35 | $61.35 | Delivery/Courier |
| Delivery/Courier | 1/29/2024 | Stephanie G. Wheeler | 1.0 | $44.97 | $44.97 | Delivery/Courier |
| Delivery/Courier | 1/30/2024 | Stephanie G. Wheeler | 1.0 | $44.97 | $44.97 | Delivery/Courier |
| Delivery/Courier | 1/31/2024 | Stepan G. Atamian | 1.0 | $33.02 | $33.02 | Delivery/Courier |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Delivery/Courier | 1/31/2024 | Stepan G. Atamian | 1.0 | $21.60 | $21.60 | Delivery/Courier |
| Delivery/Courier | 1/31/2024 | Stepan G. Atamian | 1.0 | $22.52 | $22.52 | Delivery/Courier |
| Delivery/Courier | 1/31/2024 | Stepan G. Atamian | 1.0 | $21.60 | $21.60 | Delivery/Courier |
| Delivery/Courier | 1/31/2024 | Stepan G. Atamian | 1.0 | $22.52 | $22.52 | Delivery/Courier |
| **Delivery/Courier Total** | | | | | **$477.82** | |
| Local Transportation | 12/4/2023 | Aaron M. Levine | 1.0 | $31.78 | $31.78 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:39; Purpose: OT Travel |
| Local Transportation | 12/11/2023 | Phinneas G. Bauer | 1.0 | $32.53 | $32.53 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:15; Purpose: OT Travel |
| Local Transportation | 12/14/2023 | Grier E. Barnes | 1.0 | $54.98 | $54.98 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:56; Purpose: OT Travel |
| Local Transportation | 1/2/2024 | HyunKyu Kim | 1.0 | $70.00 | $70.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:33; Purpose: OT Travel |
| Local Transportation | 1/2/2024 | Adam J. Toobin | 1.0 | $84.90 | $84.90 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:09; Purpose: OT Travel |
| Local Transportation | 1/2/2024 | Sherry T. Johnson | 1.0 | $76.49 | $76.49 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:45; Purpose: OT Travel |
| Local Transportation | 1/3/2024 | Jackson T. Blaisdell | 1.0 | $62.85 | $62.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:10; Purpose: OT Travel |
| Local Transportation | 1/3/2024 | Benjamin Zonenshayn | 1.0 | $102.86 | $102.86 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:30; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 1/3/2024 | Christopher J. Dunne | 1.0 | $182.00 | $182.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:06; Purpose: OT Travel |
| Local Transportation | 1/3/2024 | Daniel P. O'Hara | 1.0 | $80.17 | $80.17 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 1/3/2024 | Alexa J. Kranzley | 1.0 | $13.98 | $13.98 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:20; Purpose: OT Travel |
| Local Transportation | 1/3/2024 | Jacob M. Croke | 1.0 | $91.90 | $91.90 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:28; Purpose: OT Travel |
| Local Transportation | 1/4/2024 | Jacob M. Croke | 1.0 | $103.96 | $103.96 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:07; Purpose: OT Travel |
| Local Transportation | 1/4/2024 | Alexa J. Kranzley | 1.0 | $13.95 | $13.95 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:25; Purpose: OT Travel |
| Local Transportation | 1/4/2024 | Fabio Weinberg Crocco | 1.0 | $82.51 | $82.51 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:32; Purpose: OT Travel |
| Local Transportation | 1/4/2024 | Charles H. Sullivan | 1.0 | $75.17 | $75.17 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:24; Purpose: OT Travel |
| Local Transportation | 1/4/2024 | Jackson T. Blaisdell | 1.0 | $63.42 | $63.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:35; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 1/4/2024 | Benjamin Zonenshayn | 1.0 | $122.82 | $122.82 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:18; Purpose: OT Travel |
| Local Transportation | 1/5/2024 | Charles H. Sullivan | 1.0 | $68.74 | $68.74 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:23; Purpose: OT Travel |
| Local Transportation | 1/9/2024 | Aneesa Mazumdar | 1.0 | $75.17 | $75.17 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:34; Purpose: OT Travel |
| Local Transportation | 1/9/2024 | Naiquan Zhang | 1.0 | $104.74 | $104.74 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:24; Purpose: OT Travel |
| Local Transportation | 1/9/2024 | Jacob M. Croke | 1.0 | $97.97 | $97.97 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:49; Purpose: OT Travel |
| Local Transportation | 1/9/2024 | Phinneas G. Bauer | 1.0 | $35.62 | $35.62 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:31; Purpose: OT Travel |
| Local Transportation | 1/10/2024 | Jacob M. Croke | 1.0 | $94.97 | $94.97 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:22; Purpose: OT Travel |
| Local Transportation | 1/10/2024 | Christopher J. Dunne | 1.0 | $182.30 | $182.30 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:13; Purpose: OT Travel |
| Local Transportation | 1/11/2024 | Isaac S. Foote | 1.0 | $71.43 | $71.43 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:51; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 1/11/2024 | Saskia E.L. De Vries | 1.0 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 1/11/2024 | Kanishka Kewlani | 1.0 | $63.42 | $63.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:11; Purpose: OT Travel |
| Local Transportation | 1/11/2024 | Jacob M. Croke | 1.0 | $104.73 | $104.73 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:05; Purpose: OT Travel |
| Local Transportation | 1/12/2024 | Mark C. Bennett | 1.0 | $12.05 | $12.05 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:24; Purpose: OT Travel |
| Local Transportation | 1/12/2024 | Joshua M. Hazard | 1.0 | $150.53 | $150.53 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:15; Purpose: OT Travel |
| Local Transportation | 1/15/2024 | Saskia E.L. De Vries | 1.0 | $72.24 | $72.24 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 1/16/2024 | Benjamin Zonenshayn | 1.0 | $84.07 | $84.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 01:11; Purpose: OT Travel |
| Local Transportation | 1/16/2024 | Arnold Zahn | 1.0 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:05; Purpose: OT Travel |
| Local Transportation | 1/16/2024 | Mark A. Popovsky | 1.0 | $88.16 | $88.16 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:49; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 1/16/2024 | Adam J. Toobin | 1.0 | $64.00 | $64.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 01:42; Purpose: OT Travel |
| Local Transportation | 1/16/2024 | Isaac S. Foote | 1.0 | $50.53 | $50.53 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:11; Purpose: OT Travel |
| Local Transportation | 1/16/2024 | Christopher J. Dunne | 1.0 | $183.56 | $183.56 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 1/16/2024 | Mark C. Bennett | 1.0 | $12.90 | $12.90 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:17; Purpose: OT Travel |
| Local Transportation | 1/17/2024 | Isaac S. Foote | 1.0 | $71.43 | $71.43 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:02; Purpose: OT Travel |
| Local Transportation | 1/17/2024 | Charles H. Sullivan | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:46; Purpose: OT Travel |
| Local Transportation | 1/17/2024 | Alexander S. Holland | 1.0 | $24.22 | $24.22 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:15; Purpose: OT Travel |
| Local Transportation | 1/18/2024 | Alexa J. Kranzley | 1.0 | $16.96 | $16.96 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:48; Purpose: OT Travel |
| Local Transportation | 1/18/2024 | Kanishka Kewlani | 1.0 | $63.42 | $63.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:16; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 1/18/2024 | Isaac S. Foote | 1.0 | $50.53 | $50.53 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:24; Purpose: OT Travel |
| Local Transportation | 1/18/2024 | Jackson T. Blaisdell | 1.0 | $62.85 | $62.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:50; Purpose: OT Travel |
| Local Transportation | 1/18/2024 | Arnold Zahn | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:09; Purpose: OT Travel |
| Local Transportation | 1/18/2024 | Saskia E.L. De Vries | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:45; Purpose: OT Travel |
| Local Transportation | 1/18/2024 | Christopher J. Dunne | 1.0 | $182.88 | $182.88 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 1/22/2024 | Isaac S. Foote | 1.0 | $72.00 | $72.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:53; Purpose: OT Travel |
| Local Transportation | 1/22/2024 | Jacob W. Ciafone | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:45; Purpose: OT Travel |
| Local Transportation | 1/22/2024 | Benjamin Zonenshayn | 1.0 | $77.54 | $77.54 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:42; Purpose: OT Travel |
| Local Transportation | 1/22/2024 | Alexa J. Kranzley | 1.0 | $15.30 | $15.30 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:20; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 1/22/2024 | Jacob M. Croke | 1.0 | $95.11 | $95.11 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:03; Purpose: OT Travel |
| Local Transportation | 1/23/2024 | Alexa J. Kranzley | 1.0 | $16.45 | $16.45 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:28; Purpose: OT Travel |
| Local Transportation | 1/23/2024 | Jacob M. Croke | 1.0 | $95.24 | $95.24 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:50; Purpose: OT Travel |
| Local Transportation | 1/23/2024 | Louis Enriquez-Sarano | 1.0 | $72.00 | $72.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:07; Purpose: OT Travel |
| Local Transportation | 1/23/2024 | Naiquan Zhang | 1.0 | $104.53 | $104.53 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:04; Purpose: OT Travel |
| Local Transportation | 1/23/2024 | Jackson T. Blaisdell | 1.0 | $62.85 | $62.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:18; Purpose: OT Travel |
| Local Transportation | 1/24/2024 | Jackson T. Blaisdell | 1.0 | $62.85 | $62.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:21; Purpose: OT Travel |
| Local Transportation | 1/24/2024 | Joshua M. Hazard | 1.0 | $78.77 | $78.77 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:30; Purpose: OT Travel |
| Local Transportation | 1/24/2024 | Jacob M. Croke | 1.0 | $98.47 | $98.47 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:49; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 1/25/2024 | Saskia E.L. De Vries | 1.0 | $24.51 | $24.51 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:56; Purpose: OT Travel |
| Local Transportation | 1/25/2024 | Jacob M. Croke | 1.0 | $98.92 | $98.92 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:39; Purpose: OT Travel |
| Local Transportation | 1/25/2024 | Christopher J. Dunne | 1.0 | $182.88 | $182.88 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:10; Purpose: OT Travel |
| Local Transportation | 1/25/2024 | Benjamin Zonenshayn | 1.0 | $77.54 | $77.54 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 06:22; Purpose: OT Travel |
| Local Transportation | 1/25/2024 | Mark A. Popovsky | 1.0 | $118.03 | $118.03 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:35; Purpose: OT Travel |
| Local Transportation | 1/26/2024 | Kanishka Kewlani | 1.0 | $41.95 | $41.95 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:37; Purpose: OT Travel |
| Local Transportation | 1/30/2024 | Federico Ferdinandi | 1.0 | $24.37 | $24.37 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:16; Purpose: OT Travel |
| Local Transportation | 1/30/2024 | Saskia E.L. De Vries | 1.0 | $83.01 | $83.01 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 1/30/2024 | Arnold Zahn | 1.0 | $34.60 | $34.60 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 01:56; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 1/30/2024 | Álvaro Cuesta Garayoa | 1.0 | $60.40 | $60.40 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:35; Purpose: OT Travel |
| Local Transportation | 1/30/2024 | Aaron M. Levine | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:28; Purpose: OT Travel |
| Local Transportation | 1/30/2024 | Jacob M. Croke | 1.0 | $107.73 | $107.73 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:46; Purpose: OT Travel |
| Local Transportation | 1/31/2024 | Arnold Zahn | 1.0 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:55; Purpose: OT Travel |
| Local Transportation | 1/31/2024 | Benjamin Zonenshayn | 1.0 | $48.83 | $48.83 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:40; Purpose: OT Travel |
| Local Transportation | 1/31/2024 | Álvaro Cuesta Garayoa | 1.0 | $60.98 | $60.98 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:01; Purpose: OT Travel |
| Local Transportation | 1/31/2024 | Daniel E. Fradin | 1.0 | $80.58 | $80.58 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:07; Purpose: OT Travel |
| **Local Transportation Total** | | | | | **$5,802.58** | |
| Travel and expenses | 11/16/2023 | Michele C. Materni | 1.0 | $82.64 | $82.64 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Airport; End Point: Home; Business Purpose: Attend Omnibus hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and expenses | 12/13/2023 | Marc De Leeuw | 1.0 | $349.90 | $349.90 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Marc De Leeuw; Business Purpose: Attend tax estimation motion hearing |
| Travel and expenses | 12/13/2023 | James L. Bromley | 1.0 | $173.70 | $173.70 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class one way; Passenger Name: James L. Bromley; Business Purpose: Attend tax estimation motion hearing |
| Travel and expenses | 1/30/2024 | Brian D. Glueckstein | 1.0 | $350.00 | $350.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Brian D. Glueckstein; Hotel Name: Hotel DuPont; Location: Wilmington, DE; Arrival Date: 01/30/2024 + Departure Date: 02/01/2024; Room Charge: 420.00 + Taxes: 42.00; Business Purpose: Attend hearing/mediation |
| Travel and expenses | 1/30/2024 | Julie G. Kapoor | 1.0 | $350.00 | $350.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Julie G. Kapoor; Hotel Name: Hotel DuPont; Location: Wilmington, DE; Arrival Date: 01/30/2024 + Departure Date: 01/31/2024; Room Charge: 367.00 + Taxes: 36.70; Business Purpose: Attend hearing |
| Travel and expenses | 1/30/2024 | Brian D. Glueckstein | 1.0 | $25.00 | $25.00 | Travel and expenses - Expense Type: Breakfast - Out of Town; Location: Wilmington, DE; Business Purpose: Attend hearing/mediation |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and expenses | 1/30/2024 | Andrew G. Dietderich | 1.0 | $43.99 | $43.99 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: S&C; End Point: Train Station; Business Purpose: Attend hearing/mediation |
| Travel and expenses | 1/31/2024 | Brian D. Glueckstein | 1.0 | $350.00 | $350.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Brian D. Glueckstein; Hotel Name: Hotel DuPont; Location: Wilmington, DE; Arrival Date: 01/30/2024 + Departure Date: 02/01/2024; Room Charge: 412.00 + Taxes: 41.20; Business Purpose: Attend hearing/mediation |
| Travel and expenses | 1/31/2024 | Julie G. Kapoor | 1.0 | $25.00 | $25.00 | Travel and expenses - Expense Type: Breakfast - Out of Town; Location: Wilmington, DE; Business Purpose: Attend hearing |
| Travel and expenses | 1/31/2024 | James L. Bromley | 1.0 | $41.98 | $41.98 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Train Station; End Point: Home; Business Purpose: Attend hearing |
| Travel and expenses | 1/31/2024 | Brian D. Glueckstein | 1.0 | $21.59 | $21.59 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Train Station; End Point: Hotel; Business Purpose: Attend hearing/mediation |
| Travel and expenses | 1/31/2024 | Julie G. Kapoor | 1.0 | $16.23 | $16.23 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Court; End Point: Train Station; Business Purpose: Attend hearing |
| Travel and expenses | 1/31/2024 | James L. Bromley | 1.0 | $35.35 | $35.35 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Home; End Point: Train Station; Business Purpose: Attend hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and expenses | 1/31/2024 | Julie G. Kapoor | 1.0 | $51.38 | $51.38 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Train Station; End Point: Home; Business Purpose: Attend hearing |
| **Travel and Expenses Total** | | | | | **$1,916.76** | |
| Conference Room Dining | 1/25/2024 | Mark A. Popovsky | 1.0 | $93.36 | $93.36 | Conference Room Dining (Lunch for 7 people) - Attendees: D. Hariton, M. De Leeuw, M. Popovsky, M. Anfang, C. Sullivan, L. Enriquez-Sarano, T. Shea (EY) |
| **Conference Room Dining Total** | | | | | **$93.36** | |
| Meals - Overtime | 11/16/2023 | Harrison B. Shure | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00017, 00025, 00035 |
| Meals - Overtime | 1/2/2024 | Alexa J. Kranzley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014, 00015, 00016, 00020, 00025, 00040, 00041 |
| Meals - Overtime | 1/2/2024 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00027 |
| Meals - Overtime | 1/2/2024 | Adam J. Toobin | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00043 |
| Meals - Overtime | 1/2/2024 | Jinny Lee | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 1/2/2024 | Sherry T. Johnson | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 1/3/2024 | Sam Xu | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00040 |
| Meals - Overtime | 1/3/2024 | Jinny Lee | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 1/3/2024 | Harrison B. Shure | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 1/3/2024 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013 |
| Meals - Overtime | 1/3/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013 |
| Meals - Overtime | 1/3/2024 | Jackson T. Blaisdell | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022, 00043 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 1/3/2024 | Alexa J. Kranzley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014, 00015, 00016, 00023, 00025, 00034, 00040, 00041 |
| Meals - Overtime | 1/3/2024 | Benjamin Zonenshayn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00025 |
| Meals - Overtime | 1/3/2024 | Tyler W. Hill | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00015, 00041 |
| Meals - Overtime | 1/4/2024 | Benjamin Zonenshayn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 1/4/2024 | Charles H. Sullivan | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00027 |
| Meals - Overtime | 1/4/2024 | Joshua M. Hazard | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 1/5/2024 | Charles H. Sullivan | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00027 |
| Meals - Overtime | 1/8/2024 | Alexa J. Kranzley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014, 00016, 00017, 00019, 00020, 00023, 00025, 00033, 00040, 00041, 00045 |
| Meals - Overtime | 1/8/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00033 |
| Meals - Overtime | 1/8/2024 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013 |
| Meals - Overtime | 1/8/2024 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00027 |
| Meals - Overtime | 1/9/2024 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 1/9/2024 | Phinneas G. Bauer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00016 |
| Meals - Overtime | 1/10/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013 |
| Meals - Overtime | 1/10/2024 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00019 |
| Meals - Overtime | 1/10/2024 | Benjamin Zonenshayn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00016, 00025 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 1/10/2024 | Alexa J. Kranzley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014, 00015, 00016, 00023, 00025, 00040, 00041 |
| Meals - Overtime | 1/11/2024 | Isaac S. Foote | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00029 |
| Meals - Overtime | 1/11/2024 | Saskia E.L. De Vries | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00016, 00033 |
| Meals - Overtime | 1/11/2024 | Evan S. Simpson | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00022, 00029, 00041 |
| Meals - Overtime | 1/12/2024 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00019 |
| Meals - Overtime | 1/15/2024 | Saskia E.L. De Vries | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Holiday - Breakfast]; Project Code(s): 00013 |
| Meals - Overtime | 1/15/2024 | Saskia E.L. De Vries | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Holiday - Lunch]; Project Code(s): 00013 |
| Meals - Overtime | 1/15/2024 | Saskia E.L. De Vries | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Holiday - Dinner]; Project Code(s): 00013 |
| Meals - Overtime | 1/16/2024 | Mark A. Popovsky | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00027 |
| Meals - Overtime | 1/16/2024 | Benjamin Zonenshayn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014, 00016, 00025, 00041 |
| Meals - Overtime | 1/16/2024 | Adam J. Toobin | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022, 00025 |
| Meals - Overtime | 1/16/2024 | Arnold Zahn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00016 |
| Meals - Overtime | 1/16/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 1/16/2024 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00019 |
| Meals - Overtime | 1/16/2024 | Isaac S. Foote | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00029 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 1/17/2024 | Adam J. Toobin | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022, 00025 |
| Meals - Overtime | 1/17/2024 | Alexander S. Holland | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00016, 00019, 00029, 00039 |
| Meals - Overtime | 1/17/2024 | Charles H. Sullivan | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00027 |
| Meals - Overtime | 1/17/2024 | Isaac S. Foote | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00029 |
| Meals - Overtime | 1/17/2024 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00016, 00019 |
| Meals - Overtime | 1/18/2024 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00019, 00033 |
| Meals - Overtime | 1/18/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00029, 00013 |
| Meals - Overtime | 1/18/2024 | Alexa J. Kranzley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014, 00016, 00019, 00023, 00025, 00035, 00040 |
| Meals - Overtime | 1/18/2024 | Isaac S. Foote | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00029 |
| Meals - Overtime | 1/18/2024 | Jackson T. Blaisdell | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022, 00025 |
| Meals - Overtime | 1/18/2024 | Adam J. Toobin | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 1/18/2024 | Saskia E.L. De Vries | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00033 |
| Meals - Overtime | 1/18/2024 | Harrison B. Shure | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 1/18/2024 | Julie G. Kapoor | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 1/19/2024 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00019 |
| Meals - Overtime | 1/22/2024 | Sophia Chen | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00019, 00025 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 1/22/2024 | Benjamin Zonenshayn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00025, 00041 |
| Meals - Overtime | 1/22/2024 | Jacob W. Ciafone | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010 |
| Meals - Overtime | 1/22/2024 | Harrison B. Shure | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 1/22/2024 | Isaac S. Foote | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00029 |
| Meals - Overtime | 1/23/2024 | Jackson T. Blaisdell | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022, 00025 |
| Meals - Overtime | 1/23/2024 | Alexa J. Kranzley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014, 00015, 00016, 00017, 00022, 00025, 00034, 00040, 00041 |
| Meals - Overtime | 1/24/2024 | Joshua M. Hazard | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 1/24/2024 | Jackson T. Blaisdell | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022, 00025 |
| Meals - Overtime | 1/24/2024 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 1/24/2024 | Luke W. Ross | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 1/25/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013 |
| Meals - Overtime | 1/25/2024 | Harrison B. Shure | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 1/26/2024 | Kanishka Kewlani | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 1/29/2024 | Harrison B. Shure | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 1/29/2024 | Isaac S. Foote | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 1/29/2024 | Saskia E.L. De Vries | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 1/30/2024 | Benjamin Zonenshayn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00025, 00041 |
| Meals - Overtime | 1/30/2024 | Alexa J. Kranzley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014, 00015, 00016, 00020, 00023, 00025, 00041 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 1/30/2024 | Saskia E.L. De Vries | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013 |
| Meals - Overtime | 1/30/2024 | Arnold Zahn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 1/30/2024 | Harrison B. Shure | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 1/30/2024 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00014 |
| Meals - Overtime | 1/31/2024 | Harrison Schlossberg | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019, 00036 |
| Meals - Overtime | 1/31/2024 | Arnold Zahn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 1/31/2024 | Luke W. Ross | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00033 |
| Meals - Overtime | 1/31/2024 | Subhah Wadhawan | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00046 |
| **Meals - Overtime Total** | | | | | **$1,700.00** | |
| Other Professionals | 1/12/2024 | Christopher J. Howard | 1.0 | $90.85 | $90.85 | Other Professionals - Professional Fees of Mr. Peter Burgess (South Square Barristers) - 1/11/2024 - 1/12/2024 |
| **Other Professionals Total** | | | | | **$90.85** | |
| **GRAND TOTAL** | | | | | **$11,501.97** | |

4859-3559-9525 v.2