## Schedule 2

## Updated Current S&C Clients

| Entity | Relationship to Debtor | S&C Relationship |
|---|---|---|
| Rothschild & Co. | Ad Hoc Committee (Non US Customers of FTX.com) | Current Client |
| ACX | 363 Sale Parties | Ultimate Parent is Current Client |
| Flow Traders | 363 Sale Parties | Current Client |
| Galaxy Digital | 363 Sale Parties | Current Client |
| JC Flowers | 363 Sale Parties | Current Client |
| NYDIG | 363 Sale Parties | Current Client |
| Name on File | 363 Sale Parties | Ultimate Parent is Current Client |
| Rakuten | 363 Sale Parties | Current Client |
| Robinhood | 363 Sale Parties | Current Client |
| StoneX | 363 Sale Parties | Current Client |
| Citizens Bank | Banks/Lender/UCC Lien Parties/Administrative Agents | Ultimate Parent is Current Client |
| First Republic Bank | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| SBI Clearing Trust | Banks/Lender/UCC Lien Parties/Administrative Agents | Ultimate Parent is Current Client |
| Artz Fund Investments PTE Ltd. | Claimant | Ultimate Parent is Current Client |
| Name on File | Customers | Ultimate Parent is Current Client |
| Name on File | Customers | Ultimate Parent is Current Client |
| Name on File | Customers | Ultimate Parent is Current Client |
| Name on File | Customers | Ultimate Parent is Current Client |
| Eric Schwartz | Director/Officer | Current Client |
| FTX PHILANTHROPY INC. | Donations | Ultimate Parent is Current Client |
| Galaxy Digital Holdings Limited Partnership (a/k/a Galaxy Digital Holdings Ltd.) | Interested Parties | Current Client |
| Kalshi, Inc. | Interested Parties | Current Client |
| Robinhood Markets, Inc. | Interested Parties | Current Client |
| SVB Financial Group | Interested Parties | Current Client |
| BlackRock Inc | Investments/Acquisitions | Current Client |

| Entity | Relationship to Debtor | S&C Relationship |
|---|---|---|
| FANATICS HOLDINGS, INC. | Investments/Acquisitions | Current Client |
| FTX VENTURES BAHAMAS LIMITED | Investments/Acquisitions | Ultimate Parent is Current Client |
| PANTERA BLOCKCHAIN GP LLC | Investments/Acquisitions | Current Client |
| PROTEGO TRUST COMPANY | Investments/Acquisitions | Current Client |
| TIPLINK CORP | Investments/Acquisitions | Ultimate Parent is Current Client |
| WENEW, INC. | Investments/Acquisitions | Ultimate Parent is Current Client |
| FTX GENERAL PARTNERS AG | Known Affiliates - JV | Ultimate Parent is Current Client |
| APOLLO CAPITAL OPPORTUNITIES FUND LTD | Other Significant Creditors | Ultimate Parent is Current Client |
| BlockFi Lending LLC | Other Significant Creditors | Ultimate Parent is Current Client |
| itBit PTE. LTD (Paxos) | Other Significant Creditors | Ultimate Parent is Current Client |
| JONDAL PARTNERS PTE LTD | Other Significant Creditors | Ultimate Parent is Current Client |
| LEDGERPRIME DIGITAL ASSET OPPORTUNITIES OFFSHORE FUND | Other Significant Creditors | Ultimate Parent is Current Client |
| RIPPLE LABS, INC. | Other Significant Creditors | Current Client |
| US Department of Treasury | Taxing Authority/Governmental/Regulatory Agencies | Current Client |
| Merril Lynch | Vendors | Ultimate Parent is Current Client |
| MPEG Live | Vendors | Ultimate Parent is Current Client |
| PARADIGM ONE LP | Vendors | Ultimate Parent is Current Client |
| PRICEWATERHOUSECOOPERS | Vendors | Current Client |
| Wasserman Media Group | Vendors | Current Client |
| WASSERMAN MEDIA GROUP LLC | Vendors | Current Client |
| WASSERMAN MUSIC LLC | Vendors | Ultimate Parent is Current Client |