**Schedule 3**

**Updated Former S&C Clients**

| Entity | Relationship to Debtor | S&C Relationship |
|---|---|---|
| Name on File | 363 Sale Parties | Ultimate Parent is Former Client |
| Docomo | 363 Sale Parties | Ultimate Parent is Former Client |
| Enhanced Digital | 363 Sale Parties | Former Client |
| Bittrex, Inc. | Banks/Lender/UCC Lien Parties/Administrative Agents | Former Client |
| Genesis Global Capital, LLC | Banks/Lender/UCC Lien Parties/Administrative Agents | Ultimate Parent is Former Client |
| Two Sigma Ventures III | Claimant | Former Client |
| Name on File | Customers | Ultimate Parent is Former Client |
| Cantor Fitzgerald Technology Markets LLC | Interested Parties | Ultimate Parent is Former Client |
| Clear Street Holdings LLC | Interested Parties | Former Client |
| Walton Enterprises | Interested Parties | Former Client |
| Grant Thornton | Ordinary Course Professionals | Former Client |
| Deltec International Group | Scheduled Claimant | Former Client |
| JEFFERIES FINANCIAL GROUP INC. | UCC Professionals | Former Client |
| TD Ameritrade Clearing, Inc. | Vendors | Former Client |