**Exhibit B**

**Disbursements**

| Cost Type | Work Date | Quantity | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| Travel | 12/11/2023 | 1.00 | 509.00 | 509.00 | Robert Zink - Train - Robert Zink - dc/nyc meetings 12/11/23 |
| Meals during travel | 12/12/2023 | 1.00 | 126.70 | 126.70 | Robert Zink - Dinner - Robert Zink - meetings 12/12/23 Robert Zink |
| Travel | 12/12/2023 | 1.00 | 56.47 | 56.47 | Robert Zink - Car Service - Robert Zink - home/union station meetings 12/12/23 |
| Travel | 12/12/2023 | 1.00 | 41.10 | 41.10 | Robert Zink - Car Service - Robert Zink - mtg/hotel meetings 12/12/23 |
| Travel | 12/12/2023 | 1.00 | 25.78 | 25.78 | Robert Zink - Car Service - Robert Zink - mtg/mtg meetings 12/12/23 |
| Meals during travel | 12/13/2023 | 1.00 | 28.30 | 28.30 | Robert Zink - Hotel - Meals Other - Robert Zink - meetings 12/13/23 Robert Zink |
| Hotel | 12/13/2023 | 1.00 | 732.91 | 732.91 | Robert Zink - Lodging - Robert Zink - meetings 12/13/23 |
| Air travel | 12/13/2023 | 1.00 | 223.90 | 223.90 | Robert Zink - Airfare - Robert Zink - ny/dc meetings 12/13/23 |
| PACER Services | 1/1/2024 | 1.00 | 0.00 | 0.00 | U.S. Courts: PACER - Legal Research Charges from 10/1/2023 to 12/31/2023 - Account # 2618657 |
| PACER Services | 1/1/2024 | 1.00 | 0.00 | 0.00 | U.S. Courts: PACER - Legal Research Charges from 10/1/2023 to 12/31/2023 - Account # 2618656 |
| Lexis Courtlink - Off Contract | 1/2/2024 | 1.00 | 0.78 | 0.78 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 1/2/2024 | 1.00 | 0.72 | 0.72 | COURTLINK ALERT |
| Document Reproduction | 1/2/2024 | 30.00 | 0.10 | 3.00 | Document Reproduction |
| Document Reproduction | 1/2/2024 | 130.00 | 0.10 | 13.00 | Document Reproduction |
| Document Reproduction | 1/2/2024 | 54.00 | 0.10 | 5.40 | Document Reproduction |
| Color Document Reproduction | 1/2/2024 | 13.00 | 0.25 | 3.25 | Color Document Reproduction |
| Color Document Reproduction | 1/2/2024 | 1.00 | 0.25 | 0.25 | Color Document Reproduction |
| Color Document Reproduction | 1/2/2024 | 24.00 | 0.25 | 6.00 | Color Document Reproduction |
| Word processing | 1/2/2024 | 0.10 | 0.00 | 0.00 | Word processing |
| Word processing | 1/2/2024 | 0.20 | 0.00 | 0.00 | Word processing |
| Lexis Courtlink - Off Contract | 1/3/2024 | 1.00 | 0.77 | 0.77 | COURTLINK TRACK |
| Document Reproduction | 1/3/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 1/3/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 1/3/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 1/3/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 1/3/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 1/3/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Word processing | 1/3/2024 | 0.20 | 0.00 | 0.00 | Word processing |
| Word processing | 1/3/2024 | 2.50 | 0.00 | 0.00 | Word processing |
| Lexis Courtlink - Off Contract | 1/4/2024 | 1.00 | 0.77 | 0.77 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 1/4/2024 | 1.00 | 0.72 | 0.72 | COURTLINK ALERT |
| Document Reproduction | 1/4/2024 | 16.00 | 0.10 | 1.60 | Document Reproduction |

| Description | Date | Qty | Rate | Amount | Description |
|---|---|---|---|---|---|
| Document Reproduction | 1/4/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Color Document Reproduction | 1/4/2024 | 16.00 | 0.25 | 4.00 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 1/5/2024 | 1.00 | 0.77 | 0.77 | COURTLINK TRACK |
| Word processing | 1/5/2024 | 0.10 | 0.00 | 0.00 | Word processing |
| Lexis Courtlink - Off Contract | 1/8/2024 | 1.00 | 4.32 | 4.32 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 1/8/2024 | 1.00 | 4.32 | 4.32 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 1/8/2024 | 1.00 | 0.72 | 0.72 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 1/8/2024 | 1.00 | 0.77 | 0.77 | COURTLINK TRACK |
| Document Reproduction | 1/8/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 1/8/2024 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 1/8/2024 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| Document Reproduction | 1/8/2024 | 19.00 | 0.10 | 1.90 | Document Reproduction |
| Document Reproduction | 1/8/2024 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| Document Reproduction | 1/8/2024 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| Document Reproduction | 1/8/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 1/8/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 1/8/2024 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 1/8/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 1/8/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Color Document Reproduction | 1/8/2024 | 23.00 | 0.25 | 5.75 | Color Document Reproduction |
| Color Document Reproduction | 1/8/2024 | 4.00 | 0.25 | 1.00 | Color Document Reproduction |
| Color Document Reproduction | 1/8/2024 | 1.00 | 0.25 | 0.25 | Color Document Reproduction |
| Color Document Reproduction | 1/8/2024 | 2.00 | 0.25 | 0.50 | Color Document Reproduction |
| Color Document Reproduction | 1/8/2024 | 11.00 | 0.25 | 2.75 | Color Document Reproduction |
| Color Document Reproduction | 1/8/2024 | 2.00 | 0.25 | 0.50 | Color Document Reproduction |
| Color Document Reproduction | 1/8/2024 | 2.00 | 0.25 | 0.50 | Color Document Reproduction |
| Color Document Reproduction | 1/8/2024 | 2.00 | 0.25 | 0.50 | Color Document Reproduction |
| Color Document Reproduction | 1/8/2024 | 1.00 | 0.25 | 0.25 | Color Document Reproduction |
| Color Document Reproduction | 1/8/2024 | 11.00 | 0.25 | 2.75 | Color Document Reproduction |
| Color Document Reproduction | 1/8/2024 | 27.00 | 0.25 | 6.75 | Color Document Reproduction |
| Color Document Reproduction | 1/8/2024 | 10.00 | 0.25 | 2.50 | Color Document Reproduction |
| Color Document Reproduction | 1/8/2024 | 2.00 | 0.25 | 0.50 | Color Document Reproduction |
| Color Document Reproduction | 1/8/2024 | 3.00 | 0.25 | 0.75 | Color Document Reproduction |
| Color Document Reproduction | 1/8/2024 | 2.00 | 0.25 | 0.50 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 1/9/2024 | 1.00 | 0.77 | 0.77 | COURTLINK TRACK |
| Word processing | 1/9/2024 | 0.20 | 0.00 | 0.00 | Word processing |
| Lexis Courtlink - Off Contract | 1/10/2024 | 1.00 | 0.77 | 0.77 | COURTLINK TRACK |
| Document Reproduction | 1/10/2024 | 22.00 | 0.10 | 2.20 | Document Reproduction |
| Color Document Reproduction | 1/10/2024 | 4.00 | 0.25 | 1.00 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 1/11/2024 | 1.00 | 0.77 | 0.77 | COURTLINK TRACK |

| Description | Date | Quantity | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| Document Reproduction | 1/11/2024 | 14.00 | 0.10 | 1.40 | Document Reproduction |
| Document Reproduction | 1/11/2024 | 13.00 | 0.10 | 1.30 | Document Reproduction |
| Document Reproduction | 1/11/2024 | 13.00 | 0.10 | 1.30 | Document Reproduction |
| Document Reproduction | 1/11/2024 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| Lexis Courtlink - Off Contract | 1/12/2024 | 1.00 | 0.77 | 0.77 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 1/15/2024 | 1.00 | 0.77 | 0.77 | COURTLINK TRACK |
| Document Reproduction | 1/15/2024 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| Document Reproduction | 1/15/2024 | 25.00 | 0.10 | 2.50 | Document Reproduction |
| Document Reproduction | 1/15/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 1/15/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Color Document Reproduction | 1/15/2024 | 2.00 | 0.25 | 0.50 | Color Document Reproduction |
| Color Document Reproduction | 1/15/2024 | 14.00 | 0.25 | 3.50 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 1/16/2024 | 1.00 | 0.77 | 0.77 | COURTLINK TRACK |
| Document Reproduction | 1/16/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 1/16/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 1/16/2024 | 33.00 | 0.10 | 3.30 | Document Reproduction |
| Color Document Reproduction | 1/16/2024 | 24.00 | 0.25 | 6.00 | Color Document Reproduction |
| Color Document Reproduction | 1/16/2024 | 8.00 | 0.25 | 2.00 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 1/17/2024 | 1.00 | 0.77 | 0.77 | COURTLINK TRACK |
| Word processing | 1/17/2024 | 0.40 | 0.00 | 0.00 | Word processing |
| Lexis Courtlink - Off Contract | 1/18/2024 | 1.00 | 0.49 | 0.49 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 1/18/2024 | 1.00 | 0.77 | 0.77 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 1/18/2024 | 1.00 | 0.49 | 0.49 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 1/18/2024 | 1.00 | 4.32 | 4.32 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 1/18/2024 | 1.00 | 0.98 | 0.98 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 1/18/2024 | 1.00 | 4.32 | 4.32 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 1/18/2024 | 1.00 | 4.32 | 4.32 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 1/18/2024 | 1.00 | 4.32 | 4.32 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 1/18/2024 | 1.00 | 4.32 | 4.32 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 1/18/2024 | 1.00 | 4.32 | 4.32 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 1/18/2024 | 1.00 | 21.02 | 21.02 | SEARCH |
| Color Document Reproduction | 1/18/2024 | 2.00 | 0.25 | 0.50 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 1/19/2024 | 1.00 | 0.77 | 0.77 | COURTLINK TRACK |
| Document Reproduction | 1/19/2024 | 18.00 | 0.10 | 1.80 | Document Reproduction |
| Lexis Courtlink - Off Contract | 1/22/2024 | 1.00 | 0.77 | 0.77 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 1/22/2024 | 1.00 | 0.71 | 0.71 | COURTLINK ALERT |
| Document Reproduction | 1/22/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 1/22/2024 | 17.00 | 0.10 | 1.70 | Document Reproduction |
| Document Reproduction | 1/22/2024 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 1/22/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |

| Description | Date | Quantity | Rate | Amount | Detail |
|---|---|---|---|---|---|
| Document Reproduction | 1/22/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Color Document Reproduction | 1/22/2024 | 100.00 | 0.25 | 25.00 | Color Document Reproduction |
| Color Document Reproduction | 1/22/2024 | 31.00 | 0.25 | 7.75 | Color Document Reproduction |
| Color Document Reproduction | 1/22/2024 | 3.00 | 0.25 | 0.75 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 1/23/2024 | 1.00 | 0.77 | 0.77 | COURTLINK TRACK |
| Document Reproduction | 1/23/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 1/23/2024 | 46.00 | 0.10 | 4.60 | Document Reproduction |
| Document Reproduction | 1/23/2024 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| Document Reproduction | 1/23/2024 | 18.00 | 0.10 | 1.80 | Document Reproduction |
| Document Reproduction | 1/23/2024 | 21.00 | 0.10 | 2.10 | Document Reproduction |
| Document Reproduction | 1/23/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 1/23/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Color Document Reproduction | 1/23/2024 | 137.00 | 0.25 | 34.25 | Color Document Reproduction |
| Color Document Reproduction | 1/23/2024 | 3.00 | 0.25 | 0.75 | Color Document Reproduction |
| Color Document Reproduction | 1/23/2024 | 23.00 | 0.25 | 5.75 | Color Document Reproduction |
| Color Document Reproduction | 1/23/2024 | 5.00 | 0.25 | 1.25 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 1/24/2024 | 1.00 | 0.77 | 0.77 | COURTLINK TRACK |
| Document Reproduction | 1/24/2024 | 1,564.00 | 0.10 | 156.40 | Document Reproduction |
| Document Reproduction | 1/24/2024 | 23.00 | 0.10 | 2.30 | Document Reproduction |
| Document Reproduction | 1/24/2024 | 61.00 | 0.10 | 6.10 | Document Reproduction |
| Document Reproduction | 1/24/2024 | 2,057.00 | 0.10 | 205.70 | Document Reproduction |
| Color Document Reproduction | 1/24/2024 | 2.00 | 0.25 | 0.50 | Color Document Reproduction |
| Color Document Reproduction | 1/24/2024 | 2.00 | 0.25 | 0.50 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 1/25/2024 | 1.00 | 0.77 | 0.77 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 1/26/2024 | 1.00 | 0.77 | 0.77 | COURTLINK TRACK |
| Document Reproduction | 1/26/2024 | 63.00 | 0.10 | 6.30 | Document Reproduction |
| Document Reproduction | 1/26/2024 | 17.00 | 0.10 | 1.70 | Document Reproduction |
| Document Reproduction | 1/26/2024 | 25.00 | 0.10 | 2.50 | Document Reproduction |
| Lexis Courtlink - Off Contract | 1/27/2024 | 1.00 | 0.71 | 0.71 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 1/29/2024 | 1.00 | 0.77 | 0.77 | COURTLINK TRACK |
| Document Services | 1/29/2024 | 1.00 | 2.12 | 2.12 | GSB Digital - Spiral Bind/Jaclyn Palmerson/1025630 |
| Document Services | 1/29/2024 | 133.00 | 0.75 | 99.75 | GSB Digital - Color Blowbacks/Jaclyn Palmerson/1025630 |
| Document Services | 1/29/2024 | 1.00 | 9.48 | 9.48 | GSB Digital - Tax/Jaclyn Palmerson/1025630 |
| Document Services | 1/29/2024 | 1.00 | 5.00 | 5.00 | GSB Digital - Drilling/Jaclyn Palmerson/1025630 |
| Lexis Courtlink - Off Contract | 1/30/2024 | 1.00 | 0.77 | 0.77 | COURTLINK TRACK |
| Secretarial overtime | 1/30/2024 | 0.35 | 0.00 | 0.00 | Secretarial overtime- M. Peng. |
| Lexis Courtlink - Off Contract | 1/31/2024 | 1.00 | 0.71 | 0.71 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 1/31/2024 | 1.00 | 0.77 | 0.77 | COURTLINK TRACK |
| Online Research - Off Contract | 1/31/2024 | 1.00 | 0.00 | 0.00 | Online Research - Off Contract |
| Online Research - Tax | 1/31/2024 | 1.00 | 0.00 | 0.00 | Online Research - Tax |

| Online Research | 1/31/2024 | 1.00 | 0.00 | 0.00 | Online Research |
| Online Research | 1/31/2024 | 1.00 | 0.00 | 0.00 | Online Research |
| Online Research | 1/31/2024 | 1.00 | 0.00 | 0.00 | Online Research |
| Online Research | 1/31/2024 | 1.00 | 0.00 | 0.00 | Online Research |
| | | | | 2,510.14 | |

| Cost Type | Quantity | Amount |
|---|---:|---:|
| Air travel | 1.00 | 223.90 |
| Color Document Reproduction | 517.00 | 129.25 |
| Document Reproduction | 4,416.00 | 441.60 |
| Document Services | 136.00 | 116.35 |
| Hotel | 1.00 | 732.91 |
| Lexis Courtlink - Off Contract | 40.00 | 78.78 |
| Meals during travel | 2.00 | 155.00 |
| Online Research | 6.00 | 0.00 |
| PACER Services | 2.00 | 0.00 |
| Secretarial overtime | 0.35 | 0.00 |
| Travel | 4.00 | 632.35 |
| Word processing | 3.70 | 0.00 |
| TOTAL | | <u>2,510.14</u> |