## Exhibit B

**Disbursements**

**Detail Cost Task Code Billing Report** Page: 1
Landis Rath & Cobb LLP

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Activity ID E101 Inhouse Copying** | | | | | |
| 1368.002 | 01/02/2024 | 0.100 | 7.00 | 0.70 | Inhouse Copying |
| 1368.002 | 01/12/2024 | 0.100 | 497.00 | 49.70 | Inhouse Copying |
| 1368.002 | 01/16/2024 | 0.100 | 16.00 | 1.60 | Inhouse Copying |
| 1368.002 | 01/17/2024 | 0.100 | 804.00 | 80.40 | Inhouse Copying |
| 1368.002 | 01/22/2024 | 0.100 | 5.00 | 0.50 | Inhouse Copying |
| 1368.002 | 01/23/2024 | 0.100 | 135.00 | 13.50 | Inhouse Copying |
| 1368.002 | 01/25/2024 | 0.100 | 18.00 | 1.80 | Inhouse Copying |
| 1368.002 | 01/26/2024 | 0.100 | 1,395.00 | 139.50 | Inhouse Copying |
| 1368.002 | 01/29/2024 | 0.100 | 1,467.00 | 146.70 | Inhouse Copying |
| 1368.002 | 01/31/2024 | 0.100 | 3,230.00 | 323.00 | Inhouse Copying |
| **Total for Activity ID E101** | | | Billable | 757.40 | Inhouse Copying |
| | | | | | |
| **Activity ID E102 Outside printing** | | | | | |
| 1368.002 | 01/16/2024 | | | 35.40 | Outside printing Parcels, Inc. - Invoice 1062683 |
| 1368.002 | 01/26/2024 | | | 304.15 | Outside printing Parcels, Inc. - Invoice 1063206 |
| 1368.002 | 01/29/2024 | | | 13.32 | Outside printing DLS Discovery - Invoice 185381 |
| 1368.002 | 01/30/2024 | | | 201.40 | Outside printing Parcels, Inc. - Invoice 1064209 |
| 1368.002 | 01/30/2024 | | | 1,107.24 | Outside printing Parcels, Inc. - Invoice 1065076 |
| 1368.002 | 01/31/2024 | | | 382.00 | Outside printing Parcels, Inc. - Invoice 1065077 |
| **Total for Activity ID E102** | | | Billable | 2,043.51 | Outside printing |
| | | | | | |
| **Activity ID E106 Online research** | | | | | |
| 1368.002 | 01/31/2024 | | | 701.36 | Online research Relx Inc. DBA LexisNexis - Invoice 3094915238 |
| **Total for Activity ID E106** | | | Billable | 701.36 | Online research |
| | | | | | |
| **Activity ID E107 Delivery services/messengers** | | | | | |
| 1368.002 | 01/31/2024 | | | 60.00 | Delivery services/messengers Parcels, Inc. - Invoice 1064596 |
| 1368.002 | 01/31/2024 | | | 95.00 | Delivery services/messengers Parcels, Inc. - Invoice 1064606 |
| **Total for Activity ID E107** | | | Billable | 155.00 | Delivery services/messengers |
| | | | | | |
| **Activity ID E110 Out-of-town travel** | | | | | |
| 1368.002 | 01/31/2024 | | | 490.99 | Out-of-town travel UBER - Car service for Sabrina Howell travel from LRC office in Wilmington to Washington DC |
| **Total for Activity ID E110** | | | Billable | 490.99 | Out-of-town travel |
| | | | | | |
| **Activity ID E111 Meals** | | | | | |
| 1368.002 | 01/23/2024 | | | 77.00 | Meals DiMeo's Pizza - working dinner for NEJ, GAW, JH, MR |
| 1368.002 | 01/31/2024 | | | 300.00 | Meals Bardea Steak - Dinner for LRC (2), S&C (4) |
| 1368.002 | 01/31/2024 | | | 164.87 | Meals BJs - Meal supplements for hearing and mediation |
| 1368.002 | 01/31/2024 | | | 105.40 | Meals DiMeo's Pizza - working dinner NEJ, GAW, MH, TD, LP |
| 1368.002 | 01/31/2024 | | | 237.68 | Meals Manhattan Bagel - breakfast for S&C (3), A&M (4), J. Ray, S. Howell, Analysis Group, Inc. (1), Coin Metrics, Inc. (2), Bond, Schoeneck & King PLLC (1), LRC (3) |
| 1368.002 | 01/31/2024 | | | 290.89 | Meals Cavanaugh's Restaurant - lunch for S&C (3), A&M (4), J. Ray, S. Howell, Analysis Group, Inc. (1), Coin Metrics, Inc. (2), Bond, Schoeneck & King PLLC (1), LRC (3) |
| **Total for Activity ID E111** | | | Billable | 1,175.84 | Meals |
| | | | | | |
| **Activity ID E201 Inhouse Color Copies** | | | | | |
| 1368.002 | 01/30/2024 | 0.800 | 3,427.00 | 2,741.60 | Inhouse Color Copies |
| 1368.002 | 01/31/2024 | 0.800 | 950.00 | 760.00 | Inhouse Color Copies |
| **Total for Activity ID E201** | | | Billable | 3,501.60 | Inhouse Color Copies |
| | | | | | |
| **Activity ID E208 Document Retrieval** | | | | | |
| 1368.002 | 01/31/2024 | | | 141.30 | Document Retrieval - PACER January 2024 |

**Detail Cost Task Code Billing Report** Page: 2
Landis Rath & Cobb LLP

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Activity ID E208 Document Retrieval** | | | | | |
| **Total for Activity ID E208** | | | Billable | 141.30 | Document Retrieval |
| **Activity ID E214 Filing Fee** | | | | | |
| 1368.002 | 01/05/2024 | | | 597.00 | Filing Fee U.S. Bankruptcy Court - Sale motions for IEX, Dave and Helix |
| 1368.002 | 01/05/2024 | | | 199.00 | Filing Fee Clerk, US Bankruptcy Court - EU Sale Motion |
| 1368.002 | 01/23/2024 | | | 1,190.00 | Filing Fee Clerk, US Bankruptcy Court - Amended statements and schedules |
| **Total for Activity ID E214** | | | Billable | 1,986.00 | Filing Fee |
| **Activity ID E218 Hearing Transcripts** | | | | | |
| 1368.002 | 01/17/2024 | | | 344.00 | Hearing Transcripts Reliable Wilmington - Invoice WL114733 |
| 1368.002 | 01/24/2024 | | | 320.00 | Hearing Transcripts Reliable Wilmington - Invoice WL114828 |
| **Total for Activity ID E218** | | | Billable | 664.00 | Hearing Transcripts |
| **Activity ID E219 Service Fees** | | | | | |
| 1368.002 | 01/12/2024 | | | 32.09 | Service Fees Parcels, Inc. - Invoice 1060673: Notice of Settlement to FTX Foundation |
| 1368.002 | 01/18/2024 | | | 14.24 | Service Fees DLS Discovery - Invoice 185168: Friedberg adversary service |
| **Total for Activity ID E219** | | | Billable | 46.33 | Service Fees |

**GRAND TOTALS**

Billable    11,663.33