UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

CHEROKEE ACQUISITION

In re:

FTX TRADING LTD., *et al.*,

Debtors

Chapter 11

No. 22-11068 (JTD)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Name (Redacted)**

Name and Current Address of Transferor:
**Name (Redacted)**

Name of Transferee:

**CDOF IV Master Fund, L.P.**

Name and Address where notices and payments to transferee should be sent:
**CDOF IV Master Fund, L.P.**
Attn: James Pagnam and Legal
Email: legal@canyonpartners.com
c/o Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Confirmation ID No. 3265-70--LTMHG-328322323 | Name (Redacted) | Unliquidated (stated in crypto) | FTX Trading Ltd. | 22-11068 |
| Customer Code No. 00152286 | Name (Redacted) | as described on Schedule F (attached) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ James Pagnam, Authorized Signatory_
Transferee/Transferee's Agent

Date: January 31, 2024

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 00152286 | Contingent | 1INCH[0.73650310], AAVE[0.00604870], AGLD[.000903], AGLD-PERP[0], ALPHA[.2192], APE[0.06637843], AR-PERP[0], AVAX-PERP[0], BCHMOON[20], BNB[62.37854334], BNB-20201225[0], BNB-PERP[0], BOBA[4166.66666666], BOBA_LOCKED[45833.33333334], BTC[6.55636883], BTC-20200925[0], BTC-20201225[0], BTC-20210326[0], BTC-20210625[0], BTC-20210924[0], BTC-20211231[0], BTC-HASH-2020Q4[0], BTC-HASH-2021Q1[0], BTC-PERP[0], COMP[.00000001], COMP-20200626[0], COMP-20200925[0], COMP-PERP[0], COPE[.1], CREAM[.005], CREAM-20210326[0], DOGE[7.81947], DOT-PERP[0], ENS[286.1825098], ETC-PERP[0], ETH[524.04340126], ETH-20200925[0], ETH-20201225[0], ETH-20210326[0], ETH-20210625[0], ETH-20210924[0], ETH-20211231[0], ETH-PERP[0], ETHW[0.00024375], FIL-20201225[0], FIL-PERP[0], FTM[0.92644929], FTT[1001.41699625], FTT-PERP[0], FTX_EQUITY[0], GRT[.00000001], GRT-20201225[0], GRT-20210326[0], GRT-PERP[0], HNT-20200925[0], HNT-PERP[0], IMX[.03057], KIN-PERP[0], KNC[.0025], LINK[0.00537830], LINK-PERP[0], LTC[.0059292], LUNA2[1.46640004], LUNA2_LOCKED[3.42160009], LUNC[319311.69612997], MAPS[.033707], MATIC[37368.00878371], MATIC-PERP[0], MEDIA[.0084325], MER[275.256064], MKR[0.00047947], MKR-PERP[0], MOB[.436825], MTA-20200925[0], MTA-PERP[0], NFT (291537802092547395/GENERAL GRIEVOUS PONCHO #3)[1], NFT (313272650742956536/DARTH MAUL HOODIE #5)[1], NFT (323635014069430593/JOIN THE DARK SIDE BEANIE #2)[1], NFT (338290792084532403/Fun X Peanuts 70 Years Collection #4)[1], NFT (353781248439269895/DARTH VADER HOODIE #4)[1], NFT (368451831352085866/Travis Scott Look Mom I Can Fly Hoodie #1)[1], NFT (400800651862963686/Fun X Snoopy Mars Landing Silver #3)[1], NFT (452944791084589388/RED VADER PONCHO #3)[1], NFT (453942748243458181/DARTH MAUL HOODIE #2)[1], NFT (465544685060634586/Fun X Snoopy Mars Landing Gold #5)[1], NFT (505549379132027458/TIE FIGHTER SNAPBACK #2)[1], NFT (550436713965140186/Fun X Snoopy Mars Landing Black #3)[1], OMG-PERP[0], OP-PERP[0], OXY[.459067], RAY[.79732], RAY-PERP[0], REN-PERP[0], RUNE-PERP[0], SOL[0.00536532], SOL-20201225[0], SOL-20210326[0], SOL-PERP[0], SRM[14.02250798], SRM_LOCKED[627.92505495], SUSHI[0.24090025], SUSHI-PERP[0], SXP[0], SXP-20201225[0], SXP-20210326[0], SXP-PERP[0], TRX[.000045], UNI[0.01602650], UNI-20200925[0], UNI-20201225[0], UNI-PERP[0], USD[1201.66], USDT[0.34535052], USDT-PERP[0], WEST_REALM_EQUITY_POSTSPLIT[0], XLM-PERP[0], XRP-20201225[0], XRP-PERP[0], XTZ-PERP[0], YFI[0.00036880], YFI-PERP[0] | | |
| 00152289 | Contingent | BCH-PERP[0], BSV-20201225[0], BSVDOOM[170000000], BSV-PERP[0], BTC[0], BTC-MOVE-20191127[0], BTC-MOVE-20191128[0], BTC-MOVE-20191207[0], BTC-MOVE-20191209[0], BTC-MOVE- | | |

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.