**United States Bankruptcy Court**
**District of Delaware**

In re: FTX Trading Ltd., *et al.*                Case No. 22-11068 (JTD) (Jointly Administered)

**TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

**Boway Holdings, LLC**                          Redacted
_____                        _____
Name of Transferee                               Name of Transferor

Name and Address where notices to Transferee     Claim Amount Transferred: 100% of Claims, plus all
should be sent:                                   interest, fees and other recoveries due

Boway Holdings, LLC                              Confidential Creditor with Unique Customer Code:
1301 Avenue of the Americas, 34th Floor          05804248
New York, NY 10019
Attention: Colin McLafferty                      FTX Account ID: 130745342
Email: CMcLafferty@oaktreecapital.com
                                                 Name and Address where notices to Transferor
                                                 should be sent: Address on file

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| FTX Trading Ltd. Schedule F (See attached Excerpt) | Redacted | 100% | FTX Trading Ltd. | 22-11068 |
| Claim No. 55026 (submitted on or about September 18, 2023); Confirmation ID: 3265-70-FNRLA-881711982 | Redacted | 100% | FTX Trading Ltd. | 22-11068 |
| Schedule No.221106806718927 | Redacted | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**BOWAY HOLDINGS, LLC**
**By:    Oaktree Fund GP, LLC**
**Its:    Manager**
**By:    Oaktree Fund GP I, L.P.**
**Its:    Managing Member**

By: _Colin McLafferty_____          Date: _____
Name: Colin McLafferty
Title: Vice President
By: _Steve Tesoriere_____          Date: _____
Name: Steve Tesoriere
Title: Managing Director

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

7010393.1

## EXHIBIT A

### EVIDENCE OF TRANSFER OF CLAIM

**TO:    THE DEBTORS AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Redacted Redacted , (the "Seller"), hereby unconditionally and irrevocably sells, transfers and assigns to Boway Holdings, LLC (the "Buyer") 100% of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim, designated in the Bankruptcy Case (as defined below) as described below, that was asserted against FTX Trading Ltd. and its affiliated debtors (collectively, the "Debtors"), in the proceedings captioned *In re: FTX Trading Ltd., et al*, Case No. 22-11068 (JTD) (Jointly Administered) (the "Bankruptcy Case") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all other proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

| Claim No. | Schedule No. | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Document ID: 64873f2c293e411c4cf005fa0fa5b2767566b518<br><br>Scheduled ID: 221106806718927<br><br>Confirmation ID: 3265-70-FNRLA-881711982<br><br>FTX Account ID: 130746342 | Schedule F Customer Code 05804248 | $1,181,779.95 | FTX Trading Ltd. | 22-11068 |

Seller hereby waives any objection to the transfer of the claim to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as might be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the foregoing claim and recognizing Buyer as the sole owner and holder of the claim. Seller further directs the Debtors, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, are to be delivered or made to Buyer.

*(remainder of page blank)*

A-1

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this ___ day of February, 2024.

**SELLER**:

Redacted

Redacted

By:                    _                    _____
Redacted

**BUYER**:

**BOWAY HOLDINGS, LLC**

By:      Oaktree Fund GP, LLC
Its:      Manager
By:      Oaktree Fund GP I, L.P.
Its:      Managing Member

By: _____
Name:   Colin McLafferty
Title:  Vice President

By: _____
Name:   Steven Tesoriere
Title:  Managing Director

| 05804248 | | ADA-PERP[3], BTC-PERP[3], CEL[152.75514105], CEL-PERP[3], COPE[465], DOGE[14006207.85903127], DOGE-PERP[269410], DOT[47.13057006], DOT-PERP[3], FTT[97.2], HOLY[96.6], POLIS[312.8], RAY[800.0272], SECO[1430, SOL[302.45462327], SRM2[91], STEP[7242.4], USD0-177884.37], USDT[98.76968883], XRP[11.000149941] | | CEL[152.751933], DOT[47.11847], RAY[800] |

A-2

[SCREENSHOT/EXCERPT OF SCHEDULE]

# Creditor Data Details - Claim # 55026

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
09/18/2023

**Claim Number**
55026
**Schedule Number**
6718927
**Confirmation ID**
3265-70-FNRLA-881711982

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | | | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Quantity |
| --- | --- | --- |
| CRYPTO | CEL | 152.7519330000000000 |
| CRYPTO | CEL-PERP | 0 |
| CRYPTO | COPE | 465.0 |
| CRYPTO | DOGE | 14006207.65903127 |
| CRYPTO | DOGE-PERP | 2599410.0 |
| CRYPTO | DOT | 47.1184700000000000 |
| CRYPTO | DOT | 47.13057008458784 |
| CRYPTO | FTT | 87.2 |
| CRYPTO | HOLY | 66.6 |
| CRYPTO | POLIS | 312.8 |
| CRYPTO | RAY | 800.0272 |
| CRYPTO | RAY | 800.0000000000000000 |
| CRYPTO | SECO | 143.0 |
| CRYPTO | SOL | 302.46462327504094 |
| CRYPTO | SRM | 291.0 |
| CRYPTO | STEP | 7242.4 |
| CRYPTO | USDT | 98.76986883334668 |
| CRYPTO | XRP | 11.000148940479 |
| FIAT | USD | 15329.7752290324569039 |

Amended Customer Claim Schedule F-19 (June 27, 2023)

| | | | | |
|---|---|---|---|---|
| 05804248 | | ADA-PERP[0], BTC-PERP[0], CEL[152.75514105], CEL-PERP[0], COPE[485], DOGE[14008207.65963127], DOGE-PERP[2509410], DOT[47.13057008], DOT-PERP[0], FTT[87.2], HOLY[86.6], POLIS[312.8], RAY[800.0272], SECO[143], SOL[302.46452327], SRM[291], STEP[7242.4], USDL177884.37], USDT[98.76956883], XRP[11.00014894] | | CEL[152.751933], DOT[47.11847], RAY[800] |