IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., et al., | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee**
Nexxus Participation Vehicle III LLC

**Name of Transferor**
[REDACTED]

Name and address where notices and payments to transferee should be sent:
Nexxus Participation Vehicle III LLC
800 Miramonte Drive, Suite 380
Santa Barbara, CA 93109
Attn: Tim Babich
Email: tim.babich@nexxus-holdings.com

Name and Current Address of Transferor:


| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule No. 221106805750430 | [REDACTED] | 100% | FTX Trading Ltd. | 22-11068 |
| Confirmation ID 3265-70-HJJIT-091381293 | [REDACTED] | 100% | FTX Trading Ltd. | 22-11068 |
| Unique Customer Code 01112573 | [REDACTED] | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

_____
Transferee/Transferee's Agent

Date: March 1, 2024

**EVIDENCE OF TRANSFER OF CLAIM**

Annex B

TO:       United States Bankruptcy Court for the District of Delaware ("Court")
         _____
         _____

AND TO:  FTX Trading LTD ("Debtor")
         Case No. 22-11068 ("Case")

RE:      Scheduled ID: 221106805750430
         Customer Claim Confirmation ID: 3265-70-HJJIT-091381293
         Unique Creditor ID: 01112573

▇▇▇▇▇▇ ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Nexxus Participation Vehicle III LLC
800 Miramonte Drive, Suite 380
Santa Barbara, CA  93109
Att: Tim Babich
Tel#: +1 805-880-4105
Email: tim.babich@nexxus-holdings.com,

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to the claim(s) against the Debtor in the Case and referenced by (a) Customer Claim Confirmation ID 3265-70-HJJIT-091381293, (b) the amounts listed on Debtor's Schedule of Liabilities, including those referenced by Scheduled ID 221106805750430, (c) and any and all claims related to Unique Creditor ID 01112573 (all of the foregoing being the ("Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated February 16, 2024.



**Nexxus Participation Vehicle III LLC, as Buyer**

By:  _Tim Babich (Feb 16, 2024 21:43 GMT)_

Name:  Tim Babich

Title:  Managing Member

PRIME CLERK IS NOW KROLL RESTRUCTURING ADMINISTRATION. ALL PRIME CLERK URLS AND EMAIL ADDRESSES ARE AUTOMATICALLY REDIRECTED



# Creditor Information - Schedule # 5750430

**Creditor**
Name on File
Address on File

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
n/a

**Claim Number**
n/a

**Schedule Number**
5750430

**Confirmation ID**
3265-70-HJJIT-091381293

## Claim Amounts

| Claim Nature | Schedule Amount | C U D* | Asserted Claim Amount | C U F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | **$0.00** | | | | **$0.00** | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Transfers, objections, stipulations, withdrawals and/or orders for this claim (if any) are not

*displayed to protect claimant privacy.*

## Claim Additional Info

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | BNB | 12.95974511 |
| CRYPTO | BTC | 1.2905543 |
| CRYPTO | BTC-PERP | 0.000000000000005 |
| CRYPTO | DODO-PERP | -0.0000000000002274 |
| CRYPTO | DOGE | 52188.70830311 |
| CRYPTO | ETH | 4.82847743 |
| CRYPTO | ETHW | 4.828477431485649 |
| CRYPTO | FIL-PERP | 0.0000000000000071 |
| CRYPTO | FTT | 26.24622605 |
| CRYPTO | LTC | 46.1842413 |
| CRYPTO | LUNC-PERP | -0.0000000000000568 |
| CRYPTO | SOL-PERP | 0.0000000000000036 |
| CRYPTO | USDT | 0.0000446366865812 |
| CRYPTO | XRP | 3404.249887 |
| FIAT | USD | 957.2168745317355 |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains the website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user

of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s. Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated." For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

**Identity of Transferor**

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.