IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee**
Nexxus Participation Vehicle III LLC

**Name of Transferor**
[Redacted]

Name and address where notices and payments to transferee should be sent:
Nexxus Participation Vehicle III LLC
800 Miramonte Drive, Suite 380
Santa Barbara, CA 93109
Attn: Tim Babich
Email: tim.babich@nexxus-holdings.com

Name and Current Address of Transferor:
[Redacted]

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule No. 221106806848992 | Name [Redacted] | 100% | FTX Trading Ltd. | 22-11068 |
| Confirmation ID 3265-70-YNPRN-004488671; 3265-70-QVZHF-230103821 | Name [Redacted] | 100% | FTX Trading Ltd. | 22-11068 |
| Unique Customer Code 00166053 | Name [Redacted] | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

_____
Transferee/Transferee's Agent

Date: March 1, 2024

**EVIDENCE OF TRANSFER OF CLAIM**

<u>Annex B</u>

TO: United States Bankruptcy Court for the District of Delaware ("<u>Court</u>")

AND TO: FTX Trading LTD ("Debtor")
Case No. 22-11068 ("Case")

RE: Scheduled ID: 221106806848992
Customer Claim Confirmation ID: 3265-70-YNPRN-004488671; 3265-70-QVZHF-230103821
Unique Creditor ID: 00166053

▇▇▇▇▇▇▇▇ ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Nexxus Participation Vehicle III LLC
800 Miramonte Drive, Suite 380
Santa Barbara, CA  93109
Att: Tim Babich
Tel#: +1 805-880-4105
Email: tim.babich@nexxus-holdings.com,

its successors and assigns ("<u>Buyer</u>"), all of Seller's rights, title and interest in and to the claim(s) against the Debtor in the Case and referenced by (a) Customer Claim Confirmation ID 3265-70-YNPRN-004488671; 3265-70-QVZHF-230103821, (b) the amounts listed on Debtor's Schedule of Liabilities, including those referenced by Scheduled ID 221106806848992, (c) and any and all claims related to Unique Creditor ID 00166053 (all of the foregoing being the ("Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated February 25, 2024.



**Nexxus Participation Vehicle III LLC, as Buyer**

By: _Tim Babich (Feb 26, 2024 08:56 GMT)_

Name:  Tim Babich

Title:  Managing Member

# Customer Claim Form

## FTX Details

| FTX Email | FTX AccountID | Scheduled ID | FTX Debtor |
|---|---|---|---|
| ▇▇▇▇▇▇▇▇ | 1629302 | 221106806848992 | |

## Scheduled Claim Information

You have been redirected from FTX website. Please check your scheduled information below.

If you do NOT agree with any of 1) the amount or quantity of fiat, coins or NFT; 2) the FTX Exchange against whom the Customer Claim is asserted; or 3) the type or nature of the Customer Claim set forth below, assert the quantity of fiat or coins you held as of the date the case was filed in the rightmost column of the below charts.

You will also have an opportunity to add any NFTs not listed. Only complete this section where you DISAGREE with the component of your Scheduled Customer Claim. You will also have an opportunity to assert a Customer Claim arising out of or related to any other investment or trading activity.

**Schedule**

F-1

**Contingent, Unliquidated or Disputed Status**

Contingent

Debtor FTX Trading Ltd. has listed your claim on Schedule E/F, Part 2 as an Contingent General Unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from recovery.

**Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held. If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange. Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7). Please see Question 8 for additional instructions for asserting claims related to Other Activity.**

- ● FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)
- ○ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd. d/b/a "FTX EU") (Case No. 22-11166)
- ○ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102)
- ○ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
- ○ West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071)

Customer Claim Form

List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account (s) along with the unique identification code.

- Note that the "USD Rate" is the ratio of the Local Currency to U.S. Dollars.
- If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, please populate the Loaned Quantity column.

## Fiat

### ASSERTED QUANTITY FIAT

| Fiat (Ticker / Abbreviation) | | Total Scheduled Quantity of Fiat (Local Currency) | Total Scheduled Quantity of Fiat (Converted to USD) | Do you agree with the Scheduled Quantity? | If you do not agree, Please provide the Asserted Quantity of Fiat here |
|---|---|---|---|---|---|
| EUR | | 99.32512081704886 | 101.41 | ○ No  ● Yes | |
| USD | | -1.3131372983108276 | -1.31 | ○ No  ● Yes | |

Do you want to add any other fiat not previously listed?

● No
○ Yes

## Loaned Fiat

### LOANED QUANTITY FIAT

Do you want to add any other fiat not previously listed?

● No
○ Yes

## Asserted Crypto

### Asserted Quantity of Crypto Tokens

| Crypto (Ticker / Abbreviation) | Scheduled Quantity of Crypto | Do you agree with the Scheduled Quantity? | If you do not agree, Please provide the Asserted Quantity of Crypto here. |
|---|---|---|---|
| LUNA2_LOCKED | 1.418632393 | ○ No  ● Yes | |

| Ticker | Amount | Agree |
|---|---|---|
| BRZ-PERP | 0.000000000 | ○ No  ● Yes |
| BTC-PERP | 0.0000000000000002 | ○ No  ● Yes |
| CEL-PERP | 0.000000000 | ○ No  ● Yes |
| DOGE | 10.000000005808946 | ○ No  ● Yes |
| ETH | 6.200000005750996 | ○ No  ● Yes |
| ETH-PERP | 0.0000000000000002 | ○ No  ● Yes |
| ETHW | 0.9101741339796888 | ○ No  ● Yes |
| FTT | 45.02894584355963 | ○ No  ● Yes |
| FTT-PERP | 0.000000000 | ○ No  ● Yes |
| HNT-PERP | 0.000000000 | ○ No  ● Yes |
| LTC | 0.010000000 | ○ No  ● Yes |
| LUNA2 | 0.6079853111 | ○ No  ● Yes |
| LUNC-PERP | 0.000000000 | ○ No  ● Yes |
| SHIB-PERP | 0.000000000 | ○ No  ● Yes |
| SOL-PERP | 0.000000000 | ○ No  ● Yes |
| TRX-PERP | 0.000000000 | ○ No  ● Yes |
| USDT | 3.901436635901422 | ○ No  ● Yes |
| USTC | 0.0000000025 | ○ No  ● Yes |
| USTC-PERP | 0.000000000 | ○ No  ● Yes |

| Crypto | Quantity | Agree? | Correction |
|---|---|---|---|
| WAVES | 0.990000000 | ◉ Yes ○ No | |
| ZEC-PERP | -0.0000000000000044 | ◉ Yes ○ No | |

**Do you want to add any coin not previously listed?**

○ No
◉ Yes

| Other Crypto not previously listed (please specify) | Please provide the Asserted Quantity of Crypto here. |
|---|---|
| BTC | 1.976736840 |
| | |
| | |
| | |

## Loaned Crypto

### Loaned Quantity of Crypto

| Crypto (Ticker / Abbreviation) | Loaned Quantity of Crypto | Do you agree with the Loaned Quantity? | If you do not agree, Please provide the Loaned Quantity of Crypto here. |
|---|---|---|---|
| BTC | 0.000000100 | ○ No ◉ Yes | |
| SOL | 0.000001000 | ○ No ◉ Yes | |

**Do you want to add any coin not previously listed?**

◉ No
○ Yes

## NFTs

### NFTs (non-fungible tokens)

Zip Code | Postal Code:

▮▮▮▮

Is this address outside of the US?

○ No
● Yes

Country (if outside of the US):

▮▮▮▮

Contact phone:

▮▮▮▮▮▮▮

Contact email:

▮▮▮▮▮▮▮▮

## Attachments

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**

○ I have supporting documentation
● I do not have supporting documentation

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as an identification number confirming receipt of your claim ("Confirmation ID").

## Confirmation of Submission

**Your Form has been successfully submitted...**

| DOCUMENT ID | Submitted Date Time |
|---|---|
| 898837ad87a38a1edef0495296cd2f76f4e4bd01 | 2023-09-18T08:45:55.272Z |

| Status | CONFIRMATION ID |
|---|---|
| Submitted | 3265-70-YNPRN-004488671 |

**Identity of Transferor**

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.