IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., et al.,

Debtors.

Chapter 11

Case No. 22-11068 (JTD)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee**
Nexxus Participation Vehicle III LLC

Name and address where notices and payments to transferee should be sent:
Nexxus Participation Vehicle III LLC
800 Miramonte Drive, Suite 380
Santa Barbara, CA 93109
Attn: Tim Babich
Email: tim.babich@nexxus-holdings.com

**Name of Transferor**
[Redacted]

Name and Current Address of Transferor:
[Redacted]

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule No. 221106806791814 | Name [Redacted] | 100% | FTX Trading Ltd. | 22-11068 |
| Confirmation ID 3265-70-VBOZZ-158515923 | Name [Redacted] | 100% | FTX Trading Ltd. | 22-11068 |
| Unique Customer Code 00592961 | Name [Redacted] | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

_____
Transferee/Transferee's Agent

Date: March 1, 2024

**EVIDENCE OF TRANSFER OF CLAIM**

<u>Annex B</u>

TO:    United States Bankruptcy Court for the District of Delaware ("<u>Court</u>")

AND TO:    FTX Trading LTD ("Debtor")
Case No. 22-11068 ("Case")

RE:    Scheduled ID: 221106806791814
Customer Claim Confirmation ID: 3265-70-VBOZZ-158515923
Unique Creditor ID: 00592961

_____ ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Nexxus Participation Vehicle III LLC
800 Miramonte Drive, Suite 380
Santa Barbara, CA  93109
Att: Tim Babich
Tel#: +1 805-880-4105
Email: tim.babich@nexxus-holdings.com,

its successors and assigns ("<u>Buyer</u>"), all of Seller's rights, title and interest in and to the claim(s) against the Debtor in the Case and referenced by (a) Customer Claim Confirmation ID 3265-70-VBOZZ-158515923, (b) the amounts listed on Debtor's Schedule of Liabilities, including those referenced by Scheduled ID 221106806791814, (c) and any and all claims related to Unique Creditor ID 00592961 (all of the foregoing being the ("Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated February 15, 2024.



**Nexxus Participation Vehicle III LLC, as Buyer**

By: _Tim Babich (Feb 16, 2024 11:15 GMT+1)_

Name:    Tim Babich

Title:    Managing Member



# FTX Trading Ltd.
Case No. 22-11068



case info / claims

PRIME CLERK IS NOW KROLL RESTRUCTURING ADMINISTRATION. ALL PRIME CLERK URLS AND EMAIL ADDRESSES ARE AUTOMATICALLY REDIRECTED. ✕



FTX Trading Ltd.

language  login  cases  MENU

CLOSE

# Creditor Information - Schedule # 6791814

**Creditor**
Name on File
Address on File

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
n/a

**Claim Number**
n/a
**Schedule Number**
6791814
**Confirmation ID**
3265-70-VBOZZ-158515923

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | **$0.00** | | | | **$0.00** | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Transfers, objections, stipulations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.

## Claim Additional Info

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | BNB | 0.200000004225874 |
| CRYPTO | BTC | 0.0000000109995014 |
| CRYPTO | ETH | 0.0000000089881069 |


| | | |
|---|---|---|
| CRYPTO | FTT | 0.11680124408587779 |
| CRYPTO | LTC | 1.0 |
| CRYPTO | LUNA2 | 14.91915079 |
| CRYPTO | LUNA2_LOCKED | 34.81135184 |
| CRYPTO | LUNC | 48.060386 |
| CRYPTO | SUN | 1644.25 |
| CRYPTO | TRX | 323.26769797 |
| CRYPTO | USDT | 0.000000018041267 |
| CRYPTO | XRP | 10.0 |
| FIAT | AUD | 0.0001333551819273 |
| FIAT | USD | 46088.16083841699 |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the

**Identity of Transferor**

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.