**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.,*<br><br>　　　　　　　　Debtors. | )<br>) Chapter 11<br>)<br>) Case No. 22-11068 (JTD)<br>)<br>) Jointly Administered<br>)<br>) |

## CERTIFICATE OF SERVICE

　　　　I, Lucian B. Murley, hereby certify that on March 5, 2024, I caused a copy of *Equinix Inc.'s Motion for Allowance of Administrative Expense Claim* to be served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the parties on the attached service list.

**SAUL EWING LLP**

By: */s/ Lucian B. Murley*
　　Lucian B. Murley (DE Bar No. 4892)
　　1201 N. Market Street, Suite 2300
　　P. O. Box 1266
　　Wilmington, DE 19899
　　(302) 421-6898

Dated: March 5, 2024

**Service List**

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Kimberly A. Brown, Esquire
Matthew R. Pierce, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
landis@lrclaw.com
mcguire@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

Andrew G. Dietderich, Esquire
James L. Bromley, Esquire
Brian D. Glueckstein, Esquire
Alexa J. Kranzley, Esquire
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

Benjamin A. Hackman, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov

Matthew B. Lunn, Esquire
Robert F. Poppiti, Jr., Esquire
Jared W. Kochenash, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801
mlunn@ycst.com
 rpoppiti@ycst.com
jkochenash@ycst.com

Kristopher M. Hansen, Esquire
Erez E. Gilad, Esquire
Gabriel E. Sasson, Esquire
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
krishansen@paulhastings.com
erezgilad@paulhastings.com
gabesasson@paulhastings.com