UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>                       Debtors | Chapter 11<br><br>No. 22-11068 (JTD)<br><br>(Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

    A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee<br>**Fire Bouvardia, L.L.C.**<br>Last Four Digits of Acct #: N/A | Name of Transferor<br>**Name (Redacted)**<br>Last Four Digits of Acct #: N/A |
| Name and Address where notices and payments to transferee should be sent:<br><br>c/o Crowell & Moring LLP<br>389 9th Ave, 44th Floor<br>New York, NY 10001<br>Attention: Timothy Lin<br>Email: tlin@crowell.com | Address of Transferor:<br>On file with debtors.<br><br>**Case No.:** 22-11068 et seq. |

| Proof of Claim / Customer Claim Form Information | Debtor Schedule Customer Code | Transferred Amount of Claim | Debtor |
|---|---|---|---|
| Document ID: a3d3102dd2a052e2491e8491817d4275f2ea225c<br>Confirmation ID: 3265-70-JVHPK-531213689<br>FTX Account ID: 69136591<br>Scheduled ID: 221106806822127 | Schedule F Customer Code 03085125 | 100% of Seller's Claim | FTX Trading Ltd. |
| Document ID: 230e4d86645864a19213b332a44d5a7ee1a4566f<br>Confirmation ID: 3265-70-EOOBI-848956301<br>FTX Account ID: 69136591<br>Scheduled ID: 221106806822127 | | | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_                                                    Date: March 4, 2024
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTORS AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, ▮▮▮▮▮ (the "Seller"), hereby unconditionally and irrevocably sells, transfers and assigns to Fire Bouvardia, L.L.C. (the "Buyer") 100% of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim, designated in the Bankruptcy Case (as defined below) as described below, that was asserted against FTX Trading Ltd. and its affiliated debtors (collectively, the "Debtors"), in the proceedings captioned *In re: FTX Trading Ltd., et al*, Case No. 22-11068 (JTD) (Jointly Administered) (the "Bankruptcy Case") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all other proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

| Claim No. | Schedule No. | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Document ID: a3d3102dd2a052e2491e8491817d4275f2ea225c<br><br>Confirmation ID: 3265-70-JVHPK-531213689<br><br>FTX Account ID: 69136591<br><br>Scheduled ID: 221106806822127 | Schedule F Customer Code 03085125 | 100% of Seller's Claim | FTX Trading Ltd. | 22-11068 |
| Document ID: 230e4d86645864a19213b332a44d5a7ee1a4566f<br><br>Confirmation ID: 3265-70-EOOBI-848956301<br><br>FTX Account ID: 69136591<br><br>Scheduled ID: 221106806822127 | | | | |

Seller hereby waives any objection to the transfer of the claim to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as might be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the foregoing claim and recognizing Buyer as the sole owner and holder of the claim. Seller further directs the Debtors, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, are to be delivered or made to Buyer.

(*remainder of page blank*)

A-1

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 4th day of March, 2024.

**SELLER**:

[redacted]

**BUYER**:

**FIRE BOUVARDIA, L.L.C.**

By: 
Name: Timothy Lin
Title: Authorized Signatory

| 03085125 | | 1INCH-PERP[0], AAVE[0.00055490], AAVE-PERP[0], ADA-PERP[0], AGLD-PERP[0], ALCX-PERP[0], ALGO-PERP[0], ALPHA[.50838], ALPHA-PERP[0], AMPL[0.27890360], AMPL-PERP[0], ANC-PERP[0], APE[0], APE-PERP[0], APT-PERP[0], AR-PERP[0], ASD-PERP[0], ATLAS[1.7821], ATLAS-PERP[0], ATOM-PERP[0], AUDIO[5415.23027], AUDIO-PERP[0], AVAX[0], AVAX-PERP[0], AXS[0], AXS-PERP[0], BADGER-PERP[0], BAL-PERP[0], BAO-PERP[0], BCH[0], BCH-PERP[0], BIT-PERP[0], BNB[0.00616000], BNB-PERP[0], BNT-PERP[0], BOBA[.069877], BOBA-PERP[0], BRZ[0], BRZ-PERP[0], BTC[0.00014671], BTC-PERP[0], C98[846.00953], C98-PERP[0], CEL[0.04914615], CEL-0930[0], CELO-PERP[0], CEL-PERP[0], CHR-PERP[0], CHZ-PERP[0], CLV-PERP[0], COMP-PERP[0], CONV-PERP[0], CREAM-PERP[0], CRV-PERP[0], CVC-PERP[0], CVX[.012956], CVX-PERP[0], DAWN-PERP[0], DEFI-PERP[0], DENT-PERP[0], DODO-PERP[0], DOGE[0], DOGE-PERP[0], DOT-PERP[0], DYDX[.10846533], EDEN-PERP[0], ENJ-PERP[0], ENS-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[ -0.00062379], ETH-PERP[0], ETHW[0.05242274], ETHW-PERP[0], FLM-PERP[0], FLOW-PERP[0], FTM[.43893], FTM-PERP[0], FTT[1260.21572192], FTT-PERP[0], FXS[.075892], FXS-PERP[0], GALA-PERP[0], GAL-PERP[0], GMT-PERP[0], GRT-PERP[0], GST-PERP[0], HBAR-PERP[0], HNT[.010527], HNT-PERP[0], HT[18492.082468], HT-PERP[0], HUM-PERP[0], IMX-PERP[0], IOTA-PERP[0], JASMY-PERP[0], KAVA-PERP[0], KIN-PERP[0], KNC-PERP[0], KSHIB[2.4428], KSHIB-PERP[0], KSOS-PERP[0], LDO[.58036], LDO-PERP[0], LEO-PERP[0], LINA-PERP[0], LINK-PERP[0], LOOKS[0], LOOKS-PERP[0], LRC-PERP[0], LTC[.0001525], LTC-PERP[0], LUNA2[0.00482665], LUNA2_LOCKED[0.01126219], LUNC-PERP[0], MAPS[.27846], MAPS-PERP[0], MATIC[65548.85002], MATIC-PERP[ -105510], MCB[.00500626], MCB-PERP[0], MEDIA-PERP[0], MER-PERP[0], MKR[0], MKR-PERP[0], MNGO[17162.383605], MNGO-PERP[0], MOB-PERP[0], MTA-PERP[0], MTL-PERP[0], NEAR-PERP[0], OKB[ -0.00167850], OKB-PERP[0], ONE-PERP[0], ONT-PERP[0], ORBS-PERP[0], OXY-PERP[0], PAXG[0], PAXG-PERP[0], PEOPLE[.186], PEOPLE-PERP[0], PERP-PERP[0], POLIS[2132.222994], POLIS-PERP[0], PROM-PERP[0], PUNDIX-PERP[0], RAMP[.971285], RAMP-PERP[0], RAY-PERP[0], REEF[7.2231], REEF-PERP[0], REN-PERP[0], RNDR[.052282], RNDR-PERP[0], ROOK-PERP[0], ROSE-PERP[0], RSR[0], RSR-PERP[0], RUNE-PERP[0], SAND-PERP[0], SECO-PERP[0], SHIB[60016017], SHIB-PERP[0], SKL-PERP[0], SLP[5.4157], SLP-PERP[0], SNX[0], SNX-PERP[0], SOL[ -0.00196783], SOL-PERP[0], SPA[1.5099], SPELL-PERP[0], SRM[1.57015054], SRM_LOCKED[355.00547339], SRM-PERP[0], STEP-PERP[0], STMX-PERP[0], STORJ-PERP[0], SUN[10000], SUSHI-PERP[0], SXP[.039319], SXP-PERP[0], THETA-PERP[0], TLM-PERP[0], TOMO[0], TOMO-PERP[0], TONCOIN-PERP[0], TRU-PERP[0], TRX[.5445005], TRX-PERP[0], TULIP-PERP[0], UNI-PERP[0], USD[3297078.74], USTC[0.68323609], USTC-PERP[0], VET-PERP[0], WAVES-PERP[0], XAUT[0], XAUT-PERP[0], XEM-PERP[0], XMR-PERP[0], XRP-PERP[0], YFII[.8660158], YFII-PERP[0], YFI-PERP[0], ZEC-PERP[0], ZIL-PERP[0], ZRX-PERP[0] |

A-2

PRIME CLERK IS NOW KROLL RESTRUCTURING ADMINISTRATION. ALL PRIME CLERK URLS AND EMAIL ADDRESSES ARE AUTOMATICALLY REDIRECTED.



# Creditor Data Details - Claim # 59288

**Creditor**

Name on file

Address on file

**Debtor Name**

FTX Trading Ltd.

**Date Filed**

09/22/2023

**Claim Number**

59288

**Schedule Number**

6822127

**Confirmation ID**

3265-70-EOOBI-848956301

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | **$0.00** | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

# Claim Additional Info

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | AAVE | 0.0005549003323112 |
| CRYPTO | AAVE-PERP | -0.0000000000000036 |
| CRYPTO | AGLD-PERP | 0.0000000000003183 |
| CRYPTO | ALCX-PERP | 0.0000000000000036 |
| CRYPTO | ALPHA | 0.50838 |
| CRYPTO | AMPL | 0.2789036023460744 |
| CRYPTO | APE | 0.0000000082357449 |
| CRYPTO | APE-PERP | 0.0000000000020918 |
| CRYPTO | AR-PERP | 0.0000000000000057 |
| CRYPTO | ASD-PERP | -0.0000000000318323 |
| CRYPTO | ATLAS | 1.7821 |
| CRYPTO | ATOM-PERP | -0.0000000000029559 |
| CRYPTO | AUDIO | 5415.23027 |
| CRYPTO | AVAX | 0.0000000082818539 |
| CRYPTO | AVAX-PERP | 0.0000000000006395 |
| CRYPTO | AXS | 0.0000000002844619 |
| CRYPTO | BCH | 0.000000005 |
| CRYPTO | BNB | 0.0061600028054854 |
| CRYPTO | BNB-PERP | -0.0000000000000036 |
| CRYPTO | BOBA | 0.069877 |
| CRYPTO | BOBA-PERP | 0.0000000000109139 |
| CRYPTO | BRZ | 0.0000000025056034 |
| CRYPTO | BTC | 0.0001467122851446 |

DocuSign Envelope ID: 3AEC3D90-9A1E-4E2D-8C32-67524C27CF0B
3/4/24, 1:03 PM

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | BTC-PERP | -0.0000000000000003 |
| CRYPTO | C98 | 846.00953 |
| CRYPTO | CEL | 0.0491461544957031 |
| CRYPTO | CEL-PERP | 0.000000000001819 |
| CRYPTO | CLV-PERP | 0.0000000000002729 |
| CRYPTO | CREAM-PERP | -0.0000000000003997 |
| CRYPTO | CVX | 0.012956 |
| CRYPTO | CVX-PERP | -0.0000000000004988 |
| CRYPTO | DAWN-PERP | 0.000000000000091 |
| CRYPTO | DODO-PERP | 0.0000000000006821 |
| CRYPTO | DOGE | 0.00000000833798 |
| CRYPTO | DOT-PERP | -0.0000000000051159 |
| CRYPTO | DYDX | 0.10846533 |
| CRYPTO | EDEN-PERP | 0.0000000000009095 |
| CRYPTO | ENS-PERP | 0.0000000000000355 |
| CRYPTO | EOS-PERP | -0.0000000000946443 |
| CRYPTO | ETH | -0.00062379572055565 |
| CRYPTO | ETH-PERP | 0.0000000000000064 |
| CRYPTO | ETHW | 0.05242274979960624 |
| CRYPTO | ETHW-PERP | -0.00000000000216 |
| CRYPTO | FLM-PERP | -0.000000000001819 |
| CRYPTO | FTM | 0.43893 |
| CRYPTO | FTT | 1260.2157219292903 |
| CRYPTO | FTT-PERP | -0.0000000000005915 |
| CRYPTO | FXS | 0.075892 |

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | FXS-PERP | -0.0000000000050022 |
| CRYPTO | GAL-PERP | -0.0000000000000227 |
| CRYPTO | GST-PERP | -0.0000000000059117 |
| CRYPTO | HNT | 0.010527 |
| CRYPTO | HNT-PERP | 0.0000000000001137 |
| CRYPTO | HT | 18492.082468 |
| CRYPTO | HT-PERP | 0.0000000000009095 |
| CRYPTO | KAVA-PERP | 0.0000000000000227 |
| CRYPTO | KSHIB | 2.4428 |
| CRYPTO | LDO | 0.58036 |
| CRYPTO | LOOKS | 0.0000000002315698 |
| CRYPTO | LTC | 0.0001525 |
| CRYPTO | LTC-PERP | -0.0000000000000142 |
| CRYPTO | LUNA2 | 0.004826653206 |
| CRYPTO | LUNA2_LOCKED | 0.01126219081 |
| CRYPTO | LUNC-PERP | 0.000000000001819 |
| CRYPTO | MAPS | 0.27846 |
| CRYPTO | MATIC | 65548.85002 |
| CRYPTO | MATIC-PERP | -105510.0 |
| CRYPTO | MCB | 0.00500626 |
| CRYPTO | MCB-PERP | -0.0000000000000426 |
| CRYPTO | MEDIA-PERP | -0.0000000000000071 |
| CRYPTO | MKR | 0.000000005 |
| CRYPTO | MKR-PERP | 0.0000000000000001 |
| CRYPTO | MNGO | 17162.383605 |

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | MOB-PERP | -0.0000000000009095 |
| CRYPTO | NEAR-PERP | -0.000000000001819 |
| CRYPTO | OKB | -0.0016785050828878 |
| CRYPTO | OKB-PERP | 0.0000000000000242 |
| CRYPTO | OXY-PERP | -0.0000000002328306 |
| CRYPTO | PAXG | 0.000000008 |
| CRYPTO | PEOPLE | 0.186 |
| CRYPTO | PERP-PERP | 0.0000000000013642 |
| CRYPTO | POLIS | 2132.222994 |
| CRYPTO | POLIS-PERP | -0.0000000000002274 |
| CRYPTO | RAMP | 0.971285 |
| CRYPTO | REEF | 7.2231 |
| CRYPTO | RNDR | 0.052282 |
| CRYPTO | RNDR-PERP | 0.0000000000079581 |
| CRYPTO | ROOK-PERP | -0.0000000000000169 |
| CRYPTO | RSR | 0.0000000096578691 |
| CRYPTO | RUNE-PERP | 0.0000000000000071 |
| CRYPTO | SHIB | 60016017 |
| CRYPTO | SLP | 5.4157 |
| CRYPTO | SNX | 0.0000000053698839 |
| CRYPTO | SNX-PERP | -0.0000000000037801 |
| CRYPTO | SOL | -0.0019678325628571 |
| CRYPTO | SOL-PERP | -0.0000000000032261 |
| CRYPTO | SPA | 1.5099 |
| CRYPTO | SRM | 1.57015054 |

DocuSign Envelope ID: 3AEC3D90-9A1E-4E2D-8C32-67524C27CF0B
3/4/24, 1:56 PM

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | SRM_LOCKED | 355.00547339 |
| CRYPTO | STEP-PERP | 0.0000000000200089 |
| CRYPTO | STORJ-PERP | 0.0000000000001137 |
| CRYPTO | SUN | 10000.0 |
| CRYPTO | SXP | 0.039319 |
| CRYPTO | SXP-PERP | -0.000000000001819 |
| CRYPTO | TOMO | 0.0000000006165619 |
| CRYPTO | TOMO-PERP | -0.0000000000004547 |
| CRYPTO | TONCOIN-PERP | -0.0000000000291038 |
| CRYPTO | TRX | 0.5445005 |
| CRYPTO | TULIP-PERP | 0.0000000000000142 |
| CRYPTO | USTC | 0.6832360906506091 |
| CRYPTO | XAUT | 0.000000007 |
| CRYPTO | XAUT-PERP | -0.0000000000000001 |
| CRYPTO | XMR-PERP | -0.0000000000000001 |
| CRYPTO | YFII | 0.8660158 |
| CRYPTO | YFII-PERP | -0.0000000000000002 |
| CRYPTO | YFI-PERP | 0.0000000000000001 |
| FIAT | USD | 3297078.7353312555 |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains the website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements")

DocuSign Envelope ID: 3AEC3D80-9A1E-452D-8632-67F24C27C50B

PRINT CLERK IS NOW KROLL RESTRUCTURING ADMINISTRATION. ALL BRIEF OF THIS SITE AND EMAIL ADDRESSES ARE AUTOMATICALLY REDIRECTED.

filed in the bankruptcy case/s of the Debtor/s. Nothing contained on this Site or in the Debtors Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated." For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."