IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Case No. 22-11068 |
|---|---|
| FTX TRADING LTD., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**AMENDED NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| <u>Nexxus Participation Vehicle III LLC</u><br>Name of Transferee | <u>117 Partners Ltd.</u><br>Name of Transferor |
| <u>Address for all Notices and Payments:</u><br>8000 Miramonte Drive, Suite 380<br>Santa Barbara, CA 93109<br>Tel#: + 1 805-880-4105<br>Email: tim.babich@nexxus-holdings.com | Address:<br>120B Old Police Station<br>Irish Town, Gibraltar GX11 1AA<br>and<br>5 Greyhen LN<br>Savannah, GA 31411<br>tom@117partners.com |

| Kroll ID #/Claim No./Customer Claim Confirm ID#/Scheduled ID | Original Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| 00379252/14152/3265-70-NIRRL-884284720/221106806768169 | Name Redacted | See Debtor's Schedules | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: March 5, 2024
Tim Babich, Authorized Signatory

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**Schedule F Snapshot**

| 00379252 | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], ALGO-PERP[0], ALPHA-PERP[0], AMPL-PERP[0], APE-PERP[0], APT-PERP[0], ASD-PERP[0], ATLAS-PERP[0], ATOM[0.06670775], ATOM-PERP[0], AUDIO-PERP[0], AVAX-PERP[0], AXS-PERP[0], BADGER-PERP[0], BAT-PERP[0], BCH-PERP[0], BNB[0], BNB-PERP[0], BSV-PERP[0], BTC[0], BTC-20210625[0], BTC-20211231[0], BTC-PERP[0], BTTPRE-PERP[0], CAKE-PERP[0], CBSE[0], CEL-PERP[0], CHZ-PERP[0], COIN[0], COMP-PERP[0], CREAM-PERP[0], CRV-PERP[0], DEFI-PERP[0], DOGE-PERP[0], DOT-PERP[0], EGLD-PERP[0], ENS-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[0], ETH-PERP[0], EXCH-PERP[0], FIDA-PERP[0], FIL-PERP[0], FTM-PERP[0], FTT[0], FTT-PERP[0], FXS-PERP[0], GBTC[0.00000001], GMEPRE[0], GMT-PERP[0], GRT-PERP[0], HOOD_PRE[0], ICP-PERP[0], IOTA-PERP[0], KSHIB-PERP[0], KSM-PERP[0], LEO-PERP[0], LINK-20210326[0], LINK-PERP[0], LOOKS-PERP[0], LTC[0], LTC-PERP[0], LUNA2[92.90328107], LUNA2_LOCKED[216.7743225], LUNC[48999969.10151657], LUNC-PERP[0], MATIC-PERP[0], MKR-PERP[0], MNGO-PERP[0], MOB-PERP[0], NEAR-PERP[0], NFT (3039256496275151186/FTX Swag Pack #291)[1], NFT (3085739105592648891/FTX Swag Pack #29)[1], NFT (4810907803600917706/FTX Swag Pack #537)[1], NFT (5598028710695904620/FTX Swag Pack #106)[1], OMG-PERP[0], OXY-PERP[0], RAY-PERP[0], ROOK-PERP[0], RUNE-PERP[0], SECO-PERP[0], SHIT-PERP[0], SKL-PERP[0], SLP-PERP[0], SNX-PERP[0], SOL-PERP[0], SRM-PERP[0], SUSHI-PERP[0], THETA-PERP[0], TOMO-PERP[0], TRX-PERP[0], TSLA[0.00821989], TULIP-PERP[0], UNI-PERP[0], USD[94409.73], USDT[0.00000001], USDT-PERP[0], USTC-PERP[0], VET-PERP[0], WAVES-PERP[0], XLM-PERP[0], XMR-PERP[0], XRP-PERP[0], XTZ-PERP[0], YFI-PERP[0], YFII-PERP[0], ZEC-PERP[0], ZIL-PERP[0], ZRX-PERP[0] | |

**Evidence of Transfer**

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and appropriate professionals.