IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., et al.,<br>                   Debtors. | Case No. 22-11068<br><br>Chapter 11<br><br>(Jointly Administered) |

**AMENDED NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

<u>Nexxus Participation Vehicle III LLC</u>
Name of Transferee

<u>Address for all Notices and Payments:</u>
8000 Miramonte Drive, Suite 380
Santa Barbara, CA 93109
Tel#: + 1 805-880-4105
Email: tim.babich@nexxus-holdings.com

<u>117 Partners Ltd.</u>
Name of Transferor

Address:
120B Old Police Station
Irish Town, Gibraltar GX11 1AA
and
5 Greyhen LN
Savannah, GA 31411
tom@117partners.com

| Kroll ID #/Claim No./Customer Claim Confirm ID#/Scheduled ID | Original Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| 00379252/14152/3265-70-NIRRL-884284720/221106806768169 | Name Redacted | See Debtor's Schedules | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
      Tim Babich, Authorized Signatory

Date: March 5, 2024

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**Schedule F Snapshot**

| | |
|---|---|
| 00379252 | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], ALGO-PERP[0], ALPHA-PERP[0], AMPL-PERP[0], APE-PERP[0], APT-PERP[0], ASD-PERP[0], ATLAS-PERP[0], ATOM[0.06670775], ATOM-PERP[0], AUDIO-PERP[0], AVAX-PERP[0], AXS-PERP[0], BADGER-PERP[0], BAT-PERP[0], BCH-PERP[0], BNB[0], BNB-PERP[0], BSV-PERP[0], BTC[0], BTC-20210625[0], BTC-20211231[0], BTC-PERP[0], BTTPRE-PERP[0], CAKE-PERP[0], CBSE[0], CEL-PERP[0], CHZ-PERP[0], COIN[0], COMP-PERP[0], CREAM-PERP[0], CRV-PERP[0], DEFI-PERP[0], DOGE-PERP[0], DOT-PERP[0], EGLD-PERP[0], ENS-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[0], ETH-PERP[0], EXCH-PERP[0], FIDA-PERP[0], FIL-PERP[0], FTM-PERP[0], FTT[0], FTT-PERP[0], FXS-PERP[0], GBTC[0.00000001], GMEPRE[0], GMT-PERP[0], GRT-PERP[0], HOOD_PRE[0], ICP-PERP[0], IOTA-PERP[0], KSHIB-PERP[0], KSM-PERP[0], LEO-PERP[0], LINK-20210326[0], LINK-PERP[0], LOOKS-PERP[0], LTC[0], LTC-PERP[0], LUNA2[92.90328107], LUNA2_LOCKED[216.7743225], LUNC[48999969.10151657], LUNC-PERP[0], MATIC-PERP[0], MKR-PERP[0], MNGO-PERP[0], MOB-PERP[0], NEAR-PERP[0], NFT (3039256496275151186/FTX Swag Pack #291)[1], NFT (3085739105592648869/FTX Swag Pack #29)[1], NFT (4810907803600917706/FTX Swag Pack #537)[1], NFT (5598028710695904462/FTX Swag Pack #106)[1], OMG-PERP[0], OXY-PERP[0], RAY-PERP[0], ROOK-PERP[0], RUNE-PERP[0], SECO-PERP[0], SHIT-PERP[0], SKL-PERP[0], SLP-PERP[0], SNX-PERP[0], SOL-PERP[0], SRM-PERP[0], SUSHI-PERP[0], THETA-PERP[0], TOMO-PERP[0], TRX-PERP[0], TSLA[0.00821989], TULIP-PERP[0], UNI-PERP[0], USD[94409.73], USDT[0.00000001], USDT-PERP[0], USTC-PERP[0], VET-PERP[0], WAVES-PERP[0], XLM-PERP[0], XMR-PERP[0], XRP-PERP[0], XTZ-PERP[0], YFI-PERP[0], YFII-PERP[0], ZEC-PERP[0], ZIL-PERP[0], ZRX-PERP[0] | |

**Evidence of Transfer**

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and appropriate professionals.