Office of the Clerk of the United States Bankruptcy Court for the District of Delaware
Re: **FTX Trading Ltd**
Lead Case Number: **22-11068-JTD**
Title of Objection: **DEBTORS' FOURTEENTH (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN OVERSTATED PROOFS OF CLAIM (CUSTOMERS CLAIMS)**

Claimant: **Link Forth Capital Ltd**
Claim Number: **68427**

Managing Partners:
**Andrew Schwartz**
**Farah Haddadin**
**Dimitrios Liakakos**

Address:
**Link Forth Capital Ltd**
**1111 Burlington Ave, 309**
**Lisle, Illinois 60532**
**USA**

Email: linkforth@linkforth.capital
Telephone: +1.312.866.9024

February 26, 2024

To Whom It May Concern,

We are writing to provide evidence that Link Forth Capital Ltd held assets on FTX as of November 11th, 2022, consistent with the assets stated on our Claim Number 68427. Specifically, we held $5,243,391.33 in USD and 0 BNB and 0 BNB-PERP. This contrasts with the discrepancies outlined in the Fourteenth Omnibus Claim Objection Schedule 1 - Modified Claims, which indicated holdings of $4,777,998.69 USD, -1,300.328 BNB, and 1,300.80 BNB-PERP.

The reason for this discrepancy is solely due to an FTX error in one sub-account, named: basis_bnb. This error took place on November 10, 2022.

BNB-PERP is a derivative of the asset BNB, meaning its price is derived from the price of BNB (spot). BNB-PERP serves as a hedge against BNB. In our case, we were long BNB-PERP and short BNB spot, with these positions offsetting each other. However, due to a failure in FTX technology, FTX's liquidation engine got erroneously activated and liquidated our position. This resulted in a loss of USD 548,884.88 and a closure of our BNB and BNB-PERP positions.

The snapshot, from FTX Trading Ltd. 22-11068 (JTD) Fourteenth Omnibus Claim Objection Schedule 1 - Modified Claims, includes the liquidation penalty (a loss of USD 548,884.88), but still shows our BNB spot position as short 1,300.328 and BNB-PERP positions as long 1,300.8 (not liquidated). In other words, if the snapshot includes the liquidation penalty, it should have zero BNB spot and zero BNB-PERP for our position. Additionally, if the snapshot was prior to the liquidation, the open BNB-PERP and BNB spot positions do not accurately reflect the value of the basis_bnb subaccount (USD 548,884.88).

As outlined in exhibits mailed to Kroll on December 17, 2022 and our Electronic Proof of Claim_3265-70-WLBWU-425743862 between Kroll and Link Forth Capital Ltd, filed on September 25th, 2023, our record correctly accounts for the basis_bnb subaccount. It shows a higher balance than the snapshot from FTX Trading Ltd. 22-11068 (JTD) Fourteenth Omnibus Claim Objection Schedule 1 - Modified Claims, by an amount of USD 548,884.88. Please email linkforth@linkforth.capital to request a copy of all transactions and adjustments within the basis_bnb subaccount.

Exhibits A-E2 contain communications between Link Forth Capital Ltd and FTX customer support regarding this incident, as well as proof of assets.

Our official FTX Account Manager Chase Branham acknowledged the liquidation error and was in the process of restoring our balance but did not communicate with us further (Exhibits D,E1,E2).

We have raised this discrepancy multiple times in the bankruptcy process. Please refer to our attached letter sent via certified mail to Kroll on December 17th, 2022. Additionally, our Electronic Proof of Claim_3265-70-WLBWU-425743862 between Kroll and Link Forth Capital Ltd, filed on September 25th, 2023, outlined the situation.

Enclosed are the communications previously submitted to clarify why our claim offers the most accurate representation of our account balance and should be used as the claim value.

Sincerely,
The Link Forth Managing Partners
Andrew Schwartz
Farah Haddadin
Dimitrios Liakakos

Thursday Dec 13, 2022

To Whom It May Concern,

The purpose of this letter is to offer proof that Link Forth Capital Ltd had assets on FTX as of November 11th 2022.

Link Forth Capital Ltd (the "Creditor") is an entity in the British Virgin Islands (BVI) that is wholly owned by Link Forth Fund, LP (a US Delaware registered Limited Partnership).

Schedule 1 to this letter provides proof in the form of screen captures taken from the FTX platform, correspondence in the form of email and chat (via the Telegram application) with FTX customer support and database records from Link Forth Capital's systems. More specifically:

> Exhibit "A" shows a screen capture of assets residing in the Main Account on FTX as well as FTX's valuation of those assets in USD.
> Exhibit "B1" Shows a screen capture of the first part of a list of withdrawal requests from FTX that were never processed.
> Exhibit "B2" Shows a screen capture of the second part of a list of withdrawal requests from FTX that were never processed.
> Exhibit "C" Is a record of the withdrawal requests taken from Link Forth Capital Ltd's database
> Exhibit "D" Shows a screen capture of the communication with dedicated FTX account manager via the Telegram Chat Application
> Exhibit "E1" Shows a screen capture the first part of an email sent to FTX support
> Exhibit "E2" Shows a screen capture the second part of an email sent to FTX support

The Main account in FTX had the following assets:
1) 12.5 ETH (Ethereum)
2) 260.07048 FTT (FTX Token)
3) 0.010005 SOL (Solana)

At the time of the snapshot (November 11th, 2022), FTX valued the assets (less of the amounts requested for withdrawal) at sixteen thousand, four hundred dollars and forty five cents (USD 16,400.45). The list of withdrawal requests can be found in Exhibits B1 and B2 or Exhibit C. Exhibit C also contains the "Withdrawal ID" verbatim from the FTX system. The Net Asset Value of the unprocessed withdrawal requests is four million, six hundred and seventy eight thousand, one hundred and six dollars (USD 4,678,106).

On November 10th, 2022, one of Link Forth Capital Ltd's subaccounts (named "basis_bnb") incurred a liquidation due to an FTX miscalculation. This caused a loss of five hundred and forty eight thousand, eight hundred and eighty four dollars and eighty eight cents (USD 548,884.88). Exhibit D contains the communication between Link Forth Capital Ltd and FTX customer support regarding that incident. Exhibit E shows the email sent by Farah Haddadin on behalf of Link Forth Capital Ltd to FTX explaining the situation.

The value of the "basis_bnb" subaccount pre-liquidation amounted to four hundred and seventy seven thousand, nine hundred and eight dollars and twenty five cents (USD 477,908.25). The liquidation resulted in a negative balance of seventy thousand, nine hundred and seventy six dollars and sixty four cents (USD (70,976.64)). The negative balance was covered by a transfer of nine thousand, three hundred and eighty one dollars and eighteen cents (USD 9,381.18) and another transfer of sixty one thousand five hundred and ninety five dollars and forty six cents (USD 61,595.47) from the Main account to "basis_bnb". The net loss to Link Forth Capital Ltd was: 477,908.24 + 9,381.18 + 61,595.46 = 548,884.88

Therefore the Net Asset Value of the Link Forth Capital Ltd assets on FTX as of November 11th, 2022, was: 16,400.45 + 4,678,106 = 4,694,506.45

Adjusting for the erroneous liquidation the total NAV nets to five million, two hundred and forty three thousand, three hundred and ninety one dollars and thirty three cents (**USD 5,243,391.33**): 4,694,506.45 + 548,884.88 = **5,243,391.33**

Sincerely,
The Managing Members of Link Forth Capital Ltd

Farah Haddadin

*Farah Haddadin* (signature)

Andrew Schwartz

*Andrew Schwartz* (signature)

Dimitrios Liakakos

*Dimitrios Liakakos* (signature)

**SCHEDULE 1**

**Exhibit A - Assets in Main Account**

| Coin | Balance | Available Balance | USD Value | | | | |
|---|---|---|---|---|---|---|---|
| FTT (FTT) | 260.07048 | 110.0005 | $585.16 | Deposit | Withdraw | Convert | Stake |
| Ethereum (ETH) | 12.5 | 12.5 | $15,810.01 | Deposit | Withdraw | Convert | Lend@10% |
| Solana (SOL) | 0.010005 | 0.010005 | $0.16 | Deposit | Withdraw | Convert | Lend@100% Stake |
| Other fiat (ILS, PHP, etc.) | | | | | CONVERT AND DEPOSIT | | |

Total Net USD Value ≈ $16,400.45
-$1,099,186.41 (-98.53%) last week
Range: $16,399.76 - $1,115,586.17

FTX is currently unable to process withdrawals. We strongly advise against depositing. Deposits of TRX, BTT, JST, SUN, and HT are disabled. Onboarding of new clients has been suspended until further notice. We have reached an agreement with Tron to establish a special facility to allow holders of TRX, BTT, JST, SUN, and HT to swap assets from FTX 1:1 to external wallets. This functionality will be enabled at 18:30 UTC, November 10, 2022.

Account: Link Forth Capital Ltd

Exhibit B1 - Part 1/2 of Unprocessed Withdrawal Requests

| Time | Coin | Amount | Destination | Status |
|---|---|---|---|---|
| 11/11/2022, 3:32:43 PM | USDC | 965,109.49357017 USDC (0.5 USDC fee) | FB3 USDC ERC20 (0x93AA4ec156Cddbf646C0D2dE8C4B7117A4a4E71A) | Requested |
| 11/11/2022, 3:32:05 PM | USDC | 999,999 USDC | FB2 USDC ERC20 (0x6d97a1CAC2336f72bDCC16558Ab5342B348A1cDd) | Requested |
| 11/11/2022, 9:37:23 AM | BUSD | 450,000 BUSD (1 BUSD fee) | FB2 BUSD BSC (0x6d97a1CAC2336f72bDCC16558Ab5342B348A1cDd) | Requested |
| 11/11/2022, 9:36:27 AM | BUSD | 499,999 BUSD | 0x93AA4ec156Cddbf646C0D2dE8C4B7117A4a4E71A | Requested |
| 11/10/2022, 8:52:58 PM | USDC | 550,000 USDC | FB2 USDC ERC20 (0x6d97a1CAC2336f72bDCC16558Ab5342B348A1cDd) | Requested |
| 11/10/2022, 6:17:54 PM | USDC | 550,000 USDC | FB2 USDC ERC20 (0x6d97a1CAC2336f72bDCC16558Ab5342B348A1cDd) | Cancelled |
| 11/10/2022, 12:46:17 PM | USDC | 5,000 USDC | FB2 USDC ERC20 (0x6d97a1CAC2336f72bDCC16558Ab5342B348A1cDd) | Requested |
| 11/10/2022, 11:37:53 AM | BUSD | 100 BUSD (0.05 BUSD fee) | FB2 BUSD BSC (0x6d97a1CAC2336f72bDCC16558Ab5342B348A1cDd) | Cancelled |
| 11/10/2022, 10:02:10 AM | USDC | 1,000 USDC | FB2 USDC ERC20 (0x6d97a1CAC2336f72bDCC16558Ab5342B348A1cDd) | Requested |
| 11/10/2022, 10:01:29 AM | USDC | 1,000 USDC | FB2 USDC ERC20 (0x6d97a1CAC2336f72bDCC16558Ab5342B348A1cDd) | Requested |
| 11/10/2022, 9:59:49 AM | USDC | 1,000 USDC | FB2 USDC ERC20 (0x6d97a1CAC2336f72bDCC16558Ab5342B348A1cDd) | Requested |
| 11/10/2022, 9:59:12 AM | USDC | 1,000 USDC | FB2 USDC ERC20 (0x6d97a1CAC2336f72bDCC16558Ab5342B348A1cDd) | Requested |
| 11/10/2022, 9:58:38 AM | USDC | 1,000 USDC | FB2 USDC ERC20 (0x6d97a1CAC2336f72bDCC16558Ab5342B348A1cDd) | Requested |
| 11/10/2022, 9:57:18 AM | USDC | 1,000 USDC | FB2 USDC ERC20 (0x6d97a1CAC2336f72bDCC16558Ab5342B348A1cDd) | Requested |
| 11/10/2022, 9:56:52 AM | USDC | 1,000 USDC | FB2 USDC ERC20 (0x6d97a1CAC2336f72bDCC16558Ab5342B348A1cDd) | Requested |
| 11/10/2022, 9:55:24 AM | USDC | 1,000 USDC | FB2 USDC ERC20 (0x6d97a1CAC2336f72bDCC16558Ab5342B348A1cDd) | Requested |

**Exhibit B2 - Part 2/2 of Unprocessed Withdrawal Requests**

| Date/Time | Asset | Amount | Destination | Status |
|---|---|---|---|---|
| 11/10/2022, 10:02:10 AM | USDC | 1,000 USDC | FB2 USDC ERC20 (0x6d97a1CAC2336f72bDCC16558Ab53428348A1cDc) | Requested |
| 11/10/2022, 10:01:29 AM | USDC | 1,000 USDC | FB2 USDC ERC20 (0x6d97a1CAC2336f72bDCC16558Ab53428348A1cDc) | Requested |
| 11/10/2022, 9:59:49 AM | USDC | 1,000 USDC | FB2 USDC ERC20 (0x6d97a1CAC2336f72bDCC16558Ab53428348A1cDc) | Requested |
| 11/10/2022, 9:59:12 AM | USDC | 1,000 USDC | FB2 USDC ERC20 (0x6d97a1CAC2336f72bDCC16558Ab53428348A1cDc) | Requested |
| 11/10/2022, 9:58:38 AM | USDC | 1,000 USDC | FB2 USDC ERC20 (0x6d97a1CAC2336f72bDCC16558Ab53428348A1cDc) | Requested |
| 11/10/2022, 9:57:18 AM | USDC | 1,000 USDC | FB2 USDC ERC20 (0x6d97a1CAC2336f72bDCC16558Ab53428348A1cDc) | Requested |
| 11/10/2022, 9:56:52 AM | USDC | 1,000 USDC | FB2 USDC ERC20 (0x6d97a1CAC2336f72bDCC16558Ab53428348A1cDc) | Requested |
| 11/10/2022, 9:55:24 AM | USDC | 1,000 USDC | FB2 USDC ERC20 (0x6d97a1CAC2336f72bDCC16558Ab53428348A1cDc) | Requested |
| 11/10/2022, 9:53:49 AM | USD (fiat) | 61,595.46 USD | Transfer from main account to basis_bnb | Complete |
| 11/10/2022, 9:52:47 AM | USD (fiat) | 9,381.18 USD | Transfer from main account to basis_bnb | Complete |
| 11/9/2022, 11:19:44 AM | USD (fiat) | 600,000 USD | Transfer from main account to basis_paradigm | Complete |
| 11/8/2022, 10:54:37 AM | USDC | 600,000 USDC | FB2 USDC ERC20 (0x6d97a1CAC2336f72bDCC16558Ab53428348A1cDc) | Requested |
| 11/8/2022, 10:53:38 AM | USDC | 600,000 USDC | FB1 USDC SPL (4HytkopKXEK2hxErSH2Rh2BwsvRcTQByxRgC14FJD3Y4) | Requested |
| 11/8/2022, 12:21:03 AM | BUSD | 1,250,000 BUSD (0.05 BUSD fee) | FB2 BUSD BSC (0x6d97a1CAC2336f72bDCC16558Ab53428348A1cDc) | Cancelled |
| 11/8/2022, 12:10:08 AM | USDC | 1,250,000 USDC | FB1 USDC SPL (4HytkopKXEK2hxErSH2Rh2BwsvRcTQByxRgC14FJD3Y4) | Cancelled |
| 11/7/2022, 1:25:51 PM | USD (fiat) | 100,000 USD | Transfer from main account to basis_ftx_bybit | Complete |
| 11/7/2022, 11:02:52 AM | USDT | 150,000.75 USDT (0.10 USDT fee) | FB2 USDT BSC (0x6d97a1CAC2336f72bDCC16558Ab53428348A1cDc) | Complete (0xa61f693cf39b707cef938979b3a7caeb00190ae50ea308ba8982d1bc30741/b7) |
| 11/7/2022, 10:48:54 AM | USD (fiat) | 100,000 USD | Transfer from main account to basis_ftx_bybit | Complete |
| 11/7/2022, 10:34:29 AM | USD (fiat) | 200,000 USD | Transfer from main account to alpaca_pcs_cake_usdt | Complete |
| 11/7/2022, 8:01:47 AM | USD (fiat) | 200,000 USD | Transfer from main account to basis_paradigm | Complete |

Exhibit C - Database record of unprocessed withdrawal requests

| Withdrawal ID | Coin | Transaction ID | Address | Tag | Method | Size | Fee | Status | Date | Time | Notes | Destination Name | Proposed Transfer ID | Destination Email | Subaccoun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29405638 | USDC | NULL | 4HytkopKXEK2hxErSH2Rh2BwsvRcTQ8yxRgCt4FJD3Y4 | NULL | sol | 600,000 | 0 | requested | 2022-11-08 | 16:53:38 | NULL | FB1 USDC SPL | NULL | NULL | NULL |
| 29405782 | USDC | NULL | 0x6d97a1CAC2336f72bDCC16558Ab5342B348A1cDd | NULL | matic | 600,000 | 0 | requested | 2022-11-08 | 16:54:38 | NULL | FB2 USDC ERC20 | NULL | NULL | NULL |
| 29641054 | USDC | NULL | 0x6d97a1CAC2336f72bDCC16558Ab5342B348A1cDd | NULL | matic | 1,000 | 0 | requested | 2022-11-10 | 15:55:24 | NULL | FB2 USDC ERC20 | NULL | NULL | NULL |
| 29641249 | USDC | NULL | 0x6d97a1CAC2336f72bDCC16558Ab5342B348A1cDd | NULL | avax | 1,000 | 0 | requested | 2022-11-10 | 15:56:52 | NULL | FB2 USDC ERC20 | NULL | NULL | NULL |
| 29641319 | USDC | NULL | 0x6d97a1CAC2336f72bDCC16558Ab5342B348A1cDd | NULL | matic | 1,000 | 0 | requested | 2022-11-10 | 15:57:18 | NULL | FB2 USDC ERC20 | NULL | NULL | NULL |
| 29641565 | USDC | NULL | 0x6d97a1CAC2336f72bDCC16558Ab5342B348A1cDd | NULL | matic | 1,000 | 0 | requested | 2022-11-10 | 15:58:38 | NULL | FB2 USDC ERC20 | NULL | NULL | NULL |
| 29641681 | USDC | NULL | 0x6d97a1CAC2336f72bDCC16558Ab5342B348A1cDd | NULL | matic | 1,000 | 0 | requested | 2022-11-10 | 15:59:13 | NULL | FB2 USDC ERC20 | NULL | NULL | NULL |
| 29641827 | USDC | NULL | 0x6d97a1CAC2336f72bDCC16558Ab5342B348A1cDd | NULL | matic | 1,000 | 0 | requested | 2022-11-10 | 15:59:50 | NULL | FB2 USDC ERC20 | NULL | NULL | NULL |
| 29642352 | USDC | NULL | 0x6d97a1CAC2336f72bDCC16558Ab5342B348A1cDd | NULL | matic | 1,000 | 0 | requested | 2022-11-10 | 16:01:30 | NULL | FB2 USDC ERC20 | NULL | NULL | NULL |
| 29642608 | USDC | NULL | 0x6d97a1CAC2336f72bDCC16558Ab5342B348A1cDd | NULL | erc20 | 1,000 | 0 | requested | 2022-11-10 | 16:02:11 | NULL | FB2 USDC ERC20 | NULL | NULL | NULL |
| 29698549 | USDC | NULL | 0x6d97a1CAC2336f72bDCC16558Ab5342B348A1cDd | NULL | matic | 5,000 | 0 | requested | 2022-11-10 | 18:46:17 | NULL | FB2 USDC ERC20 | NULL | NULL | NULL |
| 29732041 | USDC | NULL | 0x6d97a1CAC2336f72bDCC16558Ab5342B348A1cDd | NULL | erc20 | 550,000 | 0 | requested | 2022-11-11 | 2:52:59 | NULL | FB2 USDC ERC20 | NULL | NULL | NULL |
| 29769066 | BUSD | NULL | 0x93AA4ec156Cddbf646C0D2dE8C4B7117A4a4E71A | NULL | erc20 | 499,999 | 0 | requested | 2022-11-11 | 15:36:27 | NULL | NULL | NULL | NULL | NULL |
| 29769157 | BUSD | NULL | 0x6d97a1CAC2336f72bDCC16558Ab5342B348A1cDd | NULL | erc20 | 450,000 | 1 | requested | 2022-11-11 | 15:37:24 | NULL | FB2 BUSD BSC | NULL | NULL | NULL |
| 29789917 | USDC | NULL | 0x6d97a1CAC2336f72bDCC16558Ab5342B348A1cDd | NULL | erc20 | 999,999 | 0 | requested | 2022-11-11 | 21:32:06 | NULL | FB2 USDC ERC20 | NULL | NULL | NULL |
| 29789943 | USDC | NULL | 0x93AA4ec156Cddbf646C0D2dE8C4B7117A4a4E71A | NULL | erc20 | 965,109.4936 | 0.5 | requested | 2022-11-11 | 21:32:44 | NULL | FB3 USDC ERC20 | NULL | NULL | NULL |

## Exhibit D - Telegram Chat communication with FTX Customer Support



## Exhibit E1 - Part 1/2 Email to FTX Customer Support

                                    Dimitrios Liakakos <dimitri@linkforth.capital>

---

**Liquidation in basis_bnb**
1 message

**Farah Haddadin** <farah@linkforth.capital>                                    Fri, Nov 11, 2022 at 3:53 PM
To: "support@ftx.com" <support@ftx.com>
Cc: Dimitrios Liakakos <dimitri@linkforth.capital>, Andrew Schwartz <andrew@linkforth.capital>

Hi Chase/Zane/Vip support/Liquidators

I hope you are doing well given the situation :(

We just wanted to follow up with the Telegram messages we sent regarding the forced liquidation that took place in our subaccount "basis_bnb."

Our subaccount value was about 478k before this liquidation took place. We were short the BNB spot and long the BNB-PERP. Per the screenshot below, one can see BNB spike to over 564 dollars. This was almost a 50% deviation from other BNB markets.



We believe this liquidation was specifically due to a breakdown in market structure due to FTX illiquidity/bankruptcy. This is a position that existed without deviation for several months.

The liquidation trades are attached to this email (basis_bnb_liquidations.csv).

Please, we ask that you restore the account value to whatever it was before this liquidation.

In addition, yesterday, we tried to request a withdrawal from the main subaccount. We got a message suggesting that we cannot withdraw when we have a negative balance (or something along these lines). So we immediately restored the

## Exhibit E2 - Part 2/2 Email to FTX Customer Support

value of the subaccount back to zero balance by sending 2 transfers from "main" to "basis_bnb."

Here are the 2 deposits into "basis_bnb"
deposit_id = 45764093, time = 2022-11-10 15:52:47.839646. amount: **9,381.18 USD**
deposit_id = 45764279, time = 2022-11-10 15:53:49.411506. amount: **61,595.46 USD**

Is there any way to undo these transfers and send them back to our main account?

We are attaching the deposit transactions to this email as well (basis_bnb_neg_balance_deposits.csv).

**We know that you are under immense stress right now, and we are sorry to put you through this under these awful circumstances.**

As always, we are thankful for your help.

Best,
Farah

--



**Farah Haddadin**
Managing Partner
Link Forth Capital Management LLC

_____

+1 (630) 890-3696

farah@linkforth.capital

https://www.linkforth.capital/

2 attachments

📄 **basis_bnb_neg_balance_deposits.csv**
1K

📄 **basis_bnb_liquidations.csv**
8K