In re:

FTX TRADING LTD., et al.,

Debtors.

Case No. 22-11068

Chapter 11

(Jointly Administered)

NOTICE OF WITHDRAWAL

Please withdraw the Transfer/Assignment of Claim that were filed incorrectly at docket numbers:

8715

8716

8717

Thank you.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

*Michael Bottjer*

By: FTXCREDITOR, LLC

Name: Michael Bottjer

Title: President

March 7 2024