IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 22-11068 |
| FTX TRADING LTD., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

<u>Nexxus Participation Vehicle III LLC</u>
Name of Transferee

117 Partners LLC
XXXXXXXX
Name of Transferor

Address for all Notices and Payments:
8000 Miramonte Drive, Suite 380
Santa Barbara, CA 93109
Tel#: + 1 805-880-4105
Email: tim.babich@nexxus-holdings.com

Address: XXXXXXXX
5 GREYHEN LN
SAVANNAH, GA 31411
Att: Thomas Braziel
Email: tom@117partners.com

| Unique Customer Code#/Customer Claim Confirm ID#/Amended Schedule# | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| 01033546/3265-70-NQXVP-980437004 and 3265-70-ARCVA-554354705/6848970 | Name (Redacted) | See Debtor's Schedules | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Tim Babich, Authorized Signatory

Date: February 18, 2024

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

