# Exhibit A

**Settlements Consummated Pursuant to the
Small Estate Claims Settlement Procedures Order
February 2024**

| Settling Party | Settled Value |
|---|---|
| Family Empowerment Media | $200,000.39 |
| Huatapera Gizarte, Hezkuntza Eta Kultur Elkartea | $110,000.00 |
| Laurence Beal | $2,000,000.00 |
| New Venture Fund | $4,500,000.00 |
| Ought, Inc. | $3,500,000.00 |
| Sage Future Inc. | $59,500.00 |
| Sandra Luz Malagon Garcia | $10,000.00 |
| The Carnegie Endowment for International Peace | $100,000.39 |
| The Royal Institute of International Affairs | $327,397.00 |
| Virginia Tech Foundation, Inc. | $500,000.00 |