**EXHIBIT A**

**Owl Hill Advisory, LLC**

**Summary of Staffing and Functions – FTX Trading Ltd.,** *et al.*
**for the Period from February 1, 2024 through February 29, 2024**

| Name and Title | Function/Role |
|---|---|
| **Staffing – Officer Positions** ||
| John J. Ray III | Chief Executive Officer |
| **Staffing – Non-Officer Positions** ||
| N/A | N/A |

**The following Compensation Report includes
services performed by Owl Hill on behalf of the Debtors
for the period from February 1, 2024 through February 29, 2024**

**Summary of Services Provided**

1.      John J. Ray III is the only professional staffed by Owl Hill on the engagement.  As the CEO for the Debtors, Mr. Ray has assumed in all respects the management of the Debtors' businesses.  In addition, as described in the First Day Declarations, Mr. Ray has provided oversight and support to the Debtors' other professionals in connection with execution of the five core objectives of these Chapter 11 Cases:

    (a)    Implementation of Controls:  the implementation of accounting, audit, cash management, cybersecurity, human resources, risk management, data protection and other systems that did not exist, or did not exist to an appropriate degree, prior to Mr. Ray's appointment;

    (b)    Asset Protection & Recovery:  the location and security of property of the estate, a substantial portion of which may be missing or stolen;

    (c)    Transparency and Investigation:  the pending, comprehensive, transparent and deliberate investigation into claims against Mr. Samuel Bankman-Fried, the other co-founders of the Debtors and third parties, in coordination with regulatory stakeholders in the United States and around the world;

    (d)    Efficiency and Coordination:  cooperation and coordination with insolvency proceedings of subsidiary companies in other jurisdictions; and

    (e)    Maximization of Value:  the maximization of value for all stakeholders through the eventual reorganization or sale of the Debtors 'complex array of businesses, investments and digital and physical property.

2.      During the Reporting Period, Mr. Ray directed and oversaw the Debtors' businesses and worked with the Debtors' retained professionals on these five objectives.  This work included periodic meetings and numerous communications with the independent board of directors and attending regular weekly telephonic and in person board meetings to manage and coordinate the Debtors' operations and restructuring efforts.  Mr. Ray led weekly calls with the

lead professionals related to the overall direction and management of the case as well as broader weekly meetings with the professional firms that are critical to the day-to-day management of these Chapter 11 Cases.  Additionally, Mr. Ray has worked to establish and maintain internal controls and managed cash, other assets and investments, data and systems related issues with respect to all Debtors.  Mr. Ray also provided oversight related to the Debtors' public relations and communications plans.

3.      Mr. Ray also spent significant time managing the Debtors' Chapter 11 Cases.  Mr. Ray has dedicated his time to various issues related to asset recovery and security, engagement and meeting with the Committee and monitoring the status of the Debtors' chapter 11 filings and professional retentions.  In connection with the review of professional retentions, Mr. Ray coordinated with the Debtors' professionals to avoid the unnecessary duplication of services.  In addition to work related to claims and creditor management, Mr. Ray provided oversight and assistance with the evaluation of potential avoidance actions, the consideration of the sale of certain businesses and investments and the development of restructuring strategies related to the plan of reorganization. Mr. Ray is involved day to day with respect to the management and disposition of the Debtors' coins and tokens. Additionally, Mr. Ray was directly involved in the resolution of matters related to FTX Europe and the settlement of related litigation.

## Summary of Compensation and Expenses

| Period | Fees | Expenses | Total |
|---|---|---|---|
| February 1, 2024 – February 29, 2024 | $338,388.75 | $444.34 | $338,833.09 |

## Summary of Expense by Category

| Expense Category | Total Expenses |
|---|---|
| Travel – Lodging | $0.00 |
| Travel – Airfare | $0.00 |
| Travel – Transportation (other) | $236.66 |
| Travel – Meals | $0.00 |
| Other Expenses | $207.68 |
| **Total Amount for Period:** | $444.34 |

## Summary of Time and Fees by Professional

| Name of Professional | Function/Role | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| John J. Ray III | Chief Executive Officer | $1,575.00 | 217.1 | $341,932.50 |
| **50% adjustment for non-working travel:** | | | 4.5 | ($3,543.75) |
| **Total Amount for Period:** | | | | $338,388.75 |

**Time Detail Activity by Professional**

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 2/1/24 | Flight from NYC related to hearing in Delaware | John J. Ray III | 4.5 | $3,543.75 |
| 2/1/24 | Review of sales procedure for venture sale | John J. Ray III | 1.8 | $2,835.00 |
| 2/1/24 | Review and approval of NDAs and bidder summaries | John J. Ray III | 0.5 | $787.50 |
| 2/1/24 | Review and approval of motion related to claim sale | John J. Ray III | 0.8 | $1,260.00 |
| 2/1/24 | Communicate with counter party (0.5) and review proposed list of venture portfolio sale (1.8) | John J. Ray III | 2.3 | $3,622.50 |
| 2/1/24 | Review and approve settlement terms related to Embed | John J. Ray III | 0.5 | $787.50 |
| 2/2/24 | Review edits to venture sale motion and procedures | John J. Ray III | 2.5 | $3,937.50 |
| 2/2/24 | Review diligence questions and responses related to venture portfolio | John J. Ray III | 2.0 | $3,150.00 |
| 2/2/24 | Review Europe settlement agreement | John J. Ray III | 2.5 | $3,937.50 |
| 2/2/24 | Review materials from QE related to pending litigation | John J. Ray III | 1.3 | $2,047.50 |
| 2/3/24 | Review further edits to sale procedures documentation | John J. Ray III | 0.5 | $787.50 |
| 2/3/24 | Review tax materials provided by S&C | John J. Ray III | 0.5 | $787.50 |
| 2/5/24 | Review materials related to tax liabilities | John J. Ray III | 1.5 | $2,362.50 |
| 2/5/24 | Review status of coin sales and provide direction | John J. Ray III | 0.3 | $472.50 |
| 2/5/24 | Review Board minutes for prior meetings | John J. Ray III | 0.5 | $787.50 |
| 2/5/24 | Call with QE (S Rand and others) related to pending investigations | John J. Ray III | 0.5 | $787.50 |
| 2/5/24 | Review progress on token sales and actions needed to complete process | John J. Ray III | 0.3 | $472.50 |

[1]    Non-working travel is charged at a 50% discount to the standard rate.

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 2/5/24 | Call with ACH member related to status of case and open issues | John J. Ray III | 0.3 | $472.50 |
| 2/5/24 | Review and approve NDAs and corresponding bidder summaries | John J. Ray III | 0.2 | $315.00 |
| 2/5/24 | Call with Galaxy, A&M (K Ramanathan and others), and creditor representatives related to token and coin sales | John J. Ray III | 1.0 | $1,575.00 |
| 2/5/24 | Review and approve vault company sale documents | John J. Ray III | 0.8 | $1,260.00 |
| 2/5/24 | Analyze venture bid | John J. Ray III | 1.3 | $2,047.50 |
| 2/5/24 | Review updates related to Europe settlement and sale process | John J. Ray III | 1.8 | $2,835.00 |
| 2/5/24 | Review proposed Board materials for delivery to Board | John J. Ray III | 1.3 | $2,047.50 |
| 2/5/24 | Review analysis of capital structure related to the plan development | John J. Ray III | 0.5 | $787.50 |
| 2/5/24 | Review and approve de minimis sale | John J. Ray III | 0.5 | $787.50 |
| 2/5/24 | Review and approve diligence requests | John J. Ray III | 0.3 | $472.50 |
| 2/6/24 | Communicate with A&M (H Chambers) related to Japan update | John J. Ray III | 0.3 | $472.50 |
| 2/6/24 | Participate in weekly steering committee call with S&C (A Dietderich and others), A&M (E Mosely and others), and PWP (B Mendelsohn and others) | John J. Ray III | 1.5 | $2,362.50 |
| 2/6/24 | Review token sales process updates | John J. Ray III | 0.3 | $472.50 |
| 2/6/24 | Review contract amendment and execute same | John J. Ray III | 0.1 | $157.50 |
| 2/6/24 | Review and comment on property appraisal related to Bahamian property | John J. Ray III | 0.3 | $472.50 |
| 2/6/24 | Participate in Board call | John J. Ray III | 1.0 | $1,575.00 |
| 2/6/24 | Call with S&C (A Dietderich and others), A&M (E Mosely and others), and PWP (B Mendelsohn and others) related to Plan structure | John J. Ray III | 1.0 | $1,575.00 |
| 2/6/24 | Review communications related to case issues | John J. Ray III | 0.8 | $1,260.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 2/6/24 | Review documents related to Europe sale and settlement | John J. Ray III | 2.5 | $3,937.50 |
| 2/6/24 | Review documents related to IRS exam | John J. Ray III | 1.3 | $2,047.50 |
| 2/6/24 | Review open items related to token and coin sales | John J. Ray III | 0.5 | $787.50 |
| 2/6/24 | Review proposed token sale | John J. Ray III | 0.3 | $472.50 |
| 2/6/24 | Review tax estimates for various periods | John J. Ray III | 1.8 | $2,835.00 |
| 2/7/24 | Review venture portfolio and research re same | John J. Ray III | 4.5 | $7,087.50 |
| 2/7/24 | Call with Board and PWP (B Mendelsohn and others) related to venture sales | John J. Ray III | 1.0 | $1,575.00 |
| 2/7/24 | Review tax matters | John J. Ray III | 1.5 | $2,362.50 |
| 2/7/24 | Call with S&C (A Dietderich and others) related to various Plan structures and gating items | John J. Ray III | 1.0 | $1,575.00 |
| 2/7/24 | Review status of vesting on tokens | John J. Ray III | 0.5 | $787.50 |
| 2/7/24 | Review asset bids and proposals | John J. Ray III | 0.5 | $787.50 |
| 2/7/24 | Review and execute shareholder consents related to Europe | John J. Ray III | 0.5 | $787.50 |
| 2/7/24 | Review draft complaint | John J. Ray III | 0.8 | $1,260.00 |
| 2/7/24 | Review and approve NDAs, and modifications re same | John J. Ray III | 0.5 | $787.50 |
| 2/7/24 | Review communications from S&C (E Simpson) related to Europe settlement agreement docs | John J. Ray III | 0.5 | $787.50 |
| 2/7/24 | Review IRS materials | John J. Ray III | 0.3 | $472.50 |
| 2/7/24 | Call with QE related to investigations (S Rand) | John J. Ray III | 0.1 | $157.50 |
| 2/8/24 | Review of mark up to ensure sale agreement and provide comments and execute same | John J. Ray III | 0.8 | $1,260.00 |
| 2/8/24 | Review update re Japan and provide direction | John J. Ray III | 0.5 | $787.50 |
| 2/8/24 | Review materials related to venture investments | John J. Ray III | 1.3 | $2,047.50 |
| 2/8/24 | Review resolutions for Europe and execute and deliver same | John J. Ray III | 0.8 | $1,260.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 2/8/24 | Call with Galaxy related to tokens | John J. Ray III | 0.5 | $787.50 |
| 2/8/24 | Attend venture investment call with Board members, PWP (B Mendelsohn and others), UCC and ACH representatives | John J. Ray III | 1.0 | $1,575.00 |
| 2/8/24 | Review financial item related to EU balance sheet | John J. Ray III | 0.3 | $472.50 |
| 2/8/24 | Review of token ownership and evaluation of same | John J. Ray III | 1.3 | $2,047.50 |
| 2/8/24 | Review of order modification and sale process comments and provide direction re same | John J. Ray III | 1.8 | $2,835.00 |
| 2/9/24 | Review open matters and follow up with appropriate personnel re same | John J. Ray III | 1.3 | $2,047.50 |
| 2/9/24 | Review of proposed adjustments to sale order | John J. Ray III | 0.8 | $1,260.00 |
| 2/9/24 | Review of NDA and bidder review processes and review specific bidder profiles | John J. Ray III | 1.0 | $1,575.00 |
| 2/9/24 | Review proposed presentations related to tax matters | John J. Ray III | 1.3 | $2,047.50 |
| 2/9/24 | Review Vault motions and provide comments | John J. Ray III | 1.0 | $1,575.00 |
| 2/9/24 | Review plan structure questions and issues and provide direction | John J. Ray III | 2.5 | $3,937.50 |
| 2/9/24 | Call with Galaxy related to tokens and coin sales | John J. Ray III | 1.3 | $2,047.50 |
| 2/10/24 | Review and comment on token trading agreement | John J. Ray III | 1.0 | $1,575.00 |
| 2/10/24 | Review communications from S&C related to investigation matters | John J. Ray III | 0.3 | $472.50 |
| 2/10/24 | Review of comments to motion and order re Anthropic, and comment | John J. Ray III | 2.8 | $4,410.00 |
| 2/11/24 | Review of comments to motion and order re Anthropic and comment regarding same | John J. Ray III | 2.8 | $4,410.00 |
| 2/11/24 | Review coin and token trading summary | John J. Ray III | 0.5 | $787.50 |
| 2/12/24 | Call with Galaxy, A&M (K Ramanathan and others), and creditor representatives regarding coin and token sales | John J. Ray III | 0.8 | $1,260.00 |
| 2/12/24 | Review of comments to motion and order re Anthropic, and comment | John J. Ray III | 1.8 | $2,835.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 2/12/24 | Review summary of bidding process and provide direction | John J. Ray III | 1.0 | $1,575.00 |
| 2/12/24 | Review and approve NDAs and background checks | John J. Ray III | 1.8 | $2,835.00 |
| 2/12/24 | Review updated claims reconciliation | John J. Ray III | 1.0 | $1,575.00 |
| 2/12/24 | Review and approve disclosures | John J. Ray III | 0.8 | $1,260.00 |
| 2/12/24 | Review communications from S&C (M Schwartz) and provide direction re ventures | John J. Ray III | 0.8 | $1,260.00 |
| 2/12/24 | Review consent letter dated by S&C and approve same | John J. Ray III | 0.3 | $472.50 |
| 2/12/24 | Review responses to UST re Anthropic motion | John J. Ray III | 0.5 | $787.50 |
| 2/13/24 | Review NDAs and background checks | John J. Ray III | 0.5 | $787.50 |
| 2/13/24 | Review and approve changes to motion and order | John J. Ray III | 0.3 | $472.50 |
| 2/13/24 | Review communications and provide direction re token sales | John J. Ray III | 0.5 | $787.50 |
| 2/13/24 | Review communications re Vault and provide direction | John J. Ray III | 0.3 | $472.50 |
| 2/13/24 | Review letter to UST re case issues | John J. Ray III | 0.5 | $787.50 |
| 2/14/24 | Review and provide direction related to sale of Genesis claim | John J. Ray III | 0.5 | $787.50 |
| 2/14/24 | Review update related to IRS matter | John J. Ray III | 0.5 | $787.50 |
| 2/14/24 | Review of materials related to CM equity and FTX Europe claim | John J. Ray III | 1.5 | $2,362.50 |
| 2/14/24 | Review of background reports and NDAs and approve same | John J. Ray III | 0.8 | $1,260.00 |
| 2/14/24 | Review communications related to pending motions and provide direction | John J. Ray III | 0.8 | $1,260.00 |
| 2/14/24 | Review status of coin and token sales | John J. Ray III | 1.5 | $2,362.50 |
| 2/14/24 | Review and comment on UST submission | John J. Ray III | 0.5 | $787.50 |
| 2/14/24 | Review of cash and payables, and bank positions | John J. Ray III | 0.8 | $1,260.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 2/14/24 | Review claims analysis and recovery forecast | John J. Ray III | 2.0 | $3,150.00 |
| 2/15/24 | Review of token positions and information from bidders | John J. Ray III | 1.0 | $1,575.00 |
| 2/15/24 | Review of Europe materials related to proposed settlement | John J. Ray III | 1.8 | $2,835.00 |
| 2/15/24 | Review of purchase and sale agreement for tokens | John J. Ray III | 1.5 | $2,362.50 |
| 2/15/24 | Review of payments to professionals and approve same | John J. Ray III | 0.5 | $787.50 |
| 2/15/24 | Review of materials for IRS claim and provide comments | John J. Ray III | 1.0 | $1,575.00 |
| 2/15/24 | Review of mark up to liquidity term sheet | John J. Ray III | 1.3 | $2,047.50 |
| 2/15/24 | Review of background reports and NDA changes | John J. Ray III | 0.8 | $1,260.00 |
| 2/15/24 | Review omnibus objections | John J. Ray III | 2.5 | $3,937.50 |
| 2/16/24 | Review of EU materials and call with counter party re same | John J. Ray III | 1.8 | $2,835.00 |
| 2/16/24 | Call with Rothschild & Co (C Delo) re open workstreams | John J. Ray III | 0.5 | $787.50 |
| 2/16/24 | Communicate with PWP (B Mendelsohn) re venture sale | John J. Ray III | 0.5 | $787.50 |
| 2/16/24 | Review and comment, execute venture sale extension letter | John J. Ray III | 0.5 | $787.50 |
| 2/16/24 | Call with A&M (E Mosely and S Coverick) regarding Japan status | John J. Ray III | 0.8 | $1,260.00 |
| 2/16/24 | Review NDA and background checks | John J. Ray III | 0.5 | $787.50 |
| 2/16/24 | Review updates to token sales status and updates | John J. Ray III | 0.8 | $1,260.00 |
| 2/16/24 | Review Plan structure provisions relative to customer recoveries | John J. Ray III | 3.5 | $5,512.50 |
| 2/17/24 | Call with S&C (A Dietderich and others) related to tax matters and open work streams | John J. Ray III | 0.8 | $1,260.00 |
| 2/18/24 | Review Plan structure modifications | John J. Ray III | 2.5 | $3,937.50 |
| 2/19/24 | Review Plan waterfall analysis and recoveries | John J. Ray III | 2.5 | $3,937.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 2/19/24 | Call with ad hoc committee member re Plan status | John J. Ray III | 1.0 | $1,575.00 |
| 2/19/24 | Call with A&M (S Coverick and E Mosely) related to Plan structure | John J. Ray III | 0.5 | $787.50 |
| 2/19/24 | Review and comment on reply to motion | John J. Ray III | 0.5 | $787.50 |
| 2/19/24 | Prepare for Board meeting | John J. Ray III | 1.5 | $2,362.50 |
| 2/19/24 | Review token bids and documentation process | John J. Ray III | 0.8 | $1,260.00 |
| 2/20/24 | Weekly case management call with S&C (A Dietderich and others), A&M (E Mosely and others), and PWP (B Mendelsohn and others) | John J. Ray III | 1.5 | $2,362.50 |
| 2/20/24 | Weekly Digital asset call with A&M (K Ramathan and others) and creditor representatives | John J. Ray III | 0.5 | $787.50 |
| 2/20/24 | Board call with S&C (A Dietderich and others), A&M (E Mosely and others), and PWP (B Mendelsohn and others) | John J. Ray III | 1.0 | $1,575.00 |
| 2/20/24 | Review and draft Plan design features along with recovery analysis | John J. Ray III | 3.5 | $5,512.50 |
| 2/20/24 | Review tax matters | John J. Ray III | 0.5 | $787.50 |
| 2/20/24 | Communicate with S&C (B Glueckstein and A Dietderich) related to coin estimation and other work streams | John J. Ray III | 0.8 | $1,260.00 |
| 2/20/24 | Review and sign off on token sales | John J. Ray III | 0.8 | $1,260.00 |
| 2/21/24 | Review plan structure, recoveries and updated claims | John J. Ray III | 4.5 | $7,087.50 |
| 2/21/24 | Call with A&M (K Ramanathan and others) related to token and coins | John J. Ray III | 0.5 | $787.50 |
| 2/21/24 | Call with Board and PWP (B Mendelsohn and others) related to venture holdings | John J. Ray III | 1.0 | $1,575.00 |
| 2/21/24 | Call with S&C (A Dietderich) and A&M (E Mosely and others) related to Plan structure | John J. Ray III | 1.0 | $1,575.00 |
| 2/21/24 | Review litigation settlement proposal and provide guidance | John J. Ray III | 1.0 | $1,575.00 |
| 2/21/24 | Review and approve NDA execution | John J. Ray III | 0.8 | $1,260.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 2/21/24 | Review cyber policy certification and disclosures | John J. Ray III | 0.5 | $787.50 |
| 2/21/24 | Review further changes to Anthropic order | John J. Ray III | 0.5 | $787.50 |
| 2/21/24 | Review information related to tax notices | John J. Ray III | 0.3 | $472.50 |
| 2/21/24 | Review proposals related to token sales | John J. Ray III | 1.3 | $2,047.50 |
| 2/21/24 | Review and approve professional expenses | John J. Ray III | 1.0 | $1,575.00 |
| 2/21/24 | Review and execute commitment letters for token sale | John J. Ray III | 0.3 | $472.50 |
| 2/22/24 | Review litigation settlement and provide approvals re same | John J. Ray III | 0.3 | $472.50 |
| 2/22/24 | Review Plan structure and distribution options | John J. Ray III | 1.3 | $2,047.50 |
| 2/22/24 | Review and execute commitment letter | John J. Ray III | 0.5 | $787.50 |
| 2/22/24 | Review recovery template | John J. Ray III | 0.5 | $787.50 |
| 2/22/24 | Review tax return files and workbooks for preparation of returns | John J. Ray III | 3.0 | $4,725.00 |
| 2/22/24 | Review and communicate with A&M (E Mosely) and Galaxy and S&C (A Dietderich) related to token sales and orders | John J. Ray III | 0.8 | $1,260.00 |
| 2/22/24 | Communicate with UCC related to token sale | John J. Ray III | 0.3 | $472.50 |
| 2/22/24 | Review and approve Japan resolution | John J. Ray III | 0.3 | $472.50 |
| 2/22/24 | Review and approve minutes of Galaxy meetings | John J. Ray III | 0.3 | $472.50 |
| 2/22/24 | Call with E&Y (T Shea and others), A&M (E Mosely and others), and S&C (M De Leeuw and others) related to tax matters | John J. Ray III | 1.0 | $1,575.00 |
| 2/22/24 | Review and approve de minimis sale | John J. Ray III | 1.0 | $1,575.00 |
| 2/22/24 | Review and approve documents related to EU settlement | John J. Ray III | 0.8 | $1,260.00 |
| 2/23/24 | Review of coin and token sales | John J. Ray III | 0.8 | $1,260.00 |
| 2/23/24 | Review of Anthropic order modifications | John J. Ray III | 0.3 | $472.50 |
| 2/23/24 | Review of settlement request and approval of same | John J. Ray III | 0.5 | $787.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 2/23/24 | Review of liquidity facility modifications | John J. Ray III | 1.3 | $2,047.50 |
| 2/23/24 | Review of venture settlement proposal | John J. Ray III | 0.5 | $787.50 |
| 2/23/24 | Review of professional fees and expenses | John J. Ray III | 0.8 | $1,260.00 |
| 2/23/24 | Review of status of documentation on token sales | John J. Ray III | 0.5 | $787.50 |
| 2/23/24 | Review of various documents in progress related to token sales and commitment letters and comments on same | John J. Ray III | 1.8 | $2,835.00 |
| 2/23/24 | Review and comment on block settlement documents | John J. Ray III | 0.8 | $1,260.00 |
| 2/24/24 | Call with A Dietderich (S&C) and B Mendelsohn (PWP) related to liquidity facility | John J. Ray III | 1.0 | $1,575.00 |
| 2/24/24 | Call with S&C (M De Leeuw and others) and E&Y (T Shea and others) related to tax matters | John J. Ray III | 1.0 | $1,575.00 |
| 2/24/24 | Review of ACH diligence request | John J. Ray III | 0.8 | $1,260.00 |
| 2/24/24 | Review of Japan update | John J. Ray III | 0.5 | $787.50 |
| 2/25/24 | Review and comment on draft token commitment letters | John J. Ray III | 1.0 | $1,575.00 |
| 2/25/24 | Review status of documentation process on token sales | John J. Ray III | 0.8 | $1,260.00 |
| 2/25/24 | Review and approve bidders and NDAs | John J. Ray III | 0.5 | $787.50 |
| 2/25/24 | Review of purchase and sale agreement | John J. Ray III | 1.8 | $2,835.00 |
| 2/26/24 | Call with A&M (E Mosely, S Coverick and others) related to claims reconciliation | John J. Ray III | 0.8 | $1,260.00 |
| 2/26/24 | Review of claim materials and status of objections and motions pending, and KYC | John J. Ray III | 1.0 | $1,575.00 |
| 2/26/24 | Review Japan materials and comments re same | John J. Ray III | 0.8 | $1,260.00 |
| 2/26/24 | Call with Galaxy and Creditor representatives and A&M (K Ramanathan and others) related to token and coin sales | John J. Ray III | 1.0 | $1,575.00 |
| 2/26/24 | Call with A&M (K Ramanathan and others) related to coin and token monetization | John J. Ray III | 0.5 | $787.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 2/26/24 | Review EU matters and status of sale motion | John J. Ray III | 0.8 | $1,260.00 |
| 2/26/24 | Review and execute documentation related to Bahamas properties | John J. Ray III | 1.0 | $1,575.00 |
| 2/26/24 | Review E&Y tax materials | John J. Ray III | 1.0 | $1,575.00 |
| 2/26/24 | Participate in venture webinar | John J. Ray III | 1.0 | $1,575.00 |
| 2/26/24 | Review of recovery waterfall and comments re same | John J. Ray III | 0.8 | $1,260.00 |
| 2/26/24 | Review and approve NDAs for ventures | John J. Ray III | 0.3 | $472.50 |
| 2/26/24 | Review and approve diligence requests | John J. Ray III | 0.5 | $787.50 |
| 2/26/24 | Review draft release related to coins and tokens | John J. Ray III | 0.3 | $472.50 |
| 2/26/24 | Call with Galaxy related to pending token sale process | John J. Ray III | 0.5 | $787.50 |
| 2/26/24 | Call with A&M (E Mosely) related to token sale process | John J. Ray III | 0.3 | $472.50 |
| 2/27/24 | Review of matters related to EU customer claims | John J. Ray III | 0.8 | $1,260.00 |
| 2/27/24 | Call with A&M (E Mosley and others) and S&C (A Dietderich and others) and PWP (B Mendelsohn and others) for weekly steering committee meeting | John J. Ray III | 1.0 | $1,575.00 |
| 2/27/24 | Call with Creditor related to status of case | John J. Ray III | 0.5 | $787.50 |
| 2/27/24 | Review of status of token sales and sale process | John J. Ray III | 2.0 | $3,150.00 |
| 2/27/24 | Review and comment on EU sale process and motion and related issues | John J. Ray III | 1.5 | $2,362.50 |
| 2/27/24 | Call with Fee Examiner related to open matter | John J. Ray III | 0.3 | $472.50 |
| 2/27/24 | Review of reimbursement claims | John J. Ray III | 0.3 | $472.50 |
| 2/27/24 | Review and comment on liquidity facility | John J. Ray III | 0.5 | $787.50 |
| 2/27/24 | Review and comment on Plan structure analysis | John J. Ray III | 1.3 | $2,047.50 |
| 2/27/24 | Review and approve NDAs for Anthropic sale | John J. Ray III | 0.3 | $472.50 |
| 2/27/24 | Review IRS matter and information from S&C (A Dietderich) | John J. Ray III | 0.8 | $1,260.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 2/27/24 | Review update related to pending litigation on coins and tokens | John J. Ray III | 0.3 | $472.50 |
| 2/28/24 | Review and comment on EU claim settlement agreement | John J. Ray III | 0.8 | $1,260.00 |
| 2/28/24 | Review Japan update and provide direction | John J. Ray III | 0.5 | $787.50 |
| 2/28/24 | Review and provide direction on token bids | John J. Ray III | 3.5 | $5,512.50 |
| 2/28/24 | Call with ACH and UCC professionals related to token sales | John J. Ray III | 0.3 | $472.50 |
| 2/28/24 | Review updated bids related to tokens and diligence related to limits and parameters | John J. Ray III | 2.5 | $3,937.50 |
| 2/28/24 | Review updated Plan structure and analysis | John J. Ray III | 2.8 | $4,410.00 |
| 2/28/24 | Review update related to venture sale process | John J. Ray III | 0.3 | $472.50 |
| 2/28/24 | Review proposed agreement with respect to a token issuer | John J. Ray III | 1.0 | $1,575.00 |
| 2/28/24 | Review and approve professional fees | John J. Ray III | 0.8 | $1,260.00 |
| 2/29/24 | Review materials and provide direction related to Japan matters | John J. Ray III | 0.8 | $1,260.00 |
| 2/29/24 | Respond to creditor inquiry | John J. Ray III | 0.3 | $472.50 |
| 2/29/24 | Review of token pricing and monetization process | John J. Ray III | 2.8 | $4,410.00 |
| 2/29/24 | Review of Europe documentation related to sale and motion and provide comments | John J. Ray III | 1.3 | $2,047.50 |
| 2/29/24 | Prepare materials for insurance renewal | John J. Ray III | 0.3 | $472.50 |
| 2/29/24 | Review IRS requests for production | John J. Ray III | 0.5 | $787.50 |
| 2/29/24 | Review and execute approvals related to venture dividends | John J. Ray III | 0.8 | $1,260.00 |
| 2/29/24 | Call with ACH, Rothschild & Co (C Delo) related to token sales | John J. Ray III | 0.3 | $472.50 |
| 2/29/24 | Review draft consent agreement | John J. Ray III | 0.8 | $1,260.00 |
| 2/29/24 | Review updates related to token sales and provide direction related to process | John J. Ray III | 1.3 | $2,047.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 2/29/24 | Review and respond to diligence requests | John J. Ray III | 0.5 | $787.50 |
| 2/29/24 | Review communications related to indemnity matter | John J. Ray III | 0.3 | $472.50 |
| | | **Total Amount for Period:** | 217.1 | $338,388.75 |

**Owl Hill Expense Report – Detail by Day, by Category**

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 02/01/24 | Car service from NYC hotel to LGA from meetings and bankruptcy hearing | | | $139.66 | | | John J. Ray III |
| 02/01/24 | Parking for travel to NYC/Delaware meetings and bankruptcy hearing | | | $97.00 | | | John J. Ray III |
| 02/08/24 | Shipping documents to S&C NYC | | | | | $80.58 | John J. Ray III |
| 02/26/24 | Shipping EU documents to S&C NYC | | | | | $76.78 | John J. Ray III |
| 02/26/24 | Notary, apostille and mailing for Bahamas FTX | | | | | $50.32 | John J. Ray III |
| | **Total Amount for Period:** | **$0.00** | **$0.00** | **$236.66** | **$0.00** | **$207.68** | |