# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*, | ) | Case No. 22-11068 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATE OF SERVICE

I, Monique B. DiSabatino, hereby certify that on March 8, 2024, I did cause the foregoing *Supplemental Objection of TMSI SEZC Ltd. to Motion of Debtors to Estimate Claims Based on Digital Assets* to be filed using the Court's CM/ECF system, which will automatically send email notification to all parties and counsel of record, and via electronic mail on the parties on the attached service list.

                                                                 **SAUL EWING LLP**

                                                                 */s/ Monique B. DiSabatino*
                                                                 Monique B. DiSabatino (DE Bar No. 6027)
                                                                 1201 North Market Street, Suite 2300
                                                                 P.O. Box 1266
                                                                 Wilmington, DE 19899
                                                                 (302) 421-6800

Dated: March 8, 2024

**SERVICE LIST**

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Kimberly A. Brown, Esquire
Matthew R. Pierce, Esquire
Landis Rath & Cobb LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801
landis@lrclaw.com
mcguire@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

Andrew G. Dietderich, Esquire
James L. Bromley, Esquire
Brian D. Glueckstein, Esquire
Alexa J. Kranzley, Esquire
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com