**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice

Name of Transferor:

[redacted]

Name and Current Address of Transferor:

[redacted]

Address on File

Name of Transferee:

507 Investment Fund LLC

Name and Address where notices and payments to transferee should be sent:

507 Investment Fund LLC
Thomas Braziel
tom@117partners.com
5 Greyhen Lane, Savannah, GA 31411

| Claim No. / Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Debtor Schedule No: 00250188 | [redacted] | As described on schedule F | FTX Trading Ltd | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Thomas Braziel (Mar 8, 2024 16:02 GMT)*    Date: 8 March 2024

Transferee/Transferee's Agent



FTX Trading Ltd. Amended Customer Claim Schedule

| | | |
|---|---|---|
| 00250188 | | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], ALGO-PERP[0], ATOM-PERP[0], AVAX-20211231[0], AVAX-PERP[0], AXS-PERP[0], BAND-PERP[0], BNB-PERP[0], BTC[0], BTC-PERP[0], CRV-PERP[0], DEFI-PERP[0], DOT-PERP[0], DYDX-PERP[0], EOS-PERP[0], ETH[0.00000001], ETH-20211231[0], ETH-PERP[-346.76799999], FIDA-PERP[0], FLOW-PERP[0], FTT[25.03692751], FTT-PERP[0], GMT-PERP[0], LINK-PERP[0], LTC-PERP[0], LUNC-PERP[0], MATIC-PERP[0], MOB[0], NEO-PERP[0], PERP-PERP[0], RAY-PERP[0], RSR-PERP[0], RUNE-PERP[0], SHIB-PERP[0], SNX-PERP[0], SOL-PERP[0], SRM[38.49213733], SRM_LOCKED[188.45009745], SRM-PERP[0], STX-PERP[0], SUSHI-PERP[0], SXP-PERP[0], UNI-PERP[0], USD[767628.88], USDT[0.00000001], XLM-PERP[0], XRP-PERP[0], YFI[0], YFI-PERP[0], ZEC-PERP[0] |



## EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, ▉▉▉▉▉▉▉▉▉ ("Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to 507 Investment Fund LLC ("Purchaser") all of Seller's right, title, and interest in and to its "claim" or "claims" (as defined in 11 U.S.C. § 101(5)) (the "Claim") scheduled by FTX Trading Ltd. and affiliated debtors (the "Debtor") in the amount of ▉▉▉▉▉ in *In re FTX Trading Ltd.* (Case No. 22-11068) pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on July 19, 2023.