**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors | Chapter 11<br><br>No. 22-11068 (JTD)<br><br>Jointly Administered |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor: | Name of Transferee: |
|---|---|
| **Name (Redacted)** | **EFRA Digital Assets Inc** |
| Name and Current Address of Transferor: | Name and Address where notices and payments to transferee should be sent: |
| **Name (Redacted)** | **EFRA Digital Assets Inc**<br>**c/o Jonathan Serrano**<br>**Dinsmore & Shohl LLP**<br>**550 S. Hope Street, Ste 1765**<br>**Los Angeles, CA 90071**<br>**Email: jonathan.serrano@dinsmore.com** |

| Claim No. | Schedule ID | Transferred Amount of Claim | Debtor | Case No. |
|---|---|---|---|---|
| 49205 | 2211068806818223 | 100% of Seller's Claim | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_                                          Date: March 7, 2024
Transferee/Transferee's Agent

#42182498v2

# CLAIM PURCHASE AGREEMENT

This Claim Purchase Agreement is made as of March 5, 2024 by and between EFRA DIGITAL ASSETS INC, a Florida corporation ("**Buyer**"), and ▇▇▇▇ ("**Seller**" and, together with Buyer, the "**Parties**"). Buyer hereby irrevocably agrees to purchase all of Seller's right, title and interest in and to Claim No. 49205 (the "**Claim**") filed in the bankruptcy case of FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068), which is pending before the United States Bankruptcy Court for the District of Delaware, pursuant to the representations, warranties, and agreements set forth in this Claim Purchase Agreement (the "**Agreement**") and subject to the terms and conditions set forth below (the "**Transaction**").

I.   **Purchase Price.**

Buyer and Seller agree that the Claim is being sold for valuable consideration (the "**Purchase Price**") already given to Seller. The Transaction will close upon the full execution of this Agreement by the Parties ("**Closing**").

II.   **Seller's Representations and Warranties.**

Seller hereby represents and warrants for the benefit of Buyer as follows:

1. Seller is authorized to consummate the Transaction;

2. Seller is authorized to enter into this Agreement;

3. Seller has already received the Purchase Price from Buyer; and

4. Upon completion of the Transaction, Buyer will receive all of Seller's right, title and interest in and to the Claim.

III.   **Buyer's Representations and Warranties.**

Buyer hereby represents and warrants for the benefit of Seller as follows:

1. Buyer is authorized to consummate the Transaction;

2. Buyer is authorized to enter into this Agreement; and

3. Buyer has evaluated the merits and risks of the Transaction based exclusively on its own independent review. Buyer has made its own decision concerning the Transaction without reliance on any representation or warranty of, or advice from, Seller.

**NOW, THEREFORE**, for and in consideration of the foregoing and of the mutual promises and covenants contained herein, the receipt and sufficiency of which are hereby acknowledged, the Parties, agreeing to be legally bound, agree as follows:

1.   **Assignment of the Claim**. Subject to the terms and conditions set forth

herein, at the Closing, Seller shall sell, assign, transfer, convey, and deliver to Buyer, and Buyer shall purchase from Seller, all of Seller's right, title and interest in and to the Claim.

2. **Rights Conferred.** Nothing contained in this Agreement is intended to provide any right or remedy to any person, other than to Seller.

3. **Successors and Assigns.** This Agreement shall be binding on and inure to the benefit of the Parties hereto and their respective successors and assigns.

4. **Choice of Law.** This Agreement shall be construed in accordance with, and governed in all respects by, the laws of the State of New York without reference to conflict of laws principles.

5. **Counterparts.** This Assignment Agreement may be signed in one or more counterparts, each of which shall be deemed an original and together which shall constitute one and the same instrument.

SELLER:



BUYER:

EFRA DIGITAL ASSETS INC

By: _____
Eric H. Qiu on behalf of EFRA DIGITAL ASSETS INC

#42155175v1

2



# Creditor Data Details - Claim # 49205

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
09/07/2023

**Claim Number**
49205

**Schedule Number**
6818223

**Confirmation ID**
3265-70-NCNAH-611793958

## Claim Amounts

| Claim Nature | Schedule Amount | C* U* D* | Asserted Claim Amount | C* U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | **$0.00** | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Transfers, objections, stipulations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.

## Claim Additional Info

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | AAVE | 0.00000001 |
| CRYPTO | AAVE-PERP | 0.0000000000000036 |
| CRYPTO | ALCX | 0.00000001 |
| CRYPTO | BADGER | 0.00000001 |
| CRYPTO | BAL | 0.00000002 |
| CRYPTO | BIT | 0.00000001 |
| CRYPTO | BTC | 0.0000815286562772 |
| CRYPTO | BTC-20210625 | 0 |
| CRYPTO | BTC-PERP | 0.0000000000000003 |
| CRYPTO | BULL | 0.0000000025625 |
| CRYPTO | CBSE | 0 |
| CRYPTO | COIN | 0.000000008772 |

| | | |
|---|---|---|
| CRYPTO | BADGER | 0.00000001 |
| CRYPTO | BAL | 0.00000002 |
| CRYPTO | BIT | 0.00000001 |
| CRYPTO | BTC | 0.0000815286562772 |
| CRYPTO | BTC-20210625 | 0 |
| CRYPTO | BTC-PERP | 0.0000000000000003 |
| CRYPTO | BULL | 0.0000000025625 |
| CRYPTO | CBSE | 0 |
| CRYPTO | COIN | 0.000000008772 |
| CRYPTO | COMP | 0.00000001 |
| CRYPTO | CRV | 0.00000002 |
| CRYPTO | DAI | 3999.800000020586 |
| CRYPTO | EOS-PERP | 0 |
| CRYPTO | ETH | 0.0000000517073608 |
| CRYPTO | ETHBULL | 0.0000000032 |
| CRYPTO | ETHW | 0.000328609 |
| CRYPTO | FTM | 0.16674206 |
| CRYPTO | FTT | 1000.0982548256235 |
| CRYPTO | LUNC-PERP | 0 |
| CRYPTO | MATIC | 0.0001 |
| CRYPTO | MID-PERP | 0.0000000000000036 |
| CRYPTO | MKR | 0.00000000165296 |
| CRYPTO | ROOK | 0.00000002 |
| CRYPTO | SNX | 0.00000001 |
| CRYPTO | SOL | 1.4481199079879945 |
| CRYPTO | SOL-PERP | 0 |
| CRYPTO | SRM | 4.08679044 |
| CRYPTO | SRM_LOCKED | 1614.83979459 |
| CRYPTO | SUN | 0.00098273 |
| CRYPTO | SUSHI | 0.0000000134277821 |
| CRYPTO | TRX | 6898.06898 |
| CRYPTO | USDT | 1000.0000000311187 |
| CRYPTO | WBTC | 0.000002032875 |
| CRYPTO | YFI | 0.00000001 |
| FIAT | USD | 1595499.6177062322 |