# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

# EXPERT REPORT OF FOTIOS KONSTANTINIDIS

**January 26, 2024**



**FTX Trading Ltd., et al., Debtors Chapter 11**

**Expert Report of Fotios Konstantinidis**

**January 26, 2024**

**Table of Contents**

| | | |
|---|---|---|
| I. | Scope of Opinion and Required Disclosures | 4 |
| II. | Qualifications | 5 |
| III. | Summary of Opinions | 7 |
| | Stout Valuation Analysis | 7 |
| IV. | Assumptions and Limiting Conditions | 10 |

2



**FTX Trading Ltd., et al.,
Debtors Chapter 11**

**Expert Report of
Fotios Konstantinidis**

**January 26, 2024**

## Exhibits

Exhibit A……………………..…………………………...………………. Curriculum Vitae

3



**FTX Trading Ltd., et al., Debtors Chapter 11**

**Expert Report of Fotios Konstantinidis**

**January 26, 2024**

## I. Scope of Opinion and Required Disclosures

1. This report, together with my report dated January 26th, 2024 with respect to claims asserted by Maps Vault Limited and Oxygen Vault Limited (the "Sister Report"), which is incorporated by reference in its entirety as if fully stated herein except to the extent noted below, presents my opinions regarding the Chapter 11 cases pending in the United States Bankruptcy Court for the District of Delaware relating to FTX Trading Ltd. and its affiliated debtors and debtors in possession (collectively, "FTX"). In addition, this report, together with the Sister Report, contains a summary of the information I considered in the development of my opinions and a statement of qualifications. My opinions, detailed herein, are based on the data available to me as of the date of this report and summarized below. I reserve the right to update my opinions should any additional information be discovered relating to this matter. For the avoidance of doubt, paragraphs 1 – 14 of this report amend and restate in their entirety paragraphs 1 – 14 of the Sister Report. In addition, the "Stout Valuation Analysis" section of this report amends and restates in its entirety the "Stout Valuation Analysis" section of the Sister Report to specifically address the valuations of Fondation Elements and Fondation Serendipity's claims.

2. I have no prior relationship with FTX, creditors, or legal counsel representing either party in this proceeding.

3. A detailed list of the sources of information considered is presented in ***Exhibit A*** of the Sister Report.

4. Stout Risius Ross, LLC ("Stout") was asked by Reed Smith ("Counsel") as counsel to Fondation Elements, Liquidity Network Ltd, Fondation Serendipity and Serendipity Network Ltd. to assess the data and methodologies used in the reports submitted by the Debtors' Experts, and, if applicable, apply valuation methodologies to determine the value of the digital assets claimed by Counsel's clients (in USD equivalent).

5. Stout is compensated at a rate of $800 per hour for time incurred by me. Other individuals from Stout provided assistance to me, under my supervision, in this matter; their hourly rates range from $275 per hour to $800 per hour.

4



**FTX Trading Ltd., et al., Debtors Chapter 11**

**Expert Report of Fotios Konstantinidis**

**January 26, 2024**

## II.  Qualifications

6. I am a data scientist with a M.S. (2003, outstanding M.S. award) in Computer Science, specialized in data mining, a M.S. (1999) in Geophysics and Space Physics and I have completed (non-degree, 2000) the M.S. requirements in Chemical Engineering at the University of California, Los Angeles ("UCLA"). I have also taught undergraduate data mining classes as a Teaching Assistant at the Computer Science department at UCLA.

7. During my academic career, I have analyzed satellite data that capture planetary magnetic fields, performed DNA sequence analysis and analyzed chemical reaction data. After my graduate studies, I worked as a Computational Brain Researcher in a National Institutes of Health ("NIH")-funded Neuro Imaging Lab at UCLA, where I analyzed brain imaging data from patients with brain diseases, such as Alzheimer's disease.

8. I have published more than 15 articles in peer-reviews journals, workshops and conferences in data analysis, as applied in planetary magnetic field data, reaction engineering data, and brain imaging data, among others.

9. During my graduate career, I have been a member of the International Society for Computational Biology ("ISCB"), the Institute of Electrical and Electronics Engineers ("IEEE") Computer Society, the Association for Computing Machinery ("ACM"), and the American Institute of Chemical Engineers ("AIChE").

10. I have more than 20 years of academic, consulting and industry experience in data mining, advanced statistics and data analytics. I am currently a Managing Director at Stout leading the Digital and Data Analytics practice. Stout is a leading financial advisory firm serving global and middle market clients. Stout focuses its services in the areas of Investment Banking & Restructuring; Transaction Advisory; Valuation Advisory; Accounting & Reporting Advisory; Disputes, Claims & Investigations; and Specialty & Industry Services.

11. During my work at Stout, I have been applying statistical and machine learning methods to value complex securities, structured products, digital assets, cryptocurrencies and NFTs for financial reporting and tax purposes. I have developed data analytics and statistical models to value a wide range of asset classes, including structured products, warrants, mortgage-backed securities and digital assets. I regularly advise publicly traded and privately-owned companies, including hedge funds, private equity funds, lenders, accounting firms, and law firms. I work closely with CFOs, CIOs, portfolio managers, and risk management professionals in the context of fair value for financial reporting purposes. Some recent cryptocurrency-related matters I led were: a) Valuation of all cryptocurrency holdings in the Celsius Network LLC, et al. bankruptcy, b) Valuation of a portfolio of illiquid digital assets for IRS purposes, c) Valuation of NFT holdings for two investment firms.



**FTX Trading Ltd., et al., Debtors Chapter 11**

**Expert Report of Fotios Konstantinidis**

**January 26, 2024**

12. Prior to joining Stout, I was a Senior Vice President in one of the biggest credit union service organizations ("CUSOs") in the United States, CO-OP Solutions, where I was the product leader for all AI-driven products, including an AI-based fraud platform used by thousands of credit unions and blockchain-based identity products. Before CO-OP Solutions, I was an Associate Partner in the Digital Practice of McKinsey & Company, where I was responsible for leading engagements in Fortune 100 companies, applying advanced statistical methods to large amounts of data ("Big Data"). I have also worked as a Senior Director at Visa, where I was the Connected Car lead, responsible for deploying data-driven, blockchain-based prototypes with applications in the payments industry.

13. My curriculum vitae is included in **Exhibit A** and lists in detail my professional and academic experience, academic awards, recent testimony, and journal and conference publications.

14. With the aforementioned academic background and professional experience, I am well established to offer the opinions contained herein.

6



### III. Summary of Opinions

**Stout Valuation Analysis**

15. Investors with a large block of tokens may experience difficulty realizing the quoted market or spot prices for their securities when trying to liquidate their holdings within a reasonable period of time due to supply and demand forces. In other words, the tokens could not be disposed of in their entirety by the normal retail method of selling tokens without depressing the quoted price, and thus, a "blockage" method of valuing the tokens will more accurately reflect its value.

16. A blockage discount does present certain liquidity challenges because a large block of securities or tokens cannot ordinarily be liquidated as quickly as a few securities (*i.e.*, it is temporarily illiquid). However, there are various methods to liquidate a large holding of securities or tokens with one of the most common methods being the gradual liquidation of the position over time without causing a significant change in price. The principal variable under this approach is the duration of the liquidation period, which is based in part on analyzing appropriate daily volume trends.

17. An effective duration of the subject block of tokens was calculated based on their respective unlocking schedule, the assumed daily trading volume of the tokens, and an assumed orderly liquidation of the subject block of tokens based on an assumed increase in the daily trading volume of 10% without depressing the market price.

18. The owner of the tokens is subject to the risk of a decrease in value over the time period it takes for the orderly liquidation to be completed. Accordingly, it is appropriate to consider the cost the owner would incur to achieve price certainty (*i.e.*, the cost to hedge against any decreases in value of the tokens). The theoretical cost of such a hedge can be quantified using widely accepted financial models, and the resulting cost provides a quantitative indication of a valuation discount. All factors considered, utilized, and placed equal weight on, the implied discounts from the Chaffe Model[1] and the Finnerty Model[2] and which are described below[3].

19. David B. Chaffe first proposed the Chaffe Model under which he related the cost to purchase a European put option to the relevant discount. For this purpose, the Black-Scholes[4] option pricing model (the "Black-Scholes

---

[1] David B. Chaffe, "Option Pricing as a Proxy for Discount for Lack of Marketability in Private Company Valuations," Business Valuation Review 12 (December 1993): 182-88.

[2] Finnerty, John D. "An Average-Strike Put Option Model of the Marketability Discount." The Journal of Derivatives 19, no. 4 (2012): 53-69.

[3] Our valuation discount was the average between these two well-established methods: The Chaffe and the Finnerty Model. We selected the average, since they both have strengths and weaknesses and the average provides a non-biased estimate of the asset discount.

[4] Robert C. Merton and Myron S. Scholes were jointly awarded the Nobel Memorial Prize in Economic Sciences for their pioneering work on option pricing, which included the Black-Scholes model. Two key academic papers were the following: a) Black, F., & Scholes, M. (1973). The pricing of options and corporate liabilities. The Journal of Political Economy, 81(3), 637-654, and

7



Model") can be used to determine the value of an "at-the-money" put option using the following inputs: (1) asset price, (2) strike price, (3) time to expiration or maturity (*i.e.*, the effective duration noted above), (4) interest rates, and (5) volatility. Additionally, the Finnerty Model can be used to estimate a discount based on the value of an average-strike price put option using the following inputs: (1) asset price, (2) time to expiration or maturity i.e., the effective duration noted above), (3) volatility, and (4) dividend or distribution yield.

20. The input data for the valuation methodology followed were collected from the CoinMarketCap API. The prices and daily trading volumes used for the three tokens (as of the Petition Date and Petition Time) were the 24-hour averages[5] for the 24 hours prior to the Petition Date and Time. The volatility used was the annualized 9-month average[6].

21. Volume trends from 20 cryptocurrencies that are available in the Ethereum blockchain[7], were active for the last 5 years, were not stablecoins, and had average daily volume in USD between $1 million - $30 million were used. These volume trends were translated into the volume profile for MAPS and OXY during their corresponding unlocking schedules. In essence, this method assumes fluctuations (based on other cryptocurrencies) in the daily trading volume of MAPS and OXY and does not make the unrealistic assumption that their volume will be constant during their unlocking period of 4 or 5 years.

22. There is no differentiation between locked and unlocked tokens, since the unlocked tokens follow linear unlocking scheduling and can be sold daily together with the unlocked tokens.

23. This valuation analysis was focused on providing a fair value for two different entities that hold the following token units of MAPS and/or OXY:

    a. Fondation Elements

        i. Unlocked OXY tokens: 358,778,626

        ii. Locked OXY tokens: 1,641,221,374

    b. Fondation Serendipity

        i. Unlocked OXY tokens: 179,389,313

---

b) Merton, R. C. (1973). Theory of rational option pricing. The Bell Journal of Economics and Management Science, 4(1), 141-183.

[5] The average daily trading volume (in units) for the two tokens was: 2,062,501 for MAPS and 3,085,427 for OXY. The spot prices were: $0.1071 for MAPS and $0.0306 for OXY.

[6] We reviewed the different time intervals for the volatility of the three tokens and we chose 9 months as the optimal interval (ignoring minima and maxima of the value). For volatile assets, such as these three tokens, a shorter timeframe (for example, shorter than 12 months) is more relevant to reflect recent price movements, which are closer to the Petition Date.

[7] The cryptocurrencies used were: BGB, CRO, ELF, XAUT, PAXG, GNO, IOTX, KCS, LEO, OKB, QNT, RPL, SHIB, SNX, THETA, TKX, TON11419, CBETH, WBETH, WBTC.

8



**FTX Trading Ltd., et al., Debtors Chapter 11**

**Expert Report of Fotios Konstantinidis**

**January 26, 2024**

      ii. Locked OXY tokens: 820,610,687

      iii. Unlocked MAPS tokens: 471,232,877

      iv. Locked MAPS tokens: 1,528,767,123

24. The results of this analysis, as of the date of this report, based on the foregoing valuation methodology, are the following (per entity):

    a. Fondation Elements

      i. OXY: 36.4%

    b. Fondation Serendipity

      i. OXY: 35.8%

      ii. MAPS: 43.2%

25. Based on the calculated discounts and the spot prices of the three tokens as of the Petition Date and Petition Time, the value[8] (in USD) of the tokens that Fondation Elements and Fondation Serendipity held was:

    a. Fondation Elements

      i. OXY: $38,960,743

    b. Fondation Serendipity

      i. OXY: $19,659,096

      ii. MAPS: $121,633,079

---

[8] As of the Petition Date and Petition Time.

9



**FTX Trading Ltd., et al., Debtors Chapter 11**

**Expert Report of Fotios Konstantinidis**

**January 26, 2024**

## IV.  Assumptions and Limiting Conditions

26.  My conclusions are based on the information received to date. I reserve the right to change those conclusions should additional information be provided.

27.  No one that worked on this engagement has any known financial interest in the Claimant or the Respondent or the outcome of the analysis. Further, Stout's compensation is neither based nor contingent on the results of the analysis.

28.  My conclusions are applicable for the stated date and purpose only, and may not be appropriate for any other date or purpose. This report is solely for use in the cited dispute, for the purpose stated herein, and is not to be referred to or distributed, in whole or in part, without prior written consent.

_____      _____

Fotis Konstantinidis
Managing Director
Stout Risius Ross, LLC

10

# EXHIBIT A

# CURRICULUM VITAE

Fotios Konstantinidis

fkonstantinidis@stout.com

https://www.stout.com/en/professionals/fotis-konstantinidis

## PROFFESIONAL SUMMARY

- Over 20 years of experience in data mining, advanced statistics and data analytics, data strategy, and integration of digital technologies in several industries.
- Senior leadership on digital transformation and data analysis; application of a broad range of machine learning and statistical algorithms to maximize real business value. Program lead for large digital initiatives for private and public companies; launched agile-driven digital products that were presented in international conferences and workshops.

## PROFESSIONAL EXPERIENCE

**STOUT, LOS ANGELES, CA**                                      **AUG. 2019 – PRESENT**
*Managing Director – Head of AI and Digital Transformation*
- Global Digital Practice Lead offering 5 service lines: 1) Data strategy, 2) Data Analytics & Business Intelligence, 3) Prediction/Forecasting based on machine learning models, 4) Robotic Process Automation, and 5) Cybersecurity assessment and regulatory compliance.

**CO-OP FINANCIAL SERVICES, RANCHO CUCAMONGA, CA DEC. 2017 – JUL. 2019**
*Senior Vice President – Fraud Products*
- Led product development and portfolio management of all fraud and authentication products of the organization in all channels (mobile, online, contact center, ATM).
- P&L owner ($100MM+ in revenue) for the Fraud and Contact Center Products portfolio.
- Oversaw strategy and delivery of the most advanced digital solutions that apply advanced analytics to all current and future solutions.
- Responsible for successful delivery of the first, in-house, AI-based fraud platform, named "Cooper", which combines rules with advanced AI.

**McKINSEY & COMPANY, LOS ANGELES, CA**                      **FEB. 2017 – DEC 2017**
*Senior Digital Manager/Associate Partner – IoT Lead*
- One of the first experienced hires to lead newly formed Digital McKinsey in the intersection of IoT and payments.
- Delivered rapid prototypes and digital products by collaborating with several leading high-tech companies.
- Defined digital strategy for financial services clients based on big data analysis.

**VISA, SAN FRANCISCO, CA**                                      **SEP. 2015 – FEB. 2017**
*Senior Director – Innovation and Strategic Partnerships – Connected Car Lead*
- Designed and delivered data-driven, pre-production pilots primarily in the connected car space.
- Collaborated with car OEMs, merchants, issuers, and acquirers and presented consumer experience in international conferences, like CES, MWC, SXSW, among others.

- Led business development efforts and established deep relationships with different players in the connected car/IoT ecosystem.

### ACCENTURE, LOS ANGELES, CA                     FEB. 2011 – SEP. 2015
*Senior Manager – Silicon Valley IoT Lead*
- Led the design and incubation of new digital and mobile applications leveraging mobility, analytics and big data in concert with data scientists, software developers, client teams and the VC community.
- Designed and deployed digital business transformation strategies on behalf of Fortune 500 companies utilizing cloud-based functionality and leveraging data mining algorithms and API management.
- Select clients where advanced digital solutions were sold and delivered include: E-Trade, Apple, American Express, Motorola, Northwestern Mutual, Halliburton.

### MEGO, LOS ANGELES, CA                          SEP. 2007 – NOV. 2010
*Chief Technology Officer*
- Managed 30+ developers and designers to launch a first-of-its-kind multimedia, portable profile website.
- Ensured $3M round "B" funding from multiple angels and achieved 300% user increase to 1.5 million users.
- Led cloud migration efforts and architected recommendation engine to provide personalized user experience.
- Introduced virtual economy and deployed digital wallet in main platform.

### MODERATI / SKYROCKIT, SAN FRANCISCO, CA        JUL. 2005 – JUL. 2007
*Technical Lead*
- Managed development teams to deliver high-end, data-driven mobile applications for several clients in the music industry, including VH1 and CMT
- Led development of Qualcomm-awarded, in-house application "modtones".

### LOTUS INTERWORKS, LOS ANGELES, CA              AUG. 2004 – JUN. 2005
*Technical Lead*
- Managed large development teams in India and the US to build over 30 mobile applications and games for well-known game publishers, including THQ, I-play, mForma.
- Architected and led implementation of 3D rendering software in mobile games.

### LABORATORY OF NEURO IMAGING, LOS ANGELES, CA   OCT. 2002 – JUL. 2004
*Computational Brain Researcher*
- Developed brain software that ensured $800k grant from the National Institute of Health (NIH) to further pursue the Mouse Atlas Project.
- Led software development teams in applying data mining and 3D visualization techniques to MRI scans of the human brain.
- Developed and implemented machine learning algorithms for finding patterns on patients with Alzheimer's disease and schizophrenia.

### STREAM ENGINEERING/RTOT
*Co-Founder/CTO*                                   JUL. 2000 – MAR. 2003
- Co-founded two Europe-based start-up companies (Stream Engineering, RTOT)

funded by European programs with $2M for 2 years.

**EDUCATION**

- **M.S. Computer Science** (Outstanding M.S. Award), University of California, Los Angeles, 03/03
- **M.S.** (equivalent) **Chemical Engineering**, University of California, Los Angeles, 09/00
- **M.S. Geophysics and Space Physics** (Honors), University of California, Los Angeles, 09/99
- **B.S. Physics** (Valedictorian), Aristotle University of Thessaloniki, Greece, 10/97

**TESTIMONY EXPERIENCE**
- North American Lighting, Inc., v. AML Systems, Chicago Office of the International Centre for Dispute Resolution, American Arbitration Association, 2022

**ACADEMIC HONORS/AWARDS**

- Outstanding M.S. award, Computer Science department, UCLA, March 2003
- Microsoft Fellowship for the Guerilla .NET – C# Workshop, December 16-20, 2002, Torrance, CA.
- Onassis Foundation Scholarship for Excellence in Academic Achievement for 2000-2002.
- Recipient of the ARCO Fellowship, September 1999 - June 2000.
- Recipient of the UCLA Tuition Fellowship Award for 1997-2003.
- First Place in School of Sciences (Informatics, Physics, Math, Chemistry, Biology, Geology), Aristotle University of Thessaloniki, Greece, October 1996.
- Three Greek State Merit Scholarships for First Place (1993-1995).
- Invited Talk in the Workshop/Symposium on Mathematical Physics "Hyperfunctions, Operator Theory and Dynamical Systems", 6-12 January 1997, Brussels, Belgium, chaired by the 1977 Nobel Laureate in Chemistry, Dr. Ilya Prigogine.
- 

**ACADEMIC (PAST) MEMBERSHIPS**

- Member of the International Society of Computational Biology (ISCB).
- Member of the Institute of Electrical and Electronics Engineering (IEEE) Computer Society.
- Member of the Association for Computing Machinery (ACM).
- Member of the American Institute of Chemical Engineers (AIChE).
- Local Organizing Committee Member for the 8th European Meeting on Solar Physics: Solar & Heliospheric Plasma Physics, 13-18 May 1996, Thessaloniki, Greece.

**ARTICLES/PUBLICATIONS/CONFERENCES**

1. "Discovering NFTs: What Your Company Needs to Know About NFTs in 2023", Practising Law Institute (PLI), December 2023: https://www.pli.edu/programs/unpacking-the-boom-what-your-company-needs-to-know-about-nfts
2. "Data Analytics' Importance in Compliance: What Companies Need to Know", ALM | Law.com, August 2023:  https://www.law.com/thelegalintelligencer/2023/08/21/data-analytics-importance-in-compliance-what-companies-need-to-know
3. "Cryptocurrency and NFT Tax Considerations Based on Recent IRS Strategy and Guidance", Bloomberg Tax, Tax Management Memorandum, June 2023, https://www.stout.com/en/insights/article/cryptocurrency-nft-tax-considerations-based-recent-irs-strategy-guidance
4. "NFT Taxation: What Guidance Currently Exists and Using Established Tax Principles to Fill the Voids", Practising Law Institute (PLI), November 2022, https://www.pli.edu/programs/unpacking-the-boom-what-your-company-needs-to-know-about-nfts?t=ondemand&p=352814#SEG136675
5. "The Trials and Tribulations of NFT Valuation in the Marketplace", Bloomberg Tax, October 2022: https://news.bloombergtax.com/tax-insights-and-commentary/the-trials-and-tribulations-of-nft-valuation-in-the-marketplace
6. "The Wild West: Valuing Cryptocurrency During a Time of Volatility", Bloomberg Law, March 2022: https://news.bloomberglaw.com/daily-tax-report/the-wild-west-valuing-cryptocurrency-during-a-time-of-volatility
7. "Why Data Analytics Can be Crucial in Litigation Outcomes", Stout.com, March 2023: https://www.stout.com/en/insights/article/why-data-analytics-can-be-crucial-litigation-outcomes
8. "Why Cybersecurity Can't Be Ignored", Stout.com, November 2021: https://www.stout.com/en/insights/article/why-cybersecurity-cant-be-ignored
9. "Today's Data Governance: Lost in Translation Schrems II, CPRA, and Maintaining a Current Data Inventory", Presentation at Association of Corporate Counsel (ACC) San Francisco, January 2021: https://www.acc.com/education-events/2021/race-finish-2021-day-2
10. "Can Machine Learning Help Cybersecurity Systems?", Stout.com, September 2020: https://www.stout.com/en/insights/article/can-machine-learning-help-cybersecurity-systems
11. Why Data Analytics Can be Crucial in Litigation Outcomes", March 2023: https://www.stout.com/en/insights/article/why-data-analytics-can-be-crucial-litigation-outcomes
12. "5 Tech Challenges for Healthcare IT Leaders", Stout.com, March 2021: https://www.stout.com/en/insights/infographic/5-tech-challenges-healthcare-it-leaders
13. "IT Modernization in the Healthcare Industry", Stout.com, February 2021: https://www.stout.com/en/insights/article/it-modernization-healthcare-industry
14. "New IT Remedies for Healthcare Organizations", Stout.com, September 2020: https://www.stout.com/en/insights/article/new-it-remedies-healthcare-organizations
15. "How Advanced Analytics Helps Prevent Patient Leakage in Healthcare Organizations", Stout.com, August 2020: https://www.stout.com/en/insights/article/how-advanced-analytics-helps-prevent-patient-leakage-healthcare
16. "Preparing a company to go public", Accounting Today, October 2022, https://www.accountingtoday.com/opinion/preparing-a-company-to-go-public
17. "Data Analytics Software Provides Value for ASC 606 Compliance", Bloomberg Tax, August 2022, https://news.bloombergtax.com/tax-insights-and-commentary/data-analytics-software-provides-value-for-asc-606-compliance

18. "Why and how to run machine learning algorithms on edge devices", The Robot Report, February 2020, https://www.therobotreport.com/why-and-how-to-run-machine-learning-algorithms-on-edge-devices/
19. "Optimizing Data Strategies", Stout.com, January 2020, https://www.stout.com/en/insights/article/optimizing-data-strategies
20. "How CFOs Can Leverage RPA Software to Automate Invoice Processing", Stout.com, https://www.stout.com/en/insights/article/how-cfo-can-leverage-rpa-software-automate-invoice-processing
21. "Digital Trends for the CIO Amid the COVID-19 Pandemic", Stout.com, https://www.stout.com/en/insights/article/digital-trends-cio-amid-covid-19-pandemic
22. "The Future of Artificial Intelligence", Stout.com, https://www.stout.com/en/insights/commentary/future-artificial-intelligence
23. "Looking Ahead in 2019: A.I. Needed to Level Fraud-fighting Playing Field", Cornerstone CU League Magazine, July 2018, https://www.cornerstoneleague.coop/docs/default-source/Communications-Documents/perspectives/perspective-vol-14-issue-1.pdf?sfvrsn=0
24. "3 Powerful Reasons to Invest in AI Today", CUES (Credit Union Executives Society), July 2018, https://www.cumanagement.com/blogs/2018/07/26/3-powerful-reasons-invest-ai-today
25. Ivo D Dinov 1, Daniel Valentino, Bae Cheol Shin, Fotios Konstantinidis, Guogang Hu, Allan MacKenzie-Graham, Erh-Fang Lee, David Shattuck, Jeff Ma, Craig Schwartz, Arthur W Toga, "LONI visualization environment", J Digit Imaging, 2006, Jun;19(2):148-58.
26. Allan MacKenzie-Graham, Erh-Fang Lee, Ivo D. Dinov, Mihail Bota, David W. Shattuck, Seth Ruffins, Heng Yuan, Fotios Konstantinidis, Alain Pitiot,Yi Ding, Guogang Hu, Russell E. Jacobs, Arthur W. Toga, " A multimodal, multidimensional atlas of the C57BL/6J mouse brain",  J.Anat. (2004) 204, pp 93-102.
27. F. Konstantinidis, D.Stott Parker, "Testing the numerical sensitivity of  simulation codes using Monte Carlo arithmetic", Technical Report CSD-9200187, UCLA, Computer Science Department, February 2003
28. F. Konstantinidis, H. C. Kim and V. Manousiouthakis, "Simulation of a Weakly Ionized Plasma Driven by Various Voltage Waveforms", 1999 Annual AIChE Meeting, October 31 - November 5, 1999, Dallas, TX.
29. F. Konstantinidis, H.C. Kim, "An Optimization Algorithm Applied to Weakly Ionized Plasmas", 1999 Annual AIChE Meeting, October 31 - November 5, 1999, Dallas, TX.
30. F. Konstantinidis, K. Holiastos, "Use of Monte-Carlo Methods in Reaction Engineering", 1999 Annual AIChE Meeting, October 31 - November 5 1999, Dallas, TX.
31. F. Konstantinidis, C. T. Russell, D. E. Huddleston, K. K. Khurana and M.G. Kivelson, "Magnetic Evidence for an Extended Europa Wake", 1998 Fall AGU Meeting, San Fransisco.
32. G. Le, C. T. Russell, D. E. Huddleston, R. J. Strangeway, and F. Konstantinidis, "POLAR Observations of Ion Cyclotron Waves in the Cusp", 1998 Fall AGU Meeting, San Fransisco.
33. C. T. Russell, D. E. Huddleston, F. Konstantinidis, M. G. Kivelson and K. K. Khurana, "Sources and Losses of the Jovian Plasma, 1998 Fall AGU Meeting", San Fransisco.
34. C. T. Russell, D. E. Huddleston, F. Konstantinidis, M. G. Kivelson, K. K. Khurana, "The Unsteady Circulation of the Jovian Plasma", DPS Conference, October 11-16, 1998, Madison, Wisconsin.

35. D. E. Huddleston, C. T. Russell, F. Konstantinidis, R. J. Strangeway , X. Blanco-Cano, "Wave Particle Interactions at Io", DPS Conference, October 11-16 1998, Madison, Wisconsin.
36. F. Konstantinidis, C. T. Russell, D. E. Huddleston, K. K. Khurana, M. G. Kivelson, "The Europa Plume as Observed by the Galileo Magnetometer", DPS Conference, October 11 – 16, 1998, Madison, Wisconsin.
37. M. Gedalin, F. Konstantinidis, C. T. Russell, D. E. Huddleston and R. J. Strangeway, "Properties of the Ion Cyclotron Waves in the Neighborhood of Io: Results from Wavelet Analysis", 1998 Spring AGU Meeting, Boston.
38. F. Konstantinidis., C. T. Russell, D. E. Huddleston, R. J. Strangeway and M. Gedalin, "Properties of the Ion Cyclotron Waves in the Neighborhood of Io: Results from Fourier Analysis", 1998 Spring AGU Meeting, Boston.
39. F. Konstantinidis, "Linear Filters for the Prediction of the Geomagnetic Activity", 4th National Conference in Complexity and Chaotic Dynamics in Non-linear Systems, 22 July-2 August 1996, Patras, Greece.