# Exhibit D

Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
- - - - - - - - - - - - - - - - - - - - - x
In re:                          Chapter 11
                                Case No. 22-11068
FTX TRADING LTD., et al.,   (JTD)
        Debtors.
- - - - - - - - - - - - - - - - - - - - - x


        Deposition of KEVIN LU, taken
    pursuant to notice, was held at the law
    offices of SULLIVAN & CROMWELL LLP, 125
    Broad Street, New York, New York,
    commencing March 1, 2024, 9:00 a.m., on
    the above date, before Leslie Fagin, a
    Court Reporter and Notary Public in the
    State of New York.
                    - - -




        MAGNA LEGAL SERVICES - (866) 624-6221
                www.MagnaLS.com



1                K. Lu
2        A.    I don't know the qualifications of
3    those individuals.
4        Q.    Just looking at the abstract on
5    page 1 and the title, this article was
6    focused solely on the Bitcoin market, is that
7    right?
8        A.    Yes.
9        Q.    And the article doesn't say
10   anything about either the Maps tokens, the
11   OXY tokens or the Serum tokens, does it?
12       A.    It does not.
13       Q.    What sources have you reviewed that
14   identify the existence of wash trading with
15   respect to Maps tokens?
16       A.    I personally haven't examined the
17   specific exchanges that those tokens were
18   traded on so I don't know the extent to which
19   wash trading occurred for those tokens on
20   those exchanges.
21       Q.    Are you aware of any data that
22   indicates that there was any wash trading
23   with respect to Maps tokens?
24       A.    I haven't looked at the data so I
25   don't know one way or the other if there is



1                K. Lu
2    wash trading or not.
3        Q.   Have you reviewed any sources that
4    identified wash trading for OXY tokens?
5        A.   No.  Same answer as Maps.
6        Q.   Is it the same answer for Serum
7    tokens as well?
8        A.   Yes.
9        Q.   So you are not aware of any data or
10   research or articles that identify that there
11   has been any wash trading for Maps, OXY or
12   Serum tokens?
13       A.   I personally haven't looked into
14   the topics, I don't know if there exists any
15   of that data reports, I have not personally
16   reviewed those.
17       Q.   None of the studies that you cite
18   either in your original declaration or your
19   response report, none of those studies
20   discuss wash trading or fake volume with
21   respect to Maps, OXY or Serum tokens, is that
22   right?
23       A.   The Bitwise paper examined Bitcoin.
24   I also cited some other academic papers in my
25   response and I can't recall the exact tokens



1                  K. Lu
2    decides to exclude it.  One reason could be
3    that sometimes a ticker symbol may be
4    mismatched between the exchange reported
5    symbol and Coin Market Cap symbol that could
6    lead to an outlier.  In those cases, they
7    decide to remove it from the volume
8    calculation.
9         Q.   Have you performed or has anyone at
10   your direction performed any analysis to
11   determine whether any changes implemented by
12   Coin Market Cap after the 2019 Bitwise
13   article improved the reliability of Coin
14   Market Cap's reported trading volume?
15        A.   No, I have not and no one under my
16   direction has done so either.
17        Q.   Are you aware of any studies that
18   analyze the reliability of Coin Market Cap's
19   volume data after the changes we just
20   discussed were implemented?
21        A.   I don't know, but subsequent to the
22   publication of the 2019 Bitwise report, there
23   have been other independent researchers who
24   have studied the same problem using more
25   recent samples of data and they have come to


```
 1                      K. Lu
 2   either token?
 3        A.    I thought that utilizing the
 4   reference rates methodology contained within
 5   the coin metric prices was the more
 6   appropriate pricing methodology to apply for
 7   my assignment, it leads to a more robust
 8   price because it's considering prices from a
 9   wide selection of trading venues.
10              It also uses a weighted median
11   techniques which our research has shown to be
12   more robust to outliers, flash crashes and
13   suspected manipulation.
14              By contrast, the principle market
15   price would only be calculated from a single
16   venue which would lead to a lower quality
17   price in my opinion.
18        Q.    So in your view, when trying to
19   determine an accurate price, it's best to
20   look at multiple sources of information?
21        A.    Yes.
22        Q.    In your response, you stated that
23   serious practitioners within the industry
24   understand that data aggregators such as Coin
25   Market Cap, Coin Getko and Coin Paprika are
```

