# Exhibit E

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
IN RE:                          )
                                )
                                )  Case No.
FTX TRADING LTD., et al.        )
                                )  22-11068 (JTD)
        Debtors.                )
```

EXAMINATION OF

FOTIOS KONSTANTINIDIS

_____

TAKEN ON

TUESDAY, FEBRUARY 27, 2024

CERTIFIED STENOGRAPHER:
 JESSIE WAACK, RDR, CRR, CCRR, NYRCR, NYACR,
 CCR-NJ (No. 30XI008238700) CSR-TX (No. 11958)
 CCR-WA (No. 21007264), CSR-CA (No. 14420),
 REALTIME SYSTEMS ADMINISTRATOR
 JOB NO.: 1105009



```
 1            F. KONSTANTINIDIS - 02/27/2024
 2    problems are not pervasive in the
 3    CoinMarketCap aggregated data?
 4         A.   Correct.  Yes.
 5         Q.   And the basis for that is what's
 6    been reported by CoinMarketCap to the
 7    public, correct?
 8         A.   Yes.  My basis for that is the
 9    documentation they provide about the
10    measures they take to protect whoever
11    consumes that data.
12         Q.   Did you exclude from any of your
13    data, volume data, lower scoring exchanges
14    that are reported by CoinMarketCap?
15         A.   No.  Because just like I believe
16    in the original report by Mr. Lu, the data
17    aggregators when you extract historical
18    data, they do not provide the different
19    cryptocurrencies that they correspond to.
20         Q.   So isn't it true that one of the
21    reasons that CoinMarketCap would reduce the
22    rating of an exchange is because of
23    concerns about their trading data?
24         A.   In many cases, CoinMarketCap
25    doesn't even include exchanges that they
```



Page 109

1            F. KONSTANTINIDIS - 02/27/2024
2     have low ranking.  This is why I am relying
3     on their data.
4          Q.    But you would agree that there
5     are, within the exchange pool that
6     CoinMarketCap is reporting, there are
7     higher ranked exchanges and lower ranked
8     exchanges, correct?
9          A.    But in most of the cases, they're
10    the higher ranked exchanges that they
11    provide.  And based on the data I saw, for
12    example, comparing Professor Lu -- excuse
13    me, Professor Howell's volume with
14    CoinMarketCap, she uses the 510,000 as the
15    average volume for the estimation period.
16              If you add LBank to that, you
17    get -- you get up to 1.7 million.  And the
18    CoinMarketCap reported volume is 1.8.
19              So there's 100,000 difference
20    between the two, which I believe probably
21    comes from a decentralized exchange or
22    rating or any other reputable exchange that
23    would provide that extra volume.
24              So based on the data I saw, it
25    makes perfect sense that CoinMarketCap does



Page 113

```
 1           F. KONSTANTINIDIS - 02/27/2024
 2   establish or that the KO model does not
 3   apply to cryptocurrency?
 4        A.   My opinion is that the KO model
 5   is not a discount model, first of all.
 6             And then, secondly, it cannot be
 7   applying to anything outside of the data
 8   that it was used for.
 9        Q.   Can you elaborate on what you
10   mean by cannot be used -- cannot be applied
11   to anything outside of the data that it was
12   used for?
13        A.   Yes.  In the 2016 paper, it's
14   using portfolio transition orders.  This is
15   when an investor call a broker and they
16   move -- they make certain moves on the
17   market for them, buy or sell.
18             The KO model is based on the idea
19   of a bet, which is statistically
20   independent, two bets from each other,
21   which means that these are not
22   transactions.  You need to know the mind of
23   the investor.
24             In the cryptocurrency market,
25   when I have a transaction, it's spread out
```



Page 114

```
 1            F. KONSTANTINIDIS - 02/27/2024
 2   into five or six or ten, so it's impossible
 3   to know, oh, this transaction -- do this
 4   transaction belong to one bet or these are
 5   10 different bets.
 6            So, first of all, this is not
 7   practical to understand what a bet is, so
 8   you cannot use it in the cryptocurrency
 9   market.
10            The second point is unlike the
11   normal discount models, Finnerty, Chaffe,
12   Longstaff, Ghaidarov, we clearly say these
13   are discounts, and they checked against
14   benchmark data.  The KO model never makes a
15   case about being a discount model.
16            So for those reasons, it cannot
17   be applied outside the data set it was used
18   for.
19       Q.   You're not aware of any -- you're
20   not aware of any situation where the KO
21   model was applied to cryptocurrency?
22       A.   For which purposes?
23       Q.   For any purpose.  You said it
24   can't be used for cryptocurrency markets.
25            MR. TOROSIAN:  Objection to form.
```

