IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FTX TRADING LTD., *et al.*, | ) ) ) | Case No. 22-11068 (JTD) (Jointly Administered) |
| Debtors. | ) ) ) ) | |

## **CERTIFICATE OF SERVICE**

I, Kurt F. Gwynne, hereby certify that on March 8, 2024, I caused to be served copies of the following documents to all parties consenting to service through the Court's CM/ECF system: (i) *Objection of Fondation Serendipity, Fondation Elements, Serendipity Network Ltd and Liquidity Network Ltd to the Debtors' Motion to Estimate Claims Based on Digital Assets*; (ii) *Exhibits A-F to the Objection of Fondation Serendipity, Fondation Elements, Serendipity Network Ltd and Liquidity Network Ltd to the Debtors' Motion To Estimate Claims Based On Digital Assets*; and (iii) this *Certificate of Service*.

Dated: March 8, 2024
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

*/s/ Kurt F. Gwynne*
Kurt F. Gwynne (No. 3951)
Brian M. Rostocki (No. 4599)
Benjamin P. Chapple (No. 5871)
John T. Miraglia (No. 6682)
1201 North Market Street
Suite 1500
Wilmington, DE 19801-1163
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: kgwynne@reedsmith.com

- 2 -

E-mail: brostocki@reedsmith.com
E-mail: bchapple@reedsmith.com
E-mail: jmiraglia@reedsmith.com


-and-

Aaron Javian, Esq. (admitted pro hac vice)
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: ajavian@reedsmith.com

*Counsel to the Foundations*