IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 22-11068 |
| FTX TRADING LTD., et al., <br> Debtors. | Chapter 11 <br> (Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| <u>Nexxus Participation Vehicle III LLC</u> <br> Name of Transferee | <u>117 Partners LLC</u> <br> Name of Transferor |
| <u>Address for all Notices and Payments:</u> <br> 8000 Miramonte Drive, Suite 380 <br> Santa Barbara, CA 93109 <br> Tel#: + 1 805-880-4105 <br> Email: tim.babich@nexxus-holdings.com | <u>Address:</u> <br> 5 GREYHEN LN <br> SAVANNAH, GA 31411 <br> Att: Thomas Braziel <br> Email: tom@117partners.com |

| **Unique Customer Code#/Customer Claim Confirm ID#/Amended Schedule #** | **Creditor Name** | **Amount** | **Debtor** | **Case No.** |
|---|---|---|---|---|
| 00210606/3265-70-ELQHB-122785639/6759869 | Name (Redacted) | See Debtor's Schedules | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                              Date: February 24, 2024
Tim Babich, Authorized Signatory

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*