Annex A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: FTX TRADING LTD., et al.
              Debtors

Chapter 11
Case No. Case No. 22-11068
(Jointly Administered)

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| [Confidential Creditor] | Fulcrum Credit Partners LLC |
| [Confidential Creditor's Address for Notices] | 111 Congress Avenue, Suite 2550<br>Austin, Texas 78701-4044<br>Attn: Amelia Harris<br>Email: fulcrumtrading@fulcruminv.com<br>(with copies to mhamilton@fulcruminv.com, tbennett@fulcruminv.com, and aharris@fulcruminv.com)<br>Tel: (512) 473-2781 |

| Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|
| FTX Trading Ltd. | 22-11068 | Claim No.: 52913<br>Confirmation ID: 3265-70-TNSDO-419904129<br>Schedule ID: 221106806797857<br>Unique Customer Code: 00595862 | As described on Schedule F |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Matthew H___ (Nov 17, 2023 07:53 CST)_   Date: __11/17/2023__
Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____   _____
                                                                  Clerk of the Court

# EVIDENCE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE

TO: Clerk, United States Bankruptcy Court, District of Delaware

      REDACTED            , for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, do hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to **FULCRUM CREDIT PARTNERS LLC** its successors and assigns, ("Buyer"), all right, title and interest in and to the claim(s) the ("Claim") of Seller, identified below, against FTX TRADING LTD et al., in the United States Bankruptcy Court, District of Delaware, Case No. 22-11068.

| Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|
| FTX Trading Ltd. | 22-11068 | Claim No.: 52913<br>Confirmation ID: 3265-70-TNSDO-419904129<br>Schedule ID: 221106806797857<br>Unique Customer Code: 00595862 | As described on Schedule F |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.

**Buyer:**

**FULCRUM CREDIT PARTNERS LLC**

By: *Matthew Hamilton (Nov 17, 2023 07:53 CST)*
Name: Matthew Hamilton
Title: Managing Director
Email: mhamilton@fulcruminv.com

Date: 11/17/2023

**Seller:**

REDACTED

By:
Name:
Email:

Date: 11/13/2023

[Signature Page to Evidence of Transfer and Waiver of Notice]

# EXHIBIT A[1]

| Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|
| FTX Trading Ltd. | 22-11068 | Claim No.: 52913<br>Confirmation ID: 3265-70-TNSDO-419904129<br>Schedule ID: 221106806797857<br>Unique Customer Code: 00595862 | As described on Schedule F |

| Schedule F No. 00595862 | | |
|---|---|---|
| CRYPTO | COMP | 1.2520233100 |
| CRYPTO | DOT | 699.3413635200 |
| CRYPTO | ETH | 2.3520137900 |
| CRYPTO | ETHW | 2.352013787636120 |
| CRYPTO | FIDA | 205.5000000000 |
| CRYPTO | FTM | 5786.667000000000000 |
| CRYPTO | LUNA2 | 39.8216371200 |
| CRYPTO | LUNA2_LOCKED | 92.9171532900 |
| CRYPTO | LUNC | 7820245.3234240000 |
| CRYPTO | SOL | 338.7438700000 |
| CRYPTO | SRM | 134.1198708100 |
| CRYPTO | SRM_LOCKED | 0.1680663500 |
| CRYPTO | USDT | 264.714143392362 |
| FIAT | USD | 60995.4637715321 |