# EXHIBIT A

**Fees**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

(302) 571-6600

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6646

Writer's E-Mail
mlunn@ycst.com

Official Committee of Unsecured Creditors
200 Park Avenue
New York, NY 10166

Invoice Date:             February 12, 2024
Invoice Number:                  50049124
Matter Number:               102750.1001

Re:  FTX
    Billing Period through January 31, 2024

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 113,168.50 |
| Disbursements | $ | 189.90 |
| Total Due This Invoice | $ | 113,358.40 |

| Official Committee of Unsecured Creditors re: FTX | Invoice Date: | February 12, 2024 |
|---|---|---|
| Billing Period through January 31, 2024 | Invoice Number: | 50049124 |
| | Matter Number: | 102750.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 01/02/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 38.50 |
| 01/03/24 | JKOCH | Review critical deadline memorandum | B001 | 0.20 | 126.00 |
| 01/03/24 | RFPOP | Review and analyze debtors certification of counsel re: second amended cash management order | B001 | 0.10 | 98.50 |
| 01/05/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.40 | 154.00 |
| 01/08/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.30 | 115.50 |
| 01/09/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.30 | 115.50 |
| 01/10/24 | DLASK | Update critical deadline memorandum | B001 | 0.40 | 154.00 |
| 01/10/24 | JMART | Docket update; circulate same to co-counsel and YCST team | B001 | 0.80 | 300.00 |
| 01/10/24 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale) re: committee bylaws and related issues, and consider related issues re: same | B001 | 0.40 | 394.00 |
| 01/11/24 | JMART | Docket update; circulate same to co-counsel and YCST team | B001 | 0.50 | 187.50 |
| 01/12/24 | JMART | Docket update; circulate same to co-counsel and YCST team | B001 | 0.50 | 187.50 |
| 01/12/24 | MLUNN | Review motion to appoint WRS to payee of FTX Philantropy | B001 | 0.10 | 111.00 |
| 01/17/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 38.50 |
| 01/17/24 | JMART | Docket update; circulate same to co-counsel and YCST team | B001 | 1.00 | 375.00 |
| 01/18/24 | JMART | Docket update; circulate same to co-counsel and YCST team | B001 | 0.80 | 300.00 |
| 01/19/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel - Third Circuit Examiner Appeal | B001 | 0.10 | 38.50 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through January 31, 2024

Invoice Date: February 12, 2024
Invoice Number: 50049124
Matter Number: 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/19/24 | JMART | Docket update; circulate same to co-counsel and YCST team | B001 | 0.50 | 187.50 |
| 01/22/24 | JMART | Docket update; circulate same to co-counsel and YCST team | B001 | 0.80 | 300.00 |
| 01/22/24 | RFPOP | Email to and from interested examiner candidate | B001 | 0.20 | 197.00 |
| 01/23/24 | JMART | Docket update; circulate same to co-counsel and YCST team | B001 | 0.50 | 187.50 |
| 01/24/24 | DLASK | Update critical deadline memorandum | B001 | 0.30 | 115.50 |
| 01/24/24 | JMART | Docket update; circulate same to co-counsel and YCST team | B001 | 0.20 | 75.00 |
| 01/25/24 | DLASK | Update critical deadline memorandum | B001 | 0.10 | 38.50 |
| 01/25/24 | JMART | Docket update; circulate same to co-counsel and YCST team | B001 | 0.50 | 187.50 |
| 01/26/24 | DLASK | Update electronic dockets of adversary matters | B001 | 0.40 | 154.00 |
| 01/26/24 | RFPOP | Review and analyze debtors fourth motion to extend deadline to file complaint to determine dischargeability of certain debts | B001 | 0.20 | 197.00 |
| 01/29/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.30 | 115.50 |
| 01/29/24 | JMART | Docket update; circulate same to co-counsel and YCST team | B001 | 0.10 | 37.50 |
| 01/30/24 | DLASK | Update critical deadline memorandum | B001 | 0.40 | 154.00 |
| 01/30/24 | JMART | Docket update; circulate same to co-counsel and YCST team | B001 | 0.50 | 187.50 |
| 01/31/24 | JMART | Docket update; circulate same to co-counsel and YCST team | B001 | 0.50 | 187.50 |
| 01/08/24 | MLUNN | Correspondence with Paul Hastings and Debtors re: January 25th hearing adjournment | B002 | 0.10 | 111.00 |
| 01/08/24 | RFPOP | Emails to and from M. Lunn and Paul Hastings (Ken Pasquale) re: status conference on debtors IRS claims estimation motion and January 25th omnibus hearing | B002 | 0.10 | 98.50 |
| 01/12/24 | DLASK | Assemble pleadings, prepare ebinders for hearing on January 17 | B002 | 0.40 | 154.00 |
| 01/12/24 | MLUNN | Review agenda re: January 17 hearing | B002 | 0.10 | 111.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through January 31, 2024

Invoice Date:          February 12, 2024
Invoice Number:                50049124
Matter Number:             102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/17/24 | MLUNN | Call with R. Poppiti re preparations for status conference (.2); and correspondence and follow-up call with R. Poppiti re status conference outcome and summary (.2) | B002 | 0.40 | 444.00 |
| 01/17/24 | RFPOP | Attend status conference re: debtors motion to estimate IRS claim | B002 | 1.20 | 1,182.00 |
| 01/24/24 | MLUNN | Prepare for status conference (.3); call with R. Poppiti re: status conference and examiner issues (.3) and attend status conference (1.2) | B002 | 1.80 | 1,998.00 |
| 01/24/24 | RFPOP | Prepare for (.3) and attend (1.2) status conference re: UST examiner motion | B002 | 1.50 | 1,477.50 |
| 01/29/24 | DLASK | Assemble pleadings, prepare hearing binders | B002 | 0.70 | 269.50 |
| 01/29/24 | MLUNN | Call with R. Poppiti re: January 31 hearing | B002 | 0.20 | 222.00 |
| 01/29/24 | MLUNN | Review agenda re: January 31 hearing and related correspondence with R. Poppiti, K. Pasquale and I. Sasson | B002 | 0.30 | 333.00 |
| 01/29/24 | MLUNN | Review Debtors' witness and exhibit list re: January 31 hearing | B002 | 0.10 | 111.00 |
| 01/29/24 | RFPOP | Review and analyze debtors agenda and witness and exhibit list for January 31st hearing and emails to and from Paul Hastings (Isaac Sasson) and call with M. Lunn re: same | B002 | 0.30 | 295.50 |
| 01/30/24 | RFPOP | Begin to prepare for hearing | B002 | 2.70 | 2,659.50 |
| 01/31/24 | DLASK | Assist in preparation for hearing regarding estimation of claims by digital assets motion | B002 | 1.00 | 385.00 |
| 01/31/24 | MLUNN | Review materials in preparation for hearing (.7); call with R. Poppiti re: hearing preparations and status of objections (.2); work with K. Pasquale, R. Poppiti, K. Hansen and I. Sasson re: hearing preparation (.4); and attend hearing (6.1); and follow-up with R. Poppiti, K. Pasquale and K. Hansen (.5) | B002 | 7.90 | 8,769.00 |
| 01/31/24 | RFPOP | Attend omnibus hearing (6.1), and call with M. Lunn (.2), meet and strategize with M. Lunn and Paul Hastings team (1.0), and review debtors coin estimation and valuation motion and supporting declarations (1.4) in preparation for same; follow-up with M. Lunn, K. Hansen and K. Pasquale (.5) | B002 | 9.20 | 9,062.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through January 31, 2024

Invoice Date: February 12, 2024
Invoice Number: 50049124
Matter Number: 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/18/24 | DLASK | Finalize for filing and coordinate service of joinder to Motion of Debtors for Entry of an Order Authorizing and Approving (I) FTX Trading Ltd.'s and FTX Property Holdings Ltd.'s Entry Into, and Performance of Their Obligations Under, the Bahamas Properties Exclusive Sales Agency Agreement, (II) Procedures for the Sale or Transfer of Certain Bahamas Properties, and (III) Assumption, Assignment and Rejection Procedures | B005 | 0.30 | 115.50 |
| 01/02/24 | MLUNN | Correspondence with UST and R. Poppiti re: estimation motion | B006 | 0.10 | 111.00 |
| 01/03/24 | MLUNN | Review FTX Cyprus memo | B006 | 0.20 | 222.00 |
| 01/03/24 | RFPOP | Email from FTI (Max Dawson) re: cash flow update, and review and analyze summary from FTI re: same | B006 | 0.20 | 197.00 |
| 01/04/24 | MLUNN | Review presentation and analysis re: cash flows and disbursements | B006 | 0.30 | 333.00 |
| 01/05/24 | MLUNN | Review motion to sell convertible note held in Helix by Clifton Bay | B006 | 0.30 | 333.00 |
| 01/05/24 | MLUNN | Review motion to sell convertible note held in Dave Inc. | B006 | 0.30 | 333.00 |
| 01/05/24 | MLUNN | Review motion to approve sale of shares of FTX Cyprus | B006 | 1.20 | 1,332.00 |
| 01/05/24 | MLUNN | Review summary of proposed de minimis asset sale | B006 | 0.10 | 111.00 |
| 01/05/24 | RFPOP | Review and analyze debtors motion to purchase FTX Europe shares (.9), to sell Bahamas properties (.8), to approve JPL settlement agreement (.8), to sell IEX shares (.7), to sell Dave note (.4), and to sell Helix note (.4) and JPL motion to approve JPL settlement agreement (.5), and emails from Paul Hastings (Gabe Sasson and Leonie Koch) (.2) re: same | B006 | 4.70 | 4,629.50 |
| 01/09/24 | RFPOP | Review and analyze objections to debtors coin estimation/valuation motion (1.0); review and comment on draft committee statement re: motion, and email from Paul Hastings (Leonie Koch) re: same (.2) | B006 | 1.20 | 1,182.00 |
| 01/10/24 | MLUNN | Correspondence with K. Pasquale re: motion to sell FTX Europe | B006 | 0.10 | 111.00 |
| 01/10/24 | MLUNN | Call with R. Poppiti re: coin estimation and valuation motion and claims estimation | B006 | 0.50 | 555.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through January 31, 2024

Invoice Date: February 12, 2024
Invoice Number: 50049124
Matter Number: 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/10/24 | RFPOP | Call with Paul Hastings (Ken Pasquale) (.5) and call with M. Lunn (.5) re: debtors coin estimation and valuation motion, IRS claims estimation litigation, and debtors motion to purchase FTX Europe share | B006 | 1.00 | 985.00 |
| 01/11/24 | RFPOP | Review and analyze debtors sale procedures for Bahama properties; review and analyze debtors FDIC designation motion | B006 | 0.40 | 394.00 |
| 01/12/24 | RFPOP | Email from Paul Hastings (Ken Pasquale) re: debtors motion to purchase FTX Europe shares; review and analyze Lotscher reply in support of motion to dismiss FTX Europe bankruptcy case | B006 | 0.40 | 394.00 |
| 01/12/24 | RFPOP | Email from counsel for debtors (Brad Harsch) re: small estate claims settlements, and review and analyze summary from debtors of same | B006 | 0.10 | 98.50 |
| 01/13/24 | RFPOP | Email from Paul Hastings (Ken Pasquale) and committee re: FTX Europe issues | B006 | 0.10 | 98.50 |
| 01/14/24 | MLUNN | Review summary of de minimum asset sale | B006 | 0.10 | 111.00 |
| 01/15/24 | RFPOP | Emails from Paul Hastings (Ken Pasquale) and committee re: debtors motion to purchase shares in FTX Europe | B006 | 0.10 | 98.50 |
| 01/17/24 | RFPOP | Emails from Paul Hastings (Ken Pasquale) and UST re: debtors motion to approve JPL settlement | B006 | 0.10 | 98.50 |
| 01/18/24 | MLUNN | Review proposed de minimis asset sale | B006 | 0.10 | 111.00 |
| 01/18/24 | RFPOP | Review and comment on draft joinders in support of debtors JPL settlement motion and Bahama properties sale motion (.2), and review and analyze motions and emails to and from J. Kochenash and Paul Hastings (Leonie Koch) (.4) re: same | B006 | 0.60 | 591.00 |
| 01/18/24 | RFPOP | Email from PWP (Emil Tu) re: de minimis asset sale offers for venture portfolio and review summary of same | B006 | 0.10 | 98.50 |
| 01/18/24 | RFPOP | Review and analyze bidder 1 and Lötscher and Lambrianou objections to debtors FTX Europe share purchase motion | B006 | 0.40 | 394.00 |
| 01/18/24 | RFPOP | Email from Paul Hastings (Ken Pasquale) re: customer sealing issues | B006 | 0.10 | 98.50 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through January 31, 2024

Invoice Date:        February 12, 2024
Invoice Number:        50049124
Matter Number:        102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/22/24 | RFPOP | Review and finalize for filing committee and debtors joint motion to continue sealing of customer information (.5), and emails to and from Paul Hastings (Ken Pasquale) and counsel for debtors (Matt Pierce and Julie Kapoor) (.1) re: same | B006 | 0.60 | 591.00 |
| 01/23/24 | RFPOP | Review and analyze purchaser declaration in support of debtors motion to sell Helix note | B006 | 0.10 | 98.50 |
| 01/24/24 | RFPOP | Review and analyze media notice of supplemental authority in district court appeal re: debtors customer sealing motion | B006 | 0.10 | 98.50 |
| 01/24/24 | RFPOP | Review and analyze debtors motion to establish litigation schedule for various motions related to FTX Europe | B006 | 0.30 | 295.50 |
| 01/26/24 | RFPOP | Review and analyze debtors notice of small claims settlement, and email from counsel for debtors (Brad Harsch) and review and analyze materials from counsel for debtors re: same | B006 | 0.10 | 98.50 |
| 01/26/24 | RFPOP | Review and analyze debtors certification of counsel and supplemental declaration for debtors motion to sell IEX interests | B006 | 0.20 | 197.00 |
| 01/26/24 | RFPOP | Review and analyze debtors supplemental declaration in support of debtors motion to sell Dave note | B006 | 0.10 | 98.50 |
| 01/29/24 | RFPOP | Review and analyze debtors reply to objections to debtors coin estimation/valuation motion, ad hoc group statement in support of same and objectors letter in response to debtors reply | B006 | 2.30 | 2,265.50 |
| 01/30/24 | MLUNN | Review proposed sale and bid procedures for potential sale of assets | B006 | 0.40 | 444.00 |
| 01/30/24 | RFPOP | Review and analyze draft proposed sale procedures for additional venture asset | B006 | 0.20 | 197.00 |
| 01/30/24 | RFPOP | Email from counsel for debtors (Brad Harsch) re: proposed small estate claims settlement and review materials from counsel for debtors re: same | B006 | 0.10 | 98.50 |
| 01/31/24 | RFPOP | Review and comment on revised draft proposed order from counsel for debtors for debtors coin estimation and valuation motion, and emails to and from PH (Ken Pasquale) and counsel for debtors (Julie Kapoor) re: same | B006 | 0.20 | 197.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | February 12, 2024 |
| Billing Period through January 31, 2024 | | | Invoice Number: | | 50049124 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 01/03/24 | MLUNN | Review proposed claim settlements | B007 | 0.10 | 111.00 |
| 01/04/24 | RFPOP | Email from Paul Hastings (Ken Pasquale) re: IRS claims estimation litigation | B007 | 0.10 | 98.50 |
| 01/05/24 | MLUNN | Analysis of IRS memo in support of burden of proof in connection with estimation motion | B007 | 0.30 | 333.00 |
| 01/05/24 | MLUNN | Review motion to approve settlement with FDM | B007 | 0.70 | 777.00 |
| 01/05/24 | RFPOP | Review and analyze debtors and IRS letter briefs on burden of proof for IRS claims estimation litigation | B007 | 0.40 | 394.00 |
| 01/09/24 | MLUNN | Review SPCP reply in support of objection to transfer of claim | B007 | 0.10 | 111.00 |
| 01/11/24 | DLASK | Finalize for filing and coordinate service of statement of committee in support of motion to estimate claims based in digital assets | B007 | 0.40 | 154.00 |
| 01/11/24 | JKOCH | Review and edit statement in support of estimation motion (.4); email correspondence (multiple) with D. Laskin and L. Koch re: same (.2) | B007 | 0.60 | 378.00 |
| 01/18/24 | MLUNN | Review proposed claim settlement | B007 | 0.10 | 111.00 |
| 01/19/24 | MLUNN | Review draft 9019 motion re: PLS Canada settlement | B007 | 0.20 | 222.00 |
| 01/24/24 | MLUNN | Review 9th, 10th, 11th, 12th and 13th omnibus objections to claims | B007 | 0.50 | 555.00 |
| 01/24/24 | RFPOP | Review and analyze debtors ninth-thirteenth omnibus claims objections (1.4), and email to and from counsel for debtors (Nick Jenner) (.1) re: same | B007 | 1.50 | 1,477.50 |
| 01/25/24 | RFPOP | Review and analyze notice of amended schedules bar date | B007 | 0.10 | 98.50 |
| 01/26/24 | RFPOP | Emails to and from Paul Hastings (Isaac Sasson) re: BlockFi mediation | B007 | 0.20 | 197.00 |
| 01/26/24 | RFPOP | Emails to and from Paul Hastings (Isaac Sasson) and counsel for debtors (Nick Jenner) re: revised proposed order for debtors seventh omnibus claims objection, and review and analyze redline of revised proposed order from counsel for debtors re: same | B007 | 0.20 | 197.00 |
| 01/29/24 | MLUNN | Review proposed claim settlements | B007 | 0.10 | 111.00 |

| Official Committee of Unsecured Creditors re: FTX | Invoice Date: | February 12, 2024 |
|---|---|---|
| Billing Period through January 31, 2024 | Invoice Number: | 50049124 |
| | Matter Number: | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 01/31/24 | RFPOP | Review and analyze materials from debtors in preparation for mediation re: BlockFi claims, and emails from Paul Hastings (Ken Pasquale) and FTI (Matt Diaz) re: same | B007 | 0.30 | 295.50 |
| 01/03/24 | MLUNN | Call with UCC members, PH, FTI and Jefferies re: various case matters and related strategy | B008 | 1.00 | 1,110.00 |
| 01/03/24 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks (1.0), and review and analyze follow-up materials from Paul Hastings (Leonie Koch) (.2) re: same | B008 | 1.20 | 1,182.00 |
| 01/10/24 | MLUNN | Review materials in preparation of UCC call (.4) and update and strategy call with UCC members, PH, Jefferies and FTI teams (1.0) | B008 | 1.40 | 1,554.00 |
| 01/10/24 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks (1.0), and review materials from Paul Hastings and FTI and emails from Paul Hastings (Leonie Koch) in preparation for same (.2) | B008 | 1.20 | 1,182.00 |
| 01/17/24 | MLUNN | Review materials in preparation for call with UCC members (.2); call with UCC members, PH, FTI and Jefferies (1.2) | B008 | 1.40 | 1,554.00 |
| 01/17/24 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks (1.2), and review materials from Paul Hastings and emails from Paul Hastings (Leonie Koch) in preparation for same (.2) | B008 | 1.40 | 1,379.00 |
| 01/23/24 | MLUNN | Call with UCC members, PH, FTI and Jefferies re: various case updates and related strategy | B008 | 1.60 | 1,776.00 |
| 01/23/24 | RFPOP | Call with M. Lunn and Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks | B008 | 1.60 | 1,576.00 |
| 01/30/24 | MLUNN | Review materials in preparation for meeting (.4); meeting (portion) with UCC members, PH, Jefferies, and FTI re: various case issues and strategies (1.3) | B008 | 1.70 | 1,887.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | February 12, 2024 |
| Billing Period through January 31, 2024 | | | Invoice Number: | | 50049124 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/30/24 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks (2.1), and review materials from Paul Hastings, FTI and Jefferies teams and emails from Paul Hastings (Leonie Koch) and Jefferies (Lars Hultgren) (.4) re: same | B008 | 2.50 | 2,462.50 |
| 01/02/24 | MLUNN | Review District Court decision denying request to withdraw the reference in K5 adversary | B011 | 0.40 | 444.00 |
| 01/02/24 | RFPOP | Review district court ruling on K5 defendants motion to withdraw reference | B011 | 0.20 | 197.00 |
| 01/03/24 | JKOCH | Review letter ruling on motion to dismiss | B011 | 0.20 | 126.00 |
| 01/03/24 | JKOCH | Review opinion on K5 defendants' motion to withdraw reference | B011 | 0.40 | 252.00 |
| 01/03/24 | MLUNN | Review letter opinion denying PLS Canada motion to dismiss | B011 | 0.10 | 111.00 |
| 01/03/24 | RFPOP | Review and analyze debtors and defendants contested certifications of counsel re: bankruptcy court ruling denying defendants motion to dismiss for lack of jurisdiction in Platform adversary proceeding; review and analyze proposed amended case management order for Ipsum adversary proceeding | B011 | 0.30 | 295.50 |
| 01/05/24 | MLUNN | Review reply of Guhn to objection to motion to dismiss chapter 11 cases of FTX Trading | B011 | 0.40 | 444.00 |
| 01/08/24 | RFPOP | Review and analyze debtors objection to Lötscher motion to dismiss FTX Europe bankruptcy case | B011 | 0.10 | 98.50 |
| 01/08/24 | RFPOP | Review and analyze Ipsum reply in support of motion to dismiss FTX Trading and MacLaurin bankruptcy cases | B011 | 0.70 | 689.50 |
| 01/10/24 | MLUNN | Correspondence with R. Poppiti re: service of discovery by Voyager | B011 | 0.10 | 111.00 |
| 01/10/24 | RFPOP | Review and analyze Lambrianou motion to dismiss FTX Europe chapter 11 case, and email to and from Paul Hastings (Ken Pasquale) re: same | B011 | 0.40 | 394.00 |
| 01/11/24 | MLUNN | Review motion of Lambrianou to dismiss FTX EU chapter 11 case | B011 | 0.30 | 333.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | February 12, 2024 |
| Billing Period through January 31, 2024 | | | Invoice Number: | | 50049124 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 01/16/24 | RFPOP | Review and analyze letters from counsel for debtors and counsel for defendants in Ipsum adversary re: mediation and case management order issues, and email to and from Paul Hastings (Ken Pasquale) re: same; review and analyze discovery objections from defendants in Burgess adversary, and email from counsel for defendants (Tara Pakrouh) re: same | B011 | 0.40 | 394.00 |
| 01/17/24 | MLUNN | Review motion to dismiss filed by B. Fried and A. Bankman | B011 | 0.50 | 555.00 |
| 01/18/24 | DLASK | Finalize for filing and coordinate service of joinder to Debtors' Motion for Entry of an Order Authorizing and Approving the Debtors' Entry Into, and Performance of their Obligations Under, (I) the Global Settlement Agreement with FTX Digital Markets Ltd. and (II) the Loan Agreement with FTX Digital Markets Ltd. | B011 | 0.30 | 115.50 |
| 01/18/24 | RFPOP | Email from counsel for debtors (Brad Harsch) re: proposed settlement of adversary proceeding, and review and analyze materials from debtors re: same | B011 | 0.10 | 98.50 |
| 01/19/24 | MLUNN | Review and analyze 3d Circuit opinion reversing Examiner Order and ruling and potential case impacts (.6); call with K. Pasquale and R. Poppiti re: same (.5) | B011 | 1.10 | 1,221.00 |
| 01/19/24 | RFPOP | Review and analyze third circuit opinion re: UST examiner motion appeal (.4); call with M. Lunn and Paul Hastings (Ken Pasquale) re: same (.5) and prepare for call (.4) re: same | B011 | 1.30 | 1,280.50 |
| 01/19/24 | RFPOP | Call with (.3) and emails to and from (.1) Paul Hastings (Ken Pasquale and Jack Iaffaldano) and counsel for debtors (Stephanie Wheeler and Michele Materni) re: Platform Life Sciences adversary proceeding, and review materials from S&C in preparation for same (.4) | B011 | 0.80 | 788.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through January 31, 2024

Invoice Date:          February 12, 2024
Invoice Number:              50049124
Matter Number:          102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/22/24 | MLUNN | Review draft of Debtors' letter to court re: 3d Circuit ruling on examiner order (.3); and related correspondence with K. Pasquale and R. Poppiti re: status conference (.2); and call with R. Poppiti re: preparations for status conference regarding same (.2); correspondence with K. Pasquale, I. Sasson and R. Poppiti re: strategy for letter to court in connection with status conference and related strategy (.2) | B011 | 0.90 | 999.00 |
| 01/22/24 | RFPOP | Email from Paul Hastings (Jack Iaffaldano) re: debtors proposed settlement re: Platform Life Sciences adversary proceeding; review analyze proposed stipulations revising Burgess adversary proceeding and Giles adversary proceeding case management orders | B011 | 0.20 | 197.00 |
| 01/22/24 | RFPOP | Email from UST, call with M. Lunn and emails to and from Paul Hastings (Ken Pasquale) re: status conference re: UST examiner motion and related issues (.4), and review notice of status conference and review draft proposed letter from debtors to court (.3) re: same | B011 | 0.70 | 689.50 |
| 01/23/24 | MLUNN | Review draft letter to Judge Dorsey re: appointment of examiner | B011 | 0.30 | 333.00 |
| 01/23/24 | RFPOP | Emails from Paul Hastings (Ken Pasquale) and counsel for debtors (Stephanie Wheeler) re: proposed settlement re: Platform Life Sciences adversary proceeding | B011 | 0.10 | 98.50 |
| 01/23/24 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale), counsel for debtors (Kim Brown) and Chambers re: status conference re: UST examiner motion appeal (.4); review and comment on draft committee letter to court re: UST examiner motion appeal (.5); review and analyze debtors letter to court re: UST examiner motion appeal (.4) | B011 | 1.30 | 1,280.50 |
| 01/24/24 | MLUNN | Review letter from M. Lotscher to Court re: appointment of examiner | B011 | 0.30 | 333.00 |
| 01/24/24 | MLUNN | Review revised and final letter to court re: examiner appointment | B011 | 0.20 | 222.00 |
| 01/24/24 | MLUNN | Review debtors' letter to court re: examiner appointment | B011 | 0.40 | 444.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through January 31, 2024

Invoice Date:               February 12, 2024
Invoice Number:                    50049124
Matter Number:                 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/24/24 | RFPOP | Review and finalize for filing committee letter to court re: UST examiner motion, and emails to and from Paul Hastings (Ken Pasquale and Leonie Koch) and email to and from Chambers re: same (.5); review and analyze Lotscher letter to court re: UST examiner motion (.2), and emails to and from Ken Pasquale (.2) re: same; call with M. Lunn re: UST examiner motion and related status conference (.3) | B011 | 1.20 | 1,182.00 |
| 01/25/24 | RFPOP | Call with interested examiner candidate | B011 | 0.20 | 197.00 |
| 01/26/24 | MLUNN | Review settlement proposal summary re: Beal adversary and related correspondence with UCC members | B011 | 0.20 | 222.00 |
| 01/26/24 | RFPOP | Email from Paul Hastings ( Ken Pasquale) re: proposed settlement re: Embed adversary proceeding; review and analyze debtors motion to settle Platform adversary proceeding | B011 | 0.40 | 394.00 |
| 01/30/24 | RFPOP | Call with Paul Hastings (Kris Hansen and Ken Pasquale) and UST re: examiner appeal and appointment issues | B011 | 0.70 | 689.50 |
| 01/31/24 | MLUNN | Confer with R. Poppiti re: examiner appointment issue and issues raised during call with UST | B011 | 0.20 | 222.00 |
| 01/31/24 | RFPOP | Call with M. Lunn re: examiner appointment issues | B011 | 0.20 | 197.00 |
| 01/01/24 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale) and UST re: debtors coin estimation/valuation motion | B012 | 0.10 | 98.50 |
| 01/02/24 | RFPOP | Call with Paul Hastings (Ken Pasquale) and UST re: debtors coin estimation/valuation motion (.3), and review and analyze debtors motion and supporting declarations in preparation for same (.8); review and analyze creditor objection to motion and consider related issues re: same (.3) | B012 | 1.40 | 1,379.00 |
| 01/05/24 | MLUNN | Analyze potential board of director candidates for reorganized FTX; and related correspondence with I. Sasson, R. Poppiti and UCC members re: same | B012 | 0.50 | 555.00 |
| 01/08/24 | MLUNN | Call with R. Poppiti re: claims estimation and Voyager issues in connection with plan and confirmation | B012 | 0.30 | 333.00 |

Official Committee of Unsecured Creditors re: FTX | Invoice Date: | February 12, 2024
Billing Period through January 31, 2024 | Invoice Number: | 50049124
| Matter Number: | 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/08/24 | RFPOP | Call with M. Lunn re: coin estimation and valuation issues | B012 | 0.30 | 295.50 |
| 01/09/24 | MLUNN | Review and provide comments draft statement re: digital asset and claim estimation motion | B012 | 0.40 | 444.00 |
| 01/09/24 | MLUNN | Review objections filed by 23 claimants to motion to estimate claims in connection with plan | B012 | 0.70 | 777.00 |
| 01/10/24 | JKOCH | Work with M. Lunn re: Plan and digital asset estimation issues | B012 | 0.20 | 126.00 |
| 01/10/24 | MLUNN | Work with J. Kochenash re: plan and digital asset estimation issues | B012 | 0.20 | 222.00 |
| 01/11/24 | MLUNN | Analysis of Voyager plan and confirmation discovery requests and related correspondence with B. Bellar | B012 | 0.40 | 444.00 |
| 01/11/24 | MLUNN | Correspondence with K. Pasquale and R. Poppiti re: plan and case open issues and updates and review Debtors' proposed plan timeline | B012 | 0.20 | 222.00 |
| 01/11/24 | MLUNN | Review revised statement in connection with digital asset estimation motion and correspondence with J. Kochenash re: finalizing same | B012 | 0.30 | 333.00 |
| 01/11/24 | RFPOP | Review confirmation discovery served by Voyager, and emails to and from Paul Hastings (Ken Pasquale) and counsel for debtors (Ben Beller) and consider related issues re: same | B012 | 0.40 | 394.00 |
| 01/11/24 | RFPOP | Review various objections to debtors coin estimation and valuation motion (1.8), and call from counsel for creditor (Reginald Sainvil) (.3) re: same | B012 | 2.10 | 2,068.50 |
| 01/11/24 | RFPOP | Email to and from Paul Hastings (Ken Pasquale) re: debtors coin estimation and valuation motion, disclosure statement and plan confirmation issues, and IRS claims estimation litigation | B012 | 0.20 | 197.00 |
| 01/15/24 | RFPOP | Review and analyze additional objections to debtors coin estimation and valuation motion | B012 | 0.60 | 591.00 |
| 01/16/24 | MLUNN | Review objections of customers (22 in total) to digital asset estimation motion | B012 | 0.60 | 666.00 |
| 01/16/24 | MLUNN | Review objections to digital asset estimation motion filed by Boba Foundation objection (.4); 3AC (.2); Auros Tech (.2); LayerZero (.1); Serendipity (.4); and Maps Vault (.3) | B012 | 1.60 | 1,776.00 |

Official Committee of Unsecured Creditors re: FTX

Billing Period through January 31, 2024

Invoice Date: February 12, 2024

Invoice Number: 50049124

Matter Number: 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/17/24 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale) re: plan and recovery issues | B012 | 0.10 | 98.50 |
| 01/18/24 | RFPOP | Call with Paul Hastings (Ken Pasquale) re: chapter 11 plan and related issues | B012 | 0.70 | 689.50 |
| 01/19/24 | MLUNN | Call with R. Poppiti re: plan and distribution updates | B012 | 0.30 | 333.00 |
| 01/19/24 | RFPOP | Call with M. Lunn re: chapter 11 plan and related issues | B012 | 0.30 | 295.50 |
| 01/23/24 | RFPOP | Review and analyze additional objections to debtors coin estimation and valuation motion | B012 | 2.10 | 2,068.50 |
| 01/25/24 | MLUNN | Review recovery analysis | B012 | 0.70 | 777.00 |
| 01/25/24 | RFPOP | Review and analyze recovery analysis materials from debtors (2.4), and emails from Paul Hastings (Ken Pasquale and Leonie Koch) (.1) re: same | B012 | 2.50 | 2,462.50 |
| 01/29/24 | MLUNN | Review ad hoc committee statement re: digital asset estimation motion | B012 | 0.20 | 222.00 |
| 01/30/24 | MLUNN | Analyze FTI analysis of plan recovery analysis | B012 | 0.40 | 444.00 |
| 01/30/24 | MLUNN | Review Debtors' reply to objections to digital asset estimation motion | B012 | 0.40 | 444.00 |
| 01/30/24 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale and Jack Iaffaldano) re: plan and disclosure statement issues | B012 | 0.20 | 197.00 |
| 01/31/24 | MLUNN | Analysis of DS and plan issues and related correspondence | B012 | 0.30 | 333.00 |
| 01/31/24 | RFPOP | Email from Paul Hastings (Jack Iaffaldano) re: committee disclosure statement and plan issues list | B012 | 0.10 | 98.50 |
| 01/03/24 | DLASK | Prepare certificates of no objection for fee applications of Young Conaway, Paul Hastings and FTI | B017 | 0.60 | 231.00 |
| 01/03/24 | DLASK | Finalize for filing certificates of no objection for fee applications of Young Conaway, Paul Hastings and FTI | B017 | 0.70 | 269.50 |
| 01/03/24 | JKOCH | Review Paul Hastings CNO | B017 | 0.10 | 63.00 |
| 01/03/24 | JKOCH | Review YCST CNO | B017 | 0.10 | 63.00 |
| 01/03/24 | JKOCH | Review FTI CNO | B017 | 0.10 | 63.00 |
| 01/05/24 | DLASK | Finalize for filing, file certificates of no objection for three fee applications of Jefferies | B017 | 0.60 | 231.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through January 31, 2024

Invoice Date:           February 12, 2024
Invoice Number:                 50049124
Matter Number:             102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/05/24 | JKOCH | Prepare CNOs for Jefferies and email correspondence with S. Schrag re: same | B017 | 0.30 | 189.00 |
| 01/22/24 | RFPOP | Review and analyze draft proposed order from debtors re: interim fee application schedule, and emails to and from counsel for debtors (Kim Brown) re: same | B017 | 0.20 | 197.00 |
| 01/25/24 | DLASK | Finalize for filing and coordinate service of Paul Hastings' 12th fee application for November | B017 | 0.40 | 154.00 |
| 01/25/24 | DLASK | Finalize for filing and coordinate service of Young Conaway's 12th fee application for November | B017 | 0.30 | 115.50 |
| 01/25/24 | DLASK | Finalize for filing and coordinate service of FTI's 12th fee application for November | B017 | 0.30 | 115.50 |
| 01/25/24 | JKOCH | Review and edit FTI and Paul Hastings fee applications in preparation of filing | B017 | 0.70 | 441.00 |
| 01/25/24 | RFPOP | Emails from counsel for debtors (Kim Brown) and UST re: draft proposed order re: interim fee schedule | B017 | 0.10 | 98.50 |
| 01/26/24 | RFPOP | Email to and from UST re: YCST November 2023 fee application | B017 | 0.10 | 98.50 |
| 01/29/24 | MLUNN | Review UST issues with YCST 4th Interim Fee Application and related correspondence with R. Poppiti | B017 | 0.10 | 111.00 |
| 01/29/24 | RFPOP | Email to and from UST re: YCST fourth interim fee application | B017 | 0.10 | 98.50 |
| 01/30/24 | MLUNN | Review Fee Examiner report (.3) and call with R. Poppiti re: same (.3) | B017 | 0.30 | 333.00 |
| 01/30/24 | RFPOP | Call with M. Lunn re: fee examiner issues | B017 | 0.30 | 295.50 |
| 01/30/24 | RFPOP | Email to and from counsel for debtors (Nick Jenner) re: interim fee schedule | B017 | 0.10 | 98.50 |
| 01/30/24 | RFPOP | Review and analyze letter report from fee examiner re: YCST fourth interim fee application | B017 | 0.20 | 197.00 |
| 01/10/24 | DLASK | Update November fee application | B018 | 0.20 | 77.00 |
| 01/10/24 | MLUNN | Confidentiality review of December fee statement in preparation for submission | B018 | 0.60 | 666.00 |
| 01/10/24 | RFPOP | Review invoice for YCST December 2023 fee application re: confidentiality and local rule compliance; review and comment on draft YCST November 2023 fee application, and email to and from D. Laskin re: same | B018 | 0.30 | 295.50 |

Official Committee of Unsecured Creditors re: FTX  
Billing Period through January 31, 2024

Invoice Date: February 12, 2024  
Invoice Number: 50049124  
Matter Number: 102750.1001

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 01/18/24 | JMART | Draft December YCST fee application | B018 | 0.50 | 187.50 |
| 01/24/24 | DLASK | Update November fee application | B018 | 0.30 | 115.50 |
| 01/25/24 | DLASK | Update cumulative fees and expenses chart | B018 | 0.30 | 115.50 |
| 01/25/24 | RFPOP | Review and finalize for filing YCST November 2023 fee application, and emails to and from D. Laskin re: same | B018 | 0.30 | 295.50 |
| 01/04/24 | RFPOP | Call with counsel for debtors (Ben Beller) re: Voyager litigation (.3), and review and analyze related materials (.7) re: same | BN015 | 1.00 | 985.00 |
| 01/10/24 | RFPOP | Emails to and from counsel for debtors (Ben Beller) re: Voyager discovery, and review Voyager notice of service of discovery re: same | BN015 | 0.10 | 98.50 |
| | | | **Total** | **122.00** | **$113,168.50** |

Official Committee of Unsecured Creditors re: FTX
Billing Period through January 31, 2024

| | | | Invoice Date: | February 12, 2024 |
| | | | Invoice Number: | 50049124 |
| | | | Matter Number: | 102750.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|----------|------|------------------|-------|------|--------|
| DLASK | Debbie Laskin | Paralegal | 10.00 | 385.00 | 3,850.00 |
| JKOCH | Jared W. Kochenash | Associate | 2.90 | 630.00 | 1,827.00 |
| JMART | Jorge L. Martinez | Paralegal | 7.70 | 375.00 | 2,887.50 |
| MLUNN | Matthew B. Lunn | Partner | 37.80 | 1,110.00 | 41,958.00 |
| RFPOP | Robert F. Poppiti | Partner | 63.60 | 985.00 | 62,646.00 |
| **Total** | | | **122.00** | | **$113,168.50** |

Official Committee of Unsecured Creditors re: FTX
Billing Period through January 31, 2024

Invoice Date:          February 12, 2024
Invoice Number:         50049124
Matter Number:       102750.1001

## Task Summary

### Task Code:B001          Case Administration

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Matthew B. Lunn | Partner | 0.10 | 1,110.00 | 111.00 |
| Robert F. Poppiti | Partner | 0.90 | 985.00 | 886.50 |
| Jared W. Kochenash | Associate | 0.20 | 630.00 | 126.00 |
| Debbie Laskin | Paralegal | 3.20 | 385.00 | 1,232.00 |
| Jorge L. Martinez | Paralegal | 7.20 | 375.00 | 2,700.00 |
| **Total** | | **11.60** | | **5,055.50** |

### Task Code:B002          Court Hearings

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Matthew B. Lunn | Partner | 10.90 | 1,110.00 | 12,099.00 |
| Robert F. Poppiti | Partner | 15.00 | 985.00 | 14,775.00 |
| Debbie Laskin | Paralegal | 2.10 | 385.00 | 808.50 |
| **Total** | | **28.00** | | **27,682.50** |

### Task Code:B005          Lease/Executory Contract Issues

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Debbie Laskin | Paralegal | 0.30 | 385.00 | 115.50 |
| **Total** | | **0.30** | | **115.50** |

### Task Code:B006          Use, Sale or Lease of Property (363 issues)

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Matthew B. Lunn | Partner | 3.70 | 1,110.00 | 4,107.00 |
| Robert F. Poppiti | Partner | 13.80 | 985.00 | 13,593.00 |
| **Total** | | **17.50** | | **17,700.00** |

### Task Code:B007          Claims Analysis, Objections and Resolutions

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Matthew B. Lunn | Partner | 2.10 | 1,110.00 | 2,331.00 |
| Robert F. Poppiti | Partner | 2.80 | 985.00 | 2,758.00 |
| Jared W. Kochenash | Associate | 0.60 | 630.00 | 378.00 |
| Debbie Laskin | Paralegal | 0.40 | 385.00 | 154.00 |
| **Total** | | **5.90** | | **5,621.00** |

Official Committee of Unsecured Creditors re: FTX
Billing Period through January 31, 2024

Invoice Date:                February 12, 2024
Invoice Number:                   50049124
Matter Number:               102750.1001

### Task Code:B008                Meetings

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 7.10 | 1,110.00 | 7,881.00 |
| Robert F. Poppiti | Partner | 7.90 | 985.00 | 7,781.50 |
| **Total** | | **15.00** | | **15,662.50** |

### Task Code:B011                Other Adversary Proceedings

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 5.40 | 1,110.00 | 5,994.00 |
| Robert F. Poppiti | Partner | 9.30 | 985.00 | 9,160.50 |
| Jared W. Kochenash | Associate | 0.60 | 630.00 | 378.00 |
| Debbie Laskin | Paralegal | 0.30 | 385.00 | 115.50 |
| **Total** | | **15.60** | | **15,648.00** |

### Task Code:B012                Plan and Disclosure Statement

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 7.50 | 1,110.00 | 8,325.00 |
| Robert F. Poppiti | Partner | 11.10 | 985.00 | 10,933.50 |
| Jared W. Kochenash | Associate | 0.20 | 630.00 | 126.00 |
| **Total** | | **18.80** | | **19,384.50** |

### Task Code:B017                Retention of Professionals/Fee Issues

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 0.40 | 1,110.00 | 444.00 |
| Robert F. Poppiti | Partner | 1.10 | 985.00 | 1,083.50 |
| Jared W. Kochenash | Associate | 1.30 | 630.00 | 819.00 |
| Debbie Laskin | Paralegal | 2.90 | 385.00 | 1,116.50 |
| **Total** | | **5.70** | | **3,463.00** |

### Task Code:B018                Fee Application Preparation

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 0.60 | 1,110.00 | 666.00 |
| Robert F. Poppiti | Partner | 0.60 | 985.00 | 591.00 |
| Debbie Laskin | Paralegal | 0.80 | 385.00 | 308.00 |
| Jorge L. Martinez | Paralegal | 0.50 | 375.00 | 187.50 |
| **Total** | | **2.50** | | **1,752.50** |

### Task Code:BN015                Voyager Litigation and Claims

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Robert F. Poppiti | Partner | 1.10 | 985.00 | 1,083.50 |
| **Total** | | **1.10** | | **1,083.50** |

**EXHIBIT B**

**Expenses**

Official Committee of Unsecured Creditors re: FTX
Billing Period through January 31, 2024

Invoice Date:           February 12, 2024
Invoice Number:              50049124
Matter Number:            102750.1001

**Cost Detail**

| Date | Description | Quantity | Amount |
|------|-------------|---------:|-------:|
| 01/02/24 | Reproduction Charges | 54.00 | 5.40 |
| 01/05/24 | Reproduction Charges | 19.00 | 1.90 |
| 01/30/24 | Reproduction Charges | 1,826.00 | 182.60 |
| | **Total** | | **$189.90** |

Official Committee of Unsecured Creditors re: FTX
Billing Period through January 31, 2024

Invoice Date:                    February 12, 2024
Invoice Number:                       50049124
Matter Number:                     102750.1001

**Cost Summary**

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Reproduction Charges | 189.90 |
| **Total** | **$189.90** |