# Exhibit A

## Time Records of Jefferies Professionals

**Jefferies LLC**
*November 1, 2023 - November 30, 2023*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 11/02/23 | Michael O'Hara | Bi-weekly meeting with FTX Board, Debtors, and Rothschild | 1.0 | 4 |
| 11/02/23 | Michael O'Hara | Review of venture portfolio diligence and investments re: Anthropic, Multicoin, Sino Global, and de minimis assets | 0.5 | 9 |
| 11/02/23 | Michael O'Hara | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 11/06/23 | Michael O'Hara | Weekly call with UCC Advisors re: Committee meeting agenda and case coordination | 1.0 | 11 |
| 11/07/23 | Michael O'Hara | Review of de minimis asset offers | 0.5 | 9 |
| 11/08/23 | Michael O'Hara | Call with Paul Hastings (E. Gilad, E. Sibbitt) re: FTX 2.0 | 0.5 | 2 |
| 11/09/23 | Michael O'Hara | Bi-weekly meeting with Debtors' banker re: venture portfolio updates | 0.5 | 4 |
| 11/09/23 | Michael O'Hara | Meeting with Debtors re: FTX Europe | 1.0 | 4 |
| 11/09/23 | Michael O'Hara | Weekly call with UCC Advisors re: FTX 2.0 and venture portfolio | 0.5 | 11 |
| 11/12/23 | Michael O'Hara | Meeting with Debtors re: FTX 2.0 Bidder | 0.5 | 4 |
| 11/13/23 | Michael O'Hara | Meeting with Debtors and AHC re: 2.0 bidder proposal | 0.5 | 4 |
| 11/13/23 | Michael O'Hara | Weekly call with Paul Hastings re: venture investment updates | 1.0 | 11 |
| 11/15/23 | Michael O'Hara | Review of FTX 2.0 bidder proposal | 0.5 | 2 |
| 11/15/23 | Michael O'Hara | Meeting with Debtors re: FTX Europe follow-ups | 0.5 | 4 |
| 11/15/23 | Michael O'Hara | Meeting with Debtors re: 2.0 bidder proposal | 0.5 | 4 |
| 11/15/23 | Michael O'Hara | Review Quoine materials | 1.0 | 9 |
| 11/16/23 | Michael O'Hara | Weekly call with UCC re: omnibus hearing update, customer group letter, FTX 2.0, Quoine Pte Ltd, venture portfolio | 1.5 | 3 |
| 11/16/23 | Michael O'Hara | Bi-weekly meeting with FTX Board, Debtors, and Rothschild | 1.0 | 4 |
| 11/16/23 | Michael O'Hara | Prepare for UCC call | 1.0 | 9 |
| 11/16/23 | Michael O'Hara | Review of venture portfolio diligence and investments re: GDA, Anthropic, Aptos, TripleDot, Toss, de minimis assets, and LP stakes | 1.0 | 9 |
| 11/17/23 | Michael O'Hara | Call with UCC Advisors re: FTX 2.0 draft APA | 0.5 | 11 |
| 11/20/23 | Michael O'Hara | Call with Debtors' advisors (K. Cofsky, M. Rahmani) re: FTX 2.0 | 0.5 | 4 |
| 11/20/23 | Michael O'Hara | Weekly call with UCC Advisors re: Committee meeting agenda and case coordination | 1.0 | 11 |
| 11/22/23 | Michael O'Hara | Weekly call with UCC re: FTX 2.0, Japan, de minimis assets, coin monetization | 1.5 | 3 |
| 11/22/23 | Michael O'Hara | Prepare for UCC call | 0.5 | 9 |
| 11/23/23 | Michael O'Hara | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 11/27/23 | Michael O'Hara | Meeting with Ad Hoc Committee re: FTX 2.0 | 1.0 | 3 |
| 11/27/23 | Michael O'Hara | Weekly call with UCC Advisors re: Committee meeting agenda and case coordination | 1.0 | 11 |
| 11/30/23 | Michael O'Hara | Bi-weekly meeting with FTX Board, Debtors, and Rothschild | 1.0 | 4 |
| 11/30/23 | Michael O'Hara | Review of venture portfolio diligence and investments re: Anthropic, Tripledot, Toss, Brinc Drones, IEX, Aptos, de minimis assets | 1.0 | 9 |
| 11/30/23 | Michael O'Hara | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 11/07/24 | Michael O'Hara | Review of venture portfolio diligence and investments re: de minimis | 0.5 | 9 |
| 11/29/24 | Michael O'Hara | Prepare for ventures Board call | 0.5 | 9 |
| | | **November 1, 2023 - November 30, 2023 Hours for Michael O'Hara** | **25.0** | |

**Jefferies LLC**
*November 1, 2023 - November 30, 2023*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 11/02/23 | Ryan Hamilton | Internal discussion with D. Homrich, L. Hultgren, S. Carri | 0.5 | 11 |
| 11/02/23 | Ryan Hamilton | Review of venture portfolio diligence and investments re: Anthropic, Multicoin, Sino Global, and de minimis assets | 1.0 | 9 |
| 11/02/23 | Ryan Hamilton | Bi-weekly meeting with FTX Board, Debtors, and Rothschild | 1.0 | 4 |
| 11/02/23 | Ryan Hamilton | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 11/06/23 | Ryan Hamilton | Review of de minimis asset offers | 0.5 | 9 |
| 11/06/23 | Ryan Hamilton | Weekly call with UCC Advisors re: Committee meeting agenda and case coordination | 1.0 | 11 |
| 11/07/23 | Ryan Hamilton | Review of reservation of rights | 0.5 | 11 |
| 11/07/23 | Ryan Hamilton | Review of de minimis asset materials | 1.0 | 9 |
| 11/08/23 | Ryan Hamilton | Call with Paul Hastings (E. Gilad, E. Sibbitt) re: FTX 2.0 | 0.5 | 2 |
| 11/09/23 | Ryan Hamilton | Meeting with Debtors re: FTX Europe, venture portfolio updates | 1.0 | 4 |
| 11/09/23 | Ryan Hamilton | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 11/12/23 | Ryan Hamilton | Meeting with Debtors re: FTX 2.0 Bidder | 0.5 | 4 |
| 11/13/23 | Ryan Hamilton | Review proposal from FTX 2.0 Bidder | 0.5 | 2 |
| 11/13/23 | Ryan Hamilton | Meeting with Debtors and AHC re: 2.0 bidder proposal | 0.5 | 4 |
| 11/13/23 | Ryan Hamilton | Review communications re: Bybit & Mirana Adversary Complaint | 0.5 | 11 |
| 11/13/23 | Ryan Hamilton | Weekly call with UCC Advisors re: Committee meeting agenda and case coordination | 1.0 | 11 |
| 11/13/23 | Ryan Hamilton | Review fee application | 1.5 | 1 |
| 11/14/23 | Ryan Hamilton | Review Quoine materials | 1.0 | 9 |
| 11/14/23 | Ryan Hamilton | Review materials re proposed settlement | 0.5 | 11 |
| 11/15/23 | Ryan Hamilton | Review Quoine materials | 0.5 | 9 |
| 11/15/23 | Ryan Hamilton | Meeting with Debtors re: 2.0 bidder proposal | 0.5 | 4 |
| 11/15/23 | Ryan Hamilton | Review of de minimis asset materials | 1.0 | 9 |
| 11/16/23 | Ryan Hamilton | Prepare for weekly UCC Call | 0.5 | 9 |
| 11/16/23 | Ryan Hamilton | Weekly call with UCC re: omnibus hearing update, customer group letter, FTX 2.0, Quoine Pte Ltd, venture portfolio | 1.5 | 3 |
| 11/16/23 | Ryan Hamilton | Review of venture portfolio diligence and investments re: GDA, Anthropic, Aptos, TripleDot, Toss, de minimis assets, and LP stakes | 1.0 | 4 |
| 11/16/23 | Ryan Hamilton | Bi-weekly meeting with FTX Board, Debtors, and Rothschild | 1.0 | 4 |
| 11/17/23 | Ryan Hamilton | Meeting with interested party re: venture portfolio | 0.5 | 11 |
| 11/17/23 | Ryan Hamilton | Call with UCC Advisors re: FTX 2.0 draft APA | 0.5 | 11 |
| 11/20/23 | Ryan Hamilton | Weekly call with UCC Advisors re: Committee meeting agenda and case coordination | 1.0 | 11 |
| 11/20/23 | Ryan Hamilton | Call with Debtors' advisors (K. Cofsky, M. Rahmani) re: FTX 2.0 | 0.5 | 4 |
| 11/21/23 | Ryan Hamilton | Review of de minimis asset materials re: Doppel, Helix Nano, and Gamergains | 1.0 | 9 |
| 11/22/23 | Ryan Hamilton | Prepare for weekly UCC Call | 0.5 | 9 |
| 11/22/23 | Ryan Hamilton | Weekly call with UCC re: FTX 2.0, Japan, de minimis assets, coin monetization | 1.5 | 3 |
| 11/23/23 | Ryan Hamilton | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 11/27/23 | Ryan Hamilton | Meeting with Ad Hoc Committee re: FTX 2.0 | 1.0 | 3 |
| 11/27/23 | Ryan Hamilton | Weekly call with UCC Advisors re: Committee meeting agenda and case coordination | 1.0 | 11 |
| 11/28/23 | Ryan Hamilton | Review draft communication to FTX 2.0 Ad Hoc Customer Committee | 0.5 | 11 |
| 11/29/23 | Ryan Hamilton | Internal discussion with T. Shea re: Celsius | 0.5 | 11 |
| 11/30/23 | Ryan Hamilton | Review of venture portfolio diligence and investments re: Anthropic, Tripledot, Toss, Brinc Drones, IEX, Aptos, de minimis assets | 1.0 | 4 |
| 11/30/23 | Ryan Hamilton | Bi-weekly meeting with FTX Board, Debtors, and Rothschild | 1.0 | 4 |
| 11/30/23 | Ryan Hamilton | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| | | **November 1, 2023 - November 30, 2023 Hours for Ryan Hamilton** | **31.5** | |

**Jefferies LLC**
*November 1, 2023 - November 30, 2023*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 11/01/23 | Daniel Homrich | *Review of plan documents and structure* | 2.0 | 9 |
| 11/02/23 | Daniel Homrich | *Bi-weekly meeting with FTX Board, Debtors, and Rothschild* | 1.0 | 4 |
| 11/02/23 | Daniel Homrich | *Internal discussion with R. Hamilton, L. Hultgren, S. Carri* | 0.5 | 11 |
| 11/02/23 | Daniel Homrich | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| 11/06/23 | Daniel Homrich | *Analysis of de minimis asset: HelixNano* | 0.5 | 9 |
| 11/06/23 | Daniel Homrich | *Weekly call with UCC Advisors re: Committee meeting agenda and case coordination* | 1.0 | 11 |
| 11/07/23 | Daniel Homrich | *Review of de minimis asset materials* | 2.0 | 9 |
| 11/07/23 | Daniel Homrich | *Preparation of materials for UCC re: certain venture portfolio investments* | 4.0 | 11 |
| 11/09/23 | Daniel Homrich | *Bi-weekly meeting with Debtors' banker re: venture portfolio updates* | 0.5 | 4 |
| 11/09/23 | Daniel Homrich | *Meeting with Debtors re: FTX Europe* | 1.0 | 4 |
| 11/09/23 | Daniel Homrich | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| 11/09/23 | Daniel Homrich | Review of materials re: Singapore entity | 2.0 | 11 |
| 11/10/23 | Daniel Homrich | *Review of FTX Quoine materials* | 2.0 | 9 |
| 11/12/23 | Daniel Homrich | *Meeting with Debtors re: FTX 2.0 Bidder* | 0.5 | 4 |
| 11/13/23 | Daniel Homrich | *Prepare fee application* | 3.0 | 1 |
| 11/13/23 | Daniel Homrich | *Review of de minimis asset materials re: Gamergains* | 3.0 | 9 |
| 11/13/23 | Daniel Homrich | *Weekly call with UCC Advisors re: Committee meeting agenda and case coordination* | 1.0 | 11 |
| 11/13/23 | Daniel Homrich | *Review of materials re: Singapore entity* | 2.0 | 11 |
| 11/14/23 | Daniel Homrich | *Review of materials re: Singapore entity and de minimis assets* | 5.0 | 11 |
| 11/15/23 | Daniel Homrich | *Meeting with Debtors re: FTX Europe follow-ups* | 0.5 | 4 |
| 11/15/23 | Daniel Homrich | *Meeting with Debtors re: 2.0 bidder proposal* | 0.5 | 4 |
| 11/15/23 | Daniel Homrich | *Review of materials re: Singapore entity and de minimis assets* | 5.0 | 11 |
| 11/16/23 | Daniel Homrich | *Weekly call with UCC re: omnibus hearing update, customer group letter, FTX 2.0, Quoine Pte Ltd, venture portfolio* | 1.5 | 3 |
| 11/16/23 | Daniel Homrich | *Bi-weekly meeting with FTX Board, Debtors, and Rothschild* | 1.0 | 4 |
| 11/16/23 | Daniel Homrich | *Review of materials for UCC meeting* | 2.0 | 9 |
| 11/17/23 | Daniel Homrich | *Meeting with interested party re: venture portfolio* | 0.5 | 11 |
| 11/17/23 | Daniel Homrich | *Call with UCC Advisors re: FTX 2.0 draft APA* | 0.5 | 11 |
| 11/20/23 | Daniel Homrich | *Weekly call with UCC Advisors re: Committee meeting agenda and case coordination* | 1.0 | 11 |
| 11/21/23 | Daniel Homrich | *Review of de minimis asset materials re: Doppel, Helix Nano, and Gamergains* | 3.0 | 9 |
| 11/21/23 | Daniel Homrich | *Review of materials for UCC meeting* | 2.0 | 9 |
| 11/22/23 | Daniel Homrich | *Weekly call with UCC re: FTX 2.0, Japan, de minimis assets, coin monetization* | 1.5 | 3 |
| 11/22/23 | Daniel Homrich | *Discussion with Debtors re: Doppel* | 0.5 | 4 |
| 11/23/23 | Daniel Homrich | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| 11/27/23 | Daniel Homrich | *Meeting with Ad Hoc Committee re: FTX 2.0* | 1.0 | 3 |
| 11/27/23 | Daniel Homrich | *Prepare for weekly UCC Call* | 1.0 | 9 |
| 11/30/23 | Daniel Homrich | *Bi-weekly meeting with FTX Board, Debtors, and Rothschild* | 1.0 | 4 |
| 11/30/23 | Daniel Homrich | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| 11/30/23 | Daniel Homrich | *Discussion with Paul Hastings re: Praxis token agreement* | 0.5 | 11 |
| 11/30/23 | Daniel Homrich | *Review of materials for UCC meeting* | 0.5 | 11 |
| | | **November 1, 2023 - November 30, 2023 Hours for Daniel Homrich** | **56.5** | |

**Jefferies LLC**
*November 1, 2023 - November 30, 2023*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 11/01/23 | Lars Hultgren | Manage UCC dataroom | 0.5 | 1 |
| 11/01/23 | Lars Hultgren | Prepare fee application | 2.0 | 1 |
| 11/01/23 | Lars Hultgren | Review of Debtors' VDR | 1.0 | 9 |
| 11/01/23 | Lars Hultgren | Review of venture investment re: K5 | 2.0 | 9 |
| 11/02/23 | Lars Hultgren | Internal discussion with R. Hamilton, D. Homrich, S. Carri | 0.5 | 11 |
| 11/02/23 | Lars Hultgren | Prepare fee application | 1.0 | 1 |
| 11/02/23 | Lars Hultgren | Bi-weekly meeting with FTX Board, Debtors, and Rothschild | 1.0 | 4 |
| 11/02/23 | Lars Hultgren | Review of venture investment re: K5 | 1.0 | 9 |
| 11/02/23 | Lars Hultgren | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 11/03/23 | Lars Hultgren | Review crypto-related news run | 0.5 | 1 |
| 11/03/23 | Lars Hultgren | Prepare fee application | 2.0 | 1 |
| 11/03/23 | Lars Hultgren | Research and analysis re: de minimis assets | 2.0 | 9 |
| 11/03/23 | Lars Hultgren | Review de minimis venture investments | 1.0 | 9 |
| 11/05/23 | Lars Hultgren | Review de minimis venture investments | 1.0 | 9 |
| 11/06/23 | Lars Hultgren | Prepare fee application | 0.5 | 1 |
| 11/06/23 | Lars Hultgren | Review crypto-related news run | 0.5 | 1 |
| 11/06/23 | Lars Hultgren | Review de minimis venture investments | 1.0 | 9 |
| 11/06/23 | Lars Hultgren | Review of Debtors' VDR | 1.0 | 9 |
| 11/06/23 | Lars Hultgren | Prepare materials re: de minimis venture investments | 1.0 | 9 |
| 11/06/23 | Lars Hultgren | Weekly call with UCC Advisors re: Committee meeting agenda and case coordination | 1.0 | 11 |
| 11/07/23 | Lars Hultgren | Review of crypto-related news compilation | 0.5 | 1 |
| 11/07/23 | Lars Hultgren | Prepare materials re: de minimis venture investments | 1.0 | 9 |
| 11/09/23 | Lars Hultgren | Manage UCC dataroom | 1.5 | 1 |
| 11/09/23 | Lars Hultgren | Bi-weekly meeting with Debtors' banker re: venture portfolio updates | 0.5 | 4 |
| 11/09/23 | Lars Hultgren | Meeting with Debtors re: FTX Europe | 1.0 | 4 |
| 11/09/23 | Lars Hultgren | Review of Debtors' materials re: Quoine | 0.5 | 9 |
| 11/09/23 | Lars Hultgren | Review of UCC feedback re: ventures investments | 1.0 | 9 |
| 11/09/23 | Lars Hultgren | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 11/10/23 | Lars Hultgren | Prepare fee application | 1.0 | 1 |
| 11/10/23 | Lars Hultgren | Review of crypto-related news compilation | 0.5 | 1 |
| 11/10/23 | Lars Hultgren | Prepare materials re: de minimis venture investments | 1.0 | 9 |
| 11/10/23 | Lars Hultgren | Crypto-related news run | 0.5 | 9 |
| 11/12/23 | Lars Hultgren | Meeting with Debtors re: FTX 2.0 Bidder | 0.5 | 4 |
| 11/13/23 | Lars Hultgren | Prepare fee application | 1.0 | 1 |
| 11/13/23 | Lars Hultgren | Prepare materials re: de minimis venture investments | 2.0 | 9 |
| 11/13/23 | Lars Hultgren | Weekly call with UCC Advisors re: Committee meeting agenda and case coordination | 1.0 | 11 |
| 11/14/23 | Lars Hultgren | Prepare fee application | 3.0 | 1 |
| 11/14/23 | Lars Hultgren | Review of court docket | 0.5 | 1 |
| 11/14/23 | Lars Hultgren | Prepare materials re: de minimis venture investments | 1.5 | 9 |
| 11/14/23 | Lars Hultgren | Review crypto-related news run | 0.5 | 1 |
| 11/15/23 | Lars Hultgren | Meeting with Debtors re: FTX Europe follow-ups | 0.5 | 4 |
| 11/15/23 | Lars Hultgren | Meeting with Debtors re: 2.0 Bidder Customer Overlap | 0.5 | 4 |
| 11/15/23 | Lars Hultgren | Review of customer analysis | 1.0 | 9 |
| 11/16/23 | Lars Hultgren | Weekly call with UCC re: omnibus hearing update, customer group letter, FTX 2.0, Quoine Pte Ltd, venture portfolio | 1.5 | 3 |
| 11/16/23 | Lars Hultgren | Bi-weekly meeting with FTX Board, Debtors, and Rothschild | 1.0 | 4 |
| 11/16/23 | Lars Hultgren | Review of Debtors' de minimis summary materials | 0.5 | 9 |
| 11/17/23 | Lars Hultgren | Meeting with interested party re: venture portfolio | 0.5 | 11 |
| 11/17/23 | Lars Hultgren | Review crypto-related news run | 0.5 | 1 |
| 11/17/23 | Lars Hultgren | Call with UCC Advisors re: FTX 2.0 draft APA | 0.5 | 11 |
| 11/20/23 | Lars Hultgren | Weekly call with UCC Advisors re: Committee meeting agenda and case coordination | 1.0 | 11 |
| 11/20/23 | Lars Hultgren | Review of Debtors' de minimis summary materials | 1.0 | 9 |
| 11/21/23 | Lars Hultgren | Review crypto-related news run | 0.5 | 1 |
| 11/21/23 | Lars Hultgren | Review of Debtors' de minimis summary materials | 0.5 | 9 |
| 11/21/23 | Lars Hultgren | Preparation of De Minimis asset materials re: Doppel, Helix Nano, and Gamergains | 2.0 | 9 |
| 11/22/23 | Lars Hultgren | Review of UCC feedback on ventures | 0.5 | 3 |
| 11/22/23 | Lars Hultgren | Weekly call with UCC re: FTX 2.0, Japan, de minimis assets, coin monetization | 1.5 | 3 |
| 11/23/23 | Lars Hultgren | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 11/24/23 | Lars Hultgren | Review crypto-related news run | 0.5 | 1 |
| 11/27/23 | Lars Hultgren | Meeting with Ad Hoc Committee re: FTX 2.0 | 1.0 | 3 |
| 11/28/23 | Lars Hultgren | Manage UCC dataroom | 0.5 | 1 |
| 11/29/23 | Lars Hultgren | Prepare materials re: de minimis venture investments | 2.5 | 9 |
| 11/30/23 | Lars Hultgren | Bi-weekly meeting with FTX Board, Debtors, and Rothschild | 1.0 | 4 |
| 11/30/23 | Lars Hultgren | Prepare materials re: de minimis venture investments | 1.5 | 9 |
| 11/30/23 | Lars Hultgren | Review of Debtors' VDR | 0.5 | 9 |
| 11/30/23 | Lars Hultgren | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 11/30/23 | Lars Hultgren | Review notes re: venture investments and follow-up diligence | 0.5 | 9 |
| | | **November 1, 2023 - November 30, 2023 Hours for Lars Hultgren** | **63.0** | |

**Jefferies LLC**
*November 1, 2023 - November 30, 2023*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 11/01/23 | Sebastian Carri | Manage UCC dataroom | 0.5 | 1 |
| 11/02/23 | Sebastian Carri | Internal discussion with R. Hamilton, D. Homrich, L. Hultgren | 0.5 | 1 |
| 11/02/23 | Sebastian Carri | Bi-weekly meeting with FTX Board, Debtors, and Rothschild | 1.0 | 4 |
| 11/02/23 | Sebastian Carri | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 11/03/23 | Sebastian Carri | Research and analysis re: de minimis assets | 4.0 | 9 |
| 11/03/23 | Sebastian Carri | Crypto-related news compilation | 0.5 | 1 |
| 11/03/23 | Sebastian Carri | Prepare fee application | 2.0 | 1 |
| 11/06/23 | Sebastian Carri | Weekly call with UCC Advisors re: Committee meeting agenda and case coordination | 1.0 | 11 |
| 11/07/23 | Sebastian Carri | Crypto-related news compilation | 0.5 | 1 |
| 11/09/23 | Sebastian Carri | Bi-weekly meeting with Debtors' banker re: venture portfolio updates | 0.5 | 4 |
| 11/09/23 | Sebastian Carri | Meeting with Debtors re: FTX Europe | 1.0 | 4 |
| 11/09/23 | Sebastian Carri | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 11/09/23 | Sebastian Carri | Manage UCC dataroom | 1.0 | 1 |
| 11/10/23 | Sebastian Carri | Preparation of FTX Quoine materials | 3.0 | 9 |
| 11/10/23 | Sebastian Carri | Crypto-related news compilation | 0.5 | 1 |
| 11/12/23 | Sebastian Carri | Meeting with Debtors re: FTX 2.0 Bidder | 0.5 | 4 |
| 11/13/23 | Sebastian Carri | Weekly call with UCC Advisors re: Committee meeting agenda and case coordination | 1.0 | 11 |
| 11/13/23 | Sebastian Carri | Preparation of FTX Board Recommendations Materials | 1.0 | 1 |
| 11/13/23 | Sebastian Carri | Preparation of De Minimis asset materials | 3.0 | 9 |
| 11/14/23 | Sebastian Carri | Crypto-related news compilation | 0.5 | 1 |
| 11/15/23 | Sebastian Carri | Meeting with Debtors re: FTX Europe follow-ups | 0.5 | 4 |
| 11/15/23 | Sebastian Carri | Meeting with Debtors re: 2.0 Bidder Customer Overlap | 0.5 | 4 |
| 11/16/23 | Sebastian Carri | Weekly call with UCC re: omnibus hearing update, customer group letter, FTX 2.0, Quoine Pte Ltd, venture portfolio | 1.5 | 3 |
| 11/16/23 | Sebastian Carri | Bi-weekly meeting with FTX Board, Debtors, and Rothschild | 1.0 | 4 |
| 11/17/23 | Sebastian Carri | Meeting with interested party re: venture portfolio | 0.5 | 2 |
| 11/17/23 | Sebastian Carri | Call with UCC Advisors re: FTX 2.0 draft APA | 0.5 | 11 |
| 11/17/23 | Sebastian Carri | Crypto-related news compilation | 0.5 | 1 |
| 11/20/23 | Sebastian Carri | Weekly call with UCC Advisors re: Committee meeting agenda and case coordination | 1.0 | 11 |
| 11/21/23 | Sebastian Carri | Preparation of De Minimis asset materials re: Doppel, Helix Nano, and Gamergains | 3.0 | 9 |
| 11/21/23 | Sebastian Carri | Crypto-related news compilation | 0.5 | 1 |
| 11/22/23 | Sebastian Carri | Weekly call with UCC re: FTX 2.0, Japan, de minimis assets, coin monetization | 1.5 | 3 |
| 11/23/23 | Sebastian Carri | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 11/24/23 | Sebastian Carri | Crypto-related news compilation | 0.5 | 1 |
| 11/27/23 | Sebastian Carri | Meeting with Ad Hoc Committee re: FTX 2.0 | 1.0 | 3 |
| 11/27/23 | Sebastian Carri | Weekly call with UCC Advisors re: Committee meeting agenda and case coordination | 1.0 | 11 |
| 11/28/23 | Sebastian Carri | Manage UCC dataroom | 1.0 | 1 |
| 11/30/23 | Sebastian Carri | Bi-weekly meeting with FTX Board, Debtors, and Rothschild | 1.0 | 4 |
| 11/30/23 | Sebastian Carri | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| | | **November 1, 2023 - November 30, 2023 Hours for Sebastian Carri** | **39.5** | |
| 11/02/23 | Timothy Shea | Discussion with Rothschild re: ventures and GP process | 1.0 | 3 |
| 11/02/23 | Timothy Shea | Review of venture portfolio diligence and investments re: Anthropic, Multicoin, Sino Global, and de minimis assets | 1.0 | 4 |
| 11/02/23 | Timothy Shea | Bi-weekly meeting with FTX Board, Debtors, and Rothschild | 1.0 | 4 |
| 11/02/23 | Timothy Shea | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 11/06/23 | Timothy Shea | Weekly call with UCC Advisors re: Committee meeting agenda and case coordination | 1.0 | 11 |
| 11/09/23 | Timothy Shea | Bi-weekly meeting with Debtors' banker re: venture portfolio updates | 0.5 | 4 |
| 11/09/23 | Timothy Shea | Meeting with Debtors re: FTX Europe | 1.0 | 4 |
| 11/09/23 | Timothy Shea | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 11/12/23 | Timothy Shea | Meeting with Debtors re: FTX 2.0 Bidder | 0.5 | 4 |
| 11/13/23 | Timothy Shea | Weekly call with UCC Advisors re: Committee meeting agenda and case coordination | 1.0 | 11 |
| 11/15/23 | Timothy Shea | Meeting with Debtors re: FTX Europe follow-ups | 0.5 | 4 |
| 11/15/23 | Timothy Shea | Meeting with Debtors re: 2.0 bidder proposal | 0.5 | 4 |
| 11/16/23 | Timothy Shea | Prepare for weekly UCC Call | 0.5 | 9 |
| 11/16/23 | Timothy Shea | Weekly call with UCC re: omnibus hearing update, customer group letter, FTX 2.0, Quoine Pte Ltd, venture portfolio | 1.5 | 3 |
| 11/16/23 | Timothy Shea | Review of venture portfolio diligence and investments re: GDA, Anthropic, Aptos, TripleDot, Toss, de minimis assets, and LP stakes | 1.0 | 4 |
| 11/16/23 | Timothy Shea | Bi-weekly meeting with FTX Board, Debtors, and Rothschild | 1.0 | 4 |
| 11/16/23 | Timothy Shea | Weekly call with UCC Advisors re: Committee meeting agenda and case coordination | 0.5 | 11 |
| 11/17/23 | Timothy Shea | Call with UCC Advisors re: FTX 2.0 draft APA | 0.5 | 11 |
| 11/20/23 | Timothy Shea | Weekly call with UCC Advisors re: Committee meeting agenda and case coordination | 1.0 | 11 |
| 11/22/23 | Timothy Shea | Prepare for weekly UCC Call | 0.5 | 9 |
| 11/22/23 | Timothy Shea | Weekly call with UCC re: FTX 2.0, Japan, de minimis assets, coin monetization | 1.5 | 3 |
| 11/23/23 | Timothy Shea | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 11/27/23 | Timothy Shea | Meeting with Ad Hoc Committee re: FTX 2.0 | 1.0 | 3 |
| 11/27/23 | Timothy Shea | Weekly call with UCC Advisors re: Committee meeting agenda and case coordination | 1.0 | 11 |
| 11/29/23 | Timothy Shea | Internal discussion with R. Hamilton re: Celsius | 0.5 | 11 |
| 11/30/23 | Timothy Shea | Review of venture portfolio diligence and investments re: Anthropic, Tripledot, Toss, Brinc Drones, IEX, Aptos, de minimis assets | 1.0 | 4 |
| 11/30/23 | Timothy Shea | Bi-weekly meeting with FTX Board, Debtors, and Rothschild | 1.0 | 4 |
| 11/30/23 | Timothy Shea | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 11/30/23 | Timothy Shea | Weekly call with UCC Advisors re: FTX 2.0 and venture portfolio | 0.5 | 11 |
| | | **November 1, 2023 - November 30, 2023 Hours for Timothy Shea** | **23.0** | |

**Jefferies LLC**
*November 1, 2023 - November 30, 2023*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 11/02/23 | Alexander Gavin | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| 11/06/23 | Alexander Gavin | *Weekly call with UCC Advisors re: Committee meeting agenda and case coordination* | 1.0 | 11 |
| 11/13/23 | Alexander Gavin | *Weekly call with Paul Hastings re: venture investment updates* | 1.0 | 11 |
| 11/16/23 | Alexander Gavin | *Weekly call with UCC Advisors re: Committee meeting agenda and case coordination* | 1.5 | 11 |
| 11/20/23 | Alexander Gavin | *Weekly call with UCC Advisors re: Committee meeting agenda and case coordination* | 1.0 | 11 |
| 11/22/23 | Alexander Gavin | *Weekly call with UCC re: FTX 2.0, Japan, de minimis assets, coin monetization* | 1.5 | 3 |
| | **November 1, 2023 - November 30, 2023 Hours for Alexander Gavin** | | **6.5** | |
| 11/02/23 | Lee Eller | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| 11/06/23 | Lee Eller | *Weekly call with UCC Advisors re: Committee meeting agenda and case coordination* | 1.0 | 11 |
| 11/13/23 | Lee Eller | *Weekly call with Paul Hastings re: venture investment updates* | 1.0 | 11 |
| 11/16/23 | Lee Eller | *Weekly call with UCC Advisors re: Committee meeting agenda and case coordination* | 1.5 | 11 |
| 11/20/23 | Lee Eller | *Weekly call with UCC Advisors re: Committee meeting agenda and case coordination* | 1.0 | 11 |
| 11/22/23 | Lee Eller | *Weekly call with UCC re: FTX 2.0, Japan, de minimis assets, coin monetization* | 1.5 | 3 |
| | **November 1, 2023 - November 30, 2023 Hours for Lee Eller** | | **6.5** | |
| 11/01/23 | Abhilash Parath | *Manage UCC dataroom* | 1.0 | 1 |
| 11/01/23 | Abhilash Parath | *Prepare fee application* | 2.0 | 1 |
| 11/01/23 | Abhilash Parath | *Research and analysis re: de minimis assets* | 1.0 | 9 |
| 11/02/23 | Abhilash Parath | *Manage UCC dataroom* | 1.0 | 1 |
| 11/02/23 | Abhilash Parath | *Prepare fee application* | 2.0 | 1 |
| 11/02/23 | Abhilash Parath | *Bi-weekly meeting with FTX Board, Debtors, and Rothschild* | 1.0 | 4 |
| 11/02/23 | Abhilash Parath | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| 11/03/23 | Abhilash Parath | *Prepare fee application* | 2.5 | 1 |
| 11/03/23 | Abhilash Parath | *Research and analysis re: de minimis assets* | 2.0 | 9 |
| 11/06/23 | Abhilash Parath | *Weekly call with UCC Advisors re: Committee meeting agenda and case coordination* | 1.0 | 11 |
| 11/13/23 | Abhilash Parath | *Weekly call with Paul Hastings re: venture investment updates* | 1.0 | 11 |
| 11/16/23 | Abhilash Parath | *Weekly call with UCC Advisors re: Committee meeting agenda and case coordination* | 1.5 | 11 |
| 11/20/23 | Abhilash Parath | *Weekly call with UCC Advisors re: Committee meeting agenda and case coordination* | 1.0 | 11 |
| 11/22/23 | Abhilash Parath | *Weekly call with UCC re: FTX 2.0, Japan, de minimis assets, coin monetization* | 1.5 | 3 |
| 11/02/24 | Abhilash Parath | *Research and analysis re: de minimis assets* | 2.0 | 9 |
| | **November 1, 2023 - November 30, 2023 Hours for Abhilash Parath** | | **21.0** | |
| 11/02/23 | Jack Harris | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| 11/06/23 | Jack Harris | *Weekly call with UCC Advisors re: Committee meeting agenda and case coordination* | 1.0 | 11 |
| 11/13/23 | Jack Harris | *Weekly call with Paul Hastings re: venture investment updates* | 1.0 | 11 |
| 11/16/23 | Jack Harris | *Weekly call with UCC Advisors re: Committee meeting agenda and case coordination* | 1.5 | 11 |
| 11/20/23 | Jack Harris | *Weekly call with UCC Advisors re: Committee meeting agenda and case coordination* | 1.0 | 11 |
| 11/22/23 | Jack Harris | *Weekly call with UCC re: FTX 2.0, Japan, de minimis assets, coin monetization* | 1.5 | 3 |
| | **November 1, 2023 - November 30, 2023 Hours for Jack Harris** | | **6.5** | |

## Exhibit B

## Expense Detail

**Expense Detail**
November 1 - November 30, 2023

| Professional | User Date | Amount ($) | Expense Description |
|---|---|---|---|
| DANIEL HOMRICH | 10/11/2023 | $15.73 | EMPLOYEE MEAL |
| ABHILASH PARATH | 10/12/2023 | $27.61 | EMPLOYEE MEAL |
| ABHILASH PARATH | 10/12/2023 | $43.97 | TAXI |
| DANIEL HOMRICH | 10/12/2023 | $15.92 | EMPLOYEE MEAL |
| ABHILASH PARATH | 10/19/2023 | $20.92 | TAXI |
| ABHILASH PARATH | 10/19/2023 | $30.00 | EMPLOYEE MEAL |
| DANIEL HOMRICH | 10/25/2023 | $13.60 | EMPLOYEE MEAL |
| DANIEL HOMRICH | 10/25/2023 | $17.23 | EMPLOYEE MEAL |
| ABHILASH PARATH | 10/26/2023 | $21.98 | TAXI |
| JEF FTX TEAM | 11/2/2023 | $65.00 | PRESENTATION SERVICES |
| DANIEL HOMRICH | 11/9/2023 | $14.96 | EMPLOYEE MEAL |
| JEF FTX TEAM | 11/30/2023 | $48.00 | PRESENTATION SERVICES |
| DENTONS | 12/31/2023 | $5,025.00 | LEGAL |
| **Total Expense** | | **$5,359.92** | |

31423063.1

![Dentons]

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Attn: Cristina Passoni
Jefferies LLC
520 Madison Avenue
New York NY 10022
United States

December 18, 2023

**Invoice No. 2713147**

Client/Matter: 09806540-000047

FTX Bankruptcy
8116

Payment Due Upon Receipt

Total This Invoice                                                      $         5,025.00

Please return this page with your payment
To pay by E-Check - https://www.e-billexpress.com/ebpp/DentonsUS

Payments by check should be sent to:          Payment by wire transfer/ACH should be sent to:
  Dentons US LLP                                                  Citi Private Bank
  Dept. 3078                               OR                     227 West Monroe, Chicago, IL 60606
 Carol Stream, IL  60132-3078                                          ABA Transit #: ███████
                          Account #: ███████
                        Account Name: Dentons US LLP
                          Swift Code: ███████
               Reference: Invoice # and/or client matter #

**\*\*Please validate any request to change/update electronic payment instructions on
file or mailing address by contacting Dentons US LLP directly\*\***

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
T. Labuda
at 1 312 876 8000

**DENTONS**

Dentons US LLP  
233 South Wacker Drive  
Suite 5900  
Chicago, Illinois 60606-6361  

dentons.com

Attn: Cristina Passoni  
Jefferies LLC  
520 Madison Avenue  
New York NY 10022  
United States

December 18, 2023

**Invoice No. 2713147**

Client/Matter:   09806540-000047

FTX Bankruptcy  
8116

___

For Professional Services Rendered through November 30, 2023:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 11/01/23 | E. Chew | 2.10 | 1,386.00 | Research and analyze precedent cases of amendments to retention applications (1.5); email correspondence with T. Labuda re same (.6) |
| 11/01/23 | T. Labuda | 0.50 | 675.00 | Review amended engagement terms precedent. |
| 11/02/23 | T. Labuda | 0.40 | 540.00 | Review precedent re amended engagement terms and scenarios. |
| 11/02/23 | E. Chew | 2.40 | 1,584.00 | Follow-up research and analysis re amendment to retention application precedent |
| 11/09/23 | S. Schrag | 0.60 | 504.00 | Draft monthly fee statement. |
| 11/29/23 | S. Schrag | 0.20 | 168.00 | Confer with L. Hultgren regarding fee statement and interim fee application. |
| 11/30/23 | S. Schrag | 0.20 | 168.00 | Confer with L. Hultgren regarding fee statement and interim fee application. |
| Total Hours | | 6.40 | | |
| Fee Amount | | | | $ 5,025.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| T. Labuda | $ 1,350.00 | 0.90 | $ 1,215.00 |
| S. Schrag | $ 840.00 | 1.00 | $ 840.00 |
| E. Chew | $ 660.00 | 4.50 | $ 2,970.00 |
| Totals | | 6.40 | $ 5,025.00 |

FTX Bankruptcy
8116

December 18, 2023

Matter: 09806540-000047
Invoice No.: 2713147

| | | |
|---|---:|---:|
| Fee Total | $ | 5,025.00 |
| Invoice Total | $ | 5,025.00 |