# Exhibit A

**Time Records of Jefferies Professionals**

**Jefferies LLC**
*December 1, 2023 - December 31, 2023*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 12/01/23 | Michael O'Hara | Meeting with Debtors re: customer solicitation | 1.0 | 4 |
| 12/03/23 | Michael O'Hara | Review of draft 2.0 APA | 0.5 | 2 |
| 12/03/23 | Michael O'Hara | Review of FTX 2.0 proposal | 0.5 | 2 |
| 12/03/23 | Michael O'Hara | Meeting with Debtors re: FTX 2.0 draft APA | 1.0 | 4 |
| 12/03/23 | Michael O'Hara | Meeting with UCC Advisors re: committee call preparation | 0.5 | 11 |
| 12/04/23 | Michael O'Hara | Call with UCC re: FTX 2.0 process | 1.0 | 3 |
| 12/04/23 | Michael O'Hara | Weekly call with UCC Advisors re: Committee meeting agenda and case coordination | 0.5 | 11 |
| 12/05/23 | Michael O'Hara | Review comparable stalking horse cases | 1.0 | 9 |
| 12/05/23 | Michael O'Hara | Prepare for UCC call | 0.5 | 9 |
| 12/06/23 | Michael O'Hara | Weekly call with UCC re: FTX 2.0, claim reconciliation and solicitation, token estimation and monetization, ventures update | 1.5 | 3 |
| 12/07/23 | Michael O'Hara | Weekly call with Debtors re: FTX 2.0 | 1.0 | 4 |
| 12/07/23 | Michael O'Hara | Bi-weekly meeting with Debtors' banker re: venture portfolio updates | 0.5 | 4 |
| 12/07/23 | Michael O'Hara | Review of communications with Debtors re: capital calls | 0.5 | 9 |
| 12/08/23 | Michael O'Hara | Review of draft disclosure statement | 0.5 | 10 |
| 12/10/23 | Michael O'Hara | Review FTX 2.0 draft APA | 0.5 | 2 |
| 12/10/23 | Michael O'Hara | Weekly call with UCC Advisors re: FTX 2.0 | 1.0 | 11 |
| 12/11/23 | Michael O'Hara | Review of IOI received re: venture investment | 0.5 | 9 |
| 12/11/23 | Michael O'Hara | Review of K5 investment information | 1.0 | 9 |
| 12/12/23 | Michael O'Hara | Prepare fee application | 1.0 | 1 |
| 12/12/23 | Michael O'Hara | Review diligence related to IOI received re: venture investment | 0.5 | 9 |
| 12/12/23 | Michael O'Hara | Review of K5 investment information | 0.5 | 9 |
| 12/12/23 | Michael O'Hara | Prepare for UCC call | 0.5 | 9 |
| 12/13/23 | Michael O'Hara | Prepare fee application | 0.5 | 1 |
| 12/13/23 | Michael O'Hara | Weekly call with UCC re: debtors' exclusivity, plan and disclosure statement, FTX 2.0, FTX Japan, schedules update, claims update | 1.5 | 3 |
| 12/14/23 | Michael O'Hara | Review FTX 2.0 draft APA | 0.5 | 2 |
| 12/14/23 | Michael O'Hara | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 12/15/23 | Michael O'Hara | Call with Debtors re: claims trading | 1.0 | 4 |
| 12/15/23 | Michael O'Hara | Call with Debtors re: FTX 2.0 draft APA | 1.5 | 4 |
| 12/18/23 | Michael O'Hara | Review FTX 2.0 draft APA | 0.5 | 2 |
| 12/18/23 | Michael O'Hara | Review of venture portfolio diligence and investments re: Anthropic, Tripledot, Toss, Dave, IEX, de minimis assets | 1.0 | 4 |
| 12/18/23 | Michael O'Hara | Meeting with FTX Board, Debtors, and Rothschild | 1.0 | 4 |
| 12/18/23 | Michael O'Hara | Weekly call with UCC Advisors re: FTX 2.0 and venture portfolio | 1.0 | 11 |
| 12/18/23 | Michael O'Hara | Call with FTI and Debtors re: tokens | 1.0 | 11 |
| 12/19/23 | Michael O'Hara | Review of FTX 2.0 bidder reverse due diligence | 0.5 | 2 |
| 12/19/23 | Michael O'Hara | Prepare for UCC call | 0.5 | 9 |
| 12/20/23 | Michael O'Hara | Weekly call with UCC re: FTX 2.0, exclusivity statement, Bahamas, token estimation, ventures, coin monetization | 1.5 | 3 |
| 12/20/23 | Michael O'Hara | Prepare for UCC call | 0.5 | 9 |
| 12/20/23 | Michael O'Hara | Review of committee feedback re: Dave and IEX | 0.5 | 9 |
| 12/20/23 | Michael O'Hara | Call with UCC Advisors re: FTX 2.0 bidder draft APA | 0.5 | 11 |
| 12/21/23 | Michael O'Hara | Meeting with UCC re: FTX 2.0 bidder draft APA | 0.5 | 3 |
| 12/22/23 | Michael O'Hara | Review of court docket re: settlement agreements | 1.0 | 1 |
| | | **December 1, 2023 - December 31, 2023 Hours for Michael O'Hara** | **31.5** | |

**Jefferies LLC**
*December 1, 2023 - December 31, 2023*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 12/01/23 | Ryan Hamilton | *Review FTX 2.0 draft APA* | 1.0 | 2 |
| 12/01/23 | Ryan Hamilton | *Review FTX 2.0 bidding procedures* | 1.0 | 2 |
| 12/01/23 | Ryan Hamilton | *Meeting with Debtors re: customer solicitation* | 1.0 | 4 |
| 12/03/23 | Ryan Hamilton | *Review FTX 2.0 Bidder Counterproposal* | 0.5 | 2 |
| 12/03/23 | Ryan Hamilton | *Meeting with Debtors re: FTX 2.0 draft APA* | 1.0 | 4 |
| 12/03/23 | Ryan Hamilton | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 12/04/23 | Ryan Hamilton | *Call with UCC re: FTX 2.0 process* | 1.0 | 3 |
| 12/04/23 | Ryan Hamilton | *Weekly call with UCC Advisors re: Committee meeting agenda and case coordination* | 0.5 | 11 |
| 12/05/23 | Ryan Hamilton | *Review bidding procedures comps* | 1.0 | 9 |
| 12/05/23 | Ryan Hamilton | *Review of De Minimis asset materials re: Doppel, Sino Global, Praxis* | 2.0 | 9 |
| 12/06/23 | Ryan Hamilton | *Weekly call with UCC re: FTX 2.0, claim reconciliation and solicitation, token estimation and monetization, ventures update* | 1.5 | 3 |
| 12/07/23 | Ryan Hamilton | *Weekly call with Debtors re: FTX 2.0* | 1.0 | 4 |
| 12/07/23 | Ryan Hamilton | *Bi-weekly meeting with Debtors' banker re: venture portfolio updates* | 0.5 | 4 |
| 12/11/23 | Ryan Hamilton | *Weekly call with UCC Advisors re: FTX 2.0* | 1.0 | 11 |
| 12/12/23 | Ryan Hamilton | *Discussion with UCC re: capital call increase, de minimis order amendment* | 0.5 | 3 |
| 12/12/23 | Ryan Hamilton | *Review of Venture Portfolio update materials for UCC* | 2.0 | 9 |
| 12/13/23 | Ryan Hamilton | *Weekly call with UCC re: debtors' exclusivity, plan and disclosure statement, FTX 2.0, FTX Japan, schedules update, claims update* | 1.5 | 3 |
| 12/13/23 | Ryan Hamilton | *Prepare for UCC call* | 0.5 | 9 |
| 12/14/23 | Ryan Hamilton | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| 12/15/23 | Ryan Hamilton | *Call with Debtors re: claims trading* | 1.0 | 4 |
| 12/15/23 | Ryan Hamilton | *Call with Debtors re: FTX 2.0 draft APA* | 1.5 | 4 |
| 12/18/23 | Ryan Hamilton | *Meeting with FTX Board, Debtors, and Rothschild* | 1.0 | 4 |
| 12/18/23 | Ryan Hamilton | *Weekly call with UCC Advisors re: FTX 2.0 and venture portfolio* | 1.0 | 11 |
| 12/18/23 | Ryan Hamilton | *Call with FTI and Debtors re: tokens* | 1.0 | 11 |
| 12/19/23 | Ryan Hamilton | *Review of venture portfolio diligence and investments re: Anthropic, Tripledot, Toss, Dave, IEX, de minimis assets* | 1.0 | 4 |
| 12/20/23 | Ryan Hamilton | *Review FTX 2.0 draft APA* | 1.0 | 2 |
| 12/20/23 | Ryan Hamilton | *Weekly call with UCC re: FTX 2.0, exclusivity statement, Bahamas, token estimation, ventures, coin monetization* | 1.5 | 3 |
| 12/21/23 | Ryan Hamilton | *Prepare for UCC call* | 0.5 | 9 |
| 12/21/23 | Ryan Hamilton | *Call with UCC Advisors re: FTX 2.0 bidder draft APA* | 0.5 | 11 |
| 12/21/23 | Ryan Hamilton | *Meeting with UCC re: FTX 2.0 bidder draft APA* | 0.5 | 3 |
| 12/21/23 | Ryan Hamilton | *Review of board candidate materials* | 0.5 | 9 |
| 12/22/23 | Ryan Hamilton | *Review of court docket re: settlement agreements* | 0.5 | 1 |
| 12/25/23 | Ryan Hamilton | *Communications with interested party re: venture asset* | 0.5 | 11 |
| 12/26/23 | Ryan Hamilton | *Review of IOI received re: IEX* | 0.5 | 2 |
| 12/26/23 | Ryan Hamilton | *Prepare ventures update for the UCC re: IEX* | 0.5 | 9 |
| 12/26/23 | Ryan Hamilton | *Communication re: FTX Vault Trust* | 0.5 | 11 |
| 12/28/23 | Ryan Hamilton | *Review of board candidate materials* | 0.5 | 9 |
| | | **December 1, 2023 - December 31, 2023 Hours for Ryan Hamilton** | **33.0** | |
| 12/01/23 | Daniel Homrich | *Meeting with Debtors re: customer solicitation* | 1.0 | 4 |
| 12/03/23 | Daniel Homrich | *Meeting with Debtors re: FTX 2.0 draft APA* | 1.0 | 4 |
| 12/03/23 | Daniel Homrich | *Meeting with UCC Advisors re: committee call preparation* | 0.5 | 11 |
| 12/04/23 | Daniel Homrich | *Call with UCC re: FTX 2.0* | 1.0 | 3 |
| 12/04/23 | Daniel Homrich | *Weekly call with UCC Advisors re: Committee meeting agenda and case coordination* | 0.5 | 11 |
| 12/05/23 | Daniel Homrich | *Review comparable stalking horse cases* | 2.0 | 9 |
| 12/05/23 | Daniel Homrich | *Review of De Minimis asset materials re: Doppel, Sino Global, Praxis* | 3.0 | 9 |
| 12/05/23 | Daniel Homrich | *Review of materials for UCC meeting* | 4.0 | 11 |
| 12/06/23 | Daniel Homrich | *Review of 2.0 bidder materials and related legal documents* | 2.0 | 2 |
| 12/06/23 | Daniel Homrich | *Weekly call with UCC re: FTX 2.0, claim reconciliation and solicitation, token estimation and monetization, ventures update* | 1.5 | 3 |
| 12/06/23 | Daniel Homrich | *Review of certain venture asset materials / documents* | 1.0 | 9 |
| 12/07/23 | Daniel Homrich | *Weekly call with Debtors re: FTX 2.0* | 1.0 | 4 |
| 12/07/23 | Daniel Homrich | *Bi-weekly meeting with Debtors' banker re: venture portfolio updates* | 0.5 | 4 |
| 12/07/23 | Daniel Homrich | *Review of certain venture asset materials / documents* | 3.0 | 9 |
| 12/11/23 | Daniel Homrich | *Weekly call with UCC Advisors re: FTX 2.0* | 1.0 | 11 |
| 12/12/23 | Daniel Homrich | *Review of K5 investment information* | 0.5 | 9 |
| 12/12/23 | Daniel Homrich | *Review of venture asset summary materials for UCC* | 2.0 | 9 |
| 12/12/23 | Daniel Homrich | *Preparation of 2.0 Valuation Materials* | 2.0 | 9 |
| 12/12/23 | Daniel Homrich | *Review of certain venture asset materials and preparation of UCC materials* | 4.0 | 9 |
| 12/13/23 | Daniel Homrich | *Weekly call with UCC re: debtors' exclusivity, plan and disclosure statement, FTX 2.0, FTX Japan, schedules update, claims update* | 1.5 | 3 |
| 12/14/23 | Daniel Homrich | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| 12/15/23 | Daniel Homrich | *Call with Debtors re: claims trading* | 1.0 | 4 |
| 12/15/23 | Daniel Homrich | *Call with Debtors re: FTX 2.0 draft APA* | 1.5 | 4 |
| 12/18/23 | Daniel Homrich | *Meeting with FTX Board, Debtors, and Rothschild* | 1.0 | 4 |
| 12/18/23 | Daniel Homrich | *Weekly call with UCC Advisors re: FTX 2.0 and venture portfolio* | 1.0 | 11 |
| 12/18/23 | Daniel Homrich | *Call with FTI and Debtors re: tokens* | 1.0 | 11 |
| 12/19/23 | Daniel Homrich | *Review of certain venture asset materials and preparation of UCC materials* | 4.0 | 9 |
| 12/20/23 | Daniel Homrich | *Weekly call with UCC re: FTX 2.0, exclusivity statement, Bahamas, token estimation, ventures, coin monetization* | 1.5 | 3 |
| 12/20/23 | Daniel Homrich | *Review of venture asset summary materials for UCC* | 3.0 | 9 |
| 12/20/23 | Daniel Homrich | *Call with UCC Advisors re: FTX 2.0 bidder draft APA* | 0.5 | 11 |
| 12/21/23 | Daniel Homrich | *Meeting with UCC re: FTX 2.0 bidder draft APA* | 0.5 | 3 |
| | | **December 1, 2023 - December 31, 2023 Hours for Daniel Homrich** | **48.5** | |

**Jefferies LLC**
*December 1, 2023 - December 31, 2023*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 12/01/23 | Lars Hultgren | Prepare fee application | 1.0 | 1 |
| 12/01/23 | Lars Hultgren | Review FTX 2.0 draft APA | 0.5 | 2 |
| 12/01/23 | Lars Hultgren | Review FTX 2.0 draft bidding procedures | 0.5 | 2 |
| 12/01/23 | Lars Hultgren | Meeting with Debtors re: customer solicitation | 1.0 | 4 |
| 12/01/23 | Lars Hultgren | Review of latest cash flow update | 0.5 | 9 |
| 12/03/23 | Lars Hultgren | Review of comparable bankruptcy cases | 2.0 | 1 |
| 12/03/23 | Lars Hultgren | Review of FTX 2.0 proposal | 0.5 | 2 |
| 12/03/23 | Lars Hultgren | Meeting with Debtors re: FTX 2.0 draft APA | 1.0 | 4 |
| 12/03/23 | Lars Hultgren | Meeting with UCC Advisors re: committee call preparation | 0.5 | 11 |
| 12/04/23 | Lars Hultgren | Review of comparable bankruptcy cases | 4.0 | 1 |
| 12/04/23 | Lars Hultgren | Manage UCC dataroom | 1.0 | 1 |
| 12/04/23 | Lars Hultgren | Review FTX 2.0 draft APA | 0.5 | 2 |
| 12/04/23 | Lars Hultgren | Call with UCC re: FTX 2.0 | 1.0 | 3 |
| 12/04/23 | Lars Hultgren | Review of Debtors' VDR re: Sino Global | 0.5 | 9 |
| 12/04/23 | Lars Hultgren | Weekly call with UCC Advisors re: Committee meeting agenda and case coordination | 0.5 | 11 |
| 12/05/23 | Lars Hultgren | Review of comparable bankruptcy cases | 4.0 | 1 |
| 12/05/23 | Lars Hultgren | Review of Debtors' VDR | 0.5 | 9 |
| 12/05/23 | Lars Hultgren | Preparation de minimis asset materials re: Doppel, Sino Global, Praxis | 3.0 | 9 |
| 12/06/23 | Lars Hultgren | Prepare fee application | 1.0 | 1 |
| 12/06/23 | Lars Hultgren | Weekly call with UCC re: FTX 2.0, claim reconciliation and solicitation, token estimation and monetization, ventures update | 1.5 | 3 |
| 12/06/23 | Lars Hultgren | Review of UCC feedback re: ventures investments | 0.5 | 3 |
| 12/07/23 | Lars Hultgren | Weekly call with Debtors re: FTX 2.0 | 1.0 | 4 |
| 12/07/23 | Lars Hultgren | Bi-weekly meeting with Debtors' banker re: venture portfolio updates | 0.5 | 4 |
| 12/07/23 | Lars Hultgren | Review of communications with Debtors re: capital calls | 0.5 | 9 |
| 12/08/23 | Lars Hultgren | Review of venture portfolio capital calls | 0.5 | 9 |
| 12/08/23 | Lars Hultgren | Review of draft disclosure statement | 0.5 | 10 |
| 12/10/23 | Lars Hultgren | Review FTX 2.0 draft APA | 0.5 | 2 |
| 12/10/23 | Lars Hultgren | Weekly call with UCC Advisors re: FTX 2.0 | 1.0 | 11 |
| 12/11/23 | Lars Hultgren | Prepare materials for UCC re: Dave | 2.0 | 9 |
| 12/11/23 | Lars Hultgren | Review of IOI received re: venture investment | 0.5 | 9 |
| 12/11/23 | Lars Hultgren | Review of K5 investment information | 1.0 | 9 |
| 12/12/23 | Lars Hultgren | Prepare fee application | 1.0 | 1 |
| 12/12/23 | Lars Hultgren | Prepare materials re: Dave | 1.5 | 9 |
| 12/12/23 | Lars Hultgren | Review diligence related to IOI received re: venture investment | 0.5 | 9 |
| 12/13/23 | Lars Hultgren | Prepare fee application | 0.5 | 1 |
| 12/13/23 | Lars Hultgren | Review FTX 2.0 draft APA | 0.5 | 2 |
| 12/13/23 | Lars Hultgren | Weekly call with UCC re: debtors' exclusivity, plan and disclosure statement, FTX 2.0, FTX Japan, schedules update, claims update | 1.5 | 3 |
| 12/14/23 | Lars Hultgren | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 12/15/23 | Lars Hultgren | Review UCC feedback re: capital call amendment | 0.5 | 3 |
| 12/15/23 | Lars Hultgren | Call with Debtors re: claims trading | 1.0 | 4 |
| 12/15/23 | Lars Hultgren | Call with Debtors re: FTX 2.0 draft APA | 1.5 | 4 |
| 12/17/23 | Lars Hultgren | Prepare materials re: potential board candidates | 1.0 | 9 |
| 12/18/23 | Lars Hultgren | Manage UCC dataroom | 1.0 | 1 |
| 12/18/23 | Lars Hultgren | Review FTX 2.0 draft APA | 0.5 | 2 |
| 12/18/23 | Lars Hultgren | Meeting with FTX Board, Debtors, and Rothschild | 1.0 | 4 |
| 12/18/23 | Lars Hultgren | Review of FTX board discussion materials | 0.5 | 9 |
| 12/18/23 | Lars Hultgren | Weekly call with UCC Advisors re: FTX 2.0 and venture portfolio | 1.0 | 11 |
| 12/18/23 | Lars Hultgren | Call with FTI and Debtors re: tokens | 1.0 | 11 |
| 12/19/23 | Lars Hultgren | Review of committee materials for weekly meeting | 0.5 | 1 |
| 12/19/23 | Lars Hultgren | Review of FTX 2.0 bidder reverse due diligence | 0.5 | 2 |
| 12/19/23 | Lars Hultgren | Review of bid received re: venture portfolio | 0.5 | 9 |
| 12/20/23 | Lars Hultgren | Weekly call with UCC re: FTX 2.0, exclusivity statement, Bahamas, token estimation, ventures, coin monetization | 1.5 | 3 |
| 12/20/23 | Lars Hultgren | Review of committee feedback re: Dave and IEX | 0.5 | 3 |
| 12/20/23 | Lars Hultgren | Prepare materials re: potential board candidates | 1.0 | 9 |
| 12/20/23 | Lars Hultgren | Review of Debtors' VDR | 0.5 | 9 |
| 12/20/23 | Lars Hultgren | Call with UCC Advisors re: FTX 2.0 bidder draft APA | 0.5 | 11 |
| 12/21/23 | Lars Hultgren | Meeting with UCC re: FTX 2.0 bidder draft APA | 0.5 | 3 |
| 12/21/23 | Lars Hultgren | Prepare materials re: potential board candidates | 1.0 | 9 |
| 12/22/23 | Lars Hultgren | Review of court docket re: settlement agreements | 1.0 | 1 |
| 12/25/23 | Lars Hultgren | Review of IOI received re: venture investment | 0.5 | 9 |
| 12/29/23 | Lars Hultgren | Review of Debtors' VDR | 0.5 | 9 |
| 12/30/23 | Lars Hultgren | Prepare materials re: potential board candidates | 1.0 | 9 |
| | | December 1, 2023 - December 31, 2023 Hours for Lars Hultgren | 58.5 | |

**Jefferies LLC**
*December 1, 2023 - December 31, 2023*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 12/01/23 | Sebastian Carri | *Meeting with Debtors re: customer solicitation* | 1.0 | 4 |
| 12/03/23 | Sebastian Carri | *Meeting with Debtors re: FTX 2.0 draft APA* | 1.0 | 4 |
| 12/03/23 | Sebastian Carri | *Meeting with UCC Advisors re: committee call preparation* | 0.5 | 11 |
| 12/04/23 | Sebastian Carri | *Manage UCC dataroom* | 2.0 | 1 |
| 12/04/23 | Sebastian Carri | *Call with UCC re: FTX 2.0* | 1.0 | 3 |
| 12/04/23 | Sebastian Carri | *Weekly call with UCC Advisors re: Committee meeting agenda and case coordination* | 0.5 | 11 |
| 12/05/23 | Sebastian Carri | *Preparation of De Minimis asset materials re: Doppel, Sino Global, Praxis* | 3.0 | 9 |
| 12/05/23 | Sebastian Carri | *Review comparable stalking horse cases* | 5.0 | 9 |
| 12/06/23 | Sebastian Carri | *Weekly call with UCC re: FTX 2.0, claim reconciliation and solicitation, token estimation and monetization, ventures update* | 1.5 | 3 |
| 12/07/23 | Sebastian Carri | *Weekly call with Debtors re: FTX 2.0* | 1.0 | 4 |
| 12/07/23 | Sebastian Carri | *Bi-weekly meeting with Debtors' banker re: venture portfolio updates* | 0.5 | 4 |
| 12/10/23 | Sebastian Carri | *Weekly call with UCC Advisors re: FTX 2.0* | 1.0 | 11 |
| 12/11/23 | Sebastian Carri | *Review of K5 investment information* | 1.0 | 9 |
| 12/12/23 | Sebastian Carri | *Preparation of Venture Asset Materials* | 2.0 | 9 |
| 12/13/23 | Sebastian Carri | *Weekly call with UCC re: debtors' exclusivity, plan and disclosure statement, FTX 2.0, FTX Japan, schedules update, claims update* | 1.5 | 3 |
| 12/14/23 | Sebastian Carri | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| 12/15/23 | Sebastian Carri | *Call with Debtors re: claims trading* | 1.0 | 4 |
| 12/15/23 | Sebastian Carri | *Call with Debtors re: FTX 2.0 draft APA* | 1.5 | 4 |
| 12/18/23 | Sebastian Carri | *Manage UCC dataroom* | 4.0 | 1 |
| 12/18/23 | Sebastian Carri | *Meeting with FTX Board, Debtors, and Rothschild* | 1.0 | 4 |
| 12/18/23 | Sebastian Carri | *Weekly call with UCC Advisors re: FTX 2.0 and venture portfolio* | 1.0 | 11 |
| 12/18/23 | Sebastian Carri | *Call with FTI and Debtors re: tokens* | 1.0 | 11 |
| 12/20/23 | Sebastian Carri | *Weekly call with UCC re: FTX 2.0, exclusivity statement, Bahamas, token estimation, ventures, coin monetization* | 1.5 | 3 |
| 12/20/23 | Sebastian Carri | *Call with UCC Advisors re: FTX 2.0 bidder draft APA* | 0.5 | 11 |
| 12/21/23 | Sebastian Carri | *Meeting with UCC re: FTX 2.0 bidder draft APA* | 0.5 | 3 |
| | | **December 1, 2023 - December 31, 2023 Hours for Sebastian Carri** | **35.0** | |

**Jefferies LLC**
*December 1, 2023 - December 31, 2023*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 12/01/23 | Timothy Shea | Meeting with Debtors re: customer solicitation | 1.0 | 4 |
| 12/03/23 | Timothy Shea | Meeting with Debtors re: FTX 2.0 draft APA | 1.0 | 4 |
| 12/03/23 | Timothy Shea | Preparation of FTX 2.0 bidder diligence summary | 5.0 | 9 |
| 12/03/23 | Timothy Shea | Meeting with UCC Advisors re: committee call preparation | 0.5 | 11 |
| 12/04/23 | Timothy Shea | Call with UCC re: FTX 2.0 | 1.0 | 3 |
| 12/04/23 | Timothy Shea | Prepare for UCC call | 0.5 | 9 |
| 12/04/23 | Timothy Shea | Weekly call with UCC Advisors re: Committee meeting agenda and case coordination | 0.5 | 11 |
| 12/06/23 | Timothy Shea | Weekly call with UCC re: FTX 2.0, claim reconciliation and solicitation, token estimation and monetization, ventures update | 1.5 | 3 |
| 12/07/23 | Timothy Shea | Weekly call with Debtors re: FTX 2.0 | 1.0 | 4 |
| 12/07/23 | Timothy Shea | Bi-weekly meeting with Debtors' banker re: venture portfolio updates | 0.5 | 4 |
| 12/10/23 | Timothy Shea | Weekly call with UCC Advisors re: FTX 2.0 | 1.0 | 11 |
| 12/13/23 | Timothy Shea | Weekly call with UCC re: debtors' exclusivity, plan and disclosure statement, FTX 2.0, FTX Japan, schedules update, claims update | 1.5 | 3 |
| 12/14/23 | Timothy Shea | Prepare for UCC call | 0.5 | 9 |
| 12/14/23 | Timothy Shea | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 12/14/23 | Timothy Shea | Weekly call with UCC Advisors re: FTX 2.0 and venture portfolio | 0.5 | 11 |
| 12/15/23 | Timothy Shea | Call with Debtors re: claims trading | 1.0 | 4 |
| 12/15/23 | Timothy Shea | Call with Debtors re: FTX 2.0 draft APA | 1.5 | 4 |
| 12/18/23 | Timothy Shea | Review FTX 2.0 draft APA | 0.5 | 2 |
| 12/18/23 | Timothy Shea | Review of venture portfolio diligence and investments re: Anthropic, Tripledot, Toss, Dave, IEX, de minimis assets | 1.0 | 4 |
| 12/18/23 | Timothy Shea | Meeting with FTX Board, Debtors, and Rothschild | 1.0 | 4 |
| 12/18/23 | Timothy Shea | Weekly call with UCC Advisors re: FTX 2.0 and venture portfolio | 1.0 | 11 |
| 12/18/23 | Timothy Shea | Call with FTI and Debtors re: tokens | 1.0 | 11 |
| 12/19/23 | Timothy Shea | Review of FTX 2.0 bidder reverse due diligence | 0.5 | 2 |
| 12/20/23 | Timothy Shea | Weekly call with UCC re: FTX 2.0, exclusivity statement, Bahamas, token estimation, ventures, coin monetization | 1.5 | 3 |
| 12/20/23 | Timothy Shea | Review of committee feedback re: Dave and IEX | 0.5 | 9 |
| 12/20/23 | Timothy Shea | Prepare for UCC call | 0.5 | 9 |
| 12/20/23 | Timothy Shea | Call with UCC Advisors re: FTX 2.0 bidder draft APA | 0.5 | 11 |
| 12/21/23 | Timothy Shea | Meeting with UCC re: FTX 2.0 bidder draft APA | 0.5 | 3 |
| | | December 1, 2023 - December 31, 2023 Hours for Timothy Shea | **27.5** | |
| | | | | |
| 12/03/23 | Alexander Gavin | Preparation of FTX 2.0 bidder diligence summary | 5.0 | 9 |
| 12/06/23 | Alexander Gavin | Weekly call with UCC re: FTX 2.0, claim reconciliation and solicitation, token estimation and monetization, ventures update | 1.5 | 3 |
| 12/13/23 | Alexander Gavin | Weekly call with UCC re: debtors' exclusivity, plan and disclosure statement, FTX 2.0, FTX Japan, schedules update, claims update | 1.5 | 3 |
| 12/20/23 | Alexander Gavin | Weekly call with UCC re: FTX 2.0, exclusivity statement, Bahamas, token estimation, ventures, coin monetization | 1.5 | 3 |
| 12/21/23 | Alexander Gavin | Meeting with UCC re: FTX 2.0 bidder draft APA | 0.5 | 3 |
| | | December 1, 2023 - December 31, 2023 Hours for Alexander Gavin | **10.0** | |
| | | | | |
| 12/03/23 | Lee Eller | Preparation of FTX 2.0 bidder diligence summary | 4.0 | 9 |
| 12/06/23 | Lee Eller | Weekly call with UCC re: FTX 2.0, claim reconciliation and solicitation, token estimation and monetization, ventures update | 1.5 | 3 |
| 12/13/23 | Lee Eller | Weekly call with UCC re: debtors' exclusivity, plan and disclosure statement, FTX 2.0, FTX Japan, schedules update, claims update | 1.5 | 3 |
| 12/20/23 | Lee Eller | Weekly call with UCC re: FTX 2.0, exclusivity statement, Bahamas, token estimation, ventures, coin monetization | 1.5 | 3 |
| 12/21/23 | Lee Eller | Meeting with UCC re: FTX 2.0 bidder draft APA | 0.5 | 3 |
| | | December 1, 2023 - December 31, 2023 Hours for Lee Eller | **9.0** | |
| | | | | |
| 12/03/23 | Abhilash Parath | Preparation of FTX 2.0 bidder diligence summary | 5.0 | 9 |
| 12/06/23 | Abhilash Parath | Weekly call with UCC re: FTX 2.0, claim reconciliation and solicitation, token estimation and monetization, ventures update | 1.5 | 3 |
| 12/13/23 | Abhilash Parath | Weekly call with UCC re: debtors' exclusivity, plan and disclosure statement, FTX 2.0, FTX Japan, schedules update, claims update | 1.5 | 3 |
| 12/20/23 | Abhilash Parath | Weekly call with UCC re: FTX 2.0, exclusivity statement, Bahamas, token estimation, ventures, coin monetization | 1.5 | 3 |
| 12/21/23 | Abhilash Parath | Meeting with UCC re: FTX 2.0 bidder draft APA | 0.5 | 3 |
| | | December 1, 2023 - December 31, 2023 Hours for Abhilash Parath | **10.0** | |
| | | | | |
| 12/03/23 | Jack Harris | Preparation of FTX 2.0 bidder diligence summary | 4.5 | 9 |
| 12/06/23 | Jack Harris | Weekly call with UCC re: FTX 2.0, claim reconciliation and solicitation, token estimation and monetization, ventures update | 1.5 | 3 |
| 12/13/23 | Jack Harris | Weekly call with UCC re: debtors' exclusivity, plan and disclosure statement, FTX 2.0, FTX Japan, schedules update, claims update | 1.5 | 3 |
| 12/20/23 | Jack Harris | Weekly call with UCC re: FTX 2.0, exclusivity statement, Bahamas, token estimation, ventures, coin monetization | 1.5 | 3 |
| 12/21/23 | Jack Harris | Meeting with UCC re: FTX 2.0 bidder draft APA | 0.5 | 3 |
| | | December 1, 2023 - December 31, 2023 Hours for Jack Harris | **9.5** | |

## Exhibit B

## Expense Detail

**Expense Detail**
December 1 - December 31, 2023

| Professional | User Date | Amount ($) | Expense Description |
|---|---|---|---|
| ABHILASH PARATH | 11/1/2023 | $28.44 | EMPLOYEE MEAL |
| ABHILASH PARATH | 11/1/2023 | $17.95 | TAXI |
| ABHILASH PARATH | 11/2/2023 | $27.82 | EMPLOYEE MEAL |
| ABHILASH PARATH | 11/2/2023 | $17.95 | TAXI |
| ABHILASH PARATH | 11/3/2023 | $24.99 | TAXI |
| DANIEL HOMRICH | 11/15/2023 | $35.90 | TAXI |
| DANIEL HOMRICH | 11/16/2023 | $30.00 | EMPLOYEE MEAL |
| DANIEL HOMRICH | 12/7/2023 | $30.00 | EMPLOYEE MEAL |
| DENTONS | 1/31/2024 | $5,343.00 | LEGAL |
| **Total Expense** | | **$5,556.05** | |

31423082.1

![Dentons]

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Attn: Cristina Passoni
Jefferies LLC
520 Madison Avenue
New York NY 10022
United States

January 17, 2024

**Invoice No. 2719241**

Client/Matter: 09806540-000047

FTX Bankruptcy
8116

Payment Due Upon Receipt

| | | |
|---|---|---|
| Total This Invoice | $ | 5,343.00 |

Please return this page with your payment
To pay by E-Check - https://www.e-billexpress.com/ebpp/DentonsUS

Payments by check should be sent to:
Dentons US LLP
Dept. 3078
Carol Stream, IL  60132-3078

OR

Payment by wire transfer/ACH should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit #: ▮▮▮▮▮▮
Account #: ▮▮▮▮▮▮
Account Name: Dentons US LLP
Swift Code: ▮▮▮▮▮▮
Reference: Invoice # and/or client matter #

**\*\*Please validate any request to change/update electronic payment instructions on
file or mailing address by contacting Dentons US LLP directly\*\***

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
T. Labuda
at 1 312 876 8000

**DENTONS**

Dentons US LLP  
233 South Wacker Drive  
Suite 5900  
Chicago, Illinois 60606-6361

dentons.com

Attn: Cristina Passoni  
Jefferies LLC  
520 Madison Avenue  
New York NY 10022  
United States

January 17, 2024

**Invoice No. 2719241**

Client/Matter:   09806540-000047

FTX Bankruptcy  
8116

_____

For Professional Services Rendered through December 31, 2023:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 12/01/23 | S. Schrag | 0.80 | 672.00 | Draft fee statement. |
| 12/06/23 | S. Schrag | 0.40 | 336.00 | Review correspondence from and confer with J. Kochenash regarding fee statements, interim application, and order on interim fee application. |
| 12/06/23 | S. Schrag | 0.10 | 84.00 | Confer with D. Homrich regarding fee statements and interim application. |
| 12/11/23 | S. Schrag | 1.10 | 924.00 | Draft Fourth Interim Fee Application and Supplemental Fourth Interim Fee Application. |
| 12/11/23 | S. Schrag | 0.10 | 84.00 | Confer with T. Labuda regarding interim fee application. |
| 12/11/23 | S. Schrag | 0.10 | 84.00 | Confer with D. Homrich regarding monthly fee statements and interim fee application and supplemental fee application. |
| 12/11/23 | T. Labuda | 0.10 | 135.00 | Conference with Schrag re fee filing status. |
| 12/12/23 | S. Schrag | 0.20 | 168.00 | Confer with L. Hultgren regarding fee order. |
| 12/12/23 | S. Schrag | 0.20 | 168.00 | Confer with D. Homrich regarding interim fee application. |
| 12/12/23 | S. Schrag | 0.50 | 420.00 | Review and revise monthly fee statements. |
| 12/13/23 | S. Schrag | 0.10 | 84.00 | Confer with L. Hultgren regarding fee statements. |
| 12/14/23 | S. Schrag | 0.20 | 168.00 | Confer with J. Kochenash regarding interim fee application. |
| 12/14/23 | S. Schrag | 1.50 | 1,260.00 | Review and revise fee statements and interim fee application in preparation for filing. |
| 12/20/23 | S. Schrag | 0.80 | 672.00 | Draft November Monthly Fee Statement. |
| 12/20/23 | S. Schrag | 0.10 | 84.00 | Confer with L. Hultgren regarding November Monthly Fee Statement. |

FTX Bankruptcy
8116

January 17, 2024

Matter: 09806540-000047
Invoice No.: 2719241

| | |
|---|---|
| Total Hours | 6.30 |
| Fee Amount | $ 5,343.00 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| T. Labuda | $ 1,350.00 | 0.10 | $ 135.00 |
| S. Schrag | $ 840.00 | 6.20 | $ 5,208.00 |
| Totals | | 6.30 | $ 5,343.00 |

| | | |
|---|---|---|
| Fee Total | $ | 5,343.00 |
| Invoice Total | $ | 5,343.00 |

3