# Exhibit A

**Time Records of Jefferies Professionals**

31423089.1

**Jefferies LLC**
January 1, 2024 - January 31, 2024

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 01/02/24 | Michael O'Hara | Prepare for weekly committee call | 0.5 | 9 |
| 01/02/24 | Michael O'Hara | Call with Paul Hastings re: coordinating agenda for weekly UCC call | 1.0 | 11 |
| 01/03/24 | Michael O'Hara | Weekly call with UCC re: FTX Europe, coin estimation motion, post-reorg governance, FTX vault update, coin monetization | 1.5 | 3 |
| 01/04/24 | Michael O'Hara | Meeting with FTX Board, Debtors, and Rothschild re: ventures | 1.0 | 4 |
| 01/04/24 | Michael O'Hara | Review of independent director materials | 1.0 | 9 |
| 01/04/24 | Michael O'Hara | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 01/06/24 | Michael O'Hara | Review of independent director materials | 1.5 | 9 |
| 01/08/24 | Michael O'Hara | Weekly call with UCC Advisors re: committee meeting agenda and case coordination | 1.0 | 11 |
| 01/09/24 | Michael O'Hara | Internal call with R. Hamilton, D. Homrich, L. Hultgren, S. Carri re: board candidates | 0.5 | 11 |
| 01/10/24 | Michael O'Hara | Weekly call with UCC re: post-reorg governance, FTX Europe, claims reconciliation, Anthropic, monetization update | 1.5 | 3 |
| 01/10/24 | Michael O'Hara | Prepare for weekly committee call | 0.5 | 9 |
| 01/11/24 | Michael O'Hara | Meeting with FTX Board, Debtors, and Rothschild re: ventures re: IEX, Dave, HelixNano, Anthropic | 1.0 | 4 |
| 01/11/24 | Michael O'Hara | Review of plan recovery analysis | 4.0 | 9 |
| 01/11/24 | Michael O'Hara | Weekly call with Paul Hastings re: venture investment updates | 1.0 | 11 |
| 01/16/24 | Michael O'Hara | Review and prepare fee application | 1.0 | 1 |
| 01/16/24 | Michael O'Hara | Weekly call with UCC Advisors re: committee meeting agenda and case coordination | 1.0 | 11 |
| 01/17/24 | Michael O'Hara | Weekly call with UCC re: post-reorganization governance, plan update, FTX 2.0, Anthropic, Dave, IEX, HelixNano | 1.5 | 3 |
| 01/17/24 | Michael O'Hara | Prepare for weekly committee call | 0.5 | 9 |
| 01/18/24 | Michael O'Hara | Meeting with Debtors' banker re: venture portfolio updates | 0.5 | 4 |
| 01/22/24 | Michael O'Hara | Weekly call with UCC Advisors re: committee meeting agenda and case coordination | 1.0 | 11 |
| 01/23/24 | Michael O'Hara | Call with Debtors re: FTX 2.0 | 1.0 | 4 |
| 01/24/24 | Michael O'Hara | Omnibus hearing | 2.0 | 1 |
| 01/24/24 | Michael O'Hara | Review of plan recovery analysis | 1.0 | 9 |
| 01/25/24 | Michael O'Hara | Meeting with FTX Board, Debtors, and Rothschild re: ventures | 1.0 | 4 |
| 01/25/24 | Michael O'Hara | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 01/26/24 | Michael O'Hara | Meeting with potentially interested party | 0.5 | 1 |
| 01/29/24 | Michael O'Hara | Review of Anthropic materials | 2.0 | 9 |
| 01/29/24 | Michael O'Hara | Review of venture portfolio update | 1.0 | 9 |
| 01/29/24 | Michael O'Hara | Prepare for weekly committee call | 0.5 | 9 |
| 01/29/24 | Michael O'Hara | Call with Paul Hastings re: Anthropic sale procedures | 0.5 | 11 |
| 01/30/24 | Michael O'Hara | Weekly call with UCC re: recovery analysis, examiner process, BlockFi, FTX Europe, case update, Anthropic | 1.5 | 3 |
| 01/31/24 | Michael O'Hara | Omnibus hearing | 2.0 | 1 |
| 01/31/24 | Michael O'Hara | Review supplemental outreach list re: Anthropic | 1.0 | 9 |
| | **January 1, 2024 - January 31, 2024 Hours for Michael O'Hara** | | **36.5** | |
| 01/02/24 | Ryan Hamilton | Prepare for weekly committee call | 0.5 | 9 |
| 01/02/24 | Ryan Hamilton | Call with Paul Hastings re: coordinating agenda for weekly UCC call | 1.0 | 11 |
| 01/03/24 | Ryan Hamilton | Weekly call with UCC re: FTX Europe, coin estimation motion, post-reorg governance, FTX vault update, coin monetization | 1.5 | 3 |
| 01/04/24 | Ryan Hamilton | Meeting with FTX Board, Debtors, and Rothschild re: ventures | 1.0 | 4 |
| 01/04/24 | Ryan Hamilton | Review of independent director materials | 1.0 | 9 |
| 01/04/24 | Ryan Hamilton | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 01/06/24 | Ryan Hamilton | Review of independent director materials | 0.5 | 9 |
| 01/08/24 | Ryan Hamilton | Weekly call with UCC Advisors re: committee meeting agenda and case coordination | 1.0 | 11 |
| 01/09/24 | Ryan Hamilton | Prepare for weekly committee call | 0.5 | 9 |
| 01/09/24 | Ryan Hamilton | Internal call with M. O'Hara, D. Homrich, L. Hultgren, S. Carri re: board candidates | 0.5 | 11 |
| 01/10/24 | Ryan Hamilton | Weekly call with UCC re: post-reorg governance, FTX Europe, claims reconciliation, Anthropic, monetization update | 1.5 | 3 |
| 01/11/24 | Ryan Hamilton | Meeting with FTX Board, Debtors, and Rothschild re: ventures re: IEX, Dave, HelixNano, Anthropic | 1.0 | 4 |
| 01/11/24 | Ryan Hamilton | Weekly call with Paul Hastings re: venture investment updates | 1.0 | 11 |
| 01/15/24 | Ryan Hamilton | Prepare for weekly committee call | 0.5 | 9 |
| 01/16/24 | Ryan Hamilton | Review and prepare fee application | 1.0 | 1 |
| 01/16/24 | Ryan Hamilton | Communications with Paul Hastings re: venture asset sale motions | 1.0 | 9 |
| 01/16/24 | Ryan Hamilton | Weekly call with UCC Advisors re: committee meeting agenda and case coordination | 1.0 | 11 |
| 01/17/24 | Ryan Hamilton | Weekly call with UCC re: post-reorganization governance, plan update, FTX 2.0, Anthropic, Dave, IEX, HelixNano | 1.5 | 3 |
| 01/18/24 | Ryan Hamilton | Meeting with Debtors' banker re: venture portfolio updates | 0.5 | 4 |
| 01/22/24 | Ryan Hamilton | Weekly call with UCC Advisors re: committee meeting agenda and case coordination | 1.0 | 11 |
| 01/23/24 | Ryan Hamilton | Call with Debtors re: FTX 2.0 | 1.0 | 4 |
| 01/24/24 | Ryan Hamilton | Omnibus hearing | 2.0 | 1 |
| 01/25/24 | Ryan Hamilton | Meeting with FTX Board, Debtors, and Rothschild re: ventures | 1.0 | 4 |
| 01/25/24 | Ryan Hamilton | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 01/26/24 | Ryan Hamilton | Meeting with potentially interested party | 0.5 | 1 |
| 01/29/24 | Ryan Hamilton | Review of Anthropic materials | 2.0 | 9 |
| 01/29/24 | Ryan Hamilton | Review of venture portfolio update | 1.0 | 9 |
| 01/29/24 | Ryan Hamilton | Prepare for weekly committee call | 0.5 | 9 |
| 01/29/24 | Ryan Hamilton | Call with Paul Hastings re: Anthropic sale procedures | 0.5 | 11 |
| 01/30/24 | Ryan Hamilton | Weekly call with UCC re: recovery analysis, examiner process, BlockFi, FTX Europe, case update, Anthropic | 1.5 | 3 |
| 01/31/24 | Ryan Hamilton | Omnibus hearing | 2.0 | 1 |
| 01/31/24 | Ryan Hamilton | Review supplemental outreach list re: Anthropic | 1.0 | 9 |
| | **January 1, 2024 - January 31, 2024 Hours for Ryan Hamilton** | | **31.5** | |

**Jefferies LLC**
*January 1, 2024 - January 31, 2024*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 01/02/24 | Daniel Homrich | Call with Paul Hastings re: coordinating agenda for weekly UCC call | 1.0 | 11 |
| 01/03/24 | Daniel Homrich | Weekly call with UCC re: FTX Europe, coin estimation motion, post-reorg governance, FTX vault update, coin monetization | 1.5 | 3 |
| 01/03/24 | Daniel Homrich | Review of independent director materials | 2.0 | 9 |
| 01/04/24 | Daniel Homrich | Meeting with FTX Board, Debtors, and Rothschild re: ventures | 1.0 | 4 |
| 01/04/24 | Daniel Homrich | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 01/06/24 | Daniel Homrich | Review of venture portfolio update | 2.0 | 9 |
| 01/07/24 | Daniel Homrich | Review of venture portfolio update | 1.0 | 9 |
| 01/08/24 | Daniel Homrich | Weekly call with UCC Advisors re: committee meeting agenda and case coordination | 1.0 | 11 |
| 01/09/24 | Daniel Homrich | Internal call with M. O'Hara, R. Hamilton, L. Hultgren, S. Carri re: board candidates | 0.5 | 11 |
| 01/10/24 | Daniel Homrich | Weekly call with UCC re: post-reorg governance, FTX Europe, claims reconciliation, Anthropic, monetization update | 1.5 | 3 |
| 01/11/24 | Daniel Homrich | Meeting with FTX Board, Debtors, and Rothschild re: ventures re: IEX, Dave, HelixNano, Anthropic | 1.0 | 4 |
| 01/11/24 | Daniel Homrich | Review of plan recovery analysis | 4.0 | 9 |
| 01/11/24 | Daniel Homrich | Weekly call with Paul Hastings re: venture investment updates | 1.0 | 11 |
| 01/12/24 | Daniel Homrich | Review of plan recovery analysis | 4.0 | 9 |
| 01/12/24 | Daniel Homrich | Review of certain materials / files related to venture portfolio investments | 2.0 | 9 |
| 01/16/24 | Daniel Homrich | Review and prepare fee application | 1.0 | 1 |
| 01/16/24 | Daniel Homrich | Preparation of certain materials / files related to venture portfolio investments | 3.0 | 9 |
| 01/16/24 | Daniel Homrich | Communications with Paul Hastings re: venture asset sale motions | 1.0 | 9 |
| 01/16/24 | Daniel Homrich | Weekly call with UCC Advisors re: committee meeting agenda and case coordination | 1.0 | 11 |
| 01/17/24 | Daniel Homrich | Weekly call with UCC re: post-reorganization governance, plan update, FTX 2.0, Anthropic, Dave, IEX, HelixNano | 1.5 | 3 |
| 01/17/24 | Daniel Homrich | Review of plan recovery analysis | 4.0 | 9 |
| 01/18/24 | Daniel Homrich | Meeting with Debtors' banker re: venture portfolio updates | 0.5 | 4 |
| 01/18/24 | Daniel Homrich | Review of plan recovery analysis | 3.5 | 9 |
| 01/22/24 | Daniel Homrich | Weekly call with UCC Advisors re: committee meeting agenda and case coordination | 1.0 | 11 |
| 01/23/24 | Daniel Homrich | Call with Debtors re: FTX 2.0 | 1.0 | 4 |
| 01/24/24 | Daniel Homrich | Omnibus hearing | 2.0 | 1 |
| 01/24/24 | Daniel Homrich | Review of plan recovery analysis | 5.0 | 9 |
| 01/25/24 | Daniel Homrich | Meeting with FTX Board, Debtors, and Rothschild re: ventures | 1.0 | 4 |
| 01/25/24 | Daniel Homrich | Review of plan recovery analysis | 4.0 | 9 |
| 01/25/24 | Daniel Homrich | Analysis of draft recovery estimates | 2.0 | 9 |
| 01/25/24 | Daniel Homrich | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 01/26/24 | Daniel Homrich | Meeting with potentially interested party | 0.5 | 1 |
| 01/26/24 | Daniel Homrich | Review of plan recovery analysis | 1.0 | 9 |
| 01/29/24 | Daniel Homrich | Review of venture portfolio update | 1.0 | 9 |
| 01/29/24 | Daniel Homrich | Review of Anthropic materials | 2.0 | 9 |
| 01/29/24 | Daniel Homrich | Review of plan recovery analysis | 1.0 | 9 |
| 01/29/24 | Daniel Homrich | Call with Paul Hastings re: Anthropic sale procedures | 0.5 | 11 |
| 01/30/24 | Daniel Homrich | Weekly call with UCC re: recovery analysis, examiner process, BlockFi, FTX Europe, case update, Anthropic | 1.5 | 3 |
| 01/31/24 | Daniel Homrich | Omnibus hearing | 2.0 | 1 |
| 01/31/24 | Daniel Homrich | Review supplemental outreach list re: Anthropic | 3.0 | 9 |
| | | **January 1, 2024 - January 31, 2024 Hours for Daniel Homrich** | **68.5** | |

**Jefferies LLC**
*January 1, 2024 - January 31, 2024*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 01/02/24 | Lars Hultgren | Prepare materials re: potential board candidates | 1.0 | 9 |
| 01/02/24 | Lars Hultgren | Call with Paul Hastings re: coordinating agenda for weekly UCC call | 1.0 | 11 |
| 01/03/24 | Lars Hultgren | Weekly call with UCC re: FTX Europe, coin estimation motion, post-reorg governance, FTX vault update, coin monetization | 1.5 | 3 |
| 01/03/24 | Lars Hultgren | Prepare materials re: potential board candidates | 4.0 | 9 |
| 01/04/24 | Lars Hultgren | Meeting with FTX Board, Debtors, and Rothschild re: ventures | 1.0 | 4 |
| 01/04/24 | Lars Hultgren | Prepare materials re: potential board candidates | 1.0 | 9 |
| 01/04/24 | Lars Hultgren | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 01/06/24 | Lars Hultgren | Prepare venture portfolio update materials | 1.0 | 9 |
| 01/06/24 | Lars Hultgren | Review of diligence materials re: ventures investments | 1.0 | 9 |
| 01/06/24 | Lars Hultgren | Prepare venture portfolio update materials | 2.0 | 9 |
| 01/07/24 | Lars Hultgren | Prepare venture portfolio update materials | 0.5 | 9 |
| 01/08/24 | Lars Hultgren | Prepare venture portfolio update materials | 0.5 | 9 |
| 01/08/24 | Lars Hultgren | Weekly call with UCC Advisors re: committee meeting agenda and case coordination | 1.0 | 11 |
| 01/09/24 | Lars Hultgren | Prepare materials re: potential board candidates | 1.0 | 9 |
| 01/09/24 | Lars Hultgren | Prepare venture portfolio update | 1.0 | 9 |
| 01/09/24 | Lars Hultgren | Internal call with M. O'Hara, R. Hamilton, D. Homrich, S. Carri re: board candidates | 0.5 | 11 |
| 01/10/24 | Lars Hultgren | Weekly call with UCC re: post-reorg governance, FTX Europe, claims reconciliation, Anthropic, monetization update | 1.5 | 3 |
| 01/10/24 | Lars Hultgren | Prepare materials re: potential board candidates | 0.5 | 9 |
| 01/11/24 | Lars Hultgren | Meeting with FTX Board, Debtors, and Rothschild re: ventures re: IEX, Dave, HelixNano, Anthropic | 1.0 | 4 |
| 01/11/24 | Lars Hultgren | Review of prior materials re: Anthropic | 1.0 | 9 |
| 01/11/24 | Lars Hultgren | Review of diligence materials re: Anthropic | 1.0 | 9 |
| 01/11/24 | Lars Hultgren | Weekly call with Paul Hastings re: venture investment updates | 1.0 | 11 |
| 01/12/24 | Lars Hultgren | Preparation of materials re: Anthropic | 2.0 | 9 |
| 01/15/24 | Lars Hultgren | Review of Debtors' VDR | 0.5 | 9 |
| 01/16/24 | Lars Hultgren | Review and prepare fee application | 2.0 | 1 |
| 01/16/24 | Lars Hultgren | Review of draft sale motions | 1.0 | 9 |
| 01/16/24 | Lars Hultgren | Prepare materials re: Anthropic | 1.0 | 9 |
| 01/16/24 | Lars Hultgren | Weekly call with UCC Advisors re: committee meeting agenda and case coordination | 1.0 | 11 |
| 01/17/24 | Lars Hultgren | Weekly call with UCC re: post-reorganization governance, plan update, FTX 2.0, Anthropic, Dave, IEX, HelixNano | 1.5 | 3 |
| 01/17/24 | Lars Hultgren | Prepare materials re: Anthropic | 1.0 | 9 |
| 01/18/24 | Lars Hultgren | Meeting with Debtors' banker re: venture portfolio updates | 0.5 | 4 |
| 01/18/24 | Lars Hultgren | Review of de minimis investments | 0.5 | 9 |
| 01/18/24 | Lars Hultgren | Prepare venture portfolio update | 1.0 | 9 |
| 01/22/24 | Lars Hultgren | Prepare fee application | 1.0 | 1 |
| 01/22/24 | Lars Hultgren | Review committee feedback re: Anthropic | 0.5 | 3 |
| 01/22/24 | Lars Hultgren | Review of proposed settlement re: Platform Life Sciences | 0.5 | 11 |
| 01/22/24 | Lars Hultgren | Weekly call with UCC Advisors re: committee meeting agenda and case coordination | 1.0 | 11 |
| 01/23/24 | Lars Hultgren | Prepare fee application | 3.0 | 1 |
| 01/23/24 | Lars Hultgren | Call with Debtors re: FTX 2.0 | 1.0 | 4 |
| 01/23/24 | Lars Hultgren | Review of investment documents re: Anthropic | 1.0 | 9 |
| 01/24/24 | Lars Hultgren | Omnibus hearing | 2.0 | 1 |
| 01/25/24 | Lars Hultgren | Meeting with FTX Board, Debtors, and Rothschild re: ventures | 1.0 | 4 |
| 01/25/24 | Lars Hultgren | Prepare venture portfolio update | 1.0 | 9 |
| 01/25/24 | Lars Hultgren | Review of ventures materials for the UCC | 0.5 | 9 |
| 01/25/24 | Lars Hultgren | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 01/26/24 | Lars Hultgren | Meeting with potentially interested party | 0.5 | 1 |
| 01/26/24 | Lars Hultgren | Review of Debtors' recovery analysis | 0.5 | 9 |
| 01/26/24 | Lars Hultgren | Review of ventures materials for the UCC | 0.5 | 9 |
| 01/26/24 | Lars Hultgren | Review of interested party inbounds re: Anthropic | 0.5 | 11 |
| 01/29/24 | Lars Hultgren | Update and prepare venture portfolio update | 1.0 | 9 |
| 01/29/24 | Lars Hultgren | Review of draft sale motion re: Anthropic | 0.5 | 9 |
| 01/29/24 | Lars Hultgren | Review of Debtors' recovery analysis | 0.5 | 9 |
| 01/29/24 | Lars Hultgren | Preparation of materials re: Anthropic | 4.0 | 9 |
| 01/29/24 | Lars Hultgren | Call with Paul Hastings re: Anthropic sale procedures | 0.5 | 11 |
| 01/30/24 | Lars Hultgren | Weekly call with UCC re: recovery analysis, examiner process, BlockFi, FTX Europe, case update, Anthropic | 1.5 | 3 |
| 01/30/24 | Lars Hultgren | Update and prepare venture portfolio update | 1.0 | 9 |
| 01/30/24 | Lars Hultgren | Review of outreach list re: Anthropic | 4.0 | 9 |
| 01/30/24 | Lars Hultgren | Review of draft sale motion re: Anthropic | 0.5 | 9 |
| 01/30/24 | Lars Hultgren | Review of Debtors' recovery analysis | 0.5 | 9 |
| 01/31/24 | Lars Hultgren | Review of Debtors' VDR re: fund diligence | 0.5 | 9 |
| 01/31/24 | Lars Hultgren | Review of draft sale motion re: Anthropic | 0.5 | 9 |
| 01/31/24 | Lars Hultgren | Prepare supplemental outreach list re: Anthropic | 1.0 | 9 |
| | | **January 1, 2024 - January 31, 2024 Hours for Lars Hultgren** | **67.5** | |

**Jefferies LLC**
*January 1, 2024 - January 31, 2024*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 01/02/24 | Sebastian Carri | Call with Paul Hastings re: coordinating agenda for weekly UCC call | 1.0 | 11 |
| 01/03/24 | Sebastian Carri | Weekly call with UCC re: FTX Europe, coin estimation motion, post-reorg governance, FTX vault update, coin monetization | 1.5 | 3 |
| 01/03/24 | Sebastian Carri | Prepare materials re: potential board candidates | 4.0 | 9 |
| 01/04/24 | Sebastian Carri | Meeting with FTX Board, Debtors, and Rothschild re: ventures | 1.0 | 4 |
| 01/04/24 | Sebastian Carri | Prepare venture portfolio update materials | 2.0 | 9 |
| 01/04/24 | Sebastian Carri | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 01/08/24 | Sebastian Carri | Prepare venture portfolio update materials | 2.0 | 9 |
| 01/08/24 | Sebastian Carri | Review of diligence materials re: ventures investments | 0.5 | 9 |
| 01/08/24 | Sebastian Carri | Weekly call with UCC Advisors re: committee meeting agenda and case coordination | 1.0 | 11 |
| 01/09/24 | Sebastian Carri | Prepare materials re: potential board candidates | 0.5 | 9 |
| 01/09/24 | Sebastian Carri | Prepare venture portfolio update | 0.5 | 9 |
| 01/09/24 | Sebastian Carri | Internal call with M. O'Hara, R. Hamilton, D. Homrich, L. Hultgren re: board candidates | 0.5 | 11 |
| 01/10/24 | Sebastian Carri | Weekly call with UCC re: post-reorg governance, FTX Europe, claims reconciliation, Anthropic, monetization update | 1.5 | 3 |
| 01/11/24 | Sebastian Carri | Meeting with FTX Board, Debtors, and Rothschild re: ventures re: IEX, Dave, HelixNano, Anthropic | 1.0 | 4 |
| 01/11/24 | Sebastian Carri | Review of diligence materials re: Anthropic | 1.0 | 9 |
| 01/11/24 | Sebastian Carri | Weekly call with Paul Hastings re: venture investment updates | 1.0 | 11 |
| 01/12/24 | Sebastian Carri | Prepare materials re: Anthropic | 1.5 | 9 |
| 01/16/24 | Sebastian Carri | Review and prepare fee application | 4.0 | 1 |
| 01/16/24 | Sebastian Carri | Review of draft sale motions | 1.0 | 9 |
| 01/16/24 | Sebastian Carri | Weekly call with UCC Advisors re: committee meeting agenda and case coordination | 1.0 | 11 |
| 01/17/24 | Sebastian Carri | Weekly call with UCC re: post-reorganization governance, plan update, FTX 2.0, Anthropic, Dave, IEX, HelixNano | 1.5 | 3 |
| 01/17/24 | Sebastian Carri | Review of de minimis investments | 0.5 | 9 |
| 01/18/24 | Sebastian Carri | Meeting with Debtors' banker re: venture portfolio updates | 0.5 | 4 |
| 01/18/24 | Sebastian Carri | Meeting with Debtors' banker re: venture portfolio updates | 0.5 | 4 |
| 01/18/24 | Sebastian Carri | Prepare venture portfolio update | 1.0 | 9 |
| 01/22/24 | Sebastian Carri | Prepare fee application | 2.0 | 1 |
| 01/22/24 | Sebastian Carri | Review committee feedback re: Anthropic | 0.5 | 3 |
| 01/22/24 | Sebastian Carri | Weekly call with UCC Advisors re: committee meeting agenda and case coordination | 1.0 | 11 |
| 01/23/24 | Sebastian Carri | Call with Debtors re: FTX 2.0 | 1.0 | 4 |
| 01/24/24 | Sebastian Carri | Omnibus hearing | 2.0 | 1 |
| 01/25/24 | Sebastian Carri | Meeting with FTX Board, Debtors, and Rothschild re: ventures | 1.0 | 4 |
| 01/25/24 | Sebastian Carri | Prepare venture portfolio update | 2.0 | 9 |
| 01/25/24 | Sebastian Carri | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 01/26/24 | Sebastian Carri | Meeting with potentially interested party | 0.5 | 1 |
| 01/26/24 | Sebastian Carri | Review of Debtors' recovery analysis | 0.5 | 9 |
| 01/26/24 | Sebastian Carri | Review of ventures materials for the UCC | 1.0 | 9 |
| 01/29/24 | Sebastian Carri | Update and prepare venture portfolio update | 1.0 | 9 |
| 01/29/24 | Sebastian Carri | Preparation of materials re: Anthropic | 3.0 | 9 |
| 01/29/24 | Sebastian Carri | Call with Paul Hastings re: Anthropic sale procedures | 0.5 | 11 |
| 01/30/24 | Sebastian Carri | Weekly call with UCC re: recovery analysis, examiner process, BlockFi, FTX Europe, case update, Anthropic | 1.5 | 3 |
| 01/31/24 | Sebastian Carri | Omnibus hearing | 2.0 | 1 |
| 01/31/24 | Sebastian Carri | Prepare supplemental outreach list re: Anthropic | 2.0 | 9 |
| | | **January 1, 2024 - January 31, 2024 Hours for Sebastian Carri** | **53.0** | |

**Jefferies LLC**
January 1, 2024 - January 31, 2024

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 01/02/24 | Timothy Shea | Call with Paul Hastings re: coordinating agenda for weekly UCC call | 1.0 | 11 |
| 01/03/24 | Timothy Shea | Weekly call with UCC re: FTX Europe, coin estimation motion, post-reorg governance, FTX vault update, coin monetization | 1.5 | 3 |
| 01/04/24 | Timothy Shea | Meeting with FTX Board, Debtors, and Rothschild re: ventures | 1.0 | 4 |
| 01/04/24 | Timothy Shea | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 01/08/24 | Timothy Shea | Prepare for weekly committee call | 0.5 | 9 |
| 01/08/24 | Timothy Shea | Weekly call with UCC Advisors re: committee meeting agenda and case coordination | 1.0 | 11 |
| 01/10/24 | Timothy Shea | Weekly call with UCC re: post-reorg governance, FTX Europe, claims reconciliation, Anthropic, monetization update | 1.5 | 3 |
| 01/11/24 | Timothy Shea | Meeting with FTX Board, Debtors, and Rothschild re: ventures re: IEX, Dave, HelixNano, Anthropic | 1.0 | 4 |
| 01/11/24 | Timothy Shea | Weekly call with Paul Hastings re: venture investment updates | 1.0 | 11 |
| 01/16/24 | Timothy Shea | Weekly call with UCC Advisors re: committee meeting agenda and case coordination | 1.0 | 11 |
| 01/17/24 | Timothy Shea | Weekly call with UCC re: post-reorganization governance, plan update, FTX 2.0, Anthropic, Dave, IEX, HelixNano | 1.5 | 3 |
| 01/18/24 | Timothy Shea | Meeting with Debtors' banker re: venture portfolio updates | 0.5 | 4 |
| 01/22/24 | Timothy Shea | Weekly call with UCC Advisors re: committee meeting agenda and case coordination | 1.0 | 11 |
| 01/23/24 | Timothy Shea | Call with Debtors re: FTX 2.0 | 1.0 | 4 |
| 01/24/24 | Timothy Shea | Omnibus hearing | 2.0 | 1 |
| 01/25/24 | Timothy Shea | Meeting with FTX Board, Debtors, and Rothschild re: ventures | 1.0 | 4 |
| 01/25/24 | Timothy Shea | Weekly call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 01/29/24 | Timothy Shea | Prepare for weekly committee call | 0.5 | 9 |
| 01/29/24 | Timothy Shea | Call with Paul Hastings re: Anthropic sale procedures | 0.5 | 11 |
| 01/30/24 | Timothy Shea | Weekly call with UCC re: recovery analysis, examiner process, BlockFi, FTX Europe, case update, Anthropic | 1.5 | 3 |
| 01/31/24 | Timothy Shea | Omnibus hearing | 2.0 | 1 |
| 01/31/24 | Timothy Shea | Review supplemental outreach list re: Anthropic | 1.0 | 9 |
| | | **January 1, 2024 - January 31, 2024 Hours for Timothy Shea** | **23.0** | |
| 01/03/24 | Alexander Gavin | Weekly call with UCC re: FTX Europe, coin estimation motion, post-reorg governance, FTX vault update, coin monetization | 1.5 | 3 |
| 01/08/24 | Alexander Gavin | Weekly call with UCC Advisors re: FTX 2.0 | 1.0 | 11 |
| 01/10/24 | Alexander Gavin | Discussion with UCC re: post-reorg governance, FTX Europe, claims reconciliation, Anthropic, monetization update | 1.5 | 3 |
| 01/11/24 | Alexander Gavin | Review of prior materials re: Anthropic | 1.0 | 9 |
| 01/12/24 | Alexander Gavin | Review and prepare materials re: Anthropic | 2.0 | 9 |
| 01/17/24 | Alexander Gavin | Weekly call with UCC re: post-reorganization governance, plan update, FTX 2.0, Anthropic, Dave, IEX, HelixNano | 1.5 | 3 |
| 01/18/24 | Alexander Gavin | Meeting with Debtors' banker re: venture portfolio updates | 0.5 | 4 |
| 01/29/24 | Alexander Gavin | Review and prepare materials re: Anthropic | 3.0 | 9 |
| 01/30/24 | Alexander Gavin | Weekly call with UCC re: recovery analysis, examiner process, BlockFi, FTX Europe, case update, Anthropic | 1.5 | 3 |
| 01/31/24 | Alexander Gavin | Review supplemental outreach list re: Anthropic | 1.0 | 9 |
| | | **January 1, 2024 - January 31, 2024 Hours for Alexander Gavin** | **14.5** | |
| 01/03/24 | Lee Eller | Weekly call with UCC re: FTX Europe, coin estimation motion, post-reorg governance, FTX vault update, coin monetization | 1.5 | 3 |
| 01/08/24 | Lee Eller | Weekly call with UCC Advisors re: FTX 2.0 | 1.0 | 11 |
| 01/10/24 | Lee Eller | Discussion with UCC re: post-reorg governance, FTX Europe, claims reconciliation, Anthropic, monetization update | 1.5 | 3 |
| 01/12/24 | Lee Eller | Review and prepare materials re: Anthropic | 2.0 | 9 |
| 01/17/24 | Lee Eller | Weekly call with UCC re: post-reorganization governance, plan update, FTX 2.0, Anthropic, Dave, IEX, HelixNano | 1.5 | 3 |
| 01/18/24 | Lee Eller | Meeting with Debtors' banker re: venture portfolio updates | 0.5 | 4 |
| 01/29/24 | Lee Eller | Review and prepare materials re: Anthropic | 3.0 | 9 |
| 01/30/24 | Lee Eller | Weekly call with UCC re: recovery analysis, examiner process, BlockFi, FTX Europe, case update, Anthropic | 1.5 | 3 |
| | | **January 1, 2024 - January 31, 2024 Hours for Lee Eller** | **12.5** | |

**Jefferies LLC**
*January 1, 2024 - January 31, 2024*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 01/03/24 | Abhilash Parath | Weekly call with UCC re: FTX Europe, coin estimation motion, post-reorg governance, FTX vault update, coin monetization | 1.5 | 3 |
| 01/03/24 | Abhilash Parath | Prepare materials re: potential board candidates | 4.0 | 9 |
| 01/08/24 | Abhilash Parath | Weekly call with UCC Advisors re: FTX 2.0 | 1.0 | 11 |
| 01/10/24 | Abhilash Parath | Discussion with UCC re: post-reorg governance, FTX Europe, claims reconciliation, Anthropic, monetization update | 1.5 | 3 |
| 01/12/24 | Abhilash Parath | Review and prepare materials re: Anthropic | 2.0 | 9 |
| 01/17/24 | Abhilash Parath | Weekly call with UCC re: post-reorganization governance, plan update, FTX 2.0, Anthropic, Dave, IEX, HelixNano | 1.5 | 3 |
| 01/18/24 | Abhilash Parath | Meeting with Debtors' banker re: venture portfolio updates | 0.5 | 4 |
| 01/29/24 | Abhilash Parath | Review and prepare materials re: Anthropic | 3.0 | 9 |
| 01/30/24 | Abhilash Parath | Weekly call with UCC re: recovery analysis, examiner process, BlockFi, FTX Europe, case update, Anthropic | 1.5 | 3 |
| | **January 1, 2024 - January 31, 2024 Hours for Abhilash Parath** | | **16.5** | |
| 01/03/24 | Jack Harris | Weekly call with UCC re: FTX Europe, coin estimation motion, post-reorg governance, FTX vault update, coin monetization | 1.5 | 3 |
| 01/08/24 | Jack Harris | Weekly call with UCC Advisors re: FTX 2.0 | 1.0 | 11 |
| 01/10/24 | Jack Harris | Discussion with UCC re: post-reorg governance, FTX Europe, claims reconciliation, Anthropic, monetization update | 1.5 | 3 |
| 01/11/24 | Jack Harris | Meeting with FTX Board, Debtors, and Rothschild re: ventures re: IEX, Dave, HelixNano, Anthropic | 1.0 | 4 |
| 01/17/24 | Jack Harris | Weekly call with UCC re: post-reorganization governance, plan update, FTX 2.0, Anthropic, Dave, IEX, HelixNano | 1.5 | 3 |
| 01/18/24 | Jack Harris | Meeting with Debtors' banker re: venture portfolio updates | 0.5 | 4 |
| 01/30/24 | Jack Harris | Weekly call with UCC re: recovery analysis, examiner process, BlockFi, FTX Europe, case update, Anthropic | 1.5 | 3 |
| | **January 1, 2024 - January 31, 2024 Hours for Jack Harris** | | **8.5** | |

## Exhibit B

### Expense Detail

**Expense Detail**
January 1 - January 31, 2024

| Professional | User Date | Amount ($) | Expense Description |
|---|---|---|---|
| DANIEL HOMRICH | 12/20/2023 | $27.55 | EMPLOYEE MEAL |
| DANIEL HOMRICH | 1/12/2024 | $25.05 | EMPLOYEE MEAL |
| JEF FTX TEAM | 1/25/2024 | $97.80 | PRINTING SERVICES |
| DENTONS | 1/31/2024 | $1,067.00 | LEGAL |
| **Total Expense** | | **$1,217.40** | |

31423089.1

![Dentons]

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Attn: Cristina Passoni
Jefferies LLC
520 Madison Avenue
New York NY 10022
United States

February 20, 2024

**Invoice No. 2727371**

Client/Matter: 09806540-000047

FTX Bankruptcy
8116

Payment Due Upon Receipt

Total This Invoice                                         $        1,067.00

Please return this page with your payment
To pay by E-Check - https://www.e-billexpress.com/ebpp/DentonsUS

Payments by check should be sent to:
Dentons US LLP
Dept. 3078
Carol Stream, IL  60132-3078

OR

Payment by wire transfer/ACH should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit #: ▉▉▉▉▉▉
Account #: ▉▉▉▉▉▉
Account Name: Dentons US LLP
Swift Code: ▉▉▉▉▉▉
Reference: Invoice # and/or client matter #

**\*\*Please validate any request to change/update electronic payment instructions on
file or mailing address by contacting Dentons US LLP directly\*\***

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
T. Labuda
at 1 312 876 8000

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Attn: Cristina Passoni
Jefferies LLC
520 Madison Avenue
New York NY 10022
United States

February 20, 2024

**Invoice No. 2727371**

Client/Matter:   09806540-000047

FTX Bankruptcy
8116

_____

For Professional Services Rendered through January 31, 2024:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 01/05/24 | S. Schrag | 0.10 | 97.00 | Review certificates of no objection. |
| 01/05/24 | S. Schrag | 0.10 | 97.00 | Confer with L. Hultgren regarding certificates of no objection. |
| 01/05/24 | S. Schrag | 0.10 | 97.00 | Confer with J. Kochenash regarding certificates of no objection. |
| 01/17/24 | S. Schrag | 0.60 | 582.00 | Draft fee statement. |
| 01/19/24 | S. Schrag | 0.10 | 97.00 | Confer with W. Johnson regarding materials in support of fee statement. |
| 01/19/24 | S. Schrag | 0.10 | 97.00 | Confer with L. Hultgren regarding materials in support of fee statement. |

| | | | |
|---|---|---|---|
| Total Hours | | 1.10 | |
| Fee Amount | | | $ 1,067.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| S. Schrag | $ 970.00 | 1.10 | $ 1,067.00 |
| Totals | | 1.10 | $ 1,067.00 |

| | | |
|---|---|---|
| Fee Total | $ | 1,067.00 |
| Invoice Total | $ | 1,067.00 |

2