IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 22-11068 |
| FTX TRADING LTD., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**AMENDED NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

<u>Nexxus Participation Vehicle III LLC</u>
Name of Transferee

<u>Address for all Notices and Payments:</u>
8000 Miramonte Drive, Suite 380
Santa Barbara, CA 93109
Tel#: + 1 805-880-4105
Email: tim.babich@nexxus-holdings.com

<u>Name (Redacted)</u>
Name of Transferor

Address: On file with Debtors

| **Unique Creditor ID/Customer Claim Confirm ID/Scheduled ID** | **Creditor Name** | **Amount** | **Debtor** | **Case No.** |
|---|---|---|---|---|
| 00203547/3265-70-YLJWB-651882729/221106806830281 | Name (Redacted) | See Debtor's Schedule F Snapshot Attached | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Tim Babich, Authorized Signatory

Date: March 11, 2024

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**Schedule F Snapshot**

| 00203547 | | AAVE-PERP[0], ALGO-PERP[0], ALPHA[0.38789205], ALPHA-PERP[0], APE-PERP[0], AXS-PERP[0], BADGER-PERP[0], BAL[.43540671], BAL-PERP[0], BNB-PERP[0], BTC[9.52443438], BTC-PERP[46.9507], CAKE-PERP[0], COMP-PERP[0], CREAM-PERP[0], CRV[39996], CRV-PERP[0], DEFI-20210326[0], DEFIBULL[0], DEFI-PERP[0], DOGE[12753], DOGE-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[81.9403], ETH-PERP[0], EUR[0.00], FIL-PERP[0], FTT[0.22019353], GRT-PERP[0], LINK[499.925], LINK-PERP[0], LUNA2[0.52925504], LUNA2_LOCKED[1.23492843], LUNC[5246.4], NFLX-0624[0], PERP-PERP[0], POLIS[.05], ROOK-PERP[0], RUNE[0], RUNE-PERP[0], SHIB-PERP[0], SNX[0], SNX-PERP[0], SOL[.013588], SOL-PERP[0], SPELL-PERP[0], SRM[20048.74026962], SRM_LOCKED[1652440.54996561], SRM-PERP[0], SUSHI[.0674], SUSHI-PERP[0], THETABEAR[0], TRX-PERP[0], USD[ -195993.80], USDT[18907.00018687], USTC-PERP[0], XRP-PERP[0], YFI[5.05227012], YFI-PERP[0] | | |

**Name of Transferor**

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer of Claim to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and appropriate professionals.