**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: FTX Trading Ltd., et al<br>Debtors | Chapter 11<br>Case No. 22-11068<br>(Jointly Administered) |

**PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Federal Rules of Bankruptcy Procedure, of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
|  | Goldman Sachs Lending Partners LLC<br>200 West Street<br>New York, New York 10282<br>Attention: gs-bankruptcyclaims@gs.com |

| Debtor | Case No. | Claim Identifiers | Assigned Claim Amount |
|---|---|---|---|
| FTX Trading Ltd. | 22-11068 | Unique Customer Code: 00366840<br>Confirmation ID: 3265-70-LCKBZ-785929419<br>FTX Account ID: 6703292<br>Schedule ID: 221106806789638 | All of the USD Fiat Portion of the Claim listed on Debtor's January 23, 2024 Amended Schedule (see attached) |

I declare under penalty of Perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 3/11/24

Transferee / Transferee's Agent

## SCHEDULED CLAIMS

**Excerpt from January 23, 2024 Amended Customer Schedule**

| | | |
|---|---|---|
| 00366840 | | ADA-PERP[0], ANC-PERP[0], APE[.0570065], APE-PERP[0], ATLAS-PERP[0], BCH-PERP[0], BTC-0325[0], BTC-0331[0], BTC[0.50006483], BTC-0624[0], BTC-0930[0], BTC-1230[0], BTC-20210326[0], BTC-20210625[0], BTC-20210924[0], BTC-20211231[0], BTC-PERP[0], DOT-PERP[0], ETC-PERP[0], ETH-0325[0], ETH[20.00070642], ETH-20210625[0], ETH-20210924[0], ETH-20211231[0], ETH-PERP[0], ETHW[0.00075190], FIL-PERP[0], FTT[751.0000075], FTT-PERP[0], LDO-PERP[0], LINK-PERP[0], LTC-PERP[0], LUNC-PERP[0], MATIC-PERP[0], OP-PERP[0], RAY[0.45241061], RAY-PERP[0], SOL-PERP[0], SRM[3817.74196286], SRM_LOCKED[16976.69803714], STETH[0.22631024], UNI-PERP[0], USD[12625971.08], USTC-PERP[0], XLM-PERP[0], XPLA[.09375] |

## Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.