**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[2]<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 22-11068 (JTD)**<br>**(Jointly Administered)**<br><br>**Related D.I.** |

**ORDER GRANTING MOTION OF OLYMPUS PEAK TRADE CLAIMS
OPPORTUNITIES FUND I NON-ECI MASTER LP TO REQUIRE DEBTORS' CLAIM
AND NOTICING AGENT TO RECOGNIZE AND RECORD TRANSFER OF CLAIM TO
OLYMPUS PEAK TRADE CLAIMS OPPORTUNITIES FUND I NON-ECI MASTER LP**

Upon consideration of the Motion of Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP ("Olympus")[3] to Require the Debtors' Claim and Noticing Agent (Kroll Restructuring Administration ("Kroll")), to Recognize and Record Transfer of Claim to Olympus (the "Motion"); and after due deliberation; it is HEREBY ORDERED THAT:

1.      The relief requested in the Motion is granted.

2.      Kroll is hereby authorized and directed to record the transfer of the claim of Aelysir Technologies Ltd. f/k/a Bluedeal Consulting Ltd.  ("Aelysir"), Schedule No. 5984913; Customer Claim Confirmation ID # 3265-70 CXOFD-852625719 and Customer Code # 00290422 in the Minimum Amount of $720,389.68 (the "Aelysir Claim") to Olympus, and substitute Olympus as the sole holder of the Aelysir Claim on the Bankruptcy Claims Register.

---

[2] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.
[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

3.      This Court shall retain jurisdiction with respect to any matters, claims rights or disputes related to this Order.