# CERTIFICATE OF SERVICE

      I, Ricardo Palacio, hereby certify that, on March 13, 2024, I caused one copy of the foregoing *Motion of Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP to Require Debtors' Claims and Noticing Agent to Recognize and Record Transfer of Claim to Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP* to be served upon (i) all parties of record via CM/ECF; and (ii) the parties below via electronic mail, unless otherwise indicated.

| | |
|---|---|
| Adam G. Landis, Esquire<br>Matthew B. McGuire, Esquire<br>Kimberly A. Brown, Esquire<br>Matthew R. Pierce, Esquire<br>Landis Rath & Cobb LLP<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19801<br>landis@lrclaw.com; mcguire@lrclaw.com;<br>brown@lrclaw.com; pierce@lrclaw.com<br><br>*Counsel for Debtors* | Andrew G. Dietderich, Esquire<br>James L. Bromley, Esquire<br>Brian D. Glueckstein, Esquire<br>Alexa J. Kranzley, Esquire<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>dietdericha@sullcrom.com; bromleyj@sullcrom.com;<br>gluecksteinb@sullcrom.com; kranzleya@sullcrom.com<br><br>*Counsel for Debtors* |
| Linda Richenderfer<br>Office of the US Trustee<br>US Trustee's Office<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>Email: Linda.Richenderfer@usdoj.gov | Joseph James McMahon, Jr.<br>United States Department of Justice<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801<br>Email: joseph.mcmahon@usdoj.gov |
| David Gerardi<br>Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102<br>Email: David.Gerardi@usdoj.gov | Benjamin A. Hackman<br>Office of the United States Trustee<br>844 King Street<br>Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>Email: benjamin.a.hackman@usdoj.gov |
| Jonathan Lipshie<br>DOJ-Ust<br>844 N. King Street<br>Ste 2207<br>Wilmington, DE 19801<br>Email: jon.lipshie@usdoj.gov | Jared W Kochenash<br>Matthew Barry Lunn<br>Robert F. Poppiti, Jr.<br>Young Conaway<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 19801<br>Email: jkochenash@ycst.com; mlunn@ycst.com;<br>rpoppiti@ycst.com<br><br>*Counsel for the Official Committee of Unsecured Creditors* |

{01995028;v1 }

Kroll Restructuring Administration LLC
(F/K/A Prime Clerk LLC)
Benjamin Joseph Steele
55 East 52nd Street
17th Floor
New York, NY 10055
Email: bsteele@primeclerk.com

**VIA EMAIL & USPS PRIORITY MAIL EXPRESS INTERNATIONAL**
Federico Natali
P.O. Box Number 75719
Dubai, United Arab Emirates
Email: Paxtibi.xyz+recovery@gmail.com

**VIA EMAIL & FEDERAL EXPRESS**
SP Multi Claims Holdings, LLC
2 Greenwich Plaza, Suite 1
Greenwich, Connecticut 06830
Email: rbeacher@pryorcashman.com

**VIA EMAIL & FEDERAL EXPRESS INTERNATIONAL PRIORITY**
Aelysir Technologies Ltd
Alessandro Piras.
3rd Floor Norvin House
45-55 Commercial Street
London, England E1 6BD, United Kingdom
Email: bluedealconsultingltd@gmail.com

**VIA FEDERAL EXPRESS INTERNATIONAL PRIORITY**
Federic Natali
Damac Paramount Tower A, Apt. 2601
Dubai, United Arab Emirates

Dated: March 13, 2024

/s/ *Ricardo Palacio*
Ricardo Palacio (DE Bar No. 3765)

{01995028;v1 }