**SERVICE LIST**

LANDIS ROTH & COBB LLP
Adam G. Landis, Esq.
Kimberly A. Brown, Esq.
Matthew R. Pierce, Esq.
Matthew B. McGuire
919 Market Street, Suite 1800
Wilmington, Delaware 19801
landis@lrcllaw.com
brown@lrclaw.com
pierce@lrclaw.com
mcguire@lrclaw.com

SULLIVAN & CROMWELL LLP
Adam G. Dietderich, Esq.
James L. Bromley, Esq.
Brian D. Glueckstein, Esq.
Alexa J. Kranzley, Esq.
Marc De Leeuw, Esq.
Justin J. DeCamp, Esq.
Christopher J. Dunne, Esq.
Stephen Ehrenberg, Esq.
Nicole Friedlander, Esq.
Steven L. Holley, Esq.
Alexa J. Kranzley, Esq.
Michele C. Materni, Esq.
James M. McDonald, Esq.
Steven R. Peikin, Esq.
Jonathan M. Sedlak
Stephanie G. Wheeler, Esq.
Hilary M. Williams, Esq.
125 Broad Street
New York, NY 10004
dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com
deleeuwm@sullcrom.com
decampj@sullcrom.com
dunnec@sullcrom.com
ehrenbergs@sullcrom.com
friedlandern@sullcrom.com
holleys@sullcrom.com
kranzleya@sullcrom.com
maternim@sullcrom.com

mcdonaldj@sullcrom.com
peikins@sullcrom.com
sedlakj@sullcrom.com
whellers@sullcrom.com
williamsh@sullcrom.com

SULLIVAN & CROMWELL LLP
Anthony J. Lewis, Esq.
1888 Century Park East, Suite 2100
Los Angeles, CA 90067
lewisan@sullcrom.com

QUINN EMANUEL URGUHART & SULLIVAN LLP
William A. Burck, Esq.
Benjamin Finestone, Esq.
Katherine A. Lemire, Esq.
Issac Nesser, Esq.
Sascha Rand, Esq.
Justine Young, Esq.
51 Madison Avenue, 22nd Floor
New York, NY 10010
williamburck@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
katherinelemire@quinnemanuel.com
isaacnesser@quinnemanuel.com
sascharand@quinnemanuel.com
justineyoung@quinnemanuel.com

QUINN EMANUEL URGUHART & SULLIVAN LLP
Anthony P. Alden, Esq.
John B. Quinn, Esq.
William R. Sears, Esq.
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
anthonyalden@quinnemanuel.com
johnquinn@quinnemanuel.com
willsears@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Matthew R. Schieck, Esq.
300 West 6th Street, Suite 2010
Austin, TX 78701
matthewscheck@quinnemanuel.com

David Gerardi, Esq.
Office of the United States Trustee
One Newark Center
1085 Raymond Boulevard
Suite 2100
Newark, NJ 07102
David.Gerardi@usdoj.gov

Benjamin A. Hackman, Esq.
Office of the United States Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov

Jonathan Lipshie, Esq.
844 N. King Street, Ste 2207
Wilmington, DE 19801
202-567-1124
 jon.lipshie@usdoj.gov

Joseph James McMahon, Jr., Esq.
Office of the United States Trustee
844 King Street
Suite 2207, Lockbox #35
Wilmington, DE 19801
joseph.mcmahon@usdoj.gov

Linda Richenderfer, Esq.
Office of the US Trustee
US Trustee's Office
844 King Street, Suite 2207
Wilmington, DE 19801
Linda.Richenderfer@usdoj.gov

Nexxus Participation Vehicle III LLC
Tim Babich
800 Miramonte Drive, Suite 380
Santa Barbara, CA 93109
tim.babich@nexxus-holdings.com

Gabriel Antonio Melo Lemus
18-52 3A Calle, Ciudad de Guatemala
GUA 01001, Guatemala
gabrielmelo7@gmail.com

PAUL HASTINGS LLP
Luc A. Despins, Esq.
Caroline Diaz, Esq.
Erez Gilad, Esq.
Kristopher M. Hansen, Esq.
John F. Iaffaldano, Esq.
Samantha Martin, Esq.
Kenneth Pasquale, Esq.
Gabriel Sasson, Esq.
Isaac Sasson, Esq.
200 Park Avenue
New York, NY 10166
lucdespins@paulhastings.com
carolinediaz@paulhastings.com
erezgilad@paulhastings.com
krishansen@paulhastings.com
jackiaffaldano@paulhastings.com
samanthamartin@paulhastings.com
kenpasquale@paulhastings.com
gabesasson@paulhastings.com
isaacsasson@paulhastings.com

PAUL HASTINGS LLP
Frank Merola, Esq.
1999 Avenue of the Stars, 27th Floor
Center City, CA 90067
frankmerola@paulhastings.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein, Esq.
1177 Avenue of the Americas
New York, NY 10036
keckstein@kramerlevin.com

YOUNG, CONAWAY, STARGATT & TAYLOR LLP
Matthew Barry Lunn, Esq.
Robert F Poppiti, Jr., Esq.
1000 North King Street
Wilmington, DE 19801
mlunn@ycst.com
rpoppiti@ycst.com

Michael Bottjer
1509 Bent Ave.
Cheyenne, WY 82001
claims@ftxcreditor.com