**United States Bankruptcy Court**
**District of Delaware**

In re: FTX Trading Ltd., *et al*.                    Case No. 22-11068 (JTD) (Jointly Administered)

**TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

Oaktree Phoenix Investment Fund, L.P.                   Redacted
_____          _____
Name of Transferee                                       Name of Transferor

Name and Address where notices to Transferee should be sent:

Oaktree Phoenix Investment Fund, L.P.
1301 Avenue of the Americas, 34th Floor
New York, NY 10019
Attention: Colin McLafferty
Email: cmclafferty@oaktreecapital.com

Name and Address where notices to Transferor should be sent:
Address on file
_____

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| | | | | |
| Claim No. 35508 (submitted on or about August 4, 2023) and Claim No. 11706 (submitted on or about July 15, 2023) | Redacted | 100% | FTX Trading Ltd. | 22-11068 |
| | | | | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Oaktree Phoenix Investment Fund, L.P.**
By: Oaktree Phoenix Investment Fund GP, L.P.
Its:  General Partner
By: Oaktree Phoenix Investment Fund GP Ltd.
Its:  General Partner
By: Oaktree Capital Management, L.P.
Its:  Director

By: _Colin McLafferty_        Date: 3/7/2024
Name:  Colin McLafferty
Title:  Vice President

By: _Steve Tesoriere_        Date: 3/7/2024
Name:  Steven Tesoriere
Title:  Managing Director

 Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

032-8199/7013835.2

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, District of Delaware

   Redacted      ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Oaktree Phoenix Investment Fund, L.P. ("Buyer"), 100% of all Seller's right, title and interest in and to the claims of Seller against FTX Trading Ltd. in the bankruptcy case entitled In re: FTX Trading Ltd., et al., and pending in the United States Bankruptcy Court, District of Delaware, under Case No. 22-11068 (JTD) (Jointly Administered), which claims are described more fully (i) in Claim No. 35508 and 11706 (collectively, the "Claim").

   Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.
IN WITNESS WHEREOF, dated as of the 7th day of March, 2024.

**SELLER:**    Redacted

_____

Redacted

**BUYER**:

**Oaktree Phoenix Investment Fund, L.P.**

By: Oaktree Phoenix Investment Fund GP, L.P.
Its:  General Partner

By: Oaktree Phoenix Investment Fund GP Ltd.
Its:  General Partner

By: Oaktree Capital Management, L.P.
Its:  Director

DocuSigned by:

*Colin McLafferty*

By: _____
    6CAA40B708FE400...
Name:   Colin McLafferty
Title:  Vice President

DocuSigned by:

*Steve Tesoriere*

By: _____
    A401D35C3A124EC...
Name:   Steven Tesoriere
Title:  Managing Director

032-8199/7013835.2

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

032-8199/7013835.2