## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| | Chapter 11 |
| In re: FTX TRADING LTD., *et al.*[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 7939** |

### CERTIFICATE OF NO OBJECTION REGARDING CANYON'S JOINT MOTION AND PROPOSED ORDER FOR RESTRICTION OF CONFIDENTIAL INFORMATION

The undersigned hereby certifies that they have received no answer, objection or any other responsive pleading with respect to *Canyon's Joint Motion for Restriction of Confidential Information* [D.I. 7939] (the "Motion").[2] The undersigned further certifies that they have reviewed the Court's docket in this case and no formal answer, objection or other response to the Motion appears thereon. The Motion was filed with the Court on February 23, 2024. Pursuant to Local Rules 9006-1(c)(ii) and 9013-1(j), objections to the Motion may be made within fourteen days of the date of service and a Certificate of No Objection may be filed after twenty-four hours have passed from the objection date. Accordingly, the undersigned respectfully requests that the proposed order attached to the Motion, which shall be uploaded to CM/ECF in accordance with the Court's electronic order processing procedures, be entered at the Court's earliest convenience.

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]     Any terms not defined herein have the meaning ascribed to them in the Motion.

Dated: March 13, 2024

Respectfully submitted,


*/s/ Thomas S. Kessler*

Thomas S. Kessler[3]
tkessler@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
T: 212-225-2000
F: 212-225-3999

*Attorney for Canyon*

---

[3] Out-of-state counsel appearing pursuant to Local Rule 9010-1(e)(iii).