# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | **(Jointly Administered)** |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP hereby withdraws the *Motion to Require Debtors' Claims and Noticing Agent to Recognize and Record Transfer of Claim to Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP* [D.I. 9272], filed on March 13, 2024.

Dated: March 13, 2024
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Ricardo Palacio*
Ricardo Palacio (DE No. 3765)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Email: rpalacio@ashbygeddes.com

and

Martin Eisenberg (*pro hac vice* forthcoming)
LAW OFFICES OF MARTIN EISENBERG
50 Main Street, Suite 1000
White Plains, NY  10606
Tel: (914) 682-2044
Fax: (914) 682-7784
Email:  me@martineisenberglaw.com

*Counsel for Plaintiff Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{01995709;v1 }