UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------- x
: 
In re: : Chapter 11
:
FTX TRADING LTD, *et al.*, : Case No.: 22-11068 (JTD)
:
Debtors. : Jointly Administered
:
------------------------------------- x

# DECLARATION OF ALESSANDRO PIRAS

Alessandro Piras declares the following is true and correct.:

1. I am the director of Aelysir Technologies Ltd.

2. Pursuant to an Assignment of Claim Agreement dated November 21, 2023, Aelysir Technologies Ltd. formerly known as Bluedeal Consulting Ltd., sold and assigned its claim in the FTX Trading, Ltd. bankruptcy proceeding, bearing Schedule no. 5984913, Confirmation ID No. 3265-70-CXOFD-852625719, Customer Code No. 00290422 (the "Claim") to Olympus Peak Trade Claims Opportunities Fund I Non- ECI Master LP ("Olympus) and authorized Olympus to file an assignment of the Claim with the United States Bankruptcy Court of the District of Delaware to transfer the Claim from Aelysir Technologies Ltd. to Olympus.

3. Aelysir Technologies Ltd. did not assign nor authorize the assignment of the Claim to anyone other than Olympus.

Dated March 7, 2024

Alessandro Piras
*Alessandro Piras*
_____
Director
Aelysir Technologies Ltd.