**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>Hearing Date: May 15, 2024 at 1:00 p.m. (ET)<br>Obj. Deadline: March 27, 2024 at 4:00 p.m. (ET) |

**NOTICE OF MOTION OF OLYMPUS PEAK TRADE CLAIMS OPPORTUNITIES FUND I NON-ECI MASTER LP TO REQUIRE DEBTORS' CLAIMS AND NOTICING AGENT TO RECOGNIZE AND RECORD TRANSFER OF CLAIM TO OLYMPUS PEAK TRADE CLAIMS OPPORTUNITIES FUND I NON-ECI MASTER LP**

      **PLEASE TAKE NOTICE** that on March 13, 2024, Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP ("Olympus"), by and through its undersigned counsel, filed the *Motion of Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP to Require Debtors' Claims and Noticing Agent to Recognize and Record Transfer of Claim to Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP* (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

      **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Motion must be (a) in writing and served on or before **March 27, 2024 at 4:00 p.m. (ET)** (the "Objection Deadline"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801; and (c) served as to be received on or before the Objection Deadline by the undersigned counsel.

      **PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **MAY 15, 2024 AT 1:00 P.M. (ET)** BEFORE THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #5, WILMINGTON, DE 19801.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{01994991;v1 }

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: March 13, 2024
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

/s/ Ricardo Palacio
Ricardo Palacio (DE No. 3765)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Email: rpalacio@ashbygeddes.com

      and

Martin Eisenberg (*pro hac vice* forthcoming)
LAW OFFICES OF MARTIN EISENBERG
50 Main Street, Suite 1000
White Plains, NY  10606
Tel: (914) 682-2044
Fax: (914) 682-7784
Email:  me@martineisenberglaw.com

*Counsel for Plaintiff Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP*

{01994991;v1 }