# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>**(Jointly Administered)**<br><br>Related D.I. 9289 |

## CERTIFICATE OF SERVICE

   I, Ricardo Palacio, hereby certify that, on March 13, 2024, I caused one copy of the foregoing *Motion of Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP to Require Debtors' Claims and Noticing Agent to Recognize and Record Transfer of Claim to Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP* to be served upon (i) all parties of record via CM/ECF; and (ii) the parties below via electronic mail, unless otherwise indicated.

| | |
|---|---|
| Adam G. Landis, Esquire<br>Matthew B. McGuire, Esquire<br>Kimberly A. Brown, Esquire<br>Matthew R. Pierce, Esquire<br>Landis Rath & Cobb LLP<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19801<br>landis@lrclaw.com; mcguire@lrclaw.com;<br>brown@lrclaw.com; pierce@lrclaw.com<br><br>*Counsel for Debtors* | Andrew G. Dietderich, Esquire<br>James L. Bromley, Esquire<br>Brian D. Glueckstein, Esquire<br>Alexa J. Kranzley, Esquire<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>dietdericha@sullcrom.com; bromleyj@sullcrom.com;<br>gluecksteinb@sullcrom.com; kranzleya@sullcrom.com<br><br>*Counsel for Debtors* |
| Linda Richenderfer<br>Office of the US Trustee<br>US Trustee's Office<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>Email: Linda.Richenderfer@usdoj.gov | Joseph James McMahon, Jr.<br>United States Department of Justice<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801<br>Email: joseph.mcmahon@usdoj.gov |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{01995028;v1 }

| | |
|---|---|
| David Gerardi<br>Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102<br>Email: David.Gerardi@usdoj.gov | Benjamin A. Hackman<br>Office of the United States Trustee<br>844 King Street<br>Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>Email: benjamin.a.hackman@usdoj.gov |
| Jonathan Lipshie<br>DOJ-Ust<br>844 N. King Street<br>Ste 2207<br>Wilmington, DE 19801<br>Email: jon.lipshie@usdoj.gov | Jared W Kochenash<br>Matthew Barry Lunn<br>Robert F. Poppiti, Jr.<br>Young Conaway<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 19801<br>Email: jkochenash@ycst.com; mlunn@ycst.com; rpoppiti@ycst.com<br><br>*Counsel for the Official Committee of Unsecured Creditors* |
| Kroll Restructuring Administration LLC<br>(F/K/A Prime Clerk LLC)<br>Benjamin Joseph Steele<br>55 East 52nd Street<br>17th Floor<br>New York, NY 10055<br>Email: bsteele@primeclerk.com | |

   Additionally, on March 14, 2024, I caused one copy of the foregoing *Motion of Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP to Require Debtors' Claims and Noticing Agent to Recognize and Record Transfer of Claim to Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP* to be served upon the following as indicated below:

| | |
|---|---|
| **VIA EMAIL & USPS PRIORITY MAIL EXPRESS INTERNATIONAL**<br>Federico Natali<br>P.O. Box Number 75719<br>Dubai, United Arab Emirates<br>Email: Paxtibi.xyz+recovery@gmail.com | **VIA FEDERAL EXPRESS INTERNATIONAL PRIORITY**<br>Federic Natali<br>Damac Paramount Tower A, Apt. 2601<br>Dubai, United Arab Emirates |
| **VIA EMAIL & FEDERAL EXPRESS**<br>SP Multi Claims Holdings, LLC<br>2 Greenwich Plaza, Suite 1<br>Greenwich, Connecticut 06830<br>Email: rbeacher@pryorcashman.com | **VIA EMAIL & FEDERAL EXPRESS INTERNATIONAL PRIORITY**<br>Aelysir Technologies Ltd<br>Alessandro Piras.<br>3rd Floor Norvin House<br>45-55 Commercial Street |

London, England E1 6BD, United Kingdom
Email:  bluedealconsultingltd@gmail.com

| | |
|---|---|
| Dated: March 14, 2024 | **ASHBY & GEDDES, P.A.** |
| | */s/ Ricardo Palacio* |
| | Ricardo Palacio (DE Bar No. 3765) |
| | 500 Delaware Avenue, 8th Floor |
| | P.O. Box 1150 |
| | Wilmington, Delaware 19899 |
| | Tel: (302) 654-1888 |
| | Fax: (302) 654-2067 |
| | Email(s):  RPalacio@ashbygeddes.com |

{01995028;v1 }