**Exhibit B**

**Disbursements**

15257010v1

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 1/3/2024 | Matt Rahmani | Late night / weekend transportation | 111.09 | Taxi home, working late in office |
| 1/3/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 1/3/2024 | Rohan Mekala | Late night / weekend meals | 20.00 | Meal working late in office |
| 1/3/2024 | Matt Rahmani | Late night / weekend meals | 20.00 | Meal working late in office |
| 1/4/2024 | Emil Tu | Late night / weekend transportation | 16.33 | Taxi home, working late in office |
| 1/4/2024 | Matt Rahmani | Late night / weekend transportation | 115.95 | Taxi home, working late in office |
| 1/4/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 1/5/2024 | Emil Tu | Late night / weekend transportation | 15.25 | Taxi home, working late in office |
| 1/5/2024 | Matt Rahmani | Late night / weekend transportation | 121.97 | Taxi home, working late in office |
| 1/8/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 1/9/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 1/10/2024 | Emil Tu | Late night / weekend transportation | 15.97 | Taxi home, working late in office |
| 1/10/2024 | Matt Rahmani | Late night / weekend meals | 20.00 | Meal working late in office |
| 1/10/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 1/11/2024 | Matt Rahmani | Late night / weekend meals | 20.00 | Meal working late in office |
| 1/11/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 1/14/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 1/15/2024 | Emil Tu | Late night / weekend transportation | 18.63 | Taxi home, working late in office |
| 1/15/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 1/16/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 1/17/2024 | Emil Tu | Late night / weekend transportation | 18.90 | Taxi home, working late in office |
| 1/17/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 1/18/2024 | Emil Tu | Late night / weekend transportation | 21.32 | Taxi home, working late in office |
| 1/18/2024 | Matt Rahmani | Late night / weekend transportation | 119.96 | Taxi home, working late in office |
| 1/18/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 1/19/2024 | Emil Tu | Late night / weekend transportation | 17.19 | Taxi home, working late in office |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 1/20/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 1/22/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 1/23/2024 | Emil Tu | Late night / weekend transportation | 15.07 | Taxi home, working late in office |
| 1/23/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 1/24/2024 | Emil Tu | Late night / weekend transportation | 15.41 | Taxi home, working late in office |
| 1/24/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 1/25/2024 | Emil Tu | Late night / weekend transportation | 16.79 | Taxi home, working late in office |
| 1/25/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 1/25/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 1/29/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 1/30/2024 | Emil Tu | Late night / weekend transportation | 16.41 | Taxi home, working late in office |
| 1/30/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 1/31/2024 | Emil Tu | Late night / weekend transportation | 20.79 | Taxi home, working late in office |
| 1/31/2024 | Matt Rahmani | Late night / weekend transportation | 86.18 | Taxi home, working late in office |
| 1/31/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 1/31/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| **Total** | | | **$1,263.21** | |