UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: FTX TRADING LTD., *et al.*[1]<br><br>Debtors | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Re: D.I. 7939** |

## ORDER GRANTING CANYON'S JOINT MOTION AND RESTRICTING CONFIDENTIAL INFORMATION

Upon consideration of the joint motion (the "Motion") of Canyon ESG Master Fund, L.P., Canyon IC Credit Master Fund L.P., and Canyon-ASP Fund, L.P. (collectively "Canyon") pursuant to 11 U.S.C. § 105(a) and the *Final Order (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on a Final Basis and (III) Granting Certain Related Relief* [D.I. 545] (the "Privacy Order") to restrict public access to *Notice of Transfer of Claim Other Than for Security and Evidence of Transfer of Claim and Waiver of Notice* [D.I. 7910], *Notice of Transfer of Claim Other Than for Security and Evidence of Transfer of Claim and Waiver of Notice* [D.I. 7911], and *Notice of Transfer of Claim Other Than for Security and Evidence of Transfer of*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

*Claim and Waiver of Notice* [D.I. 7912] (collectively the "Notices"); the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that good cause exists to approve the relief sought in the Motion, it is hereby ordered that:

1. The Motion is granted as set forth herein.

2. The Clerk of the Court is directed to permanently restrict public access of the Notices and permanently replace them with the Amended Notices (as defined in the Motion).

**IT IS SO ORDERED.**

Dated: March 15th, 2024  
Wilmington, Delaware

JOHN T. DORSEY  
UNITED STATES BANKRUPTCY JUDGE