

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELWARE

| In re: | Chapter 11 |
|---|---|
| FTX TRADING LTD., *et al.*, | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee
**Fire Bouvardia, L.L.C.**
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:

c/o Crowell & Moring LLP
389 9th Ave, 44th Floor
New York, NY 10001
Attention: Timothy Lin
Email: tlin@crowell.com

Name of Transferor
**Name (Redacted)**
Last Four Digits of Acct #: N/A

Address of Transferor:
On file with debtors.

**Case No.:** 22-11068 et seq.

| Confirmation ID | Customer Code | Amount | Debtor |
|---|---|---|---|
| 3265-70-IWRGS-874461266 | Schedule F Customer Code **00205581** | 100% of Seller's Claim as described on Schedule F (see attached) and the Customer Claim Form | FTX Trading Ltd. |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_
Transferee/Transferee's Agent

Date: March 13, 2024

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTORS AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, ▮▮ (the "Seller"), hereby unconditionally and irrevocably sells, transfers and assigns to Fire Bouvardia, L.L.C. (the "Buyer") 100% of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim, designated in the Bankruptcy Case (as defined below) as described below, that was asserted against FTX Trading Ltd. and its affiliated debtors (collectively, the "Debtors"), in the proceedings captioned *In re: FTX Trading Ltd., et al*, Case No. 22-11068 (JTD) (Jointly Administered) (the "Bankruptcy Case") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

| Confirmation ID | Customer Code | Amount | Debtor | Case No. |
|---|---|---|---|---|
| 3265-70-IWRGS-874461266 | Schedule F Customer Code **00205581** | 100% of Seller's Claim as described on Schedule F (see attached) and the Customer Claim Form | FTX Trading Ltd. | 22-11068 |

Seller hereby waives any objection to the transfer of the claim to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as might be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the foregoing claim and recognizing Buyer as the sole owner and holder of the claim. Seller further directs the Debtors, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, are to be delivered or made to Buyer.

(*remainder of page blank*)

      IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13th day of March, 2024.

**SELLER**:

████████████████████

**BUYER**:

**FIRE BOUVARDIA, L.L.C.**



By: _____
Name: Timothy Lin
Title: Authorized Signatory

| 00205581 | ADA-PERP[0], AGLD-PERP[0], ALCX-PERP[0], ALICE-PERP[0], ATLAS-PERP[0], ATOM-PERP[0], AXS-PERP[0], BNB[0.00000002], BNB-PERP[0], BSV-PERP[0], BTC-0325[0], BTC[39.00700002], BTC-PERP[0], BTTPRE-PERP[0], CREAM-PERP[0], DOGE[0.00000001], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], ENJ-PERP[0], ETH[0], ETH-PERP[0], ETHW-PERP[0], FTT[31.2818], FTT-PERP[0], HT-PERP[0], LRC-PERP[0], LTC[0], LTC-PERP[0], LUNC-PERP[0], MID-PERP[0], OMG-PERP[0], PUNDIX-PERP[0], SHIB-PERP[0], SHIT-PERP[0], SOL-PERP[0], SRM[1.14732222], SRM_LOCKED[4.97267778], USD[990.23], USDT[0.00000001], XRP-PERP[0] | |

A-2

NYACTIVE-23810886.2