UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



In re:

FTX TRADING LTD., *et al.,*

Debtors

Chapter 11

No. 22-11068 (JTD)

(Jointly Administered)

# AMENDED

# PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

This Amended Transfer of Claim Other Than for Security (the "Amended Transfer") is filed solely to correct the deficiency in that certain Transfer of Claim Other Than for Security (docket no. 2675) (the "Original Transfer") that the partial transfer of the subject claim (the "Claim") was not stated as a percentage. Subsequent to the filing of the Original Transfer, a portion of the Claim was transferred from [REDACTED] to SP Multi Claims Holdings, LLC (docket no. 6667) and the balance of the Claim was transferred from Acquisen, LLC to SPCP Luxembourg LLC (docket no. 7849) (collectively, the SP Transfers").

This Amended Transfer shall be deemed to relate back to the time of the filing of the Original Transfer and shall not adversely impact the SP Transfers or any subsequent transfers of the Claim.

Name of Transferee:

**Acquisen, LLC**

Name of Transferor:

**[REDACTED]**

Name and Address where notices and payments to transferee should be sent
**Acquisen, LLC, assignee of (Redacted)
Email: acquisen@pm.me
PO Box 935190
Dubai, United Arab Emirates**

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 9422 | Redacted | 21.554% of the amount of the claim | FTX Trading Ltd. | 22-11068 |
| Confirmation ID No. 3265-70-KGMIO-758427749 | Redacted | 21.554% of the amount of the claim | FTX Trading Ltd. | 22-11068 |
| Schedule No. 6771151 | Redacted | 21.554% of the amount of the claim | FTX Trading Ltd. | 22-11068 |

| Customer Code No. 00337243 | Redacted | 21.554% of the amount of the claim | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/_____   Date: <u>March 14 , 2024</u>
**Transferee/Transferee's Agent**
 Name: Marshal J. Hoda
 Title: General Counsel, Acquisen, LLC

| 00337243 | | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], AGLD-PERP[0], ALGO-PERP[0], ALICE-PERP[0], ALPHA-PERP[0], ALT-PERP[0], APE-PERP[0], AR-PERP[0], ATLAS-PERP[0], ATOM-PERP[0], AUDIO-PERP[0], AVAX-PERP[0], AXS-PERP[0], BADGER-PERP[0], BAND-PERP[0], BCH-PERP[0], BNB[0], BNB-PERP[0], BSV-PERP[0], BTC[0.00000002], BTC-20210924[0], BTC-PERP[0], BTTPERP[0], BUSD-PERP[0], CAKE-PERP[0], CEL-PERP[0], CHZ-PERP[0], CRO-PERP[0], CRV-PERP[0], DASH-PERP[0], DEFI-PERP[0], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], EGLD-PERP[0], ENJ-PERP[0], ENS-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[0], ETH-PERP[0], FIL-PERP[0], FLOW-PERP[0], FTM-PERP[0], FTT[2141.01352829], FTT-PERP[0], FXS-PERP[0], GALA-PERP[0], GAL-PERP[0], GMT-PERP[0], GRT-PERP[0], HBAR-PERP[0], HT-PERP[0], ICP-PERP[0], ICX-PERP[0], IMX-PERP[0], IOTA-PERP[0], KAVA-PERP[0], KLUNC-PERP[0], KNC-PERP[0], KSHIB-PERP[0], KSM-PERP[0], LDO-PERP[0], LINA-PERP[0], LINK-PERP[0], LOOKS-PERP[0], LRC-PERP[0], LTC-PERP[0], LUNA2-PERP[0], LUNC-PERP[0], MANA-PERP[0], MASK-PERP[0], MATIC-PERP[0], MID-PERP[0], MTL-PERP[0], NEAR-PERP[0], NEO-PERP[0], OMG-PERP[0], ONE-PERP[0], OP-PERP[0], PAXG[0], PAXG-PERP[0], PEOPLE-PERP[0], PERP-PERP[0], RAY-PERP[0], REN-PERP[0], RNDR-PERP[0], RSR-PERP[0], RUNE-PERP[0], RVN-PERP[0], SAND-PERP[0], SHIB-PERP[0], SHIT-PERP[0], SLP-PERP[0], SNX-PERP[0], SOL[0], SOL-PERP[0], SPELL-PERP[0], SRM[1.3517628], SRM_LOCKED[780.86832179], SRM-PERP[0], STEP-PERP[0], STORJ-PERP[0], STX-PERP[0], SUSHI-PERP[0], SXP-PERP[0], THETA-PERP[0], TRUMPFEB[0], TRX[1963.05802], TRX-PERP[0], UNI-PERP[0], USD[5148040.60], USDT[0], USTC-PERP[0], VET-PERP[0], WAVES-PERP[0], XEM-PERP[0], XLM-PERP[0], XMR-PERP[0], XRP-PERP[0], XTZ-PERP[0], YFI-PERP[0], ZEC-PERP[0], ZIL-PERP[0], ZRX-PERP[0] | | |

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.