# Exhibit A

## Expense Detail

### November 1st-January 31st

| Professional | User Date | Amount ($) | Expense description |
|---|---|---|---|
| Debevoise & Plimpton | 11/30/2023 | $2,910.00 | Legal Fee |
| Debevoise & Plimpton | 7/31/2023 | $1,050.00 | Legal Fee |
| Debevoise & Plimpton | 12/31/2023 | $9,858.00 | Legal Fee |
| **Total Expense per Professional** | | **$13,818.00** | |
| Lorenzo Munoz | 12/8/2023 | $18.94 | Travel - Taxi (office to home) |
| **Total Expense per Professional** | | **$18.94** | |
| Sean Crotty | 12/13/2023 | $35.70 | Meal (dinner) |
| Sean Crotty | 12/18/2023 | $31.40 | Meal (dinner) |
| Sean Crotty | 1/19/2024 | $34.80 | Meal (dinner) |
| **Total Expense per Professional** | | **$101.90** | |
| Julia Walters | 12/19/2023 | $35.70 | Meal (dinner) |
| **Total Expense per Professional** | | **$35.70** | |
| Covington & Burling LLP | 7/31/2023 | $2,207.00 | Legal Fee |
| **Total Expense per Professional** | | **$2,207.00** | |
| **Total Net Expenses** | | **$16,181.54** | |