**Exhibit A**

**Summary of Fees by Individual for the Application Period**

## SUMMARY OF FEES BY INDIVIDUAL FOR THE APPLICATION PERIOD (NOVEMBER 1, 2023 THROUGH AND INCLUDING JANUARY 31, 2024)[1]

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Ansari, Mehdi | Partner | 2009 | 2008 | $2,165.00 | 36.50 | $79,022.50 |
| Ansari, Mehdi | Partner | 2009 | 2008 | $2,375.00*** | 6.40 | $15,200.00 |
| Bander, Jeannette E. | Partner | 2012 | 2011 | $2,135.00 | 13.60 | $29,036.00 |
| Bander, Jeannette E. | Partner | 2012 | 2011 | $2,295.00*** | 2.70 | $6,196.50 |
| Beatty, Chris | Partner | 2005 | 2004 | $2,165.00 | 36.60 | $79,239.00 |
| Beatty, Chris | Partner | 2005 | 2004 | $2,375.00*** | 2.90 | $6,887.50 |
| Beller, Benjamin S. | Partner | 2014 | 2013 | $1,695.00 | 70.50 | $119,497.50 |
| Birke, Max | Partner | 2000 | 1999 | $2,165.00 | 1.50 | $3,247.50 |
| Birke, Max | Partner | 2000 | 1999 | $2,375.00*** | 3.20 | $7,600.00 |
| Blackmore, Vanessa K. | Partner | 1989 | 1985 | $2,165.00 | 1.20 | $2,598.00 |
| Bromley, James L. | Partner | 1990 | 1989 | $1,083.00** | 11.50 | $12,454.50 |
| Bromley, James L. | Partner | 1990 | 1989 | $1,188.00** | 4.00 | $4,752.00 |
| Bromley, James L. | Partner | 1990 | 1989 | $2,165.00 | 92.20 | $199,613.00 |
| Bromley, James L. | Partner | 1990 | 1989 | $2,375.00*** | 58.00 | $137,750.00 |
| Cohen, Audra D. | Partner | 1993 | 1992 | $2,165.00 | 110.90 | $240,098.50 |
| Cohen, Audra D. | Partner | 1993 | 1992 | $2,375.00*** | 28.70 | $68,162.50 |
| Croke, Jacob M. | Partner | 2011 | 2010 | $2,165.00 | 313.70 | $679,160.50 |
| Croke, Jacob M. | Partner | 2011 | 2010 | $2,335.00*** | 209.30 | $488,715.50 |
| De Leeuw, Marc | Partner | 1992 | 1992 | $1,083.00** | 2.50 | $2,707.50 |
| De Leeuw, Marc | Partner | 1992 | 1992 | $2,165.00 | 77.60 | $168,004.00 |
| De Leeuw, Marc | Partner | 1992 | 1992 | $2,375.00*** | 104.30 | $247,712.50 |
| de Vito Piscicelli, Oderisio | Partner | 1998 | 1998 | $2,165.00 | 139.00 | $300,935.00 |
| de Vito Piscicelli, Oderisio | Partner | 1998 | 1998 | $2,375.00*** | 110.50 | $262,437.50 |
| DeCamp, Justin J. | Partner | 2006 | 2005 | $2,165.00 | 53.10 | $114,961.50 |
| DeCamp, Justin J. | Partner | 2006 | 2005 | $2,375.00*** | 51.30 | $121,837.50 |
| Diamond, Eric M. | Partner | 2011 | 2010 | $2,165.00 | 0.20 | $433.00 |
| Dietderich, Andrew G. | Partner | 1997 | 1995 | $1,083.00** | 4.50 | $4,873.50 |
| Dietderich, Andrew G. | Partner | 1997 | 1995 | $1,188.00** | 1.00 | $1,188.00 |
| Dietderich, Andrew G. | Partner | 1997 | 1995 | $2,165.00 | 169.80 | $367,617.00 |
| Dietderich, Andrew G. | Partner | 1997 | 1995 | $2,375.00*** | 102.40 | $243,200.00 |
| Dunne, Christopher J. | Partner | 2006 | 2005 | $2,165.00 | 198.30 | $429,319.50 |
| Dunne, Christopher J. | Partner | 2006 | 2005 | $2,375.00*** | 121.80 | $289,275.00 |
| Ehrenberg, Stephen | Partner | 2003 | 2002 | $2,165.00 | 130.70 | $282,965.50 |
| Ehrenberg, Stephen | Partner | 2003 | 2002 | $2,375.00*** | 97.90 | $232,512.50 |
| Eitel, Mitchell S. | Partner | 1988 | 1987 | $2,165.00 | 0.70 | $1,515.50 |
| Friedlander, Nicole | Partner | 2002 | 2001 | $2,165.00 | 11.90 | $25,763.50 |
| Friedlander, Nicole | Partner | 2002 | 2001 | $2,375.00*** | 0.60 | $1,425.00 |

---

[1] For certain timekeepers, his or her individual rate increased during the relevant fee period as a result of matriculation.

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Gilberg, David J. | Partner | 1981 | 1981 | $2,165.00 | 11.10 | $24,031.50 |
| Glueckstein, Brian D. | Partner | 2004 | 2003 | $1,083.00** | 2.30 | $2,490.90 |
| Glueckstein, Brian D. | Partner | 2004 | 2003 | $1,188.00** | 0.70 | $831.60 |
| Glueckstein, Brian D. | Partner | 2004 | 2003 | $2,165.00 | 313.00 | $677,645.00 |
| Glueckstein, Brian D. | Partner | 2004 | 2003 | $2,375.00*** | 240.30 | $570,712.50 |
| Hariton, David P. | Partner | 1986 | 1985 | $2,165.00 | 154.20 | $333,843.00 |
| Hariton, David P. | Partner | 1986 | 1985 | $2,375.00*** | 215.60 | $512,050.00 |
| Hatano, Keiji | Partner | 2000 | 2000 | $2,165.00 | 1.30 | $2,814.50 |
| Hatano, Keiji | Partner | 2000 | 2000 | $2,375.00*** | 0.60 | $1,425.00 |
| Hochberg, Jeffrey D. | Partner | 1996 | 1995 | $2,165.00 | 1.20 | $2,598.00 |
| Holley, Steven L. | Partner | 1984 | 1983 | $2,165.00 | 10.00 | $21,650.00 |
| Holley, Steven L. | Partner | 1984 | 1983 | $2,375.00*** | 4.90 | $11,637.50 |
| Howard, Christopher J. | Partner | 1996 | 1991 | $2,165.00 | 56.30 | $121,889.50 |
| Howard, Christopher J. | Partner | 1996 | 1991 | $2,375.00*** | 13.70 | $32,537.50 |
| Jones, Craig | Partner | 1996 | 1996 | $2,165.00 | 5.90 | $12,773.50 |
| Jones, Craig | Partner | 1996 | 1996 | $2,375.00*** | 0.90 | $2,137.50 |
| Kent, Benjamin S.D. | Partner | 2010 | 2009 | $2,160.00 | 0.10 | $216.00 |
| Kranzley, Alexa J. | Partner | 2009 | 2008 | $928.00** | 1.30 | $1,206.40 |
| Kranzley, Alexa J. | Partner | 2009 | 2008 | $1,855.00 | 309.80 | $574,679.00 |
| Kranzley, Alexa J. | Partner | 2009 | 2008 | $2,160.00*** | 181.40 | $391,824.00 |
| Levin, Sharon Cohen | Partner | 1985 | 1985 | $2,165.00 | 15.90 | $34,423.50 |
| Levin, Sharon Cohen | Partner | 1985 | 1985 | $2,375.00*** | 1.20 | $2,850.00 |
| Lewis, Anthony J. | Partner | 2004 | 2003 | $2,165.00 | 105.50 | $228,407.50 |
| Lewis, Anthony J. | Partner | 2004 | 2003 | $2,335.00*** | 29.60 | $69,116.00 |
| Li, Ken | Partner | 2014 | 2013 | $1,850.00 | 10.60 | $19,610.00 |
| Li, Ken | Partner | 2014 | 2013 | $2,160.00*** | 9.90 | $21,384.00 |
| Littleton, Judson O. | Partner | 2008 | 2008 | $2,165.00 | 6.70 | $14,505.50 |
| Littleton, Judson O. | Partner | 2008 | 2008 | $2,335.00*** | 9.00 | $21,015.00 |
| Lloyd, Colin D. | Partner | 2008 | 2007 | $2,165.00 | 7.40 | $16,021.00 |
| Lloyd, Jameson S. | Partner | 2014 | 2013 | $1,850.00 | 21.40 | $39,590.00 |
| Lloyd, Jameson S. | Partner | 2014 | 2013 | $2,160.00*** | 4.60 | $9,936.00 |
| McArthur, Kathleen S. | Partner | 2008 | 2007 | $2,165.00 | 0.80 | $1,732.00 |
| McDonald, James M. | Partner | 2008 | 2007 | $2,165.00 | 13.10 | $28,361.50 |
| McDonald, James M. | Partner | 2008 | 2007 | $2,375.00*** | 14.20 | $33,725.00 |
| Mehta, Nirav N. | Partner | 2012 | 2011 | $1,975.00 | 2.40 | $4,740.00 |
| Menillo, Nicholas F. | Partner | 2013 | 2012 | $2,030.00 | 10.00 | $20,300.00 |
| Menillo, Nicholas F. | Partner | 2013 | 2012 | $2,275.00*** | 11.10 | $25,252.50 |
| O'Neill, Rita-Anne | Partner | 2004 | 2004 | $2,165.00 | 18.30 | $39,619.50 |
| O'Neill, Rita-Anne | Partner | 2004 | 2004 | $2,375.00*** | 12.30 | $29,212.50 |
| Ostrager, Ann-Elizabeth | Partner | 2011 | 2009 | $2,165.00 | 0.10 | $216.50 |
| Peikin, Steven R. | Partner | 1992 | 1991 | $2,165.00 | 9.00 | $19,485.00 |
| Peikin, Steven R. | Partner | 1992 | 1991 | $2,375.00*** | 0.50 | $1,187.50 |
| Rein, David M.J. | Partner | 1997 | 1997 | $2,165.00 | 1.60 | $3,464.00 |
| Schollmeyer, Mario | Partner | 2012 | 2014 | $1,595.00 | 50.60 | $80,707.00 |
| Simmons, Rebecca J. | Partner | 1992 | 1991 | $2,165.00 | 0.40 | $866.00 |
| Simpson, Evan S. | Partner | 2011 | 2010 | $2,165.00 | 201.10 | $435,381.50 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Simpson, Evan S. | Partner | 2011 | 2010 | $2,335.00*** | 86.50 | $201,977.50 |
| Wertheim, Frederick | Partner | 1988 | 1987 | $2,165.00 | 3.90 | $8,443.50 |
| Wertheim, Frederick | Partner | 1988 | 1987 | $2,375.00*** | 0.60 | $1,425.00 |
| Wheeler, Stephanie G. | Partner | 1994 | 1993 | $1,083.00** | 5.50 | $5,956.50 |
| Wheeler, Stephanie G. | Partner | 1994 | 1993 | $2,165.00 | 199.80 | $432,567.00 |
| Wheeler, Stephanie G. | Partner | 1994 | 1993 | $2,375.00*** | 122.10 | $289,987.50 |
| Wu, Mimi | Partner | 2016 | 2015 | $1,695.00 | 35.60 | $60,342.00 |
| **Partner Total** | | | | | **4,927.40** | **$10,778,715.40** |
| Gilberg, David J. | Of Counsel | 1981 | 1981 | $2,375.00 | 2.40 | $5,700.00 |
| Leventhal, Shari D. | Of Counsel | 1989 | 1988 | $2,165.00 | 1.10 | $2,381.50 |
| Leventhal, Shari D. | Of Counsel | 1989 | 1988 | $2,295.00*** | 0.50 | $1,147.50 |
| Tomaino Jr., Michael T. | Of Counsel | 1990 | 1989 | $2,165.00 | 64.50 | $139,642.50 |
| Tomaino Jr., Michael T. | Of Counsel | 1990 | 1989 | $2,375.00*** | 52.40 | $124,450.00 |
| Beller, Benjamin S. | Special Counsel | 2014 | 2013 | $1,575.00 | 101.10 | $159,232.50 |
| Goldberg, Wendy M. | Special Counsel | 2002 | 2000 | $1,750.00 | 0.20 | $350.00 |
| Harsch, Bradley A. | Special Counsel | 1998 | 1998 | $1,790.00 | 258.90 | $463,431.00 |
| Harsch, Bradley A. | Special Counsel | 1998 | 1998 | $1,895.00*** | 201.80 | $382,411.00 |
| Logan, Ryan P. | Special Counsel | 2007 | 2007 | $1,790.00 | 101.10 | $180,969.00 |
| Logan, Ryan P. | Special Counsel | 2007 | 2007 | $1,895.00*** | 12.50 | $23,687.50 |
| Long, Sarah Remmer | Special Counsel | 2015 | 2014 | $1,575.00 | 5.50 | $8,662.50 |
| Long, Sarah Remmer | Special Counsel | 2015 | 2014 | $1,860.00*** | 1.30 | $2,418.00 |
| Mehta, Nirav N. | Special Counsel | 2012 | 2011 | $1,825.00 | 11.80 | $21,535.00 |
| O'Reilly, Brian P. | Special Counsel | 2003 | 2002 | $1,750.00 | 6.90 | $12,075.00 |
| O'Reilly, Brian P. | Special Counsel | 2003 | 2002 | $1,860.00*** | 3.60 | $6,696.00 |
| Popovsky, Mark A. | Special Counsel | 2012 | 2011 | $1,575.00 | 60.40 | $95,130.00 |
| Popovsky, Mark A. | Special Counsel | 2012 | 2011 | $1,675.00*** | 51.60 | $86,430.00 |
| Queen, Eric H. | Special Counsel | 1977 | 1976 | $1,790.00 | 1.60 | $2,864.00 |
| Queen, Eric H. | Special Counsel | 1977 | 1976 | $1,860.00*** | 0.20 | $372.00 |
| Russell, Tracey E. | Special Counsel | 2002 | 2001 | $1,750.00 | 2.10 | $3,675.00 |
| Sedlak, Jonathan M. | Special Counsel | 2005 | 2004 | $1,575.00 | 53.60 | $84,420.00 |
| Sedlak, Jonathan M. | Special Counsel | 2005 | 2004 | $1,675.00*** | 40.00 | $67,000.00 |
| Smith, Bradley P. | Special Counsel | 1998 | 1997 | $1,790.00 | 3.10 | $5,549.00 |
| Smith, Bradley P. | Special Counsel | 1998 | 1997 | $1,895.00*** | 0.10 | $189.50 |
| Su, Lester | Special Counsel | 2010 | 2010 | $1,595.00 | 20.60 | $32,857.00 |
| Sutton, Jennifer L. | Special Counsel | 2004 | 2004 | $1,790.00 | 6.50 | $11,635.00 |
| Sutton, Jennifer L. | Special Counsel | 2004 | 2004 | $1,895.00*** | 3.10 | $5,874.50 |
| Wagener, William H. | Special Counsel | 2004 | 2003 | $1,575.00 | 49.50 | $77,962.50 |
| Wagener, William H. | Special Counsel | 2004 | 2003 | $1,675.00*** | 23.10 | $38,692.50 |
| Yeargan, Shane R. | Special Counsel | 2014 | 2013 | $1,575.00 | 19.90 | $31,342.50 |
| Yeargan, Shane R. | Special Counsel | 2014 | 2013 | $1,675.00*** | 17.80 | $29,815.00 |
| **Of Counsel & Special Counsel Total** | | | | | **1,178.80** | **$2,108,597.50** |
| Carrier, Rita M. | Practice Area Associate | 1984 | 1984 | $1,365.00 | 32.50 | $44,362.50 |
| Carrier, Rita M. | Practice Area Associate | 1984 | 1984 | $1,450.00*** | 14.40 | $20,880.00 |

4857-0419-8828 v.2

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Jeapes, Esther S. | Practice Area Associate | 1995 | 1995 | $1,390.00 | 2.30 | $3,197.00 |
| Mendola-D'Andrea, Lisabeth A. | Practice Area Associate | 2006 | 2005 | $860.00 | 1.40 | $1,204.00 |
| Xiang, Shihui | Practice Area Associate | 2020 | 2019 | $810.00 | 34.90 | $28,269.00 |
| Xiang, Shihui | Practice Area Associate | 2020 | 2019 | $860.00*** | 6.20 | $5,332.00 |
| **Practice Area Associate Total** | | | | | **91.70** | **$103,244.50** |
| Abada, Danielle B. | Associate | 2018 | 2017 | $1,530.00 | 0.20 | $306.00 |
| Andrews, Eric T. | Associate | 2018 | 2019 | $1,365.00 | 18.90 | $25,798.50 |
| Andrews, Eric T. | Associate | 2018 | 2019 | $1,450.00*** | 1.50 | $2,175.00 |
| Anfang, Michael A. | Associate | 2024 | 2023 | $775.00 | 86.80 | $67,270.00 |
| Anfang, Michael A. | Associate | 2024 | 2023 | $850.00*** | 102.50 | $87,125.00 |
| Barnes, Grier E. | Associate | 2022 | 2021 | $1,205.00 | 84.70 | $102,063.50 |
| Barnes, Grier E. | Associate | 2022 | 2021 | $1,295.00*** | 7.70 | $9,971.50 |
| Bauer, Phinneas G. | Associate | in process | 2023 | $775.00 | 129.60 | $100,440.00 |
| Bauer, Phinneas G. | Associate | in process | 2023 | $850.00*** | 86.80 | $73,780.00 |
| Bennett, Mark C. | Associate | 2018 | 2017 | $1,440.00 | 245.50 | $353,520.00 |
| Bennett, Mark C. | Associate | 2018 | 2017 | $1,530.00*** | 110.30 | $168,759.00 |
| Benzine, Jasmine M. | Associate | 2022 | 2021 | $1,205.00 | 0.20 | $241.00 |
| Benzine, Jasmine M. | Associate | 2022 | 2021 | $1,295.00*** | 0.20 | $259.00 |
| Bierlein, Johanna Ruth | Associate | in process | 2023 | $850.00 | 2.10 | $1,785.00 |
| Blaisdell, Jackson T. | Associate | 2023 | 2023 | $775.00 | 127.80 | $99,045.00 |
| Blaisdell, Jackson T. | Associate | 2023 | 2023 | $850.00*** | 107.50 | $91,375.00 |
| Brod, Andrew B. | Associate | 2023 | 2022 | $960.00 | 59.90 | $57,504.00 |
| Brod, Andrew B. | Associate | 2023 | 2022 | $995.00*** | 40.00 | $39,800.00 |
| Campbell, Craig A. | Associate | 2023 | 2023 | $850.00 | 0.20 | $170.00 |
| Capogna, Alexander H. | Associate | 2021 | 2020 | $1,310.00 | 19.80 | $25,938.00 |
| Capogna, Alexander H. | Associate | 2021 | 2020 | $1,395.00*** | 2.00 | $2,790.00 |
| Chen, Kelly | Associate | in process | 2023 | $775.00 | 21.20 | $16,430.00 |
| Chen, Kelly | Associate | in process | 2023 | $850.00*** | 1.30 | $1,105.00 |
| Ciafone, Jacob W. | Associate | in process | 2023 | $775.00 | 218.80 | $169,570.00 |
| Ciafone, Jacob W. | Associate | in process | 2023 | $850.00*** | 45.90 | $39,015.00 |
| Cockle, Hannah | Associate | 2021 | 2021 | $1,205.00 | 7.70 | $9,278.50 |
| Cockle, Hannah | Associate | 2021 | 2021 | $1,295.00*** | 0.70 | $906.50 |
| Courroy, Arthur D. | Associate | 2023 | 2022 | $960.00 | 60.70 | $58,272.00 |
| Courroy, Arthur D. | Associate | 2023 | 2022 | $995.00*** | 40.00 | $39,800.00 |
| De Vries, Saskia E.L. | Associate | in process | 2023 | $775.00 | 276.10 | $213,977.50 |
| De Vries, Saskia E.L. | Associate | in process | 2023 | $850.00*** | 149.50 | $127,075.00 |
| Donnelly, Kathleen T. | Associate | 2019 | 2018 | $1,395.00 | 71.40 | $99,603.00 |
| Donnelly, Kathleen T. | Associate | 2019 | 2018 | $1,490.00*** | 44.20 | $65,858.00 |
| Enriquez-Sarano, Louis | Associate | 2022 | 2021 | $1,205.00 | 123.70 | $149,058.50 |
| Enriquez-Sarano, Louis | Associate | 2022 | 2021 | $1,295.00*** | 157.40 | $203,833.00 |
| Erdogan, Batuhan | Associate | in process | 2023 | $775.00 | 132.10 | $102,377.50 |
| Erdogan, Batuhan | Associate | in process | 2023 | $850.00*** | 0.40 | $340.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Ferdinandi, Federico | Associate | 2021 | 2019 | $1,365.00 | 36.20 | $49,413.00 |
| Ferdinandi, Federico | Associate | 2021 | 2019 | $1,450.00*** | 21.10 | $30,595.00 |
| Flegenheimer, Zoeth M. | Associate | 2019 | 2018 | $1,395.00 | 113.00 | $157,635.00 |
| Flegenheimer, Zoeth M. | Associate | 2019 | 2018 | $1,490.00*** | 143.20 | $213,368.00 |
| Foote, Isaac S. | Associate | 2023 | 2022 | $960.00 | 0.60 | $576.00 |
| Foote, Isaac S. | Associate | 2023 | 2022 | $995.00*** | 112.50 | $111,937.50 |
| Fradin, Daniel E. | Associate | 2023 | 2022 | $960.00 | 96.20 | $92,352.00 |
| Fradin, Daniel E. | Associate | 2023 | 2022 | $995.00*** | 18.10 | $18,009.50 |
| Friedman, Mitchell N. | Associate | 2019 | 2018 | $1,395.00 | 198.60 | $277,047.00 |
| Friedman, Mitchell N. | Associate | 2019 | 2018 | $1,490.00*** | 5.00 | $7,450.00 |
| Fulton, Sean P. | Associate | 2016 | 2016 | $738.00** | 7.50 | $5,535.00 |
| Fulton, Sean P. | Associate | 2016 | 2016 | $1,475.00 | 161.80 | $238,655.00 |
| Fulton, Sean P. | Associate | 2016 | 2016 | $1,575.00*** | 64.50 | $101,587.50 |
| Gambino, Dominick T. | Associate | 2023 | 2022 | $960.00 | 1.30 | $1,248.00 |
| Goldman, Jessica H. | Associate | 2020 | 2019 | $1,365.00 | 180.20 | $245,973.00 |
| Goldman, Jessica H. | Associate | 2020 | 2019 | $1,450.00*** | 83.10 | $120,495.00 |
| Greene, Brett M. | Associate | 2024 | 2023 | $775.00 | 34.40 | $26,660.00 |
| Greene, Brett M. | Associate | 2024 | 2023 | $850.00*** | 20.00 | $17,000.00 |
| Grimm, Manon P. | Associate | 2018 | 2019 | $1,365.00 | 1.00 | $1,365.00 |
| Haase, Michael A. | Associate | 2021 | 2017 | $1,440.00 | 16.20 | $23,328.00 |
| Haase, Michael A. | Associate | 2021 | 2017 | $1,530.00*** | 4.90 | $7,497.00 |
| Han, Yaqi | Associate | 2020 | 2019 | $1,365.00 | 418.50 | $571,252.50 |
| Handelsman, Dylan M. | Associate | 2019 | 2018 | $1,395.00 | 66.10 | $92,209.50 |
| Handelsman, Dylan M. | Associate | 2019 | 2018 | $1,490.00*** | 20.10 | $29,949.00 |
| Hearn, Zachary W.M. | Associate | 2021 | 2020 | $1,310.00 | 29.90 | $39,169.00 |
| Hearn, Zachary W.M. | Associate | 2021 | 2020 | $1,395.00*** | 7.20 | $10,044.00 |
| Hill, Tyler W. | Associate | 2017 | 2016 | $1,475.00 | 57.00 | $84,075.00 |
| Hill, Tyler W. | Associate | 2017 | 2016 | $1,575.00*** | 62.20 | $97,965.00 |
| Hisarli, M. Devin | Associate | 2023 | 2022 | $960.00 | 1.10 | $1,056.00 |
| Hisarli, M. Devin | Associate | 2023 | 2022 | $995.00*** | 0.50 | $497.50 |
| Hodges, Christian T. | Associate | 2023 | 2022 | $960.00 | 281.80 | $270,528.00 |
| Hodges, Christian T. | Associate | 2023 | 2022 | $995.00*** | 1.60 | $1,592.00 |
| Holland, Alexander S. | Associate | 2021 | 2020 | $1,310.00 | 172.20 | $225,582.00 |
| Holland, Alexander S. | Associate | 2021 | 2020 | $1,395.00*** | 40.60 | $56,637.00 |
| Jensen, Christian P. | Associate | 2016 | 2015 | $1,475.00 | 0.20 | $295.00 |
| Kapoor, Julie G. | Associate | 2018 | 2017 | $765.00** | 3.30 | $2,524.50 |
| Kapoor, Julie G. | Associate | 2018 | 2017 | $1,440.00 | 117.70 | $169,488.00 |
| Kapoor, Julie G. | Associate | 2018 | 2017 | $1,530.00*** | 144.20 | $220,626.00 |
| Kaufman, Andrew M. | Associate | 2017 | 2016 | $1,575.00 | 0.80 | $1,260.00 |
| Keeley, Julian M. | Associate | 2023 | 2022 | $960.00 | 12.10 | $11,616.00 |
| Keeley, Julian M. | Associate | 2023 | 2022 | $995.00*** | 3.90 | $3,880.50 |
| Kerin, Meaghan Chas | Associate | 2019 | 2018 | $1,395.00 | 30.20 | $42,129.00 |
| Kerin, Meaghan Chas | Associate | 2019 | 2018 | $1,490.00*** | 2.90 | $4,321.00 |
| Kewlani, Kanishka | Associate | 2024 | 2023 | $775.00 | 240.50 | $186,387.50 |
| Kewlani, Kanishka | Associate | 2024 | 2023 | $850.00*** | 225.00 | $191,250.00 |
| Kim, HyunKyu | Associate | 2022 | 2022 | $1,310.00 | 175.90 | $230,429.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Kim, HyunKyu | Associate | 2022 | 2022 | $1,395.00*** | 60.60 | $84,537.00 |
| Kyle, J. Carrington | Associate | 2023 | 2023 | $775.00 | 33.50 | $25,962.50 |
| Lavin, Phoebe A. | Associate | 2023 | 2022 | $960.00 | 199.30 | $191,328.00 |
| Lavin, Phoebe A. | Associate | 2023 | 2022 | $995.00*** | 92.10 | $91,639.50 |
| Lee, Jinny | Associate | 2023 | 2022 | $960.00 | 40.60 | $38,976.00 |
| Lee, Jinny | Associate | 2023 | 2022 | $995.00*** | 59.30 | $59,003.50 |
| Lee, Joyce Y. | Associate | 2021 | 2020 | $1,395.00 | 2.50 | $3,487.50 |
| Lee, Patrick D. | Associate | 2023 | 2022 | $960.00 | 26.60 | $25,536.00 |
| Lee, Patrick D. | Associate | 2023 | 2022 | $995.00*** | 25.00 | $24,875.00 |
| Levin, Elizabeth D. | Associate | 2021 | 2020 | $1,310.00 | 55.40 | $72,574.00 |
| Levin, Elizabeth D. | Associate | 2021 | 2020 | $1,395.00*** | 3.80 | $5,301.00 |
| Levin, Lana V. | Associate | 2023 | 2022 | $960.00 | 9.10 | $8,736.00 |
| Levin, Lana V. | Associate | 2023 | 2022 | $995.00*** | 2.00 | $1,990.00 |
| Levine, Aaron M. | Associate | 2018 | 2017 | $1,440.00 | 204.90 | $295,056.00 |
| Levine, Aaron M. | Associate | 2018 | 2017 | $1,530.00*** | 51.50 | $78,795.00 |
| Li, Alexandra | Associate | 2023 | 2023 | $775.00 | 121.20 | $93,930.00 |
| Li, Alexandra | Associate | 2023 | 2023 | $850.00*** | 83.60 | $71,060.00 |
| Li, Samantha | Associate | 2022 | 2021 | $1,205.00 | 6.80 | $8,194.00 |
| Li, Samantha | Associate | 2022 | 2021 | $1,295.00*** | 8.40 | $10,878.00 |
| Lim, KJ | Associate | 2019 | 2018 | $1,395.00 | 87.90 | $122,620.50 |
| Lim, KJ | Associate | 2019 | 2018 | $1,490.00*** | 7.30 | $10,877.00 |
| Liu, Sienna | Associate | 2021 | 2020 | $1,310.00 | 38.90 | $50,959.00 |
| Liu, Sienna | Associate | 2021 | 2020 | $1,395.00*** | 28.30 | $39,478.50 |
| Ljustina, Jessica | Associate | 2022 | 2021 | $1,205.00 | 3.40 | $4,097.00 |
| Loh, Esther L.S. | Associate | 2023 | 2022 | $960.00 | 0.10 | $96.00 |
| Loh, Esther L.S. | Associate | 2023 | 2022 | $995.00*** | 1.70 | $1,691.50 |
| Lu, Robert C. | Associate | 2023 | 2022 | $960.00 | 12.60 | $12,096.00 |
| MacDonald, Jeffrey W. | Associate | 2018 | 2017 | $1,440.00 | 105.00 | $151,200.00 |
| MacDonald, Jeffrey W. | Associate | 2018 | 2017 | $1,530.00*** | 120.50 | $184,365.00 |
| Mandel, Robert H. | Associate | 2024 | 2023 | $775.00 | 14.90 | $11,547.50 |
| Mandel, Robert H. | Associate | 2024 | 2023 | $850.00*** | 5.40 | $4,590.00 |
| Masoudi, Yasmin | Associate | 2023 | 2022 | $960.00 | 21.90 | $21,024.00 |
| Masoudi, Yasmin | Associate | 2023 | 2022 | $995.00*** | 9.30 | $9,253.50 |
| Materni, Michele C. | Associate | 2017 | 2016 | $1,475.00 | 122.10 | $180,097.50 |
| Materni, Michele C. | Associate | 2017 | 2016 | $1,575.00*** | 33.70 | $53,077.50 |
| Mayberry, Keila M. | Associate | 2023 | 2022 | $960.00 | 256.00 | $245,760.00 |
| Mayberry, Keila M. | Associate | 2023 | 2022 | $995.00*** | 89.20 | $88,754.00 |
| Mazumdar, Aneesa | Associate | 2023 | 2022 | $960.00 | 285.10 | $273,696.00 |
| Mazumdar, Aneesa | Associate | 2023 | 2022 | $995.00*** | 123.50 | $122,882.50 |
| Mazzarelli, Samantha M. | Associate | in process | 2023 | $775.00 | 300.60 | $232,965.00 |
| Mazzarelli, Samantha M. | Associate | in process | 2023 | $850.00*** | 163.20 | $138,720.00 |
| McEvoy, Ryan C. | Associate | 2022 | 2021 | $1,205.00 | 0.20 | $241.00 |
| McLaughlin, Catherine R. | Associate | 2020 | 2020 | $1,310.00 | 43.30 | $56,723.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| McLaughlin, Catherine R. | Associate | 2020 | 2020 | $1,395.00*** | 12.90 | $17,995.50 |
| Merriam, William J. | Associate | in process | 2023 | $850.00 | 4.20 | $3,570.00 |
| Middleditch, Hattie R. | Associate | 2014 | 2017 | $1,440.00 | 59.10 | $85,104.00 |
| Middleditch, Hattie R. | Associate | 2014 | 2017 | $1,530.00*** | 10.90 | $16,677.00 |
| Miller, Nicole A. | Associate | 2023 | 2022 | $960.00 | 28.50 | $27,360.00 |
| Miller, Nicole A. | Associate | 2023 | 2022 | $995.00*** | 37.90 | $37,710.50 |
| Millet, Tatum E. | Associate | 2023 | 2022 | $960.00 | 126.40 | $121,344.00 |
| Millet, Tatum E. | Associate | 2023 | 2022 | $995.00*** | 80.70 | $80,296.50 |
| Minore, Alexander L. | Associate | 2019 | 2019 | $1,365.00 | 1.60 | $2,184.00 |
| Mishkin, Sarah H. | Associate | 2019 | 2018 | $1,395.00 | 1.50 | $2,092.50 |
| Mishkin, Sarah H. | Associate | 2019 | 2018 | $1,490.00*** | 0.40 | $596.00 |
| Necula, Gabriela | Associate | 2023 | 2023 | $775.00 | 1.10 | $852.50 |
| Ninivaggi, Jane V. | Associate | in process | 2023 | $775.00 | 168.20 | $130,355.00 |
| O'Hara, Daniel P. | Associate | 2021 | 2020 | $1,310.00 | 243.80 | $319,378.00 |
| O'Hara, Daniel P. | Associate | 2021 | 2020 | $1,395.00*** | 104.00 | $145,080.00 |
| Opris, Gabriel | Associate | 2019 | 2019 | $1,365.00 | 4.80 | $6,552.00 |
| Opris, Gabriel | Associate | 2019 | 2019 | $1,450.00*** | 0.70 | $1,015.00 |
| Pacia, Gabrielle N. | Associate | 2021 | 2020 | $1,310.00 | 10.90 | $14,279.00 |
| Pacia, Gabrielle N. | Associate | 2021 | 2020 | $1,395.00*** | 4.50 | $6,277.50 |
| Pan, Yinran | Associate | 2022 | 2021 | $1,205.00 | 30.40 | $36,632.00 |
| Paranyuk, Julia E. | Associate | 2023 | 2021 | $1,205.00 | 47.90 | $57,719.50 |
| Paranyuk, Julia E. | Associate | 2023 | 2021 | $1,295.00*** | 8.80 | $11,396.00 |
| Patton, James A. | Associate | 2022 | 2021 | $1,205.00 | 58.30 | $70,251.50 |
| Patton, James A. | Associate | 2022 | 2021 | $1,295.00*** | 27.00 | $34,965.00 |
| Plamondon, Marie-Ève | Associate | 2020 | 2022 | $1,365.00 | 2.40 | $3,276.00 |
| Plamondon, Marie-Ève | Associate | 2020 | 2022 | $1,450.00*** | 2.20 | $3,190.00 |
| Polanun, Jean | Associate | in process | 2023 | $775.00 | 39.90 | $30,922.50 |
| Polanun, Jean | Associate | in process | 2023 | $850.00*** | 8.20 | $6,970.00 |
| Profeta, Stephen J. | Associate | 2022 | 2021 | $1,205.00 | 12.10 | $14,580.50 |
| Profeta, Stephen J. | Associate | 2022 | 2021 | $1,295.00*** | 0.60 | $777.00 |
| Rosenfeld, Jared H. | Associate | 2019 | 2018 | $1,395.00 | 364.20 | $508,059.00 |
| Rosenfeld, Jared H. | Associate | 2019 | 2018 | $1,490.00*** | 116.70 | $173,883.00 |
| Rosenthal, Samantha B. | Associate | 2022 | 2020 | $1,310.00 | 60.70 | $79,517.00 |
| Rosenthal, Samantha B. | Associate | 2022 | 2020 | $1,395.00*** | 5.80 | $8,091.00 |
| Ross, Luke W. | Associate | 2023 | 2022 | $960.00 | 85.80 | $82,368.00 |
| Ross, Luke W. | Associate | 2023 | 2022 | $995.00*** | 110.70 | $110,146.50 |
| Ruan, Ting | Associate | 2023 | 2022 | $960.00 | 17.40 | $16,704.00 |
| Ruan, Ting | Associate | 2023 | 2022 | $995.00*** | 4.30 | $4,278.50 |
| Rust, Maximilian W.G. | Associate | 2023 | 2022 | $960.00 | 19.40 | $18,624.00 |
| Rust, Maximilian W.G. | Associate | 2023 | 2022 | $995.00*** | 9.60 | $9,552.00 |
| Sadat, Medina M. | Associate | 2021 | 2020 | $1,310.00 | 1.40 | $1,834.00 |
| Sadat, Medina M. | Associate | 2021 | 2020 | $1,395.00*** | 38.10 | $53,149.50 |
| Saevitzon, Jamie G. | Associate | 2024 | 2023 | $850.00 | 36.80 | $31,280.00 |
| Scales, Manon T. | Associate | 2016 | 2016 | $1,475.00 | 1.50 | $2,212.50 |
| Schutt, Robert P. | Associate | 2023 | 2022 | $960.00 | 16.50 | $15,840.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Schutt, Robert P. | Associate | 2023 | 2022 | $995.00*** | 8.70 | $8,656.50 |
| Schwartz, Maxwell E. | Associate | 2020 | 2019 | $1,365.00 | 33.70 | $46,000.50 |
| Schwartz, Maxwell E. | Associate | 2020 | 2019 | $1,450.00*** | 5.10 | $7,395.00 |
| Setren, Kira R. | Associate | in process | 2023 | $775.00 | 186.40 | $144,460.00 |
| Setren, Kira R. | Associate | in process | 2023 | $850.00*** | 30.60 | $26,010.00 |
| Sgobbo, Joy M. | Associate | in process | 2023 | $775.00 | 8.10 | $6,277.50 |
| Shehada, Emile R. | Associate | 2023 | 2022 | $480.00** | 4.90 | $2,352.00 |
| Shehada, Emile R. | Associate | 2023 | 2022 | $960.00 | 141.40 | $135,744.00 |
| Shehada, Emile R. | Associate | 2023 | 2022 | $995.00*** | 31.70 | $31,541.50 |
| Shure, Harrison B. | Associate | 2024 | 2023 | $775.00 | 232.30 | $180,032.50 |
| Shure, Harrison B. | Associate | 2024 | 2023 | $850.00*** | 91.40 | $77,690.00 |
| Simpson, James G. | Associate | 2017 | 2016 | $1,475.00 | 13.00 | $19,175.00 |
| Simpson, James G. | Associate | 2017 | 2016 | $1,575.00*** | 1.70 | $2,677.50 |
| Stern, Corey J. | Associate | 2023 | 2022 | $995.00 | 0.80 | $796.00 |
| Strand, Matthew L. | Associate | 2020 | 2020 | $1,310.00 | 66.20 | $86,722.00 |
| Strand, Matthew L. | Associate | 2020 | 2020 | $1,395.00*** | 70.70 | $98,626.50 |
| Sullivan, Charles H. | Associate | 2019 | 2018 | $1,395.00 | 129.70 | $180,931.50 |
| Sullivan, Charles H. | Associate | 2019 | 2018 | $1,490.00*** | 103.60 | $154,364.00 |
| Thompson, Andrew A. | Associate | 2021 | 2018 | $1,395.00 | 2.80 | $3,906.00 |
| Toobin, Adam J. | Associate | 2023 | 2022 | $960.00 | 40.70 | $39,072.00 |
| Toobin, Adam J. | Associate | 2023 | 2022 | $995.00*** | 116.50 | $115,917.50 |
| Van Allen, Leanne M. | Associate | 2022 | 2021 | $1,205.00 | 1.70 | $2,048.50 |
| Van Allen, Leanne M. | Associate | 2022 | 2021 | $1,295.00*** | 2.40 | $3,108.00 |
| Vickers, Michelle A. | Associate | 2015 | 2015 | $1,475.00 | 1.50 | $2,212.50 |
| Vickers, Michelle A. | Associate | 2015 | 2015 | $1,575.00*** | 0.50 | $787.50 |
| Wadhawan, Subhah | Associate | in process | 2023 | $775.00 | 151.10 | $117,102.50 |
| Wadhawan, Subhah | Associate | in process | 2023 | $850.00*** | 65.00 | $55,250.00 |
| Wang, Lisa V. | Associate | in process | 2023 | $775.00 | 103.20 | $79,980.00 |
| Wang, Lisa V. | Associate | in process | 2023 | $850.00*** | 64.20 | $54,570.00 |
| Weinberg Crocco, Fabio | Associate | 2011 | 2016 | $1,440.00 | 286.90 | $413,136.00 |
| Weinberg Crocco, Fabio | Associate | 2011 | 2016 | $1,530.00*** | 98.00 | $149,940.00 |
| Wiltse, Aaron J. | Associate | 2018 | 2017 | $1,440.00 | 128.20 | $184,608.00 |
| Wiltse, Aaron J. | Associate | 2018 | 2017 | $1,530.00*** | 17.60 | $26,928.00 |
| Wu, Mimi | Associate | 2016 | 2015 | $1,475.00 | 147.10 | $216,972.50 |
| Xu, Sam | Associate | in process | 2023 | $775.00 | 234.40 | $181,660.00 |
| Xu, Sam | Associate | in process | 2023 | $850.00*** | 49.30 | $41,905.00 |
| Yu, Meng | Associate | 2021 | 2020 | $1,310.00 | 126.90 | $166,239.00 |
| Yu, Meng | Associate | 2021 | 2020 | $1,395.00*** | 11.50 | $16,042.50 |
| Zahn, Arnold | Associate | 2023 | 2023 | $775.00 | 260.00 | $201,500.00 |
| Zahn, Arnold | Associate | 2023 | 2023 | $850.00*** | 73.40 | $62,390.00 |
| Zhang, Naiquan | Associate | 2023 | 2022 | $960.00 | 29.90 | $28,704.00 |
| Zhang, Naiquan | Associate | 2023 | 2022 | $995.00*** | 47.20 | $46,964.00 |
| Zonenshayn, Benjamin | Associate | 2023 | 2022 | $960.00 | 204.70 | $196,512.00 |
| Zonenshayn, Benjamin | Associate | 2023 | 2022 | $995.00*** | 110.20 | $109,649.00 |
| Cuesta Garayoa, Álvaro | Visiting Lawyer | 2020 | 2019 | $775.00 | 70.70 | $54,792.50 |
| Cuesta Garayoa, Álvaro | Visiting Lawyer | 2020 | 2019 | $850.00*** | 46.40 | $39,440.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| **Associate Total** | | | | | 14,661.30 | $16,333,502.50 |
| **Lawyers Total** | | | | | 20,859.20 | $29,324,059.90 |
| Dittrich, Jakob | Intern | | | $195.00 | 2.30 | $448.50 |
| Atamian, Stepan G. | Paralegal | | | $530.00 | 0.10 | $53.00 |
| Baldini, Michael X. | Paralegal | | | $0.00* | 45.50 | $0.00 |
| Bjarnason, Maxim H. | Paralegal | | | $0.00* | 0.40 | $0.00 |
| Bjarnason, Maxim H. | Paralegal | | | $425.00 | 21.20 | $9,010.00 |
| Bjarnason, Maxim H. | Paralegal | | | $450.00*** | 3.00 | $1,350.00 |
| Bowden, Karen E. | Paralegal | | | $0.00* | 1.90 | $0.00 |
| Chen, Sophia | Paralegal | | | $0.00* | 53.40 | $0.00 |
| Chen, Sophia | Paralegal | | | $595.00 | 64.90 | $38,615.50 |
| Chen, Sophia | Paralegal | | | $650.00*** | 30.00 | $19,500.00 |
| Ghatalia, Priyanka R. | Paralegal | | | $0.00* | 112.50 | $0.00 |
| Gill, Zoe K. | Paralegal | | | $450.00 | 1.00 | $450.00 |
| Kopp, Emily A. | Paralegal | | | $0.00* | 81.60 | $0.00 |
| Kopp, Emily A. | Paralegal | | | $425.00 | 1.10 | $467.50 |
| Kopp, Emily A. | Paralegal | | | $450.00*** | 2.40 | $1,080.00 |
| Ontiveros, Virginia E. | Paralegal | | | $0.00* | 70.30 | $0.00 |
| Purcell, Halloran N. | Paralegal | | | $530.00 | 2.70 | $1,431.00 |
| Purcell, Halloran N. | Paralegal | | | $565.00*** | 10.10 | $5,706.50 |
| Pytosh, Jordan A. | Paralegal | | | $0.00* | 80.00 | $0.00 |
| Rosario, Dario A. | Paralegal | | | $595.00 | 7.10 | $4,224.50 |
| Rosen, Celia S. | Paralegal | | | $0.00* | 57.90 | $0.00 |
| Rosen, Celia S. | Paralegal | | | $425.00 | 2.70 | $1,147.50 |
| Schlossberg, Harrison | Paralegal | | | $0.00* | 1.20 | $0.00 |
| Schlossberg, Harrison | Paralegal | | | $530.00 | 25.50 | $13,515.00 |
| Schlossberg, Harrison | Paralegal | | | $565.00*** | 12.70 | $7,175.50 |
| Shahnazary, Victoria G. | Paralegal | | | $0.00* | 3.00 | $0.00 |
| Shahnazary, Victoria G. | Paralegal | | | $530.00 | 7.70 | $4,081.00 |
| Shahnazary, Victoria G. | Paralegal | | | $565.00*** | 5.20 | $2,938.00 |
| Smusz, Nicholas | Paralegal | | | $0.00* | 86.00 | $0.00 |
| Vasylyk, Natalia | Paralegal | | | $0.00* | 25.10 | $0.00 |
| Vasylyk, Natalia | Paralegal | | | $530.00 | 0.50 | $265.00 |
| West, Molly E. | Paralegal | | | $530.00 | 17.70 | $9,381.00 |
| West, Molly E. | Paralegal | | | $565.00*** | 2.00 | $1,130.00 |
| Wiley, Jack T. | Paralegal | | | $0.00* | 71.30 | $0.00 |
| Wiley, Jack T. | Paralegal | | | $530.00 | 2.00 | $1,060.00 |
| Williams, Thursday K. | Paralegal | | | $425.00 | 37.60 | $15,980.00 |
| Williams, Thursday K. | Paralegal | | | $450.00*** | 26.40 | $11,880.00 |
| Abad, Bonifacio J. | Legal Analyst - Litigation | | | $595.00 | 283.80 | $168,861.00 |
| Abad, Bonifacio J. | Legal Analyst - Litigation | | | $650.00*** | 55.60 | $36,140.00 |
| Ahmed, Fareed | Legal Analyst - Litigation | | | $595.00 | 72.70 | $43,256.50 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Arebamen, Ehi G. | Legal Analyst - Litigation | | | $595.00 | 198.20 | $117,929.00 |
| Arebamen, Ehi G. | Legal Analyst - Litigation | | | $650.00*** | 18.50 | $12,025.00 |
| Dilone, Jenna | Legal Analyst - Litigation | | | $595.00 | 106.60 | $63,427.00 |
| Dilone, Jenna | Legal Analyst - Litigation | | | $650.00*** | 13.00 | $8,450.00 |
| Fukui, Terry M. | Legal Analyst - Litigation | | | $0.00* | 59.00 | $0.00 |
| Fukui, Terry M. | Legal Analyst - Litigation | | | $595.00 | 107.10 | $63,724.50 |
| Fukui, Terry M. | Legal Analyst - Litigation | | | $650.00*** | 110.00 | $71,500.00 |
| Harris-Cox, Dawn A. | Legal Analyst - Litigation | | | $595.00 | 144.00 | $85,680.00 |
| Harris-Cox, Dawn A. | Legal Analyst - Litigation | | | $650.00*** | 16.60 | $10,790.00 |
| Hazard, Joshua M. | Legal Analyst - Litigation | | | $595.00 | 169.10 | $100,614.50 |
| Hazard, Joshua M. | Legal Analyst - Litigation | | | $650.00*** | 118.80 | $77,220.00 |
| Hewitson, Sally | Legal Analyst - Litigation | | | $595.00 | 259.90 | $154,640.50 |
| Hewitson, Sally | Legal Analyst - Litigation | | | $650.00*** | 131.00 | $85,150.00 |
| Johnson, Sherry T. | Legal Analyst - Litigation | | | $595.00 | 75.20 | $44,744.00 |
| Johnson, Sherry T. | Legal Analyst - Litigation | | | $650.00*** | 9.60 | $6,240.00 |
| Koveshnikoff, Serge N. | Legal Analyst - Litigation | | | $595.00 | 262.20 | $156,009.00 |
| Koveshnikoff, Serge N. | Legal Analyst - Litigation | | | $650.00*** | 30.80 | $20,020.00 |
| Perry, Robin | Legal Analyst - Litigation | | | $595.00 | 279.90 | $166,540.50 |
| Perry, Robin | Legal Analyst - Litigation | | | $650.00*** | 72.10 | $46,865.00 |
| Providence, Robert O. | Legal Analyst - Litigation | | | $595.00 | 78.30 | $46,588.50 |
| Providence, Robert O. | Legal Analyst - Litigation | | | $650.00*** | 7.50 | $4,875.00 |
| Ragnanan, Nicolette S. | Legal Analyst - Litigation | | | $595.00 | 137.10 | $81,574.50 |
| Ragnanan, Nicolette S. | Legal Analyst - Litigation | | | $650.00*** | 46.10 | $29,965.00 |

4857-0419-8828 v.2

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Samuel, Dawn C. | Legal Analyst - Litigation | | | $595.00 | 338.20 | $201,229.00 |
| Samuel, Dawn C. | Legal Analyst - Litigation | | | $650.00*** | 29.40 | $19,110.00 |
| Zhong, Shan | Legal Analyst - Litigation | | | $0.00* | 73.40 | $0.00 |
| McMahon, Mary R. | Legal Analyst - Discovery | | | $595.00 | 36.50 | $21,717.50 |
| McMahon, Mary R. | Legal Analyst - Discovery | | | $650.00*** | 7.40 | $4,810.00 |
| Cabrera, Ismael | Electronic Discovery | | | $550.00 | 1.30 | $715.00 |
| Fanning, Carrie R. | Electronic Discovery | | | $550.00 | 11.70 | $6,435.00 |
| Gilday, Joseph F. | Electronic Discovery | | | $550.00 | 82.00 | $45,100.00 |
| Hossein, Saud M. | Electronic Discovery | | | $550.00 | 8.10 | $4,455.00 |
| Lopez, Nathaniel S. | Electronic Discovery | | | $550.00 | 12.10 | $6,655.00 |
| Masurka, Evan R. | Electronic Discovery | | | $550.00 | 5.30 | $2,915.00 |
| Mian, Ahmed A. | Electronic Discovery | | | $550.00 | 2.00 | $1,100.00 |
| Newman, Eric M. | Electronic Discovery | | | $550.00 | 32.30 | $17,765.00 |
| Walther, Wayne M. | Electronic Discovery | | | $550.00 | 17.70 | $9,735.00 |
| Wolowski, Nicholas D. | Electronic Discovery | | | $550.00 | 69.10 | $38,005.00 |
| Ybanez, Jecamiah M. | Electronic Discovery | | | $490.00 | 9.30 | $4,557.00 |
| Ybanez, Jecamiah M. | Electronic Discovery | | | $525.00*** | 1.30 | $682.50 |
| Yim, Eileen Y. L. | Electronic Discovery | | | $550.00 | 38.80 | $21,340.00 |
| **Non Legal Personnel Total** | | | | | **4,614.60** | **$2,260,045.00** |
| **GRAND TOTAL** | | | | | **25,473.80** | **$31,584,104.90** |

\* Zero rate appears wherever no fee was charged for work.
\*\* 50% rate appears where time is charged for non-working travel.
\*\*\* Reflects rate increases due to matriculation or promotion during the interim fee period.

**Blended Hourly Rate: $1,239.87**

4857-0419-8828 v.2