# Exhibit B

## Summary of Compensation by Project Category

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY[1]**
**(NOVEMBER 1, 2023 THROUGH AND INCLUDING JANUARY 31, 2024)**

| Project Name | Hours | Fee Amount |
|---|---|---|
| ASSET ANALYSIS AND RECOVERY | 1,055.90 | $1,606,197.50 |
| ASSET DISPOSITION | 3,673.90 | $5,024,068.00 |
| ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | 4.30 | $6,137.00 |
| AVOIDANCE ACTION ANALYSIS | 6,049.30 | $7,790,318.50 |
| BUSINESS OPERATIONS | 259.30 | $376,896.00 |
| CASE ADMINISTRATION | 78.30 | $160,101.00 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 812.40 | $999,117.50 |
| CORPORATE GOVERNANCE AND BOARD MATTERS | 111.40 | $177,078.00 |
| EMPLOYEE BENEFITS AND PENSIONS | 117.90 | $158,986.50 |
| EMPLOYMENT AND FEE APPLICATIONS (S&C) | 256.50 | $304,508.00 |
| EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | 81.60 | $112,380.50 |
| FINANCING AND CASH COLLATERAL | - | $0.00 |
| OTHER LITIGATION | 589.60 | $926,486.50 |
| MEETINGS AND COMMUNICATIONS WITH CREDITORS | 67.10 | $136,347.00 |
| NON-WORKING TRAVEL | 49.00 | $46,872.40 |
| PLAN AND DISCLOSURE STATEMENT | 2,067.40 | $2,839,250.00 |
| RELIEF FROM STAY AND ADEQUATE PROTECTION | 53.20 | $78,272.50 |
| TAX | 1,836.90 | $2,940,133.50 |
| VALUATION | - | $0.00 |
| DISCOVERY | 4,159.60 | $2,932,308.00 |
| HEARINGS | 63.70 | $117,675.50 |
| FIRST AND SECOND DAY MOTIONS | 28.40 | $59,679.00 |
| CLAIMS INVESTIGATION | 17.70 | $13,717.50 |
| GENERAL INVESTIGATION | 598.80 | $876,257.50 |
| SCHEDULES, SOFAS AND REPORTING | 12.20 | $22,224.00 |
| OTHER MOTIONS/APPLICATIONS | 604.60 | $871,706.50 |
| TIME ENTRY REVIEW | 822.50 | $0.00 |
| BUDGETING | 1.00 | $530.00 |
| GENERAL REGULATORY | 78.80 | $120,787.50 |
| BAHAMAS MATTERS | 649.10 | $848,390.00 |
| FOREIGN DEBTOR MATTERS | 637.80 | $1,129,500.50 |
| COORDINATION WITH FOREIGN PROCEDURES | 34.80 | $75,702.00 |
| COORDINATION IN OTHER BANKRUPTCIES | 242.30 | $274,352.50 |
| INVESTIGATIVE REPORTS | 3.00 | $4,104.50 |
| CYBER ISSUES | 355.50 | $554,019.50 |
| **TOTAL** | **25,473.80** | **$31,584,104.90** |

---

[1] The subject matter of certain time entries may be appropriate for more than one project category. In such instances, time entries generally have been included in the most appropriate category. Time entries do not appear in more than one category.

4857-0419-8828 v.2