## Exhibit C

**Expense Summary for the Application Period**

**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(NOVEMBER 1, 2023 THROUGH AND INCLUDING JANUARY 31, 2024)**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[1] if Applicable** | **Amount** |
| Repro - B&W Copies | | $1,317.60 |
| Repro - Color Copies | | $1,918.80 |
| Telephonic court appearance | | $70.00 |
| Delivery/Courier | | $1,639.49 |
| Local Transportation | | $22,310.63 |
| Travel and expenses | | $9,316.48 |
| Conference Room Dining | | $93.36 |
| Meals – Overtime | | $7,137.42 |
| Filing fees | | $12.72 |
| CT Corp/CSC | | $1,001.20 |
| Other Professionals | | $90.85 |
| | **TOTAL** | **$44,908.55** |

---

[1] S&C may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.