# Exhibit D

**Customary and Comparable Compensation Disclosures**

4857-0419-8828 v.2

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

| Category | FTX Trading Ltd.[*] November 2023 through January 2024 | | Firm[**] Total Firm Bills Allocated to Non-BK General Domestic Timekeepers from January 2023 through January 2024 | |
|---|---|---|---|---|
| | Blended Hourly Rate | % of Total Hours | Blended Hourly Rate | % of Total Hours |
| Partners and Counsels [(1)] | $2,111 | 41% | $1,962 | 31% |
| Associate [(2)] | $1,114 | 52% | $1,014 | 60% |
| Non-Lawyer [(3)] | $490 | 7% | $533 | 9% |
| **All Timekeepers Average** | **$1,240** | **100%** | **$1,264** | **100%** |

[(1)] Includes Special Counsel, Of Counsel, Senior Counsel

[(2)] Includes Senior Associate (Level 5-8), Practice Area Associates, and Junior Associate (Level 1-4)

[(3)] Includes Summer Associate, Interns, Paralegals, Legal Analyst, Research Analyst, and Electronic Discovery

[*] Includes No Charge entries on various projects. No Charge entries were included on the fee applications with a $0 rate.

[**] Includes non-BK work of BK timekeepers and all work of other domestic timekeepers, excluding litigation matters and all write-offs (bills or collections less than 60% of standard rates).

4857-0419-8828 v.2