**EXHIBIT A**
**SUMMARY OF FEES BY INIVIDUAL FOR THE APPLICATION PERIOD**
**(NOVEMBER 1, 2023 THROUGH AND INCLUDING JANUARY 31, 2024)**

| Timekeeper Name | Position | Hourly Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---:|---:|---:|
| Arnett, Chris | Managing Director | $1,050 | 166.2 | $174,510.00 |
| Arnett, Chris | Managing Director | $1,125 | 48.7 | $54,787.50 |
| Bowles, Carl | Managing Director | $1,025 | 12.7 | $13,017.50 |
| Bowles, Carl | Managing Director | $1,100 | 4.7 | $5,170.00 |
| Chambers, Henry | Managing Director | $995 | 216.6 | $215,517.00 |
| Chambers, Henry | Managing Director | $1,070 | 87.3 | $93,411.00 |
| Chan, Yvette | Managing Director | $1,150 | 7.5 | $8,625.00 |
| Chilakapati, Chandu | Managing Director | $1,100 | 7.0 | $7,700.00 |
| Coverick, Steve | Managing Director | $950 | 362.0 | $343,900.00 |
| Coverick, Steve | Managing Director | $1,075 | 241.5 | $259,612.50 |
| Cumberland, Brian | Managing Director | $1,495 | 1.5 | $2,242.50 |
| Farsaci, Alessandro | Managing Director | $1,100 | 4.9 | $5,390.00 |
| Farsaci, Alessandro | Managing Director | $1,150 | 2.4 | $2,760.00 |
| Gordon, Robert | Managing Director | $1,025 | 277.3 | $284,232.50 |
| Gordon, Robert | Managing Director | $1,150 | 118.6 | $136,390.00 |
| Grillo, Rocco | Managing Director | $1,100 | 35.5 | $39,050.00 |
| Grillo, Rocco | Managing Director | $1,150 | 20.6 | $23,690.00 |
| Grosvenor, Robert | Managing Director | $1,000 | 15.0 | $15,000.00 |
| Grosvenor, Robert | Managing Director | $1,070 | 9.6 | $10,272.00 |
| Hershan, Robert | Managing Director | $1,100 | 28.4 | $31,240.00 |
| Hertzberg, Julie | Managing Director | $1,250 | 48.7 | $60,875.00 |
| Hertzberg, Julie | Managing Director | $1,425 | 38.4 | $54,720.00 |
| Howe, Christopher | Managing Director | $1,200 | 63.4 | $76,080.00 |
| Howe, Christopher | Managing Director | $1,475 | 35.2 | $51,920.00 |
| Iwanski, Larry | Managing Director | $1,075 | 38.7 | $41,602.50 |
| Iwanski, Larry | Managing Director | $1,150 | 29.9 | $34,385.00 |
| Jacobs, Kevin | Managing Director | $1,100 | 81.9 | $90,090.00 |
| Jacobs, Kevin | Managing Director | $1,475 | 27.5 | $40,562.50 |
| Johnston, David | Managing Director | $1,025 | 315.8 | $323,695.00 |
| Johnston, David | Managing Director | $1,100 | 189.2 | $208,120.00 |
| Kotarba, Chris | Managing Director | $1,100 | 40.0 | $44,000.00 |
| Kotarba, Chris | Managing Director | $1,425 | 7.9 | $11,257.50 |
| Kotarba, Steve | Managing Director | $1,100 | 86.2 | $94,820.00 |
| Marshall, Jonathan | Managing Director | $1,075 | 2.9 | $3,117.50 |
| Marshall, Jonathan | Managing Director | $1,150 | 4.5 | $5,175.00 |
| Mosley, Ed | Managing Director | $1,250 | 351.9 | $439,875.00 |
| Mosley, Ed | Managing Director | $1,425 | 210.1 | $299,392.50 |
| Pedersen, Brian | Managing Director | $1,100 | 1.3 | $1,430.00 |

---

[1] Reflects rate increases due to annual adjustments or promotion during the interim fee period.

| Timekeeper Name | Position | Hourly Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---:|---:|---:|
| Ryan, Laureen | Managing Director | $1,075 | 137.5 | $147,812.50 |
| Ryan, Laureen | Managing Director | $1,150 | 57.8 | $66,470.00 |
| Shanahan, Michael | Managing Director | $900 | 100.4 | $90,360.00 |
| Shanahan, Michael | Managing Director | $990 | 38.3 | $37,917.00 |
| Sielinski, Jeff | Managing Director | $1,025 | 177.6 | $182,040.00 |
| Sielinski, Jeff | Managing Director | $1,100 | 153.5 | $168,850.00 |
| Simion, Tony | Managing Director | $1,250 | 33.7 | $42,125.00 |
| Stegenga, Jeffery | Managing Director | $1,375 | 10.1 | $13,887.50 |
| Stegenga, Jeffery | Managing Director | $1,525 | 7.9 | $12,047.50 |
| Ulyanenko, Andrey | Managing Director | $950 | 82.1 | $77,995.00 |
| Ulyanenko, Andrey | Managing Director | $1,425 | 40.6 | $57,855.00 |
| Wall, Guy | Managing Director | $1,025 | 31.7 | $32,492.50 |
| **Managing Director Total** | | | **4,112.7** | **$4,537,487.00** |
| Seaway, Bill | Senior Advisor | $1,100 | 47.5 | $52,250.00 |
| Seaway, Bill | Senior Advisor | $1,425 | 11.2 | $15,960.00 |
| **Senior Advisor Total** | | | **58.7** | **$68,210.00** |
| Blanks, David | Senior Director | $950 | 267.6 | $254,220.00 |
| Blanks, David | Senior Director | $1,025 | 248.0 | $254,200.00 |
| Broskay, Cole | Senior Director | $900 | 267.5 | $240,750.00 |
| Broskay, Cole | Senior Director | $975 | 109.6 | $106,860.00 |
| Callerio, Lorenzo | Senior Director | $875 | 8.2 | $7,175.00 |
| Canale, Alex | Senior Director | $900 | 196.8 | $177,120.00 |
| Canale, Alex | Senior Director | $965 | 99.1 | $95,631.50 |
| Chew, Ee Ling | Senior Director | $750 | 0.4 | $300.00 |
| Cooper, James | Senior Director | $875 | 290.9 | $254,537.50 |
| Cooper, James | Senior Director | $975 | 24.1 | $23,497.50 |
| Dusendschon, Kora | Senior Director | $900 | 28.8 | $25,920.00 |
| Dusendschon, Kora | Senior Director | $965 | 16.3 | $15,729.50 |
| Esposito, Rob | Senior Director | $875 | 331.5 | $290,062.50 |
| Esposito, Rob | Senior Director | $975 | 216.3 | $210,892.50 |
| Evans, Charles | Senior Director | $835 | 0.9 | $751.50 |
| Evans, Charles | Senior Director | $900 | 4.1 | $3,690.00 |
| Gibson, Dion | Senior Director | $900 | 7.0 | $6,300.00 |
| Johal, Jas | Senior Director | $900 | 1.2 | $1,080.00 |
| Johnson, Robert | Senior Director | $900 | 219.8 | $197,820.00 |
| Johnson, Robert | Senior Director | $965 | 61.6 | $59,444.00 |
| Konig, Louis | Senior Director | $900 | 359.9 | $323,910.00 |
| Konig, Louis | Senior Director | $965 | 151.2 | $145,908.00 |
| Kwan, Peter | Senior Director | $900 | 316.9 | $285,210.00 |
| Kwan, Peter | Senior Director | $965 | 174.5 | $168,392.50 |
| Mohammed, Azmat | Senior Director | $925 | 291.2 | $269,360.00 |
| Mohammed, Azmat | Senior Director | $975 | 180.0 | $175,500.00 |
| Negus, Matthew | Senior Director | $900 | 48.0 | $43,200.00 |
| Niemeyer, Mark | Senior Director | $925 | 11.8 | $10,915.00 |

| Timekeeper Name | Position | Hourly Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Pandey, Vishal | Senior Director | $925 | 22.4 | $20,720.00 |
| Pandey, Vishal | Senior Director | $975 | 25.3 | $24,667.50 |
| Piechota, Robert | Senior Director | $950 | 4.3 | $4,085.00 |
| Ramanathan, Kumanan | Senior Director | $950 | 371.9 | $353,305.00 |
| Ramanathan, Kumanan | Senior Director | $1,050 | 231.7 | $243,285.00 |
| Sequeira, Joseph | Senior Director | $975 | 2.0 | $1,950.00 |
| Sexton, Rachel | Senior Director | $875 | 24.3 | $21,262.50 |
| Sexton, Rachel | Senior Director | $950 | 8.5 | $8,075.00 |
| Stewart, Stephanie | Senior Director | $950 | 6.5 | $6,175.00 |
| Tarikere, Sriram | Senior Director | $925 | 62.4 | $57,720.00 |
| Tarikere, Sriram | Senior Director | $975 | 48.0 | $46,800.00 |
| Titus, Adam | Senior Director | $950 | 438.4 | $416,480.00 |
| Titus, Adam | Senior Director | $1,025 | 260.0 | $266,500.00 |
| Vieira, Francisco | Senior Director | $650 | 10.0 | $6,500.00 |
| Wilson, Sean | Senior Director | $950 | 2.4 | $2,280.00 |
| Yip, Ansel | Senior Director | $860 | 7.7 | $6,622.00 |
| Zatz, Jonathan | Senior Director | $900 | 510.7 | $459,630.00 |
| Zatz, Jonathan | Senior Director | $965 | 308.4 | $297,606.00 |
| **Senior Director Total** | | | **6,278.1** | **$5,892,040.00** |
| Arbid, Rami | Director | $750 | 37.0 | $27,750.00 |
| Baker, Kevin | Director | $750 | 298.9 | $224,175.00 |
| Baker, Kevin | Director | $800 | 193.9 | $155,120.00 |
| Balmelli, Gioele | Director | $800 | 128.7 | $102,960.00 |
| Balmelli, Gioele | Director | $850 | 134.6 | $114,410.00 |
| Casey, John | Director | $725 | 119.7 | $86,782.50 |
| Casey, John | Director | $775 | 80.0 | $62,000.00 |
| Chamma, Leandro | Director | $750 | 263.0 | $197,250.00 |
| Chamma, Leandro | Director | $800 | 69.7 | $55,760.00 |
| Dalgleish, Elizabeth | Director | $700 | 251.7 | $176,190.00 |
| Dalgleish, Elizabeth | Director | $825 | 150.2 | $123,915.00 |
| Dennison, Kim | Director | $650 | 15.6 | $10,140.00 |
| Dennison, Kim | Director | $750 | 6.4 | $4,800.00 |
| Flynn, Matthew | Director | $775 | 317.5 | $246,062.50 |
| Flynn, Matthew | Director | $850 | 223.8 | $190,230.00 |
| Glustein, Steven | Director | $800 | 444.9 | $355,920.00 |
| Glustein, Steven | Director | $825 | 279.2 | $230,340.00 |
| Gosau, Tracy | Director | $750 | 209.3 | $156,975.00 |
| Gosau, Tracy | Director | $800 | 9.5 | $7,600.00 |
| Hainline, Drew | Director | $800 | 273.3 | $218,640.00 |
| Hainline, Drew | Director | $875 | 243.3 | $212,887.50 |
| Hernandez, Dylan | Director | $900 | 4.2 | $3,780.00 |
| Kearney, Kevin | Director | $800 | 435.4 | $348,320.00 |
| Kearney, Kevin | Director | $875 | 245.5 | $214,812.50 |
| Lambert, Leslie | Director | $750 | 70.8 | $53,100.00 |

| Timekeeper Name | Position | Hourly Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Lambert, Leslie | Director | $800 | 54.7 | $43,760.00 |
| Lannan, Matthew[2] | Director | $800 | 16.2 | $12,960.00 |
| Lannan, Matthew | Director | $925 | 0.4 | $370.00 |
| Lee, Julian | Director | $750 | 136.3 | $102,225.00 |
| Lee, Julian | Director | $800 | 46.2 | $36,960.00 |
| Lewandowski, Douglas | Director | $800 | 433.6 | $346,880.00 |
| Lewandowski, Douglas | Director | $875 | 224.3 | $196,262.50 |
| Lowe, Sam | Director | $650 | 8.3 | $5,395.00 |
| Lowe, Sam | Director | $715 | 15.5 | $11,082.50 |
| McGoldrick, Hugh | Director | $750 | 4.2 | $3,150.00 |
| McGoldrick, Hugh | Director | $825 | 3.6 | $2,970.00 |
| McGrath, Patrick | Director | $750 | 208.3 | $156,225.00 |
| McGrath, Patrick | Director | $800 | 66.3 | $53,040.00 |
| Medway, David | Director | $750 | 1.8 | $1,350.00 |
| Mimms, Samuel | Director | $650 | 39.5 | $25,675.00 |
| Mimms, Samuel | Director | $715 | 28.9 | $20,663.50 |
| Pekhman, Yuliya | Director | $750 | 4.0 | $3,000.00 |
| Pekhman, Yuliya | Director | $800 | 1.1 | $880.00 |
| Ruez, William | Director | $750 | 80.4 | $60,300.00 |
| Ruez, William | Director | $800 | 15.4 | $12,320.00 |
| Sullivan, Christopher | Director | $825 | 500.0 | $412,500.00 |
| Sullivan, Christopher | Director | $900 | 263.7 | $237,330.00 |
| van den Belt, Mark | Director | $750 | 446.0 | $334,500.00 |
| van den Belt, Mark | Director | $850 | 238.4 | $202,640.00 |
| Walia, Gaurav | Director | $825 | 450.5 | $371,662.50 |
| Walia, Gaurav | Director | $900 | 282.1 | $253,890.00 |
| **Director Total** | | | **8,075.8** | **$6,487,911.00** |
| Ardizzoni, Heather | Manager | $700 | 0.4 | $280.00 |
| Ardizzoni, Heather | Manager | $725 | 2.5 | $1,812.50 |
| Blanchard, Madison | Manager | $575 | 275.0 | $158,125.00 |
| Blanchard, Madison | Manager | $635 | 128.7 | $81,724.50 |
| Cox, Allison | Manager | $575 | 174.6 | $100,395.00 |
| Cox, Allison | Manager | $635 | 19.0 | $12,065.00 |
| Grussing, Bernice | Operations Manager | $325 | 11.7 | $3,802.50 |
| Grussing, Bernice | Operations Manager | $375 | 5.2 | $1,950.00 |
| Herring, Scott | Manager | $725 | 55.8 | $40,455.00 |
| Hoffer, Emily | Manager | $650 | 200.3 | $130,195.00 |
| Hoffer, Emily | Manager | $695 | 38.3 | $26,618.50 |
| Kuruvilla, Daniel | Manager | $700 | 272.9 | $191,030.00 |
| Kuruvilla, Daniel | Manager | $725 | 216.9 | $157,252.50 |
| Lam, James | Manager | $600 | 149.9 | $89,940.00 |

---

[2] Adjustment made to retroactively reduce billable rate for Matthew Lannan from $880 to $800 in November 2023 from the previously filed Fee Statement October 2023.

| Timekeeper Name | Position | Hourly Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Lam, James | Manager | $650 | 76.7 | $49,855.00 |
| Li, Summer | Manager | $670 | 111.0 | $74,370.00 |
| Li, Summer | Manager | $725 | 19.7 | $14,282.50 |
| McManus, Dylan | Manager | $770 | 11.0 | $8,470.00 |
| Pestano, Kyle | Manager | $650 | 284.2 | $184,730.00 |
| Pestano, Kyle | Manager | $700 | 120.9 | $84,630.00 |
| Reagan, Kelsey | Manager | $700 | 230.3 | $161,210.00 |
| Reagan, Kelsey | Manager | $725 | 130.9 | $94,902.50 |
| Rybarczyk, Jodi | Manager | $700 | 84.2 | $58,940.00 |
| Salas Nunez, Luis | Manager | $772 | 627.6 | $484,507.20 |
| Sarmiento, Dubhe | Manager | $650 | 67.6 | $43,940.00 |
| Sin, Iris | Manager | $515 | 5.7 | $2,935.50 |
| Sivapalu, Anan | Manager | $625 | 244.9 | $153,062.50 |
| Sivapalu, Anan | Manager | $700 | 70.7 | $49,490.00 |
| Sloan, Austin | Manager | $650 | 47.6 | $30,940.00 |
| Sloan, Austin | Manager | $695 | 54.4 | $37,808.00 |
| Tong, Crystal | Manager | $650 | 248.1 | $161,265.00 |
| Tong, Crystal | Manager | $700 | 106.0 | $74,200.00 |
| Turton, Bobby | Manager | $700 | 235.4 | $164,780.00 |
| Work, David | Manager | $650 | 220.2 | $143,130.00 |
| Work, David | Manager | $725 | 169.5 | $122,887.50 |
| Zhang, Qi | Manager | $670 | 292.7 | $196,109.00 |
| Zhang, Qi | Manager | $725 | 173.6 | $125,860.00 |
| **Manager Total** | | | **5,184.1** | **$3,517,950.20** |
| Alvarez, Charles | Senior Associate | $600 | 27.2 | $16,320.00 |
| Braatelien, Troy | Senior Associate | $600 | 263.1 | $157,860.00 |
| Braatelien, Troy | Senior Associate | $625 | 58.7 | $36,687.50 |
| Chan, Jon | Senior Associate | $525 | 381.0 | $200,025.00 |
| Chan, Jon | Senior Associate | $580 | 198.1 | $114,898.00 |
| Chuah, Jane | Senior Associate | $495 | 1.5 | $742.50 |
| Dobbs, Aaron | Senior Associate | $525 | 224.6 | $117,915.00 |
| Dobbs, Aaron | Senior Associate | $580 | 87.7 | $50,866.00 |
| Ebrey, Mason | Senior Associate | $525 | 221.1 | $116,077.50 |
| Ebrey, Mason | Senior Associate | $580 | 99.4 | $57,652.00 |
| Faett, Jack | Senior Associate | $700 | 568.4 | $397,880.00 |
| Gibbs, Connor | Senior Associate | $650 | 183.0 | $118,950.00 |
| Heath, Peyton | Senior Associate | $775 | 420.5 | $325,887.50 |
| Helal, Aly | Senior Associate | $575 | 114.3 | $65,722.50 |
| Helal, Aly | Senior Associate | $615 | 72.1 | $44,341.50 |
| Heric, Andrew | Senior Associate | $525 | 228.9 | $120,172.50 |
| Heric, Andrew | Senior Associate | $635 | 132.4 | $84,074.00 |
| Jones, Mackenzie | Senior Associate | $600 | 255.6 | $153,360.00 |
| Jones, Mackenzie | Senior Associate | $625 | 226.3 | $141,437.50 |
| Kaufman, Ashley | Senior Associate | $650 | 7.1 | $4,615.00 |

| Timekeeper Name | Position | Hourly Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---:|---:|---:|
| Kaufman, Ashley | Senior Associate | $685 | 24.8 | $16,988.00 |
| Kolodny, Steven | Senior Associate | $600 | 164.5 | $98,700.00 |
| Kolodny, Steven | Senior Associate | $625 | 183.5 | $114,687.50 |
| Lei, Katie | Senior Associate | $775 | 7.4 | $5,735.00 |
| Maggard, Austin | Senior Associate | $600 | 175.3 | $105,180.00 |
| Montague, Katie | Senior Associate | $700 | 339.3 | $237,510.00 |
| Montague, Katie | Senior Associate | $775 | 144.1 | $111,677.50 |
| Parker, Brandon | Senior Associate | $550 | 75.1 | $41,305.00 |
| Parker, Brandon | Senior Associate | $800 | 38.5 | $30,800.00 |
| Ramirez, Kira | Senior Associate | $660 | 22.8 | $15,048.00 |
| Sagen, Daniel | Senior Associate | $725 | 404.9 | $293,552.50 |
| Sagen, Daniel | Senior Associate | $775 | 245.8 | $190,495.00 |
| Sunkara, Manasa | Senior Associate | $525 | 369.1 | $193,777.50 |
| Sunkara, Manasa | Senior Associate | $580 | 185.3 | $107,474.00 |
| Todd, Patrick | Senior Associate | $650 | 135.6 | $88,140.00 |
| Todd, Patrick | Senior Associate | $685 | 159.4 | $109,189.00 |
| Trent, Hudson | Senior Associate | $625 | 529.4 | $330,875.00 |
| Trent, Hudson | Senior Associate | $725 | 363.5 | $263,537.50 |
| Wilson, David | Senior Associate | $575 | 247.9 | $142,542.50 |
| Wilson, David | Senior Associate | $615 | 176.8 | $108,732.00 |
| Yan, Jack | Senior Associate | $450 | 92.0 | $41,400.00 |
| Yan, Jack | Senior Associate | $530 | 86.5 | $45,845.00 |
| Zabcik, Kathryn | Senior Associate | $600 | 307.5 | $184,500.00 |
| Zabcik, Kathryn | Senior Associate | $625 | 185.5 | $115,937.50 |
| **Senior Associate Total** | | | **8,435.5** | **$5,319,112.50** |
| Beretta, Matthew | Associate | $478 | 234.3 | $111,995.40 |
| Beretta, Matthew | Associate | $525 | 233.5 | $122,587.50 |
| Chen, Richard | Associate | $478 | 444.6 | $212,518.80 |
| Collis, Jack | Associate | $500 | 78.0 | $39,000.00 |
| Collis, Jack | Associate | $550 | 23.1 | $12,705.00 |
| Connolly, David | Associate | $400 | 0.7 | $280.00 |
| Francis, Luke | Associate | $600 | 432.1 | $259,260.00 |
| Francis, Luke | Associate | $650 | 245.8 | $159,770.00 |
| Gonzalez, Johnny | Associate | $600 | 505.4 | $303,240.00 |
| Gonzalez, Johnny | Associate | $700 | 357.1 | $249,970.00 |
| Hill, Liam | Associate | $450 | 38.2 | $17,190.00 |
| Hirschbuehler, Ryan | Associate | $700 | 6.9 | $4,830.00 |
| Kane, Alex | Associate | $575 | 422.6 | $242,995.00 |
| Kane, Alex | Associate | $650 | 237.2 | $154,180.00 |
| Krautheim, Sean | Associate | $525 | 136.8 | $71,820.00 |
| Krautheim, Sean | Associate | $560 | 80.5 | $45,080.00 |
| Lowdermilk, Quinn | Associate | $450 | 294.4 | $132,480.00 |
| Lowdermilk, Quinn | Associate | $580 | 171.1 | $99,238.00 |
| McLoughlin, Miles | Associate | $478 | 102.6 | $49,042.80 |

| Timekeeper Name | Position | Hourly Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| McLoughlin, Miles | Associate | $525 | 87.8 | $46,095.00 |
| Mirando, Michael | Associate | $600 | 292.8 | $175,680.00 |
| Mirando, Michael | Associate | $625 | 215.6 | $134,750.00 |
| Patel, Ishika | Associate | $525 | 113.9 | $59,797.50 |
| Patel, Ishika | Associate | $560 | 49.2 | $27,552.00 |
| Price, Breanna | Associate | $525 | 171.0 | $89,775.00 |
| Price, Breanna | Associate | $560 | 32.2 | $18,032.00 |
| Radwanski, Igor | Associate | $450 | 221.7 | $99,765.00 |
| Radwanski, Igor | Associate | $580 | 169.7 | $98,426.00 |
| Slay, David | Associate | $525 | 302.2 | $158,655.00 |
| Slay, David | Associate | $625 | 323.0 | $201,875.00 |
| Soto, Eric | Associate | $550 | 5.9 | $3,245.00 |
| Soto, Eric | Associate | $675 | 3.5 | $2,362.50 |
| Taraba, Erik | Associate | $600 | 477.8 | $286,680.00 |
| Taraba, Erik | Associate | $650 | 236.2 | $153,530.00 |
| Ward, Kyle | Associate | $556 | 466.6 | $259,429.60 |
| Welch, Hannah | Associate | $550 | 5.7 | $3,135.00 |
| Witherspoon, Samuel | Associate | $575 | 371.1 | $213,382.50 |
| Witherspoon, Samuel | Associate | $650 | 227.1 | $147,615.00 |
| **Associate Total** | | | **7,817.9** | **$4,467,964.60** |
| Bruck, Ran | Consultant | $600 | 298.2 | $178,920.00 |
| Bruck, Ran | Consultant | $625 | 138.0 | $86,250.00 |
| Burns, Zach | Consultant | $500 | 493.5 | $246,750.00 |
| **Consultant Total** | | | **929.7** | **$511,920.00** |
| Arora, Rohan | Analyst | $425 | 303.0 | $128,775.00 |
| Arora, Rohan | Analyst | $475 | 187.6 | $89,110.00 |
| Avdellas, Peter | Analyst | $425 | 368.0 | $156,400.00 |
| Avdellas, Peter | Analyst | $525 | 224.3 | $117,757.50 |
| Bolduc, Jojo | Analyst | $425 | 373.8 | $158,865.00 |
| Bolduc, Jojo | Analyst | $475 | 216.0 | $102,600.00 |
| Clayton, Lance | Analyst | $475 | 507.1 | $240,872.50 |
| Clayton, Lance | Analyst | $525 | 303.6 | $159,390.00 |
| Dewani, Vipul | Analyst | $475 | 79.5 | $37,762.50 |
| Duncan, Ryan | Analyst | $425 | 438.3 | $186,277.50 |
| Duncan, Ryan | Analyst | $475 | 250.1 | $118,797.50 |
| Ernst, Reagan | Analyst | $425 | 420.6 | $178,755.00 |
| Ernst, Reagan | Analyst | $475 | 221.9 | $105,402.50 |
| Fonteijne, Bas | Analyst | $400 | 194.6 | $77,840.00 |
| Fonteijne, Bas | Analyst | $450 | 77.9 | $35,055.00 |
| Gidoomal, Dhruv | Analyst | $500 | 305.9 | $152,950.00 |
| Goel, Yukta | Analyst | $450 | 33.8 | $15,210.00 |
| Hogge, Will | Analyst | $425 | 6.9 | $2,932.50 |
| Hubbard, Taylor | Analyst | $425 | 299.7 | $127,372.50 |
| Hubbard, Taylor | Analyst | $500 | 209.2 | $104,600.00 |

| Timekeeper Name | Position | Hourly Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---:|---:|---:|
| Jain, Rakshak | Analyst | $450 | 64.7 | $29,115.00 |
| Karnik, Noorita | Analyst | $450 | 11.7 | $5,265.00 |
| Karnik, Noorita | Analyst | $480 | 30.5 | $14,640.00 |
| Lehtis, Alexander | Analyst | $425 | 2.2 | $935.00 |
| Myers, Claire | Analyst | $425 | 345.0 | $146,625.00 |
| Myers, Claire | Analyst | $500 | 222.7 | $111,350.00 |
| Okkeh, Layan | Analyst | $450 | 10.9 | $4,905.00 |
| Paolinetti, Sergio | Analyst | $425 | 397.0 | $168,725.00 |
| Paolinetti, Sergio | Analyst | $475 | 232.9 | $110,627.50 |
| Ribman, Tucker | Analyst | $425 | 483.6 | $205,530.00 |
| Ribman, Tucker | Analyst | $475 | 310.3 | $147,392.50 |
| Selwood, Alexa | Analyst | $425 | 423.7 | $180,072.50 |
| Selwood, Alexa | Analyst | $525 | 202.8 | $106,470.00 |
| Simoneaux, Nicole | Analyst | $475 | 493.2 | $234,270.00 |
| Simoneaux, Nicole | Analyst | $525 | 322.7 | $169,417.50 |
| Singh, Vani | Analyst | $475 | 75.9 | $36,052.50 |
| Srivastava, Aastha | Analyst | $475 | 95.4 | $45,315.00 |
| Stockmeyer, Cullen | Analyst | $450 | 427.9 | $192,555.00 |
| Stockmeyer, Cullen | Analyst | $525 | 302.2 | $158,655.00 |
| Stolyar, Alan | Analyst | $500 | 504.2 | $252,100.00 |
| Tenney, Bridger | Analyst | $450 | 466.2 | $209,790.00 |
| Tenney, Bridger | Analyst | $525 | 332.7 | $174,667.50 |
| Thomas, Izabel | Analyst | $450 | 106.5 | $47,925.00 |
| Yadav, Vijay | Analyst | $450 | 141.7 | $63,765.00 |
| Yang, Sharon | Analyst | $425 | 256.8 | $109,140.00 |
| Yang, Sharon | Analyst | $500 | 85.5 | $42,750.00 |
| **Analyst Total** | | | **11,370.7** | **$5,264,780.00** |
| **TOTAL** | | | **52,263.7** | **$36,067,375.30** |
| **PRIOR PERIOD ADJUSTMENT[3]** | | | **-** | **($432.00)** |
| **POST ADJUSTMENT TOTAL** | | | **52,263.7** | **$36,066,943.30** |

**Blended Hourly Rate: $690.11**

---

[3] Adjustment made to retroactively reduce billable rate for Matthew Lannan from $880 to $800 in November 2023 from the previously filed Fee Statement October 2023.

4863-8557-1410 v.3