**Exhibit C**
**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(NOVEMBER 1, 2023 THROUGH AND INCLUDING JANUARY 31, 2024)**

| Expense Summary | |
|---|---|
| **Expense Category** | **Amount** |
| License Fees | $715,454.10 |
| Airfare | $21,167.08 |
| Lodging | $19,575.98 |
| Transportation | $11,168.11 |
| Meals | $7,482.10 |
| Miscellaneous | $2,208.29 |
| **TOTAL** | **$777,055.66** |

4863-8557-1410 v.3