## Exhibit A

## Summary of Hours and Fees by Professional[1]

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Matthew Jacques | Partner & Managing Director | $1,280/$1,410 | 19.6 | $ 26,154.00 |
| Matthew Evans | Partner & Managing Director | $1,220/$1,410 | 26.2 | 33,541.00 |
| Charles Cipione | Partner & Managing Director | $1,220/$1,320 | 54.4 | 67,268.00 |
| David J White | Partner & Managing Director | $1,140/$1,225 | 91.8 | 106,471.00 |
| David Waterfield | Partner | $1,115 | 37.5 | 41,812.50 |
| John C LaBella | Partner | $1,115/$1,220 | 379.5 | 433,835.50 |
| Lilly M Goldman | Partner | $1,115/$1,220 | 185.3 | 209,406.00 |
| Thomas Hofner | Partner | $1,200 | 312.8 | 359,286.50 |
| Anne Vanderkamp | Director/Partner | $950/$1,200 | 270.5 | 273,825.00 |
| Todd Toaso | Director/Partner | $950/$1,200 | 296.4 | 309,455.00 |
| Elizabeth S Kardos | Partner | $800/$900 | 8.5 | 6,990.00 |
| Tao Shen | Director | $1,070 | 19.1 | 20,437.00 |
| Brent Robison | Director | $950 | 90.6 | 86,070.00 |
| Mark Cervi | Director | $1,020/$1,125 | 122.8 | 127,251.00 |
| Steven Hanzi | Director | $950/$1,025 | 158.3 | 151,705.00 |
| Travis Phelan | Director | $950/$1,025 | 476.3 | 466,090.00 |
| Jiayan Xu | Director | $880/$960 | 69.7 | 61,848.00 |
| Kurt H Wessel | Director | $880/$960 | 336.1 | 306,184.00 |
| Leslie I Morrison | Director | $880/$960 | 21.6 | 20,736.00 |
| Bennett F Mackay | Senior Vice President/Director | $805/$960 | 386.8 | 332,919.00 |
| Ganesh Gopalakrishnan | Senior Vice President | $860/$910 | 401.8 | 354,168.00 |
| Alexander Patti | Senior Vice President | $880 | 346.2 | 289,140.50 |
| John L Somerville | Senior Vice President | $825 | 226.1 | 186,532.50 |
| Lewis Beischer | Senior Vice President | $805/$855 | 365.4 | 301,802.00 |
| Matthew Birtwell | Senior Vice President | $805/$855 | 473.7 | 388,928.50 |
| Ryan Griffith | Senior Vice President | $805/$855 | 205.5 | 175,702.50 |
| Takahiro Yamada | Senior Vice President | $855 | 354.9 | 292,589.50 |

*Table Continued on Next Page*

---

[1] AlixPartners' standard hourly rates are reviewed semi-annually and certain professionals' rates were adjusted as of January 1, 2024. Adjustments included reasonable, routine, across-the-board rate increases to reflect promotions and general market increases comparable to market rates of comparable firms performing similar services.

**Summary of Hours and Fees by Professional**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Di Liang | Vice President/Senior Vice President | $605/$800 | 460.8 | 310,647.00 |
| Jeffrey R Berg | Senior Vice President | $735/$800 | 88.5 | 67,966.00 |
| Kaitlyn A Sundt | Senior Vice President | $585/$650 | 24.5 | 14,774.50 |
| Laura Capen Verry | Senior Vice President | $540/$575 | 52.0 | 28,325.00 |
| Brooke Filler | Senior Vice President | $540/$575 | 7.5 | 3,883.50 |
| Ryan Backus | Vice President | $725/$770 | 387.6 | 286,432.50 |
| Chuanqi Chen | Vice President | $605/$690 | 284.0 | 172,194.00 |
| Seen Yung Wong | Vice President | $605 | 248.8 | 150,524.00 |
| Katerina Vasiliou | Vice President | $585 | 238.3 | 139,405.50 |
| Leon Schoonderwoerd | Vice President | $585 | 51.9 | 30,361.50 |
| Randi Self | Vice President | $585/$690 | 367.2 | 228,777.00 |
| Allyson Calhoun | Consultant/Vice President | $510/$640 | 396.5 | 223,028.00 |
| Eric Mostoff | Consultant/Vice President | $510/$640 | 414.6 | 231,388.00 |
| Linna Jia | Consultant/Vice President | $555/$640 | 277.6 | 163,231.00 |
| Sean Thompson | Consultant/Vice President | $510/$640 | 270.6 | 154,750.00 |
| Lisa Marie Bonito | Vice President | $500/$550 | 97.2 | 50,100.00 |
| Jennifer A Bowes | Vice President | $485 | 8.6 | 4,171.00 |
| Jennifer Braverman | Vice President | $485 | 0.8 | 388.00 |
| Zifan Chen | Consultant | $555 | 167.7 | 93,073.50 |
| Chenxi Xu | Consultant | $510 | 63.2 | 32,232.00 |
| Griffin Shapiro | Consultant | $510/$555 | 475.5 | 249,880.50 |
| Jason Chin | Consultant | $510/$555 | 405.6 | 213,372.00 |
| Olivia Braat | Consultant | $510/$555 | 270.4 | 141,783.00 |
| Shengjia Kang | Consultant | $510/$555 | 273.3 | 142,173.00 |
| Yuqing Tong | Consultant | $510 | 23.9 | 12,189.00 |
| Ryan Stutz | Consultant | $415 | 32.4 | 13,446.00 |
| Xiaoyue Su | Consultant | $415/$500 | 12.1 | 5,064.00 |
| **Total Hours and Fees for Professionals** | | | **11,138.5** | **$ 8,593,707.50** |
| Less 50% Travel Fees | | | | (97,643.50) |
| **Total Fees for Professionals** | | | | **8,496,064.00** |

**Average Billing Rate  $        762.77**