**Exhibit B**

**Summary of Hours and Fees by Matter Category**

| Code | Matter Category | Hours | Fees |
|------|-----------------|-------|------|
| 1.1 | Chapter 11 Process / Case Management | 30.5 | $    31,066.00 |
| 1.2 | Communication & Meetings with Interested Parties | 129.2 | 130,355.50 |
| 1.3 | Communication with Regulatory Parties | - | - |
| 1.4 | U.S. Trustee / Court Reporting Requirements | - | - |
| 1.5 | Forensic Analysis | 1,029.1 | 709,800.50 |
| 1.6 | Document Review | 13.5 | 12,273.50 |
| 1.7 | Interviews | - | - |
| 1.8 | Public Data & Research | 0.6 | 513.00 |
| 1.9 | Claims Process | - | - |
| 1.10 | eDiscovery | - | - |
| 1.11 | Reporting & Presentation of Findings | 21.8 | 18,123.00 |
| 1.12 | Preparation for / Attend Court Hearings | - | - |
| 1.13 | Retention Applications & Relationship Disclosures | 5.5 | 3,633.00 |
| 1.14 | Fee Statements & Fee Applications | 306.1 | 175,431.00 |
| 1.15 | Financial Statement Reconstruction | 8,097.8 | 6,435,318.00 |
| 1.16 | Special Investigations | 931.5 | 601,062.50 |
| 1.17 | Solvency Analysis | 295.9 | 280,844.50 |
| 1.31 | Travel Time | 277.0 | 97,643.50 |
| | **Total Hours and Fees by Matter Category** | **11,138.5** | **$ 8,496,064.00** |

**Average Billing Rate   $            762.77**