**Exhibit C**

**Summary of Expenses**

| Expense Category | Amount | |
|---|---|---:|
| Airfare | $ | 11,036.71 |
| Client Research | | 28,389.21 |
| Court Solutions | | - |
| Ground Transportation | | 6,998.08 |
| Internet | | 123.00 |
| Lodging | | 25,275.00 |
| Meals | | 5,858.61 |
| Other | | - |
| **Total Expenses** | **$** | **77,680.61** |