# Exhibit A

## Summary of Billing by Individual for the Application Period

15260155v1

**SUMMARY OF BILLING BY INIVIDUAL FOR THE APPLICATION PERIOD**
**(NOVEMBER 1, 2023 THROUGH AND INCLUDING JANUARY 31, 2024)**

| Timekeeper Name | Position | Total Hours Billed |
|---|---|---|
| Bruce Mendelsohn | Partner | 103.3 |
| Kevin Cofsky | Partner | 181 |
| Michael Grace | Partner | 7.5 |
| Timm Schipporeit | Partner | 48.5 |
| **Partner Total** | | **340.3** |
| Laura Klaassen | Managing Director | 6 |
| Ema Betts | Managing Director | 48.5 |
| **Managing Director Total** | | **54.5** |
| Matt Rahmani | Executive Director | 243.5 |
| Nathaniel Nussbaum | Executive Director | 75 |
| **Executive Director Total** | | **318.5** |
| Geoff Posess | Director | 203 |
| Wasif Syed | Director | 58.5 |
| **Director Total** | | **261.5** |
| Kendyl Flinn | Associate | 263 |
| Bruce Baker | Associate | 12 |
| Ryan Moon | Associate | 205 |
| Eduardo Ascioli | Associate | 44 |
| Alexander Kalashnikov | Associate | 29 |
| **Associate Total** | | **553** |
| Emil Tu | Analyst | 373 |
| Jackson Darby | Analyst | 207 |
| Rohan Mekala | Analyst | 66 |
| Alina Negulescu | Analyst | 37 |
| **Analyst Total** | | **683** |
| **GRAND TOTAL** | | **2,210.8** |

15260155v1