**Exhibit C**

**Expense Summary for the Application Period**

15260155v1

**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(NOVEMBER 1, 2023 THROUGH AND INCLUDING JANUARY 31, 2024)**

| Disbursement Summary | | |
|---|---|---|
| Expense Category | Service Provider,[1] if Applicable | Amount |
| Air / Train Travel | n/a | $0 |
| Late Night / Weekend Transportation | n/a | $1,715.33 |
| Travel to Meetings / Out of Town | n/a | $0 |
| Late Night / Weekend Meals | n/a | $1,160.00 |
| Travel Meals | n/a | $0 |
| Misc. Expenses (supplies, wifi, etc.) | n/a | $0 |
| Counsel to PWP | Porter Hedges LLP & Mayer Brown LLP | $69,880.24 |
| | TOTAL | $72,755.57 |

---

[1] Perella Weinberg Partners LP may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

15260155v1