# Exhibit A

## Charles Delo

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 12/1/23 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Call on Customer Solicitation/Balloting |
| 12/1/23 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with committee member |
| 12/1/23 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with committee member |
| 12/1/23 | Charles Delo | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/4/23 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 12/5/23 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 12/5/23 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with ExCo members |
| 12/5/23 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Follow up call on crypto estimation |
| 12/5/23 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 12/7/23 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 12/7/23 | Charles Delo | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 12/7/23 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Waterfall discussion with A&M |
| 12/7/23 | Charles Delo | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 12/7/23 | Charles Delo | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/8/23 | Charles Delo | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 12/8/23 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Meeting with debtors |
| 12/8/23 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with UCC advisors |
| 12/11/23 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 12/11/23 | Charles Delo | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/12/23 | Charles Delo | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 12/12/23 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Meeting with Galaxy & R&Co |
| 12/12/23 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Claims Reconciliation Update |
| 12/12/23 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols to Catch-up |
| 12/12/23 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with John Ray |
| 12/12/23 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with advisor |
| 12/12/23 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with counsel |
| 12/12/23 | Charles Delo | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/13/23 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with Galaxy |
| 12/13/23 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with ExCo member |
| 12/13/23 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Call with counsel |
| 12/13/23 | Charles Delo | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/14/23 | Charles Delo | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 12/14/23 | Charles Delo | 1.0 | Executive Committee meetings / calls | Meeting with ExCo member |
| 12/14/23 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Discussion with counsel |
| 12/15/23 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Discussion on claims with A&M |
| 12/15/23 | Charles Delo | 1.5 | Meetings / calls with Debtors / UCC | Call with Debtors on APA |
| 12/15/23 | Charles Delo | 0.5 | Executive Committee meetings / calls | Meeting with ExCo member |
| 12/15/23 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with John Ray |
| 12/15/23 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with A&M |
| 12/15/23 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Discussion with counsel |
| 12/15/23 | Charles Delo | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/17/23 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with Eversheds |
| 12/18/23 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 12/18/23 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Venture board meeting |
| 12/18/23 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Call on crypto estimation |
| 12/18/23 | Charles Delo | 1.5 | Analysis / diligence / presentations / related items | Analysis of APA process / timeline considerations |
| 12/19/23 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Perella and A&M |
| 12/19/23 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with Eversheds |
| 12/19/23 | Charles Delo | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/20/23 | Charles Delo | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 12/21/23 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Call with Debtors and UCC |
| 12/21/23 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with ExCo members |
| 12/22/23 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with FTI |
| 12/22/23 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with ExCo member |
| 12/22/23 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with ExCo members |
| 12/22/23 | Charles Delo | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |

## John Kang

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 12/1/23 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Call with A&M and S&C on customer solicitation |
| 12/1/23 | John Kang | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/3/23 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Call on bidder APA |
| 12/4/23 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 12/4/23 | John Kang | 4.0 | Analysis / diligence / presentations / related items | Review of Plan documents |
| 12/5/23 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 12/5/23 | John Kang | 0.5 | Executive Committee meetings / calls | Call with ExCo members |
| 12/5/23 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Follow up call on crypto estimation |
| 12/5/23 | John Kang | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 12/6/23 | John Kang | 0.5 | Case administration | General case admin |
| 12/6/23 | John Kang | 1.5 | Court hearings / filings | Review of draft first interim and second monthly fee app |
| 12/7/23 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 12/7/23 | John Kang | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 12/7/23 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Waterfall discussion with A&M |
| 12/7/23 | John Kang | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 12/7/23 | John Kang | 0.5 | Analysis / diligence / presentations / related items | Review of draft JOL settlement |
| 12/7/23 | John Kang | 0.5 | Executive Committee meetings / calls | Call with ExCo member |
| 12/7/23 | John Kang | 0.5 | Analysis / diligence / presentations / related items | Review draft JOL settlement and plan |
| 12/7/23 | John Kang | 0.5 | Court hearings / filings | Review of draft first interim and second monthly fee app |
| 12/8/23 | John Kang | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 12/8/23 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Meeting with debtors |
| 12/8/23 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Call with UCC advisors |
| 12/8/23 | John Kang | 2.0 | Court hearings / filings | Review draft disclosure statement |
| 12/9/23 | John Kang | 1.0 | Court hearings / filings | Review draft disclosure statement |
| 12/10/23 | John Kang | 2.0 | Court hearings / filings | Review draft disclosure statement and solicitation documents |
| 12/10/23 | John Kang | 0.5 | Executive Committee meetings / calls | Call with Eversheds |
| 12/11/23 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 12/11/23 | John Kang | 0.5 | Executive Committee meetings / calls | Call with Eversheds |
| 12/11/23 | John Kang | 2.0 | Analysis / diligence / presentations / related items | Review of draft APA and materials provided by debtors |
| 12/11/23 | John Kang | 0.5 | Court hearings / filings | Review of draft disclosure statement comments |
| 12/12/23 | John Kang | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 12/12/23 | John Kang | 0.5 | Court hearings / filings | Review of draft disclosure statement comments |
| 12/12/23 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Meeting with Galaxy & R&Co |
| 12/12/23 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Claims Reconciliation Update |
| 12/12/23 | John Kang | 0.5 | Court hearings / filings | Review of draft disclosure statement comments |
| 12/12/23 | John Kang | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 12/14/23 | John Kang | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 12/14/23 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Call with FTI |
| 12/14/23 | John Kang | 2.0 | Analysis / diligence / presentations / related items | Review materials from debtors |
| 12/15/23 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Call with A&M |
| 12/15/23 | John Kang | 1.0 | Analysis / diligence / presentations / related items | Review materials from debtors |
| 12/15/23 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Discussion on claims with A&M |
| 12/15/23 | John Kang | 1.5 | Meetings / calls with Debtors / UCC | Call with Debtors on APA |
| 12/16/23 | John Kang | 1.0 | Analysis / diligence / presentations / related items | Review materials from debtors |
| 12/17/23 | John Kang | 1.0 | Analysis / diligence / presentations / related items | Review draft APA |
| 12/17/23 | John Kang | 0.5 | Executive Committee meetings / calls | Call with Eversheds |
| 12/18/23 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 12/18/23 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Venture board meeting |
| 12/18/23 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Call on crypto estimation |
| 12/18/23 | John Kang | 1.5 | Analysis / diligence / presentations / related items | Analysis of APA process / timeline considerations |
| 12/19/23 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Perella and A&M |
| 12/19/23 | John Kang | 0.5 | Executive Committee meetings / calls | Call with Eversheds |
| 12/20/23 | John Kang | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 12/20/23 | John Kang | 1.0 | Analysis / diligence / presentations / related items | Review of APA |

## Sean Crotty

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 12/1/23 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Call on Customer Solicitation/Balloting |
| 12/3/23 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Call on bidder APA |
| 12/3/23 | Sean Crotty | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/4/23 | Sean Crotty | 0.5 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 12/4/23 | Sean Crotty | 3.0 | Analysis / diligence / presentations / related items | Review of Plan documents |
| 12/5/23 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 12/5/23 | Sean Crotty | 0.5 | Executive Committee meetings / calls | Call with ExCo members |
| 12/5/23 | Sean Crotty | 0.5 | Meetings / calls with Debtors / UCC | Follow up call on crypto estimation |
| 12/5/23 | Sean Crotty | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 12/5/23 | Sean Crotty | 2.5 | Court hearings / filings | Preparation of fee applications |
| 12/5/23 | Sean Crotty | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/6/23 | Sean Crotty | 2.5 | Court hearings / filings | Preparation of fee applications |
| 12/6/23 | Sean Crotty | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/7/23 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 12/7/23 | Sean Crotty | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 12/7/23 | Sean Crotty | 0.5 | Meetings / calls with Debtors / UCC | Waterfall discussion with A&M |
| 12/7/23 | Sean Crotty | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 12/7/23 | Sean Crotty | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/8/23 | Sean Crotty | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 12/8/23 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Meeting with debtors |
| 12/8/23 | Sean Crotty | 0.5 | Meetings / calls with Debtors / UCC | Call with UCC advisors |
| 12/8/23 | Sean Crotty | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/11/23 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 12/11/23 | Sean Crotty | 3.0 | Analysis / diligence / presentations / related items | Review of Plan documents |
| 12/11/23 | Sean Crotty | 1.5 | Analysis / diligence / presentations / related items | Claims due diligence |
| 12/12/23 | Sean Crotty | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 12/12/23 | Sean Crotty | 0.5 | Meetings / calls with Debtors / UCC | Meeting with Galaxy & R&Co |
| 12/12/23 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Claims Reconciliation Update |
| 12/12/23 | Sean Crotty | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols to Catch-up |
| 12/12/23 | Sean Crotty | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/13/23 | Sean Crotty | 0.5 | Meetings / calls with Debtors / UCC | Call with PWP |
| 12/13/23 | Sean Crotty | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/14/23 | Sean Crotty | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 12/14/23 | Sean Crotty | 2.5 | Analysis / diligence / presentations / related items | Review materials from Debtors |
| 12/15/23 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Discussion on claims with A&M |
| 12/15/23 | Sean Crotty | 1.5 | Meetings / calls with Debtors / UCC | Call with Debtors on APA |
| 12/15/23 | Sean Crotty | 2.5 | Analysis / diligence / presentations / related items | Review materials from Debtors |
| 12/17/23 | Sean Crotty | 0.5 | Executive Committee meetings / calls | Call with Eversheds |
| 12/17/23 | Sean Crotty | 3.0 | Analysis / diligence / presentations / related items | JOL Settlement materials |
| 12/17/23 | Sean Crotty | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/18/23 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 12/18/23 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Venture board meeting |
| 12/18/23 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Call on crypto estimation |
| 12/18/23 | Sean Crotty | 1.5 | Analysis / diligence / presentations / related items | Analysis of APA process / timeline considerations |
| 12/19/23 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Perella and A&M |
| 12/19/23 | Sean Crotty | 0.5 | Executive Committee meetings / calls | Call with Eversheds |
| 12/19/23 | Sean Crotty | 1.5 | Analysis / diligence / presentations / related items | JOL Settlement materials |
| 12/19/23 | Sean Crotty | 2.0 | Analysis / diligence / presentations / related items | Waterfall model updates |
| 12/20/23 | Sean Crotty | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 12/20/23 | Sean Crotty | 4.0 | Analysis / diligence / presentations / related items | Coin monetization analysis |
| 12/20/23 | Sean Crotty | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/21/23 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Call with Debtors and UCC |
| 12/21/23 | Sean Crotty | 1.0 | Executive Committee meetings / calls | Call with ExCo members |
| 12/21/23 | Sean Crotty | 3.0 | Analysis / diligence / presentations / related items | Liquidity facility memo |
| 12/22/23 | Sean Crotty | 0.5 | Meetings / calls with Debtors / UCC | Call with FTI |
| 12/22/23 | Sean Crotty | 0.5 | Executive Committee meetings / calls | Call with ExCo members |
| 12/22/23 | Sean Crotty | 2.5 | Analysis / diligence / presentations / related items | Liquidity facility memo |
| 12/26/23 | Sean Crotty | 3.0 | Analysis / diligence / presentations / related items | Review of estimation motion and related documents |
| 12/26/23 | Sean Crotty | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |

## Lorenzo Munoz

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 12/1/23 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Call on Customer Solicitation/Balloting |
| 12/1/23 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Reviewing APA mark-up |
| 12/1/23 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/4/23 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 12/4/23 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/5/23 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 12/5/23 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with ExCo members |
| 12/5/23 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Follow up call on crypto estimation |
| 12/5/23 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 12/5/23 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/7/23 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 12/7/23 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 12/7/23 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/7/23 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Waterfall discussion with A&M |
| 12/7/23 | Lorenzo Muñoz | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 12/7/23 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/8/23 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 12/8/23 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Meeting with debtors |
| 12/8/23 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/8/23 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | AHC ExCo meeting |
| 12/11/23 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 12/11/23 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/12/23 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 12/12/23 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Meeting with Galaxy & R&Co |
| 12/12/23 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Claims Reconciliation Update |
| 12/12/23 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols to Catch-up |
| 12/12/23 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/14/23 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 12/14/23 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/15/23 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Discussion on claims with A&M |
| 12/15/23 | Lorenzo Muñoz | 1.5 | Meetings / calls with Debtors / UCC | Call with Debtors on APA |
| 12/15/23 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/17/23 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with Eversheds |
| 12/17/23 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/18/23 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 12/18/23 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Venture board meeting |
| 12/18/23 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Call on crypto estimation |
| 12/18/23 | Lorenzo Muñoz | 1.5 | Analysis / diligence / presentations / related items | Analysis of APA process / timeline considerations |
| 12/18/23 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/19/23 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Perella and A&M |
| 12/19/23 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/19/23 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with Eversheds |
| 12/20/23 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 12/21/23 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Call with Debtors and UCC |
| 12/21/23 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |

# Julia Walters

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 12/1/23 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Call on Customer Solicitation/Balloting |
| 12/1/23 | Julia Walters | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/4/23 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 12/4/23 | Julia Walters | 1.0 | Case administration | Fee application preparation |
| 12/5/23 | Julia Walters | 0.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/5/23 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 12/5/23 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with ExCo members |
| 12/5/23 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Follow up call on crypto estimation |
| 12/5/23 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 12/5/23 | Julia Walters | 2.0 | Case administration | Fee application preparation |
| 12/5/23 | Julia Walters | 1.0 | Case administration | Fee application preparation |
| 12/5/23 | Julia Walters | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/7/23 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 12/7/23 | Julia Walters | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/7/23 | Julia Walters | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 12/7/23 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Waterfall discussion with A&M |
| 12/7/23 | Julia Walters | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 12/8/23 | Julia Walters | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 12/8/23 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Meeting with debtors |
| 12/8/23 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Call with UCC advisors |
| 12/11/23 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 12/11/23 | Julia Walters | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/11/23 | Julia Walters | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/12/23 | Julia Walters | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 12/12/23 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Meeting with Galaxy & R&Co |
| 12/12/23 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Claims Reconciliation Update |
| 12/12/23 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols to Catch-up |
| 12/12/23 | Julia Walters | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/14/23 | Julia Walters | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 12/15/23 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Discussion on claims with A&M |
| 12/15/23 | Julia Walters | 1.5 | Meetings / calls with Debtors / UCC | Call with Debtors on APA |
| 12/15/23 | Julia Walters | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/17/23 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with Eversheds |
| 12/18/23 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 12/18/23 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Venture board meeting |
| 12/18/23 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Call on crypto estimation |
| 12/18/23 | Julia Walters | 1.5 | Analysis / diligence / presentations / related items | Analysis of APA process / timeline considerations |
| 12/19/23 | Julia Walters | 2.5 | Analysis / diligence / presentations / related items | APA Analysis |
| 12/19/23 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Perella and A&M |
| 12/19/23 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with Eversheds |
| 12/19/23 | Julia Walters | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 12/20/23 | Julia Walters | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 12/21/23 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Call with Debtors and UCC |
| 12/21/23 | Julia Walters | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |