## Exhibit B

## Expense Detail

| Professional | Date | Amount ($) | Expense description |
|---|---|---|---|
| Lorenzo Munoz | 12/8/2023 | $18.94 | Travel – Taxi (office to home) |
| **Net Expenses** | | **$18.94** | |
| | | | |
| Sean Crotty | 12/13/2023 | $35.70 | Meal (dinner) |
| Sean Crotty | 12/18/2023 | $31.40 | Meal (dinner) |
| **Net Expenses** | | **$67.10** | |
| | | | |
| Julia Walters | 12/19/2023 | $35.70 | Meal (dinner) |
| **Net Expenses** | | **$35.70** | |
| | | | |
| Covington & Burling LLP | 7/31/2023 | $2,207.00 | Legal Fee |
| Debevoise & Plimpton | 7/31/2023 | $1,050.00 | Legal Fee |
| Debevoise & Plimpton | 12/31/2023 | $9,858.00 | Legal Fee |
| **Net Expenses** | | **$13,115.00** | |
| | | | |
| **Total Net Expenses** | | **$13,236.74** | |

# Invoice



**Invoice: #** 12231ADH019        **Project Name:** Orchid

**Date:** January 16, 2024        **Project Number:** 325842

Attention: Mary Cilia, CFO to the FTX Debtors

| | |
|---|---:|
| Monthly advisory fee:  December 1, 2023 to December 31, 2023 (80%) | $140,000.00 |
| Out of pocket expenses: | $13,236.74 |
| **Amount Due** | **$153,236.74** |

*The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period.  Disbursements and charges received after the closing date of this statement will be billed subsequently.*

**This invoice is due upon receipt**



Rothschild & Co US Inc      Tax ID: 13-2589894
1251 Avenue of the Americas      Phone: (212) 403-3683
New York, NY  10020      Email: NorthAmReceivables@rothschildandco.com
www.rothschildandco.com      (for questions and remittances)





**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

August 21, 2023

Homer Parkhill
ROTHSCHILD & CO. US INC.
1251 Avenue of the Americas
New York, NY  10020

Invoice #: 2450473                                    Client Matter 21689.1000

FOR PROFESSIONAL SERVICES rendered through July 31, 2023 in connection with GENERAL

| | |
|---|---:|
| Fees | $1,050.00 |
| Charges and Disbursements | $0.00 |
| **TOTAL** | **$1,050.00** |

Payment Due Upon Receipt



www.debevoise.com

21689.1000 – GENERAL	Invoice Number: 2450473

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 07/21/23 | Kaluk, Nick S. III | Call with F. London and J. Peroff re KYC and other challenges in ad hoc creditor mandates. | 0.5 |
| 07/31/23 | Kaluk, Nick S. III | Email with E. Weisgerber re buy-side situation. | 0.2 |
| | | **Total Hours** | **0.7** |

## TIMEKEEPER SUMMARY

| Title | Timekeeper | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Counsel | Kaluk, Nick S. III | | 0.7 | 1,500.00 | 1,050.00 |
| | | Counsel Total | 0.7 | | $1,050.00 |
| | | **Matter Total** | **0.7** | | **$1,050.00** |



**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

---

January 8, 2024

Melissa Morvan
ROTHSCHILD & CO US INC.
1251 Avenue of the Americas
New York, NY  10020

Invoice #: 2459894                                              Client Matter 21689.1146

---

FOR PROFESSIONAL SERVICES rendered through December 31, 2023 in connection with FTX AD HOC GROUP

| | |
|---|---:|
| Fees | $9,858.00 |
| Charges and Disbursements | $0.00 |
| **TOTAL** | **$9,858.00** |

21689.1146 – FTX AD HOC GROUP                                                                                  Invoice Number: 2459894

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 12/11/23 | Carlson, Mitchell | Review and revise first monthly / interim fee application (2.3); review and revise second monthly fee application (0.7); E-mail re same with N. Kaluk (0.4); review of interim compensation order and reimbursement order in connection with same (0.3). | 3.7 |
| 12/12/23 | Kaluk, Nick S. III | Review draft interim and monthly fee apps (0.7); email re same with M. Carlson, J. Kang and S. Crotty (0.5). | 1.2 |
| 12/12/23 | Carlson, Mitchell | Further revisions to fee applications (1.2); emails re same with N. Kaluk (0.4); review of local rules in connection with same (0.4); emails with S. Crotty [Rothschild] re same (0.3). | 2.3 |
| | | **Total Hours** | **7.2** |

21689.1146 – FTX AD HOC GROUP                                                                                           Invoice Number: 2459894

**TIMEKEEPER SUMMARY**

| Title | Timekeeper | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Counsel | Kaluk, Nick S. III | | 1.2 | 1,640.00 | 1,968.00 |
| | | Counsel Total | 1.2 | | $1,968.00 |
| Associate | Carlson, Mitchell | | 6.0 | 1,315.00 | 7,890.00 |
| | | Associate Total | 6.0 | | $7,890.00 |
| | | **Matter Total** | **7.2** | | **$9,858.00** |

# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1000

Frank London
Director and Associate/General Counsel
Rothschild & Co US Inc.
1251 Avenue of the Americas
New York, NY 10020

August 17, 2023

Invoice No.: 61051590
Account: 039551.00004

---

**Rothschild & Cie**

**Re: General**

For professional services rendered in connection with the above referenced matter through July 31, 2023:

| | | |
|---|---|---|
| **Fees:** | $ | **2,207.00** |
| **TOTAL AMOUNT DUE:** | $ | 2,207.00 |

**Rothschild & Cie**  Page 2
General
039551.00004
Invoice No.: 61051590

# Time Detail

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/13/23 | Michael Nonaka | Participated in call to discuss FTX opportunity with Stephanie Crouch and Frank London. | 0.40 |
| 07/21/23 | Michael Nonaka | Participated in call to discuss FTX opportunity with Frank London, John Carroll, and Stephanie Crouch; responded to follow-up question from Frank London. | 0.70 |
| 07/21/23 | Jane R. Faulkner | Call with Rothschild team regarding [REDACTED] | 0.70 |
| **Total** | | | **1.80** |

**Rothschild & Cie**  Page 3
General
039551.00004
Invoice No.: 61051590

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Nonaka, Michael | Partner | 1.10 | 1,475.00 | $ 1,622.50 |
| Faulkner, Jane R. | Associate | 0.70 | 835.00 | $ 584.50 |
| **Totals** | | **1.80** | | $ **2,207.00** |

**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1000

## Remittance Page

| | |
|---|---|
| **Client Name** | Rothschild & Cie |
| **Matter Name** | General |
| **Date Of Invoice** | August 17, 2023 |
| **Matter Number** | 039551.00004 |
| **Invoice Number** | 61051590 |
| **Total Amount Due** | $2,207.00 |

**Please Submit Remittance to:**

Covington & Burling
P.O Box 3225
Carol Stream. IL 60132-3225

Fed. Id. No. 53-0188411

**Wire or ACH Instructions:**

