# Exhibit A

**Summary of Fees by Individual for the Application Period**

**SUMMARY OF FEES BY INDIVIDUAL FOR THE APPLICATION PERIOD**
**(NOVEMBER 1, 2023 THROUGH AND INCLUDING JANUARY 31, 2024)**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Sam Williamson | Partner | 2001 | 2000 | $2,025.00 | 48.20 | $97,605.00 |
| K. John Shaffer | Partner | 1991 | 1989 | $2,025.00 | 60.50 | $122,512.50 |
| William A. Burck | Partner | 2001 | 1998 | $2,025.00 | 13.00 | $26,325.00 |
| Richard East | Partner | 1997 | 1995 | $2,025.00 | 1.40 | $2,835.00 |
| Sascha Rand | Partner | 1998 | 1997 | $1,678.50 | 237.50 | $398,643.75 |
| Katherine Lemire | Partner | 1998 | 1997 | $1,678.50 | 110.20 | $184,970.70 |
| Michael Barlow | Partner | 2000 | 2000 | $1,678.50 | 3.00 | $5,035.50 |
| Anthony Alden | Partner | 2004 | 2003 | $1,561.50 | 103.10 | $160,990.65 |
| Robert Zink | Partner | 2006 | 2005 | $1,521.00 | 31.50 | $47,911.50 |
| Avi Perry | Partner | 2012 | 2010 | $1,431.00 | 13.40 | $19,175.40 |
| Isaac Nesser | Partner | 2003 | 2003 | $1,521.00 | 6.20 | $9,430.20 |
| Matthew R. Scheck | Partner | 2008 | 2007 | $1,422.00 | 144.90 | $206,047.80 |
| K. McKenzie Anderson | Partner | 2008 | 2007 | $1,422.00 | 2.70 | $3,839.40 |
| Elinor C. Sutton | Partner | 2008 | 2007 | $1,422.00 | 27.20 | $38,678.40 |
| Emily Kapur | Partner | 2015 | 2015 | $1,354.50 | 154.90 | $209,812.05 |
| William Sears | Partner | 2015 | 2014 | $1,354.50 | 78.50 | $106,328.25 |
| **Partner Total** | | | | | **1,036.20** | **$1,640,141.10** |
| K. McKenzie Anderson | Counsel | 2008 | 2007 | $1,296.00 | 34.70 | $44,971.20 |
| Andrew Kutscher | Counsel | 2010 | 2009 | $1,296.00 | 185.90 | $240,926.40 |
| Heather K. Christenson | Counsel | 2014 | 2013 | $1,296.00 | 27.90 | $36,158.40 |
| Tyler Murray | Counsel | 2001 | 2000 | $1,296.00 | 82.20 | $106,531.20 |
| Jennifer Gindin | Counsel | 2014 | 2014 | $1,296.00 | 14.30 | $18,532.80 |
| Kurt Wolfe | Counsel | 2007 | 2006 | $1,296.00 | 2.00 | $2,592.00 |
| **Counsel Total** | | | | | **347.00** | **$449,712.00** |
| Alex Nelder | Associate | 2012 | 2011 | $1,413.00 | 46.30 | $65,421.90 |
| Anna Parfjonova | Associate | 2014 | 2012 | $1,413.00 | 1.40 | $1,978.20 |
| Heather K. Christenson | Associate | 2014 | 2013 | $1,251.00 | 122.60 | $153,372.60 |
| Justine Young | Associate | 2014 | 2013 | $1,251.00 | 83.20 | $104,083.20 |
| Joanna Menillo | Associate | 2015 | 2015 | $1,251.00 | 66.80 | $83,566.80 |
| Anil Makhijani | Associate | 2013 | 2012 | $1,251.00 | 57.30 | $71,682.30 |
| Jaclyn Palmerson | Associate | 2016 | 2016 | $1,246.50 | 198.60 | $247,554.90 |
| Andrew Sutton | Associate | 2017 | 2016 | $1,246.50 | 85.50 | $106,575.75 |
| Isaac Saidel-Goley | Associate | 2017 | 2017 | $1,210.50 | 224.90 | $272,241.45 |
| Dominique Le Miere | Associate | 2017 | 2016 | $1,174.50 | 33.50 | $39,345.75 |
| Abbey Foote | Associate | 2018 | 2018 | $1,174.50 | 84.30 | $99,010.35 |
| Joseph Reed | Associate | 2018 | 2018 | $1,174.50 | 14.40 | $16,912.80 |
| Amy Chyao | Associate | 2020 | 2019 | $1,152.00 | 133.50 | $153,792.00 |
| Shane Grannum | Associate | 2019 | 2018 | $1,152.00 | 18.50 | $21,312.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Miao Xu | Associate | 2016 | 2015 | $1,120.50 | 155.60 | $174,349.80 |
| Zane Muller | Associate | 2022 | 2020 | $1,075.50 | 34.00 | $36,567.00 |
| Sophie Hill | Associate | 2021 | 2020 | $1,075.50 | 538.50 | $579,156.75 |
| Kelsey Sullivan | Associate | 2021 | 2020 | $1,075.50 | 31.80 | $34,200.90 |
| Olivia Yeffet | Associate | 2020 | 2020 | $1,075.50 | 211.80 | $227,790.90 |
| Natalie Huh | Associate | 2021 | 2020 | $1,075.50 | 31.40 | $33,770.70 |
| Cameron Kelly | Associate | 2020 | 2020 | $1,075.50 | 9.00 | $9,679.50 |
| Brenna Ledvora | Associate | 2021 | 2021 | $985.50 | 160.60 | $158,271.30 |
| Jacob Denz | Associate | 2021 | 2021 | $985.50 | 177.50 | $174,926.25 |
| Mark Fuchs | Associate | 2023 | 2022 | $985.50 | 50.10 | $49,373.55 |
| Sydney Snower | Associate | 2022 | 2021 | $985.50 | 196.20 | $193,355.10 |
| Shavonne Teo | Associate | 2022 | 2021 | $985.50 | 75.20 | $74,109.60 |
| Kiersten Whitfield | Associate | 2022 | 2022 | $985.50 | 15.50 | $15,275.25 |
| Marissa Smith | Associate | 2023 | 2022 | $891.00 | 47.60 | $42,411.60 |
| Jeffrey Boxer | Associate | 2022 | 2022 | $891.00 | 192.10 | $171,161.10 |
| Michael Wittmann | Associate | 2023 | 2022 | $891.00 | 59.40 | $52,925.40 |
| Gavin Coyle | Associate | 2023 | 2022 | $891.00 | 86.00 | $76,626.00 |
| Destiny Rose Murphy | Associate | 2023 | 2022 | $891.00 | 41.70 | $37,154.70 |
| Jack Robbins | Associate | 2023 | 2022 | $891.00 | 227.20 | $202,435.20 |
| Ben Carroll | Associate | 2023 | 2022 | $891.00 | 313.00 | $278,883.00 |
| Mary Trainor | Associate | 2023 | 2022 | $891.00 | 9.20 | $8,197.20 |
| Elijah Turner | Associate | 2023 | 2022 | $891.00 | 247.90 | $220,878.90 |
| Angela Nelson | Associate | 2022 | 2022 | $891.00 | 89.10 | $79,388.10 |
| Jonathan Abrams | Associate | 2023 | 2022 | $891.00 | 133.00 | $118,503.00 |
| Arielle Gerber | Associate | 2023 | 2022 | $891.00 | 49.20 | $43,837.20 |
| Cara Mund | Associate | 2022 | 2022 | $792.00 | 63.00 | $49,896.00 |
| Cara Mund | Associate | 2022 | 2022 | $891.00 | 14.40 | $12,830.40 |
| Yanai Ben Gigi | Law Clerk | 2023 | 2022 | $544.50 | 57.70 | $31,417.65 |
| Yanai Ben Gigi | Associate | 2023 | 2022 | $891.00 | 187.10 | $166,706.10 |
| Erin Simmonds | Law Clerk | 2023 | 2023 | $544.50 | 35.30 | $19,220.85 |
| Erin Simmonds | Associate | 2023 | 2023 | $792.00 | 3.10 | $2,455.20 |
| Michael Quinan | Law Clerk | 2023 | 2023 | $544.50 | 108.50 | $59,078.25 |
| Michael Quinan | Associate | 2023 | 2023 | $792.00 | 2.00 | $1,584.00 |
| Carla Neye | Law Clerk | - | 2023 | $544.50 | 86.90 | $47,317.05 |
| Taylor Ross | Law Clerk | - | 2023 | $544.50 | 120.40 | $65,557.80 |
| Grace Heinerikson | Law Clerk | - | 2023 | $544.50 | 116.80 | $63,597.60 |
| Johnston Hill | Law Clerk | - | 2023 | $544.50 | 345.00 | $187,852.50 |
| Nash Santhanam | Law Clerk | - | 2023 | $544.50 | 99.20 | $54,014.40 |
| Rachel Harrington | Law Clerk | - | 2023 | $544.50 | 77.50 | $42,198.75 |
| Jillian Farley | Law Clerk | - | 2023 | $544.50 | 39.20 | $21,344.40 |
| Brendan Ferguson | Law Clerk | - | 2023 | $544.50 | 167.70 | $91,312.65 |
| **Associate, Law Clerk, & Attorney Total** | | | | | **5,877.20** | **$5,446,461.60** |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| **Lawyers Total** | | | | | **7,260.40** | **$7,536,314.70** |
| Connie Kim | Paralegal | - | - | $463.50 | 5.60 | $2,595.60 |
| Michael Guerrero | Paralegal | - | - | $463.50 | 10.00 | $4,635.00 |
| Maeve Anderson | Paralegal | - | - | $463.50 | 11.20 | $5,191.20 |
| Jonathan Land | Litig. Support | - | - | $328.50 | 0.40 | $131.40 |
| Konstantin Dementiev | Litig. Support | - | - | $157.50 | 10.50 | $1,653.75 |
| **Non Legal Personnel Total** | | | | | **37.70** | **$14,206.95** |
| 50% Non-Working Travel | | | | | | $0.00 |
| **GRAND TOTAL** | | | | | **7,298.10** | **$7,550,521.65** |

**Blended Hourly Rate:  $1,034.59**