**Exhibit C**

**Expense Summary for the Application Period**

**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(NOVEMBER 1, 2023 THROUGH AND INCLUDING JANUARY 31, 2024)**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[1] if Applicable** | **Amount** |
| Lexis Courtlink | Lexis | $124.89 |
| Transcripts | | $279.45 |
| Outside Record Production | | $4.50 |
| Filing Fee | | $12.50 |
| Online Research | | $7,544.00 |
| Legal Research | | $510.00 |
| Messenger | | $70.00 |
| Delivery/Courier | | $54.00 |
| Document Reproduction ($.10/page) | | $620.00 |
| Color Document Reproduction ($.40/page) | | $373.60 |
| Color Document Reproduction ($.25/page) | | $129.25 |
| Travel and Expenses | | $1,744.16 |
| Velobind | | $6.00 |
| Document Services | | $943.47 |
| Document Hyperlinking Service | | $637.50 |
| | **TOTAL** | **$13,053.32** |

---

[1] Quinn Emanuel may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.