**Exhibit D**

**Customary and Comparable Compensation Disclosures**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES (NOVEMBER 1, 2023 THROUGH AND INCLUDING JANUARY 31, 2024)**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Firm-wide November 1, 2023 through January 31, 2024[1] | Billed to Debtors November 1, 2023 through January 31, 2024 |
| Partner | $1,311.69 | $1,582.84 |
| Counsel | $1,023.66 | $1,296.00 |
| Associate | $1,004.55 | $926.71 |
| Paraprofessional | $458.71 | $376.84 |
| Aggregated | $1,082.80 | $1,034.59 |

---

[1] The amounts in this column reflect the blended rate for all timekeepers at Quinn Emanuel in the firm's U.S. offices.