# Exhibit E

**Estimated Staffing and Budget Plan**

**STAFFING PLAN FOR QUINN EMANUEL URQUHART & SULLIVAN, LLP,
SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD NOVEMBER 1, 2023 THROUGH JANUARY 31, 2024**

| PROFESSIONAL CATEGORY | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE APPLICATION PERIOD | RANGE OF RATES |
|---|---|---|
| Partners & Counsel | 23 | $1,296.00–$2,025.00 |
| Associates | 45 | $792.00–$1,413.00 |
| Paraprofessionals & Law Clerks | 15 | $157.50–$544.50 |

**ESTIMATED BUDGET FOR QUINN EMANUEL URQUHART & SULLIVAN, LLP,
SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD NOVEMBER 1, 2023 THROUGH JANUARY 31, 2024**

| PROJECT CATEGORY | EST. HOURS | EST. FEES | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| ASSET ANALYSIS AND RECOVERY | 645 | $700,000 | 398.60 | $484,888.95 |
| AVOIDANCE ACTION ANALYSIS | 276 | $300,000 | 225.20 | $289,458.90 |
| BANKRUPTCY LITIGATION | 1,473 | $1,600,000 | 1,276.50 | $1,472,570.55 |
| BOARD / CORPORATE GOVERNANCE | 46 | $50,000 | 21.90 | $37,968.75 |
| CASE ADMINISTRATION | 46 | $50,000 | 19.00 | $18,881.55 |
| EMPLOYMENT AND FEE APPLICATIONS | 276 | $300,000 | 209.80 | $262,569.15 |
| PLAN AND DISCLOSURE STATEMENT | 198 | $215,000 | 2.10 | $3,524.85 |
| INVESTIGATION | 3,223 | $3,500,000 | 3,944.30 | $3,638,646.00 |
| GRAYSCALE LITIGATION | 46 | $50,000 | 30.20 | $43,598.70 |
| BAHAMAS LITIGATION | 276 | $300,000 | 183.10 | $250,387.20 |
| FRIEDBERG LITIGATION | 1,105 | $1,200,000 | 932.70 | $981,084.15 |
| BANKMAN/FRIED LITIGATION | 184 | $200,000 | 34.60 | $39,197.70 |
| EMBED/ROCKET LITIGATION | 92 | $100,000 | 20.10 | $27,745.20 |
| NON-WORKING TRAVEL | 65 | $70,000 | 0.00 | $0.00 |
| CREDIT FOR 50% NON-WORKING TRAVEL | | -$35,000 | 0.00 | $0.00 |
| **Total** | **7,951** | **$8,600,000** | **7,298.10** | **$7,550,521.65** |