# Exhibit A

## Summary of Fees by Individual for the Application Period

**SUMMARY OF FEES BY INDIVIDUAL FOR THE APPLICATION PERIOD**
**(NOVEMBER 1, 2023 THROUGH AND INCLUDING JANUARY 31, 2024)**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Adam G. Landis | Partner | NY 1992, MA 1992, DE 1996 | May, 1991 | $1,150.00 (2023) $1,275.00 (2024) | 104.50 | $127,262.50 |
| | | | | $575.00[2] (2023) | 1.50 | $862.50 |
| Richard S. Cobb | Partner | DE 1993, PA 1994 | May, 1992 | $1,150.00 (2023) $1,275.00 (2024) | 5.70 | $6,980.00 |
| Matthew B. McGuire | Partner | PA 2001, DE 2003 | May, 2000 | $900.00 (2023) $1,025.00 (2024) | 110.30 | $104,057.50 |
| Kimberly A. Brown | Partner | DE 2008 | May, 2008 | $820.00 (2023) $925.00 (2024) | 399.80 | $345,245.00 |
| Matthew R. Pierce[3] | Partner | DE 2013 | May, 2013 | $750.00 (2024) | 117.2 | $87,900.00 |
| **Partner Total** | | | | | **739.00** | **$672,307.50** |
| Matthew R. Pierce | Associate | DE 2013 | May, 2013 | $625.00 (2023) | 137 | $85,625.00 |
| Jennifer L. Cree | Associate | DE 2013, PA 2014 | May, 2013 | $625.00 (2023) | 0.8 | $500.00 |
| Nicolas E. Jenner | Associate | DE 2018 | May, 2018 | $525.00 (2023) $600.00 (2024) | 378.60 | $212,175.00 |
| Howard W. Robertson | Associate | PA 2020, DE 2021 | January, 2020 | $475.00 (2023) $535.00 (2024) | 217.50 | $107,050.50 |

---

[1] As detailed in the *Notice of Change in Hourly Rates of Landis Rath & Cobb LLP* [D.I. 4789] filed on December 15, 2023, effective January 1, 2024, LRC implemented annual step increases in its hourly rates consistent with the LRC Retention Order and LRC's ordinary course practice due to advancing seniority and promotion.

[2] Non-working travel billed at 50% of hourly rate.

[3] In the ordinary course of business, timekeeper Matthew R. Pierce was promoted to partner as of January 1, 2024.

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| George A. Williams | Associate | DE 2022 | May, 2021 | $395.00 (2023) $450.00 (2024) | 272.50 | $114,276.00 |
| **Associate Total** | | | | | **1,006.40** | **$519,626.50** |
| **Lawyers Total** | | | | | **1,745.40** | **$1,191,934.00** |
| Melissa Ramirez | Paralegal | N/A | N/A | $310.00 (2023) $350.00 (2024) | 139.40 | $45,662.00 |
| Joshua Huynh | Paralegal | N/A | N/A | $275.00 (2023) $310.00 (2024) | 85.70 | $24,617.50 |
| Mark Hitchens | Paralegal | N/A | N/A | $310.00 (2023) $350.00 (2024) | 72.40 | $23,388.00 |
| Allison Strauss | Legal Assistant | N/A | N/A | $200.00 (2023) $220.00 (2024) | 3.70 | $786.00 |
| **Non-Legal Personnel Total** | | | | | 301.20 | $94,453.50 |
| **GRAND TOTAL** | | | | | 2,046.60 | $1,286,387.50 |

**Blended Hourly Rate:  $628.55**