# Exhibit C

**Expense Summary for the Application Period**

**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(NOVEMBER 1, 2023 THROUGH AND INCLUDING JANUARY 31, 2024)[1]**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[2] if Applicable** | **Amount** |
| Inhouse Copying | N/A | $1,440.80 |
| Outside Printing | Parcels, Inc.; DLS Discovery | $6,899.20 |
| Online Research | Relx Inc. DBA LexisNexis | $2,202.68 |
| Delivery Services/Messengers | Parcels, Inc. | $374.00 |
| Out-of-Town Travel | UBER | $490.99 |
| Meals | Various | $2,141.77 |
| Inhouse Color Copies | N/A | $3,501.60 |
| Document Retrieval | PACER | $259.90 |
| Filing Fees | N/A | $2,574.00 |
| Hearing Transcripts | Reliable; Veritext | $3,611.06 |
| Service Fees | Parcels, Inc.; DLS Discovery | $142.46 |
| | **TOTAL** | **$23,638.46** |

---

[1] Certain service providers may invoice in arrears. Therefore, this Application may include expenses incurred in a prior Application Period.

[2] LRC may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

{1368.002-W0074935.}