# Exhibit D

**Customary and Comparable Compensation Disclosures**

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES
### (November 1, 2023– December 31, 2023)

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Firm-wide for Fiscal Year (FY2023) | Billed November 1, 2023 through December 31, 2023 |
| Partner | $913.71 | $892.62 |
| Associate | $551.17 | $527.81 |
| Paralegal | $299.71 | $299.48 |
| Aggregated | $644.94 | $616.60 |

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES
### (January 1, 2024 – January 31, 2024)

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Firm-wide for Fiscal Year (FY2024) | Billed January 1, 2024 through January 31, 2024 |
| Partner | $935.97 | $935.97 |
| Associate | $532.28 | $532.28 |
| Paralegal | $336.41 | $336.41 |
| Aggregated | $709.93 | $709.93 |