**Exhibit E**

**Estimated Staffing and Budget Plan**

**STAFFING PLAN FOR LANDIS RATH & COBB LLP, BANKRUPTCY CO-COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD NOVEMBER 1, 2023 THROUGH JANUARY 31, 2024**

| POSITION | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE APPLICATION PERIOD | RANGE OF RATES |
|---|---|---|
| Partners | Five (5) | $820.00-$1,150.00 (2023) <br> $750.00-$1,275.00 (2024) |
| Associates | Four (4) | $395.00-$625.00 (2023) <br> $450.00-$600.00 (2024) |
| Paralegals | Three (3) | $275.00-$310.00 (2023) <br> $310.00-$350.00 (2024) |
| Legal Assistants | Two (2) | $200.00 (2023) <br> $220.00 (2024) |

**ESTIMATED BUDGET FOR LANDIS RATH & COBB LLP, BANKRUPTCY CO-COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD NOVEMBER 1, 2023 THROUGH JANUARY 31, 2024**

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES[1] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| B110 - Asset Analysis and Recovery | 15.00 | $10,125.00 | 14.80 | $9,004.00 |
| B112 - Asset Disposition | 125.00 | $84,375.00 | 123.90 | $83,522.00 |
| B114 - Assumption/Rejection of Leases and Contracts | 5.00 | $3,375.00 | 0.00 | $0.00 |
| B116 - Avoidance Action Analysis | 10.00 | $6,750.00 | 0.00 | $0.00 |
| B118 - Board of Directors Matters | 5.00 | $3,375.00 | 0.00 | $0.00 |
| B119 - Budgeting | 0.00 | $0.00 | 0.00 | $0.00 |
| B120 - Business Operations | 75.00 | $50,625.00 | 70.90 | $47,789.00 |
| B122 - Case Administration | 75.00 | $50,625.00 | 82.90 | $42,224.50 |
| B124 - Claims Administration & Objections | 275.00 | $185,625.00 | 275.30 | $166,714.00 |
| B126 - Employee Benefits/Pensions | 5.00 | $3,375.00 | 0.00 | $0.00 |
| B128 - Fee/Employment Objections | 0.00 | $0.00 | 0.00 | $0.00 |
| B130 - Financing/Cash Collateral | 5.00 | $3,375.00 | 1.80 | $1,374.00 |
| B134 - Hearings | 250.00 | $168,750.00 | 254.80 | $159,047.50 |
| B135 - Litigation | 450.00 | $303,750.00 | 437.50 | $273,548.00 |
| B138 - Committee Meetings/Communications | 5.00 | $3,375.00 | 0.00 | $0.00 |
| B140 - Creditor Inquiries | 10.00 | $6,750.00 | 3.60 | $2,329.00 |
| B141 - Lien Investigation | 0.00 | $0.00 | 0.00 | $0.00 |
| B142 - Non-Working Travel | 5.00 | $3,375.00 | 1.50 | $862.50 |
| B146 - Plan and Disclosure Statement (including Business Plan) | 300.00 | $202,500.00 | 302.30 | $214,431.00 |
| B148 - Real Estate | 0.00 | $0.00 | 0.00 | $0.00 |
| B149 - Valuation | 0.00 | $0.00 | 0.00 | $0.00 |

---

[1] Estimated fees based on an average hourly rate of $675.

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES[1] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| B150 - Relief from Stay/Adequate Protection Proceeding | 5.00 | $3,375.00 | 0.90 | $644.50 |
| B151 - Schedules/Operating Reports | 125.00 | $84,375.00 | 125.80 | $65,625.50 |
| B152 - Tax Issues | 50.00 | $33,750.00 | 44.40 | $32,244.50 |
| B154 - LRC Retention Applications & Disclosures | 10.00 | $6,750.00 | 10.90 | $5,771.00 |
| B155 - Non-LRC Retention Applications & Disclosures | 50.00 | $33,750.00 | 51.50 | $32,118.00 |
| B156 - LRC Fee Applications | 100.00 | $67,500.00 | 107.10 | $68,495.50 |
| B157 - Non-LRC Fee Applications | 100.00 | $67,500.00 | 111.20 | $56,527.00 |
| B160 - Examiner | 25.00 | $16,875.00 | 25.50 | $24,116.00 |
| **TOTAL** | **2,080.00** | **$1,404,000.00** | **2,046.60** | **$1,286,387.50** |

{1368.002-W0074935.}