**Exhibit A**

## Charles Delo

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 1/2/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 1/2/24 | Charles Delo | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/2/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Weekly call with Perella and A&M |
| 1/2/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 1/4/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 1/4/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | FTX Venture Board meeting |
| 1/4/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call to discuss SOL |
| 1/4/24 | Charles Delo | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/8/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 1/8/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with ExCo members |
| 1/8/24 | Charles Delo | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/9/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 1/9/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with ExCo members |
| 1/9/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 1/9/24 | Charles Delo | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/9/24 | Charles Delo | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/10/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with ExCo members |
| 1/11/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 1/11/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | FTX Venture Board meeting |
| 1/11/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with ExCo members |
| 1/11/24 | Charles Delo | 3.0 | Analysis / diligence / presentations / related items | Review plan recovery analysis |
| 1/11/24 | Charles Delo | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/12/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with ExCo members |
| 1/16/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 1/16/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 1/16/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Call on claims |
| 1/16/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with Eversheds and Morris Nichols |
| 1/17/24 | Charles Delo | 0.5 | Internal calls / meetings | Internal R&Co meeting |
| 1/17/24 | Charles Delo | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/18/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 1/18/24 | Charles Delo | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/22/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 1/22/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call on the liquidity facility |
| 1/23/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call on the liquidity facility |
| 1/23/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 1/23/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 1/23/24 | Charles Delo | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/24/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call on the liquidity facility |
| 1/24/24 | Charles Delo | 0.5 | Internal calls / meetings | Internal R&Co meeting |
| 1/24/24 | Charles Delo | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/25/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 1/25/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | FTX Venture Board meeting |
| 1/25/24 | Charles Delo | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 1/25/24 | Charles Delo | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 1/25/24 | Charles Delo | 2.0 | Analysis / diligence / presentations / related items | Review plan recovery analysis |
| 1/26/24 | Charles Delo | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 1/26/24 | Charles Delo | 1.0 | Analysis / diligence / presentations / related items | Review plan recovery analysis |
| 1/29/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 1/29/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with Jefferies |
| 1/29/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Plan discussion with A&M |
| 1/29/24 | Charles Delo | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 1/29/24 | Charles Delo | 2.0 | Analysis / diligence / presentations / related items | Review plan recovery analysis |
| 1/29/24 | Charles Delo | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/30/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Call on claims |
| 1/30/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 1/30/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with A&M |
| 1/30/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 1/30/24 | Charles Delo | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/31/24 | Charles Delo | 4.5 | Court hearings / filings | Omnibus hearing |

## Andrew Morley

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 1/8/24 | Andrew Morley | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/8/24 | Andrew Morley | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/9/24 | Andrew Morley | 4.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/11/24 | Andrew Morley | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 1/11/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | FTX Venture Board meeting |
| 1/11/24 | Andrew Morley | 0.5 | Executive Committee meetings / calls | Call with ExCo members |
| 1/11/24 | Andrew Morley | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/12/24 | Andrew Morley | 0.5 | Executive Committee meetings / calls | Call with ExCo members |
| 1/16/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 1/16/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 1/16/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Call on claims |
| 1/16/24 | Andrew Morley | 0.5 | Meetings / calls with Debtors / UCC | Call with Eversheds and Morris Nichols |
| 1/16/24 | Andrew Morley | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/17/24 | Andrew Morley | 0.5 | Internal calls / meetings | Internal R&Co meeting |
| 1/18/24 | Andrew Morley | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 1/22/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 1/22/24 | Andrew Morley | 0.5 | Meetings / calls with Debtors / UCC | Call on the liquidity facility |
| 1/22/24 | Andrew Morley | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/23/24 | Andrew Morley | 0.5 | Executive Committee meetings / calls | Call on the liquidity facility |
| 1/23/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 1/23/24 | Andrew Morley | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 1/23/24 | Andrew Morley | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/24/24 | Andrew Morley | 0.5 | Executive Committee meetings / calls | Call on the liquidity facility |
| 1/24/24 | Andrew Morley | 0.5 | Internal calls / meetings | Internal R&Co meeting |
| 1/24/24 | Andrew Morley | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/25/24 | Andrew Morley | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 1/25/24 | Andrew Morley | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/25/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | FTX Venture Board meeting |
| 1/25/24 | Andrew Morley | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 1/25/24 | Andrew Morley | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 1/25/24 | Andrew Morley | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/26/24 | Andrew Morley | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 1/26/24 | Andrew Morley | 2.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/29/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 1/29/24 | Andrew Morley | 0.5 | Meetings / calls with Debtors / UCC | Call with Jefferies |
| 1/29/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Plan discussion with A&M |
| 1/29/24 | Andrew Morley | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 1/29/24 | Andrew Morley | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/30/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Call on claims |
| 1/30/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 1/30/24 | Andrew Morley | 0.5 | Meetings / calls with Debtors / UCC | Call with A&M |
| 1/30/24 | Andrew Morley | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 1/30/24 | Andrew Morley | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/31/24 | Andrew Morley | 4.5 | Court hearings / filings | Omnibus hearing |

## John Kang

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 1/1/24 | John Kang | 0.5 | Analysis / diligence / presentations / related items | Review of plans and disclosure statements for other crypto cases |
| 1/2/24 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 1/2/24 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Weekly call with Perella and A&M |
| 1/2/24 | John Kang | 0.5 | Case administration | General case admin |
| 1/2/24 | John Kang | 0.5 | Executive Committee meetings / calls | Call with Eversheds and MNAT |
| 1/3/24 | John Kang | 1.0 | Executive Committee meetings / calls | Call with ExCo members |
| 1/3/24 | John Kang | 1.5 | Analysis / diligence / presentations / related items | Update of liquidity facility memo |
| 1/3/24 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Call with FTI |
| 1/3/24 | John Kang | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 1/4/24 | John Kang | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 1/4/24 | John Kang | 0.5 | Executive Committee meetings / calls | Call with Willkie |
| 1/4/24 | John Kang | 0.5 | Executive Committee meetings / calls | Call with Eversheds |
| 1/4/24 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Venture board meeting |
| 1/4/24 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Call with Galaxy, UCC, AHC |
| 1/4/24 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Call with A&M |
| 1/4/24 | John Kang | 0.5 | Analysis / diligence / presentations / related items | Review of materials from A&M |
| 1/4/24 | John Kang | 1.5 | Analysis / diligence / presentations / related items | Update of liquidity facility memo |
| 1/5/24 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Call with A&M |
| 1/5/24 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Call with FTI |
| 1/5/24 | John Kang | 1.0 | Analysis / diligence / presentations / related items | Update of liquidity facility memo |
| 1/5/24 | John Kang | 0.5 | Analysis / diligence / presentations / related items | Review of internal memo |
| 1/8/24 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 1/8/24 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Call with Perella |
| 1/8/24 | John Kang | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 1/8/24 | John Kang | 1.0 | Executive Committee meetings / calls | Call with AHC professionals |
| 1/9/24 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Perella and A&M |
| 1/9/24 | John Kang | 0.5 | Executive Committee meetings / calls | Internal Call |
| 1/9/24 | John Kang | 1.0 | Executive Committee meetings / calls | Call with AHC professionals |
| 1/9/24 | John Kang | 1.0 | Analysis / diligence / presentations / related items | Review of memo |
| 1/10/24 | John Kang | 1.0 | Executive Committee meetings / calls | Call with AHC members / professionals |
| 1/12/24 | John Kang | 1.0 | Executive Committee meetings / calls | Call with ExCo members |
| 1/12/24 | John Kang | 1.0 | Case administration | General case admin |
| 1/16/24 | John Kang | 0.5 | Case administration | General case admin |
| 1/16/24 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 1/16/24 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Weekly call with Perella and A&M |
| 1/16/24 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Call with A&M |
| 1/16/24 | John Kang | 1.0 | Internal calls / meetings | Call with team members |
| 1/16/24 | John Kang | 0.5 | Executive Committee meetings / calls | Call with Eversheds and MNAT |
| 1/17/24 | John Kang | 1.0 | Internal calls / meetings | Internal team call |
| 1/17/24 | John Kang | 0.5 | Analysis / diligence / presentations / related items | Liquidity facility memo |
| 1/18/24 | John Kang | 1.0 | Executive Committee meetings / calls | Call with ExCo members |
| 1/18/24 | John Kang | 0.5 | Analysis / diligence / presentations / related items | Liquidity facility memo |
| 1/22/24 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 1/22/24 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Call with Debtors and advisors |
| 1/22/24 | John Kang | 0.5 | Analysis / diligence / presentations / related items | Summary of key workstreams review |
| 1/23/24 | John Kang | 0.5 | Analysis / diligence / presentations / related items | Summary of key workstreams review |
| 1/23/24 | John Kang | 1.0 | Executive Committee meetings / calls | Call with ExCo members |
| 1/23/24 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Weekly call with Perella and A&M |
| 1/23/24 | John Kang | 0.5 | Analysis / diligence / presentations / related items | Liquidity facility memo |
| 1/23/24 | John Kang | 0.5 | Analysis / diligence / presentations / related items | Liquidity facility term sheet |
| 1/23/24 | John Kang | 1.0 | Executive Committee meetings / calls | Call with AHC advisors |
| 1/24/24 | John Kang | 0.5 | Executive Committee meetings / calls | Call with ExCo members |
| 1/24/24 | John Kang | 0.5 | Internal calls / meetings | Internal team call |
| 1/24/24 | John Kang | 2.0 | Analysis / diligence / presentations / related items | Review of recovery materials |

## John Kang

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 1/25/24 | John Kang | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 1/25/24 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Venture board meeting |
| 1/25/24 | John Kang | 3.0 | Analysis / diligence / presentations / related items | Review of recovery materials |
| 1/25/24 | John Kang | 1.0 | Meetings / calls with non-Executive Committee creditors | Calls with creditors |
| 1/26/24 | John Kang | 0.5 | Meetings / calls with non-Executive Committee creditors | Calls with creditors |
| 1/28/24 | John Kang | 0.5 | Analysis / diligence / presentations / related items | Review of materials from Eversheds |
| 1/29/24 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 1/29/24 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Call with Jefferies |
| 1/29/24 | John Kang | 2.0 | Meetings / calls with Debtors / UCC | Call with Debtors' professionals |
| 1/30/24 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Call with A&M and UCC on claims update |
| 1/30/24 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Weekly call with Perella and A&M |
| 1/30/24 | John Kang | 0.5 | Internal calls / meetings | Internal team call |
| 1/30/24 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Call with Galaxy and A&M |
| 1/30/24 | John Kang | 0.5 | Executive Committee meetings / calls | Weekly call with Eversheds and Morris Nichols |
| 1/31/24 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Call with Paul Hastings, Eversheds and Morris Nichols |
| 1/31/24 | John Kang | 4.5 | Court hearings / filings | Omnibus hearing |

## Sean Crotty

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 1/1/24 | Sean Crotty | 2.5 | Analysis / diligence / presentations / related items | Review of plans and DS for other crypto cases |
| 1/2/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 1/2/24 | Sean Crotty | 0.5 | Meetings / calls with Debtors / UCC | Weekly call with Perella and A&M |
| 1/2/24 | Sean Crotty | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 1/4/24 | Sean Crotty | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 1/4/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | FTX Venture Board meeting |
| 1/4/24 | Sean Crotty | 0.5 | Meetings / calls with Debtors / UCC | Call to discuss SOL |
| 1/4/24 | Sean Crotty | 2.0 | Analysis / diligence / presentations / related items | Liquidity facility memo |
| 1/4/24 | Sean Crotty | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/5/24 | Sean Crotty | 1.0 | Analysis / diligence / presentations / related items | Liquidity facility analysis |
| 1/8/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 1/8/24 | Sean Crotty | 0.5 | Executive Committee meetings / calls | Call with ExCo members |
| 1/9/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 1/9/24 | Sean Crotty | 0.5 | Executive Committee meetings / calls | Call with ExCo members |
| 1/9/24 | Sean Crotty | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 1/9/24 | Sean Crotty | 1.0 | Court hearings / filings | Preparation of fee applications |
| 1/9/24 | Sean Crotty | 2.5 | Analysis / diligence / presentations / related items | FTX Europe due diligence |
| 1/9/24 | Sean Crotty | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/10/24 | Sean Crotty | 0.5 | Executive Committee meetings / calls | Call with ExCo members |
| 1/11/24 | Sean Crotty | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 1/11/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | FTX Venture Board meeting |
| 1/11/24 | Sean Crotty | 0.5 | Executive Committee meetings / calls | Call with ExCo members |
| 1/12/24 | Sean Crotty | 0.5 | Executive Committee meetings / calls | Call with ExCo members |
| 1/16/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 1/16/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 1/16/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Call on claims |
| 1/16/24 | Sean Crotty | 0.5 | Meetings / calls with Debtors / UCC | Call with Eversheds and Morris Nichols |
| 1/16/24 | Sean Crotty | 1.0 | Analysis / diligence / presentations / related items | Claims due diligence |
| 1/16/24 | Sean Crotty | 2.0 | Internal calls / meetings | Internal catch up on case |
| 1/16/24 | Sean Crotty | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/17/24 | Sean Crotty | 0.5 | Internal calls / meetings | Internal R&Co meeting |
| 1/17/24 | Sean Crotty | 2.0 | Analysis / diligence / presentations / related items | Liquidity facility memo updates |
| 1/17/24 | Sean Crotty | 1.5 | Analysis / diligence / presentations / related items | Liquidity facility sizing analysis |
| 1/18/24 | Sean Crotty | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 1/18/24 | Sean Crotty | 2.0 | Analysis / diligence / presentations / related items | Liquidity facility memo updates |
| 1/18/24 | Sean Crotty | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/22/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 1/22/24 | Sean Crotty | 0.5 | Meetings / calls with Debtors / UCC | Call on the liquidity facility |
| 1/23/24 | Sean Crotty | 0.5 | Executive Committee meetings / calls | Call on the liquidity facility |
| 1/23/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 1/23/24 | Sean Crotty | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 1/23/24 | Sean Crotty | 1.5 | Analysis / diligence / presentations / related items | Workstream summaries |
| 1/23/24 | Sean Crotty | 1.5 | Analysis / diligence / presentations / related items | Liquidity facility term sheet review |
| 1/23/24 | Sean Crotty | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/24/24 | Sean Crotty | 0.5 | Executive Committee meetings / calls | Call on the liquidity facility |
| 1/24/24 | Sean Crotty | 0.5 | Internal calls / meetings | Internal R&Co meeting |
| 1/24/24 | Sean Crotty | 4.0 | Analysis / diligence / presentations / related items | Plan recovery analysis review |
| 1/24/24 | Sean Crotty | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/25/24 | Sean Crotty | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 1/25/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | FTX Venture Board meeting |
| 1/25/24 | Sean Crotty | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 1/25/24 | Sean Crotty | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 1/25/24 | Sean Crotty | 4.0 | Analysis / diligence / presentations / related items | Plan recovery analysis review |
| 1/25/24 | Sean Crotty | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/26/24 | Sean Crotty | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 1/28/24 | Sean Crotty | 1.5 | Analysis / diligence / presentations / related items | Member update memo review |
| 1/29/24 | Sean Crotty | 2.5 | Analysis / diligence / presentations / related items | Waterfall model updates |
| 1/29/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 1/29/24 | Sean Crotty | 0.5 | Meetings / calls with Debtors / UCC | Call with Jefferies |
| 1/29/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Plan discussion with A&M |
| 1/29/24 | Sean Crotty | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 1/29/24 | Sean Crotty | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |

## Sean Crotty

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 1/30/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Call on claims |
| 1/30/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 1/30/24 | Sean Crotty | 0.5 | Meetings / calls with Debtors / UCC | Call with A&M |
| 1/30/24 | Sean Crotty | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 1/30/24 | Sean Crotty | 2.5 | Analysis / diligence / presentations / related items | Convenience class analysis |
| 1/31/24 | Sean Crotty | 4.5 | Court hearings / filings | Omnibus hearing |

# Lorenzo Munoz

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 1/2/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 1/2/24 | Lorenzo Muñoz | 3.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/2/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Weekly call with Perella and A&M |
| 1/2/24 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols to Catch-up |
| 1/4/24 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 1/4/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | FTX Venture Board meeting |
| 1/4/24 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Internal analysis |
| 1/4/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Call to discuss SOL |
| 1/5/24 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Internal analysis |
| 1/6/24 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/8/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 1/8/24 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with ExCo members |
| 1/8/24 | Lorenzo Muñoz | 2.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/9/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 1/9/24 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with ExCo members |
| 1/9/24 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols to Catch-up |
| 1/9/24 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/10/24 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with ExCo members |
| 1/11/24 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 1/11/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | FTX Venture Board meeting |
| 1/11/24 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with ExCo members |
| 1/12/24 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with ExCo members |
| 1/14/24 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Internal analysis |
| 1/16/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 1/16/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 1/16/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Call on claims |
| 1/16/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Call with Eversheds and Morris Nichols |
| 1/16/24 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Internal analysis |
| 1/16/24 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/17/24 | Lorenzo Muñoz | 0.5 | Internal calls / meetings | Internal R&Co meeting |
| 1/17/24 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Internal analysis |
| 1/17/24 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/18/24 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 1/18/24 | Lorenzo Muñoz | 1.5 | Analysis / diligence / presentations / related items | Internal analysis |
| 1/18/24 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/19/24 | Lorenzo Muñoz | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/19/24 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Internal analysis |
| 1/22/24 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Internal analysis |
| 1/22/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 1/22/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Call on the liquidity facility |
| 1/23/24 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call on the liquidity facility |
| 1/23/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 1/23/24 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols to Catch-up |
| 1/23/24 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/24/24 | Lorenzo Muñoz | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/24/24 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call on the liquidity facility |
| 1/24/24 | Lorenzo Muñoz | 0.5 | Internal calls / meetings | Internal R&Co meeting |
| 1/25/24 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 1/25/24 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/25/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | FTX Venture Board meeting |
| 1/25/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 1/25/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 1/26/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 1/26/24 | Lorenzo Muñoz | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/29/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 1/29/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Call with Jefferies |
| 1/29/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Plan discussion with A&M |
| 1/29/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 1/29/24 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/30/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Call on claims |
| 1/30/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 1/30/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Call with A&M |
| 1/30/24 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 1/30/24 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/31/24 | Lorenzo Muñoz | 4.5 | Court hearings / filings | Omnibus hearing |

# Julia Walters

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 1/2/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 1/2/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Weekly call with Perella and A&M |
| 1/2/24 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 1/2/24 | Julia Walters | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/4/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 1/4/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | FTX Venture Board meeting |
| 1/4/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Call to discuss coin monetization |
| 1/4/24 | Julia Walters | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/8/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 1/8/24 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with ExCo members |
| 1/8/24 | Julia Walters | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/9/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 1/9/24 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with ExCo members |
| 1/9/24 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 1/9/24 | Julia Walters | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/10/24 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with ExCo members |
| 1/10/24 | Julia Walters | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/11/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 1/11/24 | Julia Walters | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/11/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | FTX Venture Board meeting |
| 1/11/24 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with ExCo members |
| 1/11/24 | Julia Walters | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/12/24 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with ExCo members |
| 1/16/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 1/16/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 1/16/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Call on claims |
| 1/16/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Call with Eversheds and Morris Nichols |
| 1/16/24 | Julia Walters | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/17/24 | Julia Walters | 0.5 | Internal calls / meetings | Internal R&Co meeting |
| 1/18/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 1/18/24 | Julia Walters | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/22/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 1/22/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Call on the liquidity facility |
| 1/23/24 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call on the liquidity facility |
| 1/23/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 1/23/24 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 1/24/24 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call on the liquidity facility |
| 1/24/24 | Julia Walters | 0.5 | Internal calls / meetings | Internal R&Co meeting |
| 1/25/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 1/25/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | FTX Venture Board meeting |
| 1/25/24 | Julia Walters | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 1/25/24 | Julia Walters | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 1/25/24 | Julia Walters | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/26/24 | Julia Walters | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 1/29/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 1/29/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Call with Jefferies |
| 1/29/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Plan discussion with A&M |
| 1/29/24 | Julia Walters | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 1/29/24 | Julia Walters | 0.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/29/24 | Julia Walters | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 1/30/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Call on claims |
| 1/30/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 1/30/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Call with A&M |
| 1/30/24 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 1/31/24 | Julia Walters | 4.5 | Court hearings / filings | Omnibus hearing |
| 1/31/24 | Julia Walters | 0.5 | Analysis / diligence / presentations / related items | Reviewing materials |