## **Exhibit B**

### **Expense Detail**

| Professional | User Date | Amount ($) | Expense description |
|---|---|---|---|
| Sean Crotty | 1/19/2024 | $34.80 | Meals |
| **Total Expense** | | **$34.80** | |
| **Total Net Expenses** | | **$34.80** | |

# Invoice



**Invoice:** # 01241ADH019          **Project Name:**   Orchid

**Date:**   February 26, 2024          **Project Number:**   325842

Attention:  Mary Cilia, CFO to the FTX Debtors

| | |
|---|---:|
| Monthly advisory fee:  January 1, 2024 to January 31, 2024 (80%) | $140,000.00 |
| Out of pocket expenses: | $34.80 |
| **Amount Due** | **$140,034.80** |

*The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period.  Disbursements and charges received after the closing date of this statement will be billed subsequently.*

**This invoice is due upon receipt**



Rothschild & Co US Inc          Tax ID:   13-2589894
1251 Avenue of the Americas     Phone:    (212) 403-3683
New York, NY  10020             Email:    NorthAmReceivables@rothschildandco.com
www.rothschildandco.com                   (for questions and remittances)

