# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (JTD) |
| Debtors. | ) (Jointly Administered) |
| | ) **Ref. Docket Nos. 9059-9063 & 9065** |

## CERTIFICATE OF SERVICE

I, ARNOLD NGUYEN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 11, 2024, I caused to be served the:

    a. "Fourteenth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period From January 1, 2024 Through January 31, 2024," dated March 11, 2024 [Docket No. 9059],

    b. "Fourteenth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period January 1, 2024 Through January 31, 2024," dated March 11, 2024 [Docket No. 9060],

    c. "Fourteenth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period From January 1, 2024 Through January 31, 2024," dated March 11, 2024 [Docket No. 9061],

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

d. "Twelfth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period From November 1, 2023 to and Including November 30, 2023," dated March 11, 2024 [Docket No. 9062],

e. "Thirteenth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period From December 1, 2023 to and Including December 31, 2023," dated March 11, 2024 [Docket No. 9063], and

f. "Fourteenth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period From January 1, 2024 to and Including January 31, 2024," dated March 11, 2024 [Docket No. 9065],

by causing true and correct copies to be:

i. enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit A, and

ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. The envelope utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Arnold Nguyen*
Arnold Nguyen

**EXHIBIT A**

FTX TRADING LTD., *et al.*
Case No. 22-11068 (JTD)
First Class Mail Service

Office of the United States Trustee
J. Caleb Boggs Federal Building
Linda Richenderfer, Benjamin A Hackman &
Jonathan W. Lipshie
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

**EXHIBIT B**

FTX TRADING LTD., et al. Case No. 22-11068 (JTD)
Electronic Mail Service List

| Name | Email |
| --- | --- |
| Sullivan & Cromwell LLP | kranzleya@sullcrom.com |
| Landis Rath & Cobb LLP | landis@lrclaw.com; brown@lrclaw.com |
| Paul Hastings LLP | krishansen@paulhastings.com; erezgilad@paulhastings.com; gabesasson@paulhastings.com |
| Young Conaway Stargatt & Taylor, LLP | mlunn@ycst.com; rpoppiti@ycst.com |
| U.S. Trustee | linda.richenderfer@usdoj.gov benjamin.a.hackman@usdoj.gov jon.lipshie@usdoj.gov; david.gerardi@usdoj.gov |