## <u>EXHIBIT B</u>

**FTX TRADING, LTD.,** *et al.*,
**(Case No. 22-11068 (JTD))**

**November 1, 2023 through January 31, 2024**

| Expense Category | Total Expenses |
|---|---:|
| Pacer | 432.40 |
| In-House Printing - black & white | 692.95 |
| In-House Printing - color | 620.25 |
| Computer Research - Westlaw | 423.00 |
| Courier/Delivery Service | 338.38 |
| Conference Calls | 19.52 |
| Messenger Service | 7.00 |
| **Grand Total Expenses** | **$2,533.50** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 09/27/23 | In-House Printing - black & white | 6.0 | 0.30 |
| 10/14/23 | Conference Calls - Jonathan Weyand - 02:03 PM - 10/14/23 | 1.0 | 9.43 |
| 10/15/23 | Conference Calls - Jonathan Weyand - 09:28 AM - 10/15/23 | 1.0 | 10.09 |
| 11/01/23 | In-House Printing - black & white | 12.0 | 0.60 |
| 11/01/23 | In-House Printing - color | 2.0 | 0.50 |
| 11/02/23 | In-House Printing - black & white | 62.0 | 3.10 |
| 11/03/23 | Computer Research - Westlaw | 1.0 | 41.40 |
| 11/07/23 | In-House Printing - color | 44.0 | 11.00 |
| 11/09/23 | In-House Printing - black & white | 708.0 | 35.40 |
| 11/09/23 | In-House Printing - color | 56.0 | 14.00 |
| 11/10/23 | In-House Printing - black & white | 4.0 | 0.20 |
| 11/11/23 | Pacer | 149.0 | 14.90 |
| 11/13/23 | In-House Printing - color | 26.0 | 6.50 |
| 11/13/23 | Pacer | 99.0 | 9.90 |
| 11/13/23 | In-House Printing - black & white | 14.0 | 0.70 |
| 11/14/23 | In-House Printing - black & white | 2,678.0 | 133.90 |
| 11/14/23 | In-House Printing - color | 28.0 | 7.00 |
| 11/14/23 | Pacer | 30.0 | 3.00 |
| 11/15/23 | In-House Printing - black & white | 67.0 | 3.35 |
| 11/15/23 | Pacer | 397.0 | 39.70 |

| Date | Description | Quantity | Amount |
|------|-------------|---------:|-------:|
| 11/15/23 | Computer Research - Westlaw | 1.0 | 51.60 |
| 11/16/23 | In-House Printing - black & white | 104.0 | 5.20 |
| 11/20/23 | In-House Printing - black & white | 23.0 | 1.15 |
| 11/20/23 | In-House Printing - color | 91.0 | 22.75 |
| 11/26/23 | Pacer | 241.0 | 24.10 |
| 11/29/23 | In-House Printing - black & white | 356.0 | 17.80 |
| 11/30/23 | In-House Printing - black & white | 42.0 | 2.10 |
| 12/03/23 | In-House Printing - color | 6.0 | 1.50 |
| 12/04/23 | In-House Printing - black & white | 50.0 | 2.50 |
| 12/04/23 | In-House Printing - color | 99.0 | 24.75 |
| 12/05/23 | In-House Printing - black & white | 88.0 | 4.40 |
| 12/06/23 | In-House Printing - black & white | 201.0 | 10.05 |
| 12/07/23 | In-House Printing - black & white | 56.0 | 2.80 |
| 12/08/23 | In-House Printing - color | 1,124.0 | 281.00 |
| 12/08/23 | In-House Printing - black & white | 1,182.0 | 59.10 |
| 12/08/23 | Computer Research - Westlaw | 1.0 | 51.60 |
| 12/09/23 | Pacer | 1.0 | 0.10 |
| 12/10/23 | In-House Printing - black & white | 273.0 | 13.65 |
| 12/11/23 | In-House Printing - black & white | 8.0 | 0.40 |
| 12/11/23 | In-House Printing - color | 8.0 | 2.00 |
| 12/12/23 | In-House Printing - color | 642.0 | 160.50 |
| 12/12/23 | In-House Printing - black & white | 264.0 | 13.20 |
| 12/13/23 | In-House Printing - color | 99.0 | 24.75 |
| 12/13/23 | Pacer | 63.0 | 6.30 |
| 12/13/23 | In-House Printing - black & white | 71.0 | 3.55 |
| 12/14/23 | In-House Printing - black & white | 414.0 | 20.70 |
| 12/14/23 | Pacer | 54.0 | 5.40 |
| 12/14/23 | Computer Research - Westlaw | 1.0 | 44.20 |

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 12/14/23 | In-House Printing - color | 112.0 | 28.00 |
| 12/15/23 | In-House Printing - black & white | 149.0 | 7.45 |
| 12/18/23 | In-House Printing - black & white | 3,048.0 | 152.40 |
| 12/18/23 | In-House Printing - color | 14.0 | 3.50 |
| 12/19/23 | In-House Printing - black & white | 73.0 | 3.65 |
| 12/19/23 | Courier/Delivery Service - E-MAIL ELECTRONIC FILES, MAILOUT SERVICES, ENVELOPES SERVICES, POSTAGE, DRAFT & E-FILE AOS - 12/19/2023 | 1.0 | 269.62 |
| 12/20/23 | Pacer | 49.0 | 4.90 |
| 12/20/23 | In-House Printing - black & white | 174.0 | 8.70 |
| 12/20/23 | In-House Printing - color | 4.0 | 1.00 |
| 01/02/24 | Pacer | 38.0 | 3.80 |
| 01/02/24 | In-House Printing - black & white | 131.0 | 6.55 |
| 01/02/24 | Computer Research - Westlaw | 1.0 | 25.80 |
| 01/03/24 | In-House Printing - black & white | 55.0 | 2.75 |
| 01/03/24 | In-House Printing - color | 4.0 | 1.00 |
| 01/04/24 | Pacer | 32.0 | 3.20 |
| 01/04/24 | In-House Printing - color | 7.0 | 1.75 |
| 01/04/24 | In-House Printing - black & white | 37.0 | 1.85 |

4

| Date | Description | Quantity | Amount |
|------|-------------|---------:|-------:|
| 01/04/24 | Computer Research - Westlaw | 1.0 | 25.80 |
| 01/05/24 | In-House Printing - black & white | 21.0 | 1.05 |
| 01/05/24 | In-House Printing - color | 7.0 | 1.75 |
| 01/08/24 | In-House Printing - black & white | 105.0 | 5.25 |
| 01/08/24 | Pacer | 44.0 | 4.40 |
| 01/09/24 | Pacer | 180.0 | 18.00 |
| 01/09/24 | Computer Research - Westlaw | 1.0 | 44.20 |
| 01/10/24 | Pacer | 37.0 | 3.70 |
| 01/16/24 | Pacer | 760.0 | 76.00 |
| 01/17/24 | Pacer | 1,007.0 | 100.70 |
| 01/18/24 | In-House Printing - black & white | 49.0 | 2.45 |
| 01/23/24 | Pacer | 219.0 | 21.90 |
| 01/23/24 | Computer Research - Westlaw | 1.0 | 94.20 |
| 01/24/24 | Computer Research - Westlaw | 1.0 | 44.20 |
| 01/24/24 | In-House Printing - black & white | 8.0 | 0.40 |
| 01/25/24 | Pacer | 90.0 | 9.00 |
| 01/28/24 | Pacer | 8.0 | 0.80 |
| 01/29/24 | Pacer | 725.0 | 72.50 |
| 01/29/24 | In-House Printing - black & white | 1,964.0 | 98.20 |
| 01/30/24 | In-House Printing - black & white | 1,362.0 | 68.10 |
| 01/30/24 | Pacer | 60.0 | 6.00 |
| 01/31/24 | Pacer | 41.0 | 4.10 |
| 01/31/24 | In-House Printing - color | 108.0 | 27.00 |
| 01/31/24 | Messenger Service - USBC - 01/31/2024 | 1.0 | 7.00 |
| 01/31/24 | Courier/Delivery Service - DELIVERY SERVICES FOR PERIOD ENDING 02/03/2024 | 1.0 | 68.76 |
| | **Total** | | **$2,533.50** |