## Exhibit D

**Staffing Plan**

**Application Period Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work Across Matters During the Budget Period | Number of Timekeepers Actually Performing Work During the Budget Period | Projected Average Hourly Rate | Actual Average Hourly Rate |
|---|---|---|---|---|
| Partner | 1 | 2 | $1,045.00 | $1,075.52 |
| Special Counsel | 0 | 1 | $0.00 | $933.45 |
| Associate | 2 | 5 | $710.00 | $678.52 |
| Other Professionals | 2 | 5 | $375.00 | $377.64 |