## Exhibit E

**Budget**

**Application Period Budget**

| Project Category | Estimated Hours | Estimated Fees | Hours Billed | Amount Billed |
|---|---|---|---|---|
| B110 Case Administration | 2 | $ 1,500.00 | 0.50 | 187.50 |
| B112 General Creditor Inquiries | 2 | $ 1,500.00 | 3.20 | 2,803.00 |
| B113 Case Analysis/Pleading Review | 30 | $ 22,500.00 | 95.10 | 78,963.50 |
| B150 Meetings of and Communications with External Stakeholders | 30 | $ 22,500.00 | 0.50 | 572.50 |
| B155 Court Hearings | 40 | $ 30,000.00 | 35.00 | 31,528.00 |
| B160 Fee/Employment Applications | 2 | $ 1,500.00 | 107.90 | 64,353.50 |
| B190 Other Contested Matters (excluding assumption/rejection motions) | 25 | $ 18,750.00 | 13.60 | 9,912.00 |
| B191 General Litigation | 60 | $ 45,000.00 | 1.80 | 1,300.00 |
| B260 Corporate Governance and Board Matters | 425 | $318,750.00 | 2.90 | 2,130.50 |
| B270 AHC Member Communications & Meetings | 50 | $ 37,500.00 | 38.70 | 29,577.50 |
| B310 KYC Process and Claims Administration | 40 | $ 30,000.00 | 3.10 | 2,909.50 |
| B320 Plan and Disclosure Statement (Including Business Plan) | 2 | $ 1,500.00 | 323.80 | 280,678.50 |
| B330 Fee Reimbursement Motion | 2 | $ 1,500.00 | 18.00 | 13,976.00 |
| B410 General Case Strategy | 30 | $ 22,500.00 | 9.80 | 7,412.00 |
| BK450 Section 1104 Examiner Related Issues | 0 | $ 0.00 | 3.80 | 4,291.00 |
| **Total** | **804** | **$ 603,000.00** | **657.7** | **$530,595.00** |