**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>FTX TRADING, LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Hearing Date:**<br>**June 13, 2024, at 1:00 p.m. (ET)**<br>**Objection Deadline:**<br>**April 4, 2024, at 4:00 p.m. (ET)** |

**NOTICE OF SECOND INTERIM FEE APPLICATION OF EVERSHEDS SUTHERLAND (US) LLP, AS LEAD COUNSEL FOR THE AD HOC COMMITTEE OF NON-US CUSTOMERS OF FTX.COM, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2023, THROUGH JANUARY 31, 2024**

**PLEASE TAKE NOTICE** that on the date hereof, Eversheds Sutherland (US) LLP ("Eversheds Sutherland"), as lead Counsel for the Ad Hoc Committee of Non-Us Customers of FTX.com filed its *Second Interim Fee Application of Eversheds Sutherland (US) LLP* (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE THAT** objections, if any, to the Application must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 435] entered by the Court (the "Interim Compensation Order"), and are required to be filed on or before **April 4, 2024 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the Court, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801, and must be served on the following parties so as to be received by such parties on or before the Objection Deadline:

    i.    counsel to the Ad Hoc Committee of Non-US Customers of FTX.com, (a) Eversheds Sutherland (US) LLP, The Grace Building, 40th Floor, 1114 Avenue of the Americas, New York, New York 10036, Attn: Sarah Paul (SarahPaul@eversheds-sutherland.us);

    ii.    counsel to the above-captioned debtors and debtors in possession, (a) Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attn: Alexa J. Kranzley (kranzleya@sullcrom.com) and (b) Landis Rath & Cobb LLP, 919 Market

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the debtors' claims and noticing agent's website at https://cases.ra.kroll.com/FTX.

Street, Suite 1800, Wilmington, Delaware 19801, Attn: Adam G. Landis (landis@lrclaw.com) and Kimberly A. Brown (brown@lrclaw.com);

iii. counsel to the Official Committee of Unsecured Creditors, (a) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166, Attn: Kris Hansen (krishansen@paulhastings.com), Erez Gilad (erezgilad@paulhastings.com) and Gabriel Sasson (gabesasson@paulhastings.com) and (b) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Matthew B. Lunn (mlunn@ycst.com) and Robert F. Poppiti, Jr. (rpoppiti@ycst.com);

iv. the U.S. Trustee, 844 King Street, Suite 2207, Wilmington, Delaware 19801, Attn: Benjamin A. Hackman (benjamin.a.hackman@usdoj.gov), Linda Richenderfer (linda.richenderfer@usdoj.gov) and Jonathan Lipshie (jon.lipshie@usdoj.gov); and

v. counsel to Katherine Stadler, the fee examiner appointed in the Debtors' chapter 11 cases, Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, Wisconsin 53703 Attn: Mark Hancock (mhancock@gklaw.com).

**PLEASE TAKE FURTHER NOTICE THAT** A HEARING ON THE INTERIM FEE APPLICATION WILL BE HELD ON <u>JUNE 13, 2024, AT 1:00 P.M. (ET)</u> BEFORE THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY COURT JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 15, 2024
New York, New York          */s/ Sarah Paul*_____
                            **EVERSHEDS SUTHERLAND (US) LLP**
                            Erin E. Broderick
                            Michael A. Rogers
                            227 West Monroe Street, Suite 6000
                            Chicago, Illinois 60606
                            Telephone: (312) 724-9006
                            Facsimile: (312) 724-9322
                            erinbroderick@eversheds-sutherland.com
                            michaelrogers@eversheds-sutherland.com

                            Nathaniel T. DeLoatch
                            999 Peachtree St NE
                            Atlanta, GA 30309
                            Telephone: (404) 853-8000

Facsimile: (404) 853-8806
nathanieldeloatch@eversheds-sutherland.com

Sarah E. Paul
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 389-5000
Facsimile: (212) 389-5099
sarahpaul@eversheds-sutherland.com

*Counsel for the Ad Hoc Committee of Non-US
Customers of FTX.com*