## EXHIBIT A

### Summary of Fees by Individual for the Application Period
### (November 1, 2023 through and including January 31, 2024)

| Name | Title | Practice Group; Date of First Admission | Hourly Rate | Hours Billed | Amount Billed |
|------|-------|----------------------------------------|-------------|--------------|---------------|
| Broderick, Erin E. | Partner | Finance, 2008 | $1,300.00 | 185.10 | 240,630.00 |
| Buchanan, Randy | Partner | Tax, 1989 | $1,505.00 | 2.50 | 3,762.50 |
| Paul, Sarah | Partner | Litigation, 2004 | $1,161.61 | 77.80 | 90,373.00 |
| Raines, Hunter | Partner | Corporate, 2015 | $875.00 | 0.90 | 787.50 |
| Setliffe, Caroline | Partner | Tax, 1999 | $1,265.00 | 5.70 | 7,210.50 |
| **Partner Total** | | | | 272.00 | 342,763.50 |
| Broderick, Erin E. | Senior Counsel | Finance, 2009 | $910.00 | 421.40 | 383,474.00 |
| Christian, Edward | Senior Counsel | Finance, 1995 | $1,160.00 | 15.20 | 17,632.00 |
| **Senior Counsel Total** | | | | 436.60 | 401,106.00 |
| DeLoatch, Nathaniel T. | Associate | Finance, 2019 | $743.09 | 186.00 | 138,215.50 |
| Howard, Jazmen | Associate | Corporate, 2020 | $650.00 | 2.00 | 1,300.00 |
| Monzon Woc, Ana Rocio | Associate | Litigation, 2018 | $655.00 | 20.80 | 13,624.00 |
| Rogers, Michael A. | Associate | Finance, 2022 | $733.33 | 458.80 | 336,453.50 |
| Spring, Thomas A. | Associate | Litigation, 2021 | $650.00 | 38.70 | 25,155.00 |
| **Associate Total** | | | | 706.30 | 514,748.00 |
| Hirsch, Devorah | Paralegal | Litigation | $246.40 | 72.50 | 17,864.00 |
| **Paralegal Total** | | | | 72.50 | 17,864.00 |
| Wells, Antoinette | Library Staff | Administrative | $350.00 | 0.50 | 175.00 |
| **Library Staff Total** | | | | 0.50 | 175.00 |

**Total**      **1,487.90**      **$1,276,656.50**

**Blended Hourly Rate: $858.00**

**EXHIBIT B**

**Summary of Compensation by Project Category**

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---|---|
| B110 Case Administration | 13.90 | 9,599.50 |
| B112 General Creditor Inquiries | 66.20 | 43,918.50 |
| B113 Case Analysis/Pleading Review | 320.00 | 290,144.50 |
| B140 Relief from Stay and Adequate Protection | 1.10 | 1,001.00 |
| B150 Meetings of and Communications with External Stakeholders | 10.10 | 8,431.50 |
| B155 Court Hearing | 12.40 | 12,933.00 |
| B155 Court Hearings | 14.40 | 12,705.50 |
| B160 Fee/Employment Applications | 44.90 | 41,120.00 |
| B190 Other Contested Matters (excluding assumption/rejection motions) | 98.30 | 66,269.00 |
| B195 Non-Working Travel | 3.20 | 4,160.00 |
| B260 Corporate Governance and Board Matters | 42.30 | 33,877.50 |
| B270 AHC Member Communications & Meetings | 172.90 | 146,192.00 |
| B310 Claims Administration and Objections | 40.20 | 29,620.50 |
| B310 KYC Process and Claims Administration | 13.10 | 13,674.00 |
| B320 Plan and Disclosure Statement (including Business Plan) | 505.50 | 451,503.50 |
| B330 Fee Reimbursement Motion | 52.70 | 47,838.00 |
| B410 General Case Strategy | 67.50 | 53,804.50 |
| B450 Case Examiner | 9.20 | 9,864.00 |
| **Total** | **1,487.90** | **$1,276,656.50** |

**<u>EXHIBIT C</u>**

**Expense Summary for the Application Period**

**Total:**                    **$  0.00**
                    _____

**EXHIBIT D**

**Eversheds Sutherland's Customary and Comparable Compensation Disclosures**

| Timekeeper Rank | FTX - Ad Hoc Committee* | | Firm-wide** | |
| --- | --- | --- | --- | --- |
| | November 2023 Through January 2024 | | Total Firm Bills Allocated to Non-BK General Domestic Timekeepers from January 2023 Through January 2024 | |
| | Blended Hourly Rate | % Total Hours | Blended Hourly Rate | % Total Hours |
| Partners[1] | $1,261 | 27% | $908 | 54% |
| Associates[2] | $801 | 72% | $601 | 43% |
| Non-Lawyers[3] | $246 | 1% | $390 | 3% |
| **All Timekeepers** | **$858** | **100%** | **$723** | **100%** |

[1] Includes Of Counsel, Senior Counsel.

[2] Includes Special Counsel, Counsel, Senior Attorney, Staff Attorney, Contract Attorney.

[3] Excludes all non-comparable "non-lawyer" timekeepers.

* Includes write-offs.

** Includes non-BK work of BK timekeepers and all work of other domestic timekeepers, excluding litigation matters and all write-offs.

**EXHIBIT E**

**Estimated Staffing and Budget Plan**

**STAFFING PLAN FOR EVERSHEDS SUTHERLAND (US) LLP, COUNSEL TO THE
AD HOC COMMITTEE OF NON-US CUSTOMERS OF FTX.COM,
FOR THE PERIOD NOVEMBER 1, 2023 TO JANUARY 31, 2024**

| Category of Timekeeper | Number of Timekeepers Expected to Work On the Matter During the Application Period (1) | Range of Rates |
|---|---|---|
| Partner (2) | 4 | $910.00 - $1,300.00 |
| Associate | 5 | $650.00 - $815.00 |
| Other Professionals (3) | 2 | $240.00 - $350.00 |

(1) Estimate is for total number of timekeepers billing any substantial number of hours to matter.

(2) Includes Senior Counsel. Erin Broderick is included twice, at her Senior Counsel rate for November and December 2023 and at her Partner rate for January 2024.

(3) Includes clerks, legal analysts and eDiscovery professionals.

**ESTIMATED BUDGET FOR EVERSHEDS SUTHERLAND (US) LLP, COUNSEL TO
THE AD HOC COMMITTEE OF NON-US CUSTOMERS OF FTX.COM,
FOR THE PERIOD NOVEMBER 1, 2023 THROUGH JANUARY 31, 2024**

| U.S. Trustee Task Code and Project Category | Estimated Hours | Estimated Fees | Hours Billed | Amount Billed |
|---|---|---|---|---|
| B110 Case Administration | 25 | $21,250.00 | 13.90 | 9,599.50 |
| B112 General Creditor Inquiries | 100 | $85,000.00 | 66.20 | 43,918.50 |
| B113 Case Analysis/Pleading Review | 200 | $170,000.00 | 320.00 | 290,144.50 |
| B140 Relief from Stay and Adequate Protection | 25 | $21,250.00 | 1.10 | 1,001.00 |
| B150 Meetings of and Communications with External Stakeholders | 50 | $42,500.00 | 10.10 | 8,431.50 |
| B155 Court Hearings | 25 | $21,250.00 | 26.80 | 25,638.50 |
| B160 Fee/Employment Applications | 25 | $21,250.00 | 44.90 | 41,120.00 |
| B190 Other Contested Matters (excluding assumption/rejection motions) | 100 | $85,000.00 | 98.30 | 66,269.00 |
| B195 Non-Working Travel | 25 | $21,250.00 | 3.20 | 4,160.00 |
| B260 Corporate Governance and Board Matters | 100 | $85,000.00 | 42.30 | 33,877.50 |
| B270 AHC Member Communications & Meetings | 200 | $170,000.00 | 172.90 | 146,192.00 |
| B310 KYC Process and Claims Administration | 100 | $85,000.00 | 53.30 | 43,294.50 |
| B320 Plan and Disclosure Statement (including Business Plan) | 700 | $595,000.00 | 505.50 | 451,503.50 |
| B330 Fee Reimbursement Motion | 100 | $85,000.00 | 52.70 | 47,838.00 |
| B410 General Case Strategy | 100 | $85,000.00 | 67.50 | 53,804.50 |
| B450 Case Examiner | 25 | $21,250.00 | 9.20 | 9,864.00 |
| **Total** | **1,900.00** | **$1,615,000.00** | **1,487.90** | **$1,276,656.50** |

**<u>EXHIBIT F</u>**

**Certification of Sarah E. Paul in Support of the Application**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| FTX TRADING, LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

<u>**CERTIFICATION OF SARAH E. PAUL**</u>

I, Sarah E. Paul, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, hereby certify that:

1.      I am a partner in the applicant firm, Eversheds Sutherland LLP ("<u>Eversheds Sutherland</u>"), and I am duly authorized to make this certification on behalf of Eversheds Sutherland.  Eversheds Sutherland was retained by the Ad Hoc Committee of Non-Us Customers of FTX.com in the above-captioned cases.  This certification is made in support of the Second Interim Fee Application of Eversheds Sutherland (US) LLP as lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com (the "<u>Application</u>") and in compliance with rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rule 2016-2</u>") of the Bankruptcy Court, and with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "<u>U.S. Trustee Guidelines</u>"), 28 C.F.R. pt. 58, app. A (1996).

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the debtors' claims and noticing agent's website at https://cases.ra.kroll.com/FTX.

2.      To that end, the following is provided in response to the request for additional information set forth in ¶ C.5 of the Guidelines:

**Question**: Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?  If so, please explain.

Response: No.

**Question**: If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

Response: Not applicable.

**Question**: Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

Response: No.

**Question**: Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.)  If so, please quantify by hours and fees.

Response: No.  Eversheds Sutherland reserves the right to seek such fees in subsequent applications.

**Question**: Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify by hours and fees.

Response: No.  Eversheds Sutherland reserves the right to seek such fees in subsequent applications.

**Question**: If the fee application includes any rate increases since retention: (i) Did the client review and approve those rate increases in advance? (ii) Did the client agree when retaining Eversheds Sutherland to accept all future rate increases?  If not, did Eversheds Sutherland inform the client that they need not agree to modified rates or terms in order to have you continue the representation, consisted with ABA Formal Ethics Opinion 11-458?

Response: Effective January 1, 2024, Eversheds has implemented firm-wide

annual rate increases.  These rate increases are consistent with the Engagement
Letter, which provides that the rates included therein are adjusted from time to
time and specifically annually.

3.    I have read the Application and I certify that the Application substantially

complies with Local Rule 2016-2 and the U.S. Trustee Guidelines.


Dated: March 15, 2024
       New York, New York            */s/ Sarah Paul*
                                     **EVERSHEDS SUTHERLAND (US) LLP**
                                     Sarah E. Paul
                                     The Grace Building, 40th Floor 1114 Avenue of the
                                     Americas New York, New York 10036 Telephone:
                                     (212) 389-5000
                                     Facsimile: (212) 389-5099
                                     sarahpaul@eversheds-sutherland.com

                                     *Counsel for the Ad Hoc Committee of Non-US
                                     Customers of FTX.com*