# EXHIBIT F

**Excerpts of Lu Deposition**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - x

In re:                          Chapter 11
                                Case No. 22-11068
FTX TRADING LTD., et al.,       (JTD)

        Debtors.

- - - - - - - - - - - - - - - - - - - - x


        Deposition of KEVIN LU, taken pursuant to notice, was held at the law offices of SULLIVAN & CROMWELL LLP, 125 Broad Street, New York, New York, commencing March 1, 2024, 9:00 a.m., on the above date, before Leslie Fagin, a Court Reporter and Notary Public in the State of New York.

        - - -


MAGNA LEGAL SERVICES - (866) 624-6221
         www.MagnaLS.com



Page 58

K. Lu

 2  Q. It says that you have used -- the
 3  methodology that you used in this assignment
 4  is generally identical to the methodology
 5  used to generate the Coin Metrics' prices
 6  with minor adjustments, is that right?
 7  A. That's right.
 8  Q. What were the minor adjustments
 9  necessary to price FTX digital assets?
10  A. In this case, I created a hierarchy
11  of exchanges where I first preferred to use
12  exchanges that are considered trusted by the
13  trusted exchange framework and if a given
14  asset is not traded on those exchanges, then
15  I would then consider exchanges that are not
16  trusted and if a given asset is not traded on
17  either of the trusted exchanges or not
18  trusted exchanges, then I would consider
19  using the FTX exchanges and that is the
20  primary way that this methodology differs
21  from the Coin Metrics' prices. The Coin
22  Metrics' prices does not have this hierarchy
23  of selection.
24  Q. How is Coin Metrics different, what
25  does it use instead of that hierarchy?

Page 59

K. Lu

 2  A. It will consider all the candidate
 3  markets from all exchanges, but the
 4  methodology and logic used to select the
 5  constituent markets is identical between what
 6  I used in the declaration and the Coin
 7  Metrics' prices.
 8  Q. So Coin Metrics' prices starts with
 9  all of the exchanges and the methodology that
10  is used here only started with the trusted
11  exchanges if they were available?
12  A. That's right.
13  Q. In the next paragraph, paragraph
14  29, about halfway down, the middle of the
15  paragraph on that same page it says, It is
16  widely recognized within the industry that
17  some exchanges engage in wash trading or
18  other deceptive means to inflate their
19  reported trading activity.
20     Do you see that?
21  A. That's right, I see it.
22  Q. What information did you have to
23  support your statement that that conduct is
24  wildly recognized within the industry?
25  A. I reviewed the paper published by

Page 60

K. Lu

 2  Bitwise in 2019 where they revealed that
 3  there was a great deal of wash trade that
 4  occurs in the industry. I saw firsthand how
 5  the industry responded to this finding.
 6     I've reviewed the academic
 7  literature of other researchers that have
 8  studied this same topic and just by the fact
 9  of working full-time in the industry for the
10  past five years and regularly interacting
11  with other folks that work within the
12  industry, it's my opinion that most
13  sophisticated practitioners understand that
14  this is occurring.
15  Q. You say you saw how the industry
16  responded to the 2019 Bitwise article, is
17  that right?
18  A. Yes.
19  Q. And how did the industry respond?
20  A. There was a large amount of media
21  attention. I believe data providers and
22  practitioners within the industry either
23  published research or made changes in
24  response to the finding.
25  Q. What changes did practitioners make

Page 61

K. Lu

 2  in response to the findings?
 3  A. One example that comes to mind is
 4  that Bitwise identified in their view, 10
 5  exchanges that had, quote/unquote, real
 6  trading volume and in response to that, I
 7  believe that Nasari, which is a media company
 8  and data company within the cryptocurrency
 9  industry, they started publishing the
10  reported volume for just these 10 exchanges
11  on their website.
12  Q. Any other changes in the industry
13  that you are aware of as a result of the 2019
14  article?
15  A. I believe Coin Market Cap made some
16  changes because they were severely criticized
17  in the Bitwise report.
18  Q. Are you aware of other exchanges
19  that took corrective action to address the
20  problems that were identified in the 2019
21  article?
22  A. I don't know the specific actions
23  that exchanges took.
24  Q. But you are aware that many of the
25  exchanges at least claim to have implemented

Page 62

```
 1              K. Lu
 2   corrective changes as a result of the
 3   findings of the 2019 article, is that right?
 4       A.  I don't know if they've made
 5   changes or not.
 6       Q.  Part of your analysis and part of
 7   the assignment is this calculation of a
 8   confidence interval, is that right?
 9       A.  Yes.
10       Q.  And that's supposed to reflect the
11   uncertainty in the determination of a price
12   of an asset, is that right?
13       A.  Right.
14       Q.  Do you know what the definition of
15   confidence interval is for purposes of
16   statistics?
17       A.  Yes.
18       Q.  What is that?
19       A.  Typically, a confidence interval is
20   reported with a certain magnitude such as for
21   a certain level such as the confidence
22   interval at the 95 percent level and that
23   means that for a given statistic, the value
24   of that statistic would fall within that
25   range of 95 percent of the samples drawn from
```

Page 63

```
 1              K. Lu
 2   a hypothetical population.
 3       Q.  So your understanding is that in
 4   statistics, it is typical for a confidence
 5   interval to be pegged to a certain percentage
 6   of value like the 95 percentile?
 7       A.  Yes, it can be reported at any
 8   arbitrary level, but typically, 95 percentile
 9   is used.
10       Q.  What source do you rely on for your
11   determination that typically, the 95
12   percentile is used?
13       A.  It's based on my studies of
14   statistics at -- during my undergrad studies,
15   it's based on other reports that I've
16   encountered during my professional
17   experience.  I have found that 95th
18   percentile seems to be an industry standard,
19   if you will, that people tend to use.
20       Q.  What courses at Berkeley did you
21   take in statistics?
22       A.  I took statistics courses, I can't
23   recall the exact names, but they were a
24   requirement for my economics degree.
25       Q.  What's the basis for your opinion
```

Page 64

```
 1              K. Lu
 2   that using the 95th percentile for purposes
 3   of calculating a confidence interval is
 4   industry standard?
 5       A.  From reviewing other reports and
 6   papers on a variety of topics.
 7       Q.  And to be clear, when you say
 8   industry standard, what industry are you
 9   referring to?
10       A.  It goes beyond the cryptocurrency
11   industry.  This seems to be a standard that's
12   applied to a variety of contexts.
13       Q.  Would you agree that the term
14   confidence interval is intended to express
15   the level of uncertainty when inferring from
16   a sample to a larger population?
17       A.  I think that's one possible
18   interpretation, but there are other
19   interpretations that are equally valid.
20       Q.  Is that an accurate interpretation
21   for how you are using the term confidence
22   interval in your declaration?
23       A.  My interpretation of my assignment
24   was to produce a number that reflected the
25   uncertainty of my determination of the price
```

Page 65

```
 1              K. Lu
 2   and I chose the specific methodology I used
 3   to calculate this number to fulfill my
 4   assignment.
 5       Q.  Would you agree though that your
 6   pricing methodology including by excluding
 7   certain exchanges is taking a sample and then
 8   extrapolating that to determine the value for
 9   the population more broadly?
10          MR. GLUECKSTEIN:  Objection to
11       form.
12       A.  No, I do not consider that a sample
13   because usually when you refer to a sample,
14   you are usually referring to a random sample
15   where you are sampling without any bias.
16          My methodology involved selecting
17   the highest quality constituent market.
18   These are markets that are unlikely to engage
19   in wash trading, have large volume, are
20   unlikely to have outliers so I would not
21   consider this a sample of the population.
22       Q.  If you look at your rebuttal report
23   which is Exhibit 2, in paragraph 34, you
24   discuss three examples where you say that a
25   confidence interval calculated using the
```

```
                                             Page 66                                              Page 67
          K. Lu                                              K. Lu
 1                                                  1
 2  standard method in statistics would lead to     2  sections of Mr. Konstantinidis' report that
 3  unintuitive results.                            3  criticized both my initial declaration and
 4       Do you see that?                           4  Professor Howell's report.
 5     A. Yes.                                      5       MR. TOROSIAN:  Can we maybe take
 6     Q. Are the three examples that you           6  five minutes.
 7  provide, were those taken from any              7       MR. APPLEBAUM:  We will take a
 8  statistical textbooks or other academic         8  five-minute break.
 9  authority?                                      9       (Recess.)
10     A. No.                                      10     Q. Mr. Lu, one of the questions I
11     Q. Did you derive those three examples     11  asked you a moment ago was about comparing
12  from any of the statistics courses you took   12  the 95th percentile to the 95 percent
13  at Berkeley or any other courses you have     13  interval.
14  taken on statistics?                           14       If I reask that and ask is the 95th
15     A. No.                                      15  percentile the same as the 95 percent
16     Q. Is the 95th percentile the same as      16  confidence interval, is that the same thing?
17  the 95th percent interval in statistics?      17       MR. GLUECKSTEIN:  Objection to
18     A. I don't know.  I'm not sure if I         18  form.
19  understand your question.                      19     A. I'm not sure.  The 95th percentile
20     Q. Are you generally familiar with          20  is just an abstract term.  I don't know if
21  Professor Howell's work and analysis in this  21  they're the same thing.
22  case?                                          22     Q. How does the term -- how does the
23     A. I wouldn't say I'm generally             23  95 percent confidence interval compare to a
24  familiar.  I read a portion of her expert     24  margin of error?
25  report.  The portion that was relevant to the 25     A. Typically, in my experience, the
```

```
                                             Page 68                                              Page 69
          K. Lu                                              K. Lu
 1                                                  1
 2  margin of error is just an alternative term    2  purpose of your calculating the confidence
 3  for the confidence interval and typically,     3  interval?
 4  the margin of error will be reported at,       4     A. I really don't know, except that it
 5  again, arbitrary level like 95 -- like at the  5  was specifically asked for as part of the
 6  95th percentile.                                6  scope of my work.
 7     Q. I just asked you a little bit about      7     Q. So one of the things that you say
 8  your familiarity with Professor Howell's       8  in your declaration is that the purpose is to
 9  analysis.                                       9  estimate a range within which you think the
10       You are aware that she used your        10  true price will fall, is that right?
11  analysis and the numbers you reported as part 11     A. Yes.
12  of her analysis, is that right?               12     Q. So does that mean that there is a
13     A. I believe she used the prices that     13  true price, but that you are not able to
14  I calculated, yes.                             14  calculate that with precision?
15     Q. Do you believe that -- do you          15     A. I think there is a true price, that
16  understand that her work was affected in any  16  would be the price that is the output of
17  way by the specific confidence interval for   17  applying my methodology to the data.
18  any particular digital asset?                  18     Q. Are you done?
19       MR. GLUECKSTEIN:  Objection to           19     A. Yes.
20  form.                                          20     Q. So if applying the methodology to
21     A. I'm not familiar with the specific     21  the data creates the true price, why is the
22  analyses that Professor Howell did, but my    22  confidence interval not zero for every
23  understanding was that the confidence         23  digital asset?
24  interval was not an input that she used.      24     A. The confidence interval just
25     Q. What's your understanding as to the    25  reflects the uncertainty that I may have in
```



Page 98

```
 1              K. Lu
 2   created in October 2023, is that right?
 3       A.   That's right.
 4       Q.   And there is a reference to version
 5   2.0 that was released in March of 2023, is
 6   that right?
 7       A.   Yes.
 8       Q.   Was March '23's version, version
 9   2.0, was that the original version or was
10   there a version 1.0 or some other prior
11   version?
12       A.   There was a version 1.0 that was
13   published earlier, I can't recall the exact
14   year.
15       Q.   How was version 1.0 different than
16   version 2.0 or version 2.1?
17            MR. GLUECKSTEIN:  Objection to
18       form.
19       A.   I can't remember the specifics
20   because version 1.0 was published I think in
21   2020 or something, a substantial amount of
22   time ago, but it didn't contain as many of
23   these statistical tests to detect fake volume
24   and I believe that it didn't have tests for
25   assessing whether or not an exchange has
```

Page 99

```
 1              K. Lu
 2   proof of reserves and I believe that there
 3   were substantial changes in how we determined
 4   the regulatory score.
 5       Q.   I know you don't remember the exact
 6   date that version 1.0 was released, but you
 7   believe it was prior to the petition date of
 8   FTX's bankruptcy which was November 11, 2022?
 9       A.   Yes.
10       Q.   Were there any other intervening
11   versions of the trusted exchange framework in
12   between version 1.0 and version 2.0?
13       A.   No, there were not.
14       Q.   So version 1.0 was the version that
15   was in existence on the FTX bankruptcy
16   petition date, is that right?
17       A.   That's correct.
18       Q.   Why did Coin Metrics not use
19   version 1.0 to analyze and beat the prices of
20   these digital assets if that was the version
21   that was in existence on the petition date?
22       A.   There have been substantial
23   improvements in the methodology between
24   version 1.0 and version 2.0.  I felt that
25   using the most recent version would produce
```

Page 100

```
 1              K. Lu
 2   the highest quality results.  It represents
 3   our latest and most advanced thinking on this
 4   topic and the sample period of data that we
 5   used in version 2.1 encompassed the petition
 6   time.
 7       Q.   The data that's used or input into
 8   the trusted exchange framework is collected
 9   and reviewed quarterly, is that right?
10       A.   Yes, we tried to adhere to a
11   quarterly cadence.
12       Q.   So the version of the framework
13   that you used in December of 2023 when you
14   prepared your declaration would have been
15   using statistics from the exchanges as of the
16   end of Q3 of 2023, is that right?
17       A.   That's right.
18       Q.   Why do you believe that that's an
19   appropriate measure to determine whether the
20   exchanges were trustworthy in November of
21   2022?
22       A.   As I said before, the sample data
23   we used was from I believe Q3 2022 to Q3 2023
24   so it included the petition time.
25            It's also my opinion that the
```

Page 101

```
 1              K. Lu
 2   trustworthiness of an exchange, it changes
 3   slowly, there is no very abrupt changes.  I
 4   felt that the fact that the data sample
 5   encompassed the petition time and the fact
 6   that the trusted exchange framework
 7   represents our best thinking on this topic
 8   made it the appropriate version to use.
 9       Q.   On page 4 of the framework which
10   has the heading, Overall Rankings.
11            Do you see that?
12       A.   Yes.
13       Q.   This is from version 2.1 which was
14   released in October of 2023, is that right?
15       A.   Yes.
16       Q.   So this page shows the grades that
17   each of these exchanges received in these
18   five different categories, is that right?
19       A.   Yes.
20       Q.   And those are data quality, spot
21   transparency, resilience and security,
22   regulatory compliance, API quality and then
23   there is the overall grade?
24       A.   Yes, that's right.
25       Q.   Who decided these would be the five
```

Page 130

K. Lu

1 outstanding shares that equates to?
2 A. It's a very, very small amount.
3 Q. Do you know if anyone else at Coin Metrics invests in Coin Base?
4 A. I don't know if others at Coin Metrics invest in Coin Base.
5 Q. Are you required to report your Coin Base share holdings to Coin Metrics?
6 A. No, that is not part of the conflict of interest policy that we have.
7 Q. Do you believe that owning those shares of Coin Base violates the conflict of interest policy at Coin Metrics?
8 A. No, I don't believe so.
9 Q. Why not?
10 A. Because the situation is not covered under the policy.
11 Q. What level of influence are you able to exert with respect to whether Coin Base is included or not as a trusted exchange on the trusted exchange framework?
12 A. I am not involved in the day to day maintenance of the trusted exchange framework, other than Coin Metrics will apply

Page 131

K. Lu

the statistical tests, but for the most part, these tests are entirely rules based and it's not able to be influenced by any one person.
Q. Did you receive any reporting, shareholder reports, offer memorandum, anything like that in your capacity as a shareholder of Coin Base?
A. I guess I would be given the standard reports that any other shareholder would receive.
Q. Do you rely on any of that reporting in determining whether Coin Base is a trusted exchange within the framework?
A. No.
Q. So you are familiar with the exchange LBank, is that right?
A. Yes.
Q. LBank received a grade of C under data quality in the current version of the trusted framework, is that right?
A. Yes.
Q. Do you recall what grade LBank received in version 1.0 of the trusted exchange framework?

Page 132

K. Lu

A. I don't recall.
Q. Do you recall what grade MexC received in the version 1.0?
A. I also don't recall.
Q. Was FTX included on the rankings in the version 1.0?
A. Yes, it was.
Q. Do you know what rankings it received?
A. I do not recall the exact ranking, but I recall it was considered a trusted exchange.
Q. You testified earlier that the methodology that you've created here is one way that you can calculate the price of a digital asset, is that right?
A. That's right.
Q. What are some other ways that could be used to calculate price?
A. Each data provider or index administrator has their own methodology. Many of them are similar, but typically, they will have their own methods for determining which exchanges they want to use as

Page 133

K. Lu

constituents.
They may also use different statistical techniques in calculating the price. Some methodologies may use the weighted average or a time weighted average price. Those are other common techniques that I've seen from reviewing other methodologies.
Q. Did you consider using any of those other methodologies here?
A. Yes. Well, in the development of the Coin Metrics' prices five years ago, we did consider the usage of a weighted average, but our backtesting results indicated that using a weight average would be susceptible to outliers, flash crashes and suspected manipulation, whereas the use and of a weighted median is more robust to these situations.
Q. Did you consider any other methodologies for how to calculate the prices for the digital assets in this case?
A. No, I mainly just used our existing methodology defined in the Coin Metrics'

Page 134

```
 1                K. Lu
 2   prices and applied it to this assignment.
 3       Q.   When you say the traditional
 4   methodology, that includes reliance on the
 5   trusted exchange framework, is that right?
 6       A.   Sorry, I don't know what you mean
 7   by traditional methodology, how is it used?
 8       Q.   So when you say you used the
 9   similar methodology to what you used to
10   develop the Coin Metrics' prices, does the
11   methodology used to develop the Coin Metrics'
12   prices rely on the trusted exchange
13   framework?
14       A.   Yes, the Coin Metrics' prices also
15   relies on the trusted exchange framework.
16       Q.   Does the Coin Metrics' prices also
17   look only to the data quality category in the
18   rankings to determine what is a trusted
19   exchange or does it use the aggregate grade
20   in the far-right column in the framework?
21       A.   It uses the aggregate grade.
22       Q.   So you are using the trusted
23   exchange framework differently for this
24   analysis than you do with the Coin Metrics'
25   prices, is that right?
```

Page 135

```
 1                K. Lu
 2       A.   That's right.
 3       Q.   Why did you deviate from what is
 4   normally done with the Coin Metrics' prices?
 5       A.   I thought that using a hierarchy of
 6   exchanges would be more appropriate where I
 7   first rely on the trusted exchanges if a
 8   given asset is traded on those exchanges and,
 9   if not, then I will consider the low rated
10   exchanges and, if not, I will consider the
11   FTX exchanges.
12            I thought this would lead to a more
13   -- to a higher quality price, something
14   that's more defensible and utilizes the
15   highest quality constituent exchanges
16   possible for each asset.
17       Q.   How does excluding the categories
18   of transparency, resilience and security,
19   regulatory compliance and API quality result
20   in more likely to receive a higher quality
21   exchange?
22       A.   In this case, I wanted to place
23   greater emphasis on ensuring that the
24   transactions on the exchanges I used were
25   truly economic in nature and were the results
```

Page 136

```
 1                K. Lu
 2   from willing buyers and willing sellers and
 3   that is what the data quality subcategory
 4   specifically examines, it examines for the
 5   presence of wash trading or, conversely,
 6   whether an exchange mostly engages in
 7   economic trading.
 8       Q.   So the other categories are not
 9   relevant to determining price?
10       A.   They're less relevant, for example,
11   the criteria for transparency mainly
12   addresses whether an exchange has proof of
13   reserves which means whether or not they can
14   prove that all assets on the platform are
15   backed by actual holdings.  That's less
16   relevant for calculating prices.
17       Q.   Coin Metrics, one of the products
18   it provides is the market data feed, is that
19   right?
20       A.   Yes.
21       Q.   Does that include exchanges such as
22   LBank?
23       A.   Yes, LBank is one of the exchanges
24   in the market data feed product.
25       Q.   Does the inclusion of LBank render
```

Page 137

```
 1                K. Lu
 2   the market data feed less reliable?
 3       A.   No, no, we cover a wide range of
 4   exchanges of varying quality.  LBank happens
 5   to be the lowest quality exchange that we
 6   cover according to the trusted exchange
 7   framework, but I don't think it lowers the
 8   quality of our overall data product.
 9       Q.   Why does inclusion of a lower
10   quality, in your view, exchange, not produce
11   the quality of the market data feed product?
12       A.   We are just providing data reported
13   by the exchanges.  The users can make their
14   own determination as to what data they want
15   to use from us and we publish the trusted
16   exchange framework as one method that they
17   can use to inform this decision.
18       Q.   Within the market data feed, is
19   there an indication that the data relating to
20   LBank may be less reliable because it's
21   coming from a less trusted exchange?
22       A.   There is no label or indicator in
23   the market data feed that speaks of the
24   quality of an exchange.
25            MR. APPLEBAUM:  I believe that's
```

35 (Pages 134 to 137)

Magna Legal Services

Page 138

K. Lu

all the questions -- we would request production of a copy of the conflict of interest policy that was referenced. I will pass the witness.

EXAMINATION BY
MR. CHAPPLE:

Q. My name is Ben Chapple. I'm an attorney with Reed Smith.

The ground rules that Mr. Applebaum went over with you at the outset of this deposition apply. We won't talk over each other.

If there is anything you don't understand, please ask me to rephrase my question.

A. Sure.

Q. If you answer my question, I will assume you understand it.

Do you understand?

A. Yes.

Q. Obviously, we covered a lot of ground today. I will do my best not to rehash anything we've already discussed, but there will be some overlap.

Page 139

K. Lu

Q. Do you know what a market maker is?

A. Yes.

Q. What is a market maker?

A. They typically will hold inventory in a wide range of assets and facilitate the buying and selling of that asset to interested parties. They're in the business of providing liquidity to buyers and sellers that desire liquidity.

Q. Do you believe there are any competitive market makers with respect to Maps and/or OXY tokens?

A. I don't know if there are any market makers that engage in trading of those assets.

Q. So you are just simply unaware whether any market makers exist competitive or otherwise?

A. Right, there could be or couldn't be, I don't know one way or the other.

Q. In connection with your engagement, you undertook no effort to determine the extent to which there are market makers, is that correct?

Page 140

K. Lu

A. That's right.

Q. You specifically advised Professor Howell not to use volume data from ZB, Local Bitcoin and LBank, isn't that correct?

A. No, I did not specifically advise her to do that.

Q. Do you believe that Professor Howell should have used volume data from ZB, Local Bitcoin or LBank?

A. Again, this is something that's hard for me to offer an opinion about since it's outside the scope of my work and I am not familiar with the scope of her assignment or the research regarding how to calculate a liquidity discount so for those reasons, I can't say whether or not it's appropriate or not -- whether it's appropriate or not appropriate.

Q. So just to be clear, when I asked earlier if you advised Professor Howell not to use volume data from ZB, Local Bitcoin or LBank, just to be clear, I mean directly or indirectly including through counsel.

Do you understand?

Page 141

K. Lu

A. Yes, I received questions from Alvarez & Marsal. They presented me with some data which showed outliers in volume, many of which came from the exchanges ZB.com and LBank.

In Coin Metrics' experience of maintaining our data feeds with exchanges over the past five years, we've determined that there are several instances where the reported data from ZB.com and LBank is clearly erroneous. We've seen specific examples where volume has spiked by a factor of 8,000 which suggests to us that the data is completely wrong and we observed this both on LBank and ZB.com.

I expressed these thoughts to Alvarez & Marsal, but I had no context as to how they were going to use this information.

Q. So it was not your intention to advise Professor Howell directly or indirectly whether or not she should use volume data from ZB, Local Bitcoin and/or LBank, is that correct?

A. I didn't know the context of how

Page 142

```
 1          K. Lu
 2   they were going to use it.  I simply received
 3   some charts that showed some outliers and I
 4   explained to them why they are seeing these
 5   outliers.
 6      Q.  Cryptocurrency trades 24/7,
 7   correct?
 8      A.  Yes.
 9      Q.  And cryptocurrency traders are all
10   over the world, right?
11      A.  Yes.
12      Q.  Do you agree that the highest
13   activity in cryptocurrency generally --
14   strike that.
15          Do you agree with the statement
16   that the highest activity in cryptocurrency
17   trading occurs between 9:00 a.m. and 4:00
18   p.m. local time?
19      A.  By local time, do you mean a
20   specific time zone or...
21      Q.  By local time, I mean the time zone
22   in which the trader resides, is located
23   during that period of time.
24      A.  Yes, I agree with that statement.
25      Q.  Just to be clear, you agree that
```

Page 143

```
 1          K. Lu
 2   the highest activity for cryptocurrency
 3   occurs 9:00 a.m. to 4:00 p.m. where the
 4   trader is located, correct?
 5      A.  It generally follows that pattern.
 6      Q.  Under what circumstances does it
 7   not follow that general pattern?
 8      A.  I don't know.  There could be
 9   certain assets that just for some reason,
10   don't follow that pattern.
11      Q.  Sitting here today, are you
12   familiar with any circumstances or specific
13   instances where it did not follow that
14   general pattern that you can point to?
15      A.  I don't know of any specific
16   instances, I haven't looked at the data.
17      Q.  So in light of recognizing that
18   generally, the highest activity in
19   cryptocurrency occurs between 9:00 a.m. and
20   4:00 p.m. local time, why did you choose a
21   60-minute interval?
22      A.  My interpretation of my assignment
23   was to calculate the price exactly at the
24   petition time.  That meant that I chose a
25   calculation window immediately prior to the
```

Page 144

```
 1          K. Lu
 2   petition time.  If I chose a different
 3   window, that would violate my understanding
 4   of the assignment because it would involve
 5   data, perhaps a significant time before the
 6   petition time.
 7      Q.  A point of disagreement between you
 8   and Mr. Konstantinidis relates to the
 9   liability of trading volume data from Coin
10   Market Cap, correct?
11      A.  Yes.
12      Q.  Coin Market Cap is a data
13   aggregator, correct?
14      A.  Yes.
15      Q.  What does it mean to be a data
16   aggregator?
17      A.  In this context, I mean that it's
18   taking data from a large number of exchanges
19   and applying statistical techniques to show
20   prices and combine trading volume.
21      Q.  Coin Market Cap is a competitor of
22   Coin Metrics, correct?
23      A.  Depends on what you mean by
24   competitor.
25          Internally, we don't really
```

Page 145

```
 1          K. Lu
 2   consider it to be a close competitor because
 3   the profile of clients that we serve is very
 4   different.  My understanding is that Coin
 5   Market Cap uses an advertising based and
 6   exchange paid business model and primarily
 7   serves a retail user base, whereas Coin
 8   Metrics, we are exclusively a business to
 9   business company that serves institutional
10   investors and other companies in the digital
11   assets industry.
12      Q.  Do you agree with me that Coin
13   Market Cap as well as Coin Metrics' customer
14   base overlaps?
15      A.  No, I said that we don't believe
16   there is much overlap because Coin Market Cap
17   primarily serves a retail user base, they
18   primarily serve the exchanges themselves,
19   that's how they get paid, whereas Coin
20   Metrics serves institutional investors and
21   companies in the industry.
22      Q.  So it's your understanding that
23   Coin Market Cap does not serve institutional
24   investors or others in the industry?
25      A.  They may serve, but I think
```

Page 146

```
 1                K. Lu
 2   primarily they do not serve institutional
 3   investors.
 4        Q.   You indicate that Coin Market Cap
 5   is not a reliable source of trading volume
 6   data because you believe, based on certain
 7   studies identified in your response, that
 8   Coin Market Cap's volume numbers include a
 9   large portion of fake volume and wash
10   trading, correct?
11        A.   Yes.
12        Q.   Have you performed any independent
13   analysis of the reliability of the trading
14   volume reported by Coin Market Cap?
15        A.   I personally haven't.
16        Q.   Has anyone done so at your
17   direction?
18        A.   No.
19        Q.   Why did you caveat your answer,
20   personally, you have not?
21        A.   I decided to caveat because I
22   reviewed research from other researchers
23   outside of Coin Metrics who have examined the
24   accuracy of Coin Market Cap's volumes and
25   their conclusion is that it's over reporting.
```

Page 147

```
 1                K. Lu
 2        Q.   You said that you reviewed other
 3   reviewer's findings, is that what you said?
 4        A.   Yes.
 5        Q.   Did you independently assess the
 6   other reviewer's finding or did you just take
 7   the reviewer's finding at face value?
 8        A.   As one example, I reviewed the 2019
 9   Bitwise paper which concluded that 95 percent
10   of the volume is fake and although we have
11   not performed the same exact analysis that
12   Bitwise did, we have used the techniques that
13   they introduced in the paper and applied it
14   to our own sample of data and have found
15   those techniques are effective in identifying
16   exchanges that may engage in wash trading.
17        Q.   So the Bitwise article that you
18   were just mentioning, I will refer to it as
19   the 2019 Bitwise article.
20             Do you understand?
21        A.   Yes.
22        Q.   Following the publication of the
23   2019 Bitwise article, Coin Market Cap made
24   some changes to how it calculates total sales
25   volume, correct?
```

Page 148

```
 1                K. Lu
 2        A.   Yes, trading volume.
 3        Q.   And, in fact, in footnote 8 of your
 4   response, you note that after the publication
 5   of the 2019 Bitwise article, Coin Market Cap
 6   began excluding a particular exchange from
 7   reported volume calculations if the exchange
 8   had zero fees, provides incentives to users
 9   to trade or if the price outliers are
10   detected, isn't that correct?
11             Footnote 8, paragraph 10 of your
12   report if you would like to refer to it.
13        A.   Yes, that's correct.
14        Q.   When were these changes
15   implemented?
16        A.   I don't know the exact date, but in
17   the subsequent months after the publication
18   of the 2019 Bitwise report.
19        Q.   So the changes would have been
20   implemented prior to the petition date?
21        A.   Yes.
22        Q.   Would an exchange that had zero
23   fees be more likely to have more fake volume
24   or wash trading than an exchange that
25   enforces trading fees?
```

Page 149

```
 1                K. Lu
 2        A.   Yes, I think an exchange that has
 3   zero trading fees invites wash trading.
 4        Q.   So removing exchanges without
 5   trading fees would reduce the percentage of
 6   fake volume or wash trading, correct?
 7        A.   It would, but there would be
 8   several other exchanges that engage in wash
 9   trade that that rule would not exclude.
10        Q.   Such as?
11        A.   As I explained in my footnote 8,
12   the steps that Coin Market Cap took represent
13   only the most cursory attempts at addressing
14   the fake volume problem.  They are removing
15   exchanges which are engaging the most blatant
16   and obvious forms of wash trading.  It's my
17   opinion that if an exchange wants to engage
18   in wash trading to deceive market
19   participants, they would want to do it in a
20   somewhat covert manner, they want to do it
21   secretly and not let others know that they
22   are doing so in order for their deception to
23   succeed.
24             It's my understanding that Coin
25   Market Cap is still taking no steps to
```

Page 150

K. Lu

```
 2  address exchanges that may engage in covert
 3  deception and it is still my opinion that
 4  Coin Market Cap's volume includes substantial
 5  amount of wash trading.
 6      Q.  Would an exchange that provides
 7  incentives to users to trade be more likely
 8  to have more fake volume or wash trade in an
 9  exchange that does not offer such incentives?
10      A.  Yes, it would -- an exchange that
11  engages in that process would have more wash
12  trade.
13      Q.  So removing exchanges that provides
14  incentive to users to trade would reduce the
15  percentage of fake volume or wash trading,
16  correct?
17      A.  Yes, but as I mentioned before,
18  that only addresses the most cursory attempt
19  at addressing the problem.
20      Q.  Would an exchange that has price
21  outliers be more likely to have fake volume
22  or wash trading than an exchange that does
23  not offer such incentives?
24      A.  I think that it's unrelated to wash
25  trading.  I don't know why Coin Market Cap
```

Page 151

K. Lu

```
 2  decides to exclude it.  One reason could be
 3  that sometimes a ticker symbol may be
 4  mismatched between the exchange reported
 5  symbol and Coin Market Cap symbol that could
 6  lead to an outlier.  In those cases, they
 7  decide to remove it from the volume
 8  calculation.
 9      Q.  Have you performed or has anyone at
10  your direction performed any analysis to
11  determine whether any changes implemented by
12  Coin Market Cap after the 2019 Bitwise
13  article improved the reliability of Coin
14  Market Cap's reported trading volume?
15      A.  No, I have not and no one under my
16  direction has done so either.
17      Q.  Are you aware of any studies that
18  analyze the reliability of Coin Market Cap's
19  volume data after the changes we just
20  discussed were implemented?
21      A.  I don't know, but subsequent to the
22  publication of the 2019 Bitwise report, there
23  have been other independent researchers who
24  have studied the same problem using more
25  recent samples of data and they have come to
```

Page 152

K. Lu

```
 2  the same conclusion.
 3      Q.  Can you identify any of those
 4  researchers?
 5      A.  Yes.  They are listed in my
 6  response in footnote 7.
 7      Q.  Is Cong one of the researchers?
 8      A.  Yes.
 9      Q.  Is Le Pennec one of the
10  researchers?
11      A.  Yes.
12      Q.  Is it fair to say that footnote 7
13  includes all of the researchers of which you
14  are aware?
15      A.  No.  In fact, if you Google on
16  Google Scholar the terms crypto wash trading,
17  you will find hundreds of results.  It's been
18  a well-studied topic in the literature.
19      Q.  Why did you choose to include the
20  specific examples that you did in footnote 7
21  as opposed to any of the other hundreds of
22  examples?
23      A.  These are some of the most highly
24  cited papers.  The ones that have achieved
25  the most prominence in the literature.
```

Page 153

K. Lu

```
 2      Q.  In your view, did the examples that
 3  you included in footnote 7 best support your
 4  opinion on this issue?
 5      A.  I don't know if they best support,
 6  there could be other papers that support it
 7  even better, but they're certainly consistent
 8  with my opinion that there is a considerable
 9  amount of wash trade that occurs.
10      Q.  You note in your report that after
11  the publication of the 2019 Bitwise article,
12  Coin Market Cap has released additional
13  metrics to provide users with a greater level
14  of transparency regarding which exchanges are
15  likely to have noneconomic or fake volume,
16  correct?
17      A.  Yes.
18      Q.  When were these additional metrics
19  first introduced?
20      A.  Again, I don't know the exact
21  timing, but to the best of my recollection,
22  it's in the months after the publication of
23  the Bitwise report.
24      Q.  These metrics include a confidence
25  indicator and liquidity score, correct?
```