# EXHIBIT G

**Excerpts of Konstantinidis Deposition**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

```
IN RE:                      )
                            )
                            ) Case No.
FTX TRADING LTD., et al.    )
                            ) 22-11068 (JTD)
      Debtors.              )
```

EXAMINATION OF

FOTIOS KONSTANTINIDIS

_____

TAKEN ON

TUESDAY, FEBRUARY 27, 2024

CERTIFIED STENOGRAPHER:
 JESSIE WAACK, RDR, CRR, CCRR, NYRCR, NYACR,
 CCR-NJ (No. 30XI008238700) CSR-TX (No. 11958)
 CCR-WA (No. 21007264), CSR-CA (No. 14420),
 REALTIME SYSTEMS ADMINISTRATOR
 JOB NO.:  1105009



Page 14

F. KONSTANTINIDIS - 02/27/2024
2  matter?
3      A.   By saying "complete," what do you
4  mean?
5      Q.   Are you offering opinions on any
6  subjects that are outside Exhibits -- the
7  scope of Exhibits 1 and 2?
8      A.   These are my reports, but based
9  on the -- on your questions, I will clarify
10  my opinions --
11     Q.   Okay.
12     A.   -- or provide additional
13  insights.
14     Q.   And with respect to the -- are
15  you -- you're intending to testify at the
16  hearing on March 20 before the Court?
17     A.   Yes.
18     Q.   Are you intending to provide
19  testimony and offer opinions on any
20  subjects that are not contained in
21  Exhibits 1 and 2?
22     A.   I will be testifying based on my
23  opinions; however, based on the questions,
24  I may expand on my opinions.
25     Q.   Have any of your opinions changed

Page 15

F. KONSTANTINIDIS - 02/27/2024
2  in any way since you completed and executed
3  your reports reflected in Exhibits 1 and 2?
4      A.   No, they haven't.
5      Q.   Is there anything in those
6  reports that you would like to amend or
7  clarify with respect to the testimony
8  that -- or not testimony, with respect to
9  the opinions that are contained in those
10  reports?
11     A.   No, I don't.
12     Q.   Mr. Konstantinidis, you're not
13  offering an opinion on any alternative ways
14  that the debtors could try to realize value
15  from Maps, Oxy or Serum, are you?
16     A.   The scope of my opinions were to
17  value the portfolios of the four entities.
18  It wasn't in scope to determine how the
19  liquidation of the debtors' side will take
20  place.
21     Q.   So you're not offering an opinion
22  on how the debtors would liquidate those
23  assets?
24     A.   I'm not offering an opinion on
25  how the liquidation will be implemented.

Page 16

F. KONSTANTINIDIS - 02/27/2024
2      Q.   And you're not offering an
3  opinion on any alternatives to a
4  liquidation?
5      A.   My opinions are strictly on
6  valuing the portfolios as of the petition
7  date and time.
8      Q.   Similarly, Mr. Konstantinidis,
9  you're not offering any opinion with
10  respect to trading strategies or other ways
11  the debtors might monetize their token
12  portfolio, correct?
13     A.   Correct.  That's out of the scope
14  of my opinions.
15     Q.   And you're not suggesting that
16  the debtors should hedge or short or do
17  anything else with respect to their tokens
18  with respect to monetization of those
19  tokens, correct?
20     A.   Correct.
21     Q.   Are you familiar with the concept
22  of burning tokens?
23     A.   Yes.
24     Q.   What is the concept of burning
25  tokens?

Page 17

F. KONSTANTINIDIS - 02/27/2024
2      A.   Well, in many cases, either
3  individuals or entities, they will decide
4  to burn tokens, basically throw them away
5  from the wallet ID so -- for different
6  strategies.
7      Q.   You're not offering an opinion
8  that the debtors should be burning Maps,
9  Oxy or Serum tokens in this case, are you?
10     A.   Again, solely my opinions was to
11  value the portfolios.
12     Q.   So you're not offering an opinion
13  with respect to whether it makes sense for
14  the debtors to burn tokens in this matter,
15  are you?
16     A.   I'm not offering any opinions
17  about potential strategies from the
18  debtors.
19     Q.   Did you have -- in completing the
20  analysis and opinions reflected in your
21  reports, did you have assistance from
22  anyone in completing that work?
23     A.   Yes, I did.
24     Q.   Who assisted you?
25     A.   I had two members of my team that



Page 18

1  F. KONSTANTINIDIS - 02/27/2024
2  assisted me in the data analysis and also
3  another person that assisted me with a
4  blockers discount model with a model that I
5  use for valuation.
6      Q.  Are these other employees at
7  Stout?
8      A.  There are other -- in general?
9      Q.  No.  Are the -- are the
10 individuals who assisted you other
11 employees of Stout?
12     A.  Yes.
13     Q.  What was their role in the
14 analysis compared to yours?
15     A.  The role of one of them was to
16 analyze the data we received.  The role of
17 the second was to mine the blockchain so we
18 can get cryptocurrency data.  The third one
19 was to run the Stout valuation model under
20 my guidance.
21     Q.  If you could look at Exhibit B to
22 what is Exhibit 1 of your report, your
23 report that you filed on behalf of the DLA
24 clients.
25     A.  Uh-huh.

Page 19

1  F. KONSTANTINIDIS - 02/27/2024
2      Q.  Exhibit B there is a copy of your
3  CV; is that correct?
4      A.  Exhibit B or Exhibit 1?
5      Q.  Exhibit B to that document, sir.
6      A.  Oh, okay.  Okay.
7      Q.  Is that a copy of your CV?
8      A.  Yes.
9      Q.  Is that CV still accurate as we
10 sit here today?
11     A.  Yes.
12     Q.  Mr. Konstantinidis, I understand
13 from your CV that you obtained an
14 undergraduate degree in physics in Greece;
15 is that correct?
16     A.  That's correct.
17     Q.  Then you attended UCLA for
18 graduate school; is that right?
19     A.  Yes.
20     Q.  What degrees did you obtain in
21 connection with your graduate studies?
22     A.  I obtained a master's in space
23 physics and a master's in computer science.
24     Q.  Do you hold any degrees in
25 finance?

Page 20

1  F. KONSTANTINIDIS - 02/27/2024
2      A.  No.
3      Q.  Do you hold any degrees in
4  economics?
5      A.  No.
6      Q.  Do you hold any professional
7  certifications or licenses in either
8  finance or economics?
9      A.  No.
10     Q.  Do you hold any degrees in
11 valuation?
12     A.  What do you mean "degrees in
13 valuation"?
14     Q.  Do you have any -- either
15 educational degrees or professional
16 certifications in valuation.
17     A.  As far as I know, there's no
18 degree in valuation.  So you mean
19 certification or...
20     Q.  Any -- whether it be
21 certification, licensing, professional --
22     A.  No.
23     Q.  Based on your CV, sir, I
24 understand you've been with Stout since
25 August of 2019; is that correct?

Page 21

1  F. KONSTANTINIDIS - 02/27/2024
2      A.  Yes.
3      Q.  Okay.  And prior to your role
4  joining Stout, did you do any work
5  performing asset valuation?
6      A.  No.
7      Q.  Prior to joining Stout, in your
8  experience, did you have any experience
9  with application of asset discounts?
10     A.  No.
11     Q.  Prior to your joining Stout in
12 2019, did you have any professional
13 experience with respect to digital assets?
14     A.  Yes.
15     Q.  Can you explain for me that
16 experience prior to joining Stout?
17     A.  Yes.  That experience was with
18 Visa, obviously the biggest payment
19 network, between 2015 and 2017.  There were
20 multiple prototypes on the blockchain
21 network.  And products I built with startup
22 at Visa was investing -- investing in
23 chain.com.
24         At McKinsey, there were clients
25 that I was working for that they had



```
                                                    Page 22
 1           F. KONSTANTINIDIS - 02/27/2024
 2   blockchain.
 3           And in my most recent employ just
 4   before Stout, I worked on the blockchain
 5   for specific use cases for the fintech
 6   industry.
 7        Q.  And what do you mean by that,
 8   when you say work on the blockchain?  What
 9   were you actually doing?
10        A.  I was actually using blockchain
11   to identify customers.  So I knew the
12   intricacies of the blockchain and how it
13   works, which is the main platform for
14   digital assets.
15        Q.  And was either of those -- either
16   of those experiences -- neither of those
17   experiences involved valuation of digital
18   assets, correct?
19        A.  Correct.
20        Q.  Okay.  Turning to your time at
21   Stout.
22           On the first page of your CV, you
23   list under the heading of Stout you're the
24   global practice lead offering five service
25   lines there --
```

```
                                                    Page 23
 1           F. KONSTANTINIDIS - 02/27/2024
 2        A.  Uh-huh.
 3        Q.  -- do you see that?
 4        A.  Yep.  Yes.
 5        Q.  Do any of these service lines
 6   that you are the practice lead for focus on
 7   asset valuation?
 8        A.  Yes.  The second one, the data
 9   analyticals and business intelligence.
10   This is on our website, the one we have --
11   the one we list the digital assets
12   subpractice line, if you will.
13        Q.  And what is the -- you know, what
14   is the scope of the work that you do at
15   Stout or have done at Stout in the area of
16   valuation that falls under that business
17   line?
18        A.  I valued cryptocurrencies and
19   NFTs, non-fungible tokens.
20        Q.  Okay.  With respect to valuation
21   of cryptocurrencies, can you elaborate on
22   your experience there?
23        A.  Yes.  Purely for cryptocurrencies
24   in the last two years, I had about eight
25   valuation projects.  Six of them were
```

```
                                                    Page 24
 1           F. KONSTANTINIDIS - 02/27/2024
 2   primarily for tax purposes, and two of them
 3   were for financial reporting from companies
 4   that they invest.
 5           And one of them actually was the
 6   Celsius bankruptcy where I valued close to
 7   130 cryptocurrencies.
 8        Q.  And was the valuation you did in
 9   Celsius, does that fall within your
10   category of tax purposes or financial
11   purposes?
12        A.  That one was primarily for
13   financial reporting.  That was the
14   instructions.
15        Q.  And you did not -- did you submit
16   a report in the Celsius bankruptcy?
17        A.  There was the report that was
18   submitted by Alvarez & Marsal on our
19   behalf, but my analysis was part of the
20   report.
21        Q.  And you did not testify in the
22   Celsius bankruptcy?
23        A.  There was one of my colleagues
24   that testified.
25        Q.  Okay.  But you did not?
```

```
                                                    Page 25
 1           F. KONSTANTINIDIS - 02/27/2024
 2        A.  I did not.
 3        Q.  Does any of your work at Stout as
 4   the global digital practice lead, do you
 5   have experience, specific experience with
 6   respect to determining asset discounts
 7   prior to this matter?
 8        A.  Yes.
 9        Q.  Can you explain your experience
10   in that area?
11        A.  Those projects that I mentioned
12   before with cryptocurrencies for IRS
13   purposes --
14        Q.  Uh-huh.
15        A.  -- and even for financial
16   reporting, they had discounts in them that
17   I had to calculate.
18        Q.  Okay.  So when you say
19   "discount," when you say that you
20   calculated discounts for IRS purposes --
21        A.  Uh-huh.
22        Q.  -- can you walk me through what
23   that type of assignment would be, what you
24   would actually do?
25        A.  Yes.  An individual or an entity
```



Page 30

1     F. KONSTANTINIDIS - 02/27/2024
2  submitted expert reports in arbitration
3  proceedings?
4     A.  Yes.
5     Q.  How many times?
6     A.  Just once.
7     Q.  What was the subject matter of
8  that expert report?
9     A.  Primarily sampling theory,
10 confidence intervals.  That was the
11 primary -- that was -- I was an expert for
12 confidence interval and sampling theory.
13    Q.  Did you testify in that case?
14    A.  I'm not sure if legal it's called
15 testimony, but, yes, I was -- I was there
16 in arbitration hearing in person with the
17 other expert.
18    Q.  And you were examined in front of
19 the arbitration panel?
20    A.  Correct.
21    Q.  And did that engagement have
22 anything to do with digital assets?
23    A.  No.
24    Q.  Do you recall when that -- when
25 that was?

Page 31

1     F. KONSTANTINIDIS - 02/27/2024
2     A.  Maybe a year and a half ago.  I
3  mean, I don't exactly remember, but...
4     Q.  How are you engaged in this
5  matter?
6     A.  A colleague of mine from Stout
7  told me about DLA Piper's sort of, like,
8  need for an expert to analyze and study the
9  opposing experts' report and value the
10 assets.
11        And then he put me in contact
12 with DLA Piper, and that's how I was
13 engaged.
14    Q.  And how did you become -- were
15 you separately engaged by Reed Smith on
16 behalf of those clients?
17       MR. ROSTOCKI:  Object to form.
18       THE WITNESS:  Again, through the
19    same colleague of mine, I was
20    separately engaged also with Reed
21    Smith.
22 BY MR. GLUECKSTEIN:
23    Q.  And so the engagements were --
24 each came to you through your colleague at
25 Stout?

Page 32

1     F. KONSTANTINIDIS - 02/27/2024
2     A.  Correct.
3     Q.  What was the scope of the
4  assignment that was given to you by
5  DLA Piper on behalf of its clients?
6     A.  It was to read, study and analyze
7  the opposing experts' reports and also
8  provide value for the portfolios.
9     Q.  When you say "provide value for
10 the portfolios," what are you referring to?
11    A.  I'm referring to valuing the
12 portfolios.
13    Q.  Portfolios of what?
14    A.  Of the two entities that I
15 represent.
16    Q.  With respect to -- a portfolio of
17 what?  Of their cryptocurrency holdings?
18    A.  Yes.  Of the digital assets.
19    Q.  Was that limited in some way to
20 specific digital assets?
21    A.  Well, in this case one of them
22 had Maps and Serum, and the other had Oxy
23 and Serum.
24    Q.  So you were -- you undertook to
25 value the holdings of the DLA clients in

Page 33

1     F. KONSTANTINIDIS - 02/27/2024
2  Maps, Oxy and Serum?
3     A.  Yes.
4     Q.  What was the scope of your
5  assignment in this matter by the -- when
6  you were retained by the Reed Smith
7  clients?
8     A.  It was, again, to study and
9  analyze the opposing experts' reports and
10 provide value for the portfolios of their
11 clients -- or their digital assets that
12 they hold.
13    Q.  Is it your understanding there's
14 any difference in scope of your assignment
15 between those two engagements?
16    A.  Well, primarily on the Reed Smith
17 it was mostly focused on the -- on the
18 valuation part.  That's evident in my
19 report.
20        And on the DLA Piper side, it was
21 also a little bit more on the studying and
22 analyzing the opposing experts' reports.
23    Q.  Were there any opinions in this
24 matter that either clients asked you to
25 give that you declined to provide?

Page 34

1  F. KONSTANTINIDIS - 02/27/2024
2  A. No.
3  Q. Had you worked with DLA Piper on
4  any other engagements prior to this one?
5  A. No.
6  Q. Do I understand correctly from
7  your report that you're being paid hourly
8  for your services in connection with this
9  litigation?
10  A. Yes.
11  Q. Are you receiving any additional
12  compensation or incentives beyond your
13  hourly rate?
14  A. No.
15  Q. Mr. Konstantinidis, have you done
16  any prior work with CoinMarketCap?
17  A. Yes.
18  Q. When have you worked with
19  CoinMarketCap?
20  A. In all of this engagements I
21  described before, CoinMarketCap is the main
22  data aggregator that I'm using along with
23  the other two that I put in my report, Coin
24  Paprika and CoinGecko.
25  Q. So in your work, you generally

Page 35

1  F. KONSTANTINIDIS - 02/27/2024
2  rely on data from CoinMarketCap; is that
3  right?
4  A. It's one of the sources.
5  Q. Have you done any work with
6  CoinMarketCap directly as a client?
7  A. No.
8  Q. How many -- approximately how
9  many hours have you spent on this
10  engagement between the clients?
11  A. That's an approximation, because
12  there's no way for me to remember. But I
13  would say approximately 80 hours.
14  Q. Do you have any sense of how many
15  hours the others on your team spent on this
16  engagement?
17  A. Less than that definitely.
18  Q. What is your understanding,
19  Mr. Konstantinidis, of what -- what the Oxy
20  token is?
21  A. My understanding is that it is a
22  utility and governance token that it's --
23  it's used for specific fintech use cases
24  like borrowing. And it's a native token
25  for the Oxygen protocol.

Page 36

1  F. KONSTANTINIDIS - 02/27/2024
2  Q. What is the understanding -- what
3  understanding do you have of what the
4  Oxygen protocol is?
5  A. It provides the -- if you hold
6  the network, that it has governance rules
7  into it where the token lives. It is
8  pretty standard in cryptocurrencies that
9  they have their own network where they
10  reside.
11  Q. Are you aware of the current
12  status of the Oxygen protocol ecosystem?
13  A. I wouldn't know the most recent
14  ones, because I didn't check it recently.
15  But it's still active, and it looks like it
16  still has a website and the native token is
17  still trading.
18  Q. Beyond the native token still
19  trading, and the fact that they have a
20  website, do you have any information one
21  way or the other as to what the Oxygen
22  protocol ecosystem is currently doing, if
23  anything?
24  A. I think I list that also in my
25  report about its objective.

Page 37

1  F. KONSTANTINIDIS - 02/27/2024
2  Q. I'm sorry. Where are you
3  looking?
4  A. I'm looking at page 8.
5  Q. You're looking at paragraph 18 of
6  your report --
7  A. Paragraph -- yes.
8  MR. TOROSIAN: Of Exhibit 1, just
9  for clarification.
10  THE WITNESS: Of Exhibit 1.
11  BY MR. GLUECKSTEIN:
12  Q. In determination of -- you're
13  citing to what the -- what you state is the
14  main objective of the Oxygen protocol as
15  stated there in paragraph 18?
16  A. That this is -- yeah, this is my
17  understanding of the Oxygen protocol, what
18  I have in my report.
19  Q. And there's nothing in your
20  report about what the current status of the
21  Oxygen protocol ecosystem is today,
22  correct?
23  A. No. Because the scope was to
24  value everything as of the petition date.
25  Everything that happened after is



```
                                              Page 46
 1          F. KONSTANTINIDIS - 02/27/2024
 2          THE WITNESS:  Yes.  So for my
 3      engagements for cryptocurrency, the
 4      scope is to value the tokens.  So I'm
 5      not sure what the fundamental value
 6      means in that context.
 7   BY MR. GLUECKSTEIN:
 8      Q.  When you say "value the tokens,"
 9   how do you define -- when you say "value
10   the tokens," what do you mean?
11      A.  I mean what do they value for a
12   willing seller and a willing buyer.
13      Q.  As far as the price that you
14   could trade the token?
15      A.  Not necessarily trade, because it
16   may not be traded.  But the price that
17   someone is willing to pay to buy the token.
18      Q.  In your mind, is there any value
19   in a token that goes beyond the price that
20   a buyer and a seller would be willing to
21   pay and receive?
22          MR. TOROSIAN:  Object to form.
23          THE WITNESS:  What do you mean?
24      Can you give me an example?
25   ///
```

```
                                              Page 47
 1          F. KONSTANTINIDIS - 02/27/2024
 2   BY MR. GLUECKSTEIN:
 3      Q.  Is there any value beyond the
 4   price -- let me strike that.
 5          Your valuation of tokens is
 6   establishing the price that a buyer and
 7   seller would agree on for purposes of that
 8   token, correct?
 9      A.  Yes.  Or for IRS purposes,
10   what -- what are they valuing those tokens.
11      Q.  And you're not offering any other
12   valuation opinions with respect to the
13   tokens other than that price, as you define
14   it?
15          MR. TOROSIAN:  Object to form.
16          THE WITNESS:  What would be
17      another opinion?  I'm --
18   BY MR. GLUECKSTEIN:
19      Q.  I'm just asking.
20      A.  No, I understand.  But I'm giving
21   the value of the token.
22      Q.  Okay.  Mr. Konstantinidis, you --
23   your reports, you -- and you agree with the
24   debtors here that discounts to the petition
25   date spot pricing for Maps, Oxy and Serum
```

```
                                              Page 48
 1          F. KONSTANTINIDIS - 02/27/2024
 2   need to be made, correct?
 3      A.  Yes.
 4      Q.  So you're not suggesting that
 5   there's any basis to value any of Maps, Oxy
 6   or Serum at the spot price on the petition
 7   date, right?
 8      A.  Correct.
 9      Q.  So the claims that were submitted
10   by your clients in the debtors' bankruptcy
11   cases with amounts based on petition date
12   spot pricing are incorrect or
13   unsupportable, correct?
14          MR. ROSTOCKI:  Objection to form.
15          MR. TOROSIAN:  Object to form.
16          THE WITNESS:  I haven't read that
17      document.  But due to the volume of the
18      trading volume, you cannot use the spot
19      price as of the petition date for the
20      whole block.
21   BY MR. GLUECKSTEIN:
22      Q.  Sir, have you reviewed the motion
23   that was filed by the debtors to estimate
24   claims based on digital assets that we're
25   here talking about today?
```

```
                                              Page 49
 1          F. KONSTANTINIDIS - 02/27/2024
 2      A.  Which motion are you referring
 3   to?
 4      Q.  Well, let's take a look at it.
 5          (Whereupon, Exhibit 3, is marked
 6          for identification.)
 7   BY MR. GLUECKSTEIN:
 8      Q.  Sir, you have in front of you
 9   what is titled "Motion of Debtors to
10   Estimate Claims Based on Digital Assets."
11          Do you see that?
12      A.  Yes.
13      Q.  Have you ever reviewed this
14   document before?
15      A.  I may have looked at it, but I
16   don't remember the details.
17      Q.  Do you have an understanding of
18   what the debtors seek to do in this motion
19   for which you were retained to provide your
20   valuation?
21          MR. ROSTOCKI:  Objection to form.
22          THE WITNESS:  Not exactly,
23      because that was out of scope -- out of
24      the scope of what I did.
25   ///
```



Page 50

```
 1           F. KONSTANTINIDIS - 02/27/2024
 2   BY MR. GLUECKSTEIN:
 3       Q.   So you looked -- you just looked
 4   at -- as you described it, you provided
 5   critiques of the debtors' experts, and you
 6   valued the tokens?
 7            MR. ROSTOCKI:  Objection to form.
 8            THE WITNESS:  That was the scope,
 9       yes.
10   BY MR. GLUECKSTEIN:
11       Q.   Okay.  All right.  So you
12   didn't -- you didn't do anything else with
13   respect to consider what the debtors were
14   asking the Court to do in connection with
15   the opinion you were providing, correct?
16       A.   Yes.  I'm a valuation expert, so
17   I valued the portfolios.
18       Q.   You've described a few times as
19   you valued your clients' portfolio of Maps,
20   Oxy and Serum tokens, correct?
21            MR. ROSTOCKI:  Objection to form.
22            THE WITNESS:  Yeah.
23   BY MR. GLUECKSTEIN:
24       Q.   You did not value Maps, Oxy or
25   Serum with respect to any other customers
```

Page 51

```
 1           F. KONSTANTINIDIS - 02/27/2024
 2   of FTX, correct?
 3       A.   Correct.
 4       Q.   And you're not anywhere offering
 5   an opinion on the value of Maps, Oxy or
 6   Serum as of the petition date that would be
 7   applicable to other customers of FTX,
 8   correct?
 9       A.   Correct.
10       Q.   And your opinion, as reflected in
11   Exhibit 1, is that discounts to petition
12   date prices should be made for each of your
13   clients on a per-entity basis, correct?
14       A.   Yes.
15       Q.   All right.  And you say that
16   in -- if you look at paragraph 49 of your
17   report.
18       A.   Uh-huh.
19       Q.   In paragraph 49 you say, "The
20   result of this analysis as of the date of
21   this report and based on the foregoing
22   valuation methodology is that the
23   appropriate discounts on a per-entity basis
24   as of the petition date," and it goes on to
25   list price -- discounts there, correct?
```

Page 52

```
 1           F. KONSTANTINIDIS - 02/27/2024
 2       A.   Yes.
 3       Q.   And so consistent with that view
 4   in paragraph 49 of your report, you apply a
 5   different discount to the Serum held by
 6   Maps Vault Ltd. than to the tokens held by
 7   Oxygen Vault Ltd., correct?
 8       A.   Correct.
 9       Q.   And this is because under your
10   methodology, you calculate the asset -- you
11   calculate the discount based on the
12   holdings of Serum for each of those clients
13   individually, correct?
14       A.   Yes.
15       Q.   And so the result of applying
16   different discounts is that there would be
17   a different token value on the petition
18   date for each of your clients, correct?
19            MR. ROSTOCKI:  Objection to form.
20            THE WITNESS:  Yes.  But this is
21       normal for those valuations when in the
22       previous projects you asked me, a
23       client comes and they want me to value
24       the portfolio, I don't know what other
25       clients are holding for the same
```

Page 53

```
 1           F. KONSTANTINIDIS - 02/27/2024
 2       assets.  So you treat the portfolio
 3       isolated to everything else.
 4   BY MR. GLUECKSTEIN:
 5       Q.   I understand.  I'm just trying to
 6   understand what you did.
 7       A.   Uh-huh.
 8       Q.   So what you did, you calculated a
 9   discount based on the holdings of each
10   individual client, and that gets you to
11   potentially, as we see here, different
12   discounts for different clients, correct?
13       A.   Yes.
14       Q.   And so under your methodology, if
15   the debtors needed to calculate a discount
16   and a price for each of its customers, it
17   would need to do an individual analysis, as
18   you did here for each of your clients,
19   correct?
20       A.   Not for all the tokens.
21       Q.   But for these tokens.  I'm
22   talking about for these tokens.
23       A.   Yes.
24       Q.   Nowhere -- sir, nowhere in your
25   analysis reflected in Exhibit 1 or
```



Page 54

F. KONSTANTINIDIS - 02/27/2024

Exhibit 2 are you accounting for the debtors' other holdings of Maps, Oxy or Serum other than the claims of your clients, correct?
   A.  Yes.
   Q.  Are you aware, sir, that more than 95 percent of the maximum supply of each of these tokens were in the possession of FTX and Alameda on the petition date?
   A.  This is a number that I believe it was in Professor Howell's report. I just didn't see the data verified that. But I wouldn't say yes or no just because I didn't see proof of that.
   Q.  So you don't know one way or the other?
   A.  I don't know for sure.
   Q.  Does that sound plausible to you?
   A.  I mean, if you had me to guess, it would sound plausible.
   Q.  In your view, though, those holdings are not relevant to your analysis in calculating the discount with respect to the claims of your clients, right?

Page 55

F. KONSTANTINIDIS - 02/27/2024

   A.  But from that 95 percent, these are gonna be the holdings --
   Q.  Uh-huh.
   A.  -- of the clients, because FTX would be serving as a custodian, correct?
   Q.  Are you suggesting that your clients hold all of that 95 percent or have claims to that 95 percent?
   A.  I haven't seen any data about how the tokens break down between my clients and the remaining tokens that FTX holds.
      What I'm suspecting is if you're saying that FTX held 95 percent, some of the holdings would belong to those entities that I valued their tokens.
   Q.  Do you have any sense of the magnitude as to your clients' holdings as compared to other holdings of FTX in Maps, Oxy and Serum?
      MR. TOROSIAN: Object to form.
      THE WITNESS: Do you mean separately or together all the plaintiffs combined?
///

Page 56

F. KONSTANTINIDIS - 02/27/2024

BY MR. GLUECKSTEIN:
   Q.  Plaintiffs meaning your clients.
   A.  Yeah, meaning the four entities.
   Q.  Yeah. So we can put them -- either way is fine. If you can put them together, do you have a sense on a combined basis the percentage of tokens that your clients hold compared to the debtors?
      MR. TOROSIAN: Object to form.
      MR. ROSTOCKI: Object to form.
      THE WITNESS: It would be -- my guess would be that the percentage would be high for Maps and Oxy, but not necessarily for Serum.
BY MR. GLUECKSTEIN:
   Q.  And you say high for Maps and Oxy.
      So of the 95 percent of the maximum supply held by the debtors, you're suggesting that there would be a high percentage of that that was held by your clients?
      MR. TOROSIAN: Object to form.
      THE WITNESS: I haven't seen the

Page 57

F. KONSTANTINIDIS - 02/27/2024

data, but that's what I'm guessing.
BY MR. GLUECKSTEIN:
   Q.  And whatever the percentage is beyond your client's share of that 95 percent, you did not take that into account in calculating your discounts, correct?
   A.  Correct.
   Q.  In your analysis, what, if anything, do you assume will happen to the debtors' remaining holdings of Maps and Oxy beyond the tokens that are claimed by your clients?
   A.  What do you mean what will happen?
   Q.  What will the debtors do with those tokens?
      MR. TOROSIAN: Object to form.
      THE WITNESS: That was outside the scope. What I did was value the tokens.
BY MR. GLUECKSTEIN:
   Q.  And so you didn't take into account, though, whether the debtors needed



**Page 70**

F. KONSTANTINIDIS - 02/27/2024

the 5 to 10 percent that I'm trying to find that -- for individual stocks, that it doesn't affect the market price.

Q. But you would agree --

MR. TOROSIAN: Take your time.

THE WITNESS: Yeah.

BY MR. GLUECKSTEIN:

Q. -- sir, that it is possible that even if quantities traded are restricted to 5 or 10 percent of daily volumes, there could be an affect on price change?

MR. TOROSIAN: Object to form.

THE WITNESS: No. I disagree. This is an assumption I use and other competitors of us are using in the valuation reports, so this is a valid assumption.

BY MR. GLUECKSTEIN:

Q. Okay. So you disagree with this conclusion, which is one of multiple conclusions, but then you disagree with this conclusion that's set forth in the 2023 K&O report?

MR. ROSTOCKI: Objection to form.

**Page 71**

F. KONSTANTINIDIS - 02/27/2024

MR. TOROSIAN: Objection to form.

THE WITNESS: I disagree, because in this paper they're not valuing assets, and they're trying to understand market crashes. So it's a completely different scope of what I did.

BY MR. GLUECKSTEIN:

Q. In terms of the purpose of the report is different, in your view?

A. But also the analysis they provide. They also do not see transactions. They see bets.

Q. Okay. And how do you see that as transaction versus bets leading to a different outcome?

A. Well, because bets are constructed differently. There may be a number of transactions altogether combined that it has a completely different modeling that they're trying to put into the market to understand pricing impact.

Q. You said that the 10 percent is a reasonable assumption. Did you perform any

**Page 72**

F. KONSTANTINIDIS - 02/27/2024

analysis to support that assumption for purposes of this opinion?

A. I think I provided some cryptocurrency data that they show large trades, and we also -- I also did the analysis for the traditional stock market for the second -- secondary offerings.

But this is, again, an established percentage that practitioners are using. This is based on real-world data and interviews and decades of experience.

Q. Do you cite anywhere in your report any other practitioners or citations in the literature that agree that the 10 percent is a reasonable assumption across the board?

A. I don't have any citations of the report.

Q. In your view, with respect to the market for Maps, Oxy and Serum, could there be some price impact above zero at the 10 percent trading level?

A. No.

**Page 73**

F. KONSTANTINIDIS - 02/27/2024

Q. What level of volume increase would you expect a result -- to result in a nonzero price impact for Maps?

A. Well, my assumption is 10 percent. So anything over 10 percent will potentially have a price impact.

Q. So at 10.1 percent we might see a price impact?

A. Yeah, I would say, on average, based on my assumption everything over 10 percent, although it's still conservative, may potentially have a price impact.

Q. And because you're using the 10 percent as a fixed assumption, that would be the same for Oxy and Serum as well?

A. Yes.

Q. Your blockage discount method assumes there will be block trading every single day in Maps and Oxy for four to five years depending on the token, correct?

A. Yes.

Q. And do you account for



Page 74

```
 1           F. KONSTANTINIDIS - 02/27/2024
 2   anywhere -- do you account anywhere for
 3   market expectations of these ongoing block
 4   trading day after day?
 5           MR. ROSTOCKI:  Objection to form.
 6           THE WITNESS:  No.
 7   BY MR. GLUECKSTEIN:
 8       Q.  Do you think that the market at
 9   some point would recognize that there was
10   block trading happening at this volume
11   every day and adjust over time?
12       A.  The cryptocurrency market is
13   difficult to understand.  So by selling,
14   you create liquidity.  So also the price
15   can go up.  There are other factors outside
16   of what you control.
17           So you don't really know if it
18   will go up or down.  But, again, this is an
19   assumption that has been used and approved.
20   And I'm following just a well-known path
21   for valuation practitioners.
22       Q.  Okay.  And when you say that this
23   10 percent is well established by valuation
24   practitioners, what is the basis for that
25   statement other than your experience with
```

Page 75

```
 1           F. KONSTANTINIDIS - 02/27/2024
 2   the IRS?
 3           MR. TOROSIAN:  Object to form.
 4           THE WITNESS:  It is other
 5       competitors of Stout's are using it.
 6       Some of the reports are public, and
 7       they were made in the U.S. tax court
 8       about the 10 percent.
 9   BY MR. GLUECKSTEIN:
10       Q.  Do you cite any of those in your
11   opinion?
12       A.  I don't cite them, no.
13       Q.  The 10 percent assumption applies
14   to each of your clients individually,
15   correct?
16       A.  Correct.
17       Q.  Okay.  So it's a 10 percent -- is
18   it a 10 percent increase in the overall
19   market for Maps, or is it that your -- each
20   of your clients could sell 10 percent per
21   day?
22           MR. TOROSIAN:  Object to form.
23           THE WITNESS:  It's each client.
24   BY MR. GLUECKSTEIN:
25       Q.  Each of the clients?
```

Page 76

```
 1           F. KONSTANTINIDIS - 02/27/2024
 2       A.  (No audible response.)
 3       Q.  So each of the clients could sell
 4   10 percent into the market each day and not
 5   have any -- your assumption is not have any
 6   effect on price, correct?
 7       A.  Correct.
 8       Q.  So your three clients would be
 9   selling 10 percent each, 30 percent of
10   their holdings each day, correct?
11           MR. TOROSIAN:  Object to form.
12           THE WITNESS:  For which you're
13       talking?
14   BY MR. GLUECKSTEIN:
15       Q.  Let's -- for Maps.
16       A.  So what is the percentage you
17   said?
18       Q.  Well, you're saying each client
19   who holds a token could sell 10 percent
20   into the market each day without any effect
21   on price, correct?
22           MR. TOROSIAN:  Object to form.
23           THE WITNESS:  Yes.
24   BY MR. GLUECKSTEIN:
25       Q.  And if you had 50 clients, they
```

Page 77

```
 1           F. KONSTANTINIDIS - 02/27/2024
 2   could each sell 10 percent under your
 3   methodology, correct?
 4       A.  Correct.  But, again, you see the
 5   portfolio's isolated, and that's what you
 6   do for normal projects.  There's no way to
 7   investigate if somebody comes and have
 8   large amounts of cryptocurrency, what
 9   others are holding.
10           So that's the methodology.  This
11   is a special case that I happen to be the
12   valuation expert for those entities.  But
13   in most of the cases, I do not know what
14   others are holding.  And every portfolio is
15   treated differently.
16           MR. GLUECKSTEIN:  Why don't we
17       take a 5-minute break.
18           MR. TOROSIAN:  Yeah, sure.
19           THE STENOGRAPHER:  Off the
20       record.
21           (Whereupon, a recess was taken at
22       10:21 a.m.)
23           MR. GLUECKSTEIN:  Back on the
24       record.
25   ///
```

```
                                                        Page 78
 1           F. KONSTANTINIDIS - 02/27/2024
 2   BY MR. GLUECKSTEIN:
 3       Q.  Now, Mr. Konstantinidis, can you
 4   go back to Exhibit 1, which is your report.
 5   We were looking earlier at paragraph 49.
 6           We discussed -- you set out in 49
 7   a discount rate for the tokens held by each
 8   of the DLA clients there, correct?
 9       A.  Yes.
10       Q.  And in paragraph 50, then you
11   calculate a value of those tokens based on
12   the adjusted discounted price, correct?
13       A.  Yes.
14       Q.  Okay.  And you testified this
15   morning that you evaluated -- you valued
16   each of the clients' portfolios of tokens
17   as they used it, correct?  That's the term
18   you used?
19       A.  Yes.  That's the term I used,
20   meaning things they had.
21       Q.  So did you calculate that -- in
22   this report here, did you calculate -- do
23   you consider the Maps Vault Ltd. holdings
24   to be one portfolio and Oxygen Vault Ltd. a
25   second portfolio?
```

```
                                                        Page 79
 1           F. KONSTANTINIDIS - 02/27/2024
 2       A.  Yes.
 3       Q.  And then, so, similarly in the
 4   report in Exhibit Number 2 with respect to
 5   other clients, paragraph 24, the holdings
 6   of Foundation Elements would be a third
 7   portfolio?
 8       A.  Yes.
 9       Q.  And then Foundation Serendipity a
10   fourth portfolio, correct?
11       A.  Yes.
12       Q.  So for purposes of your opinions
13   here, you valued, in your parlance, four
14   portfolios of tokens; is that correct?
15       A.  Yes.
16       Q.  Did you value any other
17   portfolios of tokens?
18       A.  No.
19       Q.  Sorry to jump back, sir, but if
20   you could go back to Exhibit 1, which is
21   your report on behalf of the DLA clients.
22           Do you have that, sir?
23       A.  Uh-huh.
24       Q.  If you could look at paragraph 33
25   of your report.
```

```
                                                        Page 80
 1           F. KONSTANTINIDIS - 02/27/2024
 2       A.  Uh-huh.
 3       Q.  You state in the middle of
 4   paragraph 33, quote, "Large amounts of
 5   Maps, Oxy and Serum can be absorbed into
 6   the cryptocurrency market, and there is no
 7   reason to require a slow trading strategy,"
 8   end quote.
 9           Do you see that in the middle --
10       A.  Yes.
11       Q.  Yeah.  What do you mean by "large
12   amounts" there in paragraph 33?
13       A.  I mean more than 10, 15 percent
14   of daily trading volume.
15       Q.  And when you say "can be absorbed
16   into the cryptocurrency market," do you
17   mean can be absorbed without a price
18   impact?
19       A.  No.  I mean they can be sold.
20   They can be absorbed.  They will not crash
21   the market.
22       Q.  They will not crash the market.
23           So it's your opinion that large
24   amounts, 10 to 15 percent, in your words,
25   of these at-issue tokens can be absorbed
```

```
                                                        Page 81
 1           F. KONSTANTINIDIS - 02/27/2024
 2   into the market where there are buyers for
 3   those tokens?
 4       A.  My apologies.  Let me -- more
 5   than 10 percent.
 6       Q.  More than --
 7       A.  Because obviously my opinion is
 8   up to 10 percent it won't depress the
 9   value.
10           So here I show six transactions
11   that they are over 10 percent that the
12   market can absorb without crashing.
13       Q.  Okay.  So we'll get to the six in
14   a moment.
15           But your statement specifically
16   about Maps, Oxy and Serum, so it's your
17   testimony that in excess of 10 percent can
18   be absorbed into the market on a daily
19   basis without crashing the market?
20       A.  I'm not making the claim about
21   daily basis.  The data show individual
22   large tokens sold in the market.
23       Q.  So it's just your general view
24   that large amounts in excess of 10 percent
25   of these three tokens can be absorbed into
```



MAGNA LEGAL SERVICES

21 (Pages 78 to 81)

Page 82

```
 1           F. KONSTANTINIDIS - 02/27/2024
 2   the market, meaning if you sold them, there
 3   would be a buyer?
 4        A.   Yes.  But it's not only my view.
 5   I provided the data to support.
 6        Q.   And so the support for that
 7   statement are the examples that you list
 8   below in A through F?
 9        A.   Yes.  These are some examples.
10   But, in general, based on my professional
11   judgment, that has happened in the past
12   with other crypto tokens.
13        Q.   Okay.  And you cite six examples
14   in your report.
15             Do you provide any other -- do
16   you provide any other evidence of that view
17   other than these six examples in
18   paragraph 33?
19        A.   I haven't provided any other
20   examples, but also I'm relying on my
21   experience with a cryptocurrency market
22   where I have seen large trades do take
23   place without destroying the market.
24        Q.   Okay.  If you could turn to
25   paragraph -- I'm sorry.  Before we do that.
```

Page 83

```
 1           F. KONSTANTINIDIS - 02/27/2024
 2             So the six tokens that are listed
 3   in paragraph 33, how did you identify those
 4   tokens?
 5        A.   I did not identify the tokens.  I
 6   was looking for large transactions.  This
 7   is a random sample.  I didn't pick them.
 8        Q.   This is a random sample of large
 9   transactions.
10             So there are others that you
11   reviewed, other large transactions that you
12   reviewed?
13        A.   These are the ones that I found
14   readily, because it's not -- it's time
15   consuming to mine the blockchain.
16        Q.   For these six examples that you
17   list in paragraph 33, did you track what
18   happened to the price over a longer period
19   of time following these block trades?
20        A.   Over a long period of time
21   meaning?
22        Q.   Well, you present here in
23   paragraph 33, and you state the volume of
24   the trade and then you say what happened to
25   the price on the following day --
```

Page 84

```
 1           F. KONSTANTINIDIS - 02/27/2024
 2        A.   Uh-huh.
 3        Q.   -- do you see that?
 4        A.   Yes.
 5        Q.   Did you -- did you track what
 6   happened to the price of these six tokens
 7   in the six months following the block
 8   trade?
 9        A.   No, I didn't.
10        Q.   Did you look at the effect of the
11   price of this -- of these tokens at any
12   point other than the one following day to
13   assess the impact of the block trade?
14        A.   Not that I recall.  We may -- I
15   may have done, you know, some review of the
16   data, but not that I recall.
17        Q.   All right.  If we could turn now
18   to paragraph 46 of Exhibit 1.
19             Can you explain to me what you're
20   presenting in paragraph 46 of Exhibit 1 of
21   your report?
22        A.   Yes.  For the blockers discount
23   method, I did not want to assume an
24   unrealistic assumption of constant value
25   going forward, so I -- what I did was I
```

Page 85

```
 1           F. KONSTANTINIDIS - 02/27/2024
 2   used a CoinMarketCap API, and I used the
 3   criterion of the volume, the dollarized
 4   volume in USD to be between 1 million and
 5   30 million, which are relatively successful
 6   tokens.
 7             And I found the average volume
 8   for the five years of their existence, and
 9   I applied that volume profile to Maps, Oxy,
10   Serum.
11        Q.   Okay.  And how did you select
12   those 20 cryptocurrencies?
13        A.   The one selection was the daily
14   volume as of the day that I -- around the
15   API.  So as of, let's say mid-January, that
16   was their daily trading volume.
17             And then I sorted them based on
18   market cap.  And that's how I chose them.
19        Q.   And you said that the data that
20   you sourced for this information was from
21   CoinMarketCap?
22        A.   Correct.
23        Q.   Did you analyze whether any of
24   the 20 cryptocurrencies that are listed in
25   Footnote 67 --
```



```
                                              Page 86
 1            F. KONSTANTINIDIS - 02/27/2024
 2       A.   Uh-huh.
 3       Q.   -- had any ties to FTX or
 4   Alameda?
 5       A.   No.  Because the whole point was
 6   to understand cryptocurrencies outside the
 7   holdings to understand their volume growth.
 8       Q.   Did you analyze whether any of
 9   the 20 tokens listed in Footnote 67 --
10       A.   Uh-huh.
11       Q.   -- experienced any market
12   distress the way that Maps, Oxy and Serum
13   did due to the collapse of FTX?
14       A.   You mean -- can you clarify?  You
15   mean before the petition date or after the
16   petition date.
17       Q.   Yeah.  Before petition date.  So
18   at the time that you were looking at --
19   well, let's -- let me step back on that.
20            So the volume trends that you're
21   presenting in paragraph 46, are those --
22   are those trends that occurred before or
23   after the petition date?
24       A.   There were some before and some
25   after.  The criterion was five years of
```

```
                                              Page 87
 1            F. KONSTANTINIDIS - 02/27/2024
 2   existence of those tokens.
 3       Q.   So that could -- that could --
 4   that could have spanned before or after the
 5   petition date; it was five years of
 6   existence from the time you did your
 7   analysis?
 8       A.   Correct.  This is why I don't
 9   need to be having FTX holdings, because I
10   wanted to be independent of the bankruptcy.
11       Q.   But did you assess in any way
12   whether those crypto -- those 20
13   cryptocurrencies had their own significant
14   market-affecting events?
15            MR. ROSTOCKI:  Objection to form.
16            THE WITNESS:  Well, it's
17   difficult to understand cause or
18   relationship in the crypto market.
19   Obviously there were major events
20   before the FTX bankruptcy.
21            And it's difficult to demean or
22   take the mean out or count all the
23   events, because it's impossible to do
24   in contingencies.
25            So I did review their volume, and
```

```
                                              Page 88
 1            F. KONSTANTINIDIS - 02/27/2024
 2   based on my professional judgment, it
 3   didn't seem like they -- they were
 4   affected by major events.
 5   BY MR. GLUECKSTEIN:
 6       Q.   But you didn't do any analysis on
 7   a token-by-token base into the qualitative
 8   events that might have been at issue for
 9   those tokens?
10            MR. TOROSIAN:  Object to form.
11            THE WITNESS:  No, I did go and
12   review the volume.  And before the FTX
13   event, there was the Celsius event.
14   Before that, there was the Luna event.
15            So there were a number of events,
16   obviously major articles.  I prefer to
17   get the data as is versus applying
18   subjective criteria to demean the
19   volume.  Unless there is something that
20   I definitely considered to be affecting
21   that.  But that wasn't the case.
22   BY MR. GLUECKSTEIN:
23       Q.   And then how did you -- how did
24   you apply the volume trends that you
25   learned from that analysis to Maps, Oxy and
```

```
                                              Page 89
 1            F. KONSTANTINIDIS - 02/27/2024
 2   Serum for purposes of your report here?
 3       A.   So I aligned, since their --
 4   since their existence, I aligned those five
 5   years of existence for those tokens from
 6   Maps, Oxy, Serum.  Calendar years.  So Maps
 7   and Oxy had a prior year in existence, so I
 8   started year two.
 9            And for Serum was two years in
10   existence, so I start the volume profile at
11   profile -- at year three.
12       Q.   Did you use an average of the 20
13   cryptocurrencies in terms of the volume
14   numbers?
15       A.   Yes.
16       Q.   Did you calculate a median of
17   those numbers at any point in your
18   analysis?
19       A.   I had a median just to review, so
20   I did calculate a median as well.
21       Q.   And do you recall whether the
22   median was higher or lower than the
23   average?
24       A.   The median was lower.
25       Q.   Was it significantly lower?
```



Page 90

```
 1           F. KONSTANTINIDIS - 02/27/2024
 2      A.   The median for the first year,
 3   the average was 850 percent, and the median
 4   was around 150 percent.
 5      Q.   150 percent?
 6      A.   Yes.
 7      Q.   Nonetheless, you thought that the
 8   average was the more appropriate number to
 9   base the projected growth for purposes of
10   the three at-issue tokens here?
11      A.   I felt it was the average better
12   represents your data.  I did not feel that
13   I had bad data, meaning data that I had to
14   take out.
15           And the median does -- does not
16   take out, you know, certain tokens, and I
17   did want to include everything.  I mean,
18   which is the same thing, for example, that
19   in Professor Howell's report, she is
20   calculating average volume from different
21   cryptocurrency markets.  She does not
22   calculate the median.  She takes the
23   average.  For volume, the average is more
24   representative than the median.
25      Q.   And do you agree with
```

Page 91

```
 1           F. KONSTANTINIDIS - 02/27/2024
 2   Professor Howell's calculation that the
 3   trading volumes of both Maps and Oxy would
 4   increase by over 850 percent and Serum by
 5   more than 20 percent based on your
 6   projections?
 7      A.   Yes.
 8      Q.   And you think that the 850 --
 9   based on your analysis of these 20
10   cryptocurrency value trends, you believe
11   that the 850 percent is a reasonable
12   projection?
13           MR. ROSTOCKI:  Objection to form.
14           THE WITNESS:  Yes, I believe it's
15   a reasonable projection.  Because I
16   also reviewed other tokens to find out
17   is it a real number.  Did other tokens
18   have a similar growth between the
19   estimation period that Professor Howell
20   has before the year before the petition
21   date and one year after.
22           And it seems that over -- more
23   than 20 cryptocurrencies that did have
24   significant growths over 850 percent,
25   you know, in the 5,000 percent range
```

Page 92

```
 1           F. KONSTANTINIDIS - 02/27/2024
 2   and even more.
 3           So it did seem like this is --
 4   this is reasonable.  This is a
 5   reasonable growth rate.
 6   BY MR. GLUECKSTEIN:
 7      Q.   From the 20 cryptocurrencies on
 8   which you base your value and projections,
 9   are you aware of any examples in your data
10   in which -- in which significant large
11   trades, 10 percent per day or more, were
12   observed?
13      A.   No.  I haven't -- I haven't done
14   this analysis.
15      Q.   If the volume growth rates are
16   slower than you assume, the liquidation of
17   the three at-issue tokens would take
18   longer, correct?
19      A.   Yes.
20      Q.   Potentially much longer?
21      A.   Well, "much" depends on what is
22   the growth rate that you're assuming.
23      Q.   So if you had a -- you know, if
24   you had a significantly lower growth rate,
25   it could take decades to liquidate these
```

Page 93

```
 1           F. KONSTANTINIDIS - 02/27/2024
 2   tokens at these volumes, correct?
 3      A.   When you say "significantly
 4   lower," what number range are you talking
 5   about for the growth rate?
 6      Q.   Let's say -- well, if you did the
 7   calculation to see how long it would take
 8   to liquidate these -- these tokens at the
 9   median level of I think you said
10   150 percent?
11      A.   I did not do the calculation.
12      Q.   Do you have any sense as to at
13   150 percent growth rate, how long it would
14   take to liquidate these tokens versus your
15   850 percent projection?
16      A.   It's a guess, obviously.  So
17   right now for the 850 percent, it takes 4
18   to 5 years, 4.8 to 5.1 depending on the
19   token in the portfolio.
20           If you go from 850, you said what
21   is the range?  100 percent --
22      Q.   You said early --
23           (Simultaneous unreportable
24           crosstalk occurs among parties.)
25   ///
```

Page 94

```
 1       F. KONSTANTINIDIS - 02/27/2024
 2          (Stenographer requests one
 3          speaker at a time.)
 4   BY MR. GLUECKSTEIN:
 5       Q.  If you used the 150 percent
 6   median calculation --
 7       A.  Uh-huh.
 8       Q.  -- do you have an estimate as to
 9   how long it would take to liquidate the
10   tokens?
11       A.  Well, I would need to run the
12   model again, but it's going to be more than
13   five years.
14       Q.  Significantly more?
15       A.  Well, maybe --
16          MR. TOROSIAN:  Object to form.
17          THE WITNESS:  I wouldn't know the
18       exact amount, but let's say somewhere
19       between 20, 30 years, somewhere along
20       those lines.
21   BY MR. GLUECKSTEIN:
22       Q.  If we could look at -- back to
23   Exhibit 1 of your report, paragraph 45.
24       A.  Uh-huh.
25       Q.  You state in paragraph 45 that
```

Page 95

```
 1       F. KONSTANTINIDIS - 02/27/2024
 2   the prices -- quote, "The prices and daily
 3   trading volumes used for the three tokens
 4   as of the petition date and petition time
 5   with a 24-hour average is for the 24 hours
 6   prior to the petition date and time."
 7          Do you see that?
 8       A.  Yes.
 9       Q.  Why did you select 24 hours as
10   the window to average prices?
11       A.  Because I want to be as close as
12   to the petition date, which is my valuation
13   date.
14       Q.  Why 24 hours versus some other
15   time increment?
16       A.  Well, the 24 hours is an
17   established one.  This is what
18   CoinMarketCap, CoinGecko, other providers
19   are using for average volumes.  And also in
20   my Celsius engagement, that's the one that
21   I used.  And the Court accepted the 24-hour
22   average.
23       Q.  You used 24-hour averages not
24   only for volume here, you're saying also
25   for pricing, correct?
```

Page 96

```
 1       F. KONSTANTINIDIS - 02/27/2024
 2       A.  Yes.
 3       Q.  And did you -- you didn't
 4   consider -- strike that.
 5          You believe that the 24-hour
 6   average is also appropriate for pricing,
 7   not only volume, correct?
 8       A.  Yes.  It has to be both, because
 9   they're highly correlated.  When one goes
10   up, the other goes down.  So you can't have
11   different intervals.
12       Q.  Did you -- other than relying on
13   your experience, did you do any sensitivity
14   or other analysis to determine the 24 hours
15   was the appropriate period?
16          MR. TOROSIAN:  Object to form.
17          THE WITNESS:  Sensitivity in what
18       way?
19   BY MR. GLUECKSTEIN:
20       Q.  Did you do any -- any analytical
21   calculations as to why 24 hours is
22   appropriate?  Did you look at any other
23   periods of time?
24       A.  I did look at Mr. Lu's 60-minute
25   interval for prices.  I did look into
```

Page 97

```
 1       F. KONSTANTINIDIS - 02/27/2024
 2   Professor Howell's one year prior to the
 3   CoinDesk article.  So I did look in
 4   different intervals.
 5       Q.  And you did not make any
 6   adjustments or discounts to those numbers
 7   on the 24-hour average due to the unusual
 8   events surrounding the collapse of FTX,
 9   correct?
10          MR. ROSTOCKI:  Objection to form.
11          THE WITNESS:  What do you mean
12       "unusual events?"
13   BY MR. GLUECKSTEIN:
14       Q.  The fact that FTX was -- the
15   public information about what was happening
16   with FTX and the imminency of its
17   bankruptcy.
18       A.  I did see the window, the 24-hour
19   and the window for Maps and Oxy did not
20   take into account the spike, the increase
21   in volume and the highly decrease in price
22   that they did happen before that 24-hour
23   window.
24       Q.  I'm sorry.  Can you repeat that
25   answer?
```



Page 106

```
 1        F. KONSTANTINIDIS - 02/27/2024
 2   trading?
 3       A.  Yes, I am.
 4       Q.  What is your understanding of
 5   what wash trading is?
 6       A.  Wash trading is primarily when I
 7   as an investor use the same wallet ID or
 8   even multiple wallet IDs and I exchange
 9   volume among myself or some other people I
10   know just to create inflated volume and
11   inflated supply.  So I will increase the
12   price of that token.
13       Q.  Do you have an understanding
14   what -- other than wash trading, what fake
15   volumes would refer to?
16       A.  That would also refer to certain
17   exchanges that for their own benefit and
18   market data, nobody can regulate them.  So
19   they can report any volume they want just
20   to create that vehicle that they -- they
21   have a lot of transactions in their
22   platform.
23       Q.  Do you have a view as to whether
24   a wash trading or fake volume is an issue
25   at the exchanges reported on by
```

Page 107

```
 1        F. KONSTANTINIDIS - 02/27/2024
 2   CoinMarketCap?
 3       A.  For which particular exchanges do
 4   you mean?
 5       Q.  For any of the exchanges that are
 6   aggregated by CoinMarketCap that are in
 7   your data.
 8       A.  I -- my understanding is that
 9   documentation -- and it's a fact that
10   CoinMarketCap takes all these measures I
11   talked about before to detect fake volume
12   or incorrect pricing.
13           And after it does that, then it
14   cleans out the data, and that's what it
15   reports.
16       Q.  Do you understand there to be
17   a -- do you understand there to be reports
18   that -- as recently as 2023 that wash
19   trading and spot trading markets on
20   unregulated exchanges remains a significant
21   problem?
22       A.  Yes.  For certain markets that
23   are unregulated, it's still a problem in
24   cryptocurrency.
25       Q.  And it's your view that those
```

Page 108

```
 1        F. KONSTANTINIDIS - 02/27/2024
 2   problems are not pervasive in the
 3   CoinMarketCap aggregated data?
 4       A.  Correct.  Yes.
 5       Q.  And the basis for that is what's
 6   been reported by CoinMarketCap to the
 7   public, correct?
 8       A.  Yes.  My basis for that is the
 9   documentation they provide about the
10   measures they take to protect whoever
11   consumes that data.
12       Q.  Did you exclude from any of your
13   data, volume data, lower scoring exchanges
14   that are reported by CoinMarketCap?
15       A.  No.  Because just like I believe
16   in the original report by Mr. Lu, the data
17   aggregators when you extract historical
18   data, they do not provide the different
19   cryptocurrencies that they correspond to.
20       Q.  So isn't it true that one of the
21   reasons that CoinMarketCap would reduce the
22   rating of an exchange is because of
23   concerns about their trading data?
24       A.  In many cases, CoinMarketCap
25   doesn't even include exchanges that they
```

Page 109

```
 1        F. KONSTANTINIDIS - 02/27/2024
 2   have low ranking.  This is why I am relying
 3   on their data.
 4       Q.  But you would agree that there
 5   are, within the exchange pool that
 6   CoinMarketCap is reporting, there are
 7   higher ranked exchanges and lower ranked
 8   exchanges, correct?
 9       A.  But in most of the cases, they're
10   the higher ranked exchanges that they
11   provide.  And based on the data I saw, for
12   example, comparing Professor Lu -- excuse
13   me, Professor Howell's volume with
14   CoinMarketCap, she uses the 510,000 as the
15   average volume for the estimation period.
16           If you add LBank to that, you
17   get -- you get up to 1.7 million.  And the
18   CoinMarketCap reported volume is 1.8.
19           So there's 100,000 difference
20   between the two, which I believe probably
21   comes from a decentralized exchange or
22   rating or any other reputable exchange that
23   would provide that extra volume.
24           So based on the data I saw, it
25   makes perfect sense that CoinMarketCap does
```