# EXHIBIT H

**Excerpts of Gkatzimas Deposition**

```
 1           IN THE UNITED STATES BANKRUPTCY COURT
 2              FOR THE DISTRICT OF DELAWARE
 3
 4   In re:                    Chapter 11
 5   FTX TRADING LTD.,         Case No. 22-11068 (JTD)
 6   et al.,
 7        Debtors.             (Jointly Administered)
 8
 9   _____/
10
11
12
13          DEPOSITION OF IOANNIS GKATZIMAS
14                 CHICAGO, ILLINOIS
15             THURSDAY, MARCH 7TH, 2024
16
17
18
19
20
21
22
23   REPORTED BY:
24   DEBORAH HABIAN, RMR, CRR, CLR
25   JOB NO. 37855
```

Page 50

1  world.
2      If the price of Serum goes up, he would
3  have gained in price from the spot market and he
4  would have accumulated equivalent losses, at the
5  first order at least, in the futures market. So
6  he started with 100, he still has 100, plus 30,
7  minus 30, let's say.
8      In the other scenario where the price
9  of the token goes down, he will have lost from
10 his holding of Serum tokens in the spot market,
11 but he will have gained from his position in the
12 futures market. Again, they will have offset in
13 first order, so his value of the portfolio in
14 aggregate will still be 100.
15     At any point in time, either in the
16 first or the second scenario, what the market
17 participant does -- and that's only applied
18 method for all futures contracts, not only for
19 perpetuals, unwind its positions, take the cash
20 settlement from the futures, and realize some
21 maybe loss on the spot because it moved during
22 that interval and, effectively, has obtained
23 economic value as of the initial point, which is
24 in our case the Petition Date.
25     Q. Exiting exposure in that way is really

Page 51

1  hedging against a downward movement price,
2  correct?
3      MR. BACON: Objection to form.
4      THE WITNESS: I mean, exiting -- I
5  mean, implicitly means exit economic exposure,
6  that's what I have in mind when I write that,
7  which, effectively, is hedging.
8  BY MR. GLUECKSTEIN:
9      Q. That's effectively is hedging?
10     A. Yes.
11     Q. And that's different from disposition
12 of the underlying token, correct?
13     MR. BACON: Object to form.
14     THE WITNESS: Well, in the context of a
15 trading strategy, it requires two steps, the
16 opening and the closing. At the time of
17 closing, it's a full disposition. It's just
18 what -- the scenario I'm describing here is a
19 market participant who wants to lock the value
20 today.
21     MR. GLUECKSTEIN: Correct.
22     THE WITNESS: That's what they do.
23 BY MR. GLUECKSTEIN:
24     Q. But under your scenario where they lock
25 in that value, that's as a result of their

Page 52

1  futures contract. They still hold their Serum
2  tokens, correct?
3      MR. BACON: Object to form.
4      THE WITNESS: They do -- sorry.
5      MR. BACON: No, go ahead.
6      THE WITNESS: They do. And as I say in
7  Footnote 5, during the period that the futures
8  remain open, they're protected from price moves.
9  At the discretion or at the opinion of the
10 market participants when they want to fully
11 exit, they would unwind that.
12     This is the second step which I
13 discussed earlier. They would close the
14 futures, either get gains or losses there, and
15 they would sell the remaining tokens in the spot
16 market and get either losses or gains there,
17 which will be offset. So it's exactly back to
18 the hedging as of the day of the initiation,
19 let's say, of this trading strategy, they would
20 have obtained the objective of locking the
21 value, but accessing two markets, getting more
22 liquidity.
23 BY MR. GLUECKSTEIN:
24     Q. So if you successfully deploy that
25 strategy as you've just described, you've hedged

Page 53

1  any downward price movement in the underlying
2  token, but you still need to sell the token in
3  that second step, correct?
4      MR. BACON: Object to form.
5      THE WITNESS: Yeah, the second leg of
6  that would be closing on the positions. You
7  would sell the token and you would offset any
8  losses, let's say, by the gains on your futures
9  side.
10 BY MR. GLUECKSTEIN:
11     Q. In the context of a perpetual future,
12 at what point does the market participant exit
13 their exposure?
14     MR. BACON: Objection to form.
15     THE WITNESS: The timing is really
16 something that the market participant would
17 determine based on conditions.
18     As a matter of fact, perpetual futures
19 are very flexible because they have a few --
20 several, actually, times during the day where
21 they settle and they allow you to exit the
22 position, so it could be within, let's say, a
23 few hours, a few days, a few weeks. But my
24 understanding here for -- as part of the scope,
25 I think looking at the description that