UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

In re FTX Trading Ltd., et al, Chapter 11 Case No. 22-11068 (JTD), (jointly administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**SP Multi Claims Holdings, LLC, as assignee of DOIP II Luxembourg LLC**   **REDACTED**
Name of Transferee                                                               Name and current address of Transferor

Proof of Claim #: 9422
Schedule #: 6771151
Customer Claim Confirmation ID#: 3265-70-KGMIO-758427749
Unique Customer Code# 00337243
Debtor: FTX Trading LTD, Case No. 22-11068

**Name and Address where notices to transferee should be sent**:
SP Multi Claims Holdings, LLC
2 Greenwich Plaza
Suite 1
Greenwich, CT 06830
Attn: Operations
12017192157@tls.ldsprod.com
-and-
rbeacher@pryorcashman.com

**Name and Address where transferee payments
should be sent (if different from above):**
I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**SP Multi Claims Holdings, LLC**
By: Silver Point Capital, L.P., its manager

By: _____
Transferee/Transferee's Agent

Date: March 15, 2024

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

