**<u>Exhibit A</u>**

**Index of Pleadings – Interim Fee Applications**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## <u>INDEX OF PLEADINGS – INTERIM FEE APPLICATIONS</u>

1.  Second Interim Application of Sullivan & Cromwell LLP [D.I. 1647, filed on June 15, 2023]

    <u>Related Documents</u>:

    A.  Fourth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2023 Through and Including February 28, 2023 [D.I. 1221, filed on April 4, 2023]

    B.  Certificate of No Objection [D.I. 1347, filed on April 25, 2023]

    C.  Fifth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2023 Through and Including March 31, 2023 [D.I. 1388, filed April 28, 2023]

    D.  Certificate of No Objection [D.I. 1516, filed May 19, 2023]

    E.  Sixth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2023 Through and Including April 30, 2023 [D.I. 1556, filed on June 1, 2023]

    F.  Certificate of No Objection [D.I. 1685, filed on June 22, 2023]

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

2.    First Interim Fee Application of Ernst & Young LLP [D.I. 1654, filed on June 15, 2023]

Related Documents:

A.    First Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 28, 2022 Through and Including December 31, 2022 [D.I. 847, filed on March 10, 2023]

B.    Certificate of No Objection [D.I. 1209, filed on March 31, 2023]

C.    Second Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2023 Through and Including January 31, 2023 [D.I. 1500, filed on May 16, 2023]

D.    Certificate of No Objection [D.I. 1576, filed on June 6, 2023]

3.    Third Interim Fee Application of Sullivan & Cromwell LLP [D.I. 2523, filed on September 15, 2023]

Related Documents:

A.    Seventh Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2023 Through and Including May 31, 2023 [D.I. 1822, filed on June 30, 2023]

B.    Certificate of No Objection [D.I. 1892, filed on July 21, 2023]

C.    Eighth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2023 Through and Including June 30, 2023 [D.I. 2101, filed July 31, 2023]

D.    Certificate of No Objection [D.I. 2230, filed August 22, 2023]

E.    Ninth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2023 Through and Including July 31, 2023 [D.I. 2271, filed on August 30, 2023]

F.    Certificate of No Objection [D.I. 2650, filed on September 20, 2023]

4.  Third Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from August 1, 2023 Through October 31, 2023 [D.I. 4718, filed on December 15, 2023]

Related Documents:

A.  Third Consolidated Monthly Statement of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner for Compensation for Services Rendered and Reimbursement of Expenses for the Period from August 1, 2023 Through October 31, 2023 [D.I. 4162, filed on November 29, 2023]

B.  Certificate of No Objection Regarding Third Consolidated Monthly Statement of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner for Compensation for Services Rendered and Reimbursement of Expenses for the Period from August 1, 2023 Through October 31, 2023 [D.I. 4935, filed on December 20, 2023]

C.  Certificate of No Objection Regarding Third Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner for Allowance of Compensation for Service Rendered and Reimbursement of Expenses for the Period from August 1, 2023 Through October 31, 2023 [D.I. 5421, filed on January 5, 2024]

5.  Fourth Interim Fee Application of Landis Rath & Cobb LLP [D.I. 4758, filed on December 15, 2023]

Related Documents:

A.  Ninth Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2023 Through and Including August 31, 2023 [D.I. 2800, filed on September 29, 2023]

B.  Certificate of No Objection [D.I. 3328, filed on October 20, 2023]

C.  Tenth Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2023 Through and Including September 30, 2023 [D.I. 3634, filed on October 31, 2023]

D.  Certificate of No Objection [D.I. 4082, filed on November 21, 2023]

E.  Eleventh Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2023 Through and Including October 31, 2023 [D.I. 4208, filed on November 29, 2023]

F.  Certificate of No Objection [D.I. 4933, filed on December 20, 2023]

6.  Fourth Interim Fee Application of Perella Weinberg Partners LP [D.I. 4775, filed on December 15, 2023]

Related Documents:

A.  Tenth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2023 Through and Including August 31, 2023 [D.I. 4516, filed on December 6, 2023]

B.  Eleventh Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2023 Through and Including September 30, 2023 [D.I. 4517, filed on December 6, 2023]

C.  Twelfth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2023 Through and Including October 31, 2023 [D.I. 4585, filed on December 8, 2023]

D.  Certificate of No Objection [D.I. 5225, filed on December 28, 2023]

E.  Certificate of No Objection [D.I. 5226, filed on December 28, 2023]

F.  Certificate of No Objection [D.I. 5275, filed on January 2, 2024]

7.  Fourth Interim Application of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2023 Through October 31, 2023 [D.I. 4813, filed on December 15, 2023]

Related Documents:

A.  Ninth Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for

Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2023 Through August 31, 2023 [D.I. 2774, filed on September 9, 2023]

B.    Certificate of No Objection [D.I. 3327, filed on October 20, 2023]

C.    Tenth Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2023 Through September 30, 2023 [D.I. 3633, filed on October 31, 2023]

D.    Eleventh Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2023 Through October 31, 2023 [D.I. 4206, filed on November 29, 2023]

E.    Certificate of No Objection [D.I. 4433, filed on November 30, 2023]

F.    Certificate of No Objection [D.I. 4932, filed on December 20, 2023]

8.    Fourth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 4814, filed on December 15, 2023]

Related Documents:

A.    Ninth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2023 Through August 31, 2023 [D.I. 3412, filed on October 30, 2023]

B.    Certificate of No Objection [D.I. 4071, filed on November 21, 2023]

C.    Tenth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2023 Through September 30, 2023 [D.I. 4123, filed on November 27, 2023]

D.    Eleventh Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2023 Through October 31, 2023 [D.I. 4653, filed on December 12, 2023]

E.    Supplement to Fourth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 4818, filed on December 15, 2023]

{1368.002-W0074899.}

F.   Certificate of No Objection [D.I. 4910, filed on December 19, 2023]

G.   Certificate of No Objection [D.I. 5314, filed on January 3, 2024]

9.   Fourth Interim Fee Request of FTI Consulting, Inc. [D.I. 4814, filed on December 15, 2023]

Related Documents:

A.   Ninth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period August 1, 2023 Through August 31, 2023 [D.I. 3414, filed on October 30, 2023]

B.   Certificate of No Objection [D.I. 4073, filed on November 21, 2023]

C.   Tenth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period September 1, 2023 Through September 30, 2023 [D.I. 4124, filed on November 27, 2023]

D.   Eleventh Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period October 1, 2023 Through October 31, 2023 [D.I. 4656, filed on December 12, 2023]

E.   Supplement to the Fourth Interim Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period August 1, 2023 Through October 31, 2023 [D.I. 4821, filed on December 15, 2023]

F.   Certificate of No Objection [D.I. 4911, filed on December 19, 2023]

G.   Certificate of No Objection [D.I. 5315, filed on January 3, 2024]

10.  Fourth Interim Fee Request of Jefferies LLC [D.I. 4814, filed on December 15, 2023]

Related Documents:

A.   Ninth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from August 1, 2023 to and Including August 31, 2023 [D.I. 4701, filed on December 15, 2023]

{1368.002-W0074899.}

6

B.    Tenth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from September 1, 2023 to and Including September 30, 2023 [D.I. 4702, filed on December 15, 2023]

C.    Eleventh Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from October 1, 2023 to and Including October 31, 2023 [D.I. 4703, filed on December 15, 2023]

D.    Supplement to Fourth Interim Fee Request of Jefferies LLC [D.I. 4822, filed on December 15, 2023]

E.    Certificate of No Objection [D.I. 5429; filed on January 5, 2024]

F.    Certificate of No Objection [D.I. 5430; filed on January 5, 2024]

G.    Certificate of No Objection [D.I. 5431; filed on January 5, 2024]

11.    Fourth Interim Fee Application of Sullivan & Cromwell LLP [D.I. 4819, filed on December 15, 2024]

Related Documents:

A.    Tenth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2023 Through and Including August 31, 2023 [D.I. 2773, filed on September 29, 2023]

B.    Certificate of No Objection [D.I. 3326, filed on October 20, 2023]

C.    Eleventh Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2023 Through and Including September 30, 2023 [D.I. 3548, filed on October 31, 2023]

D.    Certificate of No Objection [D.I. 4079, filed on November 21, 2023]

E.    Twelfth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October

{1368.002-W0074899.}

1, 2023 Through and Including October 31, 2023 [D.I. 4424, filed on November 30, 2023]

F.    Notice of Filing of Amended Exhibit to the Fourth Interim Fee Application of Sullivan & Cromwell LLP [D.I. 4937, filed on December 20, 2023]

G.    Certificate of No Objection [D.I. 5077, filed on December 21, 2023]

12.    Fourth Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 4850, filed on December 15, 2023]

Related Documents:

A.    Ninth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2023 Through and Including August 31, 2023 [D.I. 2772, filed on September 29, 2023]

B.    Certificate of No Objection [D.I. 3325, filed on October 20, 2023]

C.    Tenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2023 Through and Including September 30, 2023 [D.I. 3628, filed on October 31, 2023]

D.    Certificate of No Objection [D.I. 4081, filed on November 21, 2023]

E.    Eleventh Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2023 Through and Including October 31, 2023 [D.I. 4209, filed on November 29, 2023]

F.    Certificate of No Objection [D.I. 4934, filed on December 20, 2023]

13.    Fourth Interim Fee Application of Alvarez & Marsal North America, LLC [D.I. 4854, filed on December 15, 2023]

Related Documents:

A.    Tenth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for

the Period from August 1, 2023 Through and Including August 31, 2023 [D.I. 2771, filed on September 29, 2023]

B.    Certificate of No Objection [D.I. 3324, filed on October 20, 2023]

C.    Eleventh Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2023 Through and Including September 30, 2023 [D.I. 3549, filed on October 31, 2023]

D.    Certificate of No Objection [D.I. 4080, filed on November 21, 2023]

E.    Twelfth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2023 Through and Including October 31, 2023 [D.I. 4207, filed on November 29, 2023]

F.    Certificate of No Objection [D.I. 4931, filed on December 20, 2023]

14.    First Interim Fee Application of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the Period from May 1, 2023 Through October 31, 2023 [D.I. 4856, filed on December 15, 2023]

Related Documents:

A.    First Combined Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2023 Through September 30, 2023 [D.I. 4102, filed on November 22, 2023]

B.    Certificate of No Objection Regarding First Combined Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2023 Through September 30, 2023 [D.I. 4695, filed on December 14, 2023]

C.    Second Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2023 Through October 31, 2023 [D.I. 4855, filed on December 15, 2023]

{1368.002-W0074899.}

D.    Certificate of No Objection Regarding Second Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2023 Through October 31, 2023 [D.I. 5434, filed on January 8, 2024]

15.    Combined First Monthly and First Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period May 1, 2023 Through and Including October 31, 2023 [D.I. 4858, filed on December 15, 2023]

Related Documents:

A.    Certificate of No Objection Regarding Combined First Monthly and First Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period May 1, 2023 Through October 31, 2023 [D.I. 5435, filed on January 8, 2024]

16.    First Monthly and First Interim Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2023, Through October 31, 2023 [D.I. 4859, filed on December 15, 2023]

Related Documents:

A.    Certificate of No Objection Regarding First Monthly and First Interim Fee Application of Rothschild & Co Us Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-Us Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2023 Through October 31, 2023 [D.I. 5547, filed on January 10, 2024]

17.    Fee Examiner's Summary Report on Fee Review Process and Fourth Interim Fee Applications [D.I. 9157, filed on March 12, 2024]