**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Ref. Nos. 432, 8200 & 9376 |

**ORDER GRANTING DEBTORS' MOTION TO (I) FILE UNDER SEAL OR, IF NECESSARY, OMIT CONFIDENTIAL INFORMATION FROM DECLARATIONS FILED IN SUPPORT OF THE RETENTION OF CERTAIN FOREIGN PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS AND (II) GRANTING RELATED RELIEF**

Upon the *Debtors' Motion to (I) File Under Seal or, if Necessary, Omit Confidential Information from Declarations Filed in Support of the Retention of Certain Foreign Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief* (the "Motion");[2] and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware* dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b), and the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that sufficient notice of the Motion has been given under the circumstances; and it appearing that the

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

{1368.002-W0074690.2}

relief requested by the Motion is necessary and appropriate; and sufficient cause appearing therefor; it is hereby:

ORDERED, ADJUDGED, AND DECREED THAT:[3]

1. The Motion is GRANTED as set forth herein.

2. Pursuant to Section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, the Debtors are authorized to file under seal or, where required by applicable foreign law or regulation, to omit, the Confidential Information of the Foreign OCPs from their Declarations.

3. For the avoidance of doubt, the Debtors may rely on this Order as needed in connection with the filing of Confidential Information with respect to the Continuing Foreign OCPs and any other Foreign OCPs the Debtors may seek to retain in the ordinary course of business that is prohibited or otherwise restricted pursuant to applicable foreign law or regulation from disclosing the Confidential Information. Any such Foreign OCP shall (a) use its reasonable best efforts to obtain client consent to disclose all connections to the Court, the U.S. Trustee, the Debtors, and the Official Committee; and (b) file a Declaration (i) identifying the applicable law or regulations prohibiting disclosure of the Confidential Information, (ii) providing certified translations thereof, where the original text is not in English, (iii) attesting that it did not identify any conflict of interest with respect to its representation of the Debtors, and (iv) identifying, under seal, all Confidential Information for which client consent has been obtained. For the avoidance of doubt, nothing in this Order shall authorize any Foreign OCP to seal or omit any connections to parties-in-interest which are already available within the public domain.

---

[3] For the avoidance of doubt, the relief provided in this Order is not applicable to Debtor Emergent.

4. To the extent that the Confidential Information is filed under seal, it shall remain confidential, shall remain under seal and shall not be made available to anyone, except for (i) the Court; (ii) the Debtors; (iii) the U.S. Trustee and (iv) the Committee.

5. Any party who receives the Confidential Information in accordance with this Order shall not disclose or otherwise disseminate such Confidential Information to any other person or entity.

6. This Order is immediately effective and enforceable, notwithstanding the possible applicability of Bankruptcy Rule 6004(h) or otherwise.

7. The Debtors and any applicable Foreign OCP are authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this Order.

8. The Court shall retain exclusive jurisdiction with respect to any and all matters arising from or related to the implementation or interpretation of this Order.

**Dated: March 18th, 2024**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**