# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Rankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Sheridan Investment Holdings LLC | Calico Capital Ltd. |
|---|---|
| **Transferee** | **Transferor** |

Name and Address where notices and payments to Transferee should be sent:

c/o The Daley Law Firm LLC
4845 Pearl East Cir., Ste 101
Boulder, CO 80301, US
(303) 479-3500
darrell@daleylawyers.com

Last known address of Transferor:

100 Bishopsgate
London, EC2N 4AG
UK

| Claim/Confirmation No. | Debtor | Case No. | Claim Amount |
|---|---|---|---|
| Proof of Claim #: 3763 Confirmation No: 3265-69-GBUDN-621182058 | FTX Europe AG | 22-11075 | $842,546.55 (as described on Proof of Claim) |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Darrell M. Daley          Date: 3/18/2024
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571