# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: March 18, 2024                                              */s/ Thomas Evangelista*
                                                                   Thomas Evangelista

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 18, 2024, by Thomas Evangelista, proved to me on the bases of satisfactory evidence to be the person who appeared before me.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1364 | Name on File<br>Address on File | SPCP Institutional Group, LLC<br>Attn: Operations<br>2 Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830 | May 12, 2023 |
| 1365 | Name on File<br>Address on File | SPCP Group, LLC<br>Attn: Operations<br>2 Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830 | May 12, 2023 |
| 1437 | Name on File<br>Address on File | Park Walk Credit Partners LLC<br>Attn: Jesse Hibbard<br>1120 S Capital of Texas Hwy<br>Building 1, Suite 120<br>Austin, TX 78746 | May 12, 2023 |