# **EXHIBIT 1**

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Ernst & Young LLP** *Tax Services Provider to the Debtors and Debtors-In- Possession* | 11/28/22 – 1/31/23 D.I. 1654 Filed 6/15/23 | $2,394,291.00 | $307,904.55 | $45,224.21 | $1,307.47 | $2,086,386.45 | $43,916.74 |
| **Sullivan & Cromwell LLP** *Counsel to the Debtors and Debtors-In- Possession* | 2/1/23 – 4/30/23 D.I. 1647 Filed 6/15/23 | *Previously Approved* | *Previously Approved* | $184,400.94 | $5,500.00 | *Previously Approved* | $178,900.94[1] |
| **Sullivan & Cromwell LLP** *Counsel to the Debtors and Debtors-In- Possession* | 5/1/23 – 7/31/23 D.I. 2523 Filed 9/15/23 | *Previously Approved* | *Previously Approved* | $60,438.89 | $5,500.00 | *Previously Approved* | $54,938.89[1] |
| **Sullivan & Cromwell LLP** *Counsel to the Debtors and Debtors-In- Possession* | 8/1/23 – 10/31/23 D.I. 4819, 4937 Filed 12/15/23 | $31,759,524.70 | $806,217.10[2] | $64,896.80 | $5,557.48 | $30,953,307.60 | $59,339.32 |

---

[1]    The Fee Examiner had previously agreed to defer consideration of Sullivan & Cromwell's interim expenses subject to the production of additional supporting documentation. The Fee Examiner now recommends approval of these interim expenses, as adjusted.

[2]    Pursuant to the *Fee Examiner's Summary Report on Fee Review Process and Fourth Interim Fee Applications* [D.I. 9157] (the "Fee Examiner Report"), Sullivan & Cromwell LLP has agreed to a 20 percent holdback, equal to $256,217.10, for fees incurred for its work responding to the security breach perpetrated on the Debtors' claims and noticing agent (the "Holdback"). The Holdback has been incorporated into the recommended fee adjustment listed herein. As explained in the Fee Examiner Report, the Fee Examiner anticipates that the Holdback will be released—in full or in part—once the Debtors have been made whole.

{1368.002-W0074799.4}

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Landis Rath & Cobb LLP** *Co-Counsel to the Debtors and Debtors-In- Possession* | 8/1/23 – 10/31/23 D.I. 4758 Filed 12/15/23 | $1,074,047.00 | $26,258.40 | $22,273.60 | $0.00 | $1,047,788.60 | $22,273.60 |
| **Perella Weinberg Partners LP[3]** *Investment Banker to the Debtors and Debtors-In- Possession* | 8/1/23 – 10/31/23 D.I. 4775 Filed 12/15/23 | $1,350,000.00 | N/A | $353,420.19 | N/A | $1,350,000.00 | $353,420.19 |
| **Alvarez & Marsal North America LLC** *Financial Advisors to the Debtors and Debtors-In- Possession* | 8/1/23 – 10/31/23 D.I. 4854 Filed 12/15/23 | $35,890,097.80 | $501,486.20[4] | $828,457.46 | $80,000.00 | $35,388,611.60 | $748,457.46 |
| **AlixPartners, LLP** *Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-In-Possession* | 8/1/23 – 10/31/23 D.I. 4813 Filed 12/15/23 | $13,310,619.25 | $381,831.92 | $187,609.16 | $61,480.29 | $12,928,787.33 | $126,128.87 |

---

[3]   Pursuant to paragraph 3(iv) of the Fee Examiner Order, flat-fee professionals are not subject to Fee Examiner review and, as such, Perella Weinberg Partners LP's fees and expenses were not subject to review by the Fee Examiner.

[4]   Pursuant to the *Fee Examiner's Summary Report on Fee Review Process and Fourth Interim Fee Applications* [D.I. 9157] (the "Fee Examiner Report"), Alvarez & Marsal North America LLC has agreed to a 20 percent holdback, equal to $181,486.20, for fees incurred for its work responding to the security breach perpetrated on the Debtors' claims and noticing agent (the "Holdback"). The Holdback has been incorporated into the recommended fee adjustment listed herein. As explained in the Fee Examiner Report, the Fee Examiner anticipates that the Holdback will be released—in full or in part—once the Debtors have been made whole.

{1368.002-W0074799.4}                                                    2

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Quinn Emanuel Urquhart & Sullivan, LLP** *Special Counsel to the Debtors and Debtors-In-Possession* | 8/1/23 – 10/31/23 D.I. 4850 Filed 12/15/23 | $10,468,893.60 | $140,000.00 | $8,665.43 | $1,200.06 | $10,328,893.60 | $7,465.37 |
| **Young Conaway Stargatt & Taylor, LLP** *Co-Counsel for the Official Committee of Unsecured Creditors* | 8/1/23 – 10/31/23 D.I. 4814 & 4818 Filed 12/15/23 | $393,702.50 | $37,455.00[5] | $2,128.61 | $0.00 | $356,247.50 | $2,128.61 |
| **FTI Consulting, Inc.** *Financial Advisor to the Official Committee of Unsecured Creditors* | 8/1/23 – 10/31/23 D.I. 4814 & 4821 Filed 12/15/23 | $6,578,362.00 | $21,681.05 | $16,550.77 | $2,253.08 | $6,556,680.95 | $14,297.69 |
| **Jefferies LLC**[6] *Investment Banker for the Official Committee of Unsecured Creditors* | 8/1/23 – 10/31/23 D.I. 4814 & 4822 Filed 12/15/23 | $675,000.00 | N/A | $65,405.80 | N/A | $675,000.00 | $65,405.80 |

---

[5]    These recommended adjustments also include retrospective adjustments on Reserved Issues identified from the second and third interim fee periods.

[6]    Pursuant to paragraph 3(iv) of the Fee Examiner Order, flat-fee professionals are not subject to Fee Examiner review and, as such, Jefferies LLC's fees and expenses were not subject to review by the Fee Examiner.

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Eversheds Sutherland (US) LLP** *Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com* | 5/1/23 – 10/31/23 D.I. 4856 Filed 12/15/23 | $2,074,294.50 | $55,332.65 | $11,755.19 | $1,300.18 | $2,018,961.85 | $10,455.01 |
| **Morris, Nichols, Arsht & Tunnell LLP** *Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com* | 5/1/23 – 10/31/23 D.I. 4858 Filed 12/15/23 | $517,782.25 | $3,038.25 | $13,669.55 | $267.11 | $514,744.00 | $13,402.44 |
| **Rothschild & Co US Inc.[7]** *Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-U.S. Customers of FTX.com* | 7/1/23 – 10/31/23 D.I. 4859 Filed 12/15/23 | $700,000.00 | N/A | $16,823.84 | N/A | $700,000.00 | $16,823.84 |
| **Katherine Stadler and Godfrey & Kahn, S.C.** *Fee Examiner and Counsel* | 8/1/23 – 10/31/23 D.I. 4718 Filed 12/15/23 | $600,731.25 | N/A | $9,742.35 | N/A | $600,731.25 | $9,742.35 |

---

[7] Pursuant to paragraph 3(iv) of the Fee Examiner Order, flat-fee professionals are not subject to Fee Examiner review and, as such, Rothschild & Co US Inc.'s fees and expenses were not subject to review by the Fee Examiner.