**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: March 20, 2024 at 10:00 A.M. ET**<br>**Objection Deadline: March 8, 2024, 2024 at 4:00 P.M. ET** |
| | **Ref. Nos. 7582 & 7586** |

**CERTIFICATION OF COUNSEL REGARDING
DEBTORS' FOURTEENTH (SUBSTANTIVE) OMNIBUS OBJECTION
TO CERTAIN OVERSTATED PROOFS OF CLAIM (CUSTOMER CLAIMS)**

I, Kimberly A. Brown, counsel to FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") hereby certify as follows to the best of my knowledge, information and belief:

1.      On February 19, 2024, the Debtors filed the *Debtors' Fourteenth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)* [D.I. 7582, redacted & 7586, sealed] (the "Objection").

2.      Pursuant to the *Notice of Objection* attached to the Objection [D.I. 7582-1 & 7586-1], any responses to the Objection were to be filed no later than March 8, 2024, at 4:00 p.m. (ET) (the "Response Deadline").

3.      On March 6, 2024, Link Forth Capital Ltd ("Link Forth") filed a response to the Objection [D.I. 8671] (the "Link Forth Response").

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

4.       As of the Date hereof, no other formal responses or other responses to the Objection have been filed or served on the Debtors, besides the Link Forth Response.

5.       The parties have agreed to adjourn the Objection with regard to Link Forth's proof of claim.

6.       The Debtors have revised the Proposed Order (the "<u>Revised Order</u>"), a copy of which is attached hereto as **<u>Exhibit A</u>**, to reflect the adjournment.  A copy of the Revised Order compared against the Proposed Order is attached hereto as **<u>Exhibit B</u>**.  The Revised Order has been circulated to the Office of the United States Trustee (the "<u>U.S. Trustee</u>") and the Official Committee of Unsecured Creditors (the "<u>Committee</u>"), who have confirmed that they have no objection to the entry of the Revised Order.  In accordance with the Court's electronic order processing procedures, a clean copy of the Revised Order shall be uploaded to CM/ECF.

7.       Accordingly, the Debtors respectfully request that the Court enter the Revised Order at its earliest convenience.

Dated: March 19, 2024
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kimberly A. Brown*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*