# EXHIBIT F

## Debtors' Exhibit List

| Number | Docket Ref. | Description | Objection (If Any) |
|---|---|---|---|
| **FTX-1** | D.I. 5203 | *Declaration of Sabrina T. Howell in Support of the Motion of Debtors to Estimate Claims Based on Digital Assets* | Subject to voir dire / FRE 702 objection |
| **FTX-2** | D.I. 5204 | *Declaration of Kevin Lu in Support of Motion of Debtors to Estimate Claims Based on Digital Assets* | Subject to voir dire / FRE 702 objection |
| **FTX-3** | D.I. 6728-4 | *Supplemental Declaration of Sabrina T. Howell in Support of Motion of Debtors to Estimate Claims* | Subject to voir dire / FRE 702 objection |
| **FTX-4** | D.I. 8951-1 | Maps Vault Expert Report of Fotios Konstantinidis | |
| **FTX-5** | D.I. 8949-1 | Maps and Oxy Foundations Expert Report of Fotios Konstantinidis | |
| **FTX-6** | D.I. 9566-2 | Rebuttal Report of Sabrina T. Howell, dated February 9, 2024 (*Konstantinidis*) | Subject to Motion in *Limine;* Subject to voir dire / FRE 702 objection |
| **FTX-7** | D.I. 9566-3 | Response of Kevin Lu to Expert Report of Fotios Konstantinidis, dated February 9, 2024 | Subject to voir dire / FRE 702 objection |
| **FTX-8** | D.I. 8923-1 | *Declaration of Ioannis Gkatzimas on Behalf of TMSI SEZC Ltd.* | |
| **FTX-9** | D.I. 9566-4 | Rebuttal Expert Report of Sabrina T. Howell In Response to Ioannis Gkatzimas | Subject to Motion in *Limine;* Subject to voir dire / FRE 702 objection |
| **FTX-10** | D.I. 7090 | *Order Granting Motion of Debtors to Estimate Claims Based on Digital Assets* | |
| **FTX-11** | N/A | January 31, 2024 Hearing Transcript | |
| **FTX-12** | N/A | Sabrina T. Howell, Marina Niessner and David Yermack, *Initial Coin Offerings: Financing Growth with Cryptocurrency Token Sales*, 33 REV. FIN. STUDIES 3925 (2020) | Hearsay subject to FRE 803(18) |
| **FTX-13** | N/A | Albert S. Kyle and Anna A. Obizhaeva, *Market Microstructure Invariance: Empirical Hypotheses* 84 ECONOMETRICA 1345 (2016) | Hearsay subject to FRE 803(18) |
| **FTX-14** | N/A | Matthew Hougan, Hong Kim, Micah Lerner, *Economic and Non-Economic Trading in Bitcoin: Exploring the Real Spot Market for the World's First Digital Commodity*, BITWISE ASSET MANAGEMENT (May 24, 2019) | Hearsay subject to FRE 803(18) |
| **FTX-15** | N/A | Brauneis, et al., *How to Measure the Liquidity of Cryptocurrency Markets?*, 124 J. BANKING & FIN. 106041 (2021) | Hearsay subject to FRE 803(18) |
| **FTX-16** | N//A | Albert S. Kyle and Anna A. Obizhaeva, *Large Bets and Stock Market Crashes*, 27 REV. FIN 2163 (2023) | Hearsay subject to FRE 803(18) |