## EXHIBIT G

## Maps Vault's Exhibit List

| Number | Docket Ref. | Description | Objection (If Any) |
|---|---|---|---|
| **MAPS-1** | D.I. 8951-1 | Maps Vault Expert Report of Fotios Konstantinidis | |
| **MAPS-2** | N/A | FTX Customer Proof of Claim (3265-70-JLAYG-671353347) filed by Maps Vault Limited | Not admitted for the truth of the matter asserted |
| **MAPS-3** | D.I. 3643 | Transfer of Claim Other than for Security for Claim Numbers 4905, 4914, 4952 and 78518 | Not admitted for the truth of the matter asserted |
| **MAPS-4** | N/A | Claim Assignment Agreement dated November 2, 2023 between Oxygen Vault Limited and Maps Vault Limited | Not admitted for the truth of the matter asserted |
| **MAPS-5** | N/A | FTX Customer Proof of Claim (3265-70-CYMNS-491255818) filed by Oxygen Vault Limited, as assigned to Maps Vault Limited | Not admitted for the truth of the matter asserted |
| **MAPS-6** | N/A | Julia Smith, *"Sam Coins" Rally Ahead of Potential March Trial, FTX Reboot*, Cryptonews (Nov. 10, 2023, 4:58PM), https://cryptonews.com/news/sam-coins-rally-ahead-of-potential-march-trial-ftx-reboot.htm | Hearsay subject to FRE 803(18) |
| **MAPS-7** | N/A | Matthew Hougan, Hong Kim, Satyajeet Pal, *Price Discovery In The Modern Bitcoin Market: Examining Lead-Lag Relationships Between The Bitcoin Spot And Bitcoin Futures Market*, BITWISE ASSET MANAGEMENT (June 11, 2021) | Hearsay subject to FRE 803(18) |
| **MAPS-8** | N/A | Ryan Rasmussen, Ricky McRoskey, Matt Hougan, *Crypto Use Cases: 12 Real World Stores of How Millions of People Are Using Crypto Services Today*, BITWISE ASSET MANAGEMENT (April 2023) | Hearsay subject to FRE 803(18) |
| **MAPS-9** | N/A | Fotios Konstantinidis, Curriculum Vitae [2024] | |
| **MAPS-10** | D.I. 8951-7 | John J. Stockdale, *A Test of DLOM Computational Models*, Business Valuation Review 27, 131-3727 (2008) | Hearsay subject to FRE 803(18) |
| **MAPS-11** | D.I. 8951-8 | Aaron M. Rotkowski et al., *Current Controversies Regarding Option Pricing Models*, Taxation Planning & Compliance Insights, Autumn 2013 | Hearsay subject to FRE 803(18) |
| **MAPS-12** | D.I. 8951-9 | Ashok Abbott, *Discount for Lack of Liquidity: Understanding and Interpreting Option Models*, Business Valuation Review, October 2009 | Hearsay subject to FRE 803(18) |
| **MAPS-13** | N/A | Stillian Ghaidarov, *Analysis and Critique of the Average Strike Put Option Marketability Discount Model*, Grant Thornton LLP Valuation Services Group, September 2009 (working paper). | Hearsay subject to FRE 803(18) |
| **MAPS-14** | N/A | John Stockdale, Sr., *BVR's Guide to Discounts for Lack of Marketability* 198 (5th Ed.) | Hearsay subject to FRE 803(18) |
| **MAPS-15** | N/A | Sabrina T. Howell, Topics in Entrepreneurial Finance, Spring 2016 Syllabus | FRE 901 |

| Number | Docket Ref. | Description | Objection (If Any) |
|---|---|---|---|
| **MAPS-16** | N/A | Sabrina T. Howell, Applications in Entrepreneurial Finance: Fintech, 2023 Syllabus | FRE 901 |
| **MAPS-17** | N/A | Blockage Discount, Corporate Finance Institute, available at https://corporatefinanceinstitute.com/resources/equities/blockage-discount/ | Hearsay subject to FRE 803(18) |
| **MAPS-18** | D.I. 8951-10 | *Estate of Gimbel v. Commissioner,* No. 21250-04, T.C. Memo. 2006-270 (Dec. 19, 2006) | Not admitted for the truth of the matter asserted |
| **MAPS-19** | D.I. 8951-11 | Charles A. Wilhoite & Aaron M. Rotkowski, *Fair Market Value and Blockage Discounts: When the Market Doesn't Give You the Answer*, Valuation Analysis Insights (2014) | Hearsay subject to FRE 803(18) |