# EXHIBIT H

## Maps and Oxy Foundations' Exhibit List

| Number | Docket Ref. | Description | Objection (If Any) |
|---|---|---|---|
| **OXY-1** | D.I. 8949-1 | Maps and Oxy Foundations Expert Report of Fotios Konstantinidis | |
| **OXY-2** | D.I. 24 | *Declaration of John J. Ray III in Support of Chapter 11 Petitions and First Day Pleadings* | |
| **OXY-3** | N/A | *Declaration of Brian Cecil Simms KC in Support of Petition for Recognition Under Chapter 15 of the Bankruptcy Code, Case No. 22-11516-MEW (Bankr. S.D.N.Y. 2022)* [Adv. D.I. 2] | Hearsay |
| **OXY-4** | N/A | *Debtors' Responses and Objections to Fondation Serendipity, Fondation Elements, Serendipity Network Ltd and Liquidity Network Ltd's (I) First Set of Interrogatories and (II) First Set of Requests for the Production of Documents* | Not admitted for the truth of the matter asserted |
| **OXY-5** | N/A | *Ad Hoc Committee of Non-US Customers of FTX.com v. FTX Trading, Ltd, 1:22-cv-50514-JTD (Bankr. D. Del. 2022)* [Adv. D.I. 1] | Not admitted for the truth of the matter asserted |
| **OXY-6** | N/A | *Emergency Motion for Provisional Relief Pursuant to 11 U.S.C. § 105(A), 1519, and 1521, Case No. 22-11516-MEW (Bankr. S.D.N.Y. 2022)* [Adv. D.I. 7] | Not admitted for the truth of the matter asserted |
| **OXY-7** | N/A | Fondation Elements v. Cottonwood Grove Ltd Proof of Claim dated June 30, 2023 (Confirmation ID 3265-69-FQHHJ-048187988) | Not admitted for the truth of the matter asserted |
| **OXY-8** | N/A | Fondation Elements v. Alameda Research Ltd Proof of Claim dated June 30, 2023 (Confirmation ID 3265-69-ROQAK-305825557) | Not admitted for the truth of the matter asserted |
| **OXY-9** | N/A | Fondation Elements v. FTX Trading Ltd. Proof of Claim dated June 30, 2023 (Confirmation ID 3265-69-DSEMQ-129020720) | Not admitted for the truth of the matter asserted |
| **OXY-10** | N/A | Fondation Elements v. FTX Trading Ltd. Proof of Claim dated June 30, 2023 (Confirmation ID 3265-69-NHLGQ-962439879) | Not admitted for the truth of the matter asserted |
| **OXY-11** | N/A | Liquidity Network Ltd. v. Cottonwood Grove Ltd Proof of Claim dated June 30, 2023 (Confirmation ID 3265-69-VXUPY-203124673) | Not admitted for the truth of the matter asserted |
| **OXY-12** | N/A | Liquidity Network Ltd. v. Alameda Research Ltd Proof of Claim dated June 30, 2023 (Confirmation ID 3265-69-WMTLA-197537181) | Not admitted for the truth of the matter asserted |
| **OXY-13** | N/A | Liquidity Network Ltd. v. FTX Trading Ltd. Proof of Claim dated June 30, 2023 (Confirmation ID 3265-69-XPQUT-420190833) | Not admitted for the truth of the matter asserted |

| Number | Docket Ref. | Description | Objection (If Any) |
|---|---|---|---|
| **OXY-14** | N/A | Fondation Serendipity v. Cottonwood Grove Ltd Proof of Claim dated June 30, 2023 (Confirmation ID 3265-69-TYMIP-946137466) | Not admitted for the truth of the matter asserted |
| **OXY-15** | N/A | Fondation Serendipity v. Alameda Research Ltd Proof of Claim dated June 30, 2023 (Confirmation ID 3265-69-ZQWXQ-892396016) | Not admitted for the truth of the matter asserted |
| **OXY-16** | N/A | Fondation Serendipity v. FTX Trading Ltd. Proof of Claim dated June 30, 2023 (Confirmation ID 3265-69-OPLJB-426385560) | Not admitted for the truth of the matter asserted |
| **OXY-17** | N/A | Serendipity Network Ltd v. Cottonwood Grove Ltd Proof of Claim dated June 30, 2023 (Confirmation ID 3265-69-LPVRS-821141995) | Not admitted for the truth of the matter asserted |
| **OXY-18** | N/A | Serendipity Network Ltd v. Alameda Research Ltd Proof of Claim dated June 30, 2023 (Confirmation ID 3265-69-HSTMJ-205853905) | Not admitted for the truth of the matter asserted |
| **OXY-19** | N/A | Serendipity Network Ltd v. FTX Trading Ltd Proof of Claim dated June 30, 2023 (Confirmation ID 3265-69-QVUBQ-019518533) | Not admitted for the truth of the matter asserted |
| **OXY-20** | N/A | Fondation Elements v. FTX Trading Ltd. Proof of Claim dated September 28, 2023 (Confirmation ID 3265-70-PSMGP-337168947) | Not admitted for the truth of the matter asserted |
| **OXY-21** | N/A | Liquidity Network Ltd. v. FTX Trading Ltd. Proof of Claim dated September 28, 2023 (Confirmation ID 3265-70-MLUSW-172389988) | Not admitted for the truth of the matter asserted |
| **OXY-22** | N/A | Fondation Serendipity v. FTX Trading Ltd. Proof of Claim dated September 28, 2023 (Confirmation ID 3265-70-VQKQU-629167256) | Not admitted for the truth of the matter asserted |
| **OXY-23** | N/A | Serendipity Network Ltd. v. FTX Trading Ltd. Proof of Claim dated September 28, 2023 (Confirmation ID 3265-70-YJVDJ-428534224) | Not admitted for the truth of the matter asserted |
| **OXY-24** | D.I. 3648 | *Transfer of Claim Other Than for Security* filed on November 2, 2023 | Not admitted for the truth of the matter asserted |
| **OXY-25** | D.I. 7519 | *Transfer of Claim Other Than for Security* filed on February 16, 2024 | Not admitted for the truth of the matter asserted |
| **OXY-26** | N/A | David B. Chaffe, *Option Pricing as a Proxy for Discount for Lack of Marketability in Private Company Valuations*, BUS. VALUATION REV. (December 1993) | Hearsay subject to FRE 803(18) |
| **OXY-27** | N/A | Fischer Black & Myron Scholes, *The Pricing of Options and Corporate Liabilities*, 81 J. POL. ECON. 637 (1973) | Hearsay subject to FRE 803(18) |
| **OXY-28** | N/A | Robert C. Merton, *Theory of Rational Option Pricing*, 4 BELL J. ECON. AND MGMT. SCI. 141 (1973) | Hearsay subject to FRE 803(18) |
| **OXY-29** | N/A | Stillian Ghaidarov, *Analysis and Critique of the Average Strike Put Option Marketability Discount Model*, Working Paper (2009) | Hearsay subject to FRE 803(18) |
| **OXY-30** | N/A | Lin William Cong et al., *Crypto Wash Trading*, Management Science, Vol. 69, No. 11 (2023) | Hearsay subject to FRE 803(18) |

| Number | Docket Ref. | Description | Objection (If Any) |
|---|---|---|---|
| **OXY-31** | N/A | John D. Finnerty, *An Average-Strike Put Option Model of the Marketability Discount*, 19 J. DERIVATIVES 53 (2012) | Hearsay subject to FRE 803(18) |
| **OXY-32** | N/A | Matthew Hougan, Hong Kim, and Satyajeet Pal, *Price Discovery In The Modern Bitcoin Market: Examining Lead-Lag Relationships Between The Bitcoin Spot And Bitcoin Futures Market*, BITWISE ASSET MANAGEMENT (June 11, 2021), https://www.sec.gov/files/rules/sro/nysearca/2021/34-93445-ex3a.pdf | Hearsay subject to FRE 803(18) |
| **OXY-33** | N/A | Ryan Rasmussen, Rickey McRoskey, and Matt Hougan, *Crypto Use Cases: 12 Real World Stories of How Millions of People Are Using Crypto Services Today*, BITWISE (Apr. 4, 2023), https://bitwiseinvestments.com/crypto-market-insights/crypto-use-cases-12-real-world-stories | Hearsay subject to FRE 803(18) |
| **OXY-34** | N/A | John Stockdale Sr., *BVR's Guide to Discounts for Lack of Marketability*, Fifth Edition, Vol. 1, Ch. 9 (August 2013), https://www.bvresources.com/products/bvr-guide-to-discounts-for-lack-of-marketability-fifth-edition | Hearsay subject to FRE 803(18) |
| **OXY-35** | N/A | Julia Smith, *Sam Coins Rally Ahead of Potential March Trial, FTX Reboot*, CRYPTONEWS (Nov. 10, 2023), https://cryptonews.com/news/sam-coins-rally-ahead-of-potential-march-trial-ftx-reboot.htm | Hearsay subject to FRE 803(18) |
| **OXY-36** | N/A | *Maps: White Paper*, MAPS.ME (Jan. 2021), https://maps.me/token/MAPS.pdf | FRE 901 |
| **OXY-37** | N/A | *Oxygen: The Prime Brokerage Protocol,* White Paper (Dec. 2020), https://oxygen.org/Oxygen.pdf | FRE 901 |
| **OXY-38** | N/A | *On Data and Certainty*, COINMETRICS (Jan. 30, 2018), https://coinmetrics.io/on-data-and-certainty/ | |
| **OXY-39** | N/A | John J. Stockdale, *A Test of DLOM Computational Models*, 27 BUS. VALUATION REV. 131 (2008) | Hearsay subject to FRE 803(18) |
| **OXY-40** | N/A | Aaron M. Rotkowski et al., *Current Controversies Regarding Option Pricing Models*, Taxation Planning & Compliance Insights, Autumn 2013 | Hearsay subject to FRE 803(18) |
| **OXY-41** | N/A | Ashok Abbott, *Discount for Lack of Liquidity: Understanding and Interpreting Option Models*, 28 BUS. VALUATION REV. 144 (2009) | Hearsay subject to FRE 803(18) |
| **OXY-42** | N/A | Alexander Saeedy and Alexander Osipovich, *New FTX Chief Says Crypto Exchange Could Restart*, WALL ST. J. (Jan. 19, 2023), https://www.wsj.com/articles/new-ftx-chief-says-cryptoexchange-could-restart-11674143168 | Hearsay subject to FRE 803(18) |
| **OXY-43** | N/A | Dietrich Knauth, *Bankruptcy crypto exchange FTX has recovered $7.3 billion in assets*, REUTERS (Apr. 12, 2023) https://www.reuters.com/technology/bankrupt-crypto- | Hearsay subject to FRE 803(18) |

| Number | Docket Ref. | Description | Objection (If Any) |
|---|---|---|---|
| | | exchange-ftx-hasrecovered-73-bln-assets-attorney-2023-04-12/ | |
| **OXY-44** | N/A | Muyao Shen and Olga Kharif, *FTX Token Jumps After New CEO Says Exchange Could Restart*, BLOOMBERG (Jan. 19, 2023), https://www.bnnbloomberg.ca/ftx-token-jumps-after-new-ceo-says-exchange-could-restart-1.1872316 | Hearsay subject to FRE 803(18) |
| **OXY-45** | N/A | *1.3 Key concepts in ASC 820*, PWC (Mar. 31, 2022), https://viewpoint.pwc.com/dt/us/en/pwc/accounting_guides/fair_value_measureme/fair_value_measureme__9_US/chapter_1_introducti__1_US/15_key_concepts_in_a_US.html | Hearsay subject to FRE 803(18) |
| **OXY-46** | N/A | Zheping Huang, *Crypto Data Tracker Wants to Fight Fake Trading Volume (Correct)*, BLOOMBERG (Nov. 13, 2019) | Hearsay subject to FRE 803(18) |
| **OXY-47** | N/A | Oluwapelumi Adejumo, *Celsius sold off $250 million in ETH and other assets in 30 days*, CRYPTOSLATE (Dec. 20, 2023), https://cryptoslate.com/celsius-sold-off-250-million-in-eth-and-other-assets-in-30-days/ | Hearsay subject to FRE 803(18) |
| **OXY-48** | N/A | *Price (Market Pair, Cryptoasset)*, COINMARKETCAP, https://support.coinmarketcap.com/hc/en-us/articles/360043395752-Price-Market-Pair-Cryptoasset | FRE 901 |
| **OXY-49** | N/A | *Confidence Indicator (Market Pair)*, COINMARKETCAP, https://support.coinmarketcap.com/hc/en-us/articles/360044481772-Confidence-Indicator-Market-Pair | FRE 901 |
| **OXY-50** | N/A | *Data Accountability & Transparency Alliance*, COINMARKETCAP, https://coinmarketcap.com/data-transparency-alliance/ | FRE 901 |
| **OXY-51** | N/A | Gerald Chee, *A Dive Into Wash Trading*, COINMARKETCAP, https://coinmarketcap.com/academy/article/a-dive-into-wash-trading | FRE 901 |
| **OXY-52** | N/A | Helen Partz, *CoinMarketCap to Remove Exchanges From Calculations If They Don't Provide Mandatory Data*, COINTELEGRAPH (May 1, 2019), https://cointelegraph.com/news/coinmarketcap-to-remove-exchanges-from-calculations-if-they-dont-provide-mandatory-data | Hearsay subject to FRE 803(18) |
| **OXY-53** | N/A | *Volume (Market Pair, Cryptoasset, Exchange, Aggregate)*, COINMARKETCAP, https://support.coinmarketcap.com/hc/en- | FRE 901 |

| Number | Docket Ref. | Description | Objection (If Any) |
|---|---|---|---|
| | | us/articles/360043395912-Volume-Market-Pair-Cryptoasset-Exchange-Aggregate | |
| **OXY-54** | N/A | Francis A. Longstaff, *How Much Can Marketability Affect Security Values?*, 50 J. FIN. 1767 (1995) | Hearsay subject to FRE 803(18) |
| **OXY-55** | N/A | John A. Rice, *Mathematical Statistics and Data Analysis*, University of California, Berkeley (3d ed. 2007) | Hearsay subject to FRE 803(18) |
| **OXY-56** | N/A | John D. Finnerty, *The Impact of Transfer Restrictions on Stock Prices* (Oct. 2002) | Hearsay subject to FRE 803(18) |
| **OXY-57** | N/A | *Top Cryptocurrency Spot Exchanges*, COINMARKETCAP, https://coinmarketcap.com/rankings/exchanges/ | FRE 901 |
| **OXY-58** | N/A | David Canellis, *Voyager's $500M Crypto Liquidation Is Almost Complete*, BLOCKWORKS (Mar. 16, 2023), https://blockworks.co/news/voyager-crypto-liquidation-almost-complete | Hearsay subject to FRE 803(18) |
| **OXY-59** | N/A | Rhodilee Jean Dolor, *Voyager Liquidates 1,396,159,318,339 Shiba Inu (SHIB) on Coinbase As Bankruptcy Process Continues: On-Chain Data*, THE DAILY HODL (Aug. 17, 2023), https://dailyhodl.com/2023/08/17/voyager-liquidates-1396159318339-shiba-inu-shib-on-coinbase-as-bankruptcy-process-continues-on-chain-data/ | Hearsay subject to FRE 803(18) |