# EXHIBIT I

## TMSI's Exhibit List

| Number | Docket Ref. | Description | Objection (If Any) |
|---|---|---|---|
| **TMSI-1** | D.I. 8923-1 | *Declaration of Ioannis Gkatzimas on Behalf of TMSI SEZC Ltd.* | |