IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., et al., | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee**
Nexxus Participation Vehicle III LLC

**Name of Transferor**
[REDACTED]

Name and address where notices and payments to transferee should be sent:
Nexxus Participation Vehicle III LLC
800 Miramonte Drive, Suite 380
Santa Barbara, CA 93109
Attn: Tim Babich
Email: tim.babich@nexxus-holdings.com

Name and Current Address of Transferor:
[REDACTED]

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule No. 221106807445439 | [REDACTED] | 100% | FTX Trading Ltd. | 22-11068 |
| Confirmation ID 3265-70-LAETU-439859445; 3265-70-OSNYX-165774684 | [REDACTED] | 100% | FTX Trading Ltd. | 22-11068 |
| Unique Customer Code 00360636 | [REDACTED] | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

_/s/ TB_
UD UD (Mar 19, 2024 21:49 GMT)
Transferee/Transferee's Agent

Date: Mar 19, 2024

## EVIDENCE OF TRANSFER OF CLAIM

<u>Annex B</u>

TO:   United States Bankruptcy Court for the District of Delaware ("<u>Court</u>")

AND TO:   FTX Trading LTD ("Debtor")
Case No. 22-11068 ("Case")

RE:   Scheduled ID: 221106807445439
Customer Claim Confirmation ID: 3265-70-LAETU-439859445; 3265-70-OSNYX-165774684
Unique Creditor ID: 00360636

███████ ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Nexxus Participation Vehicle III LLC
800 Miramonte Drive, Suite 380
Santa Barbara, CA 93109
Att: Tim Babich
Tel#: +1 805-880-4105
Email: tim.babich@nexxus-holdings.com,

its successors and assigns ("<u>Buyer</u>"), all of Seller's rights, title and interest in and to the claim(s) against the Debtor in the Case and referenced by (a) Customer Claim Confirmation ID 3265-70-LAETU-439859445; 3265-70-OSNYX-165774684, (b) the amounts listed on Debtor's Schedule of Liabilities, including those referenced by Scheduled ID 221106807445439, (c) and any and all claims related to Unique Creditor ID 00360636 (all of the foregoing being the ("Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated February 28, 2024.

Nexxus Participation Vehicle III LLC, as Buyer



By: _Tim Babich (Feb 28, 2024 17:32 EST)_

Name:   Tim Babich

Title:   Managing Member

| 00360636 | AAVE-PERP[0], ADA-PERP[0], ALGO-PERP[0], AVAX-PERP[0], AXS-PERP[0], BNB[0], BNB-PERP[0], BTC[3.78890000], BTC-PERP[0], CRV-PERP[0], DAI[0], DOGE-PERP[0], DOT[0], ETH[46.00837509], ETH-PERP[0], ETHW[0.00000001], FTT[0.06383602], FTT-PERP[0], GST-PERP[0], LINK-PERP[0], LUNC-PERP[0], MATIC-PERP[0], OMG-PERP[0], ONE-PERP[0], ROOK[0], RSR[0], SOL[60.22510166], SOL-PERP[0], SRM-PERP[0], STEP-PERP[0], TRX[63], USD[0.07], USDT[0.00216833], XRP-PERP[0], XTZ-PERP[0] | | USDT[.002151] |

**Identity of Transferor**

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.