# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: April 9, 2024 at 4:00 p.m. (ET)** |

## SUMMARY OF MONTHLY FEE APPLICATION OF KROLL RESTRUCTURING ADMINISTRATION LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024

| | |
|---|---|
| Name of Applicant: | Kroll Restructuring Administration LLC ("**Kroll**") |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | January 20, 2023, *nunc pro tunc* to November 11, 2022 |
| Period for which compensation and reimbursement is sought: | February 1, 2024 through February 29, 2024 (the "**Fee Period**") |
| Amount of compensation sought as actual, reasonable and necessary: | $12,677.28 (of which Kroll seeks payment of 80% or $10,141.82) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| **Total amount to be paid at this time:** | **$10,141.82** |

This is a:    X     monthly  _____ final application.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

The total time expended for the preparation of Kroll's monthly fee application is approximately 3 hours. The corresponding compensation is not included herein but will be requested in a future application.

**Prior Interim Application**

| Date Filed; ECF No. | Period Covered | Requested | | Paid or To Be Paid | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 3/15/24; ECF No. 9432 | 12/1/22 – 1/31/24 | $30,215.00 (payment of 80% or $24,172.01) | $0.00 | TBD[2] | $0.00 |

**Prior Monthly Applications**

| Date Filed; ECF No. | Period Covered | Requested | | Paid or To Be Paid | | Holdback |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 12/20/23; ECF No. 4929 | 12/1/22 – 11/30/23 | $8,980.40 (payment of 80% or $7,184.32) | $0.00 | $7,184.32 (80% of $8,980.40) | $0.00 | $1,796.08 |
| 1/16/24; ECF No. 5717 | 12/1/23 – 12/31/23 | $7,478.00 (payment of 80% or $5,982.40) | $0.00 | $5,982.40 (80% of $7,478.00) | $0.00 | $1,495.60 |
| 2/15/24; ECF No. 7487 | 1/1/24 – 1/31/24 | $13,756.60 (payment of 80% or $11,005.28) | $0.00 | $11,005.28 (80% of $13,756.60) | $0.00 | $2,751.32 |

---

2   The objection deadline with respect to Kroll's first interim fee application is April 4, 2024, with a hearing thereon set for June 13, 2024. To date, no formal or informal objections have been filed or received.

**Summary of Hours Billed by Kroll Employees During the Fee Period**

| Kroll Employee | Position of the Applicant | Total Hours | Hourly Rate | Total Fees Requested |
|---|---|---|---|---|
| Brunswick, Gabriel | Managing Director | 1.00 | $269.50 | $269.50 |
| Johnson, Craig | Director of Solicitation | 13.10 | $269.50 | $3,530.45 |
| Kesler, Stanislav | Director of Solicitation | 4.10 | $269.50 | $1,104.95 |
| Orchowski, Alex T | Director of Solicitation | 11.50 | $269.50 | $3,099.25 |
| Daloia, James | Director | 0.50 | $269.50 | $134.75 |
| Echevarria, Eusebio | Director | 7.00 | $269.50 | $1,886.50 |
| Hughes, James T | Director | 16.80 | $269.50 | $4,527.60 |
| Perry, Selwyn L | Director | 2.00 | $269.50 | $539.00 |
| Searles, Jordan D | Director | 2.80 | $269.50 | $754.60 |
| | Total: | 58.80 | | $15,846.60[3] |
| | Blended Rate | | $269.50 | |

**Summary of Fees Billed by Subject Matter During the Fee Period**

| Matter Description | Total Hours | Total Fees Requested |
|---|---|---|
| Retention / Fee Application | 1.00 | $269.50 |
| Solicitation | 57.80 | $15,577.10 |
| | 58.80 | $15,846.60[4] |

**Summary of Expenses Incurred During the Fee Period**

| Description | Total Expenses Requested |
|---|---|
| N/A | $0.00 |
| **Total:** | **$0.00** |

[*Remainder of the page intentionally left blank*]

---

[3, 4] This amount has been discounted to $12,677.28 in accordance with the terms of Kroll's retention. Taking into account this discount, the blended hourly rate is $215.60.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Obj. Deadline: April 9, 2024 at 4:00 p.m. (ET) |

**MONTHLY FEE APPLICATION OF KROLL
RESTRUCTURING ADMINISTRATION LLC, ADMINISTRATIVE
ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE
<u>PERIOD FROM FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024</u>**

Kroll Restructuring Administration LLC ("**Kroll**"), administrative advisor to FTX Trading Ltd. and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), files this combined monthly fee application (this "**Application**"), pursuant to sections 330 and 331 of title 11 of the United States Code (the *"***Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (as may be amended, modified, or supplemented, the "**Local Bankruptcy Rules**") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 435] (the "**Interim Compensation Order**"), for payment of compensation for professional services rendered to the Debtors and for reimbursement of actual and necessary expenses incurred in connection with such services for the combined period from February 1, 2024 through February

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

29, 2024 (the "**Fee Period**").  In support of this Application, Kroll respectfully represents as follows:

**Preliminary Statement**

1. Pursuant to this Application, Kroll seeks allowance and approval of aggregate fees in the amount of $12,677.28 (of which Kroll seeks payment of 80% or $10,141.82) and reimbursement of expenses in the amount of $0.00.

2. On January 20, 2023, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order Authorizing Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date* [Docket No. 544], which authorized the Debtors to retain Kroll as administrative advisor in these chapter 11 cases effective as of the Petition Date (as defined below).  In addition, pursuant to the Interim Compensation Order, the Court authorized Kroll to file this Application for monthly compensation and authorized the Debtors to compensate Kroll in accordance with the procedures set forth therein, in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and such other procedures as may be fixed by order of the Court.

3. Pursuant to the Interim Compensation Order, upon the expiration of the Objection Deadline (as defined in the Interim Compensation Order), the Debtors are authorized and directed to pay Kroll an amount equal to the lesser of: (a) 80% of the fees and 100% of the expenses requested in this Application; or (b) 80% of the fees and 100% of the expenses requested in this Application that are not subject to an Objection (as defined in the Interim Compensation Order).

**Jurisdiction**

4. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District

of Delaware, dated as of February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

5. Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

6. The statutory bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-2.

### Background

7. On November 11 and November 14, 2022 (as applicable, the "**Petition Date**"), the Debtors filed with the Court voluntary petitions for relief under the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors-in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Joint administration of the Debtors' cases was authorized by the Court by entry of an order on November 22, 2022 [Docket No. 128]. On December 15, 2022, the U.S Trustee appointed an Official Committee of Unsecured Creditors pursuant to section 1102 of the Bankruptcy Code [Docket No. 231].

### Relief Requested

8. By this Application, Kroll requests (a) allowance and approval of aggregate fees in the amount of $12,677.28 (of which Kroll seeks payment of 80% or $10,141.82) on account of reasonable and necessary professional services rendered to the Debtors by Kroll, and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00.

### Compliance with the Interim Compensation Order

9. Kroll has prepared this Application in accordance with the procedures set forth in the Interim Compensation Order. During the Fee Period, Kroll professionals billed a total of 58.80 hours for which compensation is requested. Kroll's hourly rates are set at a level designed to fairly compensate Kroll for the work of its professionals and to cover routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are

3

subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

10. Further, **Exhibit A** hereto: (a) identifies each individual that rendered services by subject matter; (b) describes each activity or service that such individual performed; (c) states the number of hours (in increments of tenths of an hour) spent by such individual providing the services; and (d) as applicable, lists the amount and type of expenses incurred.

**Summary of Professional Services Rendered**

11. The professional services that Kroll rendered during the Fee Period are grouped by subject matter and summarized as follows:

- Retention / Fee Application

Fees: $269.50; Hours: 1.00

Retention / Fee Application services provided included drafting, reviewing, and revising Kroll's combined monthly fee application filed at Docket No. 7487.

- Solicitation

Fees: $15,577.10; Hours: 57.80

Solicitation services provided included: (a) conferring and coordinating among the Kroll case team and Debtors' counsel regarding solicitation of the Debtors' plan, including solicitation procedures, voting, balloting, related mechanics and an innovative customized electronic balloting portal; (b) responding to inquiries from Debtors' counsel and other case professionals regarding solicitation of the Debtors' plan; (c) updating the case website to provide for electronic balloting, including customized enhancements for the unique scale and nature of these cases; and (d) reviewing, analyzing and revising draft solicitation materials in anticipating of solicitation, including draft ballots and voting procedures.

4

**Summary of Expenses Incurred**

12.     Kroll is not currently aware of any actual and necessary expenses incurred during the Fee Period in rendering the services described herein.

**Representations and Reservation of Rights**

13.     The undersigned has reviewed the requirements of Local Bankruptcy Rule 2016-2 and hereby attests that this Application conforms to such requirements.

14.     Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Application due to delays caused by accounting and processing during the Fee Period. Kroll reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Interim Compensation Order.

**Notice**

15.     Kroll has provided notice of this Application to all parties required to receive such notice under the Interim Compensation Order. In light of the nature of the relief requested herein, Kroll respectfully submits that no further notice is necessary.

[*Remainder of the page intentionally left blank*]

## Conclusion

**WHEREFORE**, pursuant to the Interim Compensation Order, Kroll requests: (a) allowance and approval of aggregate fees in the amount of $12,677.28 (of which Kroll seeks payment of 80% or $10,141.82) on account of reasonable and necessary professional services rendered to the Debtors by Kroll, and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00.

Dated:  March 20, 2024
       New York, New York

*/s/ Shira D. Weiner*
Shira D. Weiner
Gabriel Brunswick
Kroll Restructuring Administration LLC
55 East 52nd Street, 17th Floor
New York, NY 10055
Phone: (212) 257-5450
shira.weiner@kroll.com
gabriel.brunswick@kroll.com

*Administrative Advisor to the Debtors*

## **VERIFICATION**

STATE OF NEW YORK        )
                                              )    SS:
COUNTY OF NEW YORK    )

I, Shira D. Weiner, after being duly sworn according to law, depose and say:

1. I am the General Counsel to Kroll Restructuring Administration LLC ("**Kroll**").

2. I am generally familiar with the work performed on behalf of the Debtors by Kroll professionals.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

4. I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, the foregoing Application complies with such Local Rule.

*Shira Weiner*
Shira D. Weiner

SWORN TO AND SUBSCRIBED before me this 20th day of March, 2024.

*/s/ GABRIEL BRUNSWICK*
Notary Public, State of New York
No. 02BR6323242
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Apr. 20, 2027

**Exhibit A**

**Fee Detail**



**Hourly Fees by Employee through February 2024**

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| JD | Daloia, James | DI - Director | 0.50 | $269.50 | $134.75 |
| EEC | Echevarria, Eusebio | DI - Director | 7.00 | $269.50 | $1,886.50 |
| JTH | Hughes, James T | DI - Director | 16.80 | $269.50 | $4,527.60 |
| SLP | Perry, Selwyn L | DI - Director | 2.00 | $269.50 | $539.00 |
| JDS | Searles, Jordan D | DI - Director | 2.80 | $269.50 | $754.60 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 13.10 | $269.50 | $3,530.45 |
| STK | Kesler, Stanislav | DS - Director of Solicitation | 4.10 | $269.50 | $1,104.95 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 11.50 | $269.50 | $3,099.25 |
| GB | Brunswick, Gabriel | MD - Managing Director | 1.00 | $269.50 | $269.50 |
| | | **TOTAL:** | **58.80** | | **$15,846.60** |

**Hourly Fees by Task Code through February 2024**

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| RETN | Retention / Fee Application | 1.00 | $269.50 |
| SOLI | Solicitation | 57.80 | $15,577.10 |
| | **TOTAL:** | **58.80** | **$15,846.60** |

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|---|---|---|---|---|---|
| 02/01/24 | ATO | DS | Confer with J. Hughes and R. Lim (Kroll) regarding setup of the online ballot portal | Solicitation | 0.50 |
| 02/01/24 | ATO | DS | Telephone conference with A. Mohammed, T. Simion, R. Esposito, D. Lewandowski and J. Sielinski (A&M), R. Perubhatla (RKLS) and J. Searles, C. Johnson, S. Perry, J. Karotkin, J. Hughes and J. Daloia (Kroll) re preparations and outstanding task list for upcoming solicitation | Solicitation | 0.40 |
| 02/01/24 | ATO | DS | Confer with C. Johnson, J. Daloia and J. Hughes (Kroll) regarding solicitation | Solicitation | 0.40 |
| 02/01/24 | CJ | DS | Review proposed solicitation and tabulation procedures | Solicitation | 1.70 |
| 02/01/24 | EEC | DI | Review and prepare electronic ballot submission portal | Solicitation | 1.00 |
| 02/01/24 | JDS | DI | Telephone conference with A. Mohammed, T. Simion, R. Esposito, D. Lewandowski and J. Sielinski (A&M) and D. Longan (Meta), C. Johnson, A. Orchowski, S. Perry, J. Karotkin, J. Hughes and J. Daloia (Kroll) re preparations and outstanding task list for upcoming solicitation | Solicitation | 0.40 |
| 02/01/24 | JTH | DI | Review and prepare electronic ballot submission portal | Solicitation | 2.00 |
| 02/02/24 | EEC | DI | Review and prepare electronic ballot submission portal | Solicitation | 1.00 |
| 02/02/24 | JTH | DI | Review and prepare electronic ballot submission portal | Solicitation | 1.90 |
| 02/05/24 | JTH | DI | Review and prepare electronic ballot submission portal | Solicitation | 0.80 |
| 02/07/24 | ATO | DS | Confer with C. Johnson (Kroll) regarding updates to the online ballot portal | Solicitation | 0.60 |
| 02/08/24 | ATO | DS | Confer with J. Hughes and R. Lim (Kroll) regarding the online ballot portal | Solicitation | 0.30 |
| 02/08/24 | ATO | DS | Telephone conference with D. Lewandowski (Alvarez & Marsal) related to the online ballot portal | Solicitation | 0.40 |
| 02/08/24 | JDS | DI | Telephone conference with A. Mohammed, T. Simion, R. Esposito, D. Lewandowski and J. Sielinski (A&M), D. Longan (Meta) and C. Johnson, A. Orchowski, S. Perry, J. Karotkin, J. Hughes and J. Daloia (Kroll) re preparations and outstanding task list for upcoming solicitation | Solicitation | 0.40 |
| 02/08/24 | JTH | DI | Review and prepare electronic ballot submission portal | Solicitation | 0.80 |
| 02/09/24 | ATO | DS | Respond to inquiries from R. Navarro (FTX) related to solicitation | Solicitation | 0.50 |
| 02/09/24 | JTH | DI | Review and prepare electronic ballot submission portal | Solicitation | 1.30 |
| 02/13/24 | GB | MD | Draft monthly fee app | Retention / Fee Application | 1.00 |
| 02/14/24 | ATO | DS | Confer with C. Johnson (Kroll) re proposed mechanics and processes for electronic voting | Solicitation | 0.40 |
| 02/14/24 | ATO | DS | Respond to inquiries from J. Sielinski (Alvarez & Marsal) | Solicitation | 0.30 |

| Date | Tkpr | Task | Description | Category | Hours |
|---|---|---|---|---|---|
| | | | related to solicitation | | |
| 02/14/24 | CJ | DS | Confer with A. Orchowski (Kroll) re proposed mechanics and processes for electronic voting | Solicitation | 0.40 |
| 02/14/24 | CJ | DS | Review latest proposed procedures for electronic and paper ballot voting | Solicitation | 1.10 |
| 02/15/24 | ATO | DS | Confer with the communications team to prepare for incoming inquiries related to solicitation | Solicitation | 0.30 |
| 02/15/24 | ATO | DS | Confer with J. Hughes (Kroll) regarding the online ballot portal | Solicitation | 0.40 |
| 02/15/24 | ATO | DS | Telephone conference with J. Sielinski (Alvarez & Marsal) related to solicitation | Solicitation | 0.50 |
| 02/15/24 | CJ | DS | Telephone conference with A. Mohammed, T. Simion, R. Esposito, D. Lewandowski and J. Sielinski (A&M), R. Perubhatla (RKLS) and J. Searles, A. Orchowski, S. Perry, J. Karotkin and J. Hughes (Kroll) re preparations and outstanding task list for upcoming solicitation | Solicitation | 0.50 |
| 02/15/24 | JDS | DI | Telephone conference with A. Orchowski, J. Hughes, J. Daloia, C. Johnson and S. Perry (Kroll) and A. Mohammed, J. Sielinski and D. Lewandowski (A&M) re mechanics for upcoming solicitation and tabulation | Solicitation | 0.50 |
| 02/15/24 | JTH | DI | Review and prepare electronic ballot submission portal | Solicitation | 1.00 |
| 02/15/24 | SLP | DI | Telephone conference with A. Mohammed, T. Simion, R. Esposito, D. Lewandowski and J. Sielinski (A&M), R. Perubhatla (RKLS) and J. Searles, A. Orchowski, S. Perry, J. Karotkin and J. Hughes (Kroll) re preparations and outstanding task list for upcoming solicitation | Solicitation | 0.50 |
| 02/19/24 | EEC | DI | Review and prepare electronic ballot submission portal | Solicitation | 1.00 |
| 02/19/24 | JTH | DI | Review and prepare electronic ballot submission portal | Solicitation | 1.00 |
| 02/20/24 | ATO | DS | Confer with J. Hughes (Kroll) regarding setup of the online ballot portal | Solicitation | 0.20 |
| 02/20/24 | ATO | DS | Respond to inquiries from A. Mohammed (Alvarez & Marsal) regarding solicitation | Solicitation | 0.40 |
| 02/20/24 | EEC | DI | Review and prepare electronic ballot submission portal | Solicitation | 1.00 |
| 02/20/24 | JTH | DI | Review and prepare electronic ballot submission portal | Solicitation | 1.30 |
| 02/21/24 | ATO | DS | Confer with C. Johnson (Kroll) regarding solicitation | Solicitation | 0.70 |
| 02/21/24 | EEC | DI | Review and prepare electronic ballot submission portal | Solicitation | 1.00 |
| 02/21/24 | JTH | DI | Review and prepare electronic ballot submission portal | Solicitation | 2.20 |
| 02/22/24 | ATO | DS | Confer with C. Johnson (Kroll) regarding solicitation | Solicitation | 0.30 |
| 02/22/24 | ATO | DS | Telephone conference with J. Sielinski (Alvarez & Marsal) regarding solicitation | Solicitation | 1.20 |
| 02/22/24 | CJ | DS | Review and re-configure draft online voting portal to be used in upcoming solicitation | Solicitation | 1.10 |
| 02/22/24 | CJ | DS | Telephone conference with A. Mohammed, T. Simion, R. Johnson, J. Sielinski (A&M), R. Perubhatla (RKLS), J. Searles, A. Orchowski, S. Kesler, S. Perry and J. Hughes (Kroll) re proposed online voting platform and procedures to | Solicitation | 1.00 |

| Date | Initials | Task | Description | Category | Hours |
|---|---|---|---|---|---|
| | | | be used in upcoming solicitation | | |
| 02/22/24 | EEC | DI | Review and prepare electronic ballot submission portal | Solicitation | 1.00 |
| 02/22/24 | JDS | DI | Telephone conference with A. Mohammed, T. Simion, R. Johnson and J. Sielinski (A&M), R. Perubhatla (RKLS) and C. Johnson, A. Orchowski, S. Kesler, S. Perry and J. Hughes (Kroll) re proposed online voting platform and procedures to be used in upcoming solicitation | Solicitation | 1.00 |
| 02/22/24 | JTH | DI | Review and prepare electronic ballot submission portal | Solicitation | 2.50 |
| 02/22/24 | SLP | DI | Participate in solicitation call with D. Lewandowski (A&M) and C. Johnson (Kroll) | Solicitation | 1.00 |
| 02/22/24 | STK | DS | Telephone conference with A. Mohammed, T. Simion, R. Johnson and J. Sielinski (A&M), R. Perubhatla (RKLS) and J. Searles, A. Orchowski, C. Johnson, S. Perry and J. Hughes (Kroll) re proposed online voting platform and procedures to be used in upcoming solicitation | Solicitation | 1.00 |
| 02/23/24 | ATO | DS | Confer with C. Johnson (Kroll) regarding solicitation | Solicitation | 0.30 |
| 02/23/24 | ATO | DS | Telephone conference with A. Mohammed, T. Simion, D. Lewandowski and J. Sielinski (A&M) and C. Johnson, J. Hughes and S. Kesler (Kroll) re edits to make to online voting platform for use in upcoming solicitation | Solicitation | 0.70 |
| 02/23/24 | ATO | DS | Telephone conference with A. Kranzley and D. Fradin (S&C), A. Mohammed, T. Simion, R. Esposito, D. Lewandowski and J. Sielinski (A&M) and J. Searles, A. Orchowski, S. Perry, J. Hughes and S. Kesler (Kroll) re online voting platform for use in upcoming solicitation | Solicitation | 1.90 |
| 02/23/24 | ATO | DS | Respond to inquiries from A. Mohammed (Alvarez & Marsal) related to the online ballot portal | Solicitation | 0.30 |
| 02/23/24 | CJ | DS | Review notes and updated task list from online presentation to A. Kranzely and D. Fradin (S&C) re proposed online voting platform for use in upcoming solicitation | Solicitation | 1.30 |
| 02/23/24 | CJ | DS | Compile information and materials for presentation to A. Kranzely and D. Fradin (S&C) re proposed online voting platform for use in upcoming solicitation | Solicitation | 2.90 |
| 02/23/24 | CJ | DS | Telephone conference with A. Mohammed, T. Simion, D. Lewandowski, J. Sielinski (A&M), A. Orchowski, J. Hughes and S. Kesler (Kroll) re edits to make to online voting platform for use in upcoming solicitation | Solicitation | 0.70 |
| 02/23/24 | CJ | DS | Telephone conference with A. Kranzley D. Fradin (S&C), A. Mohammed, T. Simion, R. Esposito, D. Lewandowski, J. Sielinski (A&M), J. Searles, A. Orchowski, S. Perry, J. Hughes and S. Kesler (Kroll) re online voting platform for use in upcoming solicitation | Solicitation | 1.90 |
| 02/23/24 | EEC | DI | Review and prepare electronic ballot submission portal | Solicitation | 1.00 |
| 02/23/24 | STK | DS | Telephone conference with A. Kranzley, D. Fradin (S&C), A. Mohammed, T. Simion, R. Esposito, D. Lewandowski, J. Sielinski (A&M), J. Searles, A. Orchowski, S. Perry, J. Hughes and C. Johnson (Kroll) re online voting platform for use in upcoming solicitation | Solicitation | 1.90 |
| 02/23/24 | STK | DS | Telephone conference with A. Mohammed, T. Simion, D. | Solicitation | 0.70 |

| Date | Tkpr | Task | Description | Category | Hours |
|---|---|---|---|---|---|
| | | | Lewandowski, J. Sielinski (A&M), A. Orchowski, J. Hughes and C. Johnson (Kroll) re edits to make to online voting platform for use in upcoming solicitation | | |
| 02/28/24 | JTH | DI | Review and prepare electronic ballot submission portal | Solicitation | 1.20 |
| 02/29/24 | ATO | DS | Confer with A. Mohammed, T. Simion, D. Lewandowski and J. Sielinski (A&M), R. Perubhatla (RKLS) and J. Searles, H. Balogun, J. Daloia, C. Johnson, S. Perry, J. Hughes and S. Kesler (Kroll) re online voting platform for use in upcoming solicitation | Solicitation | 0.50 |
| 02/29/24 | CJ | DS | Telephone conference with A. Mohammed, T. Simion, D. Lewandowski and J. Sielinski (A&M), R. Perubhatla (RKLS) and J. Searles, H. Balogun, J. Daloia, A. Orchowski, S. Perry, J. Hughes and S. Kesler (Kroll) re online voting platform for use in upcoming solicitation | Solicitation | 0.50 |
| 02/29/24 | JD | DI | Telephone conference with A. Mohammed, T. Simion, D. Lewandowski and J. Sielinski (A&M), R. Perubhatla (RKLS) and J. Searles, H. Balogun, J. Daloia, A. Orchowski, S. Perry, J. Hughes and S. Kesler (Kroll) re online voting platform for use in upcoming solicitation | Solicitation | 0.50 |
| 02/29/24 | JDS | DI | Telephone conference with A. Mohammed, T. Simion, D. Lewandowski and J. Sielinski (A&M), R. Perubhatla (RKLS) and C. Johnson, H. Balogun, J. Daloia, A. Orchowski, S. Perry, J. Hughes and S. Kesler (Kroll) re online voting platform for use in upcoming solicitation | Solicitation | 0.50 |
| 02/29/24 | JTH | DI | Review and prepare electronic ballot submission portal | Solicitation | 0.80 |
| 02/29/24 | SLP | DI | Telephone conference with A. Mohammed, T. Simion, D. Lewandowski, J. Sielinski (A&M), R. Perubhatla (RKLS), J. Searles, H. Balogun, J. Daloia, A. Orchowski, J. Hughes and S. Kesler (Kroll) re online voting platform for use in upcoming solicitation | Solicitation | 0.50 |
| 02/29/24 | STK | DS | Telephone conference with A. Mohammed, T. Simion, D. Lewandowski and J. Sielinski (A&M), R. Perubhatla (RKLS) and J. Searles, H. Balogun, J. Daloia, A. Orchowski, S. Perry, J. Hughes and C. Johnson (Kroll) re online voting platform for use in upcoming solicitation | Solicitation | 0.50 |
| | | | | **Total Hours** | **58.80** |