IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 22-11068 (JTD)<br>)<br>) (Lead Case)<br>)<br>) (Jointly Administered)<br>) |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Customer Proof of Claim 74802 was filed or deemed filed under 11 U.S.C. § 1111(a) by Transferor. Transferee hereby gives evidence and notice pursuant to Fed. R. Bankr. P. 3001(e)(2) of the transfer, other than for security, of the Claim referenced in this evidence and notice.

**Name of Transferor:**

[Name and address on file]

**Name of Transferee:**

Yudu Pang
4 Chome-7-55-2502 Konan
Minato City, Tokyo

| Proof of Claim / Customer Claim Form Information | Transferred Amount of Claim | Debtor | Case No. |
|---|---|---|---|
| Document ID: 1ad7f653a2f554b47fbbde8134d66b53ea0b26ea<br>Confirmation ID: 3265-70-QRBSZ-002222266<br>FTX Account ID: 90137082<br>Scheduled ID: 221106806388616<br>Customer Code: 4100622<br>Claim Number: 74802 | 100% of Transferor's Claim | FTX Trading Ltd. | 22-11068 (JTD) |

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any right to receive notice or hearing under Bankruptcy Rule 3001.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___*Yudu Pang*___          Date: March 13, 2024
      Transferee

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571*