IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., et al., | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL

Nexxus Participation Vehicle III LLC ("**Transferee**") hereby withdraw the *Transfer of Claim Other Than Security* [D.I. 9739] filed on March 19, 2024.

Dated: March 20, 2024
      Wilmington, Delaware

 

**NEXXUS PARTICIPATION VEHICLE III LLC**

_____
Tim Babich
800 Miramonte Drive, Suite 380
Santa Barbara, CA 93109
Telephone: (805) 880-4150
Email: tim.babich@nexxus-holdings.com