**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
|---|---|

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **FEDERICO NATALI** |  |
| Name and address where notices and payments to transferee should be sent:<br><br>Federico Natali<br>P.O. Box Number 75719<br>Dubai, United Arab Emirates<br>Email: paxtibi.xyz+recovery@gmail.com | Name and Current Address of Transferor:<br><br> |

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule No. 6040303 | Peter Roth | 100% | FTX Trading Ltd. | 22-11068 |
| Document ID No. d8298f558a5da5e9793aae8c4f7b d6f9463a2651 | Peter Roth | 100% | FTX Trading Ltd. | 22-11068 |
| Confirmation ID No. 3265-70-ZQKYF-242162733 | Peter Roth | 100% | FTX Trading Ltd. | 22-11068 |
| Customer Code No. 00157888 | Peter Roth | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

Federico Natali
Federico Natali (Mar 13, 2024 22:58 GMT+4)
Transferee/Transferee's Agent

Date: 3/13/2024

EVIDENCE OF TRANSFER OF CLAIM

**TO:** United States Bankruptcy Court
for the District of Delaware ("Court")

**AND:** FTX Trading Ltd. ("Debtor")
Case No. 22-11068 (JTD) ("Case")

**CLAIM:** Proof of Claim Document ID No. d8298f558a5da5e9793aae8c4f7bd6f9463a2651 ("Proof of Claim")
Schedule No. 6040303 ("Schedule")
Confirmation ID 3265-70-ZQKYF-242162733 ("Confirmation ID")
Customer Code No. 00157888 ("Customer Code")

0x8CfbCc5f4cd771B54e3206DB55773971a124198D ("Contract No.")
ERC-721 Token ID 110 ("Token ID")




[REDACTED] ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, as further evidenced by the Ethereum Transaction Hash provided directly above, and pursuant to the terms of an Assignment of Claim Agreement dated as of March 12, 2024, does hereby certify that he has unconditionally and irrevocably sold, transferred and assigned to:

Federico Natali
P.O. Box Number 75719
Dubai, United Arab Emirates
Email: paxtibi.xyz+recovery@gmail.com

and its successors and assigns ("Buyer"), all rights, title, and interest in and to (a) the Proof of Claim (b) the Schedule, (c) the Confirmation ID and (d) the Customer Code (collectively the "Claim") and all cash, principal, interest and other property that may be distributed on account of the Claim.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all future payments and distributions on account

of the Claim free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim, in each case to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have duly executed this Evidence of Transfer of Claim as of March 13, 2024.

**SELLER:**

**BUYER:**

**FEDERICO NATALI**

By: *Federico Natali*
Federico Natali (Mar 13, 2024 22:58 GMT+4)

Federico Natali

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 00157860 | Contingent | ADA-PERP[0], ALT-PERP[0], BTC[0], DEFI-PERP[0], DRGN-PERP[0], EOS-PERP[0], LUNA2[0.00548926], LUNA2_LOCKED[0.01280829], LUNC[1195.3], SRM[223.71769937], SRM_LOCKED[84.82312641], TRX[726], USD[0.05], USDT[0] | | |
| 00157861 | | FTT-PERP[0], HXRO[438], OXY[23.9832], SOL[10.94], USD[0.63] | | |
| 00157864 | | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], AMPL[0], AVAX-20210326[0], BCH-PERP[0], BTC[.0000903], BTC-MOVE-20200407[0], BTC-MOVE-20200409[0], BTC-MOVE-20200413[0], BTC-MOVE-20200428[0], BTC-PERP[0], DOGE-PERP[0], ETH-PERP[0], GRT[.91], GRT-PERP[0], LTC[0.00135944], LTC-PERP[0], MANA-PERP[0], SHIT-PERP[0], SOL[.0024], SRM[.84012134], SRM-PERP[0], STEP-PERP[0], SXP[0], TOMO-PERP[0], UNI-PERP[0], USD[0.00], USDT[0], XRP-PERP[0] | | |
| 00157867 | Contingent | ADA-PERP[0], AMPL-PERP[0], ATOM-PERP[0], BCH-PERP[0], BNB-PERP[0], BTC-MOVE-20200331[0], BTC-MOVE-20200404[0], BTC-MOVE-20200409[0], BTC-MOVE-20200531[0], COMP-PERP[0], DOGE-PERP[0], EOS-PERP[0], ETH-PERP[0], LINK-PERP[0], LTC-PERP[0], OXY[14.9895], SLV[3.89741], SRM[11.16639291], SRM_LOCKED[.40661819], SUSHI[10], SUSHI-PERP[0], SXP-PERP[0], THETA-PERP[0], USD[692.66], XTZ-PERP[0] | | |
| 00157868 | | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], AGLD-PERP[0], ALCX-PERP[0], ALGO-PERP[0], ALPHA-PERP[0], ANC-PERP[0], ATOM-PERP[0], AUD[0.00], AVAX-PERP[0], AXS-PERP[0], BADGER-PERP[0], BAO-PERP[0], BAT-PERP[0], BCH-PERP[0], BNB-PERP[0], BOBA-PERP[0], BSV-PERP[0], BTC-PERP[0], BTTPRE-PERP[0], CELO-PERP[0], CHR-PERP[0], CHZ-PERP[0], CREAM-PERP[0], CRO-PERP[0], CRV-PERP[0], DENT-PERP[0], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], ENS-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[.0009954], ETH-PERP[0], ETHW[0.00099540], FLM-PERP[0], FTM-PERP[0], FTT[0], FTT-PERP[0], GALA-PERP[0], GMT-PERP[0], GRT-PERP[0], HOT-PERP[0], HT-PERP[0], HUM-PERP[0], IMX-PERP[0], IOTA-PERP[0], KAVA-PERP[0], KNC-PERP[0], LINA-PERP[0], LINK-PERP[0], LOOKS-PERP[0], LRC-PERP[0], LTC-PERP[0], LUNC-PERP[0], MANA-PERP[0], MAPS-PERP[0], MATIC-PERP[0], MKR-PERP[0], NEAR-PERP[0], NEO-PERP[0], OKB-PERP[0], OMG-PERP[0], PROM-PERP[0], PUNDIX-PERP[0], REEF-PERP[0], RNDR-PERP[0], SAND-PERP[0], SHIB-PERP[0], SHIT-PERP[0], SKL-PERP[0], SLP-PERP[0], SOL-PERP[0], SOS-PERP[0], SPELL-PERP[0], SRM-PERP[0], STEP-PERP[0], STORJ-PERP[0], SUSHI-PERP[0], TRX-PERP[0], UNI-PERP[0], USD[0.53], USDT[0], USTC-PERP[0], VET-PERP[0], WAVES-PERP[0], XEM-PERP[0], XRP-PERP[0], XTZ-PERP[0], YFII-PERP[0], YFI-PERP[0], ZEC-PERP[0], ZIL-PERP[0] | | |
| 00157869 | | USD[0.18] | | |
| 00157870 | | USD[0.00], USDT[.03113422] | | |
| 00157873 | | ADA-PERP[0], ATOM-PERP[0], BCH-PERP[0], BNB-PERP[0], BTC-20200626[0], BTC-MOVE-20200508[0], BTC-MOVE-20200509[0], BTC-MOVE-20200510[0], BTC-MOVE-20200520[0], BTC-MOVE-20200521[0], BTC-MOVE-20200522[0], BTC-MOVE-20200608[0], BTC-MOVE-20200609[0], BTC-MOVE-20200612[0], BTC-PERP[0], COMP-PERP[0], DEFI-PERP[0], DOGE-PERP[0], ETH-PERP[0], EXCH-PERP[0], KNC-PERP[0], LINK-PERP[0], LTC-PERP[0], MATIC-PERP[0], MID-PERP[0], MKR-PERP[0], OIL100-20200525[0], PRIV-PERP[0], SHIT-PERP[0], THETA-PERP[0], TOMO-PERP[0], TRX-PERP[0], USD[-0.01], USDT[0.01642245], VET-PERP[0], XAUT-PERP[0], XRP-PERP[0] | | |
| 00157874 | | USD[0.60] | | |
| 00157876 | | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], ALCX-PERP[0], ALGO-PERP[0], ALPHA-PERP[0], ALT-PERP[0], AMPL-PERP[0], AR-PERP[0], ASD-PERP[0], ATOM-PERP[0], AVAX-PERP[0], AXS-PERP[0], BAND-PERP[0], BAT-PERP[0], BCH-PERP[0], BIT-PERP[0], BNB-PERP[0], BSV-PERP[0], BTC-PERP[0], BTTPRE-PERP[0], CAKE-PERP[0], CHZ-PERP[0], COMP-PERP[0], CONV-PERP[0], CREAM-PERP[0], CRO-PERP[0], CRV-PERP[0], DASH-PERP[0], DAWN-PERP[0], DEFI-PERP[0], DODO-PERP[0], DOGE-PERP[0], DOT-PERP[0], DRGN-PERP[0], EGLD-PERP[0], ENJ-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH-PERP[0], EXCH-PERP[0], FIDA-PERP[0], FIL-PERP[0], FLM-PERP[0], FLOW-PERP[0], FTM-PERP[0], FTT-PERP[0], GRT-PERP[0], HBAR-PERP[0], HNT-PERP[0], HOLY-PERP[0], HOT-PERP[0], HT-PERP[0], HUM-PERP[0], ICP-PERP[0], KAVA-PERP[0], KIN-PERP[0], KNC-PERP[0], KSM-PERP[0], LEO-PERP[0], LINA-PERP[0], LINK-PERP[0], LRC-PERP[0], LTC-PERP[0], LUNC-PERP[0], MANA[.00000001], MATIC-PERP[0], MID-PERP[0], MKR-PERP[0], MTA-PERP[0], MTL-PERP[0], NEAR-PERP[0], NEO-PERP[0], OKB-PERP[0], OMG-PERP[0], ONT-PERP[0], ORBS-PERP[0], OXY-PERP[0], PAXG-PERP[0], PERP-PERP[0], PRIV-PERP[0], PROM-PERP[0], QTUM-PERP[0], RAMP-PERP[0], RAY-PERP[0], REN-PERP[0], ROOK-PERP[0], RSR-PERP[0], RUNE-PERP[0], SAND[.00000001], SAND-PERP[0], SHIB-PERP[0], SHIT-PERP[0], SKL-PERP[0], SNX-PERP[0], SOL-PERP[0], SRM-PERP[0], STEP-PERP[0], STMX-PERP[0], SUSHI-PERP[0], SXP-PERP[0], THETA-PERP[0], TOMO-PERP[0], TRX[.000001], TRX-PERP[0], UNI-PERP[0], USD[0.05], USDT[0.00000002], VET-PERP[0], WAVES-PERP[0], XLM-PERP[0], XMR-PERP[0], XRP-PERP[0], XTZ-PERP[0], YFII-PERP[0], ZIL-PERP[0], ZRX-PERP[0] | | |
| 00157879 | | BAO[1], BTC[0], DENT[1], SOL[0], USD[0.00] | | |
| 00157880 | Contingent | ALTDOOM[.0008], BEAR[6.78], BNBMOON[1.92], BTC[0], BTC-PERP[0], FTT[22], SRM[7.35750058], SRM_LOCKED[.26541206], USD[0.67] | | |
| 00157881 | | USD[0.04] | | |
| 00157882 | | BTC-PERP[0], ETH-PERP[0], LINK[18.4], USD[3.98] | | |
| 00157884 | Contingent | BTC[0], BTC-MOVE-20200119[0], ETH-PERP[0], LTCBULL[.089], LTC-PERP[0], SRM[15.13158718], SRM_LOCKED[49.45189592], TOMOMOON[20000], USD[17.74], USDT[0.00000147] | | |
| 00157886 | | USD[0.60] | | |
| 00157887 | Contingent | DOGE-PERP[0], FTT[0], MATIC[4.43633434], SRM[8.1190416], SRM_LOCKED[52.6009584], SUSHI[.4783875], USD[0.00], USDT[0.00001119] | | |
| 00157888 | | 1INCH-PERP[0], AAVE-PERP[0], ALGO-PERP[0], ALPHA-PERP[0], ALT-PERP[0], ATOM-PERP[0], AUD[0.00], AVAX-PERP[0], BAL-PERP[0], BCH-PERP[0], BNB-PERP[0], BTC[0.00009570], BTC-PERP[0], CEL[.0947], COMP-PERP[0], DOGE[10], DOGE-PERP[0], DOT-PERP[0], DOTPRESPLIT-2020PERP[0], DYDX-PERP[0], EGLD-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[0.00000001], ETH-PERP[0], ETHW[0], EXCH-PERP[0], FTT[150.91720650], FTT-PERP[0], GRT-PERP[0], HOLY-PERP[0], HT-PERP[0], IOTA-PERP[0], KNC-PERP[0], LTC[0], LTC-PERP[0], MANA-PERP[0], MATIC-PERP[0], MID-PERP[0], MKR-PERP[0], NFT (349217257205777065/The Hill by FTX #28771)[1], PRIVBEAR[0.00008823], PRIV-PERP[0], RAMP-PERP[0], RSR-PERP[0], SHIT-PERP[0], SLV[.09077375], SNX[.03758947], SNX-PERP[0], SOL-PERP[0], SRM-PERP[0], SUSHI-PERP[0], THETA-PERP[0], USD[18505.65], USDT[0], XRP-PERP[0], XTZHEDGE[0.00007048], XTZ-PERP[0], YFI-PERP[0], ZEC-PERP[0] | | |
| [illegible] | Contingent | [illegible] | | |

KROLL

## Creditor Information - Schedule # 6040303

Creditor
Name on File
Address on File

Debtor Name
FTX Trading Ltd.
Date Filed
n/a

Claim Number
n/a
Schedule Number
6040303
Confirmation ID
3265-70-YVXWH-088655625

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | **$0.00** | | | | **$0.00** | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

*Transfers, objections, stipulations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.*

### Claim Additional Info

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | BTC | 0.0000957029200766 |
| CRYPTO | BTC-PERP | -0.0000000000000027 |
| CRYPTO | CEL | 0.0947 |
| CRYPTO | DOGE | 10.0 |
| CRYPTO | DOT-PERP | 0.0000000000002274 |
| CRYPTO | DOTPRESPLIT-2020PERP | -0.0000000000000036 |
| CRYPTO | EOS-PERP | -0.000000000003638 |
| CRYPTO | ETH | 0.0000000175 |
| CRYPTO | ETH-PERP | 0.0000000000000213 |
| CRYPTO | ETHW | 0.0000000058865978 |
| CRYPTO | FTT | 150.917206503998 |
| CRYPTO | LTC | 0.0000000056620315 |
| CRYPTO | PRIVBEAR | 0.00008823854 |
| CRYPTO | USDT | 0.0000000043455881 |
| CRYPTO | XTZHEDGE | 0.00007048172 |
| CRYPTO | AAVE-PERP | -0.0000000000000284 |
| CRYPTO | SLV | 0.09077375 |
| CRYPTO | SNX | 0.03758947 |
| FIAT | USD | 18505.648121866256 |
| FIAT | AUD | 0.0001403023311455 |

**Identity of Transferor**

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.