Annex A

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:  FTX TRADING LTD., et al.<br><br>Debtors | Chapter 11<br><br>Case No. Case No. 22-11068<br><br>(Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
|  | **Livello Capital Special Opportunities Master Fund LP** |
|  | c/o Livello Capital Management LP<br><br>104 W. 40th Street, 19th Floor<br><br>New York, NY 10018 |

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount (USD) |
|---|---|---|---|---|
| Claim(s) | FTX Trading Ltd | 22-11068 | Proof of Claim Number 1613 | $415,256.10 |
| | FTX Trading Ltd | 22-11068 | Customer code 06718127 | 100% of the amount described on Register (attached) |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By _Joseph Salerno_    Date: _3/18/24_

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

**DEADLINE TO OBJECT TO TRANSFER**

---

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____

Clerk of the Court

**EVIDENCE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE**

TO: Clerk, United States Bankruptcy Court, District of Delaware

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ , for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, do hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to Livello Capital Special Opportunities Master Fund LP its successors and assigns, ("Buyer"), all right, title and interest in and to the claim(s) the ("Claim") of Seller, identified below, against FTX TRADING LTD et al., in the United States Bankruptcy Court, District of Delaware, Case No. 22-11068.

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount (USD) |
|---|---|---|---|---|
| Claim(s) | FTX Trading Ltd | 22-11068 | Proof of Claim Number 1613 | $415,256.10 |
| | FTX Trading Ltd | 22-11068 | Customer Code 06718127 | 100% of the amount described on the Register |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.

**Buyer:**                                              **Seller:**

**Livello Capital Special Opportunities**    ██████████████████████████
**Master Fund LP**

By: _Joseph Salegna_              By: ████████████████

Name: _Joseph Salegna_            Name: ████████

Title: _Chief financial officer_   Title: ████████

Email: _JsAlegna@livelloocp.com_  Email: ████████

Date: _3/12/24_                   Date: 3/12/2024

FTX Trading Ltd.

Schedule F-D Nonpriority Unsecured Claims

22-11068 (JTD)

| Customer Code | Token / Fiat / NFT [Balance/NFT ID] |
|---|---|
| 06718127 | USD[415256.1096321750000000] |

SRF:    68641
PackID: 69
ADRID:  12245274

FTX 3265 SRF 68641 PackID: 69 ADRID: 12245274 SVC: Batch 0007



In re: FTX Trading, Ltd., et. al.
Case No. 22-11068 (JTD)
United States Bankruptcy Court for the District of Delaware

**KROLL RECEIVED YOUR PROOF OF CLAIM**

This serves as confirmation that the proof of claim form you submitted in connection with the FTX Trading, Ltd. jointly administered chapter 11 bankruptcy cases has been received by Kroll Restructuring Administration LLC ("*Kroll*") on Thursday, April 13, 2023.

Your claim has been assigned claim number ____1613____.

Please **do not** discard this letter as you may need to refer to it in the future.

The processing of your claim by Kroll and your receipt of this letter is not an acknowledgement of the validity, nature or amount of your claim.

PLEASE BE FURTHER ADVISED THAT RECEIPT OF THIS EMAIL AND A UNIQUE
CUSTOMER CODE ONLY INDICATES THAT YOU HAD ONE OR MORE CLAIM(S) LISTED
ON ONE OR MORE OF THE DEBTORS' SCHEDULES AND STATEMENTS.  PROVISION OF
A UNIQUE CUSTOMER CODE IS NOT AN ADMISSION BY THE DEBTORS OF THE
VALIDITY OF SUCH CLAIM(S) OR A WAIVER OF ANY DEFENSES THERETO.  THE
DEBTORS HEREBY INCORPORATE BY REFERENCE THE GLOBAL NOTES ATTACHED
TO EACH OF THE DEBTORS' SCHEDULES AND STATEMENTS AND RESERVE ALL
RIGHTS.

To view all of the Debtors' Schedules and Statements, as well as the Global Notes, please visit
https://restructuring.ra.kroll.com/FTX and navigate to the "Schedules & SOFA" page under "Quick
Links."  Standalone excerpts of the customer data can be found under "Customer Schedules."

**Your Unique Customer Code is 06718127**
**Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:**

USD[415256.1096321750000000]

FTX Noticing
Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055
Unsubscribe