| CASE NAME: *FTX Trading Ltd., et al.*, | SIGN-IN SHEET | COURTROOM LOCATION: 5 |
|---|---|---|
| CASE NO: 22-11068 (JTD) | | DATE: March 20, 2024 at 10:00 a.m. (ET) |
| **Name** | **Law Firm/Company** | **Client Representing** |
| Adam G. Landis | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Kimberly A. Brown | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| James L. Bromley | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Brian D. Glueckstein | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Christopher Dunne | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Julie G. Kapoor | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |

# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 5

**CASE NUMBER(S):** 22-11068    **CASE NAME:** FTX Trading Ltd.    **DATE:** 3/20/2024 (10:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Brendan Schlauch | RLF | JOLs |
| Brett Bakemeyer | W&C | JOLs |
| James Brandt | Latham & Watkins | KS Defendants |
| Suzzanne Uhland | " | " |
| Jeremy Ryan | Potter Anderson & Corroon | " |
| Aaron Applebaum | DLA Piper | Maps Vault |
| Dennis O'Donnell | " | " |
| Jeff Torosian | " | " |
| Joe Roselius | " | " |
| Virginia Callahan | " | " |
|  |  |  |
| Colin R Robinson | Pachulski Stang Ziehl & Jones | Co Mtd Lead Counsel - Moskowitz-Boies |
| Edward J. LoBello | Bond Schoeneck & King | CoinMetrics Inc. |
| Marc Phillips | Montgomery McCracken | Sam Bankman-Fried |
| Henry Jaffe | Pashman Stein Walder Hayden | Boba Foundation |
| Shannon Humiston | McCarter & English | certain former customers of FTX.com |

# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 5

**CASE NUMBER(S):** 22-11068    **CASE NAME:** FTX Trading Ltd.    **DATE:** 3/20/2024 (10:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ken Pasquale | Paul Hastings | Committee |
| Leslie Koch | Paul Hastings | Committee |
| Rob Poppiti | Young Conaway | Committee |
| Michael DeBaecke | Ashby Geddes | Proposed counsel for Examiner |
| Daniel Lowenthal | Patterson Belknap Webb & Tyler | " " " " |
| Robert Cleary | " " " " | Examiner |
| Peter Siddiqui | Katten | TMSI |
| Elliott Bacon | " | TMSI |
| Ethan Trotz | " | TMSI |
| Mark Minuti | Saul Ewing LLP | " |
| Jonathan Lipshie |  | U.S. Trustee |
| Benjamin Hackman |  | " |
| Aaron Javian | Reed Smith LLP | Ozy and Maps Foundations |
| Brian Rostocki | Reed Smith LLP | " |
| Ben Chapple | Reed Smith LLP | " |
| Kurt Gwynne | Reed Smith LLP | " |

# SIGN-IN SHEET

**JUDGE:** Dorsey  **COURTROOM:** 5

**CASE NUMBER(S):** 22-11068  **CASE NAME:** FTX Trading Ltd.  **DATE:** 3/20/2024 (10:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Adler | McCarter & English | certain former customers of FTX.com |
| Linda Richenderfer | UST | UST |
| Ben Hackman | UST | ↓ |
| Jon Lipshie | UST | ↓ |
| Matthew Harvey | MNAT | Ad Hoc Committee |
| Jonathan Weyand | MNAT | ↓ |

**FTX Trading Ltd. (22-11068) – March 20, 2024 (10:00am)**

| First Name | Last Name | Firm | Representing |
|---|---|---|---|
| Reem | Ali | Davis Polk & Wardwell | |
| George | Angelich | | |
| Robin | Jacobs | Wisconsin Department of Financial Institutions | |
| Mr. | Purple | | Creditors |
| Pat | Rabbitte | | myself |
| Becky | Yerak | Wall Street Journal | News Corp |
| Reem | Ali | Davis Polk & Wardwell | |
| Nate | Allard | Kramer Levin Naftalis & Frankel LLP | Interested Party |
| Jack | Amed | | Creditor |
| Fabio | Ames | Ames & Company, Inc. | Ames & Company, Inc. |
| Fabio | Ames Windsor | Fabio Krishna Ames & Company, Inc. | Ames & Company, d/b/a AmesWindsor |
| Carla | Andres | Godfrey & Kahn, S.C. | Fee Examiner |
| George | Angelich | | |
| Rick | Anigian | | BlockFi |
| Richard | Anigian | Haynes and Boone, LLP | BlockFi |
| Rick | Anigian | Haynes & Boone | BlockFi |
| Kwame | Anthony | New York State Office of the Attorney General | |
| Prasetya Ari | Apriliyan | | |
| Rick | Archer | | Law360 |
| Tristan | Axelrod | Brown Rudnick LLP | BlockFi |
| ALEJANDRO | BASCOY | Weil, Gotshal & Manges LLP | N/A |
| Brett | Bakemeyer | White & Case LLP | Foreign Representatives of FTX Digital Markets Ltd |
| Ellen | Bardash | ALM | |
| Jonathan | Barzideh | | |
| Ryan | Beil | White & Case LLP | Foreign Representatives of FTX Digital Markets Ltd |
| Kimberly | Black | Patterson Belknap Webb & Tyler | |
| Thomas | Braziel | | 117 Partners LLC |
| Thomas | Braziel | | Creditor - 117 Partners |
| Philip | Brendel | Bloomberg Intelligence | self |
| Erin | Broderick | Eversheds Sutherland | Ad Hoc Committee of Non-US Customers of FTX.com |
| Erin | Broderick | Eversheds Sutherland | Ad Hoc Committee of Non-U.S. Customers |
| Robert | Brown | | |
| Daniel | Carrigan | Baker Donelson,et al. PC | FBH Corp |

| | | | |
|---|---|---|---|
| Marjorie | Carter | Arnold & Porter | Interested Party |
| Simon | Carter | | |
| Nikolaos | Chagias | Shearman & Sterling LLP | |
| Ding | Chun | | |
| Steven | Church | | non party |
| Steven | Church | | non party |
| Ben | Clarke | Global Restructuring Review | N/A - MEDIA |
| Stephanie | Cohen | DLA Piper | Maps Vault Limited |
| Robert | Cook | | |
| Scott | Cousins | Lewis Brisbois | Evolve Bank & Trust |
| Sean | Crotty | Rothschild and Co | Ad Hoc Committee of Non-US Customers of FTX.com |
| Rheece | DE Villiers | | Individual |
| Darrell | Daley | | |
| Philip | Dalgarno | Willkie Farr & Gallagher LLP | FC Cayman A, L.L.C. |
| Nathaniel | DeLoatch | Eversheds Sutherland | Ad Hoc Committee of Non-U.S. Customers |
| Celine | DeSantis | Morgan, Lewis & Bockius LLP | |
| Mathis | Dehez | | |
| Charles | Delo | Rothschild and Co | Ad Hoc Committee of Non-US Customers of FTX.com |
| Nathan | Deloatch | Evershed Sutherland | Ad Hoc Committee of Non-US Customers of FTX.com |
| Roma | Desai | Attorney General of Texas | Texas State Securities Board |
| Luc | Despins | Paul Hastings | Official Committee of Unsecured Creditors |
| Chun | Ding | | |
| Reuben | Dizengoff | | |
| Dmitry | Dmitriev | | Maps Vault |
| Brenna | Dolphin | Morris, Nichols, Arsht & Tunnell LLP | Ad Hoc Committee of Non-U.S. Customers |
| Stephanie | Eberhardt | Office of the Attorney General | TX SSB, DOB, OAG |
| Matthew | Englehardt | Olympus Peak | |
| Muhammad | Erliyanto | | |
| Muhammad | Erliyanto | | |
| Hussein | Faraj | | Nugenesis OU and Nugenesis Pty Ltd |
| Patrick | Feeney | | |
| Chad | Flick | | |
| Carolyn | Fox | DLA Piper LLP (US) | Maps Vault |
| Olena | Frolova | | |

| First | Last | Firm | Representing |
|---|---|---|---|
| Hillary | Gabriele | White & Case LLP | Foreign Representatives of FTX Digital Markets Ltd |
| Clara | Geoghegan | Law360 | |
| Ashley | Gherlone | Simpson Thacher & Bartlett LLP | |
| Erez | Gilad | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Alex | Grebnev | | |
| Alex | Grebnev | | |
| Christopher | Guth | Attestor Capital | Attestor Capital |
| Drew | Hainline | Alvarez and Marsal | |
| Mark | Hancock | Godfrey & Kahn, S.C. | Fee Examiner |
| Kristopher | Hansen | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Taylor | Harrison | | |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell, LLP | Ad Hoc Committee of Non-US Customers of FTX.com |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell LLP | Ad Hoc Committee |
| Alaina | Heine | | |
| Blake | Hekmatpour | Canyon Partners, LLC | |
| Dennis | Hilkins | Attestor Capital | Attestor Capital |
| Bart | Hoyng | Attestor Capital | Attestor Capital |
| Mark | Hurford | A.M. Saccullo Legal, LLC | Celsius |
| Frederick | Hyman | | Lavanda Sands |
| Seijiro | Ikeda | | Myself |
| Kevin | Jacobs | Alvarez & Marsal Tax, LLC | FTX Trading Ltd. |
| Robin | Jacobs | Wisconsin Department of Financial Institutions, Di | |
| Christiana | Johnson | Schulte Roth & Zabel LLP | |
| Trevor | Jones | | |
| Gihoon | Jung | | Creditor |
| MUHAMMED | KARAKAYA | | |
| Kevin | Kearney | Alvarez & Marsal | Alvarez & Marsal |
| Amol | Kendre | | |
| Dietrich | Knauth | | media, Reuters |
| Dietrich | Knauth | | media, non-participant |
| Leonie | Koch | Paul Hastings | |
| Alexa | Kranzley | Sullivan & Cromwell LLP | The Debtors |
| Matthew | Lane | Reed Smith LLP | Fondation Serendipity, Fondation Elements, Serendi |
| Mathew | Laskowski | Paul Hastings LLP | Official Committee of Unsecured Creditors |

| | | | |
|---|---|---|---|
| Mike | Legge | Reorg | |
| Michael | Ligeti | Shearman & Sterling LLP | |
| Amanda | Lindner | Cooley LLP | Certain Defendants in Multiple Adv. Pros. |
| Kenneth | Listwak | Troutman Pepper Hamilton Sanders LLP | Paradigm Operations LP |
| Jason | Lu | | creditor |
| Emily | MacKay | | |
| John | Marcin | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Embed Shareholder Defendants |
| Anthony | Maurin | | |
| Keith | McCormack | | |
| Colin | McLafferty | Oaktree Capital Management | |
| Stanton | McManus | | United States |
| Michael | Mccarney | | |
| Barry | Meloen | | |
| Michael | Mittelman | FGS Global | |
| Andrew | Morely | Rothschild and Co | Ad Hoc Committee of Non-US Customers of FTX.com |
| Michael | Morris | Wisconsin Department of Justice | State of Wisconsin Dept of Financial Instutions |
| Lorenzo | Munoz | Rothschild and Co | Ad Hoc Committee of Non-US Customers of FTX.com |
| Samantha | Neal | | |
| Nguyet | Nguyen | The Brattle Group | TMSI SEZC Ltd |
| Kenneth | Pasquale | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Sarah | Paul | Eversheds Sutherland | Ad Hoc Committee of Non-US Customers of FTX.com |
| Vadim | Plekhanov | | Maps Vault |
| Mr. | Purple | | Creditors |
| Mr. | Purple | | Creditors |
| Pat | Rabbitte | | myself |
| Timothy | Reilly | | |
| Michael | Reiss | Latham & Watkins LLP | K5 Global |
| Robert | Robinson | | |
| Vida | Robinson | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Embed Shareholder Defendants |
| Samantha | Rodriguez | Morris James LLP | Clawback Defendants |
| Dan | Roe | ALM | Media |
| Michael | Rogers | Eversheds Sutherland | Ad Hoc Committee of Non-US Customers |
| Michael | Rogers | Eversheds Sutherland | Ad Hoc Committee of Non-US Customers of FTX.com |
| Jason | Rosell | Pachulski Stang Ziehl & Jones LLP | The Moskowitz Law Firm/FTX MDL |

| | | | |
|---|---|---|---|
| Brian | Rosen | Latham & Watkins LLP | Interested Party |
| Nathan | Rosenblum | | |
| Nathan | Rosenblum | | |
| Caroline | Salls | | BankruptcyData - media |
| Casey | Sandalow | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Embed Shareholder Defendants |
| Gabriel | Sasson | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Matthew | Scheck | Quinn Emanuel Urquhart & Sullivan, LLP | The Debtors |
| Brendan | Schlauch | Richards, Layton & Finger, P.A. | Joint Official Liquidators |
| Krisztian | Sebestyen | | |
| Arush | Sehgal | | Self |
| Arush | Sehgal | | |
| Daniel | Shamah | O'Melveny & Myers | Bybit Fintech Ltd. |
| Yuhan | Shao | | |
| Yuhan | Shao | n/a | |
| David | Shim | Morgan, Lewis & Bockius LLP | |
| Chris | Shore | White | Foreign Representatives of FTX Digital Markets Ltd |
| Ian | Silverbrand | | |
| Lauren | Sisson | Haynes Boone | BlockFi |
| Lauren | Sisson | Haynes and Boone | BlockFi |
| Pet | Sprofera | | Self |
| Peter | Sprofera | | Self |
| Peter | Sprofera | | Self |
| Arun Kumar | Srinivasan | | |
| Katherine | Stadler | Godfrey & Kahn, S.C. | Fee Examiner |
| Alexander | Steiger | Richards, Layton & Finger, P.A. | Joint Official Liquidators of FTX Digital Markets |
| Nicolas | Streschinsky | | |
| Vince | Sullivan | Law360 | |
| Kaitlyn | Sundt | AlixPartners, LLP | Debtors |
| Bruce | Tan | | |
| Kate | Thomas | Reorg | |
| Alexander | Tiktin | | |
| Maude | Tipton | | |
| Miles | Trevelyan | | |
| Marcelo | Triana | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Embed Shareholder Defendants |

| First | Last | Firm | Party |
|---|---|---|---|
| Ethan | Trotz | Katten Muchin Rosenman LLP | Creditor |
| Ethan | Trotz | Katten Muchin Rosenman LLP | Creditor |
| Andrew | Vara | US DOJ/USTP | US Trustee |
| Austin | Viny | n/a | vonwin |
| Julia | Walters | Rothschild and Co | Ad Hoc Committee of Non-US Customers of FTX.com |
| Jonathan | Weyand | | Ad Hoc Committee of Non-US Customers of FTX.com |
| Jonathan | Weyand | Morris, Nichols, Arsht and Tunnell | Ad Hoc Committee of Non-US Customers of FTX.com |
| Sam | White | CRCM | CRCM |
| Tom | Whitten | | |
| Grayson | Williams | McDermott Will & Emery LLP | Voyager Digital Holdings, Inc., et al. |
| Justin | Wise | Bloomberg Industry Group | |
| Sarah | Wynn | | |
| Charles | Yang | | |
| Becky | Yerak | Wall Street Journal | News Corp |
| Zachary | Zabib | | |
| Zachary | Zabib | | |
| Alexandra | Zablocki | Latham & Watkins LLP | K5 Global |
| Ali | Zablocki | Latham & Watkins LLP | |
| Rafael | Zahralddin-Araven | Lewis Brisbois | Daniel Friedberg |
| Rafael | Zahralddin-Araven | Lewis Brisbois | Daniel J. Friedberg |
| james | cheung | Manager | |
| romain | davis | | |
| vicky | lee | | |
| michael | mccarney | | |
| e f f y | shi | | |
| Reem | Ali | Davis Polk & Wardwell | |
| George | Angelich | | |
| Darrell | Daley | | |
| Clara | Geoghegan | Law360 | |
| Robin | Jacobs | Wisconsin Department of Financial Institutions, Di | |
| Samantha | Neal | | |
| Mr. | Purple | | Creditors |
| Pat | Rabbitte | | myself |
| Kate | Thomas | Reorg | |

| | | | |
|---|---|---|---|
| Justin | Wise | Bloomberg Industry Group | |
| Becky | Yerak | Wall Street Journal | News Corp |
| Reem | Ali | Davis Polk & Wardwell | |
| George | Angelich | | |
| Prasetya Ari | Apriliyan | | |
| Simon | Carter | | |
| Roma | Desai | Attorney General of Texas | TX,TX-SSB, TX-DOB |
| Olena | Frolova | | |
| Mr. | Purple | | Creditors |
| Pat | Rabbitte | | myself |
| Becky | Yerak | Wall Street Journal | News Corp |