IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,<br><br>     Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>**Re: D.I. _____** |

### ORDER APPROVING APPOINTMENT OF EXAMINER

Upon the *United States Trustee's Application for an Order Approving Appointment of Examiner*, dated February 27, 2024 (the "Application"); the Court having reviewed the Application; and it appearing that timely and sufficient notice of the Application was given to interested parties in accordance with the Bankruptcy Code and the Bankruptcy Rules; and no other notice need be given; and upon the hearing held on March 20, 2024; and it appearing that Robert J. Cleary, a disinterested person within the meaning of 11 U.S.C. § 101(14), has been appointed by the United States Trustee as Examiner in the above-captioned, jointly-administered cases of FTX Trading Ltd., *et al.*, and after all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing thereof; it is hereby

ORDERED that the appointment of Robert J. Cleary as Examiner is approved in the jointly-administered bankruptcy cases of FTX Trading Ltd., *et al.* pursuant to 11 U.S.C. § 1104(d).

**Dated: March 20th, 2024**
**Wilmington, Delaware**

                **JOHN T. DORSEY**
                **UNITED STATES BANKRUPTCY JUDGE**