IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING VICTIM IMPACT STATEMENT OF
INTERVENORS FTX TRADING LTD., WEST REALM SHIRES INC.,
ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD AND
THEIR SUBSIDIARIES AND AFFILIATES IN THE CASE OF
<u>UNITED STATES OF AMERICA V. SAMUEL BANKMAN-FRIED (S6 22 CR. 673 (LAK))</u>**

**PLEASE TAKE NOTICE** that on March 20, 2024, the above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>"), filed the *Victim Impact Statement of Intervenors FTX Trading Ltd., West Realm Shires Inc., Alameda Research LLC, Alameda Research Ltd and Their Subsidiaries and Affiliates* in the United States District Court for the Southern District of New York in the matter of *United States of America* v. *Samuel Bankman-Fried* (S6 22 Cr. 673 (LAK)), a copy of which is attached hereto as **Exhibit 1**.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0075042.}

|  |  |
|---|---|
| Dated: March 20, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Kimberly A. Brown*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>         brown@lrclaw.com<br>         pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>         bromleyj@sullcrom.com<br>         gluecksteinb@sullcrom.com<br>         kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |