UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.,*<br><br>Debtors | Chapter 11<br><br>No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Name (Redacted)**

Name of Transferee:

**Opps CY Holdings, LLC**

Name and Current Address of Transferor:
**Name (Redacted)**

Name and Address where notices and payments to transferee should be sent:
**Opps CY Holdings, LLC**
**Attn: Colin McLafferty**
**Email: cmclafferty@oaktreecapital.com**
**1301 Avenue of the Americas, 34th Floor**
**New York, NY 10019**

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Confirmation ID No. 3265-70-DZSED-848929075 | Name (Redacted) | Unliquidated (stated in crypto) | FTX Trading Ltd. | 22-11068 |
| Confirmation ID No. 3265-70-CNVAN-143690903 | Name (Redacted) | Unliquidated (stated in crypto) | FTX Trading Ltd. | 22-11068 |
| Confirmation ID No. 3265-70-OTZGP-353915351 | Name (Redacted) | Unliquidated (stated in crypto) | FTX Trading Ltd. | 22-11068 |
| Customer Code No. 00264875 | Name (Redacted) | as described on Schedule F (attached) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Opps CY Holdings, LLC                                            March 15, 2024

By:   Oaktree Fund GP 2A, Ltd.
Its:  Manager

By:   Oaktree Capital Management Fund, L.P.
Its:  Managing Director

By: *Colin McLafferty*
Name: Colin McLafferty
Title: Vice President

By: *David Nicoll*
Name: David Nicoll
Title: Managing Director

AAVE-20210326[0], AAVE-PERP[0], ADA-PERP[0], ATOM-20210328[0], BTC[0], BTC-0325[0], BTC-1230[0], BTC-20201225[0], BTC-20210326[0], BTC-20210625[0], BTC-20211231[0], CREAM[0.00000001], CRV-PERP[0], DEFI-20201225[0], DEFI-PERP[0], DOGE-PERP[0], DMG-PERP[0], ETH[0.00000001], ETH-0325[0], ETH-0331[0], ETH-0930[0], ETH-1230[0], ETH-20200925[0], ETH-20201225[0], ETH-20210326[0], ETH-20210625[0], ETH-20211231[0], MATIC-20200925[0], MATIC-PERP[0], SOL-0930[0], SOL-PERP[0], TRUMP[0], USD[0408300.76], USDT[0.00794000], XTZ-20201225[0]

00264875

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

# Transfer FTX Verbal & Opps CY -9075, -0903, -5351 (No Claim & Schedule F)

Final Audit Report                                                                 2024-03-15

| | |
|---|---|
| Created: | 2024-03-14 |
| By: | Samson Isaacson (SIsaacson@oaktreecapital.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAABVgY4MQhG25Ni9f0RN8IxEx6zTQ8xoHz |

## "Transfer FTX Verbal & Opps CY -9075, -0903, -5351 (No Claim & Schedule F)" History

- Document created by Samson Isaacson (SIsaacson@oaktreecapital.com)
  2024-03-14 - 8:42:14 PM GMT

- Document emailed to David Nicoll (dnicoll@oaktreecapital.com) for signature
  2024-03-14 - 8:43:03 PM GMT

- Email viewed by David Nicoll (dnicoll@oaktreecapital.com)
  2024-03-14 - 8:43:27 PM GMT

- Document e-signed by David Nicoll (dnicoll@oaktreecapital.com)
  Signature Date: 2024-03-14 - 10:17:55 PM GMT - Time Source: server

- Document emailed to Colin McLafferty (cmclafferty@oaktreecapital.com) for signature
  2024-03-14 - 10:17:56 PM GMT

- Email viewed by Colin McLafferty (cmclafferty@oaktreecapital.com)
  2024-03-14 - 10:18:18 PM GMT

- Document e-signed by Colin McLafferty (cmclafferty@oaktreecapital.com)
  Signature Date: 2024-03-15 - 12:30:34 PM GMT - Time Source: server

- Agreement completed.
  2024-03-15 - 12:30:34 PM GMT

Adobe Acrobat Sign