**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: March 20, 2024

*/s/ Thomas Evangelista*
Thomas Evangelista

State of New York
County of New York


Subscribed and sworn to (or affirmed) before me on March 20, 2024, by Thomas Evangelista, proved to me on the basis of satisfactory evidence to be the person who appeared before me.


*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1230 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | October 6, 2023 |
| 1272 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | October 13, 2023 |
| 1278 | Name on File<br>Address on File | Azure Tide Holdings PTE Ltd.<br>Attn: Wu Tien Ngeow<br>80 Marine Parade Road #16-09<br>Parkway Parade, 449269<br>Singapore | October 6, 2023 |

In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (JTD)

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1279 | Name on File Address on File | Azure Tide Holdings PTE Ltd. Attn: Wu Tien Ngeow 80 Marine Parade Road #16-09 Parkway Parade, 449269 Singapore | October 6, 2023 |
| 1280 | Name on File Address on File | Azure Tide Holdings PTE Ltd. Attn: Wu Tien Ngeow 80 Marine Parade Road #16-09 Parkway Parade, 449269 Singapore | October 6, 2023 |
| 1305 | Name on File Address on File | Arceau 507 II, LLC Attn: Michael Bottjer 4 Lakeside Drive Chobham Lakes Woking, Surrey GU24 8BD United Kingdom | October 27, 2023 |
| 1353 | Name on File Address on File | Cherokee Debt Acquisition, LLC Attn: Vladimir Jelisavcic 1384 Broadway, Suite 906 New York, NY 10018 | October 6, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1446 | Name on File<br>Address on File | SHZ Aviation LLC<br>Attn: Ziki Slav<br>3 Columbus Circle, 15th Floor<br>New York, NY 10019 | October 6, 2023 |
| 1448 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | October 6, 2023 |
| 1492 | Name on File<br>Address on File | Blue Basin Ventures LLC<br>Attn: General Counsel3<br>172 N Rainbow Blvd #26642<br>Las Vegas, NV 89108 | October 6, 2023 |
| 1495 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | October 6, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1497 | Name on File<br>Address on File | Blue Basin Ventures LLC<br>Attn: Ed Tolson<br>3172 N Rainbow Blvd., #26642<br>Las Vegas, NV 89108 | October 6, 2023 |
| 1605 | Name on File<br>Address on File | Diamond Family Investments LLC<br>Attn: Irv Schlussel<br>109 Elk Avenue<br>New Rochelle, NY 10804 | October 6, 2023 |
| 1613 | Name on File<br>Address on File | Blue Basin Ventures LLC<br>Attn: Ed Tolson<br>3172 N Rainbow Blvd., #26642<br>Las Vegas, NV 89108 | October 6, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1626 | Name on File<br>Address on File | Svalbard Holdings Limited<br>Attestor Value Master Fund LP<br>c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, W1H 7JW<br>United Kingdom | October 6, 2023 |
| 1671 | Name on File<br>Address on File | SPCP Group LLC<br>Attn: Operations 2<br>Greenwich Plaza, First Floor<br>Greenwich, CT 06830 | October 6, 2023 |
| 1694 | Name on File<br>Address on File | Contrarian Funds, LLC<br>Attn: Alpa Jimenez<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St., 154-0455<br>Pittsburgh, PA 15262 | October 6, 2023 |
| 1708 | Name on File<br>Address on File | Phoenix Digital LLC<br>Attn: Timothy Tian Zeng<br>42 W 33rd St, Apt 27B<br>New York, NY 10001 | October 6, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1713 | Name on File<br>Address on File | Azure Tide Holdings Pte Ltd.<br>Attn: Benjamin Zhu<br>80 Marine Parade Road #16-09<br>Parkway Parade, 449269<br>Singapore | October 6, 2023 |
| 1842 | Name on File<br>Address on File | Kingdon Capital Ventures VII, LLC<br>c/o Kingdon Capital Management, LLC<br>Attn: William Walsh<br>152 W. 57th St., 50th Floor<br>New York, NY 10019 | October 6, 2023 |
| 1936 | Name on File<br>Address on File | FTX1 SPV Ltd<br>Attn: Adrienne Woods, Esq<br>c/o WZMP<br>45 Rockefeller Plaza, Floor 20<br>New York, NY 10011<br><br>FTX1 SPV Ltd<br>Suite 202, 2nd Floor, Eden Plaza<br>Eden Island, Mahe<br>Seychelles | October 6, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1937 | Name on File<br>Address on File | FTX1 SPV Ltd<br>Attn: Adrienne Woods, Esq<br>c/o WZMP<br>45 Rockefeller Plaza, Floor 20<br>New York, NY 10011<br><br>FTX1 SPV Ltd<br>Suite 202, 2nd Floor, Eden Plaza<br>Eden Island, Mahe<br>Seychelles | October 6, 2023 |
| 1938 | Name on File<br>Address on File | FTX1 SPV Ltd<br>Attn: Adrienne Woods, Esq<br>c/o WZMP<br>45 Rockefeller Plaza, Floor 20<br>New York, NY 10011<br><br>FTX1 SPV Ltd<br>Suite 202, 2nd Floor, Eden Plaza<br>Eden Island, Mahe<br>Seychelles | October 6, 2023 |
| 1945 | Name on File<br>Address on File | Arceau 507 II, LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey GU24 8BD<br>United Kingdom | October 6, 2023 |

In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (JTD)                     Page 7 of 23

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1947 | Name on File<br>Address on File | Arceau 507 II, LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey GU24 8BD<br>United Kingdom | October 6, 2023 |
| 1948 | Name on File<br>Address on File | Arceau 507 II, LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey GU24 8BD<br>United Kingdom | October 6, 2023 |
| 1949 | Name on File<br>Address on File | Arceau 507 II, LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey GU24 8BD<br>United Kingdom | October 6, 2023 |
| 1950 | Name on File<br>Address on File | Arceau X, LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey GU24 8BD<br>United Kingdom | October 6, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1951 | Name on File<br>Address on File | Arceau X, LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey GU24 8BD<br>United Kingdom | October 6, 2023 |
| 1952 | Name on File<br>Address on File | Arceau X, LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey GU24 8BD<br>United Kingdom | October 6, 2023 |
| 1954 | Name on File<br>Address on File | Oroboros FTX I, LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey GU24 8BD<br>United Kingdom | October 6, 2023 |
| 1955 | Name on File<br>Address on File | Oroboros FTX I, LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey GU24 8BD<br>United Kingdom | October 6, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1956 | Name on File<br>Address on File | Oroboros FTX I, LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey GU24 8BD<br>United Kingdom | October 6, 2023 |
| 1957 | Name on File<br>Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey GU24 8BD<br>United Kingdom | October 6, 2023 |
| 1958 | Name on File<br>Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey GU24 8BD<br>United Kingdom | October 6, 2023 |
| 2128 | Name on File<br>Address on File | Arceau 507 II LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey GU24 8BD<br>United Kingdom | October 6, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2133 | Name on File<br>Address on File | Svalbard Holdings Limited<br>Attestor Value Master Fund LP<br>c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, W1H 7JW<br>United Kingdom | October 6, 2023 |
| 2134 | Name on File<br>Address on File | Svalbard Holdings Limited<br>Attestor Value Master Fund LP<br>c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, W1H 7JW<br>United Kingdom | October 6, 2023 |
| 2138 | Name on File<br>Address on File | Kratos Studio Limited<br>OMC Chambers, Wickhams Cay 1<br>Road Town, Tortola<br>British Viring Islands | October 20, 2023 |
| 2145 | Name on File<br>Address on File | Orobos FTX I, LLC<br>Attn: Michael Bottjer<br>245 Michigan Avenue LG4<br>Miami, FL 33139 | October 20, 2023 |

In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (JTD)                    Page 11 of 23

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2151 | Name on File<br>Address on File | FTX1 SPV Ltd<br>c/o WZMP<br>Attn: Adrienne Woods, Esq.<br>45 Rockefeller Plaza, Floor 20<br>New York, NY 10011 | October 6, 2023 |
| 2157 | Name on File<br>Address on File | Arceau 507 II LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey, GU24 8BD<br>United Kingdom | October 6, 2023 |
| 2170 | Name on File<br>Address on File | FTX1 SPV Ltd<br>c/o WZMP<br>Attn: Adrienne Woods, Esq.<br>45 Rockefeller Plaza, Floor 20<br>New York, NY 10011<br><br>FTX1 SPV Ltd<br>Attn: General Counsel<br>Suite 202, 2nd Floor<br>Eden Plaza<br>Eden Island, Mahe<br>Seychelles | October 6, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2171 | Name on File<br>Address on File | FTX1 SPV Ltd<br>c/o WZMP<br>Attn: Adrienne Woods, Esq.<br>45 Rockefeller Plaza, Floor 20<br>New York, NY 10011 | October 6, 2023 |
| 2217 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | October 6, 2023 |
| 2232 | Name on File<br>Address on File | Svalbard Holdings Limited<br>Attestor Value Master Fund LP<br>c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, W1H 7JW<br>United Kingdom | October 6, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2233 | Name on File<br>Address on File | Svalbard Holdings Limited<br>Attestor Value Master Fund LP<br>c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, W1H 7JW<br>United Kingdom | October 6, 2023 |
| 2268 | Name on File<br>Address on File | Arceau 507 II LLC<br>Attn: Michael Bottjer<br>4 Lakeside drive Chobham Lakes<br>Woking, Surrey<br>GU24 8BD<br>England | October 20, 2023 |
| 2281 | Name on File<br>Address on File | Azure Tide Holdings PTE Ltd<br>Attn: Benjamin Zhu<br>80 Marine Parade Road #16-09<br>Parkway Parade 449269<br>Singapore | October 13, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2283 | Name on File<br>Address on File | Contrarian Funds, LLC<br>Attn: Alpa Jimenez<br>411 West Putnam Ave, Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | October 6, 2023 |
| 2409 | Name on File<br>Address on File | FTX 1SPV Ltd<br>c/o: WZMP<br>Attn: Adrienne Woods, Esq.<br>45 Rockefeller Plaza, Floor 20<br>New York, NY 10011<br><br>FTX 1SPV Ltd<br>Suite 202, 2nd Floor, Eden Plaza<br>Eden Island, Mahe<br>Seychelles | October 6, 2023 |
| 2410 | Name on File<br>Address on File | FTX1 SPV Ltd<br>Attn: Adrienne Woods, esq.<br>c/o WZMP<br>45 Rockefeller Plaza, Floor 20<br>New York, NY 10011 | October 6, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2411 | Name on File<br>Address on File | FTX1 SPV Ltd<br>Attn: Adrienne Woods, Esq.<br>c/o WZMP<br>45 Rockefeller Plaza, Floor 20<br>New York, NY 10011 | October 6, 2023 |
| 2415 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | October 20, 2023 |
| 2418 | Name on File<br>Address on File | FTX Bidco LLC<br>Attn: Susan Meyers<br>90 Argyle Avenue<br>New Rochelle, NY 10804 | October 6, 2023 |
| 2420 | Name on File<br>Address on File | FTX Bidco LLC<br>Attn: Susan Meyers<br>90 Argyle Avenue<br>New Rochelle, NY 10804 | October 20, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2511 | Name on File<br>Address on File | Hudson Bay Claim Fund, LLC<br>c/o Hudson Bay Capital Management LP<br>Attn: Matthew Weinstein / Chad Flick<br>28 Harvemeyer Place, 2nd Floor<br>Greenwich, CT 06830 | October 13, 2023 |
| 2522 | Name on File<br>Address on File | Svalbard Holdings Limited<br>Attestor Value Master Fund LP<br>c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, W1H 7JW<br>United Kingdom | October 13, 2023 |
| 2634 | Name on File<br>Address on File | Contrarian Funds, LLC<br>Attn: Alpa Jimenez<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830 | October 20, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2683 | Name on File<br>Address on File | FTX1 SPV Ltd<br>Attn: Adrienne Woods, Esq.<br>c/o WZMP<br>45 Rockefeller Plaza, Floor 20<br>New York, NY 10111<br><br>FTX1 SPV Ltd<br>Suite 202, 2nd Floor, Eden Plaza<br>Eden Island, Mahe, Seychelles | October 20, 2023 |
| 2689 | Name on File<br>Address on File | FTX1 SPV Ltd<br>Attn: Adrienne Woods, Esq.<br>c/o WZMP<br>45 Rockefeller Plaza, Floor 20<br>New York, NY 10111<br><br>FTX1 SPV Ltd<br>Suite 202, 2nd Floor, Eden Plaza<br>Eden Island, Mahe<br>Seychelles | October 13, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2693 | Name on File Address on File | FTX1 SPV Ltd Attn: Adrienne Woods, Esq. c/o WZMP 45 Rockefeller Plaza, Floor 20 New York, NY 10111  FTX1 SPV Ltd Attn : Sitanshu Kumar Suite 202, 2nd Floor, Eden Plaza Eden Island, Mahe Seychelles | October 20, 2023 |
| 2716 | Name on File Address on File | Cherokee Debt Acquisition, LLC Attn: Vladimir Jelisavcic 1384 Broadway, Suite 906 New York, NY 10018 | October 20, 2023 |
| 2729 | Name on File Address on File | Advanced Legal P.C. Attn: Woong Kyu Sung 258 Steilen Avenue Ridgewood, NJ 07450 | October 27, 2023 |

In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (JTD)                    Page 19 of 23

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2735 | Name on File<br>Address on File | FTX1 SPV Ltd<br>Attn: Adrienne Woods, Esq.<br>c/o WZMP<br>45 Rockefeller Plaza, Floor 20<br>New York, NY 10111<br><br>FTX1 SPV Ltd<br>Suite 202, 2nd Floor, Eden Plaza<br>Eden Island, Mahe<br>Seychelles | October 13, 2023 |
| 2736 | Name on File<br>Address on File | FTX1 SPV Ltd<br>Attn: Adrienne Woods, Esq.<br>c/o WZMP<br>45 Rockefeller Plaza, Floor 20<br>New York, NY 10111<br><br>FTX1 SPV Ltd<br>Suite 202, 2nd Floor, Eden Plaza<br>Eden Island, Mahe<br>Seychelles | October 20, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2739 | Name on File Address on File | Hudson Bay Claim Fund LLC c/o Hudson Bay Capital Management LP Attn: Matthew Weinstein / Chad Flick 28 Harvermeyer Place, 2nd Floor Greenwich, CT 06830 | October 27, 2023 |
| 2742 | Name on File Address on File | DRQC LLC Attn: Dan Schmidt 1413 Ave Ponce de Leon Ste 400 PMB 2305 San Juan, PR 00907 | October 20, 2023 |
| 2981 | Name on File Address on File | Ceratosaurus Investors, L.L.C. Attn: Michael Linn One Maritime Plaza, Suite 2100 San Francisco, CA 94111 | October 20, 2023 |
| 2984 | Name on File Address on File | Olympus Peak Trade Claims Opportunities Fund 1 Non-ECI Master LP c/o Olympus Peak Asset Management LP Attn: Leah Silverman 177 West Punam Ave. Suite 2622-S1 Greenwich, CT 06831 | October 20, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3030 | Name on File<br>Address on File | Phoenix Digital LLC<br>Attn: Tian Zeng<br>42 W 33rd St, 27B<br>New York, NY 10001 | October 20, 2023 |
| 3032 | Name on File<br>Address on File | Phoenix Digital LLC<br>Attn: Tian Zeng<br>42 W 33rd St, 27B<br>New York, NY 10001 | October 20, 2023 |
| 3073 | Name on File<br>Address on File | Ceratosaurus Investors, LLC<br>Attn: Michael Linn<br>One Maritime Plaza<br>Suite 2100<br>San Francisco, CA 94111 | October 27, 2023 |
| 3076 | Name on File<br>Address on File | Ceratosaurus Investors, LLC<br>Attn: Michael Linn<br>One Maritime Plaza<br>Suite 2100<br>San Francisco, CA 94111 | October 27, 2023 |
| 3078 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | October 27, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3299 | Name on File<br>Address on File | Azure Distressed Opportunities Corporation<br>Attn: General Counsel<br>103 South Church Street<br>4th Floor, Harbour Place<br>Grand Cayman, KY1-1002<br>Cayman Islands | October 27, 2023 |
| 3300 | Name on File<br>Address on File | Azure Distressed Opportunities Corporation<br>Attn: General Counsel<br>103 South Church Street<br>4th Floor, Harbour Place<br>Grand Cayman, KY1-1002<br>Cayman Islands | October 27, 2023 |