# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 9010-1 and the certification below, counsel hereby moves the admission *pro hac vice* of Kimberly Black, Esq., proposed counsel for Robert J. Cleary, Examiner, in the above-captioned cases and any related proceedings.

Dated: March 21, 2024

**ASHBY & GEDDES, P.A.**
*/s/ Michael D. DeBaecke*
Michael D. DeBaecke (Bar No. 3186)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Tel: (302) 654-1888
Email: mdebaecke@ashbygeddes.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised **12/21/23**. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: March 21, 2024

*/s/ Kimberly Black*
**Patterson Belknap Webb & Tyler LLP**
Kimberly Black
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2720
Email: kblack@pbwt.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{01998121;v1 }