IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re<br><br>FTX TRADING LTD., *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Phala Ltd hereby appears in these jointly-administered cases and requests that any notices and all other papers filed in these cases be given to and served upon:

    Tarter Krinsky & Drogin LLP
    1350 Broadway, 11th Floor
    New York, NY 10018
    Attn: David H. Wander, Esq.
    Telephone: (212) 216-8081
    Facsimile: (212) 216-8001
    dwander@tarterkrinsky.com

Dated: New York, NY
       March 21, 2024

                                        **TARTER KRINSKY & DROGIN LLP**

                                        By: /s/ David H. Wander
                                              David H. Wander, Esq.
                                              1350 Broadway
                                              New York, New York 10018
                                              Telephone: (212) 216-8081
                                              Facsimile: (212) 216-8001
                                              dwander@tarterkrinsky.com

                                              *Attorneys for Phala Ltd*