United States Bankruptcy Court
District of Delaware

In re: FTX Trading Ltd., *et al.*  Case No. 22-11068 (JTD) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| **OAKTREE PHOENIX INVESTMENT FUND, L.P.** | Redacted |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to Transferee should be sent:

Oaktree Phoenix Investment Fund, L.P.
1301 Avenue of the Americas, 34th Floor
New York, NY 10019
Attention: Colin McLafferty

Name and Address where notices to Transferor should be sent:
Address on file

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| FTX Trading Ltd. Schedule No. 6094143 | Redacted | 100% | FTX Trading Ltd. | 22-11068 |
| See attached excerpt. | | | | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Oaktree Phoenix Investment Fund, L.P.**

By:   Oaktree Phoenix Investment Fund GP, L.P.
Its:   General Partner

By:   Oaktree Phoenix Investment Fund GP Ltd.
Its:   General Partner

By:   Oaktree Capital Management, L.P.
Its:   Director

By: *Steven Tesoriere* (Dec 2, 2023 21:43 EST)    Date: 12/02/2023
Name: Steven Tesoriere
Title:

By: *Colin McLafferty*    Date: 12/01/2023
Name: Colin McLafferty
Title: Vice President

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, District of Delaware

Redacted ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Oaktree Value Opportunities Fund Holdings, L.P. ("**Buyer**"), **100%** of all Seller's right, title and interest in and to the claims of Seller against FTX Trading Ltd. in the bankruptcy case entitled *In re: FTX Trading Ltd., et al.*, Case No. 22-11068 (JTD) (Jointly Administered) and pending in the United States Bankruptcy Court, District of Delaware, Case No. 22-11068 (JTD) (Jointly Administered), which claims were submitted on or about September 28, 2023 pursuant to the certain Customer Claim Form with the Customer Claim Confirmation ID No. 3265-70-AHILD-626185050, and identified on Schedule F of FTX Trading Ltd., Schedule No. 6094143 (collectively, the "**Claim**").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 1st day of December, 2023.

SELLER:

Redacted

By: _____
Name: Redacted

BUYER:

**OAKTREE PHOENIX INVESTMENT FUND, L.P.**

By: Oaktree Phoenix Investment Fund GP, L.P.
Its: General Partner

By: Oaktree Phoenix Investment Fund GP Ltd.
Its: General Partner

By: Oaktree Capital Management, L.P.
Its: Director

By: *Steven Tesoriere* (Dec 2, 2023 21:43 EST)
Name: Steven Tesoriere
Title:

By: *Colin McLafferty*
Name: Colin McLafferty
Title: Vice President

032-1000/6959064.3            

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

032-1000/6959064.3

Amended Customer Claim Schedule F-2 (June 27, 2023)

| | | | | |
|---|---|---|---|---|
| | USD[0.00], XLM-PERP[0], LEO-PERP[0] | | | |
| 00380066 | ADA-PERP[0], ALGO-PERP[0], ATOM-PERP[0], AVAX-PERP[0], AXS-PERP[0], BTC[0.00008265], BTC-PERP[0], DOGE-PERP[0], DYDX-PERP[0], ETH[.0008225], ETH-PERP[0], ETHW[.0008225], FTM-PERP[0], FTT[0.00000001], FTT-PERP[0], LTC-PERP[0], LUNC-PERP[0], MATIC-PERP[0], RAY-PERP[0], SHIB-PERP[0], SOL-PERP[0], USD[3369818.66], USDT[0], XTZ-PERP[0] | | | |