**United States Bankruptcy Court**
**District of Delaware**

In re: FTX Trading Ltd., *et al*.                    Case No. 22-11068 (JTD) (Jointly Administered)

**TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

**Boway Holdings, LLC**                              Redacted
Name of Transferee                                   Name of Transferor

Name and Address where notices to Transferee should be sent:

Boway Holdings, LLC
1301 Avenue of the Americas, 34th Floor              Name and Address where notices to Transferor should be sent:
New York, NY 10019                                   Address on file
Attention: Colin McLafferty

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| FTX Trading Ltd.'s Amended Customer Claim Schedules | Redacted | 100% | FTX Trading Ltd. | 22-11068 |
| See attached excerpt | | | | |
| Scheduled No. 6382337 | Redacted | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**BOWAY HOLDINGS, LLC**

By:     Oaktree Fund GP, LLC
Its:    Manager

By:     Oaktree Fund GP I, L.P.
Its:    Managing Member

By: *Colin McLafferty*                               Date: 12/15/2023
Name: Colin McLafferty
Title: Vice President

By: *Steve Tesoriere*                                 Date: 12/15/2023
    Steve Tesoriere (Dec 15, 2023 15:01 EST)
Name: Steven Tesoriere
Title: Managing Director

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, District of Delaware

      Redacted       ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Boway Holdings, LLC**    ("**Buyer**"), **100%** of all Seller's right, title and interest in and to the claims of Seller against FTX Trading Ltd. (including, without any limitation, any related proofs of claim and scheduled claims) in the bankruptcy case entitled *In re: FTX Trading Ltd., et al.*, and pending in the United States Bankruptcy Court, District of Delaware, under Case No. 22-11068 (JTD) (Jointly Administered), which claims are designated with Schedule No. 6382337) and identified on FTX Trading Ltd.'s Amended Customer Claim Schedules (the "**Claim**").

———

      Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 15th day of December, 2023.

SELLER:

   Redacted

By  _____  _____
Name:  Redacted

BUYER:

**BOWAY HOLDINGS, LLC**

By:      Oaktree Fund GP, LLC
Its:      Manager

By:      Oaktree Fund GP I, L.P.
Its:      Managing Member

*Colin McLafferty*
By: _____
Name: Colin McLafferty
Title: Vice President

*Steve Tesoriere*
By: Steve Tesoriere (Dec 15, 2023 15:01 EST)
Name: Steven Tesoriere
Title: Managing Director

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

Amended Customer Claim Schedule F-1 (June 27, 2023)

| | | | | |
|---|---|---|---|---|
| 00158236 | | ADA-PERP[0], AKRO[2], ALPHA[2.004843301], AUDIO[1.02496087], BAO[3], BTC[0.00000004], BTC-PERP[0], CEL[1.04016801], DENT[1], DOGE[2], ETH[.024], ETH-PERP[0], ETHW[4.287], FIDA[1.02745151], FRONT[3.015588931], GRT[1], HOLY[11.04012827], HXRO[1], KIN[7], MATH[3.04208366], RSR[3], SECO[1.05778897], SOL[.012449], SXP[1], TRX[5], UBXT[6], USD[778900.56] | | |