**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: March 19, 2024

*/s/ Thomas Evangelista*
Thomas Evangelista

State of New York
County of New York


Subscribed and sworn to (or affirmed) before me on March 19, 2024, by Thomas Evangelista, proved to me on the basis of satisfactory evidence to be the person who appeared before me.


*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|------------|------------|-----------------|
| 1264 | Name on File Address on File | Cherokee Debt Acquisition, LLC Attn: Vladimir Jelizavcic 1384 Broadway, Suite 906 New York, NY 10018 | September 22, 2023 |
| 1270 | Name on File Address on File | Cherokee Debt Acquisition, LLC Attn: Vladimir Jelisavcic 1384 Broadway, Suite 906 New York, NY 10018 | September 22, 2023 |
| 1285 | Name on File Address on File | Bradford Capital Holdings, LP Attn: Brian L. Brager P.O. Box 4353 Clifton, NJ 07012 | September 22, 2023 |
| 1321 | Name on File Address on File | Cherokee Debt Acquisition, LLC Attn: Vladimir Jelisavcic 1384 Broadway, Suite 906 New York, NY 10018 | September 22, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1512 | Name on File Address on File | Arceau 507 II LLC Attn: Michael Bottjer 4 Lakeside Drive Chobham Lakes Woking, Surrey GU24 8BD United Kingdom | September 22, 2023 |
| 1542 | Name on File Address on File | Azure Tide Holdings Pte Ltd Attn: Benjamin Zhu 80 Marine Parade Road #16-09 Parkwway Parade Singapore 449269 | September 22, 2023 |
| 1543 | Name on File Address on File | Azure Tide Holdings Pte Ltd Attn: Benjamin Zhu 80 Marine Parade Road #16-09 Parkwway Parade Singapore 449269 | September 22, 2023 |
| 1544 | Name on File Address on File | Azure Tide Holdings Pte Ltd Attn: Benjamin Zhu 80 Marine Parade Road #16-09 Parkwway Parade Singapore 449269 | September 22, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1547 | Name on File<br>Address on File | Contrarian Funds, LLC<br>Attn: Alpa Jimenez<br>411 West Putnam Ave.<br>Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St., 154-0455<br>Pittsburgh, PA 15262 | September 22, 2023 |
| 1695 | Name on File<br>Address on File | Contrarian Funds, LLC<br>Attn: Alpa Jimenez<br>411 West Putnam Ave.<br>Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St., 154-0455<br>Pittsburgh, PA 15262 | September 22, 2023 |
| 1887 | Name on File<br>Address on File | FTX1 SPV Ltd.<br>Attn: Adrienne Woods, Esq.<br>c/o WZMP<br>45 Rockefeller Plaza, Floor 20<br>New York, NY 10011<br><br>FTX1 SPV Ltd.<br>Suite 202, 2nd Floor,<br>Eden Plaza<br>Eden Island, Mahe<br>Seychelles | September 22, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1902 | Name on File Address on File | Arceau 507 II LLC Attn: Michael Bottjer 245 Michigan Avenue GL4 Miami, FL 33139 | September 22, 2023 |
| 1933 | Name on File Address on File | FTX Bidco, LLC Attn: Irvin Schlussel 90 Argyle Avenue New Rochelle, NY 10804 | September 22, 2023 |
| 1943 | Name on File Address on File | Arceau 507 II LLC Attn: Michael Bottjer 4 Lakeside Drive Chobham Lakes Woking, Surrey GU24 8BD | September 22, 2023 |
| 2043 | Name on File Address on File | Cherokee Debt Acquisition, LLC Attn: Vladimir Jelizavcic 1384 Broadway, Suite 906 New York, NY 10018 | September 22, 2023 |
| 2153 | Name on File Address on File | FTX1 SPV Ltd Adrienne Woods, Esq. c/o WZMP 45 Rockefeller Plaza, Floor 20 New York, New York 10011 | September 22, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|------------|------------|-----------------|
| 2185 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 1001 | September 22, 2023 |