## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., *et al.*, [1]

      Debtors.

Chapter 11

Case No. 22-11068 (JTD)

(Jointly Administered)

### AFFIDAVIT OF SERVICE

    I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

    At my direction and under my supervision, employees of Kroll caused Notices of Defective Transfer of Claim, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Defective Transfer Service List attached hereto as **Exhibit A**.

    At my direction and under my supervision, employees of Kroll caused Notices of Reversal of Transfer of Claim, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Transfer Reversal Service List attached hereto as **Exhibit B**.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: March 19, 2024

*/s/ Thomas Evangelista*
Thomas Evangelista

State of New York
County of New York


Subscribed and sworn to (or affirmed) before me on March 19, 2024, by Thomas Evangelista, proved to me on the basis of satisfactory evidence to be the person who appeared before me.


*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**<u>Exhibit A</u>**

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1370 | Name on File Address on File | SPCP Institutional Group, LLC Attn: Operations 2 Greenwich Plaza, First Floor Greenwich, CT 06830 | September 29, 2023 |
| 1372 | Name on File Address on File | SPCP Group, LLC Attn: Operations 2 Greenwich Plaza, First Floor Greenwich, CT 06830 | September 29, 2023 |
| 2125 | Name on File Address on File | Arceau 507 II LLC Attn: Michael Bottjer 4 Lakeside Drive Chobham Lakes Woking, Surrey GU24 8BD United Kingdom | September 29, 2023 |
| 2126 | Name on File Address on File | Arceau 507 II LLC Attn: Michael Bottjer 4 Lakeside Drive Chobham Lakes Woking, Surrey GU24 8BD United Kingdom | September 29, 2023 |
| 2127 | Name on File Address on File | Arceau 507 II LLC Attn: Michael Bottjer 4 Lakeside Drive Chobham Lakes Woking, Surrey GU24 8BD United Kingdom | September 29, 2023 |

In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (JTD)                    Page 1 of 2

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|------------|------------|-----------------|
| 2252 | Name on File<br>Address on File | BFCP IV LLC<br>Attn: Timothy Babich<br>c/o Nexxus Holdings<br>Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109 | September 29, 2023 |

**<u>Exhibit B</u>**

Exhibit B
Transfer Reversal Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1228 | Name on File Address on File | SHZ Aviation LLC Attn: Ziki Slav 3 Columbus Circle, 15th Floor New York, NY 10019 | September 22, 2023 |