IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (JTD) |
| Debtor. | ) (Jointly Administered) |

NOTICE OF WITHDRAWAL OF APPEARANCE AND
REQUEST FOR REMOVAL FROM SERVICE LISTS

**PLEASE TAKE NOTICE** that the attorney set forth below, by and through the Office of the Attorney General of Washington, hereby withdraws its appearance on behalf of the Washington State Department of Financial Institutions in the above captioned Chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that service of pleadings and notices in these cases, including CM/ECF electronic notification, upon the following counsel should be discontinued.

Stephen Manning
Assistant Attorney General
Office of the Attorney General of Washington
P. O. Box 40100
Olympia, WA 98504-4010
Phone: 360-534-4846 Fax: 360-664-0229
stephen.manning@atg.wa.gov / gceef@atg.wa.gov / tina.bert@atg.wa.gov

/ / /

/ / /

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Debtors will request joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information will be made available on a website of the Debtors' proposed claims and noticing agent.

1

Dated: March 20, 2024

Respectfully submitted,

ROBERT FERGUSION
Attorney General of Washington

*/s/ Stephen Manning*
STEPHEN MANNING
Washington State Bar No. 36965
Attorney General of Washington
Government Enforcement and Compliance
P. O. Box 40100
Olympia, WA 98504-0100
Telephone: (360) 534-4846
Facsimile: (360) 664-0229
stephen.manning@atg.wa.gov
Attorney for Washington State
Department of Financial Institutions

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on March 20, 2024.

*/s/ Stephen Manning*
STEPHEN MANNING
Assistant Attorney General