# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re FTX Trading Ltd., et al.,<br><br>　　　　　　　Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 22-11068 (JTD) <br> ) <br> ) (Jointly Administered) <br> ) |

## NOTICE OF WITHDRAWAL OF
## NOTICES OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Diameter Capital Partners LP, by its undersigned counsel, hereby withdraws the following Notices of Transfer of Claim Other Than for Security, which are duplicative and were filed by mistake:

Docket Number 6670 (filed January 26, 2024)

Docket Number 6671 (filed January 26, 2024)

Docket Number 6672 (filed January 26, 2024).

Dated:　March 21, 2024

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Jody C. Barillare*

Jody C. Barillare (Bar No. 5107)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: (302) 574-3000
Facsimile: (302) 574-3001
jody.barillare@morganlewis.com

*Attorneys for Diameter Capital Partners LP*

DB1/ 144886029.1