# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Rule 9010-2(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Brandon Williams, hereby appears through his proposed substituted counsel, David V. Fontana, Esq.. Brandon Williams, Esq. substitutes David V. Fontana, Esq. for his original counsel of record, Gregory L. Arbogast, Esq. in the above-referenced cases. Gregory L. Arbogast, Esq. will no longer represent Brandon Williams in the above referenced cases in any capacity, and all such representations will hereafter be undertaken by David V. Fontana, Esq..

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in the above-captioned jointly-administered chapter 11 cases, a complete list of the debtors (collectively, "Debtors") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: March 22, 2024

| | |
|---|---|
| GEBHARDT & SMITH LLP | GEBHARDT & SMITH LLP |
| | |
| *By: /s/ David V. Fontana, Esquire* | *By: /s/ Gregory L. Arbogast* |
| David V. Fontana, Esq. (No. 4805) | Gregory L. Arbogast (No. 6255) |
| 1000 N. West Street, Suite 1200 | 1000 N. West Street, Suite 1200 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| T: (302) 650-9642 | T: (302) 295-5038 |
| E-Mail: dfont@gebsmith.com | F: (443) 957-4325 |
| | Garbogast@gebsmith.com |
| *Attorneys for Defendant Brandon Williams* | *Former Counsel to Brandon Williams* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Local Rule 9010-2(c), this Notice of Substitution of Counsel was served via ECF on all parties that have requested notice in this case.

                                        */s/ David V. Fontana, Esq.*
                                        David V. Fontana, Esq.