IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee
**Phoenix Digital LLC**

Name and address where notices and payments to transferee should be sent:
**Phoenix Digital LLC**
Attn: Tian Zeng
42 W 33rd St, 27B
New York, NY 10001
Email: tzeng@nirvana-cap.com

Name of Transferor
[REDACTED]

Name and Current Address of Transferor:
[REDACTED]

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule No. 221106806466759 | [REDACTED] | 100% | FTX Trading Ltd. | 22-11068 |
| Confirmation ID No. 3265-70-NHFBS-251083748 | [REDACTED] | 100% | FTX Trading Ltd. | 22-11068 |
| Customer Code No. 02026741 | | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

*Tian Zeng*
_____        Date: March 22nd 2024
Transferee/Transferee's Agent

# EVIDENCE OF TRANSFER OF CLAIM

**TO:** United States Bankruptcy Court
for the District of Delaware ("Court")

**AND:** FTX Trading Ltd. ("Debtor")
Case No. 22-11068 (JTD) ("Case")

**CLAIM:** 02026741 ("Unique Customer Code")
0x8CfbCc5f4cd771B54e3206DB55773971a124198D ("Contract No.")
ERC-721 Token ID 10 ("Token ID")



**TRANSACTION HASH:**
0xa9190d81841ae8644a7a1d64b26d49f7585f47cc1606e3bc69fcb3cef158dea5

Pavel Shchurak ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, as further evidenced by the Ethereum Transaction Hash provided directly above, and pursuant to the terms of an Assignment of Claim Agreement dated as of December 1, 2023 does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to: Phoenix Digital LLC, its successors and assigns ("Buyer"), all right, title, and interest in and to 100% of the amounts stated on Schedule F of Debtor for Unique Customer Code (collectively the "Claim") in the United States Bankruptcy Court for the District of Delaware.

Seller hereby waives any objection to the transfer of the claims to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have duly executed this Evidence of Transfer of Claim as of December 1, 2023.

**SELLER:**



**BUYER:**

**PHOENIX DIGITAL LLC**

By: *Tian Zeng*
Name: Tian Zeng
Title: Authorized Signatory

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.
To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.
Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

FTX Trading Ltd.
Schedule F-10: Nonpriority Unsecured Customer Claims

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| | | | | |
| | | | ■ | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | ■ | |
| | | | | |
| | ■ | | | |
| | | | | |
| 02026741 | | APT-PERP[0], ATOM-PERP[0], AXS-PERP[0], CHZ-PERP[0], DOGE-PERP[0], JASMY-PERP[0], LRC-PERP[0], RUNE-PERP[0], RVN-PERP[0], SHIB-PERP[0], SLP-PERP[0], STEP-PERP[0], SUSHI-PERP[0], TRX[.00002], USD[0.01], USDT[0.05177598], XRP[87218] | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | ■ | | | |
| | | | | |
| | | | | ■ |
| | | | | |
| | ■ | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | ■ | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | ■ | |