**Exhibit 1**

**List of Purchasers, Number of Shares and Aggregate Purchase Price**

| Purchaser | Number of Shares | Aggregate Purchase Price |
|---|---|---|
| ATIC Third International Investment Company, LLC | 16,664,167 | $499,999,999 |
| Jane Street Global Trading, LLC | 3,332,833 | $99,999,988 |
| Certain funds managed by Fidelity Management & Research Company LLC[3] | 1,499,775 | $44,999,999 |
| HOF Capital AF Growth, LLC | 999,850 | $29,999,999 |
| GA-IP Opportunities II, LLC | 833,208 | $24,999,989 |
| Fund FG-BLU, a Series of Forge Investments LLC | 833,201 | $24,999,779 |
| Craig Falls | 666,667 | $20,003,010 |
| MW LSVC Anthropic, LLC | 609,908 | $18,299,985 |
| Constitutional AI Governance Fund 2 LLC | 599,910 | $18,000,000 |
| G 24A LLC | 500,000 | $15,002,250 |
| Augment Collective, LLC | 335,000 | $10,051,508 |
| Alpha Square Group Fund III, LP | 333,283 | $9,999,990 |
| Hermitage GTS I, a Series of CGF2021 LLC | 333,283 | $9,999,990 |
| Anthropic Pine Road LLC | 333,283 | $9,999,990 |
| Hiive Anthropic Series II, a Series of Hiive Anthropic, LLC | 305,319 | $9,160,944 |
| Fund FG-AGV, a Series of Forge Investments LLC | 192,812 | $5,785,228 |
| Hiive Anthropic Series I, a Series of Hiive Anthropic, LLC | 177,907 | $5,338,011 |
| Telesoft – 2020, LP | 166,642 | $5,000,010 |
| The Ford Foundation | 166,641 | $4,999,980 |
| Type One Soul Studio 3 A Series of Type One Ventures Growth GP LLC | 166,641 | $4,999,980 |
| ID FUND – ANTHROPIC SERIES OF ID FUNDS 3 LLC | 166,641 | $4,999,980 |
| Picton Mahoney Asset Management as trustee on behalf of the Funds[4] | 165,600 | $4,968,745 |

[3] The specified funds include Fidelity Advisor Series VII: Fidelity Advisor Technology Fund (190,100 shares), Variable Insurance Products Fund IV: VIP Technology Portfolio (78,539 shares), Fidelity Select Portfolios: Select Technology Portfolio (468,400 shares), Fidelity Global Innovators Investment Trust (421,436 shares), Fidelity Canadian Growth Company Fund (257,900 shares) and FIDELITY SPECIAL SITUATIONS FUND (83,400 shares).

[4] The specified funds include Picton Mahoney Market Neutral Fund, Picton Mahoney Fortified Market Neutral Alternative Fund, Picton Mahoney Long Short Fund, Picton Mahoney Fortified Long Short Alternative Fund, Picton Mahoney Fortified Alpha Extension Alternative Fund, Picton Mahoney Fortified Multi-Strategy Fund, Picton Mahoney Fortified Multi-Asset Fund, Picton Mahoney Fortified Alpha Alternative Fund and Picton Mahoney Absolute Alpha Fund.

| | | |
|---|---|---|
| Omidyar Network Fund LLC | 49,992 | $1,499,985 |
| The Nathan Cummings Foundation, Inc. | 33,328 | $999,990 |
| **Total** | **29,465,891** | **$884,109,327** |