| CASE NAME: *FTX Trading Ltd., et al.,* | SIGN-IN SHEET | COURTROOM LOCATION: 5 |
|---|---|---|
| CASE NO: 22-11068 (JTD) | | DATE: March 25, 2024 at 9:30 a.m. (ET) |

| **Name** | **Law Firm/Company** | **Client Representing** |
|---|---|---|
| Adam G. Landis | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Kimberly A. Brown | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Brian D. Glueckstein | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Julie G. Kapoor | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |

# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 5

**CASE NUMBER(S):** 22-11068   **CASE NAME:** FTX Trading Ltd.   **DATE:** 3/25/2024 (9:30 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Minuti | Saul Ewing LLP | TMSI |
| Peter Siddiqui | Katten | " |
| Eliott Bacon | " | " |
| Isaac Sasson | Paul Hastings | Committee |
| William Firth | Pashman | Bull |
| Henry Jaffe | " | " |
| Aaron Applebaum | DLA Piper | Maps Vault Ltd |
| Jeff Torosian | " | " |
| Dennis O'Donnell | " | " |
| Virginia Callahan | " | " |
| Kurt Gwynne | Reed Smith LLP | Maps/Oxy Foundation |
| Brian Rostocki | | |
| Ben Chapple | | |
| John Miraglia | | |
| Cameron Cupp | | |
| Aaron Javian | | |

# SIGN-IN SHEET

**JUDGE:** Dorsey   **COURTROOM:** 5

**CASE NUMBER(S):** 22-11068   **CASE NAME:** FTX Trading Ltd.   **DATE:** 3/25/2024 (9:30 AM)

*\*\*\*PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED\*\*\**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jonathan Lipshie | US Trustee | US Trustee |

**FTX Trading Ltd. (22-11068) – March 25, 2024 (9:30am)**

| First Name | Last Name | Firm | Representing |
|---|---|---|---|
| Ellen | Bardash | ALM | |
| Philip | Dalgarno | Willkie Farr & Gallagher LLP | FC Cayman A, L.L.C. |
| Taylor | Harrison | | |
| MAXIMILIANO SERAFN | LARRIBA HERRANZ | | Customer |
| Emily | MacKay | | Observer |
| Jason | Rosell | Pachulski Stang Ziehl & Jones LLP | FTX MDL Co-Counsel |
| Becky | Yerak | Wall Street Journal | News Corp |
| Rick | Archer | | |
| Brett | Bakemeyer | White & Case LLP | Foreign Representatives of FTX Digital Markets Ltd |
| Jasmine | Ball | | Observer |
| Ellen | Bardash | ALM | |
| Ryan | Beil | White & Case LLP | Foreign Representatives of FTX Digital Markets Ltd |
| Erin | Broderick | Eversheds Sutherland | Ad Hoc Committee of Non-US Customers of FTX.com |
| Siena | Cerra | Morris James LLP | Clawback Defendants |
| M. | Cleary | Potter Anderson & Corroon LLP | LayerZero |
| Stephanie | Cohen | DLA Piper | Maps Vault |
| Steve | Coverick | Alvarez & Marsal | The Debtors |
| Sean | Crotty | Rothschild and Co | Ad Hoc Committee of Non-US Customers of FTX.com |
| Philip | Dalgarno | Willkie Farr & Gallagher LLP | FC Cayman A, L.L.C. |
| Charles | Delo | Rothschild and Co | Ad Hoc Committee of Non-US Customers of FTX.com |
| Nathan | Deloatch | Evershed Sutherland | Ad Hoc Committee of Non-US Customers of FTX.com |
| Luc | Despins | Paul Hastings | Official Committee of Unsecured Creditors |
| Dmitry | Dmitriev | Luggo Investments Limited | Maps Vault |
| Chad | Flick | | |
| Carolyn | Fox | DLA Piper LLP (US) | Maps Vault |
| Hillary | Gabriele | White & Case LLP | Foreign Representatives of FTX Digital Markets Ltd |
| Clara | Geoghegan | Law360 | Law360/media |
| Erez | Gilad | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Mark | Hancock | Godfrey & Kahn, S.C. | Fee Examiner |
| Kristopher | Hansen | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Taylor | Harrison | | |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell, LLP | Ad Hoc Committee of Non-US Customers of FTX.com |
| Matthew | Hinerfeld | Jump Operations, LLC | |

| First | Last | Firm | Client |
|---|---|---|---|
| Mark | Hurford | A.M. Saccullo Legal, LLC | Celsius |
| Deniz | Irigi | Latham & Watkins LLP | Interested Party |
| Clark | Kiesling | | |
| Leonie | Koch | Paul Hastings | UCC |
| Alexa | Kranzley | Sullivan & Cromwell LLP | The Debtors |
| Mathew | Laskowski | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Niall | Ledwidge | Stout Risius Ross, LLC | Stout Risius Ross, LLC |
| Mike | Legge | Reorg | |
| Sideny | Levinson | | Observer |
| Emily | MacKay | | Observer |
| Stanton | McManus | | United States |
| Evelyn | Meltzer | Troutman Pepper Hamilton Sanders, LLP | Paradigm Operations LP |
| Alejandro | Mendoza | Debevoise & Plimpton | |
| Alexjandro | Mendoza | | Observer |
| Andrew | Morely | Rothschild and Co | Ad Hoc Committee of Non-US Customers of FTX.com |
| Ed | Mosley | Alvarez & Marsal | The Debtors |
| Lorenzo | Munoz | Rothschild and Co | Ad Hoc Committee of Non-US Customers of FTX.com |
| Steven | Novatney | | TMSI SEZC Ltd. |
| Kenneth | Pasquale | Paul Hastings | UCC |
| Sarah | Paul | Eversheds Sutherland | Ad Hoc Committee of Non-US Customers of FTX.com |
| Vadim | Plekhanov | Ancapi Finance | Maps Vault |
| Samantha | Rodriguez | Morris James LLP | Clawback Defendants |
| Michael | Rogers | Eversheds Sutherland | Ad Hoc Committee of Non-US Customers of FTX.com |
| Joseph | Roselius | DLA Piper LLP (US) | Maps Vault |
| Jason | Rosell | Pachulski Stang Ziehl & Jones LLP | FTX MDL Co-Lead Counsel |
| Gabriel | Sasson | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Isaac | Sasson | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Matthew | Scheck | Quinn Emanuel Urquhart & Sullivan, LLP | The Debtors |
| Brendan | Schlauch | Richards, Layton & Finger, P.A. | Joint Official Liquidators |
| J. Christopher | Shore | White | Foreign Representatives of FTX Digital Markets Ltd |
| Alexander | Steiger | Richards, Layton & Finger, P.A. | Joint Official Liquidators of FTX Digital Markets |
| Vince | Sullivan | Law360 | |
| Ethan | Trotz | | Creditor |
| Julia | Walters | Rothschild and Co | Ad Hoc Committee of Non-US Customers of FTX.com |

| | | | |
|---|---|---|---|
| Jonathan | Weyand | Morris, Nichols, Arsht and Tunnell | Ad Hoc Committee of Non-US Customers of FTX.com |
| Sarah | Wynn | | |
| Becky | Yerak | Wall Street Journal | News Corp |
| Alexandra | Zablocki | Latham & Watkins LLP | K5 Global |
| Ellen | Bardash | ALM | |
| Philip | Dalgarno | Willkie Farr & Gallagher LLP | FC Cayman A, L.L.C. |
| Taylor | Harrison | | |
| Jason | Rosell | Pachulski Stang Ziehl & Jones LLP | FTX MDL Co-Counsel |
| Becky | Yerak | Wall Street Journal | News Corp |