IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 22-11068 (JTD) |
| FTX TRADING LTD., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Ceratosaurus Investors, L.L.C.**
Name of Transferee

**Address for all Notices and Payments:**
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111
Attn: Michael Linn
Email: MLinn@FarallonCapital.com

**Name (Redacted)**
Name of Transferor

**Address:** On file with Debtors

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Customer Code: 00181402 | Name (Redacted) | As described on Schedule F (see attached) | FTX Trading Ltd. | 22-11068 |
| Confirmation ID: 3265-70-OOHQD-725979235 | Name (Redacted) | As described on the Customer Claim Form | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Michael Linn_ (DocuSigned By: Michael Linn, 2EE8C7127A89416)
Transferee/Transferee's Agent

Date: March 21, 2024

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NYACTIVE-23778726.3

## Schedule F

| | | |
|---|---|---|
| 00181402 | 1INCH-0325[0], 1INCH[.47207838], AAVE[.00000007], AAVE-PERP[0], ADA-PERP[0], ALGO[.00638454], ALICE-PERP[0], ALT-PERP[0], ANC-PERP[0], APE[3646.94723341], APE-PERP[0], APT[.01941782], APT-PERP[0], AR-PERP[0], ATLAS-PERP[0], ATOM[1.52178516], ATOM-PERP[0], AVAX[184.49525976], AVAX-PERP[0], AXS[-0.00000001], AXS-PERP[0], BAL-PERP[0], BCH[.00000994], BCH-PERP[0], BERNIE[0], BIDEN[0], BIT[.70370699], BLOOMBERG[0], BNB[0.00192735], BNB-PERP[0], BOBA[119469.186088], BOBA-PERP[0], BTC-0325[0], BTC[0.50999398], BTC-20200327[0], BTC-MOVE-20200814[0], BTC-MOVE-20200815[0], BTC-MOVE-20200816[0], BTC-MOVE-20200817[0], BTC-MOVE-20200818[0], BTC-MOVE-WK-20200814[0], BTC-MOVE-WK-20200821[0], BTC-PERP[0], CBSE[0], CELO-PERP[0], CHR[.03059], CHZ[7.20489967], CHZ-PERP[0], COMP[.00007293], CRO-PERP[0], CRV[.00757052], CRV-PERP[0], DAI[.07422287], DEFI-PERP[0], DEMSENATE[0], DOGE[.39201066], DOGE-PERP[0], DOT[.0715648], DOT-PERP[0], DYDX[7464.515075], EGLD-PERP[0], ENJ[.01331], ENJ-PERP[0], ENS[190.3200626], EOS-PERP[0], ETC-PERP[0], ETH[0.00027518], ETH-PERP[0], ETHW[361.87964795], EUR[27093.62], FIDA[.0120669], FIDA_LOCKED[3.07304317], FIL-PERP[0], FLOW-PERP[0], FTM[297158.44866817], FTT[38537.77208183], FTT-PERP[0], FXS-PERP[0], GAL[.0003435], GALA[460488.30959132], GALA-PERP[0], GBP[2792.07], GME-20210326[0], GMT-PERP[0], GRT[7131.91841238], GRT-PERP[0], GST-PERP[0], HMT[1272996.1293], HOLY-PERP[0], HT[.08311253], HT-PERP[0], HUM[35446.61080921], IMX[.00265429], IOST-PERP[0], JASMY-PERP[0], KLUNC-PERP[0], KNC[.04150323], KNC-PERP[0], KSHIB-PERP[0], LDO[.40829124], LDO-PERP[0], LINA[.00280575], LINA-PERP[0], LINK[16649.43395922], LINK-PERP[0], LOOKS-PERP[0], LRC-PERP[0], LTC[.00183728], LUNA2[256.30020226], LUNA2_LOCKED[598.03380539], LUNC[0.02934008], LUNC-PERP[0], MANA[.75195622], MATIC[112686.16518585], MATIC-PERP[0], MID-PERP[0], MOB-PERP[0], MTL[1868.1], NEAR[46797.68038785], NEAR-PERP[0], NEO-PERP[0], NFT (404283099553471648/Official Solana NFT)[1], OMG[.05645421], OMG-PERP[0], PEOPLE[977900.0675], PETE[0], RAY[204903.66962253], RAY-PERP[0], REN[.56393143], REN-PERP[0], RSR[2.78451663], RUNE-PERP[0], SAND[.62979783], SHIB[5245597047.638116], SHIB-PERP[0], SHIT-PERP[0], SLP-PERP[0], SNX-PERP[0], SOL[112.36551196], SOL-PERP[0], SRM[1.68034992], SRM_LOCKED[990.06171037], STMX[.00000001], STORJ[.07501148], STX-PERP[0], SUSHI[2557.35721406], SUSHI-PERP[0], SXP[.00000001], THETA-PERP[0], TONCOIN[427300.06587136], TRUMP[0], TRUMPFEB[0], TRX[12500.04712169], TRX-PERP[0], TSLA-20210625[0], UNI[.09966463], USD[1531366.88], USDT[7.20850954], USDT-PERP[0], USTC[21865.49996798], USTC-PERP[0], WARREN[0], WAVES[.00016], WAVES-0624[0], WAVES-0930[0], WAVES-PERP[0], WBTC[0], XLM-PERP[0], XPLA[19400.498607], XRP[.59687893], XRP-PERP[0], YFI[.00003202], YFII-PERP[0], YFI-PERP[0], ZIL-PERP[0] | USD[1392000.00] |

## **Name of Transferee**

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer of Claim to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and appropriate professionals.