# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. No. 10241 |

## REVISED NOTICE OF PROPOSED SALE OF ANTHROPIC SHARES FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES

**PLEASE TAKE NOTICE** that on March 22, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Notice of Proposed Sale of Anthropic Shares Free and Clear of Liens, Claims, Interests and Encumbrances* [D.I. 10241] (the "Original Notice") regarding the sale of certain Anthropic Shares free and clear of any liens, claims, encumbrances and other interests pursuant to the Purchase and Sale Agreement to the Purchasers set forth on Exhibit 1 of the Original Notice.[2]

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Order, the Debtors are filing this revised notice to disclose that the Debtors have agreed to effectuate the Release (as defined in the Sale Order) and to make certain corrections to the legal names of Purchasers set forth on Exhibit 1 of the Original Notice.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit 1 is a revised list of Purchasers, along with a marked version of the revised list of Purchasers against the original list of Purchasers attached as Exhibit 1 of the Original Notice.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit 2 is a revised proposed sale order (the "Sale Order"), along with a marked version of the revised sale order against the sale order attached as Exhibit 2 of the Original Notice and a marked version of the revised proposed sale order against the form of sale order filed with the Motion.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit 3 is a revised Schedule A to the purchase and sale agreement, dated March 22, 2024 (the "Purchase

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Original Notice.

and Sale Agreement"), along with a marked version of the revised Schedule A to the purchase and sale agreement against the original Schedule A to the purchase and sale agreement included in Exhibit 3 of the Original Notice.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit 4 is a supplemental declaration from Bruce Mendelsohn in support of the Sale.

**PLEASE TAKE FURTHER NOTICE** that in accordance to the Order, the Debtors hereby provide revised notice of their intent (a) to sell or transfer certain of the Anthropic Shares (such sale or transfer, the "Sale") to the persons or entities set forth in Exhibit 1 attached hereto (the "Purchasers") free and clear of any liens, claims, encumbrances and other interests, pursuant to the Purchase and Sale Agreement and (b) to effectuate the Release (as defined in the Sale Order).  This notice is being provided in accordance with, and sets forth the information required, under the Order, including in satisfaction of the required Sale Disclosures, which information includes:  (a) a list of the Purchasers, the number of Anthropic Shares to be purchased and the aggregate purchase price to be paid, each as set forth in Exhibit 1; (b) a proposed sale order, and a marked version of such sale order showing changes against Exhibit 1 of the Order, copies of which are attached hereto in Exhibit 2; (c) a copy of the executed Purchase and Sale Agreement attached hereto as Exhibit 3; and (d) declarations from each Purchaser and from the Debtors' investment banker, Bruce Mendelsohn, copies of which are attached hereto in Exhibit 4.

**PLEASE TAKE FURTHER NOTICE** that responses or objections (the "Objections"), if any, to the proposed Sale must be filed electronically with the Court on the docket of *In re FTX Trading, LTD., et al.*, Case No. 22-11068 (JTD), in accordance with Local Rule 5005-4, and must (a) be in writing and state with specificity the basis for objecting; (b) comply with the Bankruptcy Code, Bankruptcy Rules, Local Rules and the Order and (c) be filed with the Court and served (which service may be by email) on (w) the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Linda Richenderfer (linda.richenderfer@usdoj.gov), Benjamin A. Hackman (benjamin.a.hackman@usdoj.gov) and Jon Lipshie (jon.lipshie@usdoj.gov), (x) counsel to the Debtors, (1) Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attn: Andrew G. Dietderich (dietdericha@sullcrom.com) and Alexa J. Kranzley (kranzleya@sullcrom.com) and (2) Landis Rath & Cobb LLP, 919 N. Market St., Suite 1800, Wilmington, Delaware 19801, Attn: Adam G. Landis (landis@lrclaw.com) and Kimberly A. Brown (brown@lrclaw.com), (y) counsel to the Official Committee, (1) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166, Attn: Kristopher M. Hansen (krishansen@paulhastings.com), Luc A. Despins (lucdespins@paulhastings.com), Erez E. Gilad (erezgilad@paulhastings.com), Gabriel E. Sasson (gabesasson@paulhastings.com) and Samantha Martin (samanthamartin@paulhastings.com) and (2) Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, Delaware, 19801, Attn: Matthew B. Lunn (mlunn@ycst.com) and Robert F. Poppiti, Jr. (rpoppiti@ycst.com), and (z) counsel to the AHC, Eversheds Sutherland (US) LLP, The Grace Building, 40th Floor, 1114 Avenue of the Americas, New York, New York 10036, Attn: Erin Broderick (erinbroderick@eversheds-sutherland.us) **so as to be received by 4:00 p.m. (prevailing Eastern Time) on April 2, 2024** (the "Sale Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that only those responses or objections that are timely filed, served and received will be considered.  **Absent order of the Court to the contrary, any party failing to timely file and serve an Objection on or before the Sale Objection Deadline in accordance with the Order and this notice shall be forever barred from asserting any objection to the Sale.**

**PLEASE TAKE FURTHER NOTICE** that this notice is subject to the terms and conditions of the Motion and the Order, with such Order controlling in the event of any conflict, and the Debtors encourage parties-in-interest to review such documents in their entirety.  Copies of the Motion and the Order, as well as all related exhibits, including all other documents filed with the Court, are available (i) free of charge from the website of the Debtors' claims and noticing agent, Kroll Restructuring Administration ("Kroll"), at https://restructuring.ra.kroll.com/FTX and (ii) for a fee on the Court's electronic docket for these Chapter 11 Cases at www.deb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov).  Documents relating to the Sale, including the Motion and the Order, can be accessed at https://restructuring.ra.kroll.com/FTX.  In addition, copies of the Motion and the Order may be requested from Kroll by email at FTXInfo@ra.kroll.com or by phone at 888-482-0049 (US/Canada Toll-Free); 646-440-4176 (International).

|  |  |
|---|---|
| Dated: March 25, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Kimberly A. Brown*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>     brown@lrclaw.com<br>     pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>     bromleyj@sullcrom.com<br>     gluecksteinb@sullcrom.com<br>     kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |