**Exhibit 4**

**Supplemental Supporting Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Ref. No. 8215, 10241 |

### SUPPLEMENTAL DECLARATION OF BRUCE MENDELSOHN IN SUPPORT OF DEBTORS' PROPOSED SALE OF ANTHROPIC SHARES FREE AND CLEAR OF ANY LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES

I, Bruce Mendelsohn, hereby declare under penalty of perjury:

1. I am a Partner in the Advisory Group at Perella Weinberg Partners L.P. ("PWP"), a financial advisory firm that maintains an office at 767 5th Avenue, New York, New York 10153, and the Debtors' investment banker. PWP is a full-service investment banking firm providing strategic and financial advisory services, including with respect to mergers and acquisitions, capital raising and restructuring transactions across a broad range of industries. PWP and its professionals have extensive experience with respect to the reorganization and restructuring of distressed companies, both out of court and in Chapter 11 proceedings.

2. On March 22, 2024, I submitted a declaration [D.I. 10241-4] (the "Declaration") in support of the *Debtors' Proposed Sale of Anthropic Shares Free and Clear of Any Liens, Claims, Interests and Encumbrances*.[2] I submit this supplemental declaration (this

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Declaration.

"Supplemental Declaration") in further support of the proposed Sale Transaction.  Concurrently with the filing of this Supplemental Declaration, the Debtors also filed the revised proposed *Order (I) Authorizing and Approving Sale of Anthropic Shares Free and Clear of Any Liens, Claims, Interests and Encumbrances; (II) Authorizing and Approving Entry Into, and Performance Under, the Purchase and Sale Agreement; and (III) Granting Related Relief* (the "Revised Proposed Sale Order") to approve the Sale Transaction.

3. Except as otherwise indicated, all facts set forth in this Supplemental Declaration are based upon:  (i) my personal knowledge, information and belief, or my opinion based upon experience, knowledge and information concerning the Debtors; (ii) information learned from my review of relevant documents; and/or (iii) information supplied by members of the Debtors' management, employees of PWP working directly with me or under my supervision, direction or control, and/or from the Debtors' other professionals and advisors.

4. I am over the age of 18 and authorized to submit this Supplemental Declaration on behalf of the Debtors.  I am not being compensated for this testimony other than through payments to be received by PWP as a professional the Debtors have retained; none of those payments are specifically payable on account of this testimony.  If I were called upon to testify, I could and would testify competently to the facts set forth in this Supplemental Declaration.

5. It is my belief that the Release (as defined in the Revised Proposed Sale Order) should be approved.  I believe that the inclusion of the Release is necessary for Anthropic to consent to the Sale Transaction and the scope of the Release is appropriately tailored under the facts and circumstances.  The Release is:  (a) a good faith settlement and compromise of the claims, causes of action, liens, rights and remedies released by the Release; (b) in the best

interests of the Debtors and all holders of claims and interests; (c) fair, equitable and reasonable; and (d) a bar to any of the Debtors or their estates asserting any claim or cause of action released pursuant to the Release.

6. For the forgoing reasons and the reasons stated in the Declaration, I believe consummation of the Sale Transaction, including granting the Release, is in the best interests of the Debtors, their estates and all other parties-in-interest.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: March 25, 2024.

*/s/ Bruce Mendelsohn*
Bruce Mendelsohn
Partner
Perella Weinberg Partners L.P.