**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>FTX Trading LTD., *et al.,*<br><br>Debtors | Chapter 11<br><br>No. 22-11068 (JTD)<br><br>(Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Orca Global Management**

Name and Current Address of Transferor:
**Orca Global Management**
**Attn: Mung Tze Wah Isaac**
**c/o Maples Corporate**
**Services Limited, P.O. Box 309, Ugland House, Grand Cayman KY1-1104 Cayman Islands**

Name of Transferee:

**Azure Tide Holdings Pte Ltd**

Name and Address where notices and payments to transferee should be sent:
**Azure Tide**
**Attn: Benjamin Zhu**
**80 Marine Parade Road**
**#16-09 Parkway Parade**
**Singapore 449269**
**Email: claims@aztide.com**

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Unique Customer Code: 02495228<br>Proof of Claim: #384 | Orca Global Management | as stated on Schedule F (below) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Benjamin* _____     Date: 15 November, 2023
Transferee/Transferee's Agent

1

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

Schedule F

Case 22-11068-JTD    Doc 6301    Filed 01/23/24    Page 213 of 216

FTX Trading Ltd. — Amended Schedule F-03 Nonpriority Unsecured Customer Claims

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator |
|---|---|---|---|
| 02495223 | | BTC[0.00199906], BTC-PERP[0], ETH[.03684895], ETH-PERP[0], ETHW[.43684895], HNT[1.99962], LUNA2[0.04600688], LUNA2_LOCKED[0.10734939], LUNC[10018.0962], SHIB[1999620], USD[0.00] | |
| 02495228 | | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], ALGO-PERP[0], ANC-PERP[0], APE-PERP[0], APT-PERP[0], ASD-PERP[0], ATLAS-PERP[0], ATOM[0], ATOM-PERP[0], AVAX[0], AVAX-PERP[0], AXS-PERP[0], BAL-PERP[0], BAT-PERP[0], BNB-PERP[0], BTC[0], BTC-PERP[0], C98-PERP[0], CEL[0], CEL-PERP[0], CHZ-PERP[0], COMP-PERP[0], CREAM-PERP[0], CRV-PERP[0], CVX-PERP[0], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], EOS-PERP[0], ETH[0], ETH-0930[0], ETH-PERP[0], FIL-PERP[0], FLM-PERP[0], FLOW-PERP[0], FTM-PERP[0], FTT-PERP[0], FXS-PERP[0], GALA-PERP[0], GLMR-PERP[0], HNT-PERP[0], HT-PERP[0], ICP-PERP[0], JASMY-PERP[0], KAVA-PERP[0], KNC-PERP[0], KSM-PERP[0], LDO-PERP[0], LEO[0], LEO-PERP[0], LINA-PERP[0], LINK-PERP[0], LOOKS-PERP[0], LTC-PERP[0], LUNC-PERP[0], MANA-PERP[0], MATIC[.00000001], MATIC-PERP[0], MINA-PERP[0], MKR-PERP[0], MNGO-PERP[0], NEAR-PERP[0], NEO-PERP[0], OKB[0], OKB-PERP[0], OMG-PERP[0], ONE-PERP[0], OP-PERP[0], POLIS-PERP[0], RAY[0], RAY-PERP[0], REN[0], REN-PERP[0], RON-PERP[0], ROSE-PERP[0], RSR-PERP[0], RUNE[0], RUNE-PERP[0], SAND-PERP[0], SHIB-PERP[0], SLP-PERP[0], SNX-PERP[0], SOL-PERP[0], SRM[11.03983202], SRM_LOCKED[218.27459151], SRM-PERP[0], STEP-PERP[0], STORJ-PERP[0], SUSHI[0], SUSHI-PERP[0], THETA-PERP[0], TLM-PERP[0], TRX[0], TRX-PERP[0], UNI-PERP[0], USD[877292.17], USDT[0], USTC-PERP[0], XAUT[0], XAUT-PERP[0], XRP-PERP[0], YFI[0], YFI-PERP[0] | |
| 02495268 | | AVAX[.058858741], BNB[0.001635401, ETH[0.000009791, HT[0], LTC[0.00297312], LUNA2[0.002488611, LUNA2_LOCKED[0.00580677], LUNC[541.9015981, MATIC[0], MATIC-PERP[0], NFT (30430169562628950/FTX EU - we are here! #193815][1], NFT (52946642259642236]/FTX EU - we are | |