# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Defective Transfer of Claim, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Defective Transfer Service List attached hereto as **Exhibit A**.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: March 25, 2024

*/s/ Thomas Evangelista*
Thomas Evangelista

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 25, 2024, by Thomas Evangelista, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1144 | Name on File<br>Address on File | Arceau X LLC<br>Attn: Michael Bottyer<br>4 Lakeside Drive, Chobham Lakes<br>Woking, Surrey GU 24 8BD<br>United Kingdom | October 20, 2023 |
| 1145 | Name on File<br>Address on File | Arceau 507 11 LLC<br>Attn: Michael Bottyer<br>4 Lakeside Drive, Chobham Lakes<br>Woking, Surrey GU 24 8BD<br>United Kingdom | October 20, 2023 |
| 1148 | Name on File<br>Address on File | Arceau 507 II LLC<br>Attn: Michael Bottyer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey GU 24 8BD<br>United Kingdom | October 20, 2023 |
| 1336 | Name on File<br>Address on File | Contrarian Funds, LLC<br>Attn: Trade Claims Group<br>411 West Putnam Ave.<br>Suite 425<br>Greenwich, CT 06830 | October 13, 2023 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1546 | Name on File<br>Address on File | Contrarian Funds, LLC<br>Attn:  Alpa Jimenez<br>411 West Putnam Ave.<br>Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | October 13, 2023 |
| 1977 | Name on File<br>Address on File | FTX1 SPV Ltd<br>Attn: Adrienne Woods, Esq<br>c/o WZMP<br>45 Rockefeller Plaza, Floor 20<br>New York, NY 10011<br><br>FTX1 SPV Ltd<br>Attn: Sitanshu Kumar<br>Suite 202, Second Floor<br>Eden Plaza<br>Eden Island, Mahe<br>Seychelles | October 20, 2023 |
| 2209 | Name on File<br>Address on File | FTX1 SPV Ltd<br>Attn: Adrienne Woods, Esq<br>c/o WZMP<br>45 Rockefeller Plaza, Floor 20<br>New York, NY 10011 | October 27, 2023 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2447 | Name on File<br>Address on File | Cherokee Debt Acquisition<br>Attn: Vladimir Jelisvcic<br>1384 Broadway Suite 906<br>New York, NY 10018 | October 20, 2023 |
| 2460 | Name on File<br>Address on File | FTX1 SPV Ltd.<br>Attn: Adrienne Woods, Esq.<br>c/o WZMP<br>45 Rockefeller Plaza, Floor 20<br>New York, NY 10111 | October 27, 2023 |
| 2701 | Name on File<br>Address on File | Philip Bonello<br>c/o Contrarian Funds, LLC<br>Attn: Trade Claims Group<br>411 West Putnam Ave.<br>Suite 425<br>Greenwich, CT 06830<br><br>Philip Bonello<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | October 20, 2023 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2719 | Name on File<br>Address on File | Contrarian Funds, LLC<br>Attn: Alpa Jimenez<br>411 West Putnam Ave.<br>Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | October 20, 2023 |