## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., *et al.*, [1]

Debtors.

Chapter 11

Case No. 22-11068 (JTD)

(Jointly Administered)

### AFFIDAVIT OF SERVICE

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: March 25, 2024

*/s/ Thomas Evangelista*
Thomas Evangelista

State of New York
County of New York


Subscribed and sworn to (or affirmed) before me on March 25, 2024 by Thomas Evangelista, proved to me on the bases of satisfactory evidence to be the person who appeared before me.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1400 | Name on File<br>Address on File | SPCP Group, LLC<br>Attn: Operations<br>2 Greenwich Plaza, First Floor<br>Greenwich, CT 06830 | November 21, 2023 |
| 1402 | Name on File<br>Address on File | SPCP Institutional Group, LLC<br>Attn: Operations<br>2 Greenwich Plaza, First Floor<br>Greenwich, CT 06830 | November 21, 2023 |
| 1486 | Name on File<br>Address on File | SPCP Group, LLC<br>Attn: Operations<br>2 Greenwich Plaza, First Floor<br>Greenwich, CT 06830 | November 3, 2023 |
| 1488 | Name on File<br>Address on File | SPCP Institutional Group, LLC<br>Attn: Operations<br>2 Greenwich Plaza, First Floor<br>Greenwich, CT 06830 | November 3, 2023 |
| 1511 | Name on File<br>Address on File | Arceau 507 II LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey, GU24 8BD<br>United Kingdom | November 3, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1977 | Name on File Address on File | J Digital 6 Cayman Ltd. Attn: General Counsel P.O. Box 309, Ugland House Grand Cayman KY1-1104 | November 24, 2023 |
| 2152 | Name on File Address on File | FTX1 SPV Ltd c/o WZMP Attn: Adrienne Woods, Esq. 45 Rockefeller Plaza, Floor 20 New York, New York 10011 | November 3, 2023 |
| 2192 | Name on File Address on File | Contrarian Funds, LLC Attn: Alpa Jimenez 411 West Putnam Avenue Suite 425 Greenwich, CT 06830 | November 24, 2023 |
| 2509 | Name on File Address on File | Ben Van Hool Attn: General Counsel 4 Hertendreef Schilde 2970 Belgium | November 21, 2023 |
| 2726 | Name on File Address on File | Advanced Legal P.C. Attn: Woong Kyu Sung 258 Steilen Avenue Ridgewood, NJ 07450 | November 3, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2727 | Name on File Address on File | Seaport Loan Products LLC Attn: Jonathan R. Silverman 360 Madison Avenue New York, NY 10017 | November 24, 2023 |
| 2730 | Name on File Address on File | Advanced Legal P.C. Attn: Woong Kyu Sung 258 Steilen Avenue Ridgewood, NJ 07450 | November 24, 2023 |
| 3011 | Name on File Address on File | Ceratosaurus Investors, LLC Attn: Michael Linn One Marltime Plaza, Suite 2100 San Francisco, CA 94111 | November 3, 2023 |
| 3287 | Name on File Address on File | Oroboros FTX I LLC Attn: Michael Bottjer 4 Lakeside Drive Chobham Lakes Woking, Surrey GU24 8BD | November 3, 2023 |
| 3337 | Name on File Address on File | Cherokee Debt Acquisition, LLC Attn: Vladimir Jelisavcic 1384 Broadway, Suite 906 New York, NY 10018 | November 3, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|------------|------------|-----------------|
| 3342 | Name on File Address on File | Cherokee Debt Acquisition, LLC Attn: Vladimir Jelisavcic 1384 Broadway, Suite 906 New York, NY 10018 | November 3, 2023 |
| 3360 | Name on File Address on File | Cherokee Debt Acquisition, LLC Attn: Vladimir Jelisavcic 1384 Broadway, Suite 906 New York, NY 10018 | November 3, 2023 |
| 3371 | Name on File Address on File | Svalbard Holdings Limited c/o Attestor Limited Attn: Steve Gillies 7 Seymour Street London, W1H 7JW United Kingdom | November 24, 2023 |
| 3385 | Name on File Address on File | Cherokee Debt Acquisition, LLC Attn: Vladimir Jelisavcic 1384 Broadway, Suite 906 New York, NY 10018 | November 3, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3389 | Name on File<br>Address on File | Ceratosaurus Investors, LLC<br>c/o Farallon Capital<br>Management LLC<br>Attn: Michael Linn<br>One Maritime Plaza<br>Suite 2100<br>San Francisco, CA 94111 | November 24, 2023 |
| 3394 | Name on File<br>Address on File | SPCP Group, LLC<br>Attn: Operations<br>2 Greenwich Plaza, First Floor<br>Greenwich, CT 06830 | November 3, 2023 |
| 3396 | Name on File<br>Address on File | SPCP Institutional Group, LLC<br>Attn: Operations<br>2 Greenwich Plaza, First Floor<br>Greenwich, CT 06830 | November 3, 2023 |
| 3406 | Name on File<br>Address on File | Tower Square Capital Limited<br>Attn: Jaimin Ma<br>Trinity Chambers<br>P.O. Box 4301<br>Road Town, Tortola<br>British Virgin Islands | November 3, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3415 | Name on File Address on File | Olympus Peak Trade Claims Opportunities Fund 1 Non-ECI Mast LP c/o Olympus Peak Asset Management LP Attn: Leah Silverman 177 West Putnam Ave Suite 2622-S1 Greenwich, CT 06831 | November 24, 2023 |
| 3639 | Name on File Address on File | SHZ Aviation LLC Attn: Ziki Slav 3 Coumbus Circle, 15th Floor New York, NY 10019 | November 24, 2023 |
| 3643 | Name on File Address on File | Maps Vault Limited Attn: Belvaux Management Limited Trinity Chambers, PO Box 4301 Road Town, Tortola British Virgin Islands | November 24, 2023 |
| 3645 | Name on File Address on File | Maps Vault Limited Attn: Belvaux Management Limited Trinity Chambers, PO Box 4301 Road Town, Tortola British Virgin Islands | November 24, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3683 | Name on File Address on File | Cherokee Debt Acquisition, LLC Attn: Vladimir Jelisavcic 1384 Broadway, Suite 906 New York, NY 10018 | November 24, 2023 |
| 3691 | Name on File Address on File | Ceratosaurus Investors, L.L.C. Attn: Michael Linn One Maritime Plaza, Suite 2100 San Francisco, CA 94111 | November 24, 2023 |
| 3767 | Name on File Address on File | Mempool Flying Club LTD Jet Protocol Attn: Mike Bombace 9 1/2 Market St. Northhampton, MA 01060 | November 24, 2023 |
| 3768 | Name on File Address on File | Mempool Flying Club Ltd Jet Protocol Attn: Mike Bombace 9 ½ Market St. Northhampton, MA 01060 | November 24, 2023 |
| 3770 | Name on File Address on File | Mempool Flying Club Ltd Jet Protocol Attn: Mike Bombace 9 1/2 Market St. Northhampton, MA 01060 | November 24, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3771 | Name on File<br>Address on File | Mempool Flying Club Ltd<br>Jet Protocol<br>Attn: Mike Bombace<br>9 1/2 Market St.<br>Northhampton, MA 01060 | November 24, 2023 |