## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll")[2] , the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: March 25, 2024

*/s/ Thomas Evangelista*
Thomas Evangelista

State of New York
County of New York


Subscribed and sworn to (or affirmed) before me on March 25, 2024, by Thomas Evangelista, proved to me on the bases of satisfactory evidence to be the person who appeared before me.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2118 | Name on File<br>Address on File | Azure Tide Holdings Pte Ltd<br>Attn: Benjamin Zhu<br>80 Marine Parade Road<br>#16-09 Parkway Parade<br>Singapore 449269 | December 15, 2023 |
| 2636 | Name on File<br>Address on File | DCP Master<br>Investments XV LLC<br>Attn: Shailini Rao<br>55 Hudson Yards, Suite 29B<br>New York, NY 10001 | December 1, 2023 |
| 2701 | Name on File<br>Address on File | Philip Bonello<br>c/o Contrarian Funds, LLC<br>Attn: Trade Claims Group<br>411 West Putnam Ave.<br>Suite 425<br>Greenwich, CT 06830<br><br>Philip Bonello<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | December 1, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2705 | Name on File<br>Address on File | Contrarian Funds, LLC<br>Attn: Trade Claims Group<br>411 West Putnam Ave.<br>Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St., 154-0455<br>Pittsburgh, PA 15262 | December 8, 2023 |
| 2980 | Name on File<br>Address on File | FC Cayman A, L.L.C.<br>c/o Willkie Farr &<br>Gallagher LLP<br>Attn: Joseph G. Minias, Esq.<br>787 Seventh Avenue<br>New York, NY 10019 | December 1, 2023 |
| 2998 | Name on File<br>Address on File | Blockforce Capital Vesper DeFi<br>Growth Fund<br>c/o Blockforce Capital<br>Management, LLC<br>Attn: Erin Ervin<br>402 West Broadway, Suite 920<br>San Diego, CA 92101 | December 8, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|-----------|-----------|-----------------|
| 3320 | Name on File Address on File | Contrarian Funds, LLC Attn: Trade Claims Group 411 West Putnam Ave. Suite 425 Greenwich, CT 06830<br><br>Contrarian Funds, LLC Attn: 392426 500 Ross St., 154-0455 Pittsburgh, PA 15262 | December 8, 2023 |
| 3321 | Name on File Address on File | Contrarian Funds, LLC Attn: Trade Claims Group 411 West Putnam Ave. Suite 425 Greenwich, CT 06830<br><br>Contrarian Funds, LLC Attn: 392426 500 Ross St., 154-0455 Pittsburgh, PA 15262 | December 8, 2023 |
| 3379 | Name on File Address on File | CRCM Institutional Master Fund (BVI), Ltd Attn: Anh Le 475 Sansome St, Suite 730 San Francisco, CA 94111 | December 22, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3392 | Name on File Address on File | CRCM Institutional Master Fund (BVI), Ltd Attn: Anh Le 475 Sansome St, Suite 730 San Francisco, CA 94111 | December 22, 2023 |
| 3641 | Name on File Address on File | CRCM Institutional Master Fund (BVI), Ltd. Attn: Anh Le 475 Sansome St., Suite 730 San Francisco, CA 94111 | December 22, 2023 |
| 3648 | Name on File Address on File | Lavanda Sands, L.L.C. c/o Crowell & Moring LLP Attn: Timothy Lin 590 Madison Avenue New York, NY 10022 | December 8, 2023 |
| 3665 | Name on File Address on File | Cherokee Debt Acquisition, LLC Attn: Vladimir Jelisavcic 1384 Broadway, Suite 906 New York, NY 10018 | December 15, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|-----------|-----------|-----------------|
| 3681 | Name on File Address on File | Cherokee Debt Acquisition, LLC Attn: Vladimir Jelisavcic 1384 Broadway, Suite 906 New York, NY 10018 | December 8, 2023 |
| 3701 | Name on File Address on File | SP Multi Claims Holdings, LLC Attn: Operations 2 Greenwich Plaza, First Floor Greenwich, CT 06830 | December 15, 2023 |
| 3710 | Name on File Address on File | Nexxus Participation Vehicle III, LLC Attn: Tim Barbara 8000 Miramonte Drive Suite 380 Santa Barbara, CA 93109 | December 15, 2023 |
| 3727 | Name on File Address on File | Ceratosaurus Investor, L.L.C Attn: Michael Linn One Maritime Plaza, Suite 2100 San Francisco, CA 94111 | December 1, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3728 | Name on File<br>Address on File | Ceratosaurus Investor, L.L.C<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | December 1, 2023 |
| 3731 | Name on File<br>Address on File | Arceau 507 II LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive Chobham Lakes<br>Woking, Surrey GU24 8BD<br>United Kingdom | December 1, 2023 |
| 3732 | Name on File<br>Address on File | Arceau 507 ll LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive Chobham Lakes<br>Woking, Surrey GU24 8BD<br>United Kingdom | December 1, 2023 |
| 3735 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | December 29, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3758 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | December 15, 2023 |
| 3769 | Name on File<br>Address on File | Mempool Flying Club Ltd<br>Jet Protocol<br>Attn: Mike Bombace<br>9 ½ Market St.<br>Northhampton, MA 01060 | December 1, 2023 |
| 3785 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | December 15, 2023 |
| 3789 | Name on File<br>Address on File | Nexxus Participation<br>Vehicle lll LLC<br>c/o Nexxus Holdings<br>Operations LLC<br>Attn: Timothy Babich<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109 | December 1, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3794 | Name on File Address on File | Ceratosaurus Investors, LLC Attn: Michael Linn One Maritime Plaza, Suite 2100 San Francisco, CA 94111 | December 1, 2023 |
| 3829 | Name on File Address on File | Contrarian Funds, LLC Attn: Alpa Jimenez 411 West Putnam Ave., Suite 425 Greenwich, CT 06830<br><br>Contrarian Funds, LLC Attn: 392426 500 Ross St 154-0455 Pittsburgh, PA 15262 | December 15, 2023 |
| 3999 | Name on File Address on File | Canyon Distressed Opportunity Master Fund III, L.P. Attn: James Pagnam 2000 Avenue of the Stars 11th Floor Los Angeles, CA 90067 | December 1, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4001 | Name on File<br>Address on File | Canyon NZ-DOF Investing, L.P.<br>Attn: James Pagnam<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | December 1, 2023 |
| 4020 | Name on File<br>Address on File | Ceratosaurus Investors, LLC<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | December 1, 2023 |
| 4022 | Name on File<br>Address on File | Olympus Peak Trade Claims<br>Opportunities Fund I Non-ECI<br>Master LP<br>c/o Olympus Peak Asset<br>Management<br>Attn: Leah Silverman<br>177 West Putnam Ave Suite<br>2622-S1<br>Greenwich, CT 06831 | December 15, 2023 |
| 4027 | Name on File<br>Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza, First Floor<br>Greenwich, CT 06830 | December 1, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|------------|------------|-----------------|
| 4047 | Name on File Address on File | Canyon Distressed Opportunity Master Fund III, L.P. Attn: James Pagnam 2000 Avenue of the Stars 11th Floor Los Angeles, CA 90067 | December 22, 2023 |
| 4049 | Name on File Address on File | Canyon NZ-DOF Investing, L.P. Attn: James Pagnam 2000 Avenue of the Stars 11th Floor Los Angeles, CA 90067 | December 22, 2023 |
| 4052 | Name on File Address on File | Phoenix Digital LLC Attn: Tian Zeng 42 W 33rd St, 27B New York, NY 10001 | December 15, 2023 |
| 4062 | Name on File Address on File | Contrarian Funds, LLC Attn: Alpa Jimenez 411 West Putnam Ave. Suite 425 Greenwich, CT 06830 | December 22, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4077 | Name on File<br>Address on File | Lavanda Sands, LLC<br>Attn: Timothy Lin<br>c/o Crowell & Moring LLP<br>590 Madison Avenue<br>New York, NY 10022 | December 22, 2023 |
| 4094 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | December 22, 2023 |
| 4115 | Name on File<br>Address on File | Ceratosaurus Investors, L.L.C<br>c/o Farallon Capital<br>Management, L.L.C<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | December 22, 2023 |
| 4117 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | December 22, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4127 | Name on File Address on File | Cherokee Debt Acquisition, LLC Attn: Vladimir Jelisavcic 1384 Broadway, Suite 906 New York, NY 10018 | December 22, 2023 |
| 4129 | Name on File Address on File | Canyon Distressed Opportunity Master Fund III, L.P. c/o Canyon Capital Advisors LLC Attn: James Pagnam 2000 Avenue of the Stars 11th Floor Los Angeles, CA 90067 | December 22, 2023 |
| 4132 | Name on File Address on File | Canyon NZ-DOF Investing, L.P. c/o Canyon Capital Advisors, LLC Attn: James Pagnam 2000 Avenue of the Stars 11th Floor Los Angeles, CA 90067 | December 22, 2023 |
| 4134 | Name on File Address on File | Cherokee Debt Acquisition, LLC Attn: Vladimir Jelisavcic 1384 Broadway, Suite 906 New York, NY 10018 | December 22, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4136 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | December 22, 2023 |
| 4143 | Name on File<br>Address on File | Contrarian Funds, LLC<br>Attn: Keith McCormack<br>411 West Putnam Ave.<br>Suite 425<br>Greenwich, CT 06830 | December 22, 2023 |
| 4145 | Name on File<br>Address on File | Contrarian Funds, LLC<br>Attn: Keith McCormack<br>411 West Putnam Ave.<br>Suite 425<br>Greenwich, CT 06830 | December 22, 2023 |
| 4149 | Name on File<br>Address on File | Contrarian Funds, LLC<br>Attn: Keith McCormack<br>411 West Putnam Ave.<br>Suite 425<br>Greenwich, CT 06830 | December 22, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4158 | Name on File Address on File | Canyon Distressed Opportunity Master Fund III, L.P. Attn: James Pagnam 2000 Avenue of the Stars 11th Floor Los Angeles, CA 90067 | December 22, 2023 |
| 4160 | Name on File Address on File | Canyon NZ-DOF Investing, L.P. Attn: James Pagnam 2000 Avenue of the Stars 11th Floor Los Angeles, CA 90067 | December 22, 2023 |
| 4167 | Name on File Address on File | Canyon Distressed Opportunity Master Fund III, L.P. c/o Canyon Capital Advisors LLC Attn: James Pagnam 2000 Avenue of the Stars 11th Floor Los Angeles, CA 90067 | December 22, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4169 | Name on File Address on File | Canyon Distressed TX (A) LLC c/o Canyon Capital Advisors LLC Attn: James Pagnam 2000 Avenue of the Stars 11th Floor Los Angeles, CA 90067 | December 22, 2023 |
| 4171 | Name on File Address on File | Canyon Distressed TX (B) LLC c/o Canyon Capital Advisors LLC Attn: James Pagnam 2000 Avenue of the Stars 11th Floor Los Angeles, CA 90067 | December 22, 2023 |
| 4173 | Name on File Address on File | Canyon NZ-DOF Investing, L.P. c/o Canyon Capital Advisors LLC Attn: James Pagnam 2000 Avenue of the Stars 11th Floor Los Angeles, CA 90067 | December 22, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4175 | Name on File<br>Address on File | The Canyon Value Realization Master Fund, L.P.<br>c/o Canyon Capital Advisors LLC<br>Attn: James Pagnam<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | December 22, 2023 |
| 4179 | Name on File<br>Address on File | Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP<br>c/o Olympus Peak Asset Management<br>Attn: Leah Silverman<br>177 West Putnam Ave.<br>Suite 2622-S1<br>Greenwich, CT 06831 | December 22, 2023 |
| 4182 | Name on File<br>Address on File | 117 Partners Ltd<br>Attn: Thomas Braziel<br>6.20 World Trade Center<br>6 Bayside Road<br>GX11 1AA<br>Gibraltar | December 29, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|------------|------------|-----------------|
| 4187 | Name on File Address on File | Ceratosaurus Investors, L.L.C. c/o Farallon Capital Management, L.L.C. Attn: Michael Linn One Maritime Plaza, Suite 2100 San Francisco, CA 94111 | December 29, 2023 |
| 4215 | Name on File Address on File | HXRO Foundation Attn: Brandt Page 106 Burnthwaite Road London, SW6 5BG United Kingdom | December 22, 2023 |
| 4222 | Name on File Address on File | FTX Claims SPV LLC Attn: Anh Le 475 Sansome St., Suite 730 San Francisco, CA 94111 | December 22, 2023 |
| 4434 | Name on File Address on File | CRCM Institutional Master Fund (BVI), Ltd. Attn: Anh Le 475 Sansome St., Suite 730 San Francisco, CA 94111 | December 22, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4436 | Name on File Address on File | Contrarian Funds, LLC Attn: Alpa Jimenez 411 West Putnam Avenue Suite 425 Greenwich, CT 06830 | December 29, 2023 |
| 4444 | Name on File Address on File | Cherokee Debt Acquisition, LLC Attn: Vladimir Jelisavcic 1384 Broadway, Suite 906 New York, NY 10018 | December 22, 2023 |
| 4448 | Name on File Address on File | Cherokee Debt Acquisition, LLC Attn: Vladimir Jelisavcic 1384 Broadway, Suite 906 New York, NY 10018 | December 22, 2023 |
| 4463 | Name on File Address on File | Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP c/o Olympus Peak Asset Management Attn: Leah Silverman 177 West Putnam Ave. Suite 2622-SI Greenwich, CT 068 | December 22, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4514 | Name on File<br>Address on File | Ceratosaurus Investors, L.L.C.<br>c/o Farallon Capital<br>Management, L.L.C.<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | December 22, 2023 |
| 4528 | Name on File<br>Address on File | FTX Claims SPV LLC<br>Attn: Anh Le<br>475 Sansome St, Suite 730<br>San Francisco, CA 94111 | December 22, 2023 |
| 4533 | Name on File<br>Address on File | Canyon Balanced Master<br>Fund, Ltd.<br>c/o Canyon Capital<br>Advisors LLC<br>Attn: James Pagnam<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | December 29, 2023 |
| 4535 | Name on File<br>Address on File | Canyon Distressed TX (A) LLC<br>c/o Canyon Capital<br>Advisors LLC<br>Attn: James Pagnam<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | December 29, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4537 | Name on File<br>Address on File | Canyon Distressed TX (B) LLC<br>c/o Canyon Capital Advisors LLC<br>Attn: James Pagnam<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | December 29, 2023 |
| 4539 | Name on File<br>Address on File | Canyon Value Realization Fund, L.P.<br>c/o Canyon Capital Advisors LLC<br>Attn: James Pagnam<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | December 29, 2023 |
| 4541 | Name on File<br>Address on File | The Canyon Value Realization Master Fund, L.P.<br>c/o Canyon Capital Advisors LLC<br>Attn: James Pagnam<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | December 29, 2023 |