# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Defective Transfer of Claim, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Defective Transfer Service List attached hereto as **Exhibit A**.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: March 25, 2024

                                             */s/ Thomas Evangelista*
                                                 Thomas Evangelista

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 25, 2024, by Thomas Evangelista, proved to me on the bases of satisfactory evidence to be the person who appeared before me.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1953 | Name on File<br>Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey GU24 8BD<br>United Kingdom | December 8, 2023 |
| 2449 | Name on File<br>Address on File | Phoenix Digital LLC<br>Attn: Tian Zeng<br>42 W 33rd St, 27B<br>New York, NY 10001 | December 8, 2023 |
| 2459 | Name on File<br>Address on File | FTX1 SPV Ltd<br>Attn: Adrienne Woods, Esq.<br>c/o WZMP<br>45 Rockefeller Plaza, Floor 20<br>New York, NY 10111<br><br>FTX1 SPV Ltd<br>Attn: Sitanshu Kumar<br>Suite 202, 2nd Floor, Eden Plaza<br>Eden Island, Mahe<br>Seychelles | December 8, 2023 |

In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (JTD)          Page 1 of 6

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2741 | Name on File<br>Address on File | DRQC LLC<br>Attn: General Counsel<br>1413 Ave Ponce de Leon<br>Ste. 400 PMB 2305<br>San Juan, PR 00907 | December 1, 2023 |
| 2743 | Name on File<br>Address on File | DRQC LLC<br>Attn: Dan Schmidt<br>1413 Ave Ponce de Leon<br>Ste. 400 PMB 2305<br>San Juan, PR 00907 | December 1, 2023 |
| 2744 | Name on File<br>Address on File | Escaleras de Esperanza LLC<br>Attn: Jesse Tsai<br>1225 Ave Ponce De Leon<br>PH-1369<br>San Juan, PR 00907 | December 1, 2023 |
| 3009 | Name on File<br>Address on File | David Edwards<br>591 S. Hillcrest Avenue<br>Chicago, IL 60126 | December 1, 2023 |
| 3039 | Name on File<br>Address on File | Arceau 507 II LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey GU24 8BD | December 8, 2023 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3040 | Name on File<br>Address on File | Arceau 507 II LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey GU24 8BD | December 8, 2023 |
| 3041 | Name on File<br>Address on File | Arceau 507 II LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey GU24 8BD | December 8, 2023 |
| 3062 | Name on File<br>Address on File | Moty Povolotski<br>Zuhtupasa, Camlibel Sokak<br>Evren, Apt 11/2<br>Istanbul<br>Turkey | December 8, 2023 |
| 3080 | Name on File<br>Address on File | Svalbard Holdings Limited<br>Attestor Value Master Fund LP<br>c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, W1H 7JW<br>United Kingdom | December 1, 2023 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3288 | Name on File<br>Address on File | Arceau 507 II LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey GU24 8BD | December 1, 2023 |
| 3315 | Name on File<br>Address on File | Uluwatu Research LLC<br>Attn: Richard Dai<br>1511 Ave. Ponce De Leon Apt. 186<br>San Juan, PR 00909 | December 8, 2023 |
| 3331 | Name on File<br>Address on File | Arceau 507 II LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey GU24 8BD | December 8, 2023 |
| 3335 | Name on File<br>Address on File | Arceau 507 II LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey GU24 8BD | December 8, 2023 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3357 | Name on File<br>Address on File | Arceau 507 II LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey GU24 8BD | December 8, 2023 |
| 3384 | Name on File<br>Address on File | Arceau X LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey GU24 8BD | December 8, 2023 |
| 3637 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | December 8, 2023 |
| 3675 | Name on File<br>Address on File | Phoenix Digital LLC<br>Attn: Tian Zeng<br>42 W 33rd St, 27B<br>New York, NY 10001 | December 8, 2023 |
| 3695 | Name on File<br>Address on File | White Star Capital International Limited<br>Attn: General Counsel<br>La Plaiderie House, La Plaiderie<br>St. Peter Port, GY1 1WG<br>Guernsey | December 8, 2023 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3733 | Name on File<br>Address on File | Arceau 507 II LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey GU24 8BD | December 8, 2023 |
| 3782 | Name on File<br>Address on File | Azure Tide Holdings Pte Ltd<br>Attn: Benjamin Zhu<br>80 Marine Parade Road<br>#16-09 Parkway Parade<br>449269<br>Singapore | December 8, 2023 |