# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 5

**CASE NUMBER(S):** 22-11068    **CASE NAME:** FTX Trading Ltd.    **DATE:** 3/26/2024 (10:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Aaron Applebaum | DLA Piper | Maps Vault Ltd |
| Jeff Torosian | " | " |
| Dennis O'Donnell | " | " |
| Isaac Sasson | Paul Hastings | Committee |
| Ken Pasquale | " | " |
| Mark Minuti | Saul Ewing | TMSJ |
| Peter Siddiqi | Katten | " |
| William Firth | Pashman Stein | Bobo Foundation |
| Kurt Gwynne | Reed Smith | Maps + Oxy Foundations |
| Aaron Javian | " | " |
| Ben Chapple | " | " |
| Cameron Capp | " | " |

| CASE NAME: *FTX Trading Ltd., et al.,* <br> CASE NO: 22-11068 (JTD) | SIGN-IN SHEET | COURTROOM LOCATION: 5 <br> DATE: March 26, 2024 at 10:00 a.m. (ET) |
|---|---|---|
| **Name** | **Law Firm/Company** | **Client Representing** |
| Adam G. Landis | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Brian D. Glueckstein | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Julie G. Kapoor | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |