# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (JTD) |
| Debtors. | ) Jointly Administered |
| | ) Re: D.I. 2664 |

### NOTICE OF WITHDRAWAL OF MOTION OF ISLAND AIR CAPITAL AND PAUL F. ARANHA FOR RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT APPLICABLE, AND RELATED RELIEF

**PLEASE TAKE NOTICE** that Island Air Capital and its beneficial owner, Paul F. Aranha, by and through their undersigned counsel, hereby withdraw their *Motion of Island Air Capital and Paul F Aranha for Relief from the Automatic Stay, to the Extent Applicable, and Related Relief* [D.I. 2664], without prejudice.

*Remainder of page intentionally left blank*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated:  March 26, 2024

                                      **ROBINSON & COLE LLP**

                                      */s/ Jamie L. Edmonson*
Jamie L. Edmonson (No. 4247)
1201 North Market Street, Suite 1406
Wilmington, DE  19801
Tel:  (302) 516-1700
Fax:  (302) 516-1699
Email: jedmonson@rc.com

**KELLER BENVENUTTI KIM LLP**

Jane Kim (*pro hac vice*)
Gabrielle L. Albert (*pro hac vice*)
650 California Street, Suite 1900
San Francisco, California 94108
Tel:  (415) 496-6273
Fax:  (650) 636-9251
Email: jkim@kbkllp.com
      galbert@kbkllp.com

**BOERSCH ILLOVSKY LLP**

Sharon E. Frase (*pro hac vice*)
1611 Telegraph Avenue, Suite 806
Oakland, California 94612
Tel:  (415) 500-6640
Fax:  (415) 967-3062
Email: sharon@boersch-illovsky.com

*Attorneys for Island Air Capital and Paul F. Aranha*