# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Related D.I. 10429 |

## ORDER APPROVING ADDENDUM TO CONFIDENTIALITY AGREEMENT AND STIPULATED PROTECTIVE ORDER

Upon the Certification of Counsel regarding *Addendum to Confidentiality Agreement and Stipulated Protective Order* (the "Addendum"), entered into by and among (a) the Debtors; (b) the Committee; and (c) Robert J. Cleary, in his capacity as court-appointed Examiner[2]; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that sufficient notice of the Addendum has been given; and after due deliberation; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Addendum, a copy of which is attached hereto as **Exhibit A**, is APPROVED.

2. The Debtors, Committee, and the Examiner are authorized to enter into the Addendum.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Addendum.

{01999773;v1 }

3. The failure to specifically include or reference any particular term or provision of the Addendum in this Order shall not diminish or impair the effectiveness of such term or provision.

4. The rights of all Parties and non-Parties to move to amend this Order or the Addendum are fully reserved.

5. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order and the Addendum.

**Dated: March 27th, 2024**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**