## Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | **Chapter 11** |
| FTX TRADING LTD., *et al.*,[1] | **Case No. 22-11068 (JTD)** |
| Debtors. | **(Jointly Administered)** |

**ADDENDUM TO CONFIDENTIALITY AGREEMENT**
**AND STIPULATED PROTECTIVE ORDER**

This addendum (this "Addendum") to the *Confidentiality Agreement and Stipulated Protective Order* (Dkt. No. 825) (the "Protective Order") is entered into by and among: (a) the debtors and debtors in possession (collectively the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"); (b) the Official Committee of Unsecured Creditors (the "Committee"); and (c) Robert J. Cleary, solely in his capacity as the court-appointed examiner in the Chapter 11 Cases (the "Examiner" and with each of the persons or entities in the foregoing clauses (a) through (c), the "Parties").

## Recitals

**WHEREAS**, on November 11 and November 14, 2022, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**WHEREAS**, on December 1, 2022, Andrew R. Vara, the United States Trustee for Regions 3 and 9 (the "U.S. Trustee") moved for appointment of an examiner pursuant to section 1104(c) of the Bankruptcy Code (Dkt. No. 176);

**WHEREAS**, on March 8, 2023, the Court entered the Protective Order (Dkt. No. 832);

**WHEREAS**, on February 23, 2024, the Court entered an order directing the appointment of an Examiner (Dkt. No. 7909);

**WHEREAS**, on March 20, 2024, the Court approved the U.S. Trustee's appointment of Robert J. Cleary as the Examiner (Dkt. No. 9882);

**WHEREAS**, the Parties wish to provide, and the Examiner wishes to have access to, documents marked "Confidential" and "Highly Confidential" pursuant to the terms of the Protective Order;

**NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND, UPON COURT APPROVAL HEREOF, IT IS ORDERED** that the following terms will supplement and modify the Protective Order and govern requests for and production and handling of Discovery Material:

1.      The Parties shall submit this Addendum to the Court for approval.  The Examiner shall abide by the terms of this Addendum and the Protective Order even if this Addendum is not entered by the Court for any reason, unless the Court orders otherwise.

2.      The Examiner certifies and agrees that he has read and understands, and agrees to be bound by, the terms of the Protective Order (as defined therein).

3.      Paragraphs 5, 6, and 7 of the Protective Order are hereby modified to provide that Confidential and Highly Confidential Discovery Material, and any and all information contained

therein, may be produced, given, shown, made available or otherwise communicated to the Examiner and his counsel and advisors in the Chapter 11 Cases.

4.    Use of Designated Material in the Examiner's Report:  Unless otherwise agreed by the Producing Person, all Designated Material included in the Examiner's Report that discloses Highly Confidential or Confidential Material, shall be filed under seal in accordance with the Federal Rules, the Bankruptcy Rules, and the Local Rules, such as by redacting Designated Material in the Report, and replacing exhibits that constitute Designated Material with a placeholder, and providing unredacted and complete copies of all such submissions to all Parties to this Order, to the United States Trustee, and to the Court; provided, however, that the Designated Material shall become public seven (7) business days after the filing of the Examiner's Report unless the Producing Person files an objection with the Court to the unsealing of the Designated Material.  If an objection is filed, the Designated Material shall remain under seal until such time as either the Court determines whether the Designated Material shall remain confidential, or the parties reach an agreement on the unsealing of the Designated Material.

5.    The provisions of this Addendum constitute an order of the Court and violations of the provisions of this Addendum are subject to enforcement and the imposition of legal sanctions in the same manner as any other order of the Court.  The Court retains jurisdiction to interpret and enforce this Addendum.

Dated:  March 26, 2024
        Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Michael D. DeBaecke*
Michael D. DeBaecke (No. 3186)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19801
Tel: (302) 504-3728
Email: mdebaecke@ashbygeddes.com

and

**PATTERSON BELKNAP WEBB & TYLER
LLP**
Daniel A. Lowenthal (admitted *pro hac vice*)
Kimberly Black (admitted *pro hac vice*)
1133 Avenue of the Americas
New York, New York  10036
Tel: (212) 336-2720
Email: dalowenthal@pbwt.com
        kblack@pbwt.com

*Proposed Counsel for Robert J. Cleary, solely in his
capacity as Court-appointed Examiner of the
above-captioned Debtors*

**LANDIS RATH & COBB LLP**

*/s/ Adam G. Landis*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Tel: (302) 467-4400
Email: landis@lrclaw.com
        brown@lrclaw.com
        pierce@lrclaw.com

and

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, New York 10004
Tel:  (212) 558-4000
Email: dietdericha@sullcrom.com
        bromleyj@sullcrom.com
        gluecksteinb@sullcrom.com
        kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
Sascha N. Rand (admitted *pro hac vice*)
Katherine A. Lemire (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: (212) 849-7000
Email: sascharand@quinnemanuel.com
        katherinelemire@quinnemanuel.com

K. John Shaffer (admitted *pro hac vice*)
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Tel: (213) 443-3000
Email: johnshaffer@quinnemanuel.com

William A. Burck (admitted *pro hac vice*)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel: (202) 538-8000
Email: williamburck@quinnemanuel.com

*Special Counsel to the Debtors*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Robert F. Poppiti, Jr.*
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
1000 North King Street
Wilmington, Delaware 19801
Tel: (302) 571-6600
Email: mlunn@ycst.com
        rpoppiti@ycst.com

**PAUL HASTINGS LLP**
Kristopher M. Hansen (admitted *pro hac vice*)
Luc A. Despins (admitted *pro hac vice*)
Kenneth Pasquale (admitted *pro hac vice*)
Erez E. Gilad (admitted *pro hac vice*)
Gabriel E. Sasson (admitted *pro hac vice*)
Isaac S. Sasson (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Tel: (212) 318-6000
Email: krishansen@paulhastings.com
        lucdespins@paulhastings.com
        kenpasquale@paulhastings.com
        erezgilad@paulhastings.com
        gabesasson@paulhastings.com
        isaacsasson@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*