IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re<br><br>FTX TRADING LTD., *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Phala Ltd. hereby appears in these jointly-administered cases and requests that any notices and all other papers filed in these cases be given to and served upon:

    Tarter Krinsky & Drogin LLP
    1350 Broadway, 11th Floor
    New York, NY 10018
    Attn: Alexander R. Tiktin, Esq.
    Telephone: (212) 216-8099
    Facsimile: (212) 216-8001
    atiktin@tarterkrinsky.com

Dated: New York, NY
       March 27, 2024

                                            **TARTER KRINSKY & DROGIN LLP**

                                            By: /s/ Alexander R. Tiktin
                                                  Alexander R. Tiktin, Esq.
                                                  1350 Broadway
                                                  New York, New York 10018
                                                  Telephone: (212) 216-8099
                                                  Facsimile: (212) 216-8001
                                                  atiktin@tarterkrinsky.com

                                                  *Attorneys for Phala Ltd*

091551\1\170664853.v1