**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

### <u>AFFIDAVIT OF SERVICE</u>

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll")[2] , the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **<u>Exhibit A</u>**.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: March 26, 2024

*/s/ Thomas Evangelista*
Thomas Evangelista

State of New York
County of New York


Subscribed and sworn to (or affirmed) before me on March 26, 2024, by Thomas Evangelista, proved to me on the bases of satisfactory evidence to be the person who appeared before me.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3670 | Name on File Address on File | Cherokee Debt Acquisition, LLC Attn: Vladimir Jelisavcic 1384 Broadway, Suite 906 New York, NY 1001 | January 26, 2024 |
| 3688 | Name on File Address on File | Ceratosaurus Investors, L.L.C. Attn: Michael Linn One Maritime Plaza, Suite 2100 San Francisco, CA 94111 | January 26, 2024 |
| 3787 | Name on File Address on File | Svalbard Holdings Limited c/o Attestor Limited Attn: Steve Gillies 7 Seymour Street London, W1H7JW United Kingdom | January 19, 2024 |
| 4033 | Name on File Address on File | Ceratosaurus Investors, L.L.C. c/o Farallon Capital Management, L.L.C. Attn: Michael Linn One Maritime Plaza, Suite 2100 San Francisco, CA 94111 | January 26, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4035 | Name on File Address on File | Blue Square Group Limited c/o Patrick Yuhsiang Su, Director Attn: The Directors Ritter House, Wickhams Cay II, PO Box 3170 Road Town, Tortola VG1110 British Virgin Islands | January 5, 2024 |
| 4041 | Name on File Address on File | Ceratosaurus Investors, L.L.C. Attn: Michael Linn One Maritime Plaza, Suite 2100 San Francisco, CA 94111 | January 26, 2024 |
| 4058 | Name on File Address on File | Phoenix Digital LLC Attn: Tian Zeng 42 W 33rd St., 27B New York, NY 10001 | January 26, 2024 |
| 4072 | Name on File Address on File | Federico Natali P.O. Box Number: 75719 Dubai United Arab Emirates | January 12, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4165 | Name on File<br>Address on File | Lavanda Sands, LLC<br>c/o Crowell & Morning LLP<br>Attn: Timothy Lin<br>590 Madison Ave<br>New York, NY 10022 | January 5, 2024 |
| 4216 | Name on File<br>Address on File | HXRO Foundation<br>Attn: Brandt Page<br>106 Burnthwaite Road<br>London, SW6 5BG<br>United Kingdom | January 5, 2024 |
| 4507 | Name on File<br>Address on File | Contrarian Funds, LLC<br>Attn: Alpa Jimenez<br>411 West Putnam Ave.<br>Suite 425<br>Greenwich, CT 06830 | January 5, 2024 |
| 4522 | Name on File<br>Address on File | Svalbard Holdings Limited<br>c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, W1H7JW<br>United Kingdom | January 26, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4582 | Name on File<br>Address on File | Circle US Holdings, LLC<br>Attn: Jeremy Gray<br>99 High Street, Suite 1701<br>Boston, MA 02110 | January 26, 2024 |
| 4583 | Name on File<br>Address on File | Phoenix Digital LLC<br>Attn: Tian Zeng<br>42 W 33rd St., 27B<br>New York, NY 10001 | January 26, 2024 |
| 4598 | Name on File<br>Address on File | Ceratosaurus Investors, L.L.C.<br>c/o Farallon Capital<br>Management, L.L.C.<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | January 19, 2024 |
| 4604 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | January 12, 2024 |
| 4606 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | January 12, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4612 | Name on File Address on File | FTX Claims SPV LLC Attn: Anh Le 475 Sansome St., Suite 730 San Francisco, CA 94111 | January 19, 2024 |
| 4623 | Name on File Address on File | SP Multi Claims Holdings, LLC Attn: Operations 2 Greenwich Plaza, First Floor Greenwich, CT 06830 | January 5, 2024 |
| 4625 | Name on File Address on File | Cherokee Debt Acquisition, LLC Attn: Vladimir Jelisavcic 1384 Broadway, Suite 906 New York, NY 10018 | January 5, 2024 |
| 4645 | Name on File Address on File | GWEI Assets Limited B6 4th Main St Alta Tierra Village BGY Quintin Salas Iloilo City, Philippines | January 12, 2024 |
| 4654 | Name on File Address on File | Ceratosaurus Investors, L.L.C. c/o Farallon Capital Management, L.L.C. Attn: Michael Linn One Maritime Plaza, Suite 2100 San Francisco, CA 94111 | January 12, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4657 | Name on File Address on File | FTX Claims SPV LLC Attn: Anh Le 475 Sansome St., Suite 730 San Francisco, CA 94111 | January 12, 2024 |
| 4658 | Name on File Address on File | FTX Claims SPV LLC Attn: Anh Le 475 Sansome St., Suite 730 San Francisco, CA 94111 | January 12, 2024 |
| 4659 | Name on File Address on File | 8 Golden Fish Investments Ltd. Attn: Teresa Ho 27 Discovery Bay Road Neo Horizons, Block 2, 25/D Discovery Bay, Hong Kong Hong Kong | January 5, 2024 |
| 4682 | Name on File Address on File | Ceratosaurus Investors, LLC c/o Farallon Capital Management, LLC Attn: Michael Linn One Maritime Plaza, Suite 2100 San Francisco, CA 94111 | January 5, 2024 |
| 4690 | Name on File Address on File | FTX Claims SPV LLC Attn: Anh Le 475 Sansome St., Suite 730 San Francisco, CA 94111 | January 19, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4693 | Name on File Address on File | SP Multi Claims Holdings, LLC Attn: Operations 2 Greenwich Plaza, First Floor Greenwich, CT 06830 | January 5, 2024 |
| 4707 | Name on File Address on File | Ceratosaurus Investors, L.L.C. c/o Farallon Capital Management, L.L.C. Attn: Michael Linn One Maritime Plaza, Suite 2100 San Francisco, CA 94111 | January 19, 2024 |
| 4751 | Name on File Address on File | Arceau 507 II LLC Attn: Michael Bottjer 4 Lakeside Drive Chobham Lakes Woking, Surrey GU24 8BD United Kingdom | January 12, 2024 |
| 4753 | Name on File Address on File | Arceau 507 II LLC Attn: Michael Bottjer 4 Lakeside Drive Chobham Lakes Woking, Surrey GU24 8BD United Kingdom | January 12, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|-----------|-----------|-----------------|
| 4755 | Name on File<br>Address on File | Arceau 507 II LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey GU24 8BD<br>United Kingdom | January 12, 2024 |
| 4761 | Name on File<br>Address on File | Arceau 507 II LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey GU24 8BD<br>United Kingdom | January 19, 2024 |
| 4836 | Name on File<br>Address on File | Fire Bouvardia, L.L.C.<br>Attn: Timothy Lin<br>c/o Crowell & Moring LLP<br>389 9th Ave, 44th Floor<br>New York, NY 10001 | January 19, 2024 |
| 4851 | Name on File<br>Address on File | Chua Soon Guan<br>Block 134 Bedok Reservoir<br>Road #07-1237<br>470134<br>Singapore | January 12, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4864 | Name on File<br>Address on File | FTX Claims SPV LLC<br>Attn: Anh Le<br>475 Sansome St., Suite 730<br>San Francisco, CA 94111 | January 19, 2024 |
| 4873 | Name on File<br>Address on File | FTX Claims SPV LLC<br>Attn: Anh Le<br>475 Sansome St., Suite 730<br>San Francisco, CA 94111 | January 12, 2024 |
| 4875 | Name on File<br>Address on File | FTX Claims SPV LLC<br>Attn: Anh Le<br>475 Sansome St., Suite 730<br>San Francisco, CA 94111 | January 19, 2024 |
| 4877 | Name on File<br>Address on File | FTX Claims SPV LLC<br>Attn: Anh Le<br>475 Sansome St., Suite 730<br>San Francisco, CA 94111 | January 19, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4879 | Name on File<br>Address on File | Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP<br>Attn: Leah Silverman<br>c/o Olympus Peak Asset Management<br>177 West Putnam Ave.<br>Suite 2622-S1<br>Greenwich, CT 06831 | January 12, 2024 |
| 4886 | Name on File<br>Address on File | Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP<br>Attn: Leah Silverman<br>c/o Olympus Peak Asset Management<br>177 West Putnam Ave.<br>Suite 2622-S1<br>Greenwich, CT 06831 | January 12, 2024 |
| 4888 | Name on File<br>Address on File | Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP<br>Attn: Leah Silverman<br>c/o Olympus Peak Asset Management<br>177 West Putnam Ave.<br>Suite 2622-S1<br>Greenwich, CT 06831 | January 12, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4892 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Valdimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | January 5, 2024 |
| 4900 | Name on File<br>Address on File | Olympus Peak Trade Claims<br>Opportunities Fund I Non-ECI<br>Master LP<br>Attn: Leah Silverman<br>c/o Olympus Peak Asset<br>Management<br>177 West Putnam Ave.<br>Suite 2622-S1<br>Greenwich, CT 06831 | January 5, 2024 |
| 4906 | Name on File<br>Address on File | Contrarian Funds, LLC<br>Attn: Alpa Jimenez<br>411 West Putnam Ave.<br>Suite 425<br>Greenwich, CT 06830 | January 12, 2024 |
| 4924 | Name on File<br>Address on File | Arceau 507 II LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey GU24 8BD<br>United Kingdom | January 12, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5033 | Name on File Address on File | Canyon Balanced Master Fund, Ltd. c/o Canyon Capital Advisors LLC Attn: James Pagnam and Legal 2000 Avenue of the Stars 11th Floor Los Angeles, CA 90067 | January 19, 2024 |
| 5035 | Name on File Address on File | Canyon Distressed TX (A) LLC c/o Canyon Capital Advisors LLC Attn: James Pagnam and Legal 2000 Avenue of the Stars 11th Floor Los Angeles, CA 90067 | January 19, 2024 |
| 5037 | Name on File Address on File | Canyon Distressed TX (B) LLC c/o Canyon Capital Advisors LLC Attn: James Pagnam and Legal 2000 Avenue of the Stars 11th Floor Los Angeles, CA 90067 | January 19, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5039 | Name on File Address on File | Canyon Value Realization Fund, L.P. c/o Canyon Capital Advisors LLC Attn: James Pagnam and Legal 2000 Avenue of the Stars 11th Floor Los Angeles, CA 90067 | January 19, 2024 |
| 5041 | Name on File Address on File | The Canyon Value Realization Master Fund, L.P. c/o Canyon Capital Advisors LLC Attn: James Pagnam and Legal 2000 Avenue of the Stars 11th Floor Los Angeles, CA 90067 | January 19, 2024 |
| 5046 | Name on File Address on File | Canyon Balanced Master Fund, Ltd. c/o Canyon Capital Advisors LLC Attn: James Pagnam and Legal 2000 Avenue of the Stars 11th Floor Los Angeles, CA 90067 | January 26, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5048 | Name on File<br>Address on File | Canyon Distressed TX (A) LLC<br>c/o Canyon Capital Advisors LLC<br>Attn: James Pagnam and Legal<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | January 26, 2024 |
| 5050 | Name on File<br>Address on File | Canyon Distressed TX (B) LLC<br>c/o Canyon Capital Advisors LLC<br>Attn: James Pagnam and Legal<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067 | January 26, 2024 |
| 5053 | Name on File<br>Address on File | Canyon Value Realization Fund, L.P.<br>c/o Canyon Capital Advisors LLC<br>Attn: James Pagnam and Legal<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067 | January 26, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|-----------|-----------|-----------------|
| 5055 | Name on File<br>Address on File | The Canyon Value Realization Master Fund, L.P.<br>c/o Canyon Capital Advisors LLC<br>Attn: James Pagnam and Legal<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067 | January 26, 2024 |
| 5102 | Name on File<br>Address on File | Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP<br>Attn: Leah Silverman<br>c/o Olympus Peak Asset Management<br>177 West Putnam Ave.<br>Suite 2622-S1<br>Greenwich, CT 06831 | January 12, 2024 |
| 5103 | Name on File<br>Address on File | FTX Claims SPV LLC<br>Attn: Anh Le<br>475 Sansome St., Suite 730<br>San Francisco, CA 94111 | January 19, 2024 |
| 5139 | Name on File<br>Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza, First Floor<br>Greenwich, CT 06830 | January 19, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|-----------|-----------|-----------------|
| 5142 | Name on File<br>Address on File | FTX Claims SPV LLC<br>Attn: Anh Le<br>475 Sansome St., Suite 730<br>San Francisco, CA 94111 | January 19, 2024 |
| 5144 | Name on File<br>Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza, First Floor<br>Greenwich, CT 06830 | January 19, 2024 |
| 5146 | Name on File<br>Address on File | Ceratosaurus Investors, LLC<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | January 19, 2024 |
| 5150 | Name on File<br>Address on File | Ceratosaurus Investors, L.L.C.<br>c/o Farallon Capital<br>Management, L.L.C.<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | January 12, 2024 |
| 5154 | Name on File<br>Address on File | Hain Capital Investors Master<br>Fund, Ltd<br>Attn: Keenan Austin<br>301 Route 17 North, Suite 816A<br>Rutherford, NJ 07070 | January 12, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5156 | Name on File Address on File | Ceratosaurus Investors, L.L.C. c/o Farallon Capital Management, L.L.C. Attn: Michael Linn One Maritime Plaza, Suite 2100 San Francisco, CA 94111 | January 12, 2024 |
| 5158 | Name on File Address on File | Phoenix Digital LLC Attn: Tian Zeng 42 W 33rd St., 27B New York, NY 10001 | January 19, 2024 |
| 5160 | Name on File Address on File | FTX Claims SPV LLC Attn: Anh Le 475 Sansome St., Suite 730 San Francisco, CA 94111 | January 12, 2024 |
| 5218 | Name on File Address on File | Contrarian Funds, LLC Attn: Alpa Jimenez 411 West Putnam Ave. Suite 425 Greenwich, CT 06830 | January 26, 2024 |
| 5221 | Name on File Address on File | Cherokee Debt Acquisition, LLC Attn: Valdimir Jelisavcic 1384 Broadway, Suite 906 New York, NY 10018 | January 26, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|-----------|-----------|-----------------|
| 5223 | Name on File<br>Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza, First Floor<br>Greenwich, CT 06830 | January 26, 2024 |
| 5270 | Name on File<br>Address on File | Phoenix Digital LLC<br>Attn: Tian Zeng<br>42 W 33rd St., 27B<br>New York, NY 10001 | January 19, 2024 |
| 5276 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | January 19, 2024 |
| 5287 | Name on File<br>Address on File | Canyon Value Realization<br>Fund, L.P.<br>c/o Canyon Capital Advisors LLC<br>Attn: James Pagnam; Legal<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | January 26, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5288 | Name on File<br>Address on File | Canyon Balanced Master Fund, Ltd.<br>c/o Canyon Capital Advisors LLC<br>Attn: James Pagnam; Legal<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | January 26, 2024 |
| 5289 | Name on File<br>Address on File | Canyon Distressed TX (A) LLC<br>c/o Canyon Capital Advisors LLC<br>Attn: James Pagnam; Legal<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | January 26, 2024 |
| 5290 | Name on File<br>Address on File | Canyon Distressed TX (B) LLC<br>c/o Canyon Capital Advisors LLC<br>Attn: James Pagnam; Legal<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | January 26, 2024 |
| 5318 | Name on File<br>Address on File | FTX Claims SPV LLC<br>Attn: Anh Le<br>475 Sansome St., Suite 730<br>San Francisco, CA 94111 | January 26, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5362 | Name on File<br>Address on File | FTX Claims SPV LLC<br>Attn: Anh Le<br>475 Sansome St., Suite 730<br>San Francisco, CA 94111 | January 26, 2024 |
| 5363 | Name on File<br>Address on File | FTX Claims SPV LLC<br>Attn: Anh Le<br>475 Sansome St., Suite 730<br>San Francisco, CA 94111 | January 26, 2024 |
| 5369 | Name on File<br>Address on File | Arceau 507 II LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey GU24 8BD<br>United Kingdom | January 26, 2024 |
| 5377 | Name on File<br>Address on File | Phoenix Digital LLC<br>Attn: Tian Zeng<br>42 W 33rd St., 27B<br>New York, NY 10001 | January 26, 2024 |
| 5397 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | January 26, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5402 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | January 26, 2024 |
| 5439 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | January 26, 2024 |