**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING, LTD., *et al.*,[1] | Case No.: 22-11068-JTD |
| Debtors. | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Assignee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| PHILADELPHIA INDEMNITY INSURANCE COMPANY<br>Name of Assignee | [REDACTED]<br>Unique Customer Code: 07621542<br>Name of Assignor |
|---|---|
| Name and Address where notices and payment to Assignee should be sent:<br><br>Manier & Herod, P.C.<br>Attn: Scott C. Williams<br>1201 Demonbreun Street, Ste. 900<br>Nashville, TN 37203<br>Telephone: (615) 244-0030<br>E-mail: swilliams@manierherod.com | Claim No.: ___30714___<br><br>Document ID:<br>62fb02aef324ab5a8b7a64c500f0ce6c4467f57b<br><br>Confirmation ID: 3265-70-PWAUG-031408407<br><br>Amount of Claim: ___$25,290.56___<br><br>Date Claim Filed: ___July 31, 2023___<br><br>See attached Evidence of Transfer of Claim |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    */s/ Gaston P. Loomis*                        Date:   March 27, 2024
        Gaston P. Loomis, Attorney for Assignee

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent.