**<u>EXHIBIT A</u>**
**Evidence of Transfer of Claim**

**RELEASE AND ASSIGNMENT**
( ▮▮▮▮▮ – **Ohio Money Transmitter**)

This Release and Assignment is executed this the 22 day of Sep⸍ , 2023, by and/or on behalf of ▮▮▮▮▮ an Ohio resident (the "Claimant") in favor of and for the benefit of PHILADELPHIA INDEMNITY INSURANCE COMPANY ("Surety"). For value received, Claimant hereby agrees as follows:

1.      **Payment and Release**. In consideration of the payment of the sum of Forty-nine Thousand Nine Hundred one and 42/100 ($49,901.42), the sufficiency of which is hereby acknowledged, the undersigned, for itself, its officers, directors, shareholders, successors and assigns does hereby release, discharge and exonerate, upon receipt of payment, Surety, its respective subsidiaries, affiliates, co-sureties and reinsurers, and all officers, directors, shareholders, successors and assigns of all of the foregoing, of and from any and all claims, demands, causes of action and/or suit of any nature or kind which Claimant may now have or in the future have against said company as surety under Surety Bond No. PB00321300198 (the "Bond") naming West Realm Shires Services, Inc. as principal ("WRSS") and the State of Ohio as obligee. Claimant acknowledges, confirms and agrees that the Surety's payment hereunder satisfies in full any and all obligations of WRSS that are or may be covered by the Bond.

2.      **Assignment; Attorney-in-Fact.**

(a)      In further consideration to Surety for making payment at this time, Claimant hereby assigns, transfers and sets over to Surety, to the extent of the payment made hereunder, any and all claims, rights to payment, disbursements, distributions, and/or entitlements of any kind or character, that Claimant has or may have against WRSS in connection with any account, agreement, currency, including, without limitation fiat and/or crypto-currency, whether arising by contract, at law, in equity or otherwise, including, without limitation (i) claims submitted or asserted against WRSS using or relating to the undersigned's Unique Customer Code 09283935 ("Customer Code"), (ii) claims submitted or asserted against WRSS in that certain Customer Claim Form executed July 31, 2023, and/or through the Kroll Restructuring Administration Portal bearing Document ID 49762fc686186d7a7827273539073927e99e8121 and Confirmation ID 3265-70-YJVHA-219515250, a true and correct copy of which is attached as Exhibit 1 (the "Customer Proof of Claim") (all of the foregoing, including, without limitation, the claims asserted under or in connection with the Customer Code and the Customer Proof of Claim, collectively, the "Customer Claim").

(b)      The assignment provided hereunder includes the undersigned's right to any suit or suits that have been or could have been commenced against WRSS to foreclose on the Customer Claim. Additionally, Claimant appoints Surety as its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the Customer Claim, and at Surety's own expense to sue for and/or seek payment of said sums and rights so assigned either in the name of Claimant or in the Surety's own name, and any such proceeds from said claim, litigation, or otherwise shall be solely the property of Surety. Claimant further irrevocably authorizes and consents to Surety filing a Transfer of Claim Other Than For Security in form and substance satisfactory to Surety in its discretion in WRSS's Chapter 11 case pending as part of jointly administered case no. 22-11068

in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Claimant acknowledges and agrees that this Release and Assignment is an Evidence of Transfer of the Customer Claim to Surety, and Claimant further authorized the Surety to file this Release and Assignment in redacted or unredacted form with the Bankruptcy Court, and to disclose in such filing such information as Surety determines in its discretion to include to effect the transfer and assignment of the Customer Claim to Surety. Claimant releases and forever discharges Surety of and from any claims of any kind or character relating directly or indirectly to any information with respect to the Customer Claim or Claimant disclosed by Surety as part of its effort to seek payment and/or disbursement of any sums and/or rights assigned to Surety hereunder.

(c)     Claimant further agrees to promptly remit to Surety any payment, disbursement, distribution and/or entitlement of any kind made to Claimant by WRSS in respect of the Customer Claim.

3.     **Cooperation**.  Claimant hereby agrees to assist and cooperate with Surety in Surety's rights in the Customer Claim, and further agrees to execute and deliver to Surety such documents and/or instruments as may be necessary, in Surety's discretion, to effect the transfer and assignment to, and collection by, Surety of the Customer Claim.

4.     **Confidentiality**.

(a)     Claimant agrees (1) to treat as confidential this Release and Assignment, and the terms and provisions hereunder (collectively, "Confidential Information"), (2) not to disclose or cause to be disclosed (through commission or intentional omission), in any manner whatsoever, directly or indirectly, in whole or in part, Confidential Information except as permitted hereunder, (3) except as otherwise permitted hereunder, to disclose Confidential Information only to its representatives who (i) have been advised by Claimant that this Release and Assignment, and the terms and provisions hereof, are confidential, and have agreed to be bound by the confidentiality provisions of this Release and Assignment, or (ii) are otherwise subject to a confidentiality agreement with Surety.

(b)     Notwithstanding anything to the contrary in this Release and Assignment, Claimant may disclose any Confidential Information:  (a) with the prior written consent (which may be conveyed via email) of Surety; (b) in the event that Claimant or its representatives are required by any applicable law, rule, regulation, court order, or legal, judicial or administrative process (collectively, "Law") to disclose all or any portion of the Confidential Information, provided, that Claimant agrees with respect thereto, to the extent practicable and permitted by Law, to reasonably promptly notify Surety in writing of such request so that the Surety may intervene at Surety's sole cost and expense to take legally available steps to resist or narrow such request, including the Surety's efforts to seek a protective order or other appropriate remedy.

5.     **Miscellaneous.**

(a)     It is further understood that this Release and Assignment Agreement shall be binding on the undersigned, its officers, directors, shareholders, successors and assigns forever, and shall inure to the benefit of Surety, its successors and assigns forever. In furtherance thereof,

2

Claimant represents and warrants unto Surety that the execution and delivery of this Release and Assignment, and the undersigned's covenants and agreements contained herein, have been duly authorized as may be required by law to bind Claimant to the Release and Assignment and to the covenants and agreements contained herein, and to vest more fully in Surety the benefits to be derived therefrom. As evidence of said authority, upon request of Surety, Claimant shall deliver or cause to be delivered to Surety true and correct copies of any and all applicable authorizing resolutions which shall be appended hereto and made a part hereof.

(b)     It is understood that by payment as set forth above, the party herein released admits no liability therefore, this being a settlement by compromise.

(c)     Nothing in this Release and Assignment shall alter, limit, modify, release, and/or waive any rights, claims and defenses under any of Surety's bonds, or otherwise alter, limit, modify, release and/or waive any rights and claims of Surety against WRSS and/or any principal and/or indemnitor under any bond, indemnity agreement, at law, in equity or otherwise.

IN WITNESS WHEREOF, the undersigned has executed the foregoing Release and Assignment as of the date and year above written.

                               an Ohio resident

Individually,

And by             attorney-in-fact

1109963

STATE OF OHIO     )
           ) ss.
County of Cuyahoga  )

  Personally appeared ▇▇▇▇▇▇▇▇ who, being duly sworn, did say to me that he/she is the Claimant named herein, and that he/she signed the foregoing instrument; that he/she has knowledge of the facts therein set forth and that all statements made in said instrument are true and accurate.

_____

SUBSCRIBED AND SWORN to before me this 22ʳᵈ day of September, 2023.

_____
Notary Public of _____
My Commission expires: _____

BEVERLY J. WENZEL
Notary Public
State of Ohio
My Comm. Expires
December 21, 2024

STATE OF OHIO     )
           ) ss.
County of Cuyahoga  )

  Personally appeared ▇▇▇▇▇▇ who being duly sworn, did say to me and prove to me that he is ▇▇▇▇▇▇ and that he is the Attorney-in-Fact for ▇▇▇▇▇▇ that he has been authorized by ▇▇▇▇▇▇ the Claimant named herein, to sign the foregoing instrument, that he signed the foregoing instrument as Attorney-in-fact; that he has knowledge of the facts therein set forth and that all statements made in said instrument are true and accurate.

_____

SUBSCRIBED AND SWORN to before me this 22ⁿᵈ day of September, 2023.

_____
Notary Public of _____
My Commission expires: _____

BEVERLY J. WENZEL
Notary Public
State of Ohio
My Comm. Expires
· December 21, 2024

**Exhibit 1**

**Customer Claim**

**Attachment #15 -**  **Kroll Claim & Customer Code**

FTX - Your Scheduled Claim Information and Unique Customer Code    Inbox

FTX Noticing <ftx@noticing.ra.kroll.com>
to me

Mar 29, 2023, 8:58 PM

**YOUR UNIQUE CUSTOMER CODE(S) AND SCHEDULED CLAIM INFORMATION IS AT THE BOTTOM OF THIS EMAIL.**

**YOU ARE RECEIVING THIS EMAIL BECAUSE YOU HAVE BEEN IDENTIFIED AS A CUSTOMER WITH A NET POSITIVE ACCOUNT BALANCE AS OF NOVEMBER 11, 2022 OF ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 CASES OF FTX TRADING LTD. AND CERTAIN OF ITS AFFILIATED DEBTORS AND DEBTORS-IN-POSSESSION PENDING IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE AND JOINTLY ADMINISTERED UNDER THE CASE NUMBER 22-11068. YOU HAVE BEEN LISTED IN ONE OR MORE OF THE DEBTORS' SCHEDULES AND STATEMENTS.**

On March 14 and 15, 2023, the FTX Trading Ltd. and certain of its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed their schedules of assets and liabilities and statements of financial affairs (the "Schedules and Statements").

*Pursuant to the Final Order (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on a Final Basis and (III) Granting Certain Related Relief* [D.I. 545], customer names and addresses in the Schedules and Statements are redacted. With respect to Schedules E/F – which identify creditors of the Debtors with non-priority unsecured claims (including customers with a net positive account balance as of November 11, 2022) – in an effort to redact customer names and addresses, the Debtors have identified each customer with a net positive account balance as of November 11, 2022 by a unique customer code (a "Unique Customer Code"). Your Unique Customer Code and an excerpt of your scheduled claim(s) are at the bottom of this email.

**PLEASE BE ADVISED THAT THE COURT HAS NOT YET SET A DEADLINE FOR SUBMITTING PROOFS OF CLAIMS OR INTERESTS AGAINST THE DEBTORS. WHEN THE COURT SETS A DEADLINE, ALL KNOWN CREDITORS, INCLUDING ALL CUSTOMERS IDENTIFIED ON THE SCHEDULES AND STATEMENTS, WILL BE PROVIDED NOTICE OF THE DEADLINE AND INSTRUCTIONS ON HOW TO SUBMIT PROOFS OF CLAIM OR INTERESTS.**

**PLEASE BE FURTHER ADVISED THAT RECEIPT OF THIS EMAIL AND A UNIQUE CUSTOMER CODE ONLY INDICATES THAT YOU HAD ONE OR MORE CLAIM(S) LISTED ON ONE OR MORE OF THE DEBTORS' SCHEDULES AND STATEMENTS. PROVISION OF A UNIQUE CUSTOMER CODE IS NOT AN ADMISSION BY THE DEBTORS OF THE VALIDITY OF SUCH CLAIM(S) OR A WAIVER OF ANY DEFENSES THERETO. THE DEBTORS HEREBY INCORPORATE BY REFERENCE THE GLOBAL NOTES ATTACHED TO EACH OF THE DEBTORS' SCHEDULES AND STATEMENTS AND RESERVE ALL RIGHTS.**

To view all of the Debtors' Schedules and Statements, as well as the Global Notes, please visit https://restructuring.ra.kroll.com/FTX and navigate to the "Schedules & SOFA" page under "Quick Links." Standalone excerpts of the customer data can be found under "Customer Schedules."

**Your Unique Customer Code is 09283935**
**Your claim(s) were scheduled on the Schedules and Statements of West Realm Shires Services Inc. as:**

**USD[49901.4284816000000000]**

FTX Noticing
Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055
Unsubscribe

## Customer Claim Form

### File a Proof of Claim

To file a proof of claim electronically, please enter the creditor's name and an email address (where filing confirmation will be sent) in the fields below.

Creditor Name

█████████

Email Address

████████████

### EPOC Agreement

The information requested on the proof of claim form is being collected for the purposes of facilitating a voluntary petition for relief under the Bankruptcy Code and processing any claim you may have against the Debtors.

**YOUR PROOF OF CLAIM FORM <u>MUST NOT CONTAIN</u> ANY OF THE FOLLOWING:** (i) medical records, (ii) complete social security numbers or tax identification numbers, (iii) a complete birth date, (iv) the name of a minor or (v) a financial account number. The information requested on the proof of claim form is being collected for the purposes of facilitating a debtor's voluntary petition for relief under the U.S. Bankruptcy Code and processing any claim you may have against such debtor. When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services to avoid the disclosure of confidential health care information.
**SOME OR ALL OF THE INFORMATION YOU PROVIDE ON THE PROOF OF CLAIM FORM WILL BE PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE DEBTOR'S CASE WEBSITE HOSTED BY KROLL RESTRUCTURING ADMINISTRATION (FORMERLY KNOWN AS PRIME CLERK) PURSUANT TO APPLICABLE LAW AND/OR COURT ORDER.** Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM.**

**ALL DOCUMENTS SUBMITTED, INCLUDING ANY MEDICAL RECORDS, WILL BE MADE PUBLICLY AVAILABLE ON THE DEBTOR'S CASE WEBSITE AND/OR THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

The information you provide on the proof of claim form will be retained by or on behalf of the Bankruptcy Court, the debtor and Kroll Restructuring Administration for as long as necessary for the purposes described above, as needed to resolve disputes or protect legal rights as they relate to such claim, or as otherwise required by law. Some or all of the information you provide on the proof of claim form will be displayed and/or accessible on the debtor's case website hosted by Kroll Restructuring Administration pursuant to applicable law and/or court order. Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

Customer Claim Form

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Kroll Restructuring Administration and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Kroll Restructuring Administration and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Kroll Restructuring Administration or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Kroll Restructuring Administration and the Clerk of the Court are authorized but not obligated, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

<u>Submission of Claim Data</u>

By using this Site and loading any information to the Site, you agree to release us from any claim or liability with respect to the public display of personal or private information, including but not limited to the types of information listed above.
Claims and creditor information ("Claim Data") must be submitted by a human being and not a script, program, or other method that may be construed as a "bot." Claim Data must be submitted by the creditor or someone authorized to submit such Claim Data on behalf of the creditor. Claim Data must be correct to the best of the creditor's /submitter's knowledge. Filing Claim Data on this Site grants no guarantee of payment.

You represent and warrant that Claim Data submitted by you:

• shall be true, accurate, and complete;
• shall not contain any personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) or other sensitive or potentially embarrassing information, including health care information;
• shall not violate the rights of any third party, including, but not limited to, other proprietary and/or intellectual property rights, or rights of publicity or privacy; shall not violate any law; shall not contain any viruses, Trojan horses, worms, time bombs, bots, or other computer programming routines that are intended to damage, interfere with, or expropriate any system or information; and
• shall not create liability for us or interfere with the operation of the Site.
All information, including information relating to your Claim Data, that is filed electronically, including through this Site, is subject to the same conditions and restrictions as paper based proofs of claim filed with a Bankruptcy Court and are subject to court orders, rules, procedures and applicable law relating to the bankruptcy case in which Claims Data are filed.

<u>Not Legal Advice</u>

WE CANNOT PROVIDE ANY LEGAL ADVICE REGARDING CLAIM DATA OR ON ANY OTHER TOPIC. IF YOU REQUIRE ADVICE REGARDING YOUR RIGHTS OR ANY BANKRUPTCY CASE YOU MAY WISH TO SEEK LEGAL COUNSEL FROM A LICENSED ATTORNEY. USERS OF THIS SITE SHOULD NOT TAKE OR REFRAIN FROM TAKING ANY ACTION BASED UPON CONTENT INCLUDED IN THE SITE. KROLL RESTRUCTURING ADMINISTRATION IS NOT IN THE BUSINESS OF PROVIDING PROFESSIONAL OR LEGAL ADVICE AND INFORMATION CONTAINED ON THIS SITE SHOULD NOT BE RELIED ON AS A SUBSTITUTE FOR FINANCIAL, LEGAL OR OTHER PROFESSIONAL ADVICE. ANY RELIANCE ON THE INFORMATION CONTAINED ON THIS SITE IS SOLELY AT YOUR RISK.

<u>Electronic Signatures</u>

When you submit Claim Data or other information to us, you may be asked to electronically "sign" a form that will set forth certain terms and conditions related to such submission. You hereby agree that your electronic signature in respect of any such submission complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as your original signature.

For our Terms of Use please click Terms of Use.

<u>Filing Fraudulent Claims</u>

<u>FILING A FRAUDULENT CLAIM IS PUNISHABLE BY A FINE UP TO $500,000 AND/OR IMPRISONMENT FOR UP TO 5 YEARS (18 U.S.C. 152, 157, AND 3571).</u>

Customer Claim Form

**BY SELECTING "I AGREE", YOU CONSENT TO ALL INFORMATION SUBMITTED BEING PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE CASE WEBSITE AND THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

**By selecting I agree below, I confirm that I have read, understand and agree to be bound by the foregoing as well as the Terms of Use.**

◉ I Agree
○ Reject

## Instructions

## Claim Information

**1. Who is the current Creditor?**
Name of the current creditor (the person or entity to be paid for this claim)

Is the current Creditor an Individual?

○ No
◉ Yes

First Name

▮▮▮▮

Middle Name

Last Name

▮▮▮▮

Other names the creditor used with the debtor (if any)

▮▮

FTX customer main account number:

▮▮▮1911

Email Address(es) Used for each FTX Account

▮▮▮▮▮▮▮▮▮▮

**2. Has this claim been acquired from someone else?**
◉ No
○ Yes

**3. Where should notices and payments to the creditor be sent?**
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

Name:

████████

Address 1 (Street address, "Care of:", or "Attention To:"):

████████████

Address 2:

Address 3:

Address 4:

City:

████████

State or Province (use 2-letter abbreviation if US or Canada):

██

Zip Code | Postal Code:

████

**Is the creditor address outside of the US?**
◉ No
○ Yes

Contact phone:

████████

Contact email:

██████████████

Should payments go to a different address?
◉ No
○ Yes

**Would you like to add any additional addresses for receiving notices about this proof of claim?**
◉ No
○ Yes

**4. Does this claim amend one already filed?**

○ No
◉ Yes

Claim number on court claims registry (if known)

Filed on:

7/31/2023

07/31/2023

**5. Do you know if anyone else has filed a proof of claim for this claim?**

◉ No
○ Yes

## Additional Claim Information

**Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held.  If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange.  Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7).  Please see Question 8 for additional instructions for asserting claims related to Other Activity.**

○ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)
○ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd. d/b/a "FTX EU") (Case No. 22-11166)
○ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102)
○ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
◉ West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071)

## 6. Did you participate in the FTX Earn program (available via Blockfolio app) as of November 11, 2022?

◉ No
○ Yes

**7. List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account (s) along with the unique identification code.**

- Note that the "USD Rate" is the ratio of the Local Currency to U.S. Dollars.
- If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, please populate the Loaned Quantity column.

## Fiat

### ASSERTED QUANTITY FIAT

| Fiat (Ticker / Abbreviation) | USD Rate | Total Asserted Quantity of Fiat (Local Currency) | Total Asserted Quantity of Fiat (Converted to USD) |
|---|---|---|---|
| US Dollar(USD) USD/USD = 1.00000 | 1.000000000 | 49,901.430000000 | 49,901.430000000 |
| Argentinian Peso (ARS) ARS/USD = 0.006236 | 0.006236000 | | |
| Australian Dollar (AUD) AUD/USD = 0.661900 | 0.661900000 | | |
| Brazilian Real (BRL) BRL/USD = 0.187100 | 0.187100000 | | |
| British Pound Sterling (GBP) GBP/ USD = 1.169200 | 1.169200000 | | |
| Canadian Dollar (CAD) CAD/USD = 0.750600 | 0.750600000 | | |
| Euro (EUR) EUR/USD = 1.021000 | 1.021000000 | | |
| Ghanaian cedi (GHS) GHS/USD = 0.069324 | 0.069324000 | | |
| Hong Kong Dollar (HKD) HKD/USD = 0.127500 | 0.127500000 | | |
| Japanese Yen (JPY) JPY/USD = 0.007093 | 0.007093000 | | |
| Mexican Peso (MXN) MXN/USD = 0.051767 | 0.051767000 | | |
| Singapore Dollar (SGD) SGD/USD = 0.723500 | 0.723500000 | | |
| Swiss Franc (CHF) CHF/USD = 1.038000 | 1.038000000 | | |
| Turkish Lira (TRY) TRY/USD = 0.054091 | 0.054091000 | | |
| South African rand (ZAR) ZAR/USD = 0.057580 | 0.057580000 | | |
| Vietnamese dong (VND) VND/USD = 0.000040 | 0.000040000 | | |
| West African CFA franc (XOF) VXOF/USD = 0.001531 | 0.001531000 | | |

Do you want to add any other fiat not previously listed?

○ Yes
◉ No

## Loaned Fiat

### LOANED QUANTITY FIAT

| Fiat (Ticker / Abbreviation) | USD Rate | Loaned Quantity of Fiat (Local Currency) | Total Loaned Quantity of Fiat (Converted to USD) |
|---|---|---|---|
| US Dollar (USD) USD/USD = 1.00000 | 1.000000000 | | |
| Argentinian Peso (ARS) ARS/USD = 0.006236 | 0.006236000 | | |
| Australian Dollar (AUD) AUD/USD = 0.661900 | 0.661900000 | | |
| Brazilian Real (BRL) BRL/USD = 0.187100 | 0.187100000 | | |
| British Pound Sterling (GBP) GBP/USD = 1.169200 | 1.169200000 | | |
| Canadian Dollar (CAD) CAD/USD = 0.750600 | 0.750600000 | | |
| Euro (EUR) EUR/USD = 1.021000 | 1.021000000 | | |
| Ghanaian cedi (GHS) GHS/USD = 0.069324 | 0.069324000 | | |
| Hong Kong Dollar (HKD) HKD/USD = 0.127500 | 0.127500000 | | |
| Japanese Yen (JPY) JPY/USD = 0.007093 | 0.007093000 | | |
| Mexican Peso (MXN) MXN/USD = 0.051767 | 0.051767000 | | |
| Singapore Dollar (SGD) SGD/USD = 0.723500 | 0.723500000 | | |
| Swiss Franc (CHF) CHF/USD = 1.038000 | 1.038000000 | | |
| Turkish Lira (TRY) TRY/USD = 0.054091 | 0.054091000 | | |
| South African rand (ZAR) ZAR/USD = 0.057580 | 0.057580000 | | |
| Vietnamese dong (VND) VND/USD = 0.000040 | 0.000040000 | | |
| West African CFA franc (XOF) VXOF/USD = 0.001531 | 0.001531000 | | |

Do you want to add any other fiat not previously listed?

○ Yes
○ No

Customer Claim Form

## Asserted Crypto

**Asserted Crypto Tokens**

| Crypto (Ticker / Abbreviation) | Asserted Quantity of Crypto |
|---|---|
| 3X Long Bitcoin Token (BULL) | |
| 3X Long Cardano Token (ADABULL) | |
| 3X Long Dogecoin Token (DOGEBULL) | |
| 3X Long Ethereum Token (ETHBULL) | |
| 3X Long XRP Token (XRPBULL) | |
| Aave (AAVE) | |
| Akropolis (AKRO) | |
| ApeCoin (APE) | |
| ATLAS (ATLAS) | |
| Atom (ATOM) | |
| Aurory (AURY) | |
| Avalanche (AVAX) | |
| BaoToken (BAO) | |
| Basic Attention Token (BAT) | |
| Binance Coin (BNB) | |
| Bitcoin (BTC) | |
| Bitcoin Cash (BCH) | |
| Brazilian Digital Token (BRZ) | |
| Celsius Token (CEL) | |
| ChainLink Token (LINK) | |

| Chiliz (CHZ) | |
| Compound USDT (CUSDT) | |
| Cope (COPE) | |
| Crypto.com Coin (CRO) | |
| Decentraland (MANA) | |
| Dent (DENT) | |
| Dogecoin (DOGE) | |
| Ethereum (ETH) | |
| EthereumPoW (ETHW) | |
| Fantom (FTM) | |
| FTX Token (FTT) | |
| Gala (GALA) | |
| Immutable X Token (IMX) | |
| Kin (KIN) | |
| Litecoin (LTC) | |
| Luna 2.0 (LUNA2) | |
| Luna Classic (LUNC) | |
| Matic (MATIC) | |
| POLIS (POLIS) | |
| Polkadot (DOT) | |
| Raydium (RAY) | |
| Reserve Rights (RSR) | |
| Serum (SRM) | |

| | |
|---|---|
| Shiba Inu (SHIB) | |
| Solana (SOL) | |
| Spell Token (SPELL) | |
| Step Finance (STEP) | |
| SushiSwap (SUSHI) | |
| Swipe (SXP) | |
| Terra Classic USD (Wormhole) (USTC) | |
| The Graph (GRT) | |
| The Sandbox (SAND) | |
| Thorchain (RUNE) | |
| TON Coin (TONCOIN) | |
| TRON (TRX) | |
| Uniswap Protocol Token (UNI) | |
| UpBots (UBXT) | |
| USD Coin (USDC) | |
| USD Tether (USDT) | |
| XRP (XRP) | |

Do you want to add any coin not previously listed?
○ Yes
○ No

## Loaned Crypto

### Loaned Quantity of Crypto

| Crypto (Ticker / Abbreviation) | Loaned Quantity of Crypto |
|---|---|

| | |
|---|---|
| 3X Long Bitcoin Token (BULL) | |
| 3X Long Cardano Token (ADABULL) | |
| 3X Long Dogecoin Token (DOGEBULL) | |
| 3X Long Ethereum Token (ETHBULL) | |
| 3X Long XRP Token (XRPBULL) | |
| Aave (AAVE) | |
| Akropolis (AKRO) | |
| ApeCoin (APE) | |
| ATLAS (ATLAS) | |
| Atom (ATOM) | |
| Aurory (AURY) | |
| Avalanche (AVAX) | |
| BaoToken (BAO) | |
| Basic Attention Token (BAT) | |
| Binance Coin (BNB) | |
| Bitcoin (BTC) | |
| Bitcoin Cash (BCH) | |
| Brazilian Digital Token (BRZ) | |
| Celsius Token (CEL) | |
| ChainLink Token (LINK) | |
| Chiliz (CHZ) | |
| Compound USDT (CUSDT) | |
| Cope (COPE) | |

| | |
|---|---|
| crypto-loan.com Coin (CRO) | |
| Decentraland (MANA) | |
| Dent (DENT) | |
| Dogecoin (DOGE) | |
| Ethereum (ETH) | |
| EthereumPoW (ETHW) | |
| Fantom (FTM) | |
| FTX Token (FTT) | |
| Gala (GALA) | |
| Immutable X Token (IMX) | |
| Kin (KIN) | |
| Litecoin (LTC) | |
| Luna 2.0 (LUNA2) | |
| Luna Classic (LUNC) | |
| Matic (MATIC) | |
| POLIS (POLIS) | |
| Polkadot (DOT) | |
| Raydium (RAY) | |
| Reserve Rights (RSR) | |
| Serum (SRM) | |
| Shiba Inu (SHIB) | |
| Solana (SOL) | |
| Spell Token (SPELL) | |

| | |
|---|---|
| Step Finance (STEP) | |
| SushiSwap (SUSHI) | |
| Swipe (SXP) | |
| Terra Classic USD (Wormhole) (USTC) | |
| The Graph (GRT) | |
| The Sandbox (SAND) | |
| Thorchain (RUNE) | |
| TON Coin (TONCOIN) | |
| TRON (TRX) | |
| Uniswap Protocol Token (UNI) | |
| UpBots (UBXT) | |
| USD Coin (USDC) | |
| USD Tether (USDT) | |
| XRP (XRP) | |

Do you want to add any coin not previously listed?

○ Yes
○ No

## Staked Crypto

### Staked Crypto

| Crypto (Ticker / Abbreviation) | Staked Quantity of Crypto |
|---|---|
| 3X Long Bitcoin Token (BULL) | |
| 3X Long Cardano Token (ADABULL) | |
| 3X Long Dogecoin Token (DOGEBULL) | |

| | |
|---|---|
| 3X Long Ethereum Token (ETHBULL) | |
| 3X Long XRP Token (XRPBULL) | |
| Aave (AAVE) | |
| Akropolis (AKRO) | |
| ApeCoin (APE) | |
| ATLAS (ATLAS) | |
| Atom (ATOM) | |
| Aurory (AURY) | |
| Avalanche (AVAX) | |
| BaoToken (BAO) | |
| Basic Attention Token (BAT) | |
| Binance Coin (BNB) | |
| Bitcoin (BTC) | |
| Bitcoin Cash (BCH) | |
| Brazilian Digital Token (BRZ) | |
| Celsius Token (CEL) | |
| ChainLink Token (LINK) | |
| Chiliz (CHZ) | |
| Compound USDT (CUSDT) | |
| Cope (COPE) | |
| crypto-stak.com Coin (CRO) | |
| Decentraland (MANA) | |
| Dent (DENT) | |

Customer Claim Form

| | |
|---|---|
| Dogecoin (DOGE) | |
| Ethereum (ETH) | |
| EthereumPoW (ETHW) | |
| Fantom (FTM) | |
| FTX Token (FTT) | |
| Gala (GALA) | |
| Immutable X Token (IMX) | |
| Kin (KIN) | |
| Litecoin (LTC) | |
| Luna 2.0 (LUNA2) | |
| Luna Classic (LUNC) | |
| Matic (MATIC) | |
| POLIS (POLIS) | |
| Polkadot (DOT) | |
| Raydium (RAY) | |
| Reserve Rights (RSR) | |
| Serum (SRM) | |
| Shiba Inu (SHIB) | |
| Solana (SOL) | |
| Spell Token (SPELL) | |
| Step Finance (STEP) | |
| SushiSwap (SUSHI) | |
| Swipe (SXP) | |

| | |
|---|---|
| Terra Classic USD (Wormhole) (USTC) | |
| The Graph (GRT) | |
| The Sandbox (SAND) | |
| Thorchain (RUNE) | |
| TON Coin (TONCOIN) | |
| TRON (TRX) | |
| Uniswap Protocol Token (UNI) | |
| UpBots (UBXT) | |
| USD Coin (USDC) | |
| USD Tether (USDT) | |
| XRP (XRP) | |

Do you want to add any coin not previously listed?

○ Yes
○ No

## NFTs

**NFTs (non-fungible tokens)**

| NFT Description | NFT Identifier | Quantity of NFT | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**8.** **Do you have Customer Claims related to any Other Activity on the FTX Exchanges? Other Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.**

◉ No
○ Yes

## E-Sign

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

◉ I am the creditor.
○ I am the creditor's attorney or authorized agent.
○ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

| 07/31/2023 |

**Name of the person who is completing and signing this claim:**

First Name/Middle Name/Last Name:

| ███████ |

E-Signature:

███████

I certify that I have completed my Proof of Claim form on the
Kroll Restructuring Administration Portal. I hereby agree that
my electronic signature herein complies with the ESIGN Act,
and accordingly shall have the same legal effect as my original
signature.

☑ I agree

Title/Company:

▓▓▓▓▓▓

Address 1:

▓▓▓▓▓▓▓▓▓▓

Address 2:

City:

▓▓▓▓▓▓▓

State or Province (use 2-letter abbreviation if US or Canada):

▓▓

Zip Code | Postal Code:

▓▓▓

Is this address outside of the US?
◉ No
○ Yes

Contact phone:

▓▓▓▓▓

Contact email:

▓▓▓▓▓▓▓▓▓

## Attachments

**Attach Support Documentation (limited to a single PDF
attachment that is less than 5 megabytes in size):**

○ I have supporting documentation
◉ I do not have supporting documentation

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as an identification number confirming receipt of your claim ("Confirmation ID").

## Confirmation of Submission

**Your Form has been successfully submitted...**

| DOCUMENT ID | Submitted Date Time |
|---|---|
| 991e27efed9f7051c2457f3489d638f5879061bc | 2023-07-31T22:46:33.254Z |

| Status | CONFIRMATION ID |
|---|---|
| Submitted | 3265-70-NSPBF-472771662 |

# *General Durable*
# *Power of Attorney*
# *Of*

████████████████

## KNOW ALL MEN BY THESE PRESENTS:

I, █████████████████████ Ohio have made, constituted, and appointed and by these presents do make, constitute, and appoint ███████████ as my true and lawful attorney-in-fact, for me and in my name, place, and stead.

To transact any and all business directly or indirectly with any bank or brokerage firm which I am now presently doing business or may do business in the future and to deposit and withdraw monies therein and therefrom and to create, modify or change beneficiaries on existing accounts including but not limited to "Payable on Death", "Transferable on Death" and "Survivorship" accounts.

To allow access to my electronic and internet accounts and permission to Internet Service Providers and other service providers to release password and PIN information to my agent.

To open, enter into, remove items from or close my safe deposit box at any financial institution.

To demand, institute legal proceedings for, recover, collect and receive any and all manner of goods, chattels, debts, claims, demands, choices in action, duties, rents, sums of money, whatsoever due or hereafter to become due and owing or belonging to me or any account whatsoever, by any person or persons whomever, and upon receipt of the same, or any part or parts hereof, to make, execute and deliver all proper receipts, releases or other discharges of and for the same, under seal or otherwise.

To compound, compromise, settle and adjust all claims and demands, whatsoever, due or hereafter to become due or owing, and to execute and deliver, or to receive, all proper receipts, and releases or discharges therefore.

To grant extensions of time for the payment of any debts, claims or demands, due or hereafter to become due or owing to me, for such periods and on such terms as my said attorney in fact shall deem

best, with or without security.

To sign, execute, deliver, pay and perform all checks, drafts, agreements, contracts and all other instruments in writing of whatever nature as my said attorney in fact shall deem fit.

To pay, at any time and from time to time, any and all debts, claims and demands, incurred by me or by my said attorney in fact for me, or for which I may be liable, and irrespective of whether the same be evidenced by a note, draft or other written instruments.

To sign, endorse, execute and deliver and renew any and all checks, promissory notes, bonds, bill of exchange, trade acceptances, or other evidences of indebtedness, and to waive notice of demand and protest thereon and any and all promissory notes, bonds, checks, drafts, or other instruments of writing which I heretofore executed or endorsed.

To collect and receive any dividends, interest or other accretion or income, due or to become due upon any stocks, bonds, accounts, or other personal or real property and to execute proper receipt, release and discharge therefore.

To act on my behalf with respect to any and all pensions received by me from Social Security Administration and Medicare and to sign my name to, execute, seal, acknowledge and deliver any and all applications and forms required and to make application for any increase in benefits that I might be entitled to from time to time.

To lease, rent, release, manage, deal with, purchase, contract to sell or sell and convey in fee simple or lesser estate by deed or any instrument, and to deliver the same with or without covenants of warranty for such price and upon such terms of credit, and with such other provisions and to such person or persons as my attorney in fact shall deem proper, the whole or any part of or any interest in any lands, tenements, hereditaments or any other real or personal property, tangible or intangible, of any kind whatsoever situated; and to preserve, repair or improve any such interest or property as they shall deem proper.

To take charge of my person in case of sickness or disability of any kind, and to remove and place me in such institutions or places as they may deem best for my personal care, comfort, benefit and safety; and for said purposes to use and disburse any or all of said bank deposit, monies, and other personal property.

To make gifts, on my behalf, of any, or all of my real or personal property, without restriction, including, but not limited to any charities, company or individuals, including my attorney in fact and/or other related individuals, however this paragraph shall in no way be construed as a general power of appointment in the attorney-in-fact.

To prepare, execute and file any tax returns or refund claims, local, state or federal; and to represent me in tax matters and to perform any and all acts relating thereto for all tax years; to sign any Form 2848, Power of Attorney and Declaration of Representative, any Form 8821, Tax Information Authorization, any Form W-9, request For Taxpayer Identification Number, and any similar state or local authorizations.

To establish, amend, modify, revoke or fund any and all types of trusts or other estate planning vehicles for the benefit of myself, or my children, grandchildren or a charity, including my attorney in fact as deemed necessary by my attorney-in-fact.

To sign my name for Probate Court documents, including but not limited to Waivers and other authorizations needed by an Estate Probation.

To self deal with respect to any, or all of my real, or personal property, without restriction, including, but not limited to sales, transfers, or gifts, and any section of the Ohio Revised Code or any other State or Federal Law attempting to limit self dealing by Fiduciary(ies) shall not apply to the powers stated in this Power of Attorney, including, but not limited to O.R.C. §2109.44.

To take whatever legal steps may be necessary to initiate or continue any public-assistance program for which I may become eligible. To bring such action in any court or regulatory agency having jurisdiction over the matter, to secure a ruling or order clarifying or defending my eligibility for said benefits. Any expense, including reasonable fees for my attorney-in-fact and attorney fees, in connection with matters relating to determination of my eligibility for public support, is a property charge against my assets or income.

To transfer, hypothecate, borrow, pledge, assign or gift assets or income in such a method or manner so as to increase the amount of any public benefits or services available to me.

To take any action which is necessary to benefit my spouse and to increase their assets or income or to protect their assets or income, including but not limited to, the right to transfer, hypothecate, borrow, pledge, assign or gift assets or income in such a method or manner so as to increase the amount of any public benefit or services available to my spouse.

To borrow money and to encumber or hypothecate my property by mortgage, deed of trust, pledge or otherwise, including loans from my attorney-in-fact at reasonable interest rates or no interest rates as deemed appropriate by my attorney-in-fact.

To lend money and/or assets to others with or without interest as deemed appropriate by my attorney-in-fact.

To change beneficiaries and/or ownership of, or to partially or totally, surrender, cash or modify any life insurance policies, qualified pension plans, IRA's, 401k's, or other employee pension and or retirement plans which I may own or in which I have an interest, including but not limited to: make contributions to an IRA and/or qualified plan on my behalf, request that the IRA institution and/or plan administrator make timely required minimum distributions, request that the IRA institution and/or plan administrator make additional distributions from my IRA and/or plan from time to time, To consummate a rollover transaction involving my qualified plan, to select specific primary and specific contingent beneficiaries of the rollover account, to make investment decisions regarding retirement assets, to sign all necessary paperwork with respect to retirement transactions.

To hire legal counsel and to request and demand that all of my prior records or information held or known by any other attorney at law, be released or disclosed to my attorney-in-fact.

To demand that any hospitals, doctors or any other allied medical professional personnel having medical records and/or knowledge of my medical history, release said records and/or information to my attorney-in-fact.

To invest in insurance, including but not limited to, life, annuity, accident, sickness, disability, long term care, irrevocable burial contracts, pre-need contracts, and medical insurance and to exercise all rights of ownership granted to such policies for my benefit.

To act as my agent before the Ohio Bureau of Motor Vehicles to execute an application or applications for renewal of any motor vehicle registrations for me and in my name.

To act on my behalf under the Department of Defense Financial Management Regulations to establish, change or stop allotments with regards to Military Retirement Benefits and Allotments or to

assist in the application or appeals process regarding any Veterans Benefits.

To exercise any of my rights of disclaimer as may be authorized by law.

Giving and granting unto my said attorney full power and authority to do and perform all and every act and thing requisite and necessary to be done as fully, to all intents and purposes, as I might or could do if personally present, with full power of substitutions, and revocation, hereby ratifying and confirming all that my said attorney in fact or their substitute shall lawfully do or cause to be done by virtue hereof.

This power of attorney shall go into effect on the date set forth below and shall not be affected by my subsequent disability or incapacity or the lapse of time. It is my specific intent that the powers granted herein shall survive my disability as provided by Ohio Revised Code §1337.09. I also hereby nominate my above appointed attorney in fact as the guardian of both my person and estate for consideration by a court if proceedings for the appointment of a guardian for me are commenced at a later time. I also direct that no bond be required should said guardian be appointed in subsequent court proceedings.

IN WITNESS WHEREOF, I have hereunto set my hand and seal on

_____
          Principal

STATE OF OHIO                )
                            )   ss.
COUNTY OF LAKE COUNTY   )

The foregoing General Durable Power of Attorney was acknowledged before me on 01/06/2018 by _____ Principal.

Witness my hand and official seal.

_____
Notary Public

Document prepared by:

The Lavin Law Group, LLC
Christopher Lavin, Attorney at Law
27 W. Mulberry St., Lebanon, OH 45036
877.822.6424

CYNTHIA SAMPLES
NOTARY PUBLIC
STATE OF OHIO
Recorded in
Lake County
My Comm. Exp. 7/18/2022