# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref No. 9289 |

**RESERVATION OF RIGHTS OF KROLL RESTRUCTURING ADMINISTRATION LLC IN CONNECTION WITH THE MOTION OF OLYMPUS PEAK TRADE CLAIMS OPPORTUNITIES FUND I NON-ECI MASTER LP TO REQUIRE DEBTORS' CLAIMS AND NOTICING AGENT TO RECOGNIZE AND RECORD TRANSFER OF CLAIM TO OLYMPUS PEAK TRADE CLAIMS OPPORTUNITIES FUND I NON-ECI MASTER LP**

Kroll Restructuring Administration LLC ("Kroll"), the claims and noticing agent appointed in the chapter 11 cases of the above-captioned debtors and debtors-in possession (the "Debtors"), by and through its undersigned counsel, hereby submits this reservation of rights in connection with the *Motion Of Olympus Peak Trade Claims Opportunities Fund I Non-Eci Master LP to Require Debtors' Claims and Noticing Agent to Recognize and Record Transfer of Claim to Olympus Peak Trade Claims Opportunities Fund I Non-Eci Master LP* [Docket No. 9280] (the "Motion"), and respectfully states as follows:

1. Kroll, as claims and noticing agent, is responsible for, among other things, maintaining the official claims registers in these chapter 11 cases. In this neutral capacity, Kroll takes no position on the merits of Motion, but may be impacted by the relief sought therein. Additionally, while Kroll does not believe at this time that it needs to supplement the record in

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

connection with the Motion, future filings made in connection with the Motion may require a response from Kroll to ensure a complete and accurate record is available to the Court.

        2.       In the light of the forgoing, Kroll hereby reserves all rights in connection with the Motion, including but not limited to, the right to submit a further statement in response to any objections or other filings and to appear at the hearing on the Motion to address any questions the Court may have.

Dated:  March 27, 2024
New York, New York

                                                */s/ Shira D. Weiner*
                                                Shira D. Weiner
                                                Gabriel Brunswick
                                                Kroll Restructuring Administration LLC
                                                55 East 52nd Street, 17th Floor
                                                New York, NY 10055
                                                Phone: (212) 257-5450
                                                shira.weiner@kroll.com
                                                gabriel.brunswick@kroll.com

                                                *Claims and Noticing Agent to the Debtors*