IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re FTX Trading Ltd., et al., | ) Chapter 11 |
| Debtors. | ) Case No. 22-11068 (JTD) <br> ) (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| DCP Master Investments XV LLC | 117 Partners Ltd |

Name and Address where notices to transferee should be sent:

DCP Master Investments XC LLC
c/o Diameter Capital Partner, LP
55 Hudson Yards, Suite 29B
New York, NY 10001
Email: srao@diametercap.com

Last known address:

117 Partners Ltd
6.20 World Trade Center
6 Bayside Road, GX11 1AA
Email: tom@117partners.com

**Unique Customer Code: 00260560**

### *** PORTION OF CLAIM TRANSFERRED: 100% ***

| Proof of Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Proof of Claim No. **47353** <br> Proof of Claim Confirmation ID. No. **3265-70-HEGJR-830669076** | [REDACTED] | Amount of Claim listed on Debtor's Schedule F | FTX Trading Ltd. | **22-11068** |

Name and Address where transferee payments should be sent (if different from above): N/A

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any right to receive notice or hearing under Bankruptcy Rule 3001.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: March 27, 2024
   Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571*