DocuSign Envelope ID: 2F0CFF62-6C68-4DA7-BB54-70D5CFF62EBE



# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX Trading Ltd., *et al.* | Case No. 22-11068 |
| Debtors | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **FTX1 SPV LTD** | **NORTHWAY HOUSING, LLC** |
| Transferor's Address: | Transferee's address for notices and payment: |
| Suite 202, Second Floor<br>Eden Plaza, Eden Island, Box 1352<br>Mahe, Seychelles | 222 Rockaway Turnpike Ste 3,<br>Cedarhurst, NY 11516<br><br>Attn: Joshua Shlomowitz<br>Email: northwayftx@gmail.com |

| Claim | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| | FTX Trading Ltd. | 22-11068 | Customer Code / Schedule #: 00341674 | as described on Schedule F |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Nathan Amoyelle* (DocuSigned by, C84C17EBE79549B...)
Transferee / Transferee's Agent

Date: 03/27/2024

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE**

TO: Clerk, United States Bankruptcy Court, District of Delaware

**FTX1 SPV LTD,** for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, do hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to **NORTHWAY HOUSING LLC.**, its successors and assigns, ("Buyer"), all right, title and interest in and to the claim(s) the ("Claim") of Seller, identified below, against FTX Trading Ltd., et al., in the United States Bankruptcy Court, District of Delaware, Case No. 22-11068.

| Claim | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| | FTX Trading Ltd. | 22-11068 | Customer Code / Schedule #: 00341674 | as described on Schedule F (attached) |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.

**Buyer:**

**NORTHWAY HOUSING, LLC**

By: *Nathan Amoyelle* (DocuSigned)
Name: Nathan Amoyelle
Title: Authorized Signatory
Email: northwayftx@gmail.com

Date: 03/27/2024

**Seller:**

**FTX1 SPV LTD**

By: *Sitanshu Kumar* (DocuSigned)
Name: Sitanshu Kumar
Title: Authorized Signatory
Email: ss@heimdallrwa.com

Date: 03/27/2024

# EXHIBIT A

## SCHEDULED CLAIM(S) / PROOF(S) OF CLAIM

### Excerpt from Schedule F:

| | |
|---|---|
| 00341674 | BNB[0.0199867000000000],BTC[0.0000000170000000],COPE[0.0090900000000000],CRV[0.9365400000000000],DOGE[1.0000000000000000],ETH[3.9197918134056000],ETHW[0.0002640898216073],FTT[0.0000000016990290],LINA[1.2442599206598000],LTC[0.2541902000000000],OXY[0.0000000006200000],PAXG[0.1499663962245852],SOL[67.1406856568806380],SUN[69788.5400000000000000],TONCOIN[0.0464960000000000],TRUMPFEBWIN[943.0000000000000000],TRX[18598.0000000000000000],TRY[5435.1104876400000000],USD[18552.1921577672445418000000000],USDC[20630.0000000000000000],USDT[391.6957681497933681],XRP[15.2179149400000000] |

### Excerpt from Amended Schedule F:

| | | |
|---|---|---|
| 00341674 | | ALT-PERP[0], ATOM-PERP[0], AXS-PERP[0], BNB[.0199867], BTC[0.00000001], BTC-MOVE-20210426[0], BTC-PERP[0], COPE[.00909], CRV[.93654], DEFI-PERP[0], DOGE[1], DOGE-PERP[0], DYDX-PERP[0], ETH[3.91979181], ETH-PERP[0], ETHW[0.00026408], EXCH-PERP[0], FTT[0], FTT-PERP[64.3], LINA[1.24425992], LINA-PERP[0], LTC[.2541902], LTC-PERP[0], OXY[0], OXY-PERP[0], PAXG[0.14996639], RAY-PERP[0], SOL[67.14068565], SOL-PERP[0], SUN[69788.54], TONCOIN[.046496], TRUMPFEBWIN[943], TRX[18598], TRY[5435.11], USD[39055.07], USDT[391.69576814], XRP[15.21791494] | |