# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>**Re: D.I. 9424** |

## NOTICE OF WITHDRAWAL OF DOCKET NUMBER 9424

PLEASE TAKE NOTICE that the 507 Investment Fund LLC hereby withdraws the *Transfer/Assignment of Claim* [D.I. 9424; filed 03/15/2024].

Dated:  March 28, 2024
       Wilmington, Delaware

                                        **THE ROSNER LAW GROUP LLC**
                                        */s/ Frederick B. Rosner*
                                        Frederick B. Rosner (DE #3995)
                                        824 Market Street, Suite 810
                                        Wilmington, DE 19801
                                        rosner@teamrosner.com
                                        302-777-1111

                                        *Counsel to 507 Investment Fund LLC*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{00038485. }