**Exhibit B**

**Summary and Detailed Description of AlixPartners' Expenses**

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100PN00001.1.32

| Date | Description | Amount |
|------|-------------|--------|
| 02/01/2024 | Matthew Birtwell - DeBank membership fees for decentralized finance balance information | 30.00 |
| 02/01/2024 | Matthew Evans - FedEx - Shipment to Nicholas Wolowski | 19.32 |
| 02/01/2024 | Travis Phelan - Compile fees for historic blockchain data to facilitate balance sheet recreation | 44.05 |
| 02/02/2024 | Travis Phelan - Compile fees for historic blockchain data to facilitate balance sheet recreation | 299.00 |
| 02/04/2024 | Lewis Beischer - Compile fees for historic blockchain data to facilitate balance sheet recreation | 308.13 |
| 02/11/2024 | Airfare Allyson Calhoun 2024-02-11 ORD- LGA; travel to in-person team meetings (United, round-trip, economy) | 450.53 |
| 02/12/2024 | Train Matthew Birtwell - Washington, DC  - New York, NY (travel to in-person team meetings) | 205.00 |
| 02/09/2024 | Train Griffin Shapiro - Boston, MA - New York, NY (travel to in-person team meetings) | 336.00 |
| 02/09/2024 | Individual Meal - Griffin Shapiro - Dinner (in-person team meetings) | 17.50 |
| 02/11/2024 | Taxi/Car Service Allyson Calhoun Airport to Hotel (travel to in-person team meetings) | 44.34 |
| 02/11/2024 | Taxi/Car Service Allyson Calhoun Home to Airport (travel to in-person team meetings) | 74.65 |
| 02/11/2024 | Internet Access - Allyson Calhoun | 8.00 |
| 02/11/2024 | Individual Meal - Allyson Calhoun - Dinner (in-person team meetings) | 32.74 |
| 02/11/2024 | Lodging Griffin Shapiro - JW Marriott Essex House, New York, NY 2024-02-11 2024-02-14 (in-person team meetings) | 1,314.21 |
| 02/12/2024 | Group Meal  Engagement Team Allyson Calhoun - Lunch - Jason Chin; Allyson Calhoun; Matthew Birtwell (in-person team meetings) | 51.02 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100PN00001.1.32

| Date | Description | Amount |
|---|---|---|
| 02/12/2024 | Individual Meal - Allyson Calhoun - Breakfast (in-person team meetings) | 21.29 |
| 02/12/2024 | Individual Meal - Griffin Shapiro - Breakfast (in-person team meetings) | 13.01 |
| 02/12/2024 | Individual Meal - Griffin Shapiro - Lunch (in-person team meetings) | 17.42 |
| 02/12/2024 | Public Transportation Matthew Birtwell Penn Station to Office (travel to in-person team meetings) | 2.90 |
| 02/12/2024 | Lodging Matthew Birtwell - Courtyard Midtown East, New York, NY 2024-02-12 2024-02-14 (in-person team meetings) | 500.42 |
| 02/13/2024 | Taxi/Car Service Allyson Calhoun Dinner to Hotel (in-person team meetings) | 16.96 |
| 02/13/2024 | Lodging Allyson Calhoun - JW Marriott Essex House, New York, NY 2024-02-11 2024-02-14 (in-person team meetings) | 1,314.21 |
| 02/13/2024 | Group Meal  Engagement Team Allyson Calhoun - Breakfast - Griffin Shapiro; Allyson Calhoun; Jason Chin; Sean Thompson (in-person team meetings) | 70.41 |
| 02/13/2024 | Taxi/Car Service Griffin Shapiro Dinner to Hotel (in-person team meetings) | 12.97 |
| 02/13/2024 | Taxi/Car Service Griffin Shapiro Hotel to Office (in-person team meetings) | 15.66 |
| 02/13/2024 | Group Meal  Engagement Team Matthew Birtwell - Dinner - Allyson Calhoun; Griffin Shapiro; Matthew Birtwell; Jason Chin (in-person team meetings) | 270.64 |
| 02/13/2024 | Matthew Birtwell - DeBank membership fees for decentralized finance balance information | 15.00 |
| 02/13/2024 | Sean Thompson - DeBank membership fees for decentralized finance balance information | 20.00 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:          Expenses
Code:        20008100PN00001.1.32

| Date | Description | Amount |
|------|-------------|--------|
| 02/14/2024 | Taxi/Car Service Allyson Calhoun Alixpartners office to Airport (return from in-person team meetings) | 39.50 |
| 02/14/2024 | Taxi/Car Service Allyson Calhoun Airport to Home (return from in-person team meetings) | 60.96 |
| 02/14/2024 | Group Meal  Engagement Team Allyson Calhoun - Lunch - Jason Chin; Allyson Calhoun (in-person team meetings) | 43.55 |
| 02/14/2024 | Individual Meal - Allyson Calhoun - Dinner (in-person team meetings) | 31.65 |
| 02/14/2024 | Group Meal  Engagement Team Allyson Calhoun - Breakfast - Griffin Shapiro; Allyson Calhoun (in-person team meetings) | 36.16 |
| 02/14/2024 | Taxi/Car Service Griffin Shapiro South Station to Home (return from in-person team meetings) | 29.02 |
| 02/14/2024 | Taxi/Car Service Griffin Shapiro Office to Penn station (return from in-person team meetings) | 37.03 |
| 02/14/2024 | Individual Meal - Griffin Shapiro - Lunch (in-person team meetings) | 25.76 |
| 02/14/2024 | Individual Meal - Griffin Shapiro - Dinner (in-person team meetings) | 12.69 |
| 02/14/2024 | Individual Meal - Griffin Shapiro - Breakfast (in-person team meetings) | 4.90 |
| 02/14/2024 | Parking/Tolls Matthew Birtwell (travel to in-person team meetings) | 21.00 |
| 02/14/2024 | Taxi/Car Service Matthew Birtwell Hotel to Train station (return from in-person team meetings) | 21.77 |
| 02/14/2024 | Individual Meal - Matthew Birtwell - Breakfast (in-person team meetings) | 13.72 |
| 02/20/2024 | Travis Phelan - Compile fees for historic blockchain data to facilitate balance sheet recreation | 15.14 |
| 02/22/2024 | Individual Meal - Allyson Calhoun - Dinner (overtime meal) | 20.00 |
| 02/22/2024 | Taxi/Car Service Griffin Shapiro Office to Home (overtime) | 10.53 |
| 02/22/2024 | Individual Meal - Griffin Shapiro - Dinner (overtime meal) | 20.00 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:       Expenses
Code:     20008100PN00001.1.32

| Date | Description | Amount |
|------|-------------|--------|
|      |             | $   5,968.76 |

**Alix**Partners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Client: 20008100Pn0001

| Expenses | | Amount |
|---|---|---|
| Airfare | $ | 450.53 |
| Client Research | | 731.32 |
| Ground Transportation | | 928.29 |
| Internet | | 8.00 |
| Lodging | | 3,128.84 |
| Meals | | 702.46 |
| Postage/Messenger/Courier | | 19.32 |
| **Total Disbursements** | **$** | **5,968.76** |