**CASE NAME:** Innovatia Ltd                                            **CASE NUMBER:** 22-11128

## GENERAL NOTES

      This periodic report (the "Periodic Report") has been prepared solely for the purpose of complying with Rule 2015.3 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). This Periodic Report contains certain financial information for a non-debtor entity of a non-publicly traded corporation in which an estate of a Debtor (as defined below) controls or owns at least a twenty percent (20%) interest (a "Controlled Non-Debtor Entity"). The information provided in this Periodic Report has been provided by the Debtors' management.

**Description of these Chapter 11 Cases**

On November 11 and November 14, 2022 (as applicable, the "Petition Date"), FTX Trading Ltd. and its affiliated debtors (each a "Debtor" and, collectively, the "Debtors")[1] each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors' chapter 11 cases (the "Chapter 11 Cases") are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and Rule 1015-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Delaware as approved by order of the Court on November 22, 2022 [D.I. 128]. On December 15, 2022, the United States Trustee appointed an official committee of unsecured creditors in the Chapter 11 Cases pursuant to section 1102(a)(1) of the Bankruptcy Code. On February 13, 2023, an order was entered at Docket No. 711 dismissing the cases of SNG Investments Yatirim Ve Danismanlik Anonim Sirketi (Case No. 22-11093) and FTX Turkey Teknoloji Ve Ticaret Anonim Sirketi (Case No. 22-11170). On August 18, 2023, an order was entered at Docket No. 2207 dismissing the case of FTX Exchange FZE (Case No. 22-11100). On November 13, 2023, an order was entered at Docket No. 3739 dismissing the cases of Liquid Financial USA, Inc. (Case No. 22-11151), LiquidEX LLC (Case No. 22-11152), Zubr Exchanged Ltd (Case No. 22-11132) and DAAG Trading, DMCC (Case No. 22-11163). On December 16, 2023, the Debtors filed (i) the *Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 4861] and (ii) the *Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Affiliated Debtors and Debtors-In-Possession* [D. I. 4862]. On March 18, 2024, the Bankruptcy Court entered the *Fourth Order Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof* [D.I. 9584] extending the Debtors' exclusive filing period to May 13, 2024 and extending the Debtors' exclusive solicitation period through July 11, 2024. Additional information about these Chapter 11 Cases, court filings, and claims information is available at the Debtors' restructuring website: https://restructuring.ra.kroll.com/FTX.

**Financial Statements**

The financial information contained herein is unaudited, limited in scope, and as such, has not been subject to procedures that typically would be applied to financial statements in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP") and are not intended to reconcile fully with any financial statements prepared under U.S. GAAP.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/FTX.

For financial reporting purposes, the Debtors prepare consolidated financial statements at Debtor Innovatia Ltd (Case Number 22-11128), which include information for Zubr Exchange Ltd.  This Periodic Report only contains financial information of the Controlled Non-Debtor Entity.  The presentation in this Periodic Report does not include all the information and footnotes required by U.S. GAAP for complete financial statements.  The financial statements and supplemental information contained herein represent condensed information, are limited in scope, and cover a limited time period.  Unless otherwise noted, the Periodic Report generally reflects the Controlled Non-Debtor Entity's books and records and financial activity occurring during the time period covered by this Periodic Report.  Except as otherwise noted, no adjustments have been made for activity occurring after the close of the time period covered by this Periodic Report.

Although management made reasonable efforts to ensure that the financial information is accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to the information.  Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update this Periodic Report.  Nothing in this Periodic Report shall constitute a waiver of any rights of the Debtors, including the right to amend the information contained herein.  The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable nonbankruptcy law or in lieu of complying with any periodic reporting requirements thereunder.  Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared.  The Debtors, the Controlled Non-Debtor Entity, and the Debtors' advisors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

This Periodic Report should not be relied upon by any persons for information relating to current or future financial condition, events, or performance of the Controlled Non-Debtor Entity or their affiliates, as the results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year, and may not necessarily reflect the combined results of operations, financial position, and schedule of receipts and disbursements in the future.  Further, this Periodic Report is limited in scope, covers a limited time period, and has been prepared solely for purposes of fulfilling the requirements of Bankruptcy Rule 2015.3.  Accordingly, the following notes, statements, and limitations should be referred to, and referenced in connection with, any review of this Periodic Report.

**Intercompany Transactions**

Prior to the Petition and Dismissal Date the Debtors engaged in intercompany transactions with the Controlled Non-Debtor Entity.  As of the date of this Periodic Report, Zubr Exchange Ltd maintains an intercompany balance with FTX Trading for their digital asset balance held on the exchange that has been presented in alignment with the *Order Granting Motion of Debtors to Estimate Claims Based on Digital Assets* [D.I. 7090].

**Current Values**

The Debtors do not maintain fair market value or other bases of valuation for the Controlled Non-Debtor Entity, which may differ substantially from the net book value of these entities.

**Currency**

The amounts herein are presented in United States dollars, unless otherwise stated.

**Reservation of Rights**

Nothing contained in this Periodic Report shall constitute a waiver or admission by the Debtors in any respect, nor shall this Periodic Report or any information set forth herein waive or release any of the Debtors' rights or admissions with respect to these chapter 11 cases, or their estates, including with respect to, among other things, matters involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code and/or causes of action under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.  The Debtors are reviewing the assets and liabilities of their affiliates on an ongoing basis, including, without limitation, with respect to intercompany claims and obligations, and nothing contained in this Periodic Report shall constitute a waiver of any of the Debtors' or their affiliates' rights with respect to such assets, liabilities, claims, and obligations that may exist.

| Fill in this information to identify the case: |
|---|
| Debtor Name: Innovatia Ltd |
| United States Bankruptcy Court for the         District of  Delaware |
| Case Number: 22-11128 |

Official Form 426

## Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the Periodic Report as of  | 12/31/2023 |  on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

Innovatia Ltd holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Zubr Exchange Ltd | 100% | |
| | | |
| | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), and a statement of changes in shareholders' or partners' equity *(deficit)* for the period covered by the *Entity Report,* along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.

The undersigned, having reviewed the Entity Reports for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this Periodic Report and the attached Entity Reports are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

*Mary Cilia*
Mary Cilia (Mar 28, 2024 11:30 CDT)
_____
Signature of Authorized individual
Mary Cilia
_____
Printed name of Authorized Individual
Date 03 / 28 / 2024
           MM / DD / YYYY

**For individual Debtors:**

_____         _____
Signature of Debtor 1                                                Signature of Debtor 2

_____         _____
Printed name of Debtor 1                                           Printed name of Debtor 2
Date _____                                       Date _____
         MM / DD / YYYY                                                       MM / DD / YYYY

CASE NAME: <u>Innovatia Ltd</u>   CASE NUMBER: <u>22-11128</u>

**Exhibit A: Financial Statements for Controlled Non-Debtor Entities**

**Official Form 426**
United States Bankruptcy Court
District of Delaware

In re:
Innovatia Ltd

Case No. 22-11128

| **Name of Non-Debtor Entity** | **Interest of the Estate** |
|---|---|
| Zubr Exchange Ltd | 100% |

**CASE NAME:** Innovatia Ltd

**CASE NUMBER:** 22-11128

**Exhibit A-1: Balance Sheet of Controlled Non-Debtor Entities as of 12/31/2023**

Official Form 426
United States Bankruptcy Court
District of Delaware

**Exhibit A-1: Balance Sheet of Non-Debtors**

| In US $ Unless Otherwise Indicated | As of December 31, 2023 Zubr Exchange Ltd |
|---|---|
| **Assets** | |
| Cash and cash equivalents | $ 659,149 |
| Intercompany receivable | 88,343 |
| **Total assets** | **747,492** |
| **Liabilities and Stockholders' Equity** | |
| Amount due to Parent - Innovatia Ltd | 9,872 |
| Trade and other payables | 8,395 |
| **Total Liabilities** | **18,267** |
| Additional paid In capital | 3,262,798 |
| Net Income | (218,393) |
| Retained deficit | (2,315,179) |
| **Total Stockholders' Equity** | **729,226** |
| **Total Liabilities and Stockholders' Equity** | **$ 747,492** |

CASE NAME: Innovatia Ltd　　　　　　　　　　　　　　　　　　　　　　　　　　　CASE NUMBER: 22-11128

**Exhibit A-2: Statement of Income (Loss) for controlled Non-Debtor Entities for the period ended 12/31/2023**

**Official Form 426**
United States Bankruptcy Court
District of Delaware

**Exhibit A-2: Statement of Income (Loss)**

| In US $ Unless Otherwise Indicated | As of December 31, 2023 Zubr Exchange Ltd |
|---|---:|
| **Revenues:** | |
| Operating income | $ - |
| **Net Revenue** | - |
| | |
| **Expenses:** | |
| Directors' fees | 170,495 |
| Salaries and other employment costs | 70,471 |
| Bank charges | 11,972 |
| Legal and professional services | 5,831 |
| Tax penalties | 2,014 |
| IT costs | 324 |
| Accounting, tax compliance and payroll fees | (1,326) |
| **Operating Loss** | 259,781 |
| Net foreign exchange difference | (41,388) |
| **Loss for the financial year before income tax** | 218,393 |
| Income tax | - |
| **Loss for the financial year** | $ 218,393 |

**CASE NAME:** Innovatia Ltd                                                                                               **CASE NUMBER:** 22-11128

**Official Form 426**
United States Bankruptcy Court
District of Delaware

**Exhibit A-3: Statement of Cash Flows for Controlled Non-Debtor Entities for the period ended 12/31/2023**

**Exhibit A-3: Statement of Cash Flows**

| In US $ Unless Otherwise Indicated | As of December 31, 2023 Zubr Exchange Ltd |
|---|---:|
| **Cash Flows from Operating Activities** | |
| Net income (loss) | $ (218,393) |
| Non-cash adjustments | |
| Plus decrease in receivable from FSC - refund of regulatory fees | 10,699 |
| Minus decrease in Trade and Other payables | (40,906) |
| **Net cash flows used by operating activities** | **(248,600)** |
| | |
| Net increase (decrease) in cash and cash equivalents | (248,600) |
| | |
| Net cash and cash equivalents, beginning of year | 907,749 |
| | |
| **Cash and cash equivalents, current** | **$ 659,149** |

| CASE NAME: Innovatia Ltd | CASE NUMBER: 22-11128 |
|---|---|

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity *(Deficit)* for Controlled Non-Debtor Entities for the period ended 12/31/2023**

**Official Form 426**
United States Bankruptcy Court
District of Delaware

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (Deficit)**

Statement of Changes in Members' Equity
As of December 31, 2023

|  | Share Capital US$ | Accumulated losses US$ | Total (deficit)/equity US$ |
|---|---|---|---|
| **Balance at January 1, 2023** | 3,262,798 | (2,315,179) | 947,619 |
| Loss for the financial year | - | (218,393) | (218,393) |
| **Balance at December 31, 2023** | 3,262,798 | (2,533,572) | 729,226 |

**CASE NAME:** <u>Innovatia Ltd</u>　　　　　　　　　　　　　　　　　　　　　　　　　　**CASE NUMBER:** <u>22-11128</u>

**Exhibit B: Description of Operations for Controlled Non-Debtor Entities**

**Official Form 426**
United States Bankruptcy Court
District of Delaware

| **Non-Debtor Entity** | **Description** |
|---|---|
| Zubr Exchange Ltd | Licensed digital ledger technology provider in Gibraltar |

**CASE NAME:** Innovatia Ltd                                                                                       **CASE NUMBER:** 22-11128

**Exhibit C: Description of Intercompany Claims**

**Official Form 426**
United States Bankruptcy Court
District of Delaware

Zubr Exchange Ltd does not have intercompany balances with other Controlled Non-Debtor Entities. As of December 31, 2023, Zubr Exchange Ltd has an intercompany receivable balance with FTX Trading Ltd for their digital asset balance on the exchange of $88.3k and an intercompany payable balance of $9.9k with Innovatia Ltd for an advance received for operating costs.

**CASE NAME:** Innovatia Ltd　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**CASE NUMBER:** 22-11128

**Exhibit D: Allocation of Tax Liabilities and Assets**

**Official Form 426**
United States Bankruptcy Court
District of Delaware

Debtor Innovatia Ltd does not conduct an allocation of tax assets or liabilities to its Controlled Non-Debtor Entities. There has not been any allocation of tax attributes between the Controlled Non-Debtor Entities.

**CASE NAME:** Innovatia Ltd                                                                                                         **CASE NUMBER:** 22-11128

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

**Official Form 426**
United States Bankruptcy Court
District of Delaware

No payments of administrative expenses, professional fees, or otherwise were paid by the Controlled Non-Debtor Entity that would have otherwise been payable by a Debtor Entity.