**<u>Exhibit B</u>**

**Disbursements**

4892-6839-4162 v.2

**Disbursements**

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Repro - B&W Copies | 2/7/2024 | Bright S. Boafo | 1,249.00 | $0.10 | $124.90 | Repro - B&W Copies |
| Repro - B&W Copies | 2/8/2024 | Bright S. Boafo | 356.00 | $0.10 | $35.60 | Repro - B&W Copies |
| Repro - B&W Copies | 2/14/2024 | Veronica M. Galluzzo | 2.00 | $0.10 | $0.20 | Repro - B&W Copies |
| Repro - B&W Copies | 2/20/2024 | Maxim H. Bjarnason | 897.00 | $0.10 | $89.70 | Repro - B&W Copies |
| Repro - B&W Copies | 2/21/2024 | Emily A. Kopp | 1,744.00 | $0.10 | $174.40 | Repro - B&W Copies |
| Repro - B&W Copies | 2/22/2024 | Stepan G. Atamian | 11.00 | $0.10 | $1.10 | Repro - B&W Copies |
| Repro - B&W Copies | 2/22/2024 | Emily A. Kopp | 121.00 | $0.10 | $12.10 | Repro - B&W Copies |
| Repro - B&W Copies | 2/26/2024 | Emily A. Kopp | 18.00 | $0.10 | $1.80 | Repro - B&W Copies |
| Repro - B&W Copies | 2/26/2024 | Emily A. Kopp | 58.00 | $0.10 | $5.80 | Repro - B&W Copies |
| Repro - B&W Copies | 2/27/2024 | Isaac S. Foote | 395.00 | $0.10 | $39.50 | Repro - B&W Copies |
| Repro - B&W Copies | 2/27/2024 | Isaac S. Foote | 841.00 | $0.10 | $84.10 | Repro - B&W Copies |
| Repro - B&W Copies | 2/27/2024 | Emily A. Kopp | 4,280.00 | $0.10 | $428.00 | Repro - B&W Copies |
| Repro - B&W Copies | 2/27/2024 | Julie G. Kapoor | 234.00 | $0.10 | $23.40 | Repro - B&W Copies |
| Repro - B&W Copies | 2/27/2024 | Stepan G. Atamian | 11.00 | $0.10 | $1.10 | Repro - B&W Copies |
| Repro - B&W Copies | 2/27/2024 | Stepan G. Atamian | 18.00 | $0.10 | $1.80 | Repro - B&W Copies |
| Repro - B&W Copies | 2/27/2024 | Victoria G. Shahnazary | 80.00 | $0.10 | $8.00 | Repro - B&W Copies |
| **Repro - B&W Copies Total** | | | | | **$1,031.50** | |
| Repro - Color Copies | 2/14/2024 | Veronica M. Galluzzo | 214.00 | $0.20 | $42.80 | Repro - Color Copies |
| Repro - Color Copies | 2/22/2024 | Stepan G. Atamian | 142.00 | $0.20 | $28.40 | Repro - Color Copies |
| Repro - Color Copies | 2/22/2024 | Emily A. Kopp | 438.00 | $0.20 | $87.60 | Repro - Color Copies |
| Repro - Color Copies | 2/26/2024 | Emily A. Kopp | 89.00 | $0.20 | $17.80 | Repro - Color Copies |
| Repro - Color Copies | 2/26/2024 | Emily A. Kopp | 760.00 | $0.20 | $152.00 | Repro - Color Copies |
| Repro - Color Copies | 2/27/2024 | Julie G. Kapoor | 656.00 | $0.20 | $131.20 | Repro - Color Copies |
| Repro - Color Copies | 2/27/2024 | Stepan G. Atamian | 142.00 | $0.20 | $28.40 | Repro - Color Copies |
| Repro - Color Copies | 2/27/2024 | Stepan G. Atamian | 166.00 | $0.20 | $33.20 | Repro - Color Copies |
| Repro - Color Copies | 2/27/2024 | Victoria G. Shahnazary | 504.00 | $0.20 | $100.80 | Repro - Color Copies |
| **Repro - Color Copies Total** | | | | | **$622.20** | |
| Delivery/Courier | 12/27/2023 | Batuhan Erdogan | 1.00 | $568.68 | $568.68 | Delivery/Courier |
| Delivery/Courier | 1/9/2024 | Batuhan Erdogan | 1.00 | $408.50 | $408.50 | Delivery/Courier |
| Delivery/Courier | 2/2/2024 | Thursday K. Williams | 1.00 | $22.52 | $22.52 | Delivery/Courier |
| Delivery/Courier | 2/2/2024 | Thursday K. Williams | 1.00 | $22.52 | $22.52 | Delivery/Courier |
| Delivery/Courier | 2/2/2024 | Thursday K. Williams | 1.00 | $21.60 | $21.60 | Delivery/Courier |
| Delivery/Courier | 2/2/2024 | Thursday K. Williams | 1.00 | $22.52 | $22.52 | Delivery/Courier |
| Delivery/Courier | 2/2/2024 | Thursday K. Williams | 1.00 | $21.60 | $21.60 | Delivery/Courier |
| Delivery/Courier | 2/5/2024 | Thursday K. Williams | 1.00 | $21.65 | $21.65 | Delivery/Courier |

1

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Delivery/Courier | 2/6/2024 | Thursday K. Williams | 1.00 | $32.39 | $32.39 | Delivery/Courier |
| Delivery/Courier | 2/7/2024 | Bright S. Boafo | 1.00 | $29.46 | $29.46 | Delivery/Courier |
| Delivery/Courier | 2/8/2024 | Batuhan Erdogan | 1.00 | $499.43 | $499.43 | Delivery/Courier |
| Delivery/Courier | 2/15/2024 | Tyler W. Hill | 1.00 | $25.58 | $25.58 | Delivery/Courier |
| Delivery/Courier | 2/20/2024 | Nicholas U Jin | 1.00 | $21.98 | $21.98 | Delivery/Courier |
| Delivery/Courier | 2/21/2024 | Julie G. Kapoor | 1.00 | $45.76 | $45.76 | Delivery/Courier |
| Delivery/Courier | 2/22/2024 | Shihui Xiang | 1.00 | $12.63 | $12.63 | Delivery/Courier |
| **Delivery/Courier Total** | | | | | **$1,776.82** | |
| Local Transportation | 1/2/2024 | Jinny Lee | 1.00 | $48.86 | $48.86 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:10; Purpose: OT Travel |
| Local Transportation | 1/3/2024 | Jinny Lee | 1.00 | $52.80 | $52.80 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:09; Purpose: OT Travel |
| Local Transportation | 1/29/2024 | HyunKyu Kim | 1.00 | $75.00 | $75.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:12; Purpose: OT Travel |
| Local Transportation | 1/31/2024 | Jacob M. Croke | 1.00 | $98.39 | $98.39 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:16; Purpose: OT Travel |
| Local Transportation | 1/31/2024 | Tyler W. Hill | 1.00 | $29.33 | $29.33 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:41; Purpose: OT Travel |
| Local Transportation | 2/1/2024 | Benjamin Zonenshayn | 1.00 | $87.34 | $87.34 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:51; Purpose: OT Travel |
| Local Transportation | 2/1/2024 | Phinneas G. Bauer | 1.00 | $92.82 | $92.82 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:41; Purpose: OT Travel |

2

4892-6839-4162 v.2

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 2/1/2024 | Arnold Zahn | 1.00 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:50; Purpose: OT Travel |
| Local Transportation | 2/1/2024 | Federico Ferdinandi | 1.00 | $34.21 | $34.21 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:31; Purpose: OT Travel |
| Local Transportation | 2/2/2024 | Arnold Zahn | 1.00 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 2/2/2024 | Phinneas G. Bauer | 1.00 | $92.82 | $92.82 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:54; Purpose: OT Travel |
| Local Transportation | 2/5/2024 | Jacob M. Croke | 1.00 | $100.07 | $100.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:38; Purpose: OT Travel |
| Local Transportation | 2/6/2024 | Michael X. Baldini | 1.00 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:20; Purpose: OT Travel |
| Local Transportation | 2/6/2024 | Jackson T. Blaisdell | 1.00 | $63.42 | $63.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:38; Purpose: OT Travel |
| Local Transportation | 2/6/2024 | Jacob M. Croke | 1.00 | $105.96 | $105.96 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:47; Purpose: OT Travel |
| Local Transportation | 2/7/2024 | Joshua M. Hazard | 1.00 | $57.87 | $57.87 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:56; Purpose: OT Travel |

3

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 2/7/2024 | Stephanie G. Wheeler | 1.00 | $28.92 | $28.92 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:16; Purpose: OT Travel |
| Local Transportation | 2/7/2024 | Jacob M. Croke | 1.00 | $110.81 | $110.81 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:50; Purpose: OT Travel |
| Local Transportation | 2/8/2024 | Joshua M. Hazard | 1.00 | $57.87 | $57.87 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 03:19; Purpose: OT Travel |
| Local Transportation | 2/8/2024 | Jacob M. Croke | 1.00 | $108.99 | $108.99 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:45; Purpose: OT Travel |
| Local Transportation | 2/9/2024 | Isaac S. Foote | 1.00 | $83.09 | $83.09 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:29; Purpose: OT Travel |
| Local Transportation | 2/12/2024 | Kanishka Kewlani | 1.00 | $63.42 | $63.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:46; Purpose: OT Travel |
| Local Transportation | 2/12/2024 | Mark C. Bennett | 1.00 | $12.96 | $12.96 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:20; Purpose: OT Travel |
| Local Transportation | 2/12/2024 | Jacob M. Croke | 1.00 | $103.94 | $103.94 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:33; Purpose: OT Travel |
| Local Transportation | 2/14/2024 | Isaac S. Foote | 1.00 | $71.43 | $71.43 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:33; Purpose: OT Travel |

4

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 2/14/2024 | HyunKyu Kim | 1.00 | $58.65 | $58.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:20; Purpose: OT Travel |
| Local Transportation | 2/14/2024 | Jacob M. Croke | 1.00 | $105.20 | $105.20 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:12; Purpose: OT Travel |
| Local Transportation | 2/15/2024 | Kanishka Kewlani | 1.00 | $69.39 | $69.39 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:11; Purpose: OT Travel |
| Local Transportation | 2/15/2024 | Arnold Zahn | 1.00 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:18; Purpose: OT Travel |
| Local Transportation | 2/15/2024 | Isaac S. Foote | 1.00 | $72.00 | $72.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:40; Purpose: OT Travel |
| Local Transportation | 2/15/2024 | Louis Enriquez-Sarano | 1.00 | $83.09 | $83.09 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:23; Purpose: OT Travel |
| Local Transportation | 2/15/2024 | HyunKyu Kim | 1.00 | $73.13 | $73.13 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:52; Purpose: OT Travel |
| Local Transportation | 2/20/2024 | Daniel P. O'Hara | 1.00 | $68.33 | $68.33 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 2/20/2024 | Phinneas G. Bauer | 1.00 | $92.82 | $92.82 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:43; Purpose: OT Travel |

5

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 2/21/2024 | Jacob W. Ciafone | 1.00 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:05; Purpose: OT Travel |
| Local Transportation | 2/21/2024 | Isaac S. Foote | 1.00 | $50.53 | $50.53 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:37; Purpose: OT Travel |
| Local Transportation | 2/21/2024 | Phinneas G. Bauer | 1.00 | $92.82 | $92.82 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:58; Purpose: OT Travel |
| Local Transportation | 2/21/2024 | Benjamin Zonenshayn | 1.00 | $98.44 | $98.44 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:37; Purpose: OT Travel |
| Local Transportation | 2/21/2024 | Subhah Wadhawan | 1.00 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:14; Purpose: OT Travel |
| Local Transportation | 2/21/2024 | Alexander S. Holland | 1.00 | $48.27 | $48.27 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:55; Purpose: OT Travel |
| Local Transportation | 2/22/2024 | Isaac S. Foote | 1.00 | $71.43 | $71.43 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:39; Purpose: OT Travel |
| Local Transportation | 2/22/2024 | Arnold Zahn | 1.00 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:30; Purpose: OT Travel |
| Local Transportation | 2/23/2024 | Arnold Zahn | 1.00 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:16; Purpose: OT Travel |

6

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 2/26/2024 | Subhah Wadhawan | 1.00 | $59.58 | $59.58 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:40; Purpose: OT Travel |
| Local Transportation | 2/26/2024 | Daniel P. O'Hara | 1.00 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 2/26/2024 | Isaac S. Foote | 1.00 | $83.09 | $83.09 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:36; Purpose: OT Travel |
| Local Transportation | 2/26/2024 | Benjamin Zonenshayn | 1.00 | $108.35 | $108.35 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:00; Purpose: OT Travel |
| Local Transportation | 2/26/2024 | Kanishka Kewlani | 1.00 | $62.85 | $62.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:19; Purpose: OT Travel |
| Local Transportation | 2/26/2024 | Jacob M. Croke | 1.00 | $95.99 | $95.99 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:01; Purpose: OT Travel |
| Local Transportation | 2/27/2024 | Daniel P. O'Hara | 1.00 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 2/27/2024 | Joshua M. Hazard | 1.00 | $79.35 | $79.35 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:34; Purpose: OT Travel |
| Local Transportation | 2/27/2024 | Benjamin Zonenshayn | 1.00 | $144.58 | $144.58 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:21; Purpose: OT Travel |

7

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 2/27/2024 | Alexander S. Holland | 1.00 | $49.62 | $49.62 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:58; Purpose: OT Travel |
| Local Transportation | 2/28/2024 | Jacob W. Ciafone | 1.00 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:00; Purpose: OT Travel |
| Local Transportation | 2/28/2024 | Kanishka Kewlani | 1.00 | $64.49 | $64.49 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:02; Purpose: OT Travel |
| Local Transportation | 2/28/2024 | Jackson T. Blaisdell | 1.00 | $62.85 | $62.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:35; Purpose: OT Travel |
| Local Transportation | 2/28/2024 | Daniel P. O'Hara | 1.00 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 2/28/2024 | Benjamin Zonenshayn | 1.00 | $123.51 | $123.51 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:00; Purpose: OT Travel |
| Local Transportation | 2/28/2024 | Alexander S. Holland | 1.00 | $24.70 | $24.70 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:04; Purpose: OT Travel |
| Local Transportation | 2/28/2024 | Jacob M. Croke | 1.00 | $96.96 | $96.96 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:02; Purpose: OT Travel |
| Local Transportation | 2/29/2024 | Aaron M. Levine | 1.00 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:19; Purpose: OT Travel |

8

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 2/29/2024 | Mark A. Popovsky | 1.00 | $110.10 | $110.10 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:06; Purpose: OT Travel |
| Local Transportation | 2/29/2024 | Joshua M. Hazard | 1.00 | $57.87 | $57.87 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:04; Purpose: OT Travel |
| **Local Transportation Total** | | | | | **$4,547.55** | |
| Travel and Expenses | 12/28/2023 | Chris Beatty | 1.00 | $649.12 | $649.12 | Travel and expenses - Airfare; Starting + End Points: SYD/MEL; Class of Travel: Economy; Date of Travel: 12/28/2023 - One-way; Passenger Name: Chris Beatty; Business Purpose: Attend court hearing |
| Travel and Expenses | 1/30/2024 | Julie G. Kapoor | 1.00 | $194.40 | $194.40 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class one way; Passenger Name: Julie G. Kapoor; Business Purpose: Attend hearing |
| Travel and Expenses | 1/30/2024 | Andrew G. Dietderich | 1.00 | $344.70 | $344.70 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Andrew G. Dietderich; Business Purpose: Attend hearing/mediation |
| Travel and Expenses | 1/30/2024 | Andrew G. Dietderich | 1.00 | $350.00 | $350.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Andrew G. Dietderich; Hotel Name: Hotel DuPont; Location: Wilmington, DE; Arrival Date: 01/30/2024 + Departure Date: 02/01/2024; Room Charge: 420.00 + Taxes: 42.00; Business Purpose: Attend hearing/mediation |

9

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | 1/30/2024 | Brian D. Glueckstein | 1.00 | $217.80 | $217.80 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Brian D. Glueckstein; Business Purpose: Attend hearing/mediation |
| Travel and Expenses | 1/31/2024 | Julie G. Kapoor | 1.00 | $144.90 | $144.90 | Travel and expenses - Train; Starting Point: Wilmington, DE; End Point: Washington, DC; Class of Travel: Business class one way; Passenger Name: Julie G. Kapoor; Business Purpose: Attend hearing |
| Travel and Expenses | 1/31/2024 | Andrew G. Dietderich | 1.00 | $350.00 | $350.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Andrew G. Dietderich; Hotel Name: Hotel DuPont; Location: Wilmington, DE; Arrival Date: 01/30/2024 + Departure Date: 02/01/2024; Room Charge: 412.00 + Taxes: 41.20; Business Purpose: Attend hearing/mediation |
| Travel and Expenses | 2/1/2024 | Benjamin S. Beller | 1.00 | $327.00 | $327.00 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Benjamin S. Beller; Business Purpose: Attend mediation |
| Travel and Expenses | 2/1/2024 | Benjamin S. Beller | 1.00 | $17.46 | $17.46 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Court; End Point: Train Station (DE); Business Purpose: Attend mediation |

10

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | 2/5/2024 | Marc De Leeuw | 1.00 | $142.84 | $142.84 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: LGA Airport; End Point: Home; Business Purpose: Attend DOJ meeting |
| Travel and Expenses | 2/5/2024 | Marc De Leeuw | 1.00 | $142.23 | $142.23 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Home; End Point: LGA Airport; Business Purpose: Attend DOJ meeting |
| Travel and Expenses | 2/5/2024 | Marc De Leeuw | 1.00 | $16.13 | $16.13 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: DCA Airport; End Point: S&C (DC); Business Purpose: Attend DOJ meeting |
| Travel and Expenses | 2/5/2024 | Marc De Leeuw | 1.00 | $32.81 | $32.81 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: S&C (DC); End Point: DCA Airport; Business Purpose: Attend DOJ meeting |
| Travel and Expenses | 2/5/2024 | Marc De Leeuw | 1.00 | $632.40 | $632.40 | Travel and expenses - Airfare; Starting + End Points: LGA/DCA/LGA; Class of Travel: Economy; Date of Travel: 2/5/2024; Roundtrip; Passenger Name: Marc De Leeuw; Business Purpose: Attend DOJ meeting |
| Travel and Expenses | 2/5/2024 | James L. Bromley | 1.00 | $632.40 | $632.40 | Travel and expenses - Airfare; Starting + End Points: LGA/DCA/LGA; Class of Travel: Economy; Date of Travel: 2/5/2024; Roundtrip; Passenger Name: James L. Bromley; Business Purpose: Attend DOJ meeting |

4892-6839-4162 v.2

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | 2/5/2024 | Andrew G. Dietderich | 1.00 | $632.40 | $632.40 | Travel and expenses - Airfare; Starting + End Points: LGA/DCA/LGA; Class of Travel: Economy; Date of Travel: 2/5/2024; Roundtrip; Passenger Name: Andrew G. Dietderich; Business Purpose: Attend DOJ meeting |
| Travel and Expenses | 2/5/2024 | Andrew G. Dietderich | 1.00 | $49.93 | $49.93 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Home; End Point: LGA Airport; Business Purpose: Attend DOJ meeting |
| Travel and Expenses | 2/5/2024 | Andrew G. Dietderich | 1.00 | $51.90 | $51.90 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: LGA Airport; End Point: Home; Business Purpose: Attend DOJ meeting |
| Travel and Expenses | 2/22/2024 | Alexa J. Kranzley | 1.00 | $40.76 | $40.76 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Train Station (NY); End Point: Home; Business Purpose: Attend hearing |
| Travel and Expenses | 2/22/2024 | Alexa J. Kranzley | 1.00 | $30.95 | $30.95 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Home; End Point: Train Station (NY); Business Purpose: Attend hearing |
| Travel and Expenses | 2/25/2024 | Brian D. Glueckstein | 1.00 | $189.42 | $189.42 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Home; End Point: LGA Airport; Business Purpose: Attend deposition |

12

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | 2/25/2024 | Brian D. Glueckstein | 1.00 | $394.23 | $394.23 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Brian D. Glueckstein; Hotel Name: Hay Adams; Location: Washington, DC; Arrival Date: 02/25/2024 + Departure Date: 02/26/2024; Room Charge: 340.00 + Taxes: 54.23; Business Purpose: Attend deposition |
| Travel and Expenses | 2/25/2024 | Brian D. Glueckstein | 1.00 | $13.57 | $13.57 | Travel and Expenses: Expense Type: Dinner - Out of Town; Location: New York, NY; Business Purpose: Attend deposition |
| Travel and Expenses | 2/25/2024 | Brian D. Glueckstein | 1.00 | $57.55 | $57.55 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: DCA Airport; End Point: Hotel; Business Purpose: Attend deposition |
| Travel and Expenses | 2/26/2024 | Julie G. Kapoor | 1.00 | $25.78 | $25.78 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Home; End Point: S&C (DC); Business Purpose: Attend deposition |
| Travel and Expenses | 2/26/2024 | Julie G. Kapoor | 1.00 | $525.00 | $525.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Julie G. Kapoor; Hotel Name: The Wall Street Hotel; Location: New York, NY; Arrival Date: 02/26/2024 + Departure Date: 02/28/2024; Room Charge: 463.25 + Taxes: 71.83; Business Purpose: Attend deposition |
| Travel and Expenses | 2/26/2024 | Brian D. Glueckstein | 1.00 | $61.64 | $61.64 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: S&C (DC); End Point: DCA Airport; Business Purpose: Attend deposition |

13

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | 2/26/2024 | Julie G. Kapoor | 1.00 | $25.72 | $25.72 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: S&C (DC); End Point: Train Station (DC); Business Purpose: Attend deposition |
| Travel and Expenses | 2/26/2024 | Julie G. Kapoor | 1.00 | $36.99 | $36.99 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Meetings/deposition; End Point: Hotel; Business Purpose: Attend deposition |
| Travel and Expenses | 2/27/2024 | Julie G. Kapoor | 1.00 | $525.00 | $525.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Julie G. Kapoor; Hotel Name: The Wall Street Hotel; Location: New York, NY; Arrival Date: 02/26/2024 + Departure Date: 02/28/2024; Room Charge: 514.25 + Taxes: 79.35; Business Purpose: Attend deposition |
| Travel and Expenses | 2/27/2024 | Julie G. Kapoor | 1.00 | $45.02 | $45.02 | Travel and Expenses: Expense Type: Dinner - Out of Town; Location: New York, NY; Business Purpose: Attend deposition |
| Travel and Expenses | 2/28/2024 | Julie G. Kapoor | 1.00 | $51.38 | $51.38 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Train Station (DC); End Point: Home; Business Purpose: Attend deposition |
| **Travel and Expenses Total** | | | | | **$6,951.43** | |
| Conference Room Dining | 2/1/2024 | Charles H. Sullivan | 1.00 | $100.00 | $100.00 | Conference Room Dining (Lunch for 5 people)- Attendees: J. Bromley, D. Hariton, M. De Leeuw, M. Popovsky, C. Sullivan |

14

4892-6839-4162 v.2

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Conference Room Dining | 2/5/2024 | Marc De Leeuw | 1.00 | $180.00 | $180.00 | Conference Room Dining (Lunch for 9 people) - Attendees: A. Dietderich, B. Glueckstein, J. Bromley, M. De Leeuw, A. Kunofsky (DOJ), E. Bruce (DOJ), S. Sasarak (DOJ), K. Pasquale (Paul Hastings), I. Sasson (Paul Hastings) |
| Conference Room Dining | 2/26/2024 | Rali E. Georgieva | 1.00 | $240.00 | $240.00 | Conference Room Dining (Breakfast for 12 people) - Attendees: B. Glueckstein, J. Kapoor, S. Howell (NYU), J. Torosian (DLA Piper), J. Roselius (DLA Piper), V. Callahan (DLA Piper), F. Konstantinidis (Stout), K. Gwynne (Reed Smith), A. Javian (Reed Smith), E. Bacon (Katten), P. Siddiqui (Katten), T. Mertens (Katten) |
| Conference Room Dining | 2/26/2024 | Rali E. Georgieva | 1.00 | $240.00 | $240.00 | Conference Room Dining (Lunch for 12 people) - Attendees: B. Glueckstein, J. Kapoor, S. Howell (NYU), J. Torosian (DLA Piper), J. Roselius (DLA Piper), V. Callahan (DLA Piper), F. Konstantinidis (Stout), K. Gwynne (Reed Smith), A. Javian (Reed Smith), E. Bacon (Katten), P. Siddiqui (Katten), T. Mertens (Katten) |
| Conference Room Dining | 2/27/2024 | Julie G. Kapoor | 1.00 | $160.00 | $160.00 | Conference Room Dining (Breakfast + Lunch for 8 people) - Attendees: B. Glueckstein, J. Kapoor, A. Javian (Reed Smith), B. Rostocki (Reed Smith), F. Konstantinidis (Stout), J. Torosian (DLA Piper), K. Gwynne (Reed Smith), V. Callahan (DLA Piper) |
| **Conference Room Dining Total** | | | | | **$920.00** | |

15

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 1/29/2024 | Julie G. Kapoor | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00015,00025 |
| Meals - Overtime | 2/1/2024 | Phinneas G. Bauer | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00033 |
| Meals - Overtime | 2/1/2024 | Kira R. Setren | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00033 |
| Meals - Overtime | 2/1/2024 | Arnold Zahn | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00033 |
| Meals - Overtime | 2/1/2024 | Christopher J. Dunne | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00010, 00013, 00033 |
| Meals - Overtime | 2/1/2024 | Federico Ferdinandi | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00011 |
| Meals - Overtime | 2/2/2024 | Phinneas G. Bauer | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00013, 00032 |
| Meals - Overtime | 2/5/2024 | Jordan A. Pytosh | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00036 |
| Meals - Overtime | 2/6/2024 | Michael X. Baldini | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00036 |
| Meals - Overtime | 2/6/2024 | Joshua M. Hazard | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00029 |
| Meals - Overtime | 2/6/2024 | Jackson T. Blaisdell | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00032 |
| Meals - Overtime | 2/7/2024 | Joshua M. Hazard | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00029 |
| Meals - Overtime | 2/8/2024 | Benjamin Zonenshayn | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00011 |
| Meals - Overtime | 2/9/2024 | Isaac S. Foote | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00025 |
| Meals - Overtime | 2/9/2024 | Sam Xu | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00040 |
| Meals - Overtime | 2/12/2024 | Christopher J. Dunne | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00010, 00013, 00033, 00041 |
| Meals - Overtime | 2/12/2024 | Mark C. Bennett | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00013, 00016, 00019, 00033 |
| Meals - Overtime | 2/13/2024 | Julie G. Kapoor | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00012, 00020, 00025 |
| Meals - Overtime | 2/14/2024 | HyunKyu Kim | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00010, 00011, 00020 |
| Meals - Overtime | 2/14/2024 | Mark C. Bennett | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00013, 00019 |

16

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 2/14/2024 | Isaac S. Foote | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00025 |
| Meals - Overtime | 2/15/2024 | Harrison B. Shure | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00025 |
| Meals - Overtime | 2/15/2024 | Mark C. Bennett | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00013, 00019, 00033 |
| Meals - Overtime | 2/15/2024 | HyunKyu Kim | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00011, 00013, 00027 |
| Meals - Overtime | 2/15/2024 | Arnold Zahn | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00016, 00033 |
| Meals - Overtime | 2/15/2024 | Kanishka Kewlani | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00013, 00022, 00033 |
| Meals - Overtime | 2/20/2024 | Mac L. Brice | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00019 |
| Meals - Overtime | 2/20/2024 | Phinneas G. Bauer | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00013, 00033 |
| Meals - Overtime | 2/20/2024 | Isaac S. Foote | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 2/20/2024 | Daniel P. O'Hara | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00010, 00013, 00033 |
| Meals - Overtime | 2/21/2024 | Subhah Wadhawan | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00013, 00016, 00033 |
| Meals - Overtime | 2/21/2024 | Phinneas G. Bauer | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00010, 00013 |
| Meals - Overtime | 2/21/2024 | HyunKyu Kim | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00013, 00020, 00027 |
| Meals - Overtime | 2/21/2024 | Johanna Ruth Bierlein | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00011 |
| Meals - Overtime | 2/21/2024 | Alexander S. Holland | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00010, 00013, 00029, 00033 |
| Meals - Overtime | 2/21/2024 | Jacob W. Ciafone | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00010, 00016 |
| Meals - Overtime | 2/21/2024 | Benjamin Zonenshayn | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00011, 00035, 00041 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 2/22/2024 | Subhah Wadhawan | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00016, 00033 |
| Meals - Overtime | 2/22/2024 | Arnold Zahn | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00016, 00033 |
| Meals - Overtime | 2/22/2024 | Isaac S. Foote | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00025 |
| Meals - Overtime | 2/22/2024 | Julie G. Kapoor | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00025 |
| Meals - Overtime | 2/23/2024 | Arnold Zahn | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00013, 00016 |
| Meals - Overtime | 2/23/2024 | Mark C. Bennett | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00013 |
| Meals - Overtime | 2/26/2024 | Daniel P. O'Hara | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00010, 00013, 00033 |
| Meals - Overtime | 2/26/2024 | Subhah Wadhawan | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00013 |
| Meals - Overtime | 2/26/2024 | Benjamin Zonenshayn | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00011, 00041 |
| Meals - Overtime | 2/26/2024 | Arnold Zahn | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00013, 00016 |
| Meals - Overtime | 2/26/2024 | Isaac S. Foote | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00025 |
| Meals - Overtime | 2/27/2024 | Joshua M. Hazard | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00029 |
| Meals - Overtime | 2/27/2024 | Kanishka Kewlani | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00013, 00022 |
| Meals - Overtime | 2/27/2024 | Mark C. Bennett | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00013, 00019 |
| Meals - Overtime | 2/27/2024 | Benjamin Zonenshayn | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00011, 00041 |
| Meals - Overtime | 2/27/2024 | Alexander S. Holland | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00010, 00013, 00029, 00033 |
| Meals - Overtime | 2/28/2024 | Jacob W. Ciafone | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00010, 00016 |
| Meals - Overtime | 2/28/2024 | Alexander S. Holland | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00013, 00019, 00029 |

4892-6839-4162 v.2

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 2/28/2024 | Sophia Chen | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00019, 00036 |
| Meals - Overtime | 2/28/2024 | Alexa J. Kranzley | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00011, 00014, 00016, 00019, 00023, 00033, 00041 |
| Meals - Overtime | 2/28/2024 | Daniel P. O'Hara | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00013, 00022, 00029, 00033 |
| Meals - Overtime | 2/28/2024 | Mark C. Bennett | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00013 |
| Meals - Overtime | 2/29/2024 | Joshua M. Hazard | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00029 |
| Meals - Overtime | 2/29/2024 | Mark A. Popovsky | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00027 |
| Meals - Overtime | 2/29/2024 | Aaron M. Levine | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00014 |
| **Meals - Overtime Total** | | | | | **$1,240.00** | |
| Transcripts | 9/13/2023 | Benjamin S. Beller | 1.00 | $2,222.10 | $2,222.10 | Transcription & Exhibits Processing |
| Transcripts | 2/27/2024 | Brian D. Glueckstein | 1.00 | $2,222.96 | $2,222.96 | Deposition Transcript (Magna Legal Services) - Original & Certified Copy of Transcript |
| **Transcripts Total** | | | | | **$4,445.06** | |
| CT Corp/CSC | 2/6/2024 | Arthur D. Courroy | 1.00 | $792.00 | $792.00 | CT Corp/CSC - Certified Copies of Restated Certificates of Inc. |
| **CT Corp/CSC Total** | | | | | **$792.00** | |
| Other Professionals | 2/28/2024 | Christopher J. Howard | 1.00 | $2,853.08 | $2,853.08 | Other Professionals - Professional Fees of Mr. Peter Burgess (South Square Barristers) - 2/22/24-2/28/24 |
| Other Professionals | 2/28/2024 | Christopher J. Howard | 1.00 | $22,225.49 | $22,225.49 | Other Professionals - Professional Fees of Mr. David Allison KC (South Square Barristers) - 2/22/24-2/28/24 |
| **Other Professionals Total** | | | | | **$25,078.57** | |
| **GRAND TOTAL** | | | | | **$47,405.13** | |

19

4892-6839-4162 v.2