**Exhibit B**

**Disbursements**

**Detail Cost Task Code Billing Report**  Page: 1
Landis Rath & Cobb LLP

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Activity ID E101 Inhouse Copying** | | | | | |
| 1368.002 | 02/01/2024 | 0.100 | 365.00 | 36.50 | Inhouse Copying |
| 1368.002 | 02/20/2024 | 0.100 | 89.00 | 8.90 | Inhouse Copying |
| 1368.002 | 02/21/2024 | 0.100 | 435.00 | 43.50 | Inhouse Copying |
| 1368.002 | 02/22/2024 | 0.100 | 412.00 | 41.20 | Inhouse Copying |
| 1368.002 | 02/26/2024 | 0.100 | 74.00 | 7.40 | Inhouse Copying |
| 1368.002 | 02/27/2024 | 0.100 | 51.00 | 5.10 | Inhouse Copying |
| 1368.002 | 02/28/2024 | 0.100 | 150.00 | 15.00 | Inhouse Copying |
| 1368.002 | 02/29/2024 | 0.100 | 388.00 | 38.80 | Inhouse Copying |
| **Total for Activity ID E101** | | | Billable | 196.40 | Inhouse Copying |
| **Activity ID E102 Outside printing** | | | | | |
| 1368.002 | 02/21/2024 | | | 255.40 | Outside printing Parcels, Inc. - Invoice 1067966 |
| 1368.002 | 02/27/2024 | | | 393.20 | Outside printing Parcels, Inc. - Invoice 1068960 |
| **Total for Activity ID E102** | | | Billable | 648.60 | Outside printing |
| **Activity ID E106 Online research** | | | | | |
| 1368.002 | 02/29/2024 | | | 243.16 | Online research Relx Inc. DBA LexisNexis - Invoice 3094975494 |
| **Total for Activity ID E106** | | | Billable | 243.16 | Online research |
| **Activity ID E107 Delivery services/messengers** | | | | | |
| 1368.002 | 02/01/2024 | | | 50.98 | Delivery services/messengers Parcels, Inc. - Invoice 1064687 |
| 1368.002 | 02/01/2024 | | | 105.00 | Delivery services/messengers Parcels, Inc. - Invoice 1064699 |
| 1368.002 | 02/22/2024 | | | 153.00 | Delivery services/messengers Parcels, Inc. - Invoice 38332 |
| 1368.002 | 02/29/2024 | | | 78.00 | Delivery services/messengers Parcels, Inc. - Invoice 38475 |
| **Total for Activity ID E107** | | | Billable | 386.98 | Delivery services/messengers |
| **Activity ID E111 Meals** | | | | | |
| 1368.002 | 02/01/2024 | | | 280.55 | Meals Panera Bread - Breakfast for USBC(3), S&C(3), LRC(1), A&M (2), Committee(5), BlockFi(16) |
| 1368.002 | 02/01/2024 | | | 449.00 | Meals Toscana Catering - lunch for USBC(3), S&C(3), LRC(1), A&M (2), Committee(5), BlockFi(16) |
| 1368.002 | 02/01/2024 | | | 947.00 | Meals Toscana Catering - dinner for USBC(3), S&C(3), LRC(1), A&M (2), Committee(5), BlockFi(16) |
| 1368.002 | 02/22/2024 | | | 154.28 | Meals Caffe Gelato: Lunch for S&C (3); LRC (3) |
| 1368.002 | 02/22/2024 | | | 82.00 | Meals DiMeo's Pizza: Working dinner for NEJ, GAW, MR |
| 1368.002 | 02/29/2024 | | | 253.00 | Meals Terra Cafe: Lunch for S&C (4); Quinn Emmanuel (1); LRC (3) |
| **Total for Activity ID E111** | | | Billable | 2,165.83 | Meals |
| **Activity ID E208 Document Retrieval** | | | | | |
| 1368.002 | 02/29/2024 | | | 82.90 | Document Retrieval - PACER |
| **Total for Activity ID E208** | | | Billable | 82.90 | Document Retrieval |
| **Activity ID E214 Filing Fee** | | | | | |
| 1368.002 | 02/03/2024 | | | 199.00 | Filing Fee Clerk, US Bankruptcy Court - Genesis Sale Motion |
| 1368.002 | 02/03/2024 | | | 199.00 | Filing Fee Clerk, US Bankruptcy Court - Redacted Anthropic Sale Motion |
| 1368.002 | 02/09/2024 | | | 199.00 | Filing Fee Clerk, US Bankruptcy Court - Private Sale Motion |
| 1368.002 | 02/28/2024 | | | 199.00 | Filing Fee Clerk, US Bankruptcy Court - EU Sale Motion |
| **Total for Activity ID E214** | | | Billable | 796.00 | Filing Fee |
| **Activity ID E218 Hearing Transcripts** | | | | | |
| 1368.002 | 01/31/2024 | | | 1,064.00 | Hearing Transcripts Reliable Wilmington - Invoice WL114980 |
| 1368.002 | 02/22/2024 | | | 432.00 | Hearing Transcripts Reliable Wilmington - Invoice WL115398 |
| 1368.002 | 02/29/2024 | | | 504.00 | Hearing Transcripts Reliable Wilmington - Invoice WL115510 |
| **Total for Activity ID E218** | | | Billable | 2,000.00 | Hearing Transcripts |
| **Activity ID E231 Rentals** | | | | | |
| 1368.002 | 02/01/2024 | | | 600.00 | Capital Office - equipment rental for mediation |

**Detail Cost Task Code Billing Report**
Landis Rath & Cobb LLP

Page: 2

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Total for Activity ID E231** | | | Billable | 600.00 | Rentals |

| GRAND TOTALS |
|---|

| | | | Billable | 7,119.87 | |
|---|---|---|---|---|---|