**Exhibit B**

**Disbursements**

| Cost Type | Work Date | Quantity | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| E-Filing Fee | 2/1/2024 | 1.00 | 50.80 | 50.80 | FILE & SERVEXPRESS, LLC - 11807-00001/WILMINGTON/File & ServeXpress - January 2024 |
| Lexis Courtlink - Off Contract | 2/1/2024 | 1.00 | 0.90 | 0.90 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 2/2/2024 | 1.00 | 0.90 | 0.90 | COURTLINK TRACK |
| Color Document Reproduction | 2/5/2024 | 2.00 | 0.25 | 0.50 | Color Document Reproduction |
| Color Document Reproduction | 2/5/2024 | 1.00 | 0.25 | 0.25 | Color Document Reproduction |
| Document Reproduction | 2/5/2024 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| Document Reproduction | 2/5/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Lexis Courtlink - Off Contract | 2/5/2024 | 1.00 | 0.90 | 0.90 | COURTLINK TRACK |
| Travel | 2/5/2024 | 1.00 | 580.00 | 580.00 | Avi Perry - Train - Avi Perry - New York Train to NY. 02/05/24 |
| Color Document Reproduction | 2/6/2024 | 2.00 | 0.25 | 0.50 | Color Document Reproduction |
| Document Reproduction | 2/6/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 2/6/2024 | 88.00 | 0.10 | 8.80 | Document Reproduction |
| Document Reproduction | 2/6/2024 | 17.00 | 0.10 | 1.70 | Document Reproduction |
| Document Reproduction | 2/6/2024 | 21.00 | 0.10 | 2.10 | Document Reproduction |
| Document Reproduction | 2/6/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 2/6/2024 | 30.00 | 0.10 | 3.00 | Document Reproduction |
| Document Reproduction | 2/6/2024 | 25.00 | 0.10 | 2.50 | Document Reproduction |
| Document Reproduction | 2/6/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 2/6/2024 | 28.00 | 0.10 | 2.80 | Document Reproduction |
| Document Reproduction | 2/6/2024 | 23.00 | 0.10 | 2.30 | Document Reproduction |
| Document Reproduction | 2/6/2024 | 27.00 | 0.10 | 2.70 | Document Reproduction |
| Document Reproduction | 2/6/2024 | 21.00 | 0.10 | 2.10 | Document Reproduction |
| Document Reproduction | 2/6/2024 | 83.00 | 0.10 | 8.30 | Document Reproduction |
| Document Reproduction | 2/6/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 2/6/2024 | 16.00 | 0.10 | 1.60 | Document Reproduction |
| Document Reproduction | 2/6/2024 | 70.00 | 0.10 | 7.00 | Document Reproduction |
| Document Reproduction | 2/6/2024 | 13.00 | 0.10 | 1.30 | Document Reproduction |
| Document Reproduction | 2/6/2024 | 20.00 | 0.10 | 2.00 | Document Reproduction |
| Document Reproduction | 2/6/2024 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| Document Reproduction | 2/6/2024 | 26.00 | 0.10 | 2.60 | Document Reproduction |
| Document Reproduction | 2/6/2024 | 37.00 | 0.10 | 3.70 | Document Reproduction |
| Document Reproduction | 2/6/2024 | 22.00 | 0.10 | 2.20 | Document Reproduction |
| Document Reproduction | 2/6/2024 | 23.00 | 0.10 | 2.30 | Document Reproduction |
| Lexis Courtlink - Off Contract | 2/6/2024 | 1.00 | 0.90 | 0.90 | COURTLINK TRACK |
| Color Document Reproduction | 2/7/2024 | 101.00 | 0.25 | 25.25 | Color Document Reproduction |

| Description | Date | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|
| Color Document Reproduction | 2/7/2024 | 101.00 | 0.25 | 25.25 | Color Document Reproduction |
| Color Document Reproduction | 2/7/2024 | 74.00 | 0.25 | 18.50 | Color Document Reproduction |
| Document Reproduction | 2/7/2024 | 26.00 | 0.10 | 2.60 | Document Reproduction |
| Document Reproduction | 2/7/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 2/7/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 2/7/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 2/7/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Lexis Courtlink - Off Contract | 2/7/2024 | 1.00 | 0.90 | 0.90 | COURTLINK TRACK |
| Document Reproduction | 2/8/2024 | 36.00 | 0.10 | 3.60 | Document Reproduction |
| Document Reproduction | 2/8/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 2/8/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 2/8/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 2/8/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 2/8/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 2/8/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 2/8/2024 | 28.00 | 0.10 | 2.80 | Document Reproduction |
| Document Reproduction | 2/8/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 2/8/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 2/8/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 2/8/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 2/8/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 2/8/2024 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| Document Reproduction | 2/8/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 2/8/2024 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| Document Reproduction | 2/8/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 2/8/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 2/8/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 2/8/2024 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 2/8/2024 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Document Reproduction | 2/8/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 2/8/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 2/8/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 2/8/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 2/8/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Lexis Courtlink - Off Contract | 2/8/2024 | 1.00 | 0.90 | 0.90 | COURTLINK TRACK |
| Color Document Reproduction | 2/9/2024 | 15.00 | 0.25 | 3.75 | Color Document Reproduction |
| Color Document Reproduction | 2/9/2024 | 15.00 | 0.25 | 3.75 | Color Document Reproduction |

| Description | Date | Quantity | Rate | Amount | Detail |
|---|---|---|---|---|---|
| Document Reproduction | 2/9/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 2/9/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Lexis Courtlink - Off Contract | 2/9/2024 | 1.00 | 0.90 | 0.90 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 2/9/2024 | 1.00 | 0.83 | 0.83 | COURTLINK ALERT |
| Out-of-Town Travel | 2/9/2024 | 1.00 | 14.99 | 14.99 | Avi Perry - Taxi - Avi Perry - New York Lyft to NY. 02/09/24 |
| Out-of-Town Travel | 2/9/2024 | 1.00 | 25.48 | 25.48 | Avi Perry - Taxi - Avi Perry - New York Taxi in NY. 02/09/24 |
| Travel | 2/9/2024 | 1.00 | 6.80 | 6.80 | Avi Perry - Public Transit - Avi Perry - New York Subway in NY. 02/09/24 |
| Document Services | 2/12/2024 | 1.00 | 3.50 | 3.50 | GSB Digital - Redwelds/Benjamin Carroll/1026164 |
| Document Services | 2/12/2024 | 680.00 | 0.75 | 510.00 | GSB Digital - Color Prints/Benjamin Carroll/1026164 |
| Document Services | 2/12/2024 | 30.00 | 0.07 | 2.10 | GSB Digital - Prints/Benjamin Carroll/1026164 |
| Document Services | 2/12/2024 | 1.00 | 45.76 | 45.76 | GSB Digital - Tax/Benjamin Carroll/1026164 |
| Lexis Courtlink - Off Contract | 2/12/2024 | 1.00 | 0.90 | 0.90 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 2/12/2024 | 1.00 | 0.83 | 0.83 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 2/13/2024 | 1.00 | 0.90 | 0.90 | COURTLINK TRACK |
| Color Document Reproduction | 2/14/2024 | 22.00 | 0.25 | 5.50 | Color Document Reproduction |
| Document Reproduction | 2/14/2024 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Lexis Courtlink - Off Contract | 2/14/2024 | 1.00 | 0.90 | 0.90 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 2/14/2024 | 1.00 | 0.83 | 0.83 | COURTLINK ALERT |
| Color Document Reproduction | 2/15/2024 | 2.00 | 0.25 | 0.50 | Color Document Reproduction |
| Document Reproduction | 2/15/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Lexis Courtlink - Off Contract | 2/15/2024 | 1.00 | 0.83 | 0.83 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 2/15/2024 | 1.00 | 0.90 | 0.90 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 2/16/2024 | 1.00 | 0.90 | 0.90 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 2/16/2024 | 1.00 | 0.83 | 0.83 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 2/19/2024 | 1.00 | 0.90 | 0.90 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 2/20/2024 | 1.00 | 0.90 | 0.90 | COURTLINK TRACK |
| Color Document Reproduction | 2/21/2024 | 4.00 | 0.25 | 1.00 | Color Document Reproduction |
| Color Document Reproduction | 2/21/2024 | 5.00 | 0.25 | 1.25 | Color Document Reproduction |
| Document Reproduction | 2/21/2024 | 19.00 | 0.10 | 1.90 | Document Reproduction |
| Lexis Courtlink - Off Contract | 2/21/2024 | 1.00 | 0.90 | 0.90 | COURTLINK TRACK |
| Document Reproduction | 2/22/2024 | 10.00 | 0.10 | 1.00 | Document Reproduction |
| Document Reproduction | 2/22/2024 | 10.00 | 0.10 | 1.00 | Document Reproduction |
| Document Reproduction | 2/22/2024 | 10.00 | 0.10 | 1.00 | Document Reproduction |
| Document Reproduction | 2/22/2024 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| Document Reproduction | 2/22/2024 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| Document Reproduction | 2/22/2024 | 70.00 | 0.10 | 7.00 | Document Reproduction |

| Description | Date | Qty | Rate | Amount | Notes |
|---|---|---|---|---|---|
| Document Reproduction | 2/22/2024 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| Document Reproduction | 2/22/2024 | 28.00 | 0.10 | 2.80 | Document Reproduction |
| Document Reproduction | 2/22/2024 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Lexis Courtlink - Off Contract | 2/22/2024 | 1.00 | 0.90 | 0.90 | COURTLINK TRACK |
| Color Document Reproduction | 2/23/2024 | 18.00 | 0.25 | 4.50 | Color Document Reproduction |
| Color Document Reproduction | 2/23/2024 | 225.00 | 0.25 | 56.25 | Color Document Reproduction |
| Document Reproduction | 2/23/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 2/23/2024 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Document Reproduction | 2/23/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 2/23/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 2/23/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 2/23/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 2/23/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 2/23/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 2/23/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 2/23/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 2/23/2024 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Document Reproduction | 2/23/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 2/23/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 2/23/2024 | 22.00 | 0.10 | 2.20 | Document Reproduction |
| Document Reproduction | 2/23/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 2/23/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Lexis Courtlink - Off Contract | 2/23/2024 | 1.00 | 0.90 | 0.90 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 2/26/2024 | 1.00 | 0.90 | 0.90 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 2/26/2024 | 1.00 | 0.83 | 0.83 | COURTLINK ALERT |
| Color Document Reproduction | 2/27/2024 | 120.00 | 0.25 | 30.00 | Color Document Reproduction |
| Color Document Reproduction | 2/27/2024 | 84.00 | 0.25 | 21.00 | Color Document Reproduction |
| Color Document Reproduction | 2/27/2024 | 18.00 | 0.25 | 4.50 | Color Document Reproduction |
| Color Document Reproduction | 2/27/2024 | 12.00 | 0.25 | 3.00 | Color Document Reproduction |
| Color Document Reproduction | 2/27/2024 | 12.00 | 0.25 | 3.00 | Color Document Reproduction |
| Document Reproduction | 2/27/2024 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| Document Reproduction | 2/27/2024 | 15.00 | 0.10 | 1.50 | Document Reproduction |
| Document Reproduction | 2/27/2024 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| Document Reproduction | 2/27/2024 | 18.00 | 0.10 | 1.80 | Document Reproduction |
| Document Reproduction | 2/27/2024 | 42.00 | 0.10 | 4.20 | Document Reproduction |
| Document Reproduction | 2/27/2024 | 15.00 | 0.10 | 1.50 | Document Reproduction |
| Document Reproduction | 2/27/2024 | 15.00 | 0.10 | 1.50 | Document Reproduction |

| | | | | | |
|---|---|---|---|---|---|
| Document Reproduction | 2/27/2024 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| Document Reproduction | 2/27/2024 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| Document Reproduction | 2/27/2024 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| Document Reproduction | 2/27/2024 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Lexis Courtlink - Off Contract | 2/27/2024 | 1.00 | 0.90 | 0.90 | COURTLINK TRACK |
| Document Reproduction | 2/28/2024 | 61.00 | 0.10 | 6.10 | Document Reproduction |
| Document Reproduction | 2/28/2024 | 45.00 | 0.10 | 4.50 | Document Reproduction |
| Document Reproduction | 2/28/2024 | 28.00 | 0.10 | 2.80 | Document Reproduction |
| Document Reproduction | 2/28/2024 | 41.00 | 0.10 | 4.10 | Document Reproduction |
| Document Reproduction | 2/28/2024 | 76.00 | 0.10 | 7.60 | Document Reproduction |
| Document Reproduction | 2/28/2024 | 31.00 | 0.10 | 3.10 | Document Reproduction |
| Lexis Courtlink - Off Contract | 2/28/2024 | 1.00 | 0.90 | 0.90 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 2/29/2024 | 1.00 | 0.90 | 0.90 | COURTLINK TRACK |
| Online Research | 2/29/2024 | 1.00 | 0.00 | 0.00 | Online Research |
| Online Research | 2/29/2024 | 1.00 | 0.00 | 0.00 | Online Research |
| Online Research | 2/29/2024 | 1.00 | 0.00 | 0.00 | Online Research |
| Online Research - Off Contract | 2/29/2024 | 1.00 | 0.00 | 0.00 | Online Research - Off Contract |
| Online Research - Tax | 2/29/2024 | 1.00 | 0.00 | 0.00 | Online Research - Tax |
| | | | | 1,626.66 | |

| Cost Type | Quantity | Amount |
|---|---:|---:|
| Color Document Reproduction | 833.0 | 208.25 |
| Document Reproduction | 1,551.0 | 155.10 |
| Document Services | 712.0 | 561.36 |
| Filing fee | 1.0 | 50.80 |
| Lexis Courtlink - Off Contract | 27.0 | 23.88 |
| Online Research | 5.0 | 0.00 |
| Out-of-Town Travel | 2.0 | 40.47 |
| Travel | 2.0 | 586.80 |
| TOTAL | 3,133.0 | 1,626.66 |