**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## <u>SUPPLEMENTAL AFFIDAVIT OF SERVICE</u>

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 7, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail Supplemental Notice Parties Service List attached hereto as **<u>Exhibit A</u>**:

- Motion of Debtors to Estimate Claims Based on Digital Assets [Docket No. 5202]

- Notice of Filing of Declarations in Support of Motion of Debtors to Estimate Claims Based on Digital Assets attached hereto as **<u>Exhibit B</u>**.

On March 7, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first Class Mail on the Supplemental Claimant Service List attached hereto as **<u>Exhibit C</u>**:

- Motion of Debtors for Entry of an Order (I) Authorizing and Approving (A) Entry Into, and Performance Under, the Share Purchase Agreement and (B) the Purchase and Sale of Certain Shares Free and Clear of Liens, Claims and Encumbrances and (II) Dismissing the Chapter 11 Cases of Certain Debtors Effective Upon the Earlier of the Closing or the Termination of the Share Purchase Agreement [Docket No. 5378]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

On March 18, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first Class Mail on the Silvergate Bank, (ADRID: 15556889), Perkins Coie LLP, Attn: John D. Penn, 4250 Executive Square, Suite 300, La Jolla, CA 92037:

- Motion of the Foreign Representatives Pursuant to Bankruptcy Rule 9019 for Entry of an Order (I) Approving the Settlement and (II) Granting Related Relief [Docket No. 137, Case No. 22-11217]

Dated: March 27, 2024

                                                    */s/ Paul Pullo*
                                                    Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 27, 2024, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

SRF 77343, 77345 & 77595

**Exhibit A**

## Exhibit A
Supplemental Notice Parties Service List
Served via First Class Mail

| AddressID | Name | Address1 |
|---|---|---|
| 20653595 | Name on File | Address on File |
| 19169570 | Name on File | Address on File |

**Exhibit B**

SRF 75517-77345

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al*.,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 5202, 5203 & 5204** |

## NOTICE OF FILING OF DECLARATIONS IN SUPPORT OF MOTION
## OF DEBTORS TO ESTIMATE CLAIMS BASED ON DIGITAL ASSETS

PLEASE TAKE NOTICE that on December 27, 2023, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Motion of Debtors to Estimate Claims Based on Digital Assets* [D.I. 5202] (the "Motion")[2] in the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that, in connection with the Motion, the Debtors also filed (i) the *Declaration of Sabrina T. Howell in Support of the Motion of Debtors to Estimate Claims Based on Digital Assets* [D.I. 5203] (the "Howell Declaration") and (ii) the *Declaration of Kevin Lu in Support of Motion of Debtors to Estimate Claims Based on Digital Assets* [D.I. 5204] (the "Lu Declaration" and, together with the Howell Declaration, the "Declarations").

PLEASE TAKE FURTHER NOTICE that copies of the Declarations may be obtained from the Court's website, https://ecf.deb.uscourts.gov/, for a nominal fee, or obtained free of charge by accessing the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/FTX/.

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]   Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to them in the Motion.

4882-0005-4937 v.2

Dated: December 28, 2023
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

**Exhibit C**

## Exhibit C
Supplemental Claimant Service List
Served via First Class Mail

| AddressID | Name | Address1 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|
| 17120340 | Google LLC | 1600 Amphitheatre Parkway | Mountain View | CA | 94043 | |
| 12826761 | KEPHAS CORPORATION | 33 Bostenberg | Tienen | | 3300 | Belgium |

In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (JTD)                                    Page 1 of 1