# EXHIBIT A

## Fees

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

(302) 571-6600

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6646

Writer's E-Mail
mlunn@ycst.com

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors | Invoice Date: | March 22, 2024 |
| 200 Park Avenue | Invoice Number: | 50050715 |
| New York, NY 10166 | Matter Number: | 102750.1001 |

Re: FTX
　　Billing Period through February 29, 2024

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 103,143.00 |
| Disbursements | $ | 1,177.23 |
| Total Due This Invoice | $ | 104,320.23 |

| | |
|---|---|
| Official Committee of Unsecured Creditors re: FTX | Invoice Date: March 22, 2024 |
| Billing Period through February 29, 2024 | Invoice Number: 50050715 |
| | Matter Number: 102750.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 02/01/24 | JMART | Docket update; circulate same | B001 | 0.20 | 75.00 |
| 02/05/24 | JMART | Docket update | B001 | 0.10 | 37.50 |
| 02/06/24 | JMART | Docket update; circulate same | B001 | 0.40 | 150.00 |
| 02/06/24 | RFPOP | Review and analyze letter from counsel for certain preferred equity holders re: request for appointment of official preferred equity committee (.4), and call with M. Lunn re: related considerations and potential strategies for addressing same (.6) | B001 | 1.00 | 985.00 |
| 02/07/24 | DLASK | Update critical dates | B001 | 0.40 | 154.00 |
| 02/07/24 | JMART | Docket update; circulate same | B001 | 0.50 | 187.50 |
| 02/08/24 | JMART | Docket update; circulate same | B001 | 0.40 | 150.00 |
| 02/08/24 | JMART | Docket updated related to adversary proceeding matter 23-50759 | B001 | 0.30 | 112.50 |
| 02/09/24 | JMART | Docket update | B001 | 0.60 | 225.00 |
| 02/10/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 77.00 |
| 02/11/24 | MLUNN | Review and comment on draft letter response to request to appointment an equity committee (.4); research issues (.3); and correspondence with J. Kochenash re: research (.1) | B001 | 0.80 | 888.00 |
| 02/11/24 | RFPOP | Emails from M. Lunn and Paul Hastings (Jack Iaffaldano) re: response to request to appoint preferred equity holder committee, and consider related issues re: same | B001 | 0.40 | 394.00 |
| 02/12/24 | JKOCH | Research re: equity committees | B001 | 1.10 | 693.00 |
| 02/12/24 | JMART | Docket update | B001 | 0.50 | 187.50 |

Official Committee of Unsecured Creditors re: FTX     Invoice Date:     March 22, 2024
Billing Period through February 29, 2024     Invoice Number:     50050715
    Matter Number:     102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/12/24 | MLUNN | Meeting with R. Poppiti re: letter response to equity committee request (.3); review research and transcript rulings from decisions re: appointment of equity committee (.7); and correspondence with J. Kochenash (.1) | B001 | 1.10 | 1,221.00 |
| 02/12/24 | RFPOP | Review and comment on draft committee letter to UST in response to request for preferred equity committee (.4), and meet with M. Lunn (.3), emails to and from M. Lunn and J. Kochenash (.2) and review research from J. Kochenash (.7) re: same | B001 | 1.60 | 1,576.00 |
| 02/13/24 | JMART | Docket update | B001 | 0.30 | 112.50 |
| 02/13/24 | MLUNN | Review and comment on revised response to request to appoint equity committee | B001 | 0.40 | 444.00 |
| 02/13/24 | RFPOP | Review and comment on UST draft proposed order appointing examiner, and emails from counsel for debtors (Jim Bromley) and UST and consider related issues re: same | B001 | 0.40 | 394.00 |
| 02/13/24 | RFPOP | Review and comment on revised draft committee response letter for preferred equity committee request, and email to and from Paul Hastings (Ken Pasquale) re: same | B001 | 0.30 | 295.50 |
| 02/14/24 | RFPOP | Email from UST re: draft proposed order appointing examiner | B001 | 0.10 | 98.50 |
| 02/15/24 | JMART | Docket update | B001 | 0.60 | 225.00 |
| 02/15/24 | RFPOP | Review notice of continued 341 meeting | B001 | 0.10 | 98.50 |
| 02/16/24 | JMART | Docket update | B001 | 0.30 | 112.50 |
| 02/16/24 | MLUNN | Review UST response to request to appoint equity committee | B001 | 0.10 | 111.00 |
| 02/16/24 | RFPOP | Review letter from UST re: denial of request for preferred equity committee, and emails from Paul Hastings (Kris Hansen and Ken Pasquale) re: same | B001 | 0.20 | 197.00 |
| 02/19/24 | DLASK | Update critical dates | B001 | 0.40 | 154.00 |
| 02/19/24 | JMART | Docket update; circulate same | B001 | 0.50 | 187.50 |
| 02/20/24 | JMART | Update docket; circulate same | B001 | 0.70 | 262.50 |

Official Committee of Unsecured Creditors re: FTX     Invoice Date:     March 22, 2024
Billing Period through February 29, 2024     Invoice Number:     50050715
    Matter Number:     102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/20/24 | JMART | Prepare hearing binder | B001 | 0.80 | 300.00 |
| 02/21/24 | JMART | Update docket | B001 | 0.10 | 37.50 |
| 02/22/24 | JMART | Update docket; circulate same | B001 | 0.50 | 187.50 |
| 02/23/24 | DLASK | Update critical dates | B001 | 0.20 | 77.00 |
| 02/26/24 | JMART | Update docket; circulate same | B001 | 0.50 | 187.50 |
| 02/26/24 | RFPOP | Review and analyze Canyon motion to restrict confidential information | B001 | 0.10 | 98.50 |
| 02/27/24 | JMART | Update docket; circulate same | B001 | 0.40 | 150.00 |
| 02/28/24 | DLASK | Update adversary electronic dockets | B001 | 0.40 | 154.00 |
| 02/28/24 | JMART | Update docket | B001 | 0.10 | 37.50 |
| 02/29/24 | JMART | Update docket; circulate same | B001 | 0.50 | 187.50 |
| 02/20/24 | MLUNN | Review agenda re: February 22 hearing | B002 | 0.10 | 111.00 |
| 02/20/24 | RFPOP | Review and analyze agenda for February 22nd hearing | B002 | 0.10 | 98.50 |
| 02/22/24 | MLUNN | Call with R. Poppiti re: summary of hearing and consideration of issues decided and strategy for related issues | B002 | 0.30 | 333.00 |
| 02/22/24 | MLUNN | Review amended agenda re: February 22 hearing | B002 | 0.10 | 111.00 |
| 02/22/24 | RFPOP | Prepare for (3.1), including review and analyze Anthropic sale pleadings and debtors and UST proposed orders for examiner appointment and meet and strategize with Paul Hastings (Ken Pasquale and Isaac Sasson), and attend (2.0) hearing, and follow-up call with M. Lunn (.3) re: same | B002 | 5.40 | 5,319.00 |
| 02/29/24 | RFPOP | Prepare for (1.2) and attend (1.8) oral argument on defendants motion to dismiss Rocket/Giles adversary proceedings | B002 | 3.00 | 2,955.00 |
| 02/07/24 | MLUNN | Review analysis of cash flow prepared by FTI | B004 | 0.20 | 222.00 |
| 02/16/24 | MLUNN | Review cash flow analysis and report | B004 | 0.30 | 333.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through February 29, 2024

| | Invoice Date: | March 22, 2024 |
|---|---|---|
| | Invoice Number: | 50050715 |
| | Matter Number: | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 02/02/24 | MLUNN | Correspondence with R. Poppiti and E. Gilad re: motion to approve Anthropic sale procedures and related request from Debtors to shorten notice | B006 | 0.40 | 444.00 |
| 02/02/24 | RFPOP | Emails to (.3) and from (.2) Paul Hastings (Erez Gilad and Brian Kelly), counsel for debtors (Alexa Kranzley, Jeffrey MacDonald and Matt Pierce) and counsel for ad hoc customer group (Erin Broderick) and calls with Matt Pierce (.2) re: debtors motion to establish procedures for sale of Anthropic shares and request for committee to consent to shortening notice for same | B006 | 0.70 | 689.50 |
| 02/02/24 | RFPOP | Review and analyze debtors motion to increase limit on capital call payments | B006 | 0.20 | 197.00 |
| 02/02/24 | RFPOP | Review and analyze debtors motion to establish procedures for sale of Genesis claim | B006 | 0.30 | 295.50 |
| 02/02/24 | RFPOP | Review debtors certification of counsel for debtors coin estimation/valuation motion | B006 | 0.10 | 98.50 |
| 02/03/24 | RFPOP | Emails to and from M. Lunn and Paul Hastings (Erez Gilad) re: debtors motion to establish procedures for sale of Anthropic shares | B006 | 0.20 | 197.00 |
| 02/05/24 | MLUNN | Review Anthropic sale motion | B006 | 0.40 | 444.00 |
| 02/05/24 | RFPOP | Review and analyze SEC reservation of rights re: debtors entry into further amended Galaxy services agreement | B006 | 0.10 | 98.50 |
| 02/05/24 | RFPOP | Review and analyze debtors motion to sell Anthropic shares (.7) and related motion to shorten notice for hearing on same (.1) | B006 | 0.80 | 788.00 |
| 02/05/24 | RFPOP | Review and analyze debtors notice of small estate claims settlement | B006 | 0.10 | 98.50 |
| 02/06/24 | RFPOP | Review debtors notice of hearing on debtors motion to sell Anthropic shares and related order shortening notice for same | B006 | 0.10 | 98.50 |
| 02/06/24 | RFPOP | Review and analyze debtors notice of small estate claims settlements consummated during January 2023 | B006 | 0.10 | 98.50 |
| 02/08/24 | RFPOP | Review and analyze FTI cash flow update, and email from FTI (Max Dawson) re: same | B006 | 0.20 | 197.00 |

Official Committee of Unsecured Creditors re: FTX  Invoice Date:          March 22, 2024
Billing Period through February 29, 2024          Invoice Number:        50050715
                                                   Matter Number:         102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/09/24 | MLUNN | Review motion re: sale of Digital Custody interests | B006 | 0.40 | 444.00 |
| 02/09/24 | RFPOP | Email to and from counsel for debtors (Nick Jenner) re: debtors Digital Custody sale motion | B006 | 0.10 | 98.50 |
| 02/11/24 | RFPOP | Review and analyze debtors Digital Custody sale motion | B006 | 0.40 | 394.00 |
| 02/12/24 | RFPOP | Review and execute proposed stipulation with debtors, UST and media re: joint debtors and committee motion to further extend sealing of customer information, and email to and from Paul Hastings (Ken Pasquale) and counsel for debtors (Brian Glueckstein) re: same | B006 | 0.40 | 394.00 |
| 02/13/24 | RFPOP | Review and analyze debtors notice of small estate claim settlements, and email from counsel for debtors (Brad Harsch) and review materials from counsel for debtors re: same | B006 | 0.10 | 98.50 |
| 02/14/24 | MLUNN | Analyze revised Anthropic sale procedures order | B006 | 0.40 | 444.00 |
| 02/14/24 | MLUNN | Correspondence with K. Pasquale, K. Hansen and R. Poppiti re: various issues raised by UST, including Anthropic sale motion and Genesis claim sale motion | B006 | 0.30 | 333.00 |
| 02/14/24 | RFPOP | Call with Paul Hastings (Ken Pasquale) and UST re: debtors Genesis sale motion and request to appoint preferred equity holder committee (.4), and follow-up call with Ken Pasquale (.1) and emails to and from M. Lunn and Ken Pasquale (.2) re: same | B006 | 0.70 | 689.50 |
| 02/16/24 | MLUNN | Review propose de minimis asset sales | B006 | 0.10 | 111.00 |
| 02/16/24 | MLUNN | Review objection of Kavuri objection to Anthropic sale procedures | B006 | 0.20 | 222.00 |
| 02/16/24 | RFPOP | Email from PWP (Emil Tu) re: debtors de minimis asset sales, and review and analyze summary from PWP re: same | B006 | 0.10 | 98.50 |
| 02/16/24 | RFPOP | Email from FTI (Max Dawson) re: cash flow update, and review and analyze analysis from FTI re: same | B006 | 0.20 | 197.00 |
| 02/19/24 | RFPOP | Review and analyze Kavuri objection and Carter objection to debtors Anthropic sale motion (.4); review and analyze debtors reply to same (.2) | B006 | 0.60 | 591.00 |

Official Committee of Unsecured Creditors re: FTX | Invoice Date: | March 22, 2024
Billing Period through February 29, 2024 | Invoice Number: | 50050715
| Matter Number: | 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/20/24 | MLUNN | Review reply in support of motion to sell Anthropic shares | B006 | 0.30 | 333.00 |
| 02/21/24 | MLUNN | Review revised Anthropic sale order and correspondence with E. Gilad re: same | B006 | 0.30 | 333.00 |
| 02/21/24 | RFPOP | Email from Paul Hastings (Erez Gilad) re: debtors Anthropic sale motion and resolution of certain objections, and review redline of revised proposed order re: same | B006 | 0.20 | 197.00 |
| 02/23/24 | RFPOP | Review and analyze debtors certification of counsel for Anthropic sale motion | B006 | 0.10 | 98.50 |
| 02/23/24 | RFPOP | Email from counsel for debtors (Brad Harsch) re: small estate claims settlements, and review and analyze summary from counsel for debtors re: same | B006 | 0.20 | 197.00 |
| 02/29/24 | RFPOP | Review and analyze FTX Europe sale motion | B006 | 0.70 | 689.50 |
| 02/01/24 | MLUNN | Correspondence with R. Poppiti re: BlockFi mediation | B007 | 0.10 | 111.00 |
| 02/01/24 | RFPOP | Prepare for (.7) and participate in (9.4) mediation re: BlockFi claim | B007 | 10.10 | 9,948.50 |
| 02/02/24 | RFPOP | Emails to and from Paul Hastings (Kris Hansen and Ken Pasquale) re: proposed BlockFi settlement, and review and comment on revised proposed term sheet for same | B007 | 0.30 | 295.50 |
| 02/06/24 | MLUNN | Review revisions to term sheet of settlement with BlockFi (.3) and related correspondence with K. Pasquale, R. Poppiti, I. Sasson and FTI (.4) | B007 | 0.70 | 777.00 |
| 02/06/24 | RFPOP | Emails to and from Paul Hastings (Kris Hansen and Ken Pasquale) and FTI (Brian Bromberg) re: proposed settlement of BlockFi claims (.4), and review and comment on revised draft proposed term sheet (.2) re: same | B007 | 0.60 | 591.00 |
| 02/06/24 | RFPOP | Email to and from Paul Hastings (Isaac Sasson) re: IRS claims resolution process | B007 | 0.10 | 98.50 |
| 02/07/24 | RFPOP | Review and analyze various responses to debtors ninth-thirteenth omnibus claims objections | B007 | 0.60 | 591.00 |
| 02/12/24 | RFPOP | Review and analyze various additional responses to debtors ninth-thirteenth omnibus claims objections | B007 | 0.50 | 492.50 |

Official Committee of Unsecured Creditors re: FTX     Invoice Date:     March 22, 2024
Billing Period through February 29, 2024     Invoice Number:     50050715
    Matter Number:     102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/14/24 | MLUNN | Analysis of Genesis claim sale motion (.4) and correspondence with R. Poppiti and K. Pasquale re: same (.1) | B007 | 0.50 | 555.00 |
| 02/15/24 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale) and counsel for debtors (Charles Sullivan) re: scheduling stipulation for estimation of IRS claim, and review and execute stipulation re: same | B007 | 0.20 | 197.00 |
| 02/20/24 | MLUNN | Review 14th, 15th, 16th and 17th omnibus objections to claims | B007 | 0.40 | 444.00 |
| 02/20/24 | RFPOP | Review and analyze debtors fourteenth-seventeen omnibus claims objections | B007 | 1.10 | 1,083.50 |
| 02/21/24 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale) and counsel for debtors (Kim Brown and Nick Jenner) re: revised proposed orders for debtors ninth, twelfth and thirteenth omnibus claims objections, and review and analyze revised proposed orders re: same | B007 | 0.50 | 492.50 |
| 02/23/24 | MLUNN | Review summary of proposed settlements | B007 | 0.10 | 111.00 |
| 02/02/24 | MLUNN | Review Anthropic sale materials in preparation for call (.4); call with UCC members, PH, FTI and Jefferies re: Anthropic sale process and BlockFi mediation (1.1) | B008 | 1.50 | 1,665.00 |
| 02/02/24 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: proposed Anthropic sale process and BlockFi settlement | B008 | 1.10 | 1,083.50 |
| 02/06/24 | RFPOP | Email from Paul Hastings (Leonie Koch) re: 2/7 committee meeting, and review and analyze materials from Paul Hastings and FTI in preparation for same | B008 | 0.20 | 197.00 |
| 02/07/24 | MLUNN | Review materials in preparation for meeting with UCC members and advisors (.3); meeting with UCC members, PH, FTI and Jefferies (1.5) | B008 | 1.80 | 1,998.00 |
| 02/07/24 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks | B008 | 1.50 | 1,477.50 |
| 02/14/24 | MLUNN | Review materials in preparation for call (.3); attend update and strategy meeting with R. Poppiti, UCC members, PH, FTI and Jefferies (1.6) | B008 | 1.90 | 2,109.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through February 29, 2024

Invoice Date:                March 22, 2024
Invoice Number:                     50050715
Matter Number:                 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/14/24 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks (1.3, partial attendance), and emails from Paul Hastings (Leonie Koch) and review and analyze materials from Paul Hastings, FTI and Jefferies teams (.3) in preparation for same | B008 | 1.60 | 1,576.00 |
| 02/20/24 | RFPOP | Review and analyze materials from Paul Hastings, FTI, and Jefferies and email from Paul Hastings (Leonie Koch) in preparation for 2/21 committee meeting | B008 | 0.50 | 492.50 |
| 02/21/24 | MLUNN | Review materials in preparation for UCC update and strategy call (.5); update and strategy call (attended portion of call) with R. Poppiti, UCC members, PH, FTI and Jefferies (1.7) | B008 | 2.20 | 2,442.00 |
| 02/21/24 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks | B008 | 2.10 | 2,068.50 |
| 02/28/24 | MLUNN | Review materials in preparation for meeting with UCC members and advisors (.3); and attend meeting with R. Poppiti, UCC members, FTI, PH and Jefferies (.5) | B008 | 0.80 | 888.00 |
| 02/28/24 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks (.5), and review materials from Paul Hastings and Jefferies and emails from Paul Hastings (Leonie Koch), FTI (Frank Risler) and Jefferies (Lars Hultgren) in preparation for same (.3) | B008 | 0.80 | 788.00 |
| 02/02/24 | RFPOP | Review and analyze Kavuri et al. customer property complaint, and consider related issues | B011 | 0.60 | 591.00 |
| 02/05/24 | RFPOP | Review and analyze defendants discovery in connection with Burgess adversary proceeding | B011 | 0.30 | 295.50 |
| 02/05/24 | RFPOP | Email to and from counsel for debtors (Matt McGuire) re: oral argument for Giles/Rocket adversary proceedings | B011 | 0.10 | 98.50 |
| 02/06/24 | MLUNN | Analyze request for appointment of preferred equity committee (.3) and call with R. Poppiti re: potential case issues and related strategy (.6) | B011 | 0.90 | 999.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through February 29, 2024

| | | |
|---|---|---|
| Invoice Date: | | March 22, 2024 |
| Invoice Number: | | 50050715 |
| Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 02/06/24 | RFPOP | Review and analyze debtors motion to extend deadline to remove actions | B011 | 0.20 | 197.00 |
| 02/07/24 | MLUNN | Call from D. Dunn re: examiner appointment | B011 | 0.30 | 333.00 |
| 02/08/24 | MLUNN | Review Mirana memo in support of motion to dismiss | B011 | 0.40 | 444.00 |
| 02/08/24 | RFPOP | Review and analyze various motions to dismiss and related declarations filed in Mirana adversary proceeding | B011 | 1.80 | 1,773.00 |
| 02/09/24 | RFPOP | Email from Paul Hastings (Ken Pasquale) re: Giles request to stay Giles adversary proceeding and shorten notice on request | B011 | 0.10 | 98.50 |
| 02/11/24 | MLUNN | Review Debtors' objection and memo to Burgess motion to dismiss | B011 | 0.30 | 333.00 |
| 02/11/24 | RFPOP | Review and analyze debtors objection to defendants motion to dismiss in Burgess adversary proceeding | B011 | 0.70 | 689.50 |
| 02/12/24 | DLASK | Review and update 3rd circuit appeal - Examiner appeal | B011 | 0.20 | 77.00 |
| 02/12/24 | RFPOP | Review comments from counsel for Burgess to draft protective order for Burgess adversary proceeding | B011 | 0.30 | 295.50 |
| 02/12/24 | RFPOP | Emails to and form Paul Hastings (Leonie Koch) re: Kavuri adversary proceeding, and review related notice of summons | B011 | 0.30 | 295.50 |
| 02/13/24 | DLASK | Update electronic adversary dockets | B011 | 0.40 | 154.00 |
| 02/20/24 | RFPOP | Review and analyze UST notice of submission of proposed order for examiner appointment, and email from UST re: same | B011 | 0.10 | 98.50 |
| 02/22/24 | RFPOP | Review and analyze letter ruling denying K5 defendants motion to stay adversary proceeding | B011 | 0.10 | 98.50 |
| 02/23/24 | DLASK | Finalize for filing and coordinate service of joinder to settlement motion regarding Lorem Ipsum | B011 | 0.40 | 154.00 |
| 02/23/24 | RFPOP | Review and comment on revised draft proposed examiner appointment order from UST, and emails to and from Paul Hastings (Ken Pasquale), counsel for ad hoc creditor group (Erin Broderick), counsel for JOL (Brett Bakemeyer) and UST re: same | B011 | 0.20 | 197.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through February 29, 2024

| | | | Invoice Date: | | March 22, 2024 |
| | | | Invoice Number: | | 50050715 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/23/24 | RFPOP | Review and analyze debtors motion to approve settlement in connection with Ipsum adversary proceeding (.6); review and finalize for filing committee joinder to motion, and emails to and from D. Laskin and Paul Hastings (Jack Iaffaldano) re: same (.3) | B011 | 0.90 | 886.50 |
| 02/27/24 | MLUNN | Review appointment of examiner (.5) and related correspondence with R. Poppiti (.1) | B011 | 0.60 | 666.00 |
| 02/27/24 | RFPOP | Emails from UST and Chambers re: hearing re: UST examiner application | B011 | 0.10 | 98.50 |
| 02/28/24 | RFPOP | Review and analyze UST notice of appointment of examiner and application for appointment of same (.6), and emails to and from Paul Hastings (Ken Pasquale and Isaac Sasson) (.1) re: same | B011 | 0.70 | 689.50 |
| 02/08/24 | RFPOP | Review and analyze stipulation and scheduling order for adjourned portions of debtors coin estimation/valuation motion | B012 | 0.20 | 197.00 |
| 02/13/24 | RFPOP | Review and analyze objectors expert reports and debtors rebuttal expert reports for debtors coin estimation/valuation motion | B012 | 2.10 | 2,068.50 |
| 02/16/24 | JKOCH | Research re: plan issues for Delaware law matters | B012 | 3.00 | 1,890.00 |
| 02/16/24 | JKOCH | Email correspondence (multiple) with R. Poppiti and W. Gamgort re: research plan issues for Delaware law matters | B012 | 0.20 | 126.00 |
| 02/16/24 | MLUNN | Correspondence with K. Pasquale and R. Poppiti re: plan settlement and related issues (.1); correspondence with J. Kochenash re: research and review responses (.2); and review plan waterfall and recovery memo from AHC in connection with same (.4); review research and memo from J. Kochenash (.3) and correspondence with R. Poppiti (.1) | B012 | 1.10 | 1,221.00 |
| 02/16/24 | RFPOP | Emails to and from M. Lunn, J. Kochenash and Paul Hastings (Ken Pasquale) re: recovery analysis from ad hoc customer group and related Delaware law issues (.4), and review and analyze analysis (.4) and research Delaware law issues (1.6) re: same | B012 | 2.40 | 2,364.00 |
| 02/19/24 | JKOCH | Further research re: plan issues related to Delaware law | B012 | 0.40 | 252.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through February 29, 2024

| | Invoice Date: | March 22, 2024 |
|---|---|---|
| | Invoice Number: | 50050715 |
| | Matter Number: | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 02/19/24 | MLUNN | Review DE law research re: plan issues (.4) and call with R. Poppiti re: analysis of same (.4) | B012 | 0.80 | 888.00 |
| 02/19/24 | RFPOP | Call with Paul Hastings (Ken Pasquale and Isaac Sasson) (.3), call with M. Lunn (.4), and emails to and from M. Lunn, J. Kochenash and Ken Pasquale (.2) re: Delaware law issues re: recovery analysis from ad hoc customer group, and research (including review research materials from J. Kochenash) (3.4) and draft analysis (1.2) re: same | B012 | 5.50 | 5,417.50 |
| 02/20/24 | RFPOP | Research re: Delaware law issues re: recovery analysis from ad hoc customer group (including review research materials from J. Kochenash) | B012 | 1.10 | 1,083.50 |
| 02/21/24 | MLUNN | Call with R. Poppiti re: Plan research issues and ad hoc position re: same | B012 | 0.20 | 222.00 |
| 02/21/24 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale) and counsel for ad hoc creditor group (Matt Harvey) (.2) and call with M. Lunn (.2) re: plan recovery and related Delaware law issues | B012 | 0.40 | 394.00 |
| 02/22/24 | MLUNN | Analysis of ad hoc issues and position on plan issue re: interest calculations under DE law in preparation for call with MNAT (.4); call with MNAT and R. Poppiti re: same (.5); and follow-up with R. Poppiti (.3) | B012 | 1.10 | 1,221.00 |
| 02/22/24 | MLUNN | Meeting with K. Pasquale, I. Sasson and R. Poppiti re: plan issues and related strategy | B012 | 0.50 | 555.00 |
| 02/22/24 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale and Leonie Koch) re: witness and exhibit issues for further hearing on debtors coin estimation/valuation motion (.2), and review debtors and objecting parties witness and exhibits lists and deposition notices and related scheduling order (.2) re: same | B012 | 0.40 | 394.00 |
| 02/22/24 | RFPOP | Call with M. Lunn and counsel for ad hoc customer group (Matt Harvey and Jonathan Weyand) (.5), call with M. Lunn (.3), and email to and from Jonathan Weyand (.2) re: Delaware law issues re: ad hoc customer group recovery analysis | B012 | 1.00 | 985.00 |

Official Committee of Unsecured Creditors re: FTX  
Billing Period through February 29, 2024

Invoice Date:          March 22, 2024  
Invoice Number:     50050715  
Matter Number:    102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/05/24 | RFPOP | Emails to and from M. Lunn and fee examiner re: fee examiner report for YCST fourth interim fee application, and briefly review report re: same | B017 | 0.20 | 197.00 |
| 02/05/24 | RFPOP | Call from counsel for ad hoc customer group (Jonathan Weyand) re: interim fee applications and related issues | B017 | 0.30 | 295.50 |
| 02/06/24 | DLASK | Finalize for filing and coordinate service of committee members' fee application | B017 | 0.40 | 154.00 |
| 02/06/24 | JKOCH | Email correspondence (multiple) with co-counsel and D. Laskin re: committee member's expense reimbursement | B017 | 0.10 | 63.00 |
| 02/06/24 | JKOCH | Review application for reimbursement of committee member's expenses | B017 | 0.30 | 189.00 |
| 02/07/24 | DLASK | Draft 5th interim fee application for committee's professionals | B017 | 0.60 | 231.00 |
| 02/07/24 | MLUNN | Review fee examiner report in preparation for meeting with fee examiner (.4); call with R. Poppiti re: preparation and discussion of issues in connection with fee examiner report and call (.7) and call with fee examiner and R. Poppiti (.9); and follow-up with R. Poppiti (.1) | B017 | 2.10 | 2,331.00 |
| 02/07/24 | RFPOP | Call with M. Lunn (.7), call with M. Lunn and fee examiner (.9) and follow-up meeting with M. Lunn (.1) and email to and call from Paul Hastings (Gabe Sasson) (.1) re: fee examiner report re: YCST fourth interim fee application and related fee examiner issues | B017 | 1.80 | 1,773.00 |
| 02/14/24 | DLASK | Prepare certificates of no objection for fee applications of Young Conaway, Paul Hastings, and FTI | B017 | 0.60 | 231.00 |
| 02/15/24 | DLASK | Finalize for filing, file certificates of no objection for fee applications of Young Conaway, Paul Hastings, and FTI | B017 | 0.60 | 231.00 |
| 02/15/24 | JKOCH | Review CNOs for YCST, Paul Hastings, and FTI's twelfth monthly fee applications | B017 | 0.20 | 126.00 |
| 02/19/24 | DLASK | Update interim fee application of committee's professionals | B017 | 0.20 | 77.00 |
| 02/19/24 | JKOCH | Email correspondence with UCC professionals re: 5th interim fee application | B017 | 0.20 | 126.00 |
| 02/19/24 | MLUNN | Call with R. Poppiti re: proposal to fee examiner | B017 | 0.10 | 111.00 |
| 02/19/24 | RFPOP | Emails to and from J. Kochenash and D. Laskin re: interim fee application issues | B017 | 0.10 | 98.50 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through February 29, 2024

| | | Invoice Date: | March 22, 2024 |
|---|---|---|---|
| | | Invoice Number: | 50050715 |
| | | Matter Number: | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 02/19/24 | RFPOP | Call with M. Lunn (.1) and email to fee examiner (.1) re: proposed resolution of issues related to YCST fourth interim fee application | B017 | 0.20 | 197.00 |
| 02/21/24 | DLASK | Finalize for filing and coordinate service of FTI's December fee application | B017 | 0.40 | 154.00 |
| 02/21/24 | DLASK | Update 5th interim fee application for committee's professionals | B017 | 0.20 | 77.00 |
| 02/21/24 | DLASK | Finalize for filing and coordinate service of Young Conaway's December fee application | B017 | 0.40 | 154.00 |
| 02/21/24 | DLASK | Finalize for filing and coordinate service of Paul Hastings's December fee application | B017 | 0.40 | 154.00 |
| 02/21/24 | JKOCH | Review draft of Paul Hastings' fee application | B017 | 0.30 | 189.00 |
| 02/21/24 | JKOCH | Email correspondence (multiple) with D. Laskin and L. Koch re: fee applications | B017 | 0.20 | 126.00 |
| 02/21/24 | JKOCH | Review, edit, and finalize FTI December fee application | B017 | 0.50 | 315.00 |
| 02/28/24 | RFPOP | Emails to and from fee examiner re: proposed resolution of fee examiner confidential letter response to YCST fourth interim fee application | B017 | 0.10 | 98.50 |
| 02/29/24 | MLUNN | Analysis of R. Cleary verified statement in support of retention as examiner | B017 | 0.30 | 333.00 |
| 02/06/24 | RFPOP | Review and comment on draft YCST December 2023 fee application, and email to and from D. Laskin re: same | B018 | 0.30 | 295.50 |
| 02/09/24 | DLASK | Update cumulative fees and expenses chart | B018 | 0.40 | 154.00 |
| 02/12/24 | MLUNN | Confidentiality review of January fee statement in preparation for submission | B018 | 0.60 | 666.00 |
| 02/12/24 | RFPOP | Review invoice for YCST January 2024 fee application re: confidentiality and local rule compliance | B018 | 0.40 | 394.00 |
| 02/14/24 | DLASK | Draft January fee application | B018 | 0.80 | 308.00 |
| 02/14/24 | DLASK | Update cumulative fees and expenses chart | B018 | 0.20 | 77.00 |
| 02/20/24 | DLASK | Draft supplement to 5th interim fee application for Young Conaway | B018 | 1.50 | 577.50 |
| 02/21/24 | MLUNN | Review final version of YCST December 2023 fee application | B018 | 0.20 | 222.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through February 29, 2024

Invoice Date: March 22, 2024
Invoice Number: 50050715
Matter Number: 102750.1001

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 02/21/24 | RFPOP | Review and finalize for filing YCST December 2023 fee application, and emails to and from D. Laskin re: same | B018 | 0.20 | 197.00 |
| 02/28/24 | RFPOP | Review and comment on draft YCST January 2024 fee application, and emails to and from D. Laskin re: same | B018 | 0.20 | 197.00 |
| 02/06/24 | RFPOP | Review and analyze JPL notice of second statement to Bahamian court re: recent liquidation developments | BN014 | 0.20 | 197.00 |
| | | | **Total** | **114.60** | **$103,143.00** |

Official Committee of Unsecured Creditors re: FTX
Billing Period through February 29, 2024

Invoice Date:                    March 22, 2024
Invoice Number:                    50050715
Matter Number:                  102750.1001

## Timekeeper Summary

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|----------|------|------------------|-------|------|--------|
| DLASK | Debbie Laskin | Paralegal | 9.30 | 385.00 | 3,580.50 |
| JKOCH | Jared W. Kochenash | Associate | 6.50 | 630.00 | 4,095.00 |
| JMART | Jorge L. Martinez | Paralegal | 8.30 | 375.00 | 3,112.50 |
| MLUNN | Matthew B. Lunn | Partner | 25.70 | 1,110.00 | 28,527.00 |
| RFPOP | Robert F. Poppiti | Partner | 64.80 | 985.00 | 63,828.00 |
| **Total** | | | **114.60** | | **$103,143.00** |

Official Committee of Unsecured Creditors re: FTX
Billing Period through February 29, 2024

| | |
|---|---|
| Invoice Date: | March 22, 2024 |
| Invoice Number: | 50050715 |
| Matter Number: | 102750.1001 |

## Task Summary

### Task Code:B001 — Case Administration

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 2.40 | 1,110.00 | 2,664.00 |
| Robert F. Poppiti | Partner | 4.20 | 985.00 | 4,137.00 |
| Jared W. Kochenash | Associate | 1.10 | 630.00 | 693.00 |
| Debbie Laskin | Paralegal | 1.60 | 385.00 | 616.00 |
| Jorge L. Martinez | Paralegal | 8.30 | 375.00 | 3,112.50 |
| **Total** | | **17.60** | | **11,222.50** |

### Task Code:B002 — Court Hearings

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.50 | 1,110.00 | 555.00 |
| Robert F. Poppiti | Partner | 8.50 | 985.00 | 8,372.50 |
| **Total** | | **9.00** | | **8,927.50** |

### Task Code:B004 — Schedules & Statements, U.S. Trustee Reports

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.50 | 1,110.00 | 555.00 |
| **Total** | | **0.50** | | **555.00** |

### Task Code:B006 — Use, Sale or Lease of Property (363 issues)

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 2.80 | 1,110.00 | 3,108.00 |
| Robert F. Poppiti | Partner | 6.70 | 985.00 | 6,599.50 |
| **Total** | | **9.50** | | **9,707.50** |

### Task Code:B007 — Claims Analysis, Objections and Resolutions

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 1.80 | 1,110.00 | 1,998.00 |
| Robert F. Poppiti | Partner | 14.00 | 985.00 | 13,790.00 |
| **Total** | | **15.80** | | **15,788.00** |

### Task Code:B008 — Meetings

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 8.20 | 1,110.00 | 9,102.00 |
| Robert F. Poppiti | Partner | 7.80 | 985.00 | 7,683.00 |
| **Total** | | **16.00** | | **16,785.00** |

### Task Code:B011          Other Adversary Proceedings

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 2.50 | 1,110.00 | 2,775.00 |
| Robert F. Poppiti | Partner | 6.50 | 985.00 | 6,402.50 |
| Debbie Laskin | Paralegal | 1.00 | 385.00 | 385.00 |
| **Total** | | **10.00** | | **9,562.50** |

### Task Code:B012          Plan and Disclosure Statement

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 3.70 | 1,110.00 | 4,107.00 |
| Robert F. Poppiti | Partner | 13.10 | 985.00 | 12,903.50 |
| Jared W. Kochenash | Associate | 3.60 | 630.00 | 2,268.00 |
| **Total** | | **20.40** | | **19,278.50** |

### Task Code:B017          Retention of Professionals/Fee Issues

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 2.50 | 1,110.00 | 2,775.00 |
| Robert F. Poppiti | Partner | 2.70 | 985.00 | 2,659.50 |
| Jared W. Kochenash | Associate | 1.80 | 630.00 | 1,134.00 |
| Debbie Laskin | Paralegal | 3.80 | 385.00 | 1,463.00 |
| **Total** | | **10.80** | | **8,031.50** |

### Task Code:B018          Fee Application Preparation

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 0.80 | 1,110.00 | 888.00 |
| Robert F. Poppiti | Partner | 1.10 | 985.00 | 1,083.50 |
| Debbie Laskin | Paralegal | 2.90 | 385.00 | 1,116.50 |
| **Total** | | **4.80** | | **3,088.00** |

### Task Code:BN014          FTX Digital Chapter 15 Proceeding

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Robert F. Poppiti | Partner | 0.20 | 985.00 | 197.00 |
| **Total** | | **0.20** | | **197.00** |

**EXHIBIT B**

**Expenses**

| | | | |
|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | Invoice Date: | | March 22, 2024 |
| Billing Period through February 29, 2024 | Invoice Number: | | 50050715 |
| | Matter Number: | | 102750.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 01/02/24 | Docket Retrieval / Search | 8.00 | 0.80 |
| 01/02/24 | Docket Retrieval / Search | 8.00 | 0.80 |
| 01/02/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/02/24 | Docket Retrieval / Search | 7.00 | 0.70 |
| 01/05/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/05/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 01/05/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 01/05/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/05/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 01/05/24 | Docket Retrieval / Search | 10.00 | 1.00 |
| 01/05/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 01/05/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 01/08/24 | Docket Retrieval / Search | 7.00 | 0.70 |
| 01/09/24 | Docket Retrieval / Search | 11.00 | 1.10 |
| 01/09/24 | Docket Retrieval / Search | 8.00 | 0.80 |
| 01/09/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/10/24 | Docket Retrieval / Search | 9.00 | 0.90 |
| 01/11/24 | Docket Retrieval / Search | 11.00 | 1.10 |
| 01/11/24 | Docket Retrieval / Search | 10.00 | 1.00 |
| 01/11/24 | Docket Retrieval / Search | 10.00 | 1.00 |
| 01/12/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/17/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/17/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/17/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/17/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/22/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/23/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/23/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/23/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/23/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/24/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/24/24 | Docket Retrieval / Search | 16.00 | 1.60 |
| 01/25/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/25/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/29/24 | Docket Retrieval / Search | 10.00 | 1.00 |
| 01/29/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/30/24 | Docket Retrieval / Search | 30.00 | 3.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through February 29, 2024

| | | |
|---|---|---|
| Invoice Date: | | March 22, 2024 |
| Invoice Number: | | 50050715 |
| Matter Number: | | 102750.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 01/30/24 | Docket Retrieval / Search | 20.00 | 2.00 |
| 01/31/24 | Parcels, Inc. - Brew HaHa 1064614 - working lunch for co-counsel and YCST team in preparation for FTX hearing on 1/31/24 (5 people) | 1.00 | 98.25 |
| 01/31/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/01/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/02/24 | Docket Retrieval / Search | 9.00 | 0.90 |
| 02/06/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/06/24 | Reliable Wilmington - Deposition/Transcript Daily Transcript - 1st Copy from 1/24/24 Hearing for FTX (40 pages @ $1.35 per page) | 1.00 | 54.00 |
| 02/06/24 | Reliable Wilmington - Deposition/Transcript Daily Transcript - 1st Copy from 11/15/23 FTX Hearing (173 pages @ $1.35 per page) ($233.55); Daily Transcript - 1st Copy from 11/29/23 FTX Hearing (20 pages @ $1.35 per pag) ($27.00); Daily Transcript - 1st Copy from 12/13/23 FTX Hearing (61 pages @ $1.35 per page) ($82.35); Dail Transcript - 1st Copy from 1/17/24 FTX Hearing (43 pages @ $1.35 per page)($58.05) | 1.00 | 400.95 |
| 02/07/24 | Reliable Wilmington - Deposition/Transcript Daily Transcript - 1st Copy from 10/24/23 FTX Hearing (89 pages @ $1.35 per page) | 1.00 | 120.15 |
| 02/07/24 | Reliable Wilmington - Deposition/Transcript Hourly Transcript - 1st Copy 1/31/24 FTX Hearing (133 pages @ $1.35 per page) | 1.00 | 179.55 |
| 02/07/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/08/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 02/08/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/08/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/08/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/08/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 02/08/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/08/24 | Docket Retrieval / Search | 14.00 | 1.40 |
| 02/08/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/08/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/08/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/08/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/08/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/08/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/08/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/08/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/08/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/08/24 | Docket Retrieval / Search | 2.00 | 0.20 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through February 29, 2024

| | Invoice Date: | March 22, 2024 |
| --- | --- | --- |
| | Invoice Number: | 50050715 |
| | Matter Number: | 102750.1001 |

| Date | Description | Quantity | Amount |
| --- | --- | --- | --- |
| 02/08/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/08/24 | Docket Retrieval / Search | 9.00 | 0.90 |
| 02/08/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/08/24 | Docket Retrieval / Search | 19.00 | 1.90 |
| 02/08/24 | Docket Retrieval / Search | 7.00 | 0.70 |
| 02/08/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/08/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/08/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/08/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 02/08/24 | Docket Retrieval / Search | 17.00 | 1.70 |
| 02/08/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/08/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/08/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/08/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/08/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/08/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 02/08/24 | Docket Retrieval / Search | 7.00 | 0.70 |
| 02/08/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 02/08/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/08/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/08/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/08/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/09/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/09/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/09/24 | Docket Retrieval / Search | 7.00 | 0.70 |
| 02/09/24 | Photocopy Charges Duplication BW | 24.00 | 2.40 |
| 02/09/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/09/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/09/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/09/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/10/24 | Docket Retrieval / Search | 7.00 | 0.70 |
| 02/12/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 02/12/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/13/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/13/24 | Docket Retrieval / Search | 7.00 | 0.70 |
| 02/13/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/13/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/13/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/13/24 | Docket Retrieval / Search | 8.00 | 0.80 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through February 29, 2024

| | | |
|---|---|---|
| Invoice Date: | March 22, 2024 |
| Invoice Number: | 50050715 |
| Matter Number: | 102750.1001 |

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 02/13/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 02/13/24 | Docket Retrieval / Search | 12.00 | 1.20 |
| 02/13/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/13/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 02/13/24 | Docket Retrieval / Search | 9.00 | 0.90 |
| 02/13/24 | Docket Retrieval / Search | 7.00 | 0.70 |
| 02/13/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/13/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/13/24 | Docket Retrieval / Search | 25.00 | 2.50 |
| 02/13/24 | Docket Retrieval / Search | 19.00 | 1.90 |
| 02/13/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/13/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/13/24 | Docket Retrieval / Search | 10.00 | 1.00 |
| 02/13/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/13/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/13/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/13/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/13/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 02/13/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/13/24 | Docket Retrieval / Search | 17.00 | 1.70 |
| 02/15/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/16/24 | Computerized Legal Research Westlaw Search by: KOCHENASH,JARED W | 17.00 | 35.99 |
| 02/19/24 | Photocopy Charges Duplication BW | 18.00 | 1.80 |
| 02/19/24 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 02/19/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/20/24 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 02/20/24 | Photocopy Charges Duplication BW | 61.00 | 6.10 |
| 02/20/24 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 02/20/24 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 02/20/24 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 02/20/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/20/24 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 02/20/24 | Photocopy Charges Duplication BW | 225.00 | 22.50 |
| 02/20/24 | Photocopy Charges Duplication BW | 144.00 | 14.40 |
| 02/20/24 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 02/20/24 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 02/22/24 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 02/22/24 | Photocopy Charges Duplication BW | 8.00 | 0.80 |

Official Committee of Unsecured Creditors re: FTX  
Billing Period through February 29, 2024

| | Invoice Date: | March 22, 2024 |
|---|---|---|
| | Invoice Number: | 50050715 |
| | Matter Number: | 102750.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 02/22/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/22/24 | Photocopy Charges Duplication BW | 31.00 | 3.10 |
| 02/22/24 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 02/22/24 | Photocopy Charges Duplication BW | 31.00 | 3.10 |
| 02/22/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/26/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/27/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/29/24 | PKD LLC dba Manhattan Bagel - Working Meals Lunch from Manhattan Bagel for YCST Attorneys/Co-Counsel Lunch before 2/22 FTX Hearing (4 people) | 1.00 | 84.94 |
| 02/29/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| | **Total** | | **$1,177.23** |

Official Committee of Unsecured Creditors re: FTX | Invoice Date: | March 22, 2024
Billing Period through February 29, 2024 | Invoice Number: | 50050715
| Matter Number: | 102750.1001

**Cost Summary**

| <u>Description</u> | <u>Amount</u> |
|---|---:|
| Computerized Legal Research -WESTLAW | 35.99 |
| Deposition/Transcript | 754.65 |
| Docket Retrieval / Search | 142.00 |
| Reproduction Charges | 61.40 |
| Working Meals | 183.19 |
| **Total** | **$1,177.23** |