# SCHEDULE 1

**Overstated Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**Fifteenth Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 46830 | Name on file | FTX Trading Ltd. | | | FTX Trading Ltd. | |
| | | | AAVE | 0.000000010000000 | | 0.000000010000000 |
| | | | ADABULL | 0.000000013915000 | | 0.000000013915000 |
| | | | ASD | 0.000000005000000 | | 0.000000005000000 |
| | | | AXS | 0.000000005000000 | | 0.000000005000000 |
| | | | BADGER | 0.000000005000000 | | 0.000000005000000 |
| | | | BCH | 0.000000004750000 | | 0.000000004750000 |
| | | | BNB | 0.000000012500000 | | 0.000000012500000 |
| | | | BRZ | 0.011079617597000 | | 0.011079617597000 |
| | | | BTC | 0.000044393643898 | | 0.000044393643898 |
| | | | BTC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BULL | 0.000000009803500 | | 0.000000009803500 |
| | | | BVOL | 0.000000008550000 | | 0.000000008550000 |
| | | | COMP | 0.000000017150000 | | 0.000000017150000 |
| | | | CREAM | 0.000000007500000 | | 0.000000007500000 |
| | | | ETH | 0.000000013750000 | | 0.000000013750000 |
| | | | ETHBULL | 0.000000004935000 | | 0.000000004935000 |
| | | | FTT | 0.000000005564013 | | 0.000000005564013 |
| | | | HNT | 0.000000005000000 | | 0.000000005000000 |
| | | | KNC | 0.000000010000000 | | 0.000000010000000 |
| | | | LTC | 0.000000012500000 | | 0.000000012500000 |
| | | | MKR | 0.000000011000000 | | 0.000000011000000 |
| | | | OMG | 0.000000010000000 | | 0.000000010000000 |
| | | | RUNE | 0.000000005000000 | | 0.000000005000000 |
| | | | SNX | 0.000000005000000 | | 0.000000005000000 |
| | | | USD | 4,000,000.000000000000000 | | 0.010277366033957 |
| | | | USDT | 0.000000015630885 | | 0.000000015630885 |
| | | | YFII | 0.000000009250000 | | 0.000000009250000 |

Other Activity Asserted: None

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 29560 | Name on file | FTX Trading Ltd. | | | FTX Trading Ltd. | |
| | | | AVAX-PERP | | | -0.000000000000042 |
| | | | BTC | | | 0.000000006000000 |
| | | | BTC-PERP | | | 0.000000000000000 |
| | | | ETH | 19,087,613.000000000000000 | | 0.190876130000000 |
| | | | ETH-PERP | | | 0.000000000000000 |
| | | | EUR | 4.678090000000000 | | 4,678.085152360000000 |
| | | | ICP-PERP | | | 0.000000000000227 |
| | | | LTC-PERP | | | -0.000000000000014 |
| | | | SOL-PERP | | | -0.000000000000010 |
| | | | USD | | | 0.000004933845695 |
| | | | USDT | 98,593.000000000000000 | | 985.930204157653000 |

Other Activity Asserted: None

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 9301 | Name on file | FTX Trading Ltd. | | | FTX Trading Ltd. | |
| | | | BAO | 674,000.000000000000000 | | 674,000.000000000000000 |
| | | | FTT | 0.050883035856228 | | 0.050883035856228 |
| | | | KIN | 12,917,936.000000000000000 | | 12,917,936.000000000000000 |
| | | | OXY | 1,332.000000000000000 | | 1,332.000000000000000 |
| | | | USD | 0.000000017162238 | | 0.000000017162238 |
| | | | USDT | 4,712,459,249.000000006801673 | | 0.000000006801673 |

Other Activity Asserted: None

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
|  | Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts. | | | | | |
| 15379 | Name on file | FTX Trading Ltd. | | | FTX Trading Ltd. | |
| | | | AVAX | 4.295944460000000 | | 4.295944460000000 |
| | | | USDT | 200,531.915909634956000 | | 1.915909634956000 |

Other Activity Asserted: None

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 15697 | Name on file | FTX Trading Ltd. | | | FTX Trading Ltd. | |
|---|---|---|---|---|---|---|
| | | | AAVE-PERP | | | 0.000000000000005 |
| | | | APE-PERP | | | 0.000000000007275 |
| | | | ATLAS | 69,904.000000000000000 | | 69,904.468000000000000 |
| | | | AXS-PERP | | | -0.000000000000056 |
| | | | BNB | 376.000000000000000 | | 3.760000000000000 |
| | | | BTC | 0.501000000000000 | | 0.501288620000000 |
| | | | BTC-0624 | | | 0.000000000000000 |
| | | | BTC-0930 | | | 0.000000000000000 |
| | | | BTC-PERP | | | 0.000000000000001 |
| | | | DOT-PERP | | | -0.000000000000113 |
| | | | ETH | 0.859000000000000 | | 0.859000000000000 |
| | | | ETH-0624 | | | 0.000000000000000 |
| | | | ETH-PERP | | | -0.000000000000001 |
| | | | SOL | 70.000000000000000 | | 70.780000000000000 |
| | | | SOL-PERP | | | -0.000000000000056 |
| | | | USD | 3,779.000000000000000 | | 0.006649786902021 |
| | | | USDT | | | 3,779.718521985000000 |

Other Activity Asserted: 69904 coins - atlas

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted, as the customer duplicates Atlas holdings accounted for in the asserted crypto tokens. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 19747 | Name on file | FTX Trading Ltd. | | | West Realm Shires Services Inc. | |
|---|---|---|---|---|---|---|
| | | | BCH | 326,987.000000000000000 | | 0.000000000000000 |
| | | | BTC | 1,369,875.000000000000000 | | 0.000016590000000 |
| | | | ETH | | | 0.000018560000000 |
| | | | ETHW | | | 0.000018560000000 |
| | | | USD | | | 0.001608399907458 |

Other Activity Asserted: None

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 55662 | Name on file | FTX Trading Ltd. | | | FTX Trading Ltd. | |
|---|---|---|---|---|---|---|
| | | | BTC | 25,000.000000000000000 | | 0.000000000000000 |
| | | | ETH | | | 6.799102187923910 |
| | | | ETHW | | | 6.799102187923910 |
| | | | GBP | 25,000.000000000000000 | | 0.000000000000000 |
| | | | LTC | | | 0.000000005258247 |
| | | | USD | 25,000.000000000000000 | | 15.934528496878400 |

Other Activity Asserted: 25000 - I don't know my exact balances approx I had on my account but I can't login tried repeatedly- I also updated my email to xxxxxxxx@gmail.com but neither lets me login

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. No liability exists on account of the 25,000 of unknown asserted quantity referenced in other activity. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 64493 | Name on file | FTX Trading Ltd. | | | FTX Trading Ltd. | |
|---|---|---|---|---|---|---|
| | | | AKRO | 1.000000000000000 | | 1.000000000000000 |
| | | | ALPHA | 0.000000009500460 | | 0.000000009500460 |
| | | | BNT | 0.000000003869802 | | 0.000000003869802 |
| | | | BTC | 0.007103389955045 | | 0.007103389955045 |
| | | | CONV | 0.000000000424000 | | 0.000000000424000 |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity (Asserted) | Debtor (Modified) | Ticker Quantity (Modified) |
|---|---|---|---|---|---|---|
| | | | DOGE | 0.000000008476673 | | 0.000000008476673 |
| | | | EUR | 0.000000006395556 | | 0.000000006395556 |
| | | | FTT | 10.005803985859500 | | 10.005803985859500 |
| | | | RUNE | 0.000000001760000 | | 0.000000001760000 |
| | | | SOL | 0.000000008219558 | | 0.000000008219558 |
| | | | SUN | 61,208,532,875.000000000000000 | | 0.000000000000000 |
| | | | SXP | 0.000000005866000 | | 0.000000005866000 |
| | | | TRX | 1.000515970000000 | | 1.000515970000000 |
| | | | USD | 0.000000002746912 | | 0.000000002746912 |
| | | | WAVES | 0.000000006475896 | | 0.000000006475896 |

Other Activity Asserted: . - .

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity (Asserted) | Debtor (Modified) | Ticker Quantity (Modified) |
|---|---|---|---|---|---|---|
| 84456 | Name on file | FTX Trading Ltd. | | | West Realm Shires Services Inc. | |
| | | | BRZ | | | 2.000000000000000 |
| | | | BTC | | | 0.237099750000000 |
| | | | CUSDT | | | 10.000000000000000 |
| | | | DOGE | 3,000.000000000000000 | | 1,151.003824650000000 |
| | | | ETH | 10.000000000000000 | | 1.853427170000000 |
| | | | ETHW | | | 1.853427170000000 |
| | | | LTC | 3,000.000000000000000 | | 0.000000000000000 |
| | | | SHIB | 4,000.000000000000000 | | 0.000000000000000 |
| | | | SOL | 300.000000000000000 | | 20.101881710000000 |
| | | | TRX | 24.000000000000000 | | 4.000000000000000 |
| | | | USD | | | 0.001243424932357 |
| | | | USDC | 24.000000000000000 | | 0.000000000000000 |

Other Activity Asserted: $17,700 - Ash deposits

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. The customer provided screenshots of prepetition deposits which were accounted for within customer's FTX exchange account activity. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.