# SCHEDULE 1

**Superseded Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**Sixteenth Omnibus Claims Objection**
**Schedule 1 - Superseded Claims**

| | | Claims to be Disallowed | | | | | Surviving Claims | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| 10480 | Name on file | 22-11068 (JTD) FTX Trading Ltd. | JPY<br>USD | 8,972,110.000000000000000<br>847,695.000000000000000 | 43500 | Abiru, Hiroyoshi | 22-11068 (JTD) FTX Trading Ltd. | JPY<br>USD | 8,972,110.195457409946556<br>847,695.816981539711807 |
| 43403 | Name on file | 22-11068 (JTD) FTX Trading Ltd. | JPY<br>USD | 8,972,110.195457409946556<br>847,695.816981539711807 | 43500 | Abiru, Hiroyoshi | 22-11068 (JTD) FTX Trading Ltd. | JPY<br>USD | 8,972,110.195457409946556<br>847,695.816981539711807 |
| 25938 | Name on file | 22-11166 (JTD) FTX EU Ltd. | BTC<br>GBP<br>USD<br>USDT | 0.000094556622203<br>0.000000003607334<br>637,156.243909005000000<br>0.000000004863117 | 25983 | Amey, Marc St John Wolff | 22-11166 (JTD) FTX EU Ltd. | BTC<br>GBP<br>USD<br>USDT | 0.000094556622203<br>0.000000003607334<br>637,156.243909005000000<br>0.000000004863117 |
| 81732 | Name on file | 22-11068 (JTD) FTX Trading Ltd. | FTT<br>USD<br>YFI | 93.700000000000000<br><br>92.000000000000000 | 81763 | BESSON, Jim | 22-11068 (JTD) FTX Trading Ltd. | ADA-PERP<br>BTC-PERP<br>FTT<br>ICP-PERP<br>LUNC-PERP<br>MKR-PERP<br>SOL-PERP<br>USD<br>USDT<br>YFI<br>YFI-PERP | 0.000000000000000<br>0.000000000000000<br>93.700000000000000<br>0.000000000000000<br>0.000000000000014<br>0.000000000000000<br>0.000000000000056<br>-126.008855221821000<br>0.004020795000000<br>0.092000000000000<br>0.000000000000000 |
| 62277 | Name on file | 22-11068 (JTD) FTX Trading Ltd. | BTC<br>CRO<br>ETH<br>USD | 57.008700000000000<br>181.900000000000000<br>14.000089000000000<br>3,055.870000000000000 | 88269 | Blackwell, Melissa | 22-11071 (JTD) West Realm Shires Services Inc. | BTC | 1.000790000000000 |
| 26408 | Name on file | 22-11068 (JTD) FTX Trading Ltd. | 378681669553017388/THE HILL BY FTX #42611<br>ATLAS<br>BTC<br>FTT<br>TRX<br>USD<br>USDT | 1.000000000000000<br>2.580000000000000<br>5,368.000000000000000<br>26.000000000000000<br>121.000000000000000<br>12.500000000000000<br>23.222310000000000 | 59905 | Bordini Santucci, Michele | 22-11068 (JTD) FTX Trading Ltd. | 378681669553017388/THE HILL BY FTX #42611<br>AAVE-PERP<br>ADA-PERP<br>AMPL-PERP<br>APE-PERP<br>ATLAS<br>ATOM-PERP<br>AVAX-PERP<br>BAND-PERP<br>BAT-PERP<br>BCH-PERP<br>BTC<br>BTC-PERP<br>CAKE-PERP<br>CHZ-PERP<br>DOT-PERP<br>EOS-PERP<br>ETC-PERP<br>ETH-PERP<br>FTT<br>LDO-PERP<br>LUNC-PERP<br>MATIC-PERP<br>MER-PERP<br>NEAR-PERP<br>OP-PERP<br>REN-PERP<br>RNDR-PERP<br>SNX-PERP<br>SOL-PERP<br>STEP-PERP<br>SUSHI-PERP<br>TRX<br>USD<br>USDT<br>VET-PERP<br>XRP-PERP<br>XTZ-PERP<br>YFI-PERP | 1.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>2,580.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000053688522560<br>0.000000000000001<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>26.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000121000000000<br>12.496208590541100<br>23,222.310000005100000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000 |

| | | Claims to be Disallowed | | | | | Surviving Claims | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| 32811 | Name on file | 22-11068 (JTD) FTX Trading Ltd. | ATLAS BTC FTT TRX USD USDT | 2,580.000080640000000 0.000053680000000 26.000000000000000 0.000121000000000 12.500000000000000 23,222.310000000000000 | 59905 | Bordini Santucci, Michele | 22-11068 (JTD) FTX Trading Ltd. | 378681669553017388/THE HILL BY FTX #42611 AAVE-PERP ADA-PERP AMPL-PERP APE-PERP ATLAS ATOM-PERP AVAX-PERP BAND-PERP BAT-PERP BCH-PERP BTC BTC-PERP CAKE-PERP CHZ-PERP DOT-PERP EOS-PERP ETC-PERP ETH-PERP FTT LDO-PERP LUNC-PERP MATIC-PERP MER-PERP NEAR-PERP OP-PERP REN-PERP RNDR-PERP SNX-PERP SOL-PERP STEP-PERP SUSHI-PERP TRX USD USDT VET-PERP XRP-PERP XTZ-PERP YFI-PERP | 1.000000000000000 0.000000000000000 0.000000000000000 0.000000000000000 0.000000000000000 2,580.000000000000000 0.000000000000000 0.000000000000000 0.000000000000000 0.000000000000000 0.000000000000000 0.000053688522560 0.000000000000001 0.000000000000000 0.000000000000000 0.000000000000000 0.000000000000000 0.000000000000000 0.000000000000000 26.000000000000000 0.000000000000000 0.000000000000000 0.000000000000000 0.000000000000000 0.000000000000000 0.000000000000000 0.000000000000000 0.000000000000000 0.000000000000000 0.000000000000000 0.000000000000000 0.000000000000000 0.000121000000000 12.496208590541100 23,222.310000005100000 0.000000000000000 0.000000000000000 0.000000000000000 0.000000000000000 |
| 31773 | Name on file | 22-11068 (JTD) FTX Trading Ltd. | ETH ETHW EUR USD | 0.241159420000000 0.241113220000000 0.030000000000000 337,853.000000000000000 | 31863* | Bruzzone, Matteo | 22-11068 (JTD) FTX Trading Ltd. | ETH ETHW EUR USD | 0.241159420000000 0.241113220000000 0.030400000000000 3,378,533,329,183.000000000000000 |
| 72217 | Name on file | 22-11068 (JTD) FTX Trading Ltd. | BLT BOBA EDEN SOL USDC USDT | 13.098080640000000 100,452.706190070000000 | 81369 | CHEN, TZU MING | 22-11068 (JTD) FTX Trading Ltd. | BLT BNB BOBA EDEN SOL USDC USDT | 198.134228700000000 0.244751980000000 59.818690050000000 212.310285230000000 13.098080640000000 100,452.706190070000000 0.000000014024070 |
| 17735 | Name on file | 22-11068 (JTD) FTX Trading Ltd. | BNB BTC EUR USD USDT | 100,170,136.000000000000000 2,644,997.000000000000000 0.000135929373947 0.000032825626208 0.000000112090258 | 17743 | Cerroni, Antonio | 22-11068 (JTD) FTX Trading Ltd. | BNB BTC EUR USD USDT | 1.001701368450000 0.026449971834751 0.000135929373947 0.000032825626208 0.000000112090258 |
| 10284 | Name on file | 22-11068 (JTD) FTX Trading Ltd. | 308162871602743246/FTX EU - WE ARE HERE! #94011 336302913688485803/THE HILL BY FTX #17252 337911560790466971/FTX EU - WE ARE HERE! #93743 375283870284564479/JAPAN TICKET STUB #1718 398687694004014735/FTX AU - WE ARE HERE! #676 | 1.000000000000000 1.000000000000000 1.000000000000000 1.000000000000000 1.000000000000000 | 10310 | Chang, Yen Fang | 22-11068 (JTD) FTX Trading Ltd. | 308162871602743246/FTX EU - WE ARE HERE! #94011 336302913688485803/THE HILL BY FTX #17252 337911560790466971/FTX EU - WE ARE HERE! #93743 375283870284564479/JAPAN TICKET STUB #1718 398687694004014735/FTX AU - WE ARE HERE! #676 | 1.000000000000000 1.000000000000000 1.000000000000000 1.000000000000000 1.000000000000000 |

| | | **Claims to be Disallowed** | | | | | **Surviving Claims** | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| | | | 414323700524535898/FTX AU - WE ARE HERE! #679 | 1.000000000000000 | | | | 414323700524535898/FTX AU - WE ARE HERE! #679 | 1.000000000000000 |
| | | | 458914136893338703/FTX EU - WE ARE HERE! #94592 | 1.000000000000000 | | | | 458914136893338703/FTX EU - WE ARE HERE! #94592 | 1.000000000000000 |
| | | | 462546867272475730/MONTREAL TICKET STUB #1182 | 1.000000000000000 | | | | 462546867272475730/MONTREAL TICKET STUB #1182 | 1.000000000000000 |
| | | | 464113311896156106/FTX CRYPTO CUP 2022 KEY #21433 | 1.000000000000000 | | | | 464113311896156106/FTX CRYPTO CUP 2022 KEY #21433 | 1.000000000000000 |
| | | | 469387350800874184/MEXICO TICKET STUB #428 | 1.000000000000000 | | | | 469387350800874184/MEXICO TICKET STUB #428 | 1.000000000000000 |
| | | | 539996145423235412/NETHERLANDS TICKET STUB #1322 | 1.000000000000000 | | | | 539996145423235412/NETHERLANDS TICKET STUB #1322 | 1.000000000000000 |
| | | | ADA-PERP | 0.000000000000000 | | | | ADA-PERP | 0.000000000000000 |
| | | | BCH | 0.005107670000000 | | | | BCH | 0.005107670000000 |
| | | | BIT | | | | | BIT | 38,046.258178140000000 |
| | | | BNB | 0.004333980000000 | | | | BNB | 0.004333980000000 |
| | | | BTC | 0.000000639995030 | | | | BTC | 0.000000639995030 |
| | | | BTC-PERP | 0.000000000000000 | | | | BTC-PERP | 0.000000000000000 |
| | | | ETH | -0.000000001517540 | | | | ETH | -0.000000001517540 |
| | | | ETH-PERP | 0.000000000000000 | | | | ETH-PERP | 0.000000000000000 |
| | | | FTM | 0.000000008163520 | | | | FTM | 0.000000008163520 |
| | | | FTT | 25.009323225209500 | | | | FTT | 25.009323225209500 |
| | | | FTT-PERP | 0.000000000000000 | | | | FTT-PERP | 0.000000000000000 |
| | | | KIN | 1.000000000000000 | | | | KIN | 1.000000000000000 |
| | | | LINK | 0.001471287705150 | | | | LINK | 161.106277377705150 |
| | | | LINK-PERP | 0.000000000000000 | | | | LINK-PERP | 0.000000000000000 |
| | | | LTC-PERP | 0.000000000000000 | | | | LTC-PERP | 0.000000000000000 |
| | | | MATIC | 0.000000004931870 | | | | MATIC | 0.000000004931870 |
| | | | SOL | 0.000319440000000 | | | | SOL | 0.000319440000000 |
| | | | SOL-PERP | 0.000000000000000 | | | | SOL-PERP | 0.000000000000000 |
| | | | SUSHI | 0.000000003578870 | | | | SUSHI | 0.000000003578870 |
| | | | TRX | 0.000020000000000 | | | | TRX | 0.000020000000000 |
| | | | USD | 0.000000017688907 | | | | USD | 0.000000017688907 |
| | | | USDC | | | | | USDC | 38,807.217205090000000 |
| | | | USDT | 0.000000018235542 | | | | USDT | 13,642.007325989569327 |
| 10291 | Name on file | 22-11068 (JTD) FTX Trading Ltd. | 308162871602743246/FTX EU - WE ARE HERE! #94011 | 1.000000000000000 | 10310 | Chang, Yen Fang | 22-11068 (JTD) FTX Trading Ltd. | 308162871602743246/FTX EU - WE ARE HERE! #94011 | 1.000000000000000 |
| | | | 336302913688485803/THE HILL BY FTX #17252 | 1.000000000000000 | | | | 336302913688485803/THE HILL BY FTX #17252 | 1.000000000000000 |
| | | | 337911560790466971/FTX EU - WE ARE HERE! #93743 | 1.000000000000000 | | | | 337911560790466971/FTX EU - WE ARE HERE! #93743 | 1.000000000000000 |
| | | | 375283870284564479/JAPAN TICKET STUB #1718 | 1.000000000000000 | | | | 375283870284564479/JAPAN TICKET STUB #1718 | 1.000000000000000 |
| | | | 398687694004014735/FTX AU - WE ARE HERE! #676 | 1.000000000000000 | | | | 398687694004014735/FTX AU - WE ARE HERE! #676 | 1.000000000000000 |
| | | | 414323700524535898/FTX AU - WE ARE HERE! #679 | 1.000000000000000 | | | | 414323700524535898/FTX AU - WE ARE HERE! #679 | 1.000000000000000 |
| | | | 458914136893338703/FTX EU - WE ARE HERE! #94592 | 1.000000000000000 | | | | 458914136893338703/FTX EU - WE ARE HERE! #94592 | 1.000000000000000 |
| | | | 462546867272475730/MONTREAL TICKET STUB #1182 | 1.000000000000000 | | | | 462546867272475730/MONTREAL TICKET STUB #1182 | 1.000000000000000 |
| | | | 464113311896156106/FTX CRYPTO CUP 2022 KEY #21433 | 1.000000000000000 | | | | 464113311896156106/FTX CRYPTO CUP 2022 KEY #21433 | 1.000000000000000 |
| | | | 469387350800874184/MEXICO TICKET STUB #428 | 1.000000000000000 | | | | 469387350800874184/MEXICO TICKET STUB #428 | 1.000000000000000 |
| | | | 539996145423235412/NETHERLANDS TICKET STUB #1322 | 1.000000000000000 | | | | 539996145423235412/NETHERLANDS TICKET STUB #1322 | 1.000000000000000 |
| | | | ADA-PERP | 0.000000000000000 | | | | ADA-PERP | 0.000000000000000 |
| | | | BCH | 0.005107670000000 | | | | BCH | 0.005107670000000 |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Claims to be Disallowed** | | | | | **Surviving Claims** | |
| | | | BIT | 13,642.007325971333785 | | | | BIT | 38,046.258178140000000 |
| | | | BNB | 0.004333980000000 | | | | BNB | 0.004333980000000 |
| | | | BTC | 0.000000639995030 | | | | BTC | 0.000000639995030 |
| | | | BTC-PERP | 0.000000000000000 | | | | BTC-PERP | 0.000000000000000 |
| | | | ETH | -0.000000001517540 | | | | ETH | -0.000000001517540 |
| | | | ETH-PERP | 0.000000000000000 | | | | ETH-PERP | 0.000000000000000 |
| | | | FTM | 0.000000008163520 | | | | FTM | 0.000000008163520 |
| | | | FTT | 25.009323225209500 | | | | FTT | 25.009323225209500 |
| | | | FTT-PERP | 0.000000000000000 | | | | FTT-PERP | 0.000000000000000 |
| | | | KIN | 1.000000000000000 | | | | KIN | 1.000000000000000 |
| | | | LINK | 13,642.008797259038935 | | | | LINK | 161.106277377705150 |
| | | | LINK-PERP | 0.000000000000000 | | | | LINK-PERP | 0.000000000000000 |
| | | | LTC-PERP | 0.000000000000000 | | | | LTC-PERP | 0.000000000000000 |
| | | | MATIC | 0.000000004931870 | | | | MATIC | 0.000000004931870 |
| | | | SOL | 0.000319440000000 | | | | SOL | 0.000319440000000 |
| | | | SOL-PERP | 0.000000000000000 | | | | SOL-PERP | 0.000000000000000 |
| | | | SUSHI | 0.000000003578870 | | | | SUSHI | 0.000000003578870 |
| | | | TRX | 0.000020000000000 | | | | TRX | 0.000020000000000 |
| | | | USD | 0.000000017688907 | | | | USD | 0.000000017688907 |
| | | | USDC | 38,807.217205090000000 | | | | USDC | 38,807.217205090000000 |
| | | | USDT | 13,642.007325989569327 | | | | USDT | 13,642.007325989569327 |
| 10298 | Name on file | 22-11068 (JTD) FTX Trading Ltd. | 308162871602743246/FTX EU - WE ARE HERE! #94011 | 1.000000000000000 | 10310 | Chang, Yen Fang | 22-11068 (JTD) FTX Trading Ltd. | 308162871602743246/FTX EU - WE ARE HERE! #94011 | 1.000000000000000 |
| | | | 336302913688485803/THE HILL BY FTX #17252 | 1.000000000000000 | | | | 336302913688485803/THE HILL BY FTX #17252 | 1.000000000000000 |
| | | | 337911560790466971/FTX EU - WE ARE HERE! #93743 | 1.000000000000000 | | | | 337911560790466971/FTX EU - WE ARE HERE! #93743 | 1.000000000000000 |
| | | | 375283870284564479/JAPAN TICKET STUB #1718 | 1.000000000000000 | | | | 375283870284564479/JAPAN TICKET STUB #1718 | 1.000000000000000 |
| | | | 398687694004014735/FTX AU - WE ARE HERE! #676 | 1.000000000000000 | | | | 398687694004014735/FTX AU - WE ARE HERE! #676 | 1.000000000000000 |
| | | | 414323700524535898/FTX AU - WE ARE HERE! #679 | 1.000000000000000 | | | | 414323700524535898/FTX AU - WE ARE HERE! #679 | 1.000000000000000 |
| | | | 458914136893338703/FTX EU - WE ARE HERE! #94592 | 1.000000000000000 | | | | 458914136893338703/FTX EU - WE ARE HERE! #94592 | 1.000000000000000 |
| | | | 462546867272475730/MONTREAL TICKET STUB #1182 | 1.000000000000000 | | | | 462546867272475730/MONTREAL TICKET STUB #1182 | 1.000000000000000 |
| | | | 464113311896156106/FTX CRYPTO CUP 2022 KEY #21433 | 1.000000000000000 | | | | 464113311896156106/FTX CRYPTO CUP 2022 KEY #21433 | 1.000000000000000 |
| | | | 469387350800874184/MEXICO TICKET STUB #428 | 1.000000000000000 | | | | 469387350800874184/MEXICO TICKET STUB #428 | 1.000000000000000 |
| | | | 539996145423235412/NETHERLANDS TICKET STUB #1322 | 1.000000000000000 | | | | 539996145423235412/NETHERLANDS TICKET STUB #1322 | 1.000000000000000 |
| | | | ADA-PERP | 0.000000000000000 | | | | ADA-PERP | 0.000000000000000 |
| | | | BCH | 0.005107670000000 | | | | BCH | 0.005107670000000 |
| | | | BNB | 0.004333980000000 | | | | BIT | 38,046.258178140000000 |
| | | | BTC | 0.000000639995030 | | | | BNB | 0.004333980000000 |
| | | | BTC-PERP | 0.000000000000000 | | | | BTC | 0.000000639995030 |
| | | | ETH | -0.000000001517540 | | | | BTC-PERP | 0.000000000000000 |
| | | | ETH-PERP | 0.000000000000000 | | | | ETH | -0.000000001517540 |
| | | | FTM | 0.000000008163520 | | | | ETH-PERP | 0.000000000000000 |
| | | | FTT | 25.009323225209500 | | | | FTM | 0.000000008163520 |
| | | | FTT-PERP | 0.000000000000000 | | | | FTT | 25.009323225209500 |
| | | | KIN | 1.000000000000000 | | | | FTT-PERP | 0.000000000000000 |
| | | | LINK | 0.001471287705150 | | | | KIN | 1.000000000000000 |
| | | | LINK-PERP | 0.000000000000000 | | | | LINK | 161.106277377705150 |
| | | | LTC-PERP | 0.000000000000000 | | | | LINK-PERP | 0.000000000000000 |
| | | | MATIC | 0.000000004931870 | | | | LTC-PERP | 0.000000000000000 |
| | | | MNGO | 63,603.153587030000000 | | | | MATIC | 0.000000004931870 |
| | | | SOL | 0.000319440000000 | | | | SOL | 0.000319440000000 |
| | | | SOL-PERP | 0.000000000000000 | | | | SOL-PERP | 0.000000000000000 |
| | | | SUSHI | 0.000000003578870 | | | | SUSHI | 0.000000003578870 |
| | | | TRX | 0.000020000000000 | | | | TRX | 0.000020000000000 |
| | | | USD | 0.000000017688907 | | | | USD | 0.000000017688907 |

| | | Claims to be Disallowed | | | | | Surviving Claims | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| | | | USDT | 0.000000018235542 | | | | USDC | 38,807.217205090000000 |
| | | | | | | | | USDT | 13,642.007325989569327 |
| 47852 | Name on file | 22-11068 (JTD) FTX Trading Ltd. | BTC ETH ETH-PERP ETHW USD USDT | 299.100735208235000 0.000000006678124 0.000000000000000 0.000000005343556 -3,905,907.988307820000000 1,000.000000017280000 | 74802 | Chen, Mingyang | 22-11068 (JTD) FTX Trading Ltd. | BTC ETH ETH-PERP ETHW USD USDT | 299.100735208235000 0.000000006678124 0.000000000000000 0.000000005343556 -3,905,907.988307820000000 1,000.000000017280000 |
| 70556 | Name on file | 22-11068 (JTD) FTX Trading Ltd. | | Unliquidated* | 81369 | CHEN, TZU MING | 22-11068 (JTD) FTX Trading Ltd. | BLT BNB BOBA EDEN SOL USDC USDT | 198.134228700000000 0.244751980000000 59.818690050000000 212.310285230000000 13.098080640000000 100,452.706190070000000 0.000000014024070 |
| 81332 | Name on file | 22-11068 (JTD) FTX Trading Ltd. | BLT BOBA EDEN SOL USDC USDT | 198.134228700000000 59.818690050000000 212.310285230000000 13.098080640000000 100,452.706190070000000 0.000000014024070 | 81369 | CHEN, TZU MING | 22-11068 (JTD) FTX Trading Ltd. | BLT BNB BOBA EDEN SOL USDC USDT | 198.134228700000000 0.244751980000000 59.818690050000000 212.310285230000000 13.098080640000000 100,452.706190070000000 0.000000014024070 |
| 25951 | Name on file | 22-11068 (JTD) FTX Trading Ltd. | ETH ETHW LOOKS USD | 9.999100000000000 9.999100000000000 238.891964920000000 185,121.106877167459201 | 89503 | Europa Opportunistic Master Fund | 22-11068 (JTD) FTX Trading Ltd. | ETH ETH-0930 ETHW LOOKS USD | 9.999100000000000 0.000000000000000 9.999100000000000 238.891964920000000 185,121.106877167459201 |
| 39521 | Name on file | 22-11071 (JTD) West Realm Shires Services Inc. | AVAX BAT DAI DOGE ETH ETHW LINK USD USD @ 133925. | 474.581171050000000 1.000000000000000 0.046523040000000 2.000000000000000 0.003197090000000 470.271547800000000 0.898791330000000 133,925.000000000000000 | 60556 | Fay, Christopher Derrick | 22-11071 (JTD) West Realm Shires Services Inc. | AVAX BAT DAI DOGE ETH ETHW LINK USD | 474.581171050000000 1.000000000000000 0.046523040000000 2.000000000000000 0.003197090000000 470.271547800000000 0.898791330000000 133,925.000000000000000 |
| 33618 | Name on file | 22-11068 (JTD) FTX Trading Ltd. | BTC SOL | 9.423875360000000 6.490000000000000 | 75514 | Gomez, Isabella | 22-11068 (JTD) FTX Trading Ltd. | AAVE-PERP APE-PERP ATOM-PERP AVAX-PERP BCH-PERP BTC BTC-PERP CHZ-PERP COMP-PERP DOT-PERP ETH-1230 ETH-PERP FTT-PERP GMT-PERP HBAR-PERP LINK-PERP LUNC-PERP MATIC-PERP OP-PERP RAY-PERP SAND-PERP SNX-PERP SOL SOL-PERP STORJ-PERP SUSHI-PERP THETA-PERP USD XRP-PERP | 0.000000000000000 0.000000000029103 -0.000000000000454 -0.000000000007275 0.000000000000000 9.423875363101750 -0.000000000000035 0.000000000000000 0.000000000000000 0.000000000000000 0.000000000000000 0.000000000000454 0.000000000000000 0.000000000000000 0.000000000000000 0.000000000000000 0.000000000000000 0.000000000000000 0.000000000000000 0.000000000000000 0.000000000000000 0.000000000000000 6.490000005681000 -0.000000000005456 0.000000000000000 0.000000000000000 0.000000000000000 -126,566.723302135000000 0.000000000000000 |

| | | Claims to be Disallowed | | | | | Surviving Claims | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| 75504 | Name on file | 22-11068 (JTD) FTX Trading Ltd. | USD USDT | 248,623.513978837000000 10,791.764778370700000 | 62877 | Harika, Ambati | 22-11068 (JTD) FTX Trading Ltd. | USD USDT | 248,623.513978837000000 10,791.764778370700000 |
| 75506 | Name on file | 22-11068 (JTD) FTX Trading Ltd. | USD USDT | 248,623.513978837000000 10,791.764778370700000 | 62877 | Harika, Ambati | 22-11068 (JTD) FTX Trading Ltd. | USD USDT | 248,623.513978837000000 10,791.764778370700000 |
| 8782 | Name on file | 22-11068 (JTD) FTX Trading Ltd. | USD USDT | 326.717657028750000 169,616.000000000000000 | 8791 | Lewandowska, Izabela Blanka | 22-11068 (JTD) FTX Trading Ltd. | USD USDT | 326.717657028750000 1,696.160000000000000 |
| 19576 | Name on file | 22-11068 (JTD) FTX Trading Ltd. | BTC ETH FTT GALA | 31.000000000000000 220.000000000000000 50.000000000000000 400,000.000000000000000 | 19589 | Measho, Simon Meles | 22-11068 (JTD) FTX Trading Ltd. | BITCOIN BTC-PERP ETHEREUM GALA TRX USD USDT | 31.000000000000000 -0.000000000000001 220.000000000000000 400,000.000000000000000 0.000001000000000 0.071348399531058 0.000000000340565 |
| 13298 | Name on file | 22-11166 (JTD) FTX EU Ltd. | BTC EUR | 7.600110530000000 303,004.000000000000000 | 46566 | MUKOLO-NDJOLO, Mukoko | 22-11068 (JTD) FTX Trading Ltd. | | Unliquidated* |
| 49783 | Name on file | 22-11071 (JTD) West Realm Shires Services Inc. | USD | 150,000.000000000000000 | 58034 | Palley, Rennick B | 22-11071 (JTD) West Realm Shires Services Inc. | USD | 150,000.000000000000000 |
| 44191 | Name on file | 22-11166 (JTD) FTX EU Ltd. | BTC DOGE USDT | 43.195059260000000 1,034,782.277900000000000 613,194.668400000000000 | 90115 | Papadakis, Georgios | 22-11166 (JTD) FTX EU Ltd. | BTC DOGE USDT | 43.195059260000000 1,034,782.277900000000000 613,194.668400000000000 |
| 62382 | Name on file | 22-11166 (JTD) FTX EU Ltd. | BTC ETH ETHW EUR MOB USD | 1.499850000000000 306.331798700000000 306.331798700000000 1,613.077947968580000 2,399.949592869740000 258,108.167958472000000 | 62427 | Prelle, Hanna | 22-11166 (JTD) FTX EU Ltd. | BTC ETH ETHW EUR MOB USD | 1.499850000000000 306.331798700000000 306.331798700000000 1,613.077947968580000 2,399.949592869740000 258,108.167958472000000 |
| 34814 | Name on file | 22-11068 (JTD) FTX Trading Ltd. | USDT | 111,344.000000000000000 | 34844 | Sassen, Victor André | 22-11068 (JTD) FTX Trading Ltd. | USDT | 1,113.440000000000000 |
| 8518 | Name on file | 22-11068 (JTD) FTX Trading Ltd. | BTC FTT (FTT) USD | 2,827,277.000000000000000 1,240,543,263.000000000000000 0.273523183746538 | 8543 | Sosnytskyy, Bohdan | 22-11068 (JTD) FTX Trading Ltd. | BTC FTT (FTT) USD | 0.028272770000000 12.405432630000000 0.273523183746538 |
| 15963 | Name on file | 22-11068 (JTD) FTX Trading Ltd. | BTC USD | 12,000.000000000000000 12,000.000000000000000 | 90005 | Vincent, Randy Ellis | 22-11071 (JTD) West Realm Shires Services Inc. | | Unliquidated* |
| 89897 | Name on file | 22-11071 (JTD) West Realm Shires Services Inc. | | Unliquidated* | 90005 | Vincent, Randy Ellis | 22-11071 (JTD) West Realm Shires Services Inc. | | Unliquidated* |
| 88472 | Name on file | 22-11071 (JTD) West Realm Shires Services Inc. | BTC USDT | 6,403.000000000000000 3,412.400000000000000 | 90005 | Vincent, Randy Ellis | 22-11071 (JTD) West Realm Shires Services Inc. | | Unliquidated* |
| 44101 | Name on file | 22-11068 (JTD) FTX Trading Ltd. | BTC ETH USD USDT | 0.000034430000000 0.000993140000000 0.003104800000000 2,284,267.134126900000000 | 79142 | VegaX Holdings Inc. | 22-11068 (JTD) FTX Trading Ltd. | BTC ETH USD USDT | 0.000034430000000 0.000993140000000 0.003104800000000 2,284,267.134126900000000 |
| 54635 | Name on file | 22-11068 (JTD) FTX Trading Ltd. | BTC ETH USD USDT | 0.000034430000000 0.000993140000000 0.003104800000000 2,284,267.134126900000000 | 79059 | VeaX Holdings Inc. | 22-11068 (JTD) FTX Trading Ltd. | BTC ETH USD USDT | 0.000034430000000 0.009993140000000 0.003104800000000 2,284,267.000000000000000 |
| 23824 | Name on file | 22-11068 (JTD) FTX Trading Ltd. | BTC BTC-PERP ETH-PERP USD USDT | 10.050100000000000 -44.000000000000000 -45.007000000000000 1,141,903.726975960000000 1.500000000000000 | 33715 | Yu, Honglu | 22-11068 (JTD) FTX Trading Ltd. | BTC USD USDT | 10.050100000000000 1,141,903.730000000000000 1.500000000000000 |