# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX TRADING LTD., et al.,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 22-11068 (JTD)<br>)<br>)<br>) |

## NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LISTS

Ian Connor Bifferato hereby requests that he be removed from the CM/ECF noticing list and any other service lists in these cases.

Dated : April 2, 2024

/s/ Ian Connor Bifferato
Ian Connor Bifferato
The Bifferato Firm
112 French St
Wilmington, Delaware 19801
(302) 225-7600
cbifferato@tbf.legal

*Mediator*