**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

    I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll")[2] , the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

    At my direction and under my supervision, employees of Kroll caused Notices of Defective Transfer of Claim, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Defective Transfer Service List attached hereto as **Exhibit A**.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: April 1, 2024

*/s/ Thomas Evangelista*
Thomas Evangelista

State of New York
County of New York


Subscribed and sworn to (or affirmed) before me on April 1, 2024, by Thomas Evangelista, proved to me on the bases of satisfactory evidence to be the person who appeared before me.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1979 | Name on File Address on File | BCP IV LLC Attn: Tim Babich 800 Miramonte Drive Suite 380 Santa Barbara, CA 93109 | January 19, 2024 |
| 2671 | Name on File Address on File | Ceratosaurus Investors, LLC Attn: Michael Linn One Maritime Plaza, Suite 2100 San Francisco, CA 94111 | January 19, 2024 |
| 2675 | Name on File Address on File | Acquisen, LLC Attn: General Counsel PO Box 935190 Dubai United Arab Emirates | January 19, 2024 |
| 2710 | Name on File Address on File | Phoenix Digital LLC Attn: Tian Zeng 42 W 33rd St., 27B New York, NY 10001 | January 5, 2024 |
| 3383 | Name on File Address on File | Arceau 507 II LLC Attn: Michael Bottjer 4 Lakeside Drive Chobham Lakes Woking, Surrey, GU24 8BD United Kingdom | January 5, 2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|-----------|-----------|-----------------|
| 3629 | Name on File<br>Address on File | Phoenix Digital LLC<br>Attn: Tian Zeng<br>42 W 33rd St., 27B<br>New York, NY 10001 | January 5, 2024 |
| 3630 | Name on File<br>Address on File | Phoenix Digital LLC<br>Attn: Tian Zeng<br>42 W 33rd St., 27B<br>New York, NY 10001 | January 5, 2024 |
| 3649 | Name on File<br>Address on File | Lavanda Sands, L.L.C.<br>c/o Crowell & Moring LLP<br>Attn: Timothy Lin<br>590 Madison Avenue<br>New York, NY 10022 | January 5, 2024 |
| 3652 | Name on File<br>Address on File | Hudson Bay Claim Fund LLC<br>c/o Hudson Bay Capital<br>Management LP<br>Attn: Matthew Weinstein and<br>Chad Flick<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830 | January 19, 2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3653 | Name on File Address on File | Hudson Bay Claim Fund LLC c/o Hudson Bay Capital Management LP Attn: Matthew Weinstein and Chad Flick 28 Havemeyer Place, 2nd Floor Greenwich, CT 06830 | January 26, 2024 |
| 3678 | Name on File Address on File | Federico Natali Attn: Federico Natali P.O. Box Number: 75719 Dubai United Arab Emirates | January 5, 2024 |
| 3705 | Name on File Address on File | Phoenix Digital LLC Attn: Tian Zeng 42 W 33rd St., 27B New York, NY 10001 | January 5, 2024 |
| 3740 | Name on File Address on File | Nexxus Participation Vehicle III LLC Attn: Tim Babich 8000 Miramonte Drive Suite 380 Santa Barbara, CA 93109 | January 5, 2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3742 | Name on File<br>Address on File | Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP<br>c/o Olympus Peak Asset Management<br>Attn: Leah Silverman<br>177 West Putnam Ave.<br>Suite 2622-S1<br>Greenwich, CT 06831 | January 5, 2024 |
| 3760 | Name on File<br>Address on File | Phoenix Digital LLC<br>Attn: Tian Zeng<br>42 W 33rd St., 27B<br>New York, NY 10001 | January 5, 2024 |
| 3761 | Name on File<br>Address on File | Phoenix Digital LLC<br>Attn: Tian Zeng<br>42 W 33rd St., 27B<br>New York, NY 10001 | January 5, 2024 |
| 3791 | Name on File<br>Address on File | Advanced Legal P.C.<br>Attn: Woong Kyu Sung<br>258 Steilen Avenue<br>Ridgewood, NJ 07450 | January 5, 2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|------------|------------|-----------------|
| 3792 | Name on File<br>Address on File | Advanced Legal P.C.<br>Attn: Woong Kyu Sung<br>258 Steilen Avenue<br>Ridgewood, NJ 07450 | January 5, 2024 |
| 3976 | Name on File<br>Address on File | Olympus Peak Trade Claims<br>Opportunities Fund I Non-ECI<br>Master LP<br>c/o Olympus Peak Asset<br>Management<br>Attn: Leah Silverman<br>177 West Putnam Ave.<br>Suite 2622-S1<br>Greenwich, CT 06831 | January 5, 2024 |
| 4006 | Name on File<br>Address on File | Oaktree Value Opportunities Fund<br>Holdings, L.P.<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019 | January 26, 2024 |
| 4013 | Name on File<br>Address on File | Contrarian Funds, LLC<br>Attn: Alpa Jimenez<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830 | January 5, 2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4014 | Name on File<br>Address on File | Contrarian Funds, LLC<br>Attn: Alpa Jimenez<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830 | January 5, 2024 |
| 4045 | Name on File<br>Address on File | 117 Partners LLC<br>Attn: Thomas Braziel<br>5 Greyhen Lane<br>Savannah, GA 31411 | January 12, 2024 |
| 4066 | Name on File<br>Address on File | Canyon Distressed Opportunity<br>Master Fund III, L.P<br>Attn: James Pagnam<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | January 12, 2024 |
| 4067 | Name on File<br>Address on File | Canyon NZ-DOF Investing, L.P.<br>Attn: James Pagnam<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | January 12, 2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4089 | Name on File Address on File | Phoenix Digital LLC Attn: Tian Zeng 42 W 33rd St., 27B New York, NY 10001 | January 12, 2024 |
| 4090 | Name on File Address on File | Phoenix Digital LLC Attn: Tian Zeng 42 W 33rd St., 27B New York, NY 10001 | January 12, 2024 |
| 4096 | Name on File Address on File | Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP c/o Olympus Peak Asset Management Attn: Leah Silverman 177 West Putnam Ave. Suite 2622-S1 Greenwich, CT 06831 | January 19, 2024 |
| 4099 | Name on File Address on File | Lavanda Sands, L.L.C. c/o Crowell & Moring LLP Attn: Timothy Lin 590 Madison Avenue New York, NY 10022 | January 12, 2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4103 | Name on File<br>Address on File | Oaktree Value Opportunities Fund Holdings, L.P.<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019 | January 19, 2024 |
| 4120 | Name on File<br>Address on File | Ceratosaurus Investors, LLC<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Franciso, CA 94111 | January 12, 2024 |
| 4140 | Name on File<br>Address on File | Contrarian Funds, LLC<br>Attn: Trade Claims Group<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830 | January 5, 2024 |
| 4142 | Name on File<br>Address on File | Contrarian Funds, LLC<br>Attn: Trade Claims Group<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830 | January 12, 2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4144 | Name on File<br>Address on File | Contrarian Funds, LLC<br>Attn: Keith McCormack<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830 | January 5, 2024 |
| 4183 | Name on File<br>Address on File | 117 Partners Ltd.<br>Attn: Thomas Braziel<br>5 Greyhen Lane<br>Savannah, GA 31411 | January 12, 2024 |
| 4184 | Name on File<br>Address on File | 117 Partners Ltd.<br>Attn: Thomas Braziel<br>6.20 World Trade Center<br>6 Bayside Road<br>GX11 1AA<br>Gibraltar | January 12, 2024 |
| 4186 | Name on File<br>Address on File | 117 Partners Ltd.<br>Attn: Thomas Braziel<br>5 Greyhen Lane<br>Savannah, GA 31411 | January 12, 2024 |
| 4189 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lington Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | January 5, 2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4210 | Name on File<br>Address on File | Chua Soon Guan<br>Block 134 Bedok Reservoir<br>Road #07-1237<br>470134<br>Singapore | January 5, 2024 |
| 4225 | Name on File<br>Address on File | Svalbard Holdings Limited<br>Attestor Value Master Fund LP<br>c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, W1H 7JW<br>United Kingdom | January 19, 2024 |
| 4226 | Name on File<br>Address on File | Svalbard Holdings Limited<br>Attestor Value Master Fund LP<br>c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, W1H 7JW<br>United Kingdom | January 19, 2024 |
| 4308 | Name on File<br>Address on File | DCP Master Investments XV LLC<br>c/o Diameter Capital Partners, LP<br>Attn: General Counsel<br>55 Hudson Yards, Suite 29B<br>New York, NY 10001 | January 19, 2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4330 | Name on File Address on File | Fulcrum Credit Partners LLC Attn: Amelia Harris 111 Congress Avenue, Suite 2550 Austin, TX 78701-4044 | January 19, 2024 |
| 4331 | Name on File Address on File | Fulcrum Credit Partners LLC 111 Congress Avenue Suite 2550 Austin, TX 78701-4044 | January 19, 2024 |
| 4440 | Name on File Address on File | Phoenix Digital LLC Attn: Tian Zeng 42 W 33rd St., 27B New York, NY 10001 | January 5, 2024 |
| 4446 | Name on File Address on File | Wireless Mouse I, LLC Attn: Lingtong Sun 2120 University Avenue Berkeley, CA 94704 | January 26, 2024 |
| 4452 | Name on File Address on File | Svalbard Holdings Limited Attestor Value Master Fund LP c/o Attestor Limited Attn: Steve Gillies 7 Seymour Street London, W1H 7JW United Kingdom | January 19, 2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4453 | Name on File<br>Address on File | Svalbard Holdings Limited<br>Attestor Value Master Fund LP<br>c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, W1H 7JW<br>United Kingdom | January 19, 2024 |
| 4456 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | January 26, 2024 |
| 4457 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | January 26, 2024 |
| 4458 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | January 26, 2024 |
| 4459 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | January 26, 2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4461 | Name on File Address on File | Hudson Bay Claim Fund LLC c/o Hudson Bay Capital Management LP Attn: Matthew Weinstein and Chad Flick 28 Havemeyer Place, 2nd Floor Greenwich, CT 06830 | January 19, 2024 |
| 4505 | Name on File Address on File | Wireless Mouse I, LLC Attn: Lingtong Sun 2120 University Avenue Berkeley, CA 94704 | January 26, 2024 |
| 4518 | Name on File Address on File | Third Web Capital Management, LLC Attn: Brett Lyons 920 Incline Way, Suite 2D Incline Village, NV 89451 | January 26, 2024 |
| 4519 | Name on File Address on File | Third Web Capital Management, LLC Attn: Brett Lyons 920 Incline Way, Suite 2D Incline Village, NV 89451 | January 26, 2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4520 | Name on File<br>Address on File | Third Web Capital Management, LLC<br>Attn: Brett Lyons<br>920 Incline Way, Suite 2D<br>Incline Village, NV 89451 | January 26, 2024 |
| 4521 | Name on File<br>Address on File | Svalbard Holdings Limited<br>Attestor Value Master Fund LP<br>c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, W1H 7JW<br>United Kingdom | January 26, 2024 |
| 4578 | Name on File<br>Address on File | Fulcrum Credit Partners LLC<br>Attn: Amelia Harris<br>111 Congress Avenue, Suite 2550<br>Austin, TX 78701-4044 | January 19, 2024 |
| 4579 | Name on File<br>Address on File | Fulcrum Credit Partners LLC<br>Attn: Amelia Harris<br>111 Congress Avenue, Suite 2550<br>Austin, TX 78701-4044 | January 19, 2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4631 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | January 26, 2024 |
| 4632 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | January 26, 2024 |
| 4633 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | January 26, 2024 |
| 4634 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | January 26, 2024 |
| 4635 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | January 26, 2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4642 | Name on File<br>Address on File | Arceau 507 II LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey<br>GU24 8BD<br>United Kingdom | January 26, 2024 |
| 4665 | Name on File<br>Address on File | Ceratosaurus Investors, L.L.C.<br>c/o Farallon Capital<br>Management, L.L.C.<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | January 5, 2024 |
| 4671 | Name on File<br>Address on File | Svalbard Holdings Limited<br>Attestor Value Master Fund LP<br>c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, W1H 7JW<br>United Kingdom | January 26, 2024 |
| 4672 | Name on File<br>Address on File | FC Cayman A, L.L.C.<br>c/o Willkie Farr & Gallagher LLP<br>Attn: Joseph G. Minias, Esq.<br>787 Seventh Avenue<br>New York, New York 10019 | January 26, 2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|------------|------------|-----------------|
| 4673 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | January 26, 2024 |
| 4676 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | January 26, 2024 |
| 4677 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | January 26, 2024 |
| 4697 | Name on File<br>Address on File | Fire Bouvardia, L.L.C.<br>c/o Crowell & Moring LLP<br>Attn: Timothy Lin<br>389 9th Ave, 44th Floor<br>New York, NY 10001 | January 12, 2024 |
| 4699 | Name on File<br>Address on File | Boway Holdings, LLC<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019 | January 26, 2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4722 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | January 26, 2024 |
| 4725 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | January 26, 2024 |
| 4727 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | January 26, 2024 |
| 4728 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | January 26, 2024 |
| 4731 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | January 26, 2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4747 | Name on File<br>Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive Chobham lakes<br>Woking, Surrey<br>GU24 8BD<br>United Kingdom | January 12, 2024 |
| 4865 | Name on File<br>Address on File | Boway Holdings, LLC<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019 | January 19, 2024 |
| 4867 | Name on File<br>Address on File | Canyon Distressed Opportunity<br>Master Fund III, L.P<br>Attn: James Pagnam, Legal<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | January 26, 2024 |
| 4868 | Name on File<br>Address on File | Canyon Distressed TX (A) LLC<br>Attn: James Pagnam, Legal<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | January 26, 2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4869 | Name on File<br>Address on File | Canyon Distressed TX (B) LLC<br>Attn: James Pagnam, Legal<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | January 26, 2024 |
| 4870 | Name on File<br>Address on File | Canyon NZ-DOF Investing, L.P.<br>Attn: James Pagnam, Legal<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | January 26, 2024 |
| 4871 | Name on File<br>Address on File | The Canyon Value Realization<br>Master Fund, L.P.<br>Attn: James Pagnam, Legal<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | January 26, 2024 |
| 4918 | Name on File<br>Address on File | Ceratosaurus Investors, L.L.C.<br>c/o Farallon Capital Management,<br>L.L.C.<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | January 26, 2024 |