**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: April 1, 2024

*/s/ Thomas Evangelista*
Thomas Evangelista

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 1, 2024, by Thomas Evangelista, proved to me on the bases of satisfactory evidence to be the person who appeared before me.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1856 | Name on File<br>Address on File | Contrarian Funds, LLC<br>Attn: Alpa Jimenez<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830 | February 23, 2024 |
| 2733 | Name on File<br>Address on File | Svalbard Holdings Limited<br>Attestor Value Master Fund LP<br>c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, W1H 7JW<br>United Kingdom | February 23, 2024 |
| 3712 | Name on File<br>Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>800 Miramonte Drive, Suite 380<br>Santa Barbara, CA 93109 | February 9, 2024 |
| 4188 | Name on File<br>Address on File | 117 Partners Ltd<br>Attn: Thomas Braziel<br>5 Greyhen Ln.<br>Savannah, GA 31411 | February 9, 2024 |
| 4190 | Name on File<br>Address on File | Ceratosaurus Investors, LLC<br>c/o Farallon Capital Management, LLC<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | February 2, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4468 | Name on File<br>Address on File | Oaktree Value Opportunities Fund Holdings, LP<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019 | February 2, 2024 |
| 4566 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | February 9, 2024 |
| 4568 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | February 9, 2024 |
| 4596 | Name on File<br>Address on File | Oaktree Value Opportunities Fund Holdings, LP<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019 | February 9, 2024 |
| 4610 | Name on File<br>Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza, First Floor<br>Greenwich, CT 06830 | February 9, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4615 | Name on File<br>Address on File | White Star Capital International Limited<br>Attn: Patrick Recasens Morente<br>La Plaiderie House<br>La Plaiderie<br>St Peter Port, GY11WG<br>Guersney | February 9, 2024 |
| 4627 | Name on File<br>Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza, First Floor<br>Greenwich, CT 06830 | February 9, 2024 |
| 4760 | Name on File<br>Address on File | Arceau X LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive Chobham Lakes<br>Woking, Surrey GU24 8BD<br>United Kingdom | February 2, 2024 |
| 4921 | Name on File<br>Address on File | Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP<br>c/o Olympus Peak Asset Management<br>Attn: Leah Silverman<br>177 West Peak Putnam Ave.<br>Suite 2622-SI<br>Greenwich, CT 06831 | February 2, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5066 | Name on File<br>Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>800 Miramonte Drive, Suite 380<br>Santa Barbara, CA 93109 | February 16, 2024 |
| 5078 | Name on File<br>Address on File | Ceratosaurus Investors, LLC<br>c/o Farallon Capital Management, LLC<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | February 2, 2024 |
| 5086 | Name on File<br>Address on File | Ceratosaurus Investors, LLC<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | February 2, 2024 |
| 5089 | Name on File<br>Address on File | FTX Claims SPV LLC<br>Attn: Anh Le<br>475 Sansome St., Suite 730<br>San Francisco, CA 94111 | February 2, 2024 |
| 5108 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | February 9, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5123 | Name on File<br>Address on File | Boway Holdings, LLC<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019 | February 16, 2024 |
| 5127 | Name on File<br>Address on File | Boway Holdings, LLC<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019 | February 16, 2024 |
| 5152 | Name on File<br>Address on File | Ceratosaurus Investors, LLC<br>c/o Farallon Capital Management, LLC<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | February 9, 2024 |
| 5214 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | February 2, 2024 |
| 5235 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | February 16, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5240 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | February 23, 2024 |
| 5242 | Name on File<br>Address on File | Oaktree Opportunities Fund XI Holdings (Cayman), L.P<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019 | February 23, 2024 |
| 5256 | Name on File<br>Address on File | Boway Holdings, LLC<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019 | February 16, 2024 |
| 5258 | Name on File<br>Address on File | Boway Holdings, LLC<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019 | February 16, 2024 |
| 5260 | Name on File<br>Address on File | Boway Holdings, LLC<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019 | February 23, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5261 | Name on File<br>Address on File | Boway Holdings, LLC<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019 | February 23, 2024 |
| 5270 | Name on File<br>Address on File | Phoenix Digital LLC<br>Attn: Tian Zeng<br>42 W 33rd St., 27B<br>New York, NY 10001 | February 2, 2024 |
| 5321 | Name on File<br>Address on File | Boway Holdings, LLC<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019 | February 23, 2024 |
| 5322 | Name on File<br>Address on File | Boway Holdings, LLC<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019 | February 23, 2024 |
| 5364 | Name on File<br>Address on File | FTX Claims SPV LLC<br>Attn: Anh Le<br>475 Sansome St., Suite 730<br>San Francisco, CA 94111 | February 23, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5399 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | February 2, 2024 |
| 5442 | Name on File<br>Address on File | FTX Claims SPV LLC<br>Attn: Anh Le<br>475 Sansome St., Suite 730<br>San Francisco, CA 94111 | February 2, 2024 |
| 5443 | Name on File<br>Address on File | FTX Claims SPV LLC<br>Attn: Anh Le<br>475 Sansome St., Suite 730<br>San Francisco, CA 94111 | February 2, 2024 |
| 5465 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | February 2, 2024 |
| 5552 | Name on File<br>Address on File | 117 Partners LLC<br>Attn: Thomas Braziel<br>5 Greyhen Lane<br>Savannah, GA 31411 | February 23, 2024 |
| 5553 | Name on File<br>Address on File | 117 Partners LLC<br>Attn: Thomas Braziel<br>5 Greyhen Lane<br>Savannah, GA 31411 | February 23, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5557 | Name on File<br>Address on File | 117 Partners Ltd<br>Attn: Thomas Braziel<br>6.20 World Trade Center<br>6 Bayside Road<br>GX11 1AA<br>Gibraltar | February 23, 2024 |
| 5559 | Name on File<br>Address on File | 117 Partners Ltd<br>Attn: Thomas Braziel<br>6.20 World Trade Center<br>6 Bayside Road<br>GX11 1AA<br>Gibraltar | February 23, 2024 |
| 5562 | Name on File<br>Address on File | 117 Partners Ltd<br>Attn: Thomas Braziel<br>6.20 World Trade Center<br>6 Bayside Road<br>GX11 1AA<br>Gibraltar | February 23, 2024 |
| 5580 | Name on File<br>Address on File | Boway Holdings, LLC<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019 | February 16, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5602 | Name on File<br>Address on File | Ceratosaurus Investors, LLC<br>c/o Farallon Capital Management, LLC<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | February 9, 2024 |
| 5607 | Name on File<br>Address on File | Phoenix Digital LLC<br>Attn: Tian Zeng<br>42 W 33rd St., 27B<br>New York, NY 10001 | February 9, 2024 |
| 5608 | Name on File<br>Address on File | Phoenix Digital LLC<br>Attn: Tian Zeng<br>42 W 33rd St., 27B<br>New York, NY 10001 | February 9, 2024 |
| 5633 | Name on File<br>Address on File | Ceratosaurus Investors, LLC<br>c/o Farallon Capital Management, LLC<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | February 23, 2024 |
| 5656 | Name on File<br>Address on File | Azure Distressed Opportunities Corporation<br>Attn: Ngeow Wu Tien<br>4th Floor, Harbour Palace<br>103 South Church Street<br>Grand Cayman, KY1-1002<br>Cayman Islands | February 2, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5658 | Name on File<br>Address on File | FTX Claims SPV LLC<br>Attn: Anh Le<br>475 Sansome St., Suite 730<br>San Francisco, CA 94111 | February 2, 2024 |
| 5667 | Name on File<br>Address on File | Phoenix Digital LLC<br>Attn: Tian Zeng<br>42 W 33rd St., 27B<br>New York, NY 10001 | February 2, 2024 |
| 5668 | Name on File<br>Address on File | Boway Holdings, LLC<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019 | February 2, 2024 |
| 5719 | Name on File<br>Address on File | 117 Partners Ltd<br>Attn: Thomas Braziel<br>6.20 World Trade Center<br>6 Bayside Road<br>GX11 1AA<br>Gibraltar | February 23, 2024 |
| 5722 | Name on File<br>Address on File | 117 Partners Ltd<br>Attn: Thomas Braziel<br>6.20 World Trade Center<br>6 Bayside Road<br>GX11 1AA<br>Gibraltar | February 9, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5723 | Name on File<br>Address on File | 117 Partners Ltd<br>Attn: Thomas Braziel<br>6.20 World Trade Center<br>6 Bayside Road<br>GX11 1AA<br>Gibraltar | February 9, 2024 |
| 5725 | Name on File<br>Address on File | 117 Partners Ltd<br>Attn: Thomas Braziel<br>6.20 World Trade Center<br>6 Bayside Road<br>GX11 1AA<br>Gibraltar | February 16, 2024 |
| 5746 | Name on File<br>Address on File | Olympus Peak Trade Claims<br>Opportunities Fund I<br>Non-ECI Master LP<br>c/o Olympus Peak Asset Management<br>Attn: Leah Silverman<br>177 West Peak Putnam Ave.<br>Suite 2622-SI<br>Greenwich, CT 06831 | February 9, 2024 |
| 5748 | Name on File<br>Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>800 Miramonte Drive, Suite 380<br>Santa Barbara, CA 93109 | February 9, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5756 | Name on File<br>Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>800 Miramonte Drive, Suite 380<br>Santa Barbara, CA 93109 | February 9, 2024 |
| 5760 | Name on File<br>Address on File | Trup Recovery LLC<br>c/o: Riva Ridge Capital Management LP<br>Attn: Stephen Golden<br>55 Fifth Avenue, 18th Floor<br>New York, NY 10003 | February 9, 2024 |
| 5776 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | February 16, 2024 |
| 5778 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | February 16, 2024 |
| 5910 | Name on File<br>Address on File | Fire Bouvardia, L.L.C.<br>c/o Crowell & Moring LLP<br>Attn: Timothy Lin<br>389 9th Ave., 44th Floor<br>New York, NY 10001 | February 23, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5917 | Name on File<br>Address on File | FTX Claims SPV LLC<br>Attn: Anh Le<br>475 Sansome St., Suite 730<br>San Francisco, CA 94111 | February 16, 2024 |
| 5926 | Name on File<br>Address on File | Hudson Bay Claim Fund LLC<br>c/o Hudson Bay Capital Management LP<br>Attn: Matthew Weinstein and Chad Flick<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830 | February 23, 2024 |
| 5927 | Name on File<br>Address on File | Hudson Bay Claim Fund LLC<br>c/o Hudson Bay Capital Management LP<br>Attn: Matthew Weinstein and Chad Flick<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830 | February 23, 2024 |
| 5936 | Name on File<br>Address on File | Nexxus Participation Vehicle III LLC<br>c/o Nexxus Holdings Operations LLC<br>Attn: Timothy Babich<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109 | February 16, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5968 | Name on File<br>Address on File | Phoenix Digital LLC<br>Attn: Tian Zeng<br>42 W 33rd St., 27B<br>New York, NY 10001 | February 16, 2024 |
| 5971 | Name on File<br>Address on File | Phoenix Digital LLC<br>Attn: Tian Zeng<br>42 W 33rd St., 27B<br>New York, NY 10001 | February 16, 2024 |
| 5973 | Name on File<br>Address on File | Phoenix Digital LLC<br>Attn: Tian Zeng<br>42 W 33rd St., 27B<br>New York, NY 10001 | February 23, 2024 |
| 5974 | Name on File<br>Address on File | Phoenix Digital LLC<br>Attn: Tian Zeng<br>42 W 33rd St., 27B<br>New York, NY 10001 | February 16, 2024 |
| 5982 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | February 23, 2024 |
| 5984 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | February 23, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5986 | Name on File<br>Address on File | Lavanda Sands, LLC<br>c/o Crowell & Moring LLP<br>Attn: Timothy Lin<br>590 Madison Avenue<br>New York, NY 10022 | February 16, 2024 |
| 5990 | Name on File<br>Address on File | Nexxus Participation Vehicle III LLC<br>c/o Nexxus Holdings<br>Operations LLC<br>Attn: Timothy Babich<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109 | February 16, 2024 |
| 5996 | Name on File<br>Address on File | Canyon Balanced Master Fund, L.P.<br>c/o Canyon Capital Advisors LLC<br>Attn: James Pagnam and Legal<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | February 23, 2024 |
| 6000 | Name on File<br>Address on File | Canyon Balanced Master Fund, L.P.<br>c/o Canyon Capital Advisors LLC<br>Attn: James Pagnam and Legal<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | February 23, 2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 6028 | Name on File<br>Address on File | Arceau 507 II LLC<br>Attn: Michael Bottjer<br>4 Lakeside Drive Chobham Lakes<br>Woking, Surrey GU24 8BD<br>United Kingdom | February 23, 2024 |