**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**



In re:

      **FTX Trading Ltd.,** *et al.*

            Debtors

Chapter 11
Case No. 22-11068
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of 12% of the claim referenced in this evidence and notice, which is 100% of Advanced Legal P.C.'s rights to this claim.

| Name of Transferor | Name of Transferee |
|---|---|
| **Advanced Legal P.C.** as Assignee *of Min Ju Kim* | **TRC Master Fund LLC** |

| Transferor's Address: | Transferee's address for notices and payment: |
|---|---|
| 258 Steilen Avenue Ridgewood NJ 07450, USA | PO Box 633 Woodmere, NY 11598 |
| Attn: Woong Kyu Sung Email: contact@ftxlegalclinic.com | Attn: Terrel Ross Email: tross@trcmllc.com |

|  | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim(s) | FTX Trading Ltd. | 22-11068 | Unique Customer Code: 05841435 Confirmation ID: 3265-70-ADFGZ-992164450 Schedule #: 6645670 | As detailed on Schedule F |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____       Date:    03/28/2024

DocuSigned by:
*TERREL ROSS*
73F51C3A3995457...
Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Annex A

## EVIDENCE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE

TO:  Clerk, United States Bankruptcy Court, District of Delaware

**Advanced Legal P.C.,** assignee of Min Ju Kim, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, do hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to **TRC Master Fund LLC**, its successors and assigns, ("<u>Buyer</u>"), all right, title and interest in and to the claim(s) the ("<u>Claim</u>") of Seller, identified below, against FTX Trading Ltd., et al., in the United States Bankruptcy Court, District of Delaware, Case No. 22-11068.

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim(s) | FTX Trading Ltd. | 22-11068 | Unique Customer Code: 05841435<br>Confirmation ID: 3265-70-ADFGZ-992164450<br>Schedule #: 6645670 | As described on Schedule F (see Exhibit A for Supporting Documents) |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.

**Buyer:**

**TRC Master Fund LLC**

By: _TERREL ROSS_
DocuSigned by:
73F51C3A3995457...

Name:  Terrel Ross

Title:  Managing Member

Email:  tross@trcmllc.com

Date: 03/28/2024

**Seller:**

**Advanced Legal P.C.**

By: 戊
DocuSigned by:
7D3443672F4044D...

Name:  Woong Kyu Sung

Title:  Managing Partner

Email:  contact@ftxlegalclinic.com

Date: 03/27/2024

**EXHIBIT A**

SCHEDULED CLAIM(S) / PROOF(S) OF CLAIM

**Excerpt from creditor email with Unique Customer Code:**

Your Unique Customer Code is 05841435

Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:

ATOM[0.0318727900000000]
BTC[2.6069975670000000]
DOGE[0.8737780000000000]
MANA[0.7017950000000000]
MATIC[0.0335515400000000]
SOL[0.0097548750000000]
TRX[3284.0000000000000000]
USD[230179.7487976145169158]
USDT[0.0000000004712064]
XRP[0.4760987700000000]

**Excerpt from Schedule F:**

| | |
|---|---|
| 05841435 | ATOM[0.0318727900000000],BTC[2.6069975670000000],DOGE[0.8737780000000000],MANA[0.7017950000000000],MATIC[0.0335515400000000],SOL[0.0097548750000000],TRX[3284.0000000000000000],USD[230179.7487976145169158],USDT[0.0000000004712064],XRP[0.4760987700000000] |

**Excerpt from Amended Schedule F:**

| | | | |
|---|---|---|---|
| 05841435 | | ATOM[.03187279], BTC[2.60699756], BTC-PERP[0], DOGE[.873778], MANA[.701795], MATIC[.03355154], SOL[0.00975487], TRX[3284], USD[230179.75], USDT[0], XRP[.47609877] | Yes |