# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Re. D.I. 5529** |

### NOTICE OF WITHDRAWAL WITH PREJUDICE OF MOTION OF MARTHA LAMBRIANOU TO DISMISS BANKRUPTCY CASE OF FTX EU LTD.

PLEASE TAKE NOTICE that Martha Lambrianou hereby withdraws, with prejudice, the *Motion of Martha Lambrianou to Dismiss Bankruptcy Case of FTX Europe AG* [Docket No. 5529].

Dated:  April 3, 2024
Wilmington, Delaware

/s/ *Christopher Viceconte*
Christopher Viceconte (No. 5568)
GIBBONS P.C.
300 Delaware Avenue, Suite 1015
Wilmington, Delaware 19801-1671
Telephone:  (302) 518-6300
E-mail: cviceconte@gibbonslaw.com

Robert K. Malone (*admitted pro hac vice*)
Brett S. Theisen (*admitted pro hac vice*)
GIBBONS P.C.
One Gateway Center
Newark, New Jersey  07102
Telephone:  (973) 596-4500
E-mail:  rmalone@gibbonslaw.com
         btheisen@gibbonslaw.com

*Counsel to Martha Lambrianou*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in the above-captioned jointly-administered chapter 11 cases, a complete list of the debtors (collectively, "**Debtors**") and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.