IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

RECEIVED
2024 APR -2 PM 4:04
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., et al.,

Debtors.

Chapter 11

Case No. 22-11068 (JTD)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee**
Phoenix TF, LLC

Name and address where notices and payments to transferee should be sent:
Phoenix TF, LLC
418 Broadway Ste R
Albany, NY 12207
Attention: Jonathan Forsgren
Email: customerservice@phoenixtf.co.uk

**Name of Transferor**



| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule No. 6509336 | | | West Realm Shires Services Inc. | 22-11071 |
| Confirmation ID No. 3265-70-PMCFY-247122797; 3265-70-GQAMY-600310449 | | | West Realm Shires Services Inc. | 22-11071 |
| Customer Code No. 09795585 | | | West Realm Shires Services Inc. | 22-11071 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

*Jonathan Forsgren*
Transferee/Transferee's Agent

Date: 4/1/24

PSA 2024-1

page 1

# KROLL

**Creditor Information -** 

### Creditor
Name on File
Address on File

### Debtor Name
West Realm Shires Services Inc.

### Date Filed
n/a

### Claim Number
n/a

## Claim Amounts

| Claim Nature | Schedule Amount | C* U* D* | Asserted Claim Amount | C* U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Transfers, objections, stipulations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.

## Claim Additional Info

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | TRX | 8.0 |
| CRYPTO | SHIB | 16.0 |
| CRYPTO | MATIC | 39.70258405 |
| CRYPTO | ETH | 2.81873645 |
| CRYPTO | DOGE | 4.0 |
| CRYPTO | BRZ | 3.0 |
| CRYPTO | ETHW | 1.23257329 |
| FIAT | USD | 0.0000101936189724 |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s.

**Identity of Transferor**

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.