# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll")[2] , the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Defective Transfer of Claim, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Defective Transfer Service List attached hereto as **Exhibit A**.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: April 2, 2024

*/s/ Thomas Evangelista*
Thomas Evangelista

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 2, 2024, by Thomas Evangelista, proved to me on the bases of satisfactory evidence to be the person who appeared before me.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3703 | Name on File<br>Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations 2<br>Greenwich Plaza, First Floor<br>Greenwich, CT 06830 | February 23, 2024 |
| 4084 | Name on File<br>Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>800 Miramonte Drive, Suite 380<br>Santa Barbara, CA 93109 | February 23, 2024 |
| 4086 | Name on File<br>Address on File | Phoenix Digital LLC<br>Attn: Tian Zeng<br>42 W 33rd St., 27B<br>New York, NY 10001 | February 2, 2024 |
| 4146 | Name on File<br>Address on File | Contrarian Funds, LLC<br>Attn: Keith McCormack<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830 | February 2, 2024 |
| 4570 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | February 2, 2024 |
| 4571 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | February 2, 2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4576 | Name on File<br>Address on File | Phoenix Digital LLC<br>Attn: Tian Zeng<br>42 W 33rd St., 27B<br>New York, NY 10001 | February 16, 2024 |
| 4608 | Name on File<br>Address on File | Ceratosaurus Investors, LLC<br>c/o Farallon Capital Management, LLC<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | February 16, 2024 |
| 4630 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | February 2, 2024 |
| 4784 | Name on File<br>Address on File | Fulcrum Credit Partners LLC<br>Attn: Amelia Harris<br>111 Congress Avenue, Suite 2550<br>Austin, Texas 78701-4044 | February 16, 2024 |
| 4786 | Name on File<br>Address on File | Fulcrum Credit Partners LLC<br>Attn: Amelia Harris<br>111 Congress Avenue, Suite 2550<br>Austin, Texas 78701-4044 | February 16, 2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4915 | Name on File<br>Address on File | Fire Bouvardia, L.L.C.<br>c/o Crowell & Moring LLP<br>Attn: Timothy Lin<br>389 9th Ave, 44th Floor<br>New York, NY 10001 | February 2, 2024 |
| 5044 | Name on File<br>Address on File | HBK Master Fund L.P.<br>c/o HBK Services LLC<br>Attn: Isaac S. Haas<br>2300 North Field Street, Suite 2200<br>Dallas, TX 75201 | February 2, 2024 |
| 5057 | Name on File<br>Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>800 Miramonte Drive, Suite 380<br>Santa Barbara, CA 93109 | February 2, 2024 |
| 5058 | Name on File<br>Address on File | Federico Natali<br>P.O. Box Number 75719<br>Dubai, United Arab Emirates | February 2, 2024 |
| 5060 | Name on File<br>Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>800 Miramonte Drive, Suite 380<br>Santa Barbara, CA 93109 | February 2, 2024 |
| 5061 | Name on File<br>Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>800 Miramonte Drive, Suite 380<br>Santa Barbara, CA 93109 | February 2, 2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5062 | Name on File<br>Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>800 Miramonte Drive, Suite 380<br>Santa Barbara, CA 93109 | February 2, 2024 |
| 5063 | Name on File<br>Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>800 Miramonte Drive, Suite 380<br>Santa Barbara, CA 93109 | February 2, 2024 |
| 5064 | Name on File<br>Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>800 Miramonte Drive, Suite 380<br>Santa Barbara, CA 93109 | February 16, 2024 |
| 5065 | Name on File<br>Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>800 Miramonte Drive, Suite 380<br>Santa Barbara, CA 93109 | February 2, 2024 |
| 5067 | Name on File<br>Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>800 Miramonte Drive, Suite 380<br>Santa Barbara, CA 93109 | February 16, 2024 |
| 5126 | Name on File<br>Address on File | Boway Holdings, LLC<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019 | February 23, 2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5135 | Name on File<br>Address on File | Fire Bouvardia, L.L.C<br>c/o Crowell & Moring LLP<br>Attn: Timothy Lin<br>389 9th Ave., 44th Floor<br>New York, NY 10001 | February 23, 2024 |
| 5148 | Name on File<br>Address on File | Ceratosaurus Investors, LLC<br>c/o Farallon Capital Management, LLC<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | February 23, 2024 |
| 5162 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | February 23, 2024 |
| 5163 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | February 23, 2024 |
| 5164 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | February 23, 2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5165 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | February 23, 2024 |
| 5166 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | February 23, 2024 |
| 5167 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | February 23, 2024 |
| 5168 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | February 23, 2024 |
| 5169 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | February 23, 2024 |
| 5170 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | February 23, 2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5171 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | February 23, 2024 |
| 5172 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | February 23, 2024 |
| 5173 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | February 23, 2024 |
| 5174 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | February 23, 2024 |
| 5175 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | February 23, 2024 |
| 5176 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | February 23, 2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5177 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | February 23, 2024 |
| 5178 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | February 23, 2024 |
| 5196 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | February 23, 2024 |
| 5197 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | February 23, 2024 |
| 5198 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | February 23, 2024 |
| 5205 | Name on File<br>Address on File | Fire Bouvardia, L.L.C.<br>c/o Crowell & Moring LLP<br>Attn: Timothy Lin<br>389 9th Ave., 44th Floor<br>New York, NY 10001 | February 23, 2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5206 | Name on File<br>Address on File | Fire Bouvardia, L.L.C.<br>c/o Crowell & Moring LLP<br>Attn: Timothy Lin<br>389 9th Ave., 44th Floor<br>New York, NY 10001 | February 23, 2024 |
| 5245 | Name on File<br>Address on File | DCP Master Investments XV LLC<br>c/o Diameter Capital Partners, LP<br>Attn: Shailini Rao<br>55 Hudson Yards, Suite 29B<br>New York, NY 10001 | February 23, 2024 |
| 5248 | Name on File<br>Address on File | DCP Master Investments XV LLC<br>c/o Diameter Capital Partners, LP<br>Attn: Shailini Rao<br>55 Hudson Yards, Suite 29B<br>New York, NY 10001 | February 23, 2024 |
| 5257 | Name on File<br>Address on File | Boway Holdings, LLC<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019 | February 23, 2024 |
| 5259 | Name on File<br>Address on File | Boway Holdings, LLC<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019 | February 23, 2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5298 | Name on File<br>Address on File | Canyon Balanced Master Fund, Ltd<br>c/o Canyon Capital Advisors LLC<br>Attn: James Pagnam and Legal<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | February 23, 2024 |
| 5299 | Name on File<br>Address on File | Canyon Distressed TX (A) LLC<br>c/o Canyon Capital Advisors LLC<br>Attn: James Pagnam and Legal<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | February 23, 2024 |
| 5300 | Name on File<br>Address on File | Canyon Distressed TX (B) LLC<br>c/o Canyon Capital Advisors LLC<br>Attn: James Pagnam and Legal<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | February 23, 2024 |
| 5301 | Name on File<br>Address on File | Canyon Value Realization Fund, L.P.<br>c/o Canyon Capital Advisors LLC<br>Attn: James Pagnam and Legal<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | February 23, 2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5302 | Name on File<br>Address on File | The Canyon Value Realization Master Fund, L.P.<br>c/o Canyon Capital Advisors LLC<br>Attn: James Pagnam and Legal<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | February 23, 2024 |
| 5327 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704 | February 23, 2024 |
| 5401 | Name on File<br>Address on File | Ceratosaurus Investors, LLC<br>c/o Farallon Capital Management, LLC<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | February 23, 2024 |
| 5639 | Name on File<br>Address on File | Canyon Distressed Opportunity Master Fund III, L.P.<br>c/o Canyon Capital Advisors LLC<br>Attn: James Pagnam<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | February 23, 2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5640 | Name on File<br>Address on File | Canyon NZ-DOF Investing, L.P.<br>c/o Canyon Capital Advisors LLC<br>Attn: James Pagnam<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | February 23, 2024 |