# **<u>EXHIBIT A</u>**

# **To be Filed Separately**