**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>Hearing Date: May 15, 2024, at 1:00 pm (ET)<br>Objection Deadline: April 17, 2024, at 4:00 pm (ET) |

**NOTICE OF MOTION TO VACATE THE ORDER GRANTING FTX DEBTORS'**
**MOTION TO ESTIMATE CLAIMS BASED ON DIGITAL ASSETS**
**WITH RESPECT TO NUGENESIS OU AND NUGENESIS PTY LTD**

**PLEASE TAKE NOTICE** that on April 3, 2024, NuGenesis Ou and NuGenesis PTY Ltd. (collectively, "NuGen") filed the *Motion to Vacate The Order Granting FTX Debtors' Motion to Estimate Claims Based on Digital Assets With Respect to Nugenesis Ou and Nugenesis PTY Ltd* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that if you oppose the Motion or if you want the court to consider your views regarding the Motion, you must file a written response with the Court detailing your objection or response by **April 17 ,2024, at 4:00 p.m. (ET).** You must also serve a copy of your response upon undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion is scheduled for **May 15, 2024, at 1:00 PM (ET)** before the Honorable John T. Dorsey in Courtroom No. 5, Fifth Floor, in the United States Bankruptcy Court located at 824 N. Market Street, Wilmington, Delaware 19801.

**IF YOU DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.**

Dated: April 3, 2024
Wilmington, Delaware

**GELLERT SCALI BUSENKELL & BROWN LLC**

*/s/ Michael Busenkell*
Michael Busenkell (No. 3933)
1201 N. Orange St., Ste. 300
Wilmington, DE  19801
Phone: (302) 425-5800
Fax:    (302) 425-5814
mbusenkell@gsbblaw.com

*Counsel for NuGenesis Ou and NuGenesis PTY Ltd*