# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 3, 2024, I caused a true and correct copy of *Motion to Vacate The Order Granting FTX Debtors' Motion to Estimate Claims Based on Digital Assets With Respect to Nugenesis Ou and Nugenesis PTY Ltd* to be electronically filed and served via CM/ECF upon all parties requesting electronic notices in this case and additionally upon the parties below via electronic mail:

| LANDIS RATH & COBB LLP | SULLIVAN & CROMWELL LLP |
|---|---|
| Adam G. Landis, Esq. | Andrew G. Dietderich, Esq. |
| Kimberly A. Brown, Esq. | James L. Bromley, Esq. |
| Matthew R. Pierce, Esq. | Brian D. Glueckstein, Esq. |
| 919 Market Street, Suite 1800 | Alexa J. Kranzley, Esq. |
| Wilmington, Delaware 19801 | 125 Broad Street |
| E-mail: landis@lrclaw.com | New York, NY 10004 |
| brown@lrclaw.com | E-mail: dietdericha@sullcrom.com |
| pierce@lrclaw.com | bromleyj@sullcrom.com |
|  | gluecksteinb@sullcrom.com |
|  | kranzleya@sullcrom.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | PAUL HASTINGS LLP |
| Matthew B. Lunn, Esq. | Kristopher M. Hansen, Esq. |
| Robert F. Poppiti, Jr., Esq. | Erez E. Gilad, Esq. |
| Jared W. Kochenash, Esq. | Gabriel E. Sasson, Esq. |
| 1000 North King Street | 200 Park Avenue |
| Wilmington, DE 19801 | New York, NY 10166 |
| Email: mlunn@ycst.com | Email: krishansen@paulhastings.com |
| rpoppiti@ycst.com | erezgilad@paulhastings.com |
| jkochenash@ycst.com | gabesasson@paulhastings.com |

Office of the United States Trustee
Linda Richenderfer, Esq.
Benjamin A. Hackman, Esq.
Jonathan W. Lipshie, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov
linda.richenderfer@usdoj.gov
jon.lipshie@usdoj.gov

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)