# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: Docket No. 3399** |

### NOTICE OF WITHDRAWAL WITH PREJUDICE OF MOTION OF PATRICK GRUHN, ROBIN MATZKE, AND LOREM IPSUM UG TO DISMISS BANKRUPTCY CASE OF MACLAURIN INVESTMENTS, LTD.

PLEASE TAKE NOTICE that Patrick Gruhn, Robin Matzke, and Lorem Ipsum UG hereby withdraw, with prejudice, the Motion of Patrick Gruhn, Robin Matzke, and Lorem Ipsum UG to Dismiss Bankruptcy Case of Maclaurin Investments, Ltd. [Docket No. 3399].

Dated:  April 3, 2024
Wilmington, Delaware

*/s/ Laura Davis Jones*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | THE DALEY LAW FIRM LLC |
| Peter J. Keane (DE Bar No. 5503) | Darrell Daley (admitted *pro hac vice*) |
| PACHULSKI STANG ZIEHL & JONES LLP | Samantha Neal (admitted *pro hac vice*) |
| 919 North Market Street, 17th Floor | 4845 Pearl East Circle, Suite 101 |
| P.O. Box 8705 | Boulder, Colorado 80301 |
| Wilmington, Delaware 19801 | Telephone: (303) 479-3500 |
| Telephone:    (302) 652-4100 | Email: Darrell@daleylawyers.com |
| Facsimile:    (302) 652-4400 | Samantha@daleylawyers.com |
| Email:           ljones@pszjlaw.com | |
|                       pkeane@pszjlaw.com | - and - |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in the above-captioned jointly-administered chapter 11 cases, a complete list of the debtors (collectively, "**Debtors**") and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

MORRISON COHEN LLP
Joseph T. Moldovan (admitted pro hac vice)
Heath D. Rosenblat (admitted pro hac vice)
Jason P. Gottlieb (admitted pro hac vice)
Michael Mix (pro hac vice pending)
909 Third Avenue, 27th Floor
New York, New York 10022
Telephone: (212) 735-8600
Facsimile: (212) 735-8708
Email:  jmoldovan@morrisoncohen.com
            hrosenblat@morrisoncohen.com
            jgottlieb@morrisoncohen.com
            mmix@morrisoncohen.com

*Counsel to Lorem Ipsum UG, Patrick Gruhn, and Robin Matzke*