## EXHIBIT A

PROPOSED ORDER

{02002263;v1 }

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> FTX TRADING LTD., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br> (Jointly Administered) <br><br> **Re: Dkt. No.** |

**ORDER AUTHORIZING THE EXAMINER'S
EMPLOYMENT OF ASHBY & GEDDES, P.A. AS DELAWARE COUNSEL, *NUNC PRO
TUNC* TO THE APPOINTMENT DATE**

Upon the application (the "Application")[2] of Robert J. Cleary, the examiner ("Examiner") appointed in the above-captioned bankruptcy cases (the "Chapter 11 Cases"), for entry of an order authorizing the employment of Ashby & Geddes, P.A. ("Ashby") as his Delaware counsel, *nunc pro tunc* to the Appointment Date (March 20, 2024), pursuant to Bankruptcy Code sections 105 and 327, Bankruptcy Rule 2014, Local Rule 2014-1, and paragraph 10 of this Court's Examination Scope Order (ECF No. 9883); the Court having reviewed the Application, the Cleary Declaration, and the DeBaecke Declaration; and this Court having jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being satisfied that (i) Ashby does not represent any

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of Debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Application.

{02002263;v1 }

interests adverse to the Debtors or their estates that would preclude its employment as Delaware counsel to the Examiner for his investigation, (ii) Ashby is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code, and (iii) the relief sought in the Application is necessary and in the best interests of the Debtors and their estates; and it appearing that timely and sufficient notice of the Application was given to interested parties in accordance with the Bankruptcy Code, the Bankruptcy Rules and the Local Rules; and no other notice need be given; and after due deliberation and sufficient cause appearing thereof it is hereby **ORDERED** as follows:

1. The Application is GRANTED to the extent set forth herein.

2. The Examiner's employment of Ashby as his Delaware counsel, *nunc pro tunc* to the Appointment Date, in accordance with the terms and conditions set forth in the Application, the Cleary Declaration, and the DeBaecke Declaration, is approved.

3. Ashby is authorized to provide the Examiner with the professional services as described in the Application.

4. Ashby shall apply for compensation and reimbursement of expenses in accordance with the Interim Compensation Order (ECF No. 435), Bankruptcy Code sections 330 and 331, and any other applicable provisions of the Bankruptcy Rules and Local Rules.

5. Prior to any increase in Ashby's rates, Ashby shall file a supplemental affidavit with the Court and provide at least 10 business days' notice to the Debtors, the U.S. Trustee, and the Creditors' Committee.

6. The Examiner and Ashby may take all actions necessary to effectuate the relief granted by this Order.

7. This Order shall be effective and enforceable immediately upon entry.

8. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

{02002263;v1}                              3