# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>   Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>**Hearing Date: April 24, 2024, at 2:00 p.m. (ET)**<br>**Obj. Deadline: April 17, 2024, at 4:00 p.m. (ET)** |

### NOTICE OF EXAMINER'S APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT OF ASHBY & GEDDES, P.A. AS DELAWARE COUNSEL, *NUNC PRO TUNC* TO THE APPOINTMENT DATE

**PLEASE TAKE NOTICE** that on April 3, 2024, Robert J. Cleary, in his capacity as examiner appointed in the above-captioned bankruptcy cases, filed the attached *Examiner's Application for an Order Authorizing the Employment of Ashby & Geddes, P.A. as Delaware Counsel, Nunc Pro Tunc to the Appointment Date* (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application will be held on **April 24, 2024, at 2:00 p.m. (Eastern Time)** before the Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{02002263;v1 }

**PLEASE TAKE FURTHER NOTICE** that any responses to the Application must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, Third Floor, Wilmington, Delaware 19801, and served upon the undersigned, so as to be received on or before **April 17, 2024**, at 4:00 p.m. (prevailing Eastern Time).

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: April 3, 2024

**ASHBY & GEDDES, P.A.**

By: */s/ Michael D. DeBaecke*
Michael D. DeBaecke (No. 3186)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Telephone: (302) 654-1888
Email: mdebaecke@ashbygeddes.com

-and-

**PATTERSON BELKNAP WEBB & TYLER LLP**
Daniel A. Lowenthal (admitted *pro hac vice*)
Kimberly A. Black (admitted *pro hac vice*)
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
Email: dalowenthal@pbwt.com
Email: kblack@pbwt.com

*Proposed Counsel to Robert J. Cleary in his capacity as Chapter 11 Examiner appointed in the above-captioned Chapter 11 Cases*