## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors.[1] | (Jointly Administered) |
| | Related Docket No. 3657 |

### NOTICE OF WITHDRAWAL WITH PREJUDICE MOTION OF BRANDON WILLIAMS TO DISMISS THE BANKRUPTCY CASE OF MACLAURIN INVESTMENTS, LTD. BY JOINING IN AND ADOPTING THE PREVIOUSLY FILED MOTION TO DISMISS OF THE LI PARTIES

PLEASE TAKE NOTICE that Brandon Williams, as a party in interest under Bankruptcy Code § 1109(b), withdraws, with prejudice, his motion to dismiss (Docket No. 3657) this bankruptcy case for lack of subject matter jurisdiction by joining in and adopting the previously filed motion of Patrick Gruhn, Robin Matzke, and Lorem Ipsum UG ("LI Parties") to dismiss this bankruptcy case for lack of subject matter jurisdiction. (LI Parties Motion) (Doc. 3399).

---

[1]     The last four digits of FTX Trading Ltd.'s tax identification number and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in the above-captioned jointly-administered chapter 11 cases, a complete list of the debtors (collectively, "Debtors") and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: April 4, 2024                          GEBHARDT & SMITH LLP

                                              By:    */s/ David V. Fontana, Esq.*
                                              David V. Fontana, Esq. (No. 4805)
                                              Lawrence J. Gebhardt, Esq. (*pro hac vice*)
                                              1000 N. West Street, Suite 1200
                                              Wilmington, DE 19801
                                              T: (302) 650-9642
                                              E-Mail: dfont@gebsmith.com

                                              *Attorneys for Defendant,*
                                              *Brandon Williams*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 4, 2024, this Notice of Withdrawal with Prejudice Motion of Brandon Williams to Dismiss the Bankruptcy Case of Maclaurin Investments, Ltd. by Joining in and Adopting the Previously Filed Motion to Dismiss of the LI Parties was served via ECF on all parties that have requested notice in this case.

*/s/ David V. Fontana, Esq.*
David V. Fontana, Esquire