**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.,* | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee
**Fire Bouvardia, L.L.C.**
Last Four Digits of Acct #: N/A

Name of Transferor
**Opps CY Holdings, LLC**
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:

c/o Crowell & Moring LLP
389 9th Ave, 44th Floor
New York, NY 10001
Attention: Timothy Lin
Email 1: tlin@crowell.com
Email 2: FTX@kingstreet.com

Address of Transferor:
1301 Avenue of the Americas
34th Floor
New York, NY 10019
Attention: Colin McLafferty
E-mail: cmclafferty@oaktreecapital.com

**Case No.:** 22-11068 et seq.

| Schedule/Claim No. | Amount | Debtor |
|---|---|---|
| FTX Trading Ltd. Amended Customer Claim Schedule F-10 (See attached Excerpts)  Schedule No. 6182296 | 50% | FTX Trading Ltd. |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                    Date: April 3, 2024
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.
18 U.S.C. §§ 152 & 3571.

## EXHIBIT A

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

**TO:   THE DEBTORS AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Opps CY Holdings, LLC (the "Seller"), hereby unconditionally and irrevocably sells, transfers and assigns to  Fire Bouvardia, L.L.C. (the "Buyer") 50% of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim, designated in the Bankruptcy Case (as defined below) as described below, that was asserted against FTX Trading Ltd. and its affiliated debtors (collectively, the "Debtors"), in the proceedings captioned *In re: FTX Trading Ltd., et al*, Case No. 22-11068 (JTD) (Jointly Administered) (the "Bankruptcy Case") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all other proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

| Schedule/Claim No. | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|
| FTX Trading Ltd. Amended Customer Claim Schedule F-10 Schedule Number: 6182296 | 50% | FTX Trading Ltd. | 22-11068 |

Seller hereby waives any objection to the transfer of the claim to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as might be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the foregoing claim and recognizing Buyer as the sole owner and holder of the claim. Seller further directs the Debtors, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, are to be delivered or made to Buyer.

*(remainder of page blank)*

A-1

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed as of April 3, 2024.

**SELLER:**

**OPPS CY HOLDINGS, LLC,** as Buyer

By:       Oaktree Fund GP 2A, Ltd.
Its:        Manager
By:       Oaktree Capital Management Fund, L.P.
Its:        Director

By: _____
        Name:   Colin McLafferty
        Title:  Vice President

By: _____
        Name:   David Nicoll
        Title:  Managing Director

**BUYER**:

**FIRE BOUVARDIA, L.L.C.**

By: _____
Name: Timothy Lin
Title: Authorized Signatory

A-2

032-8243/7030188.5

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed as of April 3, 2024.

**SELLER:**

**OPPS CY HOLDINGS, LLC,** as Buyer

By:      Oaktree Fund GP 2A, Ltd.
Its:      Manager
By:      Oaktree Capital Management Fund, L.P.
Its:      Director

By: _____
   Name:  Colin McLafferty
   Title:  Vice President

By: _____
   Name:  David Nicoll
   Title:  Managing Director

**BUYER**:

**FIRE BOUVARDIA, L.L.C.**

By: _____
Name: Timothy Lin
Title: Authorized Signatory

A-2

Amended Customer Claim Schedule (June 27, 2023)

| 02178182 | | [ETH[13280.0016], ETHW[13280.0016], USD[786.47], USDT[0.12633550] | | |
|---|---|---|---|---|