UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

CHEROKEE
ACQUISITION

| In re: | Chapter 11 |
|---|---|
| FTX TRADING LTD., *et al.,* | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**ATLS 5, Ltd., assignee of (Redacted)**

Name and Current Address of Transferor:
**ATLS 5, Ltd., assignee of (Redacted)**
**Attn: Salomon Betesh**
**Insurgentes Sur 1722**
**Mexico City, CDMX 01030, Mexico**

Name of Transferee:

**Ceratosaurus Investors, LLC**

Name and Address where notices and payments to transferee should be sent:
**Ceratosaurus Investors, LLC**
**Attn: Michael Linn**
**One Maritime Plaza, Suite 2100**
**San Francisco, CA 94111**

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 39953 | ATLS 5, Ltd., assignee of (Redacted) | Unliquidated (stated in crypto) | FTX Trading Ltd. | 22-11068 |
| Schedule No. 6753103 | ATLS 5, Ltd., assignee of (Redacted) | as described on Register (attached) | FTX Trading Ltd. | 22-11068 |
| Confirmation ID No. 3265-70-JLOMK-676645507 | ATLS 5, Ltd., assignee of (Redacted) | Unliquidated (stated in crypto) | FTX Trading Ltd. | 22-11068 |
| Customer Code No. 00166275 | ATLS 5, Ltd., assignee of (Redacted) | as described on Schedule F (attached) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                    Date: ____ April 3 , 2024
Transferee/Transferee's Agent

# Creditor Data Details - Claim # 39953

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Name on file | FTX Trading Ltd. | 39953 |
| Address on file | **Date Filed** | **Schedule Number** |
| | 08/15/2023 | 6753103 |
| | | **Confirmation ID** |
| | | 3265-70-JLOMK-676645507 |

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | **$0.00** | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

| | | | | |
|---|---|---|---|---|
| 00166275 | | 1INCH[0], 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], ALCX-PERP[0], ALGO-PERP[0], AMPL[0], AMPL-PERP[0], APE[.043485], APE-PERP[0], APT[.0263], APT-PERP[0], ASD[0], ASD-PERP[0], ATLAS[8.1745], ATLAS-PERP[0], AVAX[0.07971502], AVAX-PERP[0], AXS-PERP[0], BADGER-PERP[0], BAL-2020122520], BAL-PERP[0], BAO-PERP[0], BAT[13270.81955], BCH[0.35470360], BCH-PERP[0], BNB[0], BNB-PERP[0], BOLSONARO2022[0], BRZ[364218.60734504], BSV-PERP[0], BTC-2020122520], BTC[23.68850110], BTC-PERP[0], CELD.05620610], CEL-PERP[0], COMP-PERP[0], CONV-PERP[0], CREAM[.00000001], CREAM-2020122520], CREAM-PERP[0], CRV[446.55407493], CRV-PERP[0], DAI[0], DMG[.00000001], DMG-PERP[0], DOGE-PERP[0], DOT-PERP[0], DYDX[.45409449], DYDX-PERP[0], EN0[.005161], ENS-PERP[0], EOS-PERP[0], ETH-0x30[0], ETH[1114.00199918], ETH-123[0], ETH-PERP[0], ETHW[0], FIL-PERP[0], FTT[9.62125567], FTT-PERP[0], GRT[0], GRT-PERP[0], HOLY-PERP[0], HUM-PERP[0], KIN-PERP[0], KLUNC-PERP[0], LINA-PERP[0], LINK[0], LINK-PERP[0], LTC[0], LTC-2020122520], LTC-PERP[0], LUNA2[0.00168074], LUNA2_LOCKED[0.00394274], LUNC-PERP[0], MANA[51953.9523], MASK-PERP[0], MATIC[3.58593333], MATIC-PERP[0], MKR[.00041075], MKR-2020042520], MKR-PERP[0], MTA-PERP[0], NEAR-PERP[0], OMG[05073], OMG-PERP[0], OP-PERP[0], PERP-PERP[0], POLIS[.07024], POLIS-PERP[0], RENBTC[0.00002037], ROOK[.0022167], ROOK-PERP[0], RUNE[0], RUNE-PERP[0], SAND[2741B.03145], SAND-PERP[0], SC-PERP[0], SECO-PERP[0], SHIB-PERP[0], SLP[6.0575], SLP-PERP[0], SNX[0.02471105], SNX-PERP[0], SOL[0.00226349], SOL-0x00[0], SOL-PERP[0], STEP[.06302], STEP-PERP[0], STMX-PERP[0], SUSHI-PERP[0], SXP-PERP[0], TOMO[0], TOMO-PERP[0], TRU[.42785], TRU-PERP[0], TRX-PERP[0], TSLA[.00000002], TSLAPRE[0], UNI[0.03077940], UNI-PERP[0], USD[49169334.73], USDT[0.23950956], USTC[0.23919181], USTC-PERP[0], XMR-PERP[0], XRP[0], XRP-2020122520], XRP-2021123120], XRP-PERP[0], YFI[0], YFI-PERP[0], ZEC-PERP[0], ZRX-PERP[0] | | |

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.