# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FTX TRADING LTD., *et al.*, [1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br><br> (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Melissa Diaz, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 27, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Notice Parties Service List attached hereto as **Exhibit A**:

- Reservation of Rights of Kroll Restructuring Administration LLC in Connection with the Motion of Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP to Require Debtors Claims and Noticing Agent to Recognize and Record Transfer of Claim to Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP [Docket No. 10519]

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: April 1, 2024

          */s/ Melissa Diaz*
          Melissa Diaz

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 1, 2024, by Melissa Diaz, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**<u>Exhibit A</u>**

Case 22-11068-JTD    Doc 11211    Filed 04/04/24    Page 3 of 4

**<u>Exhibit A</u>**

Exhibit A
Notice Parties Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| Aelysir Technologies Ltd | Alessandro Piras | 3rd Floor Norvin House | 45-55 Commercial Street Case | London | | E1 6BD | United Kingdom | bluedealconsultingltd@gmail.com | Overnight Mail and Email |
| ASHBY & GEDDES, P.A. | ATTN: RICARDO PALACIO | | | | | | | RPALACIO@ASHBYGEDDES.COM | Email |
| Eisenberg, Esq., Martin | | | | | | | | me@martineisenberglaw.con | Email |
| LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, KIMBERLY A. BROWN, MATTHEW R. PIERCE,MATTHEW MCGUIRE | | | | | | | LANDIS@LRCLAW.COM; BROWN@LRCLAW.COM; PIERCE@LRCLAW.COM; MCGUIRE@LRCLAW.COM | Email |
| NAME ON FILE | ADDRESS ON FILE | | | | | | | | Overnight Mail |
| NAME ON FILE | ADDRESS ON FILE | | | | | | | EMAIL ON FILE | Overnight Mail and Email |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: BENJAMIN A. HACKMAN, DAVID GERARDI, JON.LIPSHIE | | | | | | | BENJAMIN.A.HACKMAN@USDOJ.GOV; DAVID.GERARDI@USDOJ.GOV; JON.LIPSHIE@USDOJ.GOV | Email |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: LINDA RICHENDERFER, ESQ., Joseph James McMahon, Jr. | | | | | | | LINDA.RICHENDERFER@USDOJ.GOV; joseph.mcmahon@usdoj.gov | Email |
| SP Multi Claims Holdings, LLC | 2 Greenwich Plaza, Suite 1 | | | Greenwich | CT | 06830 | | rbeacher@pryorcashman.com | Overnight Mail and Email |
| SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, JAMES L. BROMLEY, BRIAN D. GLUECKSTEIN, ALEXA J. KRANZLEY | | | | | | | DIETDERICHA@SULLCROM.COM; BROMLEYJ@SULLCROM.COM; GLUECKSTEINB@SULLCROM.COM; KRANZLEYA@SULLCROM.COM | Email |
| Young Conaway | Attn: Jared W Kochenash, Matthew Barry Lunn, Robert F. Poppiti, Jr. | | | | | | | jkochenash@ycst.com; mlunn@ycst.com; rpoppiti@ycst.com | Email |