# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered) |

**ORDER PURUSANT TO 11 U.S.C. 107(c), AND FED. R. BANKR. P. 9018 SEALING EXHIBIT A TO MOTION TO VACATE THE ORDER GRANTING FTX DEBTORS' MOTION TO ESTIMATE CLAIMS BASED ON DIGITAL ASSETS WITH RESPECT TO NUGENESIS OU AND NUGENESIS PTY LTD**

Upon consideration of the *Motion to Vacate The Order Granting FTX Debtors' Motion to Estimate Claims Based on Digital Assets With Respect to Nugenesis Ou and Nugenesis PTY Ltd*, (the "Motion")[1] filed by NuGenesis Ou and NuGenesis PTY Ltd. (collectively, "NuGen") the Court finds and concludes as follows:

    A.    The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2).

    B.    Venue is proper in this District under 28 U.S.C. §§ 1408 and 1409.

**It is hereby ORDERED THAT:**

    1.    The Motion is hereby GRANTED.

    2.    Pursuant to Bankruptcy Code section 107(c) and Bankruptcy Rule 9018, the Court hereby authorizes and directs the NuGen to file under seal an unredacted version of Exhibit A.

    3.    The Clerk of the Court is directed to file and maintain the unredacted Exhibit A under seal and shall not make it publicly available. The unredacted Exhibit A shall not be unsealed unless and until permitted by further order of this Court.

---

[1] Capitalized terms not otherwise defined herein shall have the same meaning ascribed to them in the Motion.

4. NuGen is authorized to take all actions necessary to effectuate the relief granted herein.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.