**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>**Hearing Date: May 15, 2024, at 1:00 pm (ET)**<br>**Objection Deadline: April 19, 2024, at 4:00 pm (ET)** |

**NOTICE OF MOTION FILE EXHIBIT A TO MOTION TO VACATE THE ORDER GRANTING FTX DEBTORS' MOTION TO ESTIMATE CLAIMS BASED ON DIGITAL ASSETS WITH RESPECT TO NUGENESIS OU AND NUGENESIS PTY LTD UNDER SEAL**

**PLEASE TAKE NOTICE** that on April 5, 2024, NuGenesis Ou and NuGenesis PTY Ltd. (collectively, "NuGen") filed the *Motion to File Exhibit A to Motion to Vacate The Order Granting FTX Debtors' Motion to Estimate Claims Based on Digital Assets With Respect to Nugenesis Ou and Nugenesis PTY Ltd Under Seal* (the "Motion to Seal") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that if you oppose the Motion to Seal or if you want the court to consider your views regarding the Motion to Seal, you must file a written response with the Court detailing your objection or response by **April 19, 2024, at 4:00 p.m. (ET).** You must also serve a copy of your response upon undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion to Seal is scheduled for **May 15, 2024, at 1:00 PM (ET)** before the Honorable John T. Dorsey in Courtroom No. 5, Fifth Floor, in the United States Bankruptcy Court located at 824 N. Market Street, Wilmington, Delaware 19801.

**IF YOU DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.**

| | |
|---|---|
| Dated: April 5, 2024<br>Wilmington, Delaware | **GELLERT SCALI BUSENKELL & BROWN LLC**<br><br>*/s/ Michael Busenkell*<br>Michael Busenkell (No. 3933)<br>1201 N. Orange St., Ste. 300<br>Wilmington, DE  19801<br>Phone: (302) 425-5800<br>Fax:     (302) 425-5814<br>mbusenkell@gsbblaw.com<br><br>*Counsel for NuGenesis Ou and NuGenesis PTY Ltd* |