IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>           Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>RE: D.I. 11056 |

**NOTICE OF FILING PROPOSED REDACTED VERSION OF EXHIBIT A TO MOTION TO VACATE THE ORDER GRANTING FTX DEBTORS' MOTION TO ESTIMATE CLAIMS BASED ON DIGITAL ASSETS <u>WITH RESPECT TO NUGENESIS OU AND NUGENESIS PTY LTD.</u>**

**PLEASE TAKE NOTICE** that on April 3, 2024, NuGenesis Ou and NuGenesis PTY Ltd. (collectively, "<u>NuGen</u>") filed the sealed version of Exhibit A to its *Motion to Vacate the Order Granting FTX Debtors' Motion to Estimate Claims Based on Digital Assets With Respect to Nugenesis Ou and Nugenesis PTY Ltd*. [Docket No. 11056] ("<u>Exhibit A</u>").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit 1 is the proposed redacted version of Exhibit A.

| | |
|---|---|
| Dated: April 5, 2024<br>Wilmington, Delaware | **GELLERT SCALI BUSENKELL & BROWN LLC**<br><br><u>/s/ Michael Busenkell</u><br>Michael Busenkell (No. 3933)<br>1201 N. Orange St., Ste. 300<br>Wilmington, DE 19801<br>Phone: (302) 425-5800<br>Fax:    (302) 425-5814<br>mbusenkell@gsbblaw.com<br><br>*Counsel for NuGenesis Ou and NuGenesis PTY Ltd* |