# **EXHIBIT 1**

From: [redacted]
Subject: Fwd: FTX Trading Ltd. (22-11068) - Estimation Hearing Re: Digital Assets (1/31 at 10:30am) – ***ZOOM INFORMATION***
Date: [redacted]

---------- Forwarded message ----------
From: Robert Cavello <Robert_Cavello@deb.uscourts.gov>
Date: 1 Feb 2024 12:09 am
Subject: FTX Trading Ltd. (22-11068) - Estimation Hearing Re: Digital Assets (1/31 at 10:30am) – ***ZOOM INFORMATION***
To: [redacted] "

**VIDEO REGISTRATION:**

# FTX Trading Ltd. (22-11068) – Estimation Hearing Re: Digital Assets – January 31, 2024 – 10:30am (EST)

**Join ZoomGov Meeting: https://debuscourts.zoomgov.com/j/1617686613**

Meeting ID: **161 768 6613** Passcode: **164427**

*****NOTE: The Zoom link above should not be shared with others*****