# **<u>Schedule 2</u>**

| Name of Entity Searched | Relationship to Debtors | Name of Entity and/or Affiliate of Entity that is Client | Quinn Emanuel Relationship |
|---|---|---|---|
| Abu Dhabi Investment Council Company P.J.S.C. | Interested Parties | Abu Dhabi Investment entities | Current Client |
| Altimeter | Investments/ Acquisition | Altimeter | Former Client |
| Apex Fintech Solutions Inc. | Interested Parties | Apex Fintech Solutions Inc. | Former Client |
| Apollo Capital Opportunities Fund Ltd | Other Significant Creditors | Apollo Capital Opportunities Fund Ltd | Current Client |
| Avalanche (Bvi), Inc. | Other Significant Creditors | Avalanche (Bvi), Inc. | Former Client |
| ███ | Customers | ███ | Current Client |
| Bittrex, Inc. | Banks/ Lenders/ UCC Lien Parties/ Administrative Agents | Bittrex, Inc. | Current Client |
| Blackrock Inc | Investments/ Acquisition | Blackrock Inc | Current Client |
| Cantor Fitzgerald Technology Markets LLC | Interested Parties | Cantor Fitzgerald Technology Markets LLC | Former Client |
| Changpeng Zhao | Other Significant Creditors | Changpeng Zhao | Current Client |
| Contrarian Funds, LLC | Investments/ Acquisition | Contrarian Capital Partners (if related) | Former Client |
| Docomo | 363 Sales Parties | NTT Docomo | Current Client |
| Fanatics Holdings, Inc. | Investments/ Acquisition | Fanatics Holdings, Inc. | Current Client |
| HDI Global Specialty Se | Insurance | HDI-Gerling Insurance Co., if related | Former Client |
| Herbert Smith Freehills | Vendors | Herbert Smith Freehills | Current Client |
| Kalshi, Inc. | Interested Parties | Kalshi, Inc. | Former Client |

| Name of Entity Searched | Relationship to Debtors | Name of Entity and/or Affiliate of Entity that is Client | Quinn Emanuel Relationship |
|---|---|---|---|
| Lloyd's America, Inc. / Beazley Syndicate | Insurance | Lloyd's of London | Former Client |
|  |  | Beazley Management and Beazley Group | Former Client |
| Matilock, Inc. aka Mati | Investments/ Acquisition | Matilock, Inc. aka Mati | Former Client |
| Naomi Osaka, LLC | Contract Counter-Parties | Naomi Osaka, LLC | Former Client |
| Nasdaq | 363 Sales Parties | Nasdaq | Former Client |
| NYDIG | 363 Sales Parties | NYDIG | Current Client |
| Oracle America, Inc. | Notice of Appearance | Oracle entities | Current Client |
| Paul Hastings Llp | UCC Professionals | Paul Hastings Llp | Former Client |
| Pinetree East Inc. | Other Significant Creditors | PineTree | Current Client |
| Pricewaterhousecoopers | Vendors | Pricewaterhousecoopers | Former Client |
| Regus Japan Holdings K.K. | Landlords | Regus Management Group, if related | Current Client |
| Regus Kk | Landlords | Regus Management Group, if related | Current Client |
| Ripple Labs, Inc. | Other Significant Creditors | Ripple Labs, Inc. | Current Client |
| Robinhood | 363 Sales Parties | Robinhood | Former Client |
| Robinhood Markets, Inc. | Interested Parties | Robinhood Markets, Inc. | Former Client |
| Sequoia Heritage | Investments/ Acquisition | Sequoia Capital | Current Client |
| Socios Technologies Ag | Other Significant Creditors | Socios.com | Former Client |
| Sofi Technologies, Inc. | Interested Parties | Sofi Ltd | Current Client |
| Sol Stores (Solana Spaces-Solana Labs, Inc.) | Vendors | Sol Stores (Solana Spaces-Solana Labs, Inc.) | Current Client |

| Name of Entity Searched | Relationship to Debtors | Name of Entity and/or Affiliate of Entity that is Client | Quinn Emanuel Relationship |
|---|---|---|---|
| The Salvation Army (Atlanta) | Donations | The Salvation Army (Atlanta) | Former Client |
| Tribe Capital | 363 Sales Parties | Tribe Capital | Current Client |
| Tribe Capital Management LLC | Interested Parties | Tribe Capital Management LLC | Current Client |
| Vaneck Etp Ag | Banks/ Lenders/ UCC Lien Parties/ Administrative Agents | VanEck Bentham Global Capital Securities ETF | Current Client |
| Venable LLP | Ad Hoc Committee (Non US Customers of FTX.com) | Venable LLP | Former Client |
| Wedbush Financial Services, LLC | Interested Parties | Wedbush Securities | Former Client |
| Yahoo | 363 Sales Parties | Yahoo | Former Client |