UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX Trading Ltd., *et al.*<br><br>Debtors | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claims referenced in this evidence and notice.

**HBK MASTER FUND L.P.**
Name of Transferee
Phone: (214) 758-6107
Last Four Digits of Acct #: N/A

**MAVEN DIGITAL LIMITED**
Name of Transferor
Phone: +44 203 668 0767
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:

HBK MASTER FUND L.P.
c/o HBK Services LLC
2300 North Field Street, Suite 2200
Dallas, TX 75201

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 49509 | Maven Digital Limited | $1,032,985.33 (fiat converted to USD) plus an unliquidated amount (stated in crypto) | FTX Trading Ltd. | 22-11068 |
| Schedule No. 6794022 | Maven Digital Limited | As described on Register (attached) | FTX Trading Ltd. | 22-11068 |
| Confirmation ID No. 3265-70-ZLQQD-908671918 | Maven Digital Limited | $1,032,985.33 (fiat converted to USD) plus an unliquidated amount (stated in crypto) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Jon L. Mosle III
Transferee/Transferee's Agent    **Authorized Signatory**    Date: Feb 21, 2024

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO:        United States Bankruptcy Court
               District of Delaware
               Attn: Clerk

AND TO:    FTX Trading Ltd.
               Case No. 22-11068

MAVEN DITIGAL LIMITED ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof (the "Agreement"), does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

**HBK MASTER FUND L.P.**

its successors and assigns ("Buyer"), all right, title and interest in and to the claim of Seller against FTX Trading Ltd. ("FTX"), docketed as Claim No. 49509 (the "Claim") in the United States Bankruptcy Court for the District of Delaware.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of FTX and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the U.S. Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case, other than as expressly provided in the Agreement. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Signature Page Follows]

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of December 15, 2023.

**MAVEN DIGITAL LIMITED**

By: _____
Name: Ian Toon
Title: Co-CEO - Trading

**HBK MASTER FUND L.P.**
    By: HBK Services LLC
    Its: Investment Advisor

By: _____

Name:
Title:

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of __December 15__, 2023.

**MAVEN DIGITAL LIMITED**

By:_____
Name:
Title:

**HBK MASTER FUND L.P.**
By: HBK Services LLC
Its: Investment Advisor

By:_____
Name: Isaac S. Haas
Title: Authorized Signatory

PRIME CLERK IS NOW KROLL RESTRUCTURING ADMINISTRATION. ALL PRIME CLERK URLS AND EMAIL ADDRESSES ARE AUTOMATICALLY REDIRECTED



# Creditor Data Details - Claim # 49509

**Creditor**

Name on file

Address on file

**Debtor Name**

FTX Trading Ltd.

**Date Filed**

09/08/2023

**Claim Number**

49509

**Schedule Number**

6794022

**Confirmation ID**

3265-70-ZLQQD-908671918

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | **$0.00** | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

PRIME CLERK IS NOW KROLL RESTRUCTURING ADMINISTRATION. ALL POSTED EMAILS (IF ANY) EMAIL ADDRESSES ARE AUTOMATICALLY REDIRECTED

*Transfers, objections, stipulations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.*

# Claim Additional Info

| Type | Name | Quantity |
| --- | --- | --- |
| CRYPTO | AAVE-PERP | 0.0000000000000508 |
| CRYPTO | ALICE-PERP | 0.0000000000003126 |
| CRYPTO | APE-PERP | -0.0000000000009468 |
| CRYPTO | AR-PERP | -0.000000000001819 |
| CRYPTO | ATOM-PERP | -0.0000000000002132 |
| CRYPTO | AUDIO-PERP | 0.0000000000491127 |
| CRYPTO | AVAX | 0.07466396 |
| CRYPTO | AVAX-PERP | 0.0000000000002842 |
| CRYPTO | AXS-PERP | -0.0000000000016627 |
| CRYPTO | BAL-PERP | -0.0000000000130456 |
| CRYPTO | BAND-PERP | -0.0000000000145519 |
| CRYPTO | BCH-PERP | -0.0000000000000959 |
| CRYPTO | BNB-PERP | 0.000000000000091 |
| CRYPTO | BTC-PERP | -0.0000000000000005 |
| CRYPTO | CELO-PERP | -0.0000000000031832 |
| CRYPTO | CEL-PERP | 0.0000000000291038 |
| CRYPTO | COMP-PERP | 0.0000000000000853 |
| CRYPTO | CVX-PERP | 0.0000000000043201 |
| CRYPTO | DASH-PERP | 0.0000000000000107 |
| CRYPTO | DOT-PERP | -0.0000000000084697 |
| CRYPTO | DYDX-PERP | -0.0000000000031832 |
| CRYPTO | EGLD-PERP | -0.0000000000001137 |

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | ENS-PERP | 0.0000000000001865 |
| CRYPTO | EOS-PERP | -0.0000000000011369 |
| CRYPTO | ETC-PERP | -0.0000000000003695 |
| CRYPTO | ETH | 0.00000001 |
| CRYPTO | ETH-PERP | 0.0000000000001754 |
| CRYPTO | FIL-PERP | -0.0000000000004547 |
| CRYPTO | FLM-PERP | -0.0000000000406999 |
| CRYPTO | FLOW-PERP | 0.0000000000001137 |
| CRYPTO | FTM | 0.64512919 |
| CRYPTO | FTT | 640.85527417 |
| CRYPTO | FTT-PERP | 0.0000000000404157 |
| CRYPTO | FXS-PERP | -0.0000000000000568 |
| CRYPTO | GAL-PERP | 0.0000000000102887 |
| CRYPTO | HNT-PERP | 0.0000000000121645 |
| CRYPTO | ICP-PERP | -0.0000000000010232 |
| CRYPTO | KAVA-PERP | -0.000000000003638 |
| CRYPTO | KNC-PERP | 0.000000000003638 |
| CRYPTO | KSM-PERP | 0.0000000000000444 |
| CRYPTO | LINK-PERP | -0.0000000000044196 |
| CRYPTO | LTC-PERP | 0.0000000000002627 |
| CRYPTO | LUNA2 | 16.88462077 |
| CRYPTO | LUNA2_LOCKED | 39.39744847 |
| CRYPTO | LUNA2-PERP | 0.000000000018872 |
| CRYPTO | MKR-PERP | -0.000000000000577 |
| Type | Name | Quantity |
| CRYPTO | MTL-PERP | 0.000000000029786 |

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | NEAR-PERP | -0.0000000000013642 |
| CRYPTO | NEO-PERP | -0.0000000000000639 |
| CRYPTO | OMG-PERP | -0.0000000000004547 |
| CRYPTO | QTUM-PERP | 0.0000000000003197 |
| CRYPTO | RUNE-PERP | -0.0000000000004547 |
| CRYPTO | SNX-PERP | -0.000000000002558 |
| CRYPTO | SOL | 1.00795072 |
| CRYPTO | SOL-PERP | 0.0000000000018353 |
| CRYPTO | SRM | 0.09254143 |
| CRYPTO | SRM_LOCKED | 9.08745857 |
| CRYPTO | STORJ-PERP | -0.0000000000241913 |
| CRYPTO | SXP-PERP | 0.000000000003638 |
| CRYPTO | THETA-PERP | -0.0000000000014552 |
| CRYPTO | TOMO-PERP | 0.0000000000029559 |
| CRYPTO | UNI-PERP | 0.0000000000001705 |
| CRYPTO | USDT | 589.546698 |
| CRYPTO | USTC | 2390.099679 |
| CRYPTO | XMR-PERP | 0.0000000000000124 |
| CRYPTO | XTZ-PERP | -0.0000000000001137 |
| CRYPTO | YFI-PERP | 0.0000000000000002 |
| FIAT | USD | 1032985.3338572977 |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains the website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may

PRIME CLERK IS NOW KROLL RESTRUCTURING ADMINISTRATION. ALL PRIME CLERK URLS AND EMAIL ADDRESSES ARE AUTOMATICALLY REDIRECTED.

want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s. Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated." For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."