UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



In re:

    FTX Trading Ltd., *et al.*

    Debtors

Chapter 11
Case No. 22-11068
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor

**[CONFIDENTIAL CREDITOR]**

Transferor's Address:

[Address on File]

Name of Transferee

**PHOENIX TF, LLC**

Transferee's address for notices and payment:

418 Broadway Ste R
Albany, NY 12207

Attn: Jonathan Forsgren
Email: customerservice@phoenixtf.co.uk

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim(s) | FTX Trading Ltd. | 22-11068 | Unique Customer Code: 00356935<br>Schedule #: 6818379<br>Confirmation ID: 3265-70-BYQRK-268125488;<br>3265-70-EDFIA-680389651 | As detailed on Schedule F |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Jonathan Forsgren* (DocuSigned, B5902D944C3E4F4...)    Date: 04/05/2024

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

## EXHIBIT A

## SCHEDULED CLAIM(S) / PROOF(S) OF CLAIM

Excerpt from creditor email with Unique Customer Code:

Your Unique Customer Code is 00356935
Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:

USD [78685.57326092878]
XRP-PERP [0.0]
USDT [0.0000000110129986]
UNI-PERP [0.0]
THETA-PERP [0.0]
SUSHI [2096.2754]
SOL-PERP [-0.0000000000009095]
STEP-PERP [-0.0000000000181899]
STEP [83316.63334]
SRN-PERP [0.0]
SRM-PERP [0.0]
SXP-PERP [-0.0000000000090949]
SUSHI-PERP [0.0]
SUSHIBULL [883.68]
1INCH-PERP [0.0]
AAVE-PERP [0.0000000000000906]
 ADA-PERP [0.0]
 ALGO-PERP [0.0]
 ASD-PERP [0.0]
 ATLAS-PERP [0.0]
 BNB-PERP [0.0]
 BTC [0.000086]
 BTC-PERP [-0.0000000000000009]
 CHZ-20210326 [0.0]
 CHZ-PERP [0.0]
 COMP-PERP [-0.0000000000000142]
 CRV-PERP [0.0]
 DFL [437412.5]
 DOGE [1.0]
 DOGE-PERP [0.0]
 DOT-PERP [0.0000000000004547]
 DYDX-PERP [0.0]
 ENJ-PERP [0.0]
 ETH [0.0009276]
 ETHBULL [0.000000002]
 ETH-PERP [-0.0000000000000284]
 ETHW [0.0009276]
 FIDA-PERP [0.0]
 FLM-PERP [-0.000000000007276]
 FTT [0.0732000089437646]
 FTT-PERP [-0.0000000000005684]
 GRT-PERP [0.0]
 KSM-PERP [0.0]
 LINK [0.04636]
 LINK-PERP [0.0]
 LTC [0.000228]
 LTC-PERP [0.0]
 LUNA2 [0.009182919249]
 LUNA2_LOCKED [0.02142681158]
 LUNC [1999.6]
 MAPS-PERP [0.0]
 MATIC-PERP [0.0]
 RAY-PERP [0.0]
 ROOK-PERP [0.0000000000000142]
 SNX-PERP [-0.000000000003638]
 SOL [0.00119682232856]

### Excerpt from Schedule F:

| | |
|---|---|
| 00356935 | BTC[0.000086000000000000],DFL[437412.500000000000000],DOGE[1.000000000000000],ETH[0.000927600000000],ETHBULL[0.000000020000000],ETHW[0.000927600000000],FTT[0.073200089437646],LINK[0.046360000000000],LTC[0.000228000000000],LUNA2[0.009182919249000],LUNA2_LOCKED[0.021426811580000],LUNC[1999.600000000000000],SOL[0.001196822328560],STEP[83316.633340000000000],SUSHI[2096.275400000000000],SUSHIBULL[883.680000000000000],USD[78635.573260928719387],USDC[50.000000000000000],USDT[0.000000110129986] |

### Excerpt from Amended Schedule F (2023):

| | | |
|---|---|---|
| 00356935 | Contingent | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], ALGO-PERP[0], ASD-PERP[0], ATLAS-PERP[0], BNB-PERP[0], BTC[.000086], BTC-PERP[0], CHZ-20210326[0], CHZ-PERP[0], COMP-PERP[0], CRV-PERP[0], DFL[437412.5], DOGE[1], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], ENJ-PERP[0], ETH[.0009276], ETHBULL[0], ETH-PERP[0], ETHW[.0009276], FIDA-PERP[0], FLM-PERP[0], FTT[0.07320000], FTT-PERP[0], GRT-PERP[0], KSM-PERP[0], LINK[.04636], LINK-PERP[0], LTC[.000228], LTC-PERP[0], LUNA2[0.00918291], LUNA2_LOCKED[0.02142681], LUNC[1999.6], MAPS-PERP[0], MATIC-PERP[0], RAY-PERP[0], ROOK-PERP[0], SNX-PERP[0], SOL[0.00119682], SOL-PERP[0], SRM-PERP[0], SRN-PERP[0], STEP[83316.63334], STEP-PERP[0], SUSHI[2096.2754], SUSHIBULL[883.68], SUSHI-PERP[0], SXP-PERP[0], THETA-PERP[0], UNI-PERP[0], USD[78685.57], USDT[0.00000001], XRP-PERP[0] |

### Excerpt from Amended Schedule F (2024):

| | | |
|---|---|---|
| 00356935 | | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], ALGO-PERP[0], ASD-PERP[0], ATLAS-PERP[0], BNB-PERP[0], BTC[.000086], BTC-PERP[0], CHZ-20210326[0], CHZ-PERP[0], COMP-PERP[0], CRV-PERP[0], DFL[437412.5], DOGE[1], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], ENJ-PERP[0], ETH[.0009276], ETHBULL[0], ETH-PERP[0], ETHW[.0009276], FIDA-PERP[0], FLM-PERP[0], FTT[0.07320000], FTT-PERP[0], GRT-PERP[0], KSM-PERP[0], LINK[.04636], LINK-PERP[0], LTC[.000228], LTC-PERP[0], LUNA2[0.00918291], LUNA2_LOCKED[0.02142681], LUNC[1999.6], MAPS-PERP[0], MATIC-PERP[0], RAY-PERP[0], ROOK-PERP[0], SNX-PERP[0], SOL[0.00119682], SOL-PERP[0], SRM-PERP[0], SRN-PERP[0], STEP[83316.63334], STEP-PERP[0], SUSHI[2096.2754], SUSHIBULL[883.68], SUSHI-PERP[0], SXP-PERP[0], THETA-PERP[0], UNI-PERP[0], USD[78685.57], USDT[0.00000001], XRP-PERP[0] |