## EXHIBIT A

## March 2024 De Minimis Asset and Fund Asset Sales

| Sale Date | De Minimis Asset or Fund Asset | Debtor (Silo) | Purchaser(s) | Purchaser Relationship to Debtors | Purchase Price | Confirmed Investment Value | Commissions, Fees or Other Expenses | Funded Capital Commitment | Unfunded Capital Commitment |
|---|---|---|---|---|---|---|---|---|---|
| March 31, 2024 | Limited partnership interest in Liquid 2 Ventures Fund III L.P. | Clifton Bay Investments LLC (Ventures Silo) | Industry Ventures Secondary IX-A, L.P. | None | $525,000 | N/A | None | $750,000 | $250,000 |