# Exhibit A

**Notice of Settlement(s)**

| Settling Party | Small Estate Claim Value | Settled Value | Adversary Number |
|---|---|---|---|
| Future Now Action | $4,725,000 to $6,300,000 | $6,000,000 | N/A |