**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

CHEROKEE
ACQUISITION

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.,* | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Name (Redacted)**

Name and Current Address of
Transferor:
**Name (Redacted)**

Name of Transferee:

**The Canyon Value Realization Master Fund, L.P.**

Name and Address where notices and payments to transferee
should be sent:
**The Canyon Value Realization Master Fund, L.P.**
**c/o Canyon Capital Advisors LLC**
**Attn: James Pagnam and Legal**
**Email: legal@canyonpartners.com**
**2000 Avenue of the Stars, 11th Floor**
**Los Angeles, CA 90067**

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Confirmation ID No. 3265-70-QZUYE-748040952 | Name (Redacted) | 64.2584% of the Unliquidated (stated in crypto) | FTX Trading Ltd. | 22-11068 |
| Confirmation ID No. 3265-70-TRTDV-007567738 | Name (Redacted) | 64.2584% of the Unliquidated (stated in crypto) | FTX Trading Ltd. | 22-11068 |
| Customer Code No. 02612031 | Name (Redacted) | 64.2584% of the as described on Schedule F (attached) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *James Pagnam*
James Pagnam (Apr 8, 2024 11:58 CDT)
Transferee/Transferee's Agent

Date: April    8 , 2024

| 02812031 | 1INCH-PERP[-55], AAVE-PERP[0.01000000], ADA-PERP[0], AGLD-PERP[0], ALCX-PERP[0], ALGO-PERP[0], ALICE-PERP[0], ALPHA-PERP[0], ALT-PERP[0], AMPL-PERP[0], ANC-PERP[0], APE-PERP[-0.29999999], APT-PERP[-5], AR-PERP[-0.09999999], ASD-PERP[0], ATLAS-PERP[0], ATOM-PERP[0], AUDIO-PERP[-10000000], AVAX-PERP[2.10000000], AXS-PERP[0.10000000], BADGER-PERP[0], BAL-PERP[0], BAND-PERP[-0.10000000], BAO-PERP[0], BCH-PERP[-0.00099999], BIT-PERP[0], BNB-093020[0], BNB-1230[0], BNB-PERP[0], BOBA-PERP[0], BSV-PERP[0], BTC-PERP[0], C98-PERP[0], CAKE-PERP[0], CEL-PERP[0], CEL-PERP[0], CHR-PERP[0], CHZ-PERP[0], CLV-PERP[0], COMP-PERP[-0.00020000], CONV-PERP[0], CREAM-PERP[0], CRO-PERP[0], CRV-PERP[0], CVC-PERP[0], CVX-PERP[0], DASH-PERP[-0.01000000], DAWN-PERP[0], DEFI-PERP[0], DENT-PERP[0], DODO-PERP[0], DOGE-PERP[362], DOT-PERP[5.69999999], DRGN-PERP[0], DYDX-PERP[0.10000000], EDEN-PERP[0], EGLD-PERP[0.01999999], ENJ-PERP[0], ENS-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH-PERP[0], EXCH-PERP[0], FIDA-PERP[0], FIL-PERP[0], FILM-PERP[0], FLOW-PERP[0], FTM-PERP[148], FTT-PERP[0], FXS-PERP[0], GALA-PERP[-990], GAL-PERP[0], GLMR-PERP[0], GMT-PERP[-99], GRT-PERP[-232], GST-PERP[-662.60000000], HBAR-PERP[0], HNT-PERP[0], HOLY-PERP[0], HOT-PERP[0], HT-PERP[5.21000000], HUM-PERP[0], ICP-PERP[-0.01000000], ICX-PERP[0], IMX-PERP[0], INJ-PERP[0], IOTX-PERP[0], XTA-PERP[0], JASMY-PERP[0], KAVA-PERP[3.M.XXXXXXXX], KRT-PERP[0], KIN-PERP[0], KI-KY-PERP[0], KI-24Y-PERP[0], KNC-PERP[0], KNCW-PERP[0], KSM-PERP[0], KTNA-PERP[1.07999999], KSOS-PERP[0], LDO-PERP[-30], LEO-PERP[0], LINA-PERP[0], LINK-PERP[-0.09999999], LOOKS-PERP[-20], LRC-PERP[-126], LTC-PERP[-0.01000000], LUNA2-PERP[0], LUNC-PERP[0], MANA-PERP[0], MAPS-PERP[0], MASK-PERP[-9], MATIC-PERP[-27], MCB-PERP[0], MEDIA-PERP[0], MER-PERP[0], MID-0325[0], MID-0624[0], MID-0930[0], MID-1230[0], MID-PERP[0], MINA-PERP[0], MKR-PERP[0.00200000], MNGO-PERP[0], MOB-PERP[0], MTA-PERP[0], MTL-PERP[0], MVDA10-PERP[0], MVDA25-PERP[0], NEAR-PERP[0], NEO-PERP[0], OKB-PERP[-0.01000000], OMG-PERP[22.80000000], ONE-PERP[0], ONT-PERP[0], OP-PERP[0], ORBS-PERP[0], OXY-PERP[0], PEOPLE-PERP[-1270], POLIS-PERP[0], PRIV-PERP[0], PROM-PERP[0], PUNDIX-PERP[0], QTUM-PERP[0], RAMP-PERP[0], RAY-PERP[0], REEF-PERP[-10], REN-PERP[0], RNDR-PERP[0.09999999], RON-PERP[0], ROOK-PERP[0], RSR-PERP[0], RSR-PERP[0], RUNE-PERP[27.30000000], RVN-PERP[0], SAND-PERP[0], SC-PERP[0], SCRT-PERP[0], SECO-PERP[0], SHIT-0325[0], SHIT-0624[0], SHIT-0930[0], SHIT-1230[0], SHIT-PERP[0], SKL-PERP[0], SLP-PERP[0], SNX-PERP[0.10000000], SOL-PERP[0], SOS-PERP[0], SPELL-PERP[0], SRM-PERP[0], SRN-PERP[0], STEP-PERP[0], STG-PERP[0], STMX-PERP[0], STORJ-PERP[0], STX-PERP[0], SUSHI-PERP[0], SXP-PERP[0], THETA-PERP[-0.09999999], TLM-PERP[0], TOMO-PERP[0], TONCOIN-PERP[0], TRU-PERP[0], TRX[.00001], TRX-PERP[0], TRYB-PERP[0], TULIP-PERP[0], UNI-PERP[0], UNISWAP-PERP[0], USDT-PERP[0], USTC-PERP[0], UST-PERP[0], VVAVES-PERP[0], WAVES-PERP[0], XEM-PERP[0], XLM-PERP[0], XMR-PERP[132], XMR-PERP[0.25000000], XTZ-PERP[0], YFII-PERP[-0.00999999], YFI-PERP[0.00099999], ZEC-PERP[-0.7X00000], ZIL-PERP[0], ZRX-PERP[0] | |

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.