IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068-JTD<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

**PLEASE TAKE NOTICE** that pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, **Katherine Burghardt Kramer, Esq.** of DGW Kramer LLP and **Jason A. Gibson, Esq.**, of The Rosner Law Group LLC, hereby withdraws as counsel for Yingkai Xu, Weiyang Zhou, Hongyuan Zhai, Simin Jiang, Huayang Zhou, Yijian Feng, Shupei Chen, Ke Wang, Jingkuan Hou, Jyunyu Chen, Wenchao Tan, Yan Tang, Lingling Li, Xiao Li, Chris Curl Lee, Ben Li, Tianqi Huang, Hongcheng Huang, Qilin Chen, Siyuan Yan, Haici Gao, Lu Yu, DAG Holdings Limited (collectively, "Chinese Investor Group") in the above-captioned bankruptcy case and all related proceedings. The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent appointed in these cases, remove her from the electronic and paper noticing matrix for the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that all other counsel of record will continue to represent the Chinese Investor Group and are not intended to be affected by this notice.

Dated: April 10, 2024
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Zhao Liu*
Frederick B. Rosner (DE Bar No. 3995)
Zhao (Ruby) Liu (DE Bar No. 6436)
824 N. Market Street, Suite 810
Wilmington, DE 19801

{00038527. }

Tel: 302-777-1111
Email: rosner@teamrosner.com
Email: liu@teamrosner.com

- and -

**DGW KRAMER LLP**

Rongping Wu, Esq.
45 Rockefeller Plaza, 20th Fl
New York, NY 10020
lwu@dgwllp.com
Direct Dial: (917) 633-6860

*Counsel for Chinese Investor Group*