# Exhibit A

**Settlements Consummated Pursuant to the**
**Small Estate Claims Settlement Procedures Order**
**March 2024**

| Settling Party | Settled Value |
|---|---|
| Apollo Academic Surveys, Inc. | $180,000.00 |
| Ayuda Efectiva | $71,842.31 |
| Council on Strategic Risks | $250,000.00 |
| David Mears | $6,000.00 |
| HartreeWorks Ltd. | $64,368.00 |
| Hear This Idea | $50,000.00 |
| Kris Shrishak Sridaran | $28,000.00 |
| Lucas Moore | $12,500.00 |
| Marko Dimitric | $32,588.45 |
| Michael West | AUD 99,759.02 |
| Nicholas Beckstead | $243,264.00 |
| The Ohio State University Foundation | $291,060.00 |
| Perrin Walker | AUD 31,869.00 |
| PsychCrisis | $20,000.00 |
| Saffron Huang | $17,297.98 |
| Simon Institute for Longterm Governance | $30,000.00 |
| Tanya Singh | $24,000.00 |
| Vanguard Charitable Endowment Program | $4,677,475.09 |