**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*, | ) | Case No. 22-11068 (JTD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: D.I. 8268, 11031 & 11457** |

## ORDER STRIKING ORDER GRANTING MOTION FOR LEAVE

Counsel for Creditor Claimant, Yangjing Lin (the "Movant") filed a Motion for Leave (the "Motion for Leave") to File Late Non-Customer Proof of Claim[1]. The Motion for Leave was filed without a notice or provision identifying an objection deadline or a hearing date. Movant's counsel thereafter filed a Certificate of No Objection[2]. Pursuant to Local Rule 9013-1(j), Delaware Counsel for the movant may file a Certificate of No Objection twenty-four hours after the expiration of the objection date specified in the motion. The Motion did not provide notice of an objection deadline. The Court entered the Order in error granting the Motion for Leave (the "Order")[3].

Therefore, IT IS ORDERED that the Order is stricken from the docket.

Date: April 11, 2024

_____
JOHN T. DORSEY, U.S.B.J.

---

[1] D.I. 8268.
[2] D.I. 11031.
[3] D.I. 11457.