**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re FTX Trading Ltd., et al., | ) Chapter 11 |
| Debtors. | ) Case No. 22-11068 (JTD) <br> ) (Jointly Administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Hudson Bay Claim Fund LLC | Swift Media Entertainment, Inc. |

| Name and Address where notices to transferee should be sent: | Last known address: |
|---|---|
| Hudson Bay Claim Fund LLC <br> c/o Hudson Bay Capital Management LP <br> 28 Havemeyer Place, 2nd Floor <br> Greenwich, CT  06830 USA <br> Att'n:  Matthew Weinstein / Chad Flick <br> Email:  mweinstein@hudsonbaycapital.com <br> cflick@hudsonbaycapital.com | Swift Media Entertainment, Inc. <br> 5340 Alla Road. #100 <br> Los Angeles, CA 90066 <br> Att'n: Woo Kim <br> Email: wkim@solomid.net |

**\*\*PORTION OF CLAIM TRANSFERRED: 100%\*\***

| Proof of Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| 5153 | Swift Media Entertainment, Inc. | As stated in POC | West Realm Shires, Inc. | 22-11068 |

Name and Address where transferee payments should be sent (if different from above):  N/A

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any right to receive notice or hearing under Bankruptcy Rule 3001.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____ *Matt Weinstein* _____     Date: April 11, 2024
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Local Form 138

DB1/ 144424388.1

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR WEST REALM SHIRES, INC.
       THE BANKRUPTCY COURT

RE: Proof of Claim #5153
       Transferred Portion: 100%

    Swift Media Entertainment, Inc. ("Assignor") hereby certifies that, for value received, the adequacy and sufficiency of which are hereby acknowledged, Assignor has sold, transferred and assigned to Hudson Bay Claim Fund LLC ("Assignee") the above-mentioned proof of claim (the "Claim") filed against West Realm Shires, Inc. (the "Debtor"), a debtor in the jointly administered Chapter 11 Case No. 22-11068 (JTD) (the "Bankruptcy Case"), pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

    Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court, and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

    IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS APRIL 6, 2024.

**Swift Media Entertainment, Inc.**

By: _____
Name: Woo Kim
Title: CFO

**Hudson Bay Claim Fund LLC**

By: _____
Name: Matthew Weinstein
Title: Authorized Signatory

# EVIDENCE OF TRANSFER OF CLAIM

**TO:** THE DEBTOR WEST REALM SHIRES, INC.
THE BANKRUPTCY COURT

**RE:** Proof of Claim #5153
Transferred Portion: 100%

Swift Media Entertainment, Inc. ("Assignor") hereby certifies that, for value received, the adequacy and sufficiency of which are hereby acknowledged, Assignor has sold, transferred and assigned to Hudson Bay Claim Fund LLC ("Assignee") the above-mentioned proof of claim (the "Claim") filed against West Realm Shires, Inc. (the "Debtor"), a debtor in the jointly administered Chapter 11 Case No. 22-11068 (JTD) (the "Bankruptcy Case"), pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court, and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS APRIL 6, 2024.

**Swift Media Entertainment, Inc.**

By:_____
Name:
Title:

**Hudson Bay Claim Fund LLC**

By: *Matt Weinstein*  DK
Name: Matthew Weinstein
Title: Authorized Signatory