UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



In re:

    FTX Trading Ltd., *et al.*

        Debtors

Chapter 11
Case No. 22-11068
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of 10.04% of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **[CONFIDENTIAL CREDITOR]** | **Canyon-ASP Fund, L.P.**<br>By: Canyon Capital Advisors LLC, its Investment Advisor |
| Transferor's Address:<br><br>[Address on File] | Transferee's address for notices and payment:<br><br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br><br>Attn: James Pagnam; Legal<br>Email: Jpagnam@canyonpartners.com;<br>legal@canyonpartners.com |

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim(s) | FTX Trading Ltd. | 22-11068 | Unique Customer Code: 00409919<br>Schedule #: 6768059<br>Confirmation ID: 3265-70-XDGCS-784751829; 3265-70-PKTZL-584881961; 3265-70-RBPOZ-645342109; 3265-70-AGMAX-822677752 | As detailed on Schedule F |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *James Pagnam*            Date: 04/05/2024

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT A

## SCHEDULED CLAIM(S) / PROOF(S) OF CLAIM

Excerpt from creditor email with Unique Customer Code:

**Your Unique Customer Code is 00409919**

**Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:**

**BNB[10.0000000000000000]**
**BTC[1.0000910871920000]**
**BUSD[1034024.7814914200000000]**
**ETH[0.0000000072300000]**
**FTT[2000.0574912315274269]**
**SRM[54.1031955100000000]**
**SRM_LOCKED[549.6821222100000000]**
**TRX[2478828.0000000000000000]**
**USD[490010.4871843657169655]**
**USDC[638387.0000000000000000]**
**USDT[502973.2556662420514267]**

Excerpt from Schedule F:

| 00409919 | BNB[10.0000000000000000],BTC[1.0000910871920000],BUSD[1034024.7814914200000000],ETH[0.0000000072300000],FTT[2000.0574912315274269],SRM[54.1031955100000000],SRM_LOCKED[549.6821222100000000],TRX[2478828.0000000000000000],USD[490010.4871843657169655],USDC[638387.0000000000000000],USDT[502973.2556662420514267] |
|---|---|

Excerpt from Amended Schedule F:

| 00409919 | Contingent | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], ALGO-PERP[0], APE-PERP[0], APT-PERP[0], AR-PERP[0], ATOM-PERP[0], AUDIO-PERP[0], AVAX-PERP[0], AXS-PERP[0], BAT-PERP[0], BCH-PERP[0], BNB[10], BNB-PERP[0], BTC[1.00009108], BTC-1230[0], BTC-MOVE-0810[0], BTC-MOVE-0815[0], BTC-MOVE-0914[0], BTC-MOVE-0919[0], BTC-MOVE-0921[0], BTC-MOVE-0926[0], BTC-MOVE-0929[0], BTC-MOVE-1001[0], BTC-MOVE-1003[0], BTC-MOVE-1008[0], BTC-MOVE-1016[0], BTC-PERP[0], BTTPRE-PERP[0], CAKE-PERP[0], CARLSEN2021[0], CHZ-PERP[0], CRV-PERP[0], DEFI-1230[0], DEFI-PERP[0], DOGE-PERP[0], DOT-20211231[0], DYDX-PERP[0], ENJ-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[0], ETH-1230[0], ETH-20210924[0], ETH-PERP[0], FIDA-PERP[0], FIL-PERP[0], FLOW-PERP[0], FTM-PERP[0], FTT[2000.05749123], FTT-PERP[0], GALA-PERP[0], GMT-1230[0], GMT-PERP[0], HUM-PERP[0], LINK-PERP[0], LOOKS-PERP[0], LUNC-PERP[0.00000066], MANA-PERP[0], MATIC-1230[0], MATIC-PERP[0], NEAR-PERP[0], OLY2021[0], OMG-PERP[0], RAY-PERP[0], SAND-PERP[0], SHIB-PERP[0], SHIT-1230[0], SHIT-PERP[0], SOL-1230[0], SOL-20210625[0], SOL-20211231[0], SOL-PERP[0], SRM[54.10319551], SRM_LOCKED[549.68212221], SRM-PERP[0], STEP-PERP[0], STX-PERP[0], SUSHI-PERP[0], TRUMPFEB[0], TRX[2478828], TRX-PERP[0], UNI-PERP[0], USD[2162422.27], USDT[502973.25566624], USDT-PERP[0], WAVES-1230[0], WAVES-PERP[0], XLM-PERP[0], XRP-PERP[0], YFI-PERP[0], ZEC-PERP[0] |
|---|---|---|

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.