

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

FILED 2024 APR 12 PM 12:12
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

FTX Trading Limited., et al.

           Debtors

Chapter 11
Case No. 22-11068
(Jointly Administered)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **[CONFIDENTIAL CREDITOR]** | **PAXTIBI LLP** |
| Transferor's Address: | Transferee's address for notices and payment: |
| [Address on File] | 221 W 9th St<br>Wilmington, DE 19801<br><br>Attn: Federico Natali<br><br>paxtibi.xyz@gmail.com |

| Claim(s) | Debtor | Case No. | Claim Identifier(s) | Claim Amount (USD) |
|---|---|---|---|---|
| | FTX Trading Ltd. | 22-11068 | ▮▮▮▮▮▮ | As detailed on Schedule F |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

*Federico Natali* — B3A6F4A1B2354D2  
Transferee / Transferee's Agent

4/5/2024

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT A

## SCHEDULED CLAIM(S) / PROOF(S) OF CLAIM

Excerpt from creditor email with Unique Customer Code:

**Your Unique Customer Code is** ▮▮▮▮▮

Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:

BTC[0.0000000148136429]
EUR[5197.7600000094397340]
USD[0.0851115758854914]
USDT[0.0000000022980960]

Excerpt from Schedule F:

| | | |
|---|---|---|
| ▮▮▮▮ | | BNB-PERP[0], BTC[0.00000001], BTC-PERP[0], ETH-PERP[0], EUR[5197.76], USD[0.09], USDT[0] |

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.