**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX Trading Ltd., *et al.*<br><br>Debtors | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

**TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claims referenced in this evidence and notice.

| | |
|---|---|
| **CANYON VALUE REALIZATION FUND, L.P.**<br>Names of Transferees<br>Phone: (214) 253-6210<br>Last Four Digits of Acct #: N/A | **HBK MASTER FUND L.P.**<br>Name of Transferor<br>Phone: (214) 758-6107<br>Last Four Digits of Acct #: N/A |
| Name and Address where notices and payments to transferee should be sent:<br><br>c/o Canyon Capital Advisors LLC<br>2728 N. Harwood Street, 2nd Floor<br>Dallas, Texas 75201-1516<br><br>Attn: James Pagnam; Legal<br>Email: jpagnam@canyonpartners.com;<br>Legal@canyonpartners.com | **Claim No.: 49509**<br>**Case No.: 22-11068 (Jointly Administered)**<br><br>Date Filed: September 8, 2023<br><br>**Transferred Amount of Claim:** 47% of the Claim, including all associated assets. |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: __April 15__, 2024

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court
        District of Delaware
        Attn: Clerk

AND TO: FTX Trading Ltd.
        Case No. 22-11068

HBK MASTER FUND L.P. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof (the "Agreement"), does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

**CANYON VALUE REALIZATION FUND, L.P.,**

and their successors and assigns ("Buyer"), all right, title and interest in and to the claim of Seller against FTX Trading Ltd. ("FTX"), docketed as Claim No. 49509 (the "Claim") in the United States Bankruptcy Court for the District of Delaware.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of FTX and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the U.S. Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case, other than as expressly provided in the Agreement. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Signature Page Follows]

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of Feb 13, 2024.

**HBK MASTER FUND L.P.**
By: HBK Services LLC
Its: Investment Advisor

By: *[signature]*
Name: Isaac S. Haas
Title: Authorized Signatory

**Canyon Value Realization Fund, L.P.**
By: Canyon Capital Advisors LLC, as Investment Advisor

By: *[signature]*
Name:
Title: James Pagnam
Authorized Signatory

3