RECEIVED
2024 APR 12 AM 9:19
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Amanuel Giorgis

6624 Samba Ave

Las Vegas, NV 89139

(702-325-3994)

Lalmba77@gmail.com

April 5, 2024

Clerk's Office to Honorable Judge John T. Dorsey
USBC District of Delaware
824 Market Street
Wilmington, DE  19801

**Personal Appeal Letter**            (Correspondence letter with LVMPD attached)

Dear Honorable Judge John T. Dorsey,

My name is Amanuel Giorgis. I am a US citizen, work in the public sector and live in Las Vegas, Nevada. I am writing this letter to bring a very serious personal emergency to the attention of the USBC District Court of Delaware overseeing the chapter 11 bankruptcy of FTX TRADING LTD. (Case No. 22-11068, that was filed in November 2022 and to you.

Dear Honorable Judge,

In the summer of 2022, I was experiencing several difficult personal emotional challenges, and I was not the same person. To make things worse around the same time, I was approached by very sophisticated and merciless online scammers, who convinced me that they were good and helpful people. However, unfortunately, that ended up in signing up for a crypto investment (www.crypto.com), depositing around $518,000 and then they stole the whole amount using a fake account, www.sbicoin.com).

After discovering the situation, immediately I contacted the FBI, Secret Service and the local Police Department (LVMPD). According to the LVMPD detective, they were able to track the funds to FTX and the scammers were based in Hong Kong, according to LVMPD. LVMPD sent a seizure warrant of the funds to FTX. FTX responded and cooperated in the effort to return the funds, at least two times per the detective's statement, and the detective verbally also told me that the funds will be returned to me.

In the meantime, however, unfortunately in early November 2022, FTX crashed and filed for chapter 11 bankruptcy protection.

Dear Honorable Judge,

Since the summer of 2023, I have been in constant communication with FTX and Kroll lawyers but obviously because of the bankruptcy, I have been unable to get a definite instruction of how to proceed with the recovery of the stolen funds.

Last month, Kroll suggested that I file for proof of non-customer claim, and I did. (I received Claim confirmation Number 93202 from Kroll). I have also contacted detectives with LVMPD for information on their communication with FTX. However, the detective told me that he cannot send another seizure request because the scope of their responsibility doesn't include recovery of funds. Per their department policy, they also cannot give me records of details of the investigation. **However, they told me in writing that if FTX sends them a request for information on returning the funds, they are willing to cooperate in providing the necessary information.**

Dear Judge,

Following is my concern: Although I filed for non-customer proof of claim, since I don't have an account with FTX, things might be more difficult unless FTX contacts LVMPD and ensures the stolen funds will not go back to the criminals.

I also believe most likely significant amounts of stolen funds from victims like me might have been put in FTX that will be addressed during the bankruptcy but there is no way of knowing for sure. LVMPD detectives have the opinion that stolen funds might be handled under a special category of bankruptcy, however, I have no definite information that this will be the case and FTX didn't advise LVMPD or myself of how they will deal with stolen funds.

Dear Honorable Judge John,

Currently, I am in an extremely difficult situation. I am near retirement age and in a state of disbelief this happened. I am more sad than angry. When I was a young boy, my 88 year old mom used to tell me: "Amanuel, you always think people are like you; you trust everybody." Finally, this has been the worst of my mom's fears. They took away all my lifetime savings and I am writing this appeal to you as a last resort to resolve this devastation. I sincerely hope justice will prevail for my situation and for many more victims. More importantly, it would be bad for these criminals to get back the stolen funds from FTX and I sincerely and humbly believe the Honorable Court will look into this unfortunate situation.

Thanks,

*[signature]* 04-07-2024

Amanuel Giorgis

**Jeffrey Lomas** <J13420L@lvmpd.com>

Mon, Jul 31, 2023, 6:26 AM

Hi Amanuel, I looked at this process and it appears to be the customer-facing portal for claims. Seizures fall into a **different category**, but I'm not a bankruptcy lawyer. If I hear back from FTX, I will inform you of any updates.

**Jeff Lomas**
Detective
Cyber Investigative Group
USSS Cyber Fraud Task Force
Digital Investigations Bureau
Las Vegas Metropolitan Police Department
400 South Martin Luther King Boulevard, Las Vegas, Nevada 89106
☎ 702.828.2821 office | ✉ j13420l@lvmpd.com

**Jeffrey Lomas** <J13420L@lvmpd.com>

Mon, Sep 25, 2023, 10:12 AM

Hi Amanuel, I'm not sure of the interaction you had with the public records folks, but the information we obtained was under search warrants and grand jury subpoenas. I can't provide this information to you because it violates state law for me to do so and it also violates our department policy. I would recommend hiring a lawyer to subpoena these records from the public records folks as this may be what they need to release these records.

**Jeff Lomas**
Detective
Cyber Investigative Group
USSS Cyber Fraud Task Force
Digital Investigations Bureau
Las Vegas Metropolitan Police Department
400 South Martin Luther King Boulevard, Las Vegas, Nevada 89106
☎ 702.828.2821 office | ✉ j13420l@lvmpd.com

Oct 23, 2023, 7:39 AM

Hello Amanuel, I'm sorry to hear things are a bit complicated for you right now. Most of this is out of my depth as I have no experience with civil issues.
To answer your questions, we have reached out to FTX on more than one occasion and have never heard back. We talked about it before, but it's worth
reiterating that the funds to be seized were being held by an account holder outside of the US and with FTX's non US-based entity so they technically
do not have to respond to a US-based local seizure warrant. In short, we wish we could enforce these warrants, but there is no recourse for us as we rely
on the good will of the cryptocurrency exchange.

I wish you good luck with this and sincerely hope you are able to recover your funds in the near future.

Hello Amanuel, I'm sorry to hear that you have had no luck on your efforts. On our side, we sent two requests to FTX for this matter and have had no
communication from their legal department regarding seizure. We conferred with LVMPD legal that we have no further recourse on our side as we do
not have legal authority to demand funds from the entity the seizure warrant was sent to. We also confirmed with other law enforcement agencies
regarding interactions with FTX and they have similar experiences with no communication. With all of this in mind, we will not be reopening this case.

**Jeff Lomas**
**Detective**
**Cyber Investigative Group**
**FBI Cyber Task Force**
**Las Vegas Metropolitan Police Department**
400 South Martin Luther King Boulevard, Las Vegas, Nevada 89106
☎ 702.828.2821 office | ✉ j13420l@lvmpd.com



**UNITED STATES POSTAL SERVICE**

Retail

**US POSTAGE PAID**
$9.85
Origin: 89199
04/08/24
3148920016-98

**PRIORITY MAIL®**

0 Lb 2.00 Oz
RDC 03

EXPECTED DELIVERY DAY: 04/11/24

C012

SHIP TO:
824 N MARKET ST
WILMINGTON DE 19801-3024



USPS TRACKING® #



9505 5147 1905 4099 6161 74



**PRIORITY MAIL**


USPS.COM/PICKUP


PAPER POUCH

FROM:

**PRIORITY MAIL**

UNITED STATES POSTAL SERVICE
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Amanuel Giorgis
6624 Samba Ave
Las Vegas, NV 89139

TO:
CLERK'S OFFICE To:
HONORABLE Judge John T. Dorsey
USBC District COURT
824 MARKET STREET
WILMINGTON, DE 19801

Label 228, March 2016        FOR DOMESTIC AND INTERNATIONAL USE