IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et. al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. 8615** |

### CERTIFICATION OF COUNSEL REGARDING ORDER RESOLVING EQUINIX INC.'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

The undersigned counsel to Equinix, Inc. ("**Equinix**") hereby certifies as follows:

1. On March 5, 2024, Equinix filed *Equinix Inc.'s Motion for Allowance of Administrative Expense Claim* [Docket No. 8615] (the "**Motion**"), along with a proposed form of order (the "**Original Proposed Order**") granting the Motion.

2. Pursuant to the notice of the Motion, the objection deadline for the Motion was March 13, 2024 at 4:00 p.m. (ET) (the "**Objection Deadline**").

3. Prior to the Objection Deadline, the Debtors and Equinix conferred with the Debtors. Equinix agreed to extend the Objection Deadline, solely for the Debtors, until April 10, 2024.

4. Attached hereto as **Exhibit "1"** is a revised form of order (the "**Revised Order**"), which reflects a resolution with the Debtors as to the Motion. Attached hereto as **Exhibit "2"** is a comparison version of the Revised Order that reflects the changes made to the Original Proposed Order.

5. The Objection Deadline has passed and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

6.  The Debtors and Equinix shared the Revised Order with counsel for the Office of the United States Trustee and counsel for the Official Committee of Unsecured Creditors, and they have no objections to the Revised Order.

7.  The undersigned counsel respectfully requests that the Court sign the Revised Order and direct that it be docketed.

Dated: April 15, 2024        **SAUL EWING LLP**

*/s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: 302-421-6898
luke.murley@saul.com

*Attorneys for Equinix, Inc.*