IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2024 APR 15 AM 11:29
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | ) | Case No. 22-11068 (JTD) |
|---|---|---|
| FTX Trading Ltd., et al., | ) ) | Chapter 11 |
| Debtors. | ) ) ) | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Phoenix TF, LLC<br><br>Name and address where notices and payments to transferee should be sent:<br>ATTN: Phoenix TF, LLC<br>418 Broadway Ste R<br>Albany, NY 12207<br>Email: customerservice@phoenixtf.co.uk | |

| Claim No. / Schedule | Creditor Name | Amt | Debtor | Case No. |
|---|---|---|---|---|
| Schedule No. 6783025 | | | FTX Trading Ltd. | 22-11068 |
| Claim No. n/a | | | FTX Trading Ltd. | 22-11068 |
| Confirmation ID No. n/a | | | FTX Trading Ltd. | 22-11068 |
| Unique Customer Code: 01039279 | | | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Jonathan Forsgren*       Date: _____4/9/24_____

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Local Form 138

## Creditor Information - Schedule # 6783025

**Creditor**
Name on File
Address on File

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
n/a

**Claim Number**
n/a

**Schedule Number**
6783025

**Confirmation ID**
n/a

## Claim Amounts

| Claim Nature | Schedule Amount | C* U* D* | Asserted Claim Amount | C* U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

*Transfers, objections, stipulations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.*

## Claim Additional Info

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | ATLAS | 0.0000000069943447 |
| CRYPTO | BTC | 0.00000000074919586 |
| CRYPTO | CRV | 0.0000000001311878 |
| CRYPTO | DOGE | 0.0000000074074422 |
| CRYPTO | DYDX | 0.000000008225184 |
| CRYPTO | ETH | 0.0692568772 |
| CRYPTO | FTT | 1799.6621800007179 |
| CRYPTO | LINK | 0.00746 |
| CRYPTO | LUNA2 | 0.572514566 |
| CRYPTO | LUNA2_LOCKED | 1.335867321 |
| CRYPTO | MASK | 0.92 |
| CRYPTO | USDT | 0.0000000150045918 |
| FIAT | USD | 9935.055519419495 |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is

**Identity of Transferor**

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.