Annex A

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re: FTX TRADING LTD., et al.
Debtors

Chapter 11
Case No. Case No. 22-11068
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**[Confidential Creditor]**

[Transferor's Address for Notices]

Name of Transferee:

**Fulcrum Credit Partners LLC**
Transferee's Address for Notices and Payment:
111 Congress Avenue, Suite 2550
Austin, Texas 78701-4044
Attn: Amelia Harris
Email: fulcrumtrading@fulcruminv.com (with copies to mhamilton@fulcruminv.com, tbennett@fulcruminv.com, and aharris@fulcruminv.com)
Tel: (512) 473-2781

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim(s) No. 26234 | FTX Trading Ltd. | 22-11068 | Unique Customer Code / Schedule F#: 01996207<br>Schedule Number: 6786119 | As described on Schedule F |
| | FTX Trading Ltd. | 22-11068 | Confirmation ID: 3265-70-KNNCP-631107913 | As described in the Claim Confirmation |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Matthew Hamilton (Nov 27, 2023 11:18 CST)_    Date: Nov 27, 2023
Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE**

TO: Clerk, United States Bankruptcy Court, District of Delaware

, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, do hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to **FULCRUM CREDIT PARTNERS LLC** its successors and assigns, ("Buyer"), all right, title and interest in and to the claim(s) the ("Claim") of Seller, identified below, against FTX TRADING LTD et al., in the United States Bankruptcy Court, District of Delaware, Case No. 22-11068.

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim(s) No. 26234 | FTX Trading Ltd. | 22-11068 | Unique Customer Code / Schedule F#: 01996207<br>Schedule Number: 6786119 | As described on Schedule F |
| | FTX Trading Ltd. | 22-11068 | Confirmation ID: 3265-70-KNNCP-631107913 | As described in the Claim Confirmation |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.

Buyer:                                                          Seller:

**FULCRUM CREDIT PARTNERS LLC**

By: _Matthew Hamilton (Nov 27, 2023 11:18 CST)_
Name: Matthew Hamilton
Title: Managing Principal
Email: mhamilton@fulcruminv.com

Date: Nov 27, 2023

Signature Page to Evidence of Transfer and Waiver of Notice

## EXHIBIT A

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim(s) No. 26234 | FTX Trading Ltd. | 22-11068 | Unique Customer Code / Schedule F#: 01996207 Schedule Number: 6786119 | As described on Schedule F |
| | FTX Trading Ltd. | 22-11068 | Confirmation ID: 3265-70-KNNCP-631107913 | As described in the Claim Confirmation |

# Customer Code Email

---------- Forwarded message ---------
From: **FTX Noticing** <ftx@noticing.ra.kroll.com>
Date: Fri, Mar 31, 2023 at 2:27 AM
Subject: FTX - Your Scheduled Claim Information and Unique Customer Code
To:

**YOUR UNIQUE CUSTOMER CODE(S) AND SCHEDULED CLAIM INFORMATION IS AT THE BOTTOM OF THIS EMAIL.**

YOU ARE RECEIVING THIS EMAIL BECAUSE YOU HAVE BEEN IDENTIFIED AS A CUSTOMER WITH A NET POSITIVE ACCOUNT BALANCE AS OF NOVEMBER 11, 2022 OF ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 CASES OF FTX TRADING LTD. AND CERTAIN OF ITS AFFILIATED DEBTORS AND DEBTORS-IN-POSSESSION PENDING IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE AND JOINTLY ADMINISTERED UNDER THE CASE NUMBER 22-11068. YOU HAVE BEEN LISTED IN ONE OR MORE OF THE DEBTORS' SCHEDULES AND STATEMENTS.

On March 14 and 15, 2023, the FTX Trading Ltd. and certain of its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed their schedules of assets and liabilities and statements of financial affairs (the "Schedules and Statements").

Pursuant to the Final Order (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on a Final Basis and (III) Granting Certain Related Relief [D.I. 545], customer names and addresses in the Schedules and Statements are redacted. With respect to Schedules E/F – which identify creditors of the Debtors with non-priority unsecured claims (including customers with a net positive account balance as of November 11, 2022) – in an effort to redact customer names and addresses, the Debtors have identified each customer with a net positive account balance as of November 11, 2022 by a unique customer code (a "Unique Customer Code"). Your Unique Customer Code and an excerpt of your scheduled claim(s) are at the bottom of this email.

**PLEASE BE ADVISED THAT THE COURT HAS NOT YET SET A DEADLINE FOR SUBMITTING PROOFS OF CLAIMS OR INTERESTS AGAINST THE DEBTORS. WHEN THE COURT SETS A DEADLINE, ALL KNOWN CREDITORS, INCLUDING ALL CUSTOMERS IDENTIFIED ON THE SCHEDULES AND STATEMENTS, WILL BE PROVIDED NOTICE OF THE DEADLINE AND INSTRUCTIONS ON HOW TO SUBMIT PROOFS OF CLAIM OR INTERESTS.**

**PLEASE BE FURTHER ADVISED THAT RECEIPT OF THIS EMAIL AND A UNIQUE CUSTOMER CODE ONLY INDICATES THAT YOU HAD ONE OR MORE CLAIM(S) LISTED ON ONE OR MORE OF THE DEBTORS' SCHEDULES AND STATEMENTS. PROVISION OF A UNIQUE CUSTOMER CODE IS NOT AN ADMISSION BY THE DEBTORS OF THE VALIDITY OF SUCH CLAIM(S) OR A WAIVER OF ANY DEFENSES THERETO. THE DEBTORS HEREBY INCORPORATE BY REFERENCE THE GLOBAL NOTES ATTACHED TO EACH OF THE DEBTORS' SCHEDULES AND STATEMENTS AND RESERVE ALL RIGHTS.**

To view all of the Debtors' Schedules and Statements, as well as the Global Notes, please visit https://restructuring.ra.kroll.com/FTX and navigate to the "Schedules & SOFA" page under "Quick Links." Standalone excerpts of the customer data can be found under "Customer Schedules."

Your Unique Customer Code is 01996207
Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:

1INCH[0.6179125665651600]
AMPL[13.3217431784758731]
APE[0.0000000100000000]
BTC[2.6579752634986300]
ETH[0.0025135850861487]
ETHW[0.0000000128468276]
FTT[1286.1522636100000000]
MATIC[0.0000000090969477]
SRM[41.2700602600000000]
SRM_LOCKED[340.1499397400000000]
USD[5796088.1608195659662258000000000000]
USDT[290844.1084044414441332]
XRP[-0.0053096973187375]

FTX Noticing

Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055

# Schedule F Claim Listing

| | |
|---|---|
| 01996207 | 1INCH[0.6179125665651600],AMPL[13.3217431784758731],APE[0.0000000100000000],BTC[2.6579752634986300],ETH[0.0025135850861487],ETHW[0.0000000128468276],FTT[1286.1522636100000000],MATIC[0.0000000090969477],SRM[41.2700602600000000],SRM_LOCKED[340.1499397400000000],USD[5796088.1608195659662258000000000000],USDT[290844.1084044414441332],XRP[-0.0053096973187375] |

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.