

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FTX TRADING LTD., *et al.*, | No. 22-11071 (JTD) |
| Debtors | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice

Name of Transferor:

Name of Transferee:

**Arceau 507 II  LLC**

Name and Current Address of Transferor:

Name and Address where notices and payments to transferee should be sent:

**Arceau 507 II  LLC**
Michael Bottjer
**4 lakeside drive Chobham lakes**
**Woking, Surrey**
**GU24 8BD**

| Claim No. / Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Kroll Schedule 2221106806660716 | | As described on schedule F | West Realm Shires Services Inc. | 22-11071 |
| Debtor Schedule F No 08720409 | | As described on schedule F | West Realm Shires Services Inc. | 22-11071 |
| Confirmation ID: 3265-70-TLLUR-858572244 | | As described on schedule F | West Realm Shires Services Inc. | 22-11071 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  _Michael Bottjer_            Date: 16 April 2024

Transferee/Transferee's Agent

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.



# Xclaim

**TRANSFER OF CLAIM AGREEMENT**
**TRANSFER TERMS**

**SELLER:** █████████

**BUYER:** Arceau 507 II LLC

**EFFECTIVE DATE:** 02/08/2023

**DEBTOR(S):** FTX Trading Ltd. (22-11068)

**COURT:** District of Delaware

**CLAIMS:** The claims against the Debtor (the "Claim" or "Claims") identified as:

| Unique Customer Code | Claim Amount |
|---|---|
| 08720409 | $173,856.30 |

SELLER and BUYER (each a "Party" and, together, the "Parties") hereby enter into this Transfer of Claim Agreement (this "Agreement") as of the date set forth above (the "Effective Date") to govern and effect the sale from SELLER to BUYER of the Claim and the other Assigned Rights. This Agreement comprises these Transfer Terms (the "Transfer Terms") and the Standard Terms and Conditions for XCLAIM Transfer of Claim Agreement attached hereto (the "Standard Terms"), which are hereby incorporated herein in their entirety and without modification except as expressly set forth in these Transfer Terms. In the event of any conflict or inconsistency between these Transfer Terms and the Standard Terms, these Transfer Terms shall govern and control. Capitalized terms used but not otherwise defined in these Transfer Terms shall have the meanings set forth in the Standard Terms.

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the Effective Date.

**Buyer: Arceau 507 II LLC**

By: *Michael Bottjer*
   DocuSigned by
   8B7AF248955F43C...

Date: 02/08/2023

Date: 02/08/2023