UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FTX TRADING LTD., *et al.*, | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice

Name of Transferor:

■■■■■■■■■■

Name and Current Address of Transferor:

■■■■■■■■■■

Name of Transferee:

117 Partners LTD

Name and Address where notices and payments to transferee should be sent:

117 Partners LTD
Thomas Braziel
tom@117partners.com
5 Greyhen Lane, Savannah, GA 31411

| Claim No. / Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim Number: 73290 Schedule ID: 221106806752026 | ■■■ | As described on schedule F | FTX Trading Ltd | 22-11068 |
| Debtor Schedule No: 01561011  Account ID: 33565672 | ■■■ | As described on schedule F | FTX Trading Ltd | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  Thomas Braziel (Nov 22, 2023 11:53 CST)

Date: 22 November 2023

Transferee/Transferee's Agent

## EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, ████ ("Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to 117 Partners Ltd ("Purchaser") all of Seller's right, title, and interest in and to Kroll Customer Number 01561011, FTX AccountID 33565672, Scheduled ID 2211068067520226 (the "Proof of Claim") filed against FTX Trading Ltd. et al. (the "Debtor") in the amount of ████ in *In re* FTX Trading Ltd. et al (Case No. 22-11068) pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Proof of Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Proof of Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on 16 November, 2023.



FTX Trading Ltd. Amended Customer Claim Schedule

| | | |
|---|---|---|
| 01561011 | | ADA-PERP[0], ATOM-PERP[0], AVAX-PERP[0], BNB-PERP[0], BTC[0], BTC-PERP[0], DAI[6056.76461605], DOT-PERP[0], ETH[1574.57081206], ETH-PERP[0], ETHW[0], FTM-PERP[0], FTT[.00000001], LUNC-PERP[0], SOL-PERP[0], SRM[2.66179146], SRM_LOCKED[1537.62820545], SYN[6690], TRX-PERP[0], USD[25000.20] |

Kroll Website Claim Entry



## Creditor Data Details - Claim # 73290

**Creditor**
Name on file.
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
09/27/2023

**Claim Number**
73290

**Schedule Number**
6752026

**Confirmation ID**
3265-70-LVXXC-604073531

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | | | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Transfers, objections, stipulations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.

## Claim Additional Info

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | AVAX-PERP | -0.000000000001819 |
| CRYPTO | BTC | 0.0000000000359499 |
| CRYPTO | BTC-PERP | -0.0000000000000071 |
| CRYPTO | DAI | 6056.76461605 |
| CRYPTO | DOT-PERP | -0.0000000000009095 |
| CRYPTO | ETH | 1574.570812069366 |
| CRYPTO | ETH-PERP | -0.0000000000000284 |
| CRYPTO | ETHW | 0.0000000030198633 |
| CRYPTO | FTT | 0.00000001 |
| CRYPTO | SOL-PERP | 0.0000000000011369 |
| CRYPTO | SRM | 2.66179146 |
| CRYPTO | SRM_LOCKED | 1537.62820545 |
| CRYPTO | SYN | 6690.0 |
| FIAT | USD | 25000.203040592758 |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register

 Open in new window