IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | | | |
|---|---|---|---|
| Name of Transferee: | **Svalbard Holdings Limited** | Name of Transferor: | **[Redacted]** |
| Name and Address where notices and payments to transferee should be sent: | **Svalbard Holdings Limited**[1]<br>**c/o Attestor Limited**<br>**7 Seymour Street**<br>**W1H 7JW**<br>**London, United Kingdom** | Last known address: | **[Redacted]** |
| Email:<br>Phone: | **Attn: Steve Gillies**<br>settlements@attestorcapital.com<br>**+44(0)20 7074 9653** | Court Claim # (if known): | 70132 |
| | | Kroll Unique | 01000463 |

---

[1] Any payments on account of the claim referenced in this evidence and notice shall be made to the order of Svalbard Holdings Limited.

Local Form 138

| | |
|---|---|
| Amount of Claim: | [Redacted] |
| Date Claim Filed: | 2023-09-26 |
| Phone: | [Redacted] |
| Last Four Digits of Acct #: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 07 / 02 / 2024
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

2