# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re FTX Trading Ltd., et al.,<br><br>                  Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF
## NOTICES OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Hudson Bay Claim Fund LLC, by its undersigned counsel, hereby withdraws the following Notices of Transfer of Claim Other Than for Security, which were filed incorrectly:

Docket Number 8315 (filed March 1, 2024)

Docket Number 8542 (filed March 5, 2024)

Docket Number 8538 (filed March 5, 2024)

Docket Number 8539 (filed March 5, 2024)

Docket Number 8540 (filed March 5, 2024)

Docket Number 8541 (filed March 5, 2024)

Docket Number 8542 (filed March 5, 2024)

Docket Number 9416 (filed March 15, 2024)

Dated: April 17, 2024

**MORGAN, LEWIS & BOCKIUS LLP**

By:_____
Jody C. Barillare (Bar No. 5107)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: (302) 574-3000
Facsimile: (302) 574-3001
jody.barillare@morganlewis.com

*Attorneys for Hudson Bay Claim Fund LLC*

DB1/ 144886029.1