**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX Trading, Ltd. *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068<br><br>(Jointly Administered) |

*AMENDED* **TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

Claim No. 21173 has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferor:** | **Name of Transferee:** |
|---|---|
| **[CONFIDENTIAL CREDITOR]** | **SEAPORT LOAN PRODUCTS LLC** |
| **Address of Transferor:** | **Address of Transferee:** |
| [Address on File] | Attn: Jonathan R. Silverman<br>360 Madison Avenue<br>New York, NY 10017<br>Email: jsilverman@seaporglobal.com |

| Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|
| FTX Trading Ltd. | 22-11068 | Unique Customer Code: 01727831<br>Claim No.: 21173<br>Confirmation ID: 3265-70-NXBDT-815287165 | As set forth on Amended Schedule F [Docket 1737] (relevant page attached) |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ *Jonathan R. Silverman*                Date:  April 17, 2024
          Transferee/Transferee's Agent

*Penalty for making a false statement*:  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 01727676 | Contingent | BTC[.0003731], ETH[.028], LUNA2[0.00292660], LUNA2_LOCKED[0.00682875], LUNC[0.00942773], USD[0.00], USDT[1.02900814] | | |
| 01727677 | | AKRO[1], AUD[0.00], TRX[1] | | |
| 01727680 | | USD[25.00] | | |
| 01727681 | | BNB[0], ETH[0], USD[0.00], USDT[0.00000371] | | |
| 01727682 | Contingent | AAVE-PERP[0], ADA-PERP[0], ALGO-PERP[0], ALPHA-PERP[0], APE-PERP[0], APT-PERP[0], ATLAS-PERP[0], ATOM-PERP[0], AVAX-PERP[0], AXS[0], AXS-PERP[0], BAND-PERP[0], BCH-PERP[0], BNB[0], BNB-PERP[0], BTC[0.00000002], BTC-PERP[0], CEL-PERP[0], CREAM-PERP[0], DFL[.00000001], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], ENJ-PERP[0], ENS-PERP[0], ETC-PERP[0], ETH[0.00000001], ETH-PERP[0], ETHW[21.72460368], FTM-PERP[0], FTT[150.43964961], FTT-PERP[0], GALA-PERP[0], GMT-PERP[0], HNT-PERP[0], KNC-PERP[0], LINK[0.00000001], LINK-PERP[0], LOOKS-PERP[0], LTC[0.00000001], LTC-PERP[0], LUNA2[0], LUNA2_LOCKED[7.47309988], LUNC-PERP[0], MANA-PERP[0], MATIC[0.00000001], MATIC-PERP[0], MTL-PERP[0], NEAR-PERP[0], ONE-PERP[0], POLIS-PERP[0], ROSE-PERP[0], RUNE-PERP[0], SAND-PERP[0], SLP-PERP[0], SNX-PERP[0], SOL[0.00000001], SOL-PERP[0], SPELL-PERP[0], SUSHI[0], SUSHI-PERP[0], SXP-PERP[0], THETA-PERP[0], TLM-PERP[0], TOMO-PERP[0], TONCOIN-PERP[0], TRX[.000857], TRX-PERP[0], USD[15129.57], USDT[0.00134630], USTC-PERP[0], WAVES-PERP[0], XLM-PERP[0], XRP[0.00000001], XRP-PERP[0], ZIL-PERP[0] | | USD[5.00] |
| 01727684 | | BNB[0], FTT[0], USD[0.00] | | |
| 01727689 | | DOGEBULL[0], THETABULL[.0849], TRX[.000001], USD[228.83], USDT[0.08000001] | | |
| 01727690 | | ADA-PERP[0], ALICE-PERP[0], POLIS-PERP[0], SRM-PERP[0], USD[0.00], USDT[0] | | |
| 01727692 | | MNGO[59.994], USD[1.32], USDT[0] | | |
| 01727695 | | ALICE[.05944], USD[1.86] | | |
| 01727699 | | USD[1.98], USDT[1.01244148] | | |
| 01727702 | | USD[0.00] | | |
| 01727707 | | RAY[.00036529], SOL[.01], USD[0.50], USDT[0] | | |
| 01727708 | Contingent | AAVE-PERP[0], ADA-PERP[0], ALGO-PERP[0], ALPHA-PERP[0], AR-PERP[0], ATLAS[6.6898], ATLAS-PERP[0], ATOM[.015526], ATOM-PERP[0], AUD[1522.11], AVAX-PERP[0], BAND-PERP[0], BTC[.00003184], BTC-PERP[0], DOT-PERP[0], DYDX-PERP[0], EGLD-PERP[0], ENJ-PERP[0], ETH[.00005292], ETH-PERP[0], ETHW[0.00005291], FTM-PERP[0], FTT-PERP[0], GALA-PERP[0], GRT-PERP[0], HBAR-PERP[0], LINK-PERP[0], LUNA2[11.94913557], LUNA2_LOCKED[27.88131632], LUNC[2601898.6639238], LUNC-PERP[0], MATIC-PERP[0], ONE-PERP[0], RUNE-PERP[0], SHIB-PERP[0], SNX-PERP[0], SOL[.0030414], SOL-PERP[0], SRM-PERP[0], STG[.74782], SUSHI-PERP[0], TRX[.000009], USD[22000.92], USDT[0], USTC[.033] | | |
| 01727709 | | ETH[0] | | |
| 01727710 | | ATLAS[9.5687], USD[742.26] | | |
| 01727713 | | MNGO[8.958], TRX[.000008], USD[0.00], USDT[0] | | |
| 01727725 | | AKRO[4], ALPHA[1.01225704], ATLAS[1598.34684543], BAO[1], BNB[.00004188], DENT[1], FTM[915.02492191], GBP[0.00], GRT[1.00402637], KIN[3], MNGO[633.31766031], STEP[1938.19471903], TRX[3], UBXT[1], USDT[0] | Yes | |
| 01727734 | | ADABULL[.2919], MTA[.8796], USD[190.29], XRPBULL[85060] | | |
| 01727738 | | BTC-PERP[0], ETH[2.56091925], ETH-0325[0], ETH-0624[0], ETHW[2.061], FTT[363.8227], TRX[1000], USD[23828.76], USDT[22097.93487420] | | |
| 01727745 | | AAVE-PERP[0], ALT-PERP[0], AXS-PERP[0], BAL-PERP[0], BAND-PERP[0], DOGE-PERP[0], DYDX-PERP[0], ENS-PERP[0], ETC-PERP[0], FIDA-PERP[0], FTM-PERP[0], FTT-PERP[0], FXS-PERP[0], GALA-PERP[0], GAL-PERP[0], HBAR-PERP[0], HT-PERP[0], KAVA-PERP[0], LINA-PERP[0], MATIC-PERP[0], OKB-PERP[0], OP-PERP[0], PEOPLE-PERP[0], RAY-PERP[0], RNDR-PERP[0], SHIB-PERP[0], SNX-PERP[0], SUSHI-PERP[0], TRX[.000007], USD[96.54], USDT[174.85929354] | | |
| 01727753 | | NFT (357885804045690640/FTX EU - we are here! #70767)[1], NFT (535158934990929646/The Hill by FTX #13385)[1], NFT (548714174261207284/FTX Crypto Cup 2022 Key #16596)[1], NFT (569912188765383543/FTX EU - we are here! #70884)[1], NFT (573745488210849597/FTX EU - we are here! #70474)[1] | | |
| 01727759 | | AR-PERP[0], BNB-PERP[0], FLOW-PERP[0], FTM[0], FTM-PERP[0], FTT-PERP[0], MATIC-PERP[0], MTL-PERP[0], SAND-PERP[0], SOL[0], SOL-PERP[0], TRU-PERP[0], USD[0.01], USDT[0] | | |
| 01727760 | | EUR[0.97], FTT[.50769061], IMX[44.4], USD[0.06] | | |
| 01727761 | | USD[0.00] | | |
| 01727764 | | NFT (411658062401325498/FTX EU - we are here! #94760)[1], NFT (444602440408147995/FTX EU - we are here! #94653)[1], NFT (563876191973547929/FTX EU - we are here! #94347)[1], USD[0.00], USDT[.24813633] | | |
| 01727765 | | 1INCH-PERP[0], ADA-PERP[0], ALGO-PERP[0], ALICE-PERP[0], AVAX-PERP[0], CELO-PERP[0], CHZ-PERP[0], DYDX-PERP[0], ETH-PERP[0], FLOW-PERP[0], FTM-PERP[0], GST-PERP[0], LINK-PERP[0], NEAR-PERP[0], PEOPLE-PERP[-175220], RAY-PERP[0], RSR-PERP[0], SLP-PERP[0], SOL-PERP[0], SRM-PERP[0], STEP-PERP[0], TOMO-PERP[0], TULIP-PERP[0], USD[12204.78], USDT[0], VET-PERP[0], XTZ-PERP[0] | | |
| 01727777 | | BTC-PERP[0], FTT-PERP[0], SOL-PERP[0], USD[1113.85], XRP[.39229799] | | |
| 01727779 | | NFT (293865315231421584/FTX EU - we are here! #13186)[1], NFT (375949394975428939/The Hill by FTX #32378)[1], NFT (527313040720770736/FTX EU - we are here! #13028)[1], NFT (549269823921223447/FTX EU - we are here! #12728)[1], TRX[.001559], USD[0.00372674] | Yes | |
| 01727783 | | AKRO[3], BAO[6], BTC[.04304699], CAD[0.43], CEL[0], CHZ[1], CRO[.04865141], DENT[4], ETH[1.18056379], ETHW[1.18062847], FTT[0.00278909], KIN[5], MATIC[0], NFT (408590605407584729/Meditating #4)[1], SOL[.00019416], SXP[.0006587], TRX[1], USD[640.20], USDT[0.00000001], XRP[0.01246610] | Yes | |
| 01727784 | Contingent | BTC[0.00009824], ETH[0.00007833], ETHW[0.00007833], FTT[833.16148584], GMT[.024905], GMT-PERP[0], GST-PERP[0], LUNA2[0.00000003], LUNA2_LOCKED[0.00000007], LUNC[.00653445], SRM[8.73945875], SRM_LOCKED[81.85953119], TRX[.000001], USD[0.75], USDT[2.42641384] | Yes | |
| 01727787 | | DOGEBULL[5.43620928], TRX[.000002], USD[0.21], USDT[0.00000065] | | |
| 01727788 | | BTC[.0514], USD[0.87] | | |
| 01727792 | | FTT[6.05497868] | | |
| 01727795 | | USD[100.00] | | |
| 01727800 | | POLIS[417.15212], USD[0.52] | | |
| 01727817 | | ETH[0], MATIC[0], USDT[0.00000066] | | |
| 01727818 | Contingent | CRV-PERP[0], ETH[0], ETHW[0.48594365], LUNA2[0.46159484], LUNA2_LOCKED[1.07705464], USD[947.27], USDT[10.02792700] | | USDT[10] |
| 01727820 | | DENT[1], TRX[.000002], USDT[12.82689003] | Yes | |
| 01727824 | | AVAX-PERP[0], BTC[1.70924965], CRO-PERP[0], EUR[0.00], FTT[2.00887558], MANA-PERP[0], SHIB[7400000], TRX[.011379], TRX-PERP[0], USD[0.00], USDT[85039.09297302] | | |
| 01727831 | Contingent, Disputed | ADA-PERP[0], ALGO-PERP[0], ATOM-PERP[0], AUDIO-PERP[0], BTC-PERP[0], CEL-PERP[0], CHZ-PERP[0], DOGE-PERP[0], DOT-PERP[0], ENJ-PERP[0], ETH-PERP[0], FTT-PERP[0], LINK-PERP[0], LUNC-PERP[0], SOL-PERP[0], USD[901064.60], ZEC-PERP[0] | | |
| 01727838 | | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], ATOM-PERP[0], AVAX-PERP[0], AXS-PERP[0], BCH-PERP[0], BTC-PERP[0], C98-PERP[0], CHZ-PERP[0], CLV-PERP[0], DOT-PERP[0], EGLD-PERP[0], ENJ-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH-PERP[0], ICP-PERP[0], IOTA-PERP[0], KSM-PERP[0], LINK-PERP[0], LTC-PERP[0], MANA-PERP[0], MATIC-PERP[0], QTUM-PERP[0], RUNE-PERP[0], SAND-PERP[0], SOL-PERP[0], SXP-PERP[0], THETA-PERP[0], TRX-PERP[0], USD[1.66], USDT[0.00000001], VET-PERP[0], XMR-PERP[0], XRP-PERP[0], YFII-PERP[0], ZRX-PERP[0] | | |
| 01727839 | | 1INCH-PERP[0], ADA-PERP[0], APE-PERP[0], ATOM-PERP[0], BIT-PERP[0], BLT[.00104], BNB-PERP[0], BTC-PERP[0], CHZ-PERP[0], CRO[9.5231], DOT-PERP[0], ETC-PERP[0], ETH[.04799999], FRONT[50], FTT[817.4890075], FTT-PERP[0], FXS[141.439221], FXS-PERP[0], GENE[15.8], GLMR-PERP[0], LINK[.091089], LINK-PERP[0], NEAR-PERP[0], OMG-PERP[0], PSY[.67343], SLP-PERP[0], TONCOIN[.05264], TRX[.000002], USD[-55.17], USDT[808.80061757], USDT-PERP[0], YFI-PERP[0], YGG[367.00204], ZEC-PERP[0] | | |
| 01727859 | Contingent, Disputed | TRX[.000001], USD[0.00], USDT[0] | | |
| 01727862 | | 0 | | |
| 01727866 | | BTC-PERP[0], ETH[.00092172], ETH-PERP[0], ETHW[.00092172], FTT-PERP[0], SOL-PERP[0], USD[1244.16] | | |
| 01727869 | Contingent | SRM[58.29179574], SRM_LOCKED[.25671837], USD[0.00], USDT[0.00311001] | | |

## Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferor has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.