# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Defective Transfer of Claim, to be served via First Class Mail and/or Email on the date and upon the Transferor and Transferee, as set forth on the Defective Transfer Service List attached hereto as **Exhibit A**.

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: April 17, 2024

*/s/ Thomas Evangelista*
Thomas Evangelista

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 17, 2024, by Thomas Evangelista, proved to me on the bases of satisfactory evidence to be the person who appeared before me.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

<u>Exhibit A</u>
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3696 | Name on File<br>Address on File<br>Email Address on File | NOIA Opportunities SCSp.<br>Nicolas Vassaux<br>18 Rue Robert Stumper<br>L-2557<br>Luxembourg,  Luxembourg<br>Email: nicolas@noiacapital.com, partners@noiacapital.com | 3/19/2024 |
| 4029 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza, First Floor<br>Greenwich, CT 06830<br>Email: rbeacher@pryorcashman.com | 3/27/2024 |
| 4110 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza, First Floor<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 3/5/2024 |
| 4450 | Name on File | Phoenix Digital LLC<br>Attn: Tian Zeng<br>42 W 33rd St, 27B<br>New York, NY 10001<br>Email: tzeng@nirvana-cap.com | 3/5/2024 |
| 4465 | Name on File<br>Address on File | Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP<br>Attn: Leah Silverman<br>c/o Olympus Peak Asset Management<br>177 West Putnam Ave. Suite 2622-S1<br>Greenwich, CT 06831 | 3/5/2024 |
| 4467 | Name on File<br>Address on File<br>Email Address on File | Oaktree Phoenix Investment Fund, L.P.<br>Attention: Colin McLafferty<br>1301 Avenue of the Americas, 34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com | 3/5/2024 |
| 4479 | Name on File<br>Address on File | Terrapin International Foundation<br>Hugh Karp<br>Duplex No. 6 Obarrio<br>Calle 61<br>Panama | 3/5/2024 |
| 4493 | *Not Provided by Transferee* | ATLS 5, Ltd.<br>Insurgentes Sur 1722<br>Mexico City, CDMX 01030 Mexico | 3/5/2024 |
| 4530 | *Not Provided by Transferee* | ATLS 5, Ltd.<br>Insurgentes Sur 1722<br>Mexico City, CDMX 0130 Mexico | 3/5/2024 |

**Exhibit A**
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4663 | Name on File<br>Address on File<br>Email Address on File | Azure Distressed Opportunities Corporation<br>Attn: Sophia Dilbert<br>4th Floor, Harbour Place<br>103 South Church St<br>Grand Cayman, KY1-1002 Cayman Islands<br>Email: adoc_legal@aztide.com | 3/19/2024 |
| 4667 | Name on File<br>Address on File | Ceratosaurus Investors, L.L.C.<br>Attn: Michael Linn<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com | 3/5/2024 |
| 4669 | Name on File<br>Address on File | Ceratosaurus Investors, L.L.C.<br>Attn: Michael Linn<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com | 3/5/2024 |
| 4756 | Name on File<br>Address on File<br>Email Address on File | Arceau 507 II LLC<br>Michael Bottjer<br>4 Lakeside Drive Chobham Lakes<br>Woking<br>Surrey, GU24 8BD United Kingdom<br>Email: Michael@arceaucapital.com | 3/5/2024 |
| 5124 | Name on File<br>Address on File<br>Email Address on File | Boway Holdings, LLC<br>Attention: Colin McLafferty<br>1301 Avenue of the Americas, 34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com | 3/5/2024 |
| 5244 | Name on File<br>Address on File<br>Email Address on File | Fire Bouvardia, L.L.C.<br>Attn: Timothy Lin<br>c/o Crowell & Moring LLP<br>389 9th Ave, 44th floor<br>New York, NY 10001<br>Email: tlin@crowell.com | 3/5/2024 |
| 5249 | Name on File<br>Address on File<br>Email Address on File | DCP Master Investments XV LLC<br>c/o Diameter Capital Partners, LP<br>55 Hudson Yards, Suite 29B<br>New York, NY 10001<br>Email: srao@diametercap.com | 3/5/2024 |
| 5262 | Name on File<br>Address on File<br>Email Address on File | Boway Holdings, LLC<br>Attention: Colin McLafferty<br>1301 Avenue of the Americas, 34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com | 3/5/2024 |
| 5505 | Name on File<br>Address on File<br>Email Address on File | Contrarian Funds, LLC<br>Attn: Trade Claims<br>411 West Putnam Ave<br>Suite 425<br>Greenwich, CT 06830 | 3/5/2024 |

<u>Exhibit A</u>
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5544 | Name on File<br>Address on File | Svalbard Holding<br>7 Seymour Street<br>London, W1H 7JW United Kingdom<br>Email: settlements@attestorcapital.com | 3/19/2024 |
| 5554 | Name on File<br>Address on File<br>Email Address on File | 117 Partners LLC<br>Thomas Braziel<br>5 Greyhen Lane<br>Savannah, GA 31411<br>Email: tom@117partners.com | 3/5/2024 |
| 5556 | Name on File<br>Address on File<br>Email Address on File | 117 Partners LLC<br>Thomas Braziel<br>5 Greyhen Lane<br>Savannaha, GA 31411<br>Email: tom@117partners.com | 3/5/2024 |
| 5563 | *Not Provided by Transferee* | 117 Partners LLC<br>Thomas Braziel<br>5 Greyhen Lane<br>Savannah, GA 31411<br>Email: tom@117partners.com | 3/5/2024 |
| 5564 | *Not Provided by Transferee* | 117 Partners Ltd<br>Thomas Braziel<br>6.20 World Trade Center, 6 Bayside Road<br>GX11 1AA Gibraltar<br>Email: tom@117partners.com | 3/5/2024 |
| 5581 | Name on File<br>Address on File<br>Email Address on File | Boway Holdings, LLC<br>Attention: Colin McLafferty<br>1301 Avenue of the Americas, 34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com | 3/5/2024 |
| 5641 | Name on File<br>Address on File<br>Email Address on File | Canyon Distressed Opportunity Master Fund III, L.P.<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th floor<br>Los Angeles, CA 90067<br>Email: bankdebt@canyonpartners.com,<br>legal@canyonpartners.com | 3/5/2024 |
| 5642 | Name on File<br>Address on File<br>Email Address on File | Canyon NZ-DOF Investing, L.P.<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th floor<br>Los Angeles, CA 90067<br>Email: bankdebt@canyonpartners.com,<br>legal@canyonpartners.com | 3/5/2024 |
| 5643 | Name on File<br>Address on File<br>Email Address on File | Canyon Distresed Opportunity Master Fund III, L.P.<br>Canyon Distressed Opportunity Master Fund III, L.P.<br>c/o Canyon Capital Advisors L.L.C.<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA<br>Email: bankdebt@canyonpartners.com | 3/19/2024 |

**Exhibit A**
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5644 | Name on File<br>Address on File<br>Email Address on File | Canyon NZ-DOF Investing, L.P.<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: bankdebt@canyonpartners.com | 3/27/2024 |
| 5645 | Name on File<br>Address on File<br>Email Address on File | Canyon Distresed Opportunity Master Fund III, L.P.<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th floor<br>Los Angeles, CA 90067<br>Email: bankdebt@canyonpartners.com,<br>legal@canyonpartners.com | 3/5/2024 |
| 5646 | Name on File<br>Address on File<br>Email Address on File | Canyon NZ-DOF Investing, L.P.<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th floor<br>Los Angeles, CA 90067<br>Email: bankdebt@canyonpartners.com,<br>legal@canyonpartners.com | 3/5/2024 |
| 5676 | Name on File<br>Address on File<br>Email Address on File | Boway Holdings, LLC<br>Attention: Colin McLafferty<br>1301 Avenue of the Americas, 34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com | 3/5/2024 |
| 5699 | Name on File<br>Address on File<br>Email Address on File | Federico Natali<br>PO Box Number 75719<br>Dubai,   United Arab Emirates<br>Email: paztibi.xyz+recovery@gmail.com | 3/5/2024 |
| 5706 | Name on File<br>Address on File<br>Email Address on File | Svalbard Holdings Limited<br>Attestor Value Master Fund LP<br>Attn: Steve Gillies, c/o Attestor Limited<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: settlements@attestorcapital.com | 3/5/2024 |
| 5707 | Name on File<br>Address on File<br>Email Address on File | Svalbard Holdings Limited<br>Attestor Value Master Fund LP<br>Attn: Steve Gillies, c/o Attestor Limited<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: settlements@attestorcapital.com | 3/5/2024 |
| 5708 | Name on File<br>Address on File<br>Email Address on File | Svalbard Holdings Limited<br>Attestor Value Master Fund LP<br>Attn: Steve Gillies, c/o Attestor Limited<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: settlements@attestorcapital.com | 3/5/2024 |
| 5709 | Name on File<br>Address on File<br>Email Address on File | Svalbard Holdings Limited<br>Attestor Value Master Fund LP<br>Attn: Steve Gillies, c/o Attestor Limited<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: settlements@attestorcapital.com | 3/5/2024 |

<u>Exhibit A</u>
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5709 | Name on File<br>Address on File<br>Email Address on File | Svalbard Holdings Limited<br>Attestor Value Master Fund LP<br>Attn: Steve Gillies, c/o Attestor Limited<br>7 Seymour Street<br>London, W1H 7JW United Kingdom<br>Email: settlements@attestorcapital.com | 3/19/2024 |
| 5724 | Name on File<br>Address on File<br>Email Address on File | 117 Partners Ltd<br>Thomas Braziel<br>6.20 World Trade Center, 6 Bayside Road<br>GX11 1AA Gibraltar<br>Email: tom@117partners.com | 3/5/2024 |
| 5726 | Name on File | 117 Partners Ltd<br>Attention: Thomas Braziel<br>6.20 World Trade Center<br>6 Bayside Road,<br>GX11 1AA Gibraltar<br>Email: tom@117partners.com | 3/5/2024 |
| 5727 | Name on File<br>Address on File<br>Email Address on File | 117 Partners LLC<br>Thomas Braziel<br>5 Greyhen Lane<br>Savannah, GA 31411<br>Email: tom@117partners.com | 3/5/2024 |
| 5750 | Name on File | Nexxus Participation Vehicle III LLC<br>Attn: Timothy Babich<br>c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 3/5/2024 |
| 5754 | Not Provided by Transferee | Livello Capital Special Opportunities Master Fund LP<br>Attn: Joseph Salegna, c/o Livello Capital Management LP<br>c/o Livello Capital Management LP<br>104 W. 40th Street, 19th Floor<br>New York, NY 10018<br>Email: jsalegna@livellocap.com | 3/5/2024 |
| 5772 | Not Provided by Transferee | Livello Capital Special Opportunities Master Fund LP<br>Attn: Joseph Salegna, c/o Livello Capital Management LP<br>c/o Livello Capital Management LP<br>104 W. 40th Street, 19th Floor<br>New York, NY 10018<br>Email: jsalegna@livellocap.com | 3/5/2024 |
| 5774 | Not Provided by Transferee | Livello Capital Special Opportunities Master Fund LP<br>Attn: Joseph Salegna, c/o Livello Capital Management LP<br>c/o Livello Capital Management LP<br>104 W. 40th Street, 19th Floor<br>New York, NY 10018<br>Email: jsalegna@livellocap.com | 3/5/2024 |

**Exhibit A**
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5821 | Not Provided by Transferee | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018<br>Email: vjel@cherokeeacq.com | 3/5/2024 |
| 5909 | Name on File<br>Address on File<br>Email Address on File | Wireless Mouse I, LLC<br>Lingtong Sun<br>2120 University Avenue, #607<br>Berkeley, CA 94704<br>Email: contact@transformerlabs.xyz | 3/27/2024 |
| 5924 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors, L.L.C.<br>Attn: Michael Linn<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com | 3/5/2024 |
| 5924 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors, L.L.C.<br>Attn: Michael Linn<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com | 3/19/2024 |
| 5928 | Name on File | Ceratosaurus Investors, L.L.C.<br>Attn: Michael Linn<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com | 3/5/2024 |
| 5958 | Not Provided by Transferee | 117 Partners Ltd<br>Thomas Braziel<br>6.20 World Trade Center, 6 Bayside Road<br>GX11 1AA Gibraltar<br>Email: tom@117partners.com | 3/5/2024 |
| 5959 | Not Provided by Transferee | 117 Partners Ltd<br>Thomas Braziel<br>6.20 World Trade Center, 6 Bayside Road<br>GX11 1AA Gibraltar<br>Email: tom@117partners.com | 3/5/2024 |
| 5960 | Not Provided by Transferee | 117 Partners Ltd<br>Thomas Braziel<br>6.20 World Trade Center, 6 Bayside Road<br>GX11 1AA Gibraltar<br>Email: tom@117partners.com | 3/5/2024 |
| 5961 | Not Provided by Transferee | 117 Partners Ltd<br>Thomas Braziel<br>6.20 World Trade Center, 6 Bayside Road<br>GX11 1AA Gibraltar<br>Email: tom@117partners.com | 3/5/2024 |

**Exhibit A**
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5962 | Not Provided by Transferee | 117 Partners Ltd<br>Thomas Braziel<br>6.20 World Trade Center, 6 Bayside Road<br>GX11 1AA Gibraltar<br>Email: tom@117partners.com | 3/5/2024 |
| 5994 | Name on File<br>Address on File<br>Email Address on File | Canyon Balanced Master Fund, Ltd<br>Attn: James Pagnam; Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Fl<br>Los Angeles, CA 90067<br>Email: legal@canyonpartners.com, jpagnam@canyonpartenrs.com | 3/5/2024 |
| 5998 | Name on File<br>Address on File<br>Email Address on File | Canyon Value Realization Fund, L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Fl<br>Los Angeles, CA 90067<br>Email: legal@canyonpartners.com, jpagnam@canyonpartenrs.com | 3/5/2024 |
| 6113 | Name on File<br>Address on File | Azure Distressed Opportunities Corporation<br>Attn: Ngeow Wu Tien<br>4th Floor, Harbour Place 103 South Church Street<br>Grand Cayman, Ky1-1002 Cayman Islands<br>Email: claims@aztide.com | 3/5/2024 |
| 6133 | Not Provided by Transferee | Ceratosaurus Investors, L.L.C.<br>Attn: Michael Linn<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com | 3/5/2024 |
| 6157 | Name on File<br>Address on File<br>Email Address on File | Wireless Mouse I, LLC<br>Lingtong Sun<br>2120 University Avenue, #607<br>Berkeley, CA 94704<br>Email: contact@transformerlabs.xyz | 3/5/2024 |
| 6169 | Name on File<br>Address on File<br>Email Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue, #607<br>Berkeley, CA 94704<br>Email: contact@transformerlabs.xyz | 3/5/2024 |
| 6177 | Name on File<br>Address on File<br>Email Address on File | Wireless Mouse I, LLC<br>Lingtong Sun<br>2120 University Avenue, #607<br>Berkeley, CA 94704<br>Email: contact@transformerlabs.xyz | 3/5/2024 |
| 6179 | Not Provided by Transferee | Wireless Mouse I, LLC<br>Lingtong Sun<br>2120 University Avenue, #607<br>Berkeley, CA 94704<br>Email: contact@transformerlabs.xyz | 3/5/2024 |

**Exhibit A**
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 6180 | Name on File<br>Address on File<br>Email Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue, #607<br>Berkeley, CA 94704<br>Email: contact@transformerlabs.xyz | 3/5/2024 |
| 6202 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>8000 Miramonte Drive, Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 3/5/2024 |
| 6204 | Name on File<br>Address on File<br>Email Address on File | Wireless Mouse I, LLC<br>Lingtong Sun<br>2120 University Avenue, #607<br>Berkeley, CA 94704<br>Email: contact@transformerlabs.xyz | 3/19/2024 |
| 6205 | *Not Provided by Transferee* | Wireless Mouse I, LLC<br>Lingtong Sun<br>2120 University Avenue, #607<br>Berkeley, CA 94704<br>Email: contact@transformerlabs.xyz | 3/5/2024 |
| 6217 | *Not Provided by Transferee* | Wireless Mouse I, LLC<br>Lingtong Sun<br>2120 University Avenue, #607<br>Berkeley, CA 94704<br>Email: contact@transformerlabs.xyz | 3/5/2024 |
| 6233 | Name on File | Nexxus Participation Vehicle III LLC<br>Attn: Timothy Babich<br>c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 3/27/2024 |
| 6267 | *Not Provided by Transferee* | Wireless Mouse I, LLC<br>Lingtong Sun<br>2120 University Avenue, #607<br>Berkeley, CA 94704<br>Email: contact@transformerlabs.xyz | 3/5/2024 |
| 6532 | Name on File<br>Address on File | Svalbard Holdings Limited<br>Attn: Steve Gillies<br>c/o Attestor Limited<br>7 Seymour Street<br>London, W1H 7JW United Kingdom<br>Email: settlements@attestorcapital.com | 3/5/2024 |
| 6533 | Name on File<br>Address on File<br>Email Address on File | Svalbard Holdings Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, W1H 7JW United Kingdom<br>Email: settlements@attestorcapital.com | 3/19/2024 |

**Exhibit A**
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 6534 | Name on File<br>Address on File<br>Email Address on File | Svalbard Holdings Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, W1H 7JW United Kingdom<br>Email: settlements@attestorcapital.com | 3/27/2024 |
| 6535 | Name on File<br>Address on File | Svalbard Holdings Limited<br>Attn: Steve Gillies<br>Attestor Value Master Fund LP, c/o Attestor Limited<br>7 Seymour Street<br>London, W1H 7JW United Kingdom<br>Email: settlements@attestorcapital.com | 3/5/2024 |
| 6537 | Name on File<br>Address on File | Svalbard Holdings Limited<br>Attn: Steve Gillies<br>Attestor Value Master Fund LP, c/o Attestor Limited<br>7 Seymour Street<br>London, W1H 7JW United Kingdom<br>Email: settlements@attestorcapital.com | 3/5/2024 |
| 6553 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza 1st Fl<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 3/5/2024 |
| 6554 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza 1st Fl<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 3/5/2024 |
| 6555 | Name on File<br>Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza 1st Fl<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 3/5/2024 |
| 6628 | Name on File<br>Address on File<br>Email Address on File | Wireless Mouse I, LLC<br>Lingtong Sun<br>2120 University Avenue, #607<br>Berkeley, CA 94704<br>Email: contact@transformerlabs.xyz | 3/27/2024 |
| 6670 | Not Provided by Transferee | Opps CY Holdings, LLC<br>Attention: Colin McLafferty<br>1301 Avenue of the Americas, 34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com | 3/5/2024 |
| 6671 | Not Provided by Transferee | Opps CY Holdings, LLC<br>Attention: Colin McLafferty<br>1301 Avenue of the Americas, 34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com | 3/5/2024 |

**Exhibit A**
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 6672 | Not Provided by Transferee | Opps CY Holdings, LLC<br>Attention: Colin McLafferty<br>1301 Avenue of the Americas, 34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com | 3/5/2024 |
| 6678 | Not Provided by Transferee | 117 Partners Ltd<br>Thomas Braziel<br>6.20 World Trade Center, 6 Bayside Road<br>GX11 1AA Gibraltar<br>Email: tom@117partners.com | 3/5/2024 |
| 6679 | Not Provided by Transferee | 117 Partners LLC<br>Thomas Braziel<br>5 Greyhen Lane<br>Savannah, GA 31411<br>Email: tom@117partners.com | 3/5/2024 |
| 6681 | Not Provided by Transferee | 117 Partners LLC<br>Thomas Braziel<br>5 Greyhen Lane<br>Savannah, GA 31411<br>Email: tom@117partners.com | 3/5/2024 |
| 6682 | Not Provided by Transferee | 117 Partners LLC<br>Thomas Braziel<br>5 Greyhen Lane<br>Savannah, GA 31411<br>Email: tom@117partners.com | 3/5/2024 |
| 6684 | Not Provided by Transferee | 117 Partners LLC<br>Thomas Braziel<br>5 Greyhen Lane<br>Savannah, GA 31411<br>Email: tom@117partners.com | 3/5/2024 |
| 6686 | Not Provided by Transferee | 117 Partners LLC<br>Thomas Braziel<br>5 Greyhen Lane<br>Savannah, GA 31411<br>Email: tom@117partners.com | 3/5/2024 |
| 6687 | Not Provided by Transferee | 117 Partners LLC<br>Thomas Braziel<br>5 Greyhen Lane<br>Savannah, GA 31411<br>Email: tom@117partners.com | 3/5/2024 |
| 6688 | Not Provided by Transferee | 117 Partners LLC<br>Thomas Braziel<br>5 Greyhen Lane<br>Savannah, GA 31411<br>Email: tom@117partners.com | 3/5/2024 |
| 6704 | Name on File<br>Address on File<br>Email Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue, #607<br>Berkeley, CA 94704<br>Email: contact@transformerlabs.xyz | 3/19/2024 |

**Exhibit A**
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 6707 | Not Provided by Transferee | Wireless Mouse I, LLC<br>Lingtong Sun<br>2120 University Avenue, #607<br>Berkeley, CA 94704<br>Email: contact@transformerlabs.xyz | 3/5/2024 |
| 6708 | Not Provided by Transferee | Wireless Mouse I, LLC<br>Lingtong Sun<br>2120 University Avenue, #607<br>Berkeley, CA 94704<br>Email: contact@transformerlabs.xyz | 3/5/2024 |
| 6710 | Not Provided by Transferee | Wireless Mouse I, LLC<br>Lingtong Sun<br>2120 University Avenue, #607<br>Berkeley, CA 94704<br>Email: contact@transformerlabs.xyz | 3/5/2024 |
| 6745 | Name on File<br>Address on File<br>Email Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue, #607<br>Berkeley, CA 94704<br>Email: contact@transformerlabs.xyz | 3/19/2024 |
| 6773 | Name on File<br>Address on File<br>Email Address on File | Wireless Mouse I, LLC<br>Lingtong Sun<br>2120 University Avenue, #607<br>Berkeley, CA 94704<br>Email: contact@transformerlabs.xyz | 3/5/2024 |
| 6781 | Name on File<br>Address on File<br>Email Address on File | Wireless Mouse I, LLC<br>Lingtong Sun<br>2120 University Avenue, #607<br>Berkeley, CA 94704<br>Email: contact@transformerlabs.xyz | 3/19/2024 |
| 6818 | Not Provided by Transferee | Wireless Mouse I, LLC<br>Lingtong Sun<br>2120 University Avenue, #607<br>Berkeley, CA 94704<br>Email: contact@transformerlabs.xyz | 3/5/2024 |
| 6847 | Name on File<br>Address on File | Svalbard Holdings Limited<br>Attn: Steve Gillies<br>Attestor Value Master Fund LP, c/o Attestor Limited<br>7 Seymour Street<br>London, W1H 7JW United Kingdom<br>Email: settlements@attestorcapital.com | 3/5/2024 |
| 6912 | Name on File<br>Address on File<br>Email Address on File | CDOF IV Master Fund, LP by: Canyon Capital Advisors LLC, its investment advisor<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: legal@canyonpartners.com, jpagnam@canyonpartners.com | 3/5/2024 |

**Exhibit A**
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 6915 | Name on File<br>Address on File<br>Email Address on File | Svalbard Holdings Limited<br>Attn: Steve Gillies<br>Attestor Value Master Fund LP, c/o Attestor Limited<br>7 Seymour Street<br>London, W1H 7JW United Kingdom<br>Email: settlements@attestorcapital.com | 3/19/2024 |
| 6975 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: contact@transformerlabs.xyz | 3/19/2024 |
| 6985 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: contact@transformerlabs.xyz | 3/19/2024 |
| 7039 | Name on File<br>Address on File<br>Email Address on File | CDOF IV Master Fund, L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th floor<br>Los Angeles, CA 90067<br>Email: legal@canyonpartners.com,<br>JPagnam@canyonpartners.com | 3/27/2024 |
| 7051 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 3/27/2024 |
| 7069 | Name on File<br>Address on File<br>Email Address on File | Canyon Value Realization Fund, L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th floor<br>Los Angeles, CA 90067<br>Email: legal@canyonpartners.com | 3/19/2024 |
| 7138 | Name on File<br>Address on File<br>Email Address on File | Svalbard Holdings Limited<br>Attn: Steve Gillies<br>Attestor Value Master Fund LP, c/o Attestor Limited<br>7 Seymour Street<br>London, W1H 7JW United Kingdom<br>Email: settlements@attestorcapital.com | 3/19/2024 |
| 7140 | Name on File<br>Address on File<br>Email Address on File | Livello Capital Special Opportunities Master Fund LP<br>Attn: Joseph Salegna<br>c/o Livello Capital Management LP<br>104 W. 40th Street, 19th Floor<br>New York, NY 10018<br>Email: jsalegna@livellocap.com | 3/5/2024 |

**Exhibit A**
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 7152 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 3/19/2024 |
| 7154 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 3/19/2024 |
| 7166 | Name on File<br>Address on File<br>Email Address on File | PHOENIX TF, LLC<br>Attn: Jonathan Forsgren<br>418 Broadway Ste R<br>Albany, NY 12207<br>Email: customerservice@phoenixtf.co.uk | 3/19/2024 |
| 7275 | Name on File<br>Address on File<br>Email Address on File | FTX Creditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.om | 3/27/2024 |
| 7295 | Name on File<br>Address on File<br>Email Address on File | Phoenix Digital LLC<br>Attn: Tian Zeng<br>42 W 33rd St, 27B<br>New York, NY 10001<br>Email: tzeng@nirvana-cap.com | 3/19/2024 |
| 7311 | Name on File<br>Address on File | Canyon Distressed Opportunity Master Fund III, L.P<br>Attn: James Pagnam/ Legal<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com | 3/19/2024 |
| 7312 | Name on File<br>Address on File<br>Email Address on File | Canyon NZ-DOF Investing, L.P.<br>Attn: James Pagnam<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com | 3/19/2024 |
| 7334 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: contact@transformerlabs.xyz | 3/19/2024 |
| 7363 | Name on File | Canyon Balanced Master Fund, Ltd<br>Attn: James Pagnam; Legal<br>C/o Canyon Capital Advisors LLC<br>2728 N. Harwood Street, 2nd Floor<br>Dallas, TX 75201-1516<br>Email: legal@canyonpartners.com,<br>JPagnam@canyonpartners.com | 3/27/2024 |

**Exhibit A**

Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 7365 | Name on File<br>Address on File | Canyon Value Realization Fund, L.P.<br>Attn: James Pagnam; Legal<br>C/o Canyon Capital Advisor LLC<br>2728 N. Harwood Street, 2nd Floor<br>Dallas, TX 75201-1516<br>Email: jpagnam@canyonpartners.com | 3/19/2024 |
| 7372 | Name on File<br>Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 3/27/2024 |
| 7411 | Name on File<br>Address on File | Cedar Glade LP<br>Attn: Robert K. Minkoff, President<br>600 Madison Avenue<br>17th Floor<br>New York, NY 10022 | 3/27/2024 |
| 7418 | Name on File<br>Address on File<br>Email Address on File | FTX Creditor, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 3/27/2024 |
| 7501 | Name on File<br>Address on File<br>Email Address on File | Contrarian Funds, LLC<br>Attn: Trade Claims Group<br>411 West Putnam Ave<br>Greenwich, CT 06830<br>Email: tradeclaimsgroup@contrariancapital.com | 3/19/2024 |
| 7506 | *Not Provided by Transferee* | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 3/19/2024 |
| 7507 | *Not Provided by Transferee* | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 3/19/2024 |
| 7508 | *Not Provided by Transferee* | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com | 3/19/2024 |

**Exhibit A**
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 7509 | *Not Provided by Transferee* | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com | 3/19/2024 |
| 7560 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: contact@transformerlabs.xyz | 3/27/2024 |
| 7787 | Name on File<br>Address on File<br>Email Address on File | FTX Creditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 3/19/2024 |
| 7792 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: contact@transformerlabs.xyz | 3/19/2024 |
| 7803 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: contact@transformerlabs.xyz | 3/19/2024 |
| 7805 | Name on File<br>Address on File<br>Email Address on File | FTX Creditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 3/19/2024 |
| 7834 | *Not Provided by Transferee* | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>1st Floor<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 3/27/2024 |
| 7849 | Name on File<br>Address on File<br>Email Address on File | SPCP Luxembourg LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>First Floor<br>Greenwich, CT 06830<br>Email: rbeacher@pryorcashman.com | 3/27/2024 |
| 7889 | Name on File<br>Address on File<br>Email Address on File | FTX Creditor, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 3/27/2024 |

**Exhibit A**
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 7970 | Name on File<br>Address on File | Hain Capital Investors Master Fund, LTD<br>301 Route 17 North<br>Suite 816A<br>Rutherford, NJ 07070 | 3/27/2024 |
| 7982 | Name on File<br>Address on File<br>Email Address on File | Svalbard Holdings Limited<br>Attn: Steve Gillies<br>c/o Attestor Limited<br>7 Seymour Street<br>London, W1H 7JW United Kingdom<br>Email: settlements@attestorcapital.com | 3/19/2024 |
| 7986 | Name on File<br>Address on File<br>Email Address on File | Svalbard Holdings Limited<br>Attn: Steve Gillies<br>c/o Attestor Limited<br>7 Seymour Street<br>London, W1H 7JW United Kingdom<br>Email: settlements@attestorcapital.com | 3/19/2024 |
| 7991 | Name on File<br>Address on File<br>Email Address on File | Svalbard Holdings Limited<br>Attn: Steve Gillies<br>Attestor Value Master Fund LP<br>c/o Attestor Limited, 7 Seymour Street<br>London, W1H 7JW United Kingdom<br>Email: settlements@attestorcapital.com | 3/19/2024 |
| 7995 | Name on File<br>Address on File<br>Email Address on File | Svalbard Holdings Limited<br>Attn: Steve Gillies<br>c/o Attestor Limited<br>7 Seymour Street<br>London, W1H 7JW United Kingdom<br>Email: settlements@attestorcapital.com | 3/19/2024 |
| 7997 | Name on File<br>Address on File<br>Email Address on File | Svalbard Holdings Limited<br>Attestor Value Master Fund LP<br>Attn: Steve Gillies<br>c/o Attestor Limited, 7 Seymour Street<br>London, W1H 7JW United Kingdom<br>Email: settlements@attestorcapital.com | 3/19/2024 |
| 8637 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>8000 Miramonte Drive<br>Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 3/27/2024 |
| 8679 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>8000 Miramonte Drive<br>Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 3/27/2024 |