# United States Bankruptcy Court
# Southern District of New York

## In re FTX Trading Ltd.

### Case No. 22-11068 TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor         Name of Transferee

**Name**

[REDACTED]

117 Partners LLC

Thomas Braziel

5 Greyhen Lane, Savannah, GA 31411

Tom@117partners.com

Address

[REDACTED]

**Transferred Claim Amount** as detailed on Schedule F

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

Transferee Date    11/18/2023

[Signed: DocuSigned by, 41F1430597814AC...]

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, has unconditionally and irrevocably sold, transferred and assigned to **117 Partners LLC**, its successors and assigns, all right, title and interest in and to the claim(s) identified below, against **FTX Trading LTD et al.**

| Schedule F Claim # | 00557905 |
|---|---|
| Claim Amount | as detailed on Schedule F |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.

Date: 11/18/2023

| Buyer: | Seller: |
|---|---|
| **117 Partners LLC**<br><br>DocuSigned by:<br>*Thomas Braziel*<br>B7943AD1D7064FB...<br><br>Name: Thomas Braziel | [redacted] |

FTX Trading Ltd. Amended Customer Claim Schedule

# Customer Claim Form

## FTX Details

| FTX Email | FTX AccountID | Scheduled ID | FTX Debtor |
|---|---|---|---|
| ███████ | 11628430 | 221106805343499 | |

## Scheduled Claim Information

You have been redirected from FTX website. Please check your scheduled information below.

If you do NOT agree with any of 1) the amount or quantity of fiat, coins or NFT; 2) the FTX Exchange against whom the Customer Claim is asserted; or 3) the type or nature of the Customer Claim set forth below, assert the quantity of fiat or coins you held as of the date the case was filed in the rightmost column of the below charts.

You will also have an opportunity to add any NFTs not listed. Only complete this section where you DISAGREE with the component of your Scheduled Customer Claim. You will also have an opportunity to assert a Customer Claim arising out of or related to any other investment or trading activity.

**Schedule**

F-3

Debtor FTX Trading Ltd. has listed your claim on Schedule E/F, Part 2 as a General Unsecured claim in an Undetermined amount. If you disagree with your holdings of coin, fiat, or NFTs as listed in the Schedules, you must timely file a proof of claim or be forever barred from recovery other than as listed in the Schedules.

Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held. If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange. Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7). Please see Question 8 for additional instructions for asserting claims related to Other Activity.

- ⦿ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)
- ○ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd. d/b/a "FTX EU") (Case No. 22-11166)
- ○ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102)
- ○ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
- ○ West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071)

List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account (s) along with the unique identification code.

- Note that the "USD Rate" is the ratio of the Local Currency to U.S. Dollars.
- If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, please populate the Loaned Quantity column.

## Fiat

**ASSERTED QUANTITY FIAT**

| Fiat (Ticker / Abbreviation) | Total Scheduled Quantity of Fiat (Local Currency) | Total Scheduled Quantity of Fiat (Converted to USD) | Do you agree with the Scheduled Quantity? | If you do not agree, Please provide the Asserted Quantity of Fiat here |
|---|---|---|---|---|
| USD | 165,937.6478125316 | 165,937.65 | ○ No<br>○ Yes | |

Do you want to add any other fiat not previously listed?

○ No
○ Yes

## Loaned Fiat

**LOANED QUANTITY FIAT**

Do you want to add any other fiat not previously listed?

○ No
○ Yes

## Asserted Crypto

**Asserted Quantity of Crypto Tokens**

| Crypto (Ticker / Abbreviation) | Scheduled Quantity of Crypto | Do you agree with the Scheduled Quantity? | If you do not agree, Please provide the Asserted Quantity of Crypto here. |
|---|---|---|---|
| CHZ-PERP | 0.000000000 | ○ No<br>◉ Yes | |
| CRO-PERP | 0.000000000 | ○ No<br>◉ Yes | |
| CRV-PERP | 0.000000000 | ○ No<br>◉ Yes | |
| DOGE-PERP | 0.000000000 | ○ No<br>◉ Yes | |
| DOT-PERP | -0.0000000000001137 | ○ No<br>◉ Yes | |
| DYDX-PERP | 0.000000000 | ○ No<br>◉ Yes | |
| ENS-PERP | 0.0000000000000284 | ○ No<br>◉ Yes | |
| ETC-PERP | 0.0000000000000568 | ○ No<br>◉ Yes | |
| ETH | 0.0000000043162251 | ○ No<br>◉ Yes | |
| ETH-0624 | 0.000000000 | ○ No<br>◉ Yes | |
| ETH-0930 | 0.000000000 | ○ No<br>◉ Yes | |
| ETH-1230 | 0.000000000 | ○ No<br>◉ Yes | |

| Token | Amount | Claim? | |
|---|---|---|---|
| USDT | 273,979.38900783606 | ◯ No / ⦿ Yes | |
| ETH-PERP | 0.0000000000000124 | ◯ No / ⦿ Yes | |
| ETHW | 0.0000000042058752 | ◯ No / ⦿ Yes | |
| FTM-PERP | 0.000000000 | ◯ No / ⦿ Yes | |
| FTT | 0.0484330394269494 | ◯ No / ◯ Yes | |
| FTT-PERP | 0.000000000 | ◯ No / ◯ Yes | |
| FXS-PERP | 0.000000000 | ◯ No / ◯ Yes | |
| GMT-PERP | 0.000000000 | ◯ No / ◯ Yes | |
| HNT-PERP | 0.000000000 | ◯ No / ◯ Yes | |
| KSHIB-PERP | 0.000000000 | ◯ No / ◯ Yes | |
| LDO-PERP | 0.000000000 | ◯ No / ◯ Yes | |
| LINK-PERP | -0.0000000000005684 | ◯ No / ◯ Yes | |
| LOOKS-PERP | 0.000000000 | ◯ No / ◯ Yes | |
| LRC-PERP | 0.000000000 | ◯ No / ◯ Yes | |
| LTC-PERP | 0.000000000 | ◯ No / ◯ Yes | |
| LUNA2-PERP | 0.000000000 | ◯ No / ◯ Yes | |
| LUNC-PERP | 0.0000000007450609 | ◯ No / ◯ Yes | |
| MANA-PERP | 0.000000000 | ◯ No / ◯ Yes | |
| MATIC-PERP | 0.000000000 | ◯ No / ◯ Yes | |
| MKR-PERP | 0.000000000 | ◯ No / ◯ Yes | |
| MTL-PERP | 0.000000000 | ◯ No / ◯ Yes | |
| NEAR-PERP | -0.0000000000001137 | ◯ No / ◯ Yes | |
| OMG-PERP | 0.000000000 | ◯ No / ◯ Yes | |
| ONE-PERP | 0.000000000 | ◯ No / ◯ Yes | |
| RUNE | 0.0000000090643285 | ◯ No / ◯ Yes | |

| Asset | Amount | Unknown |
|---|---|---|
| RUNE-PERP | 0.000000000 | ○ No ○ Yes |
| SAND-PERP | 0.000000000 | ○ No ○ Yes |
| SNX-PERP | -0.0000000000001137 | ○ No ○ Yes |
| SOL-PERP | -0.0000000000003126 | ○ No ○ Yes |
| SPELL-PERP | 0.000000000 | ○ No ○ Yes |
| SUSHI-PERP | 0.000000000 | ○ No ○ Yes |
| TRX | 257,393.000000000 | ○ No ○ Yes |
| TRX-PERP | 0.000000000 | ○ No ○ Yes |
| UNI-PERP | 0.000000000 | ○ No ○ Yes |
| XLM-PERP | 0.000000000 | ○ No ○ Yes |
| XRP-PERP | 0.000000000 | ○ No ○ Yes |
| ZEC-PERP | 0.000000000 | ○ No ○ Yes |
| AAVE-PERP | 0.0000000000000036 | ○ No ○ Yes |
| ADA-PERP | 0.000000000 | ○ No ○ Yes |
| ALGO-PERP | 0.000000000 | ○ No ○ Yes |
| ALPHA-PERP | 0.000000000 | ○ No ○ Yes |
| APE-PERP | -0.0000000000027285 | ○ No ○ Yes |
| APT-PERP | 0.000000000 | ○ No ○ Yes |
| ATOM-PERP | 0.000000000 | ○ No ○ Yes |
| AUDIO-PERP | 0.000000000 | ○ No ○ Yes |
| AVAX | 0.0000000097503159 | ○ No ○ Yes |
| AVAX-PERP | -0.0000000000003411 | ○ No ○ Yes |
| AXS-PERP | 0.000000000 | ○ No ○ Yes |
| BADGER-PERP | 0.000000000 | ○ No ○ Yes |
| BAL-PERP | 0.000000000 | ○ No ○ Yes |

Customer Claim Form

| | | | |
|---|---|---|---|
| BAT-PERP | 0.000000000 | ○ No ○ Yes | |
| BNB-PERP | 0.000000000 | ○ No ○ Yes | |
| BOBA-PERP | 0.000000000 | ○ No ○ Yes | |
| BTC | 0.0000000079549 | ○ No ○ Yes | |
| BTC-0624 | 0.000000000 | ○ No ○ Yes | |
| BTC-0930 | 0.000000000 | ○ No ○ Yes | |
| BTC-1230 | 0.000000000 | ○ No ○ Yes | |
| BTC-PERP | -0.0000000000000003 | ○ No ○ Yes | |

Do you want to add any coin not previously listed?

◉ No
○ Yes

## Loaned Crypto

### Loaned Quantity of Crypto

Do you want to add any coin not previously listed?

◉ No
○ Yes

## NFTs

### NFTs (non-fungible tokens)

Do you want to add any NFTs not previously listed?

◉ No
○ Yes

## Customer Claims related to any Other Activity on the FTX Exchanges

Do you have Customer Claims related to any Other Activity on the FTX Exchanges? Other Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.

◉ No
○ Yes

## Submission Information

When you press "Accept Schedule" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will contain an identification number confirming receipt of your schedule acceptance ("Confirmation ID").

## Confirmation of Submission

Your Form has been successfully submitted...

| DOCUMENT ID | Submitted Date Time |
|---|---|
| 4091728d06ce1ed637bfd9526e6f23a9b4e32a73 | 2023-11-16T16:46:14.163Z |

| Status | CONFIRMATION ID |
|---|---|
| Acceptance of Scheduled Claim | 3265-70-NOEGK-364233669 |