## <u>CERTIFICATE OF SERVICE</u>

       I, Jody C. Barillare, hereby certify that on April 18, 2024, I caused to be served copies of the *Certificate of No Objection Regarding Emergent Debtor's Third Motion for Entry of an Order Extending the Exclusive Periods During Which Only the Emergent Debtor May File a Chapter 11 Plan and Solicit Acceptances Thereof* to all parties consenting to service through the Court's CM/ECF system and via electronic mail to the extent email addresses are available.

Dated: April 18, 2024                  **MORGAN, LEWIS & BOCKIUS LLP**
Wilmington, DE

                                    */s/ Jody C. Barillare*
                                    Jody C. Barillare (Bar No. 5107)
                                    1201 N. Market Street, Suite 2201
                                    Wilmington, DE 19801
                                    Telephone: (302) 574-3000
                                    Email: jody.barillare@morganlewis.com