IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| *In re* <br><br> FTX TRADING LTD., *et al.*,[1] <br><br> Debtors. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br> (Jointly Administered) <br><br> **Related D.I. 11087** |

**CERTIFICATE OF NO OBJECTION REGARDING EXAMINER'S
APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT
OF ASHBY & GEDDES, P.A. AS DELAWARE COUNSEL,
<u>*NUNC PRO TUNC*</u> TO THE APPOINTMENT DATE**

I, Michael D. DeBaecke, an attorney with the law firm of Ashby & Geddes, P.A., proposed counsel to Robert J. Cleary, in his capacity as examiner (the "<u>Examiner</u>") appointed in the above-captioned bankruptcy cases (the "<u>Chapter 11 Cases</u>"), hereby certifies the following:

1. On April 3, 2024, the Examiner filed the *Examiner's Application for an Order Authorizing the Employment of Ashby & Geddes, P.A. as Delaware Counsel, Nunc Pro Tunc to the Appointment Date* [D.I. 11087] (the "<u>Application</u>").

2. Attached as **Exhibit A** to the Application was a proposed form of order (the "<u>Proposed Order</u>") approving the relief requested.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of Debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{02007839;v1 }

3. Pursuant to the Notice of Application, any objections or responses were to be filed with the Court and served upon undersigned counsel by April 17, 2024, at 4:00 p.m. (ET).

4. As of the date hereof, the undersigned counsel has not been served with or otherwise received any responses in opposition to the relief sought by the Application. A review of the Court's docket indicates that, as of this date, no responses or objections have been filed.

**WHEREFORE**, the Examiner respectfully requests entry of the Proposed Order at the Court's earliest convenience.

Dated: April 19, 2024

**ASHBY & GEDDES, P.A.**

*/s/ Michael D. DeBaecke*
Michael D. DeBaecke (No. 3186)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19801
Tel: (302) 504-3728
Email: mdebaecke@ashbygeddes.com

and

**PATTERSON BELKNAP WEBB & TYLER LLP**
Daniel A. Lowenthal (admitted *pro hac vice*)
Kimberly Black (admitted *pro hac vice*)
1133 Avenue of the Americas
New York, NY  10036
Tel: (212) 336-2720
Email: dalowenthal@pbwt.com
         kblack@pbwt.com

*Proposed Counsel for Robert J. Cleary, solely in his capacity as Court-appointed Examiner in the Chapter 11 Cases*