# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.,*[1]<br><br>                Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 22-11068 (JTD) <br> ) <br> ) Jointly Administered <br> ) <br> ) **Related to Docket Nos. 8615 and 11812** |

## ORDER RESOLVING EQUINIX INC.'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

Upon the motion (the "Motion")[2] of Equinix, for entry of an order (a) allowing Equinix an administrative claim in the amount of $346,431.85; and (b) compelling the Debtors to pay such amounts within seven days of entry of an order approving this Motion; and this Court having jurisdiction to consider the Motion pursuant to 28 U. S. C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue in this district being proper pursuant to 28 U. S. C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U. S. C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as otherwise ordered herein, no other or further notice is necessary; and objections (if any) to the Motion having been withdrawn, resolved, or overruled on the merits; and a hearing (if any)

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

{1368.002-W0075309.}

having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before this Court; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **RESOLVED** as set forth herein.

2. Equinix is hereby granted an allowed administrative claim in the amount of $230,000.00 (the "Allowed Administrative Claim"), which is a reduction from the $346,431.85 amount sought in the Motion (the "Asserted Claim").

3. The Debtors shall pay the Allowed Administrative Claim within ten days of entry of this Order.

4. Payment of the Allowed Administrative Claim as set forth herein shall constitute (i) full and final satisfaction of invoices 100210437361, 100210443631, 100210452361, 100210461079, 100210468538, 100210474793, 100210483378, 120210223327, 120210227729, 120210232111, 120210234224, 120210241137, 120210245722, 120210250362 and (ii) partial satisfaction of invoices 100210428810 and 120210217132 for postpetition amounts owed on those invoices. Furthermore, payment of the Allowed Administrative Claim shall be deemed to provide full and final satisfaction of any and all postpetition administrative claims that Equinix could now or in the future assert against the Debtors arising from or related to the MSA and the Asserted Claim.

5. The allowance and payment of the Allowed Administrative Claim does not affect any parties' rights regarding any scheduled unsecured claim or unsecured claim asserted by Equinix or its affiliates.

6. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to this Order.

**Dated: April 19th, 2024**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**