IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>**Related D.I. 10870** |

**ORDER AUTHORIZING (I) THE EXAMINER'S
RETENTION AND EMPLOYMENT OF PATTERSON
BELKNAP WEBB & TYLER LLP AS COUNSEL *NUNC PRO TUNC*
TO THE APPOINTMENT DATE AND (II) THE FILING UNDER SEAL OF
CERTAIN INFORMATION REGARDING POTENTIAL PARTIES IN INTEREST**

Upon the application and motion (the "Application/Motion")[2] of Robert J. Cleary, the examiner ("Examiner") appointed in the above-captioned bankruptcy cases (the "Chapter 11 Cases"), for entry of an order authorizing (i) the employment and retention of Patterson Belknap Webb & Tyler LLP ("Patterson Belknap") as counsel to the Examiner *nunc pro tunc* to March 20, 2024 (the "Appointment Date") pursuant to sections 105 and 327 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2014-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and *Order (I) (A) Establishing the Scope, Cost, Degree, and Duration of the Examination and (B) Granting Related Relief; and (II) Permitting the*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of Debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Application/Motion.

{02007484;v1 }

*Filing of Certain Information Regarding Potential Parties in Interest Under Seal*, ECF No. 9883 (the "Examination Scope Order") and (ii) the filing under seal of certain information regarding potential parties in interest; the Court having reviewed the Application/Motion, the Cleary Declaration, and the Lowenthal Declaration; and this Court having jurisdiction to consider the Application/Motion in accordance with 28 U.S.C. §§ 157 and 1334(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being satisfied that (i) Patterson Belknap does not represent any interests adverse to the Debtors or their estates, (ii) Patterson Belknap is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code, and (iii) the relief sought in the Application/Motion is necessary and in the best interests of the Debtors and their estates; and it appearing that timely and sufficient notice of the Application/Motion was given to interested parties in accordance with the Bankruptcy Code, the Bankruptcy Rules and the Local Rules; and no other notice need be given; and after due deliberation and sufficient cause appearing thereof it is hereby **ORDERED** as follows:

1. The Application/Motion is GRANTED to the extent set forth herein.

2. The Examiner's retention and employment of Patterson Belknap as his counsel, *nunc pro tunc* to the Appointment Date in accordance with the terms and conditions set forth in the Application, the Cleary Declaration, and the Lowenthal Declaration is approved.

3. Patterson Belknap is authorized to provide the Examiner with the professional services as described in the Application.

4. Patterson Belknap shall apply for compensation and reimbursement of expenses in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, ECF No. 435, sections 330 and 331 of the Bankruptcy Code, and any other applicable provisions of the Bankruptcy Rules and Local Rules.

5. Prior to any increase in Patterson Belknap's rates, Patterson Belknap shall file a supplemental affidavit with the Court and provide at least 10 business days' notice to the Debtors, the U.S. Trustee, and the Creditors' Committee.

6. The Examiner is permitted to file under seal the identified parts of Schedule 1 to the Lowenthal Declaration and any disclosure(s) regarding Patterson Belknap's connections with those parties in interest.

7. The Examiner and Patterson Belknap may take all actions necessary to effectuate the relief granted by this Order.

8. This Order shall be effective and enforceable immediately upon entry.

9. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: April 19th, 2024**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**