## Schedule 1
## Intercompany Releases and Capital Contributions

| Obligor | Amount ($) | Obligee |
|---|---:|---|
| *Intercompany Releases* | | |
| FTX Products | 4,000 | FTX Trading |
| FTX Products | 4,000 | WRS |
| Liquid Securities | 1,000 | WRS |
| Liquid Securities | 400 | FTX Trading |
| Analisya | 1,000 | WRS |
| Analisya | 300 | FTX Trading |
| Quoine Vietnam | 32,000 | FTX Trading |
| Quoine Vietnam | 2,000 | WRS |
| Alameda Australia | 1,000 | WRS |
| Alameda Singapore | 1,000 | WRS |
| Alameda Singapore | 4,000 | Alameda Research LLC |
| Innovatia | 8,000 | WRS |
| Innovatia | 9,000 | FTX Trading |
| MPC | 9,000 | Alameda Research LLC |
| *Cash Payments* | | |
| Quoine Vietnam | 282,000 | Quoine Pte Ltd. |
| Quoine Vietnam | 23,000 | FTX Japan K.K. |
| Total Intercompany Resolutions: $381,700 | | |
| *Capital Contributions* | | |
| FTX Products | 54,000 | N/A |
| Liquid Securities | 54,000 | N/A |
| Analisya | 54,000 | N/A |
| Alameda Australia | 54,000 | N/A |
| Quoine Vietnam | 62,000 | N/A |
| Alameda Singapore | 54,000 | N/A |
| MPC | 88,000 | N/A |
| Total Capital Contributions: $420,000 | | |