

## United States Bankruptcy Court
### District of Delaware

In re: FTX Trading Ltd., *et al.*       Case No. 22-11068 (JTD) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

Opps CY Holdings, LLC

_____       _____
Name of Transferee      Name of Transferor

Name and Address where notices to Transferee should be sent:

**Opps CY Holdings, LLC**
1301 Avenue of the Americas, 34th Floor
New York, NY 10019
Attention: Colin McLafferty
Email: cmclafferty@oaktreecapital.com

Name and Address where notices to Transferor should be sent:
Address on file

| Scheduled Claim/Schedule No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Schedule No: 6700202 (see attached Customer Claim Schedule F excerpt) | | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Opps CY Holdings, LLC**
By:    Oaktree Fund GP 2A, Ltd.
Its:    Manager
By:    Oaktree Capital Management Fund, L.P.
Its:    Director

By: *Colin McLafferty*      Date: April 15, 2024
Name: Colin McLafferty
Title: Vice President

By: *David Nicoll*      Date: April 15, 2024
Name: David Nicoll
Title: Managing Director

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

032-8257/7039660.1

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

032-8257/7039660.1

# EXHIBIT A

## SCHEDULED CLAIM(S) / PROOF(S) OF CLAIM

**Excerpt from creditor email with Unique Customer Code:**

**Your Unique Customer Code is 01491876**
**Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:**

BTC[0.0000000033237181]
BULL[0.0000000069250000]
ETH[0.0000000198429500]
ETHBULL[0.0000000065000000]
FTT[0.0000000074161298]
USD[1342070.1000322616885995]
USDT[0.0000000128484512]

FTX Noticing

Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055

Unsubscribe

**Excerpt from Customer Schedule F-4:**

| 01491876 | BTC[0.0000000033237181],BULL[0.0000000069250000],ETH[0.0000000198429500],ETHBULL[0.0000000065000000],FTT[0.0000000074161298],USD[1342070.1000322616885995],USDT[0.0000000128484512] |
|---|---|

**Excerpt from Amended Customer Schedule F-4:**

| 01491876 | | AAVE-PERP[0], ADA-PERP[0], AGLD-PERP[0], ALICE-PERP[0], ALT-PERP[0], ATLAS-PERP[0], AXS-PERP[0], BTC[0], BTC-PERP[0], BULL[0], DEFI-PERP[0], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], EDEN-20211231[0], ETH[0.00000001], ETHBULL[0], ETH-PERP[0], FTT[0], KIN-PERP[0], MNGO-PERP[0], MTL-PERP[0], PERP-PERP[0], POLIS-PERP[0], PROM-PERP[0], QTUM-PERP[0], RAMP-PERP[0], RAY-PERP[0], RUNE-PERP[0], SOL-PERP[0], STEP-PERP[0], STORJ-PERP[0], TRU-PERP[0], TRX-PERP[0], USD[1342070.10], USDT[0.00000001], YFII-PERP[0] |
|---|---|---|