# Exhibit B

Annex A

# EVIDENCE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE

TO:  Clerk, United States Bankruptcy Court, District of Delaware

_____, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, do hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to **Hain Capital Investors Master Fund, Ltd.**, its successors and assigns, ("Buyer"), all right, title and interest in and to the claim(s) the ("Claim") of Seller, identified below, against FTX Trading Ltd., et al., in the United States Bankruptcy Court, District of Delaware, Case No. 22-11068.

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim | FTX Trading Ltd. | 22-11068 | Unique Customer Code: 00225510<br>Confirmation ID:<br>3265-70-JDZCQ-602604182<br>Schedule #: 7450462 | As detailed on Schedule F |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.

| **Buyer:** | | **Seller:** | |
|---|---|---|---|
| **Hain Capital Investors Master Fund, Ltd.** | | ▮▮▮▮▮▮▮ | |
| By: | *Robert Koltai* (DocuSigned) | By: | ▮▮▮▮▮▮▮ |
| Name: | Robert Koltai | Name: | ▮▮▮▮▮▮▮ |
| Title: | Manager | Title: | Authorized Signatory |
| Email: | rkoltai@haincapital.com | Email: | ▮▮▮▮▮▮▮ |
| Date: | 03/18/2024 | Date: | 03/15/2024 |