# Exhibit D

Hi ,

Thank you for the context.

I will discuss with the team today and get back to you with a solution.

Best,


Jean-Luc Ramdin
CHEROKEE ACQUISITION
*1384 Broadway, Suite 906*
*New York, NY 10018*

Claims, Vendor Put Options, Receivables
www.cherokeeacq.com

T: 212-259-4310
E: jlramdin@cherokeeacq.com

---

**From:** ███████████████████████ >
**Sent:** 02 April 2024 02:32
**To:** Jean-Luc Ramdin <jlramdin@cherokeeacq.com>
**Cc:** Brian Ferrara <bferrara@cherokeeacq.com>; Vladimir Jelisavcic <vjel@cherokeeacq.com>
**Subject:** Re: $176k FTX *IMPORTANT* / ████ / SAC (fully executed)

Hello Jean-Luc,

I'm writing back to you about the unwanted bank transfer for my claim.

Since last week, I had no news about you or your team. I hope everything is fine on your sid but I'm starting to be more and more anxious.

Here, the bank account you used is still blocked. The bank doesn't accept the funds and is telling the owner that to send it back, you (or the sender) have to ask your bank for the annulation and refund.

Waiting for that, the account owner is more and more angry because you blocked all his payment method.

Just waiting is not an option. This transaction is invalid and illegal and it will not be solved by itself! Please do what need to be done.

Please contact your bank and ask for the cancelation asap.

Kr

████████████

**From:** ████████████
**Sent:** Thursday, March 28, 2024 9:33:23 PM
**To:** Jean-Luc Ramdin <jlramdin@cherokeeacq.com>

**Cc:** Brian Ferrara <bferrara@cherokeeacq.com>; Vladimir Jelisavcic <vjel@cherokeeacq.com>
**Subject:** RE: $176k FTX *IMPORTANT* / ▇▇▇ / SAC (fully executed)

Hi Jean-Luc,

Hope you're doing well, despite the odd topic of this email. So, here's the thing - we've hit a bit of a snag with the sale of my FTX claim. It looks like there's been a mix-up that's turning into a real headache, and I'm reaching out to get this sorted ASAP.

First off, it seems the funds were sent to an account I initially mentioned but then told you not to use because it would complicate things – I asked you for validation because I heard it's not legal to send this kind of amount to the account of someone else, and … it was true, you never answered and now we are in big trouble while I never validated the transaction. I had switched gears to suggesting crypto in USDC, remember? Well, the payment went through to the wrong place, and now, the account holder in Dubai is in a real bind. Their bank account's been frozen because the transaction's tied to a company linked with the Panama Papers scandal. They're freaking out over potentially getting blacklisted by their banks over this mess. Not cool and the owner is already thinking of going into justice for this.

Let me clear the air on a few things, just so we're on the same page:

- I only signed the onboarding docs with them and wasn't told any trade was locked in. I waited, and I had only the documents signed by me ! The contract's missing key details like an effective date or a buyer's name. What you sent yesterday wasn't with any validation in  % off me and specially while I told you it should be in USDC !
- No money has hit my account. It landed in the wrong spot, even after I flagged that we needed to switch up the payment method.
- The bank froze the account and the money. I asked to the owner to say it was a mistake because, I insist, it's not possible to send money to someone else for this kind of stuff ! So let's hope they will send back the funds as soon as they discover it was a mistake, and then we can consider this chapter closed. I doon't want to have anything to do with panama papers or anything else But, let's not forget, this transaction seems to have been a slip-up.
- This isn't just about the inconvenience but the serious repercussions for the unintended recipient. It's a bit unprofessional, and we need to fix this fast. Could you reach out to the bank and clarify the mistake? It's critical to alleviate the impact on the person caught in this.

Appreciate your swift action on this, Jean-Luc. Let's get this sorted, for everyone's peace of mind.

Best,

▇▇▇▇▇▇

4

P.S.: Let's make sure future communications are crystal-clear to dodge these mix-ups, yeah?

---

**De :** Jean-Luc Ramdin <jlramdin@cherokeeacq.com>
**Envoyé :** mercredi 27 mars 2024 18:45
**À :** ███████████████████████ >
**Cc :** Brian Ferrara <bferrara@cherokeeacq.com>; Vladimir Jelisavcic <vjel@cherokeeacq.com>
**Objet :** Fw: $176k FTX *IMPORTANT* / ███ / SAC (fully executed)

███████,

Please see attached for the fully executed SAC for your records.

**Can you confirm receipt of the full payment from the buyer?**

Best,

Jean-Luc Ramdin

CHEROKEE ACQUISITION

*1384 Broadway, Suite 906*

*New York, NY 10018*

Claims, Vendor Put Options, Receivables

www.cherokeeacq.com

T: 212-259-4310

E: jlramdin@cherokeeacq.com

5