# Exhibit E

| | |
|---|---|
| **From:** | ▮▮▮▮▮ |
| **To:** | Evan Sedigh |
| **Cc:** | Keenan Austin; Yasmine Hajjaj; Amanda Rapoport; Matt Sedigh; Robert Koltai |
| **Subject:** | Re: FTX xcm_3546 |
| **Date:** | Thursday, March 28, 2024 12:33:48 PM |

I'm available now, call me on what's app

▮▮▮▮▮

Envoyé à partir de Outlook pour Android

---

**From:** ▮▮▮▮▮
**Sent:** Thursday, March 28, 2024 4:32:56 PM
**To:** Evan Sedigh <evan@x-claim.com>
**Cc:** Keenan Austin <kaustin@haincapital.com>; Yasmine Hajjaj <yasmine@x-claim.com>; Amanda Rapoport <ARapoport@haincapital.com>; Matt Sedigh <matt@x-claim.com>; Robert Koltai <rkoltai@haincapital.com>
**Subject:** Re: FTX xcm_3546

Yes, now his account is blocked for investigation, what I expected and why I asked them to change for crypto.

Then you conclude the deal so I went with you.

Envoyé à partir de Outlook pour Android

---

**From:** Evan Sedigh <evan@x-claim.com>
**Sent:** Thursday, March 28, 2024 4:28:09 PM
**To:** ▮▮▮▮▮
**Cc:** Keenan Austin <kaustin@haincapital.com>; Yasmine Hajjaj <yasmine@x-claim.com>; Amanda Rapoport <ARapoport@haincapital.com>; Matt Sedigh <matt@x-claim.com>; Robert Koltai <rkoltai@haincapital.com>
**Subject:** Re: FTX xcm_3546

Apologies, I hit send early.

Please confirm the funds were sent to Raphael's account indicated on this agreeemnt.

> On Mar 28, 2024, at 9:25 AM, Evan Sedigh <evan@x-claim.com> wrote:
>
> Thanks ▮▮▮▮▮. Can you share the countersigned version from Cherokee?
>
> Also, please confirm the funds were sent
> -Evan

On Mar 28, 2024, at 9:13 AM, ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

Here is the doc

It was early in the process, they said "finally not 80%" and I told them that I wanted the legal validation for the account and prefered in crypto, they said ok ...

And suddenly the amount is on the account which is not even mine. The account is blocked and the owner will try his best to ask the bank to send it back to them.

Sorry for the issue, they knew about the situation, ...

Kr



Envoyé à partir de [Outlook pour Android](#)

---

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, March 28, 2024 4:05:11 PM
**To:** Evan Sedigh <evan@x-claim.com>
**Cc:** Keenan Austin <kaustin@haincapital.com>; Yasmine Hajjaj <yasmine@x-claim.com>; Amanda Rapoport <ARapoport@haincapital.com>; Matt Sedigh <matt@x-claim.com>; Robert Koltai <rkoltai@haincapital.com>
**Subject:** Re: FTX xcm_3546

Hello,

Yeah, as I never saw an exclusivity and wanted the best %, and that Cherokee said it's not an issue to let two seller find a client (like for a house), I went for both for finding a buyer.... But looks like both sold the house.

I'm really angry about this situation and the lack of professionalism they showed. Hopefully for them, I have the full intention to cooperate.

I'm abroad and have a limited connexion to internet.

Yes I understand it's important, that's why I'm contacting you. I told them yesterday they should never send the amount and no news since ...

I'll be available in about 2h but not sure when exactly. If you have availability at that moment, give me you what's app maybe and I'll send you a message at that moment. Let me check for the doc I signed with them.

Envoyé à partir de [Outlook pour Android](#)

**From:** Evan Sedigh <evan@x-claim.com>
**Sent:** Thursday, March 28, 2024 3:52:15 PM
**To:** ▮
**Cc:** Keenan Austin <kaustin@haincapital.com>; Yasmine Hajjaj <yasmine@x-claim.com>; Amanda Rapoport <ARapoport@haincapital.com>; Matt Sedigh <matt@x-claim.com>; Robert Koltai <rkoltai@haincapital.com>
**Subject:** Re: FTX xcm_3546

Hi ▮,

Thanks for your email. This is a very serious matter and we'd like to better understand what happened here.

Can you confirm if you signed a formal trade agreement with Cherokee, or one of their buyers? If so, please forward the executed version of that agreement (and any listing agreement you signed with Cherokee) at your convenience.

Additionally, please advise your availability for a quick call today.

Thanks,
Evan

> On Mar 22, 2024, at 10:15 AM, Evan Sedigh <evan@x-claim.com> wrote:
>
> Excellent. Nothing needed from your end at the moment, we'll process the Notice of Transfer and reach out with any requests moving forward.
>
> Thanks!
> Evan
>
>> On Fri, Mar 22, 2024 at 10:02 AM ▮ wrote:
>>  Hello Evan,