# Exhibit F

**From:** █████████████████████████
**Sent:** 14 March 2024 09:59
**To:** Jean-Luc Ramdin <jlramdin@cherokeeacq.com>
**Cc:** Brian Ferrara <bferrara@cherokeeacq.com>; Vladimir Jelisavcic <vjel@cherokeeacq.com>
**Subject:** RE: $176k FTX / ██████ / Closing

Hello Jean-Luc,

Sure, but I would need your validation on the possibility to send the cap to the account of someone else.

Someone told gave me doubt about it so could you check on your side ?

And if not possible, could we proceed in crypto then ?

My ID  : ████████████

Kr

████

---

**De :** Jean-Luc Ramdin <jlramdin@cherokeeacq.com>
**Envoyé :** mercredi 13 mars 2024 18:32
**À :** ███████████████████████████
**Cc :** Brian Ferrara <bferrara@cherokeeacq.com>; Vladimir Jelisavcic <vjel@cherokeeacq.com>
**Objet :** Fw: $176k FTX / ██████ / Closing


███████,


Thank you for your patience in this process  - please send us your tax ID so we can send you the W-8 form.


We are regularly in communication with the buyer and they are working hard to send payment this week.

10