# Exhibit G

**Keenan Austin**

| | |
|---|---|
| **From:** | Evan Sedigh <brokerage@x-claim.com> |
| **Sent:** | Tuesday, April 2, 2024 2:03 PM |
| **To:** | Robert Koltai; Amanda Rapoport; Andrew Jones (andrew@ajoneslaw.com); Keenan Austin |
| **Subject:** | Fwd: $176k FTX *IMPORTANT* / ▓▓▓ / SAC (fully executed) |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

---------- Forwarded message ---------
From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Date: Tue, Apr 2, 2024 at 9:04 AM
Subject: Fwd: $176k FTX *IMPORTANT* / ▓▓▓ / SAC (fully executed)
To: Evan Sedigh <evan@x-claim.com>


Envoyé à partir de Outlook pour Android

---

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Tuesday, April 2, 2024 2:56:40 PM
**To:** Jean-Luc Ramdin <jlramdin@cherokeeacq.com>
**Cc:** Brian Ferrara <bferrara@cherokeeacq.com>; Vladimir Jelisavcic <vjel@cherokeeacq.com>
**Subject:** Re: $176k FTX *IMPORTANT* / ▓▓▓ / SAC (fully executed)

Hello Jean Luc,

Thanks for the quick answer.

We will talk about that matter later, first let's solve the issue please.

I'm travelling today so have a limited access to my mails.

Kr

▓▓

Envoyé à partir de Outlook pour Android

---

**From:** Jean-Luc Ramdin <jlramdin@cherokeeacq.com>
**Sent:** Tuesday, April 2, 2024 2:52:31 PM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Cc:** Brian Ferrara <bferrara@cherokeeacq.com>; Vladimir Jelisavcic <vjel@cherokeeacq.com>
**Subject:** Re: $176k FTX *IMPORTANT* / ▓▓▓ / SAC (fully executed)

1

Hello ▮,

We will speak with the buyer this morning and ask for the funds to be retrieved.

To confirm, which payment method would you like to receive the funds?

I will keep you informed.


Jean-Luc Ramdin
CHEROKEE ACQUISITION
*1384 Broadway, Suite 906*
*New York, NY 10018*

Claims, Vendor Put Options, Receivables
www.cherokeeacq.com

T: 212-259-4310
E: jlramdin@cherokeeacq.com

---

**From:** ▮
**Sent:** 02 April 2024 08:43
**To:** Jean-Luc Ramdin <jlramdin@cherokeeacq.com>
**Cc:** Brian Ferrara <bferrara@cherokeeacq.com>; Vladimir Jelisavcic <vjel@cherokeeacq.com>
**Subject:** Re: $176k FTX *IMPORTANT* / ▮ / SAC (fully executed)


Hello Jean Luc,

Thanks,

The only solution is to ask the refund to the bank. Only the sender can do it. The funds are blocked. Such as the account as long as you do not ask the refund.

There is unfortunately no other solution.

It's really critical. The owner now has to go in Dubai to go at his bank specially due to that and could be banned to all the banks due to your transfer.

Please act immediately

Thanks in advance

▮

---

**From:** Jean-Luc Ramdin <jlramdin@cherokeeacq.com>
**Sent:** Tuesday, April 2, 2024 2:33:01 PM
**To:** ▮
**Cc:** Brian Ferrara <bferrara@cherokeeacq.com>; Vladimir Jelisavcic <vjel@cherokeeacq.com>
**Subject:** Re: $176k FTX *IMPORTANT* / ▮ / SAC (fully executed)

2