# Exhibit H

**From:** ▮
**Sent:** 06 March 2024 01:41
**To:** Jean-Luc Ramdin <jlramdin@cherokeeacq.com>
**Cc:** Vladimir Jelisavcic <vjel@cherokeeacq.com>; Brian Ferrara <bferrara@cherokeeacq.com>
**Subject:** RE: $176k FTX / ▮

Hello Jean Luc,

Just checking how things are going with the claim.

Thanks,

▮

---

**De :** Jean-Luc Ramdin <jlramdin@cherokeeacq.com>
**Envoyé :** vendredi 1 mars 2024 19:12
**À :** ▮
**Cc :** Vladimir Jelisavcic <vjel@cherokeeacq.com>; Brian Ferrara <bferrara@cherokeeacq.com>
**Objet :** Fw: $176k FTX / ▮

▮,

Would you be open to selling to a direct buyer between 75-77%? We work with a buyer who would execute in this range for you.

Realistically, it may take a week to get your claim listed and then by the time a trade is confirmed it may be a couple of extra days.

Also, claims are trading in the mid 70s in the current market, so the benefit of selling directly would be **faster payment (payment approximately by Tuesday) and a smoother process.**

How does a direct sale between 75-77% sound?