IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>                            Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>Hearing Date: 5/15/2024 @ 1:00 P.M. (ET)<br>Obj. Deadline: 5/6/2024 @ 4:00 P.M. (ET)<br><br>Re:  D.I. 10881 & 10243 |

**NOTICE OF MOTION OF HAIN CAPITAL INVESTORS MASTER FUND, LTD. TO (I) STRIKE NOTICE OF TRANSFER OF CLAIM [ECF NO. 10881] TO NEXXUS PARTICIPATION VEHICLE III LLC, AND (II) REQUIRE THE DEBTORS' CLAIMS AND NOTICING AGENT TO RECOGNIZE AND RECORD TRANSFER OF CLAIM [ECF NO. 10243] TO HAIN**

      **PLEASE TAKE NOTICE** that on April 22, 2024, Hain Capital Investors Master Fund, Ltd. ("Hain") filed its *Motion of Hain Capital Investors Master Fund, Ltd. to (I) Strike Notice of Transfer Of Claim [ECF No. 10881] to Nexxus Participation Vehicle III LLC, and (II) Require the Debtors' Claims and Noticing Agent to Recognize and Record Transfer of Claim [ECF No. 10243] to Hain* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

      **PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court and served upon the undersigned counsel so as to be received on or before **May 6, 2024 at 4:00 p.m. (ET)** ("Objection Deadline").

      **PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **May 15, 2024 at 1:00 p.m. (ET)** before the Honorable John T. Dorsey, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

      **IF NO OBJECTIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{00038698. }

**REQUESTED IN CONNECTION WITH THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

|  |  |
|---|---|
| Dated: April 22, 2024<br>Wilmington, Delaware | **THE ROSNER LAW GROUP LLC**<br><br>*/s/ Frederick B. Rosner*<br>Frederick B. Rosner<br>824 Market Street, Suite 810<br>Wilmington, DE 19801<br>Telephone: (302) 777-1111<br>rosner@teamrosner.com<br><br>-and-<br><br>Paul A. Rubin, Esq.<br>RUBIN LLC 11 Broadway, Suite 715<br>New York, NY 10004<br>Telephone: (212) 390-8054<br>Facsimile: (212) 390-8064<br>prubin@rubinlawllc.com<br><br>*Counsel for Hain Capital Investors Master Fund, Ltd.* |

{00038698. }