**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.,* | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee
**Fire Bouvardia, L.L.C.**
Last Four Digits of Acct #: N/A

Name of Transferors
**Name (Redacted)**
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:

Address of Transferors:
On file with debtors.

c/o Crowell & Moring LLP
389 9th Ave, 44th Floor
New York, NY 10001
Attention: Timothy Lin
Email: tlin@crowell.com

**Case No.:** 22-11068 et seq.

| Proof of Claim / Customer Claim Form Information | Schedule Number | Transferred Amount of Claim | Debtor |
|---|---|---|---|
| FTX Account ID: 137908102<br>Schedule ID: 221106805505906<br>Document ID: 934d89994a6aa69d80fae59d8e9dc38ee4d58d59<br>Confirmation ID: 3265-70-CEIYF-223256185 | Schedule Number: 5505906<br>(see attached) | 100% of Sellers' Claim | FTX Trading Ltd. |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: January 25, 2024

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT A**

**EVIDENCE OF TRANSFER OF CLAIM**

**TO:    THE DEBTORS AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, ███████ ████████████████████████████████████████████████████ Sellers"), hereby unconditionally and irrevocably sell, transfer and assign to Fire Bouvardia, L.L.C. (the "Buyer") 100% of Sellers' right, title, interest, claims and causes of action in and to, or arising under or in connection with, Sellers' claim, designated in the Bankruptcy Case (as defined below) as described below, that was asserted against FTX Trading Ltd. and its affiliated debtors (collectively, the "Debtors"), in the proceedings captioned *In re: FTX Trading Ltd., et al*, Case No. 22-11068 (JTD) (Jointly Administered) (the "Bankruptcy Case") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all other proofs of claim filed by Sellers with the Bankruptcy Court in respect of the foregoing claim.

| Claim No. | Schedule No. | Amount | Debtor | Case No. |
|---|---|---|---|---|
| FTX Account ID: 137908102 <br> Schedule ID: 221106805505906 <br> Document ID: 934d89994a6aa69d80fae59d8e9dc38ee4d58d59 <br> Confirmation ID: 3265-70-CEIYF-223256185 <br> Schedule Number: 5505906 (see attached) | N/A | 100% of Sellers' Claim | FTX Trading Ltd. | 22-11068 |
| FTX Account ID: 14638793 <br> Schedule ID: 221106805755860 <br> Document ID: dafc0139779373a9b00ebdc7e558fef6b2cdac3a <br> Confirmation ID: 3265-70-UOANO-448840574 <br> Schedule Number: 5755860 | Schedule F Customer Code 08071452 | 100% of Sellers' Claim | West Realm Shires Services Inc. (d/b/a "FTX US") | 22-11071 |

Sellers hereby waive any objection to the transfer of the claim to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as might be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Each Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Sellers transferring to Buyer the foregoing claim and recognizing Buyer as the sole owner and holder of the claim. Each Seller further directs the Debtors, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, are to be delivered or made to Buyer.

*(remainder of page blank)*

A-1

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 25th day of January, 2024.

**SELLERS**:



**BUYER**:

**FIRE BOUVARDIA, L.L.C.**

By: Timothy Lin
Name: Timothy Lin
Title: Authorized Signatory

A-2

**Name of Transferor**

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor. To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and the Evidence of Transfer of Claim attached to this Notice of Transfer of Claim has been redacted to protect the identity of the Transferor. Upon written request, Transferee is prepared to provide a copy of the original signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and appropriate professionals.

A-3



## Creditor Information - Schedule # 5505906

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Name on File | FTX Trading Ltd. | n/a |
| Address on File | **Date Filed** | **Schedule Number** |
| | n/a | 5505906 |
| | | **Confirmation ID** |
| | | 3265-70-CEIYF-223256185 |

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | | | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

*Transfers, objections, stipulations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.*

## Claim Additional Info

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | BTC | 0.000065 |
| CRYPTO | BTC-PERP | 0.0000000000000004 |
| CRYPTO | ETH | 142.17029753 |
| CRYPTO | ETH-PERP | -0.0000000000000995 |
| CRYPTO | UNI | 0.05 |
| CRYPTO | USDT | 26643.048284639 |
| FIAT | USD | 1120873.5819059028 |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the

 Open in new window