IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., et al.,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Proposed Hearing Date:,  April 29, 2024 at 1:00 p.m. (ET)**<br>**Proposed Objection Deadline: April 26, 2024 at 4:00 p.m. (ET)** |

# NOTICE OF MOTION

TO:   (a) the Debtors; (b) the U.S. Trustee; (c) the Committee; (d) the Securities and Exchange Commission; (e) the Internal Revenue Service; (f) the United States Department of Justice; (g) the United States Attorney for the District of Delaware; and (h) to the extent not listed herein, those parties requesting notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE THAT** on April 23, 2024 Daniel Friedberg filed his motion (the "Motion") for an Order extending the objection deadline and establishing a discovery schedule for the *Motion of Debtors for Entry of an Order (i) Authorizing and Approving Entry Into, and Performance Under, the Collateral*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

139414806.1

*Claim Settlement Agreement, the Inter-Debtor Restructuring Agreement, and the Restructuring Payment Agreement and (ii) Granting Related Relief.*

Objections, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **April 26, 2024** at 4:00 p.m. (ET).

At the same time, you must also serve a copy of the objection upon the undersigned counsel so as to be received no later than 4:00 p.m. (ET) on **April 26, 2024**.

SUBJECT TO THE APPROVAL OF THE COURT, A HEARING ON THE MOTION WILL BE HELD ON **APRIL 29, 2024** AT 1:00 P.M. (ET) BEFORE THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY COURT JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 23, 2024
Wilmington, Delaware

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: */s/Rafael X. Zahralddin*

Rafael Zahralddin (Delware Bar No. 4166)

500 Delaware Ave Suite 700
Wilmington, DE 19801
Telephone: (302)-985-6000
Rafael.Zahralddin@lewisbrisbois.com
Minyao Wang (*Pro hac vice* forthcoming)
77 Water Street, Suite 2100
New York, New York 10005
Telephone: (212) 232-1300
Minyao.Wang@lewisbrisbois.com
*Counsel to Daniel Friedberg*