# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., et al.,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

**ORDER EXTENDING OBJECTION DEADLINE AND ESTABLISHING A
SCHEDULE FOR THE AUTHORIZATION MOTION**

Upon the motion (the "Motion") of Daniel Friedberg for entry of an order (this "Order") extending his objection deadline and establishing a schedule with respect to the *Motion of Debtors for Entry of an Order (i) Authorizing and Approving Entry Into, and Performance Under, the Collateral Claim Settlement Agreement, the Inter-Debtor Restructuring Agreement, and the Restructuring Payment Agreement and (ii) Granting Related Relief*, (D.I. 11626) (the "The Authorization Motion"); and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as otherwise ordered herein, no other or further notice is necessary; and objections (if any) to the Motion having been withdrawn, resolved or overruled on the merits; and a hearing having been held (to the extent necessary) to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before this Court; and this Court having found and determined that the relief set forth in this Order is in the best interests of the Debtors and their estates; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

    1.     The Motion is GRANTED as set forth herein.

    2.     The schedule set forth below shall govern the adjudication of the Authorization Motion with such deadlines subject to extension upon written agreement of the Parties or further order of the Court:

| **Event** | **Deadline** |
| --- | --- |
| Completion of Document Production | May 2, 2024 |
| Completion of Depositions | May 12, 2024 |
| Objection to the Authorization Motion | May 16, 2024 |
| Reply for the Authorization Motion | May 20, 2024 |
| Evidentiary Hearing on the Authorization Motion | May 23, 2024 |

    3.     The objection deadline with respect to the Authorization Motion is adjourned consistent with the schedule set forth in paragraph 2 of this Order.

4. This Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to the Motion or the implementation of this Order.

Dated: _____                                    _____

Wilmington, Delaware                                         **The Honorable John T. Dorsey**
                                                             **United States Bankruptcy Judge**

3