# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., et al.,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

### ORDER SHORTENING NOTICE AND OBJECTION PERIODS FOR DANIEL FRIEDBERG'S MOTION TO EXTEND OBJECTION DEADLINE AND ESTABLISH A SCHEDULE

Upon the motion (the "Motion to Shorten") of Daniel Friedberg for entry of an order (this "Order"), pursuant to Bankruptcy Rule 9006 and Local Rule 9006-1 scheduling a hearing and shortening the notice and objection periods for his motion (the "Scheduling Motion") to extend his objection deadline and establish a schedule with respect to the *Debtors' Motion for Entry of an Order (I) Authorizing, but not Directing, the Debtors to Repurchase Endurance Trucks from Customers, and (II) Granting Related Relief* (Docket No. 11626) (the "Authorization Motion"), as more fully described in the Motion to Shorten; and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

139414807.1

*Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion to Shorten has been given and is sufficient and adequate under the circumstances and that no other or further notice is necessary; and the Court having determined that there is good and sufficient cause to grant the relief in the Motion to Shorten

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Shorten is GRANTED as set forth herein.
2. The Scheduling Motion shall be heard on **April 29, 2024** at 1:00 p.m. (ET).
3. The Objection Deadline with respect to the Scheduling Motion is **April 26, 2024** at 4:00 p.m. (ET).

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____                                _____

Wilmington, Delaware                                **The Honorable John T. Dorsey**
                                                    **United States Bankruptcy Judge**