## SCHEDULE 1

**Overstated Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**Twenty-First Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | **Asserted Claims** | | **Modified Claim** | |
| 34694 | Name on file | Quoine Pte Ltd | | | FTX Trading Ltd. | |
| | | | AAVE | 10,000.000000000000000 | | 0.000000000000000 |
| | | | ADABEAR | | | 695,345.000000000000000 |
| | | | ADABULL | 10,000.000000000000000 | | 0.000008477150000 |
| | | | ADAHEDGE | | | 0.008483800000000 |
| | | | AKRO | 10,000.000000000000000 | | 0.000000000000000 |
| | | | ALGOBEAR | | | 62,837.950000000000000 |
| | | | ALGOBULL | | | 79,160,047.652000000000000 |
| | | | ALTBEAR | | | 95.717400000000000 |
| | | | APE | 10,000.000000000000000 | | 0.000000000000000 |
| | | | ASDBEAR | | | 2,969.350000000000000 |
| | | | ASDBULL | | | 490.036142070000000 |
| | | | ASDHEDGE | | | 0.008197850000000 |
| | | | ATLAS | 10,000.000000000000000 | | 0.000000000000000 |
| | | | ATOM | 10,000.000000000000000 | | 0.000000000000000 |
| | | | ATOMBEAR | | | 78.587000000000000 |
| | | | ATOMBULL | | | 8,900.031123045000000 |
| | | | AUD | | | 0.994680000000000 |
| | | | BALBEAR | | | 162.494000000000000 |
| | | | BALBULL | | | 0.092791745000000 |
| | | | BCHBEAR | | | 54.240670000000000 |
| | | | BCHBULL | | | 59,024.655229900000000 |
| | | | BEAR | | | 41.706500000000000 |
| | | | BEARSHIT | | | 64.489000000000000 |
| | | | BNBBEAR | | | 605,896.950000000000000 |
| | | | BNBBULL | | | 0.000002924400000 |
| | | | BNBHEDGE | | | 0.000670000000000 |
| | | | BSVBEAR | | | 355.376900000000000 |
| | | | BSVBULL | | | 1,817,117.580370000000000 |
| | | | BULL | 10,000.000000000000000 | | 0.000000823615000 |
| | | | COMPBEAR | | | 760.033500000000000 |
| | | | COMPBULL | | | 144,160.757346650000000 |
| | | | DEFIBEAR | | | 0.979385000000000 |
| | | | DEFIBULL | | | 257.500002523800000 |
| | | | DOGEBEAR | | | 20,995,864.000000000000000 |
| | | | DOGEBULL | 10,000.000000000000000 | | 4.000000682110000 |
| | | | DOGEHEDGE | | | 0.008563600000000 |
| | | | DRGNBEAR | | | 9.461350000000000 |
| | | | DRGNBULL | | | 60.100000000000000 |
| | | | EOSBEAR | | | 907.793580000000000 |
| | | | EOSBULL | | | 472,314.365101500000000 |
| | | | ETCBEAR | | | 77,648.329500000000000 |
| | | | ETCBULL | | | 567.008147495000000 |
| | | | ETHBEAR | | | 9,981.885000000000000 |
| | | | ETHBULL | 10,000.000000000000000 | | 0.000000000000000 |
| | | | EXCHBULL | | | 0.000000563600000 |
| | | | GRTBEAR | | | 0.952785000000000 |
| | | | GRTBULL | | | 21,010.493422935500000 |
| | | | HTBULL | | | 0.000056360000000 |
| | | | KNCBULL | | | 6,346.084667710000000 |
| | | | LINKBEAR | | | 706,462.200000000000000 |
| | | | LINKBULL | | | 3,970.085085650000000 |
| | | | LTCBEAR | | | 0.714715000000000 |
| | | | LTCBULL | | | 3,230.814748400000000 |
| | | | MATICBEAR2021 | | | 148,820.071405000000000 |
| | | | MATICBULL | | | 2,930.083435100000000 |
| | | | MATICHEDGE | | | 0.002020000000000 |
| | | | MKRBEAR | | | 4.351455000000000 |
| | | | MKRBULL | | | 0.900000000000000 |
| | | | OKBBEAR | | | 98.337500000000000 |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | | **Asserted Claims** | | **Modified Claim** |
| | | | OKBBULL | | | 0.00033500000000000 |
| | | | SUSHIBEAR | | | 58,543.65000000000000 |
| | | | SUSHIBULL | | | 7,905,999.90469850000000 |
| | | | SXPBEAR | | | 90,161.43500000000000 |
| | | | SXPBULL | | | 186,508.50492896000000 |
| | | | THETABEAR | | | 9,241.90000000000000 |
| | | | THETABULL | | | 32.60000000000000 |
| | | | THETAHEDGE | | | 0.00867000000000 |
| | | | TOMOBEAR | | | 89,940,150.00000000000000 |
| | | | TOMOBEAR2021 | | | 0.00000776240000 |
| | | | TOMOBULL | | | 1,350,095.56665000000000 |
| | | | TRX | | | 0.00096000000000 |
| | | | TRXBEAR | | | 7,692.45000000000000 |
| | | | TRXBULL | | | 0.07634306500000 |
| | | | UNISWAPBEAR | | | 0.09474650000000 |
| | | | UNISWAPBULL | | | 10.10000000000000 |
| | | | USD | | | 0.00361258223376 |
| | | | USDT | | | -0.18031279265937 8 |
| | | | VETBEAR | | | 396.33425000000000 |
| | | | VETBULL | | | 130.04598901865000 |
| | | | XLMBEAR | | | 0.98463850000000 |
| | | | XLMBULL | | | 312.08927515000000 |
| | | | XRPBULL | | 10,000.00000000000000 | | 0.00000000000000 |
| | | | XTZBEAR | | | 5.97675000000000 |
| | | | XTZBULL | | | 35,800.08570368500000 |
| | | | ZECBULL | | | 80.00244560000000 |

Other Activity Asserted: None - None

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts.  No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 84217 | Name on file | FTX Trading Ltd. | | | FTX Trading Ltd. | |
| | | | AAVE-PERP | 0.00000000000019 | | 0.00000000000019 |
| | | | ALICE-PERP | 0.00000000000000 | | -0.00000000000454 |
| | | | ALT-PERP | 0.00000000000000 | | 0.00000000000000 |
| | | | APE-PERP | 0.00000000001023 | | 0.00000000001023 |
| | | | AR-PERP | 0.00000000000028 | | 0.00000000000028 |
| | | | ASD-PERP | 0.00000000000000 | | -0.00000000002728 |
| | | | ATOM-PERP | 0.00000000000000 | | -0.00000000000454 |
| | | | AUDIO-PERP | 0.00000000000000 | | 0.00000000000000 |
| | | | AVAX | 0.00000000319950 | | 0.00000000319550 |
| | | | AVAX-PERP | 0.00000000000000 | | 0.00000000000795 |
| | | | AXS-PERP | 0.00000000000000 | | -0.00000000002529 |
| | | | BAL-PERP | 0.00000000000000 | | -0.00000000000568 |
| | | | BAND-PERP | 0.00000000007730 | | 0.00000000007730 |
| | | | BCH-PERP | 0.00000000000000 | | -0.00000000000071 |
| | | | BNB | 35.05959000000000 | | 0.00000000000000 |
| | | | BNBMOON | 3.34000000000000 | | 3.34000000000000 |
| | | | BNB-PERP | 0.00000000000000 | | 0.00000000000000 |
| | | | BNT-PERP | 0.00000000000000 | | -0.00000000000227 |
| | | | BSV-PERP | 0.00000000000081 | | 0.00000000000081 |
| | | | BTC | 0.38792701000000 | | 0.00000001086329 6 |
| | | | BTC-PERP | 0.00000000000000 | | -0.00000000000001 |
| | | | CAKE-PERP | 0.00000000000056 | | 0.00000000000056 |
| | | | CBSE | 0.00000000000000 | | -0.00000000340533 9 |
| | | | CELO-PERP | 0.00000000000227 | | 0.00000000000227 |
| | | | CEL-PERP | 0.00000000000000 | | -0.00000000001364 2 |
| | | | CLV-PERP | 0.00000000000000 | | -0.00000000000363 7 |
| | | | COIN | 0.00000001799246 | | 0.00000001799246 |
| | | | COMP-PERP | 0.00000000000035 | | 0.00000000000035 |
| | | | DASH-PERP | 0.00000000000000 | | -0.00000000000001 |
| | | | DEFI-PERP | 0.00000000000001 | | 0.00000000000001 |
| | | | DOT-PERP | 0.00000000000000 | | -0.00000000000014 |

| | | | Asserted Claims | | | Modified Claim | |
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | DYDX-PERP | 0.000000000001477 | | 0.000000000001477 |
| | | | EGLD-PERP | -0.000000000000000 | | -0.000000000000007 |
| | | | ENS-PERP | 0.000000000000000 | | -0.000000000000071 |
| | | | EOS-PERP | 0.000000000001818 | | 0.000000000001818 |
| | | | ETC-PERP | 0.000000000000170 | | 0.000000000000170 |
| | | | ETH | 496.722713900000000 | | 0.000711006692595 |
| | | | ETH-1230 | 0.000000000000000 | | -0.000000000000001 |
| | | | ETH-PERP | 0.000000000003639 | | 0.000000000003639 |
| | | | FIL-PERP | 0.000000000000085 | | 0.000000000000085 |
| | | | FLM-PERP | 0.000000000000000 | | -0.000000000101863 |
| | | | FTT-PERP | 0.000000000000000 | | -0.000000000014551 |
| | | | FXS-PERP | 0.000000000001364 | | 0.000000000001364 |
| | | | GAL-PERP | 0.000000000000227 | | 0.000000000000227 |
| | | | GST-PERP | 0.000000000000275 | | -0.000000000007275 |
| | | | HNT-PERP | 0.000000000000056 | | 0.000000000000056 |
| | | | HT-PERP | 0.000000000000000 | | -0.000000000000028 |
| | | | ICP-PERP | 0.000000000000227 | | 0.000000000000227 |
| | | | KNC-PERP | 0.000000000005741 | | 0.000000000005741 |
| | | | KSM-PERP | 0.000000000000000 | | -0.000000000000085 |
| | | | LINK-PERP | 0.000000000000198 | | 0.000000000000198 |
| | | | LTC-PERP | 0.000000000000000 | | -0.000000000000145 |
| | | | LUNA2 | 0.000000025575964 | | 0.000000025575964 |
| | | | LUNA2_LOCKED | 0.000000059677249 | | 0.000000059677249 |
| | | | LUNA2-PERP | 0.000000000000000 | | -0.000000000005456 |
| | | | LUNC | 21.563788000000000 | | 0.005569224973044 |
| | | | MEDIA-PERP | 0.000000000000000 | | -0.000000000000966 |
| | | | MKR-PERP | 0.000000000000000 | | -0.000000000000015 |
| | | | MOONSHIT | 0.1538000000000000 | | 0.1538000000000000 |
| | | | MTL-PERP | 0.000000000000000 | | -0.000000000014551 |
| | | | NEAR-PERP | 0.000000000000682 | | 0.000000000000682 |
| | | | NEO-PERP | 0.000000000000028 | | 0.000000000000028 |
| | | | OKB-PERP | 0.000000000000007 | | 0.000000000000007 |
| | | | OXY-PERP | 0.000000000407453 | | 0.000000000407453 |
| | | | PERP-PERP | 0.000000000000000 | | -0.000000000001364 |
| | | | POLIS-PERP | 0.000000000009094 | | 0.000000000009094 |
| | | | PRIV-PERP | 0.000000000000000 | | -0.000000000000005 |
| | | | PROM-PERP | 0.000000000000028 | | 0.000000000000028 |
| | | | RON-PERP | 0.000000000003637 | | 0.000000000003637 |
| | | | RUNE-PERP | 0.000000000000085 | | 0.000000000000085 |
| | | | SNX-PERP | 0.000000000000000 | | -0.000000000000056 |
| | | | SOL | 0.000000003213866 | | 0.000000003213866 |
| | | | SOL-PERP | 0.000000000000000 | | -0.000000000003836 |
| | | | STG-PERP | 20,797.210000000000000 | | 0.000000000000000 |
| | | | STORJ-PERP | 0.000000000000227 | | 0.000000000000227 |
| | | | SXP-PERP | 0.000000000000454 | | 0.000000000000454 |
| | | | THETA-PERP | 0.000000000000000 | | -0.000000000000454 |
| | | | TWTR-0624 | 0.000000000000312 | | 0.000000000000312 |
| | | | TWTR-0930 | 0.000000000000000 | | -0.000000000000056 |
| | | | UNI-PERP | 0.000000000000283 | | 0.000000000000283 |
| | | | UNISWAP-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | USD | 1,176,231.760000000000000 | | -0.304010861839730 |
| | | | USDT | 5,799.309004000000000 | | -0.007233505280345 |
| | | | XAUT-PERP | 0.000000000000000 | | 0.000000000000003 |
| | | | XMR-PERP | 0.000000000000000 | | -0.000000000000113 |
| | | | ZEC-PERP | 0.000000000000071 | | 0.000000000000071 |

Other Activity Asserted: As mentioned - No trades

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts.  No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 7787 | Name on file | FTX Trading Ltd. | BTC | 28,232,696.000000000000000 | FTX Trading Ltd. | 0.282326964000000 |
| | | | EUR | 2.000000000000000 | | 2.000000000000000 |
| | | | USD | 3.221497882561930 | | 3.221497882561930 |
| | | | USDT | | | 0.588023349500000 |

| | | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | | Ticker Quantity | Debtor | Ticker Quantity |

Other Activity Asserted: 0,28232696 Bitcoin - On November 8, I made a withdraw of my bitcoins to another address (different website than FTX). TҺese funds never arrived at their destination.

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. The BTC asserted by the claimant as other activity is already included in the modified amounts above. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13260 | Name on file | FTX Trading Ltd. | ATLAS | | 0.00000000631127⁴ | FTX Trading Ltd. | 0.00000006311274 |
| | | | ATOM-PERP | | -0.00000000000014 | | -0.00000000000014 |
| | | | AUDIO | | 0.00000000409181⁶ | | -0.00000000409181⁶ |
| | | | BAL | | 0.00000000500000 | | 0.00000000500000 |
| | | | BTC | | 0.00000000463846 | | 0.00000000463846 |
| | | | BTC-PERP | | -0.00000000000002 | | -0.00000000000002 |
| | | | CELO-PERP | | 0.00000000000113 | | 0.00000000000113 |
| | | | COMP-PERP | | 0.00000000000028 | | 0.00000000000028 |
| | | | DOT-PERP | | 0.00000000000198 | | 0.00000000000198 |
| | | | DYDX-PERP | | 0.00000000000014 | | 0.00000000000014 |
| | | | ENJ | | 0.00000004786179 | | 0.00000004786179 |
| | | | ETHBULL | | 0.00000006000000 | | 0.00000006000000 |
| | | | ETH-PERP | | 9.26100000000010 | | 9.26100000000010 |
| | | | FTT | | 0.00000002567144 | | 0.00000002567144 |
| | | | FTT-PERP | | 0.00000000000014 | | 0.00000000000014 |
| | | | GRT | | 0.00000009266695 | | 0.00000009266695 |
| | | | GT | | 0.00000007200000 | | 0.00000007200000 |
| | | | MANA | | 0.00000001270000 | | 0.00000001270000 |
| | | | MATIC | | 0.00000001747318 | | 0.00000001747318 |
| | | | RUNE-PERP | | -0.00000000000056 | | -0.00000000000056 |
| | | | SOL | | 0.00000000802272 | | 0.00000000802272 |
| | | | SOL-PERP | | -0.00000000000021 | | -0.00000000000021 |
| | | | SRM | | 0.00118206000000 | | 0.00118206000000 |
| | | | SRM_LOCKED | | 0.01030286000000 | | 0.01030286000000 |
| | | | THETA-PERP | | 0.00000000000056 | | 0.00000000000056 |
| | | | USD | | 161,968,147,930,778.00000000000000 | | -9,703.30122069221000 |
| | | | USDT | | 0.00000007047679 | | 0.00000007047679 |

Other Activity Asserted: USD[1629.38447930778803120000000000] - None

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts.  No liability exists on account of the asserted USD in the claimant's other activity, which is already provided in the asserted tickers and quantities mentioned above. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12739 | Name on file | FTX Trading Ltd. | AUD | | 110.32627505000000 | FTX Trading Ltd. | 110.328371255654598 |
| | | | BTC | | 0.26720000000000 | | 0.26720000000000 |
| | | | ETH-PERP | | 601,200.00000000000000 | | 0.00000000000000 |
| | | | FTT | | 5,174.54752038000000 | | 5,174.54752038000000 |
| | | | TRX | | 122,456.01081700000000 | | 122,456.01081700000000 |
| | | | USD | | 100,000.00000000000000 | | 97.43118671877890 |
| | | | USDT | | 59.48500401423500⁰ | | 59.48500401423500⁰ |

Other Activity Asserted: 75000 usd(100000usd - 25000 usd = 75000 usd) - Hi, the website's data is inaccurate. I only have access untill the trading history of 2022/11/9, but I made a lot of trades between 2022/11/9 - 2022/11/11. Here is a brief summary of what happened: I started with balance of about 50000 usd. Then I bought ftt. I did not use all of my money, so I still had around 25000 usd at the lowest point. Because the market started to bounce back, I earned some money by buying and selling ftt. Then there is huge pump of trx and ht. And I happened to join it. So I believe I have made a lot of money from the pump. I guess my account balance is around 100000 usd after I sold my trx and ht. Then I decided to buy eth on eth-perpetual. I used a leverage of 5 and bought eth at the price of around 1200usd. That means around 500000usd position. You can check my trade history if you have access to it. The website only recorded the lowest balance, which is unfair.

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts.  No liability exists on account of the other activity asserted as the modified tickers and quantities above reflect the claimants holdings as of the petition date. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 92421* | Name on file | FTX Trading Ltd. | AUD | | 1,000.00000000000000 | FTX Trading Ltd. | 0.00000000371673⁹ |
| | | | AVAX-PERP | | 0.00000000000000 | | 0.00000000000000 |
| | | | BTC | | 0.00040220658324⁰ | | 0.00040220658324⁰ |
| | | | BTC-PERP | | 2,000.00000000000000 | | 0.00000000000000 |
| | | | DOGE | | 4.99905000000000 | | 4.99905000000000 |
| | | | ETH-PERP | | 2,000.00000000000000 | | 0.00000000000000 |
| | | | FTT | | 16.31171500000000 | | 16.31171500000000 |

*Claim is also included as a Surviving Claim in the Debtors' Nineteenth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)

| Claim Number | Name | Debtor | Tickers | Asserted Claims Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | SOL | 0.019621900000000 | | 0.019621900000000 |
| | | | USD | 51.015725444950900 | | 51.015725444950900 |
| | | | USDT | 1,000.000000000000000 | | 0.000000000824692 |

Other Activity Asserted: 4000 USD - CRYPTO, USDT

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts.  No liability exists on account of the 4000 USD - CRYPTO USDT asserted in the claimant's other activity as the modified tickers and quantities above reflect the claimants holdings as of the petition date. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 27951 | Name on file | FTX Trading Ltd. | AAPL | | FTX Trading Ltd. | 1.096749716888900 |
| | | | ACB | | | 12.702408940000000 |
| | | | BAO | 55,000.000000000000000 | | 55,000.000000000000000 |
| | | | CBSE | | | 0.000000022216640 |
| | | | CEL | | | 0.000000006833100 |
| | | | CHF | 0.500000000000000 | | 0.000000000000000 |
| | | | COIN | | | 0.473901937876668 |
| | | | ETH | 40,434.000000000000000 | | 0.000404348407280 |
| | | | ETHE | | | 4.913787125000000 |
| | | | ETHW | | | 0.000402151296380 |
| | | | FTT | 2,508,499,324.000000000000 | | 25.084993240000000 |
| | | | GBTC | | | 3.741283129013000 |
| | | | GLXY | | | 14.700320000000000 |
| | | | MSTR | | | 0.671606970528020 |
| | | | NFLX | | | 0.472691481282510 |
| | | | ROOK | 6,014.000000000000000 | | 6.014000000000000 |
| | | | SNX | | | 0.000000000259410 |
| | | | TRX | 40,215.000000000000000 | | 0.000019173008840 |
| | | | TSLA | | | 0.911672618527760 |
| | | | TSLAPRE | | | -0.000000003457450 |
| | | | USD | | | 0.615966267973083 |
| | | | USDT | 62.000000000000000 | | 0.000000007538665 |

Other Activity Asserted: 2000 - I made a lot of investments in stocks, as apple, netflix, tesla, galaxy digital, i would like to get them bacl as well

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts.  The modified amounts above represent the investments asserted in the claim's other activity. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 26561 | Name on file | FTX Trading Ltd. | BTC | 11,252,024.000000000000000 | FTX Trading Ltd. | 0.112520240000000 |
| | | | ETH | 1,953,982.000000000000000 | | 0.019539820000000 |
| | | | ETHW | 0.019293400000000 | | 0.019293400000000 |
| | | | FTM | 1,868,239,164.000000000000 | | 18.682391640000000 |
| | | | FTT | 438,136,602.000000000000000 | | 4.381366020000000 |
| | | | NFT (4194295020842094420/FTX AU - WE ARE HERE! #6126) | | | 1.000000000000000 |
| | | | NFT (4432266018473336311/FTX AU - WE ARE HERE! #6116) | | | 1.000000000000000 |
| | | | STETH | 0.223733550000000 | | 0.223733550000000 |
| | | | USD | | | 2,272.961059640000000 |
| | | | USDC | 227,296.000000000000000 | | 0.000000000000000 |

Other Activity Asserted: ~300 HNT (Helium Network Token) - Crypto in FTX.com

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts.  No liability exists on account of the asserted 300 HNT tokens in question 8, claimant transferred their HNT holdings off of the FTX exchange prior to petition. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 9071 | Name on file | FTX Trading Ltd. | AAVE | | FTX Trading Ltd. | 0.000000003529717 |
| | | | APT | 291,111,566.000000000000000 | | 2.911115669997770 |
| | | | AVAX | | | 0.000000006000000 |
| | | | BNB | | | 0.000000006773653 |
| | | | ETH | | | 0.000000002500000 |
| | | | NFT (3785552443734714465/FTX EU - WE ARE HERE! #79013) | | | 1.000000000000000 |
| | | | NFT (4264516471561247418/FTX EU - WE ARE HERE! #78420) | | | 1.000000000000000 |
| | | | NFT (5642616553186145469/FTX EU - WE ARE HERE! #78742) | | | 1.000000000000000 |
| | | | TRX | | | 0.000000006000000 |
| | | | USD | 0.000000068321660 | | 0.000000068321660 |
| | | | USDT | | | 0.000002972199885 |

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|

Other Activity Asserted: None - None

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts.  No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to reduce such claim to the modified quantities and amounts.

| 7972 | Name on file | FTX Trading Ltd. | ADA-PERP | 520,000.000000000000000 | FTX Trading Ltd. | 520,000.000000000000000 |
| | | | BTC-PERP | 0.000000000000012 | | 0.000000000000012 |
| | | | DOGE-PERP | 744,708.000000000000000 | | 744,708.000000000000000 |
| | | | ETH | 100.000000000000000 | | 100.000000000000000 |
| | | | ETH-PERP | 250.000000000000000 | | 250.000000000000000 |
| | | | ETHW | 100.000000000000000 | | 100.000000000000000 |
| | | | FTT | 43.090716280000000 | | 43.090716280000000 |
| | | | FTT-PERP | 20,000.000000000000000 | | 20,000.000000000000000 |
| | | | LUNA2_LOCKED | 69,285.558350000000000 | | 69,285.558350000000000 |
| | | | LUNC | 200,000,000.000000000000000 | | 200,000,000.000000000000000 |
| | | | LUNC-PERP | -0.000000048428773 | | -0.000000048428773 |
| | | | NEAR-PERP | 113,000.000000000000000 | | 113,000.000000000000000 |
| | | | SOL | 0.000000005000000 | | 0.000000005000000 |
| | | | SOL-PERP | 11,200.000000000000000 | | 11,200.000000000000000 |
| | | | TRX | 0.000018000000000 | | 0.000018000000000 |
| | | | USD | 0.000000000000000 | | -1,351,167.623625190000000 |
| | | | USDT | 345,007.778942790000000 | | 345,007.778942790000000 |
| | | | USTC | 2,272,256.343916240000000 | | 2,272,256.343916240000000 |

Other Activity Asserted: None - None

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts.  No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to reduce such claim to the modified quantities and amounts.

| 90803 | Name on file | FTX Trading Ltd. | ATLAS | 6.767665451520000 | FTX Trading Ltd. | 0.000000000029986 |
| | | | BTC | 51,768,245.000000000000000 | | 0.049141755278722 |
| | | | CRV | 84.984334500000000 | | 84.984334500000000 |
| | | | DOT | 56.524434940000000 | | 56.524434940000000 |
| | | | ETH | 0.000000009000000 | | 0.000000009000000 |
| | | | EUR | 0.000000009260102 | | 0.000000009260102 |
| | | | FTT | 21.505549606977700 | | 21.505549606977700 |
| | | | LTC | 0.003006845000000 | | 0.003006845000000 |
| | | | LUNA2 | 0.000036732253800 | | 0.000036732253800 |
| | | | LUNA2_LOCKED | 0.000085708592190 | | 0.000085708592190 |
| | | | MATIC | 179.888942000000000 | | 179.888942000000000 |
| | | | TONCOIN | 29.994471000000000 | | 29.994471000000000 |
| | | | USD | 198.312393788279000 | | 198.312393788279000 |
| | | | USDT | 0.000000009999437 | | 0.000000009999437 |

Other Activity Asserted: ATLAS 6767,66545152   BTC 0,00262649 - I have blocked several coins on the Blockfolio app. I hope it's okay to post a new request here

0.000000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts.  No liability exists on account of the additional ATLAS and BTC tokens asserted in the claimant's other activity as the modified tickers and quantities above reflect the claimants holdings as of the petition date. Accordingly, the Debtors seek to reduce such claim to the modified quantities and amounts.