# SCHEDULE 1

## No Liability Portal Claims

FTX Trading Ltd. 22-11068 (JTD)
Twenty-Second Omnibus Claims Objection
Schedule 1 - No Liability Claims

| Claim Number | Name | Debtor | Asserted Claims Tickers | Ticker Quantity |
|---|---|---|---|---|
| 91330 | Name on file | FTX Trading Ltd. | BTC | 10.000100000000000 |
|  |  |  | BTC-PERP | 35.000000000000000 |
|  |  |  | ETH | 25.950000000000000 |
|  |  |  | ETHW | 30,000.350000000000000 |
|  |  |  | FTM-PERP | 400,000.000000000000000 |
|  |  |  | SOL-PERP | 4,000.000000000000000 |
|  |  |  | SRM | 324.560000000000000 |
|  |  |  | USD | 698,968.900000000000000 |
|  |  |  | USDT | 48,029.900000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 91331 | Name on file | FTX Trading Ltd. | AAPL-1230 | 2,000.020000000000000 |
|  |  |  | AARK | 1,190.280000000000000 |
|  |  |  | BTC | 10.310000000000000 |
|  |  |  | ETHE | 72,882.770000000000000 |
|  |  |  | ETH-PERP | 233.910000000000000 |
|  |  |  | USD | 482,489.010000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 91416 | Name on file | FTX Trading Ltd. | AAPL-1230 | 2,000.020000000000000 |
|  |  |  | AARK | 1,190.280000000000000 |
|  |  |  | BTC | 10.310000000000000 |
|  |  |  | ETHE | 72,882.770000000000000 |
|  |  |  | ETH-PERP | 233.910000000000000 |
|  |  |  | USD | 482,489.010000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 91417 | Name on file | FTX Trading Ltd. | BTC | 10.000100000000000 |
|  |  |  | BTC-PERP | 35.000000000000000 |
|  |  |  | ETHW | 30,000.350000000000000 |
|  |  |  | FLM-PER | 800,000.000000000000000 |
|  |  |  | FTM-PERP | 400,000.000000000000000 |
|  |  |  | SOL-PERP | 4,000.000000000000000 |
|  |  |  | SRM | 324.560000000000000 |

| Claim Number | Name | Debtor | Asserted Claims | |
|---|---|---|---|---|
| | | | Tickers | Ticker Quantity |
| | | | USD | 698,968.900000000000000 |
| | | | USDT | 48,029.900000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 90831 | Name on file | FTX Trading Ltd. | AAVE | 425,687.000000000000000 |
|---|---|---|---|---|
| | | | ADABULL | 245.000000000000000 |
| | | | BCH | 568.000000000000000 |
| | | | BTC | 568.000000000000000 |
| | | | BULL | 5,000.000000000000000 |
| | | | DOGEBULL | 528.000000000000000 |
| | | | ETHBULL | 125.000000000000000 |
| | | | XRPBULL | 2,547.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 90295 | Name on file | West Realm Shires Services Inc. | AAVE | 1.000000000000000 |
|---|---|---|---|---|
| | | | BNB | 2.000000000000000 |
| | | | BTC | 1,000.000000000000000 |
| | | | DOT | 50.000000000000000 |
| | | | FTT | 1.000000000000000 |
| | | | SOL | 1,000.000000000000000 |
| | | | TOKEN | 1,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.