

## United States Bankruptcy Court
### District of Delaware

In re: FTX Trading Ltd., *et al*.  
Case No. 22-11068 (JTD) (Jointly Administered)

**TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **OPPS CY Holdings, LLC** | ▆▆▆▆▆▆▆▆ |
| Name and Address where notices to Transferee should be sent: | Name and Address where notices to Transferor should be sent: Address on file |
| 1301 Avenue of the Americas, 34th Floor<br>New York, NY 10019<br>Attention: Colin McLafferty<br>Email: cmclafferty@oaktreecapital.com | |

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 48970 (submitted on or about September 7, 2023) | ▆▆▆▆▆▆▆▆ | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Transferee:**

**OPPS CY Holdings, LLC**

By: Oaktree Fund GP 2A, Ltd.  
Its: Manager

By: Oaktree Capital Management Fund, L.P.

Its: Director

By: _Colin McLafferty_ (DocuSigned)     Date: 4/19/2024  
Name: Colin McLafferty  
Title: Vice President

By: _David Nicoll_ (DocuSigned)     Date: 4/19/2024  
Name: David Nicoll  
Title: Managing Director

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

032-8250/7040210.3

### Identity of Transferor/Seller

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

032-8250/7040210.3