IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND DOCUMENTS**

**PLEASE TAKE NOTICE THAT** Daniel Friedberg, by and through his counsel, hereby appears in the above-captioned case pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010(b), counsel hereby requests that copies of all notices and pleadings given or filed in the above-captioned bankruptcy case be given and served upon them at the following:

Rafael X. Zahralddin-Aravena (No. 4166)
Kevin F. Shaw (No. 6239)
**Lewis Brisbois Bisgaard & Smith LLP**
500 Delaware Avenue, Suite 700
Wilmington, DE 19801
Telephone: (302) 985-6004
Facsimile: (302) 985-6001
Rafael.Zahralddin@LewisBrisbois.com
Kevin.Shaw@LewisBrisbois.com

Philip Hinson, Esquire
**Lewis Brisbois Bisgaard & Smith LLP**
521 East Morehead Street, Suite 250
Charlotte, NC 28202
Telephone: (704) 926-3750
Email: Philip.Hinson@LewisBrisbois.com

---

[1] Due to the large number of Debtor entities, the names are omitted from the caption and a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

139460002.1

Sean P. Shecter, Esquire
**Lewis Brisbois Bisgaard & Smith LLP**
110 SE 6th Street, Suite 2600
Fort Lauderdale, FL 33301
Telephone: (954) 939-3364
Email: Sean.Shecter@LewisBrisbois.com

Keith Kodosky, Esquire
**Lewis Brisbois Bisgaard & Smith LLP**
600 Peachtree NE, Suite 4700
Atlanta, GA 30308
Telephone: (404) 991-2183
Email: Keith.Kodosky@LewisBrisbois.com

Minyao Wang, Esquire
**Lewis Brisbois Bisgaard & Smith LLP**
77 Water Street, Suite 2100
New York, NY 10005
Telephone: (646) 989-9428
Email: Minyao.Wang@LewisBrisbois.com

**PLEASE TAKE FURTHER NOTICE THAT** this request includes, without limitation all orders, notices, hearing dates, applications, complaints, demands, motions, petitions, pleadings or requests, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, email, or otherwise filed or made with regard to the Case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE THAT**, neither this Entry of Appearance nor any former or later appearance, pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) the right to trial by jury in any proceeding so triable in this Case or any case, controversy, or proceeding related to this Case, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, action, defenses, including defenses to jurisdiction, setoffs, or recoupments to which the interested party may be entitled, in

law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the interested party expressly reserve.

| | |
|---|---|
| Date: April 25, 2024 | Respectfully submitted, |
| | /s/ Rafael X. Zahralddin-Aravena |
| | Rafael X. Zahralddin-Aravena (No. 4166) |
| | Kevin F. Shaw (No. 6239) |
| | **LEWIS BRISBOIS BISGAARD & SMITH, LLP** |
| | 500 Delaware Ave. Ste. 700 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 985-6004 |
| | Facsimile: (302) 985-6001 |
| | Rafael.Zahralddin@LewisBrisbois.com |
| | Kevin.Shaw@LewisBrisbois.com |