## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2024, a true and correct copy of the foregoing *Notice of Appearance* was electronically filed with the Clerk of the Bankruptcy Court for the District of Delaware using the CM/ECF system. Notice of these filings will be sent to all parties authorized to receive electronic notice in this case.

/s/ *Rafael X. Zahralddin*
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)

138825714.1