# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors.[1] | (Jointly Administered) |
| ALAMEDA RESEARCH LLC, FTX TRADING LTD., WEST REALM SHIRES, INC. and WEST REALM SHIRES SERVICES INC. (d/b/a FTX.US), | Adv. Pro. 23-50419 (JTD) |
| Plaintiffs and Counterclaims Defendants | |
| v. | |
| DANIEL FRIEDBERG, | |
| Defendant, Counterclaims Plaintiff | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Minyao Wang, Esquire, of Lewis Brisbois Bisgaard & Smith LLP to represent Daniel Friedberg in this action.

Dated: April 25, 2024
Wilmington, Delaware

*/s/ Rafael X. Zahralddin-Aravena*
Rafael X. Zahralddin-Aravena (#4166)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
500 Delaware Ave., Suite 700
Wilmington, Delaware 19801
Telephone: (302) 985-6000
Email: Rafael.Zahralddin@lewisbrisbois.com

---

[1] Due to the large number of Debtor entities, the names are omitted from the caption and a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

139453078.1

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the state of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States Court of Appeals for the First Circuit, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Eleventh Circuit, and the United States Supreme Court, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: April 25, 2024

*/s/ Minyao Wang*
Minyao Wang
LEWIS BRISBOIS BISGAARD & SMITH LLP
77 Water Street
Suite 2100
New York, NY 10005
(646) 989-9428
Email: Minyao.Wang@LewisBrisbois.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: April 25th, 2024
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

139453078.1