# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re FTX Trading Ltd., et al.,<br><br>                Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF
## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DCP Master Investments XV LLC, by its undersigned counsel, hereby withdraws the following Notices of Transfer of Claim Other Than for Security, which were filed incorrectly:

Docket Number 8160 (filed February 28, 2024)

Dated: April 26, 2024

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Jody C. Barillare*
Jody C. Barillare (Bar No. 5107)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: (302) 574-3000
Facsimile: (302) 574-3001
jody.barillare@morganlewis.com

*Attorneys for DCP Master Investments XV LLC*

DB1/ 144886029.1