# EXHIBIT A

**Fees**

31583598.1

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600

TAX I.D. NO. 51-0082644

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6646

Writer's E-Mail
mlunn@ycst.com

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors | Invoice Date: | April 22, 2024 |
| 200 Park Avenue | Invoice Number: | 50051381 |
| New York, NY 10166 | Matter Number: | 102750.1001 |

Re:  FTX
      Billing Period through March 31, 2024

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 98,549.00 |
| Disbursements | $ | 364.00 |
| Total Due This Invoice | $ | 98,913.00 |

| Official Committee of Unsecured Creditors re: FTX | Invoice Date: | April 22, 2024 |
|---|---|---|
| Billing Period through March 31, 2024 | Invoice Number: | 50051381 |
| | Matter Number: | 102750.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 03/04/24 | JMART | Update docket; circulate same | B001 | 0.40 | 150.00 |
| 03/05/24 | DLASK | Update adversary docket | B001 | 0.20 | 77.00 |
| 03/05/24 | JMART | Review and evaluate incoming pleadings | B001 | 0.10 | 37.50 |
| 03/06/24 | DLASK | Draft updated critical dates | B001 | 0.40 | 154.00 |
| 03/06/24 | JMART | Review and evaluate incoming pleadings ; circulate same | B001 | 0.30 | 112.50 |
| 03/07/24 | DLASK | Review and update adversary dockets | B001 | 0.30 | 115.50 |
| 03/07/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.20 | 75.00 |
| 03/11/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.50 | 187.50 |
| 03/12/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.30 | 112.50 |
| 03/12/24 | RFPOP | Attend 341 meeting | B001 | 1.40 | 1,379.00 |
| 03/13/24 | DLASK | Update critical dates | B001 | 0.30 | 115.50 |
| 03/13/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.30 | 112.50 |
| 03/14/24 | DLASK | Review and update electronic adversary dockets | B001 | 0.40 | 154.00 |
| 03/14/24 | JMART | Review and evaluate incoming pleadings | B001 | 0.10 | 37.50 |
| 03/15/24 | JMART | Review and evaluate incoming pleadings | B001 | 0.50 | 187.50 |
| 03/17/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 38.50 |
| 03/17/24 | RFPOP | Review and finalize for filing pro hac motion for Paul Hastings (Leonie Koch), and emails to and from D. Laskin and Leonie Koch re: same | B001 | 0.10 | 98.50 |
| 03/18/24 | JMART | Review and evaluate incoming pleadings | B001 | 0.10 | 37.50 |
| 03/19/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.30 | 112.50 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through March 31, 2024

Invoice Date:                April 22, 2024
Invoice Number:                 50051381
Matter Number:             102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 03/20/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.20 | 75.00 |
| 03/21/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.20 | 75.00 |
| 03/21/24 | RFPOP | Review and analyze debtors victim impact statement for Bankman-Fried criminal proceeding | B001 | 0.20 | 197.00 |
| 03/22/24 | JMART | Review and evaluate incoming pleadings | B001 | 0.10 | 37.50 |
| 03/26/24 | DLASK | Review and update electronic adversary dockets | B001 | 0.40 | 154.00 |
| 03/26/24 | DLASK | Update critical dates memorandum | B001 | 0.40 | 154.00 |
| 03/27/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.30 | 112.50 |
| 03/27/24 | RFPOP | Email from Paul Hastings (Leonie Koch) re: Octopus resignation from committee | B001 | 0.10 | 98.50 |
| 03/28/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.30 | 112.50 |
| 03/28/24 | RFPOP | Email from Paul Hastings (Gabe Sasson) re: Octopus committee resignation and related UST requests | B001 | 0.10 | 98.50 |
| 03/18/24 | DLASK | Assemble pleadings, prepare hearing binders | B002 | 1.00 | 385.00 |
| 03/18/24 | RFPOP | Review and analyze agenda for March 20th hearing | B002 | 0.20 | 197.00 |
| 03/19/24 | DLASK | Assemble additional pleadings, fee examiner motion and related documents, prepare hearing binders | B002 | 0.70 | 269.50 |
| 03/19/24 | JMART | Assist in hearing preparation | B002 | 0.30 | 112.50 |
| 03/19/24 | MLUNN | Work with R. Poppiti re: March 20th hearing | B002 | 0.20 | 222.00 |
| 03/19/24 | MLUNN | Review March 20th hearing agenda | B002 | 0.10 | 111.00 |
| 03/19/24 | RFPOP | Prepare for March 20th contested hearing on debtors coin estimation/valuation motion, including review and analyze objecting parties motions in limine and debtors objections to same, various other pleadings and expert reports for same, and amended hearing agenda (4.4); review and analyze debtors response to defendants letter re: March 20th status conference re: K-5 adversary proceeding (.1) | B002 | 4.50 | 4,432.50 |

Official Committee of Unsecured Creditors re: FTX    Invoice Date:        April 22, 2024
Billing Period through March 31, 2024    Invoice Number:        50051381
     Matter Number:        102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 03/20/24 | MLUNN | Call with R. Poppiti re: March 20th hearing and preparations for continued hearing | B002 | 0.30 | 333.00 |
| 03/20/24 | RFPOP | Emails from Paul Hastings (Ken Pasquale), counsel for debtors (Adam Landis) and UST re: UST examiner application | B002 | 0.20 | 197.00 |
| 03/20/24 | RFPOP | Prepare for (1.1) and attend (7.7) hearing, and follow-up call with M. Lunn (.3) and follow-up emails to and from and call with Paul Hastings (Isaac Sasson) (.2) re: same | B002 | 9.30 | 9,160.50 |
| 03/21/24 | MLUNN | Review amended agenda re: March 25th hearing | B002 | 0.10 | 111.00 |
| 03/25/24 | JKOCH | Attend March 25, 2024 hearing | B002 | 7.00 | 4,410.00 |
| 03/25/24 | MLUNN | Correspondence with J. Kochenash and R. Poppiti re: summary of March 25th hearing | B002 | 0.20 | 222.00 |
| 03/26/24 | JKOCH | Attend March 26, 2024 hearing | B002 | 5.00 | 3,150.00 |
| 03/27/24 | MLUNN | Review summary of closing arguments re: March 26th hearing from J. Kochenash | B002 | 0.10 | 111.00 |
| 03/19/24 | MLUNN | Review cash flow report update | B004 | 0.10 | 111.00 |
| 03/27/24 | MLUNN | Review cash flow update and analysis, including summary from FTI re: cash management order issues | B004 | 0.30 | 333.00 |
| 03/01/24 | RFPOP | Email from PWP (Emil Tu) re: de minimis asset sale offers for venture portfolio, and review and analyze summary re: same; email from counsel for debtors (Brad Harsch) re: small estate claims settlements, and review and analyze summary re: same | B006 | 0.10 | 98.50 |
| 03/04/24 | RFPOP | Email from Jefferies (Lars Hultgren) re: Anthropic sale process, and review and analyze materials from Jefferies re: same | B006 | 0.20 | 197.00 |
| 03/05/24 | MLUNN | Review summary of Anthropic sale process status and proposal | B006 | 0.10 | 111.00 |
| 03/07/24 | RFPOP | Call with Paul Hastings (Ken Pasquale) re: coin monetization, coin estimation/valuation, and Kuvari adversary proceeding issues | B006 | 0.60 | 591.00 |
| 03/08/24 | RFPOP | Review and analyze debtors notice of de minimis asset sale with DCX Global Limited for BitOasis Technologies assets | B006 | 0.10 | 98.50 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through March 31, 2024

Invoice Date:                      April 22, 2024
Invoice Number:                    50051381
Matter Number:                     102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 03/12/24 | RFPOP | Review and analyze Foundation Serendipity and Maps Vault objections to debtors coin estimation/valuation motion | B006 | 2.80 | 2,758.00 |
| 03/13/24 | MLUNN | Review Maps Vault objection to coin monetization and estimation motion | B006 | 0.60 | 666.00 |
| 03/13/24 | MLUNN | Review TMSI supplemental objection to coin monetization and estimation motion | B006 | 0.40 | 444.00 |
| 03/14/24 | MLUNN | Review proposed de minimis asset sales | B006 | 0.10 | 111.00 |
| 03/15/24 | MLUNN | Review draft joinder to debtors' reply in support of coin monetization and estimation motion | B006 | 0.30 | 333.00 |
| 03/15/24 | RFPOP | Review and comment on draft committee reply in support of debtors coin estimation/valuation motion (.3), and emails to and from Paul Hastings (Ken Pasquale) (.2) re: same | B006 | 0.50 | 492.50 |
| 03/17/24 | MLUNN | Review final and revised draft of joinder to Debtors' reply to MAPS et al., objection to coin monetization and estimation motion (.2); and review debtors' reply (.8) | B006 | 1.00 | 1,110.00 |
| 03/18/24 | MLUNN | Review issues re: evidence admissibility question from K. Pasquale in connection with coin monetization and estimation motion | B006 | 0.20 | 222.00 |
| 03/18/24 | RFPOP | Emails from Jefferies (Daniel Homrich) and committee re: Anthropic sale process | B006 | 0.10 | 98.50 |
| 03/19/24 | MLUNN | Review pretrial order re: coin monetization and estimation request | B006 | 0.40 | 444.00 |
| 03/19/24 | RFPOP | Emails from Jefferies (Daniel Homrich) and committee re: Anthropic sale process | B006 | 0.20 | 197.00 |
| 03/19/24 | RFPOP | Review and analyze cash flow update from FTI, and email from FTI (Max Dawson) re: same | B006 | 0.20 | 197.00 |
| 03/19/24 | RFPOP | Email from counsel for debtors (Brad Harsch) re: small estate claims settlements, and review and analyze summary of settlements from counsel for debtors re: same | B006 | 0.10 | 98.50 |
| 03/21/24 | JKOCH | Call with M. Lunn and R. Poppiti re: estimation hearing preparation | B006 | 0.50 | 315.00 |
| 03/21/24 | MLUNN | Work with J. Kochenash (.1) and meeting with R. Poppiti and J. Kochenash (.5) re: coin monetization issues for continued hearing | B006 | 0.60 | 666.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through March 31, 2024

Invoice Date:                April 22, 2024
Invoice Number:              50051381
Matter Number:               102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 03/21/24 | RFPOP | Email from PWP (Emil Tu) re: de minimis asset sale offers for venture portfolio, and review summary from PWP re: same | B006 | 0.10 | 98.50 |
| 03/21/24 | RFPOP | Call with M. Lunn and J. Kochenash re: debtors coin estimation/valuation motion | B006 | 0.50 | 492.50 |
| 03/22/24 | RFPOP | Emails to and from Paul Hastings (Isaac Sasson) re: debtors coin estimation/valuation motion | B006 | 0.10 | 98.50 |
| 03/22/24 | RFPOP | Review and analyze debtors notice of Anthropic sales | B006 | 0.40 | 394.00 |
| 03/22/24 | RFPOP | Emails from counsel for debtors (Alexa Kranzley) and UST re: UST informal response to debtors notice of small estate claims settlements | B006 | 0.10 | 98.50 |
| 03/25/24 | JKOCH | Review estimation related pleadings in preparation for hearing | B006 | 1.50 | 945.00 |
| 03/25/24 | MLUNN | Review order and purchase agreement re: Anthropic sale (.4) and correspondence with PH re: same (.1) | B006 | 0.50 | 555.00 |
| 03/25/24 | RFPOP | Emails from counsel for debtors (Alexa Kranzley) and UST re: UST informal response to debtors notice of small estate claims settlement | B006 | 0.10 | 98.50 |
| 03/25/24 | RFPOP | Email from Paul Hastings (Jack Iaffaldano) re: Anthropic sale process | B006 | 0.10 | 98.50 |
| 03/26/24 | RFPOP | Email from FTI (Brian Bromberg) re: cash management and sales proceed issues | B006 | 0.10 | 98.50 |
| 03/26/24 | RFPOP | Review and analyze debtors additional notice re: Anthropic sale | B006 | 0.10 | 98.50 |
| 03/27/24 | RFPOP | Emails from counsel for debtors (Alexa Kranzley) and UST re: proposed resolution of UST informal response to debtors notice of small estate claims settlements | B006 | 0.10 | 98.50 |
| 03/27/24 | RFPOP | Email from counsel for debtors (Brad Harsch) re: notice of small estate claims settlements, and review and analyze summary of settlements from debtors re: same | B006 | 0.10 | 98.50 |
| 03/05/24 | RFPOP | Review and analyze Equinix motion for administrative claim | B007 | 0.20 | 197.00 |
| 03/06/24 | MLUNN | Review Equinox motion for payment of admin claim | B007 | 0.10 | 111.00 |

Official Committee of Unsecured Creditors re: FTX

Billing Period through March 31, 2024

Invoice Date: April 22, 2024

Invoice Number: 50051381

Matter Number: 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 03/06/24 | RFPOP | Review and analyze debtors motion to approve BlockFi settlement and related supporting declaration | B007 | 0.70 | 689.50 |
| 03/06/24 | RFPOP | Review and analyze Link Forth Capital response to debtors fourteenth omnibus claims objection | B007 | 0.10 | 98.50 |
| 03/07/24 | RFPOP | Email from counsel for debtors (Brad Harsch) re: small estate claims settlements, and review and analyze summary of settlements from counsel for debtors re: same | B007 | 0.10 | 98.50 |
| 03/08/24 | MLUNN | Review motion and declaration in support re: approval of settlement with BlockFi | B007 | 0.30 | 333.00 |
| 03/13/24 | MLUNN | Review motion to require claims agent to recognize transfer | B007 | 0.10 | 111.00 |
| 03/13/24 | RFPOP | Review and analyze Olympus Peak motion to compel claims agent to recognize claims transfer | B007 | 0.10 | 98.50 |
| 03/17/24 | DLASK | File joinder to debtors' omnibus reply in support of motion estimate claims based on digital assets | B007 | 0.40 | 154.00 |
| 03/18/24 | RFPOP | Review and analyze revised proposed orders for debtors fourteenth, fifteenth and sixteenth omnibus claims objections (.4), and email to Paul Hastings (Ken Pasquale) and email to and from counsel for debtors (Nick Jenner) (.2) re: same | B007 | 0.60 | 591.00 |
| 03/19/24 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale) and counsel for debtors (Nick Jenner) re: revised proposed orders for debtors fourteenth, fifteenth and sixteenth omnibus claims objections | B007 | 0.20 | 197.00 |
| 03/26/24 | MLUNN | Correspondence with L. Koch and N. Jenner regarding sealed claim objections | B007 | 0.10 | 111.00 |
| 03/27/24 | RFPOP | Review and analyze debtors eighteenth through twenty-third omnibus claims objections | B007 | 1.10 | 1,083.50 |
| 03/05/24 | RFPOP | Review materials from Paul Hastings and emails from Paul Hastings (Leonie Koch) in preparation for March 6th committee meeting | B008 | 0.20 | 197.00 |
| 03/06/24 | MLUNN | Review materials in preparation for meeting with UCC members (.1); attend portion of UCC meeting with members, PH, FTI, and Jefferies (.7) | B008 | 0.80 | 888.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through March 31, 2024

Invoice Date:                April 22, 2024
Invoice Number:                  50051381
Matter Number:              102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 03/06/24 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks | B008 | 0.70 | 689.50 |
| 03/13/24 | MLUNN | Review materials in preparation for meeting with UCC members (.4); attend meeting with UCC members, PH, Jefferies, FTI and R. Poppiti (2.0) | B008 | 2.40 | 2,664.00 |
| 03/13/24 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks (2.0), and review and analyze materials from Paul Hastings and email from Paul Hastings (Leonie Koch) in preparation for same (.4) | B008 | 2.40 | 2,364.00 |
| 03/20/24 | MLUNN | Meeting with K. Pasquale, L. Koch and R. Poppiti re: various issues, including discussion of issues related to coin monetization hearing and plan process | B008 | 0.50 | 555.00 |
| 03/21/24 | MLUNN | Review materials in preparation for meeting (.4) and attend meeting with UCC members, PH, FTI, Jefferies and R. Poppiti re: various case issues and related strategy (1.2) | B008 | 1.60 | 1,776.00 |
| 03/21/24 | RFPOP | Call with M. Lunn, Paul Hastings, FTI, and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks (1.2), and review and analyze materials from Paul Hastings and FTI and email from Paul Hastings (Leonie Koch) in preparation for same (.4) | B008 | 1.60 | 1,576.00 |
| 03/01/24 | RFPOP | Email from Paul Hastings (Ken Pasquale) re: committee proposed intervention in Kuvari adversary proceeding, and review and comment on draft proposed order permitting committee to intervene and consider related issues re: same | B011 | 0.20 | 197.00 |
| 03/04/24 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale) re: committee intervention in Kuvari adversary proceeding and related issues | B011 | 0.20 | 197.00 |
| 03/05/24 | RFPOP | Review and analyze debtors motion to stay Kuvari adversary proceeding and consider related issues (.6), and emails to and from Paul Hastings (Ken Pasquale) (.2) re: same | B011 | 0.80 | 788.00 |
| 03/06/24 | MLUNN | Review motion to stay Kavuri adversary | B011 | 0.30 | 333.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through March 31, 2024

Invoice Date: April 22, 2024
Invoice Number: 50051381
Matter Number: 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 03/06/24 | RFPOP | Call from D. Laskin re: debtors motion to stay Kuvari adversary proceeding; email to and from Paul Hastings (Ken Pasquale) re: committee request to intervene in Kuvari adversary proceeding | B011 | 0.20 | 197.00 |
| 03/07/24 | RFPOP | Review and analyze certification of counsel and stipulation appointing mediator in Rocket and Giles adversary proceedings | B011 | 0.10 | 98.50 |
| 03/08/24 | RFPOP | Email from counsel for plaintiffs (Shannon Humiston) re: proposed committee intervention in Kuvari adversary proceeding | B011 | 0.10 | 98.50 |
| 03/12/24 | MLUNN | Review Burgess reply in support of motion to dismiss | B011 | 0.20 | 222.00 |
| 03/13/24 | RFPOP | Review and analyze defendants reply brief in Burgess adversary proceeding (.7); emails from counsel for debtors (Mark Bennett) and counsel for defendants (Heath Rosenblat) re: protective order and confidentiality agreement for Burgess adversary proceeding (.1) | B011 | 0.80 | 788.00 |
| 03/14/24 | RFPOP | Review and comment on draft proposed confidentiality agreement and stipulated protective order for Burgess adversary proceeding, and email from counsel for debtors (Mark Bennett) re: same | B011 | 0.60 | 591.00 |
| 03/14/24 | RFPOP | Review and analyze debtors certification of counsel re: motion to approve settlement re: Ipsum adversary proceeding | B011 | 0.10 | 98.50 |
| 03/15/24 | MLUNN | Review supplement to examiner motion to expand scope | B011 | 0.30 | 333.00 |
| 03/15/24 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale), counsel for debtors (Mark Bennett) and counsel for defendants (Heath Rosenblat) re: confidentiality agreement and protective order for Burgess adversary proceeding | B011 | 0.10 | 98.50 |
| 03/17/24 | MLUNN | Review draft joinder to Debtors' motion to stay Kavuri adversary proceeding | B011 | 0.20 | 222.00 |
| 03/18/24 | DLASK | Review and respond to email from counsel regarding Kavuri adversary, review electronic docket | B011 | 0.20 | 77.00 |
| 03/18/24 | DLASK | Finalize for filing and coordinate service of statement in support of debtors' stay motion in Kavauri adversary | B011 | 0.40 | 154.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through March 31, 2024

Invoice Date:                                   April 22, 2024
Invoice Number:                              50051381
Matter Number:                         102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 03/18/24 | RFPOP | Review and finalize for filing committee statement re: debtors motion to stay Kuvari adversary proceeding (.5), and emails to and from D. Laskin, Paul Hastings (Isaac Sasson, Jack Iaffaldano and Mat Laskowski) and committee (.3) and review debtors motion (.4) re: same; review and analyze Kuvari objection to debtors motion (.3) | B011 | 1.50 | 1,477.50 |
| 03/18/24 | RFPOP | Review and analyze letter from defendants in K-5 adversary proceeding re: mediation process | B011 | 0.10 | 98.50 |
| 03/21/24 | RFPOP | Review and analyze debtors amended complaint against Bankman-Fried and other insiders | B011 | 0.70 | 689.50 |
| 03/22/24 | RFPOP | Emails from counsel for debtors (Chris Dunne and Mark Bennett) and counsel for defendants (Tara Pakrouh) re: mediation issues and confidentiality agreement and stipulated protective order for Burgess adversary proceeding, and review certification of counsel for confidentiality agreement and stipulated protective order re: same | B011 | 0.30 | 295.50 |
| 03/22/24 | RFPOP | Review and analyze Carter objection to debtors motion to stay Kuvari adversary proceeding | B011 | 0.40 | 394.00 |
| 03/25/24 | RFPOP | Email from counsel for debtors (Mark Bennett) re: draft proposed stipulation to modify scheduling order re: appointment of mediator, and review stipulation re: same | B011 | 0.10 | 98.50 |
| 03/25/24 | RFPOP | Review and analyze debtors reply in support of motion to stay Kuvari adversary proceeding | B011 | 0.20 | 197.00 |
| 03/06/24 | MLUNN | Review motion to extend exclusivity deadlines | B012 | 0.20 | 222.00 |
| 03/06/24 | RFPOP | Review and analyze debtors motion to further extend exclusivity deadline | B012 | 0.40 | 394.00 |
| 03/11/24 | RFPOP | Review and analyze TMSI SEZC objection to debtors coin estimation/valuation motion | B012 | 1.30 | 1,280.50 |
| 03/12/24 | MLUNN | Review draft statement re: exclusivity motion | B012 | 0.10 | 111.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through March 31, 2024

| | Invoice Date: | April 22, 2024 |
|---|---|---|
| | Invoice Number: | 50051381 |
| | Matter Number: | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 03/12/24 | RFPOP | Review and comment on draft committee statement re: debtors motion to extend exclusivity deadline, and email from Paul Hastings (Ken Pasquale) and consider related issues re: same | B012 | 0.20 | 197.00 |
| 03/12/24 | RFPOP | Call with Paul Hastings (Ken Pasquale) re: debtors coin estimation/valuation motion, chapter 11 plan issues, and fee examiner issues | B012 | 0.50 | 492.50 |
| 03/13/24 | DLASK | Finalize for filing and coordinate service of statement and reservation of rights regarding exclusivity motion | B012 | 0.40 | 154.00 |
| 03/13/24 | MLUNN | Review revised statement re: exclusivity motion | B012 | 0.10 | 111.00 |
| 03/13/24 | RFPOP | Review and finalize for filing committee statement debtors motion to further extend exclusivity deadline (.2), and review debtors motion (.2) and emails to and from D. Laskin and Paul Hastings (Jack Iaffaldano) (.1) re: same | B012 | 0.50 | 492.50 |
| 03/13/24 | RFPOP | Review and analyze Voyager statement re: debtors motion to further extend exclusivity deadline | B012 | 0.10 | 98.50 |
| 03/17/24 | RFPOP | Revise and finalize for filing committee joinder to debtors omnibus reply in support of debtors coin estimation/valuation motion, and review and analyze debtors omnibus reply, review and comment on draft pre-trial order, and emails to and from D. Laskin and Paul Hastings (Ken Pasquale and Leonie Koch) re: same | B012 | 3.10 | 3,053.50 |
| 03/18/24 | RFPOP | Review and execute revised draft proposed pretrial order for debtors coin estimation/valuation motion (.5), and emails to and from Paul Hastings (Ken Pasquale) and counsel for debtors (Kim Brown and Julie Kapoor) (.2) re: same | B012 | 0.70 | 689.50 |
| 03/01/24 | MLUNN | Review fee examiner response to proposal and correspondence with R. Poppiti | B017 | 0.10 | 111.00 |
| 03/01/24 | RFPOP | Emails to and from Paul Hastings (Gabe Sasson), FTI (Matt Diaz) and fee examiner re: fourth interim fee application and resolution of fee examiner confidential letter report for same | B017 | 0.20 | 197.00 |
| 03/04/24 | DLASK | File certificate of no objection regarding committee's expenses application | B017 | 0.30 | 115.50 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through March 31, 2024

Invoice Date:                   April 22, 2024
Invoice Number:                  50051381
Matter Number:               102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 03/04/24 | DLASK | Prepare certificate of no objection for committee member's fee application | B017 | 0.20 | 77.00 |
| 03/04/24 | JKOCH | Email correspondence (multiple) with L. Koch re: committee member's expense reimbursement application | B017 | 0.20 | 126.00 |
| 03/04/24 | MLUNN | Call with R. Poppiti re: fee examiner proposal and response | B017 | 0.30 | 333.00 |
| 03/04/24 | RFPOP | Emails to and from J. Kochenash and D. Laskin re: fifth interim fee application | B017 | 0.10 | 98.50 |
| 03/04/24 | RFPOP | Email to fee examiner (.2) and call with M. Lunn (.3) re: proposed resolution of fee examiner confidential letter report re: YCST fourth interim fee application, and review and analyze related materials from fee examiner (.4) re: same | B017 | 0.90 | 886.50 |
| 03/06/24 | RFPOP | Email from fee examiner re: proposed resolution of confidential letter report for YCST fourth interim fee application and reserved issues from prior interim fee applications | B017 | 0.20 | 197.00 |
| 03/07/24 | DLASK | Review blended rate information with counsel | B017 | 0.20 | 77.00 |
| 03/07/24 | MLUNN | Analyze Fee Examiner counterproposal and develop response (.4); and call with R. Poppiti re: same (.6) | B017 | 1.00 | 1,110.00 |
| 03/07/24 | RFPOP | Call with M. Lunn (.6) and draft and email response to fee examiner (.4) re: proposed resolution of fee examiner confidential letter report for YCST fourth interim fee application and reserved issues for prior interim fee applications, and review and analyze materials from fee examiner (.3) re: same | B017 | 1.30 | 1,280.50 |
| 03/08/24 | RFPOP | Call from counsel for ad hoc customer group (Jonathan Weyand) (.2) and emails to and from J. Kochenash and Paul Hastings (Ken Pasquale and Gabe Sasson) (.2) re: fee examiner issues | B017 | 0.40 | 394.00 |
| 03/11/24 | DLASK | Finalize for filing and coordinate service of Jefferies's fee applications for November, December and January | B017 | 1.00 | 385.00 |
| 03/11/24 | DLASK | Finalize for filing and coordinate service of Paul Hastings's January fee application | B017 | 0.60 | 231.00 |
| 03/11/24 | DLASK | Finalize for filing and coordinate service of FTI's January fee application | B017 | 0.40 | 154.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through March 31, 2024

| | | Invoice Date: | April 22, 2024 |
| | | Invoice Number: | 50051381 |
| | | Matter Number: | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 03/11/24 | DLASK | Finalize for filing and coordinate service of Young Conaway's January fee application | B017 | 0.40 | 154.00 |
| 03/11/24 | JKOCH | Review and comment on Paul Hastings fee application | B017 | 0.40 | 252.00 |
| 03/11/24 | JKOCH | Review and comment on Jefferies' monthly fee applications | B017 | 0.50 | 315.00 |
| 03/11/24 | JKOCH | Review and comment on FTI fee application | B017 | 0.50 | 315.00 |
| 03/11/24 | MLUNN | Review correspondence with C. Abbey and correspondence with R. Poppiti re: resolution of fee examiner issues for 4th interim fee application | B017 | 0.20 | 222.00 |
| 03/11/24 | RFPOP | Emails to and from M. Lunn and fee examiner re: resolution of fee examiner confidential letter report for YCST fourth interim fee application, and review and analyze materials from fee examiner re: same | B017 | 0.40 | 394.00 |
| 03/11/24 | RFPOP | Email to and from counsel for debtors (Nick Jenner) re: Tricor Services OCP declaration, and review and analyze same | B017 | 0.10 | 98.50 |
| 03/12/24 | JKOCH | Review and comment on 5th interim fee request and YCST supplement thereto | B017 | 2.10 | 1,323.00 |
| 03/12/24 | JKOCH | Review and comment on FTI interim supplement | B017 | 0.40 | 252.00 |
| 03/12/24 | JMART | Prepare certificate of no objections for YCST, FTI, and Paul Hastings 13th monthly fee applications | B017 | 0.60 | 225.00 |
| 03/12/24 | RFPOP | Review and analyze fee examiner report re: fourth interim fee applications | B017 | 0.20 | 197.00 |
| 03/13/24 | JKOCH | Review CNO for FTI fee application | B017 | 0.10 | 63.00 |
| 03/13/24 | JKOCH | Review CNO for YCST fee application | B017 | 0.10 | 63.00 |
| 03/13/24 | JKOCH | Review CNO for Paul Hastings fee application | B017 | 0.10 | 63.00 |
| 03/13/24 | JMART | File certificate of no objection for FTI 13th Monthly fee application | B017 | 0.20 | 75.00 |
| 03/13/24 | JMART | File certificate of no objection for YCST 13th Monthly fee application | B017 | 0.20 | 75.00 |
| 03/13/24 | JMART | File certificate of no objection for Paul Hasting 13th Monthly fee application | B017 | 0.20 | 75.00 |
| 03/13/24 | MLUNN | Review Fee Examiner Report | B017 | 0.30 | 333.00 |

Official Committee of Unsecured Creditors re: FTX

Billing Period through March 31, 2024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Invoice Date: | | | April 22, 2024 |
| | | | Invoice Number: | | | 50051381 |
| | | | Matter Number: | | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 03/13/24 | MLUNN | Review UST revisions to order sealing certain info from OCP affidavits and related correspondence with R. Poppiti | B017 | 0.10 | 111.00 |
| 03/13/24 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale) and counsel for debtors (Kim Brown) re: UST comments to debtors motion to seal foreign ordinary course professional declarations, and review revised proposed order and review debtor motion re: same | B017 | 0.40 | 394.00 |
| 03/14/24 | MLUNN | Review proposed 4th interim fee order | B017 | 0.10 | 111.00 |
| 03/14/24 | RFPOP | Review and analyze UST reservation of rights re: fees and expenses related to Kroll cyber security incident | B017 | 0.10 | 98.50 |
| 03/14/24 | RFPOP | Review and comment on draft proposed order for fourth interim fee applications, and emails to and from J. Kochenash and counsel for debtors (Nick Jenner) re: same | B017 | 0.30 | 295.50 |
| 03/15/24 | DLASK | Finalize for filing and coordinate service of supplements to committee's interim fee request for committee professionals | B017 | 0.70 | 269.50 |
| 03/15/24 | DLASK | Update Jefferies's supplement to interim fee application | B017 | 0.20 | 77.00 |
| 03/15/24 | DLASK | Finalize for filing and coordinate service of 5th interim fee application for committee's professionals | B017 | 0.40 | 154.00 |
| 03/15/24 | MLUNN | Review supplement to 5th interim fee application | B017 | 0.10 | 111.00 |
| 03/15/24 | MLUNN | Review fee examiner fee application | B017 | 0.20 | 222.00 |
| 03/15/24 | RFPOP | Emails to and from J. Kochenash and counsel for debtors (Nick Jenner) re: draft proposed order for fourth interim fee applications | B017 | 0.10 | 98.50 |
| 03/17/24 | DLASK | File motion for pro hac vice of L. Koch, prepare electronic order | B017 | 0.30 | 115.50 |
| 03/17/24 | DLASK | Prepare pro hac motion for L. Koch | B017 | 0.30 | 115.50 |
| 03/28/24 | DLASK | Prepare certificate of no objection for FTI's January fee application | B017 | 0.10 | 38.50 |
| 03/28/24 | DLASK | Prepare certificate of no objection for Paul Hastings' January fee application | B017 | 0.10 | 38.50 |
| 03/28/24 | DLASK | Prepare certificates of no objection for Jefferies' November, December and January fee applications | B017 | 0.40 | 154.00 |

Official Committee of Unsecured Creditors re: FTX      Invoice Date:           April 22, 2024
Billing Period through March 31, 2024                  Invoice Number:           50051381
                                                       Matter Number:        102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 03/28/24 | DLASK | Prepare certification of no objection for Young Conaway's January fee application | B017 | 0.10 | 38.50 |
| 03/04/24 | DLASK | Update supplement to interim fee application | B018 | 0.30 | 115.50 |
| 03/07/24 | RFPOP | Review and revise draft supplement for YCST fifth interim fee application (.8), and call with D. Laskin and emails to and from J. Kochenash and D. Laskin (.2) re: same | B018 | 1.00 | 985.00 |
| 03/11/24 | RFPOP | Review and finalize for filing YCST January 2024 fee application, and emails to and from D. Laskin re: same | B018 | 0.30 | 295.50 |
| 03/12/24 | RFPOP | Emails to and from J. Kochenash re: committee fifth interim fee application and YCST supplement for same, and review and comment on draft of interim fee application re: same | B018 | 0.30 | 295.50 |
| 03/13/24 | MLUNN | Review (portion) of February fee statement re: confidentiality in preparation for submission | B018 | 0.20 | 222.00 |
| 03/15/24 | DLASK | Update supplement to interim fee application of Young Conaway | B018 | 0.20 | 77.00 |
| 03/15/24 | RFPOP | Review and comment on revised draft fifth interim fee application and review and finalize YCST supplement for same, and emails to and from J. Kochenash and D. Laskin re: same | B018 | 0.40 | 394.00 |
| 03/19/24 | MLUNN | Confidentiality review of February fee statement in preparation for submission | B018 | 0.50 | 555.00 |
| 03/21/24 | RFPOP | Review invoice for YCST February 2024 fee application re: confidentiality and local rule compliance | B018 | 0.40 | 394.00 |
| 03/22/24 | DLASK | Prepare February fee application | B018 | 1.00 | 385.00 |
| 03/07/24 | RFPOP | Call with counsel for debtors (Ben Beller) re: Voyager litigation issues (.3), and review and analyze related materials (2.4) re: same | BN015 | 2.70 | 2,659.50 |
| 03/08/24 | MLUNN | Call with R. Poppiti re: updates from S&C and related strategy given input from mediator | BN015 | 0.40 | 444.00 |
| 03/08/24 | RFPOP | Call with M. Lunn re: Voyager litigation issues (.4), and review and analyze related materials (.3) re: same | BN015 | 0.70 | 689.50 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through March 31, 2024

Invoice Date:                April 22, 2024
Invoice Number:                  50051381
Matter Number:              102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 03/27/24 | MLUNN | Correspondence with R. Poppiti re: potential settlement of Voyager claims and litigation and correspondence with B. Bellar re: same | BN015 | 0.30 | 333.00 |
| 03/27/24 | RFPOP | Emails to and from M. Lunn and counsel for debtors (Ben Beller) re: proposed settlement with Voyager (.3), and review and comment on draft proposed settlement agreement (.5) re: same | BN015 | 0.80 | 788.00 |
| 03/28/24 | MLUNN | Review and provide comments to draft settlement agreement re: Voyager claims and preference litigation (.3) and correspondence with R. Poppiti re: same (.1) | BN015 | 0.40 | 444.00 |
| 03/28/24 | RFPOP | Emails to and from M. Lunn and FTI (Brian Bromberg) re: debtors proposed settlement with Voyager (.4), and consider related issues (.2) re: same | BN015 | 0.60 | 591.00 |
| 03/29/24 | RFPOP | Emails to and from counsel for debtors (Ben Beller) re: proposed settlement with Voyager (.3), and review draft proposed settlement agreement and consider related issues (.6) re: same | BN015 | 0.90 | 886.50 |
| 03/06/24 | MLUNN | Correspondence with K. Pasquale and R. Poppiti re: revisions and issues with examiner order | BNK016 | 0.10 | 111.00 |
| 03/06/24 | RFPOP | Email to and from Paul Hastings (Ken Pasquale) re: UST motion to appoint examiner, and consider related issues re: same | BNK016 | 0.20 | 197.00 |
| 03/07/24 | RFPOP | Email to and from and call with counsel for debtors (Adam Landis) (.2) and email to and from Paul Hastings (Ken Pasquale) (.1) re: proposed order for UST application to appoint examiner, and review and comment on proposed order (.4) re: same | BNK016 | 0.70 | 689.50 |
| 03/08/24 | RFPOP | Review and comment on revised draft proposed order for UST examiner application (.3), and emails to and from Paul Hastings (Ken Pasquale) and UST (.1) re: same | BNK016 | 0.40 | 394.00 |
| 03/09/24 | MLUNN | Review revised order appointing examiner | BNK016 | 0.20 | 222.00 |
| 03/09/24 | RFPOP | Email from counsel for ad hoc customer group (Erin Broderick) re: revised draft proposed order for UST examiner application | BNK016 | 0.10 | 98.50 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through March 31, 2024

| | | Invoice Date: | April 22, 2024 |
| | | Invoice Number: | 50051381 |
| | | Matter Number: | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 03/12/24 | RFPOP | Review and comment on revised draft proposed order for UST examiner application (.3), and emails to and from Paul Hastings (Ken Pasquale), counsel for debtors (Adam Landis), counsel for ad hoc customer group (Erin Broderick) and UST (.2) re: same | BNK016 | 0.50 | 492.50 |
| 03/14/24 | RFPOP | Review and analyze Kuvari joinder to UST examiner application and consider related issues (.5), and emails to and from Paul Hastings (Ken Pasquale) and counsel for debtors (Adam Landis) re: same and UST examiner application issues (.4); review and analyze MDL plaintiffs reservation of rights re: UST examiner application (.1) | BNK016 | 1.00 | 985.00 |
| 03/15/24 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale), counsel for debtors (Adam Landis), counsel for ad hoc customer group (Erin Broderick) and UST re: revised draft proposed order for UST examiner application, and review and analyzed revised draft and review UST certification of counsel re: same | BNK016 | 0.50 | 492.50 |
| 03/18/24 | RFPOP | Review and analyze debtors response to Kuvari joinder to UST examiner application | BNK016 | 0.30 | 295.50 |
| 03/21/24 | RFPOP | Review and analyze draft addendum to protective order from counsel for examiner, and email from counsel for examiner (Kimberly Black) and review protective order re: same | BNK016 | 0.50 | 492.50 |
| 03/22/24 | RFPOP | Email from counsel for debtors (Stephanie Wheeler) re: comments from debtors to draft proposed addendum for examiner to confidentiality agreement and stipulated protective order | BNK016 | 0.10 | 98.50 |
| 03/26/24 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale) and counsel for examiner (Lauren Doxey) re: examiner proposed addendum to confidentiality agreement and stipulated protective order | BNK016 | 0.20 | 197.00 |
| 03/28/24 | RFPOP | Emails from counsel for debtors (Adam Landis), UST and Chambers re: status conference re: examiner | BNK016 | 0.10 | 98.50 |
| | | | **Total** | **115.80** | **$98,549.00** |

Official Committee of Unsecured Creditors re: FTX
Billing Period through March 31, 2024

Invoice Date:               April 22, 2024
Invoice Number:                50051381
Matter Number:               102750.1001

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| DLASK | Debbie Laskin | Paralegal | 12.80 | 385.00 | 4,928.00 |
| JKOCH | Jared W. Kochenash | Associate | 18.40 | 630.00 | 11,592.00 |
| JMART | Jorge L. Martinez | Paralegal | 5.70 | 375.00 | 2,137.50 |
| MLUNN | Matthew B. Lunn | Partner | 17.40 | 1,110.00 | 19,314.00 |
| RFPOP | Robert F. Poppiti | Partner | 61.50 | 985.00 | 60,577.50 |
| **Total** | | | **115.80** | | **$98,549.00** |

| Official Committee of Unsecured Creditors re: FTX | Invoice Date: | April 22, 2024 |
|---|---|---|
| Billing Period through March 31, 2024 | Invoice Number: | 50051381 |
| | Matter Number: | 102750.1001 |

**Task Summary**

**Task Code:B001**　　　　　**Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert F. Poppiti | Partner | 1.90 | 985.00 | 1,871.50 |
| Debbie Laskin | Paralegal | 2.50 | 385.00 | 962.50 |
| Jorge L. Martinez | Paralegal | 4.20 | 375.00 | 1,575.00 |
| **Total** | | **8.60** | | **4,409.00** |

**Task Code:B002**　　　　　**Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 1.00 | 1,110.00 | 1,110.00 |
| Robert F. Poppiti | Partner | 14.20 | 985.00 | 13,987.00 |
| Jared W. Kochenash | Associate | 12.00 | 630.00 | 7,560.00 |
| Debbie Laskin | Paralegal | 1.70 | 385.00 | 654.50 |
| Jorge L. Martinez | Paralegal | 0.30 | 375.00 | 112.50 |
| **Total** | | **29.20** | | **23,424.00** |

**Task Code:B004**　　　　　**Schedules & Statements, U.S. Trustee Reports**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.40 | 1,110.00 | 444.00 |
| **Total** | | **0.40** | | **444.00** |

**Task Code:B006**　　　　　**Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 4.20 | 1,110.00 | 4,662.00 |
| Robert F. Poppiti | Partner | 6.70 | 985.00 | 6,599.50 |
| Jared W. Kochenash | Associate | 2.00 | 630.00 | 1,260.00 |
| **Total** | | **12.90** | | **12,521.50** |

**Task Code:B007**　　　　　**Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.60 | 1,110.00 | 666.00 |
| Robert F. Poppiti | Partner | 3.10 | 985.00 | 3,053.50 |
| Debbie Laskin | Paralegal | 0.40 | 385.00 | 154.00 |
| **Total** | | **4.10** | | **3,873.50** |

Official Committee of Unsecured Creditors re: FTX
Billing Period through March 31, 2024

| Invoice Date: | April 22, 2024 |
|---|---|
| Invoice Number: | 50051381 |
| Matter Number: | 102750.1001 |

**Task Code:B008**       **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 5.30 | 1,110.00 | 5,883.00 |
| Robert F. Poppiti | Partner | 4.90 | 985.00 | 4,826.50 |
| **Total** | | **10.20** | | **10,709.50** |

**Task Code:B011**       **Other Adversary Proceedings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 1.00 | 1,110.00 | 1,110.00 |
| Robert F. Poppiti | Partner | 6.50 | 985.00 | 6,402.50 |
| Debbie Laskin | Paralegal | 0.60 | 385.00 | 231.00 |
| **Total** | | **8.10** | | **7,743.50** |

**Task Code:B012**       **Plan and Disclosure Statement**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.40 | 1,110.00 | 444.00 |
| Robert F. Poppiti | Partner | 6.80 | 985.00 | 6,698.00 |
| Debbie Laskin | Paralegal | 0.40 | 385.00 | 154.00 |
| **Total** | | **7.60** | | **7,296.00** |

**Task Code:B017**       **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 2.40 | 1,110.00 | 2,664.00 |
| Robert F. Poppiti | Partner | 4.70 | 985.00 | 4,629.50 |
| Jared W. Kochenash | Associate | 4.40 | 630.00 | 2,772.00 |
| Debbie Laskin | Paralegal | 5.70 | 385.00 | 2,194.50 |
| Jorge L. Martinez | Paralegal | 1.20 | 375.00 | 450.00 |
| **Total** | | **18.40** | | **12,710.00** |

**Task Code:B018**       **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.70 | 1,110.00 | 777.00 |
| Robert F. Poppiti | Partner | 2.40 | 985.00 | 2,364.00 |
| Debbie Laskin | Paralegal | 1.50 | 385.00 | 577.50 |
| **Total** | | **4.60** | | **3,718.50** |

Official Committee of Unsecured Creditors re: FTX
Billing Period through March 31, 2024

Invoice Date:                      April 22, 2024
Invoice Number:                     50051381
Matter Number:                   102750.1001

**Task Code:BN015**          **Voyager Litigation and Claims**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 1.10 | 1,110.00 | 1,221.00 |
| Robert F. Poppiti | Partner | 5.70 | 985.00 | 5,614.50 |
| **Total** | | **6.80** | | **6,835.50** |

**Task Code:BNK016**          **Examiner Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 0.30 | 1,110.00 | 333.00 |
| Robert F. Poppiti | Partner | 4.60 | 985.00 | 4,531.00 |
| **Total** | | **4.90** | | **4,864.00** |

**EXHIBIT B**

**Expenses**

| Official Committee of Unsecured Creditors re: FTX | Invoice Date: | April 22, 2024 |
| Billing Period through March 31, 2024 | Invoice Number: | 50051381 |
| | Matter Number: | 102750.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 03/04/24 | Docket Retrieval / Search | 64.00 | 6.40 |
| 03/05/24 | Docket Retrieval / Search | 33.00 | 3.30 |
| 03/06/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/07/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/08/24 | Docket Retrieval / Search | 55.00 | 5.50 |
| 03/11/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/12/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/12/24 | Reproduction Charges | 28.00 | 2.80 |
| 03/13/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/15/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/18/24 | Reproduction Charges | 1,603.00 | 160.30 |
| 03/18/24 | Docket Retrieval / Search | 19.00 | 1.90 |
| 03/19/24 | Reproduction Charges | 213.00 | 21.30 |
| 03/19/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/19/24 | Filing Fee | 1.00 | 50.00 |
| 03/20/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/21/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/25/24 | Reproduction Charges | 795.00 | 79.50 |
| 03/27/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/28/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| | **Total** | | **$364.00** |

Official Committee of Unsecured Creditors re: FTX  
Billing Period through March 31, 2024

Invoice Date:              April 22, 2024  
Invoice Number:              50051381  
Matter Number:          102750.1001

**Cost Summary**

| __Description__ | __Amount__ |
|---|---|
| Docket Retrieval / Search | 50.10 |
| Filing Fee | 50.00 |
| Reproduction Charges | 263.90 |
| **Total** | **$364.00** |