IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*, | ) | Case No. 22-11068 (JTD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: D.I. 11626, 12691, 12692 & 12744** |

## ORDER REGARDING MOTION TO SHORTEN
## AND MOTION TO EXTEND OBJECTION DEADLINE

FTX Trading Ltd. and its affiliates ("**Debtors**") filed a *Motion of Debtors for Entry of an Order (I) Authorizing and Approving Entry Into, and Performance Under, the Collateral Claim Settlement Agreement, the Inter-Debtor Restructuring Agreement and the Restructuring Payment Agreement and (II) Granting Related Relief* (the "**Restructuring Motion**").[1] Rather than filing any objection to the Restructuring Motion, party-in-interest Daniel Friedberg filed (1) a *Motion for an Order Extending Objection Deadline and Establishing Discovery Schedule*[2] and a related (2) *Motion to Shorten Notice and Objection Periods for his Motion to Extend* (collectively, the "**Motions**").[3]

Upon consideration of these Motions, IT IS HEREBY ORDERED that:

1. The Motion to Shorten is denied.

2. The Motion for an Order Extending Objection Deadline and Establishing Discovery Schedule is granted in part and denied in part.

3. Mr. Friedberg must file any objection he may have to the Restructuring Motion by April 30, 2024.

---

[1] D.I. 11626.
[2] D.I. 12691.
[3] D.I. 12692.

2

4. Mr. Friedberg must refrain from seeking discovery until after he files an objection to the Restructuring Motion.

Date: April 26, 2024

_____
JOHN T. DORSEY, U.S.B.J.