## **Exhibit B**

**Summary and Detailed Description of AlixPartners' Expenses**

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100PN00001.1.32

| Date | Description | Amount |
|------|-------------|-------:|
| 03/01/2024 | Travis Phelan - Compile fees for historic blockchain data to facilitate balance sheet recreation | 110.56 |
| 03/01/2024 | Hard disk drives for production of wallet addresses/AWS data for litigation | 300.00 |
| 03/02/2024 | Travis Phelan - Compile fees for historic blockchain data to facilitate balance sheet recreation | 299.00 |
| 03/03/2024 | Lewis Beischer - Compile fees for historic blockchain data to facilitate balance sheet recreation | 308.62 |
| 03/10/2024 | Airfare John Labella 2024-03-10 SFO- BOS; travel to in-person team meetings (Delta, one-way, economy) | 809.70 |
| 03/10/2024 | Individual Meal - John LaBella - Breakfast (in-person team meetings) | 21.19 |
| 03/10/2024 | Taxi/Car Service John Labella Airport to Hotel (travel to in-person team meetings) | 32.30 |
| 03/10/2024 | Individual Meal - John LaBella - Dinner (in-person team meetings | 40.00 |
| 03/10/2024 | Lodging John Labella The Dagny - Boston, MA 2024-03-10 2024-03-14 | 1,632.02 |
| 03/10/2024 | Airfare Kurt Wessel 2024-03-10 DCA- BOS; travel to in-person team meetings (American Airlines, round-trip, economy) | 446.21 |
| 03/10/2024 | Taxi/Car Service Kurt Wessel Airport to Hotel (travel to in-person team meetings) | 25.32 |
| 03/10/2024 | Lodging Kurt Wessel The Dagny - Boston, MA 2024-03-10 2024-03-14 (in-person team meetings) | 1,632.02 |
| 03/10/2024 | Train Todd Toaso - New York, NY - Boston, MA; travel to in-person team meetings (round-trip) | 655.00 |
| 03/10/2024 | Taxi/Car Service Todd Toaso Home to Train station (travel to in-person team meetings) | 104.04 |
| 03/10/2024 | Lodging Todd Toaso Marriott Hotels - Boston, MA 2024-03-10 2024-03-14 (in-person team meetings) | 1,800.00 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:       Expenses
Code:     20008100PN00001.1.32

| Date | Description | Amount |
|---|---|---:|
| 03/11/2024 | Individual Meal - John LaBella - Breakfast (in-person team meetings) | 8.99 |
| 03/11/2024 | Individual Meal - John LaBella - Dinner (in-person team meetings | 27.10 |
| 03/12/2024 | Group Meal - Engagement Team Matthew Jacques - Lunch - Todd | 144.08 |
| 03/12/2024 | Individual Meal - John LaBella - Breakfast (in-person team meetings) | 12.58 |
| 03/12/2024 | Individual Meal - Kurt Wessel - Dinner (in-person team meetings) | 45.15 |
| 03/12/2024 | Airfare Matthew Birtwell 2024-03-12 DCA- BOS; travel to in-person | 308.21 |
| 03/12/2024 | Mileage Matthew Birtwell 33 Miles (travel to in-person team meetings) | 22.11 |
| 03/12/2024 | Taxi/Car Service Matthew Birtwell Airport to Office (travel to in-person | 22.52 |
| 03/12/2024 | Individual Meal - Matthew Birtwell - Dinner (in-person team meetings) | 50.00 |
| 03/12/2024 | Individual Meal - Matthew Birtwell - Breakfast (in-person team | 16.83 |
| 03/12/2024 | Lodging Matthew Birtwell Marriott - Boston, MA 2024-03-12 2024-03- | 900.00 |
| 03/12/2024 | Lodging Matthew Evans Intercontinental Boston - Boston, MA 2024-03-12 2024-03-14 (in-person team meetings) | 871.74 |
| 03/12/2024 | Parking/Tolls Matthew Evans (in-person team meetings) | 65.00 |
| 03/12/2024 | Individual Meal - Todd Toaso - Breakfast (in-person team meetings) | 14.33 |
| 03/13/2024 | Group Meal - Engagement Team Matthew Jacques - Lunch - Todd | 168.54 |
| 03/13/2024 | Individual Meal - John LaBella - Breakfast (in-person team meetings) | 10.34 |
| 03/13/2024 | Group Meal - Engagement Team Matthew Jacques - Dinner - Todd | 350.00 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:         Expenses
Code:       20008100PN00001.1.32

| Date | Description | Amount |
|------|-------------|-------:|
| 03/13/2024 | Group Meal - Engagement Team Matthew Jacques - Breakfast - Todd Toaso; Kurt Wessel; Matthew Evans; Anne Vanderkamp; Matthew Jacques; Matthew Birtwell (in-person team meetings) | 48.54 |
| 03/13/2024 | Lodging Matthew Jacques Intercontinental Boston - Boston, MA 2024-03-13 2024-03-14 (in-person team meetings) | 441.59 |
| 03/14/2024 | Taxi/Car Service Griffin Shapiro Office to Home (overtime) | 57.36 |
| 03/14/2024 | Group Meal - Engagement Team Matthew Jacques - Breakfast- Todd | 150.00 |
| 03/14/2024 | Group Meal - Engagement Team Matthew Jacques - Lunch - Todd Toaso; Kurt Wessel; John LaBella; Anne Vanderkamp; Matthew Jacques; Matthew Birtwell | 209.98 |
| 03/14/2024 | Airfare John Labella 2024-03-14 BOS- MFR; return from in-person team meetings (Delta, one-way, economy) | 902.40 |
| 03/14/2024 | Taxi/Car Service Kurt Wessel Boston Office to Airport (return from in-person team meetings) | 27.88 |
| 03/14/2024 | Group Meal - Engagement Team Kurt Wessel - Dinner - Todd Toaso; Kurt Wessel; John LaBella; Matthew Jacques; Matthew Birtwell | 250.00 |
| 03/14/2024 | Parking/Tolls Matthew Birtwell (travel to in-person team meetings) | 87.00 |
| 03/14/2024 | Taxi/Car Service Matthew Birtwell Office to Airport (return from in- | 42.31 |
| 03/14/2024 | Mileage Matthew Birtwell 33 Miles (return from in-person team meetings) | 22.11 |
| 03/14/2024 | Taxi/Car Service Todd Toaso Office to Train station (return from in- | 23.55 |
| 03/20/2024 | Travis Phelan - Compile fees for historic blockchain data to facilitate balance sheet recreation | 15.14 |

# **Alix**Partners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100PN00001.1.32

| Date | Description | Amount |
|------|-------------|--------|
|      |             | **$ 13,531.36** |

**Alix**Partners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Client: 20008100Pn0001

| Expenses | | Amount |
|---|---|---|
| Airfare | $ | 2,466.52 |
| Client Research | | 733.32 |
| Ground Transportation | | 1,186.50 |
| Lodging | | 7,277.37 |
| Meals | | 1,567.65 |
| Other | | 300.00 |
| **Total Disbursements** | **$** | **13,531.36** |