# **EXHIBIT B**

**Exhibit B**
**Financial Oversight and Management Board for Puerto Rico**
**Out-of-Pocket Expenses**
**For the Period July 2023 through July 31, 2023**

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Richardson,Audrey Sarah | Manager | 1/19/2023 | Meals | Dinner - Overtime meal - Self | 20.00 |
| Richards,Briana A. | Partner/Principal | 3/7/2023 | Meals | Dinner - Overtime Meal - N. Bugden and Self | 40.00 |
| Bailey,Doug | Partner/Principal | 7/5/2023 | Meals | Miscellaneous - Research related to treatment to certain assets related to FTX | 34.95 |
| Tong,Chia-Hui | Senior Manager | 7/18/2023 | Meals | Workign lunch - To work on tax compliance deck for client meeting with C. Ancona, B. Mistler, A. Bost, C.Tong, J. Scott, M. Zhuo, J. Feltham | 140.00 |
| Wrenn,Kaitlin Doyle | Manager | 7/20/2023 | Airfare | Airfare - American Airlines - Roundt trip - 8/1/2023 - 8/4/2023 - Charlotte, NC to New York, NY to meet with FTX team on employment tax updates and working sessions. | 410.37 |
| Lowery,Kristie L | National Partner/Principal | 7/20/2023 | Airfare | Airfare - American Airlines - Round trip - 8/1/2023 - 8/4/2023 - Charlotte, NC to New York, NY to meet with FTX team on employment tax updates and working sessions. | 410.37 |
| Dugar,Surbhi | Senior | 7/21/2023 | Meals | Dinner - Overtime - Self | 20.00 |
| Mistler,Brian M | Manager | 7/23/2023 | Ground Transportation | Taxi - from Newark airport to hotel after tax compliance meetings. | 67.71 |
| Mistler,Brian M | Manager | 7/23/2023 | Airfare | Airfare - Roundtrip - United - San Francisco, CA to Newark, NJ (7/23 - 7/27) for meetings with client and team | 727.17 |
| Bailey,Doug | Partner/Principal | 7/23/2023 | Miscellaneous | Miscellaneous - Research related to treatment to certain assets related to FTX | 34.95 |
| Mistler,Brian M | Manager | 7/24/2023 | Meals | Out of Town - Breakfast - Self | 17.21 |
| Mistler,Brian M | Manager | 7/24/2023 | Meals | Out of Town - Dinner NYC - self | 29.64 |
| Tong,Chia-Hui | Senior Manager | 7/24/2023 | Meals | Working lunch - To work on tax compliance deck for client meeting with J. Scott, B. Mistler, J. Feltham, C. Tong | 78.36 |
| Mistler,Brian M | Manager | 7/25/2023 | Meals | Out of Town - Dinner NYC - self | 31.57 |
| Mistler,Brian M | Manager | 7/25/2023 | Meals | Out of Town - Breakfast - Self | 18.55 |
| Mistler,Brian M | Manager | 7/25/2023 | Airfare | Airfare - United - One way - 8/3/2023 - Newark, NJ to Santa Ana, CA to return from meetings for tax return summit. | 406.65 |
| Mistler,Brian M | Manager | 7/25/2023 | Airfare | Airfare - United - One way - 7/31/2023 - San Diego, CA to Newark, NJ to meet for tax return summit. | 317.59 |
| Tong,Chia-Hui | Senior Manager | 7/25/2023 | Meals | Working lunch - To work on tax compliance deck for client meeting with: C. Tong, C. Ancona, R. Huang, A. Bost, B. Mistler, J. Berman, J. Feltham, J. Healy, J. Scott, D. Hammon | 225.88 |
| Mistler,Brian M | Manager | 7/26/2023 | Meals | Out of Town - Dinner NYC - self | 34.80 |
| Mistler,Brian M | Manager | 7/26/2023 | Meals | Out of Town - Breakfast - Self | 17.33 |
| Tong,Chia-Hui | Senior Manager | 7/26/2023 | Meals | Working lunch - To update tax compliance presentation deck with C. Ancona, C. Tong, J. Feltham, B. Mistler, J. Berman | 100.00 |
| Dugar,Surbhi | Senior | 7/26/2023 | Meals | Dinner - Overtime - Self | 20.00 |
| Mistler,Brian M | Manager | 7/27/2023 | Lodging | Lodging - Motto Hilton in New York, NY - 7/23/2023 - 7/27/2023 4 nights for client meetings and tax compliance working sessions. | 1,521.72 |
| Mistler,Brian M | Manager | 7/27/2023 | Ground Transportation | Taxi - from hotel to Newark airport to return from tax compliance meetings. | 96.56 |
| Tong,Chia-Hui | Senior Manager | 7/27/2023 | Meals | Working lunch - To discuss tax compliance work updates with B. Mistler, C. Tong, A. Bost, J. Feltham, J. Berman, C. Ancona | 114.54 |
| Ortiz,Daniella | Staff | 7/29/2023 | Meals | Dinner - Overtime - Self for return preparation | 29.93 |
| Hammon,David Lane | Manager | 7/29/2023 | Ground Transportation | Taxi - From home to Cleveland airport for meeting with engagement/client leadership team to review due diligence findings for the foreign entities. | 15.23 |
| Ortiz,Daniella | Staff | 7/30/2023 | Meals | Dinner - Overtime - Self for return preparation | 30.00 |
| Hammon,David Lane | Manager | 7/30/2023 | Ground Transportation | Taxi - From Newark airport to hotel in New York, NY to meet with engagement/client leadership team. | 90.34 |
| Hammon,David Lane | Manager | 7/30/2023 | Meals | Out of Town - Dinner - Self in NYC | 70.00 |
| Huang,Ricki | Senior | 7/30/2023 | Ground Transportation | Train - Amtrak - One Way - Boston to New York 07/30/23 to meet with client for in person meetings | 81.00 |
| Huang,Ricki | Senior | 7/30/2023 | Ground Transportation | Train – Amtrak - One Way - New York to Boston 08/04/23 after meet with client for in person meetings | 81.00 |
| Mistler,Brian M | Manager | 7/31/2023 | Meals | Out of Town - Dinner NYC - self | 28.31 |
| Mistler,Brian M | Manager | 7/31/2023 | Ground Transportation | Taxi - from home to San Diego airport to travel to New york for tax compliance summit. | 48.29 |
| Mistler,Brian M | Manager | 7/31/2023 | Ground Transportation | Taxi - from Newark airport to hotel. | 65.36 |
| Mistler,Brian M | Manager | 7/31/2023 | Meals | Out of Town - Lunch NYC - Self | 29.03 |
| Ortiz,Daniella | Staff | 7/31/2023 | Meals | Dinner - Overtime - Self for return preparation | 27.93 |
| Hammon,David Lane | Manager | 7/31/2023 | Meals | Out of Town - Dinner NYC - self | 70.00 |
| Hammon,David Lane | Manager | 7/31/2023 | Meals | Out of Town - Breakfast - Self in NYC | 17.20 |
| Hammon,David Lane | Manager | 7/31/2023 | Meals | Out of Town - Lunch - Self in NYC | 20.38 |
| Huang,Ricki | Senior | 7/31/2023 | Meals | Out of Town - Dinner - Self in NYC | 54.13 |
| IT Data Cost | | 7/31/2023 | IT Data | IT Data Hosting Cost covering the period July 1-31, 2023 | 4,853.14 |
| Turkey | | July 2023 | VAT | Value Added Tax - Turkey | 742.50 |

**Exhibit B**
**Financial Oversight and Management Board for Puerto Rico**
**Out-of-Pocket Expenses**
**For the Period July 2023 through July 31, 2023**

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Cyprus | | July 2023 | VAT | Value Added Tax - Cyprus | 125.63 |
| Panama | | July 2023 | VAT | Value Added Tax - Panama | 23.91 |
| **Total** | | | | | **$ 11,439.23** |

**The request herein is without prejudice to EY's right to seek additional compensation for Title III Services performed and expenses incurred during the Fee Period, which were not processed at the time of this Application.**