# **EXHIBIT B**

**Exhibit B**
**Financial Oversight and Management Board for Puerto Rico**
**Out-of-Pocket Expenses**
**For the Period August 2023 through August 31, 2023**

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Braun,Avi | Staff | 8/1/2023 | Meals | Dinner - Overtime - Self | $ 20.00 |
| Tong,Chia-Hui | Senior Manager | 8/1/2023 | Meals | Working lunch - To prepare for client summit with C. Ancona, J. Berman, A. Bost, J. Feltham, Z. Haas, R. Huang, C. Tong, M. Zhuo. | 134.29 |
| Hammon,David Lane | Manager | 8/1/2023 | Meals | Out of Town - Dinner - Self in NYC | 11.98 |
| Hammon,David Lane | Manager | 8/1/2023 | Meals | Out of Town - Dinner - Self in NYC | 17.42 |
| Hammon,David Lane | Manager | 8/1/2023 | Meals | Out of Town - Dinner - Self in NYC | 12.30 |
| Hammon,David Lane | Manager | 8/1/2023 | Meals | Out of Town - Breakfast - Self in NYC | 16.93 |
| Hammon,David Lane | Manager | 8/1/2023 | Meals | Out of Town - Dinner - Self in NYC | 20.67 |
| Wrenn,Kaitlin Doyle | Manager | 8/1/2023 | Meals | Out of Town - Breakfast - Self in NYC | 15.74 |
| Lowery,Kristie L | National Partner/Principal | 8/1/2023 | Meals | Out of Town - Breakfast - Self in NYC | 15.02 |
| Lowery,Kristie L | National Partner/Principal | 8/1/2023 | Meals | Out of Town - Dinner - K. Lowery and K. Wrenn for in person team meetings with FTX team on employment tax updates and working sessions in NYC | 95.00 |
| Lowery,Kristie L | National Partner/Principal | 8/1/2023 | Ground Transportation | Taxi - New York airport to EY office to participate in FTX meetings. | 89.71 |
| Braun,Avi | Staff | 8/2/2023 | Meals | Dinner - Overtime - Self | 20.00 |
| Mistler,Brian M | Manager | 8/2/2023 | Ground Transportation | Taxi - from EY office in Manhattan to hotel in Manhattan while working late on tax compliance deliverables. | 35.96 |
| Mistler,Brian M | Manager | 8/2/2023 | Meals | Out of Town Dinner NYC - self | 26.78 |
| Ortiz,Daniella | Staff | 8/2/2023 | Meals | Dinner - Overtime - Self for return preparation | 23.54 |
| Hammon,David Lane | Manager | 8/2/2023 | Meals | Out of Town - Dinner NYC - self | 7.63 |
| Hammon,David Lane | Manager | 8/2/2023 | Meals | Out of Town - Dinner NYC - self | 9.12 |
| Hammon,David Lane | Manager | 8/2/2023 | Meals | Out of Town - Lunch - Self in NYC | 35.00 |
| Hammon,David Lane | Manager | 8/2/2023 | Meals | Out of Town - Breakfast - Self in NYC | 20.00 |
| Hammon,David Lane | Manager | 8/2/2023 | Meals | Out of Town - Dinner - Self in NYC | 18.25 |
| Bailey,Doug | Partner/Principal | 8/2/2023 | Airfare | Airfare - Roundtrip - American - 8/2-8/3 - Charlotte, NC to New York, NY to LGA to participate in FTX meetings. | 596.31 |
| Healy,John | Senior Manager | 8/2/2023 | Meals | Out of Town - Lunch - Self in NYC | 19.00 |
| Healy,John | Senior Manager | 8/2/2023 | Meals | Out of Town - Lunch - Self in NYC | 12.34 |
| Wrenn,Kaitlin Doyle | Manager | 8/2/2023 | Meals | Out of Town - Breakfast - Self in NYC | 11.92 |
| Lowery,Kristie L | National Partner/Principal | 8/2/2023 | Meals | Out of Town - Breakfast - Self in NYC | 19.76 |
| Huang,Ricki | Senior | 8/2/2023 | Meals | Dinner - Overtime - Self | 100.41 |
| Braun,Avi | Staff | 8/3/2023 | Meals | Dinner - Overtime - Self | 20.00 |
| Mistler,Brian M | Manager | 8/3/2023 | Lodging | Lodging - Motto Hilton in New York, NY - 7/31/2023 - 8/3/2023 - 4 nights for tax compliance client meetings and working sessions. | 1,267.62 |
| Mistler,Brian M | Manager | 8/3/2023 | Meals | Out of Town - Dinner NYC - self | 34.15 |
| Mistler,Brian M | Manager | 8/3/2023 | Meals | Out of Town - Dinner NYC - self | 17.91 |
| Tong,Chia-Hui | Senior Manager | 8/3/2023 | Meals | Working lunch - To prepare for FTX Summit with C. Ancona, J. Berman, A. Bost, J. Feltham, Z. Haas, E. Hall, D. Hammon, J. Healy, R. Huang, B. Mistler, M. Musano, K. Staromiejska, C. Tong | 194.79 |
| Tong,Chia-Hui | Senior Manager | 8/3/2023 | Meals | Working dinner to continue Summit Mtg prep with: C. Tong, C. Ancona, J. Feltham, B. Mistler, J. Berman, K. Staromiejska | 405.38 |
| Ortiz,Daniella | Staff | 8/3/2023 | Meals | Dinner - Overtime - Self for return preparation | 27.26 |
| Hammon,David Lane | Manager | 8/3/2023 | Ground Transportation | Taxi - From hotel to EY office in New York | 10.92 |
| Hammon,David Lane | Manager | 8/3/2023 | Meals | Out of Town - Lunch - Self | 4.68 |
| Hammon,David Lane | Manager | 8/3/2023 | Airfare | Airfare - United Airlines - One way - 08/04/23 - Newark, NJ to Cleveland, OH for in person team/client meetings | 477.28 |
| Hammon,David Lane | Manager | 8/3/2023 | Lodging | Lodging - Hilton in New York, NY - 07/30/23 - 08/02/23 4 nights for in person team/client meetings | 1,304.46 |
| Hammon,David Lane | Manager | 8/3/2023 | Meals | Out of Town - Breakfast - Self in NYC | 2.94 |
| Hammon,David Lane | Manager | 8/3/2023 | Meals | Out of Town - Dinner - Self in NYC | 46.11 |
| Hammon,David Lane | Manager | 8/3/2023 | Meals | Out of Town - Breakfast - Self in NYC | 11.65 |
| Bailey,Doug | Partner/Principal | 8/3/2023 | Ground Transportation | Parking - Charlotte airport (8/24-8/25) 2 days ey while in NYC attending FTX meetings. | 45.00 |
| Bailey,Doug | Partner/Principal | 8/3/2023 | Lodging | Lodging - NYC Marriott - 1 night (8/2-8/3) to participate in FTX meetings. | 420.69 |
| Healy,John | Senior Manager | 8/3/2023 | Meals | Out of Town - Dinner - Self in NYC | 47.20 |
| Healy,John | Senior Manager | 8/3/2023 | Meals | Out of Town - Lunch - Self in NYC | 13.60 |
| Wrenn,Kaitlin Doyle | Manager | 8/3/2023 | Meals | Out of Town - Breakfast - Self in NYC | 8.93 |

| | | | | | |
|---|---|---|---|---|---|
| Lowery,Kristie L | National Partner/Principal | 8/3/2023 | Meals | Out of Town - Lunch - K. Lowery, K. Wrenn, J. DeVincenzo, K. Schultea (FTX), L. Barrios (FTX), F. Buenrostro (FTX) for person team meetings with FTX team on employment tax updates and working sessions on internal revenue service tax audits in NYC | 190.73 |
| Lowery,Kristie L | National Partner/Principal | 8/3/2023 | Meals | Out of Town - Breakfast - Self in NYC | 12.09 |
| Huang,Ricki | Senior | 8/3/2023 | Meals | Out of Town - Dinner - Self in NYC | 70.00 |
| Mistler,Brian M | Manager | 8/4/2023 | Ground Transportation | Taxi - from EY office to Newark airport after tax compliance summit. | 97.35 |
| Hammon,David Lane | Manager | 8/4/2023 | Meals | Out of Town - Dinner NYC - self | 28.97 |
| Hammon,David Lane | Manager | 8/4/2023 | Ground Transportation | Taxi - From airport in Cleveland, OH to home after in person team/client meetings | 25.81 |
| Hammon,David Lane | Manager | 8/4/2023 | Ground Transportation | Taxi - From New York airport to hotel in New York for in person team/client meetings | 21.73 |
| Hammon,David Lane | Manager | 8/4/2023 | Ground Transportation | Taxi - From hotel to EY office in New York | 18.74 |
| Hammon,David Lane | Manager | 8/4/2023 | Ground Transportation | Taxi - From EY office to New York airport after in person team/client meetings | 69.92 |
| Hammon,David Lane | Manager | 8/4/2023 | Lodging | Lodging - Hilton in New York, NY - 08/03/23 - 08/04/23 1 night for in person team/client meetings | 362.90 |
| Healy,John | Senior Manager | 8/4/2023 | Meals | Out of Town - Breakfast - Self in NYC | 32.91 |
| Wrenn,Kaitlin Doyle | Manager | 8/4/2023 | Lodging | Lodging - Westin in New York - 8/1/2023 to 8/4/2023 for client meetings and working session with FTX team on employment tax updates and working sessions. | 1,145.01 |
| Wrenn,Kaitlin Doyle | Manager | 8/4/2023 | Ground Transportation | Taxi - Hotel to New York airport after meeting with FTX leadership and tax team. | 77.25 |
| Lowery,Kristie L | National Partner/Principal | 8/4/2023 | Meals | Airport parking in Charlotte, NC - 4 days 8/1/2023 - 8/4/2023 for in person meetings with FTX team on employment tax updates and working sessions. | 96.00 |
| Huang,Ricki | Senior | 8/4/2023 | Meals | Out of Town - Dinner - Self in NYC | 70.00 |
| Lowery,Kristie L | National Partner/Principal | 8/5/2023 | Lodging | Lodging - New York Weston - 2 nights (8/1-8/3) to meet with client and engagement team. | 900.00 |
| Huang,Ricki | Senior | 8/5/2023 | Lodging | Lodging – SpringHill Suites NY – 3 nights (08/01-08/04) for client meetings and working session | 995.67 |
| Huang,Ricki | Senior | 8/5/2023 | Ground Transportation | Taxi - Client meeting to Train | 44.90 |
| Huang,Ricki | Senior | 8/15/2023 | Ground Transportation | Taxi - Late night workign session - EY office to home | 18.99 |
| Mistler,Brian M | Manager | 8/18/2023 | Airfare | Airfare - United - One way - 8/25/2023 - Newark, NJ to San Diego, CA to meet with FTX and tax team on post-filing obligations. | 280.78 |
| Mistler,Brian M | Manager | 8/20/2023 | Airfare | Airfare - United - One way - 8/23/2023 - San Diego, CA to Newark, NJ to meet with FTX leadership and tax team. | 358.27 |
| Bailey,Doug | Partner/Principal | 8/22/2023 | Airfare | Airfare - Roundtrip - American - 8/24-8/25 - Charlotte, NC to New York, NY to LGA to participate in FTX meetings. | 584.55 |
| Huang,Ricki | Senior | 8/23/2023 | Meals | Dinner - Overtime - Self | 20.00 |
| Huang,Ricki | Senior | 8/23/2023 | Meals | Train – Amtrak - Round trip - 08/23/23 – 08/25/23 – New York to Boston to meet with engagement team | 217.00 |
| Mistler,Brian M | Manager | 8/24/2023 | Meals | Out of Town - Lunch NYC - J. Scott, C. Tong and self | 95.36 |
| Mistler,Brian M | Manager | 8/24/2023 | Meals | Out of Town - Dinner NYC - self | 31.51 |
| Bailey,Doug | Partner/Principal | 8/24/2023 | Ground Transportation | Taxi - New York airport to EY office to participate in FTX meetings. | 150.90 |
| Mistler,Brian M | Manager | 8/25/2023 | Meals | Out of Town - Dinner NYC - self | 23.83 |
| Mistler,Brian M | Manager | 8/25/2023 | Lodging | Lodging - Motto Hilton in New York, NY - 8/23/2023 - 8/25/2023 - 2 nights for meetings client meetings and working sessions on post-filing obligations. | 600.59 |
| Bailey,Doug | Partner/Principal | 8/25/2023 | Ground Transportation | Taxi - EY office to New York airport after FTX meetings. | 162.99 |
| Bailey,Doug | Partner/Principal | 8/25/2023 | Lodging | Lodging at NYC Marriott for Doug Bailey for one night (8/24) to participate in FTX meetings. | 246.61 |
| Huang,Ricki | Senior | 8/25/2023 | Lodging | Lodging – Fairfiel New York – 2 nights  (08/23-08/25) for client meetings and working sessions | 496.29 |
| Huang,Ricki | Senior | 8/25/2023 | Meals | Dinner - Overtime - Self | 47.22 |
| Huang,Ricki | Senior | 8/25/2023 | Meals | Dinner - Overtime - Self | 27.94 |
| Mistler,Brian M | Manager | 8/26/2023 | Ground Transportation | Taxi - Hotel to New York airport after meeting with FTX leadership and tax team. | 88.21 |
| IT Data Cost | | 8/30/2023 | IT Data | IT Data Hosting Cost covering the period August 1-30, 2023 | 7,843.00 |
| **Total** | | | | | **$    21,319.67** |

The request herein is without prejudice to EY's right to seek additional compensation for Title III Services performed and expenses incurred during the Fee Period, which were not processed at the time of this Application.