## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[2] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

### NOTICE OF MONTHLY FEE STATEMENT

TO:   (a) the Office of the United States Trustee; (b) counsel to the Official Committee of Unsecured Creditors; (c) any fee examiner appointed in these Chapter 11 Cases and (d) all other parties required to be given notice pursuant to the Interim Compensation Order.

**PLEASE TAKE NOTICE** that on the date hereof, Ernst & Young ("EY LLP") filed the *Tenth Monthly Fee Statement of Ernst & Young as Tax Services Provider to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2023 Through and Including September 30, 2023* (the "Monthly Fee Statement")[3] with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that objections (the "Objections"), if any, to the Monthly Fee Statement must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 435] (the "Interim Compensation Order"). Objections must be served on the following parties so as to be received no later than **4:00 p.m. ET** on **May 16, 2024** (the "Objection Deadline"):

   (i) counsel to the Debtors, (a) Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attn: Alexa J. Kranzley (kranzleya@sullcrom.com) and (b) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801, Attn: Adam G. Landis (landis@lrclaw.com) and Kimberly A. Brown (brown@lrclaw.com); (ii) counsel to the Committee, (a) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166, Attn: Kris Hansen (krishansen@paulhastings.com), Erez Gilad (erezgilad@paulhastings.com) and

---

[2]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[3]   Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Monthly Fee Statement.

Gabriel Sasson (gabesasson@paulhastings.com) and (b) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Matthew B. Lunn (mlunn@ycst.com) and Robert F. Poppiti, Jr. (rpoppiti@ycst.com); (iii) the U.S. Trustee, 844 King Street, Suite 2207, Wilmington, Delaware 19801, Attn: Linda Richenderfer (linda.richenderfer@usdoj.gov); and (iv) the Fee Examiner and her counsel, Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, Wisconsin 53705, Attn: Katherine Stadler, One East Main Street, Suite 500, Madison, WI 53703 (FTXFeeExaminer@gklaw.com) and Mark Hancock (mhancock@gklaw.com); and (v) Thomas M. Shea, Ernst & Young LLP, 401 9th Ave, New York, New York 10001 (Thomas.Shea@ey.com).

**PLEASE TAKE FURTHER NOTICE** THAT IN ACCORDANCE WITH THE INTERIM COMPENSATION ORDER, IF NO OBJECTIONS ARE SERVED IN ACCORDANCE WITH THE INTERIM COMPENSATION ORDER, THE DEBTORS WILL BE AUTHORIZED TO PAY EY LLP AN AMOUNT EQUAL TO 80% OF THE FEES AND 100% OF THE EXPENSES REQUESTED IN THE MONTHLY FEE STATEMENT THAT ARE UNOPPOSED WITHOUT FURTHER COURT ORDER.

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Monthly Fee Statement is served by the Objection Deadline, the parties shall follow the procedures set forth in the Interim Compensation Order.

| | |
|---|---|
| Dated: April 26, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Kimberly A. Brown*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>　　　　brown@lrclaw.com<br>　　　　pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>　　　　bromleyj@sullcrom.com<br>　　　　gluecksteinb@sullcrom.com<br>　　　　kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |