# **EXHIBIT B**

**Exhibit B**
**Financial Oversight and Management Board for Puerto Rico**
**Out-of-Pocket Expenses**
**For the Period September 2023 through September 30, 2023**

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Huang, Ricki | Senior | 9/7/2023 | Ground Transportation | Parking - Late night working session | 12.90 |
| IT Data Cost | | 8/30/2023 | IT Data | IT Data Hosting Cost covering the period August 1-30, 2023 | 5,396.00 |
| Turkey | | July 2023 | VAT | Value Added Tax - Turkey | 3,277.60 |
| Cyprus | | July 2023 | VAT | Value Added Tax - Cyprus | 1,067.68 |
| **Total** | | | | | **$ 9,754.18** |

**The request herein is without prejudice to EY's right to seek additional compensation for Title III Services performed and expenses incurred during the Fee Period, which were not processed at the time of this Application.**