## Exhibit B

**Disbursements**

**Exhibit B**

**Disbursements**

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Repro - B&W Copies | 3/6/2024 | Emily A. Kopp | 894.0 | $0.10 | $89.40 | Repro - B&W Copies |
| Repro - B&W Copies | 3/11/2024 | Mac L. Brice | 1,433.0 | $0.10 | $143.30 | Repro - B&W Copies |
| Repro - B&W Copies | 3/15/2024 | April D. Taylor | 1.0 | $0.10 | $0.10 | Repro - B&W Copies |
| Repro - B&W Copies | 3/15/2024 | Stepan G. Atamian | 3.0 | $0.10 | $0.30 | Repro - B&W Copies |
| Repro - B&W Copies | 3/18/2024 | Stepan G. Atamian | 58.0 | $0.10 | $5.80 | Repro - B&W Copies |
| Repro - B&W Copies | 3/19/2024 | Victoria G. Shahnazary | 278.0 | $0.10 | $27.80 | Repro - B&W Copies |
| Repro - B&W Copies | 3/26/2024 | Victoria G. Shahnazary | 26.0 | $0.10 | $2.60 | Repro - B&W Copies |
| Repro - B&W Copies | 3/27/2024 | Harrison Schlossberg | 901.0 | $0.10 | $90.10 | Repro - B&W Copies |
| Repro - B&W Copies | 3/27/2024 | Harrison Schlossberg | 35.0 | $0.10 | $3.50 | Repro - B&W Copies |
| **Repro - B&W Copies Total** | | | | | **$362.90** | |
| Repro - Color Copies | 3/12/2024 | Inis Panariti | 766.0 | $0.20 | $153.20 | Repro - Color Copies |
| Repro - Color Copies | 3/12/2024 | Alexa J. Kranzley | 1,773.0 | $0.20 | $354.60 | Repro - Color Copies |
| Repro - Color Copies | 3/15/2024 | Stepan G. Atamian | 4,181.0 | $0.20 | $836.20 | Repro - Color Copies |
| Repro - Color Copies | 3/15/2024 | April D. Taylor | 1,168.0 | $0.20 | $233.60 | Repro - Color Copies |
| Repro - Color Copies | 3/18/2024 | Stepan G. Atamian | 69.0 | $0.20 | $13.80 | Repro - Color Copies |
| Repro - Color Copies | 3/19/2024 | Victoria G. Shahnazary | 68.0 | $0.20 | $13.60 | Repro - Color Copies |
| Repro - Color Copies | 3/26/2024 | Victoria G. Shahnazary | 105.0 | $0.20 | $21.00 | Repro - Color Copies |
| **Repro - Color Copies Total** | | | | | **$1,626.00** | |
| Delivery/Courier | 3/1/2024 | Stepan G. Atamian | 1.0 | $22.67 | $22.67 | Delivery/Courier |
| Delivery/Courier | 3/1/2024 | Stepan G. Atamian | 1.0 | $28.96 | $28.96 | Delivery/Courier |
| Delivery/Courier | 3/1/2024 | Stepan G. Atamian | 1.0 | $36.54 | $36.54 | Delivery/Courier |
| Delivery/Courier | 3/1/2024 | Stepan G. Atamian | 1.0 | $41.97 | $41.97 | Delivery/Courier |
| Delivery/Courier | 3/7/2024 | Shihui Xiang | 1.0 | $5.59 | $5.59 | Delivery/Courier |
| Delivery/Courier | 3/8/2024 | Shihui Xiang | 1.0 | $11.19 | $11.19 | Delivery/Courier |
| Delivery/Courier | 3/8/2024 | Stepan G. Atamian | 1.0 | $21.65 | $21.65 | Delivery/Courier |
| Delivery/Courier | 3/9/2024 | Stephanie G. Wheeler | 1.0 | $44.97 | $44.97 | Delivery/Courier |
| Delivery/Courier | 3/13/2024 | Tyler W. Hill | 1.0 | $25.96 | $25.96 | Delivery/Courier |
| Delivery/Courier | 3/25/2024 | Rita M. Carrier | 1.0 | $16.66 | $16.66 | Delivery/Courier |
| **Delivery/Courier Total** | | | | | **$256.16** | |
| Local Transportation | 1/23/2024 | Julie G. Kapoor | 1.0 | $10.93 | $10.93 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:23; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 2/21/2024 | HyunKyu Kim | 1.0 | $80.41 | $80.41 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:08; Purpose: OT Travel |
| Local Transportation | 2/22/2024 | HyunKyu Kim | 1.0 | $69.00 | $69.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:35; Purpose: OT Travel |
| Local Transportation | 2/26/2024 | HyunKyu Kim | 1.0 | $69.19 | $69.19 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:53; Purpose: OT Travel |
| Local Transportation | 2/29/2024 | Jacob M. Croke | 1.0 | $116.99 | $116.99 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:23; Purpose: OT Travel |
| Local Transportation | 3/4/2024 | Celia S. Rosen | 1.0 | $80.01 | $80.01 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:25; Purpose: OT Travel |
| Local Transportation | 3/4/2024 | Joshua M. Hazard | 1.0 | $57.87 | $57.87 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:25; Purpose: OT Travel |
| Local Transportation | 3/5/2024 | Joseph F. Gilday | 1.0 | $108.24 | $108.24 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:14; Purpose: OT Travel |
| Local Transportation | 3/5/2024 | Aaron M. Levine | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:12; Purpose: OT Travel |
| Local Transportation | 3/5/2024 | Phinneas G. Bauer | 1.0 | $80.58 | $80.58 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:59; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 3/5/2024 | Jacob M. Croke | 1.0 | $102.16 | $102.16 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:40; Purpose: OT Travel |
| Local Transportation | 3/6/2024 | Aaron M. Levine | 1.0 | $38.13 | $38.13 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:30; Purpose: OT Travel |
| Local Transportation | 3/7/2024 | Aaron M. Levine | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:06; Purpose: OT Travel |
| Local Transportation | 3/11/2024 | Keila M. Mayberry | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:29; Purpose: OT Travel |
| Local Transportation | 3/11/2024 | Isaac S. Foote | 1.0 | $50.53 | $50.53 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:37; Purpose: OT Travel |
| Local Transportation | 3/11/2024 | Subhah Wadhawan | 1.0 | $72.00 | $72.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 3/11/2024 | Jackson T. Blaisdell | 1.0 | $63.42 | $63.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:53; Purpose: OT Travel |
| Local Transportation | 3/11/2024 | Joseph F. Gilday | 1.0 | $108.82 | $108.82 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:24; Purpose: OT Travel |
| Local Transportation | 3/11/2024 | Jacob M. Croke | 1.0 | $108.93 | $108.93 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:53; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 3/11/2024 | Stephanie G. Wheeler | 1.0 | $34.77 | $34.77 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:38; Purpose: OT Travel |
| Local Transportation | 3/11/2024 | Alexander S. Holland | 1.0 | $50.06 | $50.06 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:11; Purpose: OT Travel |
| Local Transportation | 3/12/2024 | Aaron M. Levine | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:57 Purpose: OT Travel |
| Local Transportation | 3/12/2024 | Kira R. Setren | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:12; Purpose: OT Travel |
| Local Transportation | 3/12/2024 | Subhah Wadhawan | 1.0 | $71.43 | $71.43 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:14; Purpose: OT Travel |
| Local Transportation | 3/12/2024 | Joshua M. Hazard | 1.0 | $79.35 | $79.35 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:08; Purpose: OT Travel |
| Local Transportation | 3/12/2024 | Joseph F. Gilday | 1.0 | $108.82 | $108.82 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:31; Purpose: OT Travel |
| Local Transportation | 3/12/2024 | Jacob M. Croke | 1.0 | $105.43 | $105.43 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:42; Purpose: OT Travel |
| Local Transportation | 3/13/2024 | Aaron M. Levine | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:59; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 3/13/2024 | Jacob M. Croke | 1.0 | $104.22 | $104.22 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:56; Purpose: OT Travel |
| Local Transportation | 3/14/2024 | Subhah Wadhawan | 1.0 | $71.43 | $71.43 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 3/14/2024 | Aaron M. Levine | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:08; Purpose: OT Travel |
| Local Transportation | 3/14/2024 | Christopher J. Dunne | 1.0 | $182.88 | $182.88 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 3/14/2024 | Keila M. Mayberry | 1.0 | $34.60 | $34.60 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:33; Purpose: OT Travel |
| Local Transportation | 3/14/2024 | Benjamin Zonenshayn | 1.0 | $77.54 | $77.54 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 01:57; Purpose: OT Travel |
| Local Transportation | 3/14/2024 | Daniel P. O'Hara | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 3/14/2024 | Jacob M. Croke | 1.0 | $109.99 | $109.99 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:24; Purpose: OT Travel |
| Local Transportation | 3/14/2024 | Alexander S. Holland | 1.0 | $51.04 | $51.04 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:21; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|----------|-----------|-----------------|-------|------|--------|------------------|
| Local Transportation | 3/14/2024 | Stephanie G. Wheeler | 1.0 | $33.31 | $33.31 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:00; Purpose: OT Travel |
| Local Transportation | 3/15/2024 | Daniel P. O'Hara | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:01; Purpose: OT Travel |
| Local Transportation | 3/18/2024 | Kira R. Setren | 1.0 | $66.28 | $66.28 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:43; Purpose: OT Travel |
| Local Transportation | 3/18/2024 | Christopher J. Dunne | 1.0 | $182.88 | $182.88 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 3/18/2024 | Benjamin Zonenshayn | 1.0 | $93.87 | $93.87 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:17; Purpose: OT Travel |
| Local Transportation | 3/18/2024 | Daniel P. O'Hara | 1.0 | $67.76 | $67.76 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:19; Purpose: OT Travel |
| Local Transportation | 3/18/2024 | Aaron M. Levine | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:39; Purpose: OT Travel |
| Local Transportation | 3/19/2024 | Daniel P. O'Hara | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 3/19/2024 | Benjamin Zonenshayn | 1.0 | $109.38 | $109.38 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:31; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 3/19/2024 | Joseph F. Gilday | 1.0 | $97.72 | $97.72 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:12; Purpose: OT Travel |
| Local Transportation | 3/19/2024 | Saskia E.L. De Vries | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:20; Purpose: OT Travel |
| Local Transportation | 3/19/2024 | Jamie G. Saevitzon | 1.0 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:10; Purpose: OT Travel |
| Local Transportation | 3/19/2024 | Jacob W. Ciafone | 1.0 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:00; Purpose: OT Travel |
| Local Transportation | 3/19/2024 | Alexander S. Holland | 1.0 | $53.97 | $53.97 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:08; Purpose: OT Travel |
| Local Transportation | 3/19/2024 | Aaron M. Levine | 1.0 | $45.67 | $45.67 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 01:05; Purpose: OT Travel |
| Local Transportation | 3/19/2024 | James L. Bromley | 1.0 | $52.31 | $52.31 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:04; Purpose: OT Travel |
| Local Transportation | 3/20/2024 | Aaron M. Levine | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:38; Purpose: OT Travel |
| Local Transportation | 3/20/2024 | Alexander S. Holland | 1.0 | $53.07 | $53.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:30; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 3/21/2024 | Christopher J. Dunne | 1.0 | $182.88 | $182.88 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:07; Purpose: OT Travel |
| Local Transportation | 3/21/2024 | Kanishka Kewlani | 1.0 | $62.85 | $62.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:15; Purpose: OT Travel |
| Local Transportation | 3/21/2024 | Aaron M. Levine | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:19; Purpose: OT Travel |
| Local Transportation | 3/21/2024 | Jamie G. Saevitzon | 1.0 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:07; Purpose: OT Travel |
| Local Transportation | 3/25/2024 | Alexander S. Holland | 1.0 | $33.30 | $33.30 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:21; Purpose: OT Travel |
| Local Transportation | 3/25/2024 | Jacob M. Croke | 1.0 | $105.92 | $105.92 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:06; Purpose: OT Travel |
| Local Transportation | 3/25/2024 | Mark C. Bennett | 1.0 | $11.96 | $11.96 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:29; Purpose: OT Travel |
| Local Transportation | 3/26/2024 | Federico Ferdinandi | 1.0 | $45.57 | $45.57 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:06; Purpose: OT Travel |
| Local Transportation | 3/26/2024 | Daniel P. O'Hara | 1.0 | $67.76 | $67.76 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:04; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 3/26/2024 | Subhah Wadhawan | 1.0 | $71.43 | $71.43 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:17; Purpose: OT Travel |
| Local Transportation | 3/27/2024 | Jean Polanun | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:23; Purpose: OT Travel |
| Local Transportation | 3/27/2024 | Phinneas G. Bauer | 1.0 | $92.24 | $92.24 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:18; Purpose: OT Travel |
| Local Transportation | 3/28/2024 | Arnold Zahn | 1.0 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:44; Purpose: OT Travel |
| Local Transportation | 3/28/2024 | Phinneas G. Bauer | 1.0 | $92.24 | $92.24 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:16; Purpose: OT Travel |
| Local Transportation | 3/28/2024 | Benjamin Zonenshayn | 1.0 | $115.92 | $115.92 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:35; Purpose: OT Travel |
| Local Transportation | 3/28/2024 | Subhah Wadhawan | 1.0 | $72.00 | $72.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:09; Purpose: OT Travel |
| Local Transportation | 3/28/2024 | Jean Polanun | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:30; Purpose: OT Travel |
| **Local Transportation Total** | | | | | **$5,352.89** | |
| Travel and Expenses | 11/28/2023 | Chris Beatty | 1.0 | $23.01 | $23.01 | Travel and expenses - Expense Type: Lunch - Out of Town; Location: Wilmington, DE; Business Purpose: Attend FTX Australia and FTX Express proceedings |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | 11/28/2023 | Chris Beatty | 1.0 | $10.59 | $10.59 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Hotel; End Point: Court; Business Purpose: Attend FTX Australia and FTX Express proceedings |
| Travel and Expenses | 11/29/2023 | Chris Beatty | 1.0 | $312.53 | $312.53 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Chris Beatty; Hotel Name: Intercontinental Melbourne; Location: Melbourne; Arrival Date: 11/28/2023 + Departure Date: 11/29/2023; Room Charge: 515.00+ Taxes: 7.73; Business Purpose: Attend FTX Australia and FTX Express proceedings |
| Travel and Expenses | 2/22/2024 | Alexa J. Kranzley | 1.0 | $235.80 | $235.80 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Alexa J. Kranzley; Business Purpose: Attend hearing |
| Travel and Expenses | 2/22/2024 | James L. Bromley | 1.0 | $235.80 | $235.80 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: James L. Bromley; Business Purpose: Attend hearing |
| Travel and Expenses | 2/22/2024 | Andrew G. Dietderich | 1.0 | $235.80 | $235.80 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Andrew G. Dietderich; Business Purpose: Attend hearing |
| Travel and Expenses | 2/23/2024 | James L. Bromley | 1.0 | $27.18 | $27.18 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Home; End Point: Train Station (NY); Business Purpose: Attend hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | 2/25/2024 | Brian D. Glueckstein | 1.0 | $591.91 | $591.91 | Travel and expenses - Airfare; Starting + End Points: LGA/DCA/LGA; Class of Travel: Economy; Date of Travel: 2/25/2024 - Roundtrip; Passenger Name: Brian D. Glueckstein; Business Purpose: Attend deposition |
| Travel and Expenses | 2/26/2024 | Julie G. Kapoor | 1.0 | -$27.00 | -$27.00 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Julie G. Kapoor; Business Purpose: Attend Chapter 11 meetings & deposition [Refund for ticket change] |
| Travel and Expenses | 2/26/2024 | Julie G. Kapoor | 1.0 | $468.90 | $468.90 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Julie G. Kapoor; Business Purpose: Attend Chapter 11 meetings & deposition |
| Travel and Expenses | 2/26/2024 | Brian D. Glueckstein | 1.0 | $226.61 | $226.61 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: LGA Airport; End Point: Home; Business Purpose: Attend deposition |
| Travel and Expenses | 2/29/2024 | Justin J. DeCamp | 1.0 | $224.10 | $224.10 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Justin J. DeCamp; Business Purpose: Attend Embed MTD argument |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | 2/29/2024 | Brian D. Glueckstein | 1.0 | $237.00 | $237.00 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Brian D. Glueckstein; Business Purpose: Attend Embed MTD argument |
| Travel and Expenses | 2/29/2024 | Matthew L. Strand | 1.0 | $368.10 | $368.10 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Matthew L. Strand; Business Purpose: Attend Embed MTD argument |
| Travel and Expenses | 2/29/2024 | Daniel P. O'Hara | 1.0 | -$106.20 | -$106.20 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Daniel P. O'Hara; Business Purpose: Attend Embed MTD argument [Refund for ticket change] |
| Travel and Expenses | 2/29/2024 | Daniel P. O'Hara | 1.0 | $388.80 | $388.80 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Daniel P. O'Hara; Business Purpose: Attend Embed MTD argument |
| Travel and Expenses | 3/5/2024 | Julie G. Kapoor | 1.0 | $7.70 | $7.70 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Train Station (DC); End Point: Home; Business Purpose: Attend crypto estimation hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | 3/7/2024 | Brian D. Glueckstein | 1.0 | $10.68 | $10.68 | Travel and expenses - Expense Type: Breakfast - Out of Town; Location: Wilmington, DE; Business Purpose: Attend deposition hearing |
| Travel and Expenses | 3/7/2024 | Brian D. Glueckstein | 1.0 | $16.45 | $16.45 | Travel and expenses - Expense Type: Dinner - Out of Town; Location: Wilmington, DE; Business Purpose: Attend deposition hearing |
| Travel and Expenses | 3/7/2024 | Brian D. Glueckstein | 1.0 | $306.82 | $306.82 | Travel and expenses - Airfare; Starting + End Points: ORD/LGA; Class of Travel: Economy; Date of Travel: 3/7/2024 - One way; Passenger Name: Brian D. Glueckstein; Business Purpose: Attend deposition hearing |
| Travel and Expenses | 3/7/2024 | Brian D. Glueckstein | 1.0 | $276.38 | $276.38 | Travel and expenses - Airfare; Starting + End Points: LGA/ORD; Class of Travel: Economy; Date of Travel: 3/7/2024 - One way; Passenger Name: Brian D. Glueckstein; Business Purpose: Attend deposition hearing |
| Travel and Expenses | 3/7/2024 | Brian D. Glueckstein | 1.0 | $208.99 | $208.99 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: LGA Airport; End Point: Home; Business Purpose: Attend deposition hearing |
| Travel and Expenses | 3/7/2024 | Brian D. Glueckstein | 1.0 | $190.22 | $190.22 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Home; End Point: LGA Airport; Business Purpose: Attend deposition hearing |
| Travel and Expenses | 3/7/2024 | Brian D. Glueckstein | 1.0 | $94.72 | $94.72 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: ORD Airport; End Point: Meeting; Business Purpose: Attend deposition hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | 3/7/2024 | Brian D. Glueckstein | 1.0 | $157.24 | $157.24 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Meeting; End Point: ORD Airport; Business Purpose: Attend deposition hearing |
| Travel and Expenses | 3/19/2024 | Brian D. Glueckstein | 1.0 | $333.11 | $333.11 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Brian D. Glueckstein; Hotel Name: Westin; Location: Wilmington, DE; Arrival Date: 03/19/2024 + Departure Date: 03/20/2024; Room Charge: 302.82 + Taxes: 30.29; Business Purpose: Attend estimation hearing |
| Travel and Expenses | 3/19/2024 | Julie G. Kapoor | 1.0 | $300.76 | $300.76 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Julie G. Kapoor; Hotel Name: Westin; Location: Wilmington, DE; Arrival Date: 03/19/2024 + Departure Date: 03/20/2024; Room Charge: 273.42+ Taxes: 27.34; Business Purpose: Attend estimation hearing |
| Travel and Expenses | 3/19/2024 | Julie G. Kapoor | 1.0 | $28.60 | $28.60 | Travel and expenses - Expense Type: Dinner - Out of Town; Location: Wilmington, DE; Business Purpose: Attend estimation hearing |
| Travel and Expenses | 3/19/2024 | Isaac S. Foote | 1.0 | $33.97 | $33.97 | Travel and expenses - Expense Type: Dinner - Out of Town; Location: Wilmington, DE; Business Purpose: Attend estimation hearing |
| Travel and Expenses | 3/19/2024 | Michele C. Materni | 1.0 | $857.40 | $857.40 | Travel and expenses - Airfare; Starting + End Points: EWR/DCA/EWR; Class of Travel: Economy; Date of Travel: 3/19/2024 - Roundtrip; Passenger Name: Michele C. Materni; Business Purpose: Attend estimation hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | 3/19/2024 | Brian D. Glueckstein | 1.0 | $368.10 | $368.10 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Brian D. Glueckstein; Business Purpose: Attend estimation hearing |
| Travel and Expenses | 3/19/2024 | Julie G. Kapoor | 1.0 | $107.10 | $107.10 | Travel and expenses - Train; Starting Point: Washington, DC; End Point: Wilmington, DE; Class of Travel: Business class one way; Passenger Name: Julie G. Kapoor; Business Purpose: Attend estimation hearing |
| Travel and Expenses | 3/19/2024 | Isaac S. Foote | 1.0 | $162.90 | $162.90 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class one way; Passenger Name: Isaac S. Foote; Business Purpose: Attend estimation hearing |
| Travel and Expenses | 3/19/2024 | Brian D. Glueckstein | 1.0 | $41.54 | $41.54 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: S&C (NY); End Point: Train Station (NY); Business Purpose: Attend estimation hearing |
| Travel and Expenses | 3/19/2024 | Brian D. Glueckstein | 1.0 | $15.99 | $15.99 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Train Station (DE); End Point: Hotel; Business Purpose: Attend estimation hearing |
| Travel and Expenses | 3/19/2024 | Julie G. Kapoor | 1.0 | $46.82 | $46.82 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: S&C (DC); End Point: Train Station (DC); Business Purpose: Attend crypto estimation hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | 3/19/2024 | Isaac S. Foote | 1.0 | $13.08 | $13.08 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Train Station (DE); End Point: Hotel; Business Purpose: Attend estimation hearing |
| Travel and Expenses | 3/20/2024 | Christopher J. Dunne | 1.0 | $304.20 | $304.20 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Christopher J. Dunne; Business Purpose: Attend estimation hearing |
| Travel and Expenses | 3/20/2024 | Christopher J. Dunne | 1.0 | -$77.40 | -$77.40 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Christopher J. Dunne; Business Purpose: Attend estimation hearing [Refund for ticket change] |
| Travel and Expenses | 3/20/2024 | Mark C. Bennett | 1.0 | $417.60 | $417.60 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Mark C. Bennett; Business Purpose: Attend estimation hearing |
| Travel and Expenses | 3/20/2024 | Mark C. Bennett | 1.0 | -$91.80 | -$91.80 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Mark C. Bennett; Business Purpose: Attend estimation hearing [Refund for ticket change] |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | 3/20/2024 | Isaac S. Foote | 1.0 | $142.00 | $142.00 | Travel and expenses - Train; Starting Point: Wilmington, DE; End Point: New York, NY; Class of Travel: Business class one way; Passenger Name: Isaac S. Foote; Business Purpose: Attend estimation hearing |
| Travel and Expenses | 3/20/2024 | Christopher J. Dunne | 1.0 | $154.79 | $154.79 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Home; End Point: Train Station (NY); Business Purpose: Attend crypto estimation hearing |
| Travel and Expenses | 3/20/2024 | Brian D. Glueckstein | 1.0 | $15.93 | $15.93 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Hotel; End Point: Court; Business Purpose: Attend crypto estimation hearing |
| Travel and Expenses | 3/20/2024 | Brian D. Glueckstein | 1.0 | $15.94 | $15.94 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Hotel; End Point: Train Station (DE); Business Purpose: Attend estimation hearing |
| Travel and Expenses | 3/20/2024 | Julie G. Kapoor | 1.0 | $14.04 | $14.04 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Train Station (DE); End Point: Court; Business Purpose: Attend crypto estimation hearing |
| Travel and Expenses | 3/20/2024 | Christopher J. Dunne | 1.0 | $129.34 | $129.34 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Train Station (NY); End Point: Home; Business Purpose: Attend crypto estimation hearing |
| Travel and Expenses | 3/20/2024 | James L. Bromley | 1.0 | $21.59 | $21.59 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Home; End Point: Train Station (NY); Business Purpose: Attend crypto estimation hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | 3/20/2024 | Isaac S. Foote | 1.0 | $13.70 | $13.70 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Hotel; End Point: Court; Business Purpose: Attend crypto estimation hearing |
| Travel and Expenses | 3/21/2024 | Brian D. Glueckstein | 1.0 | $75.10 | $75.10 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Train Station (NY); End Point: S&C; Business Purpose: Attend crypto estimation hearing |
| Travel and Expenses | 3/24/2024 | Brian D. Glueckstein | 1.0 | $350.00 | $350.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Brian D. Glueckstein; Hotel Name: Hotel DuPont; Location: Wilmington, DE; Arrival Date: 03/24/2024 + Departure Date: 03/26/2024; Room Charge: 423.00 + Taxes: 42.30; Business Purpose: Attend crypto estimation hearing |
| Travel and Expenses | 3/24/2024 | Isaac S. Foote | 1.0 | $350.00 | $350.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Isaac S. Foote; Hotel Name: Hotel DuPont; Location: Wilmington, DE; Arrival Date: 03/24/2024 + Departure Date: 03/26/2024; Room Charge: 423.00 + Taxes: 42.30; Business Purpose: Attend crypto estimation hearing |
| Travel and Expenses | 3/24/2024 | Isaac S. Foote | 1.0 | $205.20 | $205.20 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class one way; Passenger Name: Isaac S. Foote; Business Purpose: Attend estimation hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | 3/24/2024 | Brian D. Glueckstein | 1.0 | $289.19 | $289.19 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Brian D. Glueckstein; Business Purpose: Attend crypto estimation hearing |
| Travel and Expenses | 3/24/2024 | Brian D. Glueckstein | 1.0 | $152.16 | $152.16 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Home; End Point: Train Station (NY); Business Purpose: Attend crypto estimation hearing |
| Travel and Expenses | 3/24/2024 | Isaac S. Foote | 1.0 | $11.51 | $11.51 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Hotel; End Point: Court; Business Purpose: Attend crypto estimation hearing |
| Travel and Expenses | 3/25/2024 | Isaac S. Foote | 1.0 | $334.40 | $334.40 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Isaac S. Foote; Hotel Name: Hotel DuPont; Location: Wilmington, DE; Arrival Date: 03/24/2024 + Departure Date: 03/26/2024; Room Charge: 304.00 + Taxes: 30.40; Business Purpose: Attend crypto estimation hearing |
| Travel and Expenses | 3/25/2024 | Brian D. Glueckstein | 1.0 | $25.00 | $25.00 | Travel and expenses - Expense Type: Breakfast - Out of Town; Location: Wilmington, DE; Business Purpose: Attend estimation hearing |
| Travel and Expenses | 3/25/2024 | Isaac S. Foote | 1.0 | $45.08 | $45.08 | Travel and expenses - Expense Type: Dinner - Out of Town; Location: Wilmington, DE; Business Purpose: Attend estimation hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | 3/25/2024 | Julie G. Kapoor | 1.0 | $52.99 | $52.99 | Travel and expenses - Train; Starting Point: Wilmington, DE; End Point: Washington, DC; Class of Travel: Business class one way; Passenger Name: Julie G. Kapoor; Business Purpose: Attend crypto estimation hearing |
| Travel and Expenses | 3/25/2024 | Julie G. Kapoor | 1.0 | $69.99 | $69.99 | Travel and expenses - Train; Starting Point: Washington, DC; End Point: Wilmington, DE; Class of Travel: Business class one way; Passenger Name: Julie G. Kapoor; Business Purpose: Attend crypto estimation hearing |
| Travel and Expenses | 3/26/2024 | Brian D. Glueckstein | 1.0 | $350.00 | $350.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Brian D. Glueckstein; Hotel Name: Hotel DuPont; Location: Wilmington, DE; Arrival Date: 03/24/2024 + Departure Date: 03/26/2024; Room Charge: 423.00 + Taxes: 42.30; Business Purpose: Attend crypto estimation hearing |
| Travel and Expenses | 3/26/2024 | Julie G. Kapoor | 1.0 | $136.80 | $136.80 | Travel and expenses - Train; Starting Point: Washington, DC; End Point: Wilmington, DE; Class of Travel: Business class one way; Passenger Name: Julie G. Kapoor; Business Purpose: Attend crypto estimation hearing |
| Travel and Expenses | 3/26/2024 | Julie G. Kapoor | 1.0 | $82.80 | $82.80 | Travel and expenses - Train; Starting Point: Wilmington, DE; End Point: Washington, DC; Class of Travel: Business class one way; Passenger Name: Julie G. Kapoor; Business Purpose: Attend crypto estimation hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | 3/26/2024 | Isaac S. Foote | 1.0 | $239.00 | $239.00 | Travel and expenses - Train; Starting Point: Wilmington, DE; End Point: New York, NY; Class of Travel: Business class one way; Passenger Name: Isaac S. Foote; Business Purpose: Attend crypto estimation hearing |
| Travel and Expenses | 3/26/2024 | Brian D. Glueckstein | 1.0 | $21.88 | $21.88 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Court; End Point: Train Station (DE); Business Purpose: Attend crypto estimation hearing |
| **Travel and Expenses Total** | | | | | **$10,882.53** | |
| Conference Room Dining | 3/1/2024 | Julie G. Kapoor | 1.0 | $274.37 | $274.37 | Conference Room Dining (Breakfast + Lunch for 12 people) - Attendees: B. Glueckstein, E. Lobello, K. Lu, L. Fagin, A. Applebaum, A. Javian, B. Chapple, F. Konstantinidis, J. Torosian, J. Miraglia, K. Gwynne, V. Callahan |
| Conference Room Dining | 3/11/2024 | Alexa J. Kranzley | 1.0 | $253.13 | $253.13 | Conference Room Dining (Breakfast + Lunch for 13 people) - Attendees: B. Glueckstein, A. Kranzley, B. Zonenshayn, A. Titus, C. Broskay, K. Brown, K. Ramanathan, M. Cilia, M. Pierce, R. Esposito. R. Gordon, S. Coverick, T. Hudson |
| Conference Room Dining | 3/11/2024 | Keila M. Mayberry | 1.0 | $100.00 | $100.00 | Conference Room Dining (Dinner for 5 people) - Attendees: S. Wheeler, J. Croke, S. Ehrenberg, C. Dunne, K. Mayberry |
| Conference Room Dining | 3/12/2024 | Alexa J. Kranzley | 1.0 | $240.00 | $240.00 | Conference Room Dining (Breakfast + Lunch for 6 people) - Attendees: B. Glueckstein, A. Kranzley, B. Zonenshayn, M. Cilia, R. Esposito, S. Coverick |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Conference Room Dining | 3/15/2024 | Stephanie G. Wheeler | 1.0 | $611.06 | $611.06 | Conference Room Dining (Breakfast + Lunch for 19 people) - Attendees: S. Peikin, J. McDonald, N. Friedlander, S. Ehrenberg, J. Croke, C. Dunne, B. Harsch, J. Sedlak, B. Wagener, A. Holland, K. Mayberry, B. Cleary, D. Lowenthal, K. Black, L. Potter, J. Vitullo, K. Lemire, T. Murray, J. Young |
| **Conference Room Dining Total** | | | | | **$1,478.56** | |
| Meals - Overtime | 1/22/2024 | Julie G. Kapoor | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00035 |
| Meals - Overtime | 1/23/2024 | Julie G. Kapoor | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 3/4/2024 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 3/4/2024 | Joshua M. Hazard | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 3/4/2024 | Celia S. Rosen | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 3/4/2024 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00014 |
| Meals - Overtime | 3/5/2024 | Phinneas G. Bauer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022, 00029 |
| Meals - Overtime | 3/5/2024 | Subhah Wadhawan | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029, 00033 |
| Meals - Overtime | 3/5/2024 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00014 |
| Meals - Overtime | 3/6/2024 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014 |
| Meals - Overtime | 3/6/2024 | Joshua M. Hazard | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 3/6/2024 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 3/7/2024 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014 |
| Meals - Overtime | 3/7/2024 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 3/8/2024 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 3/8/2024 | Alexandra Li | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 3/11/2024 | Alexander S. Holland | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029, 00033 |
| Meals - Overtime | 3/11/2024 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00014 |
| Meals - Overtime | 3/11/2024 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00019, 00029 |
| Meals - Overtime | 3/11/2024 | Isaac S. Foote | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 3/11/2024 | Subhah Wadhawan | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029, 00033 |
| Meals - Overtime | 3/11/2024 | Julie G. Kapoor | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 3/12/2024 | Subhah Wadhawan | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029, 00033 |
| Meals - Overtime | 3/12/2024 | Julie G. Kapoor | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 3/12/2024 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00014 |
| Meals - Overtime | 3/13/2024 | Julie G. Kapoor | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019, 00025 |
| Meals - Overtime | 3/13/2024 | Mac L. Brice | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019 |
| Meals - Overtime | 3/13/2024 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 3/13/2024 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 3/14/2024 | Subhah Wadhawan | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00033 |
| Meals - Overtime | 3/14/2024 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00033, 00044 |
| Meals - Overtime | 3/14/2024 | Alexander S. Holland | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029, 00033 |
| Meals - Overtime | 3/14/2024 | Keila M. Mayberry | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022, 00033 |
| Meals - Overtime | 3/14/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029, 00033 |
| Meals - Overtime | 3/14/2024 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 3/15/2024 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00033 |
| Meals - Overtime | 3/15/2024 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 3/18/2024 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029 |
| Meals - Overtime | 3/18/2024 | Kira R. Setren | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00033 |
| Meals - Overtime | 3/18/2024 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00033 |
| Meals - Overtime | 3/18/2024 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00014 |
| Meals - Overtime | 3/18/2024 | Benjamin Zonenshayn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00033 |
| Meals - Overtime | 3/18/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029, 00033 |
| Meals - Overtime | 3/18/2024 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 3/19/2024 | Jamie G. Saevitzon | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 3/19/2024 | Benjamin Zonenshayn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00033 |
| Meals - Overtime | 3/19/2024 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00013 |
| Meals - Overtime | 3/19/2024 | Jacob W. Ciafone | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022 |
| Meals - Overtime | 3/19/2024 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00022 |
| Meals - Overtime | 3/19/2024 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029 |
| Meals - Overtime | 3/19/2024 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 3/19/2024 | Saskia E.L. De Vries | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022 |
| Meals - Overtime | 3/20/2024 | Alexander S. Holland | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00022, 00029 |
| Meals - Overtime | 3/20/2024 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00013 |
| Meals - Overtime | 3/20/2024 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|----------|-----------|-----------------|-------|------|--------|------------------|
| Meals - Overtime | 3/21/2024 | Harrison B. Shure | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 3/21/2024 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00014 |
| Meals - Overtime | 3/21/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00022, 00029 |
| Meals - Overtime | 3/22/2024 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00013 |
| Meals - Overtime | 3/25/2024 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00019, 00029, 00033 |
| Meals - Overtime | 3/25/2024 | Alexander S. Holland | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00029, 00033 |
| Meals - Overtime | 3/25/2024 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 3/26/2024 | Alexander S. Holland | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029, 00033 |
| Meals - Overtime | 3/26/2024 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029, 00033 |
| Meals - Overtime | 3/26/2024 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029 |
| Meals - Overtime | 3/26/2024 | Mac L. Brice | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 3/26/2024 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 3/26/2024 | Federico Ferdinandi | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 3/27/2024 | Alexa J. Kranzley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014, 00016, 00019, 00020, 00023, 00025, 00035, 00041 |
| Meals - Overtime | 3/27/2024 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00013 |
| Meals - Overtime | 3/27/2024 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029 |
| Meals - Overtime | 3/28/2024 | Saskia E.L. De Vries | 1.0 | $13.16 | $13.16 | Meals - Overtime; Project Code(s): 00010, 00033 |
| Meals - Overtime | 3/28/2024 | Saskia E.L. De Vries | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00033 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 3/28/2024 | Phinneas G. Bauer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029, 00033 |
| Meals - Overtime | 3/28/2024 | Subhah Wadhawan | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029, 00033 |
| Meals - Overtime | 3/28/2024 | Sophia Chen | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019, 00036 |
| Meals - Overtime | 3/28/2024 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00013 |
| Meals - Overtime | 3/28/2024 | Benjamin Zonenshayn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00033 |
| **Meals - Overtime Total** | | | | | **$1,553.16** | |
| Transcripts | 11/22/2023 | James L. Bromley | 1.0 | $367.20 | $367.20 | Transcript (Veritext) - Certified Copy of Transcript |
| Transcripts | 2/26/2024 | Brian D. Glueckstein | 1.0 | $2,472.40 | $2,472.40 | Transcript (Magna Legal Services) - Original & Certified Copy of Transcript |
| Transcripts | 3/1/2024 | Brian D. Glueckstein | 1.0 | $2,097.90 | $2,097.90 | Transcript (Magna Legal Service) - Original & Certified Copy of Transcript |
| Transcripts | 3/7/2024 | Harrison Schlossberg | 1.0 | $1,080.12 | $1,080.12 | Transcript (EcoScribe LLC) - Taken Deposition |
| **Transcripts Total** | | | | | **$6,017.62** | |
| Other Professionals | 3/26/2024 | Christopher J. Howard | 1.0 | $6,175.86 | $6,175.86 | Other Professionals - Professional Fees of Mr. Peter Burgess (South Square Barristers) - 03/04/24-03/26/24 |
| **Other Professionals Total** | | | | | **$6,175.86** | |
| **GRAND TOTAL** | | | | | **$33,705.68** | |