**Exhibit B**

**Disbursements**

| Cost Type | Work Date | Quantity | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| Outside record production | 1/31/2024 | 1.00 | 1.50 | 1.50 | COURTHOUSE NEWS SERVICE - #11807-00001/ Docket Track & Download Fees - 1/1/24 - 1/31/24 |
| Tabs | 2/6/2024 | 21.00 | 0.75 | 15.75 | Tabs |
| 2" Binder | 2/6/2024 | 1.00 | 7.88 | 7.88 | 2" Binder |
| Travel | 2/28/2024 | 1.00 | 432.00 | 432.00 | ISAAC NESSER - Train - Isaac Nesser - Newark/Wilmington Oral Argument 02/28/24 |
| Lexis Courtlink - Off Contract | 3/1/2024 | 1.00 | 0.78 | 0.78 | COURTLINK TRACK |
| Document Reproduction | 3/1/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 3/1/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 3/1/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 3/1/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 3/1/2024 | 10.00 | 0.10 | 1.00 | Document Reproduction |
| Document Reproduction | 3/4/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 3/4/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 3/4/2024 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| Document Reproduction | 3/4/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Color Document Reproduction | 3/4/2024 | 23.00 | 0.25 | 5.75 | Color Document Reproduction |
| Color Document Reproduction | 3/4/2024 | 1.00 | 0.25 | 0.25 | Color Document Reproduction |
| Color Document Reproduction | 3/4/2024 | 1.00 | 0.25 | 0.25 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 3/5/2024 | 1.00 | 0.78 | 0.78 | COURTLINK TRACK |
| Document Reproduction | 3/5/2024 | 22.00 | 0.10 | 2.20 | Document Reproduction |
| Color Document Reproduction | 3/5/2024 | 44.00 | 0.25 | 11.00 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 3/6/2024 | 1.00 | 0.78 | 0.78 | COURTLINK TRACK |
| Document Reproduction | 3/6/2024 | 44.00 | 0.10 | 4.40 | Document Reproduction |
| Document Reproduction | 3/6/2024 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| Color Document Reproduction | 3/6/2024 | 27.00 | 0.25 | 6.75 | Color Document Reproduction |
| Color Document Reproduction | 3/6/2024 | 9.00 | 0.25 | 2.25 | Color Document Reproduction |
| Word processing | 3/6/2024 | 0.20 | 0.00 | 0.00 | Word processing |
| Lexis Courtlink - Off Contract | 3/7/2024 | 1.00 | 0.78 | 0.78 | COURTLINK TRACK |
| Document Reproduction | 3/7/2024 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| Document Reproduction | 3/7/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Lexis Courtlink - Off Contract | 3/8/2024 | 1.00 | 0.78 | 0.78 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 3/8/2024 | 1.00 | 0.72 | 0.72 | COURTLINK ALERT |
| Document Reproduction | 3/8/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 3/8/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 3/8/2024 | 10.00 | 0.10 | 1.00 | Document Reproduction |
| Document Reproduction | 3/8/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 3/8/2024 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Color Document Reproduction | 3/8/2024 | 2.00 | 0.25 | 0.50 | Color Document Reproduction |

| Description | Date | Qty | Rate | Amount | Detail |
|---|---|---|---|---|---|
| Color Document Reproduction | 3/8/2024 | 1.00 | 0.25 | 0.25 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 3/11/2024 | 1.00 | 0.78 | 0.78 | COURTLINK TRACK |
| Document Reproduction | 3/11/2024 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Document Reproduction | 3/11/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 3/11/2024 | 100.00 | 0.10 | 10.00 | Document Reproduction |
| Document Reproduction | 3/11/2024 | 40.00 | 0.10 | 4.00 | Document Reproduction |
| Color Document Reproduction | 3/11/2024 | 78.00 | 0.25 | 19.50 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 3/12/2024 | 1.00 | 0.78 | 0.78 | COURTLINK TRACK |
| Word processing | 3/12/2024 | 0.60 | 0.00 | 0.00 | Word processing |
| Lexis Courtlink - Off Contract | 3/13/2024 | 1.00 | 0.78 | 0.78 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 3/13/2024 | 1.00 | 0.72 | 0.72 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 3/14/2024 | 1.00 | 0.78 | 0.78 | COURTLINK TRACK |
| Air travel | 3/14/2024 | 1.00 | 389.10 | 389.10 | JOHN B. QUINN - Altour - UNITED AIRLINES - MURRAY/TYLER, Travel to ORD/EWR on 3/14/2024 |
| Air travel-Agency fees | 3/14/2024 | 1.00 | 50.00 | 50.00 | JOHN B. QUINN - Altour - AIRLINE REPORTING CORPORATION - MURRAY/TYLER, Travel to on 3/14/2024 |
| Lexis Courtlink - Off Contract | 3/15/2024 | 1.00 | 0.78 | 0.78 | COURTLINK TRACK |
| Air travel | 3/15/2024 | 1.00 | 1,056.10 | 1,056.10 | JOHN B. QUINN - Altour - DELTA AIRLINES - MURRAY/TYLER, Travel to LGA/ORD on 3/15/2024 |
| Air travel-Agency fees | 3/15/2024 | 1.00 | 35.00 | 35.00 | JOHN B. QUINN - Altour - AIRLINE REPORTING CORPORATION - MURRAY/TYLER, Travel to on 3/14/2024 |
| Air travel-Agency fees | 3/15/2024 | 1.00 | 35.00 | 35.00 | JOHN B. QUINN - Altour - AIRLINE REPORTING CORPORATION - MURRAY/TYLER, Travel to on 3/14/2024 |
| Lexis Courtlink - Off Contract | 3/18/2024 | 1.00 | 0.78 | 0.78 | COURTLINK TRACK |
| Word processing | 3/18/2024 | 3.90 | 0.00 | 0.00 | Word processing |
| Lexis Courtlink - Off Contract | 3/19/2024 | 1.00 | 0.78 | 0.78 | COURTLINK TRACK |
| Messenger | 3/19/2024 | 1.00 | 69.00 | 69.00 | CITY EXPEDITOR, INC - Messenger / From Sascha Rand to QE - 11/9/23 |
| Lexis Courtlink - Off Contract | 3/20/2024 | 1.00 | 0.78 | 0.78 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 3/21/2024 | 1.00 | 0.72 | 0.72 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 3/21/2024 | 1.00 | 0.78 | 0.78 | COURTLINK TRACK |
| Document Reproduction | 3/21/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |

| | | | | | |
|---|---|---|---|---|---|
| Document Reproduction | 3/21/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 13.00 | 0.10 | 1.30 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |

| Description | Date | Quantity | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| Document Reproduction | 3/21/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 16.00 | 0.10 | 1.60 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 29.00 | 0.10 | 2.90 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 3/21/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Color Document Reproduction | 3/21/2024 | 1.00 | 0.25 | 0.25 | Color Document Reproduction |
| Color Document Reproduction | 3/21/2024 | 15.00 | 0.25 | 3.75 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 3/22/2024 | 1.00 | 0.78 | 0.78 | COURTLINK TRACK |
| Local business travel | 3/22/2024 | 1.00 | 40.24 | 40.24 | Taxi - Sophie Hill - From Home/To Presentation Location Uber expense to Patterson Belknap Webb & Tyler LLP offices for FTX Presentation in front of Examiners. 03/22/24 |
| Document Reproduction | 3/22/2024 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Color Document Reproduction | 3/22/2024 | 12.00 | 0.25 | 3.00 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 3/25/2024 | 1.00 | 0.78 | 0.78 | COURTLINK TRACK |
| Document Reproduction | 3/25/2024 | 70.00 | 0.10 | 7.00 | Document Reproduction |
| Velobind | 3/25/2024 | 1.00 | 3.03 | 3.03 | Velobind |
| Document Services | 3/25/2024 | 1.00 | 4.30 | 4.30 | GSB Digital - Tax/Melissa Rutt/1028118 |
| Document Services | 3/25/2024 | 405.00 | 0.07 | 28.35 | GSB Digital - Prints/Melissa Rutt/1028118 |
| Document Services | 3/25/2024 | 1.00 | 2.12 | 2.12 | GSB Digital - Spiral Bind/Melissa Rutt/1028118 |
| Document Services | 3/25/2024 | 1.00 | 5.00 | 5.00 | GSB Digital - Drilling/Melissa Rutt/1028118 |
| Document Services | 3/25/2024 | 1,845.00 | 0.75 | 1,383.75 | GSB Digital - Color Prints/Sophie Hill/1028130 |
| Document Services | 3/25/2024 | 1.00 | 0.75 | 0.75 | GSB Digital - Color Prints/Melissa Rutt/1028118 |
| Document Services | 3/25/2024 | 1.00 | 78.75 | 78.75 | GSB Digital - Shipping/Sophie Hill/1028130 |
| Document Services | 3/25/2024 | 33.00 | 0.37 | 12.21 | GSB Digital - Standard Tabs/Melissa Rutt/1028118 |
| Document Services | 3/25/2024 | 1.00 | 129.80 | 129.80 | GSB Digital - Tax/Sophie Hill/1028130 |
| Lexis Courtlink - Off Contract | 3/26/2024 | 1.00 | 0.78 | 0.78 | COURTLINK TRACK |
| Word processing | 3/26/2024 | 1.00 | 0.00 | 0.00 | Word processing |
| Lexis Courtlink - Off Contract | 3/27/2024 | 1.00 | 0.78 | 0.78 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 3/28/2024 | 1.00 | 0.78 | 0.78 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 3/29/2024 | 1.00 | 0.72 | 0.72 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 3/29/2024 | 1.00 | 0.78 | 0.78 | COURTLINK TRACK |
| Outside record production | 3/29/2024 | 1.00 | 1.50 | 1.50 | COURTHOUSE NEWS SERVICE - Outside record production - Courthouse News February Download and Tracking costs |

| Description | Date | Qty | Rate | Amount | Notes |
|---|---|---|---|---|---|
| Document Reproduction | 3/29/2024 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| Color Document Reproduction | 3/29/2024 | 63.00 | 0.25 | 15.75 | Color Document Reproduction |
| Color Document Reproduction | 3/29/2024 | 24.00 | 0.25 | 6.00 | Color Document Reproduction |
| Color Document Reproduction | 3/29/2024 | 15.00 | 0.25 | 3.75 | Color Document Reproduction |
| Color Document Reproduction | 3/29/2024 | 6.00 | 0.25 | 1.50 | Color Document Reproduction |
| Color Document Reproduction | 3/29/2024 | 18.00 | 0.25 | 4.50 | Color Document Reproduction |
| Color Document Reproduction | 3/29/2024 | 3.00 | 0.25 | 0.75 | Color Document Reproduction |
| Meals during travel | 3/31/2024 | 1.00 | 126.10 | 126.10 | Dinner - Jennifer Gindin - Dinner for Jen and Kiersten 03/31/24 Jennifer Gindin, Kiersten Whitfield |
| Online Research - Off Contract | 3/31/2024 | 1.00 | 0.00 | 0.00 | Online Research - Off Contract |
| Online Research - Tax | 3/31/2024 | 1.00 | 0.00 | 0.00 | Online Research - Tax |
| Online Research | 3/31/2024 | 1.00 | 0.00 | 0.00 | Online Research |
| Online Research | 3/31/2024 | 1.00 | 0.00 | 0.00 | Online Research |
| Online Research | 3/31/2024 | 1.00 | 0.00 | 0.00 | Online Research |
| Travel | 3/31/2024 | 1.00 | 626.00 | 626.00 | Train - Jennifer Gindin - From WAS to NYP Train tickets to NY for Kiersten Whitfield and Jen 03/31/24 |
| Hotel | 3/31/2024 | 1.00 | 634.62 | 634.62 | Lodging - Jennifer Gindin - Hotel while on business 03/31/24 |
| Out-of-Town Travel | 3/31/2024 | 1.00 | 23.24 | 23.24 | Taxi - Jennifer Gindin - from home to train station Lyft to Union Station 03/31/24 |
| Out-of-Town Travel | 3/31/2024 | 1.00 | 16.63 | 16.63 | Taxi - Kiersten Whitfield - Train Station NYC to Hotel NYC Client Meeting 03/31/24 |
| | | | | 5,378.05 | |

| Cost Type | Quantity | Amount |
|---|---:|---:|
| 2" Binder | 1.00 | 7.88 |
| Air travel | 5.00 | 1,565.20 |
| Color Document Reproduction | 343.00 | 85.75 |
| Document Reproduction | 661.00 | 66.10 |
| Document Services | 2,289.00 | 1,645.03 |
| Hotel | 1.00 | 634.62 |
| Lexis Courtlink - Off Contract | 24.00 | 18.48 |
| Local business travel | 1.00 | 40.24 |
| Meals during travel | 1.00 | 126.10 |
| Messenger | 1.00 | 69.00 |
| Online Research | 5.00 | 0.00 |
| Out-of-Town Travel | 2.00 | 39.87 |
| Outside record production | 2.00 | 3.00 |
| Tabs | 21.00 | 15.75 |
| Travel | 2.00 | 1,058.00 |
| Velobind | 1.00 | 3.03 |
| Word processing | 5.70 | 0.00 |
| TOTAL | 3,365.70 | 5,378.05 |