# **Exhibit B**

## **Disbursements**

**Detail Cost Task Code Billing Report**
Landis Rath & Cobb LLP



| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Activity ID E101 Inhouse Copying** | | | | | |
| 1368.002 | 03/04/2024 | 0.100 | 17.00 | 1.70 | Inhouse Copying |
| 1368.002 | 03/06/2024 | 0.100 | 53.00 | 5.30 | Inhouse Copying |
| 1368.002 | 03/07/2024 | 0.100 | 398.00 | 39.80 | Inhouse Copying |
| 1368.002 | 03/14/2024 | 0.100 | 70.00 | 7.00 | Inhouse Copying |
| 1368.002 | 03/19/2024 | 0.100 | 3,291.00 | 329.10 | Inhouse Copying |
| 1368.002 | 03/20/2024 | 0.100 | 442.00 | 44.20 | Inhouse Copying |
| 1368.002 | 03/22/2024 | 0.100 | 628.00 | 62.80 | Inhouse Copying |
| 1368.002 | 03/25/2024 | 0.100 | 493.00 | 49.30 | Inhouse Copying |
| 1368.002 | 03/26/2024 | 0.100 | 214.00 | 21.40 | Inhouse Copying |
| 1368.002 | 03/27/2024 | 0.100 | 42.00 | 4.20 | Inhouse Copying |
| 1368.002 | 03/28/2024 | 0.100 | 126.00 | 12.60 | Inhouse Copying |
| **Total for Activity ID E101** | | | Billable | 577.40 | Inhouse Copying |
| **Activity ID E102 Outside printing** | | | | | |
| 1368.002 | 03/19/2024 | | | 1,900.50 | Outside printing Parcels, Inc. - Invoice 1072791 |
| 1368.002 | 03/19/2024 | | | 1,076.40 | Outside printing Parcels, Inc. - Invoice 1073016 |
| 1368.002 | 03/19/2024 | | | 366.50 | Outside printing Parcels, Inc. - Invoice 1073149 |
| 1368.002 | 03/19/2024 | | | 816.24 | Outside printing Parcels, Inc. - Invoice 1073128 |
| 1368.002 | 03/19/2024 | | | 26.40 | Outside printing Parcels, Inc. - Invoice 1073306 |
| 1368.002 | 03/19/2024 | | | 605.01 | Outside printing Parcels, Inc. - Invoice 1073147 |
| 1368.002 | 03/19/2024 | | | 164.67 | Outside printing Parcels, Inc. - Invoice 1073346 |
| 1368.002 | 03/19/2024 | | | 616.07 | Outside printing Parcels, Inc. - Invoice 1073454 |
| 1368.002 | 03/19/2024 | | | 1,883.50 | Outside printing Parcels, Inc. - Invoice 1073601 |
| 1368.002 | 03/20/2024 | | | 103.40 | Outside printing Parcels, Inc. - Invoice 1073312 |
| 1368.002 | 03/22/2024 | | | 122.88 | Outside printing Parcels, Inc. - Invoice 1073660 |
| **Total for Activity ID E102** | | | Billable | 7,681.57 | Outside printing |
| **Activity ID E106 Online research** | | | | | |
| 1368.002 | 03/31/2024 | | | 861.70 | Online research Relx Inc. DBA LexisNexis - Invoice 3095020084 |
| **Total for Activity ID E106** | | | Billable | 861.70 | Online research |
| **Activity ID E107 Delivery services/messengers** | | | | | |
| 1368.002 | 03/20/2024 | | | 148.00 | Delivery services/messengers Parcels, Inc. - Invoice 1073205 |
| 1368.002 | 03/20/2024 | | | 148.00 | Delivery services/messengers Parcels, Inc. - Invoice 1073223 |
| 1368.002 | 03/25/2024 | | | 104.00 | Delivery services/messengers Parcels, Inc. - Invoice 1074087 |
| 1368.002 | 03/25/2024 | | | 118.00 | Delivery services/messengers Parcels, Inc. - Invoice 1074096 |
| 1368.002 | 03/26/2024 | | | 88.00 | Delivery services/messengers Parcels, Inc. - Invoice 1074164 |
| **Total for Activity ID E107** | | | Billable | 606.00 | Delivery services/messengers |
| **Activity ID E110 Out-of-town travel** | | | | | |
| 1368.002 | 03/11/2024 | | | 217.00 | Out-of-town travel Kimberly A. Brown - Amtrak train to NY for 341 meeting; coach class seat |
| 1368.002 | 03/11/2024 | | | 42.85 | Out-of-town travel Taxi from train station in NY to hotel for KAB and MRP |
| 1368.002 | 03/11/2024 | | | 140.00 | Out-of-town travel Dinner for KAB and MRP in NY *(capped at $140)* |
| 1368.002 | 03/11/2024 | | | 152.00 | Out-of-town travel Matthew R. Pierce - Amtrak train to NY for 341 meeting; coach class seat |
| 1368.002 | 03/12/2024 | | | 24.00 | Out-of-town travel Kimberly A. Brown - train station parking |
| 1368.002 | 03/12/2024 | | | 294.98 | Out-of-town travel Kimberly A. Brown - Hyatt Hotel one night stay |
| 1368.002 | 03/12/2024 | | | 192.00 | Out-of-town travel Matthew R. Pierce - Amtrak train back to Wilmington; coach class seat |
| 1368.002 | 03/12/2024 | | | 294.98 | Out-of-town travel Matthew R. Pierce - Hyatt Hotel one night stay |
| 1368.002 | 03/12/2024 | | | 22.00 | Out-of-town travel Matthew R. Pierce - train station parking |
| 1368.002 | 03/12/2024 | | | 192.00 | Out-of-town travel Kimberly A. Brown - Amtrak train back to Wilmington; coach class seat |
| 1368.002 | 03/12/2024 | | | 41.85 | Out-of-town travel Taxi to train station in NY from S&C for KAB and MRP |
| 1368.002 | 03/12/2024 | | | 34.79 | Out-of-town travel Breakfast for MRP in NY |

**Detail Cost Task Code Billing Report**
Landis Rath & Cobb LLP



| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Activity ID E110 Out-of-town travel** | | | | | |
| **Total for Activity ID E110** | | | Billable | 1,648.45 | Out-of-town travel |
| **Activity ID E111 Meals** | | | | | |
| 1368.002 | 03/20/2024 | | | 69.70 | Meals Chelsea Tavern - working dinner for NEJ, GAW, MR |
| 1368.002 | 03/20/2024 | | | 94.94 | Meals BJs - Meal supplements for evidentiary hearing |
| 1368.002 | 03/20/2024 | | | 132.00 | Meals Urban Cafe - Breakfast for S&C (5), A&M (1), Analysis Group (2), Coin Metrics (1), Bond, Schoeneck & King PLLC (1), Howell, Lu, LRC (4) |
| 1368.002 | 03/20/2024 | | | 281.60 | Meals Urban Cafe - Lunch for S&C (5), A&M (1), Analysis Group (2), Coin Metrics (1), Bond, Schoeneck & King PLLC (1), Howell, Lu, LRC (4) |
| 1368.002 | 03/21/2024 | | | 52.50 | Meals DiMeo's Pizza - working dinner for NEJ and GAW |
| 1368.002 | 03/25/2024 | | | 35.98 | Meals Dunkin Donuts - Breakfast for S&C (3), LRC (3), A&M (1), Howell, Jakab |
| 1368.002 | 03/25/2024 | | | 209.30 | Meals Toscana Catering - Lunch for S&C (3), LRC (3), A&M (1), Howell, Jakab |
| 1368.002 | 03/25/2024 | | | 22.00 | Meals DiMeo's Pizza - working dinner for NEJ |
| 1368.002 | 03/26/2024 | | | 88.00 | Meals Urban Cafe - Breakfast for S&C (3), LRC (3), A&M (1) |
| 1368.002 | 03/28/2024 | | | 42.00 | Meals DiMeo's Pizza - working dinner for NEJ and GAW |
| **Total for Activity ID E111** | | | Billable | 1,028.02 | Meals |
| **Activity ID E201 Inhouse Color Copies** | | | | | |
| 1368.002 | 03/19/2024 | 0.800 | 1,211.00 | 968.80 | Inhouse Color Copies |
| **Total for Activity ID E201** | | | Billable | 968.80 | Inhouse Color Copies |
| **Activity ID E208 Document Retrieval** | | | | | |
| 1368.002 | 03/31/2024 | | | 146.30 | Document Retrieval - PACER |
| **Total for Activity ID E208** | | | Billable | 146.30 | Document Retrieval |
| **Activity ID E218 Hearing Transcripts** | | | | | |
| 1368.002 | 03/20/2024 | | | 1,840.00 | Hearing Transcripts Reliable Wilmington - Invoice WL115918 |
| 1368.002 | 03/25/2024 | | | 1,864.00 | Hearing Transcripts Reliable Wilmington - Invoice WL115998 |
| 1368.002 | 03/26/2024 | | | 928.00 | Hearing Transcripts Reliable Wilmington - Invoice WL115998 |
| **Total for Activity ID E218** | | | Billable | 4,632.00 | Hearing Transcripts |
| **Activity ID E219 Service Fees** | | | | | |
| 1368.002 | 03/27/2024 | | | 76.30 | Service Fees Parcels, Inc. - Invoice 1074258: K5 adversary service |
| 1368.002 | 03/27/2024 | | | 76.30 | Service Fees Parcels, Inc. - Invoice 1074264: K5 adversary service |
| 1368.002 | 03/27/2024 | | | 75.00 | Service Fees Parcels, Inc. - Invoice 1074270: K5 adversary service |
| 1368.002 | 03/28/2024 | | | 195.00 | Service Fees Parcels, Inc. - Invoice 1074399: K5 adversary service |
| **Total for Activity ID E219** | | | Billable | 422.60 | Service Fees |

**GRAND TOTALS**

| | Billable | 18,572.84 |
|---|---|---|