**Exhibit 2**

**Voyager Proofs of Claim**

**Exhibit 2**

**Voyager Proofs of Claim**

| Claim No. | Voyager Entity | FTX Entity |
|---|---|---|
| 4199 | Voyager Digital, LLC | Alameda Research Holdings Inc. |
| 4219 | Voyager Digital, LLC | Alameda Research (Bahamas) Ltd |
| 4255 | Voyager Digital, LLC | Alameda TR Ltd |
| 4258 | Voyager Digital, LLC | Alameda Aus Pty Ltd |
| 4269 | Voyager Digital, LLC | Cottonwood Grove Ltd |
| 4271 | Voyager Digital, LLC | Cottonwood Technologies Ltd |
| 4276 | Voyager Digital, LLC | Alameda Research Ltd |
| 4284 | Voyager Digital, LLC | Alameda TR Systems S. de R. L. |
| 4286 | Voyager Digital, LLC | Blue Ridge Ltd |
| 4290 | Voyager Digital, LLC | Clifton Bay Investments Ltd |
| 4347 | Voyager Digital, LLC | Alameda Global Services Ltd. |
| 4352 | Voyager Digital, LLC | FTX Japan Services KK |
| 4359 | Voyager Digital, LLC | Killarney Lake Investments Ltd |
| 4382 | Voyager Digital, LLC | Alameda Research LLC |
| 4391 | Voyager Digital, LLC | Alameda Research Pte Ltd |
| 4415 | Voyager Digital, LLC | Analisya Pte Ltd |
| 4440 | Voyager Digital, LLC | Alameda Research Yankari Ltd |
| 4465 | Voyager Digital, LLC | Blockfolio, Inc. |
| 4480 | Voyager Digital, LLC | Good Luck Games, LLC |
| 4484 | Voyager Digital, LLC | West Realm Shires Financial Services Inc. |
| 4492 | Voyager Digital, LLC | Verdant Canyon Capital LLC |
| 4513 | Voyager Digital, LLC | LedgerPrime LLC |
| 4536 | Voyager Digital, LLC | Liquid Securities Singapore Pte Ltd |
| 4537 | Voyager Digital, LLC | LedgerPrime Digital Asset Opportunities Master Fund LP |
| 4541 | Voyager Digital, LLC | LedgerPrime Bitcoin Yield Enhancement Master Fund LP |
| 4565 | Voyager Digital, LLC | LedgerPrime Digital Asset Opportunities Fund, LLC |

| 4567 | Voyager Digital, LLC | Bancroft Way Ltd |
| 4568 | Voyager Digital, LLC | FTX Equity Record Holdings Ltd |
| 4569 | Voyager Digital, LLC | Deck Technologies Inc. |
| 4570 | Voyager Digital, LLC | West Realm Shires Inc. |
| 4573 | Voyager Digital, LLC | FTX Structured Products AG |
| 4576 | Voyager Digital, LLC | FTX Europe AG |
| 4581 | Voyager Digital, LLC | Deep Creek Ltd |
| 4584 | Voyager Digital, LLC | Digital Custody Inc. |
| 4587 | Voyager Digital, LLC | FTX Digital Assets LLC |
| 4588 | Voyager Digital, LLC | FTX Japan K.K. |
| 4593 | Voyager Digital, LLC | FTX EMEA Ltd. |
| 4594 | Voyager Digital, LLC | FTX EU Ltd. |
| 4596 | Voyager Digital, LLC | FTX Certificates GmbH |
| 4599 | Voyager Digital, LLC | Euclid Way Ltd |
| 4600 | Voyager Digital, LLC | Quoine Pte Ltd |
| 4601 | Voyager Digital, LLC | FTX Digital Holdings (Singapore) Pte Ltd |
| 4604 | Voyager Digital, LLC | FTX Lend Inc. |
| 4607 | Voyager Digital, LLC | DAAG Trading, DMCC |
| 4610 | Voyager Digital, LLC | FTX Services Solutions Ltd. |
| 4613 | Voyager Digital, LLC | FTX Trading GmbH |
| 4615 | Voyager Digital, LLC | Maclaurin Investments Ltd. |
| 4617 | Voyager Digital, LLC | Cedar Bay Ltd |
| 4618 | Voyager Digital, LLC | Deck Technologies Holdings LLC |
| 4621 | Voyager Digital, LLC | FTX Hong Kong Ltd |
| 4624 | Voyager Digital, LLC | West Realm Shires Services Inc. |
| 4625 | Voyager Digital, LLC | FTX Property Holdings Ltd |
| 4627 | Voyager Digital, LLC | FTX Japan Holdings K.K. |
| 4631 | Voyager Digital, LLC | FTX Switzerland GmbH |
| 4633 | Voyager Digital, LLC | FTX Marketplace, Inc. |
| 4635 | Voyager Digital, LLC | FTX Trading Ltd. |
| 4636 | Voyager Digital, LLC | Global Compass Dynamics Ltd. |
| 4637 | Voyager Digital, LLC | FTX Zuma Ltd |
| 4641 | Voyager Digital, LLC | FTX Exchange FZE |
| 4647 | Voyager Digital, LLC | FTX US Trading, Inc. |
| 4652 | Voyager Digital, LLC | Goodman Investments Ltd. |
| 4654 | Voyager Digital, LLC | Hannam Group Inc. |
| 4659 | Voyager Digital, LLC | Hawaii Digital Assets Inc. |
| 4662 | Voyager Digital, LLC | Hive Empire Trading Pty Ltd |
| 4663 | Voyager Digital, LLC | Strategy Ark Collective Ltd. |

| 4664 | Voyager Digital, LLC | Hilltop Technology Services LLC |
|------|---------------------|--------------------------------|
| 4668 | Voyager Digital, LLC | Liquid Financial USA Inc. |
| 4669 | Voyager Digital, LLC | West Innovative Barista Ltd. |
| 4671 | Voyager Digital, LLC | FTX Canada Inc. |
| 4674 | Voyager Digital, LLC | FTX Products (Singapore) Pte Ltd |
| 4679 | Voyager Digital, LLC | FTX US Services, Inc. |
| 4682 | Voyager Digital, LLC | Western Concord Enterprises Ltd. |
| 4686 | Voyager Digital, LLC | FTX Ventures Ltd. |
| 4690 | Voyager Digital, LLC | Innovatia Ltd |
| 4693 | Voyager Digital, LLC | Island Bay Ventures Inc. |
| 4694 | Voyager Digital, LLC | Mangrove Cay Ltd |
| 4698 | Voyager Digital, LLC | Ledger Holdings Inc. |
| 4705 | Voyager Digital, LLC | North Dimension Inc. |
| 4708 | Voyager Digital, LLC | LedgerPrime Bitcoin Yield Enhancement Fund, LLC |
| 4711 | Voyager Digital, LLC | LT Baskets Ltd. |
| 4712 | Voyager Digital, LLC | North Wireless Dimension Inc. |
| 4716 | Voyager Digital, LLC | Pioneer Street Inc. |
| 4719 | Voyager Digital, LLC | North Dimension Ltd |
| 4722 | Voyager Digital, LLC | Technology Services Bahamas Limited |
| 4725 | Voyager Digital, LLC | Zubr Exchange Ltd |
| 4727 | Voyager Digital, LLC | Alameda Research KK |
| 4728 | Voyager Digital, LLC | GG Trading Terminal Ltd |
| 4732 | Voyager Digital, LLC | Quoine Vietnam Co. Ltd |
| 4736 | Voyager Digital, LLC | LedgerPrime Ventures, LP |
| 4738 | Voyager Digital, LLC | LiquidEX LLC |
| 4743 | Voyager Digital, LLC | Paper Bird Inc. |
| 4788 | Voyager Digital, LLC | FTX (Gibraltar) Ltd |
| 4819 | Voyager Digital, LLC | Quoine India Pte Ltd |
| 4822 | Voyager Digital, LLC | FTX Crypto Services Ltd. |
| 4830 | Voyager Digital, LLC | Allston Way Ltd |
| 4834 | Voyager Digital, LLC | Clifton Bay Investments LLC |
| 4929 | Voyager Digital, LLC | Cardinal Ventures Ltd |
| 4942 | Voyager Digital, LLC | Crypto Bahamas LLC |
| 4980 | Voyager Digital, LLC | Atlantis Technology Ltd. |
| 4983 | Voyager Digital, LLC | Cedar Grove Technology Services, Ltd. |