# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE



| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.,* | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice

**Name of Transferor:**



**Name of Transferee:**
Ceratosaurus Investors, L.L.C.

**Name and Current Address of Transferor:**

**Address for all notices and payments:**

c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111

Attn: Michael Linn
Email: MLinn@FarallonCapital.com

| Schedule/ Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Customer Code: 03455826 | | 100% of the claim described on Schedule F (see attached) | FTX Trading Ltd. | 22-11068 |
| Claim No: 2062 | | 100% of the claim described on the Customer Claim Form | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: April 25, 2024

*Michael Linn*
2EE8C7127A89416
DocuSigned By: Michael Linn

Transferee/Transferee's Agent

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

Schedule F

| 03455826 | 1INCH-PERP[0], AGLD-PERP[0], ALPHA-PERP[0], BADGER-PERP[0], BAL-PERP[0], BCH-PERP[0], BSV-PERP[0], CEL-PERP[0], CHR-PERP[0], CLV-PERP[0], COMP-PERP[0], CVC-PERP[0], DASH-PERP[0], DOGE-PERP[0], DYDX-PERP[0], EGLD-PERP[0], EOS-PERP[0], ETC-PERP[0], ETHW-PERP[0], FLM-PERP[0], FLOW-PERP[0], FTT[59.99772585], GLMR-PERP[0], GST-PERP[0], HT-PERP[0], ICP-PERP[0], IMX-PERP[0], IOST-PERP[0], IOTA-PERP[0], KAVA-PERP[0], KNC-PERP[0], KSM-PERP[0], LOOKS-PERP[0], LUNC-PERP[0], MINA-PERP[0], MTL-PERP[0], NEAR-PERP[0], NEO-PERP[0], OKB-PERP[0], OMG-PERP[0], ONE-PERP[0], OP-PERP[0], PEOPLE-PERP[0], QTUM-PERP[0], REEF-PERP[0], REN-PERP[0], RUNE-PERP[0], SLP-PERP[0], SNX-PERP[0], SOL-PERP[0], SRM-PERP[0], STORJ-PERP[0], SXP-PERP[0], TRX[.018879], TRX-PERP[0], USD[350002.96], USDT[1162602.6589491], XEM-PERP[0], XMR-PERP[0], XTZ-PERP[0], YFII-PERP[0], ZRX-PERP[0] |

To view all of the Debtors' Schedules and Statements, as well as the Global Notes, please visit
https://restructuring.ra.kroll.com/FTX and navigate to the "Schedules & SOFA" page under "Quick
Links." Standalone excerpts of the customer data can be found under "Customer Schedules."

**Your Unique Customer Code is 03455826**
**Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:**

**FTT[59.9977258500000000]**
**TRX[0.0188790000000000]**
**USD[350002.9616201126257858]**
**USDT[1162602.6589491693041238]**

FTX Noticing
Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055
Unsubscribe