UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



| In re: | Chapter 11 |
|---|---|
| FTX TRADING LTD., *et al.,* | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice

**Name of Transferor:**
██████████████

**Name of Transferee:**
Ceratosaurus Investors, L.L.C.

**Name and Current Address of Transferor:**
██████████████

**Address for all notices and payments:**

c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111

Attn: Michael Linn
Email: MLinn@FarallonCapital.com

| Schedule/ Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Customer Code: 07893417 | ██████████ | 100% of the claim described on Schedule F (see attached) | West Realm Shires Services Inc. | 22-11071 |
| Claim No: #1196; #1199 | ██████████ | 100% of the claim described on the Customer Claim Form | West Realm Shires Services Inc. | 22-11071 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Michael Linn*
   DocuSigned By: Michael Linn

Date: April 25, 2024

Transferee/Transferee's Agent

NYACTIVE-24043975.1

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

Schedule F

| 07893417 | | BTC[0], ETH[.00354132], ETHW[0.00351395], USD[32376.87] |
|---|---|---|

Your Unique Customer Code is 07893417
Your claim(s) were scheduled on the Schedules and Statements of West Realm Shires Services Inc. as:

BTC[0.0000000083054040]
ETH[0.0035413200000000]
ETHW[0.0035139577914353]
USD[32376.8726890717859791]

FTX Noticing

Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055

Unsubscribe

NYACTIVE-24043975.1