JTD

Office of the Clerk
U.S. Bankruptcy Court, District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, DE 19801
USA

RECEIVED

2024 APR 26  AM 11: 08

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

April 24, 2024

Subject: Objection to the Surviving Claim of Claim 185 in the Twenty-Ninth Omnibus
Claims Objection

Name of the court: United States Bankruptcy Court for the District of Delaware
Name of the debtor: FTX Trading Ltd.
Case No. 22-11068
Name of the claimant: Grit Capital LLC
Claim number: 185

We are writing to object the surviving claim of Claim 185 as stated in the Twenty-
Ninth Omnibus Claims Objection. We do not have objection to disallowing Claim 185,
as we may have duplicate claims. We have filled two paper claims, to the U.S.
Bankruptcy Court District of Delaware and to Kroll Restructuring Administration,
respectively, numbered Claim 42 and Claim 185. We first filed to the Court but later
learned we should file to Kroll. Then on August 18, 2023 we filed a claim
electronically, as instructed by Kroll.

However, the surviving Claim 41142 is not a complete description of the assets in our
account with FTX at the time of bankruptcy.  In addition to USD230,618.73094013,
we also held BTC, ETH and ETHW. Here is a list of our assets:

    BTC: 2.9779042600000000
    ETH: 344.9577957758308544
    ETHW: 155.8334616000000000
    USDT: 230,618.7309401300000000

We have enclosed a copy of the electronic filing and a screenshot from our FTX account as support to our claim. We have also listed our assets in the paper filings, even though the ETHW was missed. You should also be able to see the list of our assets from our FTX account.

Please kindly review our claim to ensure our assets are properly accounted for.

Our contact information is as below:

Email:  GRITCAPITALLLC@gmail.com
Mailing address: 2A, 8 La Vista, Discovery Bay, Hong Kong SAR
Contact person: JInglin Wang
Mobile phone: +852 9616 7278

Thank you and sincerely,

Jinglin Wang, Director
on behalf of Grit Capital LLC

Enclosures:

1. Screenshot of our account holdings on Sept 5 2023.
2. Screenshot of acknowledgement to electronic claim filing.
3. Copy of claim filed electronically.
4. Letter accompanying claim filed to court (with list of assets).

*Grit Capital LLC*

## Portfolio

Main Account

| Balances | Deposits | Withdrawals | Positions | Fills | P2P Transfers | Airdr ⌄ |
|---|---|---|---|---|---|---|

### Balances

Hide zero balances

| Coin | All Subaccounts Balance | Subaccount Balance |
|---|---|---|
| USD Tether (USDT) | **230,618.73** | 230,618.73 |
| Bitcoin (BTC) | **2.97790426** | 2.97790426 |
| Ethereum (ETH) | **344.95779577** | 344.95779577 |
| Ethereum (Proof of work) (ETHW) | **155.8334616** | 155.8334616 |

Rows per page: 15 ▾   1-4 / 4   ‹ ›

You will be able to download all transactions data in CSV format in the coming weeks

Ght Capital LLC

← ↻ ⌂ 🔒 https://ftx-forms.ra.kroll.com/efiling/fr/410/customer-claim-form/new

# Customer Claim Form

| File a Proof of Claim | Complete |
| EPOC Agreement | Complete |
| Instructions | Complete |
| Claim Information | Complete |
| Additional Claim Information | Complete |
| E-Sign | Complete |
| Attachments | Complete |
| **Submission Information** | Complete |

< 8 of 8 >

## Submission Informat[ion]

When you press "Submit" you wi[ll]
filing (with your supporting docu[mentation]

### Form Submitted

Thank you for your submission. If you have submitted an Electronic Proof of Claim, you will receive a PDF copy of your claim filing (along with any supporting documentation you may have included, as a separate attachment) and your Confirmation ID from "noreply.efiling@ra.kroll.com" to the email address used to access the electronic filing platform. Please add this email to your allowed senders list. In the coming weeks, you will be able to review your claim on https://restructuring.ra.kroll.com/ftx/Home-ClaimInfo using your Confirmation ID. If you have agreed to the listing of your Claim in the Debtors' Schedules, you will receive your Confirmation ID from "noreply.efiling@ra.kroll.com" to the email address used to access the electronic filing platform. Please add this email to your allowed senders list. In the coming weeks, you will be able to review your claim on https://restructuring.ra.kroll.com/ftx/Home-ClaimInfo using your Confirmation ID. You may now close this browser tab.

< Prev    > Next

Customer Claim Form

# Customer Claim Form

## File a Proof of Claim

To file a proof of claim electronically, please enter the creditor's name and an email address (where filing confirmation will be sent) in the fields below.

Creditor Name

Grit Capital LLC

Email Address

GritCapitalLLC@gmail.com

## EPOC Agreement

The information requested on the proof of claim form is being collected for the purposes of facilitating a voluntary petition for relief under the Bankruptcy Code and processing any claim you may have against the Debtors.

**YOUR PROOF OF CLAIM FORM MUST NOT CONTAIN ANY OF THE FOLLOWING:** (i) medical records, (ii) complete social security numbers or tax identification numbers, (iii) a complete birth date, (iv) the name of a minor or (v) a financial account number. The information requested on the proof of claim form is being collected for the purposes of facilitating a debtor's voluntary petition for relief under the U.S. Bankruptcy Code and processing any claim you may have against such debtor. When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services to avoid the disclosure of confidential health care information.

**SOME OR ALL OF THE INFORMATION YOU PROVIDE ON THE PROOF OF CLAIM FORM WILL BE PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE DEBTOR'S CASE WEBSITE HOSTED BY KROLL RESTRUCTURING ADMINISTRATION (FORMERLY KNOWN AS PRIME CLERK) PURSUANT TO APPLICABLE LAW AND/OR COURT ORDER.** Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM.**

**ALL DOCUMENTS SUBMITTED, INCLUDING ANY MEDICAL RECORDS, WILL BE MADE PUBLICLY AVAILABLE ON THE DEBTOR'S CASE WEBSITE AND/OR THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

The information you provide on the proof of claim form will be retained by or on behalf of the Bankruptcy Court, the debtor and Kroll Restructuring Administration for as long as necessary for the purposes described above, as needed to resolve disputes or protect legal rights as they relate to such claim, or as otherwise required by law. Some or all of the information you provide on the proof of claim form will be displayed and/or accessible on the debtor's case website hosted by Kroll Restructuring Administration pursuant to applicable law and/or court order. Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

Customer Claim Form

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Kroll Restructuring Administration and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Kroll Restructuring Administration and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Kroll Restructuring Administration or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Kroll Restructuring Administration and the Clerk of the Court are authorized but not obligated, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

## Submission of Claim Data

By using this Site and loading any information to the Site, you agree to release us from any claim or liability with respect to the public display of personal or private information, including but not limited to the types of information listed above.

Claims and creditor information ("Claim Data") must be submitted by a human being and not a script, program, or other method that may be construed as a "bot." Claim Data must be submitted by the creditor or someone authorized to submit such Claim Data on behalf of the creditor. Claim Data must be correct to the best of the creditor's /submitter's knowledge. Filing Claim Data on this Site grants no guarantee of payment.

You represent and warrant that Claim Data submitted by you:

• shall be true, accurate, and complete;

• shall not contain any personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) or other sensitive or potentially embarrassing information, including health care information;

• shall not violate the rights of any third party, including, but not limited to, other proprietary and/or intellectual property rights, or rights of publicity or privacy; shall not violate any law, shall not contain any viruses, Trojan horses, worms, time bombs, bots, or other computer programming routines that are intended to damage, interfere with, or expropriate any system or information; and

• shall not create liability for us or interfere with the operation of the Site.

All information, including information relating to your Claim Data, that is filed electronically, including through this Site, is subject to the same conditions and restrictions as paper based proofs of claim filed with a Bankruptcy Court and are subject to court orders, rules, procedures and applicable law relating to the bankruptcy case in which Claims Data are filed.

## Not Legal Advice

WE CANNOT PROVIDE ANY LEGAL ADVICE REGARDING CLAIM DATA OR ON ANY OTHER TOPIC. IF YOU REQUIRE ADVICE REGARDING YOUR RIGHTS OR ANY BANKRUPTCY CASE YOU MAY WISH TO SEEK LEGAL COUNSEL FROM A LICENSED ATTORNEY. USERS OF THIS SITE SHOULD NOT TAKE OR REFRAIN FROM TAKING ANY ACTION BASED UPON CONTENT INCLUDED IN THE SITE. KROLL RESTRUCTURING ADMINISTRATION IS NOT IN THE BUSINESS OF PROVIDING PROFESSIONAL OR LEGAL ADVICE AND INFORMATION CONTAINED ON THIS SITE SHOULD NOT BE RELIED ON AS A SUBSTITUTE FOR FINANCIAL, LEGAL OR OTHER PROFESSIONAL ADVICE. ANY RELIANCE ON THE INFORMATION CONTAINED ON THIS SITE IS SOLELY AT YOUR RISK.

## Electronic Signatures

When you submit Claim Data or other information to us, you may be asked to electronically "sign" a form that will set forth certain terms and conditions related to such submission. You hereby agree that your electronic signature in respect of any such submission complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as your original signature.

For our Terms of Use please click Terms of Use.

## Filing Fraudulent Claims

FILING A FRAUDULENT CLAIM IS PUNISHABLE BY A FINE UP TO $500,000 AND/OR IMPRISONMENT FOR UP TO 5 YEARS (18 U.S.C. 152, 157, AND 3571).

Customer Claim Form

**BY SELECTING "I AGREE", YOU CONSENT TO ALL INFORMATION SUBMITTED BEING PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE CASE WEBSITE AND THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

**By selecting I agree below, I confirm that I have read, understand and agree to be bound by the foregoing as well as the Terms of Use.**

◉ I Agree
○ Reject

## Instructions

## Claim Information

### 1. Who is the current Creditor?

Name of the current creditor (the person or entity to be paid for this claim)

Is the current Creditor an Individual?

◉ No
○ Yes

Creditor Name

Grit Capital LLC

Other names the creditor used with the debtor (if any)

Do you know the creditor's FTX customer main account number?

○ No
◉ Yes

FTX customer main account number:

110031315

Do you know the creditor's FTX customer email address that was used at sign up?

○ No
◉ Yes

FTX customer email address used at account sign up:

GritCapitalLLC@gmail.com

Customer Claim Form

**2. Has this claim been acquired from someone else?**

◉ No
○ Yes

**3. Where should notices and payments to the creditor be sent?**
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

Name:

Grit Capital LLC

Address 1 (Street address, "Care of:", or "Attention To:"):

2A, 8 La Vista

Address 2:

Discovery Bay

Address 3:

Address 4:

City:

Hong Kong

State or Province (use 2-letter abbreviation if US or Canada):

Zip Code | Postal Code:

**Is the creditor address outside of the US?**

○ No
◉ Yes

Country (if outside of the US):

Hong Kong

Contact phone:

+85296167278

Contact email:

GritCapitalLLC@gmail.com

Customer Claim Form

4 / 20

Customer Claim Form

Should payments go to a different address?

○ No
◉ Yes

**Where should payments to the creditor be sent? (if different)**

Name:

Grit Capital LLC

Address 1 (Street address, "Care of:", or "Attention To:"):

Grit Capitals LLC (c/o Wenhai TU)

Address 2:

9224 Cherbourg Dr.

Address 3:

Address 4:

City:

Potomac

State or Province (use 2-letter abbreviation if US or Canada):

MD

Zip Code | Postal Code:

20854

Is the creditor address outside of the US?

◉ No
○ Yes

Contact phone:

347-393-4230

Contact email:

GritCapitalLLC@gmail.com

**Would you like to add any additional addresses for receiving notices about this proof of claim?**

◉ No
○ Yes

Customer Claim Form

5 / 20

Customer Claim Form

**4. Does this claim amend one already filed?**

○ No
◉ Yes

Claim number on court claims registry (if known)

42 and 185

Filed on:

12/1/2022

12/01/2022

**5. Do you know if anyone else has filed a proof of claim for this claim?**

◉ No
○ Yes

## Additional Claim Information

**Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held. If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange. Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7). Please see Question 8 for additional instructions for asserting claims related to Other Activity.**

◉ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)
○ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd. d/b/a "FTX EU") (Case No. 22-11166)
○ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102)
○ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
○ West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071)

## 6. Did you participate in the FTX Earn program (available via Blockfolio app) as of November 11, 2022?

◉ No
○ Yes

**7. List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account (s) along with the unique identification code.**

• Note that the "USD Rate" is the ratio of the Local Currency to U.S. Dollars.

• If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, please populate the Loaned Quantity column.

Customer Claim Form

6 / 20

Customer Claim Form

## Fiat

### ASSERTED QUANTITY FIAT

| Fiat (Ticker / Abbreviation) | USD Rate | Total Asserted Quantity of Fiat (Local Currency) | Total Asserted Quantity of Fiat (Converted to USD) |
|---|---|---|---|
| US Dollar(USD) USD/USD = 1.00000 | 1.000000000 | 230,618.730940130 | 230,618.730940130 |
| Argentinian Peso (ARS) ARS/USD = 0.006236 | 0.006236000 | | |
| Australian Dollar (AUD) AUD/USD = 0.661900 | 0.661900000 | | |
| Brazilian Real (BRL) BRL/USD = 0.187100 | 0.187100000 | | |
| British Pound Sterling (GBP) GBP/ USD = 1.169200 | 1.169200000 | | |
| Canadian Dollar (CAD) CAD/USD = 0.750600 | 0.750600000 | | |
| Euro (EUR) EUR/USD = 1.021000 | 1.021000000 | | |
| Ghanaian cedi (GHS) GHS/USD = 0.069324 | 0.069324000 | | |
| Hong Kong Dollar (HKD) HKD/USD = 0.127500 | 0.127500000 | | |
| Japanese Yen (JPY) JPY/USD = 0.007093 | 0.007093000 | | |
| Mexican Peso (MXN) MXN/USD = 0.051767 | 0.051767000 | | |
| Singapore Dollar (SGD) SGD/USD = 0.723500 | 0.723500000 | | |
| Swiss Franc (CHF) CHF/USD = 1.038000 | 1.038000000 | | |
| Turkish Lira (TRY) TRY/USD = 0.054091 | 0.054091000 | | |
| South African rand (ZAR) ZAR/USD = 0.057580 | 0.057580000 | | |
| Vietnamese dong (VND) VND/USD = 0.000040 | 0.000040000 | | |
| West African CFA franc (XOF) VXOF/USD = 0.001531 | 0.001531000 | | |

Do you want to add any other fiat not previously listed?

O Yes
O No

Customer Claim Form

# Loaned Fiat

## LOANED QUANTITY FIAT

| Fiat (Ticker / Abbreviation) | USD Rate | Loaned Quantity of Fiat (Local Currency) | Total Loaned Quantity of Fiat (Converted to USD) |
|---|---|---|---|
| US Dollar (USD) USD/USD = 1.00000 | 1.000000000 | | |
| Argentinian Peso (ARS) ARS/USD = 0.006236 | 0.006236000 | | |
| Australian Dollar (AUD) AUD/USD = 0.661900 | 0.661900000 | | |
| Brazilian Real (BRL) BRL/USD = 0.187100 | 0.187100000 | | |
| British Pound Sterling (GBP) GBP/USD = 1.169200 | 1.169200000 | | |
| Canadian Dollar (CAD) CAD/USD = 0.750600 | 0.750600000 | | |
| Euro (EUR) EUR/USD = 1.021000 | 1.021000000 | | |
| Ghanaian cedi (GHS) GHS/USD = 0.069324 | 0.069324000 | | |
| Hong Kong Dollar (HKD) HKD/USD = 0.127500 | 0.127500000 | | |
| Japanese Yen (JPY) JPY/USD = 0.007093 | 0.007093000 | | |
| Mexican Peso (MXN) MXN/USD = 0.051767 | 0.051767000 | | |
| Singapore Dollar (SGD) SGD/USD = 0.723500 | 0.723500000 | | |
| Swiss Franc (CHF) CHF/USD = 1.038000 | 1.038000000 | | |
| Turkish Lira (TRY) TRY/USD = 0.054091 | 0.054091000 | | |
| South African rand (ZAR) ZAR/USD = 0.057580 | 0.057580000 | | |
| Vietnamese dong (VND) VND/USD = 0.000040 | 0.000040000 | | |
| West African CFA franc (XOF) XOF/USD = 0.001531 | 0.001531000 | | |

Do you want to add any other fiat not previously listed?

○ Yes
○ No

Customer Claim Form

8 / 20

Customer Claim Form

## Asserted Crypto

### Asserted Crypto Tokens

| Crypto (Ticker / Abbreviation) | Asserted Quantity of Crypto |
| --- | --- |
| 3X Long Bitcoin Token (BULL) | |
| 3X Long Cardano Token (ADABULL) | |
| 3X Long Dogecoin Token (DOGEBULL) | |
| 3X Long Ethereum Token (ETHBULL) | |
| 3X Long XRP Token (XRPBULL) | |
| Aave (AAVE) | |
| Akropolis (AKRO) | |
| ApeCoin (APE) | |
| ATLAS (ATLAS) | |
| Atom (ATOM) | |
| Aurory (AURY) | |
| Avalanche (AVAX) | |
| BaoToken (BAO) | |
| Basic Attention Token (BAT) | |
| Binance Coin (BNB) | |
| Bitcoin (BTC) | |
| Bitcoin Cash (BCH) | |
| Brazilian Digital Token (BRZ) | |
| Celsius Token (CEL) | |
| ChainLink Token (LINK) | |

Chiliz (CHZ)

Compound USDT (CUSDT)

Cope (COPE)

Crypto.com Coin (CRO)

Decentraland (MANA)

Dent (DENT)

Dogecoin (DOGE)

Ethereum (ETH)

EthereumPoW (ETHW)

Fantom (FTM)

FTX Token (FTT)

Gala (GALA)

Immutable X Token (IMX)

Kin (KIN)

Litecoin (LTC)

Luna 2.0 (LUNA2)

Luna Classic (LUNC)

Matic (MATIC)

POLIS (POLIS)

Polkadot (DOT)

Raydium (RAY)

Reserve Rights (RSR)

Serum (SRM)

Customer Claim Form

Shiba Inu (SHIB)

Solana (SOL)

Spell Token (SPELL)

Step Finance (STEP)

SushiSwap (SUSHI)

Swipe (SXP)

Terra Classic USD (Wormhole) (USTC)

The Graph (GRT)

The Sandbox (SAND)

Thorchain (RUNE)

TON Coin (TONCOIN)

TRON (TRX)

Uniswap Protocol Token (UNI)

UpBots (UBXT)

USD Coin (USDC)

USD Tether (USDT)

XRP (XRP)

Do you want to add any coin not previously listed?

○ Yes
○ No

## Loaned Crypto

| Crypto (Ticker / Abbreviation) | Loaned Quantity of Crypto |
| --- | --- |

Customer Claim Form

| Token | |
|---|---|
| 3X Long Bitcoin Token (BULL) | |
| 3X Long Cardano Token (ADABULL) | |
| 3X Long Dogecoin Token (DOGEBULL) | |
| 3X Long Ethereum Token (ETHBULL) | |
| 3X Long XRP Token (XRPBULL) | |
| Aave (AAVE) | |
| Akropolis (AKRO) | |
| ApeCoin (APE) | |
| ATLAS (ATLAS) | |
| Atom (ATOM) | |
| Aurory (AURY) | |
| Avalanche (AVAX) | |
| BaoToken (BAO) | |
| Basic Attention Token (BAT) | |
| Binance Coin (BNB) | |
| Bitcoin (BTC) | |
| Bitcoin Cash (BCH) | |
| Brazilian Digital Token (BRZ) | |
| Celsius Token (CEL) | |
| ChainLink Token (LINK) | |
| Chiliz (CHZ) | |
| Compound USDT (CUSDT) | |
| Cope (COPE) | |

Customer Claim Form

| | |
|---|---|
| crypto-loan.com Coin (CRO) | |
| Decentraland (MANA) | |
| Dent (DENT) | |
| Dogecoin (DOGE) | |
| Ethereum (ETH) | |
| EthereumPoW (ETHW) | |
| Fantom (FTM) | |
| FTX Token (FTT) | |
| Gala (GALA) | |
| Immutable X Token (IMX) | |
| Kin (KIN) | |
| Litecoin (LTC) | |
| Luna 2.0 (LUNA2) | |
| Luna Classic (LUNC) | |
| Matic (MATIC) | |
| POLIS (POLIS) | |
| Polkadot (DOT) | |
| Raydium (RAY) | |
| Reserve Rights (RSR) | |
| Serum (SRM) | |
| Shiba Inu (SHIB) | |
| Solana (SOL) | |
| Spell Token (SPELL) | |

Customer Claim Form

Customer Claim Form

Step Finance (STEP)

SushiSwap (SUSHI)

Swipe (SXP)

Terra Classic USD (Wormhole) (USTC)

The Graph (GRT)

The Sandbox (SAND)

Thorchain (RUNE)

TON Coin (TONCOIN)

TRON (TRX)

Uniswap Protocol Token (UNI)

UpBots (UBXT)

USD Coin (USDC)

USD Tether (USDT)

XRP (XRP)

Do you want to add any coin not previously listed?

○ Yes
○ No

## Staked Crypto

### Staked Crypto

| Crypto (Ticker / Abbreviation) | Staked Quantity of Crypto |
| --- | --- |
| 3X Long Bitcoin Token (BULL) | |
| 3X Long Cardano Token (ADABULL) | |
| 3X Long Dogecoin Token (DOGEBULL) | |

Customer Claim Form

| Token | Amount |
|---|---|
| 3X Long Ethereum Token (ETHBULL) | |
| 3X Long XRP Token (XRPBULL) | |
| Aave (AAVE) | |
| Akropolis (AKRO) | |
| ApeCoin (APE) | |
| ATLAS (ATLAS) | |
| Atom (ATOM) | |
| Aurory (AURY) | |
| Avalanche (AVAX) | |
| BaoToken (BAO) | |
| Basic Attention Token (BAT) | |
| Binance Coin (BNB) | |
| Bitcoin (BTC) | 2.977904260 |
| Bitcoin Cash (BCH) | |
| Brazilian Digital Token (BRZ) | |
| Celsius Token (CEL) | |
| ChainLink Token (LINK) | |
| Chiliz (CHZ) | |
| Compound USDT (CUSDT) | |
| Cope (COPE) | |
| crypto-stak.com Coin (CRO) | |
| Decentraland (MANA) | |
| Dent (DENT) | |

Customer Claim Form

15 / 29

Customer Claim Form

| | |
|---|---|
| Dogecoin (DOGE) | |
| Ethereum (ETH) | 344.957795770 |
| EthereumPoW (ETHW) | |
| Fantom (FTM) | |
| FTX Token (FTT) | |
| Gala (GALA) | |
| Immutable X Token (IMX) | |
| Kin (KIN) | |
| Litecoin (LTC) | |
| Luna 2.0 (LUNA2) | |
| Luna Classic (LUNC) | |
| Matic (MATIC) | |
| POLIS (POLIS) | |
| Polkadot (DOT) | |
| Raydium (RAY) | |
| Reserve Rights (RSR) | |
| Serum (SRM) | |
| Shiba Inu (SHIB) | |
| Solana (SOL) | |
| Spell Token (SPELL) | |
| Step Finance (STEP) | |
| SushiSwap (SUSHI) | |
| Swipe (SXP) | |

Customer Claim Form

Terra Classic USD (Wormhole) (USTC)

The Graph (GRT)

The Sandbox (SAND)

Thorchain (RUNE)

TON Coin (TONCOIN)

TRON (TRX)

Uniswap Protocol Token (UNI)

UpBots (UBXT)

USD Coin (USDC)

USD Tether (USDT)

XRP (XRP)

Do you want to add any coin not previously listed?

○ Yes
◉ No

## NFTs

### NFTs (non-fungible tokens)

| NFT Description | NFT Identifier | Quantity of NFT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Customer Claim Form

**8. Do you have Customer Claims related to any Other Activity on the FTX Exchanges? Other Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.**

◉ No
○ Yes

# E-Sign

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

◉ I am the creditor.
○ I am the creditor's attorney or authorized agent.
○ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

08/18/2023

**Name of the person who is completing and signing this claim:**

First Name/Middle Name/Last Name:

Jinglin Wang

E-Signature:

Jinglin Wang

Customer Claim Form

18 / 20

Customer Claim Form

I certify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree that my electronic signature herein complies with the ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

Title/Company:

Grit Capital LLC

Address 1:

2A, 8 La Vista

Address 2:

Discovery Bay

City:

Hong Kong

State or Province (use 2-letter abbreviation if US or Canada):

Yes

Zip Code | Postal Code:

000000

Is this address outside of the US?

○ No
◉ Yes

Country (if outside of the US):

Hong Kong

Contact phone:

+85296167278

Contact email:

GritCapitalLLC@gmail.com

Customer Claim Form

## Attachments

### Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):

◉ I have supporting documentation
○ I do not have supporting documentation

### Attach a single PDF attachment that is less than 5 megabytes in size

📄 ClaimProof_GrıtCapital.pdf                                          698 KB

**File Name**

ClaimProof_GrıtCapital.pdf

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as an identification number confirming receipt of your claim ("Confirmation ID").

## Confirmation of Submission

### Your Form has been successfully submitted...

DOCUMENT ID                                          Submitted Date Time

f755484daa86a209c749d4dbbba93f91bc75e028             2023-08-18T05:52:43.703Z

Status                                               CONFIRMATION ID

Submitted                                            3265-70-SRGCFX-692040107

Customer Claim Form

20 / 29

Clerk's Office
U.S. Bankruptcy Court, District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, DE 19801
USA

November 22, 2022

Subject: Claim against FTX Trading Ltd. Chapter 11 filing, Case No. 22-11068

We are writing to claim our assets held with FTX.com.

We opened account with FTX on April 22, 2022 with Account Name Grit Capital LLC, Email GRITCAPITALLLC@gmail.com, and Account Identifier 110031315.

We made nine USDT transfers into our FTX account from May 12 to Sept. 22, 2022, totalling USD798,210. Some of the funds were subsequently used to purchase BTC and ETH.

| | Grit Capital LLC | | |
| --- | --- | --- | --- |
| | **Deposits Made to FTX Account** | | |
| | | | |
| | **Date** | **From** | **Amount (USD)** |
| 1 | 12-May-22 | OSL | 984 |
| 2 | 12-May-22 | OSL | 50,534 |
| 3 | 17-May-22 | OSL | 49,834 |
| 4 | 9-Jun-22 | OSL | 49,800 |
| 5 | 14-Jun-22 | OSL | 49,900 |
| 6 | 18-Jun-22 | OSL | 99,740 |
| 7 | 6-Jul-22 | OSL | 199,484 |
| 8 | 22-Sep-22 | OSL | 149,459 |
| 9 | 22-Sep-22 | OSL | 149,459 |
| | **Total** | | **798,210** |

As at November 8, 2022, we had 2.97790426 BTC, 344.96779577 ETH and 230618.73094013 USDT in our FTX account.

On November 8, 2022 we made multiple withdrawal requests, had received acknowledgement notice from FTX either via email and/or system message, but none of our requests was honoured. The monetary value of our assets totalled USD790,966 at the time of withdrawal requests.

| | Withdrawal Request Date and Time (Hong Kong Time) | Currency | Quantity | Price (USD) at (Time of Withdrawal) | Value (USD) |
|---|---|---|---|---|---|
| 1 | 8 Nov 2022, 21:59 | BTC | 2.97790426 | 19,558.00 | 58,242 |
| 2 | 8 Nov 2022, 22:10 | ETH | 100.00000000 | 1,463.94 | 146,394 |
| 3 | 8 Nov 2022, 22:32 | ETH | 85.74833477 | 1,458.50 | 125,064 |
| 4 | 8 Nov 2022, 23:13 | ETH | 159.20946100 | 1,448.70 | 230,647 |
| 5 | 8 Nov 2022, 23:31 | USDT | 230,618.73094013 | 1.00 | 230,619 |
| | Total | | | | 790,966 |

We appreciate your help to ensure that our name is on FTX creditor list and our damages are properly compensated. Please advise if there is anything else we should do on this matter.

Our contact information is as below:

Email:  GRITCAPITALLLC@gmail.com
Mailing address: 2A, 8 La Vista, Discovery Bay, Hong Kong SAR
Phone: +852 9616 7278

Please note that Grit Capital LLC is registered with the State of Delaware in the US under the name of Grit Capitals LLC because the name "Grit Capital LLC" was already in use.

Thank you and sincerely,

Jinglin Wang on behalf of Grit Capital LLC

Enclosures:

1. Proof of Claim;
2. Demand email sent to FTX Legal;
3. ETH and USDT withdrawal requests (email printout);
4. BTC withdrawal request (FTX system notice printout);
5. Screenshot of withdrawal requests;
6. FTX email notice on account opening completion;
7. Email confirmation of USDT deposits;
8. Grit Capital LLC operating address;
9. Grit Capital LLC Certificate of Incorporation, Cayman Island;
10. Grit Capitals LLC Certificate of Registration with State of Delaware + Letter of Explanation Grit Capital LLC and Grit Capitals LLC being the same entity.

Office of the Clerk

U.S. Bankruptcy Court, District of Delaware

824 N. Market Street, 3rd Floor

Wilmington, DE 19801

USA

Phone:   +1 302 252 2900

Subject: Objection to the Surviving Claim of Claim 185

Court: United States Bankruptcy Court for the District of Delaware

Debtor: FTX Trading Ltd.

Case No. 22-11068

Claimant: Grit Capital LLC

Claim number: 185






香港 Hong Kong 852-2730 0273
澳門 Macau 853-2873 7373
www.sf-express.com

0.5 KG ENV    1 OF 1
SHP#: 6V66 9XBQ 38Y
SHP.WT: 0.5 KG
DATE: 25 APR 2024

1P

EDI-DOC

DE 197 9-25

SHIP TO:
OFFICE OF THE CLERK
302152290
YINHUA INT'L CAPITAL MANAGEMEN
26977741
YINHUA INT'L CAPITAL MANAGEMEN
HONG KONG CENTRAL AND WESTERN D
HONG KONG HK 852
HONG KONG SAR, CHINA

UNITED STATES BANKRUPTCY COURT FOR
USA,NEW CASTLE COUNTY
STREET, 3/F, WILMINGTON, DE 19801,
DISTRICT OF DELAWARE, 824 N. MARKET
WILMINGTON DE 19801
UNITED STATES

UPS SAVER
TRACKING #:1Z 6V6 69X 04 2583 7742

BILLING: P/P
DESC: Business documents

Trx Ref No.:SF169990177235S
Trx Ref No.: the District of Delaware

EXPRESS 順豐速運
(SF)
Hotline 服務熱線9901133
HKTC cloud 1 2024-04-24 17:06:20
21D458 已回紙

運單號 SF 169 990 177 2355
PDD DDU 稅金到付

Payment 付款方式:
Actual INT实际重量:0.500
Chargeft计费重量:0.500

寄付現結
0.00 HKD
Freight 运费:242.00HKD
TTL Charge 费用合计:313.00HKD

Description 托寄物:
Business documents:1;

NOTES: 12.00 HKD FSC: 55%

HKG1800UPS

特快

WLU

句 文件


RECYCLABLE