IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>**Re: D.I. 1649, 1650, 2524, 2525, 4814, 4816** |

**FEE EXAMINER'S NOTICE REGARDING THE SECOND, THIRD, AND FOURTH INTERIM FEE APPLICATIONS OF PAUL HASTINGS LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

TO:    THE HONORABLE JOHN T. DORSEY
          UNITED STATES BANKRUPTCY JUDGE:

The Fee Examiner appointed in the above-captioned chapter 11 cases (the "Fee Examiner") submits this notice (the "Notice"), following the *Fee Examiner's Summary Report On Fee Review Process and Fourth Interim Fee Applications* [D.I. 9157] (the "Fourth Interim Summary Report"), to notify the Court and all interested parties that the Fee Examiner and Paul Hastings LLP as counsel to the official committee of unsecured creditors ("Paul Hastings") have engaged in productive, substantive discussions and have, subject to the Court's approval, resolved all of the Fee Examiner's Reserved Issues (as defined in the Fourth Interim Summary Report) raised during the second, third, and fourth interim fee periods. *See* Fourth Interim Summary Report at ¶ 36. Accordingly, absent contrary instructions from the Court, the procedure proposed for contested fee applications outlined in the Fourth Interim Summary

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification number is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryon's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Report to address Fee Examiner concerns will not be necessary, and the Fee Examiner will not file a limited objection and report on contested issues on April 30, 2024.  Further information relating to this resolution will be provided in a forthcoming report on uncontested interim fee applications recommended for Court approval on an uncontested basis.

Dated:  April 29, 2024.

**GODFREY & KAHN, S.C.**

By /s/ *Mark W. Hancock*
Mark W. Hancock (*Pro Hac Vice*)
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 297-3911
E-mail: mhancock@gklaw.com

*Counsel for Fee Examiner*

Katherine Stadler
ftxfeeexaminer@gklaw.com
*Fee Examiner*

31118929.3