# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

*In re FTX Trading Ltd., et al.*       Case No. 22-11068 (JTD) (Jointly Administered)

Court ID (Court Use Only) _____

## NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
## PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| **HUDSON BAY CLAIM FUND LLC** | **[REDACTED]** |
|---|---|
| Name of Transferee | Name of Transferor |
| **Address:** | **Name and Current Address of Transferor:** |
| Hudson Bay Claim Fund LLC<br>c/o Hudson Bay Capital Management LP<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830 USA<br>Attention: Matthew Weinstein and Chad Flick<br>Email: mweinstein@hudsonbaycapital.com and cflick@hudsonbaycapital.com | On file with Debtors<br><br>**Unique Customer Code Number** 01316994 |

**PORTION OF CLAIM TRANSFERRED: 100%**

| **Claim No.** | **Creditor Name** | **Amount** | **Debtor** | **Case No.** |
|---|---|---|---|---|
| Proof of Claim Confirmation ID **3265-70-MJPZG-335835158** | [REDACTED] | As scheduled on the Customer Claim Form | FTX Trading Ltd. | **22-11068** |
| Proof of Claim No. **39676** | [REDACTED] | As stated on Proof of Claim | FTX Trading Ltd. | **22-11068** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____*Matt Weinstein*_____   Date: April 29, 2024
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.