**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) |
| | ) Case No. 22-11068 (JTD) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket Nos. 12846-12847** |

<u>**CERTIFICATE OF SERVICE**</u>

I, ARNOLD NGUYEN, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 26, 2024, I caused to be served the:

   a. "Sixteenth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2024 Through March 31, 2024," dated April 26, 2024 [Docket No. 12846], and

   b. "Sixteenth Monthly Fee Application of Young Conaway Stargatt & Taylor, LP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2024 Through March 31, 2024," dated April 26, 2024 [Docket No. 12847],

by causing true and correct copies to be:

   i. enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit A</u>, and

   ii. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

3.  The envelope utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Arnold Nguyen*
Arnold Nguyen

**EXHIBIT A**

**In re: FTX TRADING LTD.,** *et al.*, **- Case No. 22-11068 (JTD)**
**First Class Mail Additional Party**

OFFICE OF THE UNITED STATES TRUSTEE
J. CALEB BOGGS FEDERAL BUILDING
LINDA RICHENDERFER, BENJAMIN A HACKMAN &
JONATHAN W. LIPSHIE
844 KING STREET, SUITE 2207, LOCKBOX 35
WILMINGTON, DE 19801

**EXHIBIT B**

**In re: FTX TRADING LTD.,** *et al.*, **- Case No. 22-11068 (JTD)**
**Electronic Mail Additional Parties**

| Name | Email |
|------|-------|
| Landis Rath & Cobb LLP | landis@lrclaw.com; brown@lrclaw.com |
| Paul Hastings LLP | krishansen@paulhastings.com; erezgilad@paulhastings.com; gabesasson@paulhastings.com |
| Sullivan & Cromwell LLP | kranzleya@sullcrom.com |
| U.S. Trustee | linda.richenderfer@usdoj.gov benjamin.a.hackman@usdoj.gov jon.lipshie@usdoj.gov; david.gerardi@usdoj.gov |
| Young Conaway Stargatt & Taylor, LLP | mlunn@ycst.com; rpoppiti@ycst.com |