**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**



| In re: | Chapter 11 |
|---|---|
| FTX TRADING LTD., *et al.,* | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Name (Redacted)**

Name and Current Address of
Transferor:
**Name (Redacted)**

Name of Transferee:

**Nexxus Participation Vehicle III LLC**

Name and Address where notices and payments to transferee should be sent:
**Nexxus Participation Vehicle III LLC**
**Attn: Tim Babich**
**Email: tim.babich@nexxus-holdings.com**
**c/o Nexxus Holdings Operations LLC**
**800 Miramonte Dr., Suite 380**
**Santa Barbara, CA 93109**

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Confirmation ID No. 3265-70-MXMSN-345474958 | Name (Redacted) | Unliquidated (stated in crypto) | FTX Trading Ltd. | 22-11068 |
| Customer Code No. 00243792 | Name (Redacted) | as described on Schedule F (attached) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Tim Babich (Apr 27, 2024 17:17 GMT+1)_

Transferee/Transferee's Agent

Date: April   26  , 2024

| 00243792 | | 1INCH[0.65095527], 1INCH-2021032[0], 1INCH-PERP[0], AAVE[0], AAVE-2020122[0], AAVE-2021032[0], AAVE-PERP[0], ADA-PERP[0], ALCX[.0000], ALCX-PERP[0], ALEPH[.54648], ALPHA[.79056127], ALPHA-PERP[0], APE[.019608], AVAX-PERP[0], AXS-PERP[0], BADGER-PERP[0], BAL-2020122[0], BAL-2021032[0], BAL-PERP[0], BAO-PERP[0], BNB-2020092[0], BNB[665.13533315], BNB-PERP[0], BTC[23.88658008], BTC-PERP[0], CAKE-PERP[0], CBSE[0], COIN[0.01607073], COMP[0.0026000 1], COMP-2020092[0], COMP-2021032[0], COMP-PERP[0], CREAM-2021032[0], CREAM-PERP[0], CRV-PERP[0], CVX-PERP[5632], DOGE-PERP[0], DOT-2021123 1[0], DOT-PERP[0], ETHID.00506337], ETH-2021062[0], ETH-2021092[0], ETH-PERP[0], FIDA[.136564], FIDA-PERP[0], FLM-2020122[0], FTM[0], FTT[1608.17332772], FTT-FCPT[0], FTX[0.015], FXS-FCPT[0], GMI[2.05970716], GMI[2020102020[0], GMT-FCPT[0], GMT[.00060], HXD[.08970], HXD-FCPT[0], LINK-FCPT[0], LUNC-FCPT[0], MATIC[0], MATIC-FCPT[0], NFT (3247021073)[04102TFTX Foundation Group donation certificate #120)[1], NFT (3562342785310402)[2TFTX Foundation Group donation certificate #111)[1], NFT (35971+25506-10030723FTX Foundation Group donation certificate #176)[1], NFT (359694065610004515FTX Foundation Group donation certificate #113)[1], NFT (40320816357163413)FTX Foundation Group donation certificate #115)[1], NFT (4147871168017773)2)FTX Foundation Group donation certificate #124)[1], NFT (4247334242437892385FTX Foundation Group donation certificate #130)[1], NFT (4271846469007227)3FTX Foundation Group donation certificate #169)[1], NFT (4446005615865334096)FTX Foundation Group donation certificate #132)[1], NFT (4668411124800055055FTX Foundation Group donation certificate #123)[1], NFT (5065186110433453)81FTX Foundation Group donation certificate #107)[1], NFT (5270117273169495)FTX Foundation Group donation certificate #67)[1], NFT (533634446012621564)FTX Foundation Group donation certificate #122)[1], NFT (5340028031675955059FTX Foundation Group donation certificate #128)[1], NFT (5472b61152474247875)FTX Foundation Group donation certificate #114)[1], NFT (55725166001135555)FTX Foundation Group donation certificate #131)[1], OMG-PERP[0], OXY-PERP[0], PERP[.032649], PERP-PERP[0], RAY-PERP[0], REN[.47559], REN-PERP[0], ROOK[.03086341], ROOK-PERP[0], RUNE-PERP[0], SNX[0.00615730], SOL[2000.015], SOL-2021032[0], SOL-PERP[0], SPELL-PERP[0], SRM[703.41963316], SRM_LOCKED[11949.46403124], SRM-PERP[0], SUSHI-2020122[0], SUSHI-2021032[0], SUSHI-2021062[0], SUSHI-PERP[0], TOMO[0], TOMO-2020122[0], TOMO-PERP[0], TRUMP[0], TRUMPFEB[0], TRUMPFEBWIN[162350.935], TRU-PERP[0], UNI[0.01696564], UNI-2021032[0][0], UNI-PERP[0], USD[23161e.22], USDT[50], XRP[0.54362132], XRP-PERP[0], YFI.00000001], YFI-2020122[0][0], YFI-PERP[0] | | USD[550000.00] |

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.