# **<u>EXHIBIT A</u>**

From: hussfaraj@advagroup.com.au
Subject: Fwd: FTX Trading Ltd. (22-11068) - Estimation Hearing Re: Digital Assets (1/31 at 10:30am) – ***ZOOM INFORMATION***
Date: ▮
To: ▮

---------- Forwarded message ----------
From: Robert Cavello <Robert_Cavello@deb.uscourts.gov>
Date: 1 Feb 2024 12:09 am
Subject: FTX Trading Ltd. (22-11068) - Estimation Hearing Re: Digital Assets (1/31 at 10:30am) – ***ZOOM INFORMATION***
To: ▮
▮ alindner@cooley.com" <alindner@cooley.com>,"amk@kashishianlaw.com " <amk@kashishianlaw.com>,"▮ " ▮ ams_saccullolegal.com" <ams@saccullolegal.com>," anais.mitra@whitecase.com" <anais.mitra@whitecase.com>,"▮ ▮ anfangm@sullcrom.com" <anfangm@sullcrom.com>,"apark@morrisnichols.com " <apark@morrisnichols.com>,"ari.d.kunofsky_usdoj.gov " <ari.d.kunofsky@usdoj.gov>,▮," ▮ >," bdolphin@morrisnichols.com" <bdolphin@morrisnichols.com>," bromleyj@sullcrom.com" <bromleyj@sullcrom.com>,"brosen@proskauer.com " <brosen@proskauer.com>,"candres_gklaw.com" <candres@gklaw.com>," carolyn.fox@us.dlapiper.com" <carolyn.fox@us.dlapiper.com>," ▮ ▮ "dadler_mccarter.com" <DAdler@McCarter.com>," dcarrigan@bakerdonelson.com" <dcarrigan@bakerdonelson.com>,▮ ▮ deleeuwm@sullcrom.com" <deleeuwm@sullcrom.com>,▮ ▮ dmarker@proskauer.com" <dmarker@proskauer.com>,"dshamah@omm.com " <dshamah@omm.com>,efmackay@debevoise.com," egilad_stroock.com" <egilad@stroock.com>,"elisabeth.m.bruce_usdoj.gov " <elisabeth.m.bruce@usdoj.gov>,"emilykapur@quinnemanuel.com " <emilykapur@quinnemanuel.com>,"emonzo_morrisjames.com " <emonzo@morrisjames.com>,"enriquezsaranol@sullcrom.com " <enriquezsaranol@sullcrom.com>,"erinbroderick@eversheds-sutherland.com " <erinbroderick@eversheds-sutherland.com>,▮ ▮ >,"ethan.trotz@katten.com "



&lt;ethan.trotz@katten.com&gt;,"evelyn.meltzer@troutman.com " &lt;evelyn.meltzer@troutman.com&gt;,███████████████," fhyman@crowell.com" &lt;fhyman@crowell.com&gt;,"gabesasson@paulHastings.com " &lt;gabesasson@paulhastings.com&gt;,"gabriel.brunswick@kroll.com " &lt;gabriel.brunswick@kroll.com&gt;,gdonilon@mmwr.com," ███████████████ ███████████████ gurias@debevoise.com," gwilliams@mwe.com" &lt;gwilliams@mwe.com&gt;,"haritond@sullcrom.com " &lt;haritond@sullcrom.com&gt;,"███████████████ " ███████████████ ███████████████ jeffrey.torosian@us.dlapiper.com" &lt;jeffrey.torosian@us.dlapiper.com&gt;," ███████████████ jporter@entwistle-law.com" &lt;jporter@entwistle-law.com&gt;," jrosell@pszjlaw.com" &lt;jrosell@pszjlaw.com&gt;,"jryan@potteranderson.com " &lt;jryan@potteranderson.com&gt;,jsazant@proskauer.com," jssabin@venable.com" &lt;jssabin@venable.com&gt;,"███████████████ ███████████████ kbuck@mccarter.com" &lt;kbuck@mccarter.com&gt;,"ken.hebeisen@katten.com " &lt;ken.hebeisen@katten.com&gt;,███████████████," ███████████████ ███████████████ ███████████████&lt;kranzleya@sullcrom.com&gt;," krishansen@paulhastings.com" &lt;krishansen@paulhastings.com&gt;," ███████████████ lauren.sisson@haynesboone.com" &lt;lauren.sisson@haynesboone.com&gt;," ███████████████,"lbonsall_mccarter.com " &lt;lbonsall@mccarter.com&gt;,"███████████████ " ███████████████,"lucdespins@paulhastings.com " &lt;lucdespins@paulhastings.com&gt;,"mark@saccullolegal.com " &lt;mark@saccullolegal.com&gt;,"matlaskowski@paulhastings.com " &lt;matlaskowski@paulhastings.com&gt;,"meghana.vunnamadala@lw.com " &lt;meghana.vunnamadala@lw.com&gt;,mhancock@gklaw.com," mharvey@mnat.com" &lt;mharvey@mnat.com&gt;,"mharvey@morrisnichols.com " &lt;mharvey@morrisnichols.com&gt;,"███████████████ " ███████████████ michaelrogers@eversheds-sutherland.com " &lt;michaelrogers@eversheds-sutherland.com&gt;," ███████████████ ███████████████ mlane@reedsmith.com" &lt;mlane@reedsmith.com&gt;,"███████████████ ███████████████ &gt;,Nathaniel DeLoatch &lt;nathanieldeloatch@eversheds-sutherland.com&gt;," ███████████████@███████"  ▨▨▨▨▨▨▨▨▨▨▨▨&gt;," nikolaos.chagias@shearman.com" &lt;nikolaos.chagias@shearman.com&gt;," noah.blum@shearman.com" &lt;noah.blum@shearman.com&gt;," ▨▨▨▨▨▨▨▨▨▨▨▨

peter.siddiqui@katten.com" <peter.siddiqui@katten.com>,"pierce@lrclaw.com " <pierce@lrclaw.com>,XXXXXXXXXXXXXXX," popovskym@sullcrom.com" <popovskym@sullcrom.com>,"ppavlick@mccarter.com " <ppavlick@mccarter.com>,queroli@rlf.com," rafael.zahralddin@lewisbrisbois.com" <rafael.zahralddin@lewisbrisbois.com>," rick.anigian@haynesboone.com" <rick.anigian@haynesboone.com>," XXXXXXXXXXXXXXXXXXXXXXXXXXXX'ryan.beil@whitecase.com " <ryan.beil@whitecase.com>,XXXXXXXXXXXXXXX," scerra@morrisjames.com" <scerra@morrisjames.com>,"schlauch@rlf.com " <schlauch@rlf.com>,"scott.cousins@lewisbrisbois.com " <scott.cousins@lewisbrisbois.com>,"XXXXXXXXXXXXXXXXXX" XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX'shumiston@mccarter.com " <shumiston@mccarter.com>,"XXXXXXXXXXXXXXXXX" XXXXXXXXXXXXXXX'slevinson@debevoise.com " <slevinson@debevoise.com>,"srodriguez@morrisjames.com " <srodriguez@morrisjames.com>,"stanton.c.mcmanus@usdoj.gov " <stanton.c.mcmanus@usdoj.gov>,steiger@rlf.com," stephanie.a.sasarak@usdoj.gov" <stephanie.a.sasarak@usdoj.gov>," sullivanc@sullcrom.com" <sullivanc@sullcrom.com>,XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX,"taxelrod@brownrudnick.com " <taxelrod@brownrudnick.com>,XXXXXXXXXXXX," tpakrouh@morrisjames.com" <tpakrouh@morrisjames.com>,"tshafroth@kbkllp.com " <tshafroth@kbkllp.com>,XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Cc:

**VIDEO REGISTRATION:**

**FTX Trading Ltd. (22-11068) – Estimation Hearing Re: Digital Assets – January 31, 2024 – 10:30am (EST)**

**Join ZoomGov Meeting:  https://debuscourts.zoomgov.com/j/1617686613**

Meeting ID: **161 768 6613**    Passcode: **164427**

**\*\*\*NOTE:  The Zoom link above should not be shared with others\*\*\***