## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| In re: FTX Trading Ltd., et al | Chapter 11 |
| Debtors | Case No. 22-11068 |
| | (Jointly Administered) |

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Federal Rules of Bankruptcy Procedure, of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor



Name of Transferee

Goldman Sachs Lending Partners LLC
200 West Street
New York, New York 10282
Attention: gs-bankruptcyclaims@gs.com

| Debtor | Case No. | Claim Identifiers | Assigned Claim Amount |
|---|---|---|---|
| FTX Trading Ltd. | 22-11068 | Unique Customer Code: 00366840<br>Confirmation ID: 3265-70-LCKBZ-785929419<br>FTX Account ID: 6703292<br>Schedule ID: 221106806789638 | 99.71% of the estimated value of the proof of claim as determined by the scheduled digital assets and fiat currency quantities for such claim multiplied by the valuation of such digital asset and fiat currency as set forth in the Claim Estimation Motion.[1] |

I declare under penalty of Perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 5/1/24

Transferee / Transferee's Agent

---

[1] Please note that the percentage above is calculated using the Digital Assets Conversion Table in Exhibit A to the *Motion of Debtors to Estimate Claims Based on Digital Assets* [Docket No. 5202] ("Claim Estimation Motion") and stated solely for the purposes specified under the *Order Granting Motion of Debtors to Estimate Claims Based on Digital Assets* [Docket No. 7090]. As stated in the attached Evidence of Transfer of Claim, the Assigned Claim Amount represents 100% of the USD Fiat portion of Transferor's Claim as listed on Debtor's January 23, 2024 Amended Schedule (see attached).

## SCHEDULED CLAIMS

**Excerpt from January 23, 2024 Amended Customer Schedule**

| | | |
|---|---|---|
| 00366840 | | ADA-PERP[0], ANC-PERP[0], APE[.0570065], APE-PERP[0], ATLAS-PERP[0], BCH-PERP[0], BTC-0325[0], BTC-0331[0], BTC[0.50006483], BTC-0624[0], BTC-0930[0], BTC-1230[0], BTC-20210326[0], BTC-20210625[0], BTC-20210924[0], BTC-20211231[0], BTC-PERP[0], DOT-PERP[0], ETC-PERP[0], ETH-0325[0], ETH[20.00070642], ETH-20210625[0], ETH-20210924[0], ETH-20211231[0], ETH-PERP[0], ETHW[0.00075190], FIL-PERP[0], FTT[751.0000075], FTT-PERP[0], LDO-PERP[0], LINK-PERP[0], LTC-PERP[0], LUNC-PERP[0], MATIC-PERP[0], OP-PERP[0], RAY[0.45241061], RAY-PERP[0], SOL-PERP[0], SRM[3817.74196286], SRM_LOCKED[16976.69803714], STETH[0.22631024], UNI-PERP[0], USD[12625971.08], USTC-PERP[0], XLM-PERP[0], XPLA[.09375] |

## Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

Evidence of Transfer

(Attached)

EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

  For value received, the adequacy and sufficiency of which are hereby acknowledged, ▮▮▮▮▮▮▮▮▮▮ (with Unique Customer Code 00366840) ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Goldman Sachs Lending Partners LLC (the "Assignee") 100% (or $12,625,971.08) of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), **arising from USD Fiat currency** held by FTX Trading Ltd. (the "Debtor"), the debtor in Case No. 22-11068 (JTD) (Jointly Administered) ("Case") pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (Customer Claim Form Confirmation ID No. 3265-70-LCKBZ-785929419) (in respect of such claim arising from USD Fiat currency held by the Debtor) filed by Assignor or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

  Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

  IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 12th day of March 2024.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

By:_____
 Name:
 Title:


**Goldman Sachs Lending Partners LLC**

By: *Jake Woodson*
 Name: Jake Woodson
 Title: Managing Director