## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE



| In re:                          | Chapter 11                |
|---------------------------------|---------------------------|
| FTX Trading Ltd., *et al.*      | Case No. 22-11068         |
| Debtors                         | (Jointly Administered)    |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of 100% of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **[CONFIDENTIAL CREDITOR]** | **Federico Natali** |
| Transferor's Address: | Transferee's address for notices and payment: |
| [Address on File] | 221 W 9th St |
| | Wilmington, DE 19801 |
| | Federico Natali |

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim(s) | FTX Trading Ltd. | 22-11068 | Claim No: 34120<br>Confirmation ID: 3265-70-XHDIB-457936412<br>Unique Customer Code: 00878753 | As detailed on Schedule F |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Federico Natali*  (DocuSigned by: D5041B50C4DD4BD)   Date: 05/02/2024

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

**EXHIBIT A**

SCHEDULED CLAIM(S) / PROOF(S) OF CLAIM

**Claim No: 34120**



Excerpt from creditor email with Unique Customer Code:



Excerpt from Schedule F-3:

00878753 ADABULL[0.000250000000000],ALCX[.0418216000000000],AMPL[0.081164195167696],ANC[18.1734000000000000],ASD[0.000000085245823],ATOM[4714.091685000000000],AUDIO[0.275800000000000],AXS[0.038470063071100],BNB[20.004388000000000],BNT[0.000000006196514],BOBA[0.027725000000000],BTC[10.509237650000000],BUSD[45300.000000000000000],CEL[0.000000018108176],CLV[2.654880000000000],CONV[30.048000000000000],DAI[9.998000000000000],DFL[1639403.820256680000000],DMG[252.880300000000000],DOT[0.000000003287663?],DYDX[5447.908830000000000],EMB[9.766000000000000],ETH[271.404661850000000],FTT[19.998500000000000],GARI[1.764400000000000],GENE[0.083980000000000],GST[22.276760000000000],HGET[0.097120000000000],KBTT[950.200000000000000],LDO[0.814400000000000],LTC[0.009792000000000],LUNA2[0.002839980749000],LUNA2_LOCKED[0.006626621747000],LUNC[0.000000009442526?],MAPS[22285.358800000000000],MASK[0.619200000000000],MATH[0.242060000000000],MATIC[0.132650000000000],OKB[0.000000014181262],PAXG[0.000001480000000],PUNDIX[0.083940000000000],REN[0.000000008755137?],RNDR[17.053960000000000],ROOK[0.352216800000000],RSR[0.000000001270182],RUNE[0.000000002111209?],SLND[0.036960000000000],SOL[10.000000000000000],SOS[74460.000000000000000],SRM[92648.012099440000000],SRM_LOCKED[29.144380900000000],STEP[1.534720000000000],STG[14.505200000000000],SUN[1896656.233400000000000],TRX[1000000.246112000000000],UNI[0.000000007535154?],USDT[114622.717821005?],USTC[0.000000049617076],VGX[0.801800000000000]

Excerpt from Amended Schedule F-5:

| 00878753 | Contingent | ADABULL[.00025], ALCX[.0418216], AMPL[0.08116419], ANC[18.1734], ASD[0], ATLAS-PERP[0], ATOM[4714.091685], ATOM-PERP[-4714], AUDIO[.2758], AXS[0.03847000], BADGER-PERP[0], BNB[20.004388], BNT[0], BOBA[.027725], BOBA-PERP[0], BTC[10.50923766], CEL[0], CLV[2.65488], CONV[30.048], DAI[9.998], DFL[1639403.82025668], DMG[252.8803], DOT[0], DYDX[5447.90883], EMB[9.766], ETH[271.40466185], FTT[19.9985], FTT-PERP[0], GARI[1.7644], GENE[.08398], GST[22.27676], HGET[.09712], HT-PERP[0], KBTT[950.2], KBTT-PERP[0], LDO[.8144], LDO-PERP[0], LRC-PERP[0], LTC[.009792], LUNA2[0.00283998], LUNA2_LOCKED[0.00662662], LUNC[0], MAPS[22285.3588], MASK[.6192], MATH[.24206], MATIC[.13265], MTA[.4296], OKB[0], OKB-PERP[0], PAXG[.00000148], PUNDIX[.08394], REN[0], RNDR[17.05396], ROOK[.3522168], RSR[0], RUNE[0], SLND[.03696], SOL[10], SOS[74460], SRM[92648.01209944], SRM_LOCKED[29.1443809], SRM-PERP[-92700], STEP[1.534720], STG[14.5052], SUN[1896656.2334], TRX[1000000.246112], UNI[0], USD[145995.62], USDT[114622.71782100], USTC[0], VGX[.8018] |