B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re FTX Trading Ltd., et al.,                            Case No. Case No. 22-11068

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Pngme | ▮▮▮▮▮ |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Pngme
c/o Steptoe LLP
Attn: Joseph Sanderson
1114 Avenue of the Americas
New York, NY 10036

Court Claim # (if known): 71510
Amount of Claim: See Claim #71510
Claim Filed: 09/26/2023

Phone: 212-378-7615
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

| Claim No./Schedule | Creditor Name / Customer ID | Amount | Debtor |
|---|---|---|---|
| Claim No. 71510 Schedule No. 6805611 | ▮▮▮▮ | Described in Schedule F | FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Joseph_____     Date: 5/2/24
~~Transferee/~~Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Name of Transferee**

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer of Claim to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and appropriate professionals.

PRIME CLERK IS NOW KROLL RESTRUCTURING ADMINISTRATION. ALL PRIME CLERK URLS AND EMAIL ADDRESSES ARE AUTOMATICALLY REDIRECTED.



# Creditor Data Details - Claim # 71510

**Creditor**

Name on file
Address on file

**Debtor Name**

FTX Trading Ltd.

**Date Filed**

09/26/2023

**Claim Number**

71510

**Schedule Number**

6805611

**Confirmation ID**

3265-70-HSCBT-805440368

# Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured |  |  |  |  |  |  |
| Priority |  |  |  |  |  |  |
| Secured |  |  |  |  |  |  |
| 503(b)(9) Admin Priority |  |  |  |  |  |  |
| Admin Priority |  |  |  |  |  |  |
| **Total** | **$0.00** |  |  |  | **$0.00** |  |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Transfers, objections, stipulations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.

## Claim Additional Info

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | AVAX | 0.477222 |
| CRYPTO | AVAX-PERP | -0.0000000000001137 |
| CRYPTO | BTC | 0.000118339305197 |
| CRYPTO | BTC-PERP | -0.0000000000000018 |
| CRYPTO | CEL-PERP | -0.0000000000004547 |
| CRYPTO | DOGE | 0.63498719 |
| CRYPTO | DYDX | 0.02216775 |
| CRYPTO | ETH | 0.0008577626651677 |
| CRYPTO | ETH-PERP | 0.0000000000003904 |
| CRYPTO | ETHW | 0.00003746343380813 |
| CRYPTO | FTT | 0.0000000045555553 |
| CRYPTO | FTT-PERP | 0.0000000000006821 |
| CRYPTO | KNC-PERP | 0.0000000000013642 |
| CRYPTO | LINK | 0.061723485450965 |
| CRYPTO | LINK-PERP | -0.000000000005457 |
| CRYPTO | LUNA2 | 46.47175446 |
| CRYPTO | LUNA2_LOCKED | 108.4340937 |
| CRYPTO | LUNC | 0.0000000005539937 |
| CRYPTO | LUNC-PERP | -0.0000000000128239 |
| CRYPTO | MTL-PERP | -0.000000000001819 |
| CRYPTO | PRISM | 9.282275 |
| CRYPTO | RUNE-PERP | -0.0000000000002274 |

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | SOL | 0.83971995 |
| CRYPTO | SOL-PERP | 0.0000000000000284 |
| CRYPTO | SPELL | 84.4105 |
| CRYPTO | SRM | 0.51772985 |
| CRYPTO | SRM_LOCKED | 4.82984564 |
| CRYPTO | SUSHI | 0.7554 |
| CRYPTO | USDT | 0.0000000054270526 |
| CRYPTO | WBTC | 0.105990928 |
| FIAT | USD | USD were converted to BTC and ETH when trading was active on the FTX platform. Balances were not recorded before the exchange shut down. |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains the website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s. Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated." For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

FTX Trading Ltd.                                                                                                                                                                                                    22-11068 (JTD)

Case 22-11068-JTD Schedule 1735 priorDoc 6735 Filed 06/27/23er chRage 855 of 1612

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Kind |
|---|---|---|---|---|
| 01164724 | | BTC-PERP[0], TRX[,000001], USD[0,39], USDT[,0770413] | | |
| 01164727 | | DOGE[704,531175], ETH[,34393464], ETHW[,34393464], MATIC[289.9272], SHIB[799848], SOL[3,4993335], TRX[2708,977325], USD[42,35], XRP[350,96695] | | |
| 01164729 | Contingent, Disputed | BTC[,00006784], ETH-0930[0], FTT[0,03868849], FTX_EU - we are here! #2727[1], SOL-0924[0], USD[53,73], USDT[11,260000001] (5456035394295426567/FTX_EU - we are here! #2843[1], NFT (4126343760579914402/FTX_EU - we are here! #1031[1], NFT (545603539429542656/FTX_EU - we are here! #2727[1], SOL-0924[0], USD[53,73], USDT[11,2600000001] | | |
| 01164731 | | BTC-PERP[0], DOGE-PERP[0], ETH-PERP[0], MATIC-PERP[0], TRX-PERP[0], USD[3,04] | | |
| 01164733 | Contingent | AAP[,-20210924[0], ADA-20210625[0], ADA-PERP[0], BCH-20210625[0], BCH-PERP[0], BTC-20210924[0], BTC-PERP[0], DOGE[0], DOGE-20210625[0], EOS-20210625[0], EOS-PERP[0], ETH-20210924[0], FTT[0,00309057], FTT-PERP[0], LTC[0], LTC-20210625[0], LUNA2[,000092293], LUNA2_LOCKED[0,00215326], SOL[0], SOL-20210924[0], SOL-PERP[0], SRM-PERP[0], TRX[0], USD[0,00], USDT[0], WDD[0], XRP-PERP[0] | | |
| 01164734 | | DOGE-PERP[0], ETH-PERP[0], FTT[,01385064], MATIC-PERP[0], USD[2575,10] | | |
| 01164735 | | BNB[0], ETH[0], LTC[0], TRX[0,00233100] | | |
| 01164737 | | RAY[,21239296], USD[0,00] | | |
| 01164738 | | BTC-PERP[0], CONV[6], DOGE-PERP[0], ETH-PERP[0], FIL-20210625[0], FIL-PERP[0], ICP-PERP[0], MEDIA[,00978], SOL-PERP[0], TRX[,000001], USD[-4,12], USDT[11,12432646] | | |
| 01164739 | | BAT-PERP[0], BNB-PERP[0], COMP-PERP[0], DOGE-PERP[0], ETH-PERP[0], FTT[0], OMG-PERP[0], SHIB-PERP[0], TRX-PERP[0], USD[0,00], USDT[0,00000001] | | |
| 01164740 | | ICP-PERP[0], TRX[,000005], USD[0,00], USDT[0,0000056] | | |
| 01164741 | | USD[0,79], USDT[0], XRP[0] | | |
| 01164744 | | BAO[1], DENT[1], DOGE[,00001016], GBP[0,06], KIN[1], USD[0,00] | | |
| 01164750 | | FTT[,56998237], ICP-PERP[0], TRX[,000004], USD[0,00], USDT[0] | | |
| 01164754 | | BNB[,000000001], HMT[2,9994], USD[1,08], USDT[0,30140936] | | |
| 01164756 | | BTC[,01579699], ETH[,11497615], ETHW[,11497615], TRX[,000003], USDT[471,85004468] | | |
| 01164760 | | ICP-PERP[0], USD[0,12], USDT[0,00000005] | | |
| 01164761 | | DOGE[0], ETH[0], LTC[0] | | |
| 01164763 | | BNB[0], BTC[0,03075449], ETH[,00086694], SOL[0], TRX[9,999666], USDC[-386,74], USDT[0], XRP[100,834320000] | | |
| 01164765 | | BTC-PERP[0], ICP-PERP[0], LINK-PERP[0], TRX[,000002], USD[-0,03], USDT[2,31349344] | | |
| 01164766 | | STEP[4,082013], TRX[,000002], USD[0,00] | | |
| 01164768 | | TRX[,000001] | | |
| 01164769 | | BNB[,0013532], ICP-PERP[0], SHIB-PERP[0], TRX[,000001], USD[0,23], USDT[0,00030318] | | |
| 01164771 | | ETHW[,04197207], TRX[,000002], USDT[49,55243447], XRP[,062095] | | |
| 01164773 | | 1INCH-PERP[0], ADA-PERP[0], ADAM-PERP[0], ASD[5456L,8], ATOM-PERP[0], AVAX-PERP[0], AXS-PERP[0], BCH-PERP[0], BNB[,14026491], BNB-PERP[0], BTC[0,00079354], BTC-PERP[0], CLV-PERP[0], DASH-PERP[0], DOGE-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[0,01266556], ETH-PERP[0], FTT[37,884057795], FTX-PERP[0], HBAR-PERP[0], ICP-PERP[0], LEO-PERP[0], LINK-PERP[0], LTC-PERP[0], MATIC[,05142], MATIC-PERP[0], MID-PERP[0], NEO-PERP[0], OMG-PERP[0], QTUM-PERP[0], RAY[54], RUNE-PERP[0], SHIB[3097938,5], SOL-PERP[0], SRM-PERP[0], THETA-PERP[0], TRX[31,24031], TRX-PERP[0], USD[20,21], VET-PERP[0], XLM-PERP[0], XMR-PERP[0], ZEC-PERP[0] | | |
| 01164778 | | AVAX[19,186544], BTC-PERP[0], EUR[705,68], LINK[17,6], MATIC[180], SOL[2,74], USD[5,08] | | |
| 01164782 | | FTT[,22039], SRM[,61719046], SRM_LOCKED[2,36260654], TRX[,000001] | | |
| 01164784 | Contingent | ADA-PERP[0], ALT-PERP[0], ATOM-PERP[0], BCH[0], BCH-PERP[0], BNB[0], BTC[0], BTC-MOVE-20210610[0], BTC-MOVE-20210626[0], BTC-PERP[0], CLV-PERP[0], DASH-PERP[0], DEFI-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH-HALF[0], ETH-PERP[0], ETHW[0,01266556], FB[0,00000001], FTT[0], KP-PERP[0], OMG[0], OMG-PERP[0], PERP[0], RAY[0], SLP-PERP[0], SNX[0], SOL[0], SRM[,00416195], SRM_LOCKED[,02084683], TRX-PERP[0], USD[0,00], USDT[0,00000001], XAUT-PERP[0], XEM-PERP[0], XRP[0], XTZ-PERP[0], ZEC-PERP[0] | | |
| 01164792 | Contingent, Disputed | ADA-PERP[0], ATOM-PERP[0,2], EN-PERP[4], STMX-PERP[100], TRX-PERP[70], USD[-5,37], VET-PERP[100] | | |
| 01164796 | | CRO[0], TRX[,00022332], USD[0,00] | | |
| 01164798 | | ETH[0], FTT[0], USD[0,00], USDT[0,00000034] | | |
| 01164807 | | BTC[,00021042], BTC-PERP[0], ETH[0], ETH-PERP[0], SHIB[699980], SNX-PERP[0], USD[0,00] | | |
| 01164815 | Contingent | ADA-0624[0], ADA-PERP[0], ANC-PERP[0], APE-PERP[0], AR-PERP[0], ATOM-PERP[0], AVAX[,477222], AVAX-PERP[0], AXS-PERP[0], BNB-PERP[0], BTC[0,00111833], BTC-0325[0], BTC-0624[0], BTC-0930[0], BTC-1230[0], BTC-20210924[0], BTC-20210924[0], CEL-PERP[0], CELO-PERP[0], CLV-PERP[0], CREAM-PERP[0], CRO-PERP[0], DODO-PERP[0], DOGE[,63498719], DOGE-PERP[0], DOT-PERP[0], DYDX[,02216775], EN$-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[0,00065776], ETH-0325[0], ETH-0624[0], ETH-0930[0], ETH-1230[0], ETH-20211221[0], ETH-PERP[0], ETHW[0,00037463], FIL-PERP[0], FTT[0], FTT-PERP[0], GAL-PERP[0], GMT-PERP[0], HT-PERP[0], ICP-PERP[0], KLUNC-PERP[0], KNC-PERP[0], LINK[0,06172348], LINK-0325[0], LINK-PERP[0], LOOKS-PERP[0], LTC-PERP[0], LUNA2[46,47175446], LUNA2_LOCKED[108,43408937], LUNC[0], LUNC-PERP[0], MAPS-PERP[0], MATIC-PERP[0], MNGO-PERP[0], MTL-PERP[0], NEAR-PERP[0], ONE-PERP[0], OP-PERP[0], PRISM[9,282275], RUNE-PERP[0], SKL-PERP[0], SLP-PERP[0], SOL[,83971995], SOL-PERP[0], SPELL[84,4105], SRM[,51772985], SRM_LOCKED[4,82984564], STEP-PERP[0], SUSHI[,7554], TRU-PERP[0], USD[166456,69], USDT[0], USTC-PERP[0], WAVES-PERP[0], WBTC[0,10659092], ZIL-PERP[0] | | |
| 01164816 | | BTC-MOVE-20210509[0], BTC-MOVE-20210519[0], COMP-20210924[0], COMP-PERP[0], DEFI-PERP[0], DOGE-PERP[0], FTM-PERP[0], IBVOL[0], LINK-PERP[0], ON-PERP[0], PROM-PERP[0], SLP-PERP[0], TRX-PERP[0], USD[0,011], USDT[0,100261611] | | |
| 01164817 | | SOL[0] | | |
| 01164820 | | ICP-PERP[0], TRX[,000001], USD[0,01] | | |
| 01164821 | | ICP-PERP[0], TRX[,000003], USD[0,00], USDT[0] | | |
| 01164822 | | ICP-PERP[0], TRX[,000002], USD[-0,96], USDT[101,047276] | | |
| 01164827 | | APT-PERP[0], BAND-PERP[193,7], BSV-PERP[0], BTC-PERP[0], DOGE-PERP[0], ETC-PERP[0], ETH-PERP[0], ETHW-PERP[0], FIL-PERP[0], FLOW-PERP[0], FTT-PERP[0], GRT-PERP[0], HT-PERP[0], ICP-PERP[0], KSM-PERP[0], LUNC-PERP[0], MATIC-PERP[0], NEAR-PERP[0], OKB-PERP[0], SHIB-PERP[0], TRX[,4263338], USD[-1736,35], USDT[7286,20476497], YFI-PERP[0] | | |
| 01164828 | | BAO[1], BNB[0], LINA[0], MATH[1] | | |
| 01164830 | | BAO[3], CAD[0,00], KIN[2], RSR[1], TRX[1], USD[0,00] | | |
| 01164831 | Contingent | CQT[,25033], FTT[,096576], GOG[,457914], LUNA2_LOCKED[321,303886], NFT (5053595555255504184/The Hill by FTX #36340)[1], POLIS[,013301], TRX[,000779], UMEE[4,70076], USD[-0,05], USDT[0] | | |
| 01164832 | | FTT[,0998], TRX[,000005], USD[0,00], USDT[0] | | |