**Exhibit B**

**Disbursements**

15328410v1

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 2/1/2024 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/1/2024 | Kendyl Flinn | Late night / weekend transportation | 19.94 | Taxi home, working late in office |
| 2/1/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/1/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/1/2024 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/2/2024 | Emil Tu | Late night / weekend transportation | 19.04 | Taxi home, working late in office |
| 2/2/2024 | Kendyl Flinn | Late night / weekend transportation | 25.27 | Taxi home, working late in office |
| 2/4/2024 | Jackson Darby | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/5/2024 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/5/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/5/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/5/2024 | Matt Rahmani | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/5/2024 | Eduardo Ascoli | Late night / weekend transportation | 29.82 | Taxi home, working late in office |
| 2/6/2024 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/6/2024 | Eduardo Ascoli | Late night / weekend transportation | 18.80 | Taxi home, working late in office |
| 2/6/2024 | Emil Tu | Late night / weekend transportation | 14.75 | Taxi home, working late in office |
| 2/6/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/6/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/7/2024 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/7/2024 | Emil Tu | Late night / weekend transportation | 15.77 | Taxi home, working late in office |
| 2/7/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/7/2024 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/7/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/8/2024 | Emil Tu | Late night / weekend transportation | 14.95 | Taxi home, working late in office |
| 2/8/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/8/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 2/9/2024 | Emil Tu | Late night / weekend transportation | 15.02 | Taxi home, working late in office |
| 2/10/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/10/2024 | Jackson Darby | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/11/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/12/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/13/2024 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/13/2024 | Emil Tu | Late night / weekend transportation | 14.75 | Taxi home, working late in office |
| 2/13/2024 | Kendyl Flinn | Late night / weekend transportation | 19.46 | Taxi home, working late in office |
| 2/13/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/13/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/13/2024 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/14/2024 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/14/2024 | Emil Tu | Late night / weekend transportation | 12.24 | Taxi home, working late in office |
| 2/14/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/14/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/15/2024 | Emil Tu | Late night / weekend transportation | 15.82 | Taxi home, working late in office |
| 2/15/2024 | Kendyl Flinn | Late night / weekend transportation | 19.10 | Taxi home, working late in office |
| 2/15/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/16/2024 | Emil Tu | Late night / weekend transportation | 14.75 | Taxi home, working late in office |
| 2/16/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/17/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/18/2024 | Emil Tu | Late night / weekend transportation | 17.09 | Taxi home, working late in office |
| 2/18/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/20/2024 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/20/2024 | Eduardo Ascoli | Late night / weekend transportation | 30.69 | Taxi home, working late in office |
| 2/20/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 2/20/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/21/2024 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/21/2024 | Emil Tu | Late night / weekend transportation | 16.29 | Taxi home, working late in office |
| 2/21/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/21/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/21/2024 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/22/2024 | Emil Tu | Late night / weekend transportation | 14.75 | Taxi home, working late in office |
| 2/22/2024 | Kendyl Flinn | Late night / weekend transportation | 22.98 | Taxi home, working late in office |
| 2/22/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/23/2024 | Emil Tu | Late night / weekend transportation | 14.75 | Taxi home, working late in office |
| 2/26/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/26/2024 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 1,942.50 | For professional services rendered and related expenses incurred through January 2024 |
| 2/27/2024 | Emil Tu | Late night / weekend transportation | 14.75 | Taxi home, working late in office |
| 2/27/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/27/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/27/2024 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/28/2024 | Emil Tu | Late night / weekend transportation | 16.55 | Taxi home, working late in office |
| 2/28/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/28/2024 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/29/2024 | Emil Tu | Late night / weekend transportation | 16.15 | Taxi home, working late in office |
| 2/29/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 2/29/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| **Total** | | | **$3,355.98** | |