**Exhibit C**

**Porter Hedges LLP Time and Expense Records**

**(January 1, 2024 through January 31, 2024)**

15328410v1

| Name of Applicant | *Porter Hedges LLP* |
|---|---|
| **Authorized to Provide Professional Services to:** | **Perella Weinberg Partners LP (Investment Banker to the Debtors)** |
| **Date of Retention:** | *nunc pro tunc* **to November 16, 2022** |
| **Period for which compensation and reimbursement is sought:** | **January 1, 2024 through January 31, 2024** |
| **Amount of Compensation sought as actual, reasonable and necessary:** | **$1,942.50** |
| **80% of Compensation sought as actual, reasonable and necessary:** | **n/a** |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | **$0** |

**This is a(n) <u>X</u> monthly _____ interim _____ final application.  No prior application has been filed with respect to this Fee Period.**

**PRIOR MONTHLY FEE STATEMENTS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 02/17/23 | Nov. 16, 2022 – Nov. 30, 2022 | $16,178.00 | $0 | $16,178.00 | $0 |
| 03/06/23 | Dec. 1, 2022 – Dec. 31, 2022 | $19,659.00 | $0 | $19,659.00 | $0 |
| 04/04/23 | Jan. 1, 2023 – Jan. 31, 2023 | $59,185.50 | $0 | $59,185.50 | $0 |
| 05/04/23 | Feb. 1, 2023 – Feb. 28, 2023 | $17,667.50 | $21.50 | $59,185.50 | $0 |
| 06/05/23 | Mar. 1, 2023 – Mar. 31, 2023 | $10,369.00 | $0 | $59,185.50 | $0 |
| 09/12/23 | Apr. 1, 2023 – Apr. 30, 2023 | $8,484.00 | $0 | Pending | Pending |
| 09/14/23 | May 1, 2023 – May 31, 2023 | $5,626.50 | $0 | Pending | Pending |
| 09/14/23 | June 1, 2023 – June 30, 2023 | $7,521.50 | $4.30 | Pending | Pending |
| 12/04/23 | July 1, 2023 – July 31, 2023 | $3,484.50 | $0 | Pending | Pending |
| 12/06/23 | August 1, 2023 – August 31, 2023 | $5,784.00 | $0 | Pending | Pending |
| 12/08/23 | Sept. 1 – Sept. 30, 2023 | $14,943.00 | $0 | Pending | Pending |
| 02/13/24 | Oct. 1 – Nov. 30, 2023 | $2,695.50 | $0 | Pending | Pending |

**SUMMARY OF BILLING BY PROFESSIONAL**
**JANUARY 1, 2024 THROUGH AND INCLUDING JANUARY 31, 2024**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| John F. Higgins | Partner | 1983 | 1983 | $1,050.00 | 0.4 | $420.00 |
| Megan N. Young-John | Partner | 2013 | 2013 | $725.00 | 2.1 | $1,522.50 |
| Partner Total | | | | | 2.5 | $1,942.50 |
| GRAND TOTAL | | | | | 2.5 | $1,942.50 |

**Blended Hourly Rate:  $777.00**

15328410v1

## STATEMENT OF FEES BY PROJECT CATEGORY[1]
## JANUARY 1, 2024 THROUGH AND INCLUDING JANUARY 31, 2024

| Project Name | Hours | Fee Amount |
|---|---|---|
| PWP Retention & Compensation | 2.5 | $1,942.50 |
| Total | 2.5 | $1,942.50 |

---

[1]    The subject matter of certain time entries may be appropriate for more than one project category.  In such instances, time entries generally have been included in the most appropriate category.  Time entries do not appear in more than one category.

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 560006 |
| Date | 02/26/24 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

PERELLA WEINBERG PARTNERS \ TPH&CO.
ATTN: JENNIE MILLER
1111 BAGBY STREET, SUITE 4900
HOUSTON, TX  77002

TAX ID# 74-2174193

**FTX Bankruptcy**

---

## Invoice Summary

| | |
|---|---|
| Professional Services | $1,942.50 |
| Disbursements | 0.00 |
| Total Current Invoice | $1,942.50 |
| **TOTAL AMOUNT DUE** | **$1,942.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 560006 |
| Date | 02/26/24 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through January 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 01/02/24 | MNY | Confirm no objections to 12th fee statement. | 0.10 | 72.50 |
| 01/12/24 | JFH | Email M. Young-John, N. Jenner and B. Mendelson regarding CNO. | 0.20 | 210.00 |
| 01/12/24 | MNY | Emails with client regarding CNOs on fee statement (.1); email Debtors' counsel regarding same (.1). | 0.20 | 145.00 |
| 01/23/24 | MNY | Email client regarding December records for fee statement. | 0.10 | 72.50 |
| 01/30/24 | MNY | Prepare December fee statement and exhibits (1.0); email J. Darby regarding updates to expense detail (.2); update fee statement accordingly and circulate to client and S&C for review (.5). | 1.70 | 1,232.50 |
| 01/31/24 | JFH | Email regarding interim fee application. | 0.20 | 210.00 |
| **Total Services** | | | **2.50** | **$1,942.50** |

## Timekeeper Summary

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JFH | John F. Higgins | Partner | 0.40 | 1,050.00 | 420.00 |
| MNY | Megan N. Young-John | Partner | 2.10 | 725.00 | 1,522.50 |

Total Disbursements                                                                                          $0.00

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page                3
Inv#           560006
Date         02/26/24
017741-0001
JOHN F. HIGGINS

TAX ID# 74-2174193

---

**Invoice Total**                                                          **$1,942.50**