**<u>Exhibit B</u>**

**Disbursements**

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 3/1/2024 | Bruce Mendelsohn | Travel to meetings / out of town | 78.12 | Car to return to hotel for FTX call |
| 3/1/2024 | Emil Tu | Late night / weekend transportation | 17.03 | Taxi home, working late in office |
| 3/4/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/5/2024 | Eduardo Ascoli | Late night / weekend transportation | 30.09 | Taxi home, working late in office |
| 3/5/2024 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/5/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/5/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/5/2024 | Emil Tu | Late night / weekend transportation | 16.97 | Taxi home, working late in office |
| 3/6/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/6/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/6/2024 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 10,693.50 | For professional services rendered and related expenses incurred in the above-referenced matter through December 2023 |
| 3/6/2024 | Emil Tu | Late night / weekend transportation | 31.25 | Taxi home, working late in office |
| 3/7/2024 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/8/2024 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/6/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/7/2024 | Emil Tu | Late night / weekend transportation | 27.94 | Taxi home, working late in office |
| 3/9/2024 | Emil Tu | Late night / weekend transportation | 14.83 | Taxi home, working late in office |
| 3/10/2024 | Emil Tu | Late night / weekend transportation | 19.32 | Taxi home, working late in office |
| 3/11/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/12/2024 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/12/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/12/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/12/2024 | Emil Tu | Late night / weekend transportation | 17.86 | Taxi home, working late in office |
| 3/13/2024 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/13/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/13/2024 | Matt Rahmani | Late night / weekend meals | 20.00 | Meal working late in office |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 3/13/2024 | Eduardo Ascoli | Late night / weekend transportation | 31.00 | Taxi home, working late in office |
| 3/13/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/13/2024 | Emil Tu | Late night / weekend transportation | 15.18 | Taxi home, working late in office |
| 3/14/2024 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/14/2024 | Eduardo Ascoli | Late night / weekend transportation | 37.21 | Taxi home, working late in office |
| 3/14/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/14/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/14/2024 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/14/2024 | Emil Tu | Late night / weekend transportation | 16.01 | Taxi home, working late in office |
| 3/14/2024 | Matt Rahmani | Late night / weekend transportation | 128.07 | Taxi home, working late in office |
| 3/16/2024 | Jackson Darby | Late night / weekend transportation | 14.74 | Taxi home, working late in office |
| 3/18/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/19/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/19/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/19/2024 | Emil Tu | Late night / weekend transportation | 15.27 | Taxi home, working late in office |
| 3/19/2024 | Jackson Darby | Late night / weekend transportation | 12.28 | Taxi home, working late in office |
| 3/20/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/20/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/20/2024 | Emil Tu | Late night / weekend transportation | 16.56 | Taxi home, working late in office |
| 3/20/2024 | Jackson Darby | Late night / weekend transportation | 20.44 | Taxi home, working late in office |
| 3/21/2024 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 1,032.50 | Period ended February 29, 2024 FTX Chapter 11, Matter No: 22726417 |
| 3/21/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/21/2024 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/21/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/21/2024 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/21/2024 | Emil Tu | Late night / weekend transportation | 16.73 | Taxi home, working late in office |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 3/21/2024 | Jackson Darby | Late night / weekend transportation | 11.95 | Taxi home, working late in office |
| 3/22/2024 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 201,322.93 | For professional services rendered and related expenses incurred in the above-referenced matter through February 2024 |
| 3/22/2024 | Jackson Darby | Late night / weekend transportation | 11.75 | Taxi home, working late in office |
| 3/22/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/24/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/25/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/25/2024 | Matt Rahmani | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/25/2024 | Emil Tu | Late night / weekend transportation | 17.14 | Taxi home, working late in office |
| 3/26/2024 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/26/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/27/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/27/2024 | Emil Tu | Late night / weekend transportation | 32.17 | Taxi home, working late in office |
| 3/28/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/29/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/29/2024 | Emil Tu | Late night / weekend transportation | 18.62 | Taxi home, working late in office |
| 3/29/2024 | Emil Tu | Late night / weekend transportation | 33.94 | Taxi home, working late in office |
| 3/30/2024 | Jackson Darby | Late night / weekend transportation | 18.08 | Taxi home, working late in office |
| 3/31/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 3/31/2024 | Jackson Darby | Late night / weekend transportation | 15.59 | Taxi home, working late in office |
| **Total** | | | **$214,585.07** | |