**Exhibit C**

**Porter Hedges LLP Time and Expense Records**

**(December 1, 2023 – December 31, 2023 and February 1, 2024 – February 29, 2024)**

4887-7430-3052 v.4
15342563v1

| Name of Applicant | *Porter Hedges LLP* |
|---|---|
| **Authorized to Provide Professional Services to:** | **Perella Weinberg Partners LP (Investment Banker to the Debtors)** |
| **Date of Retention:** | *nunc pro tunc* to November 16, 2022 |
| **Period for which compensation and reimbursement is sought:** | **December 1, 2023 through December 31, 2023 and February 1, 2024 through February 29, 2024** |
| **Amount of Compensation sought as actual, reasonable and necessary:** | $11,726.00 |
| **80% of Compensation sought as actual, reasonable and necessary:** | n/a |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $0 |

This is a(n) <u>X</u> monthly _____ interim _____ final application. No prior application has been filed with respect to this Fee Period.

**PRIOR MONTHLY FEE STATEMENTS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 02/17/23 | Nov. 16, 2022 – Nov. 30, 2022 | $16,178.00 | $0 | $16,178.00 | $0 |
| 03/06/23 | Dec. 1, 2022 – Dec. 31, 2022 | $19,659.00 | $0 | $19,659.00 | $0 |
| 04/04/23 | Jan. 1, 2023 – Jan. 31, 2023 | $59,185.50 | $0 | $59,185.50 | $0 |
| 05/04/23 | Feb. 1, 2023 – Feb. 28, 2023 | $17,667.50 | $21.50 | $59,185.50 | $0 |
| 06/05/23 | Mar. 1, 2023 – Mar. 31, 2023 | $10,369.00 | $0 | $59,185.50 | $0 |
| 09/12/23 | Apr. 1, 2023 – Apr. 30, 2023 | $8,484.00 | $0 | $8,484.00 | $0 |
| 09/14/23 | May 1, 2023 – May 31, 2023 | $5,626.50 | $0 | $5,626.50 | $0 |
| 09/14/23 | June 1, 2023 – June 30, 2023 | $7,521.50 | $4.30 | $7,521.50 | $0 |
| 12/04/23 | July 1, 2023 – July 31, 2023 | $3,484.50 | $0 | $3,484.50 | $0 |
| 12/06/23 | August 1, 2023 – August 31, 2023 | $5,784.00 | $0 | $5,784.00 | $0 |
| 12/08/23 | Sept. 1 – Sept. 30, 2023 | $14,943.00 | $0 | $14,943.00 | $0 |
| 02/13/24 | Oct. 1 – Nov. 30, 2023 | $2,695.50 | $0 | Pending | Pending |
| 05/03/24 | Jan. 1 – Jan. 31, 2024 | $1,942.50 | $0 | Pending | Pending |

**SUMMARY OF BILLING BY PROFESSIONAL**
**DECEMBER 1, 2023 THROUGH AND INCLUDING DECEMBER 31, 2023**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| John F. Higgins | Partner | 1983 | 1983 | $945.00 | 2.4 | $2,268.00 |
| **Partner Total** | | | | | 2.4 | $2,268.00 |
| Megan N. Young-John | Associate | 2013 | 2013 | $615.00 | 13.7 | $8,425.50 |
| **Associate Total** | | | | | 13.7 | $8,425.50 |
| **GRAND TOTAL** | | | | | 16.1 | $10,693.50 |

**Blended Hourly Rate:  $664.19**

**SUMMARY OF BILLING BY PROFESSIONAL**
**FEBRUARY 1, 2024 THROUGH AND INCLUDING FEBRUARY 29, 2024**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| John F. Higgins | Partner | 1983 | 1983 | $1,050.00 | 0.5 | $525.00 |
| Megan N. Young-John | Partner | 2013 | 2013 | $725.00 | 0.7 | $507.50 |
| **Partner Total** | | | | | 1.2 | $1,032.50 |
| **GRAND TOTAL** | | | | | 1.2 | $1,032.50 |

**Blended Hourly Rate: $860.42**

# STATEMENT OF FEES BY PROJECT CATEGORY[1]
## DECEMBER 1, 2023 THROUGH AND INCLUDING DECEMBER 31, 2023 AND FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024

| Project Name | Hours | Fee Amount |
|---|---|---|
| PWP Retention & Compensation | 17.3 | $11,726.00 |
| Total | 17.3 | $11,726.00 |

---

[1] The subject matter of certain time entries may be appropriate for more than one project category. In such instances, time entries generally have been included in the most appropriate category. Time entries do not appear in more than one category.

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510  
P.O. BOX 4346  
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000  
TELECOPIER (713) 228-1331

Page 1  
Inv# 558347  
Date 01/10/24  
017741-0001  
JOHN F. HIGGINS

PERELLA WEINBERG PARTNERS \ TPH&CO.  
ATTN: JENNIE MILLER  
1111 BAGBY STREET, SUITE 4900  
HOUSTON, TX  77002

TAX ID# 74-2174193

**FTX Bankruptcy**

---

**Invoice Summary**

| | |
|---|---:|
| Professional Services | $10,693.50 |
| Disbursements | 0.00 |
| Total Current Invoice | $10,693.50 |
| **TOTAL AMOUNT DUE** | **$10,693.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346
_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page 2
Inv# 558347
Date 01/10/24
017741-0001
JOHN F. HIGGINS

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through December 2023, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 12/01/23 | MNY | Review Mayer Brown July invoices in preparation to file August fee statement (.5); update fee statement draft for August (.3). | 0.80 | 492.00 |
| 12/02/23 | MNY | Update August and September fee statements with updates to expenses and update application with/review Mayer Brown invoices for privilege (2.7); circulate same to client for review (.2); circulate same to Mayer Brown for confirmation of redactions (.2); circulate same to S&C for review (.2); review October expenses and send email to client requesting additional information (.1). | 3.40 | 2,091.00 |
| 12/03/23 | MNY | Email with Mayer Brown regarding invoices for fee statement. | 0.10 | 61.50 |
| 12/04/23 | MNY | Emails with Mayer Brown and S&C regard August and September fee statements for PWP. | 0.30 | 184.50 |
| 12/04/23 | JFH | Email J. Darby, M. Young-John and K. Flinn regarding PWP fee statement. | 0.30 | 283.50 |
| 12/05/23 | JFH | Email B. Mendelsohn, K. Cofsky and M. Young-John regarding fee statement. | 0.20 | 189.00 |
| 12/06/23 | MNY | Update September fee statement with expense update (.2); finalize August and September fee statements and circulate for signature (.3); prepare filing versions and circulate to Debtors' counsel for filing (.2); prepare October fee statement and circulate draft to client team, Debtors' counsel and Mayer Brown (2.1). | 2.80 | 1,722.00 |
| 12/06/23 | JFH | Email K. Flinn, B. Mendelsohn and M. Young-John regarding revisions to fee statement (.3); email regarding fee application (.1). | 0.40 | 378.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page 3
Inv# 558347
Date 01/10/24
017741-0001
JOHN F. HIGGINS

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 12/07/23 | MNY | Circulate updates to proposed interim fee order to Debtors' counsel (.1); circulate Mayer Brown invoices for October fee statement to Debtors' counsel (.1). | 0.20 | 123.00 |
| 12/07/23 | JFH | Email regarding fee application and statement. | 0.30 | 283.50 |
| 12/08/23 | MNY | Update October fee statement based on comments and finalize for filing (.5); coordinate signature and filing with client and debtors' counsel (.3). | 0.80 | 492.00 |
| 12/13/23 | MNY | Prepare fourth interim fee application and circulate to client (1.0); email Debtors' counsel to confirm hearing date (.1). | 1.10 | 676.50 |
| 12/13/23 | JFH | Email N. Jenner and M. Young-John regarding fourth interim application and hearing. | 0.30 | 283.50 |
| 12/14/23 | MNY | Update and circulate fourth interim fee application for approval (.3); circulate final of same for execution (.2). | 0.50 | 307.50 |
| 12/15/23 | MNY | Finalize execution version and transmit fourth interim fee application for filing. | 0.30 | 184.50 |
| 12/19/23 | MNY | Email Debtors' counsel regarding PII update question (.1); email client regarding response to same (.2). | 0.30 | 184.50 |
| 12/20/23 | MNY | Review expenses report for November fee statement and email E. Moreland regarding question on PH fees. | 0.30 | 184.50 |
| 12/21/23 | MNY | Prepare November fee statement for PWP and circulate to client team (1.8); circulate draft of same to Debtors' counsel and Mayer Brown (.2). | 2.00 | 1,230.00 |
| 12/21/23 | JFH | Email PWP and M. Young-John regarding interim application. | 0.30 | 283.50 |
| 12/22/23 | MNY | Circulate November monthly fee statement to client team for review and approval (.2); coordinate final approval and filing of same (.4). | 0.60 | 369.00 |
| 12/22/23 | JFH | Email PWP and M. Young-John regarding fee statement. | 0.30 | 283.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page 4
Inv# 558347
Date 01/10/24
017741-0001
JOHN F. HIGGINS

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 12/27/23 | MNY | Email client regarding 10th and 11th fee statements. | 0.10 | 61.50 |
| 12/28/23 | MNY | Email Debtors' counsel regarding 10th and 11th fee statements. | 0.10 | 61.50 |
| 12/28/23 | JFH | Email regarding fee estimate (.1); email regarding 2024 monthly retainer (.1); email N. Jenner regarding CNO (.1). | 0.30 | 283.50 |
| **Total Services** | | | **16.10** | **$10,693.50** |

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JFH | John F. Higgins | Partner | 2.40 | 945.00 | 2,268.00 |
| MNY | Megan N. Young-John | Associate | 13.70 | 615.00 | 8,425.50 |

Total Disbursements $0.00

**Invoice Total** $10,693.50

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510  
P.O. BOX 4346  
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000  
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 561274 |
| Date | 03/22/24 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

PERELLA WEINBERG PARTNERS \ TPH&CO.  
ATTN: JENNIE MILLER  
1111 BAGBY STREET, SUITE 4900  
HOUSTON, TX  77002

TAX ID# 74-2174193

**FTX Bankruptcy**

---

**Invoice Summary**

| | |
|---|---:|
| Professional Services | $1,032.50 |
| Disbursements | 0.00 |
| Total Current Invoice | $1,032.50 |
| **TOTAL AMOUNT DUE** | **$1,032.50** |

**PORTER HEDGES LLP**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page 2
Inv# 561274
Date 03/22/24
017741-0001
JOHN F. HIGGINS

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through February 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 02/08/24 | MNY | Follow up with PWP regarding fee statement sign off. | 0.10 | 72.50 |
| 02/13/24 | JFH | Email regarding PWP December fee statement. | 0.20 | 210.00 |
| 02/13/24 | MNY | Compile and circulate December fee statement to B. Mendelsohn for signature (.3); coordinate filing of same with Debtors' counsel (.2). | 0.50 | 362.50 |
| 02/27/24 | JFH | Email regarding fee application and hearings. | 0.30 | 315.00 |
| 02/27/24 | MNY | Check in with client on January fee statement documents. | 0.10 | 72.50 |
| **Total Services** | | | **1.20** | **$1,032.50** |

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JFH | John F. Higgins | Partner | 0.50 | 1,050.00 | 525.00 |
| MNY | Megan N. Young-John | Partner | 0.70 | 725.00 | 507.50 |

Total Disbursements                $0.00

**Invoice Total**                    **$1,032.50**