# Exhibit D

**Mayer Brown LLP Time and Expense Records**

**(February 1, 2024 to February 29, 2024)**

| **Name of Applicant** | *Mayer Brown LLP* |
|---|---|
| Authorized to Provide Professional Services to: | Perella Weinberg Partners LP (Investment Banker to the Debtors) |
| Date of Retention: | *nunc pro tunc* to November 16, 2022 |
| Period for which compensation and reimbursement is sought: | February 1, 2024 through February 29, 2024 |
| Amount of Compensation sought as actual, reasonable and necessary: | $192,049.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | n/a |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $9,273.93 |

This is a(n) **X** monthly ____ interim ____ final application.  No prior application has been filed with respect to this Fee Period.

**PRIOR MONTHLY FEE STATEMENTS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 09/14/2023 | Dec. 1, 2022 to June 30, 2023 | $171,523.50 | $506.96 | $171,523.50 | $506.96 |
| 12/06/2023 | July 1, 2023 to July 31, 2023 | $215,428.50 | $9,971.41 | $215,428.50 | $9,971.41 |
| 12/06/2023 | August 1, 2023 to Sept. 30, 2023 | $26,842.50 | $1,625.46 | $26,842.50 | $1,625.46 |
| 12/08/2023 | Oct. 1, 2023 to Oct. 31, 2023 | $71,914.50 | $2.75 | $71,914.50 | $2.75 |
| 12/22/2023 | Nov. 1, 2023 to Nov. 30, 2023 | $41,097.50 | $26,087.24 | Pending | Pending |

**SUMMARY OF BILLING BY PROFESSIONAL**
**FEBRUARY 1, 2024 THROUGH AND INCLUDING FEBRUARY 29, 2024**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Cloe M. Anderson | Associate | 2021 | 2021 | $810.00 | 17.8 | $14,418.00 |
| James B. Danford | Associate | 2017 | 2017 | $1,055 | 20.8 | $21,944.00 |
| Anna V. Durham | Associate | 2021 | 2020 | $885.00 | 13.1 | $11,593.50 |
| Daisy R. Gray | Associate | 2022 | 2022 | $745.00 | 24.6 | $18,327.00 |
| Kathryne M. Gray | Associate | 2014 | 2013 | $1,165.00 | 16 | $18,640.00 |
| Carolina A. Herrera | Associate | 2021 | 2021 | $810.00 | 29.5 | $23,895.00 |
| Natalie S. Holman | Associate | 2021 | 2021 | $810.00 | 17.8 | $14,418.00 |
| Carter M. Jansen | Associate | 2022 | 2022 | $745.00 | 15.5 | $11,547.50 |
| Lauren E. Knudson | Associate | 2022 | 2022 | $745.00 | 23.1 | $17,209.50 |
| Hunter B. Newell | Associate | 2021 | 2021 | $745.00 | 14.3 | $10,653.50 |
| Sydney N. Royer | Associate | 2021 | 2020 | $810.00 | 36.3 | $29,403.00 |
| **Associate Total** | | | | | **228.8** | **$192,049.00** |
| **GRAND TOTAL** | | | | | **228.8** | **$192,049.00** |

**Blended Hourly Rate:  $839.38**

**STATEMENT OF FEES BY PROJECT CATEGORY**
**FEBRUARY 1, 2024 THROUGH AND INCLUDING FEBRUARY 29, 2024**

| Project Name | Hours | Fee Amount |
|---|---|---|
| ADVISORY SERVICES TO PWP AS INVESTMENT BANKER[2] | 228.8 | $192,049.00 |
| **Total** | **228.8** | **$192,049.00** |

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[3] if Applicable** | **Amount** |
| Professional Services (Data Management, Processing, and Storage) | Innovative Discovery LLC | $9,273.93 |
| **TOTAL** | | **$9,273.93** |

---

[2] Mayer Brown LLP provides advisory services to PWP as Investment Banker to the Debtors. In such capacity, Mayer Brown LLP has advised PWP on a number of issues including, but not limited to, deal and sale process-related issues, investor and other case constituent relations, and consideration of conflict issues.

[3] Mayer Brown LLP may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

**MAYER | BROWN**

March 21, 2024

Invoice Number: 100186795

Perella Weinberg Partners LP
1111 Bagby Street
Suite 4900
Houston, TX 77002

Attn: Jennie Miller

Mayer Brown LLP
311 West Monroe Street
Chicago, IL 60606-9908

T: +1 312 782 0600
F: +1 312 701 7711
mayerbrown.com

Firm Tax ID No: 36-1447220

For professional services rendered for the period ended February 29, 2024

**Re:  FTX Chapter 11**
     **Matter No: 22726417**

| | |
|---|---:|
| Fees | $192,049.00 |
| Disbursements | 9,273.93 |
| **Total Fees and Disbursements** | **$201,322.93** |

---

**Wire Transfer or ACH Credit Payments (Preferred)**
**Bank:** Bank of America  **Bank Address:** 135 South LaSalle Street, Chicago, IL 60603  **Account #**: 8765663350  **ACH ABA#:** 121000358
**Wire ABA #:** 026009593  **International Wires Swift Code:** BOFAUS3N  **Remittance Detail Email:** payments@mayerbrown.com

Mayer Brown LLP

| | |
|---|---|
| Invoice No: 100186795 | Page 2 |
| Perella Weinberg Partners LP | Pinedo, Anna T. |
| 22726417 FTX Chapter 11 | |

DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| 02/01/24 | **Anderson, Cloe M.**<br>Review 200 FTX Embed documents for privilege and responsiveness | 2.10 |
| 02/01/24 | **Danford, James B.**<br>Review and respond to questions by Embed document reviewers (2.3); Review approximately 175 Embed documents for relevance and privileges (1.4). | 3.70 |
| 02/01/24 | **Durham, Anna V.**<br>Review and analyze correspondence with review team re responsiveness, privilege, and confidentiality concerns re FTX Embed review. | 0.50 |
| 02/01/24 | **Gray, Daisy R.**<br>Review approximately 250 documents for responsiveness | 3.80 |
| 02/01/24 | **Herrera, Carolina A.**<br>Review documents for privilege and responsiveness, redacting information as needed; correspond with team regarding scope of privilege and responsiveness calls. | 1.90 |
| 02/01/24 | **Jansen, Carter M.**<br>Review 275 documents for FTX Embed, assessing responsiveness, privilege, and confidentiality. | 3.60 |
| 02/01/24 | **Knudson, Lauren E.**<br>Reviewed 250 documents for client privilege and responsiveness to project. | 4.00 |
| 02/01/24 | **Royer, Sydney N.**<br>Review 402 documents for privilege and responsiveness, and redacted references to confidential PWP clients and FTX entities other than Embed | 4.40 |
| 02/02/24 | **Anderson, Cloe M.**<br>Review 850 FTX Embed documents for privilege and responsiveness | 5.90 |
| 02/02/24 | **Danford, James B.**<br>Review and respond to questions by Embed document reviewers (1.5); Review approximately 160 Embed documents for relevance and privileges (1). | 2.50 |
| 02/02/24 | **Durham, Anna V.**<br>Review and analyze correspondence with review team re responsiveness, privilege, and confidentiality concerns re FTX Embed review and correspond with client re FTX Embed and EU review protocols. | 0.60 |
| 02/02/24 | **Gray, Daisy R.**<br>Reviewed approximately 100 documents for Embed responsiveness | 0.90 |
| 02/02/24 | **Jansen, Carter M.**<br>Review 56 documents for FTX Embed, assessing responsiveness, privilege, and confidentiality (1.0); perform redactions on large powerpoint presentations (1.6). | 2.60 |
| 02/02/24 | **Knudson, Lauren E.**<br>Reviewed 170 documents for client privilege and responsiveness to project. | 3.00 |

Mayer Brown LLP

Invoice No: 100186795                                                             Page 3
Perella Weinberg Partners LP                            Pinedo, Anna T.
22726417 FTX Chapter 11

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| 02/02/24 | **Royer, Sydney N.**<br>Review 678 documents for privilege and responsiveness, and redact references to other FTX entities/confidential PWP clients. | 6.30 |
| 02/03/24 | **Royer, Sydney N.**<br>Review 233 documents for privilege and responsiveness, and redact references to other FTX entities/confidential PWP clients. | 2.60 |
| 02/04/24 | **Danford, James B.**<br>Review approximately 200 Embed documents for relevance and privileges. | 1.60 |
| 02/04/24 | **Royer, Sydney N.**<br>Review 36 documents for privilege and responsiveness, and redact references to other FTX entities/confidential PWP clients. | 0.40 |
| 02/05/24 | **Anderson, Cloe M.**<br>Review 200 FTX Embed documents for privilege and responsiveness. | 1.60 |
| 02/05/24 | **Durham, Anna V.**<br>Review and analyze correspondence with review team re responsiveness, privilege, and confidentiality concerns re FTX Embed review. | 0.60 |
| 02/05/24 | **Gray, Daisy R.**<br>Reviewed approximately 200 documents for Embed responsiveness | 1.80 |
| 02/05/24 | **Gray, Kathryne M.**<br>Conduct second level review of PWP emails for purposes of producing documents in response to discovery in FTX Europe avoidance action. | 2.30 |
| 02/05/24 | **Gray, Kathryne M.**<br>Conference with Debtors' counsel regarding proper custodians and scope of Embed document review project. | 0.30 |
| 02/05/24 | **Herrera, Carolina A.**<br>Review documents for privilege and responsivness, tagging as hot as necessary; correspond with J. Danford and team regarding scope of privilege determinations. | 5.10 |
| 02/05/24 | **Jansen, Carter M.**<br>Review 331 documents for FTX Embed, assessing responsiveness, privilege, and confidentiality. | 5.10 |
| 02/05/24 | **Knudson, Lauren E.**<br>Reviewed 150 documents for client privilege and responsiveness to project. | 3.20 |
| 02/05/24 | **Royer, Sydney N.**<br>Review 41 documents for privilege and responsiveness, and redact references to other FTX entities/confidential PWP clients. | 1.20 |
| 02/06/24 | **Anderson, Cloe M.**<br>Review 200 FTX Embed documents for privilege and responsiveness. | 1.80 |
| 02/06/24 | **Danford, James B.**<br>Microsoft Teams video conference with J. Miller regarding document | 0.60 |

Mayer Brown LLP

Invoice No: 100186795  Page 4
Perella Weinberg Partners LP  Pinedo, Anna T.
22726417 FTX Chapter 11

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| | productions. | |
| 02/06/24 | **Durham, Anna V.**<br>Prepare for and attend conference with client and MB team re FTX EU review protocol and strategy. | 0.80 |
| 02/06/24 | **Gray, Daisy R.**<br>Reviewed approximately 200 documents for Embed responsiveness | 3.30 |
| 02/06/24 | **Gray, Kathryne M.**<br>Prepare for and participate in conference call with client regarding parameters of document production in response to discovery requests in FTX Europe avoidance action. | 1.20 |
| 02/06/24 | **Herrera, Carolina A.**<br>Review documents for privilege and responsiveness, tagging as hot when necessary; correspond with associate team regarding scope of privilege determinations and scope of responsiveness. | 2.30 |
| 02/06/24 | **Knudson, Lauren E.**<br>Reviewed 200 documents for client privilege and responsiveness to project. | 3.90 |
| 02/07/24 | **Anderson, Cloe M.**<br>Review 100 FTX Embed documents for privilege and responsiveness | 1.90 |
| 02/07/24 | **Danford, James B.**<br>Draft email to K. Gray and A. Durham regarding status of Embed document review. | 0.20 |
| 02/07/24 | **Durham, Anna V.**<br>Correspond with MB team re status of Embed review. | 0.20 |
| 02/07/24 | **Gray, Daisy R.**<br>Review approximately 150 documents for Embed responsiveness and attorney-client privilege | 2.30 |
| 02/07/24 | **Herrera, Carolina A.**<br>Review documents for privilege, confidentiality, and responsiveness. | 0.40 |
| 02/07/24 | **Holman, Natalie S.**<br>Review internal correspondence and documents for Embed auction bids and due diligence; not documents related to other PWP clients. | 8.30 |
| 02/07/24 | **Knudson, Lauren E.**<br>Reviewed 90 documents for client privilege and responsiveness to project. | 1.00 |
| 02/07/24 | **Royer, Sydney N.**<br>Review 181 documents for privilege and responsiveness, and redact references to other FTX entities/confidential PWP clients. | 2.60 |
| 02/08/24 | **Anderson, Cloe M.**<br>Review 100 FTX Embed documents for privilege and responsiveness | 0.80 |
| 02/08/24 | **Durham, Anna V.**<br>Attend to ongoing Embed production, including attention to first rolling | 2.00 |

Mayer Brown LLP

| | | |
|---|---|---|
| Invoice No: 100186795 | | Page 5 |
| Perella Weinberg Partners LP | | Pinedo, Anna T. |
| 22726417 FTX Chapter 11 | | |

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| | production parameters. | |
| 02/08/24 | **Durham, Anna V.**<br>Attend to finalization of FTX EU document review. | 1.50 |
| 02/08/24 | **Durham, Anna V.**<br>Attend to finalization of FTX Focus document review. | 1.00 |
| 02/08/24 | **Gray, Daisy R.**<br>Review approximately 250 documents for Embed responsiveness and attorney client privilege | 3.90 |
| 02/08/24 | **Gray, Kathryne M.**<br>Prepare final production of PWP documents for purposes of responding to discovery requests by FTX Digital Markets Ltd. and Joint Provisional Liquidators in adversary proceeding. | 0.80 |
| 02/08/24 | **Gray, Kathryne M.**<br>Strategize separate review streams for PWP emails as part of document review project related to Embed; conference with A. Durham regarding same. | 0.50 |
| 02/08/24 | **Herrera, Carolina A.**<br>Review documents for privilege, responsiveness, and confidentiality. | 3.70 |
| 02/08/24 | **Holman, Natalie S.**<br>Continue review of internal correspondence and documents for Embed auction bids and due diligence; not documents related to other PWP clients. | 6.50 |
| 02/08/24 | **Knudson, Lauren E.**<br>Reviewed 275 documents for client privilege and responsiveness to project. | 3.00 |
| 02/08/24 | **Newell, Hunter B.**<br>Review "FTX Embed" document batches for Debtor / PWP privilege; redact information for non-Embed projects and privileged PWP clients. | 5.00 |
| 02/08/24 | **Royer, Sydney N.**<br>Review 163 documents for privilege and responsiveness, and redact references to other FTX entities/confidential PWP clients. | 3.80 |
| 02/09/24 | **Anderson, Cloe M.**<br>Review 50 FTX Embed documents for privilege and responsiveness | 0.70 |
| 02/09/24 | **Danford, James B.**<br>Zoom video conference with Z. Flegenheimer regarding Embed document review. | 0.10 |
| 02/09/24 | **Danford, James B.**<br>Review and respond to questions by Embed document reviewers (.5); Review approximately 200 Embed documents for relevance and privileges (1.7). | 2.20 |
| 02/09/24 | **Durham, Anna V.**<br>Conference with MB and SullCrom teams re Embed document review strategy and follow-up with vendor re same. | 1.00 |
| 02/09/24 | **Durham, Anna V.** | 0.60 |

Mayer Brown LLP

Invoice No: 100186795  
Perella Weinberg Partners LP  
22726417 FTX Chapter 11  

Page 6  
Pinedo, Anna T.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| | Correspond re FTX EU review production. | |
| 02/09/24 | **Gray, Daisy R.**<br>Reviewed approximately 300 documents for Embed responsiveness and attorney client privilege | 4.50 |
| 02/09/24 | **Gray, Kathryne M.**<br>Develop instructions for review team re document review project related to Embed; advise team re same. | 1.40 |
| 02/09/24 | **Herrera, Carolina A.**<br>Review documents for privilege, responsiveness, and confidentiality. | 3.30 |
| 02/09/24 | **Holman, Natalie S.**<br>Continue review of internal correspondence and documents for Embed auction bids and due diligence; not documents related to other PWP clients. | 3.00 |
| 02/09/24 | **Jansen, Carter M.**<br>Review 130 documents for FTX Embed, assessing responsiveness, privilege, and confidentiality. | 2.00 |
| 02/09/24 | **Knudson, Lauren E.**<br>Reviewed 275 documents for client privilege and responsiveness to project. | 3.20 |
| 02/09/24 | **Newell, Hunter B.**<br>Review "FTX Embed" document batches for Debtor / PWP privilege; redact information for non-Embed projects and privileged PWP clients. | 2.00 |
| 02/09/24 | **Royer, Sydney N.**<br>Review 26 documents for privilege and responsiveness, and redact references to other FTX entities/confidential PWP clients. | 1.10 |
| 02/10/24 | **Durham, Anna V.**<br>Correspond with review team re status. | 0.10 |
| 02/10/24 | **Herrera, Carolina A.**<br>Review documents for privilege, responsiveness, and confidentiality--tagging as hot when necessary. | 5.50 |
| 02/10/24 | **Royer, Sydney N.**<br>Review 201 documents for privilege and responsiveness, and redact references to other FTX entities/confidential PWP clients. | 3.80 |
| 02/11/24 | **Herrera, Carolina A.**<br>Review documents for privilege, responsiveness, and confidentiality--tagging as hot when necessary. | 2.30 |
| 02/12/24 | **Anderson, Cloe M.**<br>Review 350 FTX Embed documents for privilege and responsiveness | 3.00 |
| 02/12/24 | **Danford, James B.**<br>Review and respond to questions by Embed document reviewers (.8); Second level review of approximately 200 documents for privilege and relevance (.6). | 1.40 |
| 02/12/24 | **Durham, Anna V.** | 0.50 |

Mayer Brown LLP

Invoice No: 100186795  
Perella Weinberg Partners LP  
22726417 FTX Chapter 11  

Page 7  
Pinedo, Anna T.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| | Further correspondence with review team re status and privilege/confidentiality tagging. | |
| 02/12/24 | **Gray, Daisy R.**<br>Review approximately 250 documents for Embed responsiveness and attorney client privilege | 2.40 |
| 02/12/24 | **Gray, Kathryne M.**<br>Conduct second line review of PWP documents and communications for purposes of responding to requests for production in Embed-related proceeding. | 1.60 |
| 02/12/24 | **Herrera, Carolina A.**<br>Correspond with team re document review and scope of privilege. | 0.10 |
| 02/12/24 | **Jansen, Carter M.**<br>Review 45 documents for FTX Embed, assessing responsiveness, privilege, and confidentiality. | 1.00 |
| 02/12/24 | **Knudson, Lauren E.**<br>Reviewed 200 documents for client privilege and responsiveness to project. | 1.80 |
| 02/12/24 | **Newell, Hunter B.**<br>Review "FTX Embed" document batches for Debtor / PWP privilege; redact information for non-Embed projects and privileged PWP clients. | 2.00 |
| 02/13/24 | **Durham, Anna V.**<br>Further correspondence with review team re status and privilege/confidentiality tagging and attention to next rolling production. | 0.60 |
| 02/13/24 | **Herrera, Carolina A.**<br>Review documents for privilege, confidentiality, and responsiveness; correspond with team regarding scope of responsiveness and privilege. | 0.90 |
| 02/13/24 | **Newell, Hunter B.**<br>Review "FTX Embed" document batches for Debtor / PWP privilege; redact information for non-Embed projects and privileged PWP clients. | 4.00 |
| 02/13/24 | **Royer, Sydney N.**<br>Review 178 documents for privilege and responsiveness, and redact references to other FTX entities/confidential PWP clients. | 4.30 |
| 02/14/24 | **Durham, Anna V.**<br>Finalize and serve next rolling production. | 0.20 |
| 02/14/24 | **Herrera, Carolina A.**<br>Review documents for privilege, responsiveness, and confidentiality. | 1.00 |
| 02/14/24 | **Jansen, Carter M.**<br>Correspond with J. Danford regarding status of review. | 0.10 |
| 02/14/24 | **Newell, Hunter B.**<br>Review "FTX Embed" document batches for Debtor / PWP privilege; redact information for non-Embed projects and privileged PWP clients. | 0.50 |
| 02/14/24 | **Royer, Sydney N.** | 5.80 |

Mayer Brown LLP

Invoice No: 100186795  
Perella Weinberg Partners LP  
22726417 FTX Chapter 11  

Page 8  
Pinedo, Anna T.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| | Review353 documents for privilege and responsiveness, and redact references to other FTX entities/confidential PWP clients. | |
| 02/15/24 | **Danford, James B.**<br>Second level review of approximately 105 documents for privilege and relevance. | 1.60 |
| 02/15/24 | **Durham, Anna V.**<br>Coordinate with MB team re Embed review status, next rolling production, and review of Cofsky and Mendelsohn documents. | 0.10 |
| 02/15/24 | **Herrera, Carolina A.**<br>Review documents for confidentilaity, privilege and responsiveness; correspond with team regarding scope of privilege. | 3.00 |
| 02/15/24 | **Jansen, Carter M.**<br>Review 37 documents for FTX Embed, assessing responsiveness, privilege, and confidentiality. | 1.10 |
| 02/16/24 | **Danford, James B.**<br>Review and respond to questions by Embed document reviewers (1.4); Review approximately 375 Embed documents for relevance and privileges (4). | 5.40 |
| 02/16/24 | **Durham, Anna V.**<br>Correspond with MB team re Embed document review, including completion of first-level review and next steps. | 0.40 |
| 02/16/24 | **Gray, Daisy R.**<br>Reviewed approximately 150 documents for Embed responsiveness and attorney client privilege | 1.70 |
| 02/16/24 | **Gray, Kathryne M.**<br>Analyze issues with document review project, redactions, and production with J. Danford and A. Durham; conduct second line review of PWP documents. | 1.30 |
| 02/16/24 | **Newell, Hunter B.**<br>Review "FTX Embed" document batches for Debtor / PWP privilege; redact information for non-Embed projects and privileged PWP clients. | 0.80 |
| 02/17/24 | **Durham, Anna V.**<br>Finalize and serve rolling production of Embed documents. | 0.10 |
| 02/19/24 | **Durham, Anna V.**<br>Correspond with K. Gray re Embed review status and next steps. | 0.10 |
| 02/21/24 | **Gray, Kathryne M.**<br>Conduct second-line review of PWP documents and communications for purposes of responding to requests for production in Embed-related proceeding. | 1.30 |
| 02/22/24 | **Danford, James B.**<br>Second level review of approximately 85 Embed documents for relevance and privileges. | 0.80 |
| 02/22/24 | **Gray, Kathryne M.** | 1.40 |

Mayer Brown LLP

Invoice No: 100186795  Page 9
Perella Weinberg Partners LP  Pinedo, Anna T.
22726417 FTX Chapter 11

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| | Conduct second-line review of PWP documents and communications for purposes of responding to requests for production in Embed-related proceeding; conduct quality control review of redactions to same. | |
| 02/23/24 | **Durham, Anna V.**<br>Review and analyze previously-withheld documents in Embed review, including correspondence re Cofsky and Mendelsohn documents. | 0.40 |
| 02/23/24 | **Gray, Kathryne M.**<br>Conduct second-line review of PWP documents and communications for purposes of responding to requests for production in Embed-related proceeding; conduct quality control review of redactions to same. | 2.30 |
| 02/26/24 | **Durham, Anna V.**<br>Correspond with MB team and conference with K. Gray re Embed review parameters and next steps. | 0.70 |
| 02/26/24 | **Gray, Kathryne M.**<br>Conference with A. Durham and J. Danford re redactions of privileged PWP documents and strategy for production of documents in response to discovery requests in Embed-related proceeding. | 0.80 |
| 02/28/24 | **Durham, Anna V.**<br>Correspond with vendor re identification of documents left to be produced, including documents with privilege, issue, or redaction issues. | 0.50 |
| 02/29/24 | **Danford, James B.**<br>Draft email to A. Durham and K. Gray regarding next steps in Embed document production. | 0.70 |
| 02/29/24 | **Durham, Anna V.**<br>Correspond with MB team re resolution of issues related to privilege, technical issue, and "hot" documents. | 0.60 |
| 02/29/24 | **Gray, Kathryne M.**<br>Develop strategy for production of documents in response to discovery requests in Embed related proceeding. | 0.80 |

**Total Hours** **228.80**

Mayer Brown LLP

Invoice No: 100186795  Page 10
Perella Weinberg Partners LP  Pinedo, Anna T.
22726417 FTX Chapter 11

Disbursements

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 02/13/24 | **Professional Services**<br>VENDOR: Innovative Discovery LLC INVOICE#: 242178 DATE: 2/13/2024 Reproduction | 1 | 9,273.93 |

**Total Disbursements**  **$9,273.93**

Mayer Brown LLP

Invoice No: 100186795 Page 11
Perella Weinberg Partners LP Pinedo, Anna T.
22726417 FTX Chapter 11

## TIMEKEEPER SUMMARY

| Name | Hours | Amount |
|---|---|---|
| Anderson, Cloe M. | 17.80 | 14,418.00 |
| Danford, James B. | 20.80 | 21,944.00 |
| Durham, Anna V. | 13.10 | 11,593.50 |
| Gray, Daisy R. | 24.60 | 18,327.00 |
| Gray, Kathryne M. | 16.00 | 18,640.00 |
| Herrera, Carolina A. | 29.50 | 23,895.00 |
| Holman, Natalie S. | 17.80 | 14,418.00 |
| Jansen, Carter M. | 15.50 | 11,547.50 |
| Knudson, Lauren E. | 23.10 | 17,209.50 |
| Newell, Hunter B. | 14.30 | 10,653.50 |
| Royer, Sydney N. | 36.30 | 29,403.00 |
| **Total Legal Fees** | **228.80** | **$192,049.00** |

Mayer Brown LLP

Invoice No: 100186795  
Perella Weinberg Partners LP  
22726417 FTX Chapter 11

Page 12  
Pinedo, Anna T.

## DISBURSEMENTS SUMMARY

| Disbursements | Amount |
|---|---:|
| Professional Services | 9,273.93 |
| **Total Disbursements** | **$9,273.93** |