# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>                                   Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL FOR BOBA FOUNDATION

**PLEASE TAKE NOTICE** that Pashman Stein Walder Hayden, P.C. and Keller Benvenutti Kim LLP hereby withdraw their appearance for Boba Foundation ("Boba Foundation").

**PLEASE TAKE FURTHER NOTICE** that the undersigned certify that Boba Foundation consents to this withdrawal of appearance.

Dated: May 6, 2024

**PASHMAN STEIN WALDER HAYDEN, P.C**

*/s/ John W. Weiss*
John W. Weiss (Del. Bar 4160)
1007 North Orange Street, 4th Floor #183
Wilmington, DE 19801
Telephone: (302) 592-6496
Email: jweiss@pashmanstein.com

-- and --

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (Cal. Bar 151445, admitted *pro hac vice*)
Traci Shafroth (Cal. Bar 251673, admitted *pro hac vice*)
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 496-6723
Email:  tkeller@kbkllp.com
           tshafroth@kbkllp.com

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/ftx. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

1

## CERTIFICATE OF SERVICE

I, John W. Weiss, hereby certify that on May 6, 2024, I caused a copy of the foregoing *NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL FOR BOBA FOUNDATION* to be served on all parties who are scheduled to receive notice through the Court's ECF system.

**PASHMAN STEIN WALDER HAYDEN, P.C.**

By: /s/ John W. Weiss
    John W. Weiss (Del. Bar 4160)
    1007 North Orange Street, 4th Floor #183
    Wilmington, DE 19801
    Telephone: (302) 592-6496
    Email: jweiss@pashmanstein.com

*Withdrawing Attorneys for Boba Foundation*