Date: 05/01/2024

Claim no: 47168

Response to Objection

RECEIVED
2024 MAY -6 AM 10:19
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Court Name: United States Bankruptcy Court for the District of Delaware

Debtor Name: West Realm Shires Services Inc.

Lead Case No: 22-11068 (JTD)

Objection Title: Debtors' Twenty-Sixth (Substantive) Omnibus Objection To Certain Overstated Proofs of Claim (Customer Claims)

Claimant Name: Pulver, Daniel

Claim Number: 47168

Description of the Basis for the amount of the Claim: (see next page)

1

24-Apr-24                                                                                                                                    24Apr24-2445

**THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION**
GROUP ID G24Apr24-2445
Sequence number   Posting date   Amount

## CHASE ◯
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 17, 2021 through July 19, 2021
Account Number: ▓▓▓▓▓▓▓9676

### CUSTOMER SERVICE INFORMATION
| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00052468 DRE 501 211 20121 NNNNNNNNNNN  1 000000000 12 0000
DANIEL PULVER
1107 HOLLY AVE APT 6
ARCADIA CA 91007

## CHECKING SUMMARY   Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $45.31 |
| Deposits and Additions | 61,313.14 |
| ATM & Debit Card Withdrawals | -14.32 |
| Electronic Withdrawals | -55,014.35  ← withdrawn |
| Fees | -34.00 |
| Ending Balance | ▓▓▓▓▓▓ |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $45.31 |
| 06/21 | Paypal         Inst Xfer  Apple.Com Bill  Web ID: Paypalsi77 | -9.99 | 35.32 |
| 06/25 | Recurring Card Purchase 06/24 Amazon Prime*297Lf7C Amzn.Com/Bill WA Card 2703 | -14.32 | 21.00 |
| 06/28 | Amazon.Cwbxnm0Ey Payments    2Ydllwgh65A7Gww CCD ID: 3215240102 | 22.92 | 43.92 |
| 06/28 | Paypal         Inst Xfer  Adobe Inc      Web ID: Paypalsi77 | -19.99 | 23.93 |
| 06/29 | Prog Select Ins Ins Prem         PPD ID: 9409348062 | -53.67 | -29.74 |
| 06/29 | Insufficient Funds Fee For A $53.67 Item - Details: Prog Select Ins  Ins Prem      PPD ID: 9409348062 | -34.00 | -63.74 |
| 06/30 | Prime Trust LLC  Gx4E Binan          PPD ID: 1812236823 | 14.61 | -49.13 |
| 07/02 | Amazon C7ZscUtng Payments ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 14.28 | -34.85 |
| 07/07 | Misc Pay 1194109103730009▓▓▓▓▓▓▓▓▓ | 59,900.00 | 59,865.15 |
| 07/07 | 07/07 Payment To Chase Card Ending IN 7987 | -2,797.33 | 57,067.82 |
| 07/08 | ▓▓▓▓▓▓ Payment ▓▓▓▓▓▓ | -460.00 | 56,607.82 |
| 07/08 | ▓▓▓▓▓▓ Payment ▓▓▓▓▓▓ | -35.00 | 56,572.82 |
| 07/08 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | -25,000.00 | 31,572.82 |
| 07/08 | 07/08 Payment To Chase Card Ending IN 7987 | -45.37 | 31,527.45 |
| 07/09 | ▓▓▓ Services ▓▓▓▓▓▓▓▓ | 8.33 | 31,535.78 |
| 07/09 | Venmo       Payment ▓▓▓▓▓▓ | -100.00 | 31,435.78 |
| 07/09 | Prime Trust LLC  Puxp Binan | -5,000.00 | 26,435.78 |
| 07/09 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | -47.00 | 26,388.78 |
| 07/12 | ▓▓▓▓ Inst Xfer ▓▓▓▓▓▓ | -10,000.00 | 16,388.78 |
| 07/12 | ▓▓▓▓ Inst Xfer ▓▓▓▓▓▓ | -1,446.00 | 14,942.78 |

*Handwritten annotations:* "$59,900 Funds in account July of 2021"

Page 1 of 2

(Continued)

The debtor West Shires Services Inc. makes an arguement for the Basis of Relief being that I, the claimant, have not provided proper evidence to support my values purported in the amount of 4,462 Dogecoin, 52,653 USD, and 34,891 USDT. However, I have provided evidence that $59,900 existed in my personal and business Chase Bank account and were invested while my FTX account was operational. This evidence proves that I was in possession of similar amounts of Capital before FTX was found guilty of embezzlement, and numerous violations of law. The Debtor's records do not account for deposits, trades, and values after 6/18/2021 and do not account for the $55,014 withdrawn from my personal Chase account and invested.

I would also like to persuade the court that the Debtors' books and records are not accurate, and should be considered an incredible source of evidence given their association with FTX and Alameada reseach. These two companies were caught committing illegal crimes of embezzlement, and also crimes of not disclosing their partnership with Alameada research to US customers. How can we trust the validity of their books and records given

2

their track history of crime. Therefore, the debtors' should be held responsible for incredible books and records, and must pay the damages to customer assets.

I would also like to argue that there is an incongruency of representation in this court case. The Debtors have access to vast swaths of accountants, lawyers, and sophisticated trading systems and their interests do not protect the customers who have lost their capital/property. The Debtors' books and records do not account for trades made after 6/18/2021 and for the $55,014 invested and withdrawn from my personal account.

I am requesting that the United States Bankruptcy Court deny the Basis for Relief, and penalized West Real Shires Services Inc. by paying back what had been invested on FTX's trading platform by the aforementioned amounts.

3

Daniel
1107 Holly Ave #6
Arcadia CA 91007

United States Bankruptcy Court
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801



