## EXHIBIT A

## April 2024 De Minimis Asset and Fund Asset Sales

| Sale Date | De Minimis Asset or Fund Asset | Debtor (Silo) | Purchaser(s) | Purchaser Relationship to Debtors | Purchase Price | Confirmed Investment Value | Commissions, Fees or Other Expenses | Funded Capital Commitment | Unfunded Capital Commitment |
|---|---|---|---|---|---|---|---|---|---|
| April 23, 2024 | Limited partnership interest in SH Fund, LP | Clifton Bay Investments LLC (Ventures Silo) | Demvest Equities LP | None | $200,000 | N/A | None | $200,000 | $800,000 |
| April 25, 2024 | Simple Agreement for Future Equity between Clifton Bay Investments LLC and Arcana Analytics, Inc., dated on or about February 18, 2022<br><br>Pro Rata Agreement between Clifton Bay Investments LLC and Arcana Analytics, Inc., dated on or about February 18, 2022 | Clifton Bay Investments LLC (Ventures Silo) | Projects HoldCo, LLC | None | $300,000 (with an additional $700,000 deferred payment payable upon certain conditions being met) | $1,000,000 | None | N/A | N/A |