# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Mason Gavilan, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 25, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail and email on the Notice Parties Service List attached hereto as **Exhibit A**:

- Motion of Debtors for Entry of an Order Authorizing and Approving the (I) Dismissal of the Chapter 11 Cases of the Foreign Wind Down Entities and (II) Equitization or Release of Certain Intercompany Claims and Making Related Capital Contributions [Docket No. 11136]

- Order Authorizing and Approving the (I) Dismissal of the Chapter 11 Cases of the Foreign Wind Down Entities and (II) Equitization or Release of Certain Intercompany Claims and Making Related Capital Contributions [Docket No. 12260]

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: May 1, 2024

*/s/ Mason Gavilan*
Mason Gavilan

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 1, 2024, by Mason Gavilan, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

SRF 78733

**<u>Exhibit A</u>**

Exhibit A
Notice Parties Service List
Served via first class mail and email

| ADDRESS ID | NAME | ADDRESS1 | ADDRESS2 | CITY | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| 22209222 | REGISTRAR OF COMPANIES, MINISTRY OF CORPORATE AFFAIRS, GOVT OF INDIA | REGISTRAR OF COMPANIES, 4TH FLOOR | IFCI TOWER, 61, NEHRU PLACE | NEW DELHI | 110019 | INDIA |
| 22209223 | RESERVE BANK OF INDIA (RBI) | GENERAL MANAGER, FOREIGN EXCHANGE DEPARTMENT | RESERVE BANK OF INDIA, 6, SANSAD MARG | NEW DELHI | 110001 | INDIA |