**Exhibit A**

| Member Name | Address | Dollarized Amount (US$) |
|---|---|---|
| 168 Trading Limited | 5-9 Main Street Gibraltar GX11 1AA | 2,500,000.00 |
| Adam Rabie | [redacted] | 150,950.00 |
| Altana Digital Assets Fund | 190 Elgin Avenue George Town, Grand Cayman, KY1-9008 Cayman Islands | 1,039,066.36 |
| Azamat Akylov | [redacted] | 11,373,198.56 |
| B2C Alternative Equity Ltd | C/O Corporation Service Company 251 Little Falls Drive, Wilmington, DE 19808 | 85,000,000.00 |
| Blooming Triumph International Limited | 13F 162 Queens Road Central, Hong Kong | 35,860,157.00 |
| Blue Basin Ventures LLC | 3172 N Rainbow Blvd #26642, Las Vegas, NV 89108 | 1,243,523.00 |
| Boway Holdings, LLC; Oaktree Opportunities Fund XI Holdings (Cayman) LP; Opps CY Holdings, LLC; Oaktree Value Opportunities Fund Holdings, L.P.; Oaktree Phoenix Investment Fund, L.P. | 1301 6th Ave, 34th Floor, NY, NY 10019 | 354,809,100.00 |
| Canyon Capital Advisors LLC, on behalf of its managed funds and accounts | 2728 N. Harwood Street, 2nd Floor, Dallas, TX 75201 | 324,010,604.91 |
| Ceratosaurus Investors, LLC | One Maritime Plaza, Suite 2100, San Francisco, CA 94111 | 509,149,570.00 |
| Chien-Chih Chen | [redacted] | 200,000.00 |
| Crimson International Investment | c/o Al-Hamad Legal Group 4812 Addax Tower, Al Reem Island, Abu Dhabi UAE | 6,091,963.14 |
| Daniel Gupta | [redacted] | 420,000.00 |

| Member Name | Address | Dollarized Amount (US$) |
|---|---|---|
| Decent Investments Malta Limited | Quad Central, Q3, Level 9, Triq L-Esportaturi, Zone 1, Central Business District, Birkirkara CBD 1040, Malta | 4,231,241.93 |
| Diameter Capital Partners LP | 55 Hudson Yards, Suite 29B, New York, NY 10001 | 207,462,138.26 |
| Dietmar Poppe | ▇▇▇▇▇▇▇▇ | 281,807.90 |
| Dmitry Kozlov | ▇▇▇▇▇▇▇▇ | 252,185.00 |
| dParadigm Fund SPC | DE Cayman Ltd, Landmark Square, Westbay Road, PO Box 775, Grand Cayman KY1-9 | 575,599.93 |
| Falcon Hybrid SPC - RE7 Liquidity Fund SP | 3-212 Governors Square<br>23 Lime Tree Bay Ave<br>PO Box 30746 SMB<br>Grand Cayman KY1-1203<br>Cayman Islands | 1,269,016.63 |
| FC Cayman A, L.L.C. | c/o Maples Corporate Services Limited<br>PO Box 309<br>Ugland House<br>Grand Cayman, KY1-1104<br>Cayman Islands | 518,308,980.22 |
| Fire Bouvardia, L.L.C. | 190 Elgin Avenue, George Town Cayman DY1-9008 | 212,137,818.00 |
| Fingolfin GmbH | c/o 3T.LAW<br>FAO Dr. Henning Frase<br>Oberlaender Ufer 154a<br>Koeln, Germany 50968 | 5,700,000.00 |
| Flow Ventures Fund L.P. | 5-9 Main Street, GX11 1AA | 3,917,877.00 |
| FTXCreditor LLC | 1509 Bent Ave. Cheyenne, WY 82001 | 116,641,122.10 |
| Grand Teton Systems Inc. | 1509 Bent Ave. Cheyenne, WY 82001 | 7,299,533.15 |
| Grzegorz Swiatek | ▇▇▇▇▇▇▇▇ | 540,260.00 |
| Hudson Bay Master Fund Ltd. | 28 Havemeyer Place, 2nd Floor, Greenwich, CT 06830 | 192,000,000 |
| Iris Partners | Iris Partners Corp.<br>Suites 5 & 6<br>Horsfords Business Centre<br>Long Point Road | 804,000.00 |

| Member Name | Address | Dollarized Amount (US$) |
|---|---|---|
| | Charlestown St Kitts & Nevis | |
| Ismael Lemhadri | ███ | 150,000.00 |
| Jamie Farquhar | ███ | 1,987,327.00 |
| James Goodenough | ███ | 5,670.00 |
| Jian Chen | ███ | 1,200,000.00 |
| John Ruskin | ███ | 350,000.00 |
| Jonathon Hughes | ███ | 22,063.00 |
| Kbit Global Limited | Craigmuir Chambers #71 Road Town Tortola VG1110 British Virgin Islands | 25,021,826.00 |
| Kirk Steele | ███ | 2,500,000.00 |
| Koalalgo Research | CO SERVICES CAYMAN LIMITED P. O. Box 10008 Willow House Cricket Square Grand Cayman KY1-1001 Cayman Islands | 3,700,000.00 |
| Lemma Technologies Inc. | Via Espana, Delta Bank Building, 6th Floor, Suite 604D, Panama City PA-8 Panama | 165,000,000.00 |
| Marc-Antoine Julliard | ███ | 140,000.00 |
| Marc St. John Wolff Amey | ███ | 637,000.00 |
| Michael Anderson | ███ | 1,600,000.00 |
| Michael Currie | ███ | 40,000.00 |
| Mohammad Alsabah | ███ | 275,000.00 |
| MVPQ Capital Limited | Kensington Pavilion, 96 Kensington High St., London | 902,266.00 |

| **Member Name** | **Address** | **Dollarized Amount (US$)** |
|---|---|---|
| Nestcoin Holding Limited | Trinity Chambers, PO Box 4301, Road Town, Tortola, British Virgin Island | 3,900,000.00 |
| Nexxus Holdings Operations LLC | 800 Miramonte Drive, Suite 380, Santa Barbara CA 93109 | 114,586,113.00 |
| NKB Finance Ltd. | Griva Digeni 13, 6030 Larnaca, Cyprus | 216.52 |
| Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP | 177 West Putnam Ave Suite 2622-S1 Greenwich, CT 06831 | 20,028,086.00[1] |
| Orange Phoenix LLC | c/o The Corporation Trust Center 1209 Orange Street, Wilmington DE 19801 | 4,695,822.68 |
| Owen Ellis | | 957,000.00 |
| Patrick Martin | | 500,000.00 |
| Patrick Wohlschlegel | | 57,973.85 |
| Phoenix Digital | 42 W 33rd St, 27B New York, NY 10001 | 12,169,928.00 |
| Podtree Ltd. | 26,Kanachrine Place,Ullapool, Highland, Scotland | 19,581.26 |
| PRIMO Holding GmbH | Urbanstrasse 4, D-70839 Gerlingen, Germany | 853,674.48 |
| Raul Jain | | 42,000.00 |
| Robert Himmelbauer | | 107,013.57 |
| Rodney Clough | | 504,000.00 |
| Safe Eagle Holding Limited | Mandar House, 3rd Floor P.O. Box 2196, Johnson's Ghut Tortola, British Virgin Islands | 3,200,000.00 |
| Samuel Mandel | | 59,600.00 |
| Sheval Alijevski | | 146,000.00 |
| Sidar Sahin | | 50,974,281.00 |

---

[1] This amount does not include claims that are the subject of Adversary Proceeding 23-50754. *See* [D.I. 3673].

| Member Name | Address | Dollarized Amount (US$) |
|---|---|---|
| Silver Point Capital, LP | 2 Greenwich Plaza, Greenwich, CT 06830 | 270,488,930.00 |
| Svalbard Holdings Limited | c/o Attestor Limited, 7 Seymour Street, W1H 7JW London | 674,631,122.00 |
| Tellurian Exoalpha Digital Assets Systematic Fund | 89 Nexus Way, Camana Bay Grand Cayman, Cayman Islands KY1- | 1,062,047.90 |
| Vicomte Holding LLC as manager of Arceau 507 II LLC, Arceau 507 LLC, Arceau X LLC, Oroboros FTX I LLC | 4 Lakeside Drive, Chobham Lakes, GU24 8BD, Surrey, UK | 29,077,752.28 |
| William Johanna Petrus Christina Arts | | 64,802.00 |
| Wireless Mouse LLC | 1509 Bent Ave. Cheyenne, WY 82001 | 6,978,628.21 |
| Yu Ting | | 64,434.00 |
| | **Total** | **4,001,969,871.84** |