**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| FTX TRADING LTD., *et al.*,[1] | : | Case No.:  22-11068 (JTD) |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : | **Re: D.I. 12526** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATION OF COUNSEL REGARDING**:

**MOTION OF HAIN CAPITAL INVESTORS MASTER FUND, LTD.**
**TO (I) STRIKE NOTICE OF TRANSFER OF CLAIM [ECF NO. 10881]**
**TO NEXXUS PARTICIPATION VEHICLE III LLC, AND (II) REQUIRE**
**THE DEBTORS' CLAIMS AND NOTICING AGENT TO RECOGNIZE AND**
**RECORD TRANSFER OF CLAIM [ECF NO. 10243] TO HAIN**

I, Frederick B. Rosner, hereby certify as follows:

1.      On April 22, 2024, Hain Capital Investors Master Fund, Ltd. ("Hain") filed the *Motion of Hain Capital Investors Master Fund, Ltd. to (I) Strike Notice of Transfer of Claim [ECF No. 10881] to Nexxus Participation Vehicle III LLC, and (II) Require the Debtors' Claims and Noticing Agent to Recognize and Record Transfer of Claim [ECF No. 10243] to Hain* (the "Motion") [D.I. 12526]. The Motion was served on the parties listed on the Certificate of Service ("COS") at D.I. 12526-10.

2.      Pursuant to the Notice of Motion, the deadline to object to the Motion was May 6, 2024 at 4:00 p.m. (ET).  The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Motion.  The undersigned further certifies

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Motion appears thereon.

    3.    The Motion was served without a proposed order.  A proposed form of order ("Proposed Order") is attached hereto as **Exhibit A**.  A copy of this COC and the Proposed Order is served out on the same parties listed on the COS.

    **WHEREFORE**, the undersigned respectfully requests that the Court enter the Proposed Order without further notice or hearing.

Dated:  May 7, 2024
        Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE 3995)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Phone: (302) 777-1111
Email: rosner@teamrosner.com

--and—

Paul A. Rubin, Esq.
RUBIN LLC
11 Broadway, Suite 715
New York, NY 10004
Telephone: (212) 390-8054
Facsimile: (212) 390-8064
prubin@rubinlawllc.com

*Counsel to Hain Capital Investors Master Fund, Ltd.*