IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: FTX TRADING LTD., *et al.*, Debtors. | Chapter 11 Case No. 22-11068 (JTD) (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee: | **Svalbard Holdings Limited** | Name of Transferor: | **[REDACTED]** |
|---|---|---|---|
| Name and Address where notices and payments to transferee should be sent: Email: | **Attestor Value Master Fund LP[1]** **c/o Attestor Limited** **7 Seymour Street** **W1H 7JW** **London, United Kingdom** **Attn: Steve Gillies** **settlements@attestorcapital.com** | Last known address: | **[REDACTED]** |
| Phone: | **+44(0)20 7074 9653** | Court Claim # (if known): | **71095** |

---

[1] Any payments on account of the claim referenced in this evidence and notice shall be made to the order of Attestor Value Master Fund LP.

Local Form 138

NYACTIVE-23030102.2

Doc ID: e926f114d8edc7fbb6fc58d78c88247ed73e898c

| Last Four Digits of Acct #: | | Amount of Claim: | **As set forth in the Proof of Claim** |
|---|---|---|---|
| | | Transferred Amount of Claim: | **50% of the amount set forth in the Proof of Claim (including all rights related thereto)** |
| | | Date Claim Filed: | **9/20/2023** |
| | | Phone: | **[REDACTED]** |
| | | Last Four Digits of Acct #: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/_____        Date: 7 May 2024
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

NYACTIVE-23030102.2

Doc ID: e926f114d8edc7fbb6fc58d78c88247ed73e898c

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

NYACTIVE-23030102.2

Doc ID: e926f114d8edc7fbb6fc58d78c88247ed73e898c

                                                                                                   Audit trail

| | |
|---|---|
| Title | Attestor - Evidence of Transfer of Claim (Form... |
| File name | Attestor_-_Eviden...CTED_May_2024.pdf |
| Document ID | e926f114d8edc7fbb6fc58d78c88247ed73e898c |
| Audit trail date format | DD / MM / YYYY |
| Status | ● Signed |

Document history

| | | |
|---|---|---|
| SENT | 07 / 05 / 2024<br>16:00:51 UTC+1 | Sent for signature to Christopher Guth (christopher.guth@attestorcapital.com) from ops@attestorcapital.com<br>IP: 82.150.96.12 |
| VIEWED | 07 / 05 / 2024<br>16:28:38 UTC+1 | Viewed by Christopher Guth (christopher.guth@attestorcapital.com)<br>IP: 204.217.146.20 |
| SIGNED | 07 / 05 / 2024<br>16:28:56 UTC+1 | Signed by Christopher Guth (christopher.guth@attestorcapital.com)<br>IP: 148.252.140.209 |
| COMPLETED | 07 / 05 / 2024<br>16:28:56 UTC+1 | The document has been completed. |

Powered by Dropbox Sign