**<u>Appendix B</u>**

**Solicitation Procedures Order**
**(To Be Filed)**