**Appendix D**

**Liquidation Analysis**
**(To Be Filed)**