**<u>Appendix E</u>**

**Digital Assets Conversion Table**
**(To Be Filed)**