**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>FTX Trading LTD., *et al.,*<br><br>Debtors | Chapter 11<br><br>No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor: | Name of Transferee: |
|---|---|
| **Name(Redacted)** | **Azure Distressed Opportunities Corporation** |

| Name and Current Address of Transferor: | Name and Address where notices and payments to transferee should be sent: |
|---|---|
| **Name (Redacted)** | **Azure Distressed Opportunities Corporation**<br>Attn: Ngeow Wu Tien<br>4th Floor, Harbour Place 103 South Church Street, Grand Cayman, Ky1-1002<br>Cayman Islands<br>Email: claims@aztide.com |

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Confirmation ID: 3265-70-KXVAI-271904860<br><br>Claim #: 74760<br><br>Unique Customer Code: 02355964 | Name (Redacted) | as stated on Schedule F (below) | FTX Trading Ltd. | 22-11068 |

1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____     Date: 7 May 2024
Transferee/Transferee's Agent

Ngeow Wu Tien

2

Doc ID: ac70dfdd782bd418fcf0c30a287c291b58295192

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

Doc ID: ac70dfdd782bd418fcf0c30a287c291b58295192

Schedule F

FTX Trading Ltd.　　　　　Amended Schedule F-17: Nonpriority Unsecured Customer Claims　　　　　22-11068 (JTD)

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 02355964 | | ATOM-PERP[0], BTC[7.96990119], BTC-PERP[0], DOT-PERP[0], ETH[.00050576], ETH-PERP[0], ETHW[.00050576], FTT-PERP[0], LUNC-PERP[0], SOL-PERP[0], USD[-58790.78], USDT[51738.36791906], USDT-20211231[0] | | |

4