**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re: FTX Trading Ltd., *et al.*          Case No. 22-11068 (JTD) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Customer Proof of Claim 92634 was filed or deemed filed under 11 U.S.C. § 1111(a) by the Transferor. The below-identified transferee (the "Transferee") subsequently filed in the Chapter 11 Cases on or about May 3, 2024 a proof of claim, assigned a Proof of Claim Confirmation ID ending in -474209799, under Federal Rule of Bankruptcy Procedure 3001(e)(2) in respect of the foregoing claim (the "Proof of Claim"). The Transferee hereby gives evidence and notice pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) of the transfer, other than for security, of the Claim referenced in this evidence and notice.

Name of Transferor:

**[Name on file]**

Name of Transferee:

**[Name on file]** (*see, e.g.*, **Proof of Claim Confirmation ID ending in -474209799**)

Current Address of Transferor:

**[Address on file]**

Address where notices and payments to transferee should be sent:

**[Address on file]** (*see, e.g.*, **Proof of Claim Confirmation ID ending in -474209799**)

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Claim Number: 92634 Confirmation ID: 3265-70-XYITV-940364376 | Name (Redacted) | 100% | FTX Trading Ltd. | 22-11068 (JTD) |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: **6 May 2024**
Transferee / Transferee's Agent

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571