


RECEIVED
2024 MAY -8 AM 9:44
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re:

Chapter 11

FTX TRADING Ltd

Case NO 22-11068 (JTD
Hearing Date: May 15, 2024 @1:00 p.m
Objection Deadline: May, 7 2024 @4:00pm
Ref No. 11895

NOTICE OF RESPONSE TO OBJECTION TO PROOFS OF CLAIM

To address the court in the matter pertaining to my Digital assets, i.e. cryptocurrency quantities being grossly overstated in comparisons to my holdings in FTX Trading Ltd.
I object and ask the the court to refer to PIMA COUNTY RECORDING DISTRICT NOTICE OF INTENT FEE SCHEDULE recorded by Gabriella Cazares-Kelly 06/05/2023 02:19:54 pm do hereby set forth fees to be instituted in any business dealings with Cedrum Lavel Coleman sr for any business conducted relevant fee schedule are due and must be paid in the event of invoicing becomes necessary I have presented to the court irrefutable evidence of the egregious violation as follows FRAUD, RACKETEERING, THEFT OF PUBLIC FUNDS, DISHONOR IN COMMERCE, DEFAULT BY NON RESPONSE ARE IN COMPLETE RESPONSE, PREPARING LEGAL DOCUMENTS,

There are no words to explain the loss grief and devastation my family and other families had to endure as a result of the financial and moral negligence exhibited by the digital currency & trading company we in trusted to invest in the future of our families and for that i have the utmost faith in the court to honor my recorded notice of intent fee schedule

Thank You for your time and consideration    *[signature: Cedrum Lavel Coleman Sr]*

Cedram Lavel Coleman Sr
675 11th Avenue North
Safety harbor Florida 34695

9589 0710 5270 0125 2882 12

The honorable John T Dorsey
United States Bankruptcy Court
for the District of Delaware
824 North Market Street 5th Floor court room 5
Wilmington, Delaware 19801