Annex A

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: FTX TRADING LTD., et al.

Debtors

Chapter 11

Case No. Case No. 22-11068

(Jointly Administered)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
|  | **Livello Capital Special Opportunities Master Fund LP** |
| Name and Current Address of Transferor | Name and Current Address of Transferee |
|  | **Livello Capital Special Opportunities Master Fund LP**<br><br>104 W. 40th Street, 19th Floor<br><br>New York, NY 10010 |

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount (USD) |
|---|---|---|---|---|
| Claim(s) | FTX Trading Limited | 22-11068 | Customer code 389660 | 100% of the amount described on Schedule F (attached) |

| | | | |
|---|---|---|---|
| FTX Trading Limited | 22-11068 | Kroll Schedule Number 221106806790054 | 100% of the amount described on Register (attached) |
| FTX Trading Limited | 22-11068 | FTX Account ID 7287531 | 100% of the amount described on Register (attached) |
| FTX Trading Limited | 22-11068 | Proof of Claim 727 | 100% of the amount described on Register (attached) |
| FTX Trading Limited | 22-11068 | Proof of Claim 52130 | 100% of the amount described on Register (attached) |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By *Joseph Solegna* (signature)   Date: 5/7/24

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____   _____
                                Clerk of the Court

## EVIDENCE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE

TO: Clerk, United States Bankruptcy Court, District of Delaware

■■■■■■■■■■■■■■■■■■■■■■■■ for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, do hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to **Livello Capital Special Opportunities Master Fund LP** its successors and assigns, ("Buyer"), all right, title and interest in and to the claim(s) the ("Claim") of Seller, identified below, against FTX TRADING LTD et al., in the United States Bankruptcy Court, District of Delaware, Case No. 22-11068.

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount (USD) |
|---|---|---|---|---|
| Claim(s) | FTX Trading Limited | 22-11068 | Customer code 389660 | 100% of the amount described on Schedule F (attached) |
| | FTX Trading Limited | 22-11068 | Kroll Schedule Number 221106806790054 | 100% of the amount described on Register (attached) |
| | FTX Trading Limited | 22-11068 | FTX Account ID 7287531 | 100% of the amount described on Register (attached) |
| | FTX Trading Limited | 22-11068 | Proof of Claim 727 | 100% of the amount described on Register (attached) |
| | FTX Trading Limited | 22-11068 | Proof of Claim 52130 | 100% of the amount described on Register (attached) |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.

**Buyer:** **Seller:**

**Livello Capital Special Opportunities Master Fund LP**

By: _____

Name: _____

Title: _____

Email: _____

Date: _____    Date: 7/5/2024

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.

**Buyer:** Livello Capital Special Opportunities Master Fund LP

By: *Joseph Salegna*
Name: Joseph Salegna
Title: CFO
Email: JSAlegna@livellocap.com
Date: 5/7/24

**Seller:**

By:
Name:
Title:
Email:
Date:



Illegible rotated table image from Case 22-11068-JTD Doc 967 Filed 03/15/23 Page 2034 of 2749.

Customer Claim Form

## Customer Claim Form

### FTX Details

| FTX Email | FTX AccountID | Scheduled ID | FTX Debtor |
|---|---|---|---|
| [redacted] | 7297521 | 2211068307900054 | |

### Scheduled Claim Information

You have been redirected from FTX website. Please check your scheduled information below.

If you do NOT agree with any of 1) the amount or quantity of fiat, coins or NFT; 2) the FTX Exchange against whom the Customer Claim is asserted; or 3) the type or nature of the Customer Claim set forth below, assert the quantity of fiat or coins you held as of the date the case was filed in the rightmost column of the below charts.

You will also have an opportunity to add any NFTs not listed. Only complete this section where you DISAGREE with the component of your Scheduled Customer Claim. You will also have an opportunity to assert a Customer Claim arising out of or related to any other investment or trading activity.

**Schedule**

F-2

**Contingent, Unliquidated or Disputed Status**

Contingent

Debtor FTX Trading Ltd. has listed your claim on Schedule E/F, Part 2 as an Contingent General Unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from recovery.

Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held. If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange. Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an Identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7). Please see Question 8 for additional instructions for asserting claims related to Other Activity.

- ⦿ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)
- ○ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd. d/b/a "FTX.EU") (Case No. 22-11149)
- ○ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11152)
- ○ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
- ○ West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071)

Customer Claim Form

List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account (s) along with the unique identification code.

- Note that the "USD Rate" is the ratio of the Local Currency to U.S. Dollars.
- If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, please populate the Loaned Quantity column.

## Fiat

### ASSERTED QUANTITY FIAT

| Fiat (Ticker / Abbreviation) | | Total Scheduled Quantity of Fiat (Local Currency) | Total Scheduled Quantity of Fiat (Converted to USD) | Do you agree with the Scheduled Quantity? | If you do not agree, Please provide the Asserted Quantity of Fiat here |
|---|---|---|---|---|---|
| USD | | 581.297.5500396355 | 581,297.55 | ○ No  ● Yes | |

Do you want to add any other fiat not previously listed?

● No
○ Yes

## Loaned Fiat

### LOANED QUANTITY FIAT

Do you want to add any other fiat not previously listed?

● No
○ Yes

## Asserted Crypto

### Asserted Quantity of Crypto Tokens

| Crypto (Ticker / Abbreviation) | Scheduled Quantity of Crypto | Do you agree with the Scheduled Quantity? | If you do not agree, Please provide the Asserted Quantity of Crypto here. |
|---|---|---|---|
| LTC-20211231 | 0.000000000 | ○ No  ● Yes | |
| ETH-0930 | 0.000000000 | ○ No  ● Yes | |

| Customer Claim Form | | | |
|---|---|---|---|
| AVAX | -0.0000000042324575 | ○ No  ● Yes | |
| ADA-0930 | 0.000000000 | ○ No  ● Yes | |
| ADA-1230 | 0.000000000 | ○ No  ● Yes | |
| APE | 0.000098000 | ○ No  ● Yes | |
| ATOM-0930 | 0.000000000 | ○ No  ● Yes | |
| ATOM-1230 | 0.000000000 | ○ No  ● Yes | |
| AVAX-0930 | 0.000000000 | ○ No  ● Yes | |
| AVAX-1230 | 0.000000000 | ○ No  ● Yes | |
| BCH | 0.000000010 | ○ No  ● Yes | |
| BCH-0930 | 0.000000000 | ○ No  ● Yes | |
| BCH-1230 | 0.000000000 | ○ No  ● Yes | |
| BSV-PERP | 0.000000000 | ○ No  ● Yes | * |
| BTC | 0.0000164086495687 | ○ No  ● Yes | |
| BTC-0325 | 0.000000000 | ○ No  ● Yes | |
| BTC-0624 | 0.000000000 | ○ No  ● Yes | |
| BTC-0930 | 0.000000000 | ○ No  ● Yes | |
| BTC-1230 | 0.000000000 | ○ No  ● Yes | |
| BTC-20211231 | 0.00000000000133 | ○ No  ● Yes | |
| COMP | 0.000000006 | ○ No  ● Yes | |

Customer Claim Form                                                 3 / 16

| | | | |
|---|---|---|---|
| DOGE | 0.187015000 | ○ No  ● Yes | |
| DOGE-0325 | 0.000000000 | ○ No  ● Yes | |
| DOGE-0624 | 0.000000000 | ○ No  ● Yes | |
| DOGE-0930 | 0.000000000 | ○ No  ● Yes | |
| DOGE-1230 | 0.000000000 | ○ No  ● Yes | |
| DOGE-20213625 | 0.000000000 | ○ No  ● Yes | |
| DOGE-2021002A | 0.000000000 | ○ No  ● Yes | |
| DOGE-20211231 | 0.000000000 | ○ No  ● Yes | |
| DOGE-PERP | 0.000000000 | ○ No  ● Yes | |
| DOT-0930 | 0.000000000 | ○ No  ● Yes | |
| DOT-1230 | 0.000000000 | ○ No  ● Yes | |
| ETH | 0.0702863175 | ○ No  ● Yes | |
| ETH-0325 | 0.000000000 | ○ No  ● Yes | |
| ETH-0624 | 0.000000000 | ○ No  ● Yes | |
| ETH-1230 | 0.000000000 | ○ No  ● Yes | |
| ETH-20211231 | -0.000000000000089 | ○ No  ● Yes | |
| ETHW | 0.000567528150000 | ○ No  ● Yes | |
| FTT | 373.831750000 | ○ No  ● Yes | |
| LINK-0930 | 0.000000000 | ○ No  ● Yes | |

Customer Claim Form                4 / 18

| Token | Amount | Claim |
|---|---|---|
| LINK-1230 | 0.000000000 | ○ No ● Yes |
| LTC | 0.0000000149952 | ○ No ● Yes |
| LTC-0325 | 0.000000000 | ○ No ● Yes |
| LTC-0624 | 0.000000000 | ○ No ● Yes |
| LTC-0930 | 0.000000000 | ○ No ● Yes |
| LTC-1230 | 0.000000000 | ○ No ● Yes |
| LUNA2 | 0.3880275593 | ○ No ● Yes |
| LUNA2_LOCKED | 0.8554643051 | ○ No ● Yes |
| LUNC | 79,833.923937000 | ○ No ● Yes |
| MATIC | 0.002525600 | ○ No ● Yes |
| MKR | 0.000000010 | ○ No ● Yes |
| SHIB | 0.000000090 | ○ No ● Yes |
| SOL | 0.000716388 | ○ No ● Yes |
| SOL-0930 | 0.000000000 | ○ No ● Yes |
| SOL-1230 | 0.000000000 | ○ No ● Yes |
| SRM | 0.190863490 | ○ No ● Yes |
| SRM_LOCKED | 4.755178630 | ○ No ● Yes |
| UNI-1230 | 0.000000000 | ○ No ● Yes |
| USDT | 0.0000000076804712 | ○ No ● Yes |

Customer Claim Form

5 / 16



Customer Claim Form

| | | |
|---|---|---|
| WBTC | 0.00000001075 | ○ No  ● Yes |
| XRP | 0.005220000 | ○ No  ● Yes |
| XRP-0325 | 0.000000000 | ○ No  ● Yes |
| XRP-0624 | 0.000000000 | ○ No  ● Yes |
| XRP-0930 | 0.000000000 | ○ No  ● Yes |
| XRP-1230 | 0.000000000 | ○ No  ● Yes |
| XRP-20210924 | 0.000000000 | ○ No  ● Yes |
| XRP-20211231 | 0.000000000 | ○ No  ● Yes |
| XTZ-1230 | 0.000000000 | ○ No  ● Yes |
| YFI | 0.000000005 | ○ No  ● Yes |
| YFI-1230 | 0.000000000 | ○ No  ● Yes |

Do you want to add any coin not previously listed?

● No
○ Yes

**Loaned Crypto**

Loaned Quantity of Crypto

Do you want to add any coin not previously listed?

United States Bankruptcy Court, District of Delaware

Fill in this information to identify the case (Select only one Debtor per claim form):

Debtor: FTX Trading Ltd.

Case Number: 22-11068

Modified Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim



1. Who is the current creditor?

2. Has this claim been acquired from someone else?

3. Where should notices and payments to the creditor be sent?
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should payments to the creditor be sent? (if different)

4. Does this claim amend one already filed?
   ☑ No
   ☐ Yes. Claim number on court claims registry (if known) _____   Filed on ___/___/_____

5. Do you know if anyone else has filed a proof of claim for this claim?
   ☑ No
   ☐ Yes. Who made the earlier filing? _____

Proof of Claim    page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
| 7. How much is the claim? | $ USD 581,390.00   Does this amount include interest or other charges?<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Assets in corporate trading account. Order confirmations attached. |
| 9. Is all or part of the claim secured? | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>Nature of property:<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>Basis for perfection: _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property:   $ _____<br>Amount of the claim that is secured:   $ _____<br>Amount of the claim that is unsecured:  $ _____  (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>Amount necessary to cure any default as of the date of the petition:   $ _____<br><br>Annual Interest Rate (when case was filed) _____ %<br>☐ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition.   $ _____ |
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |

| | | Amount entitled to priority |
|---|---|---|
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No <br> ☐ Yes. Check one: <br> ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☑ No <br> ☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | $_____ |

### Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  01/30/2023
                   MM / DD / YYYY

Name  ████████
Name  ████████
Title  ████████
Com   ████████
Add   ████████

Contact phone _____    Email _____

Proof of Claim                                                page 3

SRF: 67320
PackID: 39
ADRID: 12045308

FTX 3265 SRF 67320 PackID: 39 ADRID: 12045308 SVC: Batch 0001

In re: FTX Trading, Ltd., et. al.
Case No. 22-11068 (JTD)
United States Bankruptcy Court for the District of Delaware

### KROLL RECEIVED YOUR PROOF OF CLAIM

This serves as confirmation that the proof of claim form you submitted in connection with the FTX Trading, Ltd. jointly administered chapter 11 bankruptcy cases has been received by Kroll Restructuring Administration LLC ("*Kroll*") on Thursday, February 2, 2023.

Your claim has been assigned claim number ___727___.

Please do not discard this letter as you may need to refer to it in the future.

The processing of your claim by Kroll and your receipt of this letter is not an acknowledgement of the validity, nature or amount of your claim.

## Customer Claim Form

### FTX Details

| FTX Email | FTX AccountID | Scheduled ID | FTX Debtor |
|---|---|---|---|
| [redacted] | 7287531 | 22T1068087900054 | |

### Scheduled Claim Information

You have been redirected from FTX website. Please check your scheduled information below.

If you do NOT agree with any of 1) the amount or quantity of fiat, coins or NFT; 2) the FTX Exchange against whom the Customer Claim is asserted; or 3) the type or nature of the Customer Claim set forth below, assert the quantity of fiat or coins you held as of the date the case was filed in the rightmost column of the below charts.

You will also have an opportunity to add any NFTs not listed. Only complete this section where you DISAGREE with the component of your Scheduled Customer Claim. You will also have an opportunity to assert a Customer Claim arising out of or related to any other investment or trading activity.

**Schedule**

F-2

**Contingent, Unliquidated or Disputed Status**

Contingent

Debtor FTX Trading Ltd. has listed your claim on Schedule E/F, Part 2 as an Contingent General Unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from recovery.

Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held. If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange. Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7). Please see Question 8 for additional instructions for asserting claims related to Other Activity.

- ⦿ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)
- ○ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd. (d/b/a "FTX EU") (Case No. 22-11166)
- ○ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102)
- ○ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
- ○ West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071)

Customer Claim Form
Claim Number: 52130

1 / 15

---

## Customer Claim Form

List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account (s) along with the unique identification code.

- Note that the "USD Rate" is the ratio of the Local Currency to U.S. Dollars.
- If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, please populate the Loaned Quantity column.

### Fiat

**ASSERTED QUANTITY FIAT**

| Fiat (Ticker / Abbreviation) | Total Scheduled Quantity of Fiat (Local Currency) | Total Scheduled Quantity of Fiat (Converted to USD) | Do you agree with the Scheduled Quantity? | If you do not agree, Please provide the Asserted Quantity of Fiat here |
|---|---|---|---|---|
| USD | 581,297.5500398305 | 581,297.55 | ○ No  ⦿ Yes | |

Do you want to add any other fiat not previously listed?
- ⦿ No
- ○ Yes

### Loaned Fiat

**LOANED QUANTITY FIAT**

| Fiat (Ticker / Abbreviation) | Loaned Quantity of Fiat (Local Currency) | Total Loaned Quantity of Fiat (Converted to USD) | Do you agree with the Scheduled Loaned Quantity? | If you do not agree, Please provide the Loaned Quantity of Fiat here |
|---|---|---|---|---|
| | | | ○ No  ○ Yes | |

Do you want to add any other fiat not previously listed?
- ⦿ No
- ○ Yes

### Asserted Crypto

**Asserted Quantity of Crypto Tokens**

| Crypto (Ticker / Abbreviation) | Scheduled Quantity of Crypto | Do you agree with the Scheduled Quantity? | If you do not agree, Please provide the Asserted Quantity of Crypto here. |
|---|---|---|---|

Customer Claim Form

2 / 15