

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FTX TRADING LTD., *et al.,* | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor: | Name of Transferee: |
|---|---|
| **Tam, Nai Him Leslie** | **Claim Nexus C I, LLC** |
| Name and Current Address of Transferor:<br>**Tam, Nai Him Leslie**<br>**ADDRESS ON FILE** | Name and Address where notices and payments to transferee should be sent:<br>**Claim Nexus C I, LLC**<br>**Attn: Louis d'Origny**<br>**Email: louis@arceaucapital.com**<br>**245 Michigan Avenue**<br>**Miami, FL 33139** |

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 3038 | Name (Redacted) | $613,715.01 | Alameda Research Ltd | 22-11067 |
| Schedule No. 3.46 | Tam, Nai Him Leslie | $569,663.00 | Alameda Research Ltd | 22-11067 |
| Confirmation ID No. 3265-69-AVZEI-029073592 | Name (Redacted) | $613,715.01 | Alameda Research Ltd | 22-11067 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: May  6 , 2024
Transferee/Transferee's Agent

# Creditor Data Details - Claim # 3038

**Creditor**
Name on file
Address on file

**Debtor Name**
Alameda Research Ltd

**Date Filed**
06/19/2023

**Claim Number**
3038

**Schedule Number**
n/a

**Confirmation ID**
3265-69-AVZEI-029073592

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $613,715.01 | | $613,715.01 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | | | **$613,715.01** | | **$613,715.01** | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

| 3.46 | Nonpriority creditor's name and mailing address<br><br>TAM Nai Him Leslie<br>ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Loan Payable (see Exhibit 2) | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**  Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        Page 10 of 14

| TAM Nai Him Leslie | USD | 569,663 | 10.0% | N/A | 2/1/2023 |

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.