UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., *et al.,*

Debtors

Chapter 11

No. 22-11068 (JTD)

(Jointly Administered)

**CHEROKEE ACQUISITION**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Vincent Tsun Ho Kwok**

Name and Current Address of Transferor:
**Vincent Tsun Ho Kwok**
**ADDRESS ON FILE**

Name of Transferee:

**Claim Nexus C I, LLC**

Name and Address where notices and payments to transferee should be sent:
**Claim Nexus C I, LLC**
**Attn: Louis d'Origny**
**Email: louis@arceaucapital.com**
**245 Michigan Avenue**
**Miami, FL 33139**

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 3136 | Name (Redacted) | $556,395.22 | Alameda Research Ltd | 22-11067 |
| Schedule No. 3.50 | Vincent Tsun Ho Kwok | $484,248.00 | Alameda Research Ltd | 22-11067 |
| Confirmation ID No. 3265-69-AMVJH-322502490 | Name (Redacted) | $556,395.22 | Alameda Research Ltd | 22-11067 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: May   6   , 2024

# Creditor Data Details - Claim # 3136

**Creditor**
Name on file
Address on file

**Debtor Name**
Alameda Research Ltd

**Date Filed**
06/23/2023

**Claim Number**
3136

**Schedule Number**
n/a

**Confirmation ID**
3265-69-AMVJH-322502490

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $556,395.22 | | $556,395.22 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | | | **$556,395.22** | | **$556,395.22** | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

| 3.50 | Nonpriority creditor's name and mailing address<br><br>Vincent Tsun Ho Kwok<br>ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Loan Payable (see Exhibit 2) | $ | Undetermined |
|---|---|---|---|---|
|  | **Date or dates debt was incurred**   Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| Vincent Tsun Ho Kwok | USD | 484,248 | 10.0% | N/A | 2/1/2023 |

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.