# Exhibit A

**Settlements Consummated Pursuant to the**
**Small Estate Claims Settlement Procedures Order**
**April 2024**

| Settling Party | Settled Value |
|---|---|
| Aaron Chang | $8,000 |
| The Center for Strategic and International Studies | $75,000 |
| The Clear Fund d/b/a GiveWell | $625,000 |
| Columbia University | $350,000 |
| Conjecture | $118,241 |
| Future Now Action | $6,000,000 |
| Healthy Democracy | $20,000 |
| Lorenz Kuhn | $25,824.39 |
| Space Futures Initiative | $71,000 |
| University of Maryland Baltimore County | $75,000 |
| Vorathep Sachdev | $76,125.23 |