IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.,*<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD) |

**NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND
PLEADINGS PURSUANT TO BANKRUPTCY RULES 2002, 3017 AND 9010(B)**

PLEASE TAKE NOTICE that Peter C. Hughes of Dilworth Paxson LLP, along with James E. Miller and Alec J. Berin of Miller Shah LLP, hereby enter their appearance on behalf of ELD Capital LLC, Dominic John Cubitt and Leona Sammon (collectively, "**ELD**"), creditors and parties-in-interest in the above-captioned bankruptcy cases, pursuant to Bankruptcy Rule 9010(b), and request copies of all notices and pleadings filed herein or in any related proceedings including notices provided pursuant to Bankruptcy Rules 2002(a), (b) and (f), and 3017(a).

PLEASE TAKE FURTHER NOTICE that the foregoing request encompasses all notices, motions, complaints, answers, applications and orders, whether formal or informal, written or oral, and/or transmitted or conveyed by mail, hand delivery, telephone, facsimile, telecopy and/or any other means. All such notices and pleadings should be sent to:

| | |
|---|---|
| Peter C. Hughes, Esq.<br>Dilworth Paxson LLP<br>800 N. King Street, Suite 202<br>Wilmington, DE 19801<br>(302) 571-9800<br>phughes@dilworthlaw.com | James E. Miller, Esq.<br>Miller Shah LLP<br>65 Main Street<br>Chester, CT 06412<br>(866) 540-5505<br>jemiller@millershah.com |
| Alec J. Berin, Esq.<br>Miller Shah LLP<br>1845 Walnut Street, Suite 806<br>Philadelphia, PA 19103<br>(866) 540-5505<br>ajberin@millershah.com | |

#124234778v1

PLEASE TAKE FURTHER NOTICE that, by submitting this notice and/or any subsequent appearance, pleading, claim or suit, ELD is not waiving and hereby expressly preserves the right to: (i) have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) a trial by jury in any proceeding so triable in this case or in any related case, controversy or proceeding; (iii) have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; and/or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under any agreement, in equity and/or other applicable law.

Date: May 10, 2024

/s/ Peter C. Hughes
Peter C. Hughes (#4180)
Dilworth Paxson LLP
800 N. King Street, Suite 202
Wilmington, DE 19801
(302) 571-9800
(302) 655-1480 (fax)

and

James E. Miller, Esq. (*Pro Hac Vice admission pending*)
Miller Shah LLP
65 Main Street
Chester, CT 06412
(866) 540-5505

and

Alec J. Berin, Esq. (*Pro Hac Vice admission pending*)
Miller Shah LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
(866) 540-5505

*Counsel for ELD Capital LLC, Dominic John Cubitt and Leona Sammon*

#124234778v1

## CERTIFICATE OF SERVICE

I, Christine Tomlin, hereby certify that on May 10, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system, which will automatically send e-mail notifications to all parties and counsel of record.

/s/ Christine Tomlin
Christine Tomlin, Paralegal

#124234778v1