**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FTX TRADING LTD *et al*, | : | |
| | : | Case No: 22-11068 (JTD) |
| Debtors. | : | |

**AMENDED MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Alec J. Berin, Esquire of Miller Shah LLP to represent ELD Capital LLC, Dominic John Cubitt and Leona Sammon in this action.

Dated: May 10, 2024

/s/ Peter C. Hughes
Peter C. Hughes
Dilworth Paxson LLP
800 King Street, Suite 202
Wilmington, DE  19801
Phone: 215-575-7000
Email:   phughes@dilworthlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of Pennsylvania and New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/21. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: May 10, 2024

/s/ Alec J. Berin
Alec J. Berin
Miller Shah LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Phone: 866-540-5505
Email: ajberin@millershah.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

#124234902v1