# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re FTX Trading Ltd., et al.,                    Case No. 22-11068 (JTD)
Debtors.                                           (Jointly Administered)


## TRANSFER OF PARTIAL CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


FC CAYMAN A, L.L.C.                              Svalbard Holdings Limited
Name of Transferee                                 Name of Transferor


Name and Address where notices to                 Name and Address where notices to transferor
transferee should be sent:                         should be sent:

FC Cayman A, L.L.C.                               Svalbard Holdings Limited
c/o Willkie Farr & Gallagher LLP                  c/o Attestor Limited
Attn:  Joseph G. Minias, Esq.                     7 Seymour Street
787 Seventh Avenue                                London, United Kingdom
New York, New York 10019                          W1H7JW
(212) 728-8000                                    Attn: Steve Gillies
jminias@willkie.com                               settlements@attestorcapital.com
                                                  +44(0)20 7074 9653

                                                  Claim #: 90155
                                                  Customer Code: 02143610
                                                  Date Claim Filed: 12/28/2023
                                                  Debtor: FTX Trading Ltd.
                                                  Case Number: 22-11068
                                                  Amount of Claim: 50%


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


FC Cayman A, L.L.C.                              Date: 5/8/2024


By: _____
Transferee/Transferee's Agent


*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court")
       and FTX Trading Ltd. and its affiliated debtors and debtors in possession (the "Debtor")

In re FTX Trading Ltd., et al., Case No. 22-11068 (JTD) (the "Bankruptcy Cases")

For value received, the adequacy and sufficiency of which are hereby acknowledged, Svalbard Holdings Limited ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns unto FC Cayman A, LLC (the "Purchaser") a 50% pro-rata share of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), designated on the Claims Registry in the Bankruptcy Cases as Claim No. 90155, associated with unique customer code 02143610, and filed on December 28, 2023, that was asserted against the Debtor or may be asserted against the Debtor and its non-debtor affiliates (collectively, "FTX") and any and all other proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing claim (collectively, the "Proof of Claim").

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as might be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim and recognizing Purchaser as the sole owners and holders of the claim. Seller further directs the Debtor, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, are to be delivered or made to Purchaser.

- 3 -

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated May 8, 2024.

SELLER

Svalbard Holdings Limited

By: _____
Name: Christopher Guth
Title: Authorized Person


PURCHASER

FC Cayman A, L.L.C.

By: _____
Name: James A. David
Title: Authorized Person

Doc ID: 89fb5b3213fa61c943817ed45a4d88e56ac78f66

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated May 8, 2024.

SELLER

Svalbard Holdings Limited

By: _____

Name: <u>Christopher Guth</u>

Title: <u>Authorized Person</u>

PURCHASER

FC Cayman A, L.L.C.

By: _____

Name: <u>James A. David</u>

Title: <u>Authorized Person</u>