**EXHIBIT A**

**Owl Hill Advisory, LLC**

**Summary of Staffing and Functions – FTX Trading Ltd., *et al.***
**for the Period from April 1, 2024 through April 30, 2024**

| Name and Title | Function/Role |
|---|---|
| **Staffing – Officer Positions** ||
| John J. Ray III | Chief Executive Officer |
| **Staffing – Non-Officer Positions** ||
| N/A | N/A |

**The following Compensation Report includes
services performed by Owl Hill on behalf of the Debtors
for the period from April 1, 2024 through April 30, 2024**

**<u>Summary of Services Provided</u>**

1.      John J. Ray III is the only professional staffed by Owl Hill on the

engagement.  As the CEO for the Debtors, Mr. Ray has assumed in all respects the management

of the Debtors' businesses.  In addition, as described in the First Day Declarations, Mr. Ray has

provided oversight and support to the Debtors' other professionals in connection with execution

of the five core objectives of these Chapter 11 Cases:

      (a)      <u>Implementation of Controls</u>:  the implementation of accounting, audit, cash management, cybersecurity, human resources, risk management, data protection and other systems that did not exist, or did not exist to an appropriate degree, prior to Mr. Ray's appointment;

      (b)      <u>Asset Protection & Recovery</u>:  the location and security of property of the estate, a substantial portion of which may be missing or stolen;

      (c)      <u>Transparency and Investigation</u>:  the pending, comprehensive, transparent and deliberate investigation into claims against Mr. Samuel Bankman-Fried, the other co-founders of the Debtors and third parties, in coordination with regulatory stakeholders in the United States and around the world;

      (d)      <u>Efficiency and Coordination</u>:  cooperation and coordination with insolvency proceedings of subsidiary companies in other jurisdictions; and

      (e)      <u>Maximization of Value</u>:  the maximization of value for all stakeholders through the eventual reorganization or sale of the Debtors 'complex array of businesses, investments and digital and physical property.

2.      During the Reporting Period, Mr. Ray directed and oversaw the Debtors'

businesses and worked with the Debtors' retained professionals on these five objectives.  This

work included periodic meetings and numerous communications with the independent board of

directors and attending regular weekly telephonic and in person board meetings to manage and

coordinate the Debtors' operations and restructuring efforts.  Mr. Ray led weekly calls with the

lead professionals related to the overall direction and management of the case as well as broader weekly meetings with the professional firms that are critical to the day-to-day management of these Chapter 11 Cases.  Additionally, Mr. Ray has worked to establish and maintain internal controls, address and manage employees and employee concerns, interacted with management in Japan, Europe and other locations throughout the world and managed cash, other assets and investments, data and systems related issues with respect to all Debtors.  Mr. Ray also provided oversight related to the Debtors' public relations and communications plans.

3.      Mr. Ray also spent significant time managing the Debtors' Chapter 11 Cases.  Mr. Ray has dedicated his time to various issues related to asset recovery and security, engagement and meeting with the Committee and monitoring the status of the Debtors' chapter 11 filings and professional retentions.  In connection with the review of professional retentions, Mr. Ray coordinated with the Debtors' professionals to avoid the unnecessary duplication of services.  In addition to work related to claims and creditor management, Mr. Ray provided oversight and assistance with the evaluation of potential avoidance actions, the consideration of the sale of certain businesses and investments and the development of restructuring strategies. Mr. Ray is involved day to day with respect to the management and disposition of the Debtors' coins and tokens. During the period, Mr. Ray devoted time to coordinating with the Joint Provisional Liquidators in the Bahamas to ensure a seamless post confirmation distribution process. Additionally, Mr. Ray oversaw the development of the amended plan and disclosure statement.

## Summary of Compensation and Expenses

| Period | Fees | Expenses | Total |
|---|---|---|---|
| April 1, 2024 – April 30, 2024 | $395,325.00 | $11,143.63 | $406,468.63 |

## Summary of Expense by Category

| Expense Category | Total Expenses |
|---|---|
| Travel – Lodging | $1,600.00 |
| Travel – Airfare | $8,558.90 |
| Travel – Transportation (other) | $895.69 |
| Travel – Meals | $19.04 |
| Other Expenses | $70.00 |
| **Total Amount for Period:** | $11,143.63 |

## Summary of Time and Fees by Professional

| Name of Professional | Function/Role | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| John J. Ray III | Chief Executive Officer | $1,575.00 | 260.5 | $410,287.50 |
| **50% adjustment for non-working travel:** | | | 19.0 | ($14,962.50) |
| **Total Amount for Period:** | | | | $395,325.00 |

**Time Detail Activity by Professional**

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 4/1/24 | Call with A&M (S Coverick and others) and S&C (E Simpson and others) related to Japan matters | John J. Ray III | 0.5 | $787.50 |
| 4/1/24 | Follow up and direction related to EU matters | John J. Ray III | 1.0 | $1,575.00 |
| 4/1/24 | Assistance to customers re portal process | John J. Ray III | 0.3 | $472.50 |
| 4/1/24 | Revise and update draft memo to the Board | John J. Ray III | 0.8 | $1,260.00 |
| 4/1/24 | Call with Galaxy, A&M (K Ramanathan and others), UCC, and Ad Hoc professionals related to coins and tokens | John J. Ray III | 1.0 | $1,575.00 |
| 4/1/24 | Review and provide guidance related to pending work streams related to finalizing the Plan | John J. Ray III | 3.0 | $4,725.00 |
| 4/1/24 | Call with A&M (K Ramanathan and others) re coin and token sales | John J. Ray III | 0.5 | $787.50 |
| 4/1/24 | Review and provide direction related to FTX Vault | John J. Ray III | 0.8 | $1,260.00 |
| 4/1/24 | Reviews and provide direction re administrative claim | John J. Ray III | 0.3 | $472.50 |
| 4/1/24 | Review item related to indemnity claim | John J. Ray III | 0.3 | $472.50 |
| 4/1/24 | Follow up related to status of settlement discussions | John J. Ray III | 0.3 | $472.50 |
| 4/2/24 | Review UCC term sheet regarding coin and token sales and mark up | John J. Ray III | 1.5 | $2,362.50 |
| 4/2/24 | Call with Steering committee A&M (E Mosely and others), S&C (A Kranzley and others), and PWP (K Cofsky and others) | John J. Ray III | 1.0 | $1,575.00 |
| 4/2/24 | Call with A&M (K Ramanathan, S Coverick and others) re coin and token sales | John J. Ray III | 0.8 | $1,260.00 |
| 4/2/24 | Prepare for Board meeting | John J. Ray III | 0.5 | $787.50 |

---

[1]   Non-working travel is charged at a 50% discount to the standard rate.

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 4/2/24 | Bi-weekly Board call attendance | John J. Ray III | 1.0 | $1,575.00 |
| 4/2/24 | Call with A&M (S Coverick and others) and S&C (A Kranzley and others) related to claim reconciliation | John J. Ray III | 1.0 | $1,575.00 |
| 4/2/24 | Call with QE (S Rand) related to pending litigation | John J. Ray III | 0.5 | $787.50 |
| 4/2/24 | Review of pending litigation matters | John J. Ray III | 1.3 | $2,047.50 |
| 4/2/24 | Review and comment on inbound inquiries | John J. Ray III | 0.8 | $1,260.00 |
| 4/2/24 | Call with examiner | John J. Ray III | 0.3 | $472.50 |
| 4/3/24 | Review of EU status and materials and provide direction | John J. Ray III | 1.0 | $1,575.00 |
| 4/3/24 | Call with A&M (E Mosely and others) and S&C (A Dietderich and others) related to stakeholder discussions | John J. Ray III | 0.3 | $472.50 |
| 4/3/24 | Call with stakeholder counsel, A&M (E Mosely and others) and S&C (A Dietderich and others) | John J. Ray III | 1.0 | $1,575.00 |
| 4/3/24 | Review and comment on Plan recovery analysis | John J. Ray III | 2.5 | $3,937.50 |
| 4/3/24 | Review open coin and token matters and provide direction | John J. Ray III | 1.5 | $2,362.50 |
| 4/3/24 | Review of 9019 motion | John J. Ray III | 1.3 | $2,047.50 |
| 4/3/24 | Call with A&M (K Ramanathan and others), UCC, AHC professionals, and Galaxy related to coin and token sales | John J. Ray III | 1.0 | $1,575.00 |
| 4/3/24 | Review and comment on motion to dismiss non-operational subsidiaries | John J. Ray III | 1.3 | $2,047.50 |
| 4/3/24 | Review and execute venture sale docs | John J. Ray III | 0.8 | $1,260.00 |
| 4/3/24 | Review update and pricing on cyber policy renewal | John J. Ray III | 0.5 | $787.50 |
| 4/4/24 | Review of claims matter | John J. Ray III | 0.8 | $1,260.00 |
| 4/4/24 | Review and comment on draft complaint | John J. Ray III | 1.3 | $2,047.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 4/4/24 | Call with Joele Frank and S&C (S Ehrenberg and others) re communications | John J. Ray III | 0.5 | $787.50 |
| 4/4/24 | Review updated status of Japan matters | John J. Ray III | 1.3 | $2,047.50 |
| 4/4/24 | Review and provide direction re EU matters | John J. Ray III | 0.8 | $1,260.00 |
| 4/4/24 | Ventures call with Board and PWP (B Mendelsohn and others) | John J. Ray III | 1.0 | $1,575.00 |
| 4/4/24 | Review of coin and token updates | John J. Ray III | 1.3 | $2,047.50 |
| 4/4/24 | Review of NDA documents and provide comments | John J. Ray III | 0.5 | $787.50 |
| 4/4/24 | Call with S&C (A Dietderich) related to pending matters | John J. Ray III | 0.3 | $472.50 |
| 4/4/24 | Review responses and provide input related to media requests | John J. Ray III | 0.5 | $787.50 |
| 4/4/24 | Review materials in response to IRS requests | John J. Ray III | 0.8 | $1,260.00 |
| 4/5/24 | Review of Plan draft and comment on same | John J. Ray III | 3.8 | $5,985.00 |
| 4/5/24 | Review revised complaint | John J. Ray III | 0.8 | $1,260.00 |
| 4/5/24 | Call with S&C (A Kranzley and others) and A&M (E Mosely and others) related to Plan draft | John J. Ray III | 1.5 | $2,362.50 |
| 4/5/24 | Review updated recovery analysis | John J. Ray III | 2.5 | $3,937.50 |
| 4/6/24 | Review and comment on draft disclosure statement | John J. Ray III | 4.3 | $6,772.50 |
| 4/6/24 | Travel to meetings with JOLs | John J. Ray III | 6.5 | $5,118.75 |
| 4/6/24 | Prepare for meetings with JOLs related to Plan implementation | John J. Ray III | 2.0 | $3,150.00 |
| 4/6/24 | Review of litigation matter related to real property | John J. Ray III | 0.8 | $1,260.00 |
| 4/6/24 | Call with S&C (A Dietderich) regarding updates on pending matters | John J. Ray III | 0.3 | $472.50 |
| 4/7/24 | Prepare for JOL meeting | John J. Ray III | 1.5 | $2,362.50 |
| 4/7/24 | Review and edit Disclosure Statement inserts | John J. Ray III | 1.3 | $2,047.50 |
| 4/7/24 | Review and comment on settlement agreement | John J. Ray III | 0.8 | $1,260.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 4/7/24 | Review of coin summaries | John J. Ray III | 0.3 | $472.50 |
| 4/8/24 | Meetings with JOLs and A&M (E Mosely and others) re Bahamas issues | John J. Ray III | 9.5 | $14,962.50 |
| 4/8/24 | Review and execute letter re Turkey matters | John J. Ray III | 0.3 | $472.50 |
| 4/8/24 | Call with A&M (K Ramanathan and others), creditor representatives, and Galaxy re token sales | John J. Ray III | 0.5 | $787.50 |
| 4/8/24 | Review and comment on restitution matter | John J. Ray III | 0.8 | $1,260.00 |
| 4/8/24 | Review of monthly claims status | John J. Ray III | 1.0 | $1,575.00 |
| 4/8/24 | Review and execute NDAs for sale processes | John J. Ray III | 0.3 | $472.50 |
| 4/8/24 | Review and revise draft Plan | John J. Ray III | 1.3 | $2,047.50 |
| 4/8/24 | Review and comment on 9019 motion | John J. Ray III | 0.8 | $1,260.00 |
| 4/8/24 | Review motion to dismiss non-operational Subsidiaries | John J. Ray III | 0.8 | $1,260.00 |
| 4/9/24 | Meetings with JOLs and A&M (E Mosely and others) | John J. Ray III | 9.0 | $14,175.00 |
| 4/9/24 | Steering committee call with S&C (A Dietderich and others), A&M (E Mosely and others), and PWP (B Mendelsohn and others) | John J. Ray III | 1.0 | $1,575.00 |
| 4/9/24 | Review of Plan recovery materials | John J. Ray III | 1.8 | $2,835.00 |
| 4/10/24 | Meetings with JOLs and A&M (E Mosely and others) | John J. Ray III | 9.0 | $14,175.00 |
| 4/10/24 | Review of Anthropic status | John J. Ray III | 0.3 | $472.50 |
| 4/10/24 | Call with Galaxy re asset matter | John J. Ray III | 0.5 | $787.50 |
| 4/10/24 | Call with S&C (A Kranzley and others) and A&M (E Mosely and others) regarding Plan | John J. Ray III | 1.5 | $2,362.50 |
| 4/10/24 | Call with S&C (S Wheeler and J Croke) re document production | John J. Ray III | 0.5 | $787.50 |
| 4/10/24 | Call with S&C (A Dietderich) and AHC representatives re Plan option | John J. Ray III | 0.5 | $787.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 4/10/24 | Call with S&C (S Wheeler) and JOL counsel re terms of property transfer | John J. Ray III | 0.5 | $787.50 |
| 4/11/24 | Review and mark up Disclosure Statement revised draft | John J. Ray III | 3.0 | $4,725.00 |
| 4/11/24 | Travel from JOL meetings | John J. Ray III | 12.5 | $9,843.75 |
| 4/11/24 | Assist creditor with KYC | John J. Ray III | 0.3 | $472.50 |
| 4/11/24 | Review coin and token term sheet revised draft | John J. Ray III | 1.3 | $2,047.50 |
| 4/11/24 | Review of further comments of Disclosure Statement | John J. Ray III | 0.8 | $1,260.00 |
| 4/11/24 | Review and mark up of term sheet | John J. Ray III | 1.3 | $2,047.50 |
| 4/12/24 | Review venture material | John J. Ray III | 1.5 | $2,362.50 |
| 4/12/24 | Call with PWP (M Rahmani and others) | John J. Ray III | 1.0 | $1,575.00 |
| 4/12/24 | Call with PWP (K Cofsky and other) and venture management related to venture status | John J. Ray III | 1.0 | $1,575.00 |
| 4/12/24 | Review further changes to Plan and Disclosure Statement | John J. Ray III | 3.8 | $5,985.00 |
| 4/12/24 | Assist customer with NDA process | John J. Ray III | 0.5 | $787.50 |
| 4/12/24 | Review and execute shareholder resolution | John J. Ray III | 0.3 | $472.50 |
| 4/12/24 | Review and discuss settlement with S&C (J Croke) | John J. Ray III | 0.3 | $472.50 |
| 4/12/24 | Call with S&C (A Dietderich) re Plan update matters | John J. Ray III | 0.5 | $787.50 |
| 4/12/24 | Call with Rothschilds (C Delo) re pending matters | John J. Ray III | 0.3 | $472.50 |
| 4/12/24 | Review and approve letter re indemnification demand | John J. Ray III | 0.3 | $472.50 |
| 4/13/24 | Review and mark up term sheet related to ventures | John J. Ray III | 1.8 | $2,835.00 |
| 4/13/24 | Review provision on the Plan re record date mechanics | John J. Ray III | 0.8 | $1,260.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 4/13/24 | Review of governmental inquiry re prepetition matter re Japan | John J. Ray III | 0.8 | $1,260.00 |
| 4/13/24 | Review of updated Rothschild engagement scope | John J. Ray III | 0.5 | $787.50 |
| 4/13/24 | Review of Plan and Disclosure Statement and mark up same | John J. Ray III | 2.8 | $4,410.00 |
| 4/14/24 | Review and revision to token term sheet | John J. Ray III | 1.3 | $2,047.50 |
| 4/14/24 | Call with A&M (K Ramanathan and E Mosely), S&C (B Zonenshayn), and AHC advisors re term sheet | John J. Ray III | 0.3 | $472.50 |
| 4/15/24 | Review and comment on token term sheet | John J. Ray III | 2.3 | $3,622.50 |
| 4/15/24 | Follow up on customer portal assistance | John J. Ray III | 0.8 | $1,260.00 |
| 4/15/24 | Review materials and prepare for Board meeting | John J. Ray III | 1.0 | $1,575.00 |
| 4/15/24 | Call with A&M (K Ramanathan and others), creator professionals, and Galaxy | John J. Ray III | 1.0 | $1,575.00 |
| 4/15/24 | Review of venture update materials | John J. Ray III | 1.3 | $2,047.50 |
| 4/15/24 | Review updates related to Japan | John J. Ray III | 0.5 | $787.50 |
| 4/15/24 | Review vault update and provide direction | John J. Ray III | 0.5 | $787.50 |
| 4/15/24 | Review administrative matters related to payment to professionals | John J. Ray III | 0.8 | $1,260.00 |
| 4/15/24 | Review term sheet matter with Galaxy and follow up re modification | John J. Ray III | 0.8 | $1,260.00 |
| 4/15/24 | Review of revised disclosure materials | John J. Ray III | 0.8 | $1,260.00 |
| 4/15/24 | Review draft NDA for Plan and Disclosure Statement | John J. Ray III | 0.3 | $472.50 |
| 4/15/24 | Review analysis of convenience class | John J. Ray III | 0.5 | $787.50 |
| 4/16/24 | Call with A&M (E Mosley and others), S&C (A Kranzley and others), and PWP (B Mendelsohn and others) for weekly steering committee call | John J. Ray III | 1.0 | $1,575.00 |
| 4/16/24 | Review Turkey matter | John J. Ray III | 0.3 | $472.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 4/16/24 | Prepare for Board call | John J. Ray III | 1.0 | $1,575.00 |
| 4/16/24 | Call with Board, S&C (A Dietderich and others), A&M (E Mosley and others), and PWP (B Mendelsohn and others) for Board call | John J. Ray III | 1.5 | $2,362.50 |
| 4/16/24 | Review and approve professional fee payments | John J. Ray III | 0.8 | $1,260.00 |
| 4/16/24 | Review and revision to token sale term sheet | John J. Ray III | 0.8 | $1,260.00 |
| 4/16/24 | Review and approve diligence items | John J. Ray III | 0.8 | $1,260.00 |
| 4/16/24 | Review and approve NDA | John J. Ray III | 0.3 | $472.50 |
| 4/16/24 | Follow up on creditor inquiry related to scheduled balances | John J. Ray III | 0.8 | $1,260.00 |
| 4/16/24 | Review update related to Japan | John J. Ray III | 0.5 | $787.50 |
| 4/16/24 | Review notice of Disclosure Statement hearing and comment | John J. Ray III | 0.3 | $472.50 |
| 4/16/24 | Review motion to vacate | John J. Ray III | 0.8 | $1,260.00 |
| 4/17/24 | Review and final sign off on tax matter | John J. Ray III | 0.5 | $787.50 |
| 4/17/24 | Review and provide direction related to sale of token | John J. Ray III | 0.8 | $1,260.00 |
| 4/17/24 | Respond to two creditor inquiries re claims portal | John J. Ray III | 0.3 | $472.50 |
| 4/17/24 | Review and sign off on NDAs | John J. Ray III | 0.5 | $787.50 |
| 4/17/24 | Review and provide direction re token sales matters | John J. Ray III | 1.3 | $2,047.50 |
| 4/17/24 | Review and comment on term sheet re token sales | John J. Ray III | 1.8 | $2,835.00 |
| 4/17/24 | Review comments to Plan | John J. Ray III | 1.3 | $2,047.50 |
| 4/17/24 | Review Disclosure Statement analysis | John J. Ray III | 0.8 | $1,260.00 |
| 4/17/24 | Review Japan process update | John J. Ray III | 0.5 | $787.50 |
| 4/17/24 | Review anthropic sale process | John J. Ray III | 0.5 | $787.50 |
| 4/18/24 | Review comments from AHC related to the draft Plan and Disclosure Statement | John J. Ray III | 1.5 | $2,362.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 4/18/24 | Call with AHC members related to Plan and Disclosure Statement | John J. Ray III | 1.0 | $1,575.00 |
| 4/18/24 | Call with S&C (S Ehrenberg) related to pending matters | John J. Ray III | 0.3 | $472.50 |
| 4/18/24 | Call with S&C (S Ehrenberg and others) and J Frank related to Plan and Disclosure Statement communications | John J. Ray III | 1.0 | $1,575.00 |
| 4/18/24 | Call with AHC creditor re case status | John J. Ray III | 0.5 | $787.50 |
| 4/18/24 | Call with PWP (E Betts) and Board related to Anthropic matters | John J. Ray III | 0.8 | $1,260.00 |
| 4/18/24 | Call with S&C (A Dietderich and others) and A&M (E Mosley and others) related to Plan comments and proposed revisions | John J. Ray III | 1.5 | $2,362.50 |
| 4/18/24 | Call with RLKS (M Cilia and others) and E&Y (T Shea and others) related to tax matters | John J. Ray III | 0.5 | $787.50 |
| 4/18/24 | Review token matters pending and provide direction | John J. Ray III | 0.8 | $1,260.00 |
| 4/18/24 | Review and comment on resolution related to token and coin sale authorizations | John J. Ray III | 0.3 | $472.50 |
| 4/18/24 | Review and provide approval related to Vault sale | John J. Ray III | 0.3 | $472.50 |
| 4/19/24 | Review and comment on Plan and Disclosure Statement | John J. Ray III | 4.5 | $7,087.50 |
| 4/19/24 | Call with QE (S Rand) re litigation matters | John J. Ray III | 0.5 | $787.50 |
| 4/19/24 | Call with Rothschilds (C Delo) re tokens | John J. Ray III | 0.3 | $472.50 |
| 4/19/24 | Review and comment on term sheet re tokens | John J. Ray III | 0.8 | $1,260.00 |
| 4/19/24 | Review and comment on Plan and Disclosure Statement re projections | John J. Ray III | 1.3 | $2,047.50 |
| 4/19/24 | Call with PH (K Pasquale) re term sheet | John J. Ray III | 0.3 | $472.50 |
| 4/19/24 | Review and approve token and coin disclosures | John J. Ray III | 0.3 | $472.50 |
| 4/19/24 | Review and provide direction related to coin transfer | John J. Ray III | 0.3 | $472.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 4/19/24 | Review proposed changes to Plan and Disclosure Statement | John J. Ray III | 0.8 | $1,260.00 |
| 4/20/24 | Review and communicate with S&C and QE related to litigation matter | John J. Ray III | 0.5 | $787.50 |
| 4/20/24 | Review and provide direction related to coin and token monetization matters | John J. Ray III | 0.8 | $1,260.00 |
| 4/20/24 | Review KYC status and process | John J. Ray III | 0.3 | $472.50 |
| 4/21/24 | Review and communicate comments related to Plan features | John J. Ray III | 1.3 | $2,047.50 |
| 4/21/24 | Review communications materials related to Plan filing | John J. Ray III | 0.5 | $787.50 |
| 4/22/24 | Call with A&M (D Johnston and others) and S&C (E Simpson) regarding Japan | John J. Ray III | 0.5 | $787.50 |
| 4/22/24 | Review update related to venture investment | John J. Ray III | 0.3 | $472.50 |
| 4/22/24 | Review proposed communications and mark up same relative to token bidders | John J. Ray III | 0.5 | $787.50 |
| 4/22/24 | Review and modify Plan related materials | John J. Ray III | 0.8 | $1,260.00 |
| 4/22/24 | Call with A&M (K Ramanathan and others), Galaxy, and creditor representatives related to coin and token sales | John J. Ray III | 1.0 | $1,575.00 |
| 4/22/24 | Call with A&M (K Ramanathan and others) related to weekly crypto debrief | John J. Ray III | 0.5 | $787.50 |
| 4/22/24 | Call with A&M (E Mosely and others) and S&C (A Dietderich, A Kranzley and others) related to various Plan and Disclosure Statement matters | John J. Ray III | 1.0 | $1,575.00 |
| 4/22/24 | Assist creditor with portal matter | John J. Ray III | 0.3 | $472.50 |
| 4/22/24 | Review token sale matter | John J. Ray III | 0.5 | $787.50 |
| 4/22/24 | Review and mark up document from J Frank related to the Plan | John J. Ray III | 1.3 | $2,047.50 |
| 4/22/24 | Call with Board and S&C (A Dietderich and others) | John J. Ray III | 0.8 | $1,260.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 4/22/24 | Review and execute venture fund *de minimis* sale | John J. Ray III | 0.5 | $787.50 |
| 4/22/24 | Review and execute NDAs | John J. Ray III | 0.5 | $787.50 |
| 4/22/24 | Review and revise draft Plan | John J. Ray III | 1.0 | $1,575.00 |
| 4/23/24 | Participate in weekly steering committee call with A&M (E Mosely and others), S&C (A Dietderich and others), PWP (B Mendelsohn and others), and QE (S Rand and others) | John J. Ray III | 2.0 | $3,150.00 |
| 4/23/24 | Call with S&C (J Croke) re pending investigations and litigation | John J. Ray III | 0.8 | $1,260.00 |
| 4/23/24 | Review of revisions to the Plan | John J. Ray III | 3.0 | $4,725.00 |
| 4/23/24 | Review and approve settlement offer | John J. Ray III | 0.3 | $472.50 |
| 4/23/24 | Review claims matter and communicate with A&M (H Chambers) | John J. Ray III | 0.5 | $787.50 |
| 4/23/24 | Review and comment on Disclosure Statement | John J. Ray III | 2.8 | $4,410.00 |
| 4/23/24 | Review information requests and communicate with QE (S Rand) | John J. Ray III | 0.8 | $1,260.00 |
| 4/23/24 | Communicate with S&C (A Kranzley) re convenience class and review Plan re same | John J. Ray III | 0.5 | $787.50 |
| 4/23/24 | Review further edits to the Plan and Disclosure Statement | John J. Ray III | 0.5 | $787.50 |
| 4/24/24 | Monitoring token auction process | John J. Ray III | 0.8 | $1,260.00 |
| 4/24/24 | Review and revise Plan and Disclosure Statement disclosures | John J. Ray III | 2.5 | $3,937.50 |
| 4/24/24 | Communicate with QE related to pending litigation | John J. Ray III | 0.5 | $787.50 |
| 4/24/24 | Review motion related to EU claims settlement | John J. Ray III | 0.5 | $787.50 |
| 4/24/24 | Review and approve professional payments | John J. Ray III | 0.5 | $787.50 |
| 4/24/24 | Review and approve diligence questions and responses | John J. Ray III | 0.8 | $1,260.00 |
| 4/24/24 | Weekly crypto debrief with A&M (K Ramanathan and others) | John J. Ray III | 0.5 | $787.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 4/24/24 | Review and provide guidance related to EU matters | John J. Ray III | 1.0 | $1,575.00 |
| 4/24/24 | Prepare and assemble materials related to examiner meeting | John J. Ray III | 2.5 | $3,937.50 |
| 4/24/24 | Review and approve NDAs and backgrounds | John J. Ray III | 0.5 | $787.50 |
| 4/25/24 | Call with J Frank (J Frank and others), S&C (S Ehrenberg and others), and A&M (E Mosely and others) related to Plan and Disclosure Statement communications | John J. Ray III | 0.5 | $787.50 |
| 4/25/24 | Review claims matter and KYC status | John J. Ray III | 0.8 | $1,260.00 |
| 4/25/24 | Call with Galaxy, A&M (K Ramanathan and others) and creditor representatives related to auction process | John J. Ray III | 1.0 | $1,575.00 |
| 4/25/24 | Review and provide guidance related to emergent resolution | John J. Ray III | 0.5 | $787.50 |
| 4/25/24 | Review EU next steps and process and provide direction | John J. Ray III | 1.0 | $1,575.00 |
| 4/25/24 | Call with S&C (J Croke and others) and A&M (E Mosely and others) related to token dispute | John J. Ray III | 1.0 | $1,575.00 |
| 4/25/24 | Review and approve venture *de minimis* sale | John J. Ray III | 0.5 | $787.50 |
| 4/25/24 | Review and comment on response to objection | John J. Ray III | 0.8 | $1,260.00 |
| 4/25/24 | Review and execute settlement related to Bahamas properties | John J. Ray III | 0.5 | $787.50 |
| 4/25/24 | Review materials related to Japan intracompany balances and liabilities | John J. Ray III | 1.3 | $2,047.50 |
| 4/25/24 | Review and provide direction related to various pending crypto and related matters | John J. Ray III | 1.0 | $1,575.00 |
| 4/26/24 | Prepare materials and review matters to assist examiner | John J. Ray III | 3.5 | $5,512.50 |
| 4/26/24 | Review motion related to Japan intercompanies and provide comments to motion and order | John J. Ray III | 0.8 | $1,260.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 4/26/24 | Review update re EU status and provide direction | John J. Ray III | 0.5 | $787.50 |
| 4/26/24 | Investigation follow up | John J. Ray III | 1.5 | $2,362.50 |
| 4/26/24 | Review Japan bid status | John J. Ray III | 0.5 | $787.50 |
| 4/26/24 | Review Plan and Disclosure Statement comments | John J. Ray III | 0.8 | $1,260.00 |
| 4/27/24 | Call with S&C (A Dieterich and F Weinberg) re Plan and Disclosure Statement comments | John J. Ray III | 0.5 | $787.50 |
| 4/27/24 | Further work related to assistance to examiner | John J. Ray III | 2.0 | $3,150.00 |
| 4/28/24 | Review open issues and provide direction related to coins and token | John J. Ray III | 1.0 | $1,575.00 |
| 4/28/24 | Call with A&M (H Chambers and others) and S&C (E Simpson and others) related to Japan processes | John J. Ray III | 0.5 | $787.50 |
| 4/28/24 | Communications call with J Frank, S&C (A Dieterich and others), and A&M (E Mosely and others) | John J. Ray III | 0.3 | $472.50 |
| 4/28/24 | Call with Galaxy, A&M (K Ramanathan and others), and creditor representatives related to coins and token sales | John J. Ray III | 1.0 | $1,575.00 |
| 4/28/24 | Review and comment on draft avoidance action | John J. Ray III | 1.0 | $1,575.00 |
| 4/28/24 | Review and provide direction related to capital call | John J. Ray III | 0.3 | $472.50 |
| 4/28/24 | Review open work streams and deliverables | John J. Ray III | 0.8 | $1,260.00 |
| 4/28/24 | Review and approve minutes | John J. Ray III | 0.3 | $472.50 |
| 4/28/24 | Review and comment on Board agenda | John J. Ray III | 0.3 | $472.50 |
| 4/28/24 | Review token proposal | John J. Ray III | 0.8 | $1,260.00 |
| 4/28/24 | Prepare responses to examiner | John J. Ray III | 2.0 | $3,150.00 |
| 4/28/24 | Follow up related to Emergent | John J. Ray III | 0.3 | $472.50 |
| 4/28/24 | Provide direction related to token auction process | John J. Ray III | 0.5 | $787.50 |
| 4/28/24 | Review and approve diligence matters | John J. Ray III | 0.8 | $1,260.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 4/28/24 | Review updated Plan and Disclosure Statement | John J. Ray III | 1.5 | $2,362.50 |
| 4/30/24 | Review and organize information to assist examiner | John J. Ray III | 2.5 | $3,937.50 |
| 4/30/24 | Review and sign off on CPS agreements for auction parties | John J. Ray III | 0.8 | $1,260.00 |
| 4/30/24 | Attend weekly steering committee call with S&C (A Kranzley and others), A&M (E Mosely and others), and PWP (K Cofsky and others) | John J. Ray III | 2.0 | $3,150.00 |
| 4/30/24 | Prepare for Board call (0.5), and attend Board call with S&C (A Dietderich and others), QE (S Rand and others), PWP (B Mendelsohn and others), and A&M (E Mosely and others) (1.5) | John J. Ray III | 2.0 | $3,150.00 |
| 4/30/24 | Call with S&C (E Simpson and others) related to venture investment transaction request | John J. Ray III | 0.5 | $787.50 |
| 4/30/24 | Review weekly professional payments and follow up | John J. Ray III | 0.8 | $1,260.00 |
| 4/30/24 | Calls with Rothschilds (C Delo) related to Plan timing | John J. Ray III | 0.8 | $1,260.00 |
| | **Total Amount for Period:** | | 260.5 | $395,325.00 |

**Owl Hill Expense Report – Detail by Day, by Category**

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 4/6/24 | Travel to Miami for international flight to London for meetings with JOLs | | | $200.00 | | | John J. Ray III |
| 4/6/24 | One-way American Airlines business class airfare MIA to LHR for meetings with JOLs | $4,279.45 | | | | | John J. Ray III |
| 4/6/24 | WiFi on board travel to meeting with JOLs in London | | | | | $35.00 | John J. Ray III |
| 4/7/24 | Car service from London Heathrow to hotel for meeting with JOLs | | | $233.99 | | | John J. Ray III |
| 4/7/24 | Lodging in London for meetings with JOLs | | $400.00 | | | | John J. Ray III |
| 4/8/24 | Lodging in London for meetings with JOLs | | $400.00 | | | | John J. Ray III |
| 4/9/24 | Lodging in London for meetings with JOLs | | $400.00 | | | | John J. Ray III |
| 4/10/24 | Meal Lunch in London for meetings with JOLs | | | | $19.04 | | John J. Ray III |
| 4/10/24 | Lodging in London for meetings with JOLs | | $400.00 | | | | John J. Ray III |
| 4/10/24 | Taxi fare in London to meeting with JOLs | | | $38.39 | | | John J. Ray III |
| 4/10/24 | Taxi fare in London to meeting with JOLs | | | $40.06 | | | John J. Ray III |
| 4/11/24 | Car service from Hotel to London Heathrow for return flight from meetings with JOLs | | | $183.25 | | | John J. Ray III |

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|------|-------------|-----|---------|--------------------------|-------|-------|--------------|
| 4/11/24 | One-way American Airlines business class airfare LHR to MIA for meetings with JOLs | $4,279.45 | | | | | John J. Ray III |
| 4/11/24 | WiFi on board travel from meetings with JOLs in London | | | | | $35.00 | John J. Ray III |
| 4/11/24 | Travel from Miami to home from meetings with JOLs in London | | | $200.00 | | | John J. Ray III |
| | **Total Amount for Period:** | **$8,558.90** | **$1,600.00** | **$895.69** | **$19.04** | **$70.00** | |