IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. Nos. 272 & 428 |

**SUPPLEMENTAL DECLARATION OF ADAM G. LANDIS IN SUPPORT OF THE APPLICATION OF THE DEBTORS TO APPROVE THE EMPLOYMENT AND RETENTION OF LANDIS RATH & COBB LLP AS BANKRUPTCY CO-COUNSEL, *NUNC PRO TUNC* TO THE PETITION DATE, PURSUANT TO BANKRUPTCY CODE SECTION 327(a), BANKRUPTCY RULES 2014 AND 2016 AND LOCAL RULE 2014-1**

I, Adam G. Landis, hereby declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge and belief, and after reasonable inquiry, the following is true and correct:

1. I am a partner in the firm of Landis Rath & Cobb LLP ("LRC") and I am duly authorized to make this declaration on behalf of LRC. I submit this supplemental declaration (the "Supplemental Declaration") in connection with the *Application of the Debtors to Approve the Employment and Retention of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel, Nunc Pro Tunc to the Petition Date, Pursuant to Bankruptcy Code Section 327(a), Bankruptcy Rules 2014 and 2016 and Local Rule 2014-1* [D.I. 272] (the "Application"),[2] which was approved pursuant to the Court's order [D.I. 428] dated January 9, 2023. I make this Supplemental Declaration based on personal knowledge or on information and belief as set forth herein.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms used but not otherwise defined shall have the same meanings given to them in the Application.

2.  This Supplemental Declaration supplements the *Affidavit of Adam G. Landis in Support of the Application of the Debtors to Approve the Employment and Retention of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel, <u>Nunc</u> <u>Pro</u> <u>Tunc</u> to the Petition Date, Pursuant to Bankruptcy Code Section 327(a), Bankruptcy Rule 2014 and Local Rule 2014-1* (the "<u>Original Affidavit</u>"), filed contemporaneously with the Application.

3.  In connection with LRC's retention in these Chapter 11 Cases, LRC has been provided with the list of entities identified on **Exhibit 1** attached hereto (the "<u>Updated Parties in Interest List</u>"), which entities LRC understands to be parties involved in the Debtors' Chapter 11 Cases who are not identified on Exhibit 1 to the Original Affidavit. The Updated Parties in Interest List together with the parties identified on Exhibit 1 to the Original Affidavit are hereinafter referred to as the "<u>Potential Parties</u>".

4.  In connection with LRC's retention in these Chapter 11 Cases, LRC has undertaken an ongoing analysis to determine whether any relationships have arisen or been discovered. With respect to the Updated Parties in Interest List, LRC has identified the entities on **Exhibit 2** attached hereto as Potential Parties that LRC has or had a relationship with based on the disclosure procedures described in the Original Affidavit. Except as set forth on **Exhibit 2** and in the Original Affidavit, LRC does not have any connection with the Potential Parties.

5.  Neither I, nor LRC, nor any partner or associate thereof, as far as I have been able to ascertain, holds or represents an interest adverse to the Debtors or their estates in the matters for which LRC has been retained. Accordingly, I believe LRC is a "disinterested person" as the term is defined in Bankruptcy Code section 101(14). To the extent that any information disclosed in the Original Affidavit or this Supplemental Declaration requires supplementation,

amendment or modification upon LRC's completion of further analysis or as additional information becomes available to it, a supplemental declaration will be submitted to the Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 10, 2024                                    /s/ *Adam G. Landis*
                                                                         Adam G. Landis