# Exhibit 1

**FTX Trading Ltd. – Parties in Interest Redacted**

**Schedule 1**

**Updated Interested Parties List**

**363 Sales Parties**
7Ridge
ACX
Alphapoint
Anya Torres
Name on File
Belinda Meruelo
BitPanda
Blockdaemon
BSQ Capital
Name on File
CMC Markets
CoinDCX
DNA Capital
Docomo
Enhanced Digital
Euroclear
Name on File
Name on File
Flow Traders
Galaxy Digital
Gamepay
INX
JC Flowers
Jing Shi
Joffre Capital
LMAX Group
Miguel Echemendia
Mingxing Xi
Nasdaq
Newco/ LedgerX Acquisitions
Noia
NYDIG
Name on File
OKC Holdings Corporation
OKC USA Holding Inc.
OKCoin
Outlander Capital
Palm Ventures
Name on File
Rakuten
REAZON
Richard Meruelo
Ripple Labs, Inc.
Robinhood
StoneX

Sygnum
Name on File
Thunderbridge
TMX
Tribe Capital
USA Opportunity Income One, Inc.
Xpansiv
Z Holdings / Yahoo

**Ad Hoc Committee (Non US Customers of FTX.com)**
FC Cayman A, L.L.C.
GSR Markets Limited / GSR International Trading Limited
Kbit Global Limited
Nickel Digital Asset Management
Rothschild & Company Inc.
Svalbard Holdings Limited
Venable LLP

**Bankruptcy Professionals**
MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
Morgan & Morgan
Owl Hill Advisory
RLKS Executive Solutions LLC

**Banks/Lenders/UCC Lien Parties/Administrative Agents**
ANCHORAGE LENDING CA, LLC
ANCHORAGE LENDING, LLC
Ashla International Inc
Bittrex, Inc.
BLOCKCHAIN ACCESS UK LTD
Citizens Bank
Digital Gamma
Emerchantpay
Etana Custody
First Republic Bank
Galago Holdings Limited
Genesis Global Capital, LLC
KEB Hana Bank
LIGHTSPEED VENTURE PARTNERS IX, L.P.
Matrix Port Technologies (Hong Kong) Limited
MIAMI INTERNATIONAL HOLDINGS, INC.
Middletown Valley Bank

**FTX Trading Ltd. – Parties in Interest Redacted**

Nexo Capital
Open Pay'd
San Juan Mercantile Bank & Trust
SBI
SBI Clearing Trust
Schwyzer Kantonalbank Mietzinsdepot
SLEMMER, DOUGLAS
SMART RIVER INVESTMENTS LIMITED
Sparkasse Hannover
SPRING LAKE 5, LLC, ET AL
Stanford Federal Credit Union
Tesseract Group Oy
TILLYAEV, TIMUR, ET AL
Trade Station
Transactive Systems
VanEck ETP AG
Vietcombank
Ziraat Bankasi

**Claimants**
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
APES GALAGO LP I
Arceau 507 LLC
Name on File
Artz Fund Investments PTE Ltd.
Austin, Katherine Reed
Bahamas Environmental Group Ltd
Beckstead, Nicholas
Name on File
BFCP IV LLC
Boba Foundation (fka OMG Foundation)
Boerner, Lindsey
Boryenace, Adam
Name on File
Name on File
Name on File
Camp, Stanton
Canoy, Dario
Cellco Partnership d/b/a Verizon Wireless
Name on File
Chao-Hung, Yang
Name on File

Checkout APAC Pte. Ltd.
Chen, Tianyun
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Fondation Serendipity
Name on File
Genesis Asia Pacific Pte. Ltd.
Genesis Global Holdco, LLC
Gensler Costa Rica SRL
Name on File
Name on File
Name on File
Name on File
Name on File
Green Healthy House, LLC.
Name on File
Name on File
Name on File
Name on File
IPV FTX Co-Invest, a series of Iron Pine
Ventures Co- Invest Fund LLC
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
JK Advisory Pty Ltd
Name on File
Johnson, Brent
Name on File

**<u>FTX Trading Ltd. – Parties in Interest Redacted</u>**

| | |
|---|---|
| Name on File | Name on File |
| Kephas Corporation dba DAAG Technology Services | Oroboros FTX I, LLC |
| Name on File | Name on File |
| Korell, Bailey J. | Name on File |
| Lawler, Tana | Name on File |
| Leslie, Latoya N | Rational PR, LLC |
| Liquid Value GP Limited | Rheingans-Yoo, Ross |
| Lötscher, Marcel | Rightsize Facility Performance of Illinois, LLC |
| Lovero, Justin | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Rosenfield, Ian |
| Lyon, Matthew | Name on File |
| Name on File | Name on File |
| Mann, Brandon | Name on File |
| Name on File | Saugstad, Monique |
| Name on File | Name on File |
| Name on File | Scott, George Shamond |
| MarketVector Indexes GmbH | Serendipity Network Ltd. |
| Markou, Joshua | Name on File |
| Mashinsky, Alex | Name on File |
| Name on File | Name on File |
| Name on File | Shindledecker, Craig |
| Name on File | Name on File |
| Name on File | Simpson Thacher & Bartlett LLP |
| Name on File | Slate, Joshua |
| McGee, Michael | Name on File |
| Meents, David | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Sun, Cheuk Ying (Josephine) |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Millar, Tim | Tennessee Department of Revenue |
| Name on File | Theatre Projects Consultants, Inc. |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Neil Patel Digital, LLC | Name on File |
| Nexxus Participation Vehicle III LLC | Two Sigma Ventures III |
| Ngoy, Lena | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |

## **FTX Trading Ltd. – Parties in Interest Redacted**

| | |
|---|---|
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Wever, Dena | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Wu, Qianwen | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Young, Christopher | Name on File |
| Zhang, Chang An | Name on File |
| Zhang, Zirui | Name on File |
| | Name on File |
| **Contract Counter-Parties** | Name on File |
| Access Labs Inc | Name on File |
| Aerotitle | Name on File |
| AIC Title Agency, LLC | Name on File |
| Caesars Entertainment | Name on File |
| Caesars Palace Las Vegas | Name on File |
| Cal Bear Sports Properties, LLC | Name on File |
| Creator Agency LLC on behalf of The Ice | Name on File |
| Coffee Hour | Name on File |
| Echo Marketing | Name on File |
| ENK Group Limited - dba Ericka Kullberg LLC | Name on File |
| Frank Schuler & Birgit Kupka | Name on File |
| GCKM LLP | Name on File |
| Howard Andrew Fisher | Name on File |
| Latte Larry Inc. | Name on File |
| Laureus / NO Play Academy | Name on File |
| LFG NFTS, Corp. | Name on File |
| MJMcCaffrey Holdings, LLC | Name on File |
| Mr. Seun Gun Lee | Name on File |
| NAOMI OSAKA, LLC | Name on File |
| Nathan Sloan | Name on File |
| Nerdwallet, Inc | Name on File |
| NORTH AMERICA LEAGUE OF LEGENDS | Name on File |
| CHAMPIONSHIP SERIES, LLC | Name on File |
| ODUNOLUWA LONGE | Name on File |
| Ohana Experience, LLC. | Name on File |
| Paul Veradittakit | Name on File |
| Pentoshi | Name on File |
| Tether International Limited | Name on File |
| Tilbury Multi-Media Ltd | Name on File |
| Tom Lee | Name on File |
| Tomorrowland | Name on File |
| | Name on File |
| **Customers** | Name on File |
| Name on File | Name on File |

**FTX Trading Ltd. – Parties in Interest Redacted**

| | |
|---|---|
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | |

**Director/Officer**

| | |
|---|---|
| Name on File | Adebayo Samuel Juwon |
| Name on File | Amy Wu |
| Name on File | Atsushi Taira |
| Name on File | Bankman, Joseph |
| Name on File | BURÇAK ÜNSAL |
| Name on File | Chen Sook Mae |
| Name on File | Colette Daniele Vanessa Gaudechon Ep |
| Name on File | Tournadre Eric Schwartz |
| Name on File | Johannes van Zeijts |
| Name on File | Kathryn Schultea |
| Name on File | Kurt Knnip |
| Name on File | Larissa Jane Deacon |

**FTX Trading Ltd. – Parties in Interest Redacted**

Line Holdings Limited
Line Secretaries Limited
Mary H. Cilia
MATHILDE BROUSTAU EP TAVERNE
Matsack Nominees Limited
Max Hartmut
Maxwell Wood
Metered Limited
Panagiotis Papachristoforou
Patricia P Ragupathy
Philippe Taverne
Raj Perubhatla
Romanos Secretarial Limited
TERENCE J. CULVER
Watanabe, Claire

**Donations**
ALABAMA CONSERVATIVES FUND
American Patriots PAC
Association for Long Term Existence and
Resilience
BAPTIST HEALTH SOUTH FLORIDA
FOUNDATION
BRINK TECHNOLOGY
CARBONPLAN
Center for Disease Dynamics, Economics and
Policy
Center For Emerging Risk Research
CHILDREN'S HEALTHCARE OF ATLANTA
INC
Clinton Health Access Initiative, Inc
DOZY INC
FLORIDA INTERNATIONAL UNIVERSITY
FTX PHILANTHROPY INC.
GIVE FOUNDATION
GMI Pac, Inc.
GUARDING AGAINST PANDEMICS, INC.
Humanity 2.0 Foundation
INTERNATIONAL POLICY NETWORK
LIBERTY CHAMPIONS
Machine Intelligence Research Ins
NEW VENTURE FUND
NEWORLD ONE BAY STREET
NORTH VALLEY COMMUNITY
FOUNDATION
PHIL AND AMY MICKELSON
FOUNDATION
Planning for Tomorrow
RALLY FOUNDATION INC
Rethink Charity

SENATE LEADERSHIP FUND
SUSAN G KOMEN BREAST CANCER
FOUNDATION THE GOOD FOOD
INSTITUTE, INC.
THE SALVATION ARMY (ATLANTA)
World Trade Center Performing Arts Center, Inc.

**Insurance**
Ascot Specialty Insurance Company
Edgewood Partners Insurance Center
Evanston Insurance Company
Gotham Insurance Company
HDI Global Specialty SE
Lloyd's America, Inc. / Beazley Syndicate
Lloyd's America, Inc. / Hiscox Syndicate

**Interested Parties**
20VC
Abu Dhabi Investment Council Company
P.J.S.C. Al Nawwar Investments RSC Limited
Apex Fintech Solutions Inc. Binance.US
Cadenza
Cantor Fitzgerald Technology Markets LLC
Children's Hospital of Austin
Clear Street Holdings LLC
Clouty, Inc.
Digital Augean, LLC
FinTech HQ Inc.
Galaxy Digital Holdings Limited Partnership
(a/k/a Galaxy Digital Holdings Ltd.)
Greycroft
Hack VC Management, LLC
Industry Ventures
Kalshi, Inc.
LMAX Exchange Group Limited
M 7 Holdings, LLC
Mercury Technologies, Inc.
Oak HC/FT Management Company LLC
Oasis Pro, Inc.
Offchain Labs, Inc. (Arbitrum)
Raine Group
Reazon Holdings, Inc.
Road Capital Management LP
Robert S. Murley
Robinhood Markets, Inc.
SALT Fund Management, LLC
Sharegain Ltd
SoFi Technologies, Inc.
State of Wisconsin Investment Board
SVB Financial Group

**FTX Trading Ltd. – Parties in Interest Redacted**

Tatiana Koffman
Tipranks
Treasury Fund Management LLC
Tribe Capital Management LLC
University of Wisconsin Foundation
Vestwell Holdings Inc.
Walton Enterprises
Wedbush Financial Services, LLC

**Investments/Acquisition**
42 LABS INC.
6529 CAPITAL GP LLC
80 ACRES URBAN AGRICULTURE, INC.
ACE LUCK INTERNATIONAL LIMITED
AGILE GROUP FUND A
Agile Group Pty. Ltd.
ALLIANCE LABS LTD.
Altimeter
ANCHOR LABS, INC.
ANTHROPIC, PBC
APE RAVE CORP.
ARCANA ANALYTICS, INC.
ARCHAX HOLDINGS LTD
ARMOR DAO
ARTEMIS ANALYTICS INC.
AU SPECIAL INVESTMENTS II, L.P.
Avara Labs
AVY ENTERTAINMENT, INC.
AXELAR FOUNDATION
BASIS YIELD CORP
BEIJING BANBO TECHNOLOGY CO., LTD.
BEIJING PLANET NODE
COMMUNICATION
CULTURE CO., LTD.
BENGINE, INC.
BETDEX LABS, INC.
BİLİRA TEKNOLOJİ ANONİM ŞİRKETİ
BITW: Bitwise 10 Crypto Index Fund
BLACK HOLE INDUSTRIES
BlackRock Inc
BLADE LABS INC.
BLOXROUTE LABS, INC.
BLUE HORIZON GLOBAL CORP
BO TECHNOLOGIES LTD.
Bond III
BONZAI PROTOCOL LTD.
BULLET GALAXY LABS LTD.
BUZZ DEVELOPMENT INC
CELESTIA FOUNDATION
ChainTimes Fintech Limited

CHILLCHAT HOLDINGS PTE. LTD.
CHINGARI HOLDINGS LTD.
Chipper Cash
COFFEE TO CODE TECHNOLOGIES PTE.
LTD.
COIN Finance Limited
COMBAT LAB, INC.
CONCURRENT C INC
CONTRARIAN DEFI LLC
Contrarian Funds, LLC
CONTXTS.IO INC
CREATOROS INC.
CRIPCO PTE. LTD.
CRY AI DEVELOPMENT ASSOCIATION
LTD. CRYPTOMIND LAB PTE. LTD
CURATED NFTS GP, LLC
CYBERPREP CORP
DAPPBASE PTY LTD
DAPPBASE VENTURES LIMITED
DAVE Class A Common Stock
DEFI ALLIANCE DELAWARE FEEDER I LP
DELTA ONE LABS, CORP.
DGTAL LABS LIMITED
DGTAL RESEARCH INC.
Docs I18N, Inc.
DOODLES SUPER HOLDCO, LLC
DRIVEWEALTH HOLDINGS, INC.
DTRADE LABS INC.
EIZPER
ENTROPY PROTOCOL LTD.
ETCG: Grayscale Ethereum Classic Trust (ETC)
ETHE: Grayscale Ethereum Trust ETF
ETHOS INVESTMENTS XII LLC
EUCLID LABS, INC.
EVOSVERSE LTD
FAIRSIDE NETWORK LLC
FANATICS HOLDINGS, INC.
FBH CORPORATION
FIFTH DIMENSION PTE LTD
FOLKVANG, SRL
Fractal Network Ltd.
FRIKTION LABS INC.
FTX Japan
FTX VENTURES BAHAMAS LIMITED
FUND II, A SERIES OF TOY VENTURES, LP
FUTARCHY RESEARCH LIMITED
FUTURE FUTURE LABS LTD.
GAMECHAIN LTD.
GAMERGAINS LAB, INC.
GENESIS BLOCK LIMITED

**FTX Trading Ltd. – Parties in Interest Redacted**

GGX PROTOCOL LIMITED
Grayscale Bitcoin Trust (BTC)
Grayscale Digital Large Cap Fund LLC
GREENPARK SPORTS, INC.
HATEA LOOP LTD.
HUMBLEFRENS LTD
Immutable Pty Ltd
J DIGITAL 6 CAYMAN LTD.
JET PROTOCOL HOLDINGS LLC
JITO NETWORK INC.
KABOMPO HOLDINGS, LTD.
KAILAASA INFOTECH PTE LTD
KEPLER SPACE INDUSTRIES LIMITED
KINDERGARTEN VENTURES FUND II
KRESUS LABS, INC.
KUROSEMI INC.
LAB3 TECHNOLOGY LIMITED
LIGHTBEAM DATA LABS INC.
LIGHTSPEED FACTION FUND I, LP
Liquid 2
LN SPORTS & HEALTH TECH FUND (GP),
LLC
LTCN: Grayscale Litecoin Trust (LTC)
LTIC, INC.
LUXON CORPORATION
MATIC NETWORK
MATILOCK, INC.
MCDEX FOUNDATION LTD
MERGE HOLDINGS LTD
MESSARI HOLDING INC.
METALINK LABS, INC
METAMAGNET LIMITED
METAPLAY8 LIMITED
MINA FOUNDATION LTD.
MINT I, A SERIES OF CURATED NFTS, LP
M-LEAGUE PTE. LTD.
MOJOVERSE, INC.
MPC TECHNOLOGIES PTE LTD
MULTISAFE, INC.
MYTHICAL, INC.
NEAR FOUNDATION
NEKOVIA LABS LIMITED
NESTCOIN HOLDING LIMITED
NEXUS PRO, INC.
NGM WORLD LIMITED
NODE GUARDIANS LIMITED
Noom Limited
NURAL CAPITAL FIRST LIGHT
NURAL CAPITAL FIRST LIGHT (US) LP
O'LEARY PRODUCTIONS USA LLC

ODYSSEY TECHNOLOGIES LIMITED
ORDERLY NETWORK LTD
OTC SERVICES LTD.
OVEX PROPRIETARY LIMITED
PACE HEALTH PTE. LTD.
PANGEA FUND I LP
PANTERA BLOCKCHAIN GP LLC
PARADIGM CONNECT HOLDINGS, LLC
PARADIGM ONE
PARADIGM ONE GP, LLC
PARASTATE FOUNDATION LTD
PARASWAP LABS
PARROT PROTOCOL.
PIER3 VENTURES LIMITED
Pintu
PINTU INVESTMENTS ONE PTE. LTD.
PIONIC VENTURES LLC
PORTALS LABS, INC.
PORTTO CO.
PRAGMA PLATFORM, INC.
Prime Round Ltd
PROTEGO TRUST COMPANY PT TRINITI
INVESTAMA BERKAT
REBITTANCE INC.
REFRACTOR, INC.
RUBIN GLOBAL LIMITED
SAMUDAI TECHNOLOGIES PTE LTD
SANDAI LIMITED
SATORI RESEARCH INTERNATIONAL
HOLDINGS LIMITED
SCHF (GPE), LLC
SCHF CAYMAN, L.P.
SECURE INC.
Sequoia Heritage
SERUM FOUNDATION
SINTRA LABS, INC.
SIPHER JSC LIMITED
SKY MAVIS PTE. LTD.
SKYBRIDGE CAPITAL II, LLC
SKYBRIDGE COIN FUND LP
SMILE RESEARCH LIMITED
SNIPER LABS INC.
SOBA STUDIOS, INC
SOCIAL RESEARCH
SOJ TRADING LTD.
SOTERIA FZCO
SPACE METAVERSE AG
SPOAK, INC
STACKED FINANCE CORPORATION
STARKWARE INDUSTRIES LTD.

**FTX Trading Ltd. – Parties in Interest Redacted**

STEP FINANCE PROJECT
STOKE SPACE TECHNOLOGIES, INC.
SUBSPACE LABS, INC.
SUNDAESWAP LABS, INC.
SUNLIGHT PROJECT LIMITED
SWIM PROTOCOL LTD
SYNDICA INC.
SYNTHETIFY LABS SP. Z.O.O.
TALEVERSE ENTERTAINMENT STUDIOS, INC.
THE METAPLEX FOUNDATION
TIPLINK CORP
TORUS LABS PRIVATE LIMITED
TRADEWIND MARKETS, INC.
TRANSFERO SWISS A.G.
Tripledot Studios Limited
TWENTY-SECOND CENTURY DORA TECHNOLOGY HOLDINGS, INC.
UMEE LABS INC.
UPBOTS GMBH
VAUS LIMITED
Vosbor Exchange B.V.
WAEV LABS INC.
WEBUTECH PTE. LTD.
WENEW, INC. - parent co Yuga Labs, Inc
WIZARDSARDINE, LDA.
WIZPACE
WORLDSPARK STUDIOS, INC.
WUM.BO INC.
XDEFI TECHNOLOGIES LTD
XTERIO FOUNDATION
ZERO ONE PROTOCOL INC.

**Known Affiliates - JV**
BCOIN DIGITAL ASSETS LTD
BCOIN TECHNOLOGY & CO. AG
BINARY TECHNOLOGY & CO. AG
DIGITAL DERIVATIVES GMBH
EMBED CRYPTO LLC
FTX GENERAL PARTNERS AG

**Landlords**
Brickell LLC
Büchel Holding AG
Executive Centre Security
Liecht Business Center
Regus Japan Holdings K.K. - (PARENT CO Mitsubishi Estate)
Regus KK

**Litigation**
AARON SALIM
ALLEN CHUM
Austin Onusz
Benjamin Armstrong
Bybit Fintech Limited
Cedric Kees Van Putten
Coinhub Group Inc
Dalian Tianfang Enterprise Management Co., Ltd.
Even Singh Luthra
Fastrax S.A.
Fengzhen Wang
Ferreyros S.A.
Fueltech Ltda
GARY RAMM
Hamad Dar
Harun Ozan
Horiba, Ltd.
Jack in the Box
JULIE SCHOENING
Kent Uyehara
LINLI KWEK
Nguyen Huu Tai
Nicholas J. Marshall
Power Rich International Development Limited
Rebecca Gallagher
Shenzhen Galaxy Real Estate Development Co., Ltd.
SRO TREUHANDSUISSE
The Financial Times Limited
Trademark Trial and Appeal Board
Turkiye Finans Katilim Bankasi A.S.

**Notice of Appearance**
Cadian Group Co.
Emergent Fidelity Technologies, Ltd.
Grant Kim
New Jersey Bureau of Securities
Oracle America, Inc.
Peter Kim

**Ordinary Course Professionals**
Abrams & Bayliss LLP
Advokatur Sprenger+Partner
Ali Budiardjo, Nugroho, Reksodiputro
Alpha 8 Tax Solutions
Arias, Fábrega & Fábrega
Axalo Treuhand AG
Bowmans

**FTX Trading Ltd. – Parties in Interest Redacted**

CDB Legal Services
Cinder Creek LLC
Farahat & Co.
FCG Fair Consulting Group
Grant Thornton
Groom Law Group
Hamel-Smith Caribbean
Harney Westwood and Riegels LP
Harris Kyriakides
Kantenwein Zimmermann Spatscheck & Partner
KPMG
Ladas & Parry LLP
Lane IP
Lincoln Park Advisors LLC
Link Partners
MKY Group AG
Niro LLC
North Country Capital LLC
S&N Partners
SEK Steuerberatungsgesellschaft
Tricor Services Limited

**Other Significant Creditors**
AdEx Network OÜ
aleph.im
Alice Zhou
APOLLO CAPITAL OPPORTUNITIES FUND LTD
Apricot Platform Limited
Avalanche (BVI), Inc.
BAY CREST LTD.
BAYTECH GROUP INC.
BitBrawl INC
BlockFi Lending LLC
BlockFills
BLUE CIRCLE FOUNDATION
CARRIBEAN INVESTIGATIVE NETWORK LTD
Chan Kam Yee (Josephine)
Changpeng Zhao
Chilling Group Ltd.
Coin98 Labs Ltd
Compound Capital Partnes
COTTONGROVE TRADING LIMITED
COTTONWOOD MANAGEMENT COMPANY LIMITED
Dacoco GmbH
DIGITAL GAMING FOUNDATION
DIGITAL GAMING HOLDING INC.
DUX (BVI) Ltd

EMERGENT FIDELITY TECHNOLOGIES LTD.
EYEWITNESS SYSTEMS LTD.
FC BLOCKCHAIN PANAMA, S.A.
FINFINITY APEX LIMITED
Flow Foundation, c/o International Corporation Services Lt
FRAMEWORK CONSULTING LTD.
FTX FBF LLC
FTX INTERNATIONAL CORP.
FTX INTERNATIONAL FOUNDATION
FTX US PIONEER INC
FUNDACIÓN DE BLOCKCHAIN PANAMA
GenesysGo Network Solutions
GROVE WESTMONT INC.
Guardians Guild Limited
Ho Tak Ming (Aslan)
HUMAN PROTOCOL FOUNDATION
HXRO GAMES, INC.
INCENTIVE ECOSYSTEM FOUNDATION
Infinity Conglomerate Group
INGRAHAM CONSULTING PTE LTD
itBit PTE. LTD (Paxos)
JONDAL PARTNERS PTE LTD
KIK INTERACTIVE INC.
KING SIRIUS LIMITED
KUJI CORP.
Kwan Chan
LANIAKEA INC.
LEDGERPRIME DIGITAL ASSET OPPORTUNITIES OFFSHORE FUND
Lemon Fund
LITTLE HARBOUR LTD.
LooksRare
Manticore Securities AS
Mars Voyage Limited
MBG LLC
Mean Labs Limited
Mempool Flying Club
MetisLab Foundation Ltd
Mojito Markets S.A
NEBULAR COACH LLC
Nerf Design Inc
NINJA EPOCH LIMITED
NMFV Tech Limited
Nocturn Venture Partners Limited
Nodle Limited
NORTON HALL LTD
NOVA TREASURE PTE LTD
Off the Chain Defi Ltd.
OliveX (BVI) Limited

**FTX Trading Ltd. – Parties in Interest Redacted**

OMG Foundation
Phala Ltd c/o Setus Incorporations (BVI)
Limited PINETREE EAST INC.
Provenance Blockchain Foundation
PTU Technologies Ltd.
QORPO s.r.o.
Rawson, Ryan Michael Leigh
Realy Metaverse Ltd
RIPPLE LABS, INC.
Robert Paulsen Limited
Secret Foundation, Inc
Shen Bo
Socios Technologies AG
Stake Technologies PTE. LTD
StarLaunch Labs Ltd
Sunlight Project Limited
The Compendium Foundation
THE GRANADA LTD
TOBY CONSULTING SERVICES INC.
UNSpecified, INC
Vincent Tsun Ho Kwok
VSOW Limited
Waterfall Foundation
Wendy Laraine Lee
WHIRL CASA LIMITED
Wun Siu Ming
Yiling Chen
Zulu Republic Gmbh

**Scheduled Claimant**
Deltec International Group
Fried, Barbara
LYNN NGUYEN
SEBASTIAN RAMIREZ
Valdez K. Russell
Weiyi Xia (Iris)

**Taxing Authority/Governmental/Regulatory Agencies**
CySEC Cyprus (EEA-wide Passported License)
Dubai Multi Commodities Centre
Financial Crimes Enforcement Network (FinCEN)
Hk Inland Revenue Dept
New York State Department of Taxation and Finance
US Department of Treasury

**UCC Professionals**
Debevoise and Plimpton

Epiq Corporate Restructuring
InCorp Global
JEFFERIES FINANCIAL GROUP INC.
Paul Hastings LLP
Young Conaway Stargatt & Taylor, LLP

**Vendors**
A - Star Consulting Llc
A&G Beteiligungsgesellschaft Mbh
Ace Digital Innovations Co. Ltd
AIA SG Pte Ltd.
Al-muzaini Exchange Co, K.s.c.c
Astteria (Hk) Limited Astteria (Hk) Limited
Asymmetric Labs Inc.
BALLOTREADY, INC.
Blue Reservoir Pte Ltd
BOST
C W Publishing
C2 Capital Management, Llc
CAPITAL MANAGEMENT AG CBD
Central Provident Fund (Singapore)
Chicago Title Insurance Company
CHINA ZHESHANG CO LTD
COLLINS ANDREW JOHN
Crowe Horwath First Trust LLP
Data.AI
DAVID CHIU
DCG International Investments Ltd.
Decheque Inc.
Digital Assets Council of Financial Professionals,LLC Digital Entertainment Asset Pte. Ltd
DUBAI WORLD TRADE CENTRE LLC
Easy Collect and International Payment Service (credit card
E-BENE CONSULTING
Elite Foundations Pension Plan
Fairview Asset Management LLC
Far Horizon Capital Inc
Farhat Office
Fastlane Consulting Ltd
Grey Elephant Solutions Llc
Hashwatt, Inc
HERBERT SMITH FREEHILLS
High 5, Llc
HOKO AGENCY MIDDLE EAST FZ LLC
Into the Block
Japan Employee's Pension Insurance (EPI)
JET WALLET LLC
Joseph Learner

**FTX Trading Ltd. – Parties in Interest Redacted**

Kirsch Capital Equity
Konkrit Accounting Services
KRA Overseas Ltd.
LAURA VIDIELLA
Layer3 Xyz, Inc
Light Year Capital Gmbh
Links HR Singapore Pte. Ltd.
Mandatory Provident Fund (Hong Kong)
MARGARITAVILLE BEACH RESORT
Mazars Group
Mercedes F-1
Merril Lynch
MFRO Inc
Milo Credit, Llc
MONUMENTAL SPORTS &
ENTERTAINMENT
Moore Stephens CPA Limited
MPEG Live
NAV Consulting
Ocean Digital 401K
Offpiste Io Inc
OpenFortue
Osum, Inc
OTC Service AG
OTTER AUDITS LLC
PARADIGM ONE LP
Parker Russell
Pattern Engine, Inc
Payblr, Inc.
Pdyf ( Bvi ) Feeder Ltd .
Philip Iannaccone
Phobos Crypto Fund, LP
PIT
Premio Consult
PRICEWATERHOUSECOOPERS
PSYOP PRODUCTIONS INC
RAY BLOCH PRODUCTIONS INC
Ready Campaign Inc.
RED POINTS SOLUTIONS S.L.
Rocketfuel Blockchain, Inc
Silveridge Pte Ltd
Singapore Business Federation
Singapore Pte Ltd
SOL STORES (SOLANA SPACES-SOLANA
LABS, INC.)
Solana Labs, Inc
SPACEWELL INTERIORS LLC
Spilsbury Holdings Limited
Steel Perlot Management, LLC
STREAMLINE PARTNERS LLC

T Sutat
Tathastu Labs DMCC
Td Ameritrade Clearing, Inc.
Tether International Limited
TONGLE X LLC DBA VUI CONSULTING
TRICOR KK
TRIDENT SECURITY SOLUTIONS, LLC
TSB
TURNER NETWORK TELEVISION
Vcam
Vector Space Biosciences, Inc
Wachsman
Warriors
Washington Wizards
Wasserman Media Group
WASSERMAN MEDIA GROUP LLC
WASSERMAN MUSIC LLC
Webflow Inc.
Zelos Audit Firm