# **<u>Exhibit 2</u>**

**LRC'S CONNECTIONS WITH POTENTIAL PARTIES**

| Entity | Relationship to Debtors | Firm Relationship |
|---|---|---|
| Cantor Fitzgerald Technology Markets LLC | Interested Parties | LRC has, in the past, represented this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors. |
| Contrarian Funds, LLC | Claimants | LRC currently represents this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors. |
| Galaxy Digital Holdings Limited Partnership (a/k/a Galaxy Digital Holdings Ltd.) | Interested Parties | LRC has, in the past, represented this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors. |
| Merrill Lynch | Vendors | LRC has, in the past, represented this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors. |
| Nexxus Participation Vehicle III LLC | Claimants | LRC currently represents this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors. |