IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., *et al.*,

            Debtors.

Chapter 11

Case No. 22-11068 (JTD)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | | | |
|---|---|---|---|
| Name of Transferee: | **Svalbard Holdings Limited** | Name of Transferor: | **Wireless Mouse I, LLC** |
| Name and Address where notices and payments to transferee should be sent: | **Svalbard Holdings Limited[1]**<br>**c/o Attestor Limited**<br>**7 Seymour Street**<br>**W1H 7JW**<br>**London, United Kingdom**<br><br>**Attn: Steve Gillies**<br>**settlements@attestorcapital.com** | Last known address: | **Lingtong Sun**<br>**2120 University Avenue,**<br>**Berkeley, CA - 94704**<br><br>**contact@transformerlabs.xyz** |
| Email:<br>Phone: | **+44(0)20 7074 9653** | Court Claim # (if known): | **Kroll Schedule**:<br>221106806915912<br><br>**Debtor Schedule F No**: 9062 |

---

[1] Any payments on account of the claim referenced in this evidence and notice shall be made to the order of Svalbard Holdings Limited.

Local Form 138

Last Four Digits of Acct #:

3265-70-ZLZOU-733545092

**Debtor: FTX EU Ltd. (fka K-DNA Financial Services Ltd. Dba "FTX EU") (Case No. 22-11166)**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/_____  Date: 10 May 2024
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Doc ID: 7e296261ce95a43fb4632c64ff852f04a56304f2

| 00009062 | Unliquidated | APE[4224.7843001], ATOM-PERP[0], AVAX-PERP[0], BNB[30.50088182], BTC[7.88907397], DAI[.01406], ETH[30.77866548], EUR[0.01], SOL-PERP[0], TRX[.000012], USDT[5.04775312] | Yes |
| 00009063 | Unliquidated | FTT[25.06844605], TRX[.000777], USDT[0.000000011] | |

## EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTORS AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, and pursuant to an Assignment of Claim, dated as of January 18, 2024, **Wireless Mouse I, LLC** ("**Seller**") has unconditionally and irrevocably sold, transferred, and assigned to Svalbard Holdings Limited ("**Purchaser**") all of Seller's right, title, and interest in and to its "claim" or "claims" (as defined in 11 U.S.C. § 101(5)) (the "**Claim**") as set forth in the proof of claim filed as Schedule F Claim No. 9062 and detailed in Schedule F against the debtor(s) in *re: FTX Trading Ltd.* (Case No. 22-bk-11068) pending in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

Seller hereby waives any objection to the transfer of the Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on May____ 2024.

DocuSigned by:
Lingtong Sun
03960BC85C4B484

**By: Wireless Mouse I, LLC**



Audit trail

| | |
|---|---|
| Title | NOT and EOT Rousseau |
| File name | NOT_and_EOT_Rousseau.pdf |
| Document ID | 7e296261ce95a43fb4632c64ff852f04a56304f2 |
| Audit trail date format | DD / MM / YYYY |
| Status | ● Signed |

## Document history

**SENT**    **14 / 05 / 2024**    Sent for signature to Christopher Guth
16:05:44 UTC+1    (christopher.guth@attestorcapital.com) from
ops@attestorcapital.com
IP: 82.150.96.12

**VIEWED**    **14 / 05 / 2024**    Viewed by Christopher Guth
16:09:08 UTC+1    (christopher.guth@attestorcapital.com)
IP: 94.176.133.122

**SIGNED**    **14 / 05 / 2024**    Signed by Christopher Guth
16:09:24 UTC+1    (christopher.guth@attestorcapital.com)
IP: 82.150.96.12

**COMPLETED**    **14 / 05 / 2024**    The document has been completed.
16:09:24 UTC+1

Powered by Dropbox Sign