# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee
**Federico Natali**

Name and address where notices and payments to transferee should be sent:
Federico Natali
221 W 9th St.
Wilmington, DE 19801
Tel: +971 504209612
E-mail: paxtibi.xyz+recovery@gmail.com

Name of Transferor



Name and Current Address of Transferor:



| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule No. 7458640 | | 100% | FTX Trading Ltd. | 22-11068 |
| Proof of Claim No. 37366 | | 100% | FTX Trading Ltd. | 22-11068 |
| Confirmation ID No. 3265-70-HFOWH-930549286 | | 100% | FTX Trading Ltd. | 22-11068 |
| Customer Code No. 00652265 | | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

*Federico Natali*
Federico Natali (Apr 10, 2024 13:50 GMT+4)

Date: 04/10/2024

Transferee/Transferee's Agent

# EVIDENCE OF TRANSFER OF CLAIM

**TO:** United States Bankruptcy Court
for the District of Delaware ("Court")

**AND:** FTX Trading Ltd. ("Debtor")
Case No. 22-11068 (JTD) ("Case")

**CLAIM:** Proof of Claim No. 37366 ("Proof of Claim")
Schedule No. 7458640 (Schedule")
Confirmation ID No. 3265-70-HFOWH-930549286 ("Confirmation ID")
Customer Code No. **00652265** ("Customer Code")

████████████ ("Seller"), for good and valuable consideration, the receipt and sufficiency of which ████████████ dged, as further evidenced by the Ethereum Transaction Hash provided directly above, and pursuant to the terms of an Assignment of Claim Agreement dated as of April 9 2024, does hereby certify that he has unconditionally and irrevocably sold, transferred and assigned to:

Federico Natali
221 W 9th St.
Wilmington, DE 19801
Tel: +971 504209612
E-mail: paxtibi.xyz+recovery@gmail.com

and its successors and assigns ("Buyer"), all rights, title, and interest in and to (a) the Proof of Claim, (b) the Schedule, (c) the Confirmation ID and (d) the Customer Code (collectively the "Claim") and all cash, principal, interest and other property that may be distributed on account of the Claim.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all future payments and distributions on account of the Claim free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim, in each case to to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have duly executed this Evidence of Transfer of Claim as of April 9, 2024.

**SELLER:** **BUYER:**

**FEDERICO NATALI**

By: *Federico Natali*
  Federico Natali (May 1, 2024 09:41 GMT+2)
  Name: Federico Natali

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

PRIME CLERK IS NOW KROLL RESTRUCTURING ADMINISTRATION. ALL PRIME CLERK URLS AND EMAIL ADDRESSES ARE AUTOMATICALLY REDIRECTED.

# KROLL

## Creditor Data Details - Claim # 37366

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
08/10/2023

**Claim Number**
37366
**Schedule Number**
7458640
**Confirmation ID**
3265-70-HFOWH-930549286

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

### Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | AAVE | ASSERTED | 0.0000000025 | 0.0000000025 |
| CRYPTO | AR-PERP | ASSERTED | 0.0000000000000142 | 0.0000000000000142 |
| CRYPTO | ATOM-PERP | ASSERTED | -236.68 | -236.68 |
| CRYPTO | AVAX-PERP | ASSERTED | 0.0000000000000071 | 0.0000000000000071 |
| CRYPTO | BCH | ASSERTED | -0.3251568166853832 | -0.3251568166853832 |
| CRYPTO | BTC | ASSERTED | -0.0351461168694447 | -0.0351461168694447 |
| CRYPTO | DOGE | ASSERTED | 0.350115 | 0.350115 |
| CRYPTO | DOT-PERP | ASSERTED | -0.0000000000000142 | -0.0000000000000142 |
| CRYPTO | DYDX-PERP | ASSERTED | -0.0000000000000284 | -0.0000000000000284 |
| CRYPTO | ETH | ASSERTED | -0.00037123001052135 | -0.0003712300105213 |
| CRYPTO | ETHW | ASSERTED | -0.0003689225867084 | -0.0003689225867084 |
| CRYPTO | FTT | ASSERTED | 181.32562497959788 | 181.32562497959788 |
| CRYPTO | LTC | ASSERTED | 1.697976148452686 | 1.697976148452686 |
| CRYPTO | LUNA2 | ASSERTED | 0.0000000402838815 | 0.0000000402838815 |
| CRYPTO | LUNA2_LOCKED | ASSERTED | 0.0000000939957234 | 0.0000000939957234 |
| CRYPTO | LUNC | ASSERTED | 0.0087719 | 0.0087719 |
| CRYPTO | LUNC-PERP | ASSERTED | 0.0000000000000071 | 0.0000000000000071 |
| CRYPTO | MATIC | ASSERTED | -1.0356074203250616 | -1.0356074203250616 |
| CRYPTO | MEDIA | ASSERTED | 0.0022756 | 0.0022756 |
| CRYPTO | MOB | ASSERTED | 0.499743878125 | 0.499743878125 |
| CRYPTO | NEAR-PERP | ASSERTED | -0.0000000000000568 | -0.0000000000000568 |
| CRYPTO | SOL | ASSERTED | 0.0000000059940316 | 0.0000000059940316 |
| CRYPTO | SRM | ASSERTED | 34.46504343 | 34.46504343 |
| CRYPTO | SRM_LOCKED | ASSERTED | 155.85977657 | 155.85977657 |
| CRYPTO | TRX | ASSERTED | 0.000046 | 0.000046 |
| CRYPTO | USDT | ASSERTED | -5358.510882833661 | -5358.510882833661 |
| FIAT | USD | ASSERTED | 135286.60145682155 | 135286.60145682155 |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains the website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s. Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission that such amounts are not "disputed," "contingent," or "unliquidated." For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."