May 8, 2024

Thursday 14

Hello,
My name is Courtney Michelle Star Ward. I would like to object or file a formal objection for case # 22-11068 Docket # 13628. I was "tender Swindled" Around 2022 & have been recieving emails from FTX since 4/19/2024.

Friday 15

I was tender Swindled by FTX 12/2/2021. I just found out about this case yesterday via email. I believe that I have info relevant to this case. My Amount of claims and or interests held or asserted is the maximum or Approx $8 billion USD. I currently cant afford to attend. I can not find Legal Representation. I

Saturday 16

am on Social Security Disability. I am currently facing Homelessness again. My ceiling in my Apartment floods often. I can not afford Housing. I recently filed a case against Mattel Inc for the 2nd time for creating & selling a series of Courtney dolls using my name and likeness starting when I was 8 years old in 1988 LA court

Sunday 17

case # 24STCV10816. I can not afford to travel or any fees. I can not find employment or Legal Representation.
Thank you,
CMSW
Courtney Michelle Star Ward
4540 Orange Ave #308
Long Beach, CA 90807
courtneymichellestarward@gmail.com
(424) 583-2563

May 8, 2024

**Thursday 21** 326/40

Hello, I have info relevant to case# 22-11068. I can not afford housing. I just found out about this case yesterday via email. My name is Courtney Michelle Star Ward and I would like to object

**Friday 22** 327/39

or file a formal objection for case #22-11068 Docket #13628. I have been receiving emails from FTX since 4/26. I believe that I have information relevant to this case. I was "tender Swindled" BY FTX in 2021. April 19, 2021 / 12/12/2021. My Amount of Claims or Interests held or Asserted

**Saturday 23** 328/38

is the Maximum or Approx $8 billion USD. I cant afford to attend. I can not find legal representation. I am on Social Security Disability. I'm currently facing homelessness again. My ceiling of my Apartment often floods. I recently filed a case in Los Angeles, CA and need to be here for it.

**Sunday 24** 329/37

Case #24STCV10816 LA Court vs. Mattel for a series of Courtney Dolls that started selling when I was 8 years old, 1988. Thank you, CMSW Courtney Michelle Ward 4540 Orange Ave #308 Long Beach, CA 90807 CourtneyMichelleStarWard@Gmail.com (424) 533-2563

I can not afford housing, travel or any fees.

RECEIVED 2024 MAY 14 AM 10:5[?]

C. Ward
4540 Orange Ave #308
Long Beach, CA 90807

United States Bankruptcy Court
For the District of Delaware
ATTN: Honorable Judge John T. Dorsey
824 Market St., 5th Floor Courtroom #5
Wilmington, Delaware 19801

Courtney Michelle Star Ward
4540 Orange Ave #308
Long Beach, CA 90807

 

LONG BEACH, CA 90807
MAY 08, 2024
$0.00
S2324D502577-11

19801
RDC 99

District of Delaware
824 N. Market St 3rd Floor
Wilmington, DE 19801

19801-302499