UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: FTX TRADING LTD., et al.
               Debtors

Chapter 11
Case No. Case No. 22-11068
(Jointly Administered)

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Fulcrum Credit Partners LLC** | **Ceratosaurus Investors, L.L.C.** |
|---|---|
| Name of Transferor | Name of Transferee |
| 111 Congress Avenue, Suite 2550 | |
| Austin, Texas 78701-4044 | c/o Farallon Capital Management, L.L.C. |
| Attn: Amelia Harris | One Maritime Plaza, Suite 2100 |
| Email: fulcrumtrading@fulcruminv.com | San Francisco, CA 94111 |
| (with copies to mhamilton@fulcruminv.com, | Attn: Michael Linn |
| tbennett@fulcruminv.com, | Email: MLinn@FarallonCapital.com |
| and aharris@fulcruminv.com) | |

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim No. 26234 | FTX Trading Ltd. | 22-11068 | Unique Customer Code / Schedule F#: 01996207<br>Schedule Number: 6786119 | As described on Schedule F |
| | FTX Trading Ltd. | 22-11068 | Confirmation ID: 3265-70-KNNCP-631107913 | As described in the Claim Confirmation |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Michael Linn (Apr 23, 2024 07:19 PDT)_
Transferee / Transferee's Agent

Date: Apr 23, 2024

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____    _____
                                                                    Clerk of the Court

EVIDENCE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE

TO: Clerk, United States Bankruptcy Court, District of Delaware

FULCRUM CREDIT PARTNERS LLC, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, do hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to **CERATOSAURUS INVESTORS, L.L.C.,** and its successors and assigns, ("Buyer"), all right, title and interest in and to the claim(s) the ("Claim") of Seller, identified below, against FTX TRADING LTD et al., in the United States Bankruptcy Court, District of Delaware, Case No. 22-11068.

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim No. 26234 | FTX Trading Ltd. | 22-11068 | Unique Customer Code / Schedule F#: 01996207 Schedule Number: 6786119 | As described on Schedule F |
| | FTX Trading Ltd. | 22-11068 | Confirmation ID: 3265-70-KNNCP-631107913 | As described in the Claim Confirmation |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.

**Buyer:**

**CERATOSAURUS INVESTORS, L.L.C.**
By: Farallon Capital Management, L.L.C., Its Manager

By: Michael Linn (Apr 23, 2024 07:19 PDT)
Name: Michael G Linn
Title: Managing Member
Email: mlinn@faralloncapital.com
Date: Apr 23, 2024

**Seller:**

**FULCRUM CREDIT PARTNERS LLC**

By: Matthew Hamilton (Apr 23, 2024 10:08 CDT)
Name: Matthew Hamilton
Title: Authorized Signatory
Email: mhamilton@fulcruminv.com
Date: Apr 23, 2024

## Customer Code Email

---------- Forwarded message ----------
From: **FTX Noticing** <ftx@noticing.ra.kroll.com>
Date: Fri, Mar 31, 2023 at 2:27 AM
Subject: FTX - Your Scheduled Claim Information and Unique Customer Code
To:

YOUR UNIQUE CUSTOMER CODE S AND SCHEDULED CLAIM INFORMATION IS AT THE BOTTOM OF THIS EMAIL.

YOU ARE RECEIVING THIS EMAIL BECAUSE YOU HAVE BEEN IDENTIFIED AS A CUSTOMER WITH A NET POSITIVE ACCOUNT BALANCE AS OF NOVEMBER 11, 2022 OF ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 CASES OF FTX TRADING LTD. AND CERTAIN OF ITS AFFILIATED DEBTORS AND DEBTORS-IN-POSSESSION PENDING IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE AND JOINTLY ADMINISTERED UNDER THE CASE NUMBER 22-11068. YOU HAVE BEEN LISTED IN ONE OR MORE OF THE DEBTORS' SCHEDULES AND STATEMENTS.

On March 14 and 15, 2023, the FTX Trading Ltd. and certain of its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed their schedules of assets and liabilities and statements of financial affairs (the "Schedules and Statements").

Pursuant to the Final Order (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on a Final Basis and (III) Granting Certain Related Relief [D.I. 545], customer names and addresses in the Schedules and Statements are redacted. With respect to Schedules E/F – which identify creditors of the Debtors with non-priority unsecured claims (including customers with a net positive account balance as of November 11, 2022) – in an effort to redact customer names and addresses, the Debtors have identified each customer with a net positive account balance as of November 11, 2022 by a unique customer code (a "Unique Customer Code"). Your Unique Customer Code and an excerpt of your scheduled claim(s) are at the bottom of this email.

**PLEASE BE ADVISED THAT THE COURT HAS NOT YET SET A DEADLINE FOR SUBMITTING PROOFS OF CLAIMS OR INTERESTS AGAINST THE DEBTORS. WHEN THE COURT SETS A DEADLINE, ALL KNOWN CREDITORS, INCLUDING ALL CUSTOMERS IDENTIFIED ON THE SCHEDULES AND STATEMENTS, WILL BE PROVIDED NOTICE OF THE DEADLINE AND INSTRUCTIONS ON HOW TO SUBMIT PROOFS OF CLAIM OR INTERESTS.**

**PLEASE BE FURTHER ADVISED THAT RECEIPT OF THIS EMAIL AND A UNIQUE CUSTOMER CODE ONLY INDICATES THAT YOU HAD ONE OR MORE CLAIM(S) LISTED ON ONE OR MORE OF THE DEBTORS' SCHEDULES AND STATEMENTS. PROVISION OF A UNIQUE CUSTOMER CODE IS NOT AN ADMISSION BY THE DEBTORS OF THE VALIDITY OF SUCH CLAIM(S) OR A WAIVER OF ANY DEFENSES THERETO. THE DEBTORS HEREBY INCORPORATE BY REFERENCE THE GLOBAL NOTES ATTACHED TO EACH OF THE DEBTORS' SCHEDULES AND STATEMENTS AND RESERVE ALL RIGHTS.**

To view all of the Debtors' Schedules and Statements, as well as the Global Notes, please visit https://restructuring.ra.kroll.com/FTX and navigate to the "Schedules & SOFA" page under "Quick Links." Standalone excerpts of the customer data can be found under "Customer Schedules."

Your Unique Customer Code is 01996207
Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:

1INCH[0.6179125665651600]
AMPL[13.3217431784758731]
APE[0.0000000100000000]
BTC[2.6579752634986300]
ETH[0.0025135850861487]
ETHW[0.0000000128468276]
FTT[1286.1522636100000000]
MATIC[0.0000000090969477]
SRM[41.2700602600000000]
SRM_LOCKED[340.1499397400000000]
USD[5796088.1608195659662258000000000]
USDT[290844.10840444414441332]
XRP[-0.0053096973187375]

FTX Noticing

Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055

## Schedule F Claim Listing

| | |
|---|---|
| 01996207 | 1INCH[0.61791256], 1INCH-1230[0], 1INCH-PERP[0], AAVE-PERP[0], ADA-0325[0], ADA-20211231[0], ADA-PERP[1], ALGO-PERP[0], AMPL[13.32174317], APE[.00000001], APE-1230[0], ATOM-PERP[0], AVAX-PERP[0], BCH-0325[0], BCH-20211231[0], BCH-PERP[0], BNB-0325[0], BNB-1230[0], BNB-20210924[0], BNB-20211231[0], BNB-PERP[0], BSV-PERP[0], BTC-0325[0], BTC-0624[0], BTC-0930[0], BTC-1230[0], BTC-20211231[0], BTC[2.65797526], BTC-PERP[0], CAKE-PERP[0], CELO-PERP[0], COMP-PERP[0], CRV-PERP[0], DOGE-PERP[0], DOT-0325[0], DOT-20211231[0], DOT-PERP[0], DYDX-PERP[0], ENJ-PERP[0], EOS-0325[0], EOS-20211231[0], EOS-PERP[0], ETC-PERP[0], ETH[0.00251358], ETH-0325[0], ETH-0331[0], ETH-0624[0], ETH-0930[0], ETH-1230[0], ETH-20211231[0], ETH-PERP[0], ETHW[0.00000001], FIL-0325[0], FIL-20211231[0], FIL-PERP[0], FTT[1286.15226361], FTT-PERP[0], HT-PERP[0], ICP-PERP[0], KNC-PERP[0], LINK-0325[0], LINK-20211231[0], LINK-PERP[0], LTC-PERP[0], MANA-PERP[0], MATIC[0], MATIC-PERP[0], MKR-PERP[0], NEAR-PERP[0], OMG-PERP[0], RUNE-PERP[0], SNX-PERP[0], SOL-PERP[-0.00999999], SRM[41.27006026], SRM_LOCKED[340.14993974], SUSHI-PERP[0], THETA-PERP[0], TRX-PERP[0], UNI-PERP[0], USD[5796087.97], USDT[290844.10840444], XLM-PERP[0], XMR-PERP[0], XRP[-0.00530969], XRP-PERP[0], XTZ-PERP[0], YFI-PERP[0], ZEC-PERP[0], ZRX-PERP[0] |