| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF DELAWARE** |  |

| | |
|---|---|
| In re:<br><br>FTX Trading Ltd., *et al.*<br><br>                    Debtors | Chapter 11<br>Case No. 22-11068<br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF NOTICE OF TRANSFER OF CLAIM

Xclaim Inc. hereby withdraws the following Notices of Transfer of Claim:

| **Filing Date** | **Docket #** | **Transferee** |
|---|---|---|
| February 20, 2024 | 7645 | Xclaim Capital Holdings, LLC |
| February 20, 2024 | 7646 | TRC Master Fund, LLC |

**Xclaim Inc.**

By: */s/ Evan Sedigh*
Evan Sedigh
2261 Market Street #4385,
San Francisco, CA 94114

Email: evan@x-claim.com

May 15, 2024