**Exhibit B**

**Disbursements**

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 4/10/2024 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 8,737.67 | Period ended March 31, 2024<br>FTX Chapter 11<br>Matter No: 22726417 |
| 4/17/2024 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 6,400.00 | For professional services rendered and related expenses incurred in the above-referenced matter through March 2024 |
| 4/22/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| **Total** | | | **$15,157.67** | |