**Exhibit C**

**Porter Hedges LLP Time and Expense Records**

**(March 1, 2024 through March 31, 2024)**

| Name of Applicant | *Porter Hedges LLP* |
|---|---|
| Authorized to Provide Professional Services to: | Perella Weinberg Partners LP (Investment Banker to the Debtors) |
| Date of Retention: | *nunc pro tunc* to November 16, 2022 |
| Period for which compensation and reimbursement is sought: | March 1, 2024 through March 31, 2024 |
| Amount of Compensation sought as actual, reasonable and necessary: | $6,400.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | n/a |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $0 |

This is a(n) **X** monthly _____ interim _____ final application.  No prior application has been filed with respect to this Fee Period.

**PRIOR MONTHLY FEE STATEMENTS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 02/17/23 | Nov. 16, 2022 – Nov. 30, 2022 | $16,178.00 | $0 | $16,178.00 | $0 |
| 03/06/23 | Dec. 1, 2022 – Dec. 31, 2022 | $19,659.00 | $0 | $19,659.00 | $0 |
| 04/04/23 | Jan. 1, 2023 – Jan. 31, 2023 | $59,185.50 | $0 | $59,185.50 | $0 |
| 05/04/23 | Feb. 1, 2023 – Feb. 28, 2023 | $17,667.50 | $21.50 | $59,185.50 | $0 |
| 06/05/23 | Mar. 1, 2023 – Mar. 31, 2023 | $10,369.00 | $0 | $59,185.50 | $0 |
| 09/12/23 | Apr. 1, 2023 – Apr. 30, 2023 | $8,484.00 | $0 | $8,484.00 | $0 |
| 09/14/23 | May 1, 2023 – May 31, 2023 | $5,626.50 | $0 | $5,626.50 | $0 |
| 09/14/23 | June 1, 2023 – June 30, 2023 | $7,521.50 | $4.30 | $7,521.50 | $0 |
| 12/04/23 | July 1, 2023 – July 31, 2023 | $3,484.50 | $0 | $3,484.50 | $0 |
| 12/06/23 | August 1, 2023 – August 31, 2023 | $5,784.00 | $0 | $5,784.00 | $0 |
| 12/08/23 | Sept. 1 – Sept. 30, 2023 | $14,943.00 | $0 | $14,943.00 | $0 |
| 02/13/24 | Oct. 1 – Nov. 30, 2023 | $2,695.50 | $0 | Pending | Pending |
| 05/03/24 | Jan. 1 – Jan. 31, 2024 | $1,942.50 | $0 | Pending | Pending |
| 05/03/24 | Dec. 1 – 31, 2023 and Feb. 1 – 29, 2024 | $11,726.00 | $0 | Pending | Pending |

**SUMMARY OF BILLING BY PROFESSIONAL**
**MARCH 1, 2024 THROUGH AND INCLUDING MARCH 31, 2024**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| John F. Higgins | Partner | 1983 | 1983 | $1,050.00 | 1.4 | $1,470.00 |
| Megan N. Young-John | Partner | 2013 | 2013 | $725.00 | 6.8 | $4,930.00 |
| **Partner Total** | | | | | **8.2** | **$6,400.00** |
| **GRAND TOTAL** | | | | | **8.2** | **$6,400.00** |

**Blended Hourly Rate: $780.49**

**STATEMENT OF FEES BY PROJECT CATEGORY[1]**
**MARCH 1, 2024 THROUGH MARCH 31, 2024**

| Project Name | Hours | Fee Amount |
|---|---|---|
| PWP Retention & Compensation | 8.2 | $6,400.00 |
| Total | 8.2 | $6,400.00 |

---

[1] The subject matter of certain time entries may be appropriate for more than one project category. In such instances, time entries generally have been included in the most appropriate category. Time entries do not appear in more than one category.

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510  
P.O. BOX 4346  
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000  
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 562353 |
| Date | 04/17/24 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

PERELLA WEINBERG PARTNERS \ TPH&CO.  
ATTN: JENNIE MILLER  
1111 BAGBY STREET, SUITE 4900  
HOUSTON, TX  77002

TAX ID# 74-2174193

**FTX Bankruptcy**

---

**Invoice Summary**

| | |
|---|---:|
| Professional Services | $6,400.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $6,400.00 |
| **TOTAL AMOUNT DUE** | **$6,400.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346
_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page 2
Inv# 562353
Date 04/17/24
017741-0001
JOHN F. HIGGINS

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through March 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 03/01/24 | JFH | Email D. Jackson, M. Young-John and B. Mendelsohn regarding fee statement and invoices. | 0.30 | 315.00 |
| 03/05/24 | JFH | Email N. Jenner, K.Cofsky and M. Young-John regarding fee statement. | 0.30 | 315.00 |
| 03/05/24 | MNY | Review CNO for December fee statement and coordinate with client regarding same (.2); update Debtors' counsel regarding same (.1). | 0.30 | 217.50 |
| 03/11/24 | MNY | Begin preparing January fee statement and email J. Darby regarding questions for same | 2.10 | 1,522.50 |
| 03/12/24 | JFH | Email M. Young-John, J. Darby and K. Flinn regarding PWP fee application. | 0.30 | 315.00 |
| 03/12/24 | MNY | Update and circulate draft of January fee statement with exhibits to client (.6); review updated documents from J. Darby and incorporate into fee statement and recirculate same (.5); send January fee statement to Debtors' counsel (.1). | 1.20 | 870.00 |
| 03/13/24 | MNY | Prepare and circulate fifth interim fee application to client for review. | 1.20 | 870.00 |
| 03/14/24 | JFH | Email K. Flinn, B. Mendelsohn, N. Jenner and M. Young-John regarding interim application and order. | 0.30 | 315.00 |
| 03/14/24 | MNY | Follow up with Debtors' counsel regarding January fee statement (.2); compile, circulate, and coordinate January fee statement for signature and filing (.5); circulate and coordinate filing of interim fee application (.6); review order of fourth interim fee app and email Debtors' counsel regarding same (.4). | 1.70 | 1,232.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page 3
Inv# 562353
Date 04/17/24
017741-0001
JOHN F. HIGGINS

TAX ID# 74-2174193

---

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 03/15/24 | MNY | Email Debtors' counsel regarding fifth interim fee application filing. | 0.10 | 72.50 |
| 03/28/24 | JFH | Email N. Jenner, M. young-John and D. Jackson regarding February fee statement. | 0.20 | 210.00 |
| 03/28/24 | MNY | Emails with client and Debtors' counsel regarding update of February and March fee statement documents. | 0.20 | 145.00 |
| **Total Services** | | | **8.20** | **$6,400.00** |

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JFH | John F. Higgins | Partner | 1.40 | 1,050.00 | 1,470.00 |
| MNY | Megan N. Young-John | Partner | 6.80 | 725.00 | 4,930.00 |

Total Disbursements                                                                                     $0.00

**Invoice Total**                                                                                       **$6,400.00**