**Exhibit D**

**Mayer Brown LLP Time and Expense Records**

**(March 1, 2024 to March 31, 2024)**

4887-7430-3052 v.4
15355141v1

| **Name of Applicant** | *Mayer Brown LLP* |
|---|---|
| Authorized to Provide Professional Services to: | Perella Weinberg Partners LP (Investment Banker to the Debtors) |
| Date of Retention: | *nunc pro tunc* to November 16, 2022 |
| Period for which compensation and reimbursement is sought: | March 1, 2024 through March 31, 2024 |
| Amount of Compensation sought as actual, reasonable and necessary: | $2,661.50 |
| 80% of Compensation sought as actual, reasonable and necessary: | n/a |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $6,076.17 |

This is a(n) **X** monthly ____ interim ____ final application.  No prior application has been filed with respect to this Fee Period.

**PRIOR MONTHLY FEE STATEMENTS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 09/14/2023 | Dec. 1, 2022 to June 30, 2023 | $171,523.50 | $506.96 | $171,523.50 | $506.96 |
| 12/06/2023 | July 1, 2023 to July 31, 2023 | $215,428.50 | $9,971.41 | $215,428.50 | $9,971.41 |
| 12/06/2023 | August 1, 2023 to Sept. 30, 2023 | $26,842.50 | $1,625.46 | $26,842.50 | $1,625.46 |
| 12/08/2023 | Oct. 1, 2023 to Oct. 31, 2023 | $71,914.50 | $2.75 | $71,914.50 | $2.75 |
| 12/22/2023 | Nov. 1, 2023 to Nov. 30, 2023 | $41,097.50 | $26,087.24 | Pending | Pending |
| 05/03/2023 | Feb. 1, 2024 to Feb. 29, 2024 | $192,049.00 | $9,273.93 | Pending | Pending |

**SUMMARY OF BILLING BY PROFESSIONAL**
**MARCH 1, 2024 THROUGH AND INCLUDING MARCH 31, 2024**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| James B. Danford | Associate | 2017 | 2017 | $1,055 | 1.6 | $1,688.00 |
| Anna V. Durham | Associate | 2021 | 2020 | $885.00 | 1.1 | $973.50 |
| **Associate Total** | | | | | 2.7 | **$2,661.50** |
| **GRAND TOTAL** | | | | | 2.7 | **$2,661.50** |

**Blended Hourly Rate:  $985.74**

**STATEMENT OF FEES BY PROJECT CATEGORY**
**MARCH 1, 2024 THROUGH AND INCLUDING MARCH 31, 2024**

| Project Name | Hours | Fee Amount |
|---|---|---|
| ADVISORY SERVICES TO PWP AS INVESTMENT BANKER[2] | 2.7 | $2,661.50 |
| **Total** | **2.7** | **$2,661.50** |

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[3] if Applicable** | **Amount** |
| Professional Services (Data Management, Processing, and Storage) | Driven Inc d/b/a Innovative Driven | $6,076.17 |
| **TOTAL** | | **$6,076.17** |

---

[2] Mayer Brown LLP provides advisory services to PWP as Investment Banker to the Debtors. In such capacity, Mayer Brown LLP has advised PWP on a number of issues including, but not limited to, deal and sale process-related issues, investor and other case constituent relations, and consideration of conflict issues.

[3] Mayer Brown LLP may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

**MAYER | BROWN**

April 10, 2024

Invoice Number: 100193458

Mayer Brown LLP
311 West Monroe Street
Chicago, IL 60606-9908

T: +1 312 782 0600
F: +1 312 701 7711
mayerbrown.com

Firm Tax ID No: 36-1447220

Perella Weinberg Partners LP
1111 Bagby Street
Suite 4900
Houston, TX 77002

Attn: Jennie Miller

For professional services rendered for the period ended March 31, 2024

**Re:** **FTX Chapter 11**
**Matter No: 22726417**

| | |
|---|---:|
| Fees | $2,661.50 |
| Disbursements | 6,076.17 |
| **Total Fees and Disbursements** | **$8,737.67** |

---

**Wire Transfer or ACH Credit Payments (Preferred)**
**Bank:** Bank of America  **Bank Address:** 135 South LaSalle Street, Chicago, IL 60603  **Account #:** 8765663350  **ACH ABA#:** 121000358
**Wire ABA #:** 026009593  **International Wires Swift Code:** BOFAUS3N  **Remittance Detail Email:** payments@mayerbrown.com

Mayer Brown LLP

Invoice No: 100193458  Page 2
Perella Weinberg Partners LP  Pinedo, Anna T.
22726417 FTX Chapter 11

DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| 03/08/24 | **Durham, Anna V.**<br>Correspond with MB team re next steps. | 0.10 |
| 03/14/24 | **Durham, Anna V.**<br>Correspond with MB team re documents in need of further review. | 0.30 |
| 03/16/24 | **Danford, James B.**<br>Review of approximately 100 documents escalated for second level review. | 1.20 |
| 03/16/24 | **Durham, Anna V.**<br>Correspond with MB team re technical issue and hot documents and next steps. | 0.20 |
| 03/21/24 | **Durham, Anna V.**<br>Correspond with MB team re technical issue and hot documents and next steps. | 0.10 |
| 03/22/24 | **Durham, Anna V.**<br>Conference with J. Danford re strategy and responsiveness questions. | 0.30 |
| 03/27/24 | **Durham, Anna V.**<br>Attend to supplemental review. | 0.10 |
| 03/29/24 | **Danford, James B.**<br>Review select Embed documents for second level review for privilege. | 0.40 |
| | **Total Hours** | **2.70** |

Mayer Brown LLP

Invoice No: 100193458  
Perella Weinberg Partners LP  
22726417 FTX Chapter 11  

Page 3  
Pinedo, Anna T.

**Disbursements**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 03/26/24 | **Professional Services**<br>VENDOR: Driven Inc dba Innovative Driven INVOICE#: 243911 DATE: 3/26/2024<br>Professional services rendered- FTX Trading Ltd | 1 | 6,076.17 |

**Total Disbursements** $6,076.17

Mayer Brown LLP

Invoice No: 100193458  
Perella Weinberg Partners LP  
22726417 FTX Chapter 11

Page 4  
Pinedo, Anna T.

### TIMEKEEPER SUMMARY

| Name | Hours | Amount |
|---|---:|---:|
| Danford, James B. | 1.60 | 1,688.00 |
| Durham, Anna V. | 1.10 | 973.50 |
| **Total Legal Fees** | **2.70** | **$2,661.50** |

Mayer Brown LLP

Invoice No: 100193458  
Perella Weinberg Partners LP  
22726417 FTX Chapter 11  

Page 5  
Pinedo, Anna T.

## DISBURSEMENTS SUMMARY

| Disbursements | Amount |
|---|---|
| Professional Services | 6,076.17 |
| **Total Disbursements** | **$6,076.17** |