# EXHIBIT B

Disbursements

| Category | Work Date | Timekeeper Name | Amount | Cost Description |
|---|---|---|---|---|
| Travel and Expenses | 3/17/2024 | Daniel A. Lowenthal | $254.00 | Daniel A. Lowenthal - DANIEL LOWENTHAL-Train / Rail-03/20/2024-03/20/2024-Roundtrip Amtrak tickets from NY to Wilmington, DE for hearing-5415 TKID |
| Travel and Expenses | 3/20/2024 | Robert Cleary | $46.25 | CLEARY, ROBERT - ROBERT CLEARY-Out of Town Taxi/Car Service---Taxi to Amtrak for court hearing in Delaware-5415 TKID |
| Travel and Expenses | 3/20/2024 | Robert Cleary | $39.00 | CLEARY, ROBERT - ROBERT CLEARY-Train / Rail-03/20/2024-03/20/2024-Travel FTX Hearing in Delaware - exchanged original return ticket to arrive earlier.-5415 TKID |
| **TRAVEL AND EXPENSES TOTAL** | | | **$339.25** | |
| Local Travel and Fares | 4/25/2024 | Lauren Doxey | $25.52 | American Express - Uber April 2024 Statement, Doxey , Pick-up: 1133 Avenue of the Americas, New York, NY 10036-6709, US , Drop-off: Home , Date: 04-25-24 |
| Local Travel and Fares | 3/21/2024 | Lauren Doxey | $20.91 | American Express - Uber March 2024 Statement , Doxey , Pick-up: 1133 Avenue of the Americas, New York, NY 10036-6709, US , Drop-off: Home , Date: 03-21-24 |
| **LOCAL TRAVEL AND FARES TOTAL** | | | **$46.43** | |
| Meals - Overtime | 3/21/2024 | Lauren Doxey | $20.00 | Grubhub Holdings Inc. - ACH - Inv. SL-84-242, Inv. Date 03/24/24 - Order Number - 206025637092488 Order Time - 2024-03-21 19:40:42 EDT Lauren Doxey Vendor Name: Chipotle |
| Meals - Overtime | 4/23/2024 | Lauren Doxey | $20.00 | Grubhub Holdings Inc. - ACH - Inv. SL-84-247, Inv. Date 04/28/24 - Order Number - 459325962811703 Order Time - 2024-04-23 19:15:10 EDT Lauren Doxey Vendor Name: Kati Roll Company (39th st) |

| Category | Work Date | Timekeeper Name | Amount | Cost Description |
|----------|-----------|-----------------|--------|------------------|
| Meals - Overtime | 4/24/2024 | Lauren Doxey | $20.00 | Grubhub Holdings Inc. - ACH - Inv. SL-84-247, Inv. Date 04/28/24 - Order Number - 891225970870196 Order Time - 2024-04-24 19:01:05 EDT Lauren Doxey Vendor Name: Taco Bell |
| **MEALS OVERTIME TOTAL** | | | **$60.00** | |
| Conference Room Dining | 3/22/2024 | Kimberly Black | $169.19 | Restaurant Associates - ACH - Date: 3/22/2024, Location: 24C, Host: Black, Kimberly (x2511), Event Name: External Meeting, Guests: 1, Items: Coffee, Tea & Hot Beverages - Starbucks Coffee Service, Continental Breakfast (min. 4 guests), Fresh Squeezed Orange Juice |
| Conference Room Dining | 3/28/2024 | Daniel A. Lowenthal | $21.78 | Restaurant Associates - ACH - Date: 3/28/2024, Location: 24D, Host: Lowenthal, Daniel A. (x2720), Event Name: Client meeting, Guests: 1, Items: Coffee, Tea & Hot Beverages - Starbucks Coffee Service |
| **CONFERENCE ROOM DINING TOTAL** | | | **$190.97** | |
| Filing Fees / Index Fees | 4/26/2024 | Ian Eppler | $125.00 | Ian Eppler - IAN EPPLER-Court Fees-04/26/2024-perma.cc registration for creation of permalinks in FTX Phase 1 report-5415 TKID |
| **FILING FEES / INDEX FEES TOTAL** | | | **$125.00** | |
| Reproduction – Copies | 4/29/2024 | Maritza Garcia | $64.40 | Reproduction – Copies – Date: 4/28/2024, Page Count: 644 pages ($0.10 per page), Maritza Garcia |
| **REPRODUCTION TOTAL** | | | **$64.40** | |
| **GRAND TOTAL** | | | **$826.05** | |