# **EXHIBIT C**

Lowenthal Certification

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　　　Debtors. | :<br>:<br>: Chapter 11<br>:<br>: Case No. 22-11068 (JTD)<br>: (Jointly Administered)<br>:<br>:<br>:<br>: |

## CERTIFICATION OF DANIEL A. LOWENTHAL

I, DANIEL A. LOWENTHAL, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, hereby certify that:

1.　　I am a partner at Patterson Belknap Webb & Tyler LLP ("Patterson Belknap" or the "Firm"), and I am fully authorized to make this certification on behalf of Patterson Belknap.

2.　　This certification is made in support of the *First Monthly Fee Statement of Patterson Belknap Webb & Tyler LLP as Counsel to the Examiner for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from March 20, 2024 Through and Including April 30, 2024* (the "Monthly Fee Statement") and in compliance with rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware ("Rule 2016-2").

---

[1]　　The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of Debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

2

3. I have read the Monthly Fee Statement, and I certify that the Monthly Fee Statement substantially complies with Rule 2016-2.

Dated: May 16, 2024

*/s/ Daniel A. Lowenthal*

Daniel A. Lowenthal