# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX TRADING, LTD., *et al.*,<br>Debtors.[1] | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## NOTICE OF SUBSTITUTION OF COUNSEL AND NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David P. Primack of Manning Gross & Massenburg LLP hereby withdraws his appearance as counsel to The New Jersey Bureau of Securities, creditor in the above-referenced case, and Gaston P. Loomis of McElroy, Deutsch, Mulvaney & Carpenter, LLP is hereby substituted as counsel to The New Jersey Bureau of Securities. The New Jersey Bureau of Securities continues to be represented by other attorneys who have entered their appearance on behalf of The New Jersey Bureau of Securities.

| **McELROY DEUTSCH MULVANEY & CARPENTER, LLP** | **MANNING GROSS & MASSENBURG LLP** |
|---|---|
| */s/ Gaston P. Loomis*<br>Gaston P. Loomis (#4812)<br>300 Delaware Ave., Suite 1014<br>Wilmington, DE 19801<br>Telephone: (302) 300-4515<br>E-mail: gloomis@mdmc-law.com | */s/ David P. Primack*<br>David P. Primack (#4449)<br>1007 North Orange Street, Suite 711<br>Wilmington, DE 19801<br>Telephone: (617) 670-8370<br>E-mail: dprimack@mgmlaw.com |
| *Incoming Counsel for The New Jersey Bureau of Securities* | *Outgoing Counsel for The New Jersey Bureau of Securities* |

Dated: May 17, 2024

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/FTX/.