DocuSign Envelope ID: 693D5546-43C5-4B31-8D2A-EC4E2BD06E6B

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

RECEIVED
2024 MAY 17 PM 12: 32
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., et al, | No. 22-11068 (JTD) |
| Debtors | (jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:



Name of Transferee:

NOIA Opportunities SCSp.

Name and Address where notices and payments to transferee should be sent:

NOIA Opportunities SCSp.
18 Rue Robert Stümper, L-2557, Luxembourg
Luxembourg
Attn: Nicolas Vassaux
Email: nicolas@noiacapital.com and partners@noiacapital.com

DocuSign Envelope ID: 693D5546-43C5-4B31-8D2A-EC4E2BD06E6B

| Claim No. / Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Kroll Schedule 221106805603673 Submitted on 2023-09-19T16:13:48.917Z | | 100% of the scheduled claim amount | FTX Trading LTD | 22-11068 |
| Debtor Schedule F No. 03713197 | | As described on Schedule F | FTX Trading LTD | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

NOIA Opportunities SCSp

By: *Nicolas Vassaux for NOIA capital and NOH & Partners*
    ───────────────────────────────
    Transferee
    Nicolas Vassaux duly representing NOIA Capital Sàrl and NOHP
    Authorized Signatory

Date: April 8, 2024 | 23:57:01 CEST

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

DocuSign Envelope ID: 693D5546-43C5-4B31-8D2A-EC4E2BD06E6B

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court")

Attn: Clerk

AND TO: FTX Trading Ltd, Case No. 22-11068 (JTD) pending in the United States Bankruptcy Court for the District of Delaware (the "Debtor")

re: Claim Schedule F 03713197

[REDACTED] ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**NOIA Opportunities SCSp.**
**18 Rue Robert Stümper, L-2557, Luxembourg**
**Luxembourg**
Attn: Nicolas Vassaux
Email: nicolas@noiacapital.com and [REDACTED]

and assigns ("Purchaser"), all of Seller's right, title and interest in and to Proof of Claim Schedule F 03713197 (the "Claim"), against the Debtor in the Bankruptcy Case.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or other applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the Claim and recognizing the Purchaser as the sole owner and holder of the Claim.

Seller (separate from the above assignment), hereby irrevocably instructs and directs the Debtor (coupled with an interest to Purchaser) to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Purchaser.

DocuSign Envelope ID: 693D5546-43C5-4B31-8D2A-EC4E2BD06E6B

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated November 30, 2022.

Date: April 8, 2024



DocuSigned by: ███████████  April 9, 2024 | 17:17:20 CEST

**NOIA Opportunities SCSp**

DocuSigned by: *Nicolas Vassaux for NOIA capital and NOH & Partners*  April 8, 2024 | 23:57:01 CEST
55A563A0B985450...

Acting by Nicolas Vassaux, duly representing NOIA Capital Sàrl and NOHP.

**DocuSign**

| Certificate Of Completion |
|---|
| ■■■ |

| Record Tracking |
|---|
| ■■■ |

| Signer Events | Signature | Timestamp |
|---|---|---|
| ■■■ | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|
| **Editor Delivery Events** | Status | Timestamp |
| **Agent Delivery Events** | Status | Timestamp |
| **Intermediary Delivery Events** | Status | Timestamp |
| **Certified Delivery Events** | Status | Timestamp |
| **Carbon Copy Events** | Status | Timestamp |

■■■

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 08 April 2024 I 10:15 |
| Certified Delivered | Security Checked | 09 April 2024 I 17:16 |
| Signing Complete | Security Checked | 09 April 2024 I 17:17 |
| Completed | Security Checked | 09 April 2024 I 17:17 |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**



**ELECTRONIC RECORD AND SIGNATURE DISCLOSURE**

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact NOIA Opportunities SCSp:**





Generated: May 20, 2024 8:57AM

Page 1/1



# U.S. Bankruptcy Court

### Delaware Bankruptcy - Wilmington

Noia Opportunities

Receipt Date: May 20, 2024 8:57AM

Rcpt. No: 10094969   Trans. Date: May 20, 2024 8:57AM   Cashier ID: #CH

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| TOC | TransferofClaim$ | 22-11068-JTD | 1 | 28.00 | 28.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CA | CASH | | | | $28.00 |

Total Due Prior to Payment: $28.00

Total Tendered: $28.00

Total Cash Received: $28.00

Cash Change Amount: $0.00

**Debtor:** FTX Trading Ltd.

Exact change only.