UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:    Chapter 11

Case No. 22-11068 (JTD)

Debtor: FTX Trading Ltd., et al

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Adam A. Marshall of The Reporters Committee for Freedom of the Press to represent Bloomberg, L.P., Dow Jones & Co., Inc., The New York Times Co., and The Financial Times Ltd. in this action.

/s/ David Finger

Firm Name: Finger & Slanina, LLC
Address: 1201 N. Orange St., 7th fl.
Wilmington, DE 19801
Phone: 302.573.2525
Email: dfinger@delawgroup.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Maryland and DC and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ Adam A. Marshall

Firm Name: The Reporters Committee for Freedom of the Press
Address: 1156 15th St. NW, Ste. 1020
Washington, DC 20005
Phone: (202) 795-9300
Email: amarshall@rcfp.org

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: May 20th, 2024
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

Local Form 105