IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered) |

### NOTICE OF REPORT OF ROBERT J. CLEARY, EXAMINER

**PLEASE TAKE NOTICE** that on March 20, 2024, the Court entered the *Order Approving the Appointment of Examiner*, ECF No. 9882, which approved the appointment of Robert J. Cleary as examiner (the "Examiner") in the above-captioned bankruptcy cases (the "Chapter 11 Cases") of FTX Trading Ltd. and certain of its affiliates (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that on March 20, 2024, the Court entered the *Order (I) (A) Establishing the Scope, Cost, Degree, and Duration of the Examination and (B) Granting Related Relief; and (II) Permitting the Filing of Certain Information Regarding Potential Parties in Interest Under Seal*, ECF No. 9883 (the "Examination Scope Order"), which

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{02017349;v1 }

15104083v.2

sets out the scope, cost, degree, and duration of the Examiner's initial investigation and requires the Examiner to file a report regarding his initial investigation (the "Report").

**PLEASE TAKE FURTHER NOTICE** that on May 20, 2024, the Examiner will file his Report under seal.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the proposed procedures described in the *Motion to Amend Order (I) (A) Establishing the Scope, Cost, Degree, and Duration of the Examination and (B) Granting Related Relief; and (II) Permitting the Filing of Certain Information Regarding Potential Parties in Interest Under Seal*, ECF. No.13627, the Examiner will provide unredacted copies of the Report to counsel for the Debtors, counsel for the official committee of unsecured creditors appointed in these Chapter 11 Cases, and counsel for the United States Trustee for Region 3. In addition, the Court will have docket access to an unredacted copy of the Report.

**PLEASE TAKE FURTHER NOTICE** that in instances where the Report's summation of previously undisclosed information or allegations could cause material reputational harm, the Examiner anonymized the identities of the subjects thereof, *provided* that doing so would not compromise the Examiner's obligation to completely and accurately "summarize[] the investigations of the Debtors … and the findings ... of such Investigations." Scope Order, ¶ 2. In all other instances identities have been disclosed in the Report.

Dated: May 20, 2024

Respectfully submitted,

**ASHBY & GEDDES, P.A.**

By: */s/ Michael D. DeBaecke*
Michael D. DeBaecke (Bar No. 3186)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Tel: (302) 654-1888
Email: mdebaecke@ashbygeddes.com

-and-

**PATTERSON BELKNAP WEBB & TYLER LLP**

Daniel A. Lowenthal (admitted *pro hac vice*)
Kimberly A. Black (admitted *pro hac vice*)
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
Email: dalowenthal@pbwt.com
Email: kblack@pbwt.com

*Counsel to Robert J. Cleary in his capacity as Chapter 11 Examiner appointed in the Chapter 11 Cases*