# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>**Related D.I. 15269, 15271** |

## CERTIFICATE OF SERVICE

      I, Michael D. DeBaecke, hereby certify that on May 20, 2024, I caused one copy of the (i) *Reply In Support of Motion to Amend Order (I) (A) Establishing the Scope, Cost, Degree, and Duration of the Examination and (B) Granting Related Relief; and (II) Permitting the Filing of Certain Information Regarding Potential Parties in Interest Under Seal*; and (ii) *Notice of Report of Robert J. Cleary, Examiner* to be served upon (i) all parties of record via CM/ECF; and (ii) the parties on the attached service list via electronic mail, unless otherwise indicated.

Dated: May 20, 2024
          */s/ Michael D. DeBaecke*
          Michael D. DeBaecke (Bar No. 3186)

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

**VIA INTERNATIONAL MAIL**
FTX TRADING LTD.
ATTN: PRESIDENT OR GENERAL COUNSEL
10-11 MANDOLIN PLACE
FRIARS HIruppenLL ROAD
ST. JOHN'S AG-04
ANTIGUA AND BARBUDA

**VIA FIRST CLASS MAIL**
ENVIRONMENTAL PROTECTION AGENCY - REGION 2
ATTN BANKRUPTCY DIVISION
290 BROADWAY
NEW YORK NY 10007-186

**VIA FIRST CLASS MAIL**
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
2970 MAR
MAIL STOP 5-Q30.133
PHILADELPHIA PA 19104-5016

**VIA FIRST CLASS MAIL**
UNITED STATES OF AMERICA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
US DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001

BROWN RUDNICK LLP
ATTN: KENNETH J. AULET, JEFFREY L. JONAS, MICHAEL WINOGRAD, ALEXANDER F. KASNETZ
SEVEN TIMES SQUARE
NEW YORK NY 10036
KAULET@BROWNRUDNICK.COM;
JJONAS@BROWNRUDNICK.COM;
MWINOGRAD@BROWNRUDNICK.COM;
AKASNETZ@BROWNRUDNICK.COM

BALLARD SPAHR LLP
ATTN: JAMES V. MASELLA, III
1675 BROADWAY, 19TH FLOOR
NEW YORK NY 10019-5820
MASELLAJ@BALLARDSPAHR.COM

BLANK ROME LLP
ATTN: RICK ANTONOFF
1271 AVENUE OF THE AMERICAS
NEW YORK NY 10020
RICK.ANTONOFF@BLANKROME.COM

**VIA FIRST CLASS MAIL**
BECKET & LEE LLP
ATTN: SHRADDHA BHARATIA
P.O. BOX 3001
MALVERN PA 19355-0701

**VIA FIRST CLASS MAIL**
ENVIRONMENTAL PROTECTION AGENCY
ATTN: GENERAL COUNSEL
OFFICE OF GENERAL COUNSEL
1200 PENNSYLVANIA AVE NW, 2310A
WASHINGTON DC 20460

**VIA FIRST CLASS MAIL**
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

BOERSCH & ILLOVSKY LLP
ATTN: SHARON FRASE
1611 TELEGRAPH AVE., SUITE 806
OAKLAND CA 94612
SHARON@BOERSCH-ILLOVSKY.COM

BROWN RUDNICK LLP
ATTN: T. AXELROD, S. DWOSKIN, M. SAWYER
ONE FINANCIAL CENTER
BOSTON MA 02111
TAXELROD@BROWNRUDNICK.COM;
SDWOSKIN@BROWNRUDNICK.COM;
MSAWYER@BROWNRUDNICK.COM

BUTLER SNOW LLP
ATTN: J. BAILEY III, R. CAMPBELL HILLYER
CRESCENT CENTER, SUITE 500
6075 POPLAR AVENUE, P.O. BOX 171443
MEMPHIS TN 38187
JEB.BAILEY@BUTLERSNOW.COM;
CAM.HILLYER@BUTLERSNOW.COM

CARR MALONEY P.C.
ATTN: J. PETER GLAWS, IV, ESQ.
2000 PENNSYLVANIA AVE, NW
STE. 8001
WASHINGTON DC 20006
PETER.GLAWS@CARRMALONEY.COM

| | |
|---|---|
| COINCIDENT CAPITAL INTERNATIONAL, LTD<br>C/O SUNIL SHAH<br>1805 N. CARSON CITY ST., SUITE X-108<br>CARSON CITY NV 89701<br>FTXCC@COINCIDENTCAPITAL.COM | CHAMBERLAINS LAW FIRM<br>ATTN: S. VULETA, L. MCBRIDE, S. BRODOWSKI, S. ASGILL<br>LEVEL 12 59 GOULBURN STREET<br>SYDNEY, NSW 2002<br>AUSTRALIA<br>STIPE.VULETA@CHAMBERLAINS.COM.AU;<br>LACHLAN.MCBRIDE@CHAMBERLAINS.COM.AU;<br>SEBASTIAN.BRODOWSKI@CHAMBERLAINS.COM.AU;<br>SAM.KEYSASGILL@CHAMBERLAINS.COM.AU |
| COOLEY LLP<br>ATTN: AUDREY MOTT-SMITH<br>3 EMBARCADERO CENTER, 20TH FLOOR<br>SAN FRANCISCO CA 94111<br>AMOTTSMITH@COOLEY.COM | CLARK HILL PLC<br>ATTN: KEVIN H. MORSE<br>130 E. RANDOLPH STREET, SUITE 3900<br>CHICAGO IL 60601<br>KMORSE@CLARKHILL.COM |
| COOLEY LLP<br>ATTN: PHILIP M. BOWMAN, ESQ.<br>55 HUDSON YARDS<br>NEW YORK NY 10001<br>PBOWMAN@COOLEY.COM | DELAWARE DIVISION OF REVENUE<br>ATTN: ZILLAH FRAMPTON<br>820 N FRENCH ST WILMINGTON DE 19801<br>FASNOTIFY@STATE.DE.US |
| COZEN O'CONNOR<br>ATTN: FREDERICK SCHMIDT<br>3WTC, 175 GREENWICH STREET<br>55TH FLOOR<br>NEW YORK NY 10007<br>ESCHMIDT@COZEN.COM | DELAWARE STATE TREASURY<br>ATTN: BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD, STE 100<br>DOVER DE 19904<br>STATETREASURER@STATE.DE.US |
| DLA PIPER LLP (US)<br>ATTN: DENNIS C. O'DONNELL<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020<br>DENNIS.ODONNELL@DLAPIPER.COM | CROWELL & MORING LLP<br>ATTN: FREDERICK HYMAN<br>590 MADISON AVE<br>NEW YORK NY 10022<br>FHYMAN@CROWELL.COM |
| DLA PIPER LLP (US)<br>ATTN: JEFFREY TOROSIAN<br>444 W. LAKE ST., SUITE 900<br>CHICAGO IL 60606<br>JEFFREY.TOROSIAN@DLAPIPER.COM | DEBEVOISE & PLIMPTON LLP<br>ATTN: M. N. LABOVITZ, E. WORENKLEIN, M. GODBE<br>66 HUDSON BOULEVARD<br>NEW YORK NY 10001<br>NLABOVITZ@DEBEVOISE.COM;<br>EWORENKLEIN@DEBEVOISE.COM;<br>MCGODBE@DEBEVOISE.COM |

{02001175;v1 }

DEBEVOISE & PLIMPTON LLP
ATTN: SIDNEY P. LEVINSON, JASMINE BALL
66 HUDSON BOULEBARD
NEW YORK NY 10001
SLEVINSON@DEBEVOISE.COM;
JBALL@DEBEVOISE.COM

EVERSHEDS SUTHERLAND (US) LLP
ATTN: ANDREA L. GORDON
700 SIXTH STREET NW, SUITE 700
WASHINGTON DC 20001
ANDREAGORDON@EVERSHEDS-SUTHERLAND.COM

EVERSHEDS SUTHERLAND (US) LLP
ATTN: ERIN E. BRODERICK
227 WEST MONROE STREET, SUITE 6000
CHICAGO IL 60606
ERINBRODERICK@EVERSHEDS-SUTHERLAND.COM

EVERSHEDS SUTHERLAND (US) LLP
ATTN: MARK D. SHERRILL
1001 FANNIN STREET, SUITE 3700
HOUSTON TX 77002
MARKSHERRILL@EVERSHEDS-SUTHERLAND.COM

EVERSHEDS SUTHERLAND (US) LLP
ATTN: P. IVANICK, S. PAUL, P. EHRLICH, L. HOLBERT
THE GRACE BUILDING, 40TH FLOOR
1114 AVENUE OF THE AMERICAS
NEW YORK NY 10036
PETERIVANICK@EVERSHEDS-SUTHERLAND.COM;
SARAHPAUL@EVERSHEDS-SUTHERLAND.COM;
PHILIPEHRLICH@EVERSHEDS-SUTHERLAND.COM;
LYNNHOLBERT@EVERSHEDS-SUTHERLAND.COM

FOLEY & LARDNER LLP
ATTN: BRENDA JONES
90 PARK AVENUE
NEW YORK NY 10016
BMJONES@FOLEY.COM

GOETZ FITZPATRICK LLP
ATTN: SCOTT D. SIMON, ESQ.
ONE PENN PLAZA , SUITE 3100
NEW YORK NY 10119
SSIMON@GOETZFITZ.COM

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
ATTN: BRIAN DAVIDOFF
2049 CENTURY PARK EAST, STE 2600
LOS ANGELES CA 90067-4590
BDAVIDOFF@GREENBERGGLUSKER.COM

HAYNES AND BOONE, LLP
ATTN: RICHARD D. ANIGIAN, CHARLES M. JONES II
2323 VICTORY AVENUE, SUITE 700
DALLAS TX 75219
RICK.ANIGIAN@HAYNESBOONE.COM
CHARLIE.JONES@HAYNESBOONE.COM

HOGAN LOVELLS US LLP
ATTN: D. TRACEY, III, J. BECK, M. JUMPER
390 MADISON AVENUE
NEW YORK NY 10017
DENNIS.TRACEY@HOGANLOVELLS.COM;
JOHN.BECK@HOGANLOVELLS.COM;
MAYA.JUMPER@HOGANLOVELLS.COM

HOLLAND & KNIGHT LLP
W. GLUCK, M. LARSEN, D. WIRT, J. MAGEE, S. DESAI
31 W. 52ND STREET
NEW YORK NY 10019
WARREN.GLUCK@HKLAW.COM;
MARIE.LARSEN@HKLAW.COM;
DAVID.WIRT@HKLAW.COM;
JESSICA.MAGEE@HKLAW.COM;
SHARDUL.DESAI@HKLAW.COM

HUGH SMITH ESQUIRE
LEVEL 8 224 BUNDA STREET
CANBERRA CITY, ACT 2601
AUSTRALIA
HUGH.SMITH@CHAMBERLAINS.COM.AU

{02001175;v1 }

| | |
|---|---|
| K&L GATES LLP<br>ATTN: BRIAN D. KOOSED, ESQ.<br>1602 K STREET NW<br>WASHINGTON DC 20006-1600<br>BRIAN.KOOSED@KLGATES.COM | KELLY HART & HALLMAN LLP<br>ATTN: MICHAEL D. ANDERSON<br>201 MAIN STREET, SUITE 2500<br>FORT WORTH TX 76102<br>MICHAEL.ANDERSON@KELLYHART.COM |
| KROLL RESTRUCTURING ADMINISTRATION LLC<br>ATTN: SELWYN PERRY<br>55 EAST 52ND STREET<br>17TH FLOOR<br>NEW YORK NY 10055<br>SERVICEQA@RA.KROLL.COM;<br>FTXTEAM@RA.KROLL.COM | LANDIS RATH & COBB LLP<br>ATTN: MATTHEW R. PIERCE, NICOLAS E. JENNER, GEORGE A. WILLIAMS III<br>919 MARKET STREET, SUITE 1800<br>WILMINGTON DE 19801<br>PIERCE@LRCLAW.COM; JENNER@LRCLAW.COM; WILLIAMS@LRCLAW.COM |
| ATTN: JEFFREY S. PRICE, MELISSA J. LEE, SCOTT C. WILLIAMS<br>1201 DEMONBREUN STREET, SUITE 900<br>NASHVILLE TN 37213<br>JPRICE@MANIERHEROD.COM;<br>MLEE@MANIERHEROD.COM;<br>SWILLIAMS@MANIERHEROD.COM | MASSACHUSETTS DEPARTMENT OF REVENUE<br>ATTN: CELINE E. DE LA FOSCADE-CONDON<br>100 CAMBRIDGE STREET, P.O. BOX 9565<br>BOSTON MA 02114<br>DELAFOSCAC@DOR.STATE.MA.US |
| **VIA FIRST CLASS MAIL**<br>MCCARTER & ENGLISH LLP<br>ATTN: DAVID ADLER ESQ.<br>WORLDWIDE PLAZA<br>825 EIGHTH AVE., 31ST FLOOR<br>NEW YORK NY 10019 | MCCARTER & ENGLISH LLP<br>ATTN: PHILLIP S. PAVLICK<br>FOUR GATEWAY CENTER<br>100 MULBERYY STREET<br>NEWARK NJ 07102<br>PPAVLICK@MCCARTER.COM |
| MCDERMOTT WILL & EMERY LLP<br>ATTN: DARREN AZMAN, JOHN J. CALANDRA JOSEPH B. EVANS, ELIZABETH RODD<br>ONE VANDERBILT AVENUE<br>NEW YORK NY 10017-3852<br>DAZMAN@MWE.COM; JCALANDRA@MWE.COM; JBEVANS@MWE.COM; ERODD@MWE.COM | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>ATTN: JEFFREY BERNSTEIN<br>570 BROAD STREET, SUITE 1401<br>NEWARK NJ 07102<br>JBERNSTEIN@MDMC-LAW.COM |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>ATTN: MICHAEL R. MORANO, ESQ.<br>1300 MT. KEMBLE AVENUE<br>P.O. BOX 2075<br>MORRISTOWN NJ 07962<br>MMORANO@MDMC-LAW.COM | MIAMI-DADE OFFICE OF THE TAX COLLECTOR BANKRUPTCY UNIT<br>200 NW 2ND AVENUE, #430<br>MIAMI FL 33128<br>PRISCILLA.WINDLEY@MIAMIDADE.GOV;<br>MDTCBKC@MIAMIDADE.GOV |

MORGAN, & BOCKIUS LLP
ATTN: JOHN C. GOODCHILD III; MATTHEW C. ZIEGLER
1701 MARKET STREET
PHILADELPHIA PA 19103
JOHN.GOODCHILD@MORGANLEWIS.COM;
MATTHEW.ZIEGLER@MORGANLEWIS.COM

MORGAN, LEWIS & BOCKIUS LLP
ATTN: JOSHUA DORCHAK; DAVID K. SHIM
101 PARK AVENUE
NEW YORK NY 10178
JOSHUA.DORCHAK@MORGANLEWIS.COM;
DAVID.SHIM@MORGANLEWIS.COM

MORRIS JAMES LLP
ATTN: SARAH M. ENNIS, TARA C. PAKROUTH
500 DELAWARE AVENUE, SUITE 1500
WILMINGTON DE 19801
SENNIS@MORRISJAMES.COM;
TPAKROUH@MORRISJAMES.COM

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ATTN: DONNA L. CULVER
1201 NORTH MARKET STREET, 16TH FLOOR
P.O. BOX 1347
WILMINGTON DE 19899-1347
DCULVER@MORRISNICHOLS.COM

MORRISON COHEN LLP
ATTN: JASON P. GOTTLIEB
909 THIRD AVENUE, 27TH FLOOR
NEW YORK NY 10022
JGOTTLIEB@MORRISONCOHEN.COM

**VIA FIRST CLASS MAIL**
NATIONAL ASSOCIATION OF ATTORNEYS GENERAL
ATTN: KAREN CORDRY
1850 M ST., NW 12TH FLOOR
WASHINGTON DC 20036

OCTOPUS INFORMATION LTD
ATTN: LINFENG DONG, OMC CHAMBERS
WICKHAMS CAY 1
ROAD TOWN, TORTOLA
BRITISH VIRGIN ISLANDS
OCTOPUS_FTX@TEAMB.CN

OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON
ATTN: STEPHEN MANNING
P. O. BOX 40100
OLYMPIA WA 98504-4010
STEPHEN.MANNING@ATG.WA.GOV

PACHULSKI STANG ZIEHL & JONES LLP
ATTN: TEDDY M. KAPUR, JASON H. ROSELL
919 N. MARKET STREET, 17TH FLOOR
WILMINGTON DE 19801
TKAPUR@PSZJLAW.COM; JROSELL@PSZJLAW.COM

PACHULSKI STANG ZIEHL & JONES LLP
ATTN: MARY F. CALOWAY
ONE SANSOME STREET, SUITE 3430
SAN FRANCISCO CA 94104
MCALOWAY@PSZJLAW.COM

PAUL HASTINGS
ATTN: KRISTOPHER M. HANSEN, KENNETH PASQUALE, EREZ E. GILAD
200 PARK AVENUE
NEW YORK NY 10166
KRISHANSEN@PAULHASTINGS.COM;
KENPASQUALE@PAULHASTINGS.COM;
EREZGILAD@PAULHASTINGS.COM

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: KENNETH S. ZIMAN
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6064
KZIMAN@PAULWEISS.COM

| | |
|---|---|
| COUNSEL TO EMBED SHAREHOLDER DEFENDANTS<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: RANDALL S. LUSKEY<br>535 MISSION STREET, 24TH FLOOR<br>SAN FRANCISCO CA 94105<br>RLUSKEY@PAULWEISS.COM | PROSKAUER ROSE LLP<br>ATTN: BRIAN S. ROSEN, DYLAN J. MARKER<br>ELEVEN TIMES SQUARE<br>NEW YORK NY 10036-8299<br>BROSEN@PROSKAUER.COM;<br>DMARKER@PROSKAUER.COM |
| PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD.<br>ATTN: BRIAN SIMMS, K.C., KEVIN CAMBRIDGE, PETER GREAVES<br>3 BAYSIDE EXECUTIVE PARK<br>WEST BAY STREET & BLAKE ROAD<br>PO BOX N-4875<br>NASSAU<br>THE BAHAMAS<br>BSIMMS@LENNOXPATON.COM; KEVIN.CAMBRIDGE@PWC.COM;<br>PETER.GREAVES@HK.PWC.COM | PULSAR GLOBAL LTD<br>ATTN: MICHELE WAN AND JACKY YIP<br>UNIT 903-905, K11 ATELIER VICTORIA DOCKSIDE<br>18 SALISBURY ROAD<br>KOWLOON<br>HONG KONG<br>MICHELE.WAN@PULSAR.COM; JACKY.YIP@PULSAR.COM |
| REED SMITH LLP<br>ATTN: AARON JAVIAN<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022<br>AJAVIAN@REEDSMITH.COM | RIMON, P.C.<br>ATTN: FREDERICK CHANG<br>506 2ND AVE., SUITE 1400<br>SEATTLE WA 98104<br>FREDERICK.CHANG@RIMONLAW.COM |
| RIMON, P.C.<br>ATTN: JACQUELYN H. CHOI<br>2029 CENTURY PARK EAST, SUITE 400N<br>LOS ANGELES CA 90067<br>JACQUELYN.CHOI@RIMONLAW.COM | SCHULTE ROTH & ZABEL LLP<br>ATTN: DOUGLAS S. MINTZ<br>555 13TH STREET, NW, SUITE 6W<br>WASHINGTON DC 20004<br>DOUGLAS.MINTZ@SRZ.COM |
| SCHULTE ROTH & ZABEL LLP<br>ATTN: REUBEN E. DIZENGOFF<br>919 THIRD AVENUE<br>NEW YORK NY 10022<br>REUBEN.DIZENGOFF@SRZ.COM | SECURITIES & EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>100 F. STREET NE<br>WASHINGTON DC 20549<br>SECBANKRUPTCY@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION - NY OFFICE<br>ATTN: BANKRUPTCY DEPT<br>BROOKFIELD PLACE<br>200 VESEY STREET, STE 400<br>NEW YORK NY 10281-1022<br>BANKRUPTCYNOTICESCHR@SEC.GOV;<br>NYROBANKRUPTCY@SEC.GOV | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE<br>ATTN: BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD, STE 520<br>PHILADELPHIA PA 19103<br>SECBANKRUPTCY@SEC.GOV |

| | |
|---|---|
| STATE OF DELAWARE ATTORNEY GENERAL<br>ATTN: BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | STRADLEY RONON STEVENS & YOUNG, LLP<br>ATTN: DEBORAH A. REPEROWITZ<br>100 PARK AVENUE, SUITE 2000<br>NEW YORK NY 10017<br>DREPEROWITZ@STRADLEY.COM |
| SULLIVAN & CROMWELL LLP<br>ATTN: JAMES L. BROMLEY, STEPHEN EHRENBERG,<br>125 BROAD STREET<br>NEW YORK NY 10004<br>BROMLEYJ@SULLCROM.COM;<br>EHRENBERGS@SULLCROM.COM | THE DALEY LAW FIRM<br>ATTN: DARRELL DALEY, SAMANTHA NEAL<br>4845 PEARL EAST CIRCLE, SUITE 101<br>BOULDER CO 80301<br>DARRELL@DALEYLAWYERS.COM;<br>SAMANTHA@DALEYLAWYERS.COM |
| THE SECURITIES COMMISSION OF THE BAHAMAS<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>POINCIANA HOUSE, NORTH BUILDING, 2ND FLOOR<br>31A<br>EAST BAY STREET, P.O. BOX N-8347<br>NASSAU<br>THE BAHAMAS<br>INFO@SCB.GOV.BS | U.S. DEPARTMENT OF JUSTICE<br>ATTN: SETH B. SHARPIRO<br>CIVIL DIVISION<br>1100 L STREET, NW, ROOM 7208<br>WASHINGTON DC 20005<br>SETH.SHAPIRO@USDOJ.GOV |
| U.S. DEPARTMENT OF JUSTICE<br>ATTN: WARD W. BENSON<br>P.O. BOX 227, BEN FRANKLIN STATION<br>WASHINGTON DC 20044<br>WARD.W.BENSON@USDOJ.GOV | US ATTORNEY FOR THE DISTRICT OF DELAWARE<br>ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS<br>1007 ORANGE ST STE 700<br>P.O. BOX 2046<br>WILMINGTON DE 19899-2046<br>USADE.ECFBANKRUPTCY@USDOJ.GOV |
| VENABLE LLP<br>ATTN: ANDREW J. CURRIE<br>600 MASSACHUSETTS AVENUE, NW<br>WASHINGTON DC 20001<br>AJCURRIE@VENABLE.COM | VENABLE LLP<br>ATTN: XOCHITL S. STROHBEHN, CAROL A. WEINER,<br>ARIE A. PELED<br>1270 AVENUE OF THE AMERICAS, 24TH FLOOR<br>NEW YORK NY 10020<br>XSSTROHBEHN@VENABLE.COM;<br>CWEINERLEVY@VENABLE.COM;<br>AAPELED@VENABLE.COM |
| WHITE & CASE LLP<br>ATTN: BRIAN D. PFEIFFER, BRETT BAKEMEYER<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1095<br>BRIAN.PFEIFFER@WHITECASE.COM;<br>BRETT.BAKEMEYER@WHITECASE.COM | WILMER CUTLER PICKERING HALE AND DORR LLP<br>ATTN: PETER G. NEIMAN, NICHOLAS WERLE<br>7 WORLD TRADE CENTER<br>150 GREENWICH STREET<br>NEW YORK NY 10007<br>PETER.NEIMAN@WILMERHALE.COM;<br>NICK.WERLE@WILMERHALE.COM |

| | |
|---|---|
| WINCENT INVESTMENT FUND PCC LTD<br>ATTN: CHARLES MELVIN, C/O WINCENT CAPITAL MANAGEMENT<br>OLD POLICE STATION 120B<br>IRISH TOWN GX11 1AA<br>GIBRALTAR<br>LEGAL@WINCENT.CO | WINTERMUTE ASIA PTE. LTD<br>ATTN: LEGAL DEPARTMENT<br>24 EAN KIAM PLACE<br>429115<br>SINGAPORE<br>LEGAL@WINTERMUTE.COM |
| ZACHARY BRUCH<br>ATTN: PETER S. PARTEE, SR<br>HUNTON ANDREWS KURTH LLP<br>200 PARK AVE<br>NEW YORK NY 10166<br>PPARTEE@HUNTONAK.COM | |