## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ALAMEDA RESEARCH LLC, FTX TRADING LTD., WEST REALM SHIRES, INC., AND WEST REALM SHIRES SERVICES INC. (D/B/A FTX.US), | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 23-50419 (JTD) |
| DANIEL FRIEDBERG, | |
| Defendant. | |
| ALAMEDA RESEARCH LTD. and FTX TRADING LTD., | |
| Plaintiffs, | Adv. Pro. No. 23-50444 (JTD) |
| - against - | |
| PLATFORM LIFE SCIENCES INC., LUMEN BIOSCIENCE, INC., GREENLIGHT BIOSCIENCES HOLDINGS, PBC, RIBOSCIENCE LLC, GENETIC NETWORKS LLC, 4J THERAPEUTICS INC., LATONA BIOSCIENCES GROUP, FTX FOUNDATION, SAMUEL BANKMAN-FRIED, ROSS RHEINGANS-YOO, and NICHOLAS BECKSTEAD, | |
| Defendants. | |

---

[1] The last four digits of FTX Trading Ltd.'s FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
MAY 23, 2024 AT 10:00 A.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY
AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF
DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR,
<u>COURTROOM NO. 5, WILMINGTON, DELAWARE 19801</u>**

**ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING
TO PRESENT AT THE HEARING AND WITNESSES, MUST BE PHYSICALLY
PRESENT IN THE COURTROOM. ANY NON-PARTICIPANT MAY OBSERVE
THE HEARING REMOTELY BY REGISTERING IN ADVANCE AT THE LINK BELOW
NO LATER THAN MAY 22, 2024 AT 4:00 P.M. (ET).**

**To attend this hearing remotely, please register using the eCourt Appearances tool on the
Court's website at www.deb.uscourts.gov.**

**<u>ADJOURNED MATTERS</u>:**

1. Joint Omnibus Motion of the Debtors and the Official Committee of Unsecured Creditors Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Silicon Valley Accountants, Silvergate Bank, and Evolve Bank & Trust [D.I. 1874, filed on July 17, 2023]

   <u>Status</u>: This matter is resolved with regard to Silicon Valley Accountants and Silvergate Bank and is being adjourned with regard to Evolve Bank & Trust to the hearing scheduled for June 13, 2024 at 1:00 p.m. (ET).

2. Notice of Pretrial Conference in an Adversary Proceeding [*Alameda Research LLC et al. v. Friedberg*, Adv. No. 23-50419 (JTD) – Adv. D.I. 7, filed on July 26, 2023]

   <u>Status</u>: This matter is adjourned to a date to be determined.

3. Debtors' Objection to Proof of Claim Filed by Ross Rheingans-Yoo [D.I. 3409, filed on October 30, 2023]

   <u>Status</u>: This matter is adjourned to the hearing scheduled for July 13, 2024 at 1:00 p.m. (ET).

4. Motion of Olympus Peak Claims Opportunities Fund I Non-ECI Master LP to Require Debtors' Claims and Noticing Agent to Recognize and Record Transfer of Claim to Olympus Peak Claims Opportunities Fund I Non-ECI Master LP [D.I. 9289, filed on March 13, 2024]

   <u>Status</u>: This matter is adjourned to the hearing scheduled for July 17, 2024 at 1:00 p.m. (ET).

{1368.002-W0075939.}

**WITHDRAWN MATTER**

5. Motion of Island Air Capital and Paul F. Aranha for Relief from the Automatic Stay, to the Extent Applicable, and Related Relief [D.I. 2664, filed on September 21, 2023]

    Status: This matter was withdrawn on March 26, 2024.

**RESOLVED MATTERS**:

6. Equinix Inc.'s Motion for Allowance of Administrative Expense Claim [D.I. 8615, filed on March 5, 2024]

    Status: On April 19, 2024, the Court entered an order granting the related relief. Accordingly, a hearing regarding this matter is not required.

7. Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Enter into the Global Settlement Agreement with BlockFi, (B) Approving the Global Settlement Agreement, and (C) Granting Related Relief [D.I. 8676, filed on March 6, 2024]

    Status: On March 25, 2024, the Court entered an order granting the related relief. Accordingly, a hearing regarding this matter is not required.

8. Debtors' Eighteenth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 10336 & 10342, filed on March 25, 2024]

    Status: On April 29, 2024, the Court entered an order granting the related relief. Accordingly, a hearing regarding this matter is not required.

9. Debtors' Nineteenth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 10337 & 10343, filed on March 25, 2024]

    Status: On April 24, 2024, the Court entered an order granting the related relief. Accordingly, a hearing regarding this matter is not required.

10. Debtors' Twentieth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) [D.I. 10338 & 10344, filed on March 25, 2024]

    Status: On April 29, 2024, the Court entered an order granting the related relief. Accordingly, a hearing regarding this matter is not required.

11. Debtors' Twenty-First (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) [D.I. 10339 & 10345, filed on March 25, 2024]

    Status: On April 24, 2024, the Court entered an order granting the related relief. Accordingly, a hearing regarding this matter is not required.

12. Debtors' Twenty-Second (Non-Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Customer Claims) [D.I. 10340 & 10346, filed on March 25, 2024]

    Status: On April 24, 2024, the Court entered an order granting the related relief. Accordingly, a hearing regarding this matter is not required.

13. Debtors' Twenty-Third (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 10341 & 10347, filed on March 25, 2024]

    Status: On April 24, 2024, the Court entered an order granting the related relief. Accordingly, a hearing regarding this matter is not required.

14. Emergent Debtor's Third Motion for Entry of an Order Extending the Exclusive Periods During Which Only the Emergent Debtor May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 10618, filed on March 28, 2024]

    Status: On April 19, 2024, the Court entered an order granting the related relief. Accordingly, a hearing regarding this matter is not required.

15. Examiner's (I) Application for an Order Authorizing the Retention and Employment of Patterson Belknap Webb & Tyler LLP as Counsel to the Examiner *Nunc Pro Tunc* to the Appointment Date and (II) Motion to File Under Seal Certain Information Regarding Potential Parties in Interest [D.I. 10870 & 10871, filed on April 1, 2024]

    Status: On April 19, 2024, the Court entered an order granting the related relief. Accordingly, a hearing regarding this matter is not required.

16. Examiner's Application for an Order Authorizing the Employment of Ashby & Geddes, P.A. as Delaware Counsel *Nunc Pro Tunc* to the Appointment Date [D.I. 11087, filed on April 3, 2024]

    Status: On April 19, 2024, the Court entered an order granting the related relief. Accordingly, a hearing regarding this matter is not required.

17. Motion of Debtors for Entry of an Order Authorizing and Approving the (I) Dismissal of the Chapter 11 Cases of the Foreign Wind Down Entities and (II) Equitization or Release of Certain Intercompany Claims and Making Related Capital Contributions [D.I. 11136, filed on April 3, 2024]

    Status: On April 19, 2024, the Court entered an order granting the related relief. Accordingly, a hearing regarding this matter is not required.

18. Motion of Debtors for Entry of an Order Extending Artz's Deadline to File a Complaint to Determine Dischargeability of Certain Debts Pursuant to 11 U.S.C. § 523(C)(1) [D.I. 11506, filed on April 9, 2024]

{1368.002-W0075939.}

Status: On April 19, 2024, the Court entered an order granting the related relief. Accordingly, a hearing regarding this matter is not required.

19. Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Enter into the Global Settlement Agreement with Voyager, (B) Approving the Global Settlement Agreement, and (C) Granting Related Relief [D.I. 11548, filed on April 9, 2024]

Status: On April 29, 2024, the Court entered an order granting the related relief. Accordingly, a hearing regarding this matter is not required.

20. Debtors' Twenty-Fourth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 11884 & 11891, filed on April 15, 2024]

Status: The omnibus claim objection is being withdrawn without prejudice as it relates to certain claims for which the Debtors received responses. The Debtors intend to file a revised form of order to reflect such withdrawals under certification of counsel prior to the hearing. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

21. Debtors' Twenty-Fifth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) [D.I. 11885 & 11892, filed on April 15, 2024]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses. The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

22. Debtors' Twenty-Sixth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) [D.I. 11886 & 11893, filed on April 15, 2024]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses. The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

23. Debtors' Twenty-Seventh (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) [D.I. 11887 & 11894, filed on April 15, 2024]

Status: A certificate of no objection has been filed and an order has been submitted for entry. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

24. Debtors' Twenty-Eighth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) [D.I. 11888 & 11895, filed on April 15, 2024]

Status: The omnibus claim objection is being adjourned and revised as it relates to certain claims for which the Debtors received responses. The Debtors intend to file a revised form

of order to reflect such adjournments or revisions under certification of counsel prior to the hearing. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

25. Debtors' Twenty-Ninth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 11889 & 11896, filed on April 15, 2024]

   Status: The omnibus claim objection is being adjourned and revised as it relates to certain claims for which the Debtors received responses. The Debtors intend to file a revised form of order to reflect such adjournments or revisions under certification of counsel prior to the hearing. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

26. Debtors' Thirtieth (Non-Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Customer Claims) [D.I. 11890 & 11897, filed on April 15, 2024]

   Status: A certificate of no objection has been filed and an order has been submitted for entry. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

27. Motion of Hain Capital Investors Master Fund, Ltd. to (I) Strike Notice of Transfer of Claim [ECF No. 10881] to Nexxus Participation Vehicle III LLC, and (II) Require the Debtors' Claims and Noticing Agent to Recognize and Record Transfer of Claim [ECF No. 10243] to Hain [D.I. 12526, filed on April 22, 2024]

   Status: On May 8, 2024, the Court entered an order granting the related relief. Accordingly, a hearing regarding this matter is not required.

28. Motion of Debtors for Entry of an Order (A) Authorizing the Debtors to Enter into Stipulations of Settlement with Certain Defendants and (B) Approving the Stipulations [D.I. 12850 & *Alameda Research Ltd. et al. v. Platform Life Sciences Inc. et al.*, Adv. No. 23-50444 (JTD) – Adv. D.I. 102, filed on April 26, 2024]

   Status: A certificate of no objection has been filed and an order has been submitted for entry. Accordingly, a hearing regarding this matter is not required unless the Court has any questions.

29. Motion of the Debtors for Entry of an Order Authorizing the Debtors to Enter into a Stipulation Relating to the Satisfaction of the Restitution Amount that Ryan Salame Owes the Debtors Under His Plea Agreement [D.I. 13631, filed on May 1, 2024]

   Status: A certificate of no objection has been filed and an order has been submitted for entry. Accordingly, a hearing regarding this matter is not required unless the Court has any questions.

{1368.002-W0075939.}

**MATTERS GOING FORWARD**:

30. Motion to Vacate the Order Granting FTX Debtors' Motion to Estimate Claims Based on Digital Assets with Respect to Nugenesis Ou and Nugenesis PTY Ltd. [D.I. 11053, filed on April 3, 2024]

    Response Deadline: April 17, 2024 at 4:00 p.m. (ET)

    Responses Received:

    A. Debtors' Objection to Motion to Vacate the Order Granting FTX Debtors' Motion to Estimate Claims based on Digital Assets with Respect to NuGenesis Ou and NuGenesis PTY Ltd. [D.I. 12015, filed on April 17, 2024]

    Related Documents:

    A. [SEALED] Exhibit A to Motion to Vacate the Order Granting FTX Debtors' Motion to Estimate Claims Based on Digital Assets with Respect to Nugenesis Ou and Nugenesis PTY Ltd [D.I. 11056, filed on April 3, 2024]

    B. Reply in Support of Motion to Vacate the Order Granting FTX Debtors' Motion to Estimate Claims Based on Digital Assets with Respect to Nugenesis Ou and Nugenesis PTY Ltd. [D.I. 14568, filed on May 10, 2024]

    Status: This matter is going forward.

31. Motion to Amend Order (I) (A) Establishing the Scope, Cost, Degree, and Duration of the Examination and (B) Granting Related Relief; and (II) Permitting the Filing of Certain Information Regarding Potential Parties in Interest Under Seal [D.I. 13627, filed on May 1, 2024]

    Response Deadline: May 15, 2024 at 4:00 p.m. (ET)

    Responses Received:

    A. Media Intervenors' Objections to Examiner's Motion to Amend Order (I)(A) Establishing the Scope, Cost, Degree, and Duration of the Examination and (B) Granting Related Relief; and (III) Permitting the Filing of Certain Information Regarding Potential Parties in Interest under Seal [D.I. 14817, filed on May 14, 2024]

    Related Documents:

    A. Reply in Support Motion to Amend Order (I) (A) Establishing the Scope, Cost, Degree, and Duration of the Examination and (B) Granting Related Relief; and (II) Permitting the Filing of Certain Information Regarding Potential Parties in Interest Under Seal [D.I. 15269, filed on May 20, 2024]

Status: This matter is going forward.

32. Motion of Debtors for Entry of an Order Quashing Notices of Deposition and for a Protective Order Barring Requested Discovery Propounded by Daniel Friedberg [D.I. 14994, filed on May 15, 2024]

   Response Deadline: May 22, 2024 at 10:00 a.m. (ET)

   Responses Received:

   Related Documents:

   A. Declaration of Brian D. Glueckstein in Support of Motion of Debtors for Entry of an Order Quashing Notices of Deposition and for a Protective Order Barring Requested Discovery Propounded by Daniel Friedberg [D.I. 14995, filed on May 15, 2024]

   Status: This matter is going forward.

**STATUS CONFERENCE**:

33. Motion of Debtors for Entry of an Order (I) Authorizing and Approving Entry Into, and Performance Under, the Collateral Claim Settlement Agreement, the Inter-Debtor Restructuring Agreement and the Restructuring Payment Agreement and (II) Granting Related Relief [D.I. 11626, filed on April 10, 2024]

   Response Deadline: April 24, 2024 at 4:00 p.m. (ET)

   Responses Received:

   A. Objection to Motion of Debtors for Entry of an Order (I) Authorizing and Approving Entry Into, and Performance Under, the Collateral Claim Settlement Agreement, the Inter-Debtor Restructuring Agreement and the Restructuring Payment Agreement and (II) Granting Related Relief [D.I. 13530, filed on April 30, 2024]

   Related Documents:

   A. Order Granting Motion to Shorten and Motion to Extend Objection Deadline [D.I. 12849, entered on April 26, 2024]

   Status: This matter is going forward as a status conference.

34. Update from the Examiner regarding the Examination

    Related Documents:

    A. Order Approving Appointment of Examiner [D.I. 9882, entered on March 20, 2024]

    B. Order (I) (A) Establishing the Scope, Cost, Degree, and Duration of the Examination and (B) Granting Related Relief; and (II) Permitting the Filing of Certain Information Regarding Potential Parties in Interest Under Seal [D.I. 9883, entered on March 20, 2024]

    C. Notice of Report of Robert J. Cleary, Examiner [D.I. 15271, filed on May 20, 2024]

    Status: This matter is going forward as a status conference

Dated: May 21, 2024  
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the Debtors
and Debtors-in-Possession*

9