**CERTIFICATE OF SERVICE**

    I hereby certify that on May 22, 2024, a true and correct copy of the foregoing *Objection to Debtors' Motion for Entry of an Order Quashing Notices of Deposition and for a Protective Order Barring Requested Discovery Propounded by Daniel Friedberg* was electronically filed with the Clerk of the Bankruptcy Court for the District of Delaware using the CM/ECF system. Notice of these filings will be sent to all parties authorized to receive electronic notice in this case.

                                                        */s/ Rafael X. Zahralddin*
                                                        Rafael X. Zahralddin-Aravena (DE Bar No. 4166)

131021937.1