IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al*.,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that Pashman Stein Walder Hayden, P.C. and Latham & Watkins LLP hereby enter their appearance (the "Notice of Appearance") in the above-captioned cases as counsel to Binance (Switzerland) AG ("Binance"), pursuant to section 1109(b) of title 11 of the United States Code, rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/ftx. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

| | |
|---|---|
| **PASHMAN STEIN WALDER HAYDEN, P.C.**<br>John W. Weiss<br>Alexis R. Gambale<br>1007 North Orange Street<br>4th Floor, Suite 183<br>Wilmington, DE 19801<br>Telephone: (302) 592-6496<br>Facsimile: (201) 488-5556<br>Email: jweiss@pashmanstein.com<br>           agambale@pashmanstein.com | **LATHAM & WATKINS LLP**<br>Adam J. Goldberg<br>Brian S. Rosen<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: adam.goldberg@lw.com<br>           brian.rosen@lw.com |

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, email or otherwise, (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in these cases, with respect to (a) the debtors in the above-captioned cases (the "Debtors") and any related adversary proceedings, whether currently pending or later commenced, (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use, or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of Binance: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a

non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which Binance is or may be entitled under agreements, in law, in equity, or otherwise, including to have disputes resolved by arbitration, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: May 22, 2024
    Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C**

By: /s/ John W. Weiss
John W. Weiss (Del. I.D. No. 4160)
Alexis R. Gambale (Del. I.D. No. 7150)
1007 North Orange Street
4th Floor, Suite 183
Wilmington, DE 19801
(302) 592-6496
Email: jweiss@pashmanstein.com
      agambale@pashmanstein.com

-and-

**LATHAM & WATKINS LLP**
Adam J. Goldberg (*pro hac vice* pending)
Brian S. Rosen (*pro hac vice* pending)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: adam.goldberg@lw.com
      brian.rosen@lw.com

*Counsel to Binance (Switzerland) AG*

## CERTIFICATE OF SERVICE

I, John Weiss, hereby certify that on May 22, 2024, I caused a copy of the foregoing *NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS* to be served on all parties who are scheduled to receive notice through the Court's ECF system.

**PASHMAN STEIN WALDER HAYDEN, P.C.**

By: /s/ John W. Weiss
John W. Weiss (Del. I.D. No. 4160)
1007 North Orange Street
4th Floor, Suite 183
Wilmington, DE 19801
(302) 592-6496
jweiss@pashmanstein.com

*Counsel to Binance (Switzerland) AG*