IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>Jointly Administered |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Adam J. Goldberg of Latham & Watkins LLP to represent Binance (Switzerland) AG in the above-captioned cases.

Dated: May 22, 2024

/s/ John W. Weiss
John W. Weiss
PASHMAN STEIN WALDER HAYDEN, P.C.
101 Crawfords Corner Road, Suite 4202
Holmdel, NJ 07733
Email:jweiss@pashmanstein.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, the United States Court of Appeals for the Fifth Circuit, the United States District Courts for the Southern District of New York, and the Northern District of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of the Court for District Court.

Dated: May 22, 2024

/s/ Adam J. Goldberg
Adam J. Goldberg
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: 212-906-1200
Email: adam.goldberg@lw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: May 22nd, 2024
Wilmington, Delaware

EU-DOCS\49027417.1

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE