**United States Bankruptcy Court**
**District of Delaware**

In re: FTX Trading Ltd., *et al*.　　　　　　　　　Case No. 22-11068 (JTD) (Jointly Administered)

**TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| **Oaktree-Copley Investments, LLC** | Redacted |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to Transferee should be sent:

Name and Address where notices to Transferor should be sent:
Address on file

1301 Avenue of the Americas, 34th Floor
New York, NY 10019
Attention: Colin McLafferty
Email: cmclafferty@oaktreecapital.com

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| FTX Trading Ltd. Amended Customer Claim Schedule F-2 (See Attached Excerpt)  Schedule No. 6124409 | Redacted | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Oaktree-Copley Investments, LLC**

By:　　Oaktree Fund GP, LLC
Its:　　Managing Member
By:　　Oaktree Fund GP I, L.P.
Its:　　Managing Member

By: *Colin McLafferty*　　　　　　　　　　　Date: May 10, 2024
Name: Colin McLafferty
Title: Vice President

By: *Steve Tesoriere*　　　　　　　　　　　Date: May 10, 2024
Name: Steven Tesoriere
Title: Managing Director

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

032-8246/7056921.1

**Identity of Transferor/Seller**

Transferee/Buyer will provide an unredacted Transfer of Claim Other Than For Security.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and a signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

032-8246/7056921.1

**EXCERPT OF**

FTX Trading Ltd. Customer Claim Schedule F-2 (Docket No. 1731, Filed 6/27/2023, Page 493)
(See highlighted section)

032-8246/7056921.1

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 00326086 | | TRX[.000002], USD[0.00], USDT[0] | | |
| 00326088 | Contingent | ADA-PERP[0], AMPL[0], AMPL-PERP[0], AR-PERP[0], ASD-PERP[0], BAL-PERP[0], BNB[0.00984912], BSV-PERP[0], BTC[4.97346778], BTMX-20210326[0], CAKE-PERP[0], COMP-PERP[0], CREAM[0], CREAM-PERP[0], CRV-PERP[0], ENJ-PERP[0], ETC-PERP[0], ETH[1.24122027], ETH-PERP[0], ETHW[1.25122027], FIL-PERP[0], FTM-PERP[0], FTT[186.97822363], GRT-PERP[0], MTA-PERP[0], NEO-PERP[0], OMG-PERP[0], OXY-PERP[0], PERP-PERP[0], PUNDIX-PERP[0], RAY-PERP[0], RUNE-PERP[0], SNX[0], SNX-PERP[0], SRM[1.51596216], SRM_LOCKED[4.94638566], SUSHI-PERP[0], THETA-PERP[0], TRX[.004283], UNI-PERP[0], USD[8.25], USDT[3220.36783921], WBTC[0], XRP-PERP[0] | | USDT[2208.819416] |
| 00326090 | | AMPL-PERP[0], BTC[0], BTC-PERP[0], DEFI-PERP[0], EOS-PERP[0], ETH-PERP[0], FTT[.74344483], LINK-PERP[0], NEO-PERP[0], OIL100-20201026[0], RUNE-PERP[0], USD[0.02], USDT[.02520993], XRP-PERP[0], ZEC-PERP[0] | | |
| 00326091 | Contingent, Disputed | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], ALPHA-PERP[0], ATOM-20210326[0], ATOM-PERP[0], AVAX-PERP[0], BAL-PERP[0], BNB[0], BTC[0], BTC-PERP[0], CAKE-PERP[0], COMP-PERP[0], DEFI-PERP[0], DOGE-PERP[0], EGLD-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[0.00000001], ETH-PERP[0], FIL-PERP[0], FTT[0.00000001], FTT-PERP[0], GRT-PERP[0], ICP-PERP[0], KSM-PERP[0], LTC-PERP[0], MATIC-PERP[0], PAXG-PERP[0], SNX-PERP[0], SOL-PERP[0], SRM[3.07183483], SRM_LOCKED[22.4623069], SRM-PERP[0], SUSHI-PERP[0], THETA-PERP[0], UNI-PERP[0], USD[0.00], USDT[0], VET-PERP[0], XLM-PERP[0], XRP-PERP[0], YFI-PERP[0] | | |
| 00326092 | | NFT (311066041026011375/FTX EU - we are here! #227280)[1], NFT (391211877436300841/FTX EU - we are here! #227299)[1], NFT (489025390392003491/FTX EU - we are here! #227308)[1] | | |
| 00326095 | | USDT[.2795] | | |
| 00326096 | | BTC[.01703665], BTC-PERP[0], ETH[.0005976], ETHW[.0005976], FTM[.99848], FTT[2.499525], USD[-77.26] | | |
| 00326097 | | ALGOBEAR[21.50096], ALGOBULL[102679.7545], ETH[1.01832236], ETHBULL[0.00000027], ETHW[1.01832236], SXPBEAR[.062258], SXPBULL[0.00056940], THETABULL[0.00000562], USD[0.43], USDT[0], XTZBEAR[.108554], XTZBULL[3.61652048] | | |
| 00326099 | | USD[0.58] | | |
| 00326100 | | ADABEAR[210.853], ADA-PERP[0], BEAR[8396.43], BTC-PERP[0], BULL[.000005], DRGNBEAR[1], ETHBEAR[4100], ETH-PERP[0], KNCBULL[.09278], LINKBEAR[10192.93], LINKBULL[12.98727], SXPBEAR[5], THETABEAR[48.371293], TOMOBEAR[1000], UMEE[349.93], USD[0.36] | | |
| 00326102 | | UNI-PERP[0], USD[0.02], USDT-PERP[0] | | |
| 00326103 | | AGLD-PERP[0], ALCX-PERP[0], AVAX-PERP[0], AXS-PERP[0], BSV-PERP[0], BTC-PERP[0], CREAM-PERP[0], DOGE-PERP[0], DYDX-PERP[0], EDEN-PERP[0], EGLD-PERP[0], ENS-PERP[0], EOS-PERP[0], ETH[0], FIDA-PERP[0], FLOW-PERP[0], FTM-PERP[0], ICP-PERP[0], MCB-PERP[0], MNGO-PERP[0], REEF-PERP[0], SAND-PERP[0], SHIB-PERP[0], SLP-PERP[0], SNX-PERP[0], SPELL-PERP[0], STORJ-PERP[0], SUSHI-PERP[0], TLM-PERP[0], TRU-PERP[0], USD[0.00], USDT[0.00000456], WAVES-PERP[0], XRP-PERP[0], YFI-PERP[0], ZEC-PERP[0] | | |
| 00326104 | | ATLAS[.9056], DFL[8.9873], DYDX-PERP[0], FTT[0.00044215], HT-PERP[0], NFT (350281315906177064/FTX EU - we are here! #171333)[1], NFT (475241427123873131/FTX EU - we are here! #171266)[1], NFT (548238584755313258/FTX EU - we are here! #171421)[1], OKB-PERP[0], USD[0.09], USDT[0] | Yes | |
| 00326107 | | POLIS[.08], POLIS-PERP[0], USD[0.00], USDT[0] | | |
| 00326108 | Contingent | ALGO-PERP[0], BNB[0.00122616], BTC[0], BTC-0930[0], BTC-1230[0], CHZ[2.6482], CHZ-PERP[0], DOGE[.58845600], DOGE-1230[0], ENJ[2.976402], ETH[0.04303116], ETH-0624[0], ETHW[0.04284155], FTT[29.196428], LUNA2[0.43341466], LUNA2_LOCKED[1.01130087], MANA[1.08993], MATIC[0.00077818], RAY[126.44686679], SAND[1.471062], SHIB[50044.45], SOL[0.00011874], USD[0.00], USDT[79.73463770] | | ETH[.04303] |
| 00326109 | | ATOM[0], AVAX[0], BNB[0.00000002], ETH[0.00000001], FTM[.00000001], FTT[0], MATIC[0.00000001], REAL[.00000001], SOL[0.00000001], TRX[0], USD[0.00], USDT[0.00000001], XRP[0] | | |
| 00326110 | | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], ALGO-PERP[0], AVAX-PERP[0], BAND-PERP[0], BNB-PERP[0], BTC[0.00000001], BTC-PERP[0], DEFI-PERP[0], DOGE-PERP[0], DOT-PERP[0], ETH-PERP[0], FTM[12302.275], LINK-PERP[0], LTC-PERP[0], RSR-PERP[0], SOL-PERP[0], SRM-PERP[0], SUSHI-PERP[0], USD[-551.11], VET-PERP[0] | | |
| 00326114 | | ETH[0], MATIC[0], TRX[0], USD[0.00], USDT[0.00001468] | | |
| 00326115 | | AAVE-PERP[0], ADA-PERP[0], ALCX-PERP[0], ALGO-PERP[0], ALICE-PERP[0], ALT-PERP[0], AR-PERP[0], ATOM-PERP[0], AUDIO-PERP[0], AVAX-PERP[0], AXS-PERP[0], BADGER-PERP[0], BAL-PERP[0], BAND-PERP[0], BAT-PERP[0], BCH-PERP[0], BEAR[42.712], BEARSHIT[238.974], BNB[0.00000353], BNB-PERP[0], BOBA-PERP[0], BSV-PERP[0], BTC[0.00000536], BTC-20210625[0], BTC-20211231[0], BTC-MOVE-0525[0], BTC-MOVE-WK-0422[0], BTC-MOVE-WK-20210212[0], BTC-MOVE-WK-20210219[0], BTC-PERP[0], BULL[0.00000127], CAKE-PERP[0], CELO-PERP[0], CEL-PERP[0], CHZ-PERP[0], COMP-PERP[0], CRO-PERP[0], CRV-PERP[0], DASH-PERP[0], DEFI-20210625[0], DEFIBULL[0.00000495], DEFI-PERP[0], DOGE-20210625[0], DOGEBEAR2021[.00092386], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], ENJ-PERP[0], EOS-PERP[0], ETH[0.00000001], ETH-20210625[0], ETH-PERP[0], ETHW[0], EXCH-PERP[0], FIDA-PERP[0], FIL-PERP[0], FLOW-PERP[0], FTM-PERP[0], FTT[0.09919734], FTT-PERP[0], GMT-PERP[0], HBAR-PERP[0], HOLY-PERP[0], HUM-PERP[0], KAVA-PERP[0], KIN-PERP[0], KNC[0], KNC-PERP[0], KSM-PERP[0], LINK[.004546], LINK-PERP[0], LOOKS[1329], LOOKS-PERP[0], LTCBULL[.0007698], LTC-PERP[0], LUNC-PERP[0], MANA-PERP[0], MAPS-PERP[0], MATIC[0], MATIC-PERP[0], MEDIA-PERP[0], MER[.9082], MID-PERP[0], MKR-PERP[0], MTL-PERP[0], NEAR-PERP[0], ONE-PERP[0], ONT-PERP[0], PRIV-PERP[0], PUNDIX-PERP[0], QTUM-PERP[0], RAMP-PERP[0], RAY-PERP[0], REEF-PERP[0], REN-PERP[0], ROOK-PERP[0], ROSE-PERP[0], RUNE-PERP[0], SAND-PERP[0], SHIB-PERP[0], SHIT-PERP[0], SNX-PERP[0], SOL-PERP[0], SPELL-PERP[0], SRM-PERP[0], STEP[.806688], SUSHI-PERP[0], SXP-PERP[0], THETA-PERP[0], TOMO-PERP[0], TRX[.000015], TRX-PERP[0], UNI-PERP[0], UNISWAP-PERP[0], USD[14.44], USDT[0.07923059], USDT-PERP[0], USTC-PERP[0], VET-PERP[0], WAVES-PERP[0], XAUT[.0001], XAUT-PERP[0], XMR-PERP[0], XRP-PERP[0], XTZ-PERP[0], YFI[.00000001], YFI-20210625[0], YFI-PERP[0], ZEC-PERP[0], ZRX-PERP[0] | | |
| 00326116 | | BTC[.40000000], BTC-PERP[0], ETH-PERP[0], USD[46000.00] | | |
| 00326118 | | USD[10.16], USDT[0.00000001] | | |
| 00326120 | | ALPHA-PERP[0], AMPL[0], AMPL-PERP[0], ATOM-PERP[0], AVAX-PERP[0], AXS-PERP[0], BTC[0], BTC-PERP[0], CLV-PERP[0], DAWN-PERP[0], DMG[.004], EGLD-PERP[0], EOS-PERP[0], ETH[0], ETH-PERP[0], FTM-PERP[0], FTT[0.05667463], LEO-PERP[0], LINK-PERP[0], LOOKS-PERP[0], RUNE-PERP[0], SAND-PERP[0], SLP-PERP[0], SOL-PERP[0], SUSHI-PERP[0], THETA-PERP[0], TRX[.000037], UNI-PERP[0], USD[0.00], USDT[0], WAVES-PERP[0], XEM-PERP[0], YFI[0] | | |
| 00326122 | | USD[0.00] | | |
| 00326124 | Contingent, Disputed | USD[117.49], USDT[0] | | |
| 00326126 | | USDT[0.00001520] | | |
| 00326127 | | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], AMPL-PERP[0], ATOM-PERP[0], AUDIO-PERP[0], AVAX-PERP[0], AXS-PERP[0], BADGER-PERP[0], BAND-PERP[0], BAO-PERP[0], BNB-PERP[0], BTC-PERP[0], BTTPRE-PERP[0], C98-PERP[0], CHZ-PERP[0], DASH-PERP[0], DENT-PERP[0], DOGEBEAR[3321.5], DOGE-PERP[0], DOT-PERP[0], ENJ-PERP[0], ETH-PERP[0], FIL-PERP[0], FLOW-PERP[0], FTT-PERP[0], GRT-PERP[0], HOT-PERP[0], KAVA-PERP[0], LINA-PERP[0], LINK-PERP[0], LRC-PERP[0], LUNC-PERP[0], MATICBEAR[8565.5], MATIC-PERP[0], MTL-PERP[0], PROM-PERP[0], PUNDIX-PERP[0], QTUM-PERP[0], ROOK-PERP[0], RUNE-PERP[0], SAND-PERP[0], SHIB-PERP[0], SLP-PERP[0], SOL-PERP[0], SRM-PERP[0], SUSHI-PERP[0], SXP-PERP[0], THETA-PERP[0], TOMO-PERP[0], TRU-PERP[0], TRX[.000202], USD[0.22], USDT[-0.00762278], VET-PERP[0], XRP-PERP[0], YFI-PERP[0], ZEC-PERP[0] | | |
| 00326128 | | 1INCH-PERP[0], ADA-PERP[0], AGLD-PERP[0], ALGO-PERP[0], ALPHA-PERP[0], ASD-PERP[0], AVAX-PERP[0], AXS-PERP[0], BAO-PERP[0], BNB[0], BNB-PERP[0], BTC-MOVE-20201009[0], BTC-MOVE-20201010[0], BTC-MOVE-20201206[0], BTC-PERP[0], BTTPRE-PERP[0], CREAM-PERP[0], CRV-PERP[0], DEFI-PERP[0], DENT-PERP[0], DOGE-PERP[0], DOT-PERP[0], EOS-PERP[0], ETH[0], ETH-PERP[0], FIL-PERP[0], FLM-PERP[0], FTM-PERP[0], FTT[0], FTT-PERP[0], GRT-PERP[0], HT-PERP[0], ICP-PERP[0], KIN-PERP[0], LINK-PERP[0], LTC-PERP[0], NEAR-PERP[0], OMG-PERP[0], RAMP-PERP[0], RAY-PERP[0], RSR-PERP[0], RUNE-PERP[0], SHIB-PERP[0], SLP-PERP[0], SNX-PERP[0], SOL[0], SOL-PERP[0], SRM-PERP[0], STEP-PERP[0], SUSHI-PERP[0], SXP-PERP[0], THETA-PERP[0], TRX[.000171], UNI-PERP[0], USD[0.96], USDT[0], XLM-PERP[0], XMR-PERP[0], XRP-PERP[0] | | |
| 00326129 | | FTT[150], USD[610446.31] | | |
| 00326130 | | HT[0], LUNC[0], NFT (352435026007652651/FTX EU - we are here! #60733)[1], NFT (384863039851723697/FTX EU - we are here! #61131)[1], NFT (471602554971072419/FTX EU - we are here! #60814)[1], USD[0.00], USDT[0.00003893], USTC[.00000001] | | |
| 00326131 | | BCH[.00016248], USD[0.05] | | |
| 00326133 | | BOLSONARO2022[0], BRZ[4.07385615], ETH[0], TRUMP[0], TRUMPFEB[0], USD[-0.58] | | |
| 00326137 | | BCH[.00085011], BNB[.007], BTC[.0000173], KIN[2545], LTC[.00761042], USD[0.04], USDT[2.25072390] | | |
| 00326138 | | 0 | | |
| 00326141 | | ETH[0], USDT[0.31080506] | | |
| 00326142 | | CHZ-PERP[0], TRX[.000003], USD[0.00], USDT[0] | | |
| 00326145 | | USD[0.00] | | |
| 00326146 | | AAVE-PERP[0], ALICE-PERP[0], BNB-PERP[0], BTC-PERP[0], BTTPRE-PERP[0], CHZ-PERP[0], ENS-PERP[0], ETH-PERP[0], FLOW-PERP[0], FTT-PERP[0], LUNC-PERP[0], SLP-PERP[0], TRX-20210625[0], TRX-PERP[0], USD[0.28], WAVES-PERP[0] | | |
| 00326147 | | ALGOBULL[82.87701896], USD[0.01], XRP[.76381] | | |
| 00326148 | | ALGOBULL[55.952], USD[0.12], XRP[.858283] | | |