UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



In re:

    FTX Trading Ltd., *et al.*

        Debtors

Chapter 11
Case No. 22-11068
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor

[CONFIDENTIAL CREDITOR]

Name of Transferee

Xclaim Capital Holdings, LLC

Transferor's Address:

[Address on File]

Transferee's address for notices and payment:

2261 Market STE 4385

San Francisco, CA 94114

Attn: Matthew Sedigh
tradesupport@x-claim.com

| Claim | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| | FTX Trading Ltd. | 22-11068 | Claim Number: 85654 | 100% of amount of Claim filed on or about September 19, 2023 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Matt Sedigh* (DocuSigned by: 9F70D08F7347406...)

Transferee / Transferee's Agent

Date: 02/13/2024

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Annex A



Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.