

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX Trading Ltd., *et al.*<br><br>Debtors | Chapter 11<br>Case No. 22-11068<br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **Xclaim Capital Holdings, LLC** | **TRC Master Fund LLC** |
| Transferor's Address:<br><br>2261 Market STE 4385<br>San Francisco, CA 94114<br><br>Attn: Matthew Sedigh<br>tradesupport@x-claim.com | Transferee's address for notices and payment:<br><br>PO Box 633<br><br>Woodmere, NY 11598<br><br>Attn: Terrel Ross<br>Email: tross@trcmllc.com |

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim | FTX Trading Ltd. | 22-11068 | Claim Number: 85654 | 100% of amount of Claim filed on or about September 19, 2023 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Terrel Ross* (DocuSigned by: 73F51C3A3995457...)    Date: 02/14/2024

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Annex A