# SIGN-IN SHEET

**JUDGE**: Dorsey   **COURTROOM**: 5

**CASE NUMBER(S)**: 22-11068   **CASE NAME**: FTX Trading Ltd.   **DATE**: 5/23/2024 (10:00 AM)

*** PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Brian D. Glueckstein | Sullivan & Cromwell LLP | FTX |
| Adam G. Landis | Landis Rath & Cobb LLP | FTX |
| Alexis R. Gambale | Pashman Stein | Binance Switzerland AG |
| Brian S. Rosen | Latham & Watkins | Binance Switzerland AG |
| Linda Richardorfer | UST | UST |
| Ben Hackman | UST | UST |
| Brendan Schlauch | RLF | Joint Official Liquidators |
| Brett Bakemeyer | WGC | " |
| Ryan Beil | WGC | " |
| Robert Poppiti | YCST | Committee |
| Ken Pasquale | Paul Hastings | Committee |
| Amy Brown | Gellert Seitz Busenkell and Brown | NuGenesis |
| Jonathan Lipshie | UST | UST |
| Marc Phillips | Montgomery McCracken | Sam Bankman-Fried |
| Michael DeBaecke | Ashby Geddes | Robert Cleary, Examiner |
| Dan Lowenthal | Patterson Belknap (zoom) | " " " |

# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 5

**CASE NUMBER(S):** 22-11068    **CASE NAME:** FTX Trading Ltd.    **DATE:** 5/23/2024 (10:00 AM)

*****PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED*****

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kevin F. Shaw | LBBS | Dan Friedberg |
| Minyao Wang | LBBS | Dan Friedberg |
| Adam Marshall | RCFP | Media Intervenors |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**FTX Trading Ltd. (22-11068) – May 23, 2024 (10:00am)**

| First Name | Last Name | Firm | Representing |
|---|---|---|---|
| Tiffany | Cobb | Vorys, Sater, Seymour and Pease LLP | Ribioscience LLC and 4J Therapeutics Inc. |
| Marcel | Duhamel | Vorys, Sater, Seymour and Pease LLP | Ribioscience LLC and 4J Therapeutics Inc. |
| David | Adler | McCarter & English, LLP | Ahmed Abd El-Razek, Sunil Kavuri, Pat Rabbitte, No |
| Rick | Archer | | Law360 |
| Mary | Augustine | A M Sacculo Legal, LLC | Celsius |
| Brett | Bakemeyer | White & Case LLP | Joint Official Liquidators of FTX Digital Markets |
| Ellen | Bardash | ALM | |
| Ryan | Beil | White & Case LLP | Joint Official Liquidators of FTX Digital Markets |
| Erin | Broderick | Eversheds Sutherland (US) LLP | Ad Hoc Committee of Non-US Customers of FTX.com |
| Robert | Brown | | |
| Kate | Buck | McCarter & English, LLP | Center for Applied Rationality |
| Daniel | Carrigan | Baker Donelson, et al. PC | Farmington State Bank/Moonstone Bank |
| Robert | Cleary | Patterson Belknap Webb & Tyler LLP | Examiner |
| Andrew | Costello | White & Case LLP | Joint Official Liquidators of FTX Digital Markets |
| Scott | Cousins | Lewis Brisbois | Evolve Bank & Trust, N.A. |
| Darrell | Daley | | |
| Philip | Dalgarno | Willkie Farr & Gallagher LLP | FC Cayman A, L.L.C. |
| Nathaniel | DeLoatch | Eversheds Sutherland (US) LLP | Ad Hoc Committee of Non-US Customers of FTX.com |
| Roma | Desai | Attorney General of Texas | State of Texas, Texas SSB, Texas DOB |
| Reuben | Dizengoff | Schulte Roth & Zabel LLP | Steadview |
| Stephanie | Eberhardt | Office of the Attorney General | SSB, DOB, State |
| Muhammad | Erliyanto | | |
| Hussein | Faraj | Nugenesis | Nugenesis Ou and Nugenesis pty ltd |
| Chad | Flick | | |
| Carolyn | Fox | DLA Piper LLP (US) | Maps Vault |
| Hillary | Gabriele | White & Case LLP | Joint Official Liquidators of FTX Digital Markets |
| Ashlyn | Gallagher | Kirkland & Ellis LLP | |
| Erez | Gilad | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Adam | Goldberg | Latham & Watkins, LLP | Binance (Switzerland) AG |
| Vanessa | Gutierrez | | |
| Mark | Hancock | Godfrey & Kahn, S.C. | Fee Examiner |
| Kristopher | Hansen | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Taylor | Harrison | | |

| | | | |
|---|---|---|---|
| Matthew | Harvey | Morris Nichols Arsht & Tunnell LLP | Ad Hoc Committee of Non-US Customers of FTX.com |
| Shannon | Humiston | McCarter & English, LLP | Ahmed Abd El-Razek, Sunil Kavuri, Pat Rabbitte, No |
| Deniz | Irigi | Latham & Watkins LLP | Interested Party |
| Robin | Jacobs | Wisconsin Department of Financial Institutic | WDFI |
| Timothy | Karweti | | public |
| David | Kim | White & Case LLP | Joint Official Liquidators of FTX Digital Markets |
| Leonie | Koch | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Alexa | Kranzley | Sullivan & Cromwell LLP | The Debtors |
| Ari | Kunofsky | DOJ-Tax | United States |
| MAXIMILIANO S | LARRIBA HERRANZ | | Customer |
| Mathew | Laskowski | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Mike | Legge | Reorg | |
| Michael | Ligeti | A&O Shearman | |
| Daniel | Lowenthal | Patterson Belknap Webb & Tyler LLP | Examiner |
| Tim | Mwangi | | public |
| Samantha | Neal | | |
| Dennis | O'Donnell | DLA Piper LLP US | Maps Vault |
| Austin | Park | Morris Nichols Arsht & Tunnell LLP | Ad Hoc Committee of Non-US Customers of FTX.com |
| Kenneth | Pasquale | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Sara | Paul | Eversheds Sutherland (US) LLP | Ad Hoc Committee of Non-US Customers of FTX.com |
| Mr. | Purple | | |
| Mr. | Purple | | Creditors |
| Sascha | Rand | QUINN EMANUEL URQUHART & SULLIVAN, l | The Debtors |
| Craig | Rasile | Winston & Strawn LLP | |
| Michael | Rogers | Eversheds Sutherland (US) LLP | Ad Hoc Committee of Non-US Customers of FTX.com |
| Jason | Rosell | Pachulski Stang Ziehl & Jones LLP | The Moskowitz Law Firm/FTX MDL |
| Brian | Rosen | Latham & Watkins LLP | Binance (Switzerland) AG |
| Jeremy | Ryan | Potter Anderson & Corroon | K5 Defendants |
| Gabriel | Sasson | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Isaac | Sasson | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Brendan | Schlauch | Richards, Layton & Finger, P.A. | Joint Official Liquidators |
| Joseph | Scholz | McCarter & English, LLP | Ahmed Abd El-Razek, Sunil Kavuri, Pat Rabbitte, No |
| Eric | Schwartz | Morris Nichols Arsht & Tunnell LLP | Ad Hoc Committee of Non-US Customers of FTX.com |
| Andrew | Scurria | Wall Street Journal | Wall Street Journal |

| | | | |
|---|---|---|---|
| Yuhan | Shao | | |
| Yuhan | Shao | | |
| Chris | Shore | White | Joint Official Liquidators of FTX Digital Markets |
| Lauren | Sisson | Haynes and Boone | BlockFi |
| Andrew | Stott | EY Bermuda Ltd. | BlockFi International |
| Brian | Stout | | |
| Vince | Sullivan | Law360 | |
| Jeffrey | Torosian | DLA Piper LLP (US) | Maps Vault |
| Ethan | Trotz | Katten Muchin Rosenman LLP | Creditor |
| Suzzanne | Uhland | Latham & Watkins LLP | K5 Global |
| Jonathan | Weyand | Morris Nichols Arsht & Tunnell LLP | Ad Hoc Committee of Non-US Customers of FTX.com |
| Sam | White | | |
| Sarah | Wynn | | |
| Zachary | Zabib | | |
| Alexandra | Zablocki | Latham & Watkins LLP | K5 Global |
| chun | ding | | |
| effy | shi | | |