IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: May 23, 2024 at 10:00 A.M. ET**<br>**Objection Deadline: May 7, 2024 at 4:00 P.M. ET** |
| | **Ref. Nos. 11884 & 11891** |

**CERTIFICATION OF COUNSEL REGARDING
DEBTORS' TWENTY-FOURTH (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO
CERTAIN SUPERSEDED CLAIMS (CUSTOMER CLAIMS)**

I, Kimberly A. Brown, counsel to FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") hereby certify as follows to the best of my knowledge, information and belief:

1. On April 15, 2024, the Debtors filed the *Debtors' Twenty-Fourth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims)* [D.I. 11884, sealed & 11891, redacted] (the "Objection").

2. Pursuant to the *Notice of Objection* attached to the Objection [D.I. 11884-1 & 11891-1], any responses to the Objection were to be filed no later than May 7, 2024, at 4:00 p.m. (ET) (the "Response Deadline").

3. The Debtors received an informal response (the "Informal Response") to the Objection from the holder of claim numbers 25535, 75983, 76044 and 76057.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0075975.}

4. As of the Date hereof, no other formal responses or other responses to the Objection have been filed or served on the Debtors.

5. The parties have agreed to adjourn the Objection with regard to proof of claim number 25535.

6. The Debtors are withdrawing the Objection solely with regard to claim numbers 75983, 76044 and 76057 without prejudice and with all rights of the parties reserved with regard thereto.

7. The Debtors have revised the Proposed Order (the "Revised Order"), a copy of which is attached hereto as **Exhibit A**, to reflect the adjournment and the withdrawals. A copy of the Revised Order compared against the Proposed Order is attached hereto as **Exhibit B**. The Revised Order has been circulated to the Office of the United States Trustee (the "U.S. Trustee") and the Official Committee of Unsecured Creditors (the "Committee"). The Committee has no objection and the U.S. Trustee takes no position with regard to the entry of the Revised Order. In accordance with the Court's electronic order processing procedures, a clean copy of the Revised Order shall be uploaded to CM/ECF.

8. Accordingly, the Debtors respectfully request that the Court enter the Revised Order at its earliest convenience.

| | |
|---|---|
| Dated: May 23, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Kimberly A. Brown*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>          brown@lrclaw.com<br>          pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>          bromleyj@sullcrom.com<br>          gluecksteinb@sullcrom.com<br>          kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |