UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



In re:

    FTX Trading Ltd., *et al.*

    Debtors

Chapter 11
Case No. 22-11068
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor

**[CONFIDENTIAL CREDITOR]**

Transferor's Address:

    [Address on File]

Name of Transferee

**NORTHWAY HOUSING, LLC**

Transferee's address for notices and payment:

    222 Rockaway Turnpike Ste 3

    Cedarhurst, NY 11516

    Attn: Joshua Shlomowitz

    Email: northwayftx@gmail.com

| Schedule/Claim No. | Creditor Name | % Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 7175<br>Confirmation ID: 3265-70-ZAWOS-597504579<br>(submitted on or about 07/13/2023) | Name (Redacted) | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Nathan Amoyelle* (DocuSigned by, C84C17EBE79549B...)    Date: 05/23/2024

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT A**

**SCHEDULED CLAIM(S) / PROOF(S) OF CLAIM**



## Creditor Data Details - Claim # 7175

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Name on file | FTX EU Ltd. | 7175 |
| Address on file | **Date Filed** | **Schedule Number** |
| | 07/13/2023 | 6528158 |
| | | **Confirmation ID** |
| | | 3265-70-ZAWOS-597504579 |

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 22-11068 (JTD) |
| FTX TRADING LTD, et al., ) |  |
| ) |  |
| Debtors. ) | (Jointly Administered) |

### ASSIGNMENT OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Assignee hereby gives evidence and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Assignor: Stanisław Jakub Wiśniewski
Name and Current Address of Assignor:

Stanisław Jakub Wiśniewski
Attention:
Płocka 77, Płońsk, 09-100, Poland

Name of Assignee:
FTX1 SPV Ltd

Name and Address where notices and payments to Assignee should be sent:
Adrienne Woods, Esq.
c/o WZMP
45 Rockefeller Plaza, Floor 20
New York, New York 10011

| Customer/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| 02244111 | Stanisław Jakub Wiśniewski | ATOM: 13.49918908<br>BNB: 1.26957611<br>BTC: .02926556<br>BTC-PERP: 0<br>ETH: 1.97235098<br>ETHW: 0.44506181<br>FTT: 15.21760294<br>TRX: .000031<br>USD: 2.36<br>USDT: 5882.46043144 | FTX TRADING LTD | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Date: **August 14, 2023**

By: *Sitanshu Kumar*
Assignee/Assignee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to five (5) years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO:                       **THE DEBTOR AND THE BANKRUPTCY COURT**
AND TO:            **FTX1 SPV LTD ("Debtor")**
                               **Case No. 22-11068 ("Case")**

Claim No.:
Schedule/Customer No.:    **02244111**

Stanisław Jakub Wiśniewski  ("Assignor") does hereby unconditionally and irrevocably assign by deed unto:

**FTX1 SPV Ltd**
Suite 202, 2nd Floor, Eden Plaza
Eden Island, Mahe, Seychelles

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Assignor in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Assignor; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case; and (f) to any amounts listed on Debtor's schedules (collectively, "Claim"), which represents 100% of the total claim amount of the Assignor against Debtor in the Court, or any other court with jurisdiction over Debtor's Case.

Assignor hereby waives: (a) any objection to the assignment of the Claim to Assignee on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Assignor assigning the Claim to Assignee and recognizing Assignee as the sole owner and holder of the Claim.

Assignee does not assume and will not be responsible for any obligations or liabilities of Assignor related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Assignee.

**Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, all payments or distributions of money or property in respect of the Claim or for any other purpose in this Case, shall be delivered or made to the Assignee.**

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated August 14, 2023.

| Stanisław Jakub Wiśniewski | FTX1 SPV LTD |
|---|---|
| By: *Stanisław Wiśniewski* | By: *Sitanshu Kumar* |
| Name: Stanisław Jakub Wiśniewski | Title: Director |



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX Trading Ltd., *et al.*<br><br>Debtors | Chapter 11<br>Case No. 22-11068<br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **FTX1 SPV LTD**<br>Transferor's Address:<br><br>Suite 202, Second Floor<br>Eden Plaza, Eden Island, Box 1352<br>Mahe, Seychelles | **NORTHWAY HOUSING, LLC**<br>Transferee's address for notices and payment:<br><br>222 Rockaway Turnpike Ste 3,<br>Cedarhurst, NY 11516<br><br><br>Attn: Joshua Shlomowitz<br>Email: northwayftx@gmail.com. |

| Claim | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| | FTX Trading Ltd. | 22-11068 | Customer Code / Schedule #: 02244111 | as described on Schedule F |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Nathan Amoyelle*      Date: 03/27/2024
Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE

TO: Clerk, United States Bankruptcy Court, District of Delaware

**FTX1 SPV LTD,** for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, do hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to **NORTHWAY HOUSING LLC.**, its successors and assigns, ("Buyer"), all right, title and interest in and to the claim(s) the ("Claim") of Seller, identified below, against FTX Trading Ltd., et al., in the United States Bankruptcy Court, District of Delaware, Case No. 22-11068.

| Claim | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| | FTX Trading Ltd. | 22-11068 | Customer Code / Schedule #: 02244111 | as described on Schedule F (attached) |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.

**Buyer:**

**NORTHWAY HOUSING, LLC**

By: *Nathan Amoyelle* (DocuSigned)
Name: Nathan Amoyelle
Title: Authorized Signatory
Email: northwayftx@gmail.com

Date: 03/27/2024

**Seller:**

**FTX1 SPV LTD**

By: *Sitanshu kumar* (DocuSigned)
Name: Sitanshu Kumar
Title: Authorized Signatory
Email: ss@heimdallrwa.com

Date: 03/27/2024