IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 22-11068 |
| FTX TRADING LTD., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (1), Fed. R. Bankr.  P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **Nexxus Participation Vehicle III** | **Name (Redacted)** |
| Name of Transferee | Name of Transferor |
| **Address for all Notices and Payments:** | **Address:** On file with Debtors |
| Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109 | |

| Unique Creditor ID/Scheduled ID/Claim Confirmation # | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Unique Creditor ID: 03195166<br>Scheduled ID: 6799309<br>Claim Confirmation #(s): 3265-70-SFMLK-333982033 | Name (Redacted) | As described on Schedule F (see attached) | FTX TRADING LTD., et al. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Date: May 14, 2024

By: _____
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.*

**Schedule F**

| | | |
|---|---|---|
| 03195166 | 1INCH-0624[0], 1INCH-PERP[0], AAVE-0624[0], AAVE-PERP[0], ADA-0624[0], ADA-0930[0], ADA-PERP[0], ALGO-0624[0], ALGO-0930[0], ALGO-PERP[0], ALT-0624[0], ALT-0930[0], ALT-1230[0], ALT-PERP[0], AMPL[0], AMPL-PERP[0], ANC-PERP[0], APE-1230[0], APE-PERP[0], ATLAS-PERP[0], ATOM-0624[0], ATOM-PERP[0], AVAX-0624[0], AVAX-0930[0], AVAX-1230[0], AVAX-PERP[0], AXS-0930[0], AXS-PERP[0], BAL-0624[0], BAL-0930[0], BAL-1230[0], BAL-PERP[0], BCH-0624[0], BCH-0930[0], BCH-PERP[0], BNB-0624[0], BNB-PERP[0], BNT-PERP[0], BSV-0624[0], BSV-0930[0], BSV-PERP[0], BTC-0930[0], BTC-PERP[0], BTT-PERP[0], C98-PERP[0], CEL-0624[0], CEL-0930[0], CEL-PERP[0], CHR-PERP[0], CHZ-0930[0], CHZ-PERP[0], COMP-0624[0], COMP-0930[0], COMP-1230[0], COMP-PERP[0], CONV-PERP[0], CVC-PERP[0], DEFI-0624[0], DEFI-0930[0], DEFI-PERP[0], DODO-PERP[0], DOGE-1230[0], DOGE-PERP[0], DOT-0624[0], DOT-0930[0], DOT-1230[0], DOT-PERP[0], DRGN-0624[0], DRGN-PERP[0], EDEN-0624[0], EDEN-PERP[0], ENS-PERP[0], EOS-0930[0], EOS-PERP[0], ETH-0930[0], ETH-PERP[0], EXCH-0624[0], EXCH-0930[0], EXCH-1230[0], EXCH-PERP[0], FIL-0624[0], FIL-PERP[0], FLM-PERP[0], FTM-PERP[0], FTT[1104.36553470], FTT-PERP[0], FXS-PERP[0], GAL-PERP[0], GMT-0930[0], GMT-PERP[0], GRT-0624[0], GRT-0930[0], GRT-PERP[0], GST-0930[0], GST-PERP[0], IMX-PERP[0], JASMY-PERP[0], KIN-PERP[0], KSOS-PERP[0], LEO-PERP[0], LINA-PERP[0], LINK-0624[0], LINK-PERP[0], LTC-0624[0], LTC-0930[0], LTC-PERP[0], LUNA2[3.71235579], LUNA2_LOCKED[8.66216351], MAPS-PERP[0], MATIC-PERP[0], MCB-PERP[0], MER-PERP[0], MID-0624[0], MID-0930[0], MID-1230[0], MID-PERP[0], MKR-PERP[0], MTA-PERP[0], MTL-PERP[0], OKB-0624[0], OKB-0930[0], OKB-1230[0], OKB-PERP[0], OMG-0624[0], OMG-0930[0], OMG-PERP[0], ORBS-PERP[0], POLIS-PERP[0], PRIV-0624[0], PRIV-0930[0], PRIV-PERP[0], PROM-PERP[0], REEF-0624[0], REEF-PERP[0], ROOK-PERP[0], SAND-PERP[0], SHIT-0624[0], SHIT-0930[0], SHIT-PERP[0], SKL-PERP[0], SOL-0624[0], SOL-1230[0], SOL-PERP[0], SPELL-PERP[0], STMX-PERP[0], SUN[628750.44941241], SUSHI-0624[0], SUSHI-0930[0], SUSHI-PERP[0], SXP-0624[0], SXP-0930[0], SXP-PERP[0], THETA-0624[0], THETA-PERP[0], TOMO-PERP[0], TONCOIN-PERP[0], TRX-0624[0], TRX-0930[0], TRX[159919.449204], TRX-PERP[0], TULIP-PERP[0], UNI-PERP[0], UNISWAP-0624[0], UNISWAP-0930[0], UNISWAP-PERP[0], USD[425304.29], USDT[99987.59271339], USTC-PERP[0], WAVES-0624[0], WAVES-0930[0], WAVES-PERP[0], XAUT-0624[0], XAUT-PERP[0], XMR-PERP[0], XTZ-0930[0], XTZ-PERP[0], YFII-PERP[0], ZRX-PERP[0] | |

**Name of Transferee**

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer of Claim to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and appropriate professionals.