IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

**FEDERICO NATALI**

Name of Transferor

Name and address where notices and payments to transferee should be sent:

Federico Natali
P.O. Box Number 75719
Dubai, United Arab Emirates
Email: paxtibi.xyz+recovery@gmail.com

Name and Current Address of Transferor:

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| FTX Trading Ltd. Amended Customer Claim Schedule F-7 (See attached Excerpt)<br><br>Schedule No. 6083621 | | 100% | FTX Trading Ltd. | 22-11068 |
| Confirmation ID No. 3265-70-KJRER-404821140 | | 100% | FTX Trading Ltd. | 22-11068 |
| Customer Code No. 01302519 | | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

*Federico Natali*
Federico Natali (May 26, 2024 23:20 GMT+2)
Transferee/Transferee's Agent

Date: 05/26/2024

EVIDENCE OF TRANSFER OF CLAIM

**TO:**     United States Bankruptcy Court
for the District of Delaware ("Court")

**AND:**   FTX Trading Ltd. ("Debtor")
Case No. 22-11068 (JTD) ("Case")

**CLAIM:** Schedule No. 6083621 ("Schedule")
Confirmation ID 3265-70-KJRER-404821140 ("Confirmation ID")
Customer Code No. **001302519** ("Customer Code")

0x8CfbCc5f4cd771B54e3206DB55773971a124198D ("Contract No.")
ERC-721 Token ID 44 ("Token ID")



**TRANSACTION HASH: 0x440af5d232cd3be244859de39e92436552ea777e4972efe52189a61cd82b4786**

███████████ ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, as further evidenced by the Ethereum Transaction Hash provided directly above, and pursuant to the terms of an Assignment of Claim Agreement dated as of January 24, 2024 does hereby certify that he has unconditionally and irrevocably sold, transferred and assigned to:

    Federico Natali
    P.O. Box Number 75719
    Dubai, United Arab Emirates
Email:  paxtibi.xyz+recovery@gmail.com

and its successors and assigns ("Buyer"), all rights, title, and interest in and to (a) the Schedule, (bb) the Confirmation ID and (cc) the Customer Code (collectively the "Claim")  and all cash, principal, interest and other property that may be distributed on account of the Claim.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all future payments and distributions onaccount

of the Claim free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim, in each case to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have duly executed this Evidence of Transfer of Claim as of May 26, 2024.

**SELLER:**

[redacted]

**BUYER:**

**FEDERICO NATALI**

By: *Federico Natali*
    Federico Natali (May 26, 2024 23:20 GMT+2)

Federico Natali

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

# EXCERPT OF
FTX Trading Ltd. Amended Customer Claim Schedule

| FTX Trading Ltd. | | Case 22-11068-JTD Doc 1736 Filed 06/27/23 Page 272 of 1666 | | | 22-11068 (JTD) |
|---|---|---|---|---|---|
| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | | Earn Indicator | Token / Fiat in Lend |
| 01302510 | | BTC[0] | | | |
| 01302515 | | ETH[.04125791], ETHW[.04125791], SOL[6.26125814], USD[0.00] | | | |
| 01302518 | | ATLAS-PERP[0], POLIS-PERP[0], USD[3.00] | | | |
| 01302519 | | ALT-PERP[0], BNB[0], BTC[0], BTC-PERP[0], ETH[0], ETH-PERP[0], FTT[25.34141012], MID-PERP[0], SHIT-PERP[0], TRX[2955], USD[20065.33], USDT[0] | | | |