# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>FTX TRADING LTD., et al.<br><br>Debtor. | Chapter 11<br><br>Case No. 22-11068 (JTD) |

## NOTICE OF WITHDRAWAL WITH PREJUDICE OF CERTAIN DOCUMENTS FILED BY DANIEL FRIEDBERG

PLEASE TAKE NOTICE that Daniel Friedberg hereby withdraws, with prejudice, his (A) *Objection to the Motion of Debtors for Entry of an Order (I) Authorizing and Approving Entry Into, and Performance Under, the Collateral Claim Settlement Agreement, the Inter-Debtor Restructuring Agreement, and the Restructuring Payment Agreement and (II) Granting Related Relief* [Docket No. 13530] and (B) *Objection to Debtors' Motion for Entry of an Order Quashing Notices of Deposition and for a Protective Order Barring Requested Discovery Propounded by Daniel Friedberg* [Docket No. 15485]. Mr. Friedberg also withdraws with prejudice any and all outstanding discovery requests related to his Objections.

140820398.1 1

Dated:  May 28, 2024

/s/ Rafael Zahralddin
Rafael Zahralddin (Delaware Bar No. 4166)
500 Delaware Avenue, Suite 700
Wilmington, Delaware 19801
Tel. 302.985.6000
rafael.zahralddin@lewisbrisbois.com
Minyao Wang (*Admitted pro hac vice*)
77 Water Street, Suite 2100
New York, New York 10005
Tel. 212.232.1300
minyao.wang@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP

*Attorneys for Daniel Friedberg*

140820398.1  2