# **EXHIBIT B**

**Exhibit B**
**FTX Trading Ltd. Case No. 22-11068**
**Out-of-Pocket Expenses**
**For the Period October 1 2023 through October 31, 2023**

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Scott,James | Client Serving Contractor JS | 10/25/2023 | Ground Transportation | Taxi - Home to Raleigh-Durham airport | 34.12 |
| Scott,James | Client Serving Contractor JS | 10/27/2023 | Ground Transportation | Taxi - Raleigh-Durham airport to home | 25.90 |
| Scott,James | Client Serving Contractor JS | 10/27/2023 | Lodging | Lodging - The Motto in New York from 10/25/2023 - 10/27/2023 - 3 nights for in-person meeting related to non-US compliance | 1,170.06 |
| Scott,James | Client Serving Contractor JS | 10/27/2023 | Airfare | Airfare - Delta - One way - from Raleigh Durham to Laguardia - 10/25/2023 for in-person meeting related to non-US compliance | 377.80 |
| Scott,James | Client Serving Contractor JS | 10/25/2023 | Ground Transportation | Taxi - New York airport to EY office | 63.73 |
| Scott,James | Client Serving Contractor JS | 10/25/2023 | Ground Transportation | Taxi - EY office to Hotel | 18.95 |
| Scott,James | Client Serving Contractor JS | 10/27/2023 | Ground Transportation | Taxi - Hotel to New York airport | 79.10 |
| Hammon,David Lane | Manager | 10/25/2023 | Ground Transportation | Taxi - Hotel to EY office | 27.94 |
| Hammon,David Lane | Manager | 10/25/2023 | Ground Transportation | Taxi - EY office to Newark airport | 107.29 |
| Hammon,David Lane | Manager | 10/26/2023 | Ground Transportation | Taxi - Cleveland airport to home | 45.60 |
| Hammon,David Lane | Manager | 10/25/2023 | Ground Transportation | Taxi - Dinner to hotel | 18.85 |
| Hammon,David Lane | Manager | 10/22/2023 | Ground Transportation | Taxi - Newark airport to hotel | 86.33 |
| Hammon,David Lane | Manager | 10/25/2023 | Meals | Out of Town - Breakfast - Self in NYC | 14.04 |
| Hammon,David Lane | Manager | 10/23/2023 | Meals | Out of Town - Breakfast - Self in NYC | 8.49 |
| Hammon,David Lane | Manager | 10/23/2023 | Meals | Out of Town - Dinner - Self in NYC | 60.10 |
| Hammon,David Lane | Manager | 10/22/2023 | Meals | Out of Town - Dinner - Self in NYC | 70.00 |
| Hammon,David Lane | Manager | 10/22/2023 | Meals | Out of Town - Lunch - Self | 12.74 |
| Hammon,David Lane | Manager | 10/25/2023 | Meals | Out of Town - Lunch - Self | 17.50 |
| Hammon,David Lane | Manager | 10/24/2023 | Meals | Out of Town - Dinner - Self in NYC | 11.11 |
| Hammon,David Lane | Manager | 10/24/2023 | Meals | Out of Town - Lunch - Self | 18.78 |
| Hammon,David Lane | Manager | 10/25/2023 | Miscellaneous | Miscellaneous - Wi-Fi while traveling | 8.00 |
| Hammon,David Lane | Manager | 10/25/2023 | Lodging | Lodging - Hilton in New York, NY - 10/22/23 - 10/25/23 - 3 nights for in-person meetings with the engagement team | 1,046.07 |
| Wrenn,Kaitlin Doyle | Senior Manager | 10/2/2023 | Airfare | Airfare - American Airlines - Round trip - 11/7/23 to 11/9/23 - Charlotte, NC to Houston, TX to meet with Kathryn Schultea (FTX) on FTX employment tax IRS audit. | 319.02 |
| DeVincenzo,Jennie | Managing Director | 10/2/2023 | Airfare | Airfare - United Airlines - Round trip - 11/7/23 to 11/9/23 - Newark, NJ to Houston, TX to meet with Kathryn Schultea (FTX) on FTX employment tax IRS audit. | 307.11 |
| Lowery,Kristie L | National Partner/Principal | 10/2/2023 | Airfare | Airfare - American Airlines - Round trip - 11/7/23 to 11/9/23 - Charlotte, NC to Houston, TX to meet with Kathryn Schultea (FTX) on FTX employment tax IRS audit. | 319.02 |
| Bailey,Doug | Partner/Principal | 10/27/2023 | Lodging | Lodging - NYC Marriott - 4 nights (10/23-10/27) to participate in FTX meetings. | 1,800.00 |
| Bailey,Doug | Partner/Principal | 10/9/2023 | Airfare | Airfare - American Airlines - Round trip - week of 10/9/23 - Charlotte, NC to New York, NY to meet with FTX team and client meetings. | 520.31 |
| IT Data Cost | | 10/31/2023 | IT Data | IT Data Hosting Cost covering the period October 1-31, 2023 | 13,778.00 |
| Turkey | | October 2023 | VAT | Value Added Tax - Turkey | 692.80 |
| Cyprus | | October 2023 | VAT | Value Added Tax - Cyprus | 1,568.96 |
| **Total** | | | | | **$ 22,627.72** |

The request herein is without prejudice to EY's right to seek additional compensation for Title III Services performed and expenses incurred during the Fee Period, which were not processed at the time of this Application.