# EXHIBIT A

**Ordinary Course Professionals List Subject to Tier 1 OCP $200,000 Cap Amount**

| ORDINARY COURSE PROFESSIONAL | FEES PAID DURING THE STATEMENT PERIOD | EXPENSES PAID DURING THE STATEMENT PERIOD | TOTAL AMOUNT PAID DURING THE STATEMENT PERIOD | DESCRIPTION OF SERVICES | SERVICE PERIODS PAID |
|---|---|---|---|---|---|
| Abrams & Bayliss LLP | $185.00 | $20.00 | $205.00 | Delaware local counsel providing support in the Grayscale litigation | January 2024 |
| Anderson Mori & Tomotsune | $191,898.34 | $0 | $191,898.34 | Japanese local counsel providing support regarding Japanese local law | December 2023 - March 2024 |
| Antis Triantafyllides & Sons LLC | $11,362.50 | $0 | $11,362.50 | Cyprus local counsel providing support regarding Cyprus local law | January 2024 - March 2024 |
| Baker & Hostetler LLP | $8,818.00 | $10,036.22 | $18,854.22 | Legal advice regarding August 2023 Kroll security incident | January 2024 - March 2024 |
| BlackOak LLC | $7,101.35 | $0 | $7,101.35 | Singapore local counsel providing support regarding Singapore local law | February 2024 |
| Covington & Burling LLP | $92,846.00 | $1,398.15 | $94,244.15 | Pool counsel | December 2023 - February 2024 |
| David Allison KC | $145,572.54 | $0 | $145,572.54 | English law advice in connection with plan and adversary proceeding issues | November 2023 - March 2024 |
| King & Wood Mallesons | $79,760.50 | $10,390.05 | $90,150.55 | Hong Kong local counsel providing support regarding Hong Kong local law | December 2023 - March 2024 |
| Lenz & Staehelin | $2,308,000.77 | $73,520.92 | $2,381,521.69 | Switzerland local counsel providing support regarding Switzerland local law | November 2022 - March 2024 |
| Peter D. Maynard, Counsel & Attorneys | $501,990.00 | $54,482.80 | $556,472.80 | Bahamas local counsel providing support regarding Bahamas local law | January 2024 - March 2024 |

| ORDINARY COURSE PROFESSIONAL | FEES PAID DURING THE STATEMENT PERIOD | EXPENSES PAID DURING THE STATEMENT PERIOD | TOTAL AMOUNT PAID DURING THE STATEMENT PERIOD | DESCRIPTION OF SERVICES | SERVICE PERIODS PAID |
|---|---|---|---|---|---|
| Tricor Services Limited | $53,020.00 | $4,277.00 | $57,297.00 | Accounting and financial services provider in Hong Kong and Singapore | January 2024 |
| Walkers (Cayman) LLP | $783,312.50 | $35,648.77 | $818,961.27 | British Virgin Islands/Cayman Islands local counsel providing support regarding British Virgin Islands/Cayman Islands local law | November 2022 - February 2024 |

**Ordinary Course Professionals List Subject to Tier 2 OCP $100,000 Cap Amount**

| ORDINARY COURSE PROFESSIONAL | FEES PAID DURING THE STATEMENT PERIOD | EXPENSES PAID DURING THE STATEMENT PERIOD | TOTAL AMOUNT PAID DURING THE STATEMENT PERIOD | DESCRIPTION OF SERVICES | SERVICE PERIODS PAID |
|---|---|---|---|---|---|
| CDB Legal Services | $8,954.36 | $589.00 | $9,543.84 | Antigua local counsel providing support regarding Antigua local law | December 2023 - February 2024 |
| Clayton Utz | $29,840.27 | $29,800.02 | $59,640.29 | Australia local counsel providing support regarding Australia local law | December 2023 - March 2024 |
| Durukan Fadillioglu Attorney Partnership, DBA Durukan+Partners | $98,120.79 | $0 | $98,120.79 | Turkey local counsel providing support regarding Turkey local law | December 2023 - March 2024 |
| Hamel-Smith Caribbean | $0 | $0 | $0 | Antigua local counsel providing support regarding Antigua local law | |
| McCarthy Tétrault LLP | $0 | $0 | $0 | Canada local counsel providing support regarding Canada local law | |
| Peter Burgess | $26,884.12 | $0 | $26,884.12 | English law advice in connection with plan and adversary proceeding issues | November 2023 - March 2024 |

**Ordinary Course Professionals List Subject to Tier 3 OCP $50,000 Cap Amount**

| ORDINARY COURSE PROFESSIONAL | FEES PAID DURING THE STATEMENT PERIOD | EXPENSES PAID DURING THE STATEMENT PERIOD | TOTAL AMOUNT PAID DURING THE STATEMENT PERIOD | DESCRIPTION OF SERVICES | SERVICE PERIODS PAID |
|---|---|---|---|---|---|
| Advokatur Sprenger+Partner | $0 | $0 | $0 | Liechtenstein local counsel providing support regarding Liechtenstein local law | |
| Ali Budiardjo Nugroho Reksodiputro Counsellors at Law | $13,531.50 | $4.39 | $13, 535.89 | Indonesia local counsel providing support regarding Indonesia local law | October 2023 - February 2024 |
| Anthony Waddy Astapahan | $0 | $0 | $0 | Antigua local counsel providing support regarding Antigua local law | |
| Appleby | $15,736.58 | $0 | $15,736.58 | Seychelles local counsel providing support regarding Seychelles local law | December 2023 - January 2024 |
| Arias, Fábrega & Fábrega | $0 | $0 | $0 | Panama local counsel providing support regarding Panama local law | |
| Arthur Cox LLP | $0 | $0 | $0 | Ireland local counsel providing support regarding Ireland local law | |
| Bowmans | $0 | $0 | $0 | South Africa local counsel providing support regarding South Africa local law | |
| Gorriceta Africa Cauton & Saavedra | $0 | $0 | $0 | Philippines local counsel providing support regarding Philippines local law | |
| Grant Thornton | $4,410.44 | $827.34 | $5,237.78 | Accounting and tax advisor in Vietnam | January 2024 - March 2024 |
| Groom Law Group | $1,438.00 | $0 | $1,438.00 | ERISA advice | March 2024 |

| ORDINARY COURSE PROFESSIONAL | FEES PAID DURING THE STATEMENT PERIOD | EXPENSES PAID DURING THE STATEMENT PERIOD | TOTAL AMOUNT PAID DURING THE STATEMENT PERIOD | DESCRIPTION OF SERVICES | SERVICE PERIODS PAID |
|---|---|---|---|---|---|
| Hadef & Partners LLC | $23,123.91 | $0 | $23,123.91 | United Arab Emirates local counsel providing support regarding United Arab Emirates local law | December 2023 - February 2024 |
| Harney Westwood & Riegels LLP | $0 | $0 | $0 | Cayman Islands local counsel providing support regarding Cayman Islands local law | |
| Harris Kyriakides | $0 | $0 | $0 | Cyprus local counsel providing support regarding Cyprus local law | |
| Kantenwein Zimmermann Spatscheck & Partner | $0 | $0 | $0 | Advise and represent Debtors in German litigation | |
| Kim & Chang | $1,154.00 | $0 | $1,154.00 | South Korea local counsel providing support regarding South Korea local law | January 2024 |
| Ladas & Parry LLP | $42,243.00 | $36,953.44 | $79,196.44 | Trademark portfolio maintenance and prosecution | January 2024 - March 2024 |
| Lane IP | $0 | $0 | $0 | Trademark maintenance and prosecution in the UK and EU | |
| Lexcomm Vietnam LLC | $0 | $0 | $0 | Vietnam local counsel providing support regarding Vietnam local law | |
| Link Partners Law Firm | $7,004.74 | $0 | $7,004.74 | Japanese local counsel providing support regarding Japan local law | January 2024 - March 2024 |
| Olaniwun Ajayi LP | $70,000.00 | $212.44 | $70,212.44 | Nigeria local counsel providing support regarding Nigeria local law | November 2022 - March 2024 |

| ORDINARY COURSE PROFESSIONAL | FEES PAID DURING THE STATEMENT PERIOD | EXPENSES PAID DURING THE STATEMENT PERIOD | TOTAL AMOUNT PAID DURING THE STATEMENT PERIOD | DESCRIPTION OF SERVICES | SERVICE PERIODS PAID |
|---|---|---|---|---|---|
| S&N Partners | $1,813.11 | $0 | $1,813.11 | Japanese local counsel providing support regarding Japan local law | January 2024 - March 2024 |
| Schurti Partners Attorneys at Law Ltd | $64,011.43 | $678.93 | $64,690.36 | Liechtenstein local counsel providing support regarding Liechtenstein local law | November 2022 - February 2024 |
| Shardul Amarchand Mangaldas & Co | $0 | $0 | $0 | India local counsel providing support regarding India local law | |
| TSN Limited | $26,926.16 | $78.43 | $27,004.59 | Gibraltar local counsel providing support regarding Gibraltar local law | February 2024 - March 2024 |