# **EXHIBIT B**

**Exhibit B**
**FTX Trading Ltd. Case No. 22-11068**
**Out-of-Pocket Expenses**
**For the Period November 1 2023 through November 30, 2023**

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Lowery,Kristie L | National Partner/Principal | 11/9/2023 | Lodging | Lodging - Four Seasons in Houston, TX - 11/7/23 to 11/9/23 2 nights for meetings with Kathryn Schultea (FTX) on FTX employment tax IRS audit. | 450.10 |
| Wrenn,Kaitlin Doyle | Senior Manager | 11/9/2023 | Lodging | Lodging - Four Seasons in Houston, TX - 11/7/23 to 11/9/23 2 nights for meetings with Kathryn Schultea (FTX) on FTX employment tax IRS audit. | 456.10 |
| DeVincenzo,Jennie | Managing Director | 11/7/2023 | Ground Transportation | Taxi - Home to Newark airport | 39.35 |
| DeVincenzo,Jennie | Managing Director | 11/8/2023 | Ground Transportation | Taxi - Hotel to EY Houston office | 8.64 |
| DeVincenzo,Jennie | Managing Director | 11/7/2023 | Ground Transportation | Taxi - Houston airport to hotel | 38.34 |
| DeVincenzo,Jennie | Managing Director | 11/9/2023 | Ground Transportation | Taxi - Hotel to Houston airport | 46.42 |
| DeVincenzo,Jennie | Managing Director | 11/9/2023 | Ground Transportation | Taxi - Newark airport to home | 40.70 |
| Lowery,Kristie L | National Partner/Principal | 11/9/2023 | Ground Transportation | Parking - Charlotte, NC - 3 days from 11/7/23 to 11/9/23 for in person meetings on FTX employment tax items. | 96.00 |
| Wrenn,Kaitlin Doyle | Senior Manager | 11/9/2023 | Meals | Out of Town - Dinner - Self in Houston, TX | 50.00 |
| Wrenn,Kaitlin Doyle | Senior Manager | 11/9/2023 | Meals | Out of Town - Breakfast - Self in Houston, TX | 25.00 |
| DeVincenzo,Jennie | Managing Director | 11/9/2023 | Meals | Out of Town - Breakfast - Self in Houston, TX | 23.92 |
| DeVincenzo,Jennie | Managing Director | 11/9/2023 | Meals | Out of Town - Dinner - Self in Houston, TX | 50.00 |
| Lowery,Kristie L | National Partner/Principal | 11/8/2023 | Meals | Out of Town - Dinner - K. Wrenn. J. Devincenzo, and Self in Houston, TX | 144.00 |
| Lowery,Kristie L | National Partner/Principal | 11/7/2023 | Meals | Out of Town - Dinner - Self in Houston, TX | 48.83 |
| Lowery,Kristie L | National Partner/Principal | 11/7/2023 | Meals | Out of Town - Breakfast - Self in Houston, TX | 14.99 |
| Lowery,Kristie L | National Partner/Principal | 11/9/2023 | Meals | Out of Town - Breakfast - K. Wrenn. J. Devincenzo, and Self in Houston, TX | 39.00 |
| DeVincenzo,Jennie | Managing Director | 11/9/2023 | Miscellaneous | Miscellaneous - Wi-Fi while traveling | 8.00 |
| DeVincenzo,Jennie | Managing Director | 11/7/2023 | Miscellaneous | Miscellaneous - Wi-Fi while traveling | 8.00 |
| DeVincenzo,Jennie | Managing Director | 11/9/2023 | Lodging | Lodging - Four Seasons in Houston, TX - 11/7/23 to 11/9/23 2 nights for meetings with Kathryn Schultea (FTX) on FTX employment tax IRS audit. | 450.10 |
| Wrenn,Kaitlin Doyle | Senior Manager | 11/9/2023 | Ground Transportation | Parking in Charlotte, NC - 3 days from 11/7/23 to 11/9/23 for in person meetings on FTX employment tax items. | 96.00 |
| Lowery,Kristie L | National Partner/Principal | 11/7/2023 | Ground Transportation | Taxi - Houston airport to EY ofice | 67.00 |
| IT Data Cost | | 11/30/2023 | IT Data | IT Data Hosting Cost covering the period November 1-30, 2023 | 47,439.39 |
| Turkey | | November 2023 | VAT | Value Added Tax - Turkey | 483.00 |
| Cyprus | | November 2023 | VAT | Value Added Tax - Cyprus | 4,086.51 |
| Panama | | November 2023 | VAT | Value Added Tax - Panama | 76.86 |
| **Total** | | | | | **$ 54,286.25** |

**The request herein is without prejudice to EY's right to seek additional compensation for Title III Services performed and expenses incurred during the Fee Period, which were not processed at the time of this Application.**