# **EXHIBIT B**

**Exhibit B**
**FTX Trading Ltd. Case No. 22-11068**
**Out-of-Pocket Expenses**
**For the Period December 2023 through December 31, 2023**

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Hammon,David Lane | Manager | 12/6/2023 | Airfare | Airfare - Client canceled meeting. | 345.37 |
| IT Data Cost | | 12/31/2023 | IT Data | IT Data Hosting Cost covering the period December 1-31, 2023 | 37,996.00 |
| Turkey | | December 2023 | VAT | Value Added Tax - Turkey | 695.48 |
| Cyprus | | December 2023 | VAT | Value Added Tax - Cyprus | 993.97 |
| Panama | | December 2023 | VAT | Value Added Tax - Panama | 61.49 |
| **Total** | | | | | **$ 40,092.30** |

**The request herein is without prejudice to EY's right to seek additional compensation for Title III Services performed and expenses incurred during the Fee Period, which were not processed at the time of this Application.**