DocuSign Envelope ID: 812BC67D-E85D-41FC-B1F9-D1614C446970

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 22-11068 |
| FTX TRADING LTD., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Trup Recovery LLC** | **EFRA Digital Assets Inc** |
|---|---|
| Name of Transferee | Name of Transferor |

**Address:**
Trup Recovery LLC
c/o Riva Ridge Capital Management LP
55 Fifth Avenue, 18th Floor
New York, New York 10003
Attn: Peter Finelli
Email: rivatrades@rivalp.com

**Address:**
EFRA Digital Assets Inc
c/o Jonathan Serrano
Dinsmore & Shohl LLP
550 S. Hope Street, Ste 1765
Los Angeles, CA 90071
Email: jonathan.serrano@dinsmore.com

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule ID: 2211068806818223  Proof of Claim No.: 49205 | EFRA Digital Assets Inc | 100% of Transferor's Claim | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ DocuSigned_
Transferee/Transferee's Agent

Date: May 29, 2024

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*