OFFICIAL

RECEIVED

2024 MAY 29  AM 10: 47

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

8 Wrangle Farm Green
Clevedon
North Somerset
BS21 5DR
United Kingdom
Tel: 07877 249636
Email: richardcoleman81@googlemail.com

Re: FTX Trading Ltd, Case No. 22-11068 (JTD) IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Response to Objection of Claim #17234 Richard Coleman

Dear Sir/Madam

I write in response to the objection to Claim #17234:

To access FTX, I used two methods via the apps – 'FTX Pro' (account number 43471946) and 'FTX' (account number 43467203). The 'FTX' app was used to utilise the 'FTX Earn' function and is where the majority of my assets were held. This can be seen in the attached Excel document 'FTX Claim Value – Holdings Validation' and is a download from the 'FTX Digital Markets Ltd: Claim Portal' of all assets I held (see screenshot in Figure 2).

The basis for the objection to my claim 17234 appears to only recognise assets I held under FTX Pro account number 43471946 and does not recognise assets that were held under 'FTX Earn' account number 43467203.

When I first submitted my claim via claim.ftx.com, it stated that I only held $17.51 which is the total value of holdings under FTX Pro – I therefore added in my assets held under FTX Earn i.e., XRP, LTC and LINK with a total value of $16,768.58.

During a future stage of the process and via the 'FTX Digital Markets Ltd: Claim Portal' the value of all assets I held are shown correctly:

Figure 1: Screenshot from the 'FTX Digital Markets Ltd: Claim Portal':

| Registered Email | FTX Account # | Currency description | Balance | Conversion Rate | Value (USD) |
|---|---|---|---|---|---|
| richardcoleman81@googlemail.com | 43471946 | USD | 17.51448146 | 1.00000000 | 17.51 |
| richardcoleman81@googlemail.com | 43471946 | XRP-PERP | 0.00000000 | 0.36805000 | 0.00 |
| richardcoleman81@googlemail.com | 43471946 | USD Tether | 0.00000000 | 0.99759100 | 0.00 |
| richardcoleman81@googlemail.com | 43467203 | ChainLink Token | 95.13832953 | 6.79024990 | 646.30 |
| richardcoleman81@googlemail.com | 43467203 | Litecoin | 6.27975780 | 60.61060000 | 380.62 |
| richardcoleman81@googlemail.com | 43467203 | XRP | 41,793.03520024 | 0.37623850 | 15,724.15 |

Overall Balance - (19-05-2024)
$16,768.58

Figure 2: Screenshot of download of assets held from the 'FTX Digital Markets Ltd: Claim Portal':

| Registered Email | FTX Account # | Currency description | Balance | Conversion Rate | Value (USD) |
|---|---|---|---|---|---|
| richardcoleman81@googlemail.com | 43467203 | XRP | 41,793.03520024 | 0.37623850 | 15,724.15 |
| richardcoleman81@googlemail.com | 43467203 | ChainLink Token | 95.13832953 | 6.79324990 | 646.30 |
| richardcoleman81@googlemail.com | 43467203 | Litecoin | 6.27975780 | 60.61060000 | 380.62 |
| richardcoleman81@googlemail.com | 43471946 | USD | 17.51446146 | 1.00000000 | 17.51 |
| richardcoleman81@googlemail.com | 43471946 | USD Tether | 0.00000000 | 0.99759100 | 0.00 |

Although my details are all correct and the claim has been submitted using the 'FTX Digital Markets Ltd: Claim Portal', it states that my claim number is #28192. I am unsure therefore if I do have an active and unobjected claim under #28192 that has all my assets correctly listed? If that is the case, then the objection to claim #17234 is justified. However, if that is not the case, all assets should be fully listed for both my account numbers under #17234. How can I confirm the status of #28192?

Figure 3: Screenshot of the 'FTX Digital Markets Ltd: Claim Portal' Dashboard:



Additionally, to the download of assets held from the 'FTX Digital Markets Ltd: Claim Portal', the evidence I have for holdings within the FTX Earn app are phone screenshots I took on 10th November 2022:

Figure 4:





 

Attempted withdrawals of my XRP and LTC were not processed by FTX.

**Conclusion:**

- The total value of my holdings with FTX under account numbers 43471946 and 43467203 was $16,768.58.
- The basis of the objection to Claim 17234 does not take into consideration assets held under FTX Earn account number 43467203.
- The assets I held and total value of $16,768.58 of my claim #28192 via the 'FTX Digital Markets Ltd: Claim Portal' is correct – <u>can you please confirm this claim is active and unobjected?</u>
- If claim #28192 is active and unobjected, then objection to claim #17234 is indeed substantiated. However, I need confirmation that I have a full and active claim that contains the full value of assets held under #28192.

Yours Faithfully

Richard Coleman
19th May 2024

Please note, as directed, this has also been issued via email to:

kranzleya@sullcrom.com
landis@lrclaw.com
Brown@lrclaw.com