# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Ref. Nos. 157, 545, 1643, 1690, 3353, 6153, 7315 & 14727 |

## CERTIFICATION OF COUNSEL

I, Matthew R. Pierce, counsel to the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby certify as follows to the best of my knowledge, information and belief:

1. On November 23, 2023, the Court entered the *Interim Order (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on an Interim Basis and (III) Granting Certain Related Relief* [D.I. 157] (the "Interim Order").

2. On January 11, 2023, the Court entered the *Final Order (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on a Final Basis and (III) Granting Certain Related Relief* [D.I. 545] (the "Final Order").

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0076007.}

3. On June 15, 2023, the Court entered the *Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals* [D.I. 1643] (the "First Extension Order").

4. On June 23, 2023, the Bloomberg L.P., Dow Jones & Company, Inc., The New York Times Company and The Financial Times Ltd (collectively, the "Media Intervenors") filed a notice of appeal regarding the First Extension Order [D.I. 1690].

5. On October 24, 2023, the Court entered the *Second Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers* [D.I. 3353] (the "Second Extension Order").

6. On each of January 11, 2023, June 8, 2023, June 9, 2023 and October 24, 2023 (collectively, the "Prior Hearings"), the Court held an evidentiary hearing during which the Debtors and/or the Official Committee of Unsecured Creditors appointed in the above-captioned cases (the "Committee"), as applicable, presented evidence on which the Court relied to enter the Orders.

7. At the October 24, 2023 hearing, in connection with granting the Second Extension Order, the Court requested that the Debtors, Committee, the United States Trustee for the District of Delaware (the "U.S. Trustee") and Media Intervenors (together, the "Parties") find "some way to avoid another one of these hearings in 90 days where we don't have to go through and hear the same testimony again." (Oct. 24, 2023 Hr'g Tr. 59:16-18).

8. On January 22, 2024, the Debtors filed the *Third Joint Motion of the Debtors and of the Official Committee of Unsecured Creditors for an Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers* [D.I. 6153] (the "Third Extension

Motion"), seeking entry of the *Third Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers*.

9. On February 13, 2024, the Court entered the *Third Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers* [D.I. 7315] (the "Third Extension Order" and, together with the Interim Order, Final Order, First Extension Order, and Second Extension Order, the "Orders").

10. On May 13, 2024, the Debtors filed the *Fourth Joint Motion of the Debtors and of the Official Committee of Unsecured Creditors for an Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers* [D.I. 14727] (the "Fourth Extension Motion"), seeking entry of the *Fourth Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers*.

11. The Fourth Extension Motion is scheduled for a hearing on June 13, 2024.

12. Consistent with the Court's directive at the October 24, 2023 hearing, the Parties have entered into the *Stipulation Regarding the Fourth Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers* (the "Stipulation"), a copy of which is attached hereto as Exhibit A, which provides, among other things, that "the Parties agree that the Court may rule on the Fourth Extension Motion based on the existing record of the Prior Hearings and the pleadings filed to date." Stipulation, ¶1.

13. Except as otherwise set forth in the Stipulation, the Debtors have not received any formal or informal responses to the relief requested in the Fourth Extension Motion.

14. A copy of the proposed form of order submitted with the Fourth Extension Motion is attached hereto as Exhibit B.

| | |
|---|---|
| Dated: May 29, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>        brown@lrclaw.com<br>        pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>        bromleyj@sullcrom.com<br>        gluecksteinb@sullcrom.com<br>        kranzleya@sullcrom.com<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession* |