# Exhibit B

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:

FTX TRADING LTD., *et al.*,[1]

    Debtors.

Chapter 11

Case No. 22-11068 (JTD)

(Jointly Administered)

Ref. Nos. 14727 & _____

**FOURTH ORDER AUTHORIZING THE MOVANTS TO REDACT OR**
**WITHHOLD CERTAIN CONFIDENTIAL INFORMATION OF CUSTOMERS**

Upon the joint motion (the "Motion")[2] of FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") and the Official Committee of Unsecured Creditors appointed in the above-captioned cases (the "Committee" and, together with the Debtors, the "Movants") for entry of an order (this "Order") authorizing the Movants to redact the names, addresses and e-mail addresses of the Debtors' customers from any filings with the Court or made publicly available in these Chapter 11 Cases; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

the relief requested therein has been provided in accordance with the Bankruptcy Rules and the

Local Rules, and that no other or further notice is necessary; and upon the record before this Court;

and this Court having found and determined that the relief set forth in this Order is in the best

interests of the Debtors and their estates; and that the legal and factual bases set forth in the Motion

establish just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      The Debtors and the Committee are each authorized, pursuant to

section 107(b)(1) of the Bankruptcy Code, to redact the names, addresses and e-mail addresses of

all of the Debtors' customers from all filings with the Court or made publicly available in these

Chapter 11 Cases; *provided*, *however*, that the authorization pursuant to section 107(b)(1) to redact

the names of all customers, and to redact the names, addresses and e-mail addresses of customers

who are not natural persons, is only until the date that is 90 days from the date of the entry of this

Order (such date, the "Extended Redaction Deadline"); *provided, further*, that the authorization to

redact the names of customers, whether they are natural persons or entities, and the addresses of

customers who are not natural persons, is limited to those documents in which disclosure would

indicate the status of such person or entity as a customer.

3.      The right of the Debtors, the Committee, and all other parties-in-interest to

seek an extension of the Extended Redaction Deadline, or to request authorization to redact any

personal information of customers, creditors or equity holders on any other grounds, are reserved.

4.      Other than as to the Extended Redaction Deadline set forth in paragraph 2

and referenced in paragraph 7 of the First Extension Order, nothing in this Order alters or modifies

any provisions of the Original Order, the First Extension Order, the Second Extension Order or

the Third Extension Order.  Each of the Original Order, the First Extension Order, the Second

Extension Order and the Third Extension Order remains in full force and effect.

5.      Each of the Movants is authorized and empowered to execute and deliver

such documents, and to take and perform all actions necessary to implement and effectuate the

relief granted in this Order.

6.      This Court shall retain jurisdiction with respect to any matters, claims,

rights or disputes arising from or related to the Motion or the implementation of this Order.


Dated: _____          _____
        Wilmington, Delaware                 The Honorable John T. Dorsey
                                             United States Bankruptcy Judge