## SCHEDULE 1

**No Liability Non-Portal Claims**

No Liability
Schedule 1

| | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | Name on File<br>Address on File | 12/27/2022 | 22-11068 (JTD)<br>FTX Trading Ltd. | 220 | $3,359,509.79 | The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. |
| 2 | Name on File<br>Address on File | 06/03/2023 | 22-11069 (JTD)<br>Alameda Research Holdings Inc. | 2538 | $624,678.00* | The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. |
| 3 | Name on File<br>Address on File | 03/20/2023 | 22-11068 (JTD)<br>FTX Trading Ltd. | 1301 | $62,124.02 | The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. |
| 4 | Name on File<br>Address on File | 03/20/2023 | 22-11068 (JTD)<br>FTX Trading Ltd. | 1302 | $335,218.00 | The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. |
| 5 | Name on File<br>Address on File | 03/20/2023 | 22-11068 (JTD)<br>FTX Trading Ltd. | 1304 | $338,732.24 | The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. |
| 6 | Name on File<br>Address on File | 03/20/2023 | 22-11068 (JTD)<br>FTX Trading Ltd. | 1313 | $862,106.00 | The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. |
| 7 | Name on File<br>Address on File | 03/20/2023 | 22-11068 (JTD)<br>FTX Trading Ltd. | 1315 | $799,680.03 | The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. |

*Indicates claim contains unliquidated and/or undetermined amounts

No Liability
Schedule 1

| | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 8 | Name on File<br>Address on File | 03/20/2023 | 22-11068 (JTD)<br>FTX Trading Ltd. | 1374 | $82,128.41 | The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. |
| 9 | Name on File<br>Address on File | 03/20/2023 | 22-11068 (JTD)<br>FTX Trading Ltd. | 1378 | $100,000.00 | The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. |
| 10 | Name on File<br>Address on File | 03/20/2023 | 22-11068 (JTD)<br>FTX Trading Ltd. | 1383 | $5,616.13 | The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. |
| | | | | TOTAL | $6,569,792.62* | |

*Indicates claim contains unliquidated and/or undetermined amounts