## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., *et al.*, 1

Debtors.

Chapter 11

Case No. 22-11068 (JTD)

(Jointly Administered)

## AFFIDAVIT OF SERVICE

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Defective Transfer of Claim, to be served via First Class Mail and/or Email on the date and upon the Transferor and Transferee, as set forth on the Defective Transfer Service List attached hereto as **Exhibit A**.

*[Remainder of page intentionally left blank]*

---

1 The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: May 23, 2024

*/s/ Thomas Evangelista*
Thomas Evangelista

State of New York
County of New York


Subscribed and sworn (or affirmed) to me on May 23, 2024, by Thomas Evangelista, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**<u>Exhibit A</u>**

**Exhibit A**
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4185 | Name on File<br>Address on File<br>Email Address on File | 117 Partners LTD<br>Thomas Braziel<br>6.20 World Trade Center, 6 Bayside Road<br>Gibraltar,  GX11 1AA Gibraltar<br>Email: tom@117partners.com | 4/17/2024 |
| 4473 | Name on File<br>Address on File | Terrapin International Foundation<br>Hugh Karp<br>Duplex No. 6 Obarrio<br>Calle 61<br>Panama | 4/4/2024 |
| 4475 | Name on File<br>Address on File<br>Email Address on File | Terrapin International Foundation<br>Hugh Karp<br>Duplex No. 6 Obarrio<br>Calle 61<br>Panama | 4/4/2024 |
| 4477 | Name on File<br>Address on File | Terrapin International Foundation<br>Hugh Karp<br>Duplex No. 6 Obarrio<br>Calle 61<br>Panama | 4/4/2024 |
| 4481 | Name on File<br>Address on File<br>Email Address on File | Terrapin International Foundation<br>Hugh Karp<br>Duplex No. 6 Obarrio<br>Calle 61<br>Panama | 4/17/2024 |
| 5125 | Name on File<br>Address on File<br>Email Address on File | Boway Holdings, LLC<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com | 4/24/2024 |
| 5137 | Name on File<br>Address on File<br>Email Address on File | Rohan Pandit<br>1509 Ave Ponce de Leon, Apt 1153<br>Cond Plaza Del Sur 1100<br>San Juan, PR 00909<br>Email: pandit.rohan@gmail.com | 4/17/2024 |
| 5465 | Name on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | 4/17/2024 |
| 5470 | Name on File<br>Address on File<br>Email Address on File | Bluefin Energy, LLC<br>Attn: Art Duquette<br>c/o Bluefin Companies<br>41 Madison Avenue, 36th Floor<br>New York, NY 10010<br>Email: mkole@bfcm.com | 4/17/2024 |
| 5471 | Name on File<br>Address on File<br>Email Address on File | Red River Digital Trading LLC<br>111 Congress, Suite 500<br>Austin, TX 78701<br>Email: delfos.machado@redriverdt.com | 4/17/2024 |
| 5622 | Name on File<br>Address on File<br>Email Address on File | Arceau 507 II LLC<br>Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey, GU24 8BD United Kingdom | 4/4/2024 |
| 5758 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>800 Miramonte Drive<br>Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 4/4/2024 |

**Exhibit A**

Defective Transfer Service List

Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 6121 | Name on File<br>Address on File<br>Email Address on File | Hain Capital Investors Master Fund, LTD<br>301 Route 17 North<br>Suite 816A<br>Rutherford, NJ 07070 | 4/4/2024 |
| 6225 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Timothy Babich<br>c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 4/24/2024 |
| 6230 | Name on File | Nexxus Participation Vehicle III LLC<br>Attn: Timothy Babich<br>c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 4/24/2024 |
| 6232 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Timothy Babich<br>c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 4/24/2024 |
| 6536 | Name on File<br>Address on File | Svalbard Holdings Limited<br>Attn: Steve Gillies<br>c/o Attestor Limited<br>7 Seymour Street<br>London, W1H 7JW United Kingdom<br>Email: settlements@attestorcapital.com | 4/4/2024 |
| 6657 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey,  GU24 8BD United Kingdom | 4/17/2024 |
| 6660 | Name on File<br>Address on File | Oroboros FTX I, LLC<br>245 Michigan Avenue LG4<br>Miami, FL 33139 | 4/4/2024 |
| 6688 | Name on File<br>Address on File<br>Email Address on File | 117 Partners LLC<br>Thomas Braziel<br>5 Greyhen Lane<br>Savannah, GA 31411<br>Email: tom@117partners.com | 4/17/2024 |
| 6732 | Name on File<br>Address on File<br>Email Address on File | Fire Bouvardia, L.L.C.<br>Attention: Timothy Lin<br>c/o Crowell & Moring LLP<br>389 9th Ave, 44th Floor<br>New York, NY 10001<br>Email: tlin@crowell.com | 4/17/2024 |
| 6748 | Name on File<br>Address on File<br>Email Address on File | Wireless Mouse I, LLC<br>Lingtong Sun<br>2120 University Avenue, #607<br>Berkeley, CA 94704<br>Email: contact@transformerlabs.xyz | 4/24/2024 |
| 6774 | Name on File<br>Address on File<br>Email Address on File | Livello Capital Special Opportunities Master Fund LP<br>Attn: Joseph Salegna<br>c/o Livello Management LP<br>104 W. 40th Street, 19th Floor<br>New York, NY 10018<br>Email: jsalegna@livellocap.com | 4/17/2024 |

**Exhibit A**
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 6782 | Name on File<br>Address on File<br>Email Address on File | Wireless Mouse I, LLC<br>Lingtong Sun<br>2120 University Avenue, #607<br>Berkeley, CA 94704<br>Email: contact@transformerlabs.xyz | 4/4/2024 |
| 6787 | Name on File<br>Address on File<br>Email Address on File | Wireless Mouse I, LLC<br>Attn: Lingtong Sun<br>2120 University Avenue, #607<br>Berkeley, CA 94704<br>Email: contact@transformerlabs.xyz | 4/24/2024 |
| 6807 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors, L.L.C.<br>Attn: Michael Linn<br>c/o Farallon Capital Management, L.L.C<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com | 4/24/2024 |
| 6849 | Name on File<br>Address on File<br>Email Address on File | FC Cayman A, L.L.C.<br>Attn: Joseph G. Minias, Esq.<br>c/o Willkie Farr & Gallagher LLP Attn: Joseph G. Minias, Esq.<br>787 Seventh Avenue<br>New York, NY 10019<br>Email: jminias@wilkie.com | 4/4/2024 |
| 6927 | Name on File<br>Address on File<br>Email Address on File | Wireless Mouse I, LLC<br>Lingtong Sun<br>2120 University Avenue, #607<br>Berkeley, CA 94704<br>Email: contact@transformerlabs.xyz | 4/17/2024 |
| 7002 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: contact@transformerlabs.xyz | 4/4/2024 |
| 7052 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/17/2024 |
| 7067 | Name on File<br>Address on File<br>Email Address on File | Canyon Balanced Master Fund, Ltd.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th floor<br>Los Angeles, CA 90067<br>Email: legal@canyonpartners.com,<br>JPagnam@canyonpartners.com | 4/24/2024 |
| 7071 | Name on File<br>Address on File<br>Email Address on File | The Canyon Value Realization Master Fund, L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th floor<br>Los Angeles, CA 90067<br>Email: legal@canyonpartners.com,<br>JPagnam@canyonpartners.com | 4/24/2024 |
| 7098 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/4/2024 |
| 7111 | Name on File<br>Email Address on File | Hudson Bay Claim Fund LLC<br>Attn: Matthew Weinstein and Chad Flick<br>c/o Hudson Bay Capital Management LP<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830<br>Email: mweinstein@hudsonbaycapital.com | 4/17/2024 |

**Exhibit A**
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 7158 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/4/2024 |
| 7178 | Name on File<br>Address on File<br>Email Address on File | Azure Distressed Opportunities Corporation<br>Attn: Ngeow Wu Tien<br>4th Floor, Harbour Palace<br>103 South Church Street<br>Grand Cayman, Ky1-1002 Cayman Islands<br>Email: claims@aztide.com | 4/4/2024 |
| 7180 | Name on File<br>Address on File | Svalbard Holdings Limited<br>Attn: Steve Gillies<br>c/o Attestor Limited<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: settlements@attestorcapital.com | 4/17/2024 |
| 7184 | Name on File<br>Address on File<br>Email Address on File | Svalbard Holdings Limited<br>Steve Gillies<br>c/o Attestor Limited<br>7 Seymour Street<br>London, W1H 7JW United Kingdom<br>Email: settlements@attestorcapital.com | 4/4/2024 |
| 7221 | Name on File<br>Address on File<br>Email Address on File | Svalbard Holdings Limited<br>Attn: Steve Gillies<br>c/o Attestor Limited<br>7 Seymour Street<br>London, W1H7JW United Kingdom<br>Email: settlements@attestorcapital.com | 4/4/2024 |
| 7296 | Name on File<br>Address on File<br>Email Address on File | DCP Master Investments XV LLC<br>c/o Diameter Capital Partners, LP<br>55 Hudson Yards, Suite 29B<br>New York, NY 10001 | 4/24/2024 |
| 7373 | Name on File<br>Address on File<br>Email Address on File | FTX CREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/17/2024 |
| 7380 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: contact@transformerlabs.xyz | 4/4/2024 |
| 7417 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: contact@transformerlabs.xyz | 4/4/2024 |
| 7463 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/4/2024 |
| 7520 | Name on File<br>Address on File<br>Email Address on File | Boway Holdings, LLC<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com | 4/24/2024 |

**Exhibit A**
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 7542 | Name on File<br>Address on File<br>Email Address on File | 117 Partners Ltd<br>Attention: Thomas Braziel<br>6.20 World Trade Center<br>6 Bayside Road<br>Gibraltar, GX11 1AA Gibraltar<br>Email: tom@117partners.com | 4/17/2024 |
| 7847 | Name on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway<br>Suite 906<br>New York, NY 10018<br>Email: vjel@cherokeeacq.com | 4/4/2024 |
| 7952 | Name on File<br>Address on File<br>Email Address on File | Third Web Capital Management, LLC<br>Attn: Brett Lyons<br>920 Incline Way<br>Suite 2D<br>Incline Village, NV 89451<br>Email: ir@thirdweb.capital | 4/24/2024 |
| 7957 | Name on File<br>Address on File<br>Email Address on File | 117 Partners Ltd<br>Attn: Thomas Braziel<br>6.20 World Trade Center<br>6 Bayside Road<br>Gibraltar, GX11 1AA Gibraltar<br>Email: tom@117partners.com | 4/24/2024 |
| 7980 | Name on File<br>Address on File | Svalbard Holdings Limited<br>Attn: Steve Gillies<br>c/o Attestor Limited<br>7 Seymour Street<br>London, W1H 7JW United Kingdom<br>Email: settlements@attestorcapital.com | 4/17/2024 |
| 7984 | Name on File<br>Address on File | Svalbard Holdings Limited<br>Attn: Steve Gillies<br>c/o Attestor Limited<br>7 Seymour Street<br>London, W1H 7JW United Kingdom<br>Email: settelements@attestorcapital.com | 4/24/2024 |
| 7987 | Name on File<br>Address on File<br>Email Address on File | Svalbard Holdings Limited<br>Attn: Steve Gillies<br>c/o Attestor Limited<br>7 Seymour Street<br>London, W1H 7JW United Kingdom<br>Email: settlements@attestorcapital.com | 4/4/2024 |
| 8007 | Name on File<br>Address on File<br>Email Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway<br>Suite 906<br>New York, NY 10018<br>Email: vjel@cherokeeacq.com | 4/4/2024 |
| 8146 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/4/2024 |
| 8155 | *Name not Provided by Transferee* | Marquette Partners Holdings LLC<br>Wayne Remai<br>1 East Erie Street<br>Suite 525-2305<br>Chicago, IL 60611<br>Email: wremai@mqplp.com | 4/17/2024 |

**Exhibit A**
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 8157 | Name on File<br>Address on File<br>Email Address on File | FTX Creditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/24/2024 |
| 8160 | Name on File<br>Address on File<br>Email Address on File | DCP Master Investments XV LLC<br>c/o Diameter Capital Partners, LP<br>55 Hudson Yards<br>Suite 29B<br>New York, NY 10001<br>Email: srao@diametercap.com | 4/4/2024 |
| 8169 | *Name not Provided by Transferee* | Grand Teton C I, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: tim.babich@nexxus-holdings.com | 4/4/2024 |
| 8191 | Name on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>800 Miramonte Drive<br>Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 4/4/2024 |
| 8213 | Name on File<br>Address on File<br>Email Address on File | Hudson Bay Claim Fund LLC<br>Attn: Matthew Weinstein / Chad Flick<br>c/o Hudson Bay Capital Management LP<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830<br>Email: mweinstein@hudsonbaycapital.com,<br>cflick@hudsonbaycapital.com | 4/24/2024 |
| 8240 | *Name not Provided by Transferee* | DCP Master Investments XV LLC<br>C/o Diameter Capital Partners, LP<br>55 Hudson Yards, Suite 29B<br>New York, NY 10001 | 4/4/2024 |
| 8315 | Name on File<br>Address on File<br>Email Address on File | Hudson Bay Claim Fund LLC<br>Attn: Matthew Weinstein / Chad Flick<br>c/o Hudson Bay Capital Management LP<br>28 Havemeyer Place 2nd Floor<br>Greenwich, CT 06830<br>Email: mweinstein@hudsonbaycapital.com,<br>cflick@hudsonbaycapital.com | 4/4/2024 |
| 8319 | Name on File<br>Address on File<br>Email Address on File | CDOF IV Master Fund, L.P.<br>Attn: James Pagnam and Legal<br>C/O Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: legal@canyonpartners.com | 4/17/2024 |
| 8321 | Name on File<br>Address on File<br>Email Address on File | CDOF IV Master Fund L.P.<br>Attn: James Pagnam and Legal<br>C/O Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11 Floor<br>Los Angeles, CA 90067<br>Email: Legal@canyonpartner.com,<br>Jpagnam@canyonpartners.com | 4/17/2024 |
| 8327 | Name on File<br>Address on File<br>Email Address on File | Advanced Legal P.C.<br>Woong Kyu SUNG<br>258 Steilen Avenue<br>Ridgewood, NJ 07450<br>Email: contact@ftxlegalclinic.com | 4/4/2024 |

**Exhibit A**

Defective Transfer Service List

Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 8335 | Name on File<br>Address on File<br>Email Address on File | 507 Investment Fund LLC<br>Thomas Braziel<br>5 Greyhen Lane<br>Savannah, GA 31411<br>Email: tom@117partners.com | 4/4/2024 |
| 8336 | Name on File<br>Address on File<br>Email Address on File | 507 Investment Fund LLC<br>Attn: Thomas Braziel<br>5 Greyhen Lane<br>Savannah, GA 31411<br>Email: tom@117partners.com | 4/4/2024 |
| 8338 | Name on File<br>Address on File<br>Email Address on File | 507 Investment Fund LLC<br>Thomas Braziel<br>5 Greyhen Lane<br>Savannah, GA 31411<br>Email: tom@117partners.com | 4/4/2024 |
| 8344 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>800 Miramonte Drive<br>Suite 380<br>Santa Barbara, CA 93109<br>Email: Tim.babich@nexxus-holdings.com | 4/17/2024 |
| 8351 | Name on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>800 Miramonte Drive<br>Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 4/4/2024 |
| 8406 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/4/2024 |
| 8440 | Name on File<br>Address on File<br>Email Address on File | Canyon IC credit Master Fund LP<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: legal@canyonpartners.com,<br>Jpagnam@canyonpartners.com | 4/17/2024 |
| 8444 | Name on File<br>Address on File<br>Email Address on File | Canyon-ASP Fund, LP<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: legal@canyonpartners.com | 4/17/2024 |
| 8477 | *Name not Provided by Transferee* | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/4/2024 |
| 8494 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/17/2024 |
| 8504 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/4/2024 |

**Exhibit A**

Defective Transfer Service List

Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 8541 | Name on File<br>Address on File<br>Email Address on File | Hudson Bay Claim Fund LLC<br>Attn: Matthew Weinstein / Chad Flick<br>c/o Hudson Bay Capital Management LP<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830<br>Email: mweinstein@hudsonbaycapital.com,<br>cflick@hudsonbaycapital.com | 4/17/2024 |
| 8542 | Name on File<br>Address on File<br>Email Address on File | Hudson Bay Claim Fund LLC<br>Attn: Matthew Weinstein / Chad Flick<br>c/o Hudson Bay Capital Management LP<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830<br>Email: mweinstein@hudsonbaycapital.com,<br>cflick@hudsonbaycapital.com | 4/4/2024 |
| 8549 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/4/2024 |
| 8562 | *Name not Provided by Transferee* | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/4/2024 |
| 8579 | *Name not Provided by Transferee* | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/4/2024 |
| 8638 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>800 Miramonte Drive<br>Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 4/4/2024 |
| 8647 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Tim Babich<br>800 Miramonte Drive<br>Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 4/17/2024 |
| 8651 | Name on File<br>Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: rbeacher@pryorcashman.com,<br>12017192157@tls.ldsprod.com | 4/24/2024 |
| 8661 | Name on File<br>Address on File<br>Email Address on File | 117 Partners LLC<br>Attention: Thomas Braziel<br>5 GREYHEN LN<br>SAVANNAH, GA 31411<br>Email: tom@117partners.com | 4/24/2024 |
| 8683 | Name on File<br>Address on File | Nexxus Participation Vehicle III LLC<br>Tim Babich<br>800 Miramonte Drive<br>Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 4/24/2024 |

**Exhibit A**
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 8718 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/17/2024 |
| 8783 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>800 Miramonte Drive<br>Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 4/24/2024 |
| 8791 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>800 Miramonte Drive<br>Suite 380<br>Santa Barbara, CA 94111<br>Email: tim.babich@nexxus-holdings.com | 4/24/2024 |
| 8795 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>800 Miramonte Drive<br>Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 4/24/2024 |
| 8798 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>800 Miramonte Drive<br>Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 4/24/2024 |
| 8833 | Name on File<br>Address on File<br>Email Address on File | FTX CLAIMS SPV LLC<br>Anh Le<br>475 Sansome St<br>Suite 730<br>San Francisco, CA 94111<br>Email: ftx@spvtrading.com | 4/4/2024 |
| 8847 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>800 Miramonte Drive<br>Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 4/24/2024 |
| 8883 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Timothy Babich<br>c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 4/24/2024 |
| 8895 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/4/2024 |
| 8953 | Name on File<br>Address on File<br>Email Address on File | Arceau 507 II LLC<br>Michael Bottjer<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey, GU24 8BD United Kingdom<br>Email: michael@arceaucapital.com | 4/4/2024 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 8963 | *Name not Provided by Transferee* | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>800 Miramonte Drive<br>Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 4/4/2024 |
| 9003 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Tim Babich<br>800 Miramonte Drive<br>Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 4/17/2024 |
| 9005 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>800 Miramonte Drive<br>Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 4/24/2024 |
| 9012 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>800 Miramonte Drive<br>Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 4/24/2024 |
| 9013 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Tim Babich<br>800 Miramonte Drive<br>Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 4/17/2024 |
| 9018 | Name on File<br>Email Address on File | Canyon Distressed TX (B) LLC<br>Attn: James Pagnam<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpa1tners.com,<br>legal@canyonpartners.com | 4/24/2024 |
| 9054 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>800 Miramonte Drive<br>Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 4/4/2024 |
| 9164 | Name on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 4/4/2024 |
| 9200 | Name on File<br>Address on File<br>Email Address on File | Goldman Sachs Lending Partners LLC<br>Attn: gs-bankruptcyclaims@gs.com<br>200 West Street<br>New York, NY 10282<br>Email: gs-bankruptcyclaims@gs.com | 4/4/2024 |
| 9219 | Name on File<br>Address on File<br>Email Address on File | FTX Creditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/24/2024 |

**Exhibit A**

Defective Transfer Service List

Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 9228 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors, L.L.C.<br>Attn: Michael Linn<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com | 4/4/2024 |
| 9245 | Name on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 4/24/2024 |
| 9246 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III<br>Attn: Tim Babich<br>c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109 | 4/24/2024 |
| 9270 | Name on File<br>Address on File<br>Email Address on File | FTX Creditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/17/2024 |
| 9276 | Name on File<br>Address on File<br>Email Address on File | Oaktree Phoenix Investment Fund, L.P.<br>Attention: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com | 4/17/2024 |
| 9287 | Name on File<br>Address on File<br>Email Address on File | FTX Creditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/24/2024 |
| 9320 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/24/2024 |
| 9416 | Name on File<br>Address on File | Hudson Bay Claim Fund LLC<br>Attention: Matthew Weinstein and Chad Flick<br>c/o Hudson Bay Capital Management LP<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830<br>Email: mweinstein@hudsonbaycapital.com,<br>cflick@hudsonbaycapital.com | 4/4/2024 |
| 9434 | Name on File<br>Address on File<br>Email Address on File | DCP Master Investments XV LLC<br>c/o Diameter Capital Partner, LP<br>55 Hudson Yards<br>Suite 29B<br>New York, NY 10001<br>Email: srao@diametercap.com | 4/4/2024 |
| 9436 | Name on File<br>Address on File<br>Email Address on File | FTX Claims SPV LLC<br>Attn: Anh Le<br>475 Sansome St<br>Suite 730<br>San Francisco, CA 94111<br>Email: ftx@spvtrading.com | 4/24/2024 |
| 9487 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/24/2024 |

**Exhibit A**
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 9564 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/24/2024 |
| 9575 | Not Provided by Transferee | DOIP II Luxembourg LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 4/24/2024 |
| 9576 | Not Provided by Transferee | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 4/24/2024 |
| 9577 | Not Provided by Transferee | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 4/24/2024 |
| 9588 | Name on File<br>Address on File<br>Email Address on File | Boway Holdings, LLC<br>Attention: Colin McLafferty<br>1301 Avenue of the Americas, 34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com | 4/24/2024 |
| 9615 | Name on File<br>Address on File<br>Email Address on File | Trup Recovery LLC<br>Stephen Golden<br>c/o Riva Ridge Capital Management LP<br>55 Fifth Avenue, 18th Floor<br>New York, NY 10003<br>Email: sgolden@rivalp.com | 4/17/2024 |
| 9655 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/4/2024 |
| 9697 | Not Provided by Transferee | Opps CY Holdings, LLC<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com | 4/24/2024 |
| 9713 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/24/2024 |
| 9726 | Name on File<br>Address on File<br>Email Address on File | Canyon-ASP Fund, L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: legal@canyonpartners.com,<br>Jpagnam@canyonpartners.com | 4/24/2024 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 9728 | Name on File<br>Address on File<br>Email Address on File | Canyon Balanced Master Fund, Ltd.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: legal@canyonpartners.com,<br>Jpagnam@canyonpartners.com | 4/24/2024 |
| 9730 | Name on File<br>Address on File<br>Email Address on File | Canyon ESG Master Fund, L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: legal@canyonpartners.com,<br>Jpagnam@canyonpartners.com | 4/24/2024 |
| 9734 | Name on File<br>Address on File<br>Email Address on File | Canyon Value Realization Fund, L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: legal@canyonpartners.com,<br>Jpagnam@canyonpartners.com | 4/24/2024 |
| 9879 | Not Provided by Transferee | Livello Capital Special Opportunities Master Fund LP<br>Attn: Joseph Salegna<br>c/o Livello Capital Management LLP<br>104 W. 40th Street, 19th Floor<br>New York, NY 10018 | 4/24/2024 |
| 9890 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/24/2024 |
| 9926 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/24/2024 |
| 9953 | Not Provided by Transferee | Opps CY Holdings, LLC<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com | 4/24/2024 |
| 10118 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: contact@transformerlabs.xyz | 4/24/2024 |
| 10207 | Name on File<br>Email Address on File | Phoenix Digital LLC<br>Attn: Tain Zeng<br>42 33rd St, 27B<br>New York, NY 10001<br>Email: tzeng@nirvana-cap.com | 4/24/2024 |
| 10301 | Name on File<br>Address on File<br>Email Address on File | Opps CY Holdings, LLC<br>Attention: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com | 4/24/2024 |

**Exhibit A**
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 10350 | Name on File<br>Address on File<br>Email Address on File | Azure Distressed Opportunities Corporation<br>Attn: Ngeow Wu Tien<br>4th Floor, Harbour Place,<br>103 South, Church Street<br>Grand Cayman,  KY1-1002 Cayman Islands<br>Email: adoc_legal@aztide.com | 4/17/2024 |
| 10373 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/24/2024 |
| 10430 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/24/2024 |
| 10452 | Name on File<br>Address on File | Hain Capital Investors Master Fund, LTD<br>Keenan Austin<br>301 Route 17 North<br>Suite 816A<br>Rutherford, NJ 07070 | 4/17/2024 |
| 10453 | Name on File<br>Address on File | Hain Capital Investors Master Fund, LTD<br>Keenan Austin<br>301 Route 17 North<br>Suite 816A<br>Rutherford, NJ 07070 | 4/17/2024 |
| 10454 | Name on File<br>Address on File | Hain Capital Investors Master Fund, LTD<br>Keenan Austin<br>301 Route 17 North<br>Suite 816A<br>Rutherford, NJ 07070 | 4/17/2024 |
| 10455 | Name on File<br>Address on File | Hain Capital Investors Master Fund, LTD<br>Keenan Austin<br>301 Route 17 North<br>Suite 816A<br>Rutherford, NJ 07070 | 4/17/2024 |
| 10456 | Name on File<br>Address on File | Hain Capital Investors Master Fund, LTD<br>301 Route 17 North<br>Suite 816A<br>Rutherford, NJ 07070 | 4/17/2024 |
| 10457 | Name on File<br>Address on File | Hain Capital Investors Master Fund, LTD<br>Keenan Austin<br>301 Route 17 North<br>Suite 816A<br>Rutherford, NJ 07070 | 4/17/2024 |
| 10459 | Name on File<br>Address on File | Hain Capital Investors Master Fund, LTD<br>Keenan Austin<br>301 Route 17 North, Suite 816A<br>Rutherford, NJ 07070 | 4/17/2024 |
| 10460 | Name on File<br>Address on File | Hain Capital Investors Master Fund, LTD<br>Keenan Austin<br>301 Route 17 North<br>Suite 816A<br>Rutherford, NJ 07070 | 4/17/2024 |
| 10470 | Not Provided by Transferee | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 4/24/2024 |

**Exhibit A**
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 10471 | Not Provided by Transferee | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 4/24/2024 |
| 10483 | Name on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: rbeacher@pryorcashman.com,<br>12017192157@tls.ldsprod.com | 4/24/2024 |
| 10504 | Name on File<br>Address on File<br>Email Address on File | Philadelphia Indemnity Insurance Company<br>Manier & Herod, P.C.<br>Attn: Scott C. Williams<br>1201 Demonbreun Street, Ste. 900<br>Nashville, TN 37203<br>Email: swilliams@manierherod.com | 4/24/2024 |
| 10506 | Name on File<br>Address on File<br>Email Address on File | Boway Holdings, LLC<br>Attention: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com | 4/24/2024 |
| 10518 | Name on File<br>Address on File | Ceratosaurus Investors, L.L.C.<br>Attn: Michael Linn<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com | 4/24/2024 |
| 10521 | Name on File<br>Address on File | Terrapin International Foundation<br>Hugh Karp<br>Duplex No. 6 Obarrio<br>Calle 61<br>Panama | 4/24/2024 |
| 10538 | Not Provided by Transferee | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 4/24/2024 |
| 10539 | Not Provided by Transferee | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 4/24/2024 |
| 10545 | Not Provided by Transferee | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 4/24/2024 |

**Exhibit A**

Defective Transfer Service List

Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 10561 | Name on File<br>Address on File | NORTHWAY HOUSING, LLC<br>Attn: Joshua Shlomowitz<br>222 Rockaway Turnpike Ste 3<br>Cedarhurst, NY 11516<br>Email: northwayftx@gmail.com | 4/24/2024 |
| 10565 | Name on File<br>Address on File<br>Email Address on File | NORTHWAY HOUSING, LLC<br>Attn: Joshua Shlomowitz<br>222 Rockaway Turnpike Ste 3<br>Cedarhurst, NY 11516<br>Email: northwayftx@gmail.com | 4/24/2024 |
| 10566 | Name on File<br>Address on File<br>Email Address on File | NORTHWAY HOUSING, LLC<br>Attn: Joshua Shlomowitz<br>222 Rockaway Turnpike Ste 3<br>Cedarhurst, NY 11516<br>Email: northwayftx@gmail.com | 4/24/2024 |
| 10571 | Name on File<br>Address on File | NORTHWAY HOUSING, LLC<br>Attn: Joshua Shlomowitz<br>222 Rockaway Turnpike Ste 3<br>Cedarhurst, NY 11516<br>Email: northwayftx@gmail.com | 4/24/2024 |
| 10578 | Name on File<br>Address on File | NORTHWAY HOUSING, LLC<br>Attn: Joshua Shlomowitz<br>222 Rockaway Turnpike Ste 3,<br>Cedarhurst, NY 11516<br>Email: northwayftx@gmail.com | 4/24/2024 |
| 10622 | Not Provided by Transferee | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 4/24/2024 |
| 10623 | Not Provided by Transferee | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 4/24/2024 |
| 10624 | Not Provided by Transferee | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 4/24/2024 |
| 10625 | Not Provided by Transferee | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 4/24/2024 |
| 10632 | Not Provided by Transferee | 117 Partners LLC<br>Attention: Thomas Braziel<br>5 Greyhen Ln<br>Savannah, GA 31411<br>Email: tom@117partners.com | 4/24/2024 |

**Exhibit A**

Defective Transfer Service List

Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 10633 | Not Provided by Transferee | 117 Partners LLC<br>Attention: Thomas Braziel<br>5 Greyhen Ln<br>Savannah, GA 31411<br>Email: tom@117partners.com | 4/24/2024 |
| 10634 | Not Provided by Transferee | 117 Partners LLC<br>Attention: Thomas Braziel<br>5 Greyhen Ln<br>Savannah, GA 31411<br>Email: tom@117partners.com | 4/24/2024 |
| 10678 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/24/2024 |
| 10730 | Name on File<br>Address on File | Ceratosaurus Investors, L.L.C.<br>Attn: Michael Linn<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com | 4/24/2024 |
| 10731 | Name on File<br>Address on File | Ceratosaurus Investors, L.L.C.<br>Attn: Michael Linn<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: mlinn@FarallonCapital.com | 4/24/2024 |
| 10756 | Name on File<br>Address on File<br>Email Address on File | Wireless Mouse I, LLC<br>Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704<br>Email: contact@transformerlabs.xyz | 4/24/2024 |
| 10763 | Name on File<br>Address on File<br>Email Address on File | Wireless Mouse I, LLC<br>Lingtong Sun<br>2120 University Avenue, #607,<br>Berkeley, CA 94704<br>Email: contact@transformerlabs.xyz | 4/24/2024 |
| 10767 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: contact@transformerlabs.xyz | 4/24/2024 |
| 10794 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/24/2024 |
| 10881 | Name on File | Nexxus Participation Vehicle III LLC<br>Attn: Timothy Babich<br>c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr, Suite 380<br>Santa Barbar, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 4/24/2024 |
| 10920 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 4/24/2024 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 10949 | Name on File<br>Address on File<br>Email Address on File | ATLS 5, Ltd.<br>Attn: Salomon Betesh<br>Insurgentes Sur 1722<br>Mexico City, CDMX 01030 Mexico | 4/24/2024 |
| 11008 | Name on File<br>Address on File<br>Email Address on File | Canyon Balanced Master Fund, Ltd.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, Floor 11<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 4/24/2024 |
| 11009 | Name on File<br>Address on File<br>Email Address on File | Canyon IC Credit Master Fund, LP<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, Floor 11<br>Los Angeles, CA 90067<br>Email: legal@canyonpartners.com,<br>Jpagnam@canyonpartners.com | 4/24/2024 |
| 11010 | Name on File<br>Address on File<br>Email Address on File | Canyon Value Realization Fund, L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, Floor 11<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 4/24/2024 |
| 11011 | Name on File<br>Address on File<br>Email Address on File | Canyon-ASP Fund, LP<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, Floor 11<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 4/24/2024 |
| 11012 | Name on File<br>Address on File<br>Email Address on File | The Canyon ESG Master Fund, L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, Floor 11<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 4/24/2024 |
| 11013 | Name on File<br>Address on File<br>Email Address on File | Northway Housing, LLC<br>Attn: Joshua Shlomowitz<br>222 Rockaway Tpke Ste 3<br>Cedarhurst, NY 11516<br>Email: northwayfxt@gmail.com | 4/24/2024 |
| 11014 | Name on File<br>Address on File<br>Email Address on File | The Canyon Value Realization Master Fund, L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, Floor 11<br>Los Angeles, CA 90067<br>Email: Jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 4/24/2024 |
| 11017 | Name on File<br>Address on File<br>Email Address on File | The Canyon Value Realization Master Fund, L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 4/24/2024 |

**Exhibit A**
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 11029 | Name on File<br>Address on File | Svalbard Holdings Limited<br>Attn: Steve Gillies<br>c/o Attestor Limited<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: settelements@attestorcapital.com | 4/24/2024 |
| 11143 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: contact@transformerlabs.xyz | 4/24/2024 |
| 11144 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: contact@transformerlabs.xyz | 4/24/2024 |
| 11145 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/24/2024 |
| 11231 | Name on File<br>Address on File<br>Email Address on File | Svalbard Holdings Limited<br>Attn: Steve Gillies<br>c/o Attestor Limited<br>7 Seymour Street<br>London,  W1H 7JW<br>Email: Settlements@attestorcapital.com | 4/24/2024 |
| 11233 | Name on File<br>Address on File | Svalbard Holdings Limited<br>Attn: Steve Gillies<br>c/o Attestor Limited<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: settelements@attestorcapital.com | 4/24/2024 |
| 11235 | Name on File<br>Address on File | Svalbard Holdings Limited<br>Attn: Steve Gillies<br>c/o Attestor Limited<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: settelements@attestorcapital.com | 4/24/2024 |
| 11597 | Name on File<br>Address on File<br>Email Address on File | Opps CY Holdings, LLC<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com | 4/24/2024 |
| 11817 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/24/2024 |
| 11844 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 4/24/2024 |
| 11979 | Name on File<br>Address on File | Svalbard Holdings Limited<br>Attn: Steve Gillies<br>c/o Attestor Limited<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: settelements@attestorcapital.com | 4/24/2024 |

**Exhibit A**
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 12028 | Name on File<br>Address on File<br>Email Address on File | Hudson Bay Claim Fund LLC<br>Attn: Matthew Weinstein / Chad Flick<br>c/o Hudson Bay Capital Management LP<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830<br>Email: mweinstein@hudsonbaycapital.com,<br>cflick@hudsonbaycapital.com | 4/24/2024 |
| 12029 | Name on File<br>Address on File<br>Email Address on File | Hudson Bay Claim Fund LLC<br>Attn: Matthew Weinstein / Chad Flick<br>c/o Hudson Bay Capital Management LP<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830<br>Email: mweinstein@hudsonbaycapital.com,<br>cflick@hudsonbaycapital.com | 4/24/2024 |