UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re:<br>FTX Trading LTD., *et al.,*<br><br>Debtors | Chapter 11<br><br>No. 22-11068 (JTD)<br><br>(Jointly Administered) |
|---|---|

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Azure Tide Holdings Pte Ltd**

Name and Current Address of Transferor:
**Azure Tide**
**Attn: Zhu Zhiwei, Benjamin**
**80 Marine Parade Road**
**#16-09 Parkway Parade**
**Singapore 449269**
**Email: claims@aztide.com**

Name of Transferee:

**Azure Distressed Opportunities Corporation**

Name and Address where notices and payments to transferee should be sent:
**Azure Distressed Opportunities Corporation**
**Attn: Ngeow Wu Tien**
**4th Floor, Harbour Place, 103 South Church Street, Grand Cayman, KY1-1002, Cayman Islands**
**Email: adoc_legal@aztide.com**

| Unique Customer Code | Proof of Claim Number | Schedule Number | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|---|---|
| 02786207 | 1714, 54399 | 6721685 | Azure Tide Holdings Pte Ltd | as stated on Schedule F (below) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____    Date: 30th May 2024
Transferee/Transferee's Agent

1

Schedule F

| 02786207 | ALGO-PERP[0], APT-PERP[0], AVAX-PERP[0], BAND-PERP[0], BNB-PERP[0], BTC-PERP[0], CHZ-PERP[0], DOGE[.55035], DOGE-PERP[0], EOS-PERP[0], ETH[.00092657], ETH-PERP[-2295.159], FTM-PERP[0], FTT[219.00000339], FTT-PERP[0], MASK-PERP[0], MATIC-PERP[0], ONE-PERP[0], SOL-PERP[0], USD[12680497.40], XRP-PERP[0] | | USD[2500000.00] |
| --- | --- | --- | --- |
| 02786211 | ATLAS[0], USD[0.00], USDT[0.00000177] | | |

Scheduled Claim for Unique Customer Code: 02786207

2