**UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>FTX Trading, *et al..*<br>　　　　　Debtors | Chapter 11<br>Case No. <u>22-11068</u><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **[CONFIDENTIAL CREDITOR]**<br>Transferor's Address:<br><br>　　[Address on File] | **FTX CLAIMS SPV LLC**<br>Transferee's address for notices and payment:<br><br>475 Sansome St, Suite 730<br>San Francisco, CA 94111<br>Anh Le<br>ftx@spvtrading.com |

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim(s) | FTX Trading Ltd. | 22-11068 | Unique Customer Code: 01742265 | As described on Schedule F (see attached) |
| | FTX Trading Ltd. | 22-11068 | Confirmation ID #:3265-70-BAHRT-058449027 | As described on applicable Customer Claim Form |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_　　　　　　　　　　　　　　　　　　Date: 5/15/2024
　　Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

　　　　　　　　　　　　　　　　　　Date: _____
　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

## SCHEDULED CLAIM(S)

**Excerpt from Amended Schedule F in June 2023:**

| | | |
|---|---|---|
| 01742265 | AKRO[1], ALPHA[2], ATLAS[1.96528437], AUD[0.05], BAO[10], BTC[0.37779961], CHZ[1], DENT[1], DOT[8.53961461], ETH[5.5428887], FIDA[1.03859294], FRONT[1.00307347], HXRO[1], KIN[3], MATIC[97.79393937], POLIS[21.87851967], RSR[1], SOL[1.30667641], TRX[1], UBXT[6], USD[2171.73] | Yes |