IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Re: Docket No. 14598 |

**RESPONSE TO DEBTORS' THIRTY-FIFTH (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN NO LIABILITY PROOFS OF CLAIM (CUSTOMER CLAIMS) BY CLAIMANT**

Elaine Miao (the "Claimant") submits this response (the "Response") to the *Debtor's Thirty-Fifth (Non-Substantive) Omnibus Objection To Certain No Liability Proofs Of Claim (Customer Claims)* [Docket No. 14598] (the "Objection"). In support of this Response, the Claimant respectfully states as follows:

**BACKGROUND**

1. On November 9, 2022, FTX Trading Ltd. (the "FTX") paused withdrawals on FTX.com (the "Platform"). The FTX informed its users, including the Claimant, via a banner displayed on the Platform. The banner is attached as Exhibit A.

2. On November 10, 2022, the FTX announced that TRX tokens (the "Named Token") could be withdrawn from the Platform (the "Announcement"). The Announcement was posted on the FTX's official X account, previously known as Twitter. Additionally, the FTX displayed the Announcement as a banner on the Platform to notify its users, including the Claimant. The Announcement from the official X account is attached as Exhibit B, and the banner displayed on the Platform is attached as Exhibit C.

1

3. On November 10, 2022, the price of the Named Token on the Platform surged (the "Surge"). The Surge was unique to the Platform. The rate of the Surge is unprecedented in the price history of the Named Token on the Platform. The Surge occurred as a direct result from the Announcement, during a period when all withdrawals were paused on the Platform. The price charts of the Named Token and comparisons of the price movement with other major exchanges are attached as Exhibit D.

4. On November 10, 2022, subsequent to the Announcement, the Claimant purchased the Named Token on the Platform, at an average purchase price over four times higher than the market value offered by other major exchanges at the same time, and subsequently attempted to withdraw the Named Token from the Platform. However, all withdrawal attempts, except one, were unsuccessful. Less than 0.03% of the purchased Named Token were withdrawn successfully. The Claimant's withdrawal requests are attached as Exhibit E.

5. On November 11 and November 14, 2022, the FTX and its affiliated debtors and debtors-in-possession (collectively, the "Debtor") commenced these chapter 11 cases (the "Chapter 11 Cases") by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., with the United States Bankruptcy Court for the District of Delaware (the "Court").

6. On November 12, 2022, the Debtor abruptly halted trading activities on the Platform without providing any prior notice or addressing the Announcement.

7. On February 7, 2024, the *Order Granting Motion of Debtors To Estimate Claims Based On Digital Assets* [Docket No. 7090] states that the Named Token is valued at $0.0556107 per unit (the "Estimated Value").

**RESPONSE**

      1. The Announcement made by the Debtor was false and misleading. As proven by Exhibit E, the vast majority, over 99.97%, of the Named Token could not be withdrawn, directly contradicting the claims made in the Announcement.

      2. The Debtor paused withdrawals on the Platform prior to the Announcement, causing widespread desperation and panic among users of the Platform. The Announcement was presented by the Debtor as the only viable way to withdraw assets from the Platform at that time. The Announcement exploited the Claimant's desperation and panic.

      3. The Claimant's purchases of the Named Token were induced by the Announcement. These purchases were made after the Announcement. Since the inception of the Claimant's account on the Platform, the Claimant had never owned or traded the Named Token prior to the Announcement. The Claimant would not have purchased the Named Token if not for the Announcement.

      4. The Claimant's intention in purchasing the Named Token was to withdraw assets from the Platform. Exhibit E shows that all the purchased Named Token were requested to be withdrawn. The Claimant relied on the Announcement when deciding to purchase the Named Token, as the Announcement stated that the Named Token could be withdrawn from the Platform.

      5. Out of seven withdrawal attempts, only one was successful. The single successful withdrawal, which contained less than 0.03% of the total Named Token purchased, misled the Claimant into believing that the Announcement was true. As a result, the Claimant continued to hold the remaining Named Token and waited for the withdrawal queue to be processed.

      6. The Debtor halted trading activities abruptly and without any prior notice to users of the Platform. Furthermore, the Debtor did not cancel the Announcement before halting

trading activities. The omission, combined with the failure to cancel the Announcement, left the Claimant with no opportunity to sell the Named Token on the Platform.

7. The Claimant purchased the Named Token at an average price that was over four times the Estimated Value, which is approximately 24% of the Claimant's unit cost. Consequently, the Claimant suffered a financial loss of 76% of the total Named Token purchase amount as a direct result of the Announcement.

8. The Claimant asserts the claim, requesting the Debtor to repay the financial damage directly resulting from the Announcement made by the Debtor.

### CONCLUSION

1. For the reasons set forth herein, the Claimant respectfully requests withdrawal of the Debtor's objection to the Claimant's claim.

Dated: May 31, 2024

/s/Elaine Miao
Elaine Miao
Claim Number: 91973
Telephone: (650) 206-8691
Email: el@bg.fyi

**EXHIBIT A**

**The Banner Informing Users that FTX Has Paused Withdrawals**

The picture below contains means of identification for Debtors' creditor contacts and personal identifiable photo, which constitute sensitive information. To protect the Claimant from potential harm that may result from the disclosure of certain confidential information, the Claimant has redacted the creditor contacts and personal identifiable photo.



**EXHIBIT B**

**The Announcement on the FTX's Official X Account**

The Announcement on the FTX official X account in 2 parts, Part 1/2:



The Announcement on the FTX official X account in 2 parts, Part 2/2:

6



The Announcement on the FTX's official X account is also available at

https://x.com/FTX_Official/status/1590763245488713729

**EXHIBIT C**

**The Announcement Displayed As A Banner On the Platform**

The picture below contains means of identification for Debtors' creditor contacts and personal identifiable photo, which constitute sensitive information. To protect the Claimant from potential harm that may result from the disclosure of certain confidential information, the Claimant has redacted the creditor contacts and personal identifiable photo.



**EXHIBIT D**

**The Price Charts[1] of the Named Token**

1.  The chart below shows that the price of the Named Token surged on November 10, 2022.



2.  The charts below show that the Surge is unique to the Platform by comparing the Named Token prices with other major crypto exchanges, namely Binance, OKX and Bybit.

    a.  With the November 10, 2022 date remark in the chart

---

[1] All charts are in the logarithmic scale, and are sourced from Tradingview.com.



b. Without the November 10, 2022 date remark in the chart, for a cleaner chart presentation

10



3. The charts below show that the rate of the Surge is unprecedented in the price history of the Named Token on the Platform. The Surge was abnormal, and was driven by the Announcement.

    a. With the November 10, 2022 date remark in the chart



    b. Without the November 10, 2022 date remark in the chart, for a cleaner chart presentation



**EXHIBIT E**

**The Claimant's Withdrawal Requests of the Named Token**

The picture below contains means of identification for Debtors' creditor contacts, wallet addresses, and personal identifiable photo, which constitute sensitive information. To protect the Claimant from potential harm that may result from the disclosure of certain confidential information, the Claimant has redacted the creditor contacts, wallet addresses, and personal identifiable photo.



14

**<u>CERTIFICATE OF SERVICE</u>**

I, Elaine Miao, hereby certify that on May 31, 2024, I served copies of the *Response To Debtors' Thirty-Fifth (Non-Substantive) Omnibus Objection To Certain No Liability Proofs Of Claim (Customer Claims) By Claimant* to the following parties through the Court's CM/ECF system and via email:

Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attn: Alexa J. Kranzley (kranzleya@sullcrom.com)

Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801, Attn: Adam G. Landis (landis@lrclaw.com) and Kimberly A. Brown (brown@lrclaw.com)

Dated: May 31, 2024

/s/Elaine Miao
Elaine Miao
Claim Number: 91973
Telephone: (650) 206-8691
Email: el@bg.fyi
