**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**



RECEIVED
2024 MAY 30  AM 10: 59
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

FTX Trading Limited., *et al.*,

                      Debtors

Chapter 11
Case No. 22-11068
(Jointly Administered)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **[CONFIDENTIAL CREDITOR]** | **PAXTIBI LLP** |
| Transferor's Address: | Transferee's address for notices and payment: |
| [Address on File] | 221 W 9th St<br>Wilmington, DE 19801<br><br>Attn: Federico Natali<br><br>paxtibi.xyz@gmail.com |

| Claim(s) | Debtor | Case No. | Claim Identifier(s) | Claim Amount (USD) |
|---|---|---|---|---|
| | FTX Trading Ltd. | 22-11068 | Schedule #: 02725839 | As detailed on Schedule F |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

*Federico Natali*                  05/23/2024

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

# EXHIBIT A

## SCHEDULED CLAIM(S) / PROOF(S) OF CLAIM

Excerpt from creditor email with Unique Customer Code:

**Your Unique Customer Code is 02725839**

**Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:**

AAVE[0.0000000043848248]
ATOM[0.0000000092315322]
BIT[0.0000000022490410]
BTC[0.4154956070085307]
DOT[0.0000000005494992]
ETH[0.0000000065181446]
ETHW[0.0000000045683696]
FTM[0.0000000015794568]
FTT[0.0000000030921866]
LINK[0.0000000084971445]
MATIC[0.0000000012897905]
SPELL[0.0000000043706221]
SUSHI[0.0000000044961600]
TONCOIN[0.0000000022141984]
UNI[0.0000000074009188]
USD[0.0000042440300094]
USDT[0.0001626414945971]
XRP[0.0000000022816942]

Excerpt from Schedule F:

| 02725839 | | AAVE[0], ATOM[0], BIT[0], BTC[0.41549560], DOT[0], ETH[0], ETHW[0], FTM[0], FTT[0], LINK[0], MATIC[0], SPELL[0], SUSHI[0], TONCOIN[0], UNI[0], USD[0.00], USDT[0.00016264], XRP[0] |

755429X2450X1823XPRI
PAXTIBI LLP
221 W 9TH ST
WILMINGTON, DE 19801-1619

8***************AUTO**MIXED AADC 480

United States Bankruptcy Court,
District of Delaware,
824 N Market St
Wilmington, DE 19801