UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

RECEIVED
2024 MAY 30 AM 10: 59
CLERK
BANKRUPTCY COURT
DELAWARE

In re:

FTX Trading Limited., *et al.*

                Debtors

Chapter 11
Case No. 22-11068
(Jointly Administered)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor

**[CONFIDENTIAL CREDITOR]**

Transferor's Address:

[Address on File]

Name of Transferee

**Federico Natali**

Transferee's address for notices and payment:

221 W 9th St
Wilmington, DE 19801

Attn: Federico Natali

paxtibi.xyz@gmail.com

| Claim(s) | Debtor | Case No. | Claim Identifier(s) | Claim Amount (USD) |
|---|---|---|---|---|
| | FTX Trading Ltd. | 22-11068 | Schedule #: 02190738 | As detailed on Schedule F |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

DocuSigned by:
*Federico Natali*
D5041B50C4DD4BD...
Transferee / Transferee's Agent

5/10/2024
Date

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

# EXHIBIT A

## SCHEDULED CLAIM(S) / PROOF(S) OF CLAIM

Excerpt from creditor email with Unique Customer Code:

BTC[1.8969580300000000]
COMP[0.0000100000000000]
TRX[0.0000010000000000]
USD[17241.10128053305290800000000000]
USDT[0.00008445372485551]

Excerpt from Schedule F:

| | | |
|---|---|---|
| 02190738 | | 1INCH-PERP[0], ADA-PERP[0], AGLD-PERP[0], ALGO-PERP[0], ALICE-PERP[0], AR-PERP[0], ATLAS-PERP[0], ATOM-PERP[0], AVAX-PERP[0], AXS-PERP[0], BADGER-PERP[0], BCH-PERP[0], BNB-PERP[0], BTC[1.89695803], BTC-PERP[.1454], BTTPRE-PERP[0], C98-PERP[0], CHR-PERP[0], CHZ-PERP[0], COMP[.00001], COMP-PERP[0], CRV-PERP[0], DASH-PERP[0], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], EGLD-PERP[0], ENJ-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH-PERP[0], FIL-PERP[0], FLOW-PERP[0], FTM-PERP[0], FTT-PERP[0], GRT-PERP[0], ICP-PERP[0], IOTA-PERP[0], KSHIB-PERP[0], LINK-PERP[0], LRC-PERP[0], LTC-PERP[0], LUNC-PERP[0], MANA-PERP[0], MATIC-PERP[0], NEAR-PERP[0], OKB-PERP[0], OMG-PERP[0], ONE-PERP[0], POLIS-PERP[0], RUNE-PERP[0], SAND-PERP[0], SHIB-PERP[728800000], SLP-PERP[0], SOL-PERP[0], SPELL-PERP[0], STEP-PERP[0], STX-PERP[0], THETA-PERP[0], TRU-PERP[0], TRX[.000001], TRX-PERP[0], UNI-PERP[0], USD[7065.98], USDT[0.00008445], VET-PERP[0], XMR-PERP[8.91], XRP-PERP[0], XTZ-PERP[0], ZEC-PERP[0] |

755429X2450X1821XPRI
PAXTIBI LLP
221 W 9TH ST
WILMINGTON, DE 19801-1619

8***************AUTO**MIXED AADC 480

United States Bankruptcy Court
District of Delaware
824 N Market St
Wilmington, DE 19801