## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., et al,<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 22-11068 (JTD) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Lowenstein Sandler LLP hereby appears as counsel of record for Edward Hing Yun Lee ("Mr. Lee") pursuant to Section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 - 1532 *et seq.* (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Mr. Lee, by and through his undersigned counsel, hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007, and the applicable Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), that all notices given or required to be given in these cases and all papers served or required to be served in these cases, be given to and served upon the following:

Daniel B. Besikof, Esq.
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
E-mail: dbesikof@lowenstein.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.trump pre

Bankruptcy Rules, Local Rules, and sections of the Bankruptcy Code specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise filed or made with regard to the referenced cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any rights of Mr. Lee, including to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (4) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other claims, actions, setoffs, recoupments or other rights to which Mr. Lee is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: May 31, 2024                               Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

By: /s/ Daniel B. Besikof
Daniel B. Besikof, Esq.
1251 Avenue of the Americas
New York, NY 10020
E-mail: dbesikof@lowenstein.com

*Counsel to Edward Hing Yun Lee*