## EXHIBIT A

**Fees**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600     TAX I.D. NO. 51-0082644     (302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial     Writer's E-Mail
(302) 571-6646     mlunn@ycst.com

Official Committee of Unsecured Creditors     Invoice Date:     May 8, 2024
200 Park Avenue     Invoice Number:     50051912
New York, NY 10166     Matter Number:     102750.1001

Re: FTX
      Billing Period through April 30, 2024

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 84,986.50 |
| Disbursements | $ | 287.15 |
| Total Due This Invoice | $ | 85,273.65 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | May 8, 2024 |
| Billing Period through April 30, 2024 | | | Invoice Number: | | 50051912 |
| | | | Matter Number: | | 102750.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 04/01/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.20 | 75.00 |
| 04/02/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.40 | 150.00 |
| 04/03/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.30 | 112.50 |
| 04/04/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.30 | 112.50 |
| 04/04/24 | RFPOP | Review and analyze debtors motion to dismiss cases of foreign wind down entities and review and analyze related declaration | B001 | 0.40 | 394.00 |
| 04/05/24 | JMART | Review and evaluate incoming pleadings | B001 | 0.10 | 37.50 |
| 04/08/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.40 | 150.00 |
| 04/09/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.20 | 75.00 |
| 04/10/24 | JMART | Review and evaluate incoming pleadings | B001 | 0.10 | 37.50 |
| 04/10/24 | RFPOP | Review and analyze debtors motion to extend deadline for Artz Fund Investments for filing a complaint to determine the dischargeability of certain debts | B001 | 0.20 | 197.00 |
| 04/11/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.30 | 112.50 |
| 04/15/24 | DLASK | Update critical dates | B001 | 0.30 | 115.50 |
| 04/16/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.40 | 150.00 |
| 04/17/24 | JMART | Review and evaluate incoming pleadings | B001 | 0.10 | 37.50 |
| 04/18/24 | JMART | Review and evaluate incoming pleadings | B001 | 0.20 | 75.00 |
| 04/19/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.40 | 150.00 |
| 04/23/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.30 | 112.50 |
| 04/24/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.30 | 112.50 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | May 8, 2024 |
| Billing Period through April 30, 2024 | | | Invoice Number: | | 50051912 |
| | | | Matter Number: | | 102750.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 04/25/24 | DLASK | Update critical dates | B001 | 0.40 | 154.00 |
| 04/25/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.30 | 112.50 |
| 04/29/24 | JMART | Review and evaluate incoming pleadings | B001 | 0.10 | 37.50 |
| 04/30/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.30 | 112.50 |
| 04/19/24 | MLUNN | Review cash flow reports | B004 | 0.20 | 222.00 |
| 04/22/24 | RFPOP | Email from FTI (Max Dawson) re: debtors cash flow update, and review and analyze FTI summary re: same | B004 | 0.10 | 98.50 |
| 04/10/24 | RFPOP | Review and analyze debtors report of de minimis asset sales in March 2024 | B006 | 0.10 | 98.50 |
| 04/11/24 | RFPOP | Email from PWP (Emil Tu) re: de minimis asset sale offers for venture portfolio, and review summary from PWP re: same | B006 | 0.10 | 98.50 |
| 04/25/24 | RFPOP | Email from PWP (Emil Tu) re: de minimis asset sale offers for venture portfolio ,and review and analyze summary from PWP re: same | B006 | 0.10 | 98.50 |
| 04/26/24 | MLUNN | Review summary of proposed de minimis asset sales | B006 | 0.10 | 111.00 |
| 04/08/24 | RFPOP | Review and analyze claims analysis from FTI | B007 | 0.40 | 394.00 |
| 04/09/24 | RFPOP | Email from counsel for debtors (Brad Harsch) re: debtors small estate claims settlements, and review summary from counsel for debtors and debtors notice filed with court re: same | B007 | 0.10 | 98.50 |
| 04/10/24 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale), counsel for Equinix (Jorge Garcia) and UST re: debtors proposed resolution of Equinix administrative claim motion, and review motion, revised proposed order and certification of counsel re: same | B007 | 0.30 | 295.50 |
| 04/11/24 | MLUNN | Review motion to approval collateral claim settlement agreement | B007 | 0.30 | 333.00 |
| 04/11/24 | RFPOP | Review and analyze debtors notice of small estate claims settlements consummated in March 2024 | B007 | 0.10 | 98.50 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | May 8, 2024 |
| Billing Period through April 30, 2024 | | | Invoice Number: | | 50051912 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 04/11/24 | RFPOP | Review and analyze debtors motion to approve collateral claim settlement/restructuring payment agreement (.6), and email from Paul Hastings (Leonie Koch) re: same (.1) | B007 | 0.70 | 689.50 |
| 04/12/24 | MLUNN | Review proposed claim settlement and order re: Equinox administrative claim | B007 | 0.10 | 111.00 |
| 04/16/24 | RFPOP | Review and analyze debtors twenty fourth-thirtieth omnibus claims objections (.6), and email to and from counsel for debtors (George Williams) (.1) re: same | B007 | 0.70 | 689.50 |
| 04/19/24 | MLUNN | Review proposed claim settlements | B007 | 0.10 | 111.00 |
| 04/19/24 | RFPOP | Emails from counsel for debtors (Stephanie Wheeler and Brad Harsch) re: proposed settlement with defendants in Platform Life Sciences adversary proceeding and re: small estate claims settlements, and review stipulations and draft motion to approve stipulations and summary of small estate claims settlements from counsel for debtors re: same | B007 | 0.50 | 492.50 |
| 04/22/24 | MLUNN | Review revised 18th and 20th claim objection orders | B007 | 0.10 | 111.00 |
| 04/22/24 | RFPOP | Review and analyze revised proposed orders from debtors for debtors eighteenth and twentieth omnibus claims objections, and emails to and from Paul Hastings (Ken Pasquale) and counsel for debtors (Nick Jenner) re: same | B007 | 0.40 | 394.00 |
| 04/23/24 | MLUNN | Correspondence with counsel for Friedberg re: request to shorten notice and related correspondence with K. Pasquale and R. Poppiti | B007 | 0.20 | 222.00 |
| 04/23/24 | RFPOP | Review and finalize for execution stipulation with debtors and IRS re: litigation schedule for estimation of IRS claim, and emails to and from Paul Hastings (Ken Pasquale), counsel for debtors (Charles Sullivan) and counsel for IRS (Ari Kunofsky) re: same | B007 | 0.30 | 295.50 |
| 04/25/24 | MLUNN | Review Friedberg motion to establish scheduling order and motion to shorten same re: Settlement and Authorization Motion | B007 | 0.40 | 444.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | May 8, 2024 |
| Billing Period through April 30, 2024 | | | Invoice Number: | | 50051912 |
| | | | Matter Number: | | 102750.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 04/25/24 | RFPOP | Review and finalize for execution stipulation amending litigation schedule for IRS claim, and emails to and from Paul Hastings (Ken Pasquale) and counsel for debtors (Charles Sullivan) re: same | B007 | 0.20 | 197.00 |
| 04/25/24 | RFPOP | Review Daniel Friedberg motion to extend deadline to object to, and approve litigation schedule for, debtors collateral claim settlement agreement motion and review Daniel Friedberg related motion to shorten and debtors objection to same | B007 | 0.60 | 591.00 |
| 04/30/24 | RFPOP | Review and analyze FTI updated claims analysis, and email from FTI (Max Dawson) re: same | B007 | 0.40 | 394.00 |
| 04/01/24 | MLUNN | Call with PH, FTI, Jefferies, and R. Poppiti re: various case updates and strategy (.4) and related follow-up with R. Poppiti (.2) | B008 | 0.60 | 666.00 |
| 04/01/24 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams in preparation for weekly committee meeting (.4), and follow-up call with M. Lunn (.2) re: same | B008 | 0.60 | 591.00 |
| 04/03/24 | RFPOP | Call with Paul Hastings, FTI and Jefferies teams and committee re: case update and strategy and upcoming deadlines and tasks (.6), and review and analyze materials re: debtors proposed Voyager settlement prepare for same (1.1) | B008 | 1.70 | 1,674.50 |
| 04/08/24 | MLUNN | Call with FTI, PH, Jefferies, and R. Poppiti re: various issues, including status of plan and IRS settlement discussions | B008 | 0.40 | 444.00 |
| 04/08/24 | RFPOP | Call with M. Lunn and Paul Hastings, FTI and Jefferies teams in preparation for weekly committee meeting | B008 | 0.40 | 394.00 |
| 04/12/24 | MLUNN | Review materials in preparation for UCC meeting (.5); attend meeting with UCC members, PH, FTI and Jefferies (2.0) | B008 | 2.50 | 2,775.00 |
| 04/12/24 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks (2.0), and review and analyze materials from Paul Hastings and FTI and email from Paul Hastings (Leonie Koch) in preparation for same (.4) | B008 | 2.40 | 2,364.00 |
| 04/15/24 | RFPOP | Call with Paul Hastings, FTI and Jefferies teams in preparation for weekly committee meeting | B008 | 1.00 | 985.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | May 8, 2024 |
| Billing Period through April 30, 2024 | | | Invoice Number: | | 50051912 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 04/17/24 | MLUNN | Review materials in preparation for UCC meeting (.5); attend UCC meeting with PH, FTI, Jefferies and R. Poppiti (1.2) and related follow up with R. Poppiti (.2) | B008 | 1.90 | 2,109.00 |
| 04/17/24 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams and committee re: case update and strategy and upcoming deadlines and tasks (1.2), and review materials from Paul Hastings and FTI and emails from Paul Hastings (Leonie Koch) and Jefferies (Lars Hultgren) in preparation for same (.4) and follow-up call with M. Lunn (.2) re: same | B008 | 1.80 | 1,773.00 |
| 04/19/24 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: chapter 11 plan issues (1.5), and follow-up email from Paul Hastings (Ken Pasquale) (.1) re: same | B008 | 1.60 | 1,576.00 |
| 04/22/24 | MLUNN | Attend portion of call with PH, FTI, Jefferies and R. Poppiti re: case issues and updates | B008 | 0.50 | 555.00 |
| 04/23/24 | RFPOP | Review materials from Paul Hastings and FTI and email from Paul Hastings (Leonie Koch) in preparation for weekly committee meeting | B008 | 0.30 | 295.50 |
| 04/24/24 | MLUNN | Review materials in preparation meeting with UCC members (.4); call with UCC members, PH, FTI, Jefferies and R. Poppiti (.7) | B008 | 1.10 | 1,221.00 |
| 04/24/24 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams and committee re: case update and strategy and upcoming deadlines and tasks | B008 | 0.70 | 689.50 |
| 04/29/24 | MLUNN | Call with FTI, PH, Jefferies and R. Poppiti re: case updates and issues, including discussion of chapter 11 plan status | B008 | 0.30 | 333.00 |
| 04/29/24 | RFPOP | Call with M. Lunn and Paul Hastings, FTI and Jefferies teams in preparation for weekly committee | B008 | 0.30 | 295.50 |
| 04/03/24 | RFPOP | Review and analyze notice of completion of briefing for Kuvari adversary proceeding | B011 | 0.10 | 98.50 |
| 04/05/24 | RFPOP | Review and analyze stipulation of dismissal for Platform Life Sciences adversary proceeding | B011 | 0.10 | 98.50 |
| 04/09/24 | DLASK | Monitor, review, update electronic adversary dockets | B011 | 0.50 | 192.50 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | May 8, 2024 |
| Billing Period through April 30, 2024 | | | Invoice Number: | | 50051912 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 04/09/24 | RFPOP | Review and analyze debtors memorandum of law in opposition to defendants motion to dismiss in Mirana adversary proceeding | B011 | 1.20 | 1,182.00 |
| 04/15/24 | DLASK | Review and update adversary electronic dockets | B011 | 0.40 | 154.00 |
| 04/23/24 | MLUNN | Correspondence with K. Pasquale re: Burgess adversary and potential settlement | B011 | 0.10 | 111.00 |
| 04/23/24 | RFPOP | Email from Paul Hastings (Ken Pasquale) re: debtors proposed settlement with certain defendants in Burgess adversary | B011 | 0.10 | 98.50 |
| 04/26/24 | RFPOP | Review and finalize for execution stipulation staying Burgess adversary proceeding, and emails to and from Paul Hastings (Ken Pasquale), counsel for debtors (Mark Bennett) and counsel for defendants (Tara Pakrouh) re: same | B011 | 0.30 | 295.50 |
| 04/29/24 | DLASK | Review and update adversary electronic dockets | B011 | 0.40 | 154.00 |
| 04/29/24 | RFPOP | Review and analyze debtors motion to approve settlement with certain defendants in Platform Life Sciences adversary proceeding | B011 | 0.40 | 394.00 |
| 04/01/24 | MLUNN | Call with K. Pasquale, I. Sasson and R. Poppiti re: plan issues | B012 | 0.50 | 555.00 |
| 04/01/24 | RFPOP | Call with M. Lunn and Paul Hastings (Ken Pasquale and Isaac Sasson) re: chapter 11 plan issues | B012 | 0.50 | 492.50 |
| 04/03/24 | RFPOP | Review and analyze NuGenesis motion to vacate order approving debtors coin estimation/valuation motion | B012 | 0.20 | 197.00 |
| 04/09/24 | MLUNN | Review and provide comments portion of revised draft chapter 11 plan (2.2); work with R. Poppiti re: same (.2) | B012 | 2.40 | 2,664.00 |
| 04/09/24 | RFPOP | Review and analyze revised draft chapter 11 plan from debtors (2.4) and work with M. Lunn re: same (.2) | B012 | 2.60 | 2,561.00 |
| 04/10/24 | MLUNN | Continued analysis of revised draft chapter 11 plan (2.1); call with R. Poppiti re: plan issues and strategy (.8) and call with K. Pasquale and R. Poppiti re: plan issues (.7) | B012 | 3.60 | 3,996.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | May 8, 2024 |
| Billing Period through April 30, 2024 | | | Invoice Number: | | 50051912 |
| | | | Matter Number: | | 102750.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 04/10/24 | RFPOP | Emails to and from (.1) and call with (.8) M. Lunn and Paul Hastings (Ken Pasquale) and call with M. Lunn (.8) re: chapter 11 plan issues, and consider related issues (.7) re: same | B012 | 2.40 | 2,364.00 |
| 04/12/24 | RFPOP | Review and analyze debtors draft amended disclosure statement | B012 | 1.40 | 1,379.00 |
| 04/15/24 | MLUNN | Analyze revisions to draft plan | B012 | 0.60 | 666.00 |
| 04/15/24 | RFPOP | Review and analyze debtors plan recovery analysis | B012 | 1.10 | 1,083.50 |
| 04/16/24 | RFPOP | Review and analyze comments from Paul Hastings to debtors draft amended chapter 11 plan (.6), and email from Paul Hastings (Ken Pasquale) (.1) re: same | B012 | 0.70 | 689.50 |
| 04/17/24 | MLUNN | Attend portion of call with S&C, counsel for Ad Hoc Group and PH re: plan issues | B012 | 0.60 | 666.00 |
| 04/17/24 | RFPOP | Call with Paul Hastings team and counsel for debtors, counsel for ad hoc customer group and counsel for JOLs re: chapter 11 plan and disclosure statement issues | B012 | 2.10 | 2,068.50 |
| 04/18/24 | MLUNN | Correspondence with K. Pasquale and R. Poppiti re: plan issues | B012 | 0.10 | 111.00 |
| 04/18/24 | MLUNN | Call with K. Pasquale, I. Sasson and R. Poppiti re: plan issues and strategy | B012 | 0.90 | 999.00 |
| 04/18/24 | RFPOP | Review and analyze debtors objection to NuGen motion to vacate order approving debtors coin estimation/valuation motion | B012 | 0.40 | 394.00 |
| 04/18/24 | RFPOP | Call with M. Lunn and Paul Hastings (Ken Pasquale and Isaac Sasson) (.9) and email from Ken Pasquale (.1) re: chapter 11 plan and related issues | B012 | 1.00 | 985.00 |
| 04/19/24 | MLUNN | Analysis of proposal to Debtors re: plan issue | B012 | 0.20 | 222.00 |
| 04/19/24 | MLUNN | Call with UCC members, PH, Jefferies, FTI and R. Poppiti re: plan issues (portion) | B012 | 0.90 | 999.00 |
| 04/22/24 | MLUNN | Review proposal re: plan governance and call with R. Poppiti (.3); call with PH, FTI, Jefferies and R. Poppiti re: strategy re: same (.6) | B012 | 0.90 | 999.00 |
| 04/22/24 | RFPOP | Calls with (.8 and .5) M. Lunn, Paul Hastings, FTI and Jefferies teams, call with M. Lunn (.2) and emails from Paul Hastings (Ken Pasquale) (.2) re: chapter 11 plan issues | B012 | 1.70 | 1,674.50 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | May 8, 2024 |
| Billing Period through April 30, 2024 | | | Invoice Number: | | 50051912 |
| | | | Matter Number: | | 102750.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 04/23/24 | MLUNN | Review revised draft chapter 11 plan (.9); correspondence with K. Pasquale and R. Poppiti re: same, including timing for hearing and objections (.3); and discussion with R. Poppiti re: same (.2) | B012 | 1.40 | 1,554.00 |
| 04/23/24 | MLUNN | Analyze plan issue (.6); and related follow-up with R. Poppiti (.4) | B012 | 1.00 | 1,110.00 |
| 04/23/24 | RFPOP | Calls with (.4 and .1) M. Lunn and emails to and from M. Lunn and Paul Hastings (Ken Pasquale) (.2) re: chapter 11 plan issues, and review and comment on revised draft amended chapter 11 plan from counsel for the debtors (.8) re: same | B012 | 1.50 | 1,477.50 |
| 04/24/24 | MLUNN | Call with R. Poppiti re: Plan issues | B012 | 0.20 | 222.00 |
| 04/24/24 | RFPOP | Review and comment on revised draft amended disclosure statement from counsel for debtors | B012 | 0.70 | 689.50 |
| 04/24/24 | RFPOP | Call with M. Lunn chapter 11 plan governance issues | B012 | 0.20 | 197.00 |
| 04/26/24 | MLUNN | Analyze revised draft disclosure statement | B012 | 3.10 | 3,441.00 |
| 04/29/24 | RFPOP | Email from Paul Hastings (Ken Pasquale) re: chapter 11 plan issues | B012 | 0.10 | 98.50 |
| 04/30/24 | MLUNN | Review revised chapter 11 plan (.4); and review revised disclosure statement (.4) | B012 | 0.80 | 888.00 |
| 04/30/24 | RFPOP | Review and analyze further revised draft amended plan and disclosure statement | B012 | 1.30 | 1,280.50 |
| 04/30/24 | RFPOP | Call from counsel for creditor (Daniel Thornburgh) re: asset recovery issue | B013 | 0.20 | 197.00 |
| 04/01/24 | DLASK | Draft 6th interim fee application for committee's professionals | B017 | 0.40 | 154.00 |
| 04/01/24 | DLASK | Finalize for filing and coordinate service of Paul Hastings's February fee application | B017 | 0.40 | 154.00 |
| 04/01/24 | JKOCH | Review and comment on Paul Hastings fee application and notice of same | B017 | 0.10 | 63.00 |
| 04/02/24 | DLASK | File certificates of no objection for January fee applications of Young Conaway; Paul Hastings and FTI | B017 | 0.70 | 269.50 |
| 04/02/24 | JKOCH | Review CNOs for Committee professionals' monthly fee applications (.3); email correspondence (multiple) with professionals re: same (.1) | B017 | 0.40 | 252.00 |
| 04/02/24 | MLUNN | Review Patterson retention application | B017 | 0.10 | 111.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | May 8, 2024 |
| Billing Period through April 30, 2024 | | | Invoice Number: | | 50051912 |
| | | | Matter Number: | | 102750.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 04/05/24 | RFPOP | Email from counsel for debtors (George Williams) re: sealed supplemental declaration for Quinn Emmanuel retention | B017 | 0.10 | 98.50 |
| 04/08/24 | DLASK | Update, file certificates of no objection for Jefferies fee applications for November, December and January | B017 | 0.60 | 231.00 |
| 04/16/24 | JKOCH | Email correspondence with FTI and co-counsel re: FTI February fee application | B017 | 0.10 | 63.00 |
| 04/18/24 | DLASK | Finalize for filing and coordinate service of FTI's February fee application | B017 | 0.40 | 154.00 |
| 04/18/24 | DLASK | Update 6th interim fee application of Committee's professionals | B017 | 0.10 | 38.50 |
| 04/18/24 | JKOCH | Review and revise FTI fee application | B017 | 1.00 | 630.00 |
| 04/22/24 | DLASK | Prepare certificates of no objection for fee applications of Young Conaway and Paul Hastings | B017 | 0.30 | 115.50 |
| 04/23/24 | DLASK | Finalize for filing, file certificate of no objection for Paul Hastings's fee application | B017 | 0.30 | 115.50 |
| 04/23/24 | DLASK | Finalize for filing, file certificate of no objection for Young Conaway's fee application | B017 | 0.30 | 115.50 |
| 04/23/24 | JKOCH | Review CNO for Paul Hastings 15th fee application | B017 | 0.10 | 63.00 |
| 04/23/24 | JKOCH | Review CNO for YCST 15th fee application | B017 | 0.10 | 63.00 |
| 04/25/24 | RFPOP | Emails from UST and counsel for examiner (Mark Hancock) re: fifth interim fee applications | B017 | 0.10 | 98.50 |
| 04/26/24 | DLASK | Finalize for filing and coordinate service of Young Conaway's 16th fee application for March | B017 | 0.40 | 154.00 |
| 04/26/24 | DLASK | Finalize for filing and coordinate service of Paul Hastings' 16th fee application for March | B017 | 0.40 | 154.00 |
| 04/26/24 | JKOCH | Review and comment on Paul Hastings' monthly fee application | B017 | 0.10 | 63.00 |
| 04/26/24 | MLUNN | Correspondence from UST re: informal issues with YCST fee application and correspondence with R. Poppiti re: same | B017 | 0.10 | 111.00 |
| 04/26/24 | RFPOP | Email from UST re: UST informal response to YCST fifth interim fee application, and email to and from M. Lunn re: same | B017 | 0.20 | 197.00 |

| | | | Invoice Date: | | May 8, 2024 |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Number: | | 50051912 |
| Billing Period through April 30, 2024 | | | Matter Number: | | 102750.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 04/29/24 | DLASK | Update interim fee application for committee's professionals | B017 | 0.20 | 77.00 |
| 04/01/24 | DLASK | Update cumulative fees and expenses chart | B018 | 0.30 | 115.50 |
| 04/01/24 | DLASK | Finalize for filing and coordinate service of Young Conaway's February fee application | B018 | 0.40 | 154.00 |
| 04/01/24 | MLUNN | Review YCST February fee application | B018 | 0.10 | 111.00 |
| 04/01/24 | RFPOP | Review and finalize for filing YCST February 2024 fee application, and emails to and from D. Laskin re: same | B018 | 0.30 | 295.50 |
| 04/02/24 | DLASK | Email to fee examiner regarding February fee application and LEDES file | B018 | 0.10 | 38.50 |
| 04/22/24 | MLUNN | Confidentiality review of March fee statement in preparation for submission | B018 | 0.60 | 666.00 |
| 04/23/24 | RFPOP | Review invoice for YCST March 2024 fee application re: confidentiality and local rule compliance | B018 | 0.20 | 197.00 |
| 04/25/24 | DLASK | Update cumulative fees and expenses chart | B018 | 0.40 | 154.00 |
| 04/25/24 | DLASK | Prepare March fee application for Young Conaway | B018 | 1.00 | 385.00 |
| 04/25/24 | RFPOP | Review and finalize for filing YCST March 2024 fee application, and email to and from D. Laskin re: same | B018 | 0.30 | 295.50 |
| 04/01/24 | JKOCH | Draft summary of Voyager settlement for UCC review | BN015 | 2.00 | 1,260.00 |
| 04/01/24 | JKOCH | Calls (2x) with R. Poppiti re: summary of Voyager settlement | BN015 | 0.30 | 189.00 |
| 04/01/24 | RFPOP | Call with J. Kochenash re: debtors proposed settlement with Voyager (.2), and consider related issues (.1) re: same | BN015 | 0.30 | 295.50 |
| 04/02/24 | JKOCH | Draft summary of Voyager settlement for UCC review | BN015 | 0.80 | 504.00 |
| 04/02/24 | MLUNN | Review and provide comments summary to UCC members re: Voyager settlement (.2); correspondence with J. Kochenash re: same (.1) and call with R. Poppiti re: same (.2) | BN015 | 0.50 | 555.00 |
| 04/02/24 | MLUNN | Review revised draft of settlement with Voyager | BN015 | 0.30 | 333.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | May 8, 2024 |
| Billing Period through April 30, 2024 | | | Invoice Number: | | 50051912 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 04/02/24 | RFPOP | Review and revise draft materials for committee re: debtors proposed settlement with Voyager and consider related issues (.9), and emails to and from M. Lunn and J. Kochenash (.2) and call with M. Lunn (.2) re: same; review and comment on revised draft proposed settlement agreement from debtors re: debtors proposed settlement with Voyager (.4), and emails to and from counsel for debtors (Ben Beller) (.2) re: same | BN015 | 1.90 | 1,871.50 |
| 04/03/24 | RFPOP | Email to committee member (.2) and emails to and from counsel for debtors (Brian Glueckstein and Ben Beller) (.2) re: debtors proposed Voyager settlement | BN015 | 0.40 | 394.00 |
| 04/04/24 | MLUNN | Work with R. Poppiti re: UCC member follow-up on Voyager settlement and other related matters | BN015 | 0.20 | 222.00 |
| 04/04/24 | RFPOP | Draft summary for committee member re: debtors proposed Voyager settlement (.4), and brief research (.4), review related litigation and mediation materials (.5) and call with M. Lunn (.2) re: same | BN015 | 1.50 | 1,477.50 |
| 04/05/24 | MLUNN | Review revised and execution version of Voyager settlement agreement | BN015 | 0.30 | 333.00 |
| 04/05/24 | RFPOP | Review and comment on revised draft proposed Voyager settlement agreement and consider related issues, and email to and from counsel for debtors (Ben Beller) re: same | BN015 | 0.40 | 394.00 |
| 04/06/24 | RFPOP | Email from committee member re: debtors prosed Voyager settlement | BN015 | 0.10 | 98.50 |
| 04/08/24 | RFPOP | Email to and from counsel for debtors re: debtors proposed Voyager settlement, and consider related issues re: same | BN015 | 0.30 | 295.50 |
| 04/09/24 | MLUNN | Review and provide comments to draft 9019 motion to approve settlement with Voyager | BN015 | 0.30 | 333.00 |
| 04/09/24 | RFPOP | Review and comment on debtors draft motion to approve debtors proposed Voyager settlement (.6) and consider related issues (.3), and emails to and from M. Lunn and counsel for debtors (Ben Beller) (.2) re: same | BN015 | 1.10 | 1,083.50 |
| 04/10/24 | RFPOP | Review and analyze debtors motion to approve Voyager settlement and related supporting declaration, and consider related issues re: same | BN015 | 0.50 | 492.50 |

| | | Official Committee of Unsecured Creditors re: FTX<br>Billing Period through April 30, 2024 | | Invoice Date:<br>Invoice Number:<br>Matter Number: | | May 8, 2024<br>50051912<br>102750.1001 |
|---|---|---|---|---|---|---|

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 04/11/24 | MLUNN | Review 9019 motion re: approval of Voyager settlement | BN015 | 0.40 | 444.00 |
| 04/22/24 | RFPOP | Review and analyze debtors motion to approve Voyager settlement and related settlement agreement | BN015 | 0.40 | 394.00 |
| 04/05/24 | MLUNN | Review Examiner's application to retain Ashby | BNK016 | 0.10 | 111.00 |
| 04/30/24 | RFPOP | Email from counsel for examiner (Mike DeBaecke) re: examiner anticipated motion to seal report, and consider related issues re: same | BNK016 | 0.20 | 197.00 |
| | | | **Total** | **92.60** | **$84,986.50** |

| | | Official Committee of Unsecured Creditors re: FTX | Invoice Date: | May 8, 2024 |
| | | Billing Period through April 30, 2024 | Invoice Number: | 50051912 |
| | | | Matter Number: | 102750.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| DLASK | Debbie Laskin | Paralegal | 8.70 | 385.00 | 3,349.50 |
| JKOCH | Jared W. Kochenash | Associate | 5.00 | 630.00 | 3,150.00 |
| JMART | Jorge L. Martinez | Paralegal | 4.70 | 375.00 | 1,762.50 |
| MLUNN | Matthew B. Lunn | Partner | 29.10 | 1,110.00 | 32,301.00 |
| RFPOP | Robert F. Poppiti | Partner | 45.10 | 985.00 | 44,423.50 |
| **Total** | | | **92.60** | | **$84,986.50** |

| Official Committee of Unsecured Creditors re: FTX | Invoice Date: | May 8, 2024 |
| --- | --- | --- |
| Billing Period through April 30, 2024 | Invoice Number: | 50051912 |
| | Matter Number: | 102750.1001 |

**Task Summary**

**Task Code:B001**   **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Robert F. Poppiti | Partner | 0.60 | 985.00 | 591.00 |
| Debbie Laskin | Paralegal | 0.70 | 385.00 | 269.50 |
| Jorge L. Martinez | Paralegal | 4.70 | 375.00 | 1,762.50 |
| **Total** | | **6.00** | | **2,623.00** |

**Task Code:B004**   **Schedules & Statements, U.S. Trustee Reports**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Matthew B. Lunn | Partner | 0.20 | 1,110.00 | 222.00 |
| Robert F. Poppiti | Partner | 0.10 | 985.00 | 98.50 |
| **Total** | | **0.30** | | **320.50** |

**Task Code:B006**   **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Matthew B. Lunn | Partner | 0.10 | 1,110.00 | 111.00 |
| Robert F. Poppiti | Partner | 0.30 | 985.00 | 295.50 |
| **Total** | | **0.40** | | **406.50** |

**Task Code:B007**   **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Matthew B. Lunn | Partner | 1.20 | 1,110.00 | 1,332.00 |
| Robert F. Poppiti | Partner | 4.70 | 985.00 | 4,629.50 |
| **Total** | | **5.90** | | **5,961.50** |

**Task Code:B008**   **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Matthew B. Lunn | Partner | 7.30 | 1,110.00 | 8,103.00 |
| Robert F. Poppiti | Partner | 10.80 | 985.00 | 10,638.00 |
| **Total** | | **18.10** | | **18,741.00** |

**Task Code:B011**   **Other Adversary Proceedings**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Matthew B. Lunn | Partner | 0.10 | 1,110.00 | 111.00 |
| Robert F. Poppiti | Partner | 2.20 | 985.00 | 2,167.00 |
| Debbie Laskin | Paralegal | 1.30 | 385.00 | 500.50 |
| **Total** | | **3.60** | | **2,778.50** |

| Official Committee of Unsecured Creditors re: FTX | Invoice Date: | May 8, 2024 |
| --- | --- | --- |
| Billing Period through April 30, 2024 | Invoice Number: | 50051912 |
| | Matter Number: | 102750.1001 |

**Task Code:B012**      **Plan and Disclosure Statement**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Matthew B. Lunn | Partner | 17.20 | 1,110.00 | 19,092.00 |
| Robert F. Poppiti | Partner | 17.90 | 985.00 | 17,631.50 |
| **Total** | | **35.10** | | **36,723.50** |

**Task Code:B013**      **Creditor Inquiries**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Robert F. Poppiti | Partner | 0.20 | 985.00 | 197.00 |
| **Total** | | **0.20** | | **197.00** |

**Task Code:B017**      **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Matthew B. Lunn | Partner | 0.20 | 1,110.00 | 222.00 |
| Robert F. Poppiti | Partner | 0.40 | 985.00 | 394.00 |
| Jared W. Kochenash | Associate | 1.90 | 630.00 | 1,197.00 |
| Debbie Laskin | Paralegal | 4.50 | 385.00 | 1,732.50 |
| **Total** | | **7.00** | | **3,545.50** |

**Task Code:B018**      **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Matthew B. Lunn | Partner | 0.70 | 1,110.00 | 777.00 |
| Robert F. Poppiti | Partner | 0.80 | 985.00 | 788.00 |
| Debbie Laskin | Paralegal | 2.20 | 385.00 | 847.00 |
| **Total** | | **3.70** | | **2,412.00** |

**Task Code:BN015**      **Voyager Litigation and Claims**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Matthew B. Lunn | Partner | 2.00 | 1,110.00 | 2,220.00 |
| Robert F. Poppiti | Partner | 6.90 | 985.00 | 6,796.50 |
| Jared W. Kochenash | Associate | 3.10 | 630.00 | 1,953.00 |
| **Total** | | **12.00** | | **10,969.50** |

**Task Code:BNK016**      **Examiner Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Matthew B. Lunn | Partner | 0.10 | 1,110.00 | 111.00 |
| Robert F. Poppiti | Partner | 0.20 | 985.00 | 197.00 |
| **Total** | | **0.30** | | **308.00** |

# **EXHIBIT B**

**Expenses**

31650173.1

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | Invoice Date: | May 8, 2024 |
| Billing Period through April 30, 2024 | Invoice Number: | 50051912 |
| | Matter Number: | 102750.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 03/20/24 | Parcels, Inc. - Savanna Salads 1073243 - Working lunch for co-counsel and client in preparation for 3/20/24 hearing (6 people) | 1.00 | 99.00 |
| 03/25/24 | Parcels, Inc. - Brew HaHa 1074110 - Working lunch for co-counsel and YCST team for hearing 3/25/24 (4 people) | 1.00 | 76.75 |
| 03/26/24 | Parcels, Inc. - Brew HaHa 1074160 - Working meal for client and counsel in for hearing 3/26/24 (4 people) | 1.00 | 53.50 |
| 04/04/24 | Photocopy Charges Duplication BW | 33.00 | 3.30 |
| 04/15/24 | Bloomberg Industry Group, Inc. - Docket Retrieval / Search US_DE_CH CASE NO 2023-0276 12/08/23, 12/11/23, 12/12/23 | 1.00 | 7.50 |
| 04/23/24 | Color Photocopy Charges Duplication Color | 25.00 | 12.50 |
| 04/23/24 | Photocopy Charges Duplication BW | 14.00 | 1.40 |
| 04/24/24 | Photocopy Charges Duplication BW | 36.00 | 3.60 |
| 04/25/24 | Photocopy Charges Duplication BW | 53.00 | 5.30 |
| 04/29/24 | Photocopy Charges Duplication BW | 13.00 | 1.30 |
| 04/29/24 | Color Photocopy Charges Duplication Color | 46.00 | 23.00 |
| | **Total** | | **$287.15** |

| Official Committee of Unsecured Creditors re: FTX | Invoice Date: | May 8, 2024 |
| --- | --- | --- |
| Billing Period through April 30, 2024 | Invoice Number: | 50051912 |
| | Matter Number: | 102750.1001 |

**Cost Summary**

| **Description** | **Amount** |
| --- | --- |
| Docket Retrieval / Search | 7.50 |
| Reproduction Charges | 50.40 |
| Working Meals | 229.25 |
| **Total** | **$287.15** |