**Exhibit B**

**Summary and Detailed Description of AlixPartners' Expenses**

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:       Expenses
Code:    20008100PN00001.1.32

| Date | Description | Amount |
|---|---|---:|
| 03/31/2024 | Azure - Data Storage Costs | $ 30,081.06 |
| 04/01/2024 | Lewis Beischer – Client Research – Monthly subscription to access blockchain nodes to facilitate financial statement reconstruction | 278.09 |
| 04/01/2024 | Travis Phelan – Client Research – Monthly subscription to access blockchain nodes to facilitate financial statement reconstruction | 280.52 |
| 04/02/2024 | Group Meal - Engagement Team - Lunch - Travis Phelan; Thomas Hofner; Ganesh Gopalakrishnan; Linna Jia; Shengjia Kang (in-person team meetings) | 115.10 |
| 04/05/2024 | Individual Meal - Eric Mostoff - Overtime Meal | 20.00 |
| 04/08/2024 | Internet Access Allyson Calhoun | 8.00 |
| 04/08/2024 | Taxi/Car Service Allyson Calhoun Home to Airport (in-person team meetings) | 56.28 |
| 04/08/2024 | Individual Meal - Allyson Calhoun - Dinner (in-person team meetings) | 59.00 |
| 04/08/2024 | Airfare Allyson Calhoun 2024-04-08 ORD-DFW; travel to in-person team meetings (United, round trip, economy) | 582.58 |
| 04/08/2024 | Lodging Allyson Calhoun - Marriott Dallas Uptown, Dallas, TX 2024-04-08 2024-04-11 (in-person team meetings) | 675.00 |
| 04/08/2024 | Taxi/Car Service Allyson Calhoun Airport to Hotel (in-person team meetings) | 41.31 |
| 04/09/2024 | Individual Meal - Allyson Calhoun - Breakfast (in-person team meetings) | 15.53 |
| 04/09/2024 | Individual Meal - Allyson Calhoun - Dinner (in-person team meetings) | 54.45 |
| 04/09/2024 | Travis Phelan – Client Research – Monthly subscription to access blockchain nodes to facilitate financial statement reconstruction | 99.00 |
| 04/10/2024 | Individual Meal - Allyson Calhoun - Breakfast (in-person team meetings) | 19.56 |
| 04/11/2024 | Individual Meal - Allyson Calhoun - Breakfast (in-person team meetings) | 14.88 |
| 04/11/2024 | Internet Access Allyson Calhoun | 8.00 |
| 04/11/2024 | Taxi/Car Service Allyson Calhoun AlixPartners Dallas Office to Airport (in-person team meetings) | 67.91 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:     Expenses
Code:   20008100PN00001.1.32

| Date | Description | Amount |
|---|---|---:|
| 04/11/2024 | Taxi/Car Service Allyson Calhoun Airport to Home (in-person team meetings) | 56.32 |
| 04/11/2024 | Group Meal - Engagement Team - Dinner - Travis Phelan; Charles Cipione; Thomas Hofner; Jeffrey Berg; Ganesh Gopalakrishnan; Allyson Calhoun (in-person team meetings) | 300.00 |
| 04/18/2024 | Group Meal - Engagement Team - Lunch - Travis Phelan; Thomas Hofner; Ganesh Gopalakrishnan | 120.00 |
| 04/20/2024 | Travis Phelan – Client Research – Monthly subscription to access blockchain nodes to facilitate financial statement reconstruction | 15.14 |
| 04/25/2024 | Group Meal - Engagement Team - Lunch - Travis Phelan; Thomas Hofner; Jeffrey Berg; Ganesh Gopalakrishnan; Shengjia Kang; Linna Jia (in-person team meetings) | 210.00 |
| 04/28/2024 | Taxi/Car Service Ryan Backus Airport to Hotel (in-person team | 77.72 |
| 04/28/2024 | Taxi/Car Service Ryan Backus Home to Airport (in-person team | 92.44 |
| 04/28/2024 | Individual Meal - Ryan Backus - Lunch (in-person team meetings) | 15.07 |
| 04/28/2024 | Airfare Ryan Backus 2024-04-28 JFK-DFW; travel in-person team meetings (Delta, one way, economy) | 273.58 |
| 04/28/2024 | Lodging Ryan Backus - Ritz Carlton, Dallas, TX  2024-04-28 2024-05-01 (in-person team meetings) | 675.00 |
| 04/29/2024 | Airfare Matthew Birtwell 2024-04-29 DCA-DFW; travel in-person team meetings (American, round trip, economy) | 593.60 |
| 04/29/2024 | Taxi/Car Service Matthew Birtwell Dinner to AlixPartners Dallas Office (in-person team meetings) | 15.62 |
| 04/29/2024 | Taxi/Car Service Matthew Birtwell AlixPartners Dallas Office to Dinner (in-person team meetings) | 9.87 |
| 04/29/2024 | Taxi/Car Service Matthew Birtwell Airport to AlixPartners Dallas Office (in-person team meetings) | 37.90 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:   Expenses
Code: 20008100PN00001.1.32

| Date | Description | Amount |
|---|---|---:|
| 04/29/2024 | Individual Meal - Matthew Birtwell - Breakfast (in-person team | 15.04 |
| 04/29/2024 | Mileage Matthew Birtwell 33 Miles | 22.11 |
| 04/29/2024 | Lodging Matthew Birtwell - Ritz Carlton, Dallas, TX   2024-04-29 2024-05-01 (in-person team meetings) | 450.00 |
| 04/29/2024 | Group Meal - Travis Phelan - Lunch - Ganesh Gopalakrishnan; Linna Jia; Shengjia Kang; Matthew Birtwell; Travis Phelan; Thomas Hofner; Lewis Beischer; Ryan Backus (in-person team meetings) | 280.00 |
| 04/30/2024 | Individual Meal - Matthew Birtwell - Breakfast (in-person team | 11.48 |
| 04/30/2024 | Individual Meal - Ryan Backus - Breakfast (in-person team meetings) | 8.22 |
| 04/30/2024 | Group Meal - Engagement Team - Lunch - Travis Phelan; Thomas Hofner; Ganesh Gopalakrishnan; Linna Jia; Shengjia Kang; Lewis Beischer; Matthew Birtwell; Ryan Backus (in-person team meetings) | 235.23 |
| 04/30/2024 | Azure - Data Storage Costs | 28,999.69 |
| | | **$ 64,990.30** |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Client: 20008100Pn0001

| **Expenses** | | **Amount** |
|---|---|---|
| Airfare | $ | 1,449.76 |
| Client Research | | 672.75 |
| Data Storage Costs | | 59,080.75 |
| Ground Transportation | | 477.48 |
| Internet | | 16.00 |
| Lodging | | 1,800.00 |
| Meals | | 1,493.56 |
| **Total Disbursements** | **$** | **64,990.30** |