**Exhibit 1**

**List of Purchasers, Number of Shares and Aggregate Purchase Price**

| Purchaser | Number of Shares | Aggregate Purchase Price |
|---|---|---|
| G Squared VI Holdco, LLC | 4,499,325 | $134,999,997 |
| Fund FG-BLU, a Series of Forge Investments LLC | 2,266,141 | $67,994,428 |
| Fund SCVC-PV-LXVI, a series of SCVC Advisors, LP (Quickscope Investments) | 1,666,416 | $49,999,979 |
| Manius Invest Co Ltd (Damac Capital) | 1,666,416 | $49,999,979 |
| Constitutional AI Fund, a Series of Abundance Master Fund LLC (Collab LTSE) | 1,067,760 | $32,037,605 |
| Augment Collective, LLC Series Anthropic PBC 1 | 833,208 | $24,999,989 |
| Gemini Ventures 1, LLC | 416,604 | $12,499,995 |
| MW LSVC Anthropic, LLC (Manhattan West) | 386,000 | $11,581,737 |
| Constitutional AI Governance Fund 2 LLC | 371,430 | $11,144,571 |
| GA-IP Opportunities II, LLC | 333,284 | $10,000,020 |
| Elysium VC(N) LLC | 333,283 | $9,999,990 |
| Korea Investment Partners Co., Ltd. - KIP Re-Up II Fund | 333,283 | $9,999,990 |
| A.G.P Alternative Investment Fund V- Series 1 LLC (Headwall) | 283,058 | $8,493,014 |
| Fund FG-AGV, a Series of Forge Investments LLC | 132,734 | $3,982,617 |
| TeleSoft-2020, LP | 103,317 | $3,099,975 |
| TeleSoft Capital, LLC | 103,317 | $3,099,975 |
| Green Book Ventures Horizon III LLC | 93,952 | $2,818,983 |
| Scenic Co-Invest Anthropic LLC | 73,322 | $2,199,990 |
| Scenic Private Access Fund I, L.P. | 66,656 | $1,999,980 |
| Fund XLVIII, a series of SCVC Advisors, LP (Quickscope Investments) | 23,822 | $714,767 |
| A.G.P Alternative Investment Fund IV- Series 4 LLC | 20,021 | $600,720 |
| **Total** | **15,073,349** | **$452,268,300** |