**Exhibit B**

**Disbursements**

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Repro - B&W Copies | 4/4/2024 | Alexa J. Kranzley | 210.0 | $0.10 | $21.00 | Repro - B&W Copies |
| Repro - B&W Copies | 4/5/2024 | Stepan G. Atamian | 18.0 | $0.10 | $1.80 | Repro - B&W Copies |
| Repro - B&W Copies | 4/11/2024 | Halloran N. Purcell | 488.0 | $0.10 | $48.80 | Repro - B&W Copies |
| Repro - B&W Copies | 4/11/2024 | Stepan G. Atamian | 704.0 | $0.10 | $70.40 | Repro - B&W Copies |
| Repro - B&W Copies | 4/12/2024 | Halloran N. Purcell | 1619.0 | $0.10 | $161.90 | Repro - B&W Copies |
| **Repro - B&W Copies Total** | | | | | **$303.90** | |
| Repro - Color Copies | 4/5/2024 | Stepan G. Atamian | 1274.0 | $0.20 | $254.80 | Repro - Color Copies |
| Repro - Color Copies | 4/11/2024 | Halloran N. Purcell | 175.0 | $0.20 | $35.00 | Repro - Color Copies |
| **Repro - Color Copies Total** | | | | | **$289.80** | |
| Delivery/Courier | 4/3/2024 | Tyler W. Hill | 1.0 | $25.21 | $25.21 | Delivery/Courier |
| Delivery/Courier | 4/10/2024 | Shihui Xiang | 1.0 | $12.33 | $12.33 | Delivery/Courier |
| Delivery/Courier | 4/22/2024 | Stepan G. Atamian | 1.0 | $113.89 | $113.89 | Delivery/Courier |
| Delivery/Courier | 4/23/2024 | Stepan G. Atamian | 1.0 | $101.01 | $101.01 | Delivery/Courier |
| Delivery/Courier | 4/29/2024 | Ivaro Cuesta Garayoa | 1.0 | $55.29 | $55.29 | Delivery/Courier |
| **Delivery/Courier Total** | | | | | **$307.73** | |
| Local Transportation | 3/5/2024 | Jacob M. Croke | 1.0 | $102.16 | $102.16 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:40; Purpose: OT Travel |
| Local Transportation | 3/27/2024 | HyunKyu Kim | 1.0 | $70.44 | $70.44 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:52; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 3/27/2024 | Jacob M. Croke | 1.0 | $101.17 | $101.17 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:17; Purpose: OT Travel |
| Local Transportation | 4/1/2024 | Aaron M. Levine | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:42; Purpose: OT Travel |
| Local Transportation | 4/1/2024 | Benjamin Zonenshayn | 1.0 | $136.58 | $136.58 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:34; Purpose: OT Travel |
| Local Transportation | 4/1/2024 | Jackson T. Blaisdell | 1.0 | $63.42 | $63.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:40; Purpose: OT Travel |
| Local Transportation | 4/2/2024 | Arnold Zahn | 1.0 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:46; Purpose: OT Travel |
| Local Transportation | 4/2/2024 | Daniel P. O'Hara | 1.0 | $67.76 | $67.76 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:29; Purpose: OT Travel |
| Local Transportation | 4/2/2024 | Subhah Wadhawan | 1.0 | $71.43 | $71.43 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:43; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 4/3/2024 | Arnold Zahn | 1.0 | $34.60 | $34.60 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:17; Purpose: OT Travel |
| Local Transportation | 4/3/2024 | Benjamin Zonenshayn | 1.0 | $111.50 | $111.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:39; Purpose: OT Travel |
| Local Transportation | 4/3/2024 | Daniel P. O'Hara | 1.0 | $43.18 | $43.18 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:48; Purpose: OT Travel |
| Local Transportation | 4/3/2024 | Grier E. Barnes | 1.0 | $83.47 | $83.47 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:03; Purpose: OT Travel |
| Local Transportation | 4/3/2024 | Kanishka Kewlani | 1.0 | $65.06 | $65.06 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:30; Purpose: OT Travel |
| Local Transportation | 4/3/2024 | Matthew L. Strand | 1.0 | $104.54 | $104.54 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:31; Purpose: OT Travel |
| Local Transportation | 4/4/2024 | Daniel P. O'Hara | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:07; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 4/4/2024 | Mark C. Bennett | 1.0 | $12.04 | $12.04 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:49; Purpose: OT Travel |
| Local Transportation | 4/8/2024 | Christopher J. Dunne | 1.0 | $179.28 | $179.28 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 4/8/2024 | Daniel P. O'Hara | 1.0 | $65.71 | $65.71 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:56; Purpose: OT Travel |
| Local Transportation | 4/8/2024 | Jacob M. Croke | 1.0 | $107.43 | $107.43 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:55; Purpose: OT Travel |
| Local Transportation | 4/8/2024 | Subhah Wadhawan | 1.0 | $82.61 | $82.61 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:31; Purpose: OT Travel |
| Local Transportation | 4/9/2024 | Arnold Zahn | 1.0 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:10; Purpose: OT Travel |
| Local Transportation | 4/9/2024 | Bradley A. Harsch | 1.0 | $207.83 | $207.83 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 4/9/2024 | Christopher J. Dunne | 1.0 | $182.30 | $182.30 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 4/9/2024 | Jacob M. Croke | 1.0 | $107.89 | $107.89 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:33; Purpose: OT Travel |
| Local Transportation | 4/9/2024 | Kanishka Kewlani | 1.0 | $41.95 | $41.95 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:10; Purpose: OT Travel |
| Local Transportation | 4/9/2024 | Stephen H. Clarke | 1.0 | $168.26 | $168.26 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:53; Purpose: OT Travel |
| Local Transportation | 4/10/2024 | Christopher J. Dunne | 1.0 | $182.88 | $182.88 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 4/10/2024 | Jackson T. Blaisdell | 1.0 | $63.42 | $63.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:00; Purpose: OT Travel |
| Local Transportation | 4/10/2024 | Jacob M. Croke | 1.0 | $169.68 | $169.68 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:54; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 4/10/2024 | Subhah Wadhawan | 1.0 | $71.43 | $71.43 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:37; Purpose: OT Travel |
| Local Transportation | 4/11/2024 | Alexa J. Kranzley | 1.0 | $29.09 | $29.09 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:01; Purpose: OT Travel |
| Local Transportation | 4/11/2024 | Christopher J. Dunne | 1.0 | $182.88 | $182.88 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 4/11/2024 | Jackson T. Blaisdell | 1.0 | $62.85 | $62.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:07; Purpose: OT Travel |
| Local Transportation | 4/11/2024 | Jacob M. Croke | 1.0 | $108.60 | $108.60 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:09; Purpose: OT Travel |
| Local Transportation | 4/12/2024 | Subhah Wadhawan | 1.0 | $72.00 | $72.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:53; Purpose: OT Travel |
| Local Transportation | 4/15/2024 | Benjamin Zonenshayn | 1.0 | $98.44 | $98.44 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:18; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 4/15/2024 | Jacob M. Croke | 1.0 | $66.98 | $66.98 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:26; Purpose: OT Travel |
| Local Transportation | 4/16/2024 | Jacob M. Croke | 1.0 | $103.35 | $103.35 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:24; Purpose: OT Travel |
| Local Transportation | 4/16/2024 | Phinneas G. Bauer | 1.0 | $92.82 | $92.82 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:04; Purpose: OT Travel |
| Local Transportation | 4/17/2024 | Benjamin Zonenshayn | 1.0 | $98.44 | $98.44 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:37; Purpose: OT Travel |
| Local Transportation | 4/17/2024 | Jacob M. Croke | 1.0 | $105.39 | $105.39 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:20; Purpose: OT Travel |
| Local Transportation | 4/18/2024 | Christopher J. Dunne | 1.0 | $182.88 | $182.88 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 4/22/2024 | HyunKyu Kim | 1.0 | $86.00 | $86.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:37; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 4/22/2024 | Jacob M. Croke | 1.0 | $105.92 | $105.92 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:05; Purpose: OT Travel |
| Local Transportation | 4/22/2024 | Phinneas G. Bauer | 1.0 | $92.82 | $92.82 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:48; Purpose: OT Travel |
| Local Transportation | 4/23/2024 | Christopher J. Dunne | 1.0 | $182.30 | $182.30 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 4/23/2024 | Daniel P. O'Hara | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 4/23/2024 | Jean Polanun | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:30; Purpose: OT Travel |
| Local Transportation | 4/23/2024 | Phinneas G. Bauer | 1.0 | $35.35 | $35.35 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 4/24/2024 | Aneesa Mazumdar | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:13; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 4/24/2024 | HyunKyu Kim | 1.0 | $113.91 | $113.91 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:37; Purpose: OT Travel |
| Local Transportation | 4/24/2024 | Jacob M. Croke | 1.0 | $106.52 | $106.52 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:22; Purpose: OT Travel |
| Local Transportation | 4/24/2024 | Stephen H. Clarke | 1.0 | $160.19 | $160.19 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:56; Purpose: OT Travel |
| Local Transportation | 4/25/2024 | Jacob M. Croke | 1.0 | $102.28 | $102.28 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:47; Purpose: OT Travel |
| Local Transportation | 4/29/2024 | Christopher J. Dunne | 1.0 | $182.88 | $182.88 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 4/29/2024 | Jacob M. Croke | 1.0 | $105.76 | $105.76 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:50; Purpose: OT Travel |
| Local Transportation | 4/30/2024 | Christopher J. Dunne | 1.0 | $182.30 | $182.30 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:15; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 4/30/2024 | Daniel P. O'Hara | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:06; Purpose: OT Travel |
| Local Transportation | 4/30/2024 | Kanishka Kewlani | 1.0 | $62.85 | $62.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 4/30/2024 | Subhah Wadhawan | 1.0 | $71.43 | $71.43 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:10; Purpose: OT Travel |
| **Local Transportation Total** | | | | | **$5,989.44** | |
| Travel and Expenses | 3/25/2024 | Julie G. Kapoor | 1.0 | $13.05 | $13.05 | Travel and expenses - Expense Type: Dinner - Out of Town; Location: Wilmington, DE; Business Purpose: Attend crypto estimation hearing |
| Travel and Expenses | 3/25/2024 | Julie G. Kapoor | 1.0 | $30.04 | $30.04 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Home; End Point: Train Station (DC); Business Purpose: Attend crypto estimation hearing |
| Travel and Expenses | 3/25/2024 | Julie G. Kapoor | 1.0 | $15.74 | $15.74 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Train Station (DE); End Point: Hearing; Business Purpose: Attend crypto estimation hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | 3/25/2024 | Julie G. Kapoor | 1.0 | $16.02 | $16.02 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Hearing; End Point: Train Station (DE); Business Purpose: Attend crypto estimation hearing |
| Travel and Expenses | 3/25/2024 | Julie G. Kapoor | 1.0 | $48.99 | $48.99 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Train Station (DC); End Point: Home; Business Purpose: Attend crypto estimation hearing |
| Travel and Expenses | 3/26/2024 | Julie G. Kapoor | 1.0 | $15.74 | $15.74 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Hearing; End Point: Train Station (DE); Business Purpose: Attend crypto estimation hearing |
| Travel and Expenses | 3/26/2024 | Julie G. Kapoor | 1.0 | $15.74 | $15.74 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Train Station (DE); End Point: Hearing; Business Purpose: Attend crypto estimation hearing |
| Travel and Expenses | 3/26/2024 | Julie G. Kapoor | 1.0 | $30.79 | $30.79 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Home; End Point: Train Station (DC); Business Purpose: Attend crypto estimation hearing |
| Travel and Expenses | 3/26/2024 | Julie G. Kapoor | 1.0 | $70.59 | $70.59 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Train Station (DC); End Point: Home; Business Purpose: Attend crypto estimation hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | 4/12/2024 | Evan S. Simpson | 1.0 | $2,215.00 | $2,215.00 | Travel and expenses - Airfare; Starting + End Points: LHR/HND/LHR; Class of Travel: Economy; Date of Travel: 4/12/2024 - Roundtrip; Passenger Name: Evan S. Simpson; Business Purpose: Attend meetings |
| Travel and Expenses | 4/13/2024 | Evan S. Simpson | 1.0 | $525.00 | $525.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Evan S. Simpson; Hotel Name: Ascott; Location: Tokyo, JPY; Arrival Date: 04/13/2024 + Departure Date: 04/18/2024; Room Charge: 721.54; Business Purpose: Attend meetings |
| Travel and Expenses | 4/14/2024 | Evan S. Simpson | 1.0 | $525.00 | $525.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Evan S. Simpson; Hotel Name: Ascott; Location: Tokyo, JPY; Arrival Date: 04/13/2024 + Departure Date: 04/18/2024; Room Charge: 655.45; Business Purpose: Attend meetings |
| Travel and Expenses | 4/15/2024 | Evan S. Simpson | 1.0 | $525.00 | $525.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Evan S. Simpson; Hotel Name: Ascott; Location: Tokyo, JPY; Arrival Date: 04/13/2024 + Departure Date: 04/18/2024; Room Charge: 655.45; Business Purpose: Attend meetings |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | 4/16/2024 | Evan S. Simpson | 1.0 | $525.00 | $525.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Evan S. Simpson; Hotel Name: Ascott; Location: Tokyo, JPY; Arrival Date: 04/13/2024 + Departure Date: 04/18/2024; Room Charge: 655.45; Business Purpose: Attend meetings |
| Travel and Expenses | 4/17/2024 | Evan S. Simpson | 1.0 | $525.00 | $525.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Evan S. Simpson; Hotel Name: Ascott; Location: Tokyo, JPY; Arrival Date: 04/13/2024 + Departure Date: 04/18/2024; Room Charge: 655.45; Business Purpose: Attend meetings |
| **Travel and Expenses Total** | | | | | **$5,096.70** | |
| Conference Room Dining | 4/15/2024 | Nirav N. Mehta | 1.0 | $200.00 | $200.00 | Conference Room Dining (Lunch for 10 people) - Attendees: N. Mehta, E. Simpson, S. Melamed (FTX), K. Takahashi (FTX), J. Masters (FTX), S. Kojima (FTX), B. Spitz (FTX), H. Chambers (A&M), D. Johnston (A&M), S. Coverick (A&M), |
| **Conference Room Dining Total** | | | | | **$200.00** | |
| Meals - Overtime | 4/1/2024 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 4/1/2024 | Jackson T. Blaisdell | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00025, 00043 |
| Meals - Overtime | 4/2/2024 | Arnold Zahn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|----------|-----------|-----------------|-------|------|--------|------------------|
| Meals - Overtime | 4/2/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00025, 00029, 00033 |
| Meals - Overtime | 4/2/2024 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 4/2/2024 | Subhah Wadhawan | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 4/3/2024 | Arnold Zahn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 4/3/2024 | Benjamin Zonenshayn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00025, 00041 |
| Meals - Overtime | 4/3/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00025, 00029 |
| Meals - Overtime | 4/3/2024 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 4/3/2024 | Grier E. Barnes | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 4/3/2024 | Harrison B. Shure | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00041 |
| Meals - Overtime | 4/3/2024 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 4/3/2024 | Matthew L. Strand | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00014, 00022 |
| Meals - Overtime | 4/3/2024 | Phinneas G. Bauer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 4/4/2024 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 4/8/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029, 00041 |
| Meals - Overtime | 4/8/2024 | Fareed Ahmed | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 4/8/2024 | Kanishka Kewlani | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 4/8/2024 | Phinneas G. Bauer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029 |
| Meals - Overtime | 4/8/2024 | Subhah Wadhawan | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029 |
| Meals - Overtime | 4/9/2024 | Arnold Zahn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029, 00033 |
| Meals - Overtime | 4/9/2024 | Benjamin Zonenshayn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00035,00041 |
| Meals - Overtime | 4/9/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029, 00041 |
| Meals - Overtime | 4/9/2024 | Grier E. Barnes | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 4/9/2024 | Stephen H. Clarke | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 4/10/2024 | Alexa J. Kranzley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00014, 00015, 00016, 00025, 00034, 00041 |
| Meals - Overtime | 4/10/2024 | Arnold Zahn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029, 00033 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 4/10/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029, 00041 |
| Meals - Overtime | 4/10/2024 | Jackson T. Blaisdell | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 4/10/2024 | Jean Polanun | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00041 |
| Meals - Overtime | 4/10/2024 | Subhah Wadhawan | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029 |
| Meals - Overtime | 4/11/2024 | Alexa J. Kranzley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014, 00015, 00016, 00025, 00041 |
| Meals - Overtime | 4/11/2024 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029, 00033 |
| Meals - Overtime | 4/12/2024 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 4/12/2024 | Subhah Wadhawan | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 4/15/2024 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029 |
| Meals - Overtime | 4/16/2024 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 4/16/2024 | Benjamin Zonenshayn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):  00011, 00016, 00025 |
| Meals - Overtime | 4/16/2024 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00019, 00029 |
| Meals - Overtime | 4/16/2024 | Phinneas G. Bauer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 4/17/2024 | Alexa J. Kranzley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00013, 00015, 00016, 00025, 00035, 00041 |
| Meals - Overtime | 4/17/2024 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019, 00029 |
| Meals - Overtime | 4/18/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend]; Project Code(s): 00010, 00013, 00033, 00041 |
| Meals - Overtime | 4/22/2024 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029 |
| Meals - Overtime | 4/22/2024 | Phinneas G. Bauer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029 |
| Meals - Overtime | 4/23/2024 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029 |
| Meals - Overtime | 4/24/2024 | Aneesa Mazumdar | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00041 |
| Meals - Overtime | 4/24/2024 | Federico Ferdinandi | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00041 |
| Meals - Overtime | 4/24/2024 | Stephen H. Clarke | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00041 |
| Meals - Overtime | 4/25/2024 | Alexa J. Kranzley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00016, 00019, 00023, 00025, 00027, 00041, 00045, 00046 |
| Meals - Overtime | 4/25/2024 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 4/25/2024 | Saskia E.L. De Vries | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00033, 00041 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 4/26/2024 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 4/29/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00022, 00029, 00033, 00046 |
| Meals - Overtime | 4/29/2024 | Jamie G. Saevitzon | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 4/29/2024 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029 |
| Meals - Overtime | 4/30/2024 | Alexander S. Holland | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029, 00046 |
| Meals - Overtime | 4/30/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00046 |
| Meals - Overtime | 4/30/2024 | Subhah Wadhawan | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| **Meals - Overtime Total** | | | | | **$1,200.00** | |
| Lien and Judgment Searches | 4/8/2024 | Magalie Desince | 1.0 | $558.16 | $558.16 | CT Corp/CSC |
| **Lien and Judgment Searches Total** | | | | | **$558.16** | |
| Other Professionals | 4/24/2024 | Christopher J. Howard | 1.0 | $3,808.46 | $3,808.46 | Other Professionals - Professional Fees of Mr. Peter Burgess (South Square Barristers) - April 2024 |
| **Other Professionals Total** | | | | | **$3,808.46** | |
| **GRAND TOTAL** | | | | | **$17,754.19** | |