# Exhibit B

## Disbursements

**Detail Cost Task Code Billing Report**  Page: 1
Landis Rath & Cobb LLP

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Activity ID E101 Inhouse Copying** | | | | | |
| 1368.002 | 04/08/2024 | 0.100 | 96.00 | 9.60 | Inhouse Copying |
| 1368.002 | 04/11/2024 | 0.100 | 8.00 | 0.80 | Inhouse Copying |
| 1368.002 | 04/16/2024 | 0.100 | 616.00 | 61.60 | Inhouse Copying |
| 1368.002 | 04/22/2024 | 0.100 | 344.00 | 34.40 | Inhouse Copying |
| 1368.002 | 04/24/2024 | 0.100 | 14.00 | 1.40 | Inhouse Copying |
| 1368.002 | 04/29/2024 | 0.100 | 165.00 | 3.00 | Inhouse Copying |
| **Total for Activity ID E101** | | | Billable | 110.80 | Inhouse Copying |
| **Activity ID E102 Outside printing** | | | | | |
| 1368.002 | 04/12/2024 | | | 13.77 | Outside printing DLS Discovery - Invoice 187972 |
| 1368.002 | 04/30/2024 | | | 20.28 | Outside printing DLS Discovery - Invoice 188354 |
| **Total for Activity ID E102** | | | Billable | 34.05 | Outside printing |
| **Activity ID E106 Online research** | | | | | |
| 1368.002 | 04/30/2024 | | | 1,231.46 | Online research Relx Inc. DBA LexisNexis - Invoice 3095072582 |
| **Total for Activity ID E106** | | | Billable | 1,231.46 | Online research |
| **Activity ID E107 Delivery services/messengers** | | | | | |
| 1368.002 | 04/04/2024 | | | 75.00 | Delivery services/messengers Parcels, Inc. - Invoice 1075617 |
| 1368.002 | 04/04/2024 | | | 75.00 | Delivery services/messengers Parcels, Inc. - Invoice 1075600 |
| 1368.002 | 04/04/2024 | | | 75.00 | Delivery services/messengers Parcels, Inc. - Invoice 1075601 |
| 1368.002 | 04/04/2024 | | | 135.00 | Delivery services/messengers Parcels, Inc. - Invoice 1075602 |
| **Total for Activity ID E107** | | | Billable | 360.00 | Delivery services/messengers |
| **Activity ID E111 Meals** | | | | | |
| 1368.002 | 04/12/2024 | | | 30.60 | Meals Chelsea Tavern - working dinner for LRC(2) |
| 1368.002 | 04/26/2024 | | | 32.00 | Meals DiMeo's Pizza - working dinner for LRC(2) |
| **Total for Activity ID E111** | | | Billable | 62.60 | Meals |
| **Activity ID E208 Document Retrieval** | | | | | |
| 1368.002 | 04/30/2024 | | | 103.10 | Document Retrieval - PACER |
| **Total for Activity ID E208** | | | Billable | 103.10 | Document Retrieval |
| **Activity ID E219 Service Fees** | | | | | |
| 1368.002 | 04/09/2024 | | | 16.70 | Service Fees Parcels, Inc. - Invoice 1076866; LayerZero adversary service |
| 1368.002 | 04/19/2024 | | | 16.96 | Service Fees Parcels, Inc. - Invoice 1078054: K5 adversary service |
| **Total for Activity ID E219** | | | Billable | 33.66 | Service Fees |
| **Activity ID E229 Lien Searches** | | | | | |
| 1368.002 | 04/19/2024 | | | 20.00 | Delaware Div of Corporations - lien & entity search |
| **Total for Activity ID E229** | | | Billable | 20.00 | Lien Searches |

**GRAND TOTALS**

Billable    1,955.67