# UNITED STATES BANKRUPTCY COURT
### District of Delaware

| | |
|---|---|
| In re FTX Trading Ltd., et al.,<br>Debtors. | Case No. 22-11068 (JTD)<br>(Jointly Administered) |

## TRANSFER OF PARTIAL CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

SVALBARD HOLDINGS LIMITED
Name of Transferee


Name of Transferor

Name and Address where notices to transferee should be sent:

Svalbard Holdings Limited
c/o Attestor Limited
7 Seymour Street
London, United Kingdom
W1H7JW
Attn: Steve Gillies
settlements@attestorcapital.com
+44(0)20 7074 9653

Name and Address where notices to transferor should be sent:

Claim #: 71455
Schedule Number: 6983736
Date Claim Filed: 9/26/2023
Debtor: Quoine Pte. Ltd.
Case Number: 22-11161
Claim Amount: 50%

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Svalbard Holdings Limited                                       Date: May 30, 2024

By: _____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO:   United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and FTX Trading Ltd. and its affiliated debtors and debtors in possession (the "Debtor")

In re FTX Trading Ltd., et al., Case No. 22-11068 (JTD) (the "Bankruptcy Cases")

For value received, the adequacy and sufficiency of which are hereby acknowledged, ▊▊▊▊▊▊▊▊▊ ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns unto Svalbard Holdings Limited (the "Purchaser") a 50% pro-rata share of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), designated on the Claims Registry in the Bankruptcy Cases as Claim No. 71455, with schedule number 6983736, that was asserted against the Debtor or may be asserted against the Debtor and its non-debtor affiliates (collectively, "FTX") and any and all other proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing claim (collectively, the "Proof of Claim").

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as might be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim and recognizing Purchaser as the sole owners and holders of the claim. Seller further directs the Debtor, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, are to be delivered or made to Purchaser.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated May 30, 2024.

**SELLER**

[redacted]

**PURCHASER**

Svalbard Holdings Limited

By: _____
Name: Christopher Guth
Title: Authorized Person

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated May 30, 2024.

SELLER



PURCHASER

Svalbard Holdings Limited

By: _____
Name: Christopher Guth
Title: Authorized Person