IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>               Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | | | |
|---|---|---|---|
| Name of Transferee: | **Ceratosaurus Investors, L.L.C.** | Name of Transferor: | **[Redacted]** |
| Name and Address where notices and payments to transferee should be sent:<br><br>Email: | **c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Attn: Michael Linn<br>mlinn@faralloncapital.com** | Last known address: | **[Redacted]** |
| | Confirmation ID: | 3265-70-ITKQU-641735887 | |
| | Kroll ID & Unique Customer Code: | **Kroll ID: 221106806836159<br>Kroll UCC: 00163404** | |
| | Amount of Claim: | **50% of the Total Amount of Claim** | |
| | Total Amount of Claim: | **As set forth on Schedule F (see attached) and as described on Customer Claim Form** | |
| | Date Claim Filed: | **07/17/23** | |

Local Form 138

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: 5/29/2024
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Michael G. Linn
Managing Member

2

NYACTIVE-23814373.1                                Doc ID: 6bffe247258838417a803ef3ea81510d21123ac9

## Schedule F

| 00183404 | 1INCH[0.00000001], 1INCH-PERP[0], AAPL-20201225[0], AAVE-PERP[0], ADABEAR[0.00000001], ADABULL[0.00000001], ADA-PERP[0], ALCX-PERP[0], ALGO-20200626[0], ALGO-20210924[0], ALGO-PERP[0], ALPHA-PERP[0], ALT-20200327[0], ALTBEAR[0.00000002], ALTBULL[0.00000002], ALT-PERP[0], AMC-20210324[0], AMC-20210625[0], AMPL-PERP[0], AMZN-20210326[0], ANC-PERP[0], APE-PERP[0], APHA-20210326[0], APT-PERP[0], AR10C-20210326[0], ASD-20210625[0], ASDBEAR[0.00000001], ASD-PERP[0], ATLAS-PERP[0], ATOMBEAR[0.00000002], ATOMBULL[0.00000002], ATOM-PERP[0], AUD[0.00], AUDIO-PERP[0], AVAX-PERP[0], AXS-PERP[0], BABA[0], BABA-20210326[0], BADGER-PERP[0], BAL-PERP[0], SAND-PERP[0], BAO-PERP[0], BAT-PERP[0], BCH[0.00000001], BCHBEAR[0.00000002], BCH-PERP[0], BEARSHIT[0.00000001], BITW-20210326[0], BNB[0], BNBBULL[0.00000001], BNB-PERP[0], BOBA-PERP[0], BRZ[0], BRZ-PERP[0], BSV-PERP[0], BTC[0.00000034], BTC-20200626[0], BTC-20200925[0], BTC-20210326[0], BTC-20211231[0], BTC-MOVE-0213[0], BTC-MOVE-0214[0], BTC-MOVE-0216[0], BTC-PERP[0], BULL[0.00000002], BULLSHIT[0.00000001], BVOL[0], BYND[0], CAKE-PERP[0], CARLSEN2021[0], CBSE[0], CEL-PERP[0], CGC-20210326[0], CHZ-20210326[0], CHZ-PERP[0], CLV-PERP[0], COIN[0], COMP-PERP[0], CREAM-PERP[0], CRON-20210326[0], CRO-PERP[0], CRV-PERP[0], DAI[0.00780734], DASH-PERP[0], DEFI-PERP[0], DENT-PERP[0], DFL[0.00000001], DMG-PERP[0], DOGE-20210326[0], DOGE-20210625[0], DOGEBEAR[0.00000001], DOGEBULL[0.00000001], DOGE-PERP[0], DOT-PERP[0], DOTPRESPLIT-2020PERP[0], DRGNBEAR[0.00000001], DRGNBULL[0.00000002], DRGN-PERP[0], DYDX-PERP[0], EGLD-PERP[0], ENJ-PERP[0], ENS-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[0.00000003], ETHBULL[0.00000001], ETH-PERP[0], EUR[0.00], EXCHBEAR[0.00000001], EXCHBULL[0], EXCH-PERP[0], FB-20210326[0], FIDA[0.04091798], FIDA-PERP[0], FIL-PERP[0], FLM-PERP[0], FLOW-PERP[0], FTM-PERP[0], FTT[0.06477093], FTT-PERP[0], FTT_STRIKE-0.4_UNLOCK-EXPIRE-2030[11106], FTX_EQUITY[0], FTX_EQUITY_STRIKE-2.28_VEST-2022_EXPIRE-2032[0], GAL-PERP[0], GLMR-PERP[0], GME-20210326[0], GMT-PERP[0], GOOGL-20201225[0], GRT-PERP[0], GST[0.00000001], GST-PERP[0], HBAR-PERP[0], HXD[0.00], HNT-PERP[0], HOT-PERP[0], HTBEAR[0.00000002], HTBULL[0.00000001], HT-PERP[0], ICP-PERP[0], ICX-PERP[0], KAVA-PERP[0], KIN-PERP[0], KNC-PERP[0], KSHIB-PERP[0], KSM-PERP[0], KSOS-PERP[0], LEND-PERP[0], LEO-20191227[0], LEO-20200626[0], LEOBEAR[0.00000001], LEOBULL[0.00000001], LEO-PERP[0], LINA-PERP[0], LINKBULL[0.00000001], LINK-PERP[0], LOOKS-PERP[0], LRC-PERP[0], LTCBEAR[0.00000002], LTC-PERP[0], LUA[0.00000001], LUNA2[0.00564289], LUNA2_LOCKED[0.01386674], LUNC[0.02479462], LUNC-PERP[0], MANA-PERP[0], MAPS-PERP[0], MATIC-PERP[0], MEDIA[0], MEDIA-PERP[0], MER-PERP[0], MID-20191227[0], MIDBEAR[0.00000001], MIDBULL[0.00000001], MID-PERP[0], MKR-PERP[0], MNGO-PERP[0], MOB[0], MRNA-20201225[0], MRNA-20210326[0], MSRM_LOCKED[1], MTA-PERP[0], NEAR-PERP[0], NEO-PERP[0], NOK-20210326[0], NVDA-20210326[0], OIL100-20200626[0], OKBBULL[0.00000001], OKB-PERP[0], OMG-PERP[0], ONT-PERP[0], ORBS-PERP[0], OXY-PERP[0], PAXG[0.00000003], PAXGBEAR[0], PAXGBULL[0.00000002], PAXG-PERP[0], PERP[0.00000001], PERP-PERP[0], PFE-20201225[0], PRIV-20200626[0], PRIVBEAR[0.00000002], PRIVBULL[0.00000001], PRIV-PERP[0], PYPL-20210326[0], RAMP-PERP[0], RAY-PERP[0], REEF-20210625[0], REEF-PERP[0], REN-PERP[0], ROOK-PERP[0], RUNE-PERP[0], SAND-PERP[0], SC-PERP[0], SECO-PERP[0], SHIB-PERP[0], SHIT-PERP[0], SLP-PERP[0], SNX-PERP[0], SOL[0], SOL-20210326[0], SOL-20210625[0], SOL-20211231[0], SOL-PERP[0], SPELL-PERP[0], SPY-20201225[0], SRM[0.64353435], SRM_LOCKED[11230017], SRM-PERP[0], STEP[0.00000001], STEP-PERP[0], STMX-PERP[0], SUSHI[0.00000001], SUSHI-20200925[0], SUSHI-20201225[0], SUSHI-20210326[0], SUSHI-PERP[0], SXP-PERP[0], THETA-20200626[0], THETA-PERP[0], TOMO[0], TOMO-20200925[0], TOMO-PERP[0], TONCOIN-PERP[0], TRUMP[0], TRUMPFEB[0], TRU-PERP[0], TRX-20191227[0], TRX-PERP[0], TRYB[0], TWTR-20210326[0], UBER-20210326[0], UNI-PERP[0], UNISWAP-PERP[0], USD[53886.90], USDT[0.00270004], USOT-PERP[0], USTC[0], USTC-PERP[0], VET-PERP[0], WAVES-PERP[0], WBTC[0], WSB-20210326[0], XAUT[0.00000001], XAUTBEAR[0.00000001], XAUTBULL[0.00000002], XEM-PERP[0], XLM-PERP[0], XMR-PERP[0], XRP[0], XRPBEAR[0.00000001], XRP-PERP[0], XTZBULL[0.00000003], XTZ-PERP[0], YFI[0], YFI-20210326[0], YFI-PERP[0], YFII-PERP[0], ZEC-PERP[0], ZIL-PERP[0], ZM-20210326[0], ZRX-PERP[0] |

## Name of Transferee

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer of Claim to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and appropriate professional