UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.,*<br><br>Debtors | Chapter 11<br><br>No. 22-11068 (JTD)<br><br>(Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee<br>**Fire Bouvardia, L.L.C.**<br>Last Four Digits of Acct #: N/A | Name of Transferor<br>**Name (Redacted)**<br>Last Four Digits of Acct #: N/A |
| Name and Address where notices and payments to transferee should be sent:<br><br>c/o Crowell & Moring LLP<br>389 9th Ave, 44th Floor<br>New York, NY 10001<br>Attention: Timothy Lin<br>Email 1: tlin@crowell.com<br>Email 2: FTX@kingstreet.com | Address of Transferor:<br>On file with debtors.<br><br>**Case No.:** 22-11068 et seq. |

| Claim Information | Customer Code | Amount | Debtor |
|---|---|---|---|
| Confirmation ID: 3265-70-RNZPC-678250894<br><br>Schedule Number: 7637094<br><br>Claim Number: 72627 | Schedule F Customer Code<br>**00167083** | 100% of Seller's Claim as described on Schedule F (see attached) and the Customer Claim Form | FTX Trading Ltd. |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____            Date: May 2, 2024
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT A**

**EVIDENCE OF TRANSFER OF CLAIM**

**TO: THE DEBTORS AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, [redacted] (the "Seller"), hereby unconditionally and irrevocably sells, transfers and assigns to Fire Bouvardia, L.L.C. (the "Buyer") 100% of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim, designated in the Bankruptcy Case (as defined below) as described below, that was asserted against FTX Trading Ltd. and its affiliated debtors (collectively, the "Debtors"), in the proceedings captioned *In re: FTX Trading Ltd., et al*, Case No. 22-11068 (JTD) (Jointly Administered) (the "Bankruptcy Case") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all other proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

| Confirmation ID | Customer Code | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Confirmation ID: 3265-70-RNZPC-678250894<br><br>Schedule Number: 7637094<br><br>Claim Number: 72627 | Schedule F Customer Code 00167083 | 100% of Seller's Claim as described on Schedule F (see attached) and the Customer Claim Form | FTX Trading Ltd. | 22-11068 |

Seller hereby waives any objection to the transfer of the claim to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as might be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the foregoing claim and recognizing Buyer as the sole owner and holder of the claim. Seller further directs the Debtors, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, are to be delivered or made to Buyer.

(*remainder of page blank*)

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 2nd day of May, 2024.

**SELLER**:

**BUYER**:

**FIRE BOUVARDIA, L.L.C.**

By:______________________________________
Name: Timothy Lin
Title: Authorized Signatory

| | | |
|---|---|---|
| 00167083 | | 1INCH[.00004], 1INCH-PERP[0], AAVE[31.07089453], AAVE-PERP[0], ADADOOM[.00000414], ADA-PERP[0], AGLD[.05176036], AGLD-PERP[0], ALCX[1.51979069], ALCX-PERP[0], ALGO-PERP[0], ALPHA[-1.04326562], ALPHA-PERP[0], ALTMOON[.08994666], ANC-PERP[0], APE-PERP[0], APT-PERP[0], AR-PERP[0], ASDMOON[.00003511], ASD-PERP[0], ATLAS[2.25752809], ATLAS-PERP[0], ATOM[0], ATOMMOON[.00007412], ATOM-PERP[0], AUDIO[9615.95067], AUDIO-PERP[0], AURY[.82424528], AVAX[0], AVAX-PERP[0], AXS[0.00001600], AXS-PERP[0], BAL[.00869872], BAL-PERP[0], BAND-PERP[0], BAO[.06], BCH-0325[0], BCH-0624[0], BCH-20210326[0], BCH-20210924[0], BCH-20211231[0], BCH[977.13700010], BCHMOON[153.53636332], BCH-PERP[0], BICO[.075], BNBMOON[.96971277], BNB-PERP[0], BOBA-PERP[0], BSVMOON[53.60471459], BSV-PERP[0], BTC-0325[0], BTC-0624[0], BTC-0930[0], BTC[110.29490607], BTC-1230[0], BTC-20191227[0], BTC-20200327[0], BTC-20200626[0], BTC-20200925[0], BTC-20201225[0], BTC-20210326[0], BTC-20210625[0], BTC-20210924[0], BTC-20211231[0], BTC-MOVE-0101[0], BTC-MOVE-0102[0], BTC-MOVE-0103[0], BTC-MOVE-0104[0], BTC-MOVE-0105[0], BTC-MOVE-0106[0], BTC-MOVE-0107[0], BTC-MOVE-0108[0], BTC-MOVE-0109[0], BTC-MOVE-0110[0], BTC-MOVE-0111[0], BTC-MOVE-0112[0], BTC-MOVE-0113[0], BTC-MOVE-0114[0], BTC-MOVE-0115[0], BTC-MOVE-0116[0], BTC-MOVE-0117[0], BTC-MOVE-0118[0], BTC-MOVE-0119[0], BTC-MOVE-0120[0], BTC-MOVE-0121[0], BTC-MOVE-0122[0], BTC-MOVE-0123[0], BTC-MOVE-0124[0], BTC-MOVE-0125[0], BTC-MOVE-0126[0], BTC-MOVE-0127[0], BTC-MOVE-0128[0], BTC-MOVE-0129[0], BTC-MOVE-0131[0], BTC-MOVE-0201[0], BTC-MOVE-0202[0], BTC-MOVE-0203[0], BTC-MOVE-0204[0], BTC-MOVE-0205[0], BTC-MOVE-0207[0], BTC-MOVE-0208[0], BTC-MOVE-0210[0], BTC-MOVE-0211[0], BTC-MOVE-0212[0], BTC-MOVE-0214[0], BTC-MOVE-0216[0], BTC-MOVE-0217[0], BTC-MOVE-0218[0], BTC-MOVE-0221[0], BTC-MOVE-0222[0], BTC-MOVE-0223[0], BTC-MOVE-0224[0], BTC-MOVE-0225[0], BTC-MOVE-0226[0], BTC-MOVE-0227[0], BTC-MOVE-0228[0], BTC-MOVE-0301[0], BTC-MOVE-0302[0], BTC-MOVE-0303[0], BTC-MOVE-0304[0], BTC-MOVE-0305[0], BTC-MOVE-0307[0], BTC-MOVE-0309[0], BTC-MOVE-0310[0], BTC-MOVE-0311[0], BTC-MOVE-0312[0], BTC-MOVE-0313[0], BTC-MOVE-0314[0], BTC-MOVE-0315[0], BTC-MOVE-0316[0], BTC-MOVE-0317[0], BTC-MOVE-0318[0], BTC-MOVE-0320[0], BTC-MOVE-0321[0], BTC-MOVE-0322[0], BTC-MOVE-0323[0], BTC-MOVE-0324[0], BTC-MOVE-0326[0], BTC-MOVE-0327[0], BTC-MOVE-0328[0], BTC-MOVE-0329[0], BTC-MOVE-0330[0], BTC-MOVE-0331[0], BTC-MOVE-0401[0], BTC-MOVE-0402[0], BTC-MOVE-0404[0], BTC-MOVE-0405[0], BTC-MOVE-0406[0], BTC-MOVE-0407[0], BTC-MOVE-0408[0], BTC-MOVE-0409[0], BTC-MOVE-0411[0], BTC-MOVE-0412[0], BTC-MOVE-0413[0], BTC-MOVE-0414[0], BTC-MOVE-0415[0], BTC-MOVE-0416[0], BTC-MOVE-0418[0], BTC-MOVE-0419[0], BTC-MOVE-0420[0], BTC-MOVE-0421[0], BTC-MOVE-0422[0], BTC-MOVE-0423[0], BTC-MOVE-0424[0], BTC-MOVE-0425[0], BTC-MOVE-0426[0], BTC-MOVE-0427[0], BTC-MOVE-0428[0], BTC-MOVE-0429[0], BTC-MOVE-0430[0], BTC-MOVE-0501[0], BTC-MOVE-0502[0], BTC-MOVE-0503[0], BTC-MOVE-0504[0], BTC-MOVE-0505[0], BTC-MOVE-0506[0], BTC-MOVE-0507[0], BTC-MOVE-0508[0], BTC-MOVE-0509[0], BTC-MOVE-0510[0], BTC-MOVE-0511[0], BTC-MOVE-0512[0], BTC-MOVE-0513[0], BTC-MOVE-0514[0], BTC-MOVE-0515[0], BTC-MOVE-0516[0], BTC-MOVE-0517[0], BTC-MOVE-0518[0], BTC-MOVE-0519[0], BTC-MOVE-0520[0], BTC-MOVE-0521[0], BTC-MOVE-0522[0], BTC-MOVE-0523[0], BTC-MOVE-0524[0], BTC-MOVE-0525[0], BTC-MOVE-0526[0], BTC-MOVE-0527[0], BTC-MOVE-0528[0], BTC-MOVE-0529[0], BTC-MOVE-0530[0], BTC-MOVE-0531[0], BTC-MOVE-0601[0], BTC-MOVE-0602[0], BTC-MOVE-0603[0], BTC-MOVE-0604[0], BTC-MOVE-0606[0], BTC-MOVE-0607[0], BTC-MOVE-0608[0], BTC-MOVE-0609[0], BTC-MOVE-0610[0], BTC-MOVE-0611[0], BTC-MOVE-0612[0], BTC-MOVE-0613[0], BTC-MOVE-0614[0], BTC-MOVE-0615[0], BTC-MOVE-0616[0], BTC-MOVE-0617[0], BTC-MOVE-0618[0], BTC-MOVE-0619[0], BTC-MOVE-0620[0], BTC-MOVE-0621[0], BTC-MOVE-0622[0], BTC-MOVE-0623[0], BTC-MOVE-0624[0], BTC-MOVE-0629[0], BTC-MOVE-0701[0], BTC-MOVE-0702[0], BTC-MOVE-0703[0], BTC-MOVE-0705[0], BTC-MOVE-0706[0], BTC-MOVE-0707[0], BTC-MOVE-0708[0], BTC-MOVE-0709[0], BTC-MOVE-0712[0], BTC-MOVE-0713[0], BTC-MOVE-0714[0], BTC-MOVE-0715[0], BTC-MOVE-0716[0], BTC-MOVE-0717[0], BTC-MOVE-0718[0], BTC-MOVE-0719[0], BTC-MOVE-0720[0], BTC-MOVE-0721[0], BTC-MOVE-0722[0], BTC-MOVE-0723[0], BTC-MOVE-0724[0], BTC-MOVE-0725[0], BTC-MOVE-0726[0], BTC-MOVE-0727[0], BTC-MOVE-0728[0], BTC-MOVE-0729[0], BTC-MOVE-0730[0], BTC-MOVE-0731[0], BTC-MOVE-0801[0], BTC-MOVE-0802[0], BTC-MOVE-0803[0], BTC-MOVE-0805[0], BTC-MOVE-0806[0], BTC-MOVE-0808[0], BTC-MOVE-0810[0], BTC-MOVE-0811[0], BTC-MOVE-0812[0], BTC-MOVE-0813[0], BTC-MOVE-0814[0], BTC-MOVE-0817[0], BTC-MOVE-0820[0], BTC-MOVE-0821[0], BTC-MOVE-0822[0], BTC-MOVE-0823[0], BTC-MOVE-0826[0], BTC-MOVE-0827[0], BTC-MOVE-0828[0], BTC-MOVE-0831[0], BTC-MOVE-0901[0], BTC-MOVE-0902[0], BTC-MOVE-0903[0], BTC-MOVE-0907[0], BTC-MOVE-0908[0], BTC-MOVE-0910[0], BTC-MOVE-0911[0], BTC-MOVE-0912[0], BTC-MOVE-0913[0], BTC-MOVE-0914[0], BTC-MOVE-0915[0], BTC-MOVE-0916[0], BTC-MOVE-0917[0], BTC-MOVE-0919[0], BTC-MOVE-0921[0], BTC-MOVE-0922[0], BTC-MOVE-0923[0], BTC-MOVE-0924[0], BTC-MOVE-0926[0], BTC-MOVE-0927[0], BTC-MOVE-0928[0], BTC-MOVE-0929[0], BTC-MOVE-0930[0], BTC-MOVE-1002[0], BTC-MOVE-1003[0], BTC-MOVE-1004[0], BTC-MOVE-1005[0], BTC-MOVE-1006[0], BTC-MOVE-1007[0], BTC-MOVE-1008[0], BTC-MOVE-1010[0], BTC-MOVE-1011[0], BTC-MOVE-1012[0], BTC-MOVE-1013[0], BTC-MOVE-1014[0], BTC-MOVE-1015[0], BTC-MOVE-1016[0], BTC-MOVE-1020[0], BTC-MOVE-1022[0], BTC-MOVE-1023[0], BTC-MOVE-1024[0], BTC-MOVE-1025[0], BTC-MOVE-1026[0], BTC-MOVE-1027[0], BTC-MOVE-1028[0], BTC-MOVE-1029[0], BTC-MOVE-1031[0], BTC-MOVE-1103[0], BTC-MOVE-1104[0], BTC-MOVE-1105[0], BTC-MOVE-1106[0], BTC-MOVE-1107[0], BTC-MOVE-1108[0], BTC-MOVE-1109[0], BTC-MOVE-20191119[0], BTC-MOVE-20191120[0], BTC-MOVE-20191121[0], BTC-MOVE-20191122[0], BTC-MOVE-20191123[0], BTC-MOVE-20191124[0], BTC-MOVE-20191125[0], BTC-MOVE-20191126[0], BTC-MOVE-20191127[0], BTC-MOVE-20191128[0], BTC-MOVE-20191129[0], BTC-MOVE-20191130[0], BTC-MOVE-20191203[0], BTC-MOVE-20191204[0], BTC-MOVE-20191205[0], BTC-MOVE-20191207[0], BTC-MOVE-20191208[0], BTC-MOVE-20191209[0], BTC-MOVE-20191210[0], BTC-MOVE-20191211[0], BTC-MOVE-20191212[0], BTC-MOVE-20191217[0], BTC-MOVE-20191218[0], BTC-MOVE-20191220[0], BTC-MOVE-20191226[0], BTC-MOVE-20191227[0], BTC-MOVE-20200113[0], BTC-MOVE-20200128[0], BTC-MOVE-20200129[0], BTC-MOVE-20200130[0], BTC-MOVE-20200204[0], BTC-MOVE-20200205[0], BTC-MOVE-20200206[0], BTC-MOVE-20200207[0], BTC-MOVE-20200421[0], BTC-MOVE-20200427[0], BTC-MOVE-20200428[0], BTC-MOVE-20200429[0], BTC-MOVE-20200430[0], BTC-MOVE-20200501[0], BTC-MOVE-20200502[0], BTC-MOVE-20200503[0], BTC-MOVE-20200504[0], BTC-MOVE-20200505[0], BTC-MOVE-20200506[0], BTC-MOVE-20200507[0], BTC-MOVE-20200509[0], BTC-MOVE-20200510[0], BTC-MOVE-20200511[0], BTC-MOVE-20200512[0], BTC-MOVE-20200513[0], BTC-MOVE-20200514[0], BTC-MOVE-20200516[0], BTC-MOVE-20200517[0], BTC-MOVE-20200518[0], BTC-MOVE-20200519[0], BTC-MOVE-20200520[0], BTC-MOVE-20200522[0], BTC-MOVE-20200525[0], BTC-MOVE-20200526[0], BTC-MOVE-20200527[0], BTC-MOVE-20200528[0], BTC-MOVE-20200602[0], BTC-MOVE-20200603[0], BTC-MOVE-20200604[0], BTC-MOVE-20200608[0], BTC-MOVE-20200609[0], BTC-MOVE-20200610[0], BTC-MOVE-20200611[0], BTC-MOVE-20200612[0], BTC-MOVE-20200623[0], BTC-MOVE-20200626[0], BTC-MOVE-20200703[0], BTC-MOVE-20200705[0], BTC-MOVE-20200706[0], BTC-MOVE-20200717[0], BTC-MOVE-20200718[0], BTC-MOVE-20200721[0], BTC-MOVE-20200723[0], BTC-MOVE-20200724[0], BTC-MOVE-20200725[0], BTC-MOVE-20200727[0], BTC-MOVE-20200728[0], BTC-MOVE-20200730[0], BTC-MOVE-20200731[0], BTC-MOVE-20200801[0], BTC-MOVE-20200802[0], BTC-MOVE-20200806[0], BTC-MOVE-20200807[0], BTC-MOVE-20200811[0], BTC-MOVE-20200812[0], BTC-MOVE-20200813[0], BTC-MOVE-20200814[0], BTC-MOVE-20200815[0], BTC-MOVE-20200816[0], BTC-MOVE-20200817[0], BTC-MOVE-20200818[0], BTC-MOVE-20200819[0], BTC-MOVE-20200820[0], BTC-MOVE-20200821[0], BTC-MOVE-20200822[0], BTC-MOVE-20200823[0], BTC-MOVE-20200825[0], BTC-MOVE-20200828[0], BTC-MOVE-20200831[0], BTC-MOVE-20200901[0], BTC-MOVE-20200902[0], BTC-MOVE-20200903[0], BTC-MOVE-20200904[0], BTC-MOVE-20200905[0], BTC-MOVE-20200907[0], BTC-MOVE-20200908[0], BTC-MOVE-20200909[0], BTC-MOVE-20200910[0], BTC-MOVE-20200911[0], BTC-MOVE-20200912[0], BTC-MOVE-20200913[0], BTC-MOVE-20200915[0], BTC-MOVE-20200916[0], BTC-MOVE-20200917[0], BTC-MOVE-20200918[0], BTC-MOVE-20200919[0], BTC-MOVE-20200921[0], BTC-MOVE-20200922[0], BTC-MOVE-20200923[0], BTC-MOVE-20200924[0], BTC-MOVE-20200925[0], BTC-MOVE-20200927[0], BTC-MOVE-20200928[0], BTC-MOVE-20200929[0], BTC-MOVE-20201001[0], BTC-MOVE-20201002[0], BTC-MOVE-20201003[0], BTC-MOVE-20201006[0], BTC-MOVE-20201009[0], BTC-MOVE-20201012[0], BTC-MOVE-20201013[0], BTC-MOVE-20201014[0], BTC-MOVE-20201015[0], BTC-MOVE-20201016[0], BTC-MOVE-20201018[0], BTC-MOVE-20201019[0], BTC-MOVE-20201020[0], BTC-MOVE-20201021[0], BTC-MOVE-20201022[0], BTC-MOVE-20201023[0], BTC-MOVE-20201024[0], BTC-MOVE-20201025[0], BTC-MOVE-20201026[0], BTC-MOVE-20201027[0], BTC-MOVE-20201028[0], BTC-MOVE-20201029[0], BTC-MOVE-20201030[0], BTC-MOVE-20201031[0], BTC-MOVE-20201101[0], BTC-MOVE-20201102[0], BTC-MOVE-20201103[0], BTC-MOVE-20201104[0], BTC-MOVE-20201105[0], BTC-MOVE-20201106[0], BTC-MOVE-20201107[0], BTC-MOVE-20201108[0], BTC-MOVE-20201109[0], BTC-MOVE-20201110[0], BTC-MOVE-20201111[0], BTC-MOVE-20201112[0], BTC-MOVE-20201113[0], BTC-MOVE-20201114[0], BTC-MOVE-20201115[0], BTC-MOVE-20201116[0], BTC-MOVE-20201117[0], BTC-MOVE-20201118[0], BTC-MOVE-20201119[0], BTC-MOVE-20201120[0], BTC-MOVE-20201121[0], BTC-MOVE-20201122[0], BTC-MOVE-20201123[0], BTC-MOVE-20201124[0], BTC-MOVE-20201125[0], BTC-MOVE-20201126[0], BTC-MOVE-20201127[0], BTC-MOVE-20201128[0], BTC-MOVE-20201129[0], BTC-MOVE-20201130[0], BTC-MOVE-20201201[0], BTC-MOVE-20201202[0], BTC-MOVE-20201203[0], BTC-MOVE-20201205[0], BTC-MOVE-20201206[0], BTC-MOVE-20201207[0], BTC-MOVE-20201208[0], BTC-MOVE-20201209[0], BTC-MOVE-20201210[0], BTC-MOVE-20201211[0], BTC-MOVE-20201212[0], BTC-MOVE-20201213[0], BTC-MOVE-20201214[0], BTC-MOVE-20201215[0], BTC-MOVE-20201216[0], BTC-MOVE-20201217[0], BTC-MOVE-20201218[0], BTC-MOVE-20201219[0], BTC-MOVE-20201220[0], BTC-MOVE-20201221[0], BTC-MOVE-20201222[0], BTC-MOVE-20201223[0], BTC-MOVE-20201224[0], BTC-MOVE-20201225[0], BTC-MOVE-20201227[0], BTC-MOVE-20201228[0], BTC-MOVE-20201229[0], BTC-MOVE-20201230[0], BTC-MOVE-20201231[0], BTC-MOVE-2020Q1[0], BTC-MOVE-2020Q2[0], BTC-MOVE-2020Q3[0], BTC-MOVE-2020Q4[0], BTC-MOVE-20210102[0], BTC-MOVE-20210103[0] |

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 2nd day of May, 2024.

**SELLER**:

**BUYER**:

**FIRE BOUVARDIA, L.L.C.**

By: ______________________

Name: Timothy Lin

Title: Authorized Signatory

| | | |
|---|---|---|
| 00167063 | | 1INCH[.00004], 1INCH-PERP[0], AAVE[31.07069453], AAVE-PERP[0], ADADOOM[.00000414], ADA-PERP[0], AGLD[.05176036], AGLD-PERP[0], ALCX[1.51979069], ALCX-PERP[0], ALGO-PERP[0], ALPHA[-1.04326562], ALPHA-PERP[0], ALTMOON[.08994666], ANC-PERP[0], APE-PERP[0], APT-PERP[0], AR-PERP[0], ASDMOON[.00003511], ASD-PERP[0], ATLAS[2.25752809], ATLAS-PERP[0], ATOM[0], ATOMMOON[.00007412], ATOM-PERP[0], AUDIO[9615.35067], AUDIO-PERP[0], AURY[.52424528], AVAX[0], AVAX-PERP[0], AXS[0.00001600], AXS-PERP[0], BAL[.00869872], BAL-PERP[0], BAND-PERP[0], BAO[.06], BCH-0325[0], BCH-0624[0], BCH-20210326[0], BCH-20210924[0], BCH-20211231[0], BCH[977.13700010], BCHMOON[153.53636332], BCH-PERP[0], BICO[.075], BNBMOON[.96971277], BNB-PERP[0], BOBA-PERP[0], BSVMOON[53.60471459], BSV-PERP[0], BTC-0325[0], BTC-0624[0], BTC-0930[0], BTC[110.29490607], BTC-1230[0], BTC-20191227[0], BTC-20200327[0], BTC-20200626[0], BTC-20200925[0], BTC-20201225[0], BTC-20210326[0], BTC-20210625[0], BTC-20210924[0], BTC-20211231[0], BTC-MOVE-0101[0], BTC-MOVE-0102[0], BTC-MOVE-0103[0], BTC-MOVE-0104[0], BTC-MOVE-0105[0], BTC-MOVE-0106[0], BTC-MOVE-0107[0], BTC-MOVE-0108[0], BTC-MOVE-0109[0], BTC-MOVE-0110[0], BTC-MOVE-0111[0], BTC-MOVE-0112[0], BTC-MOVE-0113[0], BTC-MOVE-0114[0], BTC-MOVE-0115[0], BTC-MOVE-0116[0], BTC-MOVE-0117[0], BTC-MOVE-0118[0], BTC-MOVE-0119[0], BTC-MOVE-0120[0], BTC-MOVE-0121[0], BTC-MOVE-0122[0], BTC-MOVE-0123[0], BTC-MOVE-0124[0], BTC-MOVE-0125[0], BTC-MOVE-0126[0], BTC-MOVE-0127[0], BTC-MOVE-0128[0], BTC-MOVE-0129[0], BTC-MOVE-0131[0], BTC-MOVE-0201[0], BTC-MOVE-0202[0], BTC-MOVE-0203[0], BTC-MOVE-0204[0], BTC-MOVE-0205[0], BTC-MOVE-0207[0], BTC-MOVE-0208[0], BTC-MOVE-0210[0], BTC-MOVE-0211[0], BTC-MOVE-0212[0], BTC-MOVE-0214[0], BTC-MOVE-0216[0], BTC-MOVE-0217[0], BTC-MOVE-0218[0], BTC-MOVE-0221[0], BTC-MOVE-0222[0], BTC-MOVE-0223[0], BTC-MOVE-0224[0], BTC-MOVE-0225[0], BTC-MOVE-0226[0], BTC-MOVE-0227[0], BTC-MOVE-0228[0], BTC-MOVE-0301[0], BTC-MOVE-0302[0], BTC-MOVE-0303[0], BTC-MOVE-0304[0], BTC-MOVE-0305[0], BTC-MOVE-0307[0], BTC-MOVE-0309[0], BTC-MOVE-0310[0], BTC-MOVE-0311[0], BTC-MOVE-0312[0], BTC-MOVE-0313[0], BTC-MOVE-0314[0], BTC-MOVE-0315[0], BTC-MOVE-0316[0], BTC-MOVE-0317[0], BTC-MOVE-0318[0], BTC-MOVE-0320[0], BTC-MOVE-0321[0], BTC-MOVE-0322[0], BTC-MOVE-0323[0], BTC-MOVE-0324[0], BTC-MOVE-0325[0], BTC-MOVE-0327[0], BTC-MOVE-0328[0], BTC-MOVE-0329[0], BTC-MOVE-0330[0], BTC-MOVE-0331[0], BTC-MOVE-0401[0], BTC-MOVE-0402[0], BTC-MOVE-0404[0], BTC-MOVE-0405[0], BTC-MOVE-0406[0], BTC-MOVE-0407[0], BTC-MOVE-0408[0], BTC-MOVE-0409[0], BTC-MOVE-0411[0], BTC-MOVE-0412[0], BTC-MOVE-0413[0], BTC-MOVE-0414[0], BTC-MOVE-0415[0], BTC-MOVE-0416[0], BTC-MOVE-0418[0], BTC-MOVE-0419[0], BTC-MOVE-0420[0], BTC-MOVE-0421[0], BTC-MOVE-0422[0], BTC-MOVE-0423[0], BTC-MOVE-0424[0], BTC-MOVE-0425[0], BTC-MOVE-0426[0], BTC-MOVE-0427[0], BTC-MOVE-0428[0], BTC-MOVE-0429[0], BTC-MOVE-0430[0], BTC-MOVE-0501[0], BTC-MOVE-0502[0], BTC-MOVE-0503[0], BTC-MOVE-0504[0], BTC-MOVE-0505[0], BTC-MOVE-0506[0], BTC-MOVE-0507[0], BTC-MOVE-0508[0], BTC-MOVE-0509[0], BTC-MOVE-0510[0], BTC-MOVE-0511[0], BTC-MOVE-0512[0], BTC-MOVE-0513[0], BTC-MOVE-0514[0], BTC-MOVE-0515[0], BTC-MOVE-0516[0], BTC-MOVE-0517[0], BTC-MOVE-0518[0], BTC-MOVE-0519[0], BTC-MOVE-0520[0], BTC-MOVE-0521[0], BTC-MOVE-0522[0], BTC-MOVE-0523[0], BTC-MOVE-0524[0], BTC-MOVE-0525[0], BTC-MOVE-0526[0], BTC-MOVE-0527[0], BTC-MOVE-0528[0], BTC-MOVE-0529[0], BTC-MOVE-0530[0], BTC-MOVE-0531[0], BTC-MOVE-0601[0], BTC-MOVE-0602[0], BTC-MOVE-0603[0], BTC-MOVE-0604[0], BTC-MOVE-0606[0], BTC-MOVE-0607[0], BTC-MOVE-0608[0], BTC-MOVE-0609[0], BTC-MOVE-0610[0], BTC-MOVE-0611[0], BTC-MOVE-0612[0], BTC-MOVE-0613[0], BTC-MOVE-0614[0], BTC-MOVE-0615[0], BTC-MOVE-0616[0], BTC-MOVE-0617[0], BTC-MOVE-0618[0], BTC-MOVE-0619[0], BTC-MOVE-0620[0], BTC-MOVE-0621[0], BTC-MOVE-0622[0], BTC-MOVE-0623[0], BTC-MOVE-0624[0], BTC-MOVE-0629[0], BTC-MOVE-0701[0], BTC-MOVE-0702[0], BTC-MOVE-0703[0], BTC-MOVE-0705[0], BTC-MOVE-0706[0], BTC-MOVE-0707[0], BTC-MOVE-0708[0], BTC-MOVE-0709[0], BTC-MOVE-0712[0], BTC-MOVE-0713[0], BTC-MOVE-0714[0], BTC-MOVE-0715[0], BTC-MOVE-0716[0], BTC-MOVE-0717[0], BTC-MOVE-0718[0], BTC-MOVE-0719[0], BTC-MOVE-0720[0], BTC-MOVE-0721[0], BTC-MOVE-0722[0], BTC-MOVE-0723[0], BTC-MOVE-0724[0], BTC-MOVE-0725[0], BTC-MOVE-0726[0], BTC-MOVE-0727[0], BTC-MOVE-0728[0], BTC-MOVE-0729[0], BTC-MOVE-0730[0], BTC-MOVE-0731[0], BTC-MOVE-0801[0], BTC-MOVE-0802[0], BTC-MOVE-0803[0], BTC-MOVE-0805[0], BTC-MOVE-0806[0], BTC-MOVE-0808[0], BTC-MOVE-0810[0], BTC-MOVE-0811[0], BTC-MOVE-0812[0], BTC-MOVE-0813[0], BTC-MOVE-0814[0], BTC-MOVE-0817[0], BTC-MOVE-0820[0], BTC-MOVE-0821[0], BTC-MOVE-0822[0], BTC-MOVE-0823[0], BTC-MOVE-0826[0], BTC-MOVE-0827[0], BTC-MOVE-0828[0], BTC-MOVE-0831[0], BTC-MOVE-0901[0], BTC-MOVE-0902[0], BTC-MOVE-0903[0], BTC-MOVE-0907[0], BTC-MOVE-0908[0], BTC-MOVE-0910[0], BTC-MOVE-0911[0], BTC-MOVE-0912[0], BTC-MOVE-0913[0], BTC-MOVE-0914[0], BTC-MOVE-0915[0], BTC-MOVE-0916[0], BTC-MOVE-0917[0], BTC-MOVE-0919[0], BTC-MOVE-0921[0], BTC-MOVE-0922[0], BTC-MOVE-0923[0], BTC-MOVE-0924[0], BTC-MOVE-0926[0], BTC-MOVE-0927[0], BTC-MOVE-0928[0], BTC-MOVE-0929[0], BTC-MOVE-0930[0], BTC-MOVE-1002[0], BTC-MOVE-1003[0], BTC-MOVE-1004[0], BTC-MOVE-1005[0], BTC-MOVE-1006[0], BTC-MOVE-1007[0], BTC-MOVE-1008[0], BTC-MOVE-1010[0], BTC-MOVE-1011[0], BTC-MOVE-1012[0], BTC-MOVE-1013[0], BTC-MOVE-1014[0], BTC-MOVE-1015[0], BTC-MOVE-1016[0], BTC-MOVE-1020[0], BTC-MOVE-1022[0], BTC-MOVE-1023[0], BTC-MOVE-1024[0], BTC-MOVE-1025[0], BTC-MOVE-1026[0], BTC-MOVE-1027[0], BTC-MOVE-1028[0], BTC-MOVE-1029[0], BTC-MOVE-1031[0], BTC-MOVE-1103[0], BTC-MOVE-1104[0], BTC-MOVE-1105[0], BTC-MOVE-1106[0], BTC-MOVE-1107[0], BTC-MOVE-1108[0], BTC-MOVE-1109[0], BTC-MOVE-20191119[0], BTC-MOVE-20191120[0], BTC-MOVE-20191121[0], BTC-MOVE-20191122[0], BTC-MOVE-20191123[0], BTC-MOVE-20191124[0], BTC-MOVE-20191125[0], BTC-MOVE-20191126[0], BTC-MOVE-20191127[0], BTC-MOVE-20191128[0], BTC-MOVE-20191129[0], BTC-MOVE-20191130[0], BTC-MOVE-20191203[0], BTC-MOVE-20191204[0], BTC-MOVE-20191205[0], BTC-MOVE-20191207[0], BTC-MOVE-20191208[0], BTC-MOVE-20191209[0], BTC-MOVE-20191210[0], BTC-MOVE-20191211[0], BTC-MOVE-20191212[0], BTC-MOVE-20191217[0], BTC-MOVE-20191218[0], BTC-MOVE-20191220[0], BTC-MOVE-20191226[0], BTC-MOVE-20191227[0], BTC-MOVE-20200113[0], BTC-MOVE-20200128[0], BTC-MOVE-20200129[0], BTC-MOVE-20200130[0], BTC-MOVE-20200204[0], BTC-MOVE-20200205[0], BTC-MOVE-20200206[0], BTC-MOVE-20200207[0], BTC-MOVE-20200421[0], BTC-MOVE-20200427[0], BTC-MOVE-20200428[0], BTC-MOVE-20200429[0], BTC-MOVE-20200430[0], BTC-MOVE-20200501[0], BTC-MOVE-20200502[0], BTC-MOVE-20200503[0], BTC-MOVE-20200504[0], BTC-MOVE-20200505[0], BTC-MOVE-20200506[0], BTC-MOVE-20200507[0], BTC-MOVE-20200509[0], BTC-MOVE-20200510[0], BTC-MOVE-20200511[0], BTC-MOVE-20200512[0], BTC-MOVE-20200513[0], BTC-MOVE-20200514[0], BTC-MOVE-20200515[0], BTC-MOVE-20200517[0], BTC-MOVE-20200518[0], BTC-MOVE-20200519[0], BTC-MOVE-20200520[0], BTC-MOVE-20200522[0], BTC-MOVE-20200525[0], BTC-MOVE-20200526[0], BTC-MOVE-20200527[0], BTC-MOVE-20200528[0], BTC-MOVE-20200602[0], BTC-MOVE-20200603[0], BTC-MOVE-20200604[0], BTC-MOVE-20200608[0], BTC-MOVE-20200609[0], BTC-MOVE-20200610[0], BTC-MOVE-20200611[0], BTC-MOVE-20200612[0], BTC-MOVE-20200623[0], BTC-MOVE-20200626[0], BTC-MOVE-20200703[0], BTC-MOVE-20200705[0], BTC-MOVE-20200706[0], BTC-MOVE-20200717[0], BTC-MOVE-20200718[0], BTC-MOVE-20200721[0], BTC-MOVE-20200723[0], BTC-MOVE-20200724[0], BTC-MOVE-20200725[0], BTC-MOVE-20200727[0], BTC-MOVE-20200728[0], BTC-MOVE-20200730[0], BTC-MOVE-20200731[0], BTC-MOVE-20200801[0], BTC-MOVE-20200802[0], BTC-MOVE-20200806[0], BTC-MOVE-20200807[0], BTC-MOVE-20200811[0], BTC-MOVE-20200812[0], BTC-MOVE-20200813[0], BTC-MOVE-20200814[0], BTC-MOVE-20200815[0], BTC-MOVE-20200816[0], BTC-MOVE-20200817[0], BTC-MOVE-20200818[0], BTC-MOVE-20200819[0], BTC-MOVE-20200820[0], BTC-MOVE-20200821[0], BTC-MOVE-20200822[0], BTC-MOVE-20200823[0], BTC-MOVE-20200825[0], BTC-MOVE-20200828[0], BTC-MOVE-20200831[0], BTC-MOVE-20200901[0], BTC-MOVE-20200902[0], BTC-MOVE-20200903[0], BTC-MOVE-20200904[0], BTC-MOVE-20200905[0], BTC-MOVE-20200907[0], BTC-MOVE-20200908[0], BTC-MOVE-20200909[0], BTC-MOVE-20200910[0], BTC-MOVE-20200911[0], BTC-MOVE-20200912[0], BTC-MOVE-20200913[0], BTC-MOVE-20200915[0], BTC-MOVE-20200916[0], BTC-MOVE-20200917[0], BTC-MOVE-20200918[0], BTC-MOVE-20200919[0], BTC-MOVE-20200921[0], BTC-MOVE-20200922[0], BTC-MOVE-20200923[0], BTC-MOVE-20200924[0], BTC-MOVE-20200925[0], BTC-MOVE-20200927[0], BTC-MOVE-20200928[0], BTC-MOVE-20200929[0], BTC-MOVE-20201001[0], BTC-MOVE-20201002[0], BTC-MOVE-20201003[0], BTC-MOVE-20201006[0], BTC-MOVE-20201009[0], BTC-MOVE-20201012[0], BTC-MOVE-20201013[0], BTC-MOVE-20201014[0], BTC-MOVE-20201015[0], BTC-MOVE-20201016[0], BTC-MOVE-20201018[0], BTC-MOVE-20201019[0], BTC-MOVE-20201020[0], BTC-MOVE-20201021[0], BTC-MOVE-20201022[0], BTC-MOVE-20201023[0], BTC-MOVE-20201024[0], BTC-MOVE-20201025[0], BTC-MOVE-20201026[0], BTC-MOVE-20201027[0], BTC-MOVE-20201028[0], BTC-MOVE-20201029[0], BTC-MOVE-20201030[0], BTC-MOVE-20201031[0], BTC-MOVE-20201101[0], BTC-MOVE-20201102[0], BTC-MOVE-20201103[0], BTC-MOVE-20201104[0], BTC-MOVE-20201105[0], BTC-MOVE-20201106[0], BTC-MOVE-20201107[0], BTC-MOVE-20201108[0], BTC-MOVE-20201109[0], BTC-MOVE-20201110[0], BTC-MOVE-20201111[0], BTC-MOVE-20201112[0], BTC-MOVE-20201113[0], BTC-MOVE-20201114[0], BTC-MOVE-20201115[0], BTC-MOVE-20201116[0], BTC-MOVE-20201117[0], BTC-MOVE-20201118[0], BTC-MOVE-20201119[0], BTC-MOVE-20201120[0], BTC-MOVE-20201121[0], BTC-MOVE-20201122[0], BTC-MOVE-20201123[0], BTC-MOVE-20201124[0], BTC-MOVE-20201125[0], BTC-MOVE-20201126[0], BTC-MOVE-20201127[0], BTC-MOVE-20201128[0], BTC-MOVE-20201129[0], BTC-MOVE-20201130[0], BTC-MOVE-20201201[0], BTC-MOVE-20201202[0], BTC-MOVE-20201203[0], BTC-MOVE-20201205[0], BTC-MOVE-20201206[0], BTC-MOVE-20201207[0], BTC-MOVE-20201208[0], BTC-MOVE-20201209[0], BTC-MOVE-20201210[0], BTC-MOVE-20201211[0], BTC-MOVE-20201212[0], BTC-MOVE-20201213[0], BTC-MOVE-20201214[0], BTC-MOVE-20201215[0], BTC-MOVE-20201216[0], BTC-MOVE-20201217[0], BTC-MOVE-20201218[0], BTC-MOVE-20201219[0], BTC-MOVE-20201220[0], BTC-MOVE-20201221[0], BTC-MOVE-20201222[0], BTC-MOVE-20201223[0], BTC-MOVE-20201224[0], BTC-MOVE-20201225[0], BTC-MOVE-20201227[0], BTC-MOVE-20201228[0], BTC-MOVE-20201229[0], BTC-MOVE-20201230[0], BTC-MOVE-20201231[0], BTC-MOVE-2020Q1[0], BTC-MOVE-2020Q2[0], BTC-MOVE-2020Q3[0], BTC-MOVE-2020Q4[0], BTC-MOVE-20210102[0], BTC-MOVE-20210103[0] |

NYACTIVE-24056829.2

| | | |
|---|---|---|
| | | BTC-MOVE-20210104[0], BTC-MOVE-20210105[0], BTC-MOVE-20210106[0], BTC-MOVE-20210107[0], BTC-MOVE-20210108[0], BTC-MOVE-20210110[0], BTC-MOVE-20210111[0], BTC-MOVE-20210112[0], BTC-MOVE-20210113[0], BTC-MOVE-20210116[0], BTC-MOVE-20210117[0], BTC-MOVE-20210118[0], BTC-MOVE-20210120[0], BTC-MOVE-20210121[0], BTC-MOVE-20210122[0], BTC-MOVE-20210123[0], BTC-MOVE-20210124[0], BTC-MOVE-20210125[0], BTC-MOVE-20210126[0], BTC-MOVE-20210128[0], BTC-MOVE-20210129[0], BTC-MOVE-20210130[0], BTC-MOVE-20210131[0], BTC-MOVE-20210201[0], BTC-MOVE-20210202[0], BTC-MOVE-20210203[0], BTC-MOVE-20210204[0], BTC-MOVE-20210205[0], BTC-MOVE-20210206[0], BTC-MOVE-20210207[0], BTC-MOVE-20210208[0], BTC-MOVE-20210209[0], BTC-MOVE-20210210[0], BTC-MOVE-20210211[0], BTC-MOVE-20210212[0], BTC-MOVE-20210213[0], BTC-MOVE-20210214[0], BTC-MOVE-20210215[0], BTC-MOVE-20210216[0], BTC-MOVE-20210217[0], BTC-MOVE-20210218[0], BTC-MOVE-20210222[0], BTC-MOVE-20210223[0], BTC-MOVE-20210225[0], BTC-MOVE-20210226[0], BTC-MOVE-20210227[0], BTC-MOVE-20210228[0], BTC-MOVE-20210302[0], BTC-MOVE-20210303[0], BTC-MOVE-20210304[0], BTC-MOVE-20210305[0], BTC-MOVE-20210306[0], BTC-MOVE-20210307[0], BTC-MOVE-20210308[0], BTC-MOVE-20210309[0], BTC-MOVE-20210310[0], BTC-MOVE-20210311[0], BTC-MOVE-20210312[0], BTC-MOVE-20210314[0], BTC-MOVE-20210315[0], BTC-MOVE-20210316[0], BTC-MOVE-20210317[0], BTC-MOVE-20210318[0], BTC-MOVE-20210320[0], BTC-MOVE-20210321[0], BTC-MOVE-20210322[0], BTC-MOVE-20210323[0], BTC-MOVE-20210324[0], BTC-MOVE-20210325[0], BTC-MOVE-20210326[0], BTC-MOVE-20210327[0], BTC-MOVE-20210328[0], BTC-MOVE-20210330[0], BTC-MOVE-20210331[0], BTC-MOVE-20210401[0], BTC-MOVE-20210402[0], BTC-MOVE-20210403[0], BTC-MOVE-20210404[0], BTC-MOVE-20210405[0], BTC-MOVE-20210406[0], BTC-MOVE-20210407[0], BTC-MOVE-20210408[0], BTC-MOVE-20210409[0], BTC-MOVE-20210410[0], BTC-MOVE-20210411[0], BTC-MOVE-20210412[0], BTC-MOVE-20210413[0], BTC-MOVE-20210414[0], BTC-MOVE-20210415[0], BTC-MOVE-20210416[0], BTC-MOVE-20210419[0], BTC-MOVE-20210420[0], BTC-MOVE-20210421[0], BTC-MOVE-20210422[0], BTC-MOVE-20210423[0], BTC-MOVE-20210424[0], BTC-MOVE-20210425[0], BTC-MOVE-20210426[0], BTC-MOVE-20210427[0], BTC-MOVE-20210428[0], BTC-MOVE-20210429[0], BTC-MOVE-20210430[0], BTC-MOVE-20210502[0], BTC-MOVE-20210503[0], BTC-MOVE-20210504[0], BTC-MOVE-20210505[0], BTC-MOVE-20210506[0], BTC-MOVE-20210507[0], BTC-MOVE-20210508[0], BTC-MOVE-20210509[0], BTC-MOVE-20210510[0], BTC-MOVE-20210511[0], BTC-MOVE-20210513[0], BTC-MOVE-20210514[0], BTC-MOVE-20210515[0], BTC-MOVE-20210516[0], BTC-MOVE-20210517[0], BTC-MOVE-20210518[0], BTC-MOVE-20210519[0], BTC-MOVE-20210520[0], BTC-MOVE-20210521[0], BTC-MOVE-20210522[0], BTC-MOVE-20210523[0], BTC-MOVE-20210524[0], BTC-MOVE-20210525[0], BTC-MOVE-20210526[0], BTC-MOVE-20210527[0], BTC-MOVE-20210528[0], BTC-MOVE-20210529[0], BTC-MOVE-20210530[0], BTC-MOVE-20210531[0], BTC-MOVE-20210601[0], BTC-MOVE-20210602[0], BTC-MOVE-20210603[0], BTC-MOVE-20210604[0], BTC-MOVE-20210605[0], BTC-MOVE-20210606[0], BTC-MOVE-20210607[0], BTC-MOVE-20210608[0], BTC-MOVE-20210609[0], BTC-MOVE-20210610[0], BTC-MOVE-20210614[0], BTC-MOVE-20210615[0], BTC-MOVE-20210616[0], BTC-MOVE-20210617[0], BTC-MOVE-20210618[0], BTC-MOVE-20210619[0], BTC-MOVE-20210620[0], BTC-MOVE-20210621[0], BTC-MOVE-20210622[0], BTC-MOVE-20210623[0], BTC-MOVE-20210624[0], BTC-MOVE-20210625[0], BTC-MOVE-20210626[0], BTC-MOVE-20210627[0], BTC-MOVE-20210628[0], BTC-MOVE-20210630[0], BTC-MOVE-20210701[0], BTC-MOVE-20210703[0], BTC-MOVE-20210704[0], BTC-MOVE-20210706[0], BTC-MOVE-20210707[0], BTC-MOVE-20210708[0], BTC-MOVE-20210709[0], BTC-MOVE-20210710[0], BTC-MOVE-20210711[0], BTC-MOVE-20210712[0], BTC-MOVE-20210713[0], BTC-MOVE-20210714[0], BTC-MOVE-20210715[0], BTC-MOVE-20210716[0], BTC-MOVE-20210717[0], BTC-MOVE-20210719[0], BTC-MOVE-20210720[0], BTC-MOVE-20210721[0], BTC-MOVE-20210722[0], BTC-MOVE-20210723[0], BTC-MOVE-20210724[0], BTC-MOVE-20210725[0], BTC-MOVE-20210726[0], BTC-MOVE-20210727[0], BTC-MOVE-20210728[0], BTC-MOVE-20210729[0], BTC-MOVE-20210730[0], BTC-MOVE-20210731[0], BTC-MOVE-20210802[0], BTC-MOVE-20210803[0], BTC-MOVE-20210804[0], BTC-MOVE-20210805[0], BTC-MOVE-20210806[0], BTC-MOVE-20210807[0], BTC-MOVE-20210808[0], BTC-MOVE-20210809[0], BTC-MOVE-20210810[0], BTC-MOVE-20210811[0], BTC-MOVE-20210812[0], BTC-MOVE-20210813[0], BTC-MOVE-20210814[0], BTC-MOVE-20210815[0], BTC-MOVE-20210816[0], BTC-MOVE-20210817[0], BTC-MOVE-20210818[0], BTC-MOVE-20210819[0], BTC-MOVE-20210820[0], BTC-MOVE-20210821[0], BTC-MOVE-20210822[0], BTC-MOVE-20210823[0], BTC-MOVE-20210824[0], BTC-MOVE-20210825[0], BTC-MOVE-20210826[0], BTC-MOVE-20210827[0], BTC-MOVE-20210828[0], BTC-MOVE-20210829[0], BTC-MOVE-20210830[0], BTC-MOVE-20210831[0], BTC-MOVE-20210901[0], BTC-MOVE-20210902[0], BTC-MOVE-20210903[0], BTC-MOVE-20210904[0], BTC-MOVE-20210905[0], BTC-MOVE-20210906[0], BTC-MOVE-20210907[0], BTC-MOVE-20210908[0], BTC-MOVE-20210909[0], BTC-MOVE-20210910[0], BTC-MOVE-20210911[0], BTC-MOVE-20210913[0], BTC-MOVE-20210914[0], BTC-MOVE-20210915[0], BTC-MOVE-20210916[0], BTC-MOVE-20210917[0], BTC-MOVE-20210918[0], BTC-MOVE-20210920[0], BTC-MOVE-20210921[0], BTC-MOVE-20210922[0], BTC-MOVE-20210923[0], BTC-MOVE-20210924[0], BTC-MOVE-20210925[0], BTC-MOVE-20210926[0], BTC-MOVE-20210927[0], BTC-MOVE-20210930[0], BTC-MOVE-20211001[0], BTC-MOVE-20211002[0], BTC-MOVE-20211004[0], BTC-MOVE-20211005[0], BTC-MOVE-20211006[0], BTC-MOVE-20211007[0], BTC-MOVE-20211008[0], BTC-MOVE-20211010[0], BTC-MOVE-20211011[0], BTC-MOVE-20211012[0], BTC-MOVE-20211013[0], BTC-MOVE-20211014[0], BTC-MOVE-20211015[0], BTC-MOVE-20211016[0], BTC-MOVE-20211017[0], BTC-MOVE-20211018[0], BTC-MOVE-20211019[0], BTC-MOVE-20211020[0], BTC-MOVE-20211021[0], BTC-MOVE-20211022[0], BTC-MOVE-20211024[0], BTC-MOVE-20211025[0], BTC-MOVE-20211026[0], BTC-MOVE-20211027[0], BTC-MOVE-20211028[0], BTC-MOVE-20211029[0], BTC-MOVE-20211030[0], BTC-MOVE-20211031[0], BTC-MOVE-20211101[0], BTC-MOVE-20211102[0], BTC-MOVE-20211103[0], BTC-MOVE-20211104[0], BTC-MOVE-20211105[0], BTC-MOVE-20211106[0], BTC-MOVE-20211107[0], BTC-MOVE-20211108[0], BTC-MOVE-20211109[0], BTC-MOVE-20211110[0], BTC-MOVE-20211111[0], BTC-MOVE-20211113[0], BTC-MOVE-20211115[0], BTC-MOVE-20211116[0], BTC-MOVE-20211117[0], BTC-MOVE-20211118[0], BTC-MOVE-20211119[0], BTC-MOVE-20211120[0], BTC-MOVE-20211121[0], BTC-MOVE-20211122[0], BTC-MOVE-20211123[0], BTC-MOVE-20211124[0], BTC-MOVE-20211125[0], BTC-MOVE-20211126[0], BTC-MOVE-20211129[0], BTC-MOVE-20211130[0], BTC-MOVE-20211201[0], BTC-MOVE-20211202[0], BTC-MOVE-20211203[0], BTC-MOVE-20211204[0], BTC-MOVE-20211205[0], BTC-MOVE-20211206[0], BTC-MOVE-20211207[0], BTC-MOVE-20211208[0], BTC-MOVE-20211209[0], BTC-MOVE-20211210[0], BTC-MOVE-20211211[0], BTC-MOVE-20211212[0], BTC-MOVE-20211213[0], BTC-MOVE-20211214[0], BTC-MOVE-20211215[0], BTC-MOVE-20211216[0], BTC-MOVE-20211217[0], BTC-MOVE-20211218[0], BTC-MOVE-20211219[0], BTC-MOVE-20211220[0], BTC-MOVE-20211221[0], BTC-MOVE-20211222[0], BTC-MOVE-20211223[0], BTC-MOVE-20211224[0], BTC-MOVE-20211225[0], BTC-MOVE-20211226[0], BTC-MOVE-20211227[0], BTC-MOVE-20211228[0], BTC-MOVE-20211229[0], BTC-MOVE-20211230[0], BTC-MOVE-20211231[0], BTC-MOVE-2021Q1[0], BTC-MOVE-2021Q2[0], BTC-MOVE-2021Q3[0], BTC-MOVE-2021Q4[0], BTC-MOVE-2022Q1[0], BTC-MOVE-2022Q2[0], BTC-MOVE-2022Q3[0], BTC-MOVE-2022Q4[28.5569], BTC-MOVE-2023Q1[ -37.7777], BTC-MOVE-2023Q2[ -48.2486], BTC-MOVE-WK-0107[0], BTC-MOVE-WK-0114[0], BTC-MOVE-WK-0121[0], BTC-MOVE-WK-0128[0], BTC-MOVE-WK-0204[0], BTC-MOVE-WK-0211[0], BTC-MOVE-WK-0218[0], BTC-MOVE-WK-0225[0], BTC-MOVE-WK-0304[0], BTC-MOVE-WK-0311[0], BTC-MOVE-WK-0318[0], BTC-MOVE-WK-0325[0], BTC-MOVE-WK-0401[0], BTC-MOVE-WK-0408[0], BTC-MOVE-WK-0415[0], BTC-MOVE-WK-0422[0], BTC-MOVE-WK-0429[0], BTC-MOVE-WK-0506[0], BTC-MOVE-WK-0513[0], BTC-MOVE-WK-0520[0], BTC-MOVE-WK-0527[0], BTC-MOVE-WK-0603[0], BTC-MOVE-WK-0610[0], BTC-MOVE-WK-0617[0], BTC-MOVE-WK-0624[0], BTC-MOVE-WK-0701[0], BTC-MOVE-WK-0708[0], BTC-MOVE-WK-0715[0], BTC-MOVE-WK-0722[0], BTC-MOVE-WK-0729[0], BTC-MOVE-WK-0805[0], BTC-MOVE-WK-0812[0], BTC-MOVE-WK-0819[0], BTC-MOVE-WK-0826[0], BTC-MOVE-WK-0902[0], BTC-MOVE-WK-0909[0], BTC-MOVE-WK-0916[0], BTC-MOVE-WK-0923[0], BTC-MOVE-WK-0930[0], BTC-MOVE-WK-1007[0], BTC-MOVE-WK-1014[0], BTC-MOVE-WK-1021[0], BTC-MOVE-WK-1028[0], BTC-MOVE-WK-1104[0], BTC-MOVE-WK-1111[35.4461], BTC-MOVE-WK-1118[14.9201], BTC-MOVE-WK-20191129[0], BTC-MOVE-WK-20191206[0], BTC-MOVE-WK-20191213[0], BTC-MOVE-WK-20191220[0], BTC-MOVE-WK-20191227[0], BTC-MOVE-WK-20200103[0], BTC-MOVE-WK-20200110[0], BTC-MOVE-WK-20200117[0], BTC-MOVE-WK-20200124[0], BTC-MOVE-WK-20200131[0], BTC-MOVE-WK-20200207[0], BTC-MOVE-WK-20200214[0], BTC-MOVE-WK-20200221[0], BTC-MOVE-WK-20200228[0], BTC-MOVE-WK-20200306[0], BTC-MOVE-WK-20200424[0], BTC-MOVE-WK-20200501[0], BTC-MOVE-WK-20200508[0], BTC-MOVE-WK-20200515[0], BTC-MOVE-WK-20200522[0], BTC-MOVE-WK-20200529[0], BTC-MOVE-WK-20200605[0], BTC-MOVE-WK-20200612[0], BTC-MOVE-WK-20200619[0], BTC-MOVE-WK-20200626[0], BTC-MOVE-WK-20200703[0], BTC-MOVE-WK-20200710[0], BTC-MOVE-WK-20200717[0], BTC-MOVE-WK-20200724[0], BTC-MOVE-WK-20200731[0], BTC-MOVE-WK-20200807[0], BTC-MOVE-WK-20200814[0], BTC-MOVE-WK-20200821[0], BTC-MOVE-WK-20200828[0], BTC-MOVE-WK-20200904[0], BTC-MOVE-WK-20200911[0], BTC-MOVE-WK-20200918[0], BTC-MOVE-WK-20200925[0], BTC-MOVE-WK-20201002[0], BTC-MOVE-WK-20201009[0], BTC-MOVE-WK-20201016[0], BTC-MOVE-WK-20201023[0], BTC-MOVE-WK-20201030[0], BTC-MOVE-WK-20201106[0], BTC-MOVE-WK-20201113[0], BTC-MOVE-WK-20201120[0], BTC-MOVE-WK-20201127[0], BTC-MOVE-WK-20201204[0], BTC-MOVE-WK-20201211[0], BTC-MOVE-WK-20201218[0], BTC-MOVE-WK-20201225[0], BTC-MOVE-WK-20210101[0], BTC-MOVE-WK-20210108[0], BTC-MOVE-WK-20210115[0], BTC-MOVE-WK-20210122[0], BTC-MOVE-WK-20210129[0], BTC-MOVE-WK-20210205[0], BTC-MOVE-WK-20210212[0], BTC-MOVE-WK-20210219[0], BTC-MOVE-WK-20210226[0], BTC-MOVE-WK-20210305[0], BTC-MOVE-WK-20210312[0], BTC-MOVE-WK-20210319[0], BTC-MOVE-WK-20210326[0], BTC-MOVE-WK-20210402[0], BTC-MOVE-WK-20210409[0], BTC-MOVE-WK-20210416[0], BTC-MOVE-WK-20210423[0], BTC-MOVE-WK-20210430[0], BTC-MOVE-WK-20210507[0], BTC-MOVE-WK-20210514[0], BTC-MOVE-WK-20210521[0], BTC-MOVE-WK-20210528[0], BTC-MOVE-WK-20210604[0], BTC-MOVE-WK-20210611[0], BTC-MOVE-WK-20210618[0], BTC-MOVE-WK-20210625[0], BTC-MOVE-WK-20210702[0], BTC-MOVE-WK-20210709[0], BTC-MOVE-WK-20210716[0], BTC-MOVE-WK-20210723[0], BTC-MOVE-WK-20210730[0], BTC-MOVE-WK-20210806[0] |
| | | BTC-MOVE-WK-20210813[0], BTC-MOVE-WK-20210820[0], BTC-MOVE-WK-20210827[0], BTC-MOVE-WK-20210903[0], BTC-MOVE-WK-20210910[0], BTC-MOVE-WK-20210917[0], BTC-MOVE-WK-20210924[0], BTC-MOVE-WK-20211001[0], BTC-MOVE-WK-20211008[0], BTC-MOVE-WK-20211015[0], BTC-MOVE-WK-20211022[0], BTC-MOVE-WK-20211029[0], BTC-MOVE-WK-20211105[0], BTC-MOVE-WK-20211112[0], BTC-MOVE-WK-20211119[0], BTC-MOVE-WK-20211126[0], BTC-MOVE-WK-20211203[0], BTC-MOVE-WK-20211210[0], BTC-MOVE-WK-20211217[0], BTC-MOVE-WK-20211224[0], BTC-MOVE-WK-20211231[0], BTC-PERP[0], BULL[0.00001256], C98-PERP[0], CAKE-PERP[0], CEL[216.66989901], CELO-PERP[0], CEL-PERP[0], CHZ[32965.59385], CHZ-PERP[0], CLV[.002846], COMP[0], COMP-PERP[0], COPE[3028.309975], CQT[14352.98821], CREAM[.00888052], CREAM-PERP[0], CRO-PERP[0], CRV[18012.16177778], CRV-PERP[0], CVX-PERP[0], DEFI-PERP[0], DOGE[240910.22970359], DOGEBULL[0], DOGEDOOM[.00000001], DOGEMOON[.0000036], DOGE-PERP[0], DOOM[.00000296], DOT[0], DOT-PERP[0], DRGNMOON[.00490379], DYDX[997.5678395], DYDX-PERP[0], EDEN[3514.837245], EGLD-PERP[0], ENS-PERP[0], EOSMOON[49.00617369], EOS-PERP[0], ETCMOON[1.6909473], ETC-PERP[0], ETH-0325[0], ETH-0624[0], ETH-0930[0], ETH-1230[0], ETH-20200925[0], ETH-20201225[0], ETH-20210326[0], ETH-20211231[0], ETH[699.06217371], ETHBULL[0], ETHDOOM[.00000132], ETHMOON[54.34460364], ETH-PERP[0], ETHW[3812.95122189], EXCHMOON[.01045444], EXCH-PERP[0], FIDA-PERP[0], FIL-20201225[0], FIL-PERP[0], FLM-PERP[0], FTM[19987.24906500], FTM-PERP[0], FTT[6597.29721212], FTT-PERP[0], FXS-PERP[0], GALA-PERP[0], GAL-PERP[0], GLMR-PERP[0], GMT-PERP[0], GRT[.00008], GRT-PERP[0], GST-PERP[0], HBAR-PERP[0], HNT[80130.7316865], HNT-PERP[0], HTDOOM[.0429836], HTMOON[.03156147], HXRO[.0012], ICP-PERP[0], IMX[.027828], INJ-PERP[0], IOTA-PERP[0], JOE[6.429405], KAVA-PERP[0], KIN-PERP[0], KLUNC-PERP[0], KNC-PERP[0], KSHIB-PERP[0], KSM-PERP[0], LDO-PERP[0], LEND-PERP[0], LEO-PERP[0], LINK[0], LINKMOON[.00701754], LINK-PERP[0], LOOKS-PERP[0], LRC-PERP[0], LTC[0], LTC-0325[0], LTCMOON[26.88572466], LTC-PERP[0], LUNA2[0.27597351], LUNA2_LOCKED[0.64393821], LUNA2-PERP[0], LUNC[0], LUNC-PERP[0], MANA-PERP[0], MAPS-PERP[0], MASK-PERP[0], MATIC[9.99520000], MATICDOOM[20.15103223], MATICMOON[.00747469], MATIC-PERP[0], MBS[.12], MEDIA[7.3514871], MEDIA-PERP[0], MER[42611.68446], MER-PERP[0], MINA-PERP[0], MKR[0], MKR-PERP[0], MNGO[477318.77125], MNGO-PERP[0], MOB[0.56366077], MOB-PERP[0], MOON[.13222227], MTL-PERP[0], NEAR-PERP[0], OKBMOON[.01065828], OKB-PERP[0], OMG-PERP[0], ONE-PERP[0], OP-PERP[0], PAXG-PERP[0], PEOPLE-PERP[0], PERP[.3297945], PERP-PERP[0], POLIS[1998.20402664], POLIS-PERP[0], PROM-PERP[0], RAY[4000.60531], RAY-PERP[0], REN-PERP[0], RNDR[110502.968447], RNDR-PERP[0], RON-PERP[0], ROSE-PERP[0], RSR[200000.77129202], RSR-PERP[0], RUNE[0], RUNE-PERP[0], SAND[65573.62614], SAND-PERP[0], SHIB-PERP[0], SHIT-PERP[0], SKL-PERP[0], SLP[5854.81695], SLP-PERP[0], SNX[.000005], SNX-PERP[0], SOL[16700.63594955], SOL-20211231[0], SOL-PERP[0], SPELL-PERP[0], SRM[597.71089522], SRM_LOCKED[4369.81985002], SRM-PERP[0], SRN-PERP[0], STEP[25000.099471], STEP-PERP[0], STORJ-PERP[0], STX-PERP[0], SUSHI[0.28087000], SUSHI-PERP[0], TOMO-20191227[0], TOMODOOM[.00763263], TOMOMOON[22.70426208], TOMO-PERP[0], TRU-PERP[0], TRXMOON[1.26924844], TRX-PERP[0], TRYB[ -0.12577897], TULIP[.070314], TULIP-PERP[0], UNI[ -0.00011908], UNI-PERP[0], USD[4156032.44], USDT[148.40362004], USDT-PERP[0], USTC-PERP[0], VET-PERP[0], WAVES-PERP[0], WBTC[0], XAUT-PERP[0], XMR-PERP[0], XRP[0], XRP-0325[0], XRP-20211231[0], XRPDOOM[.00018446], XRPMOON[.03132695], XRP-PERP[0], XTZDOOM[.00000199], XTZMOON[.00000002], XTZ-PERP[0], YFI[3.21303389], YFII-PERP[0], YFI-PERP[0], ZEC-PERP[0], ZIL-PERP[0], ZRX-PERP[0] |