# **EXHIBIT B**

**Exhibit B**
**FTX Trading Ltd. Case No. 22-11068**
**Out-of-Pocket Expenses**
**For the Period January 1, 2024 through January 31, 2024**

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Lowery,Kristie L | National Partner/Principal | 1/3/2024 | Airfare | Airfare - American Airlines - Round Trip 01/17/2024 - 01/19/2024 Charlotte, NC to New York, NY to meet with client | $ 399.98 |
| McGee,Liz | Senior Manager | 1/10/2024 | Airfare | Airfare - Delta airlines - Round trip 1/17/24 - 1/19/24 - Charlotte, NC to New York, NY | 399.89 |
| Mistler,Brian M | Manager | 1/14/2024 | Airfare | Airfare - Delta - One way - 1/14/2024 - Phoenix, AZ to New York, NY for quarterly tax summit with RLKS, S&C and other work sessions | 295.64 |
| Porto,Michael | Senior Manager | 1/15/2024 | Airfare | Airfare - American Airlines - Round Trip 01/17/2024 - 01/18/2024 Charlotte, NC to New York, NY to meet with CFO to go over current liability status | 617.59 |
| Mistler,Brian M | Manager | 1/15/2024 | Airfare | Airfare - Baggage fee | 30.00 |
| Mistler,Brian M | Manager | 1/15/2024 | Ground Transportation | Taxi - New York airport to hotel | 68.95 |
| Mistler,Brian M | Manager | 1/17/2024 | Meals | Out of Town - Dinner - Self in New York, NY | 23.20 |
| Porto,Michael | Senior Manager | 1/18/2024 | Lodging | Lodging - The Moore in New York, NY  1 night 01/17/2024 - 01/18/2024 to meet with CFO | 240.61 |
| Mistler,Brian M | Manager | 1/18/2024 | Meals | Out of Town - Breakfast - Self in New York, NY | 16.70 |
| Mistler,Brian M | Manager | 1/18/2024 | Meals | Out of Town - Dinner - Self in New York, NY | 23.20 |
| Mistler,Brian M | Manager | 1/20/2024 | Lodging | Lodging - Motto Hilton Chelsea in New York, NY, 4 nights 1/15/2024 - 1/19/2024 for quarterly tax summit with RLKS, S&C and working sessions | 1,286.42 |
| Mistler,Brian M | Manager | 1/21/2024 | Miscellaneous | Micellaneous - In flight WiFi | 8.00 |
| Mistler,Brian M | Manager | 1/21/2024 | Ground Transportation | Parking - Phoenix airport 4 days 1/15/24 - 1/19/24 | 112.00 |
| Mistler,Brian M | Manager | 1/22/2024 | Ground Transportation | Taxi - Hotel to New York airport | 63.92 |
| IT Data Cost | | 1/31/2024 | IT Data | IT Data Hosting Cost covering the period January 1-31, 2024 | 133,119.00 |
| Turkey | | January 2024 | VAT | Value Added Tax - Turkey | 2,018.14 |
| Cyprus | | January 2024 | VAT | Value Added Tax - Cyprus | 2,672.83 |
| **Total** | | | | | **$ 141,396.07** |

**The request herein is without prejudice to EY's right to seek additional compensation for Title III Services performed and expenses incurred during the Fee Period, which were not processed at the time of this Application.**