IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 22-11068 (JTD) |
| FTX TRADING LTD., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Canyon-ASP Fund, LP** | **Ceratosaurus Investors, L.L.C.** |
|---|---|
| Name of Transferee | Name of Transferor |
| **Address for all Notices and Payments:** | **Address for all Notices and Payments:** |
| c/o Canyon Capital Advisors LLC | c/o Farallon Capital Management, L.L.C. |
| 2000 Avenue of the Stars, 11th Floor | One Maritime Plaza, Suite 2100 |
| Los Angeles, CA 90067 | San Francisco, CA 94111 |
| Attn: James Pagnam | Attn: Michael Linn |
| Email: jpagnam@canyonpartners.com; legal@canyonpartners.com | Email: MLinn@FarallonCapital.com |

| Schedule/Claim No. | Amount | Debtor | Case No. |
|---|---|---|---|
| Schedule Number: **5481938** | 13.07% of the amounts as described on Schedule F (see attached) | FTX Trading Ltd. | 22-11068 |
| Claim Number: **55462** | 13.07% of the amounts as described on the Customer Claim Form | FTX Trading Ltd. | 22-11068 |
| Claim Number: **94681** | 13.07% of the amounts as described on the Customer Claim Form | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: May 29, 2024
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## Schedule F

## SCHEDULED ASSETS

| | | |
|---|---|---|
| 01416793 | | TRX[.000628], USD[2167257.62], USDT[2247292.35419851] |

## EXHIBIT C

### EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged and in accordance with the Downstream Claim Sale and Purchase Agreement between the parties, **Ceratosaurus Investors, L.L.C.,** hereby unconditionally and irrevocably sells, transfers and assigns to **Canyon-ASP Fund, LP** (the "Assignee") 13.07% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against FTX Trading Ltd. (the "Debtor"), the debtor in Case No. 22-11068 (JTD) (Jointly Administered) pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim filed by Assignor or its predecessor-in-interest with the Bankruptcy Court, including as set forth below.

| Schedule Number | Claim Number |
|---|---|
| **5481938** | 55462 |
|  | 94681 |

Pursuant to the Downstream Claim Sale and Purchase Agreement between the parties, Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the U.S. Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 29 day of May, 2024.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| **Ceratosaurus Investors, L.L.C.** | **Canyon-ASP Fund, LP** |
| By: Farallon Capital Management, L.L.C., Its Manager | By: Canyon Capital Advisors, LLC, as Investment Advisor |
| *DocuSigned by: Michael G Linn* (2EE8C7127A89416...) | *DocuSigned by:* (54E110612E2042A...) |
| Name: Michael G Linn | Name: James Pagnam |
| Title: Managing Member | Title: Authorized Signatory |