# **<u>EXHIBIT B</u>**

**Exhibit B**
**FTX Trading Ltd. Case No. 22-11068**
**Out-of-Pocket Expenses**
**For the Period March 1, 2024 through March 31, 2024**

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|------|-------|-----------------|------------------|---------------------|----------------|
| IT Data Cost | | 3/31/2024 | IT Data | IT Data Hosting Cost covering the period March 1-31, 2024 | 31,802.00 |
| Cyprus | | March 2024 | VAT | Value Added Tax - Cyprus | 2,776.39 |
| Panama | | March 2024 | VAT | Value Added Tax - Panama | 310.77 |
| **Total** | | | | | **$ 34,889.16** |

**The request herein is without prejudice to EY's right to seek additional compensation for Title III Services performed and expenses incurred during the Fee Period, which were not processed at the time of this Application.**