# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: FTX TRADING LTD., et al.<br><br>Debtors | Chapter 11<br><br>Case No. 22-11068<br><br>(Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| SP Multi Claims Holdings, LLC | The Canyon Value Realization Master Fund, L.P. |
|---|---|
| Transferor | Transferee |
| 2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Attn: Operations<br>Tel: 203-542-4441<br>Email: 12017192157@tls.ldsprod.com and rbeacher@pryorcashman.com | c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, Floor 11<br>Los Angeles, CA 90067<br>Attn: James Pagnam and Legal<br>Tel: 310-272-1000<br>Email: Jpagnam@canyonpartners.com and legal@canyonpartners.com |

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim | FTX Trading Ltd. | 22-11068 | Proof of Claim #: 78947<br><br>Schedule #: 7448533<br><br>Customer Claim Confirmation ID #: 3265-70-LBKBN-268848250<br><br>Unique Customer Code #: 00289114 | 13.71% of the amounts described |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By _____  Date: 7/10/24

Transferee / TraJames Pagnam
Authorized Signatory

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____   _____

Clerk of the Court

## PARTIAL EVIDENCE OF TRANSFER OF CLAIM
### Annex B

TO: U.S. Bankruptcy Court for the
District of Delaware ("Bankruptcy Court")

AND: FTX Trading Ltd. ("Debtor")
Case No. 22-11068 (JTD) ("Case")

Proof of Claim #: 78947 ("Proof of Claim")
Schedule #: 7448533 ("Schedule")
Customer Claim Confirmation ID #: 3265-70-LBKBN-268848250 ("CCCID")
Unique Customer Code #: 00289114 ("Customer Code")

**SP Multi Claims Holdings, LLC** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**The Canyon Value Realization Master Fund, L.P.**
c/o Canyon Capital Advisors LLC
2000 Avenue of the Stars, Floor 11
Los Angeles, CA 90067

its successors and assigns ("Buyer"), an undivided thirteen and seventy one hundredth percent (13.71%) interest in Seller's rights, title and interest in and to (a) the Proof of Claim and the CCCID (such thirteen and seventy one hundredth percent (13.71%) interest in the Proof of Claim and the CCCID, collectively the "Transferred Claim") against the Debtor in the Case; (b) all amounts listed on the Schedule; and (c) all amounts with respect to the Customer Code.

Seller hereby waives: (a) any objection to the transfer of the Transferred Claim to Buyer on the books and records of Debtor and the Bankruptcy Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Transferred Claim to Buyer and recognizing Buyer as the sole owner and holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Transferred Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Partial Evidence of Transfer of Claim by their duly authorized representative dated April 4, 2024.

| | |
|---|---|
| **SP Multi Claims Holdings, LLC**<br>By: Silver Point Capital, L.P., its manager<br><br>By: _____<br>Name: Jennifer Poccia<br>Title: Authorized Signatory | **The Canyon Value Realization Master Fund, L.P.**<br>By: Canyon Partners, LLC, as investment advisor<br><br>By: _____<br>Name:<br>Title: James Pagnam<br>Authorized Signatory |