# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re: **FTX TRADING LTD**

**Chapter 11**

Case NO.22-11068

Hearing Date: June 13, 2024

Objection Deadline: May 31 2024

I Cedrum Lavel Coleman sr, would like to address the court regarding the multiple claims made by the lack of non response to bring remedy or clarification on a settlement structure for my recorded FEE SCHEDULE in PIMA COUNTY RECORDING DISTRICT by Recorder Gabriella Cazares-kelly 06/05/2023 02:19:54 p.m of 12,304,500.00 and the offenses listed that breach and or violate FEE SCHEDULE Submitted in an invoice through registered mail I have no objection to the disallowed duplicative claim #80020 with the allowance of the surviving claim # 89406 to be honored and or comply with the FEE SCHEDULE on the record to bring resolution to the issue at hand please contact me at your earliest convenience to discuss further steps and to provide updates on the progress and or offers of settlement of my claim

Thank you for your attention to this matter

Cedrum Lavel Coleman sr.

675 11th Avenue North Safety Harbor FL (34695)
Phone #  (727-336-5247)
Gmail Secretcedmusic@gmail.com

Cedrum Lavel Coleman, Sr.
675 11th Avenue North
Safety harbor (34695)

**CERTIFIED MAIL**

9589 0710 5270 0125 2882 05

RETURN RECEIPT REQUESTED

The United States
Bankruptcy Court for the
District of Delaware 824 N Market St
Court room 5, Wilmington, Delaware 19801

U.S. POSTAGE PAID
FCM LG ENV
OLDSMAR, FL 34677
MAY 24, 2024

19801    $0.00

RDC 99    R2304M112855-31