UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



In re:

FTX TRADING LTD., *et al.,*

          Debtors

Chapter 11

No. 22-11068 (JTD)

(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Name (Redacted)**

Name and Current Address of Transferor:
**Name (Redacted)**

Name of Transferee:

**Nexxus Participation Vehicle III LLC**

Name and Address where notices and payments to transferee should be sent:
**Nexxus Participation Vehicle III LLC
Attn: Tim Babich
Email: tim.babich@nexxus-holdings.com
c/o Nexxus Holdings Operations LLC
800 Miramonte Dr., Suite 380
Santa Barbara, CA 93109**

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Confirmation ID No. 3265-70-IKKTU-056791791 | Name (Redacted) | Unliquidated (stated in crypto) | West Realm Shires Services Inc. | 22-11071 |
| Customer Code No. 08793161 | Name (Redacted) | as described on Schedule F (attached) | West Realm Shires Services Inc. | 22-11071 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Tim Babich (Jun 4, 2024 17:06 GMT+1)_          Date: June 4, 2024
Transferee/Transferee's Agent

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 08793161 | | AVAX[365.27947812], BAT[2], BRZ[1], DOGE[6], GRT[2], LINK[.82027284], NFT (28837523881335334 7/Eitbit Ape #2230)[1], NFT (28847260028215848 7/Kriss #80)[1], NFT (29074606998985885 8/GOONEY #3199)[1], NFT (29105814141743341 8/DRIP NFT)[1], NFT (29387065898798758 7/Roamer #980)[1], NFT (29745025223124428 5/Astral Apes #892)[1], NFT (29939283729729777 0/ROGUE SHARKS #454)[1], NFT (29959760873160963 4/Battle against the Straw Hats)[1], NFT (30111606011462707 6/GOONEY #4505)[1], NFT (30316374260080955 3/Ravager #1010)[1], NFT (30571150113215384 9/Petal to the Metal #66-Rookie)[1], NFT (30714111057558828 5/Skeleton Chainsaw #134)[1], NFT (31102469313586616 1/ROGUE SHARKS #1345)[1], NFT (31141137444990435 2/Ravager #1623)[1], NFT (31643098381810618 2/Skeleton Chainsaw #30)[1], NFT (31678554444894311 4/Ravager #1713)[1], NFT (31765711414108400 8/Christan, the Reliable)[1], NFT (31807036499983910 8/Divine Soldier #4751)[1], NFT (31875813138204133 0/Founding Frens Lawyer #816)[1], NFT (32442639860537878 4/Founding Frens Lawyer #297)[1], NFT (32532776645506518 7/SOLYETIS #5336)[1], NFT (32683197309758317 1/Harly #71)[1], NFT (32734196111464515 6/Scene #0076 | Timeline #4)[1], NFT (32825591795118679 4/Sigma Shark #1484)[1], NFT (32904243415873481 2/Little Rocks #975)[1], NFT (33069502236115795 7/Kriss #138)[1], NFT (33626875880932368 5/Necropirate #145)[1], NFT (33980442392702267 7/Aachen)[1], NFT (34078664153401629 3/Skeleton Chainsaw #225)[1], NFT (34276574718069149 4/Roamer #87)[1], NFT (34497610248555450 1/DOGO-BD-500 #2970)[1], NFT (34943159001687042 2/Scene #0267 | Timeline #3)[1], NFT (35036282303330611 7/Ravager #1045)[1], NFT (35427792954739995 9/Kiddo #5630)[1], NFT (35700533394186039 8/Danny Tanners House)[1], NFT (35723090559146468 2/Kriss #97)[1], NFT (35759867769106044 1/Scene #0644 | Timeline #7)[1], NFT (36790154582192827 0/Toasty Turts #1828)[1], NFT (36811027735659148 9/Scene #0911 | Timeline #8)[1], NFT (36866787901005596 5/Lunarian #2884)[1], NFT (37124946864513232 6/Richelle #45)[1], NFT (37185018136051245 7/Lobus #560)[1], NFT (37321601112707504 6/ALPHA:RONIN #951)[1], NFT (37457084975711065 3/Claira, the Rude)[1], NFT (37497875083111440 9/Abstract Artillery #25)[1], NFT (37527086264023838 2/Harly #54)[1], NFT (38355812925909291 9/Astral Apes #2803)[1], NFT (38371428092205723 2/Felis Kungfumuffin)[1], NFT (38771189944028357 0/Lobus #43)[1], NFT (39680519539735108 6/Camryn, the Shaggy)[1], NFT (39803628015665436 4/Founding Frens Lawyer #628)[1], NFT (39951166577069335 8/Rogue Circuits #2207)[1], NFT (39975106738618022 9/Little Rocks #989)[1], NFT (40018391525387214 6/London Bridge)[1], NFT (40075873854748130 5/Kocka Grobjah)[1], NFT (40117989302380485 7/Aasir, the Jealous)[1], NFT (40178197466061956 3/Barcelona Ticket Stub #658)[1], NFT (40447591637041315 3/Cool Bubba)[1], NFT (40705802579732747 9/SOLYETIS #7158)[1], NFT (40968983160863302 1/Scene #0454 | Timeline #5)[1], NFT (41203685078958683/SOLYETIS #8076)[1], NFT (41254520470820307 4/Buttercup Magicshmoops)[1], NFT (41254886739084160 7/Founding Frens Lawyer #164)[1], NFT (41405129060793429 3/Victoria Memorial London)[1], NFT (41767374692073591 0/Red Panda #1795)[1], NFT (41929145029728242 9/Rogue Circuits #488)[1], NFT (42067566878651983/Beagle Rare #17)[1], NFT (42087055652658426 5/Founding Frens Investor #824)[1], NFT (42200763138469599 1/Richelle #1133)[1], NFT (42206637344629104 9/Mery #1120)[1], NFT (42325799175567325 0/LightPunk #381)[1], NFT (42343074506206367 0/Skeleton Glock #38)[1], NFT (42445778554927175 3/ApexDucks #1086)[1], NFT (44282623787706826 6/SOLYETIS #2768)[1], NFT (44349040199085680 7/Zael, the Honest)[1], NFT (44420543964085849 7/Sloth #3537)[1], NFT (44593186433484393 0/Bialystok )[1], NFT (44749462679205066 3/Bahrain Ticket Bit #1900)[1], NFT (44830270977391381/Scene #0085 | Timeline #4)[1], NFT (45066752248870581 6/Founding Frens Lawyer #797)[1], NFT (45677381517925818 4/Fancy Frenchies #4091)[1], NFT (46118613447580129 2/Amarius, the Juvenile)[1], NFT (46366333536639239 9/Entrance Voucher #746)[1], NFT (46399494285651344 4/Ravager #1534)[1], NFT (46591213178969440 4/Elysian - #4144)[1], NFT (47384637941371856 1/Rogue Circuits #122)[1], NFT (47996324010127741 4/Sigma Shark #5040)[1], NFT (48029908690966475 5/Scene #0528 | Timeline #8)[1], NFT (48356798179171838 7/3D CATPUNK #3978)[1], NFT (48492525970862775 8/Otaku san)[1], NFT (49489942411140225 2/DarkPunk #4599)[1], NFT (49572904017881560 0/Founding Frens Lawyer #48)[1], NFT (49649858529879814 1/Scene #0380 | Timeline #4)[1], NFT (50006491962301908 5/SolBunnies #1574)[1], NFT (50118019518958131 7/SolBunnies #1626)[1], NFT (50699688743754475 7/Saluki Rare #66)[1], NFT (50719758974600805 6/Ravager #1441)[1], NFT (50732741362603632 3/Harly #803)[1], NFT (50960584753774910 1/Arizona Nights)[1], NFT (51068950073652678 5/ALPHA:RONIN #919)[1], NFT (51162721783108134 0/Founding Frens Investor #491)[1], NFT (51530069176399006 7/Scene #0145 | Timeline #6)[1], NFT (51698615409272074 9/ApexDucks #7404)[1], NFT (51745145574290677 3/Rudion #627)[1], NFT (51763789941852466 1/Richelle #4)[1], NFT (51840282496270862 8/GOONEY #4259)[1], NFT (51874447829118620 0/Ravager #1128)[1], NFT (52192679220545074 4/Mudnerland Monument)[1], NFT (52227066591042752 79/3ollame)[1], NFT (52482544376560275 1/Golden Retreiver Common #87)[1], NFT (52712317627301736 8/Kiddo #5981)[1], NFT (53131674700087485 5/Sigma Shark #3168)[1], NFT (53217049235366285 6/Founding Frens Investor #296)[1], NFT (53242902511392682 4/Elysian - #1039)[1], NFT (53817872884125829 3/Richelle #57)[1], NFT (54207039402828153 0/Munk #993)[1], NFT (54390321435513100 9/3D CATPUNK #9307)[1], NFT (54633524368673235 6/Founding Frens Investor #248)[1], NFT (54570728227922543 0/Warsaw Lights)[1], NFT (54632216325653647 3/Scene #0348 | Timeline #3)[1], NFT (55551334124805354 3/Geovaldi #70)[1], NFT (55517469507769491 4/Red Panda #2297)[1], NFT (55732964135771970 6/Divine Soldier #3720)[1], NFT (55878007434710995 26/Ravager #736)[1], NFT (55954389092833818 5/Chanty #1058)[1], NFT (56079871558776675 0/Scene #0401 | Timeline #2)[1], NFT (56332077053318628 9/Blossom Buddies #67-Rookie)[1], NFT (56517731314974463 7/Ameah, the Ugly)[1], NFT (57063541240715731 8/Scene #0077 | Timeline #2)[1], NFT (57214757916748120 6/Cloud Storm #152)[1], NFT (57258868552138862 9/Palais du Luxembourg)[1], NFT (57496244326760791 7/Sigma Shark #4110)[1], SHIB[1], TRX[4], USD[61882.71], USDT[0] | Yes | |
| 08793172 | | USD[0.00], USDT[0.00000759] | | |

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.