To Whom it may Concern:

United States Bankruptcy Court

FOR THE DISTRICT OF DELAWARE

824 North Market Street,

3rd Floor, Wilmington, Delaware 19801

Case No. 22-11068 (JTD)

Claim Number: ▉

Claimant Name: James, Leon Michael

Omnibus Hearing Objection

FTX Trading Ltd

<u>Rebuttal to Omnibus Objection to Proof of Claim</u>

Ftx should pay restitution for deposits that were used to trade their Ponzi style derivative scheme. Liquidating over $20000 of my personal trades by artificially inflating prices on short positions and also by shorting positions in stop loss hunting fraudulent trades.

The moneys that is shown in this objection does not represent the whole sum of lost that was incurred by fraudulent trades by the ftx derivatives trading team and their defi trading counterparts. Deposits made to the margin department should also be shown for transparency and should be considered for restitution. There have been many trading days where ftx illegally fixed the market on their platforms to profit from unsuspecting retail traders who were unaware of the fraudulent activities of the top brass.

I request and petition the court and Judge honorable John T. Dorsey that the total sum of $12800 be considered as a fraction of the financial losses and emotional stress that the FTX trading team caused on smaller retail investors and family offices who trusted the company's team to operate under the utmost moral and ethical pretenses as a Brokerage house. The fact remains that most losses occurred before the final meltdown of ftx, the company traded against their clients and set book trades to profit from their customers illegally.

It is unconscionable for Omnibus to reject to make whole those who were affected by this prolonged scheme. In my estimation the requested amount is still far from what is owed.

Respectfully,

Leon Michael James, President

Axion Alpha Capital



Omnibus Objection

Leon James
215 Lanella Pkwy.
Conyers, GA 30013-5239

CERTIFIED MAIL

7021 2720 0000 7834 4313

U.S. POSTAGE PAID
FCM LETTER
CONYERS, GA 30013
MAY 29, 2024
$5.08
S2324D502209-22

Retail

RDC 99

United States Bankruptcy Crt
Judge Honorable John T. Dorsey
824 N. Market ST, 3RD Floor
Wilmington Delaware 19801