**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>FTX TRADING LTD., *et al.*,[1]<br>Debtors. | Chapter 11<br>Case No: 22-11068 (JTD)<br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned cases as counsel to the Litigation Oversight Committee of Celsius Network LLC, *et al.*, and Mohsin Y. Meghji, as Litigation Administrator for Celsius Network, LLC, *et al.*, and, pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Local Rule 2002-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), request that all notices given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below at the following addresses:

| | |
|---|---|
| **COLE SCHOTZ P.C.**<br>Justin R. Alberto (No. 5126)<br>Patrick J. Reilley (No. 4451)<br>Melissa M. Hartlipp (No. 7063)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>Email: jalberto@coleschotz.com<br>          preilley@coleschotz.com | **PRYOR CASHMAN LLP**<br>Seth H. Lieberman, Esq.<br>Richard Levy, Jr., Esq.<br>Andrew S. Richmond, Esq.<br>7 Times Square, 40th Floor<br>New York, New York 10036<br>Telephone: (212) 421-4100<br>Facsimile: (212) 326-0806<br>Email: slieberman@pryorcashman.com<br>          rlevy@pryorcashman.com |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

mhartlipp@coleschotz.com            arichmond@pryorcashman.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, hand-delivery, telephone, facsimile transmission or otherwise, in these cases and proceedings herein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers ("Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to, or triable in, these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  June 4, 2024
      Wilmington, Delaware      **COLE SCHOTZ, P.C.**

/s/ *Justin R. Alberto*

Justin R. Alberto (No. 5126)
Patrick J. Reilley (No. 4451)
Melissa M. Hartlipp (No. 7063)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email:  jalberto@coleschotz.com
        preilley@coleschotz.com
        mhartlipp@coleschotz.com

-and-

**PRYOR CASHMAN LLP**

Seth H. Lieberman, Esq.
Richard Levy, Jr., Esq.
Andrew S. Richmond, Esq.
7 Times Square, 40th Floor
New York, New York 10036
Telephone: (212) 421-4100
Facsimile: (212) 326-0806
Email: slieberman@pryorcashman.com
       rlevy@pryorcashman.com
       arichmond@pryorcashman.com

*Counsel to the Litigation Oversight Committee of Celsius Network LLC, et al., and Moshin Y. Meghji, solely in his capacity as the Litigation Administrator of Celsius Network LLC, et al.*