## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No: 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Seth H. Lieberman, Esq. of Pryor Cashman LLP to represent the Litigation Oversight Committee of Celsius Network LLC, *et al.*, and Mohsin Y. Meghji, as Litigation Administrator for Celsius Network LLC, *et al.* in the above-referenced cases.

Dated: June 4, 2024

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
**COLE SCHOTZ P.C.**
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Email: jalberto@coleschotz.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of New York and the State of New Jersey, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: June 4, 2024

*/s/ Seth H. Lieberman*
Seth H. Lieberman, Esq.
**PRYOR CASHMAN LLP**
7 Times Square, 40th Floor
New York, New York 10036
Telephone: (212) 421-4100
Email: slieberman@pryorcashman.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.