IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 22-11068 |
| FTX TRADING LTD., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **Nexxus Participation Vehicle III** | **Name (Redacted)** |
| Name of Transferee | Name of Transferor |
| **Address for all Notices and Payments:** | **Address:** On file with Debtors |

Nexxus Participation Vehicle III LLC
Attn: Tim Babich
Email: tim.babich@nexxus-holdings.com
c/o Nexxus Holdings Operations LLC
800 Miramonte Dr., Suite 380
Santa Barbara, CA 93109

| Unique Creditor ID/Scheduled ID/Claim Confirmation # | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Unique Creditor ID: 01561011<br>Scheduled ID: 6752026<br>Claim Confirmation #(s): 3265-70-LVXXC-604073531<br>Claim #: 73290 | Name (Redacted) | As described on proof of claim (see attached) | FTX TRADING LTD., et al. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Date: May 29, 2024

By: _[signature]_
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**Proof of Claim**

### Creditor Data Details - Claim # 73290

**Creditor**
117 Partners LTD as Transferee of Name on File
Address on file

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
09/27/2023

**Claim Number**
73290
**Schedule Number**
6752026
**Confirmation ID**
3265-70-LVXXC-604073531

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

### Transfer History

| Date Filed | Transfer Document | Transferor | Transferee |
|---|---|---|---|
| 04/17/2024 | Transfer/Assignment of Claim. Fee Amount $28 Transfer Agreement 3001 (e) 2 Transferor: Name (Redacted) To 117 Partners Ltd. Filed by 117 Partners Ltd. | Name on File | Name on File |

### Objection History

| Date Filed | Objection Motion | Date Filed | Objection Order | Basis | Status |
|---|---|---|---|---|---|
| 05/10/2024 | Omnibus Objection to Claims (Redacted) Debtors' T... | | | Overstated and/or Partially Unliquidated Claims | Pending |

## Proof of Claim Objection

Case 22-11068-JTD    Doc 14599-2    Filed 05/10/24    Page 49 of 65

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | | **Asserted Claims** | | **Modified Claim** |
| | | | USDT | -0.241616307777286 | | -0.241616307777286 |
| | | | VETBULL | 3.005660200000000 | | 3.005660200000000 |
| | | | XRPBULL | 3.685308000000000 | | 3.685308000000000 |
| | | | XTZBULL | 0.799100000000000 | | 0.799100000000000 |
| | | | ZECBULL | 0.020522000000000 | | 0.020522000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 73290 | Name on file | FTX Trading Ltd. | AVAX-PERP | -0.000000000001818 | FTX Trading Ltd. | -0.000000000001818 |
| | | | BTC | 0.000000000035949 | | 0.000000000035949 |
| | | | BTC-PERP | -0.000000000000007 | | -0.000000000000007 |
| | | | DAI | 6,056.764616050000000 | | 6,056.764616050000000 |
| | | | DOT-PERP | -0.000000000000909 | | -0.000000000000909 |
| | | | ETH | 1,574.570812069366000 | | 1,574.570812069366000 |
| | | | ETH-PERP | -0.000000000000028 | | -0.000000000000028 |
| | | | ETHW | 0.000000003019863 | | 0.000000003019863 |
| | | | FTT | 0.000000010000000 | | 0.000000010000000 |
| | | | SOL-PERP | 0.000000000001136 | | 0.000000000001136 |
| | | | SRM | 2.661791460000000 | | 2.661791460000000 |
| | | | SRM_LOCKED | 1,537.628205450000000 | | 1,537.628205450000000 |
| | | | SYN | 6,690.000000000000000 | | 6,690.000000000000000 |
| | | | USD | 25,000.203040592758000 | | 25,000.203040592758000 |
| | | | Other Activity Asserted: $800,000 - Yes one other personal account | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that no liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

**Schedule F**

| 01561011 | | ADA-PERP[0], ATOM-PERP[0], AVAX-PERP[0], BNB-PERP[0], BTC[0], BTC-PERP[0], DAI[6056.76461605], DOT-PERP[0], ETH[1574.57081206], ETH-PERP[0], ETHW[0], FTM-PERP[0], FTT[.00000001], LUNC-PERP[0], SOL-PERP[0], SRM[2.66179146], SRM_LOCKED[1537.62820545], SYN[6690], TRX-PERP[0], USD[25000.20] | | |
|---|---|---|---|---|

**Name of Transferee**

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer of Claim to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and appropriate professionals.