IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 4863, 13628, 14300, 14301, 15520, 15521, 15522<br><br>Hearing Date: June 25, 2024 at 10:00 a.m.<br>Obj. Deadline: June 5, 2024 at 4:00 p.m. |

**RESERVATION OF RIGHTS OF THE U.S. SECURITIES AND EXCHANGE COMMISSION TO MOTION OF DEBTORS FOR ENTRY OF AN ORDER (I) APPROVING THE ADEQUACY OF THE DISCLOSURE STATEMENT; (II) APPROVING SOLICITATION PACKAGES; (III) APPROVING THE FORMS OF BALLOTS; (IV) ESTABLISHING VOTING, SOLICITATION AND TABULATION PROCEDURES; AND (V) ESTABLISHING NOTICE AND OBJECTION PROCEDURES FOR THE CONFIRMATION OF THE PLAN**

The U.S. Securities and Exchange Commission ("**SEC**") files this reservation of rights to the above-referenced motion [Docket No. 4863] ("**Motion**")[2] because the Disclosure Statement and Plan (as defined below) forces claimants and equity-holders who are deemed to reject the Plan, including retail holders of FTT, to return an opt-out form in order to avoid "consenting" to a release that eliminates their rights against numerous non-debtors and that does not otherwise meet the standard for approval in this Circuit. In addition, the SEC reserves its rights to object to transactions involving crypto assets.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] The Motion was filed on December 16, 2023. As of the date hereof, a revised Motion and proposed order have not been filed.

1

## BACKGROUND

1.  The SEC is the federal agency responsible for regulating the U.S. securities markets, protecting investors, and enforcing the federal securities laws. On December 13, 2022 and December 21, 2022, the SEC filed complaints against the founders of FTX Trading Ltd. ("**FTX**") and its former insiders, alleging they engaged in a scheme to defraud equity investors in FTX, at the same time that they were also defrauding the platform's customers.[3]

2.  Since filing this case, the Debtors have moved forward with a plan to liquidate, by pursuing sales of substantially all of their assets and filing a Chapter 11 Plan [Docket No. 14300] (as amended, the "**Plan**") and Disclosure Statement [Docket No. 14301] (as amended, the "**Disclosure Statement**") which seeks to liquidate and wind down the Debtors' estates.[4] The Debtors' equity holders, FTT holders, and Section 510(b) creditors will receive nothing. As such, these classes are deemed to reject, and are not entitled to vote on, the Plan.[5]

3.  The Plan contains various release, exculpation, injunction, and discharge provisions, including a provision that would release claims held by deemed to reject classes against numerous non-debtor "Released Parties"[6] for all types of conduct, including securities

---

[3] *SEC v. Bankman-Fried*, No. 1:22-cv-10501 (S.D.N.Y.); *SEC v. Ellison*, No. 1:22-cv-10794 (S.D.N.Y.).

[4] Although styled as a Plan of "reorganization" the Debtors are liquidating. Certain of the Debtors who are "Excluded Entities" and not covered by the Plan are being liquidated and/or wound down in foreign jurisdictions.

[5] Preferred Equity is not deemed to reject, but their projected recovery is 0%.

[6] "Released Parties" is defined as including (a) Exculpated Parties, (b) the Bahamas JOLs and FTX DM, (c) the Ad Hoc Committee, (d) any member of the executive committee of the Ad Hoc Committee (as constituted from time to time), and (e) with respect to each Person or Entity named in (b) through (d), any Person or Entity to the extent acting as a shareholder, director, officer, employee, attorney (including solicitors or barristers acting for the benefit of such Person or Entity), financial advisor, restructuring advisor, investment banker, accountant and other professional or representative of such Person or Entity, in each case, to the extent such Person or Entity is or was acting in such capacity. Notwithstanding anything to the contrary in the Plan or Plan Supplement, no Excluded Party shall be a Released Party.

law violations. Any deemed to reject creditor or equity-holder that does not return an opt-out form will be bound to the release.

### RESERVATION OF RIGHTS

4. The third-party releases here, as applied to the deemed to reject classes, do not appear fair, equitable, necessary, and integral to the proposed plan. In the *Tricida* bankruptcy case, this Court addressed an opt-out provision for deemed to reject classes at confirmation, and declined to confirm a plan containing opt-out releases for a deemed to reject class which included retail investors. Conf. Hr'g Tr., May 19, 2023 at 143-47, *In re Tricida, Inc.*, Case No. 23-10024 (JTD) (Bankr. D. Del.). The SEC is aware that, at confirmation, this Court carefully considers a number of factors, including whether parties receive adequate notice, are given a full and fair opportunity to respond, who is being asked to give the release, and whether such parties are deemed to reject and will receive nothing under the plan. Accordingly, the SEC reserves its rights to raise this issue in connection with plan confirmation. The SEC further reserves all rights to object to confirmation of the Plan, including on issues the Debtors have agreed are reserved for confirmation and on any other grounds not raised in this reservation of rights.

5. In addition, the Debtors' portfolio includes crypto asset securities which the Debtors may seek to monetize and/or distribute pursuant to the Plan and Disclosure Statement. And, the Debtors are exploring different distribution options, including potentially distributing stablecoins to certain creditors. Docket No. 15522-2, at 127 of 310. The SEC is not opining as to the legality, under the federal securities laws, of the transactions outlined in the Disclosure Statement and Plan reserves its rights to challenge transactions involving crypto assets.

Dated: Washington, DC
       June 5, 2024

                              UNITED STATES SECURITIES AND
                              EXCHANGE COMMISSION

                              By: /s/ Therese A. Scheuer
                                  Therese A. Scheuer
                                  Senior Trial Counsel
                                  100 F. Street, NE
                                  Washington, DC 20549
                                  Phone: (202) 551-6029
                                  Fax: (202) 772-9317
                                  scheuert@sec.gov

                                  William M. Uptegrove
                                  Senior Trial Counsel
                                  Atlanta Regional Office
                                  950 East Paces Ferry Road, N.E., Suite 900
                                  Atlanta, GA 30326
                                  Phone: (404) 842-5765
                                  UptegroveW@sec.gov

Of Counsel: Alistaire Bambach

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of June, 2024, a true and correct copy of the foregoing Reservation of Rights was furnished to all ECF Participants via the CM/ECF system.

/s/ Therese A. Scheuer

Therese A. Scheuer