May 28, 2024

**The United States Bankruptcy Court**

-and-

**LANDIS RATH & COBB LLP**

-and-

**SULLIVAN & CROMWELL LLP**

RECEIVED

2024 JUN -5  AM 11: 04

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

TAKUYA NAGASAKA

### Objection to "Case 22-11068-JTD Doc 15654 Filed 05/23/24" document.

I object to the Doket 15654 document dated May 23, 2024. FTX Trading Ltd. (d/b/a "FTX") has informed that on April 4, 2022, all Japan resident accounts will be transferred to FTX Japan K.K. (aka "FTX Japan") for FTX Japan had informed that all Japanese resident accounts would be transferred to FTX Japan K.K. (aka "FTX Japan") on April 4, 2022 and that FTX Japan would manage the assets in its custody. FTX Japan had also stated that it would comply with the notice.

Nevertheless, **FTX Japan spared no effort to pretend that this fact did not exist, and through deception, concealment, and destruction of evidence, refused to return the assets of some Japanese residents.** The situation has not improved to this day.

(For more information, please see the attached document I submitted to the Claims Portal last September)

**If this Doket 15654 motion is adopted, the payment of the intercompany debt of the fraudulent FTX will take precedence over the victims whose assets are to be returned.** In addition, a significant reduction in FTX Japan's assets could result in a shortfall in assets returned to victims.

At the very least, we must first determine the number of Japanese resident accounts that were not processed for transfer to FTX Japan and the total volume of assets, and then secure the resources to return all physical assets in accordance with Japanese law.

Until you do that, you should not pay the intercompany debt on the Doket15654 motion.

Please note that letters from Japan to the U.S. take about two weeks to arrive, making it difficult to get my objection to arrive by the deadline, June 6. This is a serious violation of my rights as a creditor. I am filing a severe protest against the person in charge of setting this deadline.

**Name** : TAKUYA NAGASAKA (長坂　拓哉)

**Address** : KANAGAWAKEN KAWASAKISHI KAWASAKIKU TUTUMINE50-15

**E-Mail** : nag.t1202@gmail.com

September 17, 2023

**FTX Japan's ongoing conduct since the filing of its Chapter 11 petition in the U.S. Bankruptcy Code to date In the matter of certain Japanese residents being denied return of their assets due to acts of deception, concealment, and destruction of evidence.**

1. creditor's claims and demands

My assets were recorded on the schedule of claims filing materials as the debtor being FTX Trading Ltd. (d/b/a "FTX"). However, the actual debtor who should be repaying me is FTX Japan K.K. (aka "FTX Japan"), not FTX.

Since the filing of the Chapter 11 petition, FTX Japan has engaged in deception, concealment, and destruction of evidence in its determination of whether or not to return assets, and has refused to return assets to certain Japanese residents.After describing in this document what actions FTX Japan is taking, I will again demand the return of assets from FTX Japan in this claim filing process.

In addition, I agree to the quantity of crypto assets, legal tender, or NFTs held.

As of November 11, 2022, the crypto assets and legal tender on deposit in my account were as follows

| | FTX (debtor of record) →FTX Japan (actual debtor) | FTX (debtor of record) →FTX Japan (actual debtor) |
|---|---|---|
| Account Opening Date | January 10, 2021 | August 22, 2021 |
| Exchange at the time of account opening | FTX.com | FTX APP （alias：Blockfolio・FTX.com） |
| Account ID | 8089370 | 36887251 |
| Transfer date to FTX Japan | 2022 年 4 月 4 日 | 2022 年 4 月 4 日 |
| Volume of crypto assets, legal tender, or NFT holdings | USD 1.02 (Agreed) | BTC 2.92772803 (agreed) |
| Docket number on record | 1731 (FTX Trading Ltd_F-2) | 1737 (FTX Trading Ltd_F-8) |
| Registered email address | nag.t1202@gmail.com | nag.t1202@gmail.com |

| 2.Basis and evidence |
| --- |

The basis and evidence that the FTX exchange with which I was depositing was FTX Japan and not FTX is as follows.

(1) Opening of Account

I opened an account with FTX.com, a service for the web browser version, on January 10, 2021. At a different time, on August 22, 2021, I opened an account for FTX APP (also known as Blockfolio), a service for mobile applications.

<u>Both FTX.com and Blockfolio were services offered by FTX.</u>

(2)  Resident of Japan

I am a Japanese resident residing in Japan. From birth to the present, I have only lived in Japan.

I was registered with a Japanese address when I opened my FTX.com and Blockfolio accounts.

| Driver's license (current) | Driver's license (before renewal) |
|---|---|
| Certification period: <br> █████████████████ | Certification period: <br> █████████████████ |
| Name : TAKUYA NAGASAKA (長坂　拓哉) | Name : TAKUYA NAGASAKA (長坂　拓哉) |
| Date of Birth : <br> ██████████████ | Date of Birth : <br> ████████████████ |
| Address: <br> ████████████ | Address: <br> ████████████ |



certificate of residence

**Certification Date:** 2023 年 7 月 17 日

**Name** : TAKUYA NAGASAKA (長坂　拓哉)

**Date of Birth** :

**Address:**

(3) Business transfer

On February 2, 2022 FTX entered into an agreement to acquire Liquid Group Inc. the parent company of FTX Japan (formerly known as Quoine K.K.).

As a result of this acquisition, all accounts of Japanese residents registered with the FTX are now eligible for transfer to FTX Japan. The transfer date, originally scheduled for March 30, has been postponed to April 4.

FTX sent several notices via email between February and March 2022 to Japanese residents registered with FTX.com or Blockfolio regarding the transfer of their accounts. I have received those notices.

■FTX's Acquisition of Liquid(Official Liquid by FTX blog)
 (FTX Japan removed the blog post around June-July 2023)



FTX is pleased to announce the acquisition of a crypto asset exchange registered by the Financial Services Agency in order to provide products and services to Japanese customers.

Tokyo, Japan – February 2, 2022 – FTX Trading Limited ("FTX") is a Japanese crypto asset exchange and type I financial instruments business operator, Quoine Co., Ltd. ("Quoine"). (hereinafter referred to as "Liquid"), the parent company of Liquid Group Inc. (hereinafter referred to as "Liquid"). The acquisition is expected to close in March 2022, subject to customary closing conditions.

Founded in 2014, Quoine was one of the first cryptocurrency exchanges registered in Japan by the Financial Services Agency in 2017. In October 2021, Quoine received registration as a Type 1 Financial Instruments Business from the Financial Services Agency and continues to provide customers with a derivatives trading platform. After FTX's acquisition of Liquid, Quoine plans to gradually integrate FTX's products and services into its offerings, and FTX's existing Japanese customers will migrate to Quoine's platform.

In connection with this acquisition, the Company has entered into a business transfer agreement with Liquid for the purpose of providing existing Japanese users with services that comply with Japanese laws and regulations, and effective March 30, 2022, the Company's existing of Japanese users will be transferred to Quoine, a wholly owned subsidiary of Liquid.

Including the above business transfer, we will inform FTX customers by e-mail about the details of the service accompanying the transition / transfer, so please refer to that.

We will combine and utilize each resource to provide products and liquidity to individual and institutional investors in the Japanese and global markets.

Financial terms of the transaction were not disclosed.

## About FTX.COM

Founded in 2019, FTX.COM is a cryptocurrency exchange founded by traders for traders.

For more information on FTX.COM, please visit https://ftx.com/ .

As stated in our Terms of Use, FTX.COM is not available to residents of the United States or any other prohibited jurisdiction.

(Original URL: Deleted)

https://blog.liquid.com/ja-jp/ja/ftx-liquid-acquisition



(Reference: URL of the archive)

https://web.archive.org/web/20220523025013/https://blog.liquid.com/ja/ftx-liquid-acquisition



(4)   FTX Notice of Account Transfer

The final version of the Notice of Account Transfer that I received from FTX is as follows

(Quoine K.K. is the former trade name of FTX Japan K.K.)

(The first half of the same notice was written in Japanese and the second half was written in English.)

---

**FTX** <support@ftx.com>                                                    2022 年 3月31日



# 日本のお客様へ重要なお知らせ—
# Important Notice to Japanese Customer

FTX ユーザーの皆様

2022 年 2 月 2 日にすでにお知らせしましたとおり、当社は、Liquid と戦略的契約を締結し、2022 年 3 月 30 日をもって当社のすべての既存の日本ユーザーを Liquid の完全子会社であり日本の暗号資産交換業者兼第一種金融商品取引業者である Quoine 株式会社（以下「Quoine」といいます。）に移管する予定でしたが、2022 年 4 月 4 日に延期されました。

---

English Translation:

As previously announced on February 2, 2022, we have entered into a strategic agreement with Liquid to transfer all of our existing Japanese users to Liquid's wholly-owned subsidiary on March 30, 2022. The transfer was scheduled to be transferred to Quoine, Inc. (hereinafter referred to as "Quoine"), an asset exchange service provider and type I financial instruments business operator, but has been postponed to April 4, 2022.

当社は、お客様が日本居住者であることを確認しましたので、**Quoine** の
お客様として引き続きサービスをご利用いただくために、こちら
**ftx.com/jp/kyc/**でアカウント情報を更新していただく必要があります。
**Quoine** のお客様として継続を希望されない場合、2022 年 4 月 4 日（以
下「移管期日」といいます。）の午前 9 時まで、当社の利用規約に基づき、
当社からお客様の資産を引き出し、お客様のアカウントを解約してくだ
さい。



お客様は、記録上、**KYC** を完了しておりません。

また、**移管期日までに KYC を完了しない場合、お客様は、（1）取引が
できず、（2）移管期日にレバレッジ倍率が 2 倍以下になるように強制的
に縮小され、（3）移管期日以降、資産の引き出し及び Quoine のアカウ
ントの解約以外できなくなります**。**Quoine** のアカウントにアクセスし、
取引を継続する又は資産にアクセスするためには、上記リンクから **KYC**
を完了し、アカウント情報を更新していただく必要があります。

お客様のアカウントに関する以下の重要事項及び期限をご確認ください
い。

1. 2022 年 3 月 22 日以降、レバレッジが 2 倍を超えるいかなる新規ポジ
ションも構築することができません。

2. 2022 年 3 月 26 日以降、(a)
 BTC、ETH、BCH、XRP、BAT、LTC、FTT、SOL 以外のトークンの
現物取引、(b) 一切の先日付取引、及び(c)
 BTC、ETH、BCH、XRP、BAT、LTC、FTT、SOL のパーペチュアル
以外のパーペチュアル取引、を行うことはできません。

3. 移管期日の午前 9 時に未約定の注文はすべて取り消され、それ以降い
かなる新規注文も受け付けません。

4. お客様のアカウントは、移管期日の午前 9 時以降に Quoine に移管さ
れます。移管期日の午前 9 時に、お客様の資産及びポジションには以下
の措置が行われます。

| 資産／ポジションの種類 | 移管期日午前 9 時（日本時間）時点の対応 | |
|---|---|---|
| | **KYC を完了している場合** | **KYC を完了していない場合** |
| 現物 | | |
| - BTC、ETH、BCH、XRP、BAT、LTC、XLM、FTT、SOL | Quoine に移管されます。 | <u>移管期日に Quoine に一旦移管され、その後の移行期間に KYC を完了していただきます。</u>KYC が完了せずに移行期間が終了した場合、FTX、Quoine 及び第三者のカストディアンが別個に秘密鍵を管理するマルチシグネチャーウォレットに移管されます。お客様は、マルチシグネチャーウォレットからは、<u>資産の引き出しのみ行うことができます。</u> |

| | | |
|---|---|---|
| － その他すべての現物残高 | FTX、Quoine 及び第三者のカストディアンが別個に秘密鍵を管理するマルチシグネチャーウォレットに移管されます。お客様は、移管期日以降、かかる資産の引き出しのみ行うことができます。また、かかる現物残高は、証拠金率の計算の対象外となります。 | |
| デリバティブ | | |
| －BTC、ETH、BCH、XRP、BAT、LTC、FTT、SOL のパーペチュアル | Quoine に移管されます。お客様が 2 倍超のレバレッジをかけている場合は、日本の規制に基づき、Quoine の利用規約に定める追証に関する規定に従い、追証が発動され、お客様のポジションの解消を避けるためには、2 営業日以内に追加証拠金を差し入れる必要があります。また、証拠金に代用暗号資産を利用している場合は、掛目が 50%に変更されますのでご注意ください。 | お客様のアカウントを Quoine に移管するまでに、レバレッジ倍率が 2 倍以下になるように強制的に縮小されます。また、証拠金に代用暗号資産を利用している場合は、掛目が 50%に変更されますのでご注意ください。 |
| － すべての先日付取引 | お客様のポジションは、利益又は損失の有無にかかわらず、移管期日に強制的にクローズし、解消されます。 | |
| － その他すべてのパーペチュアル | お客様のポジションは、利益又は損失の有無にかかわらず、移管期日に強制的にクローズし、解消されます。 | |
| レバレッジド・トークン、トークン化された株式及び予測市場トークン | お客様の資産及びポジションは、移管期日に強制的にクローズし、米ドルに清算したうえで、Quoine に移管されます。お客様は、移管期日以降、Quoine から米ドルを引き出すことができます。 | |

注）Quoine との取引を希望される場合、移管期日前までに①外部ウォレットに出庫する、②Quoine 取扱の暗号資産（BTC 等）に交換の上 Quoine に移管することも可能です。

また、当社の商品の日本でのローカライズの一環として、さらにいくつかの変更を行う予定です。引き続き、当社の最新の取引ルールと利用規約をご確認ください。

ご不明な点がございましたら、https://ftx.com/support のドロップダウンから「日本」を選択し、サポートチケットを送信してください。

FTX Team

---

Dear FTX user:

As previously announced on February 2, 2022, we have entered into an agreement to acquire Liquid Group, Inc. ("Liquid"). The acquisition is expected to close in late March, subject to customary closing conditions.

In connection with the acquisition, and in order to provide services to existing Japanese users in compliance with Japanese laws, we have entered into a strategic transaction with Liquid, and were planning to transfer existing Japanese users of FTX to Quoine Corporation ("Quoine"), a wholly-owned subsidiary of Liquid, and a licensed Japanese crypto asset exchange service provider and Type I financial instruments business operator, on March 30, 2022. This transfer has been postponed to April 4, 2022.

We have identified you as a resident of Japan and in order for you to continue as a Quoine customer, you will be required to provide additional KYC information. Upon logging into your account, you will be presented with a pop-up that directs you to provide updated KYC information. You may also go to ftx.com/jp/kyc/ to complete your updated KYC information directly. If you do not wish to continue as a Quoine customer, you have until 9:00 AM JST on April 4, 2022 (the "Transfer Deadline") to withdraw your assets from FTX and close your account in accordance with our Terms and Conditions.



However, our records indicate that you have completed KYC. **If you do not complete KYC by the Transfer Deadline, you will (1) not be able to trade, (2) be forcibly reduced down to a maximum of 2x leverage on the Transfer Deadline, and (3) will only be able to withdraw your assets and close your Quoine account after the Transfer Deadline.** In order to access your Quoine account to continue trading or to access your assets, you will need to update your account information by completing the new KYC request before April 4, 2022.

**PLEASE REVIEW THE FOLLOWING IMPORTANT INFORMATION AND DEADLINES REGARDING YOUR ACCOUNT:**

1. You will not be able to open any new positions greater than 2x

   leverage after March 22,2022.

2. You will not be able to trade (a) spot tokens other than BTC, ETH,
   BCH, XRP, BAT, LTC,

   XLM, FTT, and SOL, (b) any dated futures, and (c) any perpetuals
   other than BTC, ETH,

   BCH, XRP, BAT*, LTC*, XLM*, FTT*, SOL* perpetuals, in each case
   after March 26, 2022.

3. All open orders will be cancelled, and no new orders will be

   accepted after 9:00 AM JSTon the Transfer Deadline.

4. You account will be transferred to Quoine starting at 9:00 AM JST

   on the TransferDeadline. The following actions will be taken on

   your assets and positions at 9:00 AM on the Transfer Deadline:

| Type of Asset or Position | Disposition at 9:00 AM JST on Transfer Deadline | |
|---|---|---|
| | **If you completed KYC** | **If you do not complete KYC** |
| **Spot** | | |
| BTC, ETH, BCH XRP, BAT, LTC, XLM, FTT, SOL | Transferred to Quoine | <u>**Your account will be transferred to Quoine on the Transfer Deadline and you will be required to complete KYC during the subsequent transition period.**</u> If KYC is not completed by the transition period, your assets will be transferred to a multisignature wallet held by FTX, Quoine and a third party custodian. <u>**You will only be able to withdraw these assets after the Transfer Deadline.**</u> |
| All other spot balances | Transferred to a multisignature wallet held by FTX, Quoine, and a third party custodian. You will only be able to withdraw these assets after the Transfer Deadline. In addition, these spot balances will no longer be taken into consideration in calculating your collateral ratio. | |

**Derivatives**

| BTC, ETH, BCH, XRP, BAT, LTC, XLM, FTT, SOL Perpetuals | Transferred to Quoine. In accordance with Japanese regulations, if you are leveraged above 2x, a margin call will be triggered and you will be required to deposit additional collateral into your account within two business days to prevent your position from being liquidated. Please note that if you are using crypto asset for margin, your margin amount will be reduced to 50%. | You will be forcibly deleveraged to a maximum of 2x leverage before your account is transferred to Quoine. Please note that if you are using crypto asset for margin, your margin amount will be reduced to 50%. |
|---|---|---|
| All dated futures | Your positions will be forcibly closed and liquidated on the Transfer Deadline regardless of whether you have a profit or loss position. | |
| All other perpetuals | Your positions will be forcibly closed and liquidated on the Transfer Deadline regardless of whether you have a profit or loss position. | |
| All other products including leveraged tokens, tokenized stock, and prediction markets. | Your assets and positions will be forcibly closed and liquidated on the Transfer Deadline into USD, and transferred to Quoine. You will be able to withdraw the USD from Quoine after the Transfer Deadline. | |

We will also be making a few more changes as part of the localization of our products in Japan. Please continue to review our updated Trading Rules and Terms of Use.

If you have any questions, please submit a support ticket via https://ftx.com/support.

Thank you,

FTX Team

It is important to note that we were notified that the transfer procedure from FTX to FTX Japan would be performed for all remaining Japanese resident accounts registered with FTX, except for those that were terminated by the transfer date (April 4, 2022). <u>In other words, the accounts were to be transferred to FTX Japan (formerly known as Quoine) in both cases of KYC and non-KYC.</u>

I trusted this notice and decided that KYC did not need to be rushed if I was going to withdraw from FTX Japan and did not perform KYC before April 4, 2022.

If they had acted as notified, my account would have been transferred once to FTX Japan on the transfer date and my assets would have been stored in a multi-signature wallet with separate private keys for FTX, FTX Japan and a third party custodian, and then I would have been able to withdraw my I was supposed to be able to withdraw my assets from my FTX Japan account.

<u>It was clearly stated that after April 4, 2022, the account would become a Quoine account transferred to Quoine (current name: FTX Japan) and the procedures would be sent to Quoine. Therefore, the parent company, FTX, is obligated to instruct its subsidiary, FTX Japan, once again to perform the asset withdrawal procedures.</u>

<u>The current debtor must be FTX Japan.</u>

(5) Acknowledgement of transfer notice by FTX Japan

Acknowledgment of the transfer notice by FTX was confirmed from the official website and official blog of FTX Japan, where FTX Japan publicly announced to refer to the email notice from FTX (4).

**This shows that FTX Japan had agreed and acknowledged the contents of the explanation of the transfer that FTX had notified to Japanese residents.**

■Acquisition of our parent company by FTX (official website)
https://support-jp.liquid.com/hc/ja/articles/4424001757453-
FTX%E3%81%AB%E3%82%88%E3%82%8B%E5%BD%93%E7%A4%BE%E8%A6%AA
%E4%BC%9A%E7%A4%BE%E3%81%AE%E8%B2%B7%E5%8F%8E%E3%81%AB%E3
%81%A4%E3%81%84%E3%81%A6



■Acquisition of Liquid by FTX (Official Liquid by FTX blog)
(FTX Japan removed the blog post around June-July 2023)

上記の事業譲渡を含めて、移行・移管に伴うサービスに関して、FTXのお客様には別途詳細について電子メールにてご案内を申し上げますので、そちらをご覧ください。

**English Translation:**
Please refer to the separate email notification to FTX customers for further details regarding services associated with the transition/transfer, including the above business transfer.

(Deleted: Original URL)
https://blog.liquid.com/ja-jp/ja/ftx-liquid-acquisition



(Reference: URL of the archive)

https://web.archive.org/web/20220523025013/https://blog.liquid.com/ja/ftx-liquid-acquisition



(6)  Services for FTX JP web browsers

When logging in after the transfer date, FTX.com was changed to FTX JP.

Screenshot as of November 10, 2022.



(7) FTX JP Mobile App Service Provision

After the transfer date, FTX Japan changed the name of FTX APP (formerly known as Blockfolio) to FTX JP Mobile App and provided mobile app services.

The FTX Japan official website also had a page about the FTX JP mobile apps, but FTX Japan deleted these pages in February 2023.

- "Mobile App Overview"
- "I would like to trade outside of a PC. Do you offer a mobile app?"
- "How to trade with the mobile app?"

It is very puzzling, but since the incident, FTX Japan has been deleting pages that are inconvenient for their company.



 **FTX** JP

サインイン

お客様サポート（ヘルプ・お問い合わせ）｜FTX Japan ＞ モバイルアプリ

Search articles

# モバイルアプリでの交換方法について

更新 3か月前

> Circa February 2022,
> Page deleted.

> English Translation:
> "How to trade with the mobile app?"

お使いのスマートフォンから資産をFTX JPから購入したり、保有している資産をFTX JPに売却することができる取引手数料無料のサービスです。

暗号資産同士の交換も法定通貨を介さず直接取引できるので、余計な取引が減り手数料の削減も期待できます。

FTX JPの販売所と同様に、通貨を以下のように自由に組み合わせて取引することができきます。

- 法定通貨 x 暗号資産

- 暗号資産 x 暗号資産

- 日本円 x 米ドル

## 購入方法

1.　「購入」をクリックします

 **FTX** JP

サインイン

Circa February 2022,
Page deleted.

お客様サポート（ヘルプ・お問い合わせ）| FTX Japan ＞ 始め方

Search articles

# パソコン以外でも取引をしたいのですが、モバイルアプリの提供はありますか？

更新３か月前

English Translation:
"I would like to trade outside of a PC. Do you offer a mobile app?"

はい。FTX Japanではパソコンでの取引だけでなく、モバイルアプリも提供しています。

## FTX Japanモバイルアプリ

iPhone、Androidの両OSに対応しており、下記からのリンクからダウンロードいただけます。

 

Link for mobile app download

After the transfer date, I was able to log into the FTX JP mobile app and make BTC deposits and withdrawals without any problems. I was aware that the exchange I was dealing with was FTX Japan.

In addition, when inquiries were made via the FTX JP mobile application, a FTX Japan representative replied to the inquiries. The FTX Japan had been carelessly neglecting to inform Japanese residents of the account consolidation feature introduced by the parent company, FTX, without informing them or notifying them individually.

| | |
|---|---|
|  | Screenshot from September 17, 2022.<br><br>**At this point, the FTX APP (formerly known as Blockfolio) had already been disabled by a software update, and only the FTX JP mobile app was available instead.** |
|  | Screenshot as of November 10, 2022 (1/4)<br><br>When the application was launched, the only options were "FTX US" and "FTX JP".<br><br>Note that I was unable to log in even after selecting FTX US. |



Screenshot as of November 10, 2022 (2/4)

If you selected FTX JP, you could log in.

Screenshot as of November 10, 2022 (3/4)

Withdrawals on November 8 were forcibly cancelled, but prior to that, deposits and withdrawals were working fine.



## Screenshot as of November 10, 2022 (4/4)

After the transfer date, the FTX JP mobile app supported Japanese display.





(8) FTX Japan's response after filing for bankruptcy in the U.S.

On February 21, 2023, FTX Japan started to provide services for withdrawal of legal tender and withdrawal of crypto assets. However, they refused to process the return of assets to some users including myself.

The response was very different from the notifications and announcements that had been made at the time of the transfer. There were also multiple failures by FTX Japan in the services and notices provided from the April 4, 2022 transfer date to November 11, 2022. This fault by FTX Japan created many victims who were not able to receive the return of their assets.**As a matter of fact, it seems that not only me but almost all Japanese residents who had mobile app account accounts before the transfer were not transferred and became victims of refused return.**

The victims repeatedly demanded a consistent explanation from FTX Japan.However, FTX Japan never responded regarding its own fault and repeatedly avoided responsibility.On May 26, 2023, the following claim was posted on the official FTX Japan website



■About FTX Japan's accounts eligible for restitution

https://support-jp.liquid.com/hc/ja/articles/16147089501453-FTX-
Japan%E3%81%AE%E8%BF%94%E9%82%84%E5%AF%BE%E8%B1%A1%E5%8F%A
3%E5%BA%A7%E3%81%AB%E3%81%A4%E3%81%84%E3%81%A6



This claim by FTX Japan had the following problems that should be pointed out
① to ③ below.

①  FTX Japan's assertion that "Assets that can be withdrawn/withdrawn from FTX
   Japan are accounts that have been opened through prescribed KYC procedures
   and examinations."

Q. FTX Japanの口座から出金・出庫ができる資産について教えてください。　ー

A.

FTX Japan株式会社（以下「当社」といいます。）から出金・出庫ができる資産
は、当社所定の本人確認（KYC）手続き及び審査を経て当社に開設されている口
座（以下「FTX Japan口座」といいます。）に保有されている金銭及び暗号資産
のみです。

First, regarding ①, the following is described below.

According to the notice I had received prior to the bankruptcy case, FTX accounts were
scheduled to be transferred from FTX to FTX Japan on the transfer date (April 4, 2023),
regardless of whether or not KYC (identity verification) procedures were completed.In
other words, accounts that had not been verified by the transfer date (April 4, 2023) were
to be closed and withdrawn as FTX Japan accounts.

However, in fact, my account was not processed for transfer to FTX Japan. Therefore,
the reason why the transfer procedure was not done was because FTX Japan did not
fulfill this obligation.

② FTX Japan's claim that "Blockfolio's services are not subject to the business transfer agreement that FTX Japan entered into with FTX Trading in November 2021 and are not operated by FTX Japan, and therefore the assets held in the Blockfolio account are not subject to control by FTX Japan."

Q. Blockfolio口座で保有している資産は出金・出庫できないのでしょうか。

A.

Blockfolioのサービスは、当社（当時の商号はQuoine株式会社）がFTX Tradingと2021年11月に締結した事業譲渡契約の対象となっておらず、当社が運営しているものではないため、Blockfolio口座に保有されている資産は当社による管理の対象ではありません。

したがって、当該資産は、当社から出金・出庫することができません。

Next, ② is described below.

This is a claim first made on May 26, 2023.I have reviewed the latest version of FTX.com's Terms of Service, Blockfolio's Terms of Service, FTX.com's official website, and Blockfolio's official website all.However, there was not a single mention of a Japanese resident who had used Blockfolio's services and was exempted from the business transfer from FTX to FTX Japan.On the contrary, there was only a statement that Japanese residents could not use FTX.com and Blockfolio and that they were users of FTX Japan. FTX Japan is misrepresenting itself. Do not trust them.

The notice by the FTX regarding the account transfer (the Japanese portion) clearly stated that "all existing Japanese users of the FTX will be transferred to Quoine K.K. (former name of FTX Japan), a wholly owned subsidiary of Liquid and a Japanese crypto asset exchanger and Type I financial instruments business operator. FTX.com and Blockfolio were services provided by FTX, so my account had to be transferred from FTX to FTX Japan.

In fact, even for Japanese residents who had not opened an FTX.com account, but only a Blockfolio account, the FTX sent a notice regarding the account transfer.There is no doubt that Japanese residents who were using Blockfolio's services were eligible for the transfer. FTX Japan has yet to provide a consistent explanation for this.

Furthermore, Japanese law (Law Concerning the Settlement of Funds, Article 63-2) states that "crypto asset exchange business shall not be conducted unless the person is registered with the Prime Minister.If an exchange that is not registered with the Prime Minister provides services to Japanese residents, it will be listed on the list of unregistered illegal traders published by the Financial Services Agency, the Japanese government agency.

（暗号資産交換業者の登録）
第六十三条の二　暗号資産交換業は、内閣総理大臣の登録を受けた者でなければ、行ってはならない。

For example, Binance, the world's largest exchange, is on the list of unregistered illegal traders published .

### 無登録で暗号資産交換業を行う者の名称等について
(Names, etc. of Persons who Conduct Virtual Currency Exchanges Business without Registration)

○ご覧いただく場合の留意事項 (Points to keep in mind when viewing this page)
・掲載されている無登録業者は、警告書の発出を行った時点で資金決済に関する法律第63条の2の規定に違反し、無登録で暗号資産交換業を行っていることが確認できた者です。そのため、掲載されていない者であっても、無登録交換業に該当する行為を行っていることがあり得ますのでご注意ください。
(The listed unregistered operators are those who have been confirmed to be operating an unregistered crypto asset exchange business in violation of the provisions of Article 63-2 of the Act on the Settlement of Funds at the time of the issuance of the warning letter. Therefore, please note that it is possible that even those who are not listed may be engaged in activities that fall under the category of unregistered exchange business. Translated with www.DeepL.com/Translator (free version))
・掲載されている無登録業者について、必ずしも、現在の無登録営業の状況を示すものではありません。また、その名称及び所在地等についても、現時点のものでない場合があります。
(The unregistered vendors listed do not necessarily represent the current status of unregistered businesses. In addition, the names and locations of such vendors may not be current.)
・暗号資産交換業者は金融庁・財務局への登録が必要です。利用する際は登録を受けた事業者か確認してください。
(Crypto asset exchangers must be registered with the Financial Services Agency and the Finance Bureau. When using a crypto asset exchange, please confirm that it is a registered operator.)
・令和2年5月の資金決済法改正により、「仮想通貨」から「暗号資産」に法令上の呼称が変更されました。そのため、2年5月以前に警告書を発出した業者に係る記載内容は、「仮想通貨」の呼称を用いています。
(Due to the revision of the Funds Settlement Law in May 2020, the legal term "crypto assets" was changed from "virtual currency" to "crypto assets." For this reason, the term "virtual currency" is used in the descriptions of the firms that issued warning letters before May 2020.)

| 商号、名称又は氏名等<br>(Trade Name or Name, etc.) | 所在地又は住所<br>(Location of Office or Address) | 暗号資産交換業の内容等<br>(Content, etc. of Virtual Currency Exchanges Business) | 備考<br>(Notes) | 掲載時期<br>(Publication time) |
|---|---|---|---|---|
| Binance Holdings Limited<br>代表者　Changpeng Zhao | 不明<br>(unknown) | インターネットを通じて、日本居住者を相手方として、暗号資産交換業を行っていたもの<br>(Those engaged in the crypto-asset exchange business with Japanese residents via the Internet.) | インターネット上で暗号資産取引を行っている「Binance」等を運営している。<br>(The company operates "Binance" and other services for trading crypto assets on the Internet.) | 令和3年6月<br>(June 2021) |

Prior to the transfer, FTX was also an unregistered illegal operator in violation of Japanese law (Article 63-2 of the Act on the Settlement of Funds) because it provided services to Japanese residents.Fortunately, however, FTX was not yet listed on the FSA's list of unregistered firms. It was only a matter of time before it was listed on the list of unregistered illegal traders.

Therefore, the FTX decided to acquire the parent company of FTX Japan (Liquid), which was already registered with the FSA, and transfer all accounts of Japanese residents to FTX Japan. **The original purpose of FTX's acquisition of FTX Japan's parent company (Liquid) was to comply with Japanese law.**This is clearly stated in the FTX's notice of account transfer (English portion).

For accounts that had not completed KYC by the transition period, the accounts were to be temporarily transferred to FTX Japan on the transfer date (April 4, 2023) and the assets of the Japanese residents were to be kept in segregated custody.

After the transfer date (April 4, 2023), if the FTX were to deal with Japanese residents instead of FTX Japan, the FTX would again be in violation of Japanese law.The handling of Japanese residents had to be done by FTX Japan, which was already registered with the Japanese FSA.Therefore, after the transfer date, the accounts of Japanese residents became FTX Japan accounts, and they were notified that FTX Japan was the exchange where Japanese residents would be processed.

If the allegations made by FTX Japan on May 26, 2023 are correct, this would mean that FTX continued to provide services to Blockfolio's Japanese residents even after FTX Japan's services were launched. This would not resolve the violation of Japanese law.**FTX Japan has confessed itself that it intentionally left the parent company, FTX, in a state of violation of the law.**This defeats the purpose for which the FTX acquired FTX Japan's parent company (Liquid) in the first place.

It is FTX Japan's fault, gross negligence, violation of Japanese law, and breach of contractual obligations that Japanese residents who were using Blockfolio were not transferred to FTX Japan.FTX Japan continues to make claims that are convenient for FTX Japan without admitting fault or explaining why it intentionally excluded Blockfolio.Nevertheless, FTX Japan still tries to avoid liability by claiming that it was in compliance with Japanese law.

Presumably, FTX Japan is afraid that admitting that it violated the law will result in the revocation of its license registration by the Japanese Financial Services Agency.Therefore, they are trying to avoid the worst-case scenario of FTX Japan's registration revocation by claiming that it was the FTX that violated the law.

**This is an extremely inconvenient decision for Japanese residents.**

It was also sudden that FTX Japan started claiming that the business transfer agreement was made in November 2021.Previously, FTX Japan had announced that the transfer procedure would be based on the business transfer agreement executed on February 2, 2022.Even more unnaturally, the official FTX Japan page with that February 2, 2022 date has recently been deleted.FTX Japan has said and done multiple things to try to cover up inconvenient matters without fulfilling its responsibilities.

**If you check the business transfer agreement made on February 2, 2022, it is very likely that you will find that Japanese residents who were using Blockfolio at that time were also eligible for the transfer.**

FTX is pleased to announce that it will acquire a cryptocurrency exchange registered with t he Financial Services Agency in order to provide products and services to Japanese custo mers.

Tokyo, Japan - February 2, 2022 - FTX Trading Limited (hereinafter referred to as "FTX") is a Japanese crypto asset exchanger and Type 1 Financial Instruments Business Operator, Q uoine Co., Ltd. (hereinafter referred to as "Quoine"). We would like to announce today that we have entered into an agreement to acquire Liquid Group Inc. (hereinafter referred to as "Liquid"), the parent company of Liquid Group Inc. (hereinafter referred to as "Liquid"). Th e acquisition is expected to close in March 2022, subject to the satisfaction of customary c losing conditions.

· Description from Liquid's official blog on February 2, 2022 (archived as deleted)
https://web.archive.org/web/20220523025013/https://blog.liquid.com/ja/ftx-liquid-acquisition



Again, **FTX Japan's claim that "Japanese residents who used Blockfolio's services are not subject to the business transfer" is a story that only came out on May 26, 2023.This is a convenient argument for FTX Japan.A claim made now, announced only after the filing of the U.S. bankruptcy case, should not take precedence over prior notice.**

③ "In the FTX JP mobile application, the Blockfolio account balance must be merged with the FTX.com account balance by pressing the button marked 'merge with ftx.com'. In addition, the applicant must complete the identification verification procedures prescribed by FTX Japan, and an FTX Japan account must be opened," FTX Japan claims.

---

Q. FTX JPモバイルアプリを利用している知人は資産を引き出せたとのことですが、なぜ私は引き出せないのですか。　　　　　　　　　　　　　　　　　　　－

A.

FTX JPモバイルアプリを経由して、当社所定の本人確認（KYC）手続き及び審査を経て当社に開設されたFTX Japan口座に預託されていた資産は返還の対象です。また、FTX JPモバイルアプリを利用している方であっても、当社の管理外であった資産のうち当社の取扱対象資産を、FTX Tradingの申立てにより米国連邦破産法第11章に基づく手続が開始されるまでに、所定の手続を完了して移転させた方については、当該資産を当社が管理しておりますので、当社から引き出しを行うことができます。

当該手続きは以下のとおりです。

1．FTX JP モバイルアプリにおいて、「ftx.comと統合」と表記されたボタンを押下し、Blockfolio口座の残高をFTX.com口座の残高と統合していること

2．当社所定の本人確認手続きを完了し、FTX Japan口座が開設されていること

上記1.及び2.の手続きが完了していれば、Blockfolio口座の資産はFTX Japan口座に移管されているため、当該資産は当社が管理しています。

したがって、当該資産は、当社から出金・出庫することができます。

Finally, ③is described below.

**The button on the mobile app labeled "integrate with ftx.com" was a feature provided by parent company FTX.**FTX's acquisition of Blockfolio had resulted in the same user having accounts with both FTX.com and Blockfolio.To resolve this issue of the same user having multiple accounts, FTX implemented the ability to merge accounts in July 2022.FTX at least publicized the issue on Twitter and posted instructions on the Blockfolio website on how to consolidate.

On the other hand, **FTX Japan had not done anything to inform users about this integration feature.**FTX Japan did not post any information about the integration on its website and did not take any action to resolve the issue.

There were also problems with translation into Japanese due to the fact that FTX Japan did not provide any support at all.The button for the integration feature displayed from the FTX JP mobile app was not intended for Japanese residents who use FTX JP's services, but was left as it was for users residing outside of Japan who use FTX.com's services.In fact, the FTX JP mobile app displayed "**ftx.com と統合**" and the FTX APP app displayed "**Merge with ftx.com** ".

| FTX JP Mobile App Integration Button "**ftx.com と統合**" | Integration button for FTX APP app "**Merge with ftx.com**" |
|---|---|
| | |



As a result, the FTX JP mobile app displayed an incorrect translation for Japanese-speaking users: "Merge with ftx.com".Users residing in Japan were not FTX.com users and therefore did not have the opportunity to learn of the existence of the integration feature.

As a matter of fact, most Blockfolio users were not transferred to FTX Japan and were unable to receive their assets back through the legal tender withdrawal and crypto asset withdrawal services on February 21, 2023.

Nevertheless, FTX Japan has been insisting since the U.S. bankruptcy case that the users to be transferred must have completed the integration process in advance. This is an assertion that FTX Japan began to make only after the U.S. bankruptcy. It is not only extremely disadvantageous to the users who had no opportunity to know in advance the existence of the integration process, but also has no basis in contract or in law.

FTX Japan has an obligation to comply with any demand to return assets in accordance with the notice it was given prior to the U.S. bankruptcy case. This is an obligation owed by FTX Japan.

Moreover, the FTX JP mobile app even displayed the registration number of the FSA and other authorities. This indication led Japanese residents using the FTX JP mobile app to trust that they were using an FTX Japan account.

FTX JP mobile app (displays FTX Japan name, registration number, etc.)



Due to FTX Japan's fault, the users subject to the transfer, including myself, were not aware of the existence of the integration procedure in ③.FTX Japan is trying to evade responsibility by repeatedly claiming that it is the user who is at fault, as if the user is at fault.**It was FTX Japan that was deficient in its notification and procedures. And FTX Japan is still not admitting fault.**

At present, we are forced to believe that FTX Japan has absolutely no intention of taking responsibility for the bookkeeping inconsistencies caused by the lack of transfers.

(9)    Fraud by FTX Japan (falsehoods, concealment, destruction of evidence)

FTX Japan has repeatedly engaged in acts of deception, concealment, and destruction of evidence since the filing of its Chapter 11 petition in the U.S. Bankruptcy Code and to the present day for the purpose of refusing to return the assets of certain Japanese residents.

The following four points are of particular importance in the fraud committed by FTX Japan.
- Date of business transfer agreement
- Scope of Business Transfer Agreement from FTX to FTX Japan
- Involvement in FTX JP mobile apps
- KYC required or not

| | FTX Japan Claims | My point of view |
|---|---|---|
| Date of business transfer agreement | **November 2021**<br><br>→Claimed since filing for bankruptcy. | **February 2, 2022**<br><br>→Dates published prior to the bankruptcy filing. |
| Scope of Business Transfer Agreement from FTX to FTX Japan | **Blockfolio - FTX.com is not eligible.**<br><br>→Claimed since filing for bankruptcy. | **Blockfolio - FTX.com is in scope.**<br><br>→The latest Terms of Service for FTX and Blockfolio, as well as the official website, only state that Japanese residents are FTX Japan accounts.<br>→Japanese residents who held only Blockfolio accounts also received a transfer notice.<br>→If FTX Japan's allegations are true, FTX was an illegal corporation that did not comply with Japanese law, and FTX Japan tacitly approved of this.<br>→Japan's FSA is in the process of revising its administrative guidelines with the aim of prohibiting FTX Japan from evading this time. |

| Involvement in FTX JP mobile apps | **FTX Japan is not involved in any way.** | **FTX Japan was involved and aware of the situation.** |
|---|---|---|
| | →Claimed since filing for bankruptcy. | →FTX Japan provided support response for Japanese residents.<br>→It was compliant with the currencies handled by FTX Japan.<br>→The FTX JP application was posted on the official FTX Japan website with a link to download.<br>→I could not log in to FTX.com because there is no FTX.com option. |
| KYC required or not | **Required.** | **Not required.** |
| | →Claimed since filing for bankruptcy. | →The notice received from FTX clearly stated that the assets would be temporarily transferred to FTX Japan with or without KYC on 2022.4.4 and that the assets would be withdrawn from the FTX Japan account. |

All of the above claims by FTX Japan were made after the bankruptcy filing.Their excuses are too bitter and lacking in evidence.If any of the claims fall apart, FTX Japan will absolutely have to return the assets. Therefore, FTX Japan has shown a strong will to refuse to return the assets for any unreasonable reason, no matter how unnatural the claims may be.

FTX Japan had to manage the assets of all Japanese residents, yet did not actually do so.If FTX Japan admits fault, it is presumed that FTX Japan will have to withdraw its own funds and return the assets.Perhaps for this reason, FTX Japan has sought to avoid liability by making false statements, concealing information, and destroying evidence, even after filing for bankruptcy in the United States.

Of particular concern is that KEIP participant Representative Seth Melamed will receive up to two incentive payments of $450,000 for maintaining or reactivating the FTX JP exchange license.

| KEIP Participant | License & Restart Award | Transaction or Reorganization Award* | |
|---|---|---|---|
| | | Percentage of Transaction Award Pool** | Reorganization Award |
| COO | $450,000 | 34.7% | $450,000 |
| CPO | $231,000 | 17.8% | $231,000 |
| CCO | $200,000 | 15.4% | $200,000 |
| CFO | $124,000 | 9.6% | $124,000 |
| Data Scientist | $107,000 | 8.3% | $107,000 |
| Head of Operations | $107,000 | 8.3% | $107,000 |
| Front End Engineer | $78,000 | 6.0% | $78,000 |

· Citation : KROLL Docket 1359

https://restructuring.ra.kroll.com/FTX/Home-DocketInfo?DockRelatedSearchValue=900807-1359



Seth Melamed does not care if his current behavior has damaged the reputation of the FTX JP exchange so that no one shows up to use it, and he is in a convenient position to use any fraudulent activity to overstep the reimbursement to Japanese residents, and he has indeed done so.

Please note that Seth Melamed, the representative of FTX Japan, has moved his address to Indonesia in 2023. Indonesia does not have extradition treaties with Japan and the United States. He can flee the country at any time. **If the FTX JP exchange is reopened without checking the facts, huge rewards may be paid to the new wrongdoers after the bankruptcy case.**

**The business transfer agreement from FTX to FTX Japan executed on February 2, 2022 should include Blockfolio (FTX.com) users residing in Japan as a target of the business transfer.**

Unfortunately, it will take a long time for a Japanese creditor to have FTX Japan disclose and submit the Business Transfer Agreement dated February 2, 2022 through the Japanese courts, and it will take a long time to dispute the existence of fraud. There is a risk that FTX Japan may even destroy or conceal the Business Transfer Agreement.

FTX Japan is not credible at all, and if we take FTX Japan's claims at face value, we could be in big trouble with the US courts and KROLL in the future as a new fraud case.If the debtor is identified as FTX as FTX Japan claims, not only FTX Japan but also the organization that accepted FTX Japan's fraud could be held liable.

In addition, the outcome of the bankruptcy case in the U.S. will largely determine how much FTX Japan itself will be sued by Japanese residents.

We apologize for the inconvenience, **but if you accept FTX Japan's claim, please be sure to confirm the facts in the business transfer agreement dated February 2, 2022, which is kept by FTX, before making a decision.**

(10)    FTX Japan's Fraudulent Nature

FTX Japan was a corporation with many problems at the time of its previous trade name, Quoine Inc.The company was accused of misconduct whistleblowing regarding questionable security and compliance, power harassment of subordinates, and improper handling of hacking victims.

· How Not to Run a Cryptocurrency Exchange(reference:CoinDesk)
https://www.coindesk.com/layer2/2022/05/17/how-not-to-run-a-cryptocurrency-exchange/



(11)   Japanese Supervisory Agency

As you know, the regulatory authority for crypto asset-related matters in Japan is the Financial Services Agency (FSA).

The FSA is also concerned about FTX Japan's claims regarding its refusal to return assets, and is in the process of revising its administrative guidelines.

If you check the proposed amendment, you will see that the FSA does not accept FTX Japan's argument and believes that there was a duty to preserve assets and accountability of Japanese residents.

· March 24, 2023 Results of Public Comments, etc. on the Publication of Partial Amendments (Draft) to the "Administrative Guidelines (Volume 3: Relating to Financial Companies)" (Financial Services Agency)

https://www.fsa.go.jp/news/r4/sonota/20230324-2/20230324-2.html



· September 6, 2023 Publication of Partial Amendments (Draft) to "Administrative Guidelines (Volume 3: Relating to Financial Companies)", etc. (Financial Services Agency)

https://www.fsa.go.jp/news/r5/sonota/20230906/20230906.html#besshi



(12)   Appeal for cancellation of FTX Japan's license registration, etc.

Currently, FTX Japan is registered on the FSA's list of registered crypto asset exchangers after providing an explanation to the government authorities that it complies with Japanese laws and regulations (the Funds Settlement Law).However, after this incident, FTX Japan did not provide any necessary transfer explanations to Japanese residents for their Blockfolio accounts, did not perform the transfer procedures, and failed to safeguard their assets.In other words, they did not comply with Japanese laws and regulations (Funds Settlement Law). **The existence of a Japanese resident account that has not been transferred to FTX Japan is itself a violation of Japanese law (the Funds Settlement Law).**

Despite those fraudulent acts, FTX Japan is still forcing certain Japanese residents to cry themselves to sleep by lying, concealing, and destroying evidence in an effort to deny the return of assets to Japanese residents.

**The parent company, FTX, is obligated to instruct its subsidiary, FTX Japan, once again to transfer all assets of the Japanese resident as per the transfer notice and to complete the asset withdrawal procedures.**

FTX Japan is now justifying and evading responsibility for the fraudulent activities it was engaged in before the incident by making evasive interpretations of Japanese laws and regulations.FTX Japan's actions are so malicious that if the FSA were to condone this fraud, the Japanese license registration system would be meaningless. In fact, there are many victims.

**I will file a complaint with the Japanese FSA to have FTX Japan's registration revoked and to have FTX Japan listed on the list of unregistered foreign operators in the event that the assets of Japanese residents are not returned in full.**I believe it would be appropriate for FTX Japan to have its FSA license registration revoked and then start the license registration process all over again.

・List of Registered Crypto Asset Exchangers with Japan's Financial Services Agency

The list is available in the section "Information on Crypto Asset Exchangers."

https://www.fsa.go.jp/policy/virtual_currency/index.html



· List of unregistered firms in Japan FSA

A list of "unregistered overseas operators (including those whose whereabouts are unknown) that have issued warning letters" can be found in the "Warning to Users" section.

https://www.fsa.go.jp/policy/virtual_currency/index.html



## 3. Conclusion

During February and March 2022, FTX sent me an email regarding the account transfer and FTX Japan agreed to the notice.The content of the notice was that all existing Japanese users of FTX, including FTX.com and Blockfolio accounts, would be transferred to FTX Japan pursuant to the February 2, 2022 Business Transfer Agreement to comply with Japanese law.

I must say that I was using FTX Japan's services, especially since my Blockfolio account was still receiving and disbursing BTC even after it was updated to the FTX JP mobile app.

In addition, if a Japanese resident had not completed KYC, the FTX notified him that the BTC would be transferred to FTX Japan and then withdrawn from a separately stored multi-signature wallet. **The parent company, FTX, is obligated to instruct its subsidiary, FTX Japan, once again to transfer all assets of the Japanese resident and to perform the asset withdrawal procedures.**

FTX and FTX Japan must take responsibility for not having performed the transfer. Therefore, the current correct debtor for the FTX.com and Blockfolio accounts I opened in 2021 is FTX Japan.

I request the full return of my assets.

### 4 . Reference URL

· FTX.com's official website (archive)

https://web.archive.org/web/20220928005825/https://help.ftx.com/hc/en-us/



· FTX.com Terms of Use (archived)

  In Exhibit 15 (pages 59-61) of the PDF "TX Terms of Service.pdf" attached to the page, there is an indication that users residing in Japan are FTXJapan customers.

https://web.archive.org/web/20221006082538/https://help.ftx.com/hc/en-us/articles/360024788391-FTX-Terms-of-Service



· FTX.com site "Location Restrictions" (archived)

  Indication of "FTX serves all Japanese residents via FTX Japan. "

https://web.archive.org/web/20221027173821/https://help.ftx.com/hc/en-us/articles/360042412652-Location-Restrictions



· FTX.com site "Jurisdiction, regulations, licensing, and practices" (archived)

  Indication of "1.FTX serves all Japanese residents via FTX Japan. "

https://web.archive.org/web/20220620175514/https://help.ftx.com/hc/en-us/articles/360056976411-Jurisdiction-regulations-licensing-and-practices



· Blockfolio's official website (archive)

https://web.archive.org/web/20220518063014/https://help.blockfolio.com/hc/en-us



· Blockfolio Terms of Use (archived)

Indication of "The use of the FTX application service (formerly known as Blockfolio) is subject to separate terms of use and privacy policies on the ftx.com and ftx.us websites. "

https://web.archive.org/web/20220605202501/https://help.blockfolio.com/hc/en-us/articles/360021461173-Terms-of-Use-and-Privacy-Policy



· How to integrate the Blockfolio FTX app with your FTX Web account (archive)

https://web.archive.org/web/20220701165000/https://help.blockfolio.com/hc/en-us/articles/6381629594267-How-to-merge-FTX-App-with-your-FTX-web-account



· Japanese Law, Law Concerning the Settlement of Funds, Article 63-2 (Registration of Crypto Asset Exchangers)

"Article 63-2 The cryptographic asset exchange business shall not be conducted except by a person registered by the Prime Minister."

https://elaws.e-gov.go.jp/document?lawid=421AC0000000059





日本郵便
NIPPON
★3900
川崎日進町ビル内
KAWASAKI
NISSHINCHO BLDG.

適用当日限り
★06★
29.05.24

## EMS 国際スピード郵便

書類用(Business Papers)

・職権により開くことができる。
May be opened officially.

JP POST 郵便局

Proof of Delivery

太枠内に強く大きさにくださ... 四...復写です。 Please write in bold letters within the frames.

① JAPAN

③ お問い合わせ番号
Item number

EMSに関するお問い合わせは
インターネット https://www.post.japanpost.jp/
フリーコール 0120-5931-55

EP 010 352 483 JP

⑤ 受付時刻 時(Hour) 分(Minute) 郵便料金 諸料金
Time mailed  / / 5 5  3900

総重量 合計金額 Postage paid
Total gross weight  134.0 g  3.900  円(Yen)

⑧ From
(ご依頼主)

⑦ 受付年月日 Date mailed
2024, 5, 29

Name
TAKUYA NAGASAKA

Address
50-15 TUTUMINE, KAWASAKIKU,
KAWASAKISHI, KANAGAWAKEN
JAPAN

⑨ Postal code
(郵便番号) 210-0026

⑩ ご依頼主電話番号/FAX番号 Telephone No./Fax No.
090-5777-1202

⑫ TO
(お届け先)

Name
The United States Bankruptcy Court

Address
824 North Market Street,
3rd Floor, Wilmington, Delaware

(郵便番号) Postal code  19801

(国名) Country
U.S.A

⑪ TEL·FAX

ご記入前に裏面の注意事項をよくお読みください。
Before completing this form you should read carefully the instructions overleaf.

④ 配達証

EP 0 1 0 3 5 2 4 8 3 J P