# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING, LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## RESERVATION OF RIGHTS
## OF NEW JERSEY BUREAU OF SECURITIES

The New Jersey Bureau of Securities (the "Bureau"), by and through its undersigned counsel, files this reservation of rights (the "Response") in response to the *Motion of the Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms Of Ballots; (IV) Establishing Voting, Solicitation And Tabulation Procedures; And (V) Establishing Notice And Objection Procedures for the Confirmation of the Plan* [Doc. 4863] (the "Approval Motion") filed by FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") and respectfully states the following:

1. The Debtors filed bankruptcy petitions on November 11, 2022 and November 14, 2022.

2. The Bureau filed claims against certain of the Debtors by the governmental bar date (the "Bureau Claims.")

3. On December 16, 2023, the Debtors filed: (a) the Joint Chapter 11 Plan of Reorganization [Doc. 4861], (b) the Disclosure Statement [D.I. 4862] and (c) the Approval Motion.

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent.

4. On May 7, 2024, the Debtors filed an amended Joint Chapter 11 Plan of Reorganization [Doc. 14300] and an amended Disclosure Statement [D.I. 14301].

5. On May 22, 2024, the Debtors filed a revised Joint Chapter 11 Plan of Reorganization [Doc. 15520] (along with any amendments thereto, the "Plan") and a revised Disclosure Statement [Doc. 15521] (along with any amendments thereto, the "DS").

6. Regulatory agencies have been in negotiations with the Debtors regarding the Plan and the treatment of government claims under the Plan. The Bureau is receptive to working with the Debtors and other parties to resolve any issues with the Plan and the treatment of the Bureau's claims.

7. The Bureau reserves its right to object, if necessary, to the treatment and/or characterization of the Bureau's claims under the Plan, including, without limitation, any provision that purports to, or would have the effect of, subordinating the Bureau's claims without the Bureau's consent.

8. The Bureau is filing this Response to preserve its right to be heard at the hearing on the adequacy of the D.S. and any hearing on confirmation of the Plan.[2]

9. The Bureau reserves the right to join in, and incorporate herein by reference, arguments raised in responses filed by other parties and to adopt such arguments as its own.

                                        **McELROY, DEUTSCH, MULVANEY**
                                          **& CARPENTER, LLP**

Dated: June 5, 2024                */s/ Gaston P. Loomis*
                                          Gaston P. Loomis, Esq. (#4812)
                                          300 Delaware Avenue, Suite 1014
                                          Wilmington, DE 19801
                                          Telephone: 302-300-4515
                                          E-mail: gloomis@mdmc-law.com

---

[2] Although the Bureau is hopeful that a resolution may be reached prior to the confirmation hearing, the Bureau reserves all its rights with respect to the Bureau's claims.

2

-AND-

Jeffrey Bernstein, Esq., admitted *pro hac vice*
McELROY, DEUTSCH, MULVANEY
 & CARPENTER, LLP
570 Broad Street
Newark, NJ 07102
Telephone: (973) 565-2183
E-mail: jbernstein@mdmc-law.com

-AND-

Nicole Leonard, Esq., admitted *pro hac vice*
McELROY, DEUTSCH, MULVANEY
 & CARPENTER, LLP
225 Liberty Street, 36th Floor
New York, NY 10281
Telephone: (973) 565-2048
E-mail: nleonard@mdmc-law.com

*Counsel for the New Jersey Bureau of Securities*