# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING, LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on Wednesday, June 5, 2024, *The New Jersey Bureau of Securities' Response to the Motion of the Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms Of Ballots; (IV) Establishing Voting, Solicitation And Tabulation Procedures; And (V) Establishing Notice And Objection Procedures for the Confirmation of the Plan* (the "Reservation of Rights") was e-filed and served by CM/ECF on all parties registered to receive notification of such filings. Additionally, the Reservation of Rights will be served by email on June 5, 2024 on the following parties:

| | |
|---|---|
| Andrew G. Dietderich<br>Brian D. Glueckstein<br>Alexa J. Kranzley<br>**Sullivan & Cromwell LLP**<br>dietdericha@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com<br><br>*Counsel to Debtors* | Adam G. Landis<br>Kimberly A. Brown<br>**Landis Rath & Cobb LLP**<br>landis@lrclaw.com<br>brown@lrclaw.com<br><br>*Co-Counsel to Debtors* |

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent.

1

| | |
|---|---|
| Linda Richenderfer<br>**The Office of the United States Trustee for the District of Delaware**<br>Linda.richenderfer@usdoj.gov<br><br>*U.S. Trustee* | Kris Hansen<br>Erez Gilad<br>Gabriel Sasson<br>**Paul Hastings LLP**<br>krishansen@paulhastings.com<br>erezgilad@paulhastings.com<br>gabesasson@paulhastings.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |
| Matthew B. Lunn<br>Robert F. Poppiti, Jr.<br>**Young Conaway Stargatt & Taylor, LLP**<br>mlunn@ycst.com<br>rpoppiti@ycst.com<br><br>*Co-Counsel to the Official Committee of Unsecured Creditors* | Erin E. Broderick<br>**Eversheds Sutherland (US) LLP**<br>erinbroderick@eversheds-sutherland.com<br><br>*Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com* |
| Matthew B. Harvey<br>**Morris Nichols Arsht & Tunnell LLP**<br>mharvey@morrisnichols.com<br><br>*Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com* | |

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

Dated: June 5, 2024

*/s/ Gaston P. Loomis*
Gaston P. Loomis, Esq. (#4812)
300 Delaware Avenue, Suite 1014
Wilmington, DE 19801
Telephone: 302-300-4515
E-mail: gloomis@mdmc-law.com

*Counsel for the New Jersey Bureau of Securities*