**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No: 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: June 18, 2024, at 4:00 p.m. (Eastern)**<br>**Hearing Date: June 25, 2024, at 10:00 a.m. (Eastern)** |

**NOTICE OF MOTION OF THE CELSIUS LITIGATION ADMINISTRATOR'S**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that, on June 5, 2024, Mohsin Meghji, as Litigation Administrator (the "Celsius Litigation Administrator") for Celsius Network LLC (collectively, "Celsius"), by and through undersigned counsel, filed with the United States Bankruptcy Court for the District of Delaware (the "Court") *The Celsius Litigation Administrator's Motion for Relief from the Automatic Stay* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief sought in the Motion will be held on June 25, 2024, at 10:00 a.m. (ET) before The Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 N. Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that, objections or responses, if any, to the entry of an order granting the relief sought in the Motion must be filed on or before June 18, 2024, at 4:00 p.m. (ET) (the "Objection Deadline") with the Court, 824 N. Market Street, 3rd Floor,

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

2

Wilmington, Delaware 19801. Any objection or response must contain the supporting documentation as required by Rule 4001-1(c)(ii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"). At the same time, you must serve a copy of the objection or response upon the undersigned counsel so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 4001-1(c)(iii), the hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 4001-1(d), the attorneys for the parties shall confer with respect to the issues raised by the Motion in advance of the hearing for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulation to relevant facts.

Dated: June 5, 2024
Wilmington, Delaware

**COLE SCHOTZ, P.C.**

/s/ *Justin R. Alberto*
Justin R. Alberto (No. 5126)
Patrick J. Reilley (No. 4451)
Melissa M. Hartlipp (No. 7063)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email:  jalberto@coleschotz.com
         preilley@coleschotz.com
         mhartlipp@coleschotz.com

-and-

**PRYOR CASHMAN LLP**
Seth H. Lieberman, Esq.
Richard Levy, Jr., Esq.
Andrew S. Richmond, Esq.
7 Times Square, 40th Floor
New York, New York 10036
Telephone: (212) 421-4100
Facsimile: (212) 326-0806
Email: slieberman@pryorcashman.com
        rlevy@pryorcashman.com
        arichmond@pryorcashman.com

*Counsel to the Celsius Litigation Administrator*