## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------- x

In re:

FTX TRADING LTD., *et al.*,[1]

             Debtors.

-------------------------------------------------------- x

: Chapter 11
:
: Case No. 22-11068 (JTD)
:
: (Jointly Administered)
:
: **Re: D.I. 4863, 13628, 15521**
:

## LIMITED OBJECTION AND RESERVATION OF RIGHTS OF THE FOREIGN REPRESENTATIVES OF THREE ARROWS CAPITAL, LTD.'S (IN LIQUIDATION) TO THE FTX DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING THE ADEQUACY OF THE DISCLOSURE STATEMENT

Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized joint liquidators (the "**Joint Liquidators**") appointed in the British Virgin Islands' ("**BVI**") liquidation of Three Arrows Capital, Ltd. (in liquidation) (the "**3AC Debtor**") and foreign representatives of the 3AC Debtor, as recognized pursuant to chapter 15 of the Bankruptcy Code in the case captioned *In re Three Arrows Capital, Ltd.*, Case No. 22-10920 (MG) (Bankr. S.D.N.Y. 2022), respectfully file this limited objection and reservation of rights (the "**Limited Objection**") to the approval of the *Motion of the Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan* [D.I. 4863] (the "**Disclosure**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**Statement Motion**").[2]  In support of this Limited Objection, the Joint Liquidators respectfully submit as follows:

## LIMITED OBJECTION

1.      On June 30, 2023, the 3AC Debtor filed proofs of claim against FTX Trading Ltd. and its debtor affiliates (the "**FTX Debtors**") asserting, *inter alia*, claims for preference, conversion, and other avoidance actions under BVI, New York, Delaware, and other applicable law (collectively, the "**3AC Claims**").[3]

2.      The Joint Liquidators have faced extensive challenges in obtaining documentation that would enable a fulsome evaluation of the 3AC Debtor's claims against the FTX Debtors, largely due to the lack of cooperation from the 3AC Debtor's founders regarding their pre-liquidation dealings.  The 3AC Debtor has been working with the FTX Debtors to develop information regarding the 3AC Claims and prepetition transactions between the 3AC Debtor and the FTX Debtors.  That process is underway, and the Joint Liquidators are currently analyzing more than 4,000 documents provided by the FTX Debtors and their advisors in connection with the 3AC Claims, including immense volumes of raw and semi-raw data reflecting millions of line items of transaction data.

---

[2]    Capitalized terms not otherwise defined herein shall have the meaning given to them in the Disclosure Statement Motion.

[3]    See proof of claim nos. 5120, 5121, 5125, 5145, 5147, 5148, 5151, 5152, 5154, 5155, 5156, 5158, 5159, 5160, 5167, 5168, 5169, 5170, 5171, 5172, 5173, 5175, 5176, 5177, 5178, 5179, 5180, 5181, 5182, 5183, 5184, 5185, 5186, 5187, 5188, 5189, 5190, 5191, 5192, 5194, 5195, 5196, 5197, 5198, 5199, 5200, 5201, 5203, 5204, 5238, 5239, 5253, 5262, 5269, 5306, 5308, 5319, 5323, 5324, 5327, 5331, 5333, 5336, 5339, 5345, 5348, 5351, 5355, 5360, 5362, 5368, 5373, 5419, 5444, 5445, 5446, 5448, 5449, 5450, 5451, 5452, 5454, 5455, 5456, 5457, 5459, 5460, 5461, 5462, 5464, 5466, 5470, 5473, 5474, 5476, 5477, 5478, 5580, 5581.

2

3.      Based on their ongoing analysis of the data provided by the FTX Debtors, the Joint Liquidators have identified facts that may be the basis for the 3AC Claims to be asserted in the hundreds of millions of dollars.

4.      The Disclosure Statement should disclose the existence of the 3AC Claims and the ongoing process for investigation and resolution of such claims.  The 3AC Debtor objects to the Disclosure Statement Motion on the grounds that the Disclosure Statement does not disclose the existence of potentially material claims against the FTX Debtors, and therefore fails to provide "adequate information" as required by section 1125(b) of the Bankruptcy Code.

5.      The 3AC Debtor proposes the inclusion of the following language in the Disclosure Statement to resolve the 3AC Debtor's objection on this issue:

> **Potential Claims by Three Arrows against the Debtors:** On June 30, 2023, the duly authorized joint liquidators of Three Arrows (the "**3AC Joint Liquidators**") filed proofs of claim against the Debtors asserting, *inter alia*, claims for preference, conversion, and other avoidance actions under BVI, New York, Delaware, and other applicable law (collectively, the "**3AC Claims**").  The Debtors have provided certain information to the 3AC Joint Liquidators on an informal basis.  The 3AC Joint Liquidators are continuing to request information from the Debtors and analyze the information provided by the Debtors.  The 3AC Joint Liquidators may assert that the 3AC Claims are in the amount of hundreds of millions of dollars or more. All rights of the Debtors, their estates, the 3AC Joint Liquidators, Three Arrows, its estate, and all of their respective parties in interests are reserved with respect to the 3AC Claims.

6.      The 3AC Debtor also objects to the Disclosure Statement Motion on the grounds that the Plan and Disclosure Statement are ambiguous as to (i) whether a reserve will be established for disputed claims (which may include the 3AC Claims) and (ii) the size of any such reserve.  No provision of the Plan commits to the establishment and funding of such a reserve.  Instead, the Plan merely contemplates that "the Plan Administrator ***may*** establish a reserve . . . on account of

3

Disputed Claims that may be subsequently Allowed after the Effective Date" and "***may*** . . . determine the initial amount allocated to the Disputed Claims Reserve."[4]

7.     In light of the foregoing, the 3AC Debtor objects to the Disclosure Statement Motion on the grounds that the Disclosure Statement fails to disclose whether a reserve for disputed claims will be established and how the amount of any reserve will be determined.

8.     The 3AC Debtor further reserves all rights to object to confirmation of the Plan, including, without limitation, based on the insufficiency of a reserve for disputed claims.

## RESERVATION OF RIGHTS

9.     The 3AC Debtor reserves all rights, claims, defenses, and remedies, including without limitation, to supplement and amend this Limited Objection, to raise further and other objections, to introduce evidence prior to or at any hearing regarding the Disclosure Statement Motion, the Disclosure Statement, or the Plan in the event the 3AC Debtor's objections are not resolved prior to such hearing, to seek to introduce documents or other relevant information in support of the positions set forth in this Limited Objection, and to raise any all objections to confirmation of the Plan.

*[Remainder of Page Intentionally Left Blank]*

---

[4]     See Plan at Section 8.5 (emphasis added).

Dated: June 5, 2024
     Wilmington, Delaware

Respectfully submitted,
*/s/ John W. Weiss*
John W. Weiss (DE ID No. 4160)
**PASHMAN STEIN WALDER HAYDEN, P.C.**
1007 North Orange Street, 4th Floor #183
Wilmington, DE 19801
Telephone: (302) 592-6496
Facsimile: (732) 852-2482
Email:  jweiss@pashmanstein.com

– and –

Christopher Harris
Adam J. Goldberg
Nacif Taousse
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  chris.harris@lw.com
     adam.goldberg@lw.com
     nacif.taousse@lw.com

– and –

Nima H. Mohebbi
Tiffany M. Ikeda
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email:  nima.mohebbi@lw.com
     tiffany.ikeda@lw.com

*Counsel to the Joint Liquidators of Three Arrows Capital, Ltd. (in Liquidation)*

5