**CERTIFICATE OF SERVICE**

    I, R. Stephen McNeill, do hereby certify that on June 5, 2024, a copy of the foregoing *Objection of LayerZero Labs Ltd., Ari Litan, and Skip & Goose LLC to (A) Motion of Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan, and (B) Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Affiliated Debtors and Debtors-In-Possession* was served on the parties listed on the attached service list in the manner indicated.

                                                     */s/ R. Stephen McNeill*
                                                     R. Stephen McNeill (No. 5210)

11548445v.1

## SERVICE LIST

| **Counsel to the Debtors** | **Counsel to the Debtors** |
|---|---|
| Adam G. Landis, Esq.<br>Matthew B. McGuire, Esq.<br>Kimberly A. Brown, Esq.<br>Matthew R. Pierce, Esq.<br>LANDIS RATH & COBB LLP<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19801<br>Email: landis@lrclaw.com<br>         mcguire@lrclaw.com<br>         brown@lrclaw.com<br>         pierce@lrclaw.com<br><br>**By Email** | Andrew G. Dietderich, Esq.<br>James L. Bromley, Esq.<br>Brian D. Glueckstein, Esq.<br>Alexa J. Kranzley, Esq.<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>Email: dietdericha@sullcrom.com<br>         bromleyj@sullcrom.com<br>         gluecksteinb@sullcrom.com<br>         kranzleya@sullcrom.com<br><br>**By Email** |
| Linda Richenderfer, Esq.<br>OFFICE OF THE UNITED STATES TRUSTEE<br>844 King Street<br>Suite 2207<br>Wilmington, DE  19801<br>Email: linda.richenderfer@usdoj.gov<br><br>**By Email** | **Counsel to the Official Committee of Unsecured Creditors**<br><br>Kristopher M. Hansen, Esq.<br>Ken Pasquale, Esq.<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>Email: krishansen@paulhastings.com<br>         kenpasquale@paulhastings.com<br><br>**By Email** |
| **Counsel to the Official Committee of Unsecured Creditors**<br><br>Matthew B. Lunn, Esq.<br>Robert F. Poppiti, Jr. Esq.<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: mlunn@ycst.com<br>         rpoppiti@ycst.com<br><br>**By Email** | **Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com**<br><br>Erin E. Broderick, Esq.<br>Eversheds Sutherland (US) LLP,<br>227 West Monroe Street, Suite 6000<br>Chicago, Illinois 60606<br>Email:  erinbroderick@eversheds-sutherland.com<br><br>**By Email** |

11548445v.1

| | |
|---|---|
| **Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com**<br><br>Matthew B. Harvey, Esq.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP,<br>1201 North Market Street, 16thFloor,<br>Wilmington, Delaware 19801<br>Email: mharvey@morrisnichols.com<br><br>**By Email** | **Counsel to the Joint Official Liquidators and Foreign Representatives of FTX Digital Markets Ltd.**<br><br>J. Christopher Shore, Esq.<br>Brian D. Pfeiffer, Esq.<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Email:  cshore@whitecase.com<br>          brain.pfeiffer@whitecase.com<br><br>**By Email** |
| **Counsel to the Joint Official Liquidators and Foreign Representatives of FTX Digital Markets Ltd.**<br><br>Kevin Gross, Esq.<br>Paul N. Heath, Esq.<br>RICHARD, LAYTON & FINGER P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Email: gross@rlf.com<br>          heath@rlf.com<br><br>**By Email** | |

11548445v.1