# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING, LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
|  | (Jointly Administered) |
| Debtors. |  |

## CERTIFICATE OF SERVICE

I, Kate Roggio Buck, certify that on June 5, 2024, I caused a true and correct copy of the foregoing *Limited Objection to Motion of Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan* to be served on the parties below by electronic mail.

| | |
|---|---|
| Adam G. Landis<br>Kimberly A. Brown<br>Matthew R. Pierce<br>LANDIS RATH & COBB LLP<br>919 Market street, Suite 1800<br>Wilmington, Delaware 19801<br>landis@lrclaw.com<br>brown@lrclaw.com<br>pierce@lrclaw.com<br>*Debtors' Counsel* | Andrew G. Diederich<br>James L. Bromley<br>Brian D. Glueckstein<br>Alexa J. Kranzley<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>dietdericha@sullcrom.com<br>gluecksteinb@sullcrom.com<br>krazleya@sullcrom.com<br>*Debtors' Counsel* |

| | |
|---|---|
| Kris Hansen<br>Erez Gilad<br>Gabriel Sasson<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>krishansen@pualhastings.com<br>erezgilad@paulhastings.com<br>gabesasson@paulhastings.com<br>*Official Committee of Unsecured Creditors' Counsel* | Erin E. Broderick<br>EVERSHEDS SUTHERLAND (SU) LLP<br>227 West Monroe Street, Suite 6000<br>Chicago, Illinois 60606<br>erinbroderick@eversheds-sutherland.com<br>*Ad Hoc Committee of Non-US Customers of FTX.com Counsel* |
| Matthew B. Lunn<br>Robert F. Poppiti, Jr.<br>YOUNG CONAWAY STARGATT &<br>Taylor, LLP<br>1000 North King Street<br>Wilmington, Delaware 19801<br>mlunn@ycst.com<br>rpoppiti@ycst.com<br>*Official Committee of Unsecured Creditors' Counsel* | Matthew B. Harvey<br>MORRIS, NICHOLS, ARSHT &<br>TUNNELL LLP<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>mharvey@morrisnichols.com<br>*Ad Hoc Committee of Non-US Customers of FTX.com Counsel* |
| | Linda Richenderfer<br>OFFICE OF THE U.S. TRUSTEE<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>linda.richenderfer@usdoj.gov |

*/s/ Kate Roggio Buck*
Kate Roggio Buck (No. 5140)