UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: FTX TRADING LTD., et al.
                      Debtors

Chapter 11
Case No. Case No. 22-11068
(Jointly Administered)

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **REDACTED** | **Fulcrum Credit Partners LLC**<br>111 Congress Avenue, Suite 2550<br>Austin, Texas 78701-4044<br>Attn: Amelia Harris<br>Email: fulcrumtrading@fulcruminv.com<br>(with copies to mhamilton@fulcruminv.com, tbennett@fulcruminv.com, and aharris@fulcruminv.com)<br>Tel: (512) 852-3103 |

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim No. 54306 | FTX Trading Ltd. | 22-11068 | Schedule F#: 164314 | As described on Schedule F |
| | | | Confirmation ID: 3265-70-KONVI-905261732 | As described in the Claim Confirmation |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Matthew Hamilton (Apr 25, 2024 12:52 CDT)_    Date: 4/24/2025
Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____    _____
                                                        Clerk of the Court

**EVIDENCE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE**

TO:  Clerk, United States Bankruptcy Court, District of Delaware

<span style="color:red">REDACTED</span>     for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to **FULCRUM CREDIT PARTNERS LLC** and its successors and assigns, ("Buyer"), all right, title and interest in and to the claim(s) the ("Claim") of Seller, identified below, against FTX TRADING LTD et al., in the United States Bankruptcy Court, District of Delaware, Case No. 22-11068.

|  | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim No. 54306 | FTX Trading Ltd. | 22-11068 | Schedule F#: 164314 | As described on Schedule F |
|  |  |  | Confirmation ID: 3265-70-KONVI-905261732 | As described in the Claim Confirmation |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.

**Buyer:**

**FULCRUM CREDIT PARTNERS LLC**

By: _Matthew Hamilton (Apr 25, 2024 12:52 CDT)_
Name: Matthew Hamilton
Title: Authorized Signatory
Email: mhamilton@fulcruminv.com

Date: 4/24/2024

**Seller:**

REDACTED

By: REDACTED
Name: REDACTED
Email: REDACTED

Date: