# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING, LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Shannon D. Humiston, certify that on June 5, 2024, I caused a true and correct copy of the foregoing *Objection to Motion of Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan* to be served on the parties below by electronic mail.

| | |
|---|---|
| Adam G. Landis | Andrew G. Diederich |
| Kimberly A. Brown | James L. Bromley |
| Matthew R. Pierce | Brian D. Glueckstein |
| LANDIS RATH & COBB LLP | Alexa J. Kranzley |
| 919 Market street, Suite 1800 | SULLIVAN & CROMWELL LLP |
| Wilmington, Delaware 19801 | 125 Broad Street |
| landis@lrclaw.com | New York, New York 10004 |
| brown@lrclaw.com | dietdericha@sullcrom.com |
| pierce@lrclaw.com | gluecksteinb@sullcrom.com |
| *Debtors' Counsel* | kranzleya@sullcrom.com |
| | *Debtors' Counsel* |

Kris Hansen
Erez Gilad
Gabriel Sasson
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
krishansen@pualhastings.com
erezgilad@paulhastings.com
gabesasson@paulhastings.com
*Official Committee of Unsecured Creditors' Counsel*

Matthew B. Lunn
Robert F. Poppiti, Jr.
YOUNG CONAWAY STARGATT & Taylor, LLP
1000 North King Street
Wilmington, Delaware 19801
mlunn@ycst.com
rpoppiti@ycst.com
*Official Committee of Unsecured Creditors' Counsel*

Erin E. Broderick
EVERSHEDS SUTHERLAND (SU) LLP
227 West Monroe Street, Suite 6000
Chicago, Illinois 60606
erinbroderick@eversheds-sutherland.com
*Ad Hoc Committee of Non-US Customers of FTX.com Counsel*

Matthew B. Harvey
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, 16th Floor
Wilmington, Delaware 19801
mharvey@morrisnichols.com
*Ad Hoc Committee of Non-US Customers of FTX.com Counsel*

Linda Richenderfer
OFFICE OF THE U.S. TRUSTEE
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
linda.richenderfer@usdoj.gov


*/s/ Shannon D. Humiston*
Shannon D. Humiston (No. 5740)