**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Alameda TR Systems S. de R. L. | ) ) | Case No. 22-11109 |
| Debtor. | ) ) |  |

# WITHDRAWAL OF TRANSFER OF CLAIM

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee gave evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice. The aforementioned transfer notice was filed in error and the claim should be returned to its original holder.

**Hain Capital Investors Master Fund, LTD**          **Mojito Markets S.A.**
Name of Transferee                                                        Name of Original Creditor

Name and Address of Transferee                              Original Creditor Address:

**Hain Capital Investors Master Fund, LTD**          **Mojito Markets S.A.**
**301 Route 17 North, Suite 816A**
**Rutherford, NJ 07070**

Transfer Docket # 16784

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   Keenan Austin                                   Date:        6/6/24
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Withdrawal of Claim