IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>Jointly Administered |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Adam J. Goldberg of Latham & Watkins LLP to represent Russell Crumpler and Christopher Farmer in their capacities as the Joint Liquidators of Three Arrows Capital, Ltd (in liquidation) in the above-captioned cases.

Dated: June 6, 2024

*/s/ John W. Weiss*
John W. Weiss (DE ID No. 4160)
PASHMAN STEIN WALDER HAYDEN, P.C.
1007 North Orange Street, 4th Floor #183
Wilmington, DE 19801
Email:jweiss@pashmanstein.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of the Court for District Court.

Dated: June 6, 2024

/s/ Adam J. Goldberg
Adam J. Goldberg
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: adam.goldberg@lw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: June 6th, 2024**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE