RECEIVED

2024 JUN -6  AM 9: 03

CLERK
U.S. BANKRUPTCY COURT
OF DELAWARE

Mr. David Watkins
20 Forty Acres Drive
Wayland, MA 01778
dave@davewatkins.com
davidw@tkins.me
(617) 835-8835

May 31, 2024

Office of the Clerk
United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Attention: Alexa J. Kranzley
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
kranzleya@sullcrom.com

Attention: Adam G. Landis and Kimberly A. Brown
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
landis@lrclaw.com
brown@lrclaw.com

Subject: Response to Debtors' Objection of Overstated Claims

Dear Sir/Madam,

I am writing to formally contest the Debtors' determination of the overstated claims included in the Objection filed on May 10, 2024. This Response is submitted in accordance with the requirements set forth in the objection notice.

**Response Details:**

1. **Caption:**
   In re FTX TRADING LTD., *et al.*, Case No. 22-11068, Objection to Overstated Claims.

2. **Claimant Information:**

   - **Name:** David V. Watkins

   - **Docket:** 14597

   - **Claim Number:** ████

   - **Description of Claim Basis:** The claim amount of $15,885.55 is based on the following:

1. **Principle Amount:** $15,885.55

2. **Supporting Documentation:** See Attached.

3. **Factual Basis and Supporting Legal Argument:**

   See Attached: (i) Response to Debtors' Thirty-Fourth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) and (ii) Declaration of David Watkins in Support of Response to Debtors' Thirty-Fourth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)

4. **Documentation and Evidence:**

   See Attached hereto as Exhibit DW0001, DW0002, DW0003, DW0004, DW0005, DW0006, DW0007, DW0008, DW0009, DW0010, DW0011, DW0012, DW0013

5. **Contact Information:**

   - **Name:** David Watkins

   - **Address:** 20 Forty Acres Drive Wayland MA 01778

   - **Telephone Number:** (617) 835-8835

   - **Email Address:** dave@davewatkins.com and davidw@tkins.me

Please acknowledge receipt of this Response. Should you need any further information or documentation, please feel free to contact me at your earliest convenience.

Sincerely,

David V. Watkins

May 31, 2024

**Response to Debtors' Thirty-Fourth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)**

**Case Number: 22-11068 (JTD)**

**Objection to Claim Reduction and Modification**

Your Honor,

We respectfully disagree with the Debtors' Thirty-Fourth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims). The proposed modifications and reductions of the claims as outlined in Schedule 1 to Exhibit A of the Debtors' objection lack sufficient justification and adequate evidentiary support. We present the following points to contest the Debtors' objections and maintain that the claims should not be modified or reduced:

1. **Insufficient Evidence for Claim Adjustments**:

   - The Debtors assert that certain claims are overstated due to typographical errors or discrepancies with their books and records. However, the Debtors have not provided sufficient documentation or evidence to substantiate these claims. The mere assertion of inconsistencies without concrete evidence fails to meet the burden of proof required to justify the reduction of validly filed claims.

2. **Prima Facie Validity of Filed Claims**:

   - Under the Bankruptcy Code, a properly filed proof of claim is prima facie evidence of the validity and amount of the claim. The Debtors' objections do not adequately rebut the presumption of validity. The claimants have submitted their claims with appropriate documentation, which should be presumed accurate unless compelling evidence to the contrary is presented.

3. **Lack of Detailed Analysis and Explanation**:

   - The Debtors' objections lack detailed analysis and explanation for each specific claim they seek to reduce. Generalized statements about typographical errors and discrepancies are insufficient. Each claim deserves an individualized assessment with a clear explanation of why the reduction is warranted.

4. **Right to Contest Adjustments**:

   - Claimants have the right to contest the proposed adjustments and to provide further evidence supporting the amounts asserted in their claims. The Debtors have not demonstrated that they have fully considered the documentation submitted by claimants or that they have engaged in a meaningful dialogue to resolve these discrepancies.

5. **Potential Impact on Claimants**:

   - Reducing and modifying claims as proposed by the Debtors could have significant financial implications for claimants who are already affected by the Debtors'

1

May 31, 2024

bankruptcy. Any reduction in claims should be approached with caution and a thorough examination of all supporting documentation provided by claimants.

6. **Request for Detailed Hearing**:

- We request a detailed hearing on each contested claim where claimants can present their evidence and arguments. This will ensure a fair and transparent process, allowing the court to make informed decisions based on a comprehensive review of all relevant information.

In light of these points, we respectfully request that the court deny the Debtors' objections to the claims listed in Schedule 1 to Exhibit A. Alternatively, we request that the court schedule a hearing to allow claimants the opportunity to present their evidence and arguments in support of their claims.

Respectfully submitted,

David Watkins - Claimant
20 Forty Acres Drive
Wayland, MA 01778
(617) 835-8835
dave@davewatkins.com

2

May 31, 2024

### Declaration of David Watkins in Support of Response to Debtors' Thirty-Fourth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)

### Case Number: 22-11068 (JTD)

I, David Watkins, hereby make this declaration (this "Declaration") under penalty of perjury pursuant to 28 U.S.C. § 1746 and state as follows:

1. **Introduction**:

    i) I am a claimant in the above-captioned matter.
    ii) I am the owner of the FTX account davidw@tkins.me.
    iii) I am duly authorized to make this declaration (this "Declaration")
    iv) I submit this declaration in support of my response to the Debtors' Thirty-Fourth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

2. **Personal Knowledge**:

    i) I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

3. **Background**:
    i) I received notification about the deadline of proof of claim[1].
    ii) I filed proof of claim number Claim_3265-70-QOUVW-629922606[[CSALT#900807#CF]][2] for the amount of $ 15,890.55 (Confirmation ID: 3265-70-QOUVW-629922606[3]).
    iii) This claim was based on the balance of funds held in an FTX exchange account as of the Petition Date on September 22, 2023.
    iv) In May 2024 I received notification that the Debtors "conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts." They sent me a report labeled Schedule 1: Modified claim that reduced my asserted claim from $15,890.55 USD to $2.009996259450158 USD[4].
    v) They are incorrect as the following fact present:
        (1) On November 11, 2022 I intended to sell all my cryptocurrency holdings and withdraw the cash from my account.
        (2) I sold the balance of bitcoin in the account[5].
        (3) In order to withdraw the balance of 15,888.55 USD/Cash from the account, I was prompted to setup a transfer gateway using Stripe[6].

---

[1] Notification of proof of claim deadline DW0007
[2] Completed Proof of Claim DW0001
[3] Emailed Confirmation DW0002
[4] Schedule 1 Modified Claim DW0014
[5] Sales Transaction Ledger of Bitcoin DW0006
[6] Confirmation of my consent to share account information with Stripe DW0004 & DW0005

1

May 31, 2024

(4) I received notification that the Stripe gateway was attached to my checking account ending in 5490[7]

(5) I requested a withdrawal by bank transfer of 15,888.55 that had a $2.00 USD associated fee[8].

(6) I received notification from FTX that they had received my withdrawal request.[9]

(7) I received confirmation from FTX support that said my "fiat withdrawal of 15888.55 USD has been processed. Please allow three to five business days for the transfer to arrive in your bank account."[10]

(8) The funds were never received. My checking account number ending in 5490 shows no funds of any amount from FTX were ever deposited and were never reflected on my bank statement or any other bank account that I am associated[11].

1) **Accuracy of Claim**:

   a) I affirm that the proof of claim submitted was accurate and is supported by the necessary documentation. The claim amount was calculated based on assets deposits, sold and withdrawn from the account based on transaction records[12].

   b) Attached hereto as Exhibit DW0001, DW0002, DW0003, DW0004, DW0005, DW0006, DW0007, DW0008, DW0009, DW0010, DW0011, DW0012, DW0013, are true and correct copies of the documentation supporting my claim, including transaction records from April 23, 2021, to November 11, 2022.

2) **Documentation Provided**:

   a) The documentation includes transaction records and account statements, which are detailed and specific to the transactions and holdings in my account at FTX .

3) **Discrepancies with Debtors' Records**:

   a) The Debtors have not provided specific evidence to substantiate their claim that my proof of claim is overstated. My documentation, provided in Exhibit DW0001, DW0002, DW0003, DW0004, DW0005, DW0006, DW0007, DW0008, DW0009, DW0010, DW0011, DW0012, DW0013, clearly shows the accurate amount based on my account balance and transaction history as of the Petition Date.

   b) Any typographical errors or discrepancies claimed by the Debtors are unsupported by specific evidence and do not reflect the actual records provided.

   c) The fact that the $2.00 USD fee remained is additional proof that the transaction to withdraw the balance in my account was never processed. The $2.00 USD fee is all that the Debtors have incorrectly affirmed is owed to me.

---

[7] Confirmation email from Stripe and FTC DW0008
[8] Withdrawal request for $15,885.55 DW0003
[9] FTUS withdrawal request confirmation DW0011
[10] Email confirmation from FTX that US fiat withdrawal sent DW0010
[11] Bank of America Bank Statement for November 2022 DW0012
[12] Account transaction history DW0013

2

May 31, 2024

4) **Efforts to Resolve**:

    a)  Prior to filing this response, I attempted to resolve the discrepancy with the Debtors by filing a claim on September 9, 2023. Despite these efforts, the Debtors have not addressed or resolved the discrepancies noted in my documentation.

5) **Impact of Claim Reduction**:

    a)  Reducing the claim as proposed by the Debtors would have a significant financial impact on me. The reduction would result in a loss of 15,888.55, which is critical for paying college tuition in 2024.

6) **Conclusion**:

    a)  Based on the above, I respectfully request that the Court deny the Debtors' objection to my claim and allow it as filed. The evidence provided substantiates the full amount of my claim, and the Debtors have not provided adequate justification for the proposed reduction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 31st day of May 2024, at Wayland, Massachusetts.

David Watkins
20 Forty Acres Drive
Wayland, MA 01778
(617) 835-8835
dave@davewatkins.com

3

DW0001-000001

## Dave Watkins

| | |
|---|---|
| **From:** | David Watkins <davidw@tkins.me> |
| **Sent:** | Friday, May 31, 2024 12:35 AM |
| **To:** | Dave Watkins |
| **Subject:** | Fwd: Electronic Proof of Claim_3265-70-QOUVW-629922606[[CSALT#900807#CF]] between Kroll and David Watkins is Signed and Filed! Your confirmation ID is 3265-70-QOUVW-629922606. |
| **Attachments:** | Customer Claim Form - e2d4a3e787aff6a1.pdf |

Sincerely,
David Watkins

---------- Forwarded message ---------
From: <noreply.efiling@ra.kroll.com>
Date: Fri, Sep 22, 2023 at 12:47 PM
Subject: Electronic Proof of Claim_3265-70-QOUVW-629922606[[CSALT#900807#CF]] between Kroll and David Watkins is Signed and Filed! Your confirmation ID is 3265-70-QOUVW-629922606.
To: <davidw@tkins.me>

You have completed your submission of Electronic Proof of Claim_3265-70-QOUVW-629922606. Please see the attached for your completed proof of claim form and submitted supporting documentation.

Thank you for your electronic submission. Please do not send a duplicate of this submission by any other method of return.

*Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC. All emails sent by Kroll Restructuring Administration LLC will now have the domain @Kroll.com. We recommend that you update your email permissions for "@Kroll.com" to continue receiving messages from us. Emails sent to the domain @primeclerk.com will continue to be received. Please be assured that your information remains secure and is only being used by Kroll Restructuring Administration LLC in connection with the purpose for which it is held.

Customer Claim Form

## Customer Claim Form

DW0002-000001

### FTX Details

**FTX Email**

davidw@tkins.me

**FTX AccountID**

**Scheduled ID**

**FTX Debtor**

### Scheduled Claim Information

You have been redirected from FTX website. Please check your scheduled information below.

If you do NOT agree with any of 1) the amount or quantity of fiat, coins or NFT; 2) the FTX Exchange against whom the Customer Claim is asserted; or 3) the type or nature of the Customer Claim set forth below, assert the quantity of fiat or coins you held as of the date the case was filed in the rightmost column of the below charts.

You will also have an opportunity to add any NFTs not listed.  Only complete this section where you DISAGREE with the component of your Scheduled Customer Claim.  You will also have an opportunity to assert a Customer Claim arising out of or related to any other investment or trading activity.

**Schedule**

F-2

Debtor West Realm Shires Services Inc. has listed your claim on Schedule E/F, Part 2 as a General Unsecured claim in an Undetermined amount.  If you disagree with your holdings of coin, fiat, or NFTs as listed in the Schedules, you must timely file a proof of claim or be forever barred from recovery other than as listed in the Schedules.

Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held.  If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange.  Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7).  Please see Question 8 for additional instructions for asserting claims related to Other Activity.

○ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)
○ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd. d/b/a "FTX EU") (Case No. 22-11166)
○ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102)
○ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
◉ West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071)

Customer Claim Form

List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account (s) along with the unique identification code.

- Note that the "USD Rate" is the ratio of the Local Currency to U.S. Dollars.
- If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, please populate the Loaned Quantity column.

## Fiat

### ASSERTED QUANTITY FIAT

| Fiat (Ticker / Abbreviation) | Total Scheduled Quantity of Fiat (Local Currency) | Total Scheduled Quantity of Fiat (Converted to USD) | Do you agree with the Scheduled Quantity? | If you do not agree, Please provide the Asserted Quantity of Fiat here |
|---|---|---|---|---|
| USD | 2.0099962594501584 | 2.01 | ⦿ No<br>◯ Yes | 15,890.550000000 |

Do you want to add any other fiat not previously listed?

⦿ No
◯ Yes

## Loaned Fiat

### LOANED QUANTITY FIAT

Do you want to add any other fiat not previously listed?

⦿ No
◯ Yes

## Asserted Crypto

### Asserted Quantity of Crypto Tokens

| Crypto (Ticker / Abbreviation) | Scheduled Quantity of Crypto | Do you agree with the Scheduled Quantity? | If you do not agree, Please provide the Asserted Quantity of Crypto here. |
|---|---|---|---|
| BTC | 0.0000000074151661 | ◯ No<br>⦿ Yes | |

Customer Claim Form

Customer Claim Form

DW0002-000003

**Do you want to add any coin not previously listed?**

◉ No
○ Yes

## Loaned Crypto

### Loaned Quantity of Crypto

**Do you want to add any coin not previously listed?**

◉ No
○ Yes

## NFTs

### NFTs (non-fungible tokens)

**Do you want to add any NFTs not previously listed?**

◉ No
○ Yes

## Customer Claims related to any Other Activity on the FTX Exchanges

**Do you have Customer Claims related to any Other Activity
on the FTX Exchanges? Other Activity would not include
quantities of crypto, fiat or NFTs listed in Box 7 above.**

◉ No
○ Yes

## File a Proof of Claim

To file a proof of claim electronically, please enter the creditor's name and an email address (where filing confirmation will be sent) in the fields below.

Creditor Name

David Watkins

Email Address

davidw@tkins.me

Customer Claim Form

DW0002-000004

## EPOC Agreement

The information requested on the proof of claim form is being collected for the purposes of facilitating a voluntary petition for relief under the Bankruptcy Code and processing any claim you may have against the Debtors.

**YOUR PROOF OF CLAIM FORM <u>MUST NOT CONTAIN</u> ANY OF THE FOLLOWING:** (i) medical records, (ii) complete social security numbers or tax identification numbers, (iii) a complete birth date, (iv) the name of a minor or (v) a financial account number. The information requested on the proof of claim form is being collected for the purposes of facilitating a debtor's voluntary petition for relief under the U.S. Bankruptcy Code and processing any claim you may have against such debtor. When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services to avoid the disclosure of confidential health care information.
**SOME OR ALL OF THE INFORMATION YOU PROVIDE ON THE PROOF OF CLAIM FORM WILL BE PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE DEBTOR'S CASE WEBSITE HOSTED BY KROLL RESTRUCTURING ADMINISTRATION (FORMERLY KNOWN AS PRIME CLERK) PURSUANT TO APPLICABLE LAW AND/OR COURT ORDER.** Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM.**

**ALL DOCUMENTS SUBMITTED, INCLUDING ANY MEDICAL RECORDS, WILL BE MADE PUBLICLY AVAILABLE ON THE DEBTOR'S CASE WEBSITE AND/OR THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

The information you provide on the proof of claim form will be retained by or on behalf of the Bankruptcy Court, the debtor and Kroll Restructuring Administration for as long as necessary for the purposes described above, as needed to resolve disputes or protect legal rights as they relate to such claim, or as otherwise required by law. Some or all of the information you provide on the proof of claim form will be displayed and/or accessible on the debtor's case website hosted by Kroll Restructuring Administration pursuant to applicable law and/or court order. Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Kroll Restructuring Administration and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Kroll Restructuring Administration and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Kroll Restructuring Administration or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Kroll Restructuring Administration and the Clerk of the Court are authorized but not obligated, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

<u>Submission of Claim Data</u>

By using this Site and loading any information to the Site, you agree to release us from any claim or liability with respect to the public display of personal or private information, including but not limited to the types of information listed above.
Claims and creditor information ("Claim Data") must be submitted by a human being and not a script, program, or other method that may be construed as a "bot." Claim Data must be submitted by the creditor or someone authorized to submit such Claim Data on behalf of the creditor. Claim Data must be correct to the best of the creditor's /submitter's knowledge. Filing Claim Data on this Site grants no guarantee of payment.

Customer Claim Form

You represent and warrant that Claim Data submitted by you:

• shall be true, accurate, and complete;
• shall not contain any personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) or other sensitive or potentially embarrassing information, including health care information;
• shall not violate the rights of any third party, including, but not limited to, other proprietary and/or intellectual property rights, or rights of publicity or privacy; shall not violate any law; shall not contain any viruses, Trojan horses, worms, time bombs, bots, or other computer programming routines that are intended to damage, interfere with, or expropriate any system or information; and
• shall not create liability for us or interfere with the operation of the Site.

All information, including information relating to your Claim Data, that is filed electronically, including through this Site, is subject to the same conditions and restrictions as paper based proofs of claim filed with a Bankruptcy Court and are subject to court orders, rules, procedures and applicable law relating to the bankruptcy case in which Claims Data are filed.

### Not Legal Advice

WE CANNOT PROVIDE ANY LEGAL ADVICE REGARDING CLAIM DATA OR ON ANY OTHER TOPIC. IF YOU REQUIRE ADVICE REGARDING YOUR RIGHTS OR ANY BANKRUPTCY CASE YOU MAY WISH TO SEEK LEGAL COUNSEL FROM A LICENSED ATTORNEY. USERS OF THIS SITE SHOULD NOT TAKE OR REFRAIN FROM TAKING ANY ACTION BASED UPON CONTENT INCLUDED IN THE SITE. KROLL RESTRUCTURING ADMINISTRATION IS NOT IN THE BUSINESS OF PROVIDING PROFESSIONAL OR LEGAL ADVICE AND INFORMATION CONTAINED ON THIS SITE SHOULD NOT BE RELIED ON AS A SUBSTITUTE FOR FINANCIAL, LEGAL OR OTHER PROFESSIONAL ADVICE. ANY RELIANCE ON THE INFORMATION CONTAINED ON THIS SITE IS SOLELY AT YOUR RISK.

### Electronic Signatures

When you submit Claim Data or other information to us, you may be asked to electronically "sign" a form that will set forth certain terms and conditions related to such submission. You hereby agree that your electronic signature in respect of any such submission complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as your original signature.

For our Terms of Use please click Terms of Use.

### Filing Fraudulent Claims

FILING A FRAUDULENT CLAIM IS PUNISHABLE BY A FINE UP TO $500,000 AND/OR IMPRISONMENT FOR UP TO 5 YEARS (18 U.S.C. 152, 157, AND 3571).

**BY SELECTING "I AGREE", YOU CONSENT TO ALL INFORMATION SUBMITTED BEING PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE CASE WEBSITE AND THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

**By selecting I agree below, I confirm that I have read, understand and agree to be bound by the foregoing as well as the Terms of Use.**

◉ I Agree
○ Reject

## Instructions

Customer Claim Form

## Claim Information

### 1. Who is the current Creditor?
Name of the current creditor (the person or entity to be paid for this claim)

Is the current Creditor an Individual?

○ No
◉ Yes

First Name

David

Middle Name

Last Name

Watkins

Other names the creditor used with the debtor (if any)

Do you know the creditor's FTX customer main account number?

○ No
◉ Yes

FTX customer main account number:

██████

Do you know the creditor's FTX customer email address that was used at sign up?

○ No
◉ Yes

FTX customer email address used at account sign up:

davidw@lkins.me

### 2. Has this claim been acquired from someone else?
◉ No
○ Yes

### 3. Where should notices and payments to the creditor be sent?
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

Name:

David Watkins

DW0002-000007

Address 1 (Street address, "Care of:", or "Attention To:"):

20 Forty Acres Dr

Address 2:

Address 3:

Address 4:

City:

Wayland

State or Province (use 2-letter abbreviation if US or Canada):

MA

Zip Code | Postal Code:

01778

**Is the creditor address outside of the US?**
◉ No
○ Yes

Contact phone:

5083805474

Contact email:

davidw@tkins.me

Should payments go to a different address?
◉ No
○ Yes

**Would you like to add any additional addresses for receiving notices about this proof of claim?**
◉ No
○ Yes

**4. Does this claim amend one already filed?**
◉ No
○ Yes

Customer Claim Form

DW0002-000008

**5. Do you know if anyone else has filed a proof of claim for this claim?**

◉ No
○ Yes

## Additional Claim Information

**6. Did you participate in the FTX Earn program (available via Blockfolio app) as of November 11, 2022?**

◉ No
○ Yes

**7. Please refer to the 'Scheduled Claim Information' section above for information on question 7.**

**8. Do you have Customer Claims related to any Other Activity on the FTX Exchanges? Other Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.**

◉ No
○ Yes

## E-Sign

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

◉ I am the creditor.
○ I am the creditor's attorney or authorized agent.
○ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

Customer Claim Form

DW0002-000009

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

09/22/2023

**Name of the person who is completing and signing this claim:**

First Name/Middle Name/Last Name:

David/Vincent/Watkins

E-Signature:

David/Vincent/Watkins

I certify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree that my electronic signature herein complies with the ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

Title/Company:

Address 1:

20 Forty Acres Dr

Address 2:

City:

Wayland

State or Province (use 2-letter abbreviation if US or Canada):

MA

Customer Claim Form

DW0002-000010

Zip Code | Postal Code:

01778

Is this address outside of the US?
◉ No
○ Yes

Contact phone:

5083805474

Contact email:

davidw@tkins.me

## Attachments

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**
○ I have supporting documentation
◉ I do not have supporting documentation

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as an identification number confirming receipt of your claim ("Confirmation ID").

## Confirmation of Submission

**Your Form has been successfully submitted...**

DOCUMENT ID

e2d4a3e787aff6a1dfdfa796a51da0e55fbe4706

Submitted Date Time

2023-09-22T16:47:43.914Z

Status

Submitted

CONFIRMATION ID

3265-70-QOUVW-629922606



DW0004-000001

**Dave Watkins**

| | |
|---|---|
| **From:** | Bank of America <onlinebanking@ealerts.bankofamerica.com> |
| **Sent:** | Friday, November 11, 2022 9:19 AM |
| **To:** | dave@davewatkins.com |
| **Subject:** | Confirmation of your consent to share your account information with Stripe (via Finicity, a Mastercard Company) |





 ## Confirmation of your consent to share your account information with Stripe (via Finicity, a Mastercard Company)

 DAVID,

We're letting you know that on 11/11/2022 we received your request and consent to share your information with Stripe (via Finicity, a Mastercard Company).

Because your security is our top priority, we've recently improved the way your info is shared by eliminating the need for Stripe (via Finicity, a Mastercard Company) to store and use your login credentials.

Use of your account info by Stripe (via Finicity, a Mastercard Company) is governed by your agreement with them, not by Bank of America. You can always log in and visit your Security Center to view and, if you choose, revoke your consent at any time.

If you think you're receiving this message in error, call us immediately: 800-933-6262.

We'll never ask for your personal information such as SSN or ATM PIN in email messages. If you get an email that looks suspicious or you are not the intended recipient of this email, don't click on any links. Instead, forward to abuse@bankofamerica.com then delete it.

Please don't reply to this automatically generated service email.

Privacy Notice          Equal Housing Lender 

1

Bank of America, N.A. Member FDIC
© 2022 Bank of America Corporation

DW0004-000002

2

DW0005-000001

**Dave Watkins**

| | |
|---|---|
| **From:** | Bank of America <onlinebanking@ealerts.bankofamerica.com> |
| **Sent:** | Friday, November 11, 2022 9:06 AM |
| **To:** | dave@davewatkins.com |
| **Subject:** | Confirmation of your consent to share your account information with Stripe (via Finicity, a Mastercard Company) |





# Confirmation of your consent to share your account information with Stripe (via Finicity, a Mastercard Company)

DAVID,

We're letting you know that on 11/11/2022 we received your request and consent to share your information with Stripe (via Finicity, a Mastercard Company).

Because your security is our top priority, we've recently improved the way your info is shared by eliminating the need for Stripe (via Finicity, a Mastercard Company) to store and use your login credentials.

Use of your account info by Stripe (via Finicity, a Mastercard Company) is governed by your agreement with them, not by Bank of America. You can always log in and visit your Security Center to view and, if you choose, revoke your consent at any time.

If you think you're receiving this message in error, call us immediately: 800-933-6262.

We'll never ask for your personal information such as SSN or ATM PIN in email messages. If you get an email that looks suspicious or you are not the intended recipient of this email, don't click on any links. Instead, forward to abuse@bankofamerica.com then delete it.

Please don't reply to this automatically generated service email.

Privacy Notice

Equal Housing Lender

1

Bank of America, N.A. Member FDIC
© 2022 Bank of America Corporation

DW0005-000002

2



# FTX

Privacy    FAQ    Support    文A English ▾    My Acco

DW0006-000001

**Portfolio** 🔒                                Main Account                    ▾

### STEP 1
✅ Initiate Account Owner
Authentication

### STEP 2
✅ Verify Identity of the Original
FTX Account Owner                            ›

### STEP 3
✅ KYC                                         ›

### STEP 4
◉ Review Account Balances                      ›

View your FTX account -- you can view
your balances as of the Petition Date
(unless otherwise noted), and historical
activity.

### STEP 5
◷ Submission of Electronic
Proof of Claim                                ›

### STEP 6
▣ Standby for Next Steps

⌄ **Total Customer Entitlement Claim (USD): $2.01**

Balances   Deposits   Withdrawals   Positions   **Fills**   P2P Transfers   Airdr ›

### Trades                                              ☁  📅

| Time | Market | Side | Order Type | Size | Price |
|------|--------|------|------------|------|-------|
| 11/11/2022, 9:08:41 AM | BTC/USD | Sell | OTC | 0.85539215 | 16599.23369119 |
| 11/11/2022, 9:04:39 AM | BTC/USD | Sell | OTC | 0.1 | 16917.058008 |
| 11/10/2022, 9:12:38 AM | DOGE/BTC | Sell | OTC | 0.37929651 | 0.00000511 |
| 10/12/2021, 12:59:28 PM | DOGE/BTC | Sell | Limit | 21,463 | 0.00000401 |
| 10/12/2021, 12:59:27 PM | DOGE/BTC | Sell | Limit | 205 | 0.00000401 |
| 10/12/2021, 12:59:26 PM | DOGE/BTC | Sell | Limit | 205 | 0.00000401 |
| 10/11/2021, 9:53:25 PM | DOGE/BTC | Sell | Limit | 8,658 | 0.00000399 |
| 10/11/2021, 9:53:25 PM | DOGE/BTC | Sell | Limit | 1,920 | 0.00000399 |
| 10/11/2021, 9:53:25 PM | DOGE/BTC | Sell | Limit | 521 | 0.00000399 |
| 10/11/2021, 9:53:25 PM | DOGE/BTC | Sell | Limit | 8,765 | 0.00000399 |
| 10/11/2021, 9:53:25 PM | DOGE/BTC | Sell | Limit | 2,010 | 0.00000399 |
| 9/9/2021, 12:56:00 PM | DOGE/BTC | Sell | Limit | 12,246 | 0.00000545 |

DW0007-000001

**Dave Watkins**

| | |
|---|---|
| **From:** | David Watkins <davidw@tkins.me> |
| **Sent:** | Friday, May 31, 2024 12:35 AM |
| **To:** | Dave Watkins |
| **Subject:** | Fwd: In re FTX Trading Ltd. – Customer Claims Bar Date Reminder |

Sincerely,
David Watkins

---------- Forwarded message ---------
From: **FTX Noticing** <ftx@noticing.ra.kroll.com>
Date: Sat, Sep 23, 2023 at 12:00 AM
Subject: In re FTX Trading Ltd. – Customer Claims Bar Date Reminder
To: <davidw@tkins.me>

Dear Customer:

We would like to remind you that the **FTX Customer Claims Bar Date is September 29, 2023, 4 PM United States Eastern Time ("Bar Date")**. The Bar Date is the deadline to file proofs of claim, against the FTX Debtors, on account of Customer Claims. We recommend all customers with a customer claim to begin the claim process by logging in to the Customer Claims Portal at https://claims.ftx.com. If you have already filed a proof of claim and do not have any changes, then there is no need to file another claim.

Please note that the FTX Debtors have also requested KYC information as part of the customer claim process. As such, we urge you to begin the Know Your Customer ("KYC") process. Please note that it is **NOT** mandatory for you to have a verified KYC status in order to submit a claim. If you wish to submit a customer claim, you may do so during your KYC process prior to the Bar Date. Additionally, you do not need to have your KYC process completed and verified by the Bar Date. The KYC review and verification process will continue after the Bar Date.

Note that if your account was previously frozen as a result of the cybersecurity incident, please refer to the separate communication sent on September 17, 2023.

Please visit the FTX support website at https://support.ftx.com to learn more about the

1

DW0007-000002

customer claim process and the KYC process. You may also contact our customer support team via email (support@ftx.com) if you have trouble logging in to the customer claims portal.

Sincerely,

FTX

FTX Noticing

Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055

Unsubscribe

2

DW0008-000001

**Dave Watkins**

| | |
|---|---|
| **From:** | David Watkins <davidw@tkins.me> |
| **Sent:** | Thursday, May 30, 2024 8:59 PM |
| **To:** | Dave Watkins |
| **Subject:** | Fwd: Confirmation of direct debit authorization for FTX US |

Sincerely,
David Watkins


---------- Forwarded message ---------
From: **Stripe** <support@stripe.com>
Date: Fri, Nov 11, 2022 at 9:19 AM
Subject: Confirmation of direct debit authorization for FTX US
To: <davidw@tkins.me>



AGREEMENT DATE

November 11, 2022

ACCOUNT HOLDER NAME

David V Watkins

FINANCIAL INSTITUTION

BANK OF AMERICA, N.A.

ROUTING NUMBER

███████

ACCOUNT NUMBER

███████

1

DW0008-000002

Thank you for signing up for direct debits from FTX US. You have authorized FTX US, and, if applicable, its affiliated entities to debit the bank account specified above for any amount owed for charges arising from your use of FTX US's services and/or purchase of products from FTX US, pursuant to FTX US's website and terms, until this authorization is revoked.

You have authorized FTX US, and, if applicable, its affiliated entities to debit your bank account periodically if and when you use FTX US's services or purchase more than one of FTX US's products periodically pursuant to FTX US's terms. Payments that fall outside of the periodic debits authorized above will only be debited after your authorization is obtained.

You may amend or cancel this authorization at any time by providing notice to FTX US with 30 (thirty) days' notice.

**View these terms on stripe.com**

Stripe, 354 Oyster Point Blvd, South San Francisco, CA 94080

DW0009-000001

WATKINS

**David Watkins <davidw@tkins.me>**

## FTX US fiat withdrawal sent
1 message

**FTX US** <support@ftx.us>
To: davidw@tkins.me

Fri, Nov 11, 2022 at 9:20 AM

Hello David V Watkins,

Your fiat withdrawal of 15888.55 USD has been processed. Please allow three to five business days for the transfer to arrive in your bank account.

1 of 1

5/23/2024, 10:57 PM

DW0010-000001

# WATKINS

**David Watkins <davidw@tkins.me>**

## FTX US fiat withdrawal sent
1 message

**FTX US** <support@ftx.us>
To: davidw@tkins.me
Fri, Nov 11, 2022 at 9:20 AM

Hello David V Watkins,

Your fiat withdrawal of 15888.55 USD has been processed. Please allow three to five business days for the transfer to
arrive in your bank account.

DW0011-000001

# WATKINS

**David Watkins <davidw@tkins.me>**

## FTX US withdrawal request
1 message

**FTX US** <support@ftx.us>
To: davidw@tkins.me

Fri, Nov 11, 2022 at 9:20 AM

Hello David V Watkins,

We have received a request to withdraw 15888.55 USD from your FTX US account.

If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within one business day. FTX US is not responsible for delays or fees resulting from your bank or intermediary banks it uses. You can find more information at https://help.ftx.us/hc/en-us/sections/360008262673-Deposits-Withdrawals.

DW0012-000001



**BANK OF AMERICA**

PRIVATE BANK

P.O. Box 15284
Wilmington, DE 19850

DAVID V WATKINS OR
LILLIAN V WATKINS
20 FORTY ACRES DR
WAYLAND, MA 01778-2702

Preferred Rewards

**Client service information**

📞 1.800.878.7878

En Español: 1.800.688.6086

✉ bankofamerica.com/privatebank

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your combined statement

for October 28, 2022 to November 28, 2022

| Your deposit accounts | Account/plan number | Ending balance | Details on |
|---|---|---|---|
| Wealth Management Adv Relationship Banking | ███████ | $13,090.51 | Page 3 |
| Wealth Management Adv Relationship Banking | ███████ | $726.72 | Page 7 |
| **Total balance** | | **$13,817.23** | |

Important disclosure information listed on the 'Important Information for Bank Deposit Accounts' page.

 Important information about a trending payment scam

- **We will never** call and ask you to send money using Zelle® to yourself or anyone else.
- **We will never** contact you via phone or text to ask for a security code.
- If anyone reaches out to you and asks you to send money or provide a code, it is likely a scam. Bank of America will not do this.

Learn more about trending scams at **bofa.com/helpprotectyourself**

Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.                    SSM 08 22 0187 B | 4956677

PULL: B   CYCLE: 18   SPEC: E   DELIVERY: E   TYPE:    IMAGE: B   BC: MA

DAVID V WATKINS OR  |  Account # ████████5490  |  October 29, 2022 to November 28, 2022

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation ("BofA Corp.").

©2022 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

DW0012-000003

 **BANK OF AMERICA**
PRIVATE BANK

Account number: ███████████

# Your Wealth Management Adv Relationship Banking

## Preferred Rewards Diamond

**DAVID V WATKINS OR    LILLIAN V WATKINS**

## Account summary

| | |
|---|---:|
| Beginning balance on October 28, 2022 | $100,121.40 |
| Deposits and other additions | 8,202.66 |
| Withdrawals and other subtractions | -92,764.81 |
| Checks | -2,459.74 |
| Service fees | -9.00 |
| **Ending balance on November 28, 2022** | **$13,090.51** |

*Annual Percentage Yield Earned this statement period: 0.02%.*
*Interest Paid Year To Date: $6.60.*

## Deposits and other additions

| Date | Description | | Amount |
|---|---|---|---:|
| 10/28/22 | TOWN OF WAYLAND  DES:Wayland MA ID:  INDN:LILLIAN WATKINS | CO ID:1223755714 PPD | 95.00 |
| 10/28/22 | TOWN OF WAYLAND  DES:Wayland MA ID:  INDN:LILLIAN WATKINS | CO ID:1223755714 PPD | 90.00 |
| 11/01/22 | Zelle Transfer Conf# gk9pj2z6m; ███████████ | | 1,105.00 |
| 11/02/22 | Bank of America  DES:CASHREWARD ID:WATKINS  INDN:0000000074980097000000 CO ID:2002290310 PPD | | 175.13 |
| 11/17/22 | VENMO         DES:CASHOUT    ID:1023537716542  INDN:DAVE WATKINS        CO ID:5264681992 PPD | | 4,007.00 |

*continued on the next page*

## Take your security to the next level

 Check your security meter level and watch it rise as you take action to help protect against fraud

**See it in the Mobile Banking app and Online Banking.**
Scan this code or visit **bofa.com/SecurityCenter** to learn more.

When you use the QRC feature certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.  SSM-01-22-2466.B.1.4816003

DAVID V WATKINS OR  |  Account # ▓▓▓▓ 5490  |  October 28, 2022 to November 28, 2022

## Deposits and other additions - continued

| Date | Description | Amount |
|------|-------------|--------|
| 11/21/22 | CHECKCARD 1118 CHEESECAKE 171 ONLINE CHESTNUT HILLMA 7494300232309183700 | 144.24 |
| 11/22/22 | Bank of America  DES:CASHREWARD ID:WATKINS  INDN:00000002409686226220000000 CO ID:2002290310 PPD | 990.73 |
| 11/22/22 | Bank of America  DES:CASHREWARD ID:WATKINS  INDN:00000000749800970000000 CO ID:2002290310 PPD | 178.80 |
| 11/28/22 | VENMO       DES:CASHOUT    ID:1023713041455 INDN:DAVE WATKINS       CO ID:5264681992 PPD | 1,416.13 |
| 11/28/22 | Interest Earned | 0.63 |

**Total deposits and other additions**                                                 **$8,202.66**

## Withdrawals and other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 10/28/22 | | -50.00 |
| 10/28/22 | | -129.79 |
| 10/31/22 | | -63.50 |
| 10/31/22 | | -1,000.00 |
| 10/31/22 | | -300.00 |
| 11/01/22 | | -448.99 |
| 11/01/22 | | -52.99 |
| 11/01/22 | | -52.05 |
| 11/01/22 | | -513.53 |
| 11/01/22 | | -1,000.00 |
| 11/03/22 | | -600.00 |
| 11/04/22 | | -8.54 |
| 11/04/22 | | -39.95 |
| 11/04/22 | | -9,280.44 |
| 11/04/22 | | -731.08 |
| 11/04/22 | | -4,992.87 |
| 11/04/22 | | -20,000.00 |
| 11/04/22 | | -1,000.00 |
| 11/07/22 | | -456.00 |
| 11/07/22 | | -7.77 |
| 11/07/22 | | -209.97 |
| 11/07/22 | | -17,633.97 |

continued on the next page

DW0012-000005



**BANK OF AMERICA**

PRIVATE BANK

**DAVID V WATKINS OR** | Account # ███████ | October 28, 2022 to November 28, 2022

## Withdrawals and other subtractions – continued

| Date | Description | Amount |
|---|---|---|
| 11/07/22 | | -14,517.46 |
| 11/08/22 | | -14.74 |
| 11/08/22 | | -6.48 |
| 11/08/22 | | -1,297.72 |
| 11/08/22 | | -33.00 |
| 11/08/22 | | -404.09 |
| 11/09/22 | | -21.00 |
| 11/09/22 | | -8.00 |
| 11/09/22 | | -14.99 |
| 11/15/22 | | -9.20 |
| 11/16/22 | | -106.66 |
| 11/17/22 | | -89.20 |
| 11/17/22 | | -144.24 |
| 11/17/22 | | -1,000.00 |
| 11/18/22 | | -1,150.00 |
| 11/18/22 | | -182.51 |
| 11/21/22 | | -1,642.52 |
| 11/21/22 | | -745.86 |
| 11/21/22 | | -89.99 |
| 11/21/22 | | -25.00 |
| 11/23/22 | | -1,637.38 |
| 11/25/22 | | -408.62 |
| 11/28/22 | | -10,144.71 |
| 11/28/22 | | -500.00 |

**Total withdrawals and other subtractions**                        **-$92,764.81**

DAVID V WATKINS OR   |   Account #[REDACTED]   |   October 28, 2012 to November 28, 2022

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|
| 11/07/22 | 3617 | -121.00 | 11/23/22 | 5115* | -2,118.74 |
| 11/03/22 | 4779* | -220.00 | | | |

**Total checks**      **-$2,459.74**
**Total # of checks**      **3**

\* There is a gap in sequential check numbers

## Service fees

| Date | Transaction description | | Amount |
|------|------------------------|---|--------|
| 11/07/22 | External transfer fee - 3 Day - | 11/04/2022 | -3.00 |
| 11/07/22 | External transfer fee - 3 Day - | 11/04/2022 | -3.00 |
| 11/18/22 | External transfer fee - 3 Day - | 11/17/2022 | -3.00 |
| 11/28/22 | Preferred Rewards-Monthly Fee Waived | | -0.00 |

**Total service fees**      **-$9.00**

Note your Ending Balance already reflects the subtraction of Service Fees.

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

DW0012-000007

 **BANK OF AMERICA**
PRIVATE BANK

Account number: ██████████

# Your Wealth Management Adv Relationship Banking

# Preferred Rewards Diamond

**DAVID V WATKINS    LILLIAN V WATKINS**

## Account summary

| | |
|---|---:|
| Beginning balance on October 28, 2022 | $638.44 |
| Deposits and other additions | 1,088.28 |
| Withdrawals and other subtractions | -1,000.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on November 28, 2022** | **$726.72** |

*Annual Percentage Yield Earned this statement period: 0.01%.*
*Interest Paid Year To Date: $0.12.*

## Deposits and other additions

| Date | Description | Amount |
|---|---|---:|
| 11/01/22 | Automatic Transfer from CHK 5490 Confirmation# 1701126027 | 1,000.00 |
| 11/02/22 | Bank of America DES:CASHREWARD ID:WATKINS  INDN:000000007786830000000000  CO ID:2002290310 PPD | 88.27 |
| 11/28/22 | Interest Earned | 0.01 |
| **Total deposits and other additions** | | **$1,088.28** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---:|
| 11/04/22 | Online Banking transfer to CHK 4454 Confirmation# 4957256678 | -1,000.00 |
| **Total withdrawals and other subtractions** | | **-$1,000.00** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---:|
| 11/28/22 | Preferred Rewards-Monthly Fee Waived | -0.00 |
| **Total service fees** | | **-$0.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

This page intentionally left blank

DW0012-000009

**BANK OF AMERICA**

PRIVATE BANK
**DAVID V WATKINS OR  |  Account #**  ███████  **|  October 28, 2022 to November 28, 2022**

## Check images



DW0013-000001

| Time | | Coin | Quantity | Description |
|---|---|---|---|---|
| 4/23/21 4:30 PM | | DOGE | 481 | deposit 57119 |
| 4/23/21 4:54 PM | | BTC | -2.3E-06 | spot_fee |
| 4/23/21 4:54 PM | | DOGE | -481 | spot_base |
| 4/23/21 4:54 PM | | BTC | 0.002261 | spot_quote |
| 4/23/21 5:07 PM | | BTC | -0.00226 | withdrawal 70852 |
| 4/24/21 6:28 AM | | DOGE | 49999 | deposit 57684 |
| 4/24/21 6:31 AM | | BTC | 0.006914 | spot_quote |
| 4/24/21 6:31 AM | | DOGE | -1257 | spot_base |
| 4/24/21 6:31 AM | | BTC | -6.9E-06 | spot_fee |
| 4/24/21 6:31 AM | | DOGE | -42 | spot_base |
| 4/24/21 6:31 AM | | BTC | 0.000231 | spot_quote |
| 4/24/21 6:31 AM | | BTC | -2.40E-07 | spot_fee |
| 4/24/21 6:31 AM | | BTC | -0.00027 | spot_fee |
| 4/24/21 6:31 AM | | DOGE | -48700 | spot_base |
| 4/24/21 6:31 AM | | BTC | 0.26785 | spot_quote |
| 4/24/21 6:36 AM | | BTC | -0.196 | withdrawal 71522 |
| 5/4/21 1:13 PM | | DOGE | 19249 | deposit 69171 |
| 5/4/21 1:15 PM | | BTC | -5.3E-05 | spot_fee |
| 5/4/21 1:15 PM | | BTC | 0.053436 | spot_quote |
| 5/4/21 1:15 PM | | DOGE | -5613 | spot_base |
| 5/4/21 1:15 PM | | BTC | -1.1E-05 | spot_fee |
| 5/4/21 1:15 PM | | BTC | 0.010681 | spot_quote |
| 5/4/21 1:15 PM | | DOGE | -1122 | spot_base |
| 5/4/21 1:15 PM | | BTC | 0.00476 | spot_quote |
| 5/4/21 1:15 PM | | BTC | -4.8E-06 | spot_fee |
| 5/4/21 1:15 PM | | DOGE | -500 | spot_base |
| 5/4/21 1:15 PM | | BTC | -4.8E-06 | spot_fee |
| 5/4/21 1:15 PM | | BTC | 0.00476 | spot_quote |
| 5/4/21 1:15 PM | | DOGE | -500 | spot_base |
| 5/4/21 1:15 PM | | BTC | 0.0119 | spot_quote |
| 5/4/21 1:15 PM | | DOGE | -1250 | spot_base |
| 5/4/21 1:15 PM | | BTC | -1.2E-05 | spot_fee |
| 5/4/21 1:15 PM | | BTC | 0.00476 | spot_quote |
| 5/4/21 1:15 PM | | BTC | -4.8E-06 | spot_fee |
| 5/4/21 1:15 PM | | DOGE | -500 | spot_base |
| 5/4/21 1:15 PM | | DOGE | -21 | spot_base |
| 5/4/21 1:15 PM | | BTC | -2.00E-07 | spot_fee |
| 5/4/21 1:15 PM | | BTC | 0.0002 | spot_quote |
| 5/4/21 1:15 PM | | DOGE | -44 | spot_base |
| 5/4/21 1:15 PM | | BTC | -4.20E-07 | spot_fee |
| 5/4/21 1:15 PM | | BTC | 0.000419 | spot_quote |
| 5/4/21 1:16 PM | | DOGE | -9699 | spot_base |
| 5/4/21 1:16 PM | | BTC | 0.092334 | spot_quote |

DW0013-000002

| | | | | |
|---|---|---|---|---|
| 5/4/21 1:16 PM | BTC | -9.2E-05 | spot_fee | |
| 5/4/21 1:17 PM | BTC | -0.26179 | withdrawal | 83887 |
| 5/9/21 2:32 AM | DOGE | 30000 | deposit | 77025 |
| 5/9/21 2:33 AM | BTC | -8.5E-05 | spot_fee | |
| 5/9/21 2:33 AM | DOGE | -7775 | spot_base | |
| 5/9/21 2:33 AM | BTC | 0.084825 | spot_quote | |
| 5/9/21 2:35 AM | BTC | -8.5E-05 | spot_fee | |
| 5/9/21 2:35 AM | DOGE | -7792 | spot_base | |
| 5/9/21 2:35 AM | BTC | 0.085011 | spot_quote | |
| 5/9/21 2:35 AM | DOGE | -7786 | spot_base | |
| 5/9/21 2:35 AM | BTC | -8.5E-05 | spot_fee | |
| 5/9/21 2:35 AM | BTC | 0.084945 | spot_quote | |
| 5/9/21 2:35 AM | BTC | 0.072519 | spot_quote | |
| 5/9/21 2:35 AM | BTC | -7.3E-05 | spot_fee | |
| 5/9/21 2:35 AM | DOGE | -6647 | spot_base | |
| 5/9/21 4:07 AM | BTC | -0.32697 | withdrawal | 92266 |
| 5/9/21 4:17 AM | DOGE | 150000 | deposit | 77166 |
| 5/9/21 4:23 AM | DOGE | -50000 | withdrawal | 92290 |
| 5/18/21 3:32 AM | DOGE | -1738 | spot_base | |
| 5/18/21 3:32 AM | BTC | 0.019118 | spot_quote | |
| 5/18/21 3:32 AM | BTC | -1.9E-05 | spot_fee | |
| 5/18/21 3:44 AM | DOGE | -6803 | spot_base | |
| 5/18/21 3:44 AM | BTC | -7.5E-05 | spot_fee | |
| 5/18/21 3:44 AM | BTC | 0.074833 | spot_quote | |
| 5/18/21 3:44 AM | BTC | -1.2E-05 | spot_fee | |
| 5/18/21 3:44 AM | DOGE | -1135 | spot_base | |
| 5/18/21 3:44 AM | BTC | 0.012485 | spot_quote | |
| 5/18/21 3:44 AM | BTC | 0.006699 | spot_quote | |
| 5/18/21 3:44 AM | DOGE | -609 | spot_base | |
| 5/18/21 3:44 AM | BTC | -6.7E-06 | spot_fee | |
| 5/18/21 3:44 AM | DOGE | -4853 | spot_base | |
| 5/18/21 3:44 AM | BTC | -5.3E-05 | spot_fee | |
| 5/18/21 3:44 AM | BTC | 0.053383 | spot_quote | |
| 5/18/21 3:44 AM | BTC | 0.007601 | spot_quote | |
| 5/18/21 3:44 AM | DOGE | -691 | spot_base | |
| 5/18/21 3:44 AM | BTC | -7.6E-06 | spot_fee | |
| 5/18/21 4:15 AM | BTC | 0.11044 | spot_quote | |
| 5/18/21 4:15 AM | DOGE | -10040 | spot_base | |
| 5/18/21 4:15 AM | BTC | -0.00011 | spot_fee | |
| 5/18/21 4:15 AM | BTC | -4.5E-05 | spot_fee | |
| 5/18/21 4:15 AM | DOGE | -4131 | spot_base | |
| 5/18/21 4:15 AM | BTC | 0.045441 | spot_quote | |
| 6/22/21 1:56 AM | DOGE | 203747.4 | deposit | 112965 |
| 8/12/21 2:08 AM | DOGE | -37573 | spot_base | |

DW0013-000003

| | | | | |
|---|---|---|---|---|
| 8/12/21 2:08 AM | BTC | 0.23408 | spot_quote |
| 8/12/21 2:08 AM | BTC | -0.00023 | spot_fee |
| 8/12/21 2:08 AM | BTC | -1.6E-05 | spot_fee |
| 8/12/21 2:08 AM | DOGE | -2500 | spot_base |
| 8/12/21 2:08 AM | BTC | 0.015575 | spot_quote |
| 8/12/21 2:08 AM | BTC | -3.1E-06 | spot_fee |
| 8/12/21 2:08 AM | BTC | 0.003115 | spot_quote |
| 8/12/21 2:08 AM | DOGE | -500 | spot_base |
| 8/12/21 2:08 AM | BTC | 0.01246 | spot_quote |
| 8/12/21 2:08 AM | BTC | -1.2E-05 | spot_fee |
| 8/12/21 2:08 AM | DOGE | -2000 | spot_base |
| 8/12/21 2:08 AM | DOGE | -3000 | spot_base |
| 8/12/21 2:08 AM | BTC | -1.9E-05 | spot_fee |
| 8/12/21 2:08 AM | BTC | 0.01869 | spot_quote |
| 8/12/21 2:08 AM | BTC | -3.1E-06 | spot_fee |
| 8/12/21 2:08 AM | DOGE | -500 | spot_base |
| 8/12/21 2:08 AM | BTC | 0.003115 | spot_quote |
| 8/12/21 2:08 AM | BTC | -3.1E-06 | spot_fee |
| 8/12/21 2:08 AM | BTC | 0.003115 | spot_quote |
| 8/12/21 2:08 AM | DOGE | -500 | spot_base |
| 8/12/21 2:08 AM | BTC | -3.1E-06 | spot_fee |
| 8/12/21 2:08 AM | BTC | 0.003115 | spot_quote |
| 8/12/21 2:08 AM | DOGE | -500 | spot_base |
| 8/12/21 2:08 AM | BTC | -3.1E-06 | spot_fee |
| 8/12/21 2:08 AM | BTC | 0.003115 | spot_quote |
| 8/12/21 2:08 AM | DOGE | -500 | spot_base |
| 8/12/21 2:08 AM | BTC | -3.1E-06 | spot_fee |
| 8/12/21 2:08 AM | BTC | 0.003115 | spot_quote |
| 8/12/21 2:08 AM | DOGE | -500 | spot_base |
| 8/12/21 2:08 AM | DOGE | -500 | spot_base |
| 8/12/21 2:08 AM | BTC | -3.1E-06 | spot_fee |
| 8/12/21 2:08 AM | BTC | 0.003115 | spot_quote |
| 8/12/21 2:08 AM | DOGE | -500 | spot_base |
| 8/12/21 2:08 AM | BTC | -3.1E-06 | spot_fee |
| 8/12/21 2:08 AM | BTC | 0.003115 | spot_quote |
| 8/12/21 2:08 AM | BTC | -3.1E-06 | spot_fee |
| 8/12/21 2:08 AM | DOGE | -500 | spot_base |
| 8/12/21 2:08 AM | BTC | 0.003115 | spot_quote |
| 8/12/21 2:08 AM | BTC | -0.00023 | spot_fee |
| 8/12/21 2:08 AM | BTC | 0.23408 | spot_quote |
| 8/12/21 2:08 AM | DOGE | -37573 | spot_base |
| 8/12/21 2:08 AM | BTC | -8E-05 | spot_fee |
| 8/12/21 2:08 AM | DOGE | -12854 | spot_base |
| 8/12/21 2:08 AM | BTC | 0.08008 | spot_quote |

DW0013-000004

| Date | | Asset | Amount | Type |
|---|---|---|---|---|
| 8/12/21 | 3:52 AM | BTC | -0.95205 | withdrawal 197568 |
| 8/23/21 | 6:44 AM | DOGE | -31308 | spot_base |
| 8/23/21 | 6:44 AM | BTC | -0.0002 | spot_fee |
| 8/23/21 | 6:44 AM | BTC | 0.199432 | spot_quote |
| 8/23/21 | 6:47 AM | DOGE | -18692 | spot_base |
| 8/23/21 | 6:47 AM | BTC | 0.119068 | spot_quote |
| 8/23/21 | 6:47 AM | BTC | -0.00012 | spot_fee |
| 8/25/21 | 11:09 AM | BTC | -0.00017 | spot_fee |
| 8/25/21 | 11:09 AM | BTC | -7E-05 | spot_fee |
| 8/25/21 | 11:09 AM | DOGE | -7081 | spot_base |
| 8/25/21 | 11:09 AM | BTC | 0.042203 | spot_quote |
| 8/25/21 | 11:09 AM | BTC | 0.017397 | spot_quote |
| 8/25/21 | 11:09 AM | DOGE | -2919 | spot_base |
| 8/28/21 | 6:56 PM | DOGE | -300 | spot_base |
| 8/28/21 | 6:56 PM | BTC | 0.001758 | spot_quote |
| 8/28/21 | 6:56 PM | BTC | -7E-06 | spot_fee |
| 8/28/21 | 6:56 PM | BTC | -5.7E-05 | spot_fee |
| 8/28/21 | 6:56 PM | DOGE | -9700 | spot_base |
| 8/28/21 | 6:56 PM | BTC | 0.056842 | spot_quote |
| 8/29/21 | 4:17 PM | DOGE | -7600 | spot_base |
| 8/29/21 | 4:17 PM | BTC | 0.0138 | spot_quote |
| 8/29/21 | 4:17 PM | BTC | 0.0437 | spot_quote |
| 8/29/21 | 4:17 PM | BTC | -5.5E-05 | spot_fee |
| 8/29/21 | 4:17 PM | BTC | -0.00017 | spot_fee |
| 8/29/21 | 4:17 PM | DOGE | -2400 | spot_base |
| 9/7/21 | 2:33 AM | BTC | -5.6E-05 | spot_fee |
| 9/7/21 | 2:33 AM | BTC | -0.00015 | spot_fee |
| 9/7/21 | 2:33 AM | BTC | -7E-06 | spot_fee |
| 9/7/21 | 2:33 AM | BTC | 0.004577 | spot_quote |
| 9/7/21 | 2:33 AM | BTC | 0.001743 | spot_quote |
| 9/7/21 | 2:33 AM | BTC | -1.8E-05 | spot_fee |
| 9/7/21 | 2:33 AM | BTC | 0.013992 | spot_quote |
| 9/7/21 | 2:33 AM | BTC | 0.037988 | spot_quote |
| 9/7/21 | 2:33 AM | DOGE | -6516 | spot_base |
| 9/7/21 | 2:33 AM | DOGE | -2400 | spot_base |
| 9/7/21 | 2:33 AM | DOGE | -299 | spot_base |
| 9/7/21 | 2:33 AM | DOGE | -785 | spot_base |
| 9/7/21 | 2:36 AM | DOGE | -6501 | spot_base |
| 9/7/21 | 2:36 AM | DOGE | -767 | spot_base |
| 9/7/21 | 2:36 AM | DOGE | -332 | spot_base |
| 9/7/21 | 2:36 AM | DOGE | -2400 | spot_base |
| 9/7/21 | 2:36 AM | BTC | -1.8E-05 | spot_fee |
| 9/7/21 | 2:36 AM | BTC | -7.8E-06 | spot_fee |
| 9/7/21 | 2:36 AM | BTC | -0.00015 | spot_fee |

| | | |
|---|---|---|
| 9/7/21 2:36 AM BTC | -5.6E-05 | spot_fee |
| 9/7/21 2:36 AM BTC | 0.004472 | spot_quote |
| 9/7/21 2:36 AM BTC | 0.001936 | spot_quote |
| 9/7/21 2:36 AM BTC | 0.037901 | spot_quote |
| 9/7/21 2:36 AM BTC | 0.013992 | spot_quote |
| 9/7/21 3:22 AM BTC | 0.001888 | spot_quote |
| 9/7/21 3:22 AM BTC | 0.037739 | spot_quote |
| 9/7/21 3:22 AM BTC | 0.013896 | spot_quote |
| 9/7/21 3:22 AM BTC | -7.9E-06 | spot_fee |
| 9/7/21 3:22 AM BTC | -7.6E-06 | spot_fee |
| 9/7/21 3:22 AM BTC | -0.00015 | spot_fee |
| 9/7/21 3:22 AM BTC | -5.6E-05 | spot_fee |
| 9/7/21 3:22 AM BTC | 0.002397 | spot_quote |
| 9/7/21 3:22 AM BTC | 0.00198 | spot_quote |
| 9/7/21 3:22 AM DOGE | -2400 | spot_base |
| 9/7/21 3:22 AM DOGE | -6518 | spot_base |
| 9/7/21 3:22 AM DOGE | -414 | spot_base |
| 9/7/21 3:22 AM DOGE | -342 | spot_base |
| 9/7/21 3:22 AM DOGE | -326 | spot_base |
| 9/7/21 3:22 AM BTC | -9.6E-06 | spot_fee |
| 9/7/21 3:22 AM DOGE | -3482 | spot_base |
| 9/7/21 3:22 AM BTC | 0.037739 | spot_quote |
| 9/7/21 3:22 AM BTC | -8.1E-05 | spot_fee |
| 9/7/21 3:22 AM DOGE | -6518 | spot_base |
| 9/7/21 3:22 AM BTC | -0.00015 | spot_fee |
| 9/7/21 3:22 AM BTC | 0.020161 | spot_quote |
| 9/7/21 3:52 AM DOGE | -3444 | spot_base |
| 9/7/21 3:52 AM DOGE | -6556 | spot_base |
| 9/7/21 3:52 AM BTC | -8E-05 | spot_fee |
| 9/7/21 3:52 AM BTC | -0.00015 | spot_fee |
| 9/7/21 3:52 AM BTC | 0.019941 | spot_quote |
| 9/7/21 3:52 AM BTC | 0.037959 | spot_quote |
| 9/8/21 5:29 PM BTC | -0.04338 | spot_quote |
| 9/8/21 5:29 PM BTC | -0.01182 | spot_quote |
| 9/8/21 5:29 PM BTC | -0.00017 | spot_fee |
| 9/8/21 5:29 PM BTC | -4.7E-05 | spot_fee |
| 9/8/21 5:29 PM DOGE | 2141 | spot_base |
| 9/8/21 5:29 PM DOGE | 7859 | spot_base |
| 9/9/21 3:10 PM DOGE | 2200 | spot_base |
| 9/9/21 3:10 PM BTC | -0.00017 | spot_fee |
| 9/9/21 3:10 PM BTC | -4.8E-05 | spot_fee |
| 9/9/21 3:10 PM BTC | -0.04267 | spot_quote |
| 9/9/21 3:10 PM BTC | -0.01203 | spot_quote |
| 9/9/21 3:10 PM DOGE | 7800 | spot_base |

DW0013-000006

| Date/Time | Asset | Amount | Type |
|---|---|---|---|
| 9/9/21 4:56 PM | BTC | 0.066741 | spot_quote |
| 9/9/21 4:56 PM | BTC | -0.00017 | spot_fee |
| 9/9/21 4:56 PM | BTC | -0.00027 | spot_fee |
| 9/9/21 4:56 PM | DOGE | -7754 | spot_base |
| 9/9/21 4:56 PM | DOGE | -12246 | spot_base |
| 9/9/21 4:56 PM | BTC | 0.042259 | spot_quote |
| 10/12/21 1:53 AM | DOGE | -2010 | spot_base |
| 10/12/21 1:53 AM | BTC | -8.3E-06 | spot_fee |
| 10/12/21 1:53 AM | BTC | 0.034972 | spot_quote |
| 10/12/21 1:53 AM | BTC | 0.002079 | spot_quote |
| 10/12/21 1:53 AM | BTC | -3.2E-05 | spot_fee |
| 10/12/21 1:53 AM | BTC | -0.00014 | spot_fee |
| 10/12/21 1:53 AM | BTC | 0.00802 | spot_quote |
| 10/12/21 1:53 AM | DOGE | -521 | spot_base |
| 10/12/21 1:53 AM | DOGE | -8765 | spot_base |
| 10/12/21 1:53 AM | BTC | 0.007661 | spot_quote |
| 10/12/21 1:53 AM | DOGE | -1920 | spot_base |
| 10/12/21 1:53 AM | BTC | -7.7E-06 | spot_fee |
| 10/12/21 1:53 AM | DOGE | -8658 | spot_base |
| 10/12/21 1:53 AM | BTC | -3.5E-05 | spot_fee |
| 10/12/21 1:53 AM | BTC | 0.034545 | spot_quote |
| 10/12/21 4:59 PM | BTC | -8.30E-07 | spot_fee |
| 10/12/21 4:59 PM | DOGE | -205 | spot_base |
| 10/12/21 4:59 PM | BTC | 0.000822 | spot_quote |
| 10/12/21 4:59 PM | BTC | -8.30E-07 | spot_fee |
| 10/12/21 4:59 PM | DOGE | -205 | spot_base |
| 10/12/21 4:59 PM | BTC | 0.000822 | spot_quote |
| 10/12/21 4:59 PM | BTC | 0.086067 | spot_quote |
| 10/12/21 4:59 PM | DOGE | -21463 | spot_base |
| 10/12/21 4:59 PM | BTC | -8.6E-05 | spot_fee |
| 11/10/22 2:12 PM | BTC | 1.93E-06 | spot_quote |
| 11/10/22 2:12 PM | DOGE | -0.3793 | spot_base |
| 11/11/22 2:04 PM | USD | 1691.706 | spot_quote |
| 11/11/22 2:04 PM | BTC | -0.1 | spot_base |
| 11/11/22 2:08 PM | USD | 14198.85 | spot_quote |
| 11/11/22 2:08 PM | BTC | -0.85539 | spot_base |
| 11/11/22 2:20 PM | USD | -15888.6 | fiat_withdrawal 36338 |

FTX Trading Ltd. 22-11068 (JTD)
Thirty-Fourth Omnibus Claims Objection
Schedule 1 - Modified Claims

DW0014-000001

| | | Asserted Claims | | | | Modified Claims | |
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| ███ | Watkins, David | West Realm Shires Services Inc. | BTC | 0.000000007415166 | | West Realm Shires Services Inc. | 0.000000007415166 |
| | | | USD | 15,890.55000000000000 | | | 2.009996259450158 |

Reason:  The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat overstate the quantities and holdings in such customer's accounts.  Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

9589 0710 5270 0311 0851 99

*Retail*



RDC 99

Mr. David Watkins
20 Forty Acres Drive
Wayland MA 01778

Office of the Clerk
United States Bankruptcy Co
for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801