**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Case No. 22-11068 (JTD) |
| | ) | |
| FTX Trading Ltd., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Phoenix TF, LLC<br><br>Name and address where notices and payments to transferee should be sent:<br>ATTN: Phoenix TF, LLC<br>418 Broadway Ste R<br>Albany, NY 12207<br><br>Email: henry@phoenixtf.co.uk | |

| Claim No. / Schedule | Creditor Name | Amt | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 49947 | | 100% | FTX Trading Ltd. | 22-11068 |
| Confirmation ID No. 3265-70-SWSQK-736064779 | | 100% | FTX Trading Ltd. | 22-11068 |
| Scheduled Claim No. 6758697 | | 100% | FTX Trading Ltd. | 22-11068 |
| Unique Customer Code: 00303108 | | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Jonathan Forsgren      Date: 6/4/24

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571*



CLOSE

## Creditor Data Details - Claim # 49947

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
09/10/2023

**Claim Number**
49947

**Schedule Number**
6758697

**Confirmation ID**
3265-70-SWSQK-736064779

## Claim Amounts

| Claim Nature | Schedule Amount | C* U* D* | Asserted Claim Amount | C* U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | AMPL | ASSERTED | 0.0000000006343424 | 0.0000000006343424 |
| CRYPTO | BTC-PERP | ASSERTED | -0.0000000000000004 | -0.0000000000000004 |
| CRYPTO | ETH-PERP | ASSERTED | -0.0000000000000009 | -0.0000000000000009 |
| CRYPTO | FTT | ASSERTED | 0.4493909556870739 | 0.4493909556870739 |
| CRYPTO | GDX | ASSERTED | 165.0 | 165.0 |
| CRYPTO | GDXJ | ASSERTED | 400.0 | 400.0 |
| CRYPTO | LUNA2 | ASSERTED | 76.25256927 | 76.25256927 |
| CRYPTO | LUNA2_LOCKED | ASSERTED | 177.92266165 | 177.92266165 |
| CRYPTO | SOL-PERP | ASSERTED | 0.0000000000001137 | 0.0000000000001137 |
| CRYPTO | SRM | ASSERTED | 0.86408421 | 0.86408421 |
| CRYPTO | SRM_LOCKED | ASSERTED | 0.03679729 | 0.03679729 |
| CRYPTO | TRX | ASSERTED | 0.000048 | 0.000048 |
| CRYPTO | USDT | ASSERTED | 0.0000000210222422 | 0.0000000210222422 |

FTX Trading Ltd. Case 22-11068-JTD Doc 6292 Filed 01/23/24 Page 57 of 538 Amended Schedule F-5 Nonpriority Unsecured Customer Claims 22-11068 (JTD)

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 00302932 | | APE[.0114657], APT[.91488], BTC[0], ETHBULL[.0009], ETHW[.00003943], FTT[0.01857325], FTT-PERP[0], GRTBULL[323.871377], IP3[9.2666], LUNC[0], NFT (503694354102706630/FTX EU - we are here! #143438)[1], NFT (572312768161812869/FTX EU - we are here! #143614)[1], SOL[0], SRM[6.10819508], SRM_LOCKED[46.52173038], TRX[.000065], USD[ -0.18], USDT[0.00000002], XPLA[8.71769], XRP[.434946] | | |
| 00302952 | | ALEPH[.00000001], APE[.00000001], BAO[.00000001], BTC[0], CREAM[.00000001], ETH-0930[0], FTT[22398.89286993], GODS[.00000001], GOG[.00000001], HT[.00000001], HXRO[.00000001], IMX[.00000001], LOOKS[.00000001], MCB[.00000001], MTA[.00000001], ORBS[.00000001], PROM[.00000001], PUNDIX[.00000001], ROOK[.00000001], SRM[.3567273], SRM_LOCKED[309.10420818], STG[.00000001], USD[0.08], USDT[11.40566799], YFII[.00000001] | Yes | |
| 00302954 | | ADA-20210326[0], ATOM[.3000015], BAT[.00000001], BF_POINT[400], BNB-20210625[0], BTC[1.67252586], BTC-20210625[0], BTC-20211231[0], BULL[0.00005008], DEFI-20210326[0], DEFI-20210625[0], DEFIBULL[0], DOGEBULL[0], ETH[0.00058175], ETH-20210625[0], ETHBULL[0.00000038], ETHW[0.00058175], EXCH-20210326[0], EXCH-20210625[0], EXCH-20210924[0], FTT[150.48848342], ICP-PERP[0], LOOKS[.00003], LUNC-PERP[0], MATIC-PERP[0], NFT (385638916035942735/Yield Guild Games - Play to Earn)[1], PRIV-20210625[0], RAY[0], SAND[.000005], SLP-PERP[0], SOL[.05830001], SOL-20210326[0], SRM[24.33797927], SRM_LOCKED[89.07316464], STEP[.00000002], SUSHI-20210625[0], TRX[.000781], TSLA[.00000003], TSLAPRE[0], USD[152.21], USDT[5973.90379122], USTC[0], WBTC[0], XRP-20210625[0] | | |
| 00302972 | | AAVE-PERP[0], ADABULL[0], ADA-PERP[0], ALGO-PERP[0], ALT-PERP[0], APE-PERP[0], APT-PERP[0], ATOM-PERP[0], AXS-PERP[0], BAO-PERP[0], BIT-PERP[0], BNB-PERP[0], BSV-PERP[0], BTC[0], BTC-PERP[0], CEL-PERP[0], CONV-PERP[0], CREAM-PERP[0], CRO-PERP[0], CRV-PERP[0], CVX-PERP[0], DEFIBULL[0], DOGE-PERP[0], DOT-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[0.00032935], ETHBULL[0], ETH-PERP[0], FIL-PERP[0], FLM-PERP[0], FTT[0.02066397], GALA-PERP[0], GMT-PERP[0], GRT-PERP[0], HNT-PERP[0], ICP-PERP[0], IMX-PERP[0], IOTA-PERP[0], KLUNC-PERP[0], LINK-0624[0], LINK-PERP[0], LUNA2-PERP[0], LUNC-PERP[0], MANA-PERP[0], MAPS-PERP[0], MATIC-PERP[0], MTA-PERP[0], NEO-PERP[0], OXY-PERP[0], ROOK-PERP[0], ROSE-PERP[0], RUNE-PERP[0], SAND-PERP[0], SHIB-PERP[0], SHIT-PERP[0], SNX-PERP[0], SOL-PERP[0], SRM[.4936861], SRM_LOCKED[2.37760628], SRM-PERP[0], SRN-PERP[0], SUSHI-PERP[0], THETA-PERP[0], TRUMPFEB[0], TRX-PERP[0], TSLA-20210326[0], UNI-PERP[0], USD[0.20], USDT[0.00043436], USDT-PERP[0], USTC-PERP[0], WAVES-PERP[0], XLM-PERP[0], XMR-PERP[0], XRP-PERP[0], YFI-PERP[0], ZIL-PERP[0] | | |
| 00302982 | | NFT (410251346544840105/FTX EU - we are here! #104968)[1], NFT (506666976056120434/FTX EU - we are here! #105056)[1], NFT (536558258643622215/FTX EU - we are here! #104904)[1], SRM[.38702351], SRM_LOCKED[5.61297649], USD[0.00], USDT[0] | Yes | |
| 00302992 | | AGLD-PERP[0], AVAX-PERP[0], BIT[3000.01121], BSV-PERP[0], CHZ-PERP[0], COIN[.00001575], CRO-PERP[0], DOGE[0.00000122], DOGE-PERP[0], DYDX-PERP[0], ETC-PERP[0], FIL-PERP[0], FLOW-PERP[0], FTT[150.095025], GRT-PERP[0], KNC-PERP[0], LOOKS-PERP[0], LUNA2[0.00000073], LUNA2_LOCKED[0.00000171], LUNC[.16], LUNC-PERP[0], OMG-PERP[0], PSG[.000569], REN-PERP[0], SLP-PERP[0], SOL[0.00002662], SOL-PERP[0], SPELL[3899.22], TRU-PERP[0], TRX[.000001], USD[1073.57], USDT[0] | | |
| 00302993 | | ADABULL[1.61872477], ADA-PERP[0], AMPL[0], AMPL-PERP[0], BCH-PERP[0], BNB-PERP[0], BSVBULL[99053158.1], BTC[0], BTC-PERP[0], DOGE-PERP[0], EOSBULL[8390573.36], ETH-PERP[0], FIL-PERP[0], FTT[0.00000001], GMT-PERP[0], LINK-PERP[0], LUNA2[1.37508076], LUNA2_LOCKED[3.20852178], LUNC[299426.73169494], MINA-PERP[0], SOL[.008504], SOL-PERP[0], SRM[.98307483], SRM_LOCKED[15.34837208], SXPBULL[1320475.481], TRX-PERP[0], USD[228.86], USDT[0], XRPBULL[1188480.124026], XRP-PERP[0], ZECBULL[2149.6345] | | |
| 00303024 | | AAVE-PERP[0], ADA-20210326[0], ADA-20211231[0], ADA-PERP[0], AGLD-PERP[0], ALGO-PERP[0], ALT-PERP[0], APE-PERP[0], APT[25.001685], APT-PERP[0], AVAX-20211231[0], AVAX-PERP[0], AXS-PERP[0], BAO-PERP[0], BCH-PERP[0], BLT[.00862], BNB[0], BNB-20210924[0], BNB-20211231[0], BNB-PERP[0], BTC[0], BTC-0325[0], BTC-20201225[0], BTC-20210924[0], BTC-20211231[0], BTC-PERP[0], CEL-PERP[0], CREAM-PERP[0], DEFI-20210326[0], DEFI-PERP[0], DOGE-1230[0], DOGE-PERP[0], DOT-20211231[0], DOT-PERP[0], DYDX-PERP[0], EOS-PERP[0], ETH-0325[0], ETH-20210924[0], ETH-20211231[0], ETH-PERP[0], ETHW[.000075], EXCH-PERP[0], FIL-20210924[0], FIL-PERP[0], FLOW-PERP[0], FTM-PERP[0], FTT[150.07965581], FTT-PERP[0], GMT-PERP[0], GRT-PERP[0], HT-PERP[0], ICP-PERP[0], KAVA-PERP[0], KNC-PERP[0], LRC-PERP[0], LTC-PERP[0], LUNA2[0.00647678], LUNA2_LOCKED[0.01511249], LUNA2-PERP[0], LUNC-PERP[0], MANA-PERP[0], MASK-PERP[0], MATIC-PERP[0], MID-PERP[0], NEAR-PERP[0], OMG-PERP[0], OP-PERP[0], RAY-PERP[0], RNDR-PERP[0], SAND-PERP[0], SECO-PERP[0], SHIT-PERP[0], SLP-PERP[0], SLV-20210326[0], SOL-20211231[0], SOL-OVER-TWO[0], SOL-PERP[0], SPA[.25], SRM[2.18606], SRM_LOCKED[158.06859288], SUSHI-PERP[0], THETA-PERP[0], TRUMP[0], TRX-PERP[0], UNI-PERP[0], USD[4066.50], USDT[0.00105426], USTC[.91682], WSB-20210326[0], XLM-PERP[0], XRP-PERP[0], YFI-PERP[0] | | |
| 00303042 | | BLT[1751.008755], BTC[0.00002876], ETH[.03999998], ETHW[.04], FTT[155.9597095], GMT[.00943], LOOKS[.02281], MATIC[6.64312322], NFT (466146081671733427/FTX EU - we are here! #95252)[1], NFT (491880768245952002/FTX AU - we are here! #54371)[1], SOL[.0001238], SRM[1.84015883], SRM_LOCKED[10.63984117], TRX[.000032], USD[1.02], USDT[0.98869920] | | |
| 00303052 | | AAVE[9.01941685], BTC[0.65352786], DEFIBULL[0], DOGEBULL[0], ETH[8.595], ETHBULL[0], ETHW[8.595], FTT[3.60000001], SNX[133.35652609], SOL[76.89012], SRM[.18707826], SRM_LOCKED[108.0688767], SUSHI[0], USD[0.71], USDT[0] | | SNX[133.13844] |
| 00303078 | | 1INCH-PERP[0], ALPHA-PERP[0], AMC-20210326[0], APE-PERP[0], ASD[0.03169126], ASD-PERP[0], AUD[0.00], BAND-PERP[0], BNB-PERP[0], BTC[.000001], BTC-PERP[0], CEL[0], CEL-PERP[0], DEFI-PERP[0], DOGE-PERP[0], ETH[0], ETH-PERP[0], FTT[150.03576673], FTT-PERP[0], GME[.13048139], GME-20210326[0], GMEPRE[0], GRT-PERP[0], HT[0.00380698], HT-PERP[0], LINK-PERP[0], LUNA2[0.67994208], LUNA2_LOCKED[1.58653152], LUNC-PERP[0], NOK-20210326[0], RUNE-PERP[0], SHIT-PERP[0], SLV[0], SOL[.00000001], SOL-PERP[0], SPELL-PERP[0], STEP-PERP[0], STETH[0.00007391], SUSHI-PERP[0], TRX[.000778], UNI-PERP[0], USD[1.12], USDT[0.00500000], USTC-PERP[0], XRP-20201225[0], XRP-PERP[0], YFI-PERP[0] | | |
| 00303087 | | AVAX[0], BTC[0], BTC-PERP[0], BULL[0], DEFIBULL[0], ETHBULL[0], ETH-PERP[0], FTT[0.15691127], GRTBULL[0], LINKBULL[0], LUNC-PERP[0], MANA-PERP[0], MIDBULL[0], MTL-PERP[0], NEAR-PERP[0], NFT (308011003129935713/FTX EU - we are here! #36143)[1], NFT (407792814132054985/FTX EU - we are here! #35529)[1], NFT (434274624654844127/FTX AU - we are here! #40499)[1], NFT (445247114874887956/FTX AU - we are here! #40532)[1], SOL-PERP[0], SRM[.11363971], SRM_LOCKED[1.45958607], SUSHI-PERP[0], UNISWAPBULL[0], USD[0.02], USDT[0] | | |
| 00303097 | | AAVE-PERP[0], ALCX[1.23258259], BNB[0.00427798], BTC[0], BTC-PERP[0], BTTPRE-PERP[0], CRV[0], DOGE-PERP[0], DOT-PERP[0], DYDX[0], ETH[1.03093602], ETH-PERP[0], ETHW[0.00099317], FTM[0], FTT[0], FXS[152.22345805], ICP-PERP[0], LDO[23.30833798], LINK[.06], LOOKS[509], LTC[.00156495], LUNA2[7.35006973], LUNA2_LOCKED[17.15016272], LUNC[1600493.16], LUNC-PERP[0], MATIC-PERP[0], SHIB[2850], SOL[0], STEP[0], STG[1780.17021441], SUSHI[.1], TRX[0.35392079], USD[0.00], USDT[0.00000300] | | |
| 00303108 | | AMPL[0], APT-PERP[0], AVAX-PERP[0], AXS-PERP[0], BTC-PERP[0], DOGE-PERP[0], DOT-PERP[0], ETH-PERP[0], FTM-PERP[0], FTT[0.44939095], FTT-PERP[0], GDX[165], GDXJ[400], KSM-PERP[0], LUNA2[76.25256927], LUNA2_LOCKED[177.92266165], LUNC-PERP[0], MATIC-PERP[0], ROOK-PERP[0], SOL-PERP[0], SRM[.86408421], SRM_LOCKED[.03679729], SRM-PERP[0], TRX[.000048], USD[18367.77], USDT[0.00000002], XRP[.56408], XRP-PERP[0] | | |
| 00303113 | | ATLAS[.28982029], BTC[0.00007829], BTC-PERP[0], FTT[.523661], POLIS[.0028982], SRM[.38702351], SRM_LOCKED[5.61297649], USD[2.56], USDT[16.07534754] | | |
| 00303124 | | FTT[.5086], SRM[.62710448], SRM_LOCKED[2.37289552], USD[5.00] | | |
| 00303133 | | 1INCH-20210326[0], 1INCH-PERP[0], AAVE-20210326[0], AAVE-PERP[0], ADA-20210326[0], ADA-20210924[0], ADA-PERP[0], ALGO-PERP[0], ALPHA-PERP[0], ALT-PERP[0], APE-PERP[0], AR-PERP[0], ATOM-PERP[0], AUDIO-PERP[0], AVAX-0624[0], AVAX-20210326[0], AVAX-PERP[0], AXS-0930[0], AXS-PERP[0], BADGER-PERP[0], BAL-20210924[0], BAL-PERP[0], BAND-PERP[0], BCH-PERP[0], BIT-PERP[0], BNB-PERP[0], BSV-PERP[0], BTC[0.01000001], BTC-1230[0], BTC-20211231[0], BTC-PERP[1.99999999], BTT[223001880], BTTPRE-PERP[0], CAKE-PERP[0], CEL-PERP[0], CHR-PERP[0], CHZ-PERP[0], CLV-PERP[0], COMP-PERP[0], CRO-PERP[0], CRV-PERP[0], DASH-PERP[0], DEFI-20210625[0], DEFI-PERP[0], DENT-PERP[0], DOGE-PERP[0], DOT-PERP[0], DRGN-PERP[0], DYDX-PERP[0], EGLD-PERP[0], ENJ-PERP[0], EOS-PERP[0], ETH-0930[0], ETH[.1], ETH-1230[0], ETH-PERP[0], EXCH-PERP[0], FIL-20210625[0], FIL-PERP[0], FLOW-PERP[0], FTM-PERP[0], FTT[150.30957798], FTT-PERP[0], GMT-PERP[0], GRT-PERP[0], HOT-PERP[0], HT-PERP[0], ICP-PERP[0], IOTA-PERP[0], KAVA-PERP[0], KIN-PERP[0], KSM-PERP[0], LINA-PERP[0], LINK-PERP[0], LTC-PERP[0], LUNA2[0], LUNA2_LOCKED[29.47903099], LUNC[20.24895236], LUNC-PERP[0], MATIC-PERP[0], MID-PERP[0], MKR-PERP[0], MNGO-PERP[0], MTL-PERP[0], NEAR-PERP[0], NEO-PERP[0], OMG[0], OMG-0325[0], OMG-0624[0], OMG-20211231[0], OMG-PERP[0], ONE-PERP[0], PEOPLE-PERP[0], PERP-PERP[0], PROM-PERP[0], PUNDIX-PERP[0], QTUM-PERP[0], RAY[54.96519540], RAY-PERP[0], REN-PERP[0], RSR-PERP[0], SAND-PERP[0], SHIB-PERP[0], SHIT-PERP[0], SKL-PERP[0], SLP-PERP[0], SNX-PERP[0], SOL[.00000001], SOL-1230[0], SOL-PERP[0], SRM-PERP[0], STEP-PERP[0], SUSHI-PERP[0], SXP-20210326[0], SXP-PERP[0], THETA-PERP[0], TOMO-PERP[0], TRU-PERP[0], TRX-0624[0], TRX[121200.87806289], TRX-1230[ -120581], TRX-PERP[0], UBXT_LOCKED[55.79337746], UNI-PERP[0], USD[ -19225.38], USDT[7100.54069406], USDT-PERP[0], USTC-PERP[0], VET-PERP[0], WAVES-0624[0], WAVES-0930[0], WAVES-PERP[0], XEM-PERP[0], XLM-PERP[0], XMR-PERP[0], XRP-PERP[0], XTZ-PERP[0], YFI-0930[0], YFI-20210326[0], YFI-20210625[0], YFII-PERP[0], YFI-PERP[0], ZEC-PERP[0], ZIL-PERP[0], ZRX-PERP[0] | | |
| 00303137 | | ATLAS-PERP[0], AUDIO-PERP[0], BADGER-PERP[0], BAND-PERP[0], BNT[0], BNT-PERP[0], CUSDT-PERP[0], DOGE[180.14212540], ETH[.04029822], FIDA[.01139544], FIDA_LOCKED[.03658615], FIDA-PERP[0], FTT[26.03237284], FTT-PERP[0], GMT-PERP[0], KIN-PERP[0], LINA-PERP[0], LUNC-PERP[0], MATIC[10.95020527], MATIC-PERP[0], NFT (307135979344404111/Baku Ticket Stub #2413)[1], NFT (351347395322997205/Austin Ticket Stub #716)[1], NFT (374866013607190636/The Hill by FTX #6544)[1], NFT (377167184136505741/Netherlands Ticket Stub #547)[1], NFT (404255302654597817/Mexico Ticket Stub #717)[1], NFT (408246375549358115/Austria Ticket Stub #375)[1], NFT (436555431359706559/Hungary Ticket Stub #1562)[1], NFT (471855579761428250/FTX EU - we are here! #158044)[1], NFT (476234058197963756/Japan Ticket Stub #1271)[1], NFT (489156509920954419/France Ticket Stub #1922)[1], NFT (489657654656225776/Montreal Ticket Stub #94)[1], NFT (495025246990682676/FTX EU - we are here! #157685)[1], NFT (516786392280645820/Monza Ticket Stub #1442)[1], NFT (542103632049647940/FTX Crypto Cup 2022 Key #492)[1], NFT (545959596278088804/Singapore Ticket Stub #370)[1], NFT (557468656647346576/FTX EU - we are here! #157906)[1], NFT (571386925818561924/Belgium Ticket Stub #357)[1], REN-PERP[0], RSR[0], RSR-PERP[0], RUNE-PERP[0], SNX-PERP[0], SOL[.20441034], SOL-PERP[0], SRM[.00840128], SRM_LOCKED[.0611806], SRM-PERP[0], STMX-PERP[0], SXP-PERP[0], TOMO[0], TOMO-PERP[0], TRU-PERP[0], TRX[7806.02048017], TRX-PERP[0], USD[5286.27], USDT[0.25738096], USTC-PERP[0], XRP-PERP[0], ZIL-PERP[0] | Yes | |
| 00303144 | | AMPL[0.00845577], ASD[0], ASD-PERP[0], AVAX[0], BADGER-PERP[0], CHZ-PERP[0], DENT-PERP[0], DOGE-PERP[0], ETH[0.00117979], ETHW[0.30185747], FLOW-PERP[0], FTT[0], FTT-PERP[0], HMT[3147.83188193], HT-PERP[0], KIN-PERP[0], LUNA2[0.00000002], LUNA2_LOCKED[0.00000006], LUNC[.00561785], NFT (342694017949107341/FTX AU - we are here! #1197)[1], NFT (385999021346284650/FTX EU - we are here! #85533)[1], NFT (398573001189834120/Humpty Dumpty #1425)[1], NFT (432411650294000808/MagicEden Vaults)[1], NFT (436433606893570323/FTX EU - we are here! #85996)[1], NFT (462661406253653472/FTX AU - we are here! #30653)[1], NFT (471476235545280205/MagicEden Vaults)[1], NFT (503557454703554989/FTX AU - we are here! #1160)[1], NFT (509039136060185240/FTX EU - we are here! #85894)[1], NFT (518968712597537213/MagicEden Vaults)[1], NFT (541039215139983487/MagicEden Vaults)[1], NFT (560358554699833130/MagicEden Vaults)[1], RAY[0], RAY-PERP[0], ROOK-PERP[0], SOL[0.00000001], SOL-PERP[0], STEP[.00000001], STEP-PERP[0], TRX[0.00003752], TRX-PERP[0], USD[0.02], USDT[279.13231542], USTC[0], VET-PERP[0] | Yes | USD[0.02], USDT[279.062644] |
| 00303166 | | ALGOBULL[4995.605], ATOMBULL[.002555], BILI-20210924[0], BULL[0.00000631], CRO-PERP[0], DOGEBEAR2021[0.00075732], DOGEBEAR[274826268.75], ETH[.00078057], ETHBULL[0.00000434], ETHW[0.24907778], FLOW-PERP[0], FTM[55.10864753], FTT[159.1032969], FTT-PERP[0], HNT-PERP[0], NFT (362558007575114503/FTX AU - we are here! #63683)[1], SHIB-PERP[0], SOL[0.00724379], STEP[4773.08639304], STEP-PERP[0], SXPBEAR[8191.595], SXPBULL[1.61078243], TRX[.000795], UBXT[10958.44336373], UBXT_LOCKED[56.33368863], USD[421.04], USDT[0], XTZBULL[0.21369846], ZECBULL[.0001282] | Yes | |
| 00303176 | | BTC-PERP[0], ETH-PERP[0], FTT[25], SRM[2.91505237], SRM_LOCKED[12.38494763], USD[0.65], USDT[0.00019036], WAVES[.03614329], WAVES-PERP[0], XRP[0.29945100] | Yes | |
| 00303179 | | AAVE-PERP[0], ALCX[0], ALPHA-PERP[0], ATOM-PERP[0], AUD[0.00], BAO-PERP[0], BNB-PERP[0], BTC[1.81711805], BTC-PERP[0], CUSDT[0], DOGE[0], DOT-PERP[0], ETH[0], ETH-PERP[0], FTT[304.63219404], IOTA-PERP[0], KNC[0], LTC[0.01001480], LTC-PERP[0], LUNC-PERP[0], MATIC[0], MATIC-PERP[0], MER[4000], ONE-PERP[0], RAY[99.71200589], REN[0], SNY[.001275], SOL[71.38811816], SRM[162.27594556], SRM_LOCKED[3.0103229], THETA-PERP[0], TOMO[0], USD[740.21], USDT[0], XRP-PERP[0], YFI[0] | | |

**EVIDENCE OF TRANSFER OF CLAIM**

TO: United States Bankruptcy Court
for the District of Delaware ("Court")

AND: FTX Trading Ltd. ("Debtor")
Case No. 22-11068 (JTD) ("Case")

CLAIM: Proof of Claim No.'s 49947 ("Proof of Claim")
Schedule No. 6758697 (Schedule")
Confirmation ID No.'s 3265-70-SWSQK-736064779 ("Confirmation ID")
Customer Code No. 00303108 ("Customer Code")

Michael Colin-Farrell ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged pursuant to the terms of an Assignment of Claim Agreement dated as of June 2, 2024, does hereby certify that he has unconditionally and irrevocably sold, transferred, and assigned to:

Phoenix TF, LLC
418 Broadway Ste R
Albany, NY 12207
Attention: Jonathan Forsgren
Email: customerservice@phoenixtf.co.uk

and its successors and assigns ("Buyer"), all rights, title, and interest in and to (a) the Proofs of Claim, (b) the Schedule, (c) the Confirmation IDs and (d) the Customer Code (collectively the "Claim") and all cash, principal, interest, and other property that may be distributed on account of the Claim.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all future payments and distributions on account of the Claim free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim, in each case to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have duly executed this Evidence of Transfer of Claim.

**SELLER:**

**BUYER:**

**PHOENIX TF, LLC**

By: Jonathan Forsgren
Name: Jonathan Forsgren
Title: Authorized Signatory
Date: 6/5/24

**Identity of Transferor**

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.