# Exhibit A

**Settlements Consummated Pursuant to the
Small Estate Claims Settlement Procedures Order
May 2024**

| Settling Party | Settled Value |
|---|---|
| Atlas Center LTD/Center for Space Governance ("CSG") | $2,000 |
| Bill, Hillary & Chelsea Clinton Foundation | $500,000 |
| EA Search Limited | $93,000 |
| Election Reformers Network | $16,819 |
| Federation of American Scientists | $327,000 |
| Ashley Mo | $10,403 |
| More Perfect Union Action | $25,000 |
| Swift Centre for Applied Forecasting Ltd. | $720,000 |
| Michelle Viotti | $25,000 |