RECEIVED
2024 JUN -7  AM 9:34
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

### RESPONSE TO DEBTORS' THIRTY-FIFTH (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN NO LIABILITY PROOFS OF CLAIM (CUSTOMER CLAIMS) BY CLAIMANT ▮

I am Vladimir Bykov (full name in Russian: Быков Владимир Михайлович), owner of claim ▮ I have successfully completed the KYC procedure and I am a verified owner of FTX account with id ▮ (See *Exhibit A.2, A.3, A.4*).

I protest Debtor's objection in part that my FTX account "had no fiat, cryptocurrency or non-fungible tokens".

As of November 11, 2022 my account contained fiat money and cryptocurrency, which is confirmed by at least the following facts:

1. Non-zero account balances showing on Kroll's FTX Claims Portal (the "Claims Portal") https://claims.ftx.com/ (See *Exhibit A.1*), the correctness of the amounts of which has been verified during the audit by exporting and processing raw data in CSV format from the Claims Portal. All exported data that was used during the audit (the history of deposits, withdrawals, trades, lends and borrows) and corresponding calculations located in the Excel file *ftx_summary_final_20240522_vb.xlsx* (the "Excel File") which was sent by email to each Counsel for the Debtors and which may be requested from me by email. (See *Exhibit B.1* for total calculation).
2. I had multiple successful deposits into my FTX account (See *Exhibit A.5, A.6* for some of them) but I haven't received any payments since November 8, 2022 from FTX. I have unsettled withdrawal requests at least for 8 BTC in BNB Smart Chain (See in Excel File at sheet main_withdrawals.csv or *Exhibit B.2*, record #29439936 on November 8, 2022 at 20:21:33 UTC). In exported data it has status "requested" but not "complete" as it should be in case of fully processed withdrawal and it have never been appear in blockchain.

Considering the above I completely agree with amounts presented in my personal account on the Claims Portal in the Portfolio section on the Balances page (See *Exhibit A.1*), as follows:

USD[2800.31567728], BTC[23.45342319], ETH[10.00073851], DOGE[278052.0407073], XRP[52988.70302872], SHIB[824235702], TRX[3501.73957356], BNB[0.00391556], USDT[0.26570545]

and therefore I support the amounts specified in my claim.

Also I need to clarify that these balances include loaned fiat and cryptocurrency in the amount of USD[700.00000000], BTC[10.00000000] which in my claim I incorrectly indicated as "asserted" but not as "loaned". Also, in my claim, I did not specified balances for BNB and USDT cryptocurrencies due to their insignificant amount.

I'm ready to provide additional documents and information supporting my claim (including but not limited to: emails from FTX, screenshots and exported data from the Claims Portal, completed trading history and spot balances history gathered from ftx.com over API during my trading activity, screenshots from my own crypto wallets used for deposits and withdrawals). The preferred method of communication is by email or phone number provided in my claim.

I should note that I contacted the debtors by email and provided documents and screenshots in an informal response without redacting any sensitive information. The Debtors have extended the deadline for me to file a formal response until June 10, 2024 and I am filling out this formal response to preserve my rights.

Respectfully,

Vladimir Bykov

June 3, 2024

Exhibit A

To protect the Claimant from potential harm that may result from the disclosure of certain confidential information, the Claimant has redacted the personal FTX email address, wallet addresses and transactions identificators. Unredacted copies may be requested by the authorized persons.



Screenshot 1. Account and balances details on Kroll's *FTX Claims Portal*





*Screenshot 3. Email from FTX about completed identify verification during first registration on ftx.com*

Re: **Request for Additional Information/Documentation for KYC Application**



kyc-support@ftx.com  kyc-support@ftx.com  May 20 at 17:20
1 recipient

Folder: Inbox

↩ Reply   → Forward   🗑 Delete   ••• More

Dear Customer,

Thank you for your email.

At this time, we do not need any further documentation to continue with the review of your claim.

For any updates, please, refer to the claims portal where you can track the progress of your application by login in with your credentials and / or contact FTX Customer Support team at support@ftx.com.

Best regards,
KYC Support



GMT+1       May 18 at 3:21 AM

Hello.
Was the KYC procedure completed successfully?

|| Earlier in thread

Show thread

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.


↩ Reply

*Screenshot 4. Email from KYC Support in reply to my request about my KYC verification status on Claims Portal claims.ftx.com*



Screenshot 5. Deposits of BTC sent from my personal BTC wallet to the address belonging to my FTX account. Shown details of last transaction.



*Screenshot 6. Email from FTX about one of successful deposits on November 8, 2022*



Hello Быков Владимир Михайлович,

We have received a request to withdraw 8.00000000 BTC from your FTX account to

If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.



*Screenshot 7. Email from FTX regarding a withdrawal request of 8 BTC created on November 8, 2022, which have never been settled.*



| Coin | Deposits | Withdrawals | Lending | Borrowing | Trades | Total |
|---|---|---|---|---|---|---|
| BNB | 492.6769318 | -69.95 | 0 | -0.22084612 | -422.5 | 0.00608566 |
| BTC | 69.85659929 | -10 | 0.00129849 | -0.00062908 | -36.40383550 | 23.45343319 |
| DOGE | 8886479.88635327 | -6740000 | 0.9095 | -133.75514597 | -1868295 | 278052.04070730 |
| ETH | 134.999938 | -77 | 0.04125430 | -0.00145379 | -48.039 | 10.00073851 |
| SHIB | 724435702 | -400000000 | 0 | 0 | 499800000 | 824235702 |
| TONCOIN | 35763.259 | -545479.69402 | 0 | 0 | 509716.43502 | 0.0 |
| TRX | 740272.500027 | -1710010 | 8120.90833335 | -16.66878678 | 965135 | 3501.73957356 |
| XRP | 907999 | -1036010 | 0.49269647 | -34.78966774 | 181034 | 52988.70302873 |
| FTT | 0 | 0 | 0 | 0 | 55.09498 | 55.09498 |
| USDT | 7416402.12 | -8366129.793 | 528.61174339 | -5.61200335 | 949205.03896542 | 0.36570546 |
| USD | 1387838.93 | -290010.75 | 3.175846 | -0.00658966 | -1095031.03357905 | 2800.31567729 |

Table 1. This table shows summary balances changes as of November 11, 2022 15:00 (UTC) for each asset specified in the head of the rows and every kind of activity specified in the head of columns. Column "Total" shows sum of changes for each asset and therefore contain account balances of each asset as of specified date.

Note: Calculated amount in USD cell contains a summary for USD fiat, BUSD and USDC crypto, since BUSD and USDC were converted to USD at ratio 1:1 at the time of deposit.

Case 22-11068-JTD    Doc 16997    Filed 06/07/24    Page 11 of 11




PRIORITY MAIL
U.S. POSTAGE PAID
C2M
eVS

**USPS PRIORITY MAIL®**

757852X1X1XPRI
Vladimir Bykov
Do vostrebovanija
Saint-Petersburg, 197110

Clerk's Office of U.S. Bankruptcy Court
824 N Market St FL 3
Wilmington, DE 19801

USPS TRACKING # eVS

9205 5901 5266 1900 2035 9671 27