# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esq., hereby certify that on June 7, 2024, a true and correct copy of **LIMITED OBJECTION OF FONDATION SERENDIPITY, FONDATION ELEMENTS, SERENDIPITY NETWORK LTD AND LIQUIDITY NETWORK LTD TO MOTION OF DEBTORS FOR ENTRY OF AN ORDER (I) APPROVING THE ADEQUACY OF THE DISCLOSURE STATEMENT; (II) APPROVING SOLICITATION PACKAGES; (III) APPROVING THE FORMS OF BALLOTS; (IV) ESTABLISHING VOTING, SOLICITATION AND TABULATION PROCEDURES; AND (V) ESTABLISHING NOTICE AND OBJECTION PROCEDURES FOR THE CONFIRMATION OF THE PLAN** was (i) electronically filed via the Court's CM/ECF system and thereby served on those parties consenting to electronic service and (ii) served separately on the parties listed below via electronic mail.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Sullivan & Cromwell LLP
125 Broad Street,
New York, NY 10004
Attn: Andrew G. Dietderich. Esq.
Brian D. Glueckstein. Esq.
Alexa J. Kranzley. Esq.
Email: dietdericha@sullcrom.com
Email: gluecksteinb@sullcrom.com
Email: kranzleya@sullcrom.com

The Office of the United States Trustee
for the District of Delaware
Attn: Linda Richenderfer, Esq.
Email: linda.richenderfer@usdoj.gov
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Attn: Matthew B. Lunn. Esq.
Robert F. Poppiti, Jr. . Esq.
Email: mlunn@ycst.com
Email: rpoppiti@ycst.com

Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Attn: Kris Hansen. Esq.
Ken Pasquale. Esq.
Email: krishansen@paulhastings.com
Email: kenpasquale@paulhastings.com

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
Wilmington, Delaware 19801
Attn: Matthew B. Harvey. Esq.
Email: mharvey@morrisnichols.com

Richard, Layton, and Finger P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801,
Attn: Kevin Gross. Esq
Paul N. Heath. Esq.
Email: gross@rlf.com
Email: heath@rlf.com

Eversheds Sutherland (US) LLP
227 West Monroe Street, Suite 6000
Chicago, Illinois 60606
Attn: Erin E. Broderick. Esq.
Email: erinbroderick@eversheds-sutherland.com

White & Case LLP
1221 Avenue of the Americas,
New York, New York 10020,
Attn: J. Christopher Shore. Esq.
Brian D. Pfeiffer, Esq.
Email: cshore@whitecase.com
Email: brain.pfeiffer@whitecase.com

Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Attn: Adam G. Landis. Esq.
Kimberly A. Brown. Esq.
Email: landis@lrclaw.com
Email: brown@lrclaw.com

Dated: June 7, 2024
       Wilmington, Delaware

**REED SMITH LLP**

By: */s/ Kurt F. Gwynne*
    Kurt F. Gwynne (No. 3951)
    1201 N. Market Street, Suite 1500
    Wilmington, DE 19801
    Telephone: (302) 778-7500
    Facsimile: (302) 778-7575
    E-mail: kgwynne@reedsmith.com