IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF STEVEN P. COVERICK IN SUPPORT OF DEBTORS' REPLY IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING (I) THE REPAYMENT OF INTERCOMPANY PAYABLES BY FTX JAPAN AND (II) THE RELEASE OF THE CLAIMS RELATED TO THE INTERCOMPANY PAYABLES**

I, Steven P. Coverick, hereby declare under penalty of perjury:

1. I am a Managing Director at Alvarez & Marsal North America, LLC ("A&M"), a restructuring advisory services firm specializing in interim management, crisis management, turnaround consulting, operational due diligence, creditor advisory services and financial and operation restructuring.

2. On May 23, 2024, I submitted a declaration [D.I. 15654-3] (the "Declaration") in support of the *Debtors' Motion for Entry of an Order Authorizing and Approving (I) the Repayment of Intercompany Payables by FTX Japan and (II) the Release of the Claims Related to the Intercompany Payables* (the "Motion").[2] I submit this supplemental declaration (this "Supplemental Declaration") in further support of the Motion.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

3. I am not being compensated separately for this testimony other than through payments received by A&M as financial advisor retained by the Debtors. Except as otherwise indicated herein, all of the facts set forth in this Supplemental Declaration are based upon my personal knowledge, my review of relevant documents, information provided to me by A&M professionals involved in advising the Debtors in the Chapter 11 Case or information provided to me by the Debtors. If called upon to testify, I could and would testify to the facts set forth herein on that basis. I am authorized to submit this Supplemental Declaration on behalf of the Debtors.

4. According to the Debtors' books and records, Mr. Takido holds a claim against Debtor FTX Trading relating to his Blockfolio account of approximately $104,000 and a claim against FTX Japan of approximately $26.[3] On February 28, 2024, Mr. Takido filed a proof of claim (Proof of Claim No. 92763) against FTX Trading for approximately $104,000[4] and three proofs of claim (Proof of Claim Nos. 48849, 58518, 69090) against FTX Japan,[5] each for approximately $443, $443 and $26, respectively.

5. According to information available to the Debtors, Mr. Takido commenced a non-binding mediation proceeding against FTX Japan in Japan seeking the return of BTC attributable to Mr. Takido's Blockfolio account, plus interest, compensation and attorney's fees, in a total amount of approximately $435,000.[6]

---

[3] Mr. Takido held a scheduled claim of $443. On November 12, 2022, $418 was withdrawn by Mr. Takido, resulting in a $26 (due to rounding) remaining claim.

[4] Claim valued using pricing set forth in the *Order Granting Motion of Debtors to Estimate Claims Based on Digital Assets* [D.I. 7090] (applies throughout for claims against FTX Trading unless otherwise noted).

[5] Non-whitelisted tokens valued at zero for claims filed against FTX Japan included (immaterial impact to claim value). FTX Japan claims based on estimated petition date value (applies throughout unless otherwise noted).

[6] As of April 30, 2024, based on pricing of claimed positions and JPY/USD exchange rate.

2

6.  The Debtors dispute Mr. Takido's claim against FTX Japan. The Debtors' books and records evidence that Mr. Takido has a claim of $26 against FTX Japan as of June 7, 2024.

7.  According to the Debtors' books and records, Mr. Nagasaka has a claim against Debtor FTX Trading relating to his Blockfolio account of approximately $49,000 and another claim against FTX Trading of approximately $1.  On September 17, 2023, Mr. Nagasaka filed two proofs of claim, (Proof of Claim No. 53449) for approximately $49,000 and (Proof of Claim No. 53486) for approximately $1 against FTX Japan.

8.  According to information available to the Debtors, Mr. Nagasaka commenced a non-binding mediation proceeding against FTX Japan in Japan seeking the return of BTC attributable to Mr. Nagasaka's Blockfolio account in a total amount of approximately $177,000,[7] and the return of $1 attributable to Mr. Nagasaka's FTX Trading account.

9.  According to the Debtors' books and records, Mr. Nagasaka was a customer of FTX Trading, and never completed the required KYC process for migration of his FTX Trading account (and related assets) to FTX Japan.  The Debtors dispute Mr. Nagasaka's claim against FTX Japan as the Debtors' books and records do not evidence any claim of Mr. Nagasaka against FTX Japan.

10. In addition to the claims against FTX Japan set forth in the objections filed by Mr. Takido and Mr. Nagasaka, as of the date hereof, the Debtors have been informed of claims brought against FTX Japan (either in the form of non-binding mediation requests or Japanese legal proceedings) by 13 individuals purporting to be customers of FTX Japan.  The

---

[7]  As of April 30, 2024, based on pricing of claimed positions and BTC/USD exchange rate.

Debtors' books and records indicate that no such claims are liabilities of FTX Japan. The total value of such claims brought by purported customers of FTX Japan is $5.8 million.[8]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: June 10, 2024

/s/ Steven P. Coverick
Steven P. Coverick
Alvarez & Marsal North America, LLC
Managing Director

---

[8] As of April 30, 2024, based on pricing of claimed positions and JPY/USD exchange rate.