# **EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. Nos. 4814, 4816, 9427, 9432, 9463, 9468, 9473, 9475, 9497, 9504, 9517, 9539, 9540, 9543, 9545, 9550, 9555 & 16172 |

**FIFTH OMNIBUS ORDER APPROVING INTERIM FEE APPLICATIONS**

Upon consideration of the interim fee applications of the professionals retained by the above captioned debtors and debtors-in-possession (collectively, the "Debtors"), the Official Committee of Unsecured Creditors (the "Committee"), the Ad Hoc Committee of Non-US Customers of FTX.com (the "Ad Hoc Committee"), and the fee examiner (the "Fee Examiner") in the above-captioned chapter 11 cases (collectively, the "Professionals"),[2] a list of which is attached hereto as **Exhibit 1** (collectively, the "Fee Applications"), for allowance of compensation and reimbursement of expenses for the period set forth on each of the Fee Applications filed pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 435] and the *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [D.I. 834]; and upon the *Fee Examiner's Summary Report on Fee Review Process and Fifth Interim Fee Applications* [D.I. 16172]; and it appearing to the

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Fee Applications.

{1368.002-W0076078.2}

Court that all of the requirements, as applicable, of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code (as amended or modified, the "Bankruptcy Code"), as well as rule 2016 of the Federal Rules of Bankruptcy Procedure and rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the expenses incurred were reasonable and necessary; and that notices of the Fee Applications were appropriate; and after due deliberation and sufficient good cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Fee Applications are hereby APPROVED in the amounts set forth on **Exhibit 1** attached hereto.

2. The Fee Applications are granted on an interim basis in the respective amounts set forth as approved on **Exhibit 1** hereto, including any and all holdbacks.

3. The Debtors are authorized to remit payment to each of the Professionals in the amounts set forth on **Exhibit 1**, less any monies previously paid on account of such fees and expenses.

4. All fees and expenses allowed herein shall be subject to final allowance by the Court without regard to whether such amounts have been paid to the Professionals.

5. This Order shall be deemed a separate order with respect to each of the Fee Applications. Any stay of this Order pending appeal with respect to any one of the Professionals shall only apply to the particular Professional that is subject to such appeal and shall not operate to stay the applicability and/or finality of this Order with respect to any other of the Professionals.

6. This Court shall retain jurisdiction to hear and determine any and all

matters arising from or related to the interpretation or implementation of this Order.

Date: June _____, 2024
      Wilmington, Delaware

                                        THE HONORABLE JOHN T. DORSEY
                                        UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT 1**

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Sullivan & Cromwell LLP** *Counsel to the Debtors and Debtors-In-Possession* | 11/1/23 – 1/31/24 D.I. 9504 Filed 3/15/24 | $31,584,104.90 | $530,000.00[1] | $44,908.55 | $4,069.70 | $31,054,104.90 | $40,838.85 |
| **Landis Rath & Cobb LLP** *Co-Counsel to the Debtors and Debtors-In-Possession* | 11/1/23 – 1/31/24 D.I. 9545 Filed 3/15/24 | $1,286,387.50 | $17,391.75 | $23,638.46 | $10.97 | $1,268,995.75 | $23,627.49 |
| **Perella Weinberg Partners LP**[2] *Investment Banker to the Debtors and Debtors-In-Possession* | 11/1/23 – 1/31/24 D.I. 9540 Filed 3/15/24 | $4,125,941.84 | N/A | $72,755.57 | N/A | $4,125,941.84 | $72,755.57 |
| **Alvarez & Marsal North America LLC** *Financial Advisors to the Debtors and Debtors-In-Possession* | 11/1/23 – 1/31/24 D.I. 9517 Filed 3/15/24 | $36,066,943.30 | $350,000.00[3] | $777,055.66 | $25,000.00 | $35,716,943.30 | $752,055.66 |

---

[1] Pursuant to the *Fee Examiner's Summary Report on Fee Review Process and Fifth Interim Fee Applications* [D.I. 16172] (the "Fee Examiner Report"), Sullivan & Cromwell LLP has agreed to a 20 percent holdback, equal to $110,803.90, for fees incurred for its work responding to the security breach perpetrated on the Debtors' claims and noticing agent (the "Holdback"). The Holdback has been incorporated into the recommended fee adjustment listed herein. As explained in the Fee Examiner Report, the Fee Examiner anticipates that the Holdback will be released—in full or in part—once the Debtors have been made whole.

[2] Pursuant to paragraph 3(iv) of the Fee Examiner Order, flat-fee professionals are not subject to Fee Examiner review and, as such, Perella Weinberg Partners LP's fees and expenses were not subject to review by the Fee Examiner.

[3] Pursuant to the Fee Examiner's Summary Report on Fee Review Process and Fifth Interim Fee Applications [D.I. 16172] (the "Fee Examiner Report"), Alvarez & Marsal North America LLC has agreed to a 20 percent holdback, equal to $29,725.00, for fees incurred for its work responding to the security breach perpetrated on the Debtors' claims and

{1368.002-W0076080.4}

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **AlixPartners, LLP** *Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-In-Possession* | 11/1/23 – 1/31/24 D.I. 9539 Filed 3/15/24 | $8,496,064.00 | $186,986.38 | $77,680.61 | $24,198.69 | $8,309,077.62 | $53,481.92 |
| **Quinn Emanuel Urquhart & Sullivan, LLP** *Special Counsel to the Debtors and Debtors-In-Possession* | 11/1/23 – 1/31/24 D.I. 9543 Filed 3/15/24 | $7,550,521.65 | $125,000.00 | $13,053.32 | $1,109.25 | $7,425,521.65 | $11,944.07 |
| **Paul Hastings LLP** *Counsel to the Official Committee of Unsecured Creditors* | 8/1/23 – 10/31/23 D.I. 4814, 4816 Filed 12/15/23 | $9,565,274.25 | $325,000.00[4] | $298,738.59 | $0.00 | $9,240,274.25 | $298,738.59 |
| **Young Conaway Stargatt & Taylor, LLP** *Co-Counsel for the Official Committee of Unsecured Creditors* | 11/1/23 – 1/31/24 D.I. 9463, 9468 Filed 3/15/24 | $263,627.50 | $14,609.25 | $763.55 | $0.00 | $249,018.25 | $763.55 |

noticing agent (the "Holdback"). The Holdback has been incorporated into the recommended fee adjustment listed herein. As explained in the Fee Examiner Report, the Fee Examiner anticipates that the Holdback will be released—in full or in part—once the Debtors have been made whole.

[4] The recommended fee adjustment is partially attributable to the agreed resolution of Second, Third, and Fourth Interim Reserved Issues.

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **FTI Consulting, Inc.**[5] *Financial Advisor to the Official Committee of Unsecured Creditors* | 11/1/23 – 1/31/24 D.I. 9463, 9473 Filed 3/15/24 | $6,205,426.00 | $345,221.60 | $8,057.91 | $0.00 | $5,860,204.40 | $8,057.91 |
| **Jefferies LLC**[6] *Investment Banker for the Official Committee of Unsecured Creditors* | 11/1/23 – 1/31/24 D.I. 9463, 9475 Filed 3/15/24 | $675,000.00 | N/A | $12,133.37 | N/A | $675,000.00 | $12,133.37 |
| **Eversheds Sutherland (US) LLP** *Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com* | 11/1/23 – 1/31/24 D.I. 9555 Filed 3/15/24 | $1,276,656.50 | $58,820.12 | $0.00 | $0.00 | $1,217,836.38 | $0.00 |
| **Morris, Nichols, Arsht & Tunnell LLP** *Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com* | 11/1/23 – 1/31/24 D.I. 9550 Filed 3/15/24 | $530,595.00 | $4,313.55 | $2,533.50 | $0.00 | $526,281.45 | $2,533.50 |

---

[5]  The recommended fee adjustment is partially attributable to the agreed resolution of First, Second, Third and Fourth Interim Reserved Issues.

[6]  Pursuant to paragraph 3(iv) of the Fee Examiner Order, flat-fee professionals are not subject to Fee Examiner review and, as such, Jefferies LLC's fees and expenses were not subject to review by the Fee Examiner.

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Rothschild & Co US Inc.**[7] *Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-U.S. Customers of FTX.com* | 11/1/23 – 1/31/24 D.I. 9497 Filed 3/15/24 | $525,000.00 | N/A | $16,181.54 | N/A | $525,000.00 | $16,181.54 |
| **Kroll Restructuring Administration LLC** *Administrative Advisor to the Debtors* | 12/1/22 – 1/31/24 D.I. 9432 Filed 3/15/24 | $30,215.00 | $2,121.99 | $0.00 | $0.00 | $28,093.01 | $0.00 |
| **Katherine Stadler and Godfrey & Kahn, S.C.** *Fee Examiner and Counsel* | 11/1/23 – 1/31/24 D.I. 9427 Filed 3/15/24 | $546,066.50 | N/A | $5,874.75 | N/A | $546,066.50 | $5,874.75 |

---

[7] Pursuant to paragraph 3(iv) of the Fee Examiner Order, flat-fee professionals are not subject to Fee Examiner review and, as such, Rothschild & Co US Inc.'s fees and expenses were not subject to review by the Fee Examiner.