## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## FIFTH SUPPLEMENTAL DECLARATION OF
## MATTHEW EVANS OF ALIXPARTNERS, LLP

Pursuant to 28 U.S.C. § 1746, I, Matthew Evans, state under penalty of perjury, that:

1.    I am a Partner and Managing Director of AlixPartners, LLP ("AlixPartners"),[2] which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2.    Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3.    I submit this supplemental declaration in the cases of the above-captioned debtors (collectively, the "Debtors") to supplement the disclosures set forth in my original declaration dated December 21, 2022 [Docket No. 277] (the "Original Declaration"), my first supplemental declaration dated January 17, 2023 [Docket No. 506], my second supplemental declaration dated October 6, 2024 [Docket No. 3022], my third supplemental declaration dated December 15, 2023 [Docket No. 4793], and my fourth supplemental declaration dated June 7, 2024 [Docket No. 16996].

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]    Capitalized terms used herein shall have meanings ascribed to them in the Original Declaration.

4.      Unless otherwise noted, references to AP below collectively refer to AlixPartners, AP Holdings and each of their respective subsidiaries.   AlixPartners would like to disclose the following:

- As set forth in the Original Declaration, AP follows a practice to solicit from its Institutional Investors their connections to the Investor Search Parties. In response, the Institutional Investors have offered the following disclosures of their respective connections to the Investor Search Parties:

    o CDPQ – debt and equity investments in Bank of America Corp, Morgan Stanley and Wells Fargo & Co, in each case representing less than one percent (1%) of total assets under management; equity investments in Akbank TAS, Cardinal Health Inc., Celsius Holdings Inc., DBS Group Holdings Ltd, Eurobank Ergasias Services and Holdings SA, Far Eastern International Bank, HDFC Asset Management Co Ltd, HDFC Bank Ltd, HDFC Life Insurance Co Ltd, Nuvei Corp, Signature Bank/New York NY, Sumitomo Mitsui Financial Group Inc., Sumitomo Mitsui Trust Holdings Inc., Wells Fargo Co 0 Series Deps and Western Alliance Bancorp, in each case representing less than one percent (1%) of total assets under management; no investment in any other Investor Search Parties.

    o IVC – no investments in the Investor Search Parties.

    o PSP – investments in Akbank TAS, Bank of America Corp, DBS Group Holdings Ltd, HDFC Bank Ltd, Morgan Stanley, Rakuten Bank Ltd, Stripe and Wells Fargo & Co in each case representing less than one percent (1%) of total assets under management; no investment in any other Investor Search Parties.

- As set forth in the Original Declaration, AP follows a practice to solicit from the members of its Boards their connections to the parties in interest independent of AP. In response, one or more of the members of its Boards have offered the following disclosures:

    o Debevoise and Plimpton LLP, a UCC professional in this bankruptcy matter, acts as counsel for an adverse party in litigation to which a Board member is a party.

    o Kramer Levin Naftalis & Frankel LLP ("Kramer Levin") is an ordinary course professional to the Debtors.  Kramer Levin acts as counsel for an adverse party in litigation to which a Board member is a party.

    o Two Sigma Ventures III is a claimant to the Debtors.  An AP investor or one of its affiliates has an investment in Two Sigma Spectrum US Fund.

2

- o United Healthcare is a vendor to the Debtors.  A member of AP's board of directors is a member of the board of directors of UnitedHealth Group, Inc.  Additionally, another member of AP's board of directors is an officer of Optum (a UnitedHealth Group company) and a former employee of United.

- o USI and USI Insurance Services, LLC-CL are insurance providers and vendors to the Debtors.  An AP Board member was on the Board of Directors of USI.

- Abrams & Bayliss LLP, an ordinary course professional to the Debtors, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors.

- Alpaca Crypto LLC, a contract counterparty to the Debtors, and affiliated entities, are adverse litigation parties to a former AP client in matters unrelated to the Debtors.

- Anderson Kill LLP, a vendor to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Armanino LLP, a vendor and ordinary course professional to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Arrow Electronics, an investment/acquisition party to the Debtors, is a lienholder to a former AP client in matters unrelated to the Debtors.

- AT&T, a utility provider to the Debtors, and affiliated entities, are current AP clients in matters unrelated to the Debtors.

- Baptist Health South Florida Foundation, a donation party to the Debtors, and affiliated entities, are adverse litigation parties, litigation parties and lenders to current and former AP clients in matters unrelated to the Debtors.

- Binance.US and Binance Capital Management Co. Ltd., significant competitors and contract counterparties to the Debtors, are related parties to a current AP client in matters unrelated to the Debtors.

- Bitmain Fund L.P., an investment/acquisition party to the Debtors, and affiliated entities, are adverse litigation parties to a current AP client in matters unrelated to the Debtors.

- BMO Harris Bank, N.A., a bank/lender/UCC lien party/administrative agent to the Debtors, and affiliated entities, are professionals to a former AP client in matters unrelated to the Debtors.

- Cellco Partnership d/b/a Verizon Wireless, a claimant to the Debtors, is a vendor to AP.

- Chainalysis, a contract counterparty to the Debtors, is a former employer of a current AP employee.

- Chicago Title Insurance Company, a vendor to the Debtors, and affiliated entities ("Chicago Title"), are adverse litigation parties to a former AP client in matters unrelated to the Debtors.  Chicago Title is a former employer of a current AP employee.

- Christopher Young, a claimant to the Debtors, is a director to a former AP client in matters unrelated to the Debtors.  It is unclear whether they are the same individual.

- Citizens Bank, a bank/lender/UCC lien party/administrative agent to the Debtors, and affiliated entities ("Citizens Bank"), are lenders and professionals to current and former AP clients in matters unrelated to the Debtors.  Citizens Bank is a current and former AP client in matters unrelated to the Debtors.

- Conde Nast, a vendor to the Debtors, is a vendor to AP.

- Covington & Burling LLP, an ordinary course professional to the Debtors, is an advisor to AP.

- Crowe Horwath First Trust LLP, a vendor to the Debtors, and affiliated entities ("Crowe"), are professionals to former AP clients in matters unrelated to the Debtors.  Crowe is a current and former AP client in matters unrelated to the Debtors.  Crowe is a former employer of current AP employees.  Crowe is a vendor to AP.

- Debevoise and Plimpton, a UCC professional in this bankruptcy matter, is counsel in litigation to which AP is a party.

- Denstu McGarry Bowen and Dentsu X, vendors to the Debtors, and affiliated entities ("Denstu"), are former AP clients in matters unrelated to the Debtors.  Denstu is a former employer of current AP employees.

- Dubai World Trade Centre LLC, a vendor to the Debtors, is a lessor to current and former AP clients in matters unrelated to the Debtors.

- Epiq Corporate Restructuring, a UCC professional in these Chapter 11 Cases, and affiliated entities ("Epiq"), are professionals to current and former AP clients in matters unrelated to the Debtors.  Epiq is a former AP client in matters unrelated to the Debtors.  Epiq is a former employer of current AP employees.

4

- Equinix-JPY and Equinix Inc., vendors to the Debtors, are current AP clients in matters unrelated to the Debtors.

- Eric Schwartz, a director to the Debtors, is a litigation party to a former AP client in matters unrelated to the Debtors.  It is unclear whether these are the same individual.

- Eurobank, a bank/lender/UCC lien party to the Debtors, and affiliated entities, are bondholders to a current AP client in matters unrelated to the Debtors.

- Euroclear, donation party to the Debtors, and affiliated entities ("Euroclear"), are adverse litigation parties, bondholders, director-affiliated companies and lenders to current and former AP clients in matters unrelated to the Debtors.  Euroclear is a GSS client.

- Food Panda, a vendor to the Debtors, is a former employer of a current AP employee.

- Grant Thornton, an ordinary course professional to the Debtors, and affiliated entities ("Grant Thornton"), are professionals, adverse litigation parties and litigation parties to current and former AP clients in matters unrelated to the Debtors.  Grant Thornton is a current and former AP client in matters unrelated to the Debtors.  Grant Thornton is a former employer of current AP employees.

- Groom Law Group, an ordinary course professional to the Debtors, is a professional, counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors.  Groom Law Group is a former AP client in matters unrelated to the Debtors.  Groom Law Group is a legal services provider to AP.

- Hamel-Smith Caribbean, an ordinary course professional to the Debtors, and affiliated entities, are professionals to a former AP client in matters unrelated to the Debtors.

- HSBC Bank is a bank/lender/UCC lien party/administrative agent to the Debtors. A senior advisor to AP is a Board Member of HSBC Arabia.

- Kabompo Holdings, Ltd., an investment/acquisition party to the Debtors, is a related party to a current AP client in matters unrelated to the Debtors.

- Kantenwein Zimmermann Spatscheck & Partner, an ordinary course professional to the Debtors, is counsel to a current AP client in matters unrelated to the Debtors.

- King & Spalding LLP, an ordinary course professional to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- KPMG LLP, an ordinary course professional to the Debtors, and affiliated entities ("KPMG"), are professionals and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors. KPMG is a current AP client in matters unrelated to the Debtors. KPMG is a former employer of current AP employees. KPMG is an auditor to AP.

- Kramer Levin, an ordinary course professional to the Debtors, is counsel in litigation to which AP is a party.

- Kroll Restructuring Administration, a professional in this bankruptcy matter, and affiliated entities, are valuation service providers to AP.

- Ladas & Parry LLP, an ordinary course professional to the Debtors, is a professional to a former AP client in matters unrelated to the Debtors.

- Lexis Nexis, a vendor to the Debtors, and affiliated entities, are adverse litigation parties to a current AP client in matters unrelated to the Debtors.

- Lloyd's America, Inc., an insurance provider to the Debtors, and affiliated entities, are related parties to a current AP client in matters unrelated to the Debtors.

- Mazars Group, a vendor to the Debtors, and affiliated entities, are tax advisors and auditors to AP.

- McCarthy Tetrault, an ordinary course professional and vendor to the Debtors, is counsel to a current AP client in matters unrelated to the Debtors.

- Merrill Lynch, a vendor to the Debtors, and affiliated entities ("Merrill Lynch") are bondholders, professionals, litigation parties, adverse litigation parties, non-adverse litigation parties, lessors, shareholders, investors, lienholders and director-affiliated companies to current and former AP clients in matters unrelated to the Debtors. Merrill Lynch is a current and former AP client in matters unrelated to the Debtors. Merrill Lynch is a former employer of current AP employees.

- MLL Myerlustenberger Lachenal Froriep Ltd., an ordinary course professional to the Debtors, and affiliated entities, are professionals to a current AP client in matters unrelated to the Debtors.

- MUFG Bank, Ltd., a bank/lender/UCC lien party/administrative agent to the Debtors, and affiliated entities, are shareholders to a former AP client in matters unrelated to the Debtors.

- New York State Department of Taxation and Finance, a taxing authority/governmental/regulatory agency to the Debtors, is an adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- Open Fortune - Fortune Media, a vendor to the Debtors, and affiliated entities, are vendors to AP.

- PCCW Netvigator Now, a vendor to the Debtors, and affiliated entities, are related parties to a current AP client in matters unrelated to the Debtors.

- Phil And Amy Mickelson Foundation, a donation party to the Debtors, and affiliated entities, are adverse litigation parties to a former AP client in matters unrelated to the Debtors.

- QBE Insurance Corporation, an insurance provider to the Debtors, and affiliated entities, are related parties to a current AP client in matters unrelated to the Debtors.

- Rakuten Bank, a bank/lender/UCC lien party/administrative agent to the Debtors, and affiliated entities, are current AP clients in matters unrelated to the Debtors.

- Rothschild & Company Inc., an ad hoc committee member in these Chapter 11 Cases, and affiliated entities ("Rothschild"), are lenders, lienholders, investors, professionals and litigation parties to current and former AP clients in matters unrelated to the Debtors.  Rothschild is a current and former AP client in matters unrelated to the Debtors.  Rothschild is a former employer of current AP employees.  Rothschild is a vendor to AP.

- Schwyzer Kantonalbank Mietzinsdepot, a bank/lender/UCC lien party/administrative agent to the Debtors, and affiliated entities, are lenders, shareholders and bondholders to current and former AP clients in matters unrelated to the Debtors.

- Sidley Austin LLP, a vendor to the Debtors, is a former employer of current AP employees.

- Signet, a bank/lender/UCC lien party/administrative agent to the Debtors, and affiliated entities, are current AP clients in matters unrelated to the Debtors.

- Silicon Valley Bank and SVB Financial Group, interested parties and banks/lenders/UCC lien parties/administrative agents to the Debtors, and affiliated entities, are associated companies to a former AP client in matters unrelated to the Debtors.

- Silicon Valley Bank, a bank/lender/UCC lien party/administrative agent to the Debtors, and affiliated entities, are associated companies to a former AP client in matters unrelated to the Debtors.

- Simpson Thacher & Bartlett LLP ("Simpson Thacher"), a claimant to the Debtors, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors.  Simpson Thacher is a current and former AP client in matters

unrelated to the Debtors.  Simpson Thacher is a former employer of a current AP employee.

- State of Wisconsin Investment Board, an interested party to the Debtors, is a bondholder to a current AP client in matters unrelated to the Debtors.

- Sumitomo Mitsui Banking Corporation (SMBC), a bank / lender / UCC lien party / administrative agent to the Debtors, and affiliated entities, are adverse litigation parties to a current AP client in matters unrelated to the Debtors.

- TD Ameritrade Clearing, Inc., a vendor to the Debtors, and affiliated entities, are bondholders, adverse litigation parties, non-adverse litigation parties and shareholders to current and former AP clients in matters unrelated to the Debtors.

- The Financial Times Limited, a litigation party to the Debtors, is a vendor to AP.

- The Salvation Army (Atlanta), a donation party to the Debtors, and affiliated entities, are former employers of a current AP employee.

- TikTok ("TikTok"), a vendor to the Debtors, is an associated company to a current AP client in matters unrelated to the Debtors.  TikTok is a former employer of a current AP employee.

- Tools for Humanity, an investment/acquisition party to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Tricor Services Limited, an ordinary course professional to the Debtors, and affiliated entities, are professionals to former AP clients in matters unrelated to the Debtors.

- TSB, a vendor to the Debtors, and affiliated entities, are current AP clients in matters unrelated to the Debtors.

- Twitter, a vendor to the Debtors, is a related party to a current AP client in matters unrelated to the Debtors.

- Two Sigma Ventures III, a claimant to the Debtors, and affiliated entities ("Two Sigma"), are shareholders and related parties to current and former AP clients in matters unrelated to the Debtors.  Two Sigma is a current and former AP client in matters unrelated to the Debtors.

- Voyager Digital Ltd., an investment/acquisition party to the Debtors, is a non-adverse litigation party to a current AP client in matters unrelated to the Debtors.

5.       AlixPartners does not believe that the supplemental disclosures above impact its disinterestedness. I continue to reserve the right to supplement AlixPartners' disclosures in the event that AlixPartners learns of any additional connections that require disclosure. If any new material relevant facts or relationships are discovered or arise, AlixPartners will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: June 10, 2024                                        AlixPartners, LLP
         New York, NY


                                                            */s/ Matthew Evans*_____
                                                            Matthew Evans
                                                            Partner & Managing Director