# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. Nos. 6952, 8215 & 16380 |

## CERTIFICATION OF COUNSEL

I, Kimberly A. Brown, counsel to FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors"), hereby certify as follows to the best of my knowledge, information and belief:

1. On February 3, 2024, the Debtors filed the *Motion of Debtors for Entry of an Order Authorizing and Approving (I) Procedures for Sale of Debtors' Equity Interests in Anthropic, PBC; (II) Sale(s) of Such Equity Interests in Accordance with Such Procedures Free and Clear of any Liens, Claims, Interests and Encumbrances; and (III) Redaction and Filing Under Seal of Certain Confidential Commercial Information in the Sale Procedures* [D.I. 6952] (the "Motion") with the Court seeking entry of an order authorizing and approving, among other things, (a) procedures (the "Sale Procedures") for the sale of all or a portion of the Series B Preferred Stock in Anthropic, PBC (the "Anthropic Shares") and (b) the sale(s) of the Anthropic Shares in accordance with the Sale Procedures free and clear of any liens, claims, interests and encumbrances (except as set forth in the Sale Procedures).

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0076163.}

2. On February 29, 2024, the Court entered the *Order Authorizing and Approving (I) Procedures for Sale of Debtors' Equity Interests in Anthropic, PBC; (II) Sale(s) of Such Equity Interests in Accordance with Such Procedures Free and Clear of any Liens, Claims, Interests and Encumbrances* [D.I. 8215] approving the Motion.

3. On May 31, 2024, the Debtors filed the *Notice of Proposed Sale of Anthropic Shares Free and Clear of Liens, Claims, Interests and Encumbrances* [D.I. 16380][2] (the "Sale Notice"), which attached a proposed sale order (the "Sale Order") as Exhibit 2 thereto.

4. As of the date hereof, no formal objections or other responses to the Sale Notice have been filed or served on the Debtors. The Debtors received informal comments (the "Informal Comments") to the Sale Order from Sunil Kavuri, Ahmed Abd-El-Razek, Noia Capital SÀRL and Pat Rabitte (collectively, the "Kavuri Parties").

5. To resolve the Informal Comments, the Debtors have revised the proposed Sale Order (the "Revised Order"), a copy of which is attached hereto as **Exhibit A**. A copy of the Revised Order compared against the Sale Order is attached hereto as **Exhibit B**. The Revised Order has been circulated to the Kavuri Parties, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"), the Official Committee of Unsecured Creditors appointed in these chapter 11 cases (the "Committee"), the Ad Hoc Committee of Non-US Customers of FTX.com (the "Ad Hoc Committee"), and Anthropic, PBC ("Anthropic" together with the Kavuri Parties, the U.S. Trustee, the Committee and the Ad Hoc Committee, the "Parties"). The Parties have no objection to the entry of the Revised Order. In accordance with the Court's electronic order processing procedures, a clean copy of the Revised Order shall be uploaded to CM/ECF.

---

[2] Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to them in the Motion.

6. Accordingly, the Debtors respectfully request that the Court enter the Revised Order at its earliest convenience.

| | |
|---|---|
| Dated: June 10, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Kimberly A. Brown*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>        brown@lrclaw.com<br>        pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>        bromleyj@sullcrom.com<br>        gluecksteinb@sullcrom.com<br>        kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |