**Exhibit C**

**Subsequent Transfers Schedule**

**[REDACTED]**