**Exhibit D**

**Quoine Transfers Schedule**

**[REDACTED]**