# Exhibit A

**Time Records of Jefferies Professionals**

**Jefferies LLC**

*February 1, 2024 - February 29, 2024*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---:|---:|
| 02/01/24 | Michael O'Hara | Meeting with Debtors' banker re: venture portfolio updates | 0.5 | 4 |
| 02/01/24 | Michael O'Hara | Prepare for weekly committee call | 0.5 | 9 |
| 02/02/24 | Michael O'Hara | Review Anthropic investor outreach list | 0.5 | 9 |
| 02/02/24 | Michael O'Hara | Prepare for weekly committee call | 0.5 | 9 |
| 02/02/24 | Michael O'Hara | Call with UCC re: Anthropic | 1.0 | 3 |
| 02/06/24 | Michael O'Hara | Review crypto case analysis | 1.0 | 9 |
| 02/06/24 | Michael O'Hara | Call with Paul Hastings re: venture portfolio | 1.0 | 11 |
| 02/06/24 | Michael O'Hara | Prepare for weekly committee call | 0.5 | 4 |
| 02/07/24 | Michael O'Hara | Call with Debtor's banker re: Anthropic | 0.5 | 9 |
| 02/07/24 | Michael O'Hara | Prepare for weekly committee call | 0.5 | 9 |
| 02/07/24 | Michael O'Hara | Call with UCC re: Anthropic, Dotcom preferred equity committee, IRS, Genesis claim sale, BlockFi | 1.5 | 3 |
| 02/09/24 | Michael O'Hara | Review of recovery analysis re: ventures | 0.5 | 9 |
| 02/11/24 | Michael O'Hara | Review of Debtors' vault trust materials | 0.5 | 9 |
| 02/12/24 | Michael O'Hara | Meeting with UCC Advisors re: committee call preparation | 1.0 | 11 |
| 02/13/24 | Michael O'Hara | Call with Debtors re: plan recovery and venture portfolio | 0.5 | 4 |
| 02/13/24 | Michael O'Hara | Prepare for weekly committee call | 0.5 | 9 |
| 02/14/24 | Michael O'Hara | Call with UCC re: Anthropic, Genesis claim sale procedures, equity committee letter, and de minimis asset sales | 1.5 | 3 |
| 02/14/24 | Michael O'Hara | Meeting with potentially interested party | 0.5 | 3 |
| 02/14/24 | Michael O'Hara | Call with Debtors re: plan recovery and venture portfolio | 0.5 | 4 |
| 02/15/24 | Michael O'Hara | Meeting with Debtors' banker re: venture portfolio updates | 0.5 | 4 |
| 02/19/24 | Michael O'Hara | Meeting with UCC Advisors re: committee call preparation | 1.0 | 11 |
| 02/19/24 | Michael O'Hara | Review of materials re: venture portfolio | 2.0 | 9 |
| 02/20/24 | Michael O'Hara | Review of materials re: venture portfolio | 2.0 | 9 |
| 02/20/24 | Michael O'Hara | Review of GDA materials | 1.0 | 9 |
| 02/20/24 | Michael O'Hara | Prepare for weekly committee call | 0.5 | 9 |
| 02/21/24 | Michael O'Hara | Call with UCC re: plan considerations, FTX Europe settlement, Anthropic, ventures, and coin monetization | 1.5 | 3 |
| 02/26/24 | Michael O'Hara | Anthropic Webinar | 1.0 | 2 |
| 02/26/24 | Michael O'Hara | Call with UCC advisors re: case updates and other workstreams | 0.5 | 4 |
| 02/27/24 | Michael O'Hara | Review court docket re: asset sales | 0.5 | 9 |
| 02/28/24 | Michael O'Hara | Prepare for weekly committee call | 0.5 | 9 |
| 02/28/24 | Michael O'Hara | Call with UCC re: Anthropic, examiner update, ventures, and monteization discussion | 1.5 | 3 |
| | | **February 1, 2024 - February 29, 2024 Hours for Michael O'Hara** | **26.0** | |

**Jefferies LLC**

*February 1, 2024 - February 29, 2024*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 02/01/24 | Ryan Hamilton | Meeting with Debtors' banker re: venture portfolio updates | 0.5 | 4 |
| 02/02/24 | Ryan Hamilton | Review Anthropic investor outreach list | 0.5 | 9 |
| 02/02/24 | Ryan Hamilton | Prepare for weekly committee call | 0.5 | 9 |
| 02/02/24 | Ryan Hamilton | Call with UCC re: Anthropic | 1.0 | 3 |
| 02/03/24 | Ryan Hamilton | Review Anthropic sale motion | 1.0 | 9 |
| 02/06/24 | Ryan Hamilton | Internal call with D. Homrich, L. Hultgren, S. Carri re: crypto cases | 1.0 | 9 |
| 02/06/24 | Ryan Hamilton | Review of Anthropic VDR | 1.0 | 9 |
| 02/06/24 | Ryan Hamilton | Review crypto case analysis | 1.0 | 9 |
| 02/06/24 | Ryan Hamilton | Call with Paul Hastings re: venture portfolio | 1.0 | 11 |
| 02/07/24 | Ryan Hamilton | Call with Debtor's banker re: Anthropic | 0.5 | 4 |
| 02/07/24 | Ryan Hamilton | Prepare for weekly committee call | 0.5 | 9 |
| 02/07/24 | Ryan Hamilton | Call with UCC re: Anthropic, Dotcom preferred equity committee, IRS, Genesis claim sale, BlockFi | 1.5 | 3 |
| 02/07/24 | Ryan Hamilton | Review of Anthropic VDR | 1.0 | 9 |
| 02/08/24 | Ryan Hamilton | Internal call with D. Homrich, L. Hultgren, S. Carri re: Anthropic | 1.0 | 9 |
| 02/08/24 | Ryan Hamilton | Internal call with M. O'Hara, D. Homrich, L. Hultgren, S. Carri re: Anthropic | 0.5 | 9 |
| 02/08/24 | Ryan Hamilton | Review of recovery analysis re: ventures | 1.0 | 9 |
| 02/08/24 | Ryan Hamilton | Discussion with E Gilad re: Anthropic Sale Procedures | 1.0 | 9 |
| 02/09/24 | Ryan Hamilton | Analysis of Anthropic Sale Procedures | 1.0 | 9 |
| 02/09/24 | Ryan Hamilton | Review of recovery analysis re: ventures | 0.5 | 9 |
| 02/09/24 | Ryan Hamilton | Discussion with E Gilad re: Anthropic Sale Procedures | 0.5 | 9 |
| 02/11/24 | Ryan Hamilton | Review of Debtors' vault trust materials | 0.5 | 9 |
| 02/11/24 | Ryan Hamilton | Analysis of Anthropic Sale Procedures | 0.5 | 9 |
| 02/12/24 | Ryan Hamilton | Analysis of Anthropic Sale Procedures | 0.5 | 9 |
| 02/12/24 | Ryan Hamilton | Meeting with UCC Advisors re: committee call preparation | 1.0 | 11 |
| 02/12/24 | Ryan Hamilton | Review of diligence re: Arcana | 1.0 | 9 |
| 02/13/24 | Ryan Hamilton | Call with Debtors re: plan recovery and venture portfolio | 0.5 | 4 |
| 02/13/24 | Ryan Hamilton | Review materials for UCC re: Anthropic, Venture Portfolio and Funds | 1.5 | 9 |
| 02/14/24 | Ryan Hamilton | Meeting with potentially interested party | 0.5 | 3 |
| 02/14/24 | Ryan Hamilton | Call with Debtors re: plan recovery and venture portfolio | 0.5 | 4 |
| 02/14/24 | Ryan Hamilton | Prepare for weekly committee call | 0.5 | 9 |
| 02/14/24 | Ryan Hamilton | Call with UCC re: Anthropic, Genesis claim sale procedures, equity committee letter, and de minimis asset sales | 1.5 | 3 |
| 02/15/24 | Ryan Hamilton | Meeting with Debtors' banker re: venture portfolio updates | 0.5 | 4 |
| 02/16/24 | Ryan Hamilton | Review AHC Liquidity Facility proposal | 0.5 | 7 |
| 02/19/24 | Ryan Hamilton | Review of BitOasis Investment Summary Materials | 1.0 | 9 |
| 02/19/24 | Ryan Hamilton | Meeting with UCC Advisors re: committee call preparation | 1.0 | 11 |
| 02/19/24 | Ryan Hamilton | Review of materials re: venture portfolio | 2.0 | 9 |
| 02/19/24 | Ryan Hamilton | Internal communications re: BitOasis | 0.5 | 9 |
| 02/20/24 | Ryan Hamilton | Review materials for UCC re: BitOasis | 0.5 | 9 |
| 02/20/24 | Ryan Hamilton | Review of materials re: venture portfolio | 0.5 | 9 |
| 02/21/24 | Ryan Hamilton | Call with UCC re: plan considerations, FTX Europe settlement, Anthropic, ventures, and coin monetization | 1.5 | 3 |
| 02/23/24 | Ryan Hamilton | Review fee analysis | 0.5 | 1 |
| 02/25/24 | Ryan Hamilton | Review Anthropic PSA | 1.0 | 9 |
| 02/26/24 | Ryan Hamilton | Call with Debtors re: GDA | 0.5 | 4 |
| 02/26/24 | Ryan Hamilton | Anthropic webinar | 1.0 | 2 |
| 02/26/24 | Ryan Hamilton | Prepare for weekly committee call | 0.5 | 9 |
| 02/26/24 | Ryan Hamilton | Call with UCC advisors re: case updates and other workstreams | 0.5 | 4 |
| 02/27/24 | Ryan Hamilton | Review court docket re: asset sales | 0.5 | 9 |
| 02/27/24 | Ryan Hamilton | Review of ventures update | 0.5 | 9 |
| 02/28/24 | Ryan Hamilton | Prepare for weekly committee call | 0.5 | 9 |
| 02/28/24 | Ryan Hamilton | Call with UCC re: Anthropic, examiner update, ventures, and monteization discussion | 1.5 | 3 |
| 02/29/24 | Ryan Hamilton | Meeting with Debtors' banker re: venture portfolio updates | 0.5 | 4 |
| 02/29/24 | Ryan Hamilton | Meeting with PH re: venture portfolio updates | 0.5 | 3 |
| **February 1, 2024 - February 29, 2024 Hours for Ryan Hamilton** | | | **41.0** | |

**Jefferies LLC**

*February 1, 2024 - February 29, 2024*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 02/01/24 | Daniel Homrich | *Meeting with Debtors' banker re: venture portfolio updates* | 0.5 | 4 |
| 02/01/24 | Daniel Homrich | *Preparation of certain materials / files related to Anthropic* | 1.0 | 11 |
| 02/01/24 | Daniel Homrich | *Review of FTX plan and other relevant crypto cases* | 4.0 | 9 |
| 02/02/24 | Daniel Homrich | *Review Anthropic investor outreach list* | 0.5 | 9 |
| 02/02/24 | Daniel Homrich | *Review Debtors VDR re: Anthropic* | 1.5 | 9 |
| 02/02/24 | Daniel Homrich | *Call with UCC re: Anthropic* | 1.0 | 3 |
| 02/03/24 | Daniel Homrich | *Review of FTX plan and other relevant crypto cases* | 2.0 | 9 |
| 02/05/24 | Daniel Homrich | *Review of FTX plan and other relevant crypto cases* | 6.0 | 9 |
| 02/06/24 | Daniel Homrich | *Review crypto case analysis* | 1.0 | 9 |
| 02/06/24 | Daniel Homrich | *Internal Call with R. Hamilton, L. Hultgren, S. Carri re: crypto cases* | 1.0 | 9 |
| 02/06/24 | Daniel Homrich | *Call with Paul Hastings re: venture portfolio* | 1.0 | 11 |
| 02/06/24 | Daniel Homrich | *Review of FTX plan and other relevant crypto cases* | 3.0 | 9 |
| 02/06/24 | Daniel Homrich | *Review of Anthropic-related materials for UCC update* | 1.0 | 9 |
| 02/07/24 | Daniel Homrich | *Review of Anthropic-related materials for UCC update* | 1.0 | 9 |
| 02/07/24 | Daniel Homrich | *Call with UCC re: Anthropic, dotcom preferred equity committee, IRS, Genesis claim sale, BlockFi* | 1.5 | 3 |
| 02/07/24 | Daniel Homrich | *Call with Debtor's banker re: Anthropic* | 0.5 | 4 |
| 02/08/24 | Daniel Homrich | *Internal call with D. Homrich, L. Hultgren, S. Carri re: Anthropic* | 1.0 | 9 |
| 02/09/24 | Daniel Homrich | *Review of recovery analysis re: ventures* | 0.5 | 9 |
| 02/11/24 | Daniel Homrich | *Review of Debtors' vault trust materials* | 0.5 | 9 |
| 02/12/24 | Daniel Homrich | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 02/12/24 | Daniel Homrich | *Review and preparation of materials re: venture portfolio* | 2.0 | 11 |
| 02/12/24 | Daniel Homrich | *Review of diligence re: Arcana* | 1.0 | 9 |
| 02/13/24 | Daniel Homrich | *Call with Debtors re: plan recovery and venture portfolio* | 0.5 | 4 |
| 02/13/24 | Daniel Homrich | *Review and preparation of materials re: venture portfolio* | 3.0 | 11 |
| 02/14/24 | Daniel Homrich | *Meeting with potentially interested party* | 0.5 | 3 |
| 02/14/24 | Daniel Homrich | *Call with Debtors re: plan recovery and venture portfolio* | 0.5 | 4 |
| 02/14/24 | Daniel Homrich | *Call with UCC re: Anthropic, Genesis claim sale procedures, equity committee letter, and de minimis asset sales* | 1.5 | 3 |
| 02/15/24 | Daniel Homrich | *Meeting with Debtors' banker re: venture portfolio updates* | 0.5 | 4 |
| 02/18/24 | Daniel Homrich | *Review of BitOasis investment summary materials* | 1.0 | 9 |
| 02/19/24 | Daniel Homrich | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 02/19/24 | Daniel Homrich | *Review and preparation of materials re: venture portfolio* | 2.0 | 9 |
| 02/19/24 | Daniel Homrich | *Internal communications re: BitOasis* | 0.5 | 9 |
| 02/20/24 | Daniel Homrich | *Review materials for UCC re: BitOasis* | 0.5 | 9 |
| 02/20/24 | Daniel Homrich | *Review and preparation of materials re: venture portfolio* | 2.0 | 9 |
| 02/21/24 | Daniel Homrich | *Call with UCC re: plan considerations, FTX Europe settlement, Anthropic, ventures, and coin monetization* | 1.5 | 3 |
| 02/23/24 | Daniel Homrich | *Review and preparation of materials re: venture portfolio* | 2.0 | 9 |
| 02/23/24 | Daniel Homrich | *Internal call with D. Homrich, L. Hultgren, S. Carri re: Genesis miner comps* | 0.5 | 11 |
| 02/24/24 | Daniel Homrich | *Review and preparation of materials re: venture portfolio* | 1.0 | 9 |
| 02/26/24 | Daniel Homrich | *Review of comparable companies re: GDA* | 0.5 | 9 |
| 02/26/24 | Daniel Homrich | *Anthropic Webinar* | 1.0 | 2 |
| 02/26/24 | Daniel Homrich | *Call with UCC advisors re: case updates and other workstreams* | 0.5 | 4 |
| 02/26/24 | Daniel Homrich | *Review and preparation of materials re: venture portfolio* | 1.0 | 9 |
| 02/27/24 | Daniel Homrich | *Review court docket re: asset sales* | 0.5 | 9 |
| 02/27/24 | Daniel Homrich | *Review of ventures update* | 0.5 | 9 |
| 02/27/24 | Daniel Homrich | *Review and preparation of materials re: venture portfolio* | 4.0 | 9 |
| 02/28/24 | Daniel Homrich | *Call with UCC re: Anthropic, examiner update, ventures, and monteization discussion* | 1.5 | 3 |
| 02/29/24 | Daniel Homrich | *Call with Debtors' advisors to discuss venture portfolio updates* | 0.5 | 4 |
| **February 1, 2024 - February 29, 2024 Hours for Daniel Homrich** | | | **62.5** | |

**Jefferies LLC**

*February 1, 2024 - February 29, 2024*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 02/01/24 | Lars Hultgren | Meeting with Debtors' banker re: venture portfolio updates | 0.5 | 4 |
| 02/01/24 | Lars Hultgren | Review of digital assets estimation motion hearing transcript | 0.5 | 9 |
| 02/01/24 | Lars Hultgren | Review of Debtors' VDR | 0.5 | 9 |
| 02/02/24 | Lars Hultgren | Review Anthropic investor outreach list | 1.0 | 9 |
| 02/02/24 | Lars Hultgren | Call with UCC re: Anthropic | 1.0 | 3 |
| 02/02/24 | Lars Hultgren | Prepare outreach list re: Anthropic | 5.0 | 9 |
| 02/03/24 | Lars Hultgren | Review crypto bankruptcy cases | 6.0 | 9 |
| 02/04/24 | Lars Hultgren | Review crypto bankruptcy cases | 1.0 | 9 |
| 02/05/24 | Lars Hultgren | Review crypto bankruptcy cases | 3.0 | 9 |
| 02/06/24 | Lars Hultgren | Prepare crypto case analysis | 1.0 | 9 |
| 02/06/24 | Lars Hultgren | Review of Anthropic VDR | 1.0 | 9 |
| 02/06/24 | Lars Hultgren | Internal Call with R. Hamilton, D. Homrich, S. Carri re: crypto cases | 1.0 | 9 |
| 02/06/24 | Lars Hultgren | Call with Paul Hastings re: venture portfolio | 1.0 | 11 |
| 02/06/24 | Lars Hultgren | Review crypto bankruptcy cases | 4.0 | 9 |
| 02/06/24 | Lars Hultgren | Prepare outreach list re: Anthropic | 2.0 | 9 |
| 02/07/24 | Lars Hultgren | Call with Debtor's banker re: Anthropic | 0.5 | 4 |
| 02/07/24 | Lars Hultgren | Review crypto bankruptcy cases | 2.0 | 9 |
| 02/07/24 | Lars Hultgren | Review of Anthropic diligence materials | 0.5 | 9 |
| 02/07/24 | Lars Hultgren | Call with UCC re: Anthropic, Dotcom preferred equity committee, IRS, Genesis claim sale, BlockFi | 1.5 | 3 |
| 02/08/24 | Lars Hultgren | Internal call with D. Homrich, L. Hultgren, S. Carri re: Anthropic | 1.0 | 9 |
| 02/08/24 | Lars Hultgren | Review of draft order and prepare materials re: Anthropic | 3.0 | 9 |
| 02/08/24 | Lars Hultgren | Review Anthropic diligence materials | 1.0 | 9 |
| 02/09/24 | Lars Hultgren | Review of draft order and prepare materials re: Anthropic | 1.0 | 9 |
| 02/09/24 | Lars Hultgren | Review of recovery analysis re: ventures | 1.0 | 9 |
| 02/11/24 | Lars Hultgren | Review of Debtors' vault trust materials | 0.5 | 9 |
| 02/12/24 | Lars Hultgren | Call with UCC re: Anthropic, examiner update, ventures, and monteization discussion | 1.5 | 3 |
| 02/12/24 | Lars Hultgren | Meeting with UCC Advisors re: committee call preparation | 1.0 | 11 |
| 02/12/24 | Lars Hultgren | Prepare fee application | 0.5 | 1 |
| 02/12/24 | Lars Hultgren | Analsyis of venture investment re: Arcana | 1.0 | 9 |
| 02/12/24 | Lars Hultgren | Review of Debtors' VDR | 0.5 | 9 |
| 02/13/24 | Lars Hultgren | Call with Debtors re: plan recovery and venture portfolio | 0.5 | 4 |
| 02/13/24 | Lars Hultgren | Prepare ventures materials for UCC | 4.0 | 9 |
| 02/13/24 | Lars Hultgren | Review of Debtors' VDR | 0.5 | 9 |
| 02/14/24 | Lars Hultgren | Meeting with potentially interested party | 0.5 | 3 |
| 02/14/24 | Lars Hultgren | Call with Debtors re: plan recovery and venture portfolio | 0.5 | 4 |
| 02/14/24 | Lars Hultgren | Review of Debtors' recovery analysis | 1.0 | 9 |
| 02/14/24 | Lars Hultgren | Call with UCC re: Anthropic, Genesis claim sale procedures, equity committee letter, and de minimis asset sales | 1.5 | 3 |
| 02/15/24 | Lars Hultgren | Meeting with Debtors' banker re: venture portfolio updates | 0.5 | 4 |
| 02/15/24 | Lars Hultgren | Review of Debtors' recovery analysis | 0.5 | 9 |
| 02/16/24 | Lars Hultgren | Review of de minimis sale re: BitOasis | 0.5 | 9 |
| 02/18/24 | Lars Hultgren | Preparation of BitOasis Investment Summary Materials | 2.0 | 9 |
| 02/18/24 | Lars Hultgren | Prepare materials for UCC re: BitOasis | 1.0 | 9 |
| 02/19/24 | Lars Hultgren | Meeting with UCC Advisors re: committee call preparation | 1.0 | 11 |
| 02/19/24 | Lars Hultgren | Prepare materials for UCC re: BitOasis | 4.0 | 9 |
| 02/19/24 | Lars Hultgren | Internal communications re: BitOasis | 0.5 | 9 |
| 02/20/24 | Lars Hultgren | Prepare fee application | 0.5 | 1 |
| 02/20/24 | Lars Hultgren | Prepare materials for UCC re: BitOasis | 0.5 | 9 |
| 02/21/24 | Lars Hultgren | Review of court docket re: sale transactions | 2.0 | 9 |
| 02/21/24 | Lars Hultgren | Review of FTI materials re: claims | 0.5 | 9 |
| 02/21/24 | Lars Hultgren | Call with UCC re: plan considerations, FTX Europe settlement, Anthropic, ventures, and coin monetization | 1.5 | 3 |
| 02/22/24 | Lars Hultgren | Review of court docket re: sale transactions | 2.0 | 9 |
| 02/23/24 | Lars Hultgren | Internal call with D. Homrich, L. Hultgren, S. Carri re: Genesis miner comps | 0.5 | 11 |
| 02/25/24 | Lars Hultgren | Review of plan recovery analysis | 0.5 | 9 |
| 02/26/24 | Lars Hultgren | Anthropic Webinar | 1.0 | 2 |
| 02/26/24 | Lars Hultgren | Call with UCC advisors re: case updates and other workstreams | 0.5 | 4 |
| 02/26/24 | Lars Hultgren | Review and prepare ventures scorecard summary | 1.0 | 9 |
| 02/26/24 | Lars Hultgren | Prepare materials for UCC re: GDA | 0.5 | 9 |
| 02/27/24 | Lars Hultgren | Review court docket re: asset sales | 1.0 | 9 |
| 02/27/24 | Lars Hultgren | Preparation of ventures update | 1.0 | 9 |
| 02/27/24 | Lars Hultgren | Prepare notes re: Anthropic webinar | 2.0 | 9 |
| 02/27/24 | Lars Hultgren | Prepare materials for UCC re: GDA | 0.5 | 9 |
| 02/28/24 | Lars Hultgren | Review of Debtors' VDR | 0.5 | 9 |
| 02/28/24 | Lars Hultgren | Prepare materials for UCC re: GDA | 0.5 | 9 |
| 02/28/24 | Lars Hultgren | Call with UCC re: Anthropic, examiner update, ventures, and monteization discussion | 1.5 | 3 |
| 02/29/24 | Lars Hultgren | Prepare fee application | 0.5 | 1 |
| 02/29/24 | Lars Hultgren | Review of Debtors' VDR | 0.5 | 9 |
| 02/29/24 | Lars Hultgren | Review of status for various de minimis assets | 0.5 | 9 |
| **February 1, 2024 - February 29, 2024 Hours for Lars Hultgren** | | | **83.0** | |

**Jefferies LLC**

*February 1, 2024 - February 29, 2024*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 02/01/24 | Sebastian Carri | *Meeting with Debtors' banker re: venture portfolio updates* | 0.5 | 4 |
| 02/02/24 | Sebastian Carri | *Prepare Anthropic investor outreach list* | 3.0 | 9 |
| 02/02/24 | Sebastian Carri | *Call with UCC re: Anthropic* | 1.0 | 3 |
| 02/03/24 | Sebastian Carri | *Review crypto bankruptcy cases* | 6.0 | 9 |
| 02/04/24 | Sebastian Carri | *Review crypto bankruptcy cases* | 1.0 | 9 |
| 02/05/24 | Sebastian Carri | *Review crypto bankruptcy cases* | 3.0 | 9 |
| 02/06/24 | Sebastian Carri | *Prepare crypto case analysis* | 1.0 | 9 |
| 02/06/24 | Sebastian Carri | *Internal Call with R. Hamilton, D. Homrich, L. Hultgren re: crypto cases* | 1.0 | 9 |
| 02/06/24 | Sebastian Carri | *Call with Paul Hastings re: venture portfolio* | 1.0 | 11 |
| 02/06/24 | Sebastian Carri | *Review of Anthropic VDR* | 1.0 | 9 |
| 02/07/24 | Sebastian Carri | *Call with UCC re: Anthropic, Dotcom preferred equity committee, IRS, Genesis claim sale, BlockFi* | 1.5 | 3 |
| 02/07/24 | Sebastian Carri | *Call with Debtor's banker re: Anthropic* | 0.5 | 4 |
| 02/08/24 | Sebastian Carri | *Prepare Anthropic Materials* | 2.0 | 9 |
| 02/08/24 | Sebastian Carri | *Internal call with D. Homrich, L. Hultgren, S. Carri re: Anthropic* | 1.0 | 9 |
| 02/09/24 | Sebastian Carri | *Review of recovery analysis re: ventures* | 1.0 | 9 |
| 02/11/24 | Sebastian Carri | *Review of Debtors' vault trust materials* | 0.5 | 9 |
| 02/12/24 | Sebastian Carri | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 02/13/24 | Sebastian Carri | *Call with Debtors re: plan recovery and venture portfolio* | 0.5 | 4 |
| 02/14/24 | Sebastian Carri | *Meeting with potentially interested party* | 0.5 | 3 |
| 02/14/24 | Sebastian Carri | *Call with Debtors re: plan recovery and venture portfolio* | 0.5 | 4 |
| 02/14/24 | Sebastian Carri | *Call with UCC re: Anthropic, Genesis claim sale procedures, equity committee letter, and de minimis asset sales* | 1.5 | 3 |
| 02/15/24 | Sebastian Carri | *Meeting with Debtors' banker re: venture portfolio updates* | 0.5 | 4 |
| 02/18/24 | Sebastian Carri | *Prepare materials for UCC re: BitOasis* | 2.0 | 9 |
| 02/19/24 | Sebastian Carri | *Prepare materials for UCC re: BitOasis* | 3.0 | 9 |
| 02/19/24 | Sebastian Carri | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 02/19/24 | Sebastian Carri | *Internal call with D. Homrich, L. Hultgren, S. Carri re: Genesis miner comps* | 0.5 | 11 |
| 02/20/24 | Sebastian Carri | *Prepare fee application* | 5.0 | 1 |
| 02/21/24 | Sebastian Carri | *Call with UCC re: plan considerations, FTX Europe settlement, Anthropic, ventures, and coin monetization* | 1.5 | 3 |
| 02/23/24 | Sebastian Carri | *Internal call with D. Homrich, L. Hultgren, S. Carri re: Genesis miner comps* | 0.5 | 11 |
| 02/25/24 | Sebastian Carri | *Preparation of comparable companies re: GDA* | 4.0 | 9 |
| 02/26/24 | Sebastian Carri | *Prepare ventures scorecard summary* | 2.0 | 9 |
| 02/26/24 | Sebastian Carri | *Anthropic Webinar* | 1.0 | 2 |
| 02/26/24 | Sebastian Carri | *Call with UCC advisors re: case updates and other workstreams* | 0.5 | 4 |
| 02/27/24 | Sebastian Carri | *Review court docket re: asset sales* | 3.0 | 9 |
| 02/27/24 | Sebastian Carri | *Prepare ventures update* | 1.0 | 9 |
| 02/27/24 | Sebastian Carri | *Prepare fee application* | 2.0 | 1 |
| 02/28/24 | Sebastian Carri | *Call with UCC re: Anthropic, examiner update, ventures, and monteization discussion* | 1.5 | 3 |
| **February 1, 2024 - February 29, 2024 Hours for Sebastian Carri** | | | **58.0** | |

# Exhibit B

# Expense Detail

**Expense Detail**
February 1 - February 29, 2024

| Professional | User Date | Amount ($) | Expense Description |
|---|---|---|---|
| DANIEL HOMRICH | 1/18/2024 | $30.00 | EMPLOYEE MEAL |
| DANIEL HOMRICH | 1/19/2024 | $30.00 | EMPLOYEE MEAL |
| DANIEL HOMRICH | 1/25/2024 | $30.00 | EMPLOYEE MEAL |
| DANIEL HOMRICH | 1/25/2024 | $38.98 | TAXI |
| DANIEL HOMRICH | 2/2/2024 | $26.30 | EMPLOYEE MEAL |
| DANIEL HOMRICH | 2/2/2024 | $38.94 | TAXI |
| DENTONS | 2/29/2024 | $1,794.00 | LEGAL |
| **Total Expense** | | **$1,988.22** | |



Dentons US LLP  
233 South Wacker Drive  
Suite 5900  
Chicago, Illinois 60606-6361

dentons.com

Jefferies LLC  
Attn: Cristina Passoni  
520 Madison Avenue  
New York NY 10022  
United States

March 14, 2024

**Invoice No. 2734326**

Client/Matter: 09806540-000047

FTX Bankruptcy  
8116

Payment Due Upon Receipt

Total This Invoice $ 1,794.00

Please return this page with your payment  
To pay by E-Check - https://www.e-billexpress.com/ebpp/DentonsUS

Payments by check should be sent to:  
Dentons US LLP  
Dept. 3078  
Carol Stream, IL  60132-3078

OR

Payment by wire transfer/ACH should be sent to:



**\*\*Please validate any request to change/update electronic payment instructions on file or mailing address by contacting Dentons US LLP directly\*\***

Please send payment remittance advice information to cashreceipts@dentons.com  
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730  
Questions relating to this invoice should be directed to:  
T. Labuda  
at 1 312 876 8000



Dentons US LLP  dentons.com
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

Jefferies LLC
Attn: Cristina Passoni
520 Madison Avenue
New York NY 10022
United States

March 14, 2024

**Invoice No. 2734326**

Client/Matter:   09806540-000047

FTX Bankruptcy
8116

_____

For Professional Services Rendered through February 29, 2024:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 02/01/24 | S. Schrag | 0.10 | 97.00 | Confer with L. Hultgren regarding monthly fee statements. |
| 02/02/24 | T. Labuda | 0.10 | 145.00 | Emails with Szlezinger re potential sale and related retention issues. |
| 02/21/24 | S. Schrag | 0.30 | 291.00 | Confer with L. Hultgren regarding monthly fee statements and interim fee application. |
| 02/22/24 | S. Schrag | 0.10 | 97.00 | Confer with W. Johnson regarding fee statement. |
| 02/22/24 | S. Schrag | 0.10 | 97.00 | Confer with R. Hamilton regarding fee statements. |
| 02/23/24 | S. Schrag | 1.10 | 1,067.00 | Draft fee statements. |
| Total Hours | | 1.80 | | |
| Fee Amount | | | | $ 1,794.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| T. Labuda | $ 1,450.00 | 0.10 | $ 145.00 |
| S. Schrag | $ 970.00 | 1.70 | $ 1,649.00 |
| Totals | | 1.80 | $ 1,794.00 |

| | | |
|---|---|---|
| Fee Total | $ | 1,794.00 |
| Invoice Total | $ | 1,794.00 |