# Exhibit A

## Time Records of Jefferies Professionals

**Jefferies LLC**

*March 1, 2024 - March 31, 2024*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 03/01/24 | Michael O'Hara | Review notes re: Anthropic webinar | 2.0 | 9 |
| 03/04/24 | Michael O'Hara | Meeting with UCC Advisors re: committee call preparation | 1.0 | 11 |
| 03/06/24 | Michael O'Hara | Prepare for weekly committee call | 0.5 | 9 |
| 03/06/24 | Michael O'Hara | Call with UCC re: monetization and plan discussion, SBF sentencing, customer property adversary proceeding, GDA | 1.5 | 3 |
| 03/11/24 | Michael O'Hara | Meeting with UCC Advisors re: committee call preparation | 1.0 | 11 |
| 03/12/24 | Michael O'Hara | Prepare for weekly committee call | 0.5 | 9 |
| 03/12/24 | Michael O'Hara | Call with UCC re: GDA | 0.5 | 3 |
| 03/13/24 | Michael O'Hara | Prepare for weekly committee call | 0.5 | 9 |
| 03/13/24 | Michael O'Hara | Call with UCC re: plan issues, token estimation litigation, Anthropic | 1.5 | 3 |
| 03/14/24 | Michael O'Hara | Meeting with Debtors' banker re: venture portfolio updates | 0.5 | 4 |
| 03/14/24 | Michael O'Hara | Call with Paul Hastings re: venture update | 0.5 | 11 |
| 03/18/24 | Michael O'Hara | Meeting with UCC Advisors re: committee call preparation | 1.0 | 11 |
| 03/18/24 | Michael O'Hara | Call with Paul Hastings re: Anthropic update | 1.0 | 11 |
| 03/20/24 | Michael O'Hara | Omnibus hearing | 2.0 | 1 |
| 03/20/24 | Michael O'Hara | Discussion with UCC re: Anthropic | 0.5 | 3 |
| 03/21/24 | Michael O'Hara | Prepare for weekly committee call | 0.5 | 9 |
| 03/21/24 | Michael O'Hara | Call with UCC re: hearing update, plan meeting, Anthropic | 1.5 | 3 |
| 03/25/24 | Michael O'Hara | Meeting with UCC Advisors re: committee call preparation | 1.0 | 11 |
| 03/26/24 | Michael O'Hara | Hearing on Digital Assets Estimations | 3.0 | 1 |
| 03/28/24 | Michael O'Hara | Meeting with Debtors' banker re: venture portfolio updates | 0.5 | 4 |
| | **March 1, 2024 - March 31, 2024 Hours for Michael O'Hara** | | **21.0** | |
| 03/01/24 | Ryan Hamilton | Internal call with D. Homrich, L. Hultgren, S. Carri re: GDA | 0.5 | 9 |
| 03/01/24 | Ryan Hamilton | Review notes re: Anthropic webinar | 2.0 | 9 |
| 03/04/24 | Ryan Hamilton | Review materials re: Anthropic | 1.5 | 9 |
| 03/04/24 | Ryan Hamilton | Call with the Debtors' investmente banker re: Anthropic | 0.5 | 9 |
| 03/04/24 | Ryan Hamilton | Internal call with D. Homrich, L. Hultgren, S. Carri re: GDA, Anthropic, administrative | 0.5 | 9 |
| 03/04/24 | Ryan Hamilton | Meeting with UCC Advisors re: committee call preparation | 1.0 | 11 |
| 03/06/24 | Ryan Hamilton | Prepare for weekly committee call | 0.5 | 9 |
| 03/06/24 | Ryan Hamilton | Call with UCC re: monetization and plan discussion, SBF sentencing, customer property adversary proceeding, GDA | 1.5 | 3 |
| 03/10/24 | Ryan Hamilton | Review Plan Issues List | 1.0 | 7 |
| 03/11/24 | Ryan Hamilton | Call with Paul Hastings re: venture portfolio | 1.0 | 11 |
| 03/12/24 | Ryan Hamilton | Prepare for weekly committee call | 0.5 | 9 |
| 03/12/24 | Ryan Hamilton | Call with UCC re: GDA | 0.5 | 3 |
| 03/12/24 | Ryan Hamilton | Call with Paul Hastings re: Plan Issues List | 1.0 | 11 |
| 03/13/24 | Ryan Hamilton | Prepare for weekly committee call | 0.5 | 9 |
| 03/13/24 | Ryan Hamilton | Call with UCC re: plan issues, token estimation litigation, Anthropic | 1.5 | 3 |
| 03/14/24 | Ryan Hamilton | Meeting with Debtors' banker re: venture portfolio updates | 0.5 | 4 |
| 03/14/24 | Ryan Hamilton | Call with Paul Hastings re: venture update | 0.5 | 11 |
| 03/14/24 | Ryan Hamilton | Discussions with Debtors re: Plan Issues List | 1.5 | 7 |
| 03/18/24 | Ryan Hamilton | Meeting with UCC Advisors re: committee call preparation | 1.0 | 11 |
| 03/18/24 | Ryan Hamilton | Call with Paul Hastings re: Anthropic update | 1.0 | 11 |
| 03/20/24 | Ryan Hamilton | Omnibus hearing | 2.0 | 1 |
| 03/20/24 | Ryan Hamilton | Discussion with UCC re: Anthropic | 0.5 | 3 |
| 03/21/24 | Ryan Hamilton | Prepare for weekly committee call | 0.5 | 9 |
| 03/21/24 | Ryan Hamilton | Call with UCC re: hearing update, plan meeting, Anthropic | 1.5 | 3 |
| 03/28/24 | Ryan Hamilton | Meeting with Debtors' banker re: venture portfolio updates | 0.5 | 4 |
| | **March 1, 2024 - March 31, 2024 Hours for Ryan Hamilton** | | **23.5** | |

**Jefferies LLC**

*March 1, 2024 - March 31, 2024*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 03/01/24 | Daniel Homrich | *Internal call with R. Hamilton, L. Hultgren, S. Carri re: GDA* | 0.5 | 9 |
| 03/01/24 | Daniel Homrich | *Review of venture portfolio diligence items* | 5.0 | 9 |
| 03/01/24 | Daniel Homrich | *Prepare notes re: Anthropic webinar* | 2.0 | 9 |
| 03/02/24 | Daniel Homrich | *Review of venture portfolio diligence items* | 3.0 | 9 |
| 03/04/24 | Daniel Homrich | *Internal call with R. Hamilton, L. Hultgren, S. Carri re: GDA, Anthropic, administrative* | 0.5 | 9 |
| 03/04/24 | Daniel Homrich | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 03/04/24 | Daniel Homrich | *Review of venture portfolio diligence items* | 3.0 | 9 |
| 03/05/24 | Daniel Homrich | *Internal call with L. Hultgren and S. Carri re: equity positions* | 0.5 | 9 |
| 03/06/24 | Daniel Homrich | *Call with UCC re: monetization and plan discussion, SBF sentencing, customer property adversary proceeding, GDA* | 1.5 | 3 |
| 03/11/24 | Daniel Homrich | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 03/12/24 | Daniel Homrich | *Call with UCC re: GDA* | 0.5 | 3 |
| 03/13/24 | Daniel Homrich | *Call with UCC re: plan issues, token estimation litigation, Anthropic* | 1.5 | 3 |
| 03/14/24 | Daniel Homrich | *Meeting with Debtors' banker re: venture portfolio updates* | 0.5 | 4 |
| 03/14/24 | Daniel Homrich | *Call with Paul Hastings re: venture update* | 0.5 | 11 |
| 03/18/24 | Daniel Homrich | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 03/18/24 | Daniel Homrich | *Call with Paul Hastings re: Anthropic update* | 1.0 | 11 |
| 03/18/24 | Daniel Homrich | *Preparation of UCC update re: Anthropic* | 1.0 | 11 |
| 03/19/24 | Daniel Homrich | *Discussion with UCC re: locked solana* | 1.0 | 3 |
| 03/19/24 | Daniel Homrich | *Preparation of UCC update re: Anthropic* | 1.0 | 11 |
| 03/20/24 | Daniel Homrich | *Omnibus hearing* | 2.0 | 1 |
| 03/21/24 | Daniel Homrich | *Call with UCC re: hearing update, plan meeting, Anthropic* | 1.5 | 3 |
| 03/25/24 | Daniel Homrich | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 03/26/24 | Daniel Homrich | *Hearing on Digital Assets Estimations* | 3.0 | 1 |
| 03/28/24 | Daniel Homrich | *Meeting with Debtors' banker re: venture portfolio updates* | 0.5 | 4 |
| | | **March 1, 2024 - March 31, 2024 Hours for Daniel Homrich** | **34.0** | |
| 03/01/24 | Lars Hultgren | *Internal call with R. Hamilton, D. Homrich, S. Carri re: GDA* | 0.5 | 9 |
| 03/01/24 | Lars Hultgren | *Prepare fee application* | 2.0 | 1 |
| 03/01/24 | Lars Hultgren | *Prepare notes re: Anthropic webinar* | 2.0 | 9 |
| 03/04/24 | Lars Hultgren | *Internal call with R. Hamilton, D. Homrich, S. Carri re: GDA, Anthropic, administrative* | 0.5 | 9 |
| 03/04/24 | Lars Hultgren | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 03/04/24 | Lars Hultgren | *Prepare fee application* | 2.0 | 1 |
| 03/04/24 | Lars Hultgren | *Prepare materials for UCC re: GDA* | 0.5 | 9 |
| 03/04/24 | Lars Hultgren | *Review of Debtors' materials re: GDA* | 0.5 | 9 |
| 03/04/24 | Lars Hultgren | *Review of recovery analysis re: ventures* | 1.0 | 9 |
| 03/05/24 | Lars Hultgren | *Internal call with D. Homrich and S. Carri re: equity positions* | 0.5 | 9 |
| 03/05/24 | Lars Hultgren | *Review of recovery analysis re: ventures* | 6.0 | 9 |
| 03/05/24 | Lars Hultgren | *Prepare fee application* | 0.5 | 1 |
| 03/06/24 | Lars Hultgren | *Prepare materials for UCC re: GDA* | 2.0 | 9 |
| 03/06/24 | Lars Hultgren | *Call with UCC re: monetization and plan discussion, SBF sentencing, customer property adversary proceeding, GDA* | 1.5 | 3 |
| 03/06/24 | Lars Hultgren | *Prepare fee application* | 1.0 | 1 |
| 03/06/24 | Lars Hultgren | *Prepare materials for UCC re: GDA* | 2.0 | 9 |
| 03/07/24 | Lars Hultgren | *Prepare fee application* | 0.5 | 1 |
| 03/11/24 | Lars Hultgren | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 03/11/24 | Lars Hultgren | *Review of fee application* | 0.5 | 1 |
| 03/12/24 | Lars Hultgren | *Call with UCC re: GDA* | 0.5 | 3 |
| 03/13/24 | Lars Hultgren | *Call with UCC re: plan issues, token estimation litigation, Anthropic* | 1.5 | 3 |
| 03/14/24 | Lars Hultgren | *Meeting with Debtors' banker re: venture portfolio updates* | 0.5 | 4 |
| 03/14/24 | Lars Hultgren | *Call with Paul Hastings re: venture update* | 0.5 | 11 |
| 03/18/24 | Lars Hultgren | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 03/18/24 | Lars Hultgren | *Call with Paul Hastings re: Anthropic update* | 1.0 | 11 |
| 03/18/24 | Lars Hultgren | *Review materials for the UCC re: Anthropic* | 1.0 | 9 |
| 03/19/24 | Lars Hultgren | *Review materials for the UCC re: Anthropic* | 1.0 | 9 |
| 03/20/24 | Lars Hultgren | *Omnibus hearing* | 2.0 | 1 |
| 03/21/24 | Lars Hultgren | *Call with UCC re: hearing update, plan meeting, Anthropic* | 1.5 | 3 |
| 03/21/24 | Lars Hultgren | *Review materials for the UCC re: Anthropic* | 0.5 | 9 |
| 03/25/24 | Lars Hultgren | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 03/26/24 | Lars Hultgren | *Hearing on Digital Assets Estimations* | 3.0 | 1 |
| 03/28/24 | Lars Hultgren | *Meeting with Debtors' banker re: venture portfolio updates* | 0.5 | 4 |
| | | **March 1, 2024 - March 31, 2024 Hours for Lars Hultgren** | **41.0** | |

**Jefferies LLC**

*March 1, 2024 - March 31, 2024*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 03/01/24 | Sebastian Carri | *Internal call with R. Hamilton, D. Homrich, L. Hultgren re: GDA* | 0.5 | 9 |
| 03/01/24 | Sebastian Carri | *Preparation of Anthropic materials* | 2.0 | 9 |
| 03/01/24 | Sebastian Carri | *Prepare fee application* | 2.0 | 1 |
| 03/01/24 | Sebastian Carri | *Prepare notes re: Anthropic webinar* | 3.0 | 9 |
| 03/04/24 | Sebastian Carri | *Internal call with Internal call with R. Hamilton, D. Homrich, L. Hultgren re: GDA, Anthropic, administrative* | 0.5 | 9 |
| 03/04/24 | Sebastian Carri | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 03/04/24 | Sebastian Carri | *Prepare fee application* | 2.0 | 1 |
| 03/05/24 | Sebastian Carri | *Internal call with D. Homrich and L. Hultgren re: equity positions* | 0.5 | 9 |
| 03/06/24 | Sebastian Carri | *Prepare materials for UCC re: GDA* | 2.0 | 9 |
| 03/06/24 | Sebastian Carri | *Call with UCC re: monetization and plan discussion, SBF sentencing, customer property adversary proceeding, GDA* | 1.5 | 3 |
| 03/07/24 | Sebastian Carri | *Prepare fee application* | 4.0 | 1 |
| 03/11/24 | Sebastian Carri | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 03/12/24 | Sebastian Carri | *Call with UCC re: GDA* | 0.5 | 3 |
| 03/13/24 | Sebastian Carri | *Call with UCC re: plan issues, token estimation litigation, Anthropic* | 1.5 | 3 |
| 03/14/24 | Sebastian Carri | *Meeting with Debtors' banker re: venture portfolio updates* | 0.5 | 4 |
| 03/14/24 | Sebastian Carri | *Call with Paul Hastings re: venture update* | 0.5 | 11 |
| 03/18/24 | Sebastian Carri | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 03/18/24 | Sebastian Carri | *Call with Paul Hastings re: Anthropic update* | 1.0 | 11 |
| 03/20/24 | Sebastian Carri | *Omnibus hearing* | 2.0 | 1 |
| 03/21/24 | Sebastian Carri | *Call with UCC re: hearing update, plan meeting, Anthropic* | 1.5 | 3 |
| 03/22/24 | Sebastian Carri | *Review of Debtors' VDR* | 4.0 | 9 |
| 03/25/24 | Sebastian Carri | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 03/26/24 | Sebastian Carri | *Hearing on Digital Assets Estimations* | 3.0 | 1 |
| 03/28/24 | Sebastian Carri | *Meeting with Debtors' banker re: venture portfolio updates* | 0.5 | 4 |
| | | **March 1, 2024 - March 31, 2024 Hours for Sebastian Carri** | **37.0** | |

## Exhibit B

### Expense Detail

**Expense Detail**
March 1 - March 31, 2024

| Professional | User Date | Amount ($) | Expense Description |
|---|---|---|---|
| DANIEL HOMRICH | 2/7/2024 | $24.94 | EMPLOYEE MEAL |
| DANIEL HOMRICH | 2/7/2024 | $36.89 | TAXI |
| JEF FTX TEAM | 3/1/2024 | $198.00 | PRESENTATION SERVICES |
| DANIEL HOMRICH | 3/2/2024 | $25.05 | EMPLOYEE MEAL |
| DENTONS | 3/31/2024 | $4,509.00 | LEGAL |
| **Total Expense** | | **$4,793.88** | |

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Jefferies LLC
Attn: Cristina Passoni
520 Madison Avenue
New York NY 10022
United States

April 9, 2024

**Invoice No. 2741215**

Client/Matter: 09806540-000047

FTX Bankruptcy
8116

Payment Due Upon Receipt

| | | |
|---|---|---|
| Total This Invoice | $ | 4,509.00 |

Please return this page with your payment
To pay by E-Check - https://www.e-billexpress.com/ebpp/DentonsUS

Payments by check should be sent to:
Dentons US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

Payment by wire transfer/ACH should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit #: ███████
Account #: ███████
Account Name: Dentons US LLP
Swift Code: ███████
Reference: Invoice # and/or client matter #

**\*\*Please validate any request to change/update electronic payment instructions on
file or mailing address by contacting Dentons US LLP directly\*\***

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
T. Labuda
at 1 312 876 8000



Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Jefferies LLC
Attn: Cristina Passoni
520 Madison Avenue
New York NY 10022
United States

April 9, 2024

**Invoice No. 2741215**

Client/Matter:   09806540-000047

FTX Bankruptcy
8116

_____

For Professional Services Rendered through March 31, 2024:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 03/04/24 | S. Schrag | 0.10 | 97.00 | Confer with J. Kochenash regarding monthly fee statements. |
| 03/04/24 | S. Schrag | 0.20 | 194.00 | Confer with L. Hultgren regarding monthly fee statements. |
| 03/04/24 | T. Labuda | 0.10 | 145.00 | Emails with Schrag and client team re monthly fee statements and interim application. |
| 03/07/24 | T. Labuda | 0.10 | 145.00 | Emails with Schrag re fee filings. |
| 03/07/24 | S. Schrag | 0.30 | 291.00 | Confer with L. Hultgren regarding fee statements. |
| 03/08/24 | T. Labuda | 0.10 | 145.00 | Review fee filing materials and emails with Schrag re same. |
| 03/08/24 | S. Schrag | 0.10 | 97.00 | Confer with L. Hultgren regarding fee statement. |
| 03/11/24 | S. Schrag | 1.40 | 1,358.00 | Review and revise fee statements. |
| 03/11/24 | S. Schrag | 0.30 | 291.00 | Confer with L. Hultgren regarding fee statements. |
| 03/11/24 | S. Schrag | 0.20 | 194.00 | Confer with J. Kochenash regarding fee statements. |
| 03/13/24 | S. Schrag | 0.50 | 485.00 | Draft supplement to Fifth Interim Fee Application. |
| 03/13/24 | S. Schrag | 0.10 | 97.00 | Confer with L. Hultgren regarding Fifth Interim Fee Application and supplement. |
| 03/14/24 | S. Schrag | 0.20 | 194.00 | Confer with J. Koshenash regarding Fourth Omnibus Fee Order and supplement to Fifth Interim Fee Application. |
| 03/14/24 | S. Schrag | 0.30 | 291.00 | Finalize supplemental interim fee application. |
| 03/26/24 | S. Schrag | 0.40 | 388.00 | Draft fee statement. |

FTX Bankruptcy
8116

April 9, 2024

Matter: 09806540-000047
Invoice No.: 2741215

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 03/26/24 | S. Schrag | 0.10 | 97.00 | Confer with L. Hultgren regarding fee statement. |
| Total Hours | | 4.50 | | |
| Fee Amount | | | | $ 4,509.00 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| T. Labuda | $ 1,450.00 | 0.30 | $ 435.00 |
| S. Schrag | $ 970.00 | 4.20 | $ 4,074.00 |
| Totals | | 4.50 | $ 4,509.00 |

| | | |
|---|---|---|
| Fee Total | $ | 4,509.00 |
| Invoice Total | $ | 4,509.00 |

3