# Exhibit A

## Time Records of Jefferies Professionals

**Jefferies LLC**

*April 1, 2024 - April 30, 2024*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 04/01/24 | Michael O'Hara | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 04/03/24 | Michael O'Hara | *Prepare for weekly committee call* | 0.5 | 9 |
| 04/03/24 | Michael O'Hara | *Call with UCC re: plan update, Anthropic, and Voyager settlement* | 1.5 | 3 |
| 04/08/24 | Michael O'Hara | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 04/11/24 | Michael O'Hara | *Meeting with Debtors' banker re: venture portfolio updates* | 0.5 | 4 |
| 04/12/24 | Michael O'Hara | *Prepare for weekly committee call* | 0.5 | 9 |
| 04/12/24 | Michael O'Hara | *Call with UCC re: plan update and FTX Japan* | 1.5 | 3 |
| 04/15/24 | Michael O'Hara | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 04/16/24 | Michael O'Hara | *Review of recovery analysis re: ventures* | 0.5 | 9 |
| 04/16/24 | Michael O'Hara | *Review of creditor fee comps* | 0.5 | 1 |
| 04/16/24 | Michael O'Hara | *Review UCC Update re: de minimis asset sales* | 0.5 | 9 |
| 04/17/24 | Michael O'Hara | *Prepare for weekly committee call* | 0.5 | 9 |
| 04/17/24 | Michael O'Hara | *Call with UCC re: recovery analysis, plan update, and Anthropic update* | 1.5 | 3 |
| 04/19/24 | Michael O'Hara | *Prepare for weekly committee call* | 0.5 | 9 |
| 04/19/24 | Michael O'Hara | *Call with UCC re: examiner and plan discussions update* | 1.5 | 3 |
| 04/22/24 | Michael O'Hara | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 04/24/24 | Michael O'Hara | *Prepare for weekly committee call* | 0.5 | 9 |
| 04/24/24 | Michael O'Hara | *Call with UCC re: token portfolio, plan update and discussion* | 1.5 | 3 |
| 04/25/24 | Michael O'Hara | *Meeting with Debtors' banker re: venture portfolio updates* | 0.5 | 4 |
| 04/29/24 | Michael O'Hara | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 04/30/24 | Michael O'Hara | *Review materials for the UCC re: GDA* | 0.5 | 9 |
| | | **April 1, 2024 - April 30, 2024 Hours for Michael O'Hara** | **18.0** | |
| 04/01/24 | Ryan Hamilton | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 04/03/24 | Ryan Hamilton | *Prepare for weekly committee call* | 0.5 | 9 |
| 04/03/24 | Ryan Hamilton | *Call with UCC re: plan update, Anthropic, and Voyager settlement* | 1.5 | 3 |
| 04/04/24 | Ryan Hamilton | *Call with Paul Hastings re: venture portfolio* | 0.5 | 9 |
| 04/04/24 | Ryan Hamilton | *Call with Debtors advisors re: FTX Japan* | 0.5 | 9 |
| 04/08/24 | Ryan Hamilton | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 04/09/24 | Ryan Hamilton | *Review revised plan of reorganization* | 3.0 | 7 |
| 04/10/24 | Ryan Hamilton | *Communications with FTI re: revised plan of reorganization* | 0.5 | 11 |
| 04/11/24 | Ryan Hamilton | *Meeting with Debtors' banker re: venture portfolio updates* | 0.5 | 4 |
| 04/11/24 | Ryan Hamilton | *Meeting with Debtors' banker re: FTX Japan* | 0.5 | 9 |
| 04/11/24 | Ryan Hamilton | *Review plan recovery analysis* | 1.5 | 7 |
| 04/12/24 | Ryan Hamilton | *Prepare for weekly committee call* | 0.5 | 9 |
| 04/12/24 | Ryan Hamilton | *Call with UCC re: plan update and FTX Japan* | 1.5 | 3 |
| 04/12/24 | Ryan Hamilton | *Review draft disclosure statement* | 3.0 | 7 |
| 04/15/24 | Ryan Hamilton | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 04/15/24 | Ryan Hamilton | *Review revised AHC fee proposal* | 1.0 | 11 |
| 04/16/24 | Ryan Hamilton | *Review UCC Update re: de minimis asset sales* | 0.5 | 9 |
| 04/16/24 | Ryan Hamilton | *Review of creditor fee comps* | 0.5 | 1 |
| 04/16/24 | Ryan Hamilton | *Review draft disclosure statement* | 2.0 | 7 |
| 04/16/24 | Ryan Hamilton | *Review of recovery analysis re: ventures* | 0.5 | 9 |
| 04/17/24 | Ryan Hamilton | *Prepare for weekly committee call* | 0.5 | 9 |
| 04/17/24 | Ryan Hamilton | *Call with UCC re: recovery analysis, plan update, and Anthropic update* | 1.5 | 3 |
| 04/18/24 | Ryan Hamilton | *Review comments to the disclosure statement* | 1.0 | 7 |
| 04/19/24 | Ryan Hamilton | *Prepare for weekly committee call* | 0.5 | 9 |
| 04/19/24 | Ryan Hamilton | *Call with Debtors advisors re: Anthropic* | 0.5 | 9 |
| 04/19/24 | Ryan Hamilton | *Call with UCC re: examiner and plan discussions update* | 1.5 | 3 |
| 04/22/24 | Ryan Hamilton | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 04/22/24 | Ryan Hamilton | *Call with Paul Hastings re: plan governance issues* | 0.5 | 7 |
| 04/23/24 | Ryan Hamilton | *Call with Debtors advisors re: Anthropic* | 0.5 | 9 |
| 04/23/24 | Ryan Hamilton | *Call with UCC advisors re: plan governance issues* | 7.0 | 3 |
| 04/24/24 | Ryan Hamilton | *Prepare for weekly committee call* | 0.5 | 9 |
| 04/24/24 | Ryan Hamilton | *Call with UCC re: token portfolio, plan update and discussion* | 1.5 | 3 |
| 04/25/24 | Ryan Hamilton | *Meeting with Debtors' banker re: venture portfolio updates* | 0.5 | 4 |
| 04/29/24 | Ryan Hamilton | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 04/29/24 | Ryan Hamilton | *Review materials for the UCC re: GDA* | 1.0 | 9 |
| 04/30/24 | Ryan Hamilton | *Review revised plan and disclosure statement* | 2.0 | 7 |
| 04/30/24 | Ryan Hamilton | *Review materials for the UCC re: GDA* | 0.5 | 9 |
| 04/30/24 | Ryan Hamilton | *Prepare and review update for the UCC re: GDA* | 0.5 | 9 |
| | | **April 1, 2024 - April 30, 2024 Hours for Ryan Hamilton** | **43.5** | |

**Jefferies LLC**

*April 1, 2024 - April 30, 2024*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 04/01/24 | Daniel Homrich | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 04/03/24 | Daniel Homrich | *Call with UCC re: plan update, Anthropic, and Voyager settlement* | 1.5 | 3 |
| 04/08/24 | Daniel Homrich | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 04/08/24 | Daniel Homrich | *Call with UCC advisors re: case updates and other workstreams* | 0.5 | 11 |
| 04/11/24 | Daniel Homrich | *Meeting with Debtors' banker re: venture portfolio updates* | 0.5 | 4 |
| 04/12/24 | Daniel Homrich | *Call with UCC re: plan update and FTX Japan* | 1.5 | 3 |
| 04/15/24 | Daniel Homrich | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 04/15/24 | Daniel Homrich | *Call with UCC advisors re: case updates and other workstreams* | 0.5 | 11 |
| 04/16/24 | Daniel Homrich | *Review UCC Update re: de minimis asset sales* | 0.5 | 9 |
| 04/16/24 | Daniel Homrich | *Review of creditor fee comps* | 2.0 | 1 |
| 04/16/24 | Daniel Homrich | *Review of recovery analysis re: ventures* | 0.5 | 9 |
| 04/17/24 | Daniel Homrich | *Call with UCC re: recovery analysis, plan update, and Anthropic update* | 1.5 | 3 |
| 04/19/24 | Daniel Homrich | *Call with UCC re: examiner and plan discussions update* | 1.5 | 3 |
| 04/22/24 | Daniel Homrich | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 04/22/24 | Daniel Homrich | *Call with UCC advisors re: case updates and other workstreams* | 1.0 | 11 |
| 04/24/24 | Daniel Homrich | *Call with UCC re: token portfolio, plan update and discussion* | 1.5 | 3 |
| 04/25/24 | Daniel Homrich | *Meeting with Debtors' banker re: venture portfolio updates* | 0.5 | 4 |
| 04/25/24 | Daniel Homrich | *Call with UCC advisors re: venture portfolio assets* | 0.5 | 11 |
| 04/29/24 | Daniel Homrich | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 04/30/24 | Daniel Homrich | *Prepare and review update for the UCC re: GDA* | 5.0 | 9 |
| | **April 1, 2024 - April 30, 2024 Hours for Daniel Homrich** | | **24.5** | |
| 04/01/24 | Lars Hultgren | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 04/03/24 | Lars Hultgren | *Call with UCC re: plan update, Anthropic, and Voyager settlement* | 1.5 | 3 |
| 04/08/24 | Lars Hultgren | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 04/11/24 | Lars Hultgren | *Meeting with Debtors' banker re: venture portfolio updates* | 0.5 | 4 |
| 04/15/24 | Lars Hultgren | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 04/16/24 | Lars Hultgren | *Review of recovery analysis re: ventures* | 0.5 | 9 |
| 04/19/24 | Lars Hultgren | *Call with UCC re: examiner and plan discussions update* | 1.5 | 3 |
| 04/22/24 | Lars Hultgren | *Call with Paul Hastings re: venture update* | 1.0 | 11 |
| 04/25/24 | Lars Hultgren | *Meeting with Debtors' banker re: venture portfolio updates* | 0.5 | 4 |
| 04/29/24 | Lars Hultgren | *Meeting with UCC Advisors re: committee call preparation* | 1.0 | 11 |
| 04/03/24 | Lars Hultgren | *Compile list of venture sales and sale processes* | 0.5 | 1 |
| 04/03/24 | Lars Hultgren | *Review court docket re: ventures sales* | 0.5 | 1 |
| 04/04/24 | Lars Hultgren | *Review court docket re: ventures sales* | 0.5 | 1 |
| 04/04/24 | Lars Hultgren | *Compile list of venture sales and sale processes* | 0.5 | 1 |
| 04/04/24 | Lars Hultgren | *Review of materials re: FTX JP* | 0.5 | 2 |
| 04/08/24 | Lars Hultgren | *Compile list of venture sales and sale processes* | 0.5 | 1 |
| 04/08/24 | Lars Hultgren | *Review court docket re: ventures sales* | 0.5 | 1 |
| 04/09/24 | Lars Hultgren | *Review of materials re: FTX JP* | 0.5 | 2 |
| 04/09/24 | Lars Hultgren | *Review of process letter re: liquidity facility* | 1.0 | 9 |
| 04/11/24 | Lars Hultgren | *Review of notes re: FTX JP* | 0.5 | 9 |
| 04/12/24 | Lars Hultgren | *Call with UCC re: plan update and FTX Japan* | 1.5 | 3 |
| 04/16/24 | Lars Hultgren | *Communications with the Debtor re: 6th Man Ventures* | 0.5 | 9 |
| 04/16/24 | Lars Hultgren | *Prepare UCC Update re: de minimis asset sales* | 1.0 | 9 |
| 04/16/24 | Lars Hultgren | *Review of creditor fee comps* | 2.0 | 1 |
| 04/16/24 | Lars Hultgren | *Communications with the UCC re: 6th Man Ventures* | 0.5 | 3 |
| 04/17/24 | Lars Hultgren | *Call with UCC re: recovery analysis, plan update, and Anthropic update* | 1.5 | 3 |
| 04/19/24 | Lars Hultgren | *Call with UCC re: examiner and plan discussions update* | 1.5 | 3 |
| 04/19/24 | Lars Hultgren | *Review of diligence questions re: Anthropic* | 0.5 | 9 |
| 04/24/24 | Lars Hultgren | *Call with UCC re: token portfolio, plan update and discussion* | 1.5 | 3 |
| 04/24/24 | Lars Hultgren | *Review of Debtors' plan recovery analysis* | 1.5 | 9 |
| 04/28/24 | Lars Hultgren | *Review diligence materials in the VDR re: GDA* | 1.0 | 9 |
| 04/29/24 | Lars Hultgren | *Prepare update for the UCC re: GDA* | 8.0 | 9 |
| 04/29/24 | Lars Hultgren | *Draft Debtor communications re: Anthropic* | 1.0 | 4 |
| 04/30/24 | Lars Hultgren | *Prepare update for the UCC re: GDA* | 8.0 | 9 |
| 04/30/24 | Lars Hultgren | *Review diligence materials in the VDR re: Toss* | 0.5 | 9 |
| | **April 1, 2024 - April 30, 2024 Hours for Lars Hultgren** | | **45.5** | |

**Jefferies LLC**

*April 1, 2024 - April 30, 2024*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 04/01/24 | Sebastian Carri | Meeting with UCC Advisors re: committee call preparation | 1.0 | 11 |
| 04/03/24 | Sebastian Carri | Compile list of venture sales and sale processes | 0.5 | 1 |
| 04/03/24 | Sebastian Carri | Call with UCC re: plan update, Anthropic, and Voyager settlement | 1.5 | 3 |
| 04/04/24 | Sebastian Carri | Compile list of venture sales and sale processes | 0.5 | 1 |
| 04/04/24 | Sebastian Carri | Review of materials re: FTX JP | 0.5 | 2 |
| 04/08/24 | Sebastian Carri | Meeting with UCC Advisors re: committee call preparation | 1.0 | 11 |
| 04/08/24 | Sebastian Carri | Compile list of venture sales and sale processes | 5.0 | 1 |
| 04/09/24 | Sebastian Carri | Review of materials re: FTX JP | 0.5 | 2 |
| 04/10/24 | Sebastian Carri | Prepare notes re: FTX JP | 0.5 | 9 |
| 04/11/24 | Sebastian Carri | Meeting with Debtors' banker re: venture portfolio updates | 0.5 | 4 |
| 04/11/24 | Sebastian Carri | Analysis of Debtors dataroom | 2.0 | 9 |
| 04/12/24 | Sebastian Carri | Call with UCC re: plan update and FTX Japan | 1.5 | 3 |
| 04/15/24 | Sebastian Carri | Meeting with UCC Advisors re: committee call preparation | 1.0 | 11 |
| 04/16/24 | Sebastian Carri | Review of creditor fee comps | 2.0 | 1 |
| 04/16/24 | Sebastian Carri | Review of recovery analysis re: ventures | 0.5 | 9 |
| 04/16/24 | Sebastian Carri | Prepare UCC Update re: de minimis asset sales | 1.0 | 9 |
| 04/15/24 | Sebastian Carri | Preparation of fee analysis | 2.0 | 9 |
| 04/17/24 | Sebastian Carri | Call with UCC re: recovery analysis, plan update, and Anthropic update | 1.5 | 3 |
| 04/19/24 | Sebastian Carri | Call with UCC re: examiner and plan discussions update | 1.5 | 3 |
| 04/22/24 | Sebastian Carri | Call with Paul Hastings re: venture update | 1.0 | 11 |
| 04/24/24 | Sebastian Carri | Call with UCC re: token portfolio, plan update and discussion | 1.5 | 3 |
| 04/24/24 | Sebastian Carri | Review of Debtors' VDR re: Magic Eden | 1.0 | 9 |
| 04/25/24 | Sebastian Carri | Meeting with Debtors' banker re: venture portfolio updates | 0.5 | 4 |
| 04/28/24 | Sebastian Carri | Preparation of ventures analysis re: GDA | 4.0 | 9 |
| 04/29/24 | Sebastian Carri | Call with Paul Hastings re: venture update | 1.0 | 11 |
| 04/30/24 | Sebastian Carri | Prepare update for the UCC re: GDA | 8.0 | 9 |
| | **April 1, 2024 - April 30, 2024 Hours for Sebastian Carri** | | **41.5** | |

## Exhibit B

### Expense Detail

**Expense Detail**
April 1 - April 30, 2024

| Professional | User Date | Amount ($) | Expense Description |
|---|---|---|---|
| DENTONS | 4/30/2024 | $1,164.00 | LEGAL |
| **Total Expense** | | **$1,164.00** | |

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Jefferies LLC
Attn: Cristina Passoni
520 Madison Avenue
New York NY 10022
United States

May 7, 2024

**Invoice No. 2748669**

Client/Matter: 09806540-000047

FTX Bankruptcy
8116

Payment Due Upon Receipt

| | | |
|---|---|---|
| Total This Invoice | $ | 1,164.00 |

Please return this page with your payment
To pay by E-Check - https://www.e-billexpress.com/ebpp/DentonsUS

Payments by check should be sent to:
Dentons US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

Payment by wire transfer/ACH should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit #: 
Account #: 
Account Name: Dentons US LLP
Swift Code: 
Reference: Invoice # and/or client matter #

**\*\*Please validate any request to change/update electronic payment instructions on
file or mailing address by contacting Dentons US LLP directly\*\***

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
T. Labuda
at 1 312 876 8000



Dentons US LLP  
233 South Wacker Drive  
Suite 5900  
Chicago, Illinois 60606-6361

dentons.com

**Jefferies LLC**  
Attn: Cristina Passoni  
520 Madison Avenue  
New York NY 10022  
United States

May 7, 2024

**Invoice No. 2748669**

Client/Matter:   09806540-000047

FTX Bankruptcy  
8116

_____

For Professional Services Rendered through April 30, 2024:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 04/02/24 | S. Schrag | 0.10 | 97.00 | Review CNOs regarding monthly fee statements. |
| 04/02/24 | S. Schrag | 0.10 | 97.00 | Confer with L. Hultgren regarding fee statement CNOs. |
| 04/02/24 | S. Schrag | 0.10 | 97.00 | Confer with J. Kochenash regarding fee statements and CNOs. |
| 04/03/24 | S. Schrag | 0.10 | 97.00 | Confer with L. Hultgren regarding fee statements and CNOs. |
| 04/08/24 | S. Schrag | 0.10 | 97.00 | Confer with L. Hultgren regarding CNOs. |
| 04/08/24 | S. Schrag | 0.10 | 97.00 | Confer with J. Kochenash regarding CNOs. |
| 04/16/24 | S. Schrag | 0.10 | 97.00 | Prepare monthly fee application. |
| 04/17/24 | S. Schrag | 0.10 | 97.00 | Prepare fee application. |
| 04/26/24 | S. Schrag | 0.10 | 97.00 | Confer with W. Johnson regarding fee statement. |
| 04/26/24 | S. Schrag | 0.20 | 194.00 | Draft fee statement. |
| 04/26/24 | S. Schrag | 0.10 | 97.00 | Confer with L. Hultgren regarding March fee statement. |

Total Hours                                                                1.20

Fee Amount                                                                                                                         $ 1,164.00

3

FTX Bankruptcy
8116

Matter: 09806540-000047
Invoice No.: 2748669

May 7, 2024

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| S. Schrag | $ 970.00 | 1.20 | $ 1,164.00 |
| Totals | | 1.20 | $ 1,164.00 |

| | | |
|---|---|---|
| Fee Total | $ | 1,164.00 |
| Invoice Total | $ | 1,164.00 |