## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. Nos. 11053, 12015 & 14568 |

### CERTIFICATION OF COUNSEL

I, Kimberly A. Brown, counsel to FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors"), hereby certify as follows to the best of my knowledge, information and belief:

1. On April 3, 2024, NuGenesis Ou and NuGenesis PTY Ltd. (collectively, "NuGen"), filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Motion to Vacate the Order Granting FTX Debtors' Motion to Estimate Claims Based on Digital Assets with Respect to Nugenesis Ou and Nugenesis PTY Ltd.* [D.I. 11053] (the "Motion").[2]

2. On April 17, 2024, the Debtors filed the *Debtors' Objection to Motion to Vacate the Order Granting FTX Debtors' Motion to Estimate Claims based on Digital Assets with Respect to NuGenesis Ou and NuGenesis PTY Ltd.* [D.I. 12015].

3. On May 10, 2024, NuGen filed the *Reply in Support of Motion to Vacate the Order Granting FTX Debtors' Motion to Estimate Claims Based on Digital Assets with Respect to Nugenesis Ou and Nugenesis PTY Ltd.* [D.I. 14568].

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to them in the Motion.

{1368.002-W0076150.}

4.      On May 23, 2024, the Court held a hearing (the "Hearing") to consider, among other things, entry of the order approving the Motion. For the reasons stated on the record at the Hearing, the Court denied the relief requested in the Motion.

5.      Consistent with the statements made on the record at the Hearing, the Debtors have prepared a proposed form of order denying the Motion (the "Order"), a copy of which is attached hereto as **Exhibit A**.

6.      The Order has been circulated to counsel for NuGen. Counsel for NuGen reviewed the Order and advised that he believes the Order is consistent with the record at the Hearing and that NuGen has no objection to entry of the Order. In accordance with the Court's electronic order processing procedures, a copy of the Order shall be uploaded to CM/ECF.

7.      Accordingly, the Debtors respectfully request that the Court enter the proposed Order at its earliest convenience.

| | |
|---|---|
| Dated: June 11, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Kimberly A. Brown*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>         brown@lrclaw.com<br>         pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>         bromleyj@sullcrom.com<br>         gluecksteinb@sullcrom.com<br>         kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |