# **Exhibit A**

{1368.002-W0076150.}

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. Nos. 11053, 12015, 14568, & _____ |

**ORDER DENYING MOTION TO VACATE THE ORDER GRANTING FTX DEBTORS' MOTION TO ESTIMATE CLAIMS BASED ON DIGITAL ASSETS WITH RESPECT TO NUGENESIS OU AND NUGENESIS PTY LTD.**

Upon consideration of the *Motion to Vacate the Order Granting FTX Debtors' Motion to Estimate Claims based on Digital Assets with Respect to NuGenesis Ou and NuGenesis PTY Ltd.* [D.I. 11053] (the "Motion to Vacate") filed by NuGenesis Ou and NuGenesis PTY Ltd. (collectively, "NuGen") and the reply in support thereof [D.I. 14568] filed by NuGen, and the opposition thereto [D.I. 12015] filed by FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"); and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, and this being a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having held a hearing on the Motion to Vacate on May 23, 2024 (the "Hearing"); and the Court having issued its ruling on the Motion to Vacate at the Hearing,

IT IS HEREBY ORDERED THAT:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0076011.}

1. The Motion to Vacate is DENIED for the reasons set forth on the record by the Court at the Hearing; and

2. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____       _____
       Wilmington, Delaware                  The Honorable John T. Dorsey
                                             United States Bankruptcy Judge