# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LLC, FTX TRADING LTD., WEST REALM SHIRES, INC., AND WEST REALM SHIRES SERVICES INC. (D/B/A FTX.US),<br><br>      Plaintiffs,<br><br>      v.<br><br>DANIEL FRIEDBERG,<br><br>      Defendant. | Adv. Pro. No. 23-50419 (JTD) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JUNE 13, 2024 AT 10:00 A.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

**\*\*THIS HEARING HAS BEEN CANCELLED AT THE REQUEST OF THE COURT\*\***

**ADJOURNED MATTERS:**

1. Joint Omnibus Motion of the Debtors and the Official Committee of Unsecured Creditors Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Silicon Valley Accountants, Silvergate Bank, and Evolve Bank & Trust [D.I. 1874, filed on July 17, 2023]

---

[1] The last four digits of FTX Trading Ltd.'s FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0076184.}

   Status: This matter is resolved with regard to Silicon Valley Accountants and Silvergate Bank and is being adjourned with regard to Evolve Bank & Trust to the hearing scheduled for July 17, 2024 at 1:00 p.m. (ET).

2. Notice of Pretrial Conference in an Adversary Proceeding [*Alameda Research LLC et al. v. Friedberg*, Adv. No. 23-50419 (JTD) – Adv. D.I. 7, filed on July 26, 2023]

   Status: This matter is adjourned to a date to be determined.

3. Debtors' Objection to Proof of Claim Filed by Ross Rheingans-Yoo [D.I. 3409, filed on October 30, 2023]

   Status: This matter is adjourned to the hearing scheduled for July 17, 2024 at 1:00 p.m. (ET).

4. Motion of Debtors for Entry of an Order Authorizing and Approving (I) the Repayment of Intercompany Payables by FTX Japan and (II) the Release of the Claims Related to the Intercompany Payables [D.I. 15654, filed on May 23, 2024]

   Status: This matter is adjourned to the hearing scheduled for June 25, 2024 at 10:00 a.m. (ET).

**RESOLVED MATTERS**:

5. Motion of Debtors for Entry of an Order (I) Authorizing and Approving Entry Into, and Performance Under, the Collateral Claim Settlement Agreement, the Inter-Debtor Restructuring Agreement and the Restructuring Payment Agreement and (II) Granting Related Relief [D.I. 11626, filed on April 10, 2024]

   Status: On May 29, 2024, the Court entered an order granting the related relief. Accordingly, a hearing regarding this matter is not required.

6. Fourth Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers [D.I. 14727, filed on May 13, 2024]

   Status: On May 30, 2024, the Court entered an order granting the related relief. Accordingly, a hearing regarding this matter is not required.

7. Debtors' Thirty-First (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 14582 & 14594, filed on May 10, 2024]

   Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses. The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

8. **Debtors' Thirty-Second (Substantive) Omnibus Objection to Certain Overstated and/or Partially Unliquidated Proofs of Claim (Customer Claims) [D.I. 14583 & 14595, filed on May 10, 2024]**

   Status: The Debtors intend to file a certificate of no objection and submit an order for entry. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

9. **Debtors' Thirty-Third (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) [D.I. 14584 & 14596, filed on May 10, 2024]**

   Status: The omnibus claim objection is being adjourned as it relates to a certain claim for which the Debtors received a response. The Debtors intend to file a revised form of order to reflect such adjournment under certification of counsel. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

10. **Debtors' Thirty-Fourth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) [D.I. 14585 & 14597, filed on May 10, 2024]**

    Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses. The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

11. **Debtors' Thirty-Fifth (Non-Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Customer Claims) [D.I. 14586 & 14598, filed on May 10, 2024]**

    Status: The omnibus claim objection is being adjourned or withdrawn without prejudice as it relates to certain claims for which the Debtors received responses. The Debtors intend to file a revised form of order to reflect such adjournments and withdrawal under certification of counsel. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

12. **Debtors' Thirty-Sixth (Substantive) Omnibus Objection to Certain Overstated and/or Partially Unliquidated Proofs of Claim (Customer Claims) [D.I. 14587 & 14599, filed on May 10, 2024]**

    Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses. The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

13. **Debtors' Thirty-Seventh (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 14588 & 14600, filed on May 10, 2024]**

    Status: The Debtors intend to file a certificate of no objection and submit an order for entry. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

14. Debtors' Thirty-Eighth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 14589 & 14601, filed on May 10, 2024]

    Status: The omnibus claim objection is being adjourned as it relates to a certain claim for which the Debtors received a response. The Debtors intend to file a revised form of order to reflect such adjournment under certification of counsel. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

15. Debtors' Thirty-Ninth (Non-Substantive) Omnibus Objection to Certain Duplicate Proofs of Claim (Customer Claims) [D.I. 14590 & 14602, filed on May 10, 2024]

    Status: The Debtors intend to file a certificate of no objection and submit an order for entry. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

16. Debtors' Fortieth (Substantive) Omnibus Objection to Certain Duplicate Proofs of Claim (Customer Claims) [D.I. 14591 & 14603, filed on May 10, 2024]

    Status: The Debtors intend to file a certificate of no objection and submit an order for entry. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

17. Debtors' Forty-First (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 14592 & 14604, filed on May 10, 2024]

    Status: The omnibus claim objection is being withdrawn without prejudice as it relates to certain claims for which the Debtors received responses. The Debtors intend to file a revised form of order to reflect such withdrawals under certification of counsel. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

18. Debtors' Forty-Second (Substantive) Omnibus Objection to Certain Overstated and/or Partially Unliquidated Proofs of Claim (Customer Claims) [D.I. 14593 & 14605, filed on May 10, 2024]

    Status: The omnibus claim objection is being adjourned as it relates to a certain claim for which the Debtors received a response. The Debtors intend to file a revised form of order to reflect such adjournment under certification of counsel. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

19. Fifth Motion of Debtors for Entry of an Order Extending Deadline to File a Complaint to Determine Dischargeability of Certain Debts [D.I. 15984, filed on May 28, 2024]

    Status: On June 10, 2024, the Court entered an order granting the related relief. Accordingly, a hearing regarding this matter is not required.

**INTERIM FEE APPLICATIONS**:

20. Interim Fee Applications. *See* **Exhibit A** attached hereto.

Response Deadline: No later than April 5, 2024 at 4:00 p.m. (ET)

Status: The Debtors have submitted an omnibus order with respect to the Interim Fee Applications [D.I. 4814, 4816, 9427, 9432, 9463, 9468, 9473, 9475, 9497, 9504, 9517, 9539, 9540, 9543, 9545, 9550 and 9555] under certification of counsel. Accordingly, a hearing regarding these matters is not required unless the Court has questions.

Dated: June 11, 2024
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

*Counsel for the Debtors
and Debtors-in-Possession*