# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

### INDEX OF PLEADINGS – INTERIM FEE APPLICATIONS

1. Fourth Interim Fee Request of Paul Hastings LLP [D.I. 4814, filed on December 15, 2023]

    Related Documents:

    A. Ninth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2023 Through August 31, 2023 [D.I. 3411, filed on October 30, 2023]

    B. Certificate of No Objection [D.I. 4070, filed on November 21, 2023]

    C. Tenth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2023 Through September 30, 2023 [D.I. 4122, filed on November 27, 2023]

    D. Eleventh Monthly Fee Application of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2023 Through October 31, 2023 [D.I. 4652, filed on December 12, 2023]

    E. Supplement to the Fourth Interim Fee Application of Paul Hastings [D.I. 4816, filed on December 15, 2023]

    F. Certificate of No Objection [D.I. 4909, filed on December 19, 2023]

    G. Certificate of No Objection [D.I. 5313, filed on January 3, 2024]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0076145.}

2. Fourth Consolidated Monthly and Fourth Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from November 1, 2023 Through January 31, 2024 [D.I. 9427, filed on March 15, 2024]

    Related Documents:

    A. Certificate of No Objection Regarding Fourth Consolidated Monthly and Fourth Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from November 1, 2023 Through January 31, 2024 [D.I. 11470, filed on April 8, 2024]

3. First Interim Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for the period from December 1, 2022 to January 31, 2024 [D.I. 9432, filed on March 15, 2024]

    Related Documents:

    A. Combined Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from December 1, 2022 Through November 30, 2023 [D.I. 4929, filed on December 20, 2023]

    B. Certificate of No Objection [D.I. 5634, filed on January 11, 2024]

    C. Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from December 1, 2023 Through December 31, 2023 [D.I. 5717, filed on January 16, 2024]

    D. Certificate of No Objection [D.I. 6865, filed on January 31, 2024]

    E. Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from January 1, 2024 Through January 31, 2024 [D.I. 7487, filed on February 15, 2024]

    F. Certificate of No Objection [D.I. 8449, filed on March 4, 2024]

4. Fifth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 9463, filed on March 15, 2024]

{1368.002-W0076145.}

Related Documents:

A. Twelfth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2023 Through November 30, 2023 [D.I. 6654, filed on January 25, 2024]

B. Certificate of No Objection [D.I. 7481, filed on February 15, 2024]

C. Thirteenth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2023 Through December 31, 2023 [D.I. 7730, filed on February 21, 2024]

D. Fourteenth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2024 Through January 31, 2024 [D.I. 9059, filed on March 11, 2024]

E. Certificate of No Objection [D.I. 9277, filed on March 13, 2024]

F. Supplement to Fifth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 9468, filed on March 15, 2024]

G. Certificate of No Objection [D.I. 11005, filed on April 2, 2024]

5. Fifth Interim Fee Request of FTI Consulting, Inc. [D.I. 9463, filed on March 15, 2024]

Related Documents:

A. Twelfth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period November 1, 2023 Through November 30, 2023 [D.I. 6655, filed on January 25, 2024]

B. Certificate of No Objection [D.I. 7482, filed on February 15, 2024]

C. Thirteenth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period December 1, 2023 Through December 31, 2023 [D.I. 7731, filed on February 21, 2024]

D. Fourteenth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period January 1, 2024 Through January 31, 2024 [D.I. 9060, filed on March 11, 2024]

|   |   |   |
|---|---|---|
|   | E. | Certificate of No Objection [D.I. 9281, filed on March 13, 2024] |
|   | F. | Supplement to the Fifth Interim Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period November 1, 2023 Through January 31, 2024 [D.I. 9473, filed on March 15, 2024] |
|   | G. | Certificate of No Objection [D.I. 11007, filed on April 2, 2024] |
| 6. | Fifth Interim Fee Request of Jefferies LLC [D.I. 9463, filed on March 15, 2024] | |

      Related Documents:

|   |   |   |
|---|---|---|
|   | A. | Twelfth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from November 1, 2023 to and Including November 30, 2023 [D.I. 9062, filed on March 11, 2024] |
|   | B. | Thirteenth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from December 1, 2023 to and Including December 31, 2023 [D.I. 9063, filed on March 11, 2024] |
|   | C. | Fourteenth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from January 1, 2024 to and Including January 31, 2024 [D.I. 9065, filed on March 11, 2024] |
|   | D. | Supplement to Fifth Interim Fee Request of Jefferies LLC [D.I. 9475, filed on March 15, 2024] |
|   | E. | Certificate of No Objection [D.I. 11448; filed on April 8, 2024] |
|   | F. | Certificate of No Objection [D.I. 11449; filed on April 8, 2024] |
|   | G. | Certificate of No Objection [D.I. 11450; filed on April 8, 2024] |
| 7. | Second Interim Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2023, Through January 31, 2024 [D.I. 9497, filed on March 15, 2024] | |

**Related Documents:**

A. Second Monthly Fee Application of Rothschild & Co Us Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the Period from November 1, 2023 Through November 30, 2023 [D.I. 4860, filed on December 15, 2023]

B. Certificate of No Objection Regarding Second Monthly Fee Application of Rothschild & Co Us Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the Period from November 1, 2023 Through November 30, 2023 [D.I. 5546, filed on January 10, 2024]

C. Third Monthly Fee Application of Rothschild & Co Us Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the Period from December 1, 2023 Through December 31, 2023 [D.I. 9541, filed on March 15, 2024]

D. Fourth Monthly Fee Application of Rothschild & Co Us Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2024 Through January 31, 2024 [D.I. 9546, filed on March 15, 2024]

E. Certificate of No Objection Regarding Third Monthly Fee Application of Rothschild & Co Us Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the Period from December 1, 2023 Through December 31, 2023 [D.I. 11324, filed on April 5, 2024]

F. Certificate of No Objection Regarding Fourth Monthly Fee Application of Rothschild & Co Us Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the Period from January 1, 2024 Through January 31, 2024 [D.I. 11325, filed on April 5, 2024]

8.     Fifth Interim Fee Application of Sullivan & Cromwell LLP [D.I. 9504, filed on March 15, 2024]

    Related Documents:

    A.     Thirteenth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 1, 2023 Through and Including November 30, 2023 [D.I. 5109, filed on December 22, 2023]

    B.     Certificate of No Objection [D.I. 5687, filed on January 12, 2024]

    C.     Fourteenth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from December 1, 2023 Through and Including December 31, 2023 [D.I. 6869; filed on January 31, 2024]

    D.     Certificate of No Objection [D.I. 7708, filed February 21, 2024]

    E.     Fifteenth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2024 Through and Including January 31, 2024 [D.I. 8306; filed on February 29, 2024]

    F.     Certificate of No Objection [D.I. 10098, filed on March 21, 2024]

9.     Fifth Interim Fee Application of Alvarez & Marsal North America, LLC [D.I. 9517, filed on March 15, 2024]

    Related Documents:

    A.     Thirteenth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 1, 2023 Through and Including November 30, 2023 [D.I. 5120, filed on December 22, 2023]

    B.     Certificate of No Objection [D.I. 5688, filed on January 12, 2024]

    C.     Fourteenth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from December 1, 2023 Through and Including December 31, 2023 [D.I. 6864, filed on January 31, 2024]

      D.      Certificate of No Objection [D.I. 7712, filed on February 21, 2024]

      E.      Fifteenth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2024 Through and Including January 31, 2024 [D.I. 8305, filed on February 29, 2024]

      F.      Certificate of No Objection [D.I. 10099, filed on March 21, 2024]

10.    Fifth Interim Application of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 1, 2023 Through January 31, 2024 [D.I. 9539; filed on March 15, 2024]

    Related Documents:

      A.      Twelfth Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 1, 2023 Through November 30, 2023 [D.I. 5100; filed on December 22, 2023]

      B.      Certificate of No Objection [D.I. 5689, filed on January 12, 2024]

      C.      Thirteenth Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from December 1, 2023 Through December 31, 2023 [D.I. 6852; filed on January 31, 2024]

      D.      Certificate of No Objection [D.I. 7711, filed on February 21, 2024]

      E.      Fourteenth Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2024 Through January 31, 2024 [D.I. 8303; filed on February 29, 2024]

      F.      Certificate of No Objection [D.I. 10100, filed on March 21, 2024]

11.     Fifth Interim Fee Application of Perella Weinberg Partners LP [D.I. 9540; filed on March 15, 2024]

       Related Documents:

       A.    Thirteenth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 1, 2023 Through and Including November 30, 2023 [D.I. 5106; filed on December 22, 2023]

       B.    Certificate of No Objection [D.I. 5692, filed on January 12, 2024]

       C.    Fourteenth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from December 1, 2023 Through and Including December 31, 2023 [D.I. 7374; filed on February 13, 2024]

       D.    Certificate of No Objection [D.I. 8616, filed on March 5, 2024]

       E.    Fifteenth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2024 Through and Including January 31, 2024 [D.I. 9379; filed on March 14, 2024]

       F.    Certificate of No Objection [D.I. 11215, filed on April 4, 2024]

12.     Fifth Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 9543, filed on March 15, 2023]

       Related Documents:

       A.    Twelfth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 1, 2023 Through and Including November 30, 2023 [D.I. 5119, filed on December 22, 2023]

       B.    Certificate of No Objection [D.I. 5691, filed on January 12, 2024]

       C.    Thirteenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for

the Period from December 1, 2023 Through and Including December 31, 2023 [D.I. 6868, filed on January 31, 2024]

    D.    Certificate of No Objection [D.I. 7714, filed on February 21, 2024]

    E.    Fourteenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2024 Through and Including January 31, 2024 [D.I. 8309, filed on February 29, 2024]

    F.    Certificate of No Objection [D.I. 10102, filed on March 21, 2024]

13. Fifth Interim Fee Application of Landis Rath & Cobb LLP [D.I. 9545, filed on March 15, 2024]

    Related Documents:

    A.    Twelfth Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 1, 2023 Through and Including November 30, 2023 [D.I. 5121, filed on December 22, 2023]

    B.    Certificate of No Objection [D.I. 5693, filed on January 12, 2024]

    C.    Thirteenth Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from December 1, 2023 Through and Including December 31, 2023 [D.I. 6870, filed on January 31, 2024]

    D.    Certificate of No Objection [D.I. 7710, filed on February 21, 2024]

    E.    Fourteenth Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2024 Through and Including January 31, 2024 [D.I. 8311, filed on February 29, 2024]

    F.    Certificate of No Objection [D.I. 10101, filed on March 21, 2024]

9

{1368.002-W0076145.}

14. Combined Second Monthly and Second Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period November 1, 2023 Through and Including January 31, 2024 [D.I. 9550, filed on March 15, 2024]

   Related Documents:

   A. Certificate of No Objection Regarding Combined Second Monthly and Second Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period November 1, 2023 Through and Including January 31, 2024 [D.I. 11320, filed on April 5, 2024]

15. Second Interim Fee Application of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the Period from November 1, 2023 Through January 31, 2024 [D.I. 9555, filed on March 15, 2024]

   Related Documents:

   A. Third Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2023 Through January 31, 2024 [D.I. 9554, filed on March 15, 2024]

   B. Certificate of No Objection Regarding Third Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2023 Through January 31, 2024 [D.I. 11315, filed on April 5, 2024]

16. Fee Examiner's Summary Report on Fee Review Process and Fifth Interim Fee Applications [D.I. 16172, filed on May 30, 2024]

{1368.002-W0076145.}