**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., et al.,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**SECOND SUPPLEMENTAL DECLARATION
OF EREZ E. GILAD IN SUPPORT OF APPLICATION
TO RETAIN AND EMPLOY PAUL HASTINGS LLP AS LEAD
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), I, Erez E. Gilad, declare that the following is true to the best of my knowledge, information and belief:

1.       I am a partner with the law firm of Paul Hastings LLP ("Paul Hastings"), located at, among other offices worldwide, 200 Park Avenue, New York, New York 10166.

2.       I am an attorney-at-law, duly admitted and in good standing to practice in the State of New York, the United States District Court for the Southern District of New York and the United States District Court for the Eastern District of New York.  I also have been admitted before the United States Court of Appeals for the Second Circuit.

3.       I submit this second supplemental declaration (this "Second Supplemental Declaration") in support of the *Application for Entry of an Order, Pursuant to Bankruptcy Code Sections 328, 330, and 1103, Authorizing and Approving the Retention and Employment of Paul*

---

[1]       The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

*Hastings LLP as Lead Counsel to the Official Committee of Unsecured Creditors, Effective as of December 20, 2022* (the "Application"), which was filed on January 18, 2023 [Docket No. 518].[2]

4.    On January 18, 2023, I submitted a declaration in support of the Application, attached thereto as Exhibit B (the "Initial Declaration").

5.    On February 7, 2023, I submitted a supplemental declaration in support of the Application (the "First Supplemental Declaration", and together with the Initial Declaration and this Second Supplemental Declaration, the "Declarations") [Docket No. 630].

6.    On February 7, 2023, the Court entered the *Order Authorizing and Approving the Retention and Employment of Paul Hastings LLP as Lead Counsel to the Official Committee of Unsecured Creditors, Effective as of December 20, 2022* [Docket No. 635].

7.    Except as otherwise set forth herein, the facts set forth in this Second Supplemental Declaration are based upon my personal knowledge, discussions with other Paul Hastings attorneys and employees, the firm's client/matter records that were reviewed by me and/or other Paul Hastings attorneys or employees acting under my supervision or direction, based on responses received to email inquiries (or the lack of responses to email inquiries made upon negative notice) and other information provided to me by other Paul Hastings attorneys and employees.

8.    I hereby incorporate by reference the Initial Declaration and the First Supplemental Declaration in their entirety as if fully set forth herein, and supplement the Initial Declaration and the First Supplemental Declaration as follows:

9.    In preparing this Second Supplemental Declaration, I (or other Paul Hastings attorneys or employees acting at my direction or supervision) caused to be submitted for review

---

[2]    Each capitalized term that is used but not defined herein shall have the meaning set forth in the Application.

under our conflicts check system the names of certain additional parties-in-interest in these Chapter 11 Cases listed on **Schedule 1** hereto (collectively, the "Supplemental Interested Parties"), which includes (i) the identities of certain bidders known to Paul Hastings to have submitted bids to the Debtors on or prior to May 1, 2024, in connection with certain of the Debtors' asset sale processes involving a qualified bid deadline, (ii) certain parties-in-interest that filed notices of appearance that are known to Paul Hastings to have substantially participated in the Chapter 11 Cases since the Initial Declaration was filed with the Court, and (iii) a list of certain additional parties-in-interest provided by counsel to the Debtors.

10.     Utilizing the Firm Disclosure Procedures described in the Initial Declaration, the results of our conflicts check were compiled and analyzed by Paul Hastings attorneys and employees acting under my direction or supervision.  To the extent such searches indicated that Paul Hastings has performed any services for any such person or entity since January 2023, the identity of such person or entity and the nature of Paul Hastings' relationship with such person or entity is set forth in **Schedule 2** hereto.  All representations identified in **Schedule 2** hereto involve matters that are unrelated to the Debtors or the Chapter 11 Cases.

11.     The services performed by Paul Hastings for each of the entities and individuals identified on **Schedule 2** hereto accounted for less than 0.2% of the aggregate fees collected by Paul Hastings for the firm's fiscal year ending January 31, 2024.

12.     Paul Hastings did not conduct a conflicts search with respect to (a) various *pro se* claimants that have appeared in the Chapter 11 Cases, (b) individual customers that have requested notices in these Chapter 11 Cases or that have appeared on the claims register, or (c) certain vendors or other creditors identified by the Debtors and shared with Paul Hastings.  Performing a conflicts search of every such person or entity would, in the aggregate, total

thousands of searches, would inundate Paul Hastings' conflicts department and would be unduly burdensome. Accordingly, Paul Hastings determined to limit the conflicts search to parties-in-interest that are known to be significant creditors or that have substantially engaged in the Chapter 11 Cases since the Initial Declaration.

13.    To the best of my knowledge, information and belief, based on the Firm Disclosure Procedures described in the Declarations and herein, and based on the information provided to me by other Paul Hastings attorneys and employees, Paul Hastings does not have any "connections" to the Supplemental Interested Parties, except as described in **Schedule 2** hereto. Neither the term "connection" as used in Bankruptcy Rule 2014, nor the proper scope of an estate professional's search for "connection" has been expressly defined under the Bankruptcy Code. Accordingly, out of an abundance of caution, I am disclosing many representations that would not, to my understanding, preclude Paul Hastings from representing the Committee under the Bankruptcy Code, the Bankruptcy Rules, the Local Rules or applicable standards of professional ethics.

14.    Based on the information contained in the foregoing and each of the Declarations, to the best of my knowledge, information and belief, Paul Hastings is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code and does not hold or represent any other entity having an adverse interest in connection with the Chapter 11 Cases.

15.    Despite the efforts described in the Declarations to identify and disclose Paul Hastings' connection with parties-in-interest in the Chapter 11 Cases, and given the considerable number of creditors in these Chapter 11 Cases, not all parties-in-interest have been identified and/or Paul Hastings is unable to state with certainty that every client representation or other connection has been disclosed in the Declarations. In addition, it is possible that not all

persons or entities that submitted bids to the Debtors in connection with certain of the Debtors' sale processes conducted within the time period referenced above have been identified (and various processes for the sale of certain of the Debtors' assets may have occurred since such time period and/or remain ongoing). Accordingly, if Paul Hastings discovers additional information that requires disclosure, Paul Hastings will file a supplemental disclosure with the Court.

*[Remainder of page intentionally left blank.]*

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Executed this 12 day of June, 2024.

/s/ *Erez E. Gilad*
Erez E. Gilad

## SCHEDULE 1

| Interested Parties[3] | Relationship to Debtors[4] |
| --- | --- |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |

---

[3]    This column lists the persons or entities identified in Paul Hastings' search of Supplemental Interested Parties. There may be certain entities for which, due to the vague nature of the names of the parties-in-interest, Paul Hastings was unable to determine whether a Paul Hastings client constituted an affiliate of such persons or entities.  As a result, in certain circumstances, Paul Hastings assumed that certain parties-in-interest that utilized common or similar corporate names were affiliated for purposes of this Supplemental Declaration.

[4]    This column represents the relationship(s) between each of the Supplemental Interested Parties and the Debtors, either as reported by the Debtors or as otherwise ascertainable based on publicly available information.

| Name on file | Bidder |
|---|---|
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |

31738439.1

| Name on file | Bidder |
|---|---|
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Bidder |
| Name on file | Customer |
| Phala Ltd. | Notice of Appearance |
| Sidar Sahin | Notice of Appearance |
| Steadview Capital Mauritius Limited | Notice of Appearance |
| Braden Leach | Notice of Appearance |
| Cavendish Labs Co. | Notice of Appearance |
| Sunil Kavuri | Notice of Appearance |
| Ahmed Abd-El-Razek | Notice of Appearance |
| Noia Capital SÀRL | Notice of Appearance |
| Pat Rabitte | Notice of Appearance |
| Georgian Partners, Inc. | Notice of Appearance |
| Fondation Serendipity | Notice of Appearance |
| Fondation Elements | Notice of Appearance |

| | |
|---|---|
| Serendipity Network Ltd. | Notice of Appearance |
| Liquidity Network Ltd | Notice of Appearance |
| Maps Vault Ltd | Notice of Appearance |
| Lavanda Sands, L.L.C. | Notice of Appearance |
| Oxygen Vault Ltd. | Notice of Appearance |
| United States of America, on behalf of its agency the Internal Revenue Service | Notice of Appearance |
| Dr. Marcel Lötscher | Notice of Appearance |
| The Caroline Dorothy Jones 2007 Trust | Notice of Appearance |
| The Christine Louise Jones 2007 Trust | Notice of Appearance |
| The John Paul Jones II 2007 Trust | Notice of Appearance |
| The Dorothy Anne Jones 2007 Trust | Notice of Appearance |
| The Moskowitz Law Firm, PLLC | Notice of Appearance |
| Boies Schiller Flexner LLP | Notice of Appearance |
| Brian C. Simms KC, joint official liquidator and foreign representative of FTX Digital Markets Ltd. | Notice of Appearance |
| Kevin G. Cambridge, joint official liquidator and foreign representative of FTX Digital Markets Ltd. | Notice of Appearance |
| Peter Greaves, joint official liquidator and foreign representative of FTX Digital Markets Ltd. | Notice of Appearance |
| Yumou Wei | Notice of Appearance |
| Center for Applied Rationality | Notice of Appearance |
| BlockFi Inc. | Notice of Appearance |
| Fulcrum Distressed Partners Limited | Notice of Appearance |
| Liquidity Solutions Global Ltd. | Notice of Appearance |
| New York State Department of Taxation and Finance | Notice of Appearance |
| Nathaniel Parke | Notice of Appearance |
| Island Air Capital | Notice of Appearance |
| Paul F. Aranha | Notice of Appearance |
| Lorem Ipsum UG | Notice of Appearance |
| Patrick Gruhn | Notice of Appearance |
| Robin Matzke | Notice of Appearance |
| Lightcone Infrastructure | Notice of Appearance |
| Nathaniel Parke | Notice of Appearance |
| Phala Ltd. | Notice of Appearance |
| Silicon Valley Accountants | Notice of Appearance |
| Commodity Futures Trading Commission | Notice of Appearance |
| D1 Ventures | Notice of Appearance |
| Digital Augean, LLC | Notice of Appearance |
| Cadian Group Co. | Notice of Appearance |

| | |
|---|---|
| New Jersey Bureau of Securities | Notice of Appearance |
| Emergent Fidelity Technologies Ltd | Notice of Appearance |
| BH Trading Ltd. | Notice of Appearance |
| Grant Kim | Notice of Appearance |
| Peter Kim | Notice of Appearance |
| Mercedes-Benz Grand Prix Limited | Notice of Appearance |
| Lightspeed Strategic Partners I L.P. | Notice of Appearance |
| Lightspeed Opportunity Fund, L.P. | Notice of Appearance |
| Massachusetts Department of Revenue | Notice of Appearance |
| Joint Provisional Liquidators of Emergent Fidelity Technologies Ltd. | Notice of Appearance |
| Ikigai Opportunities Master Fund, Ltd. | Notice of Appearance |
| Ad Hoc Committee of Customers and Creditors of FTX Trading Ltd. | Notice of Appearance |
| Missouri Department of Revenue | Notice of Appearance |
| Gabriel Recchia | Notice of Appearance |
| Paradigm Operations LP | Notice of Appearance |
| North American League of Legends Championship Series, LLC | Notice of Appearance |
| Word of God Fellowship, Inc. | Notice of Appearance |
| Vermont Department of Financial Regulation | Notice of Appearance |
| BitGo Trust Company, Inc. | Notice of Appearance |
| Washington State Department of Financial Institutions | Notice of Appearance |
| Ad Hoc Committee of Non-US Customers of FTX.com | Notice of Appearance |
| Celsius Network LLC | Notice of Appearance |
| Voyager Digital Ltd. | Notice of Appearance |
| Voyager Digital Holdings, Inc. | Notice of Appearance |
| Voyager Digital, LLC | Notice of Appearance |
| Illinois Department of Financial & Professional Regulation | Notice of Appearance |
| Georgia Department of Banking and Finance | Notice of Appearance |
| Evolve Bank & Trust | Notice of Appearance |
| Texas Department of Banking | Notice of Appearance |
| Texas State Securities Board | Notice of Appearance |
| Digital Augean, LLC | Notice of Appearance |
| Philadelphia Indemnity Insurance Company | Notice of Appearance |
| Cloudflare, Inc | Notice of Appearance |
| Chainalysis Inc. | Notice of Appearance |
| Equinix, Inc. | Notice of Appearance |

**SCHEDULE 2[5]**

| Interested Parties[6] | Relationship to Debtors[7] | Clients and Their Affiliates[8] |
|---|---|---|
| Name on file | Bidder | Current Client |
| Name on file | Bidder | Current Client |
| Name on file | Bidder | Affiliate of a Current Client |
| Name on file | Bidder | Current Client |
| Name on file | Bidder | Current Client |
| Name on file | Bidder | Affiliate of a Current Client |
| Name on file | Bidder | Former Client |
| Name on file | Bidder | Affiliate of a Current Client |
| Name on file | Bidder | Current Client |
| Name on file | Bidder | Current Client |

---

[5]    Pursuant to the *Final Order (I) Authorizing the Debtors to Maintain A Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on an Interim Basis and (III) Granting Certain Related Relief* [Docket No. 545], *Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals* [Docket No. 1643], *Second Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers* [Docket No. 3353], *Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers* [Docket No. 7315], and *Fourth Order Authorizing the Movants to Redact or Withhold Confidential Information of Customers* [Docket No. 16165] the names of all customers, as well as individuals whom the Debtors believe may be citizens of the United Kingdom or a European Union member country, are redacted.

[6]    This column lists the persons or entities identified in Paul Hastings' search of Supplemental Interested Parties. There may be certain entities for which, due to the vague nature of the names of the parties-in-interest, Paul Hastings was unable to determine whether a Paul Hastings client constituted an affiliate of such persons or entities. As a result, in certain circumstances, Paul Hastings assumed that certain parties-in-interest that utilized common or similar corporate names were affiliated for purposes of this Supplemental Declaration.

[7]    This column represents the relationship(s) between each of the Supplemental Interested Parties and the Debtors, either as reported by the Debtors or as otherwise ascertainable based on publicly available information.

[8]    The term "Current Client" refers to any person or entity for which there is, as of the date hereof, an open client matter with time recorded during the past three months. The term "Inactive Client" refers to any person or entity for which there is, as of the date hereof, an open client matter, albeit with no time recorded during the past three months. The term "Former Client" refers to any person or entity for which there is no open matter, as of the date hereof, but for which a matter was previously open during the three-year period prior to the date hereof (and such matter is closed as of the date hereof). The identification of a party-in-interest herein is not an admission of a conflict, disabling or otherwise, and is being disclosed out of an abundance of caution.

| Name on file | Bidder | Former Client |
|---|---|---|
| Name on file | Bidder | Current Client |
| Name on file | Bidder | Former Client |
| Name on file | Bidder | Former Client |
| Name on file | Bidder | Affiliate of a Current Client |
| Name on file | Bidder | Former Client |
| Name on file | Customer | Current Client |
| Nathaniel Parke | Notice of Appearance | Former Client |
| Voyager Digital Ltd. | Notice of Appearance | Current Client |
| Voyager Digital Holdings, Inc. | Notice of Appearance | Current Client |
| Voyager Digital, LLC | Notice of Appearance | Current Client |

31738439.1