**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re FTX Trading Ltd., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 22-11068 (JTD) |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF WITHDRAWAL OF**
**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

Hudson Bay Claim Fund LLC, by its undersigned counsel, hereby withdraws the following Notice of Transfer of Claim Other Than for Security, which was filed incorrectly:

Docket Number 12027 (filed April 18, 2024)

Dated: June 12, 2024

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Jody C. Barillare*
Jody C. Barillare (Bar No. 5107)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: (302) 574-3000
Facsimile: (302) 574-3001
jody.barillare@morganlewis.com

*Attorneys for Hudson Bay Claim Fund LLC*