**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re FTX Trading Ltd., et al., | Chapter 11 |
| Debtors. | Case No. 22-11068 (JTD) |
|  | (Jointly Administered) |

**PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee
Hudson Bay Claim Fund LLC

Name of Transferor
DCP Master Investments XV LLC

Name and Address where notices should be sent:
c/o Hudson Bay Capital Management LP
28 Havemeyer Place, 2nd Floor
Greenwich, CT  06830
Attention: Matthew Weinstein and Chad Flick
Email:  mweinstein@hudsonbaycapital.com
           cflick@hudsonbaycapital.com

Last known address:
c/o Diameter Capital Partners, LP
55 Hudson Yards, Suite 29B
New York, NY 10001

**Unique Customer Code:  04539840**

**\*\*\* PORTION OF TOTAL CLAIM TRANSFERRED:  50% \*\*\***

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Proof of Claim No. 51708  Proof of Claim Conf. No. 3265-70-MBENC-400828285; 3265-70-CWJDC-599150266 | [redacted] | 50% | FTX Trading Ltd. | 22-11068 |

Name and Address where transferee payments should be sent (if different from above):  N/A

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any right to receive notice or hearing under Bankruptcy Rule 3001.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*Matt Weinstein*_____          Date:  June 11, 2014
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571