# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re FTX Trading Ltd., et al.,<br><br>               Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 22-11068 (JTD) <br> ) (Jointly Administered) <br> ) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Svalbard Holdings Limited | FTXCREDITOR, LLC |

Name and Address where notices to transferee should be sent:

Attestor Value Master Fund LP[1]
c/o Attestor Limited
7 Seymour Street
WIH 7JW
London, United Kingdom
Attention: Steve Gillies
Email:  settlements@attestorcapital.com
Phone:  +44(0)20 7074 9653

Last known address:

Michael Bottjer
1509 Bent Ave
Cheyenne, WY 82001

claims@ftxcreditor.com

Unique Customer Code: [########]

**PORTION OF CLAIM TRANSFERRED: 100%**

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Kroll Schedule 221106805344028 | Redacted | As referenced in Proof of Claim | FTX Trading Ltd. | **22-11068** |
| Proof of Claim Confirmation ID No. 3265-70-TSSXU-167273147 | Redacted | As stated in Customer Claim Form | FTX Trading Ltd. | **22-11068** |
| Schedule No. 01018051 | Redacted | As stated on Debtors' Schedule F | FTX Trading Ltd. | **22-11068** |

Name and Address where transferee payments should be sent (if different from above):  N/A

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any right to receive notice or hearing under Bankruptcy Rule 3001.

---

[1] Any payments on account of the claim referenced in this evidence and notice shall be made to the order of Attestor Value Master Fund LP.

DB1/ 147195401.1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/_____                           Date: 11 June, 2024
      Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571*

**EVIDENCE OF TRANSFER OF CLAIM**

TO THE DEBTORS AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, and pursuant to an Assignment of Claim, dated as of [INSERT DATE], 2024, **FTXCREDITOR, LLC** ("<u>**Seller**</u>") has unconditionally and irrevocably sold, transferred, and assigned to Svalbard Holdings Limited ("<u>**Purchaser**</u>") all of Seller's right, title, and interest in and to all "claims" (as defined in 11 U.S.C. § 101(5)) (the "<u>**Claim**</u>") of the customer identified by Unique Customer Code 01018051, <u>including without limitation</u> the claims referenced in Kroll Schedule No. 221106805344028, Confirmation ID No. 3265-70- TSSXU-167273147 and Scheduled Claim No. 01018051 against the debtor(s) in *re: FTX Trading Ltd.* (Case No. 22-bk-11068) pending in the United States Bankruptcy Court for the District of Delaware (the "<u>**Bankruptcy Court**</u>").

Seller hereby waives any objection to the transfer of the Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on 10 June. 2024.

DocuSigned by:
*Michael Bottjer*
03960BC85C4B484...

**By: FTXCREDITOR, LLC**