# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the addresses of Pashman Stein Walder Hayden, P.C., counsel to Binance (Switzerland) AG, have changed as follows:

**PASHMAN STEIN WALDER HAYDEN, P.C.**
John W. Weiss
Alexis R. Gambale
824 North Market Street, Suite 800
Wilmington, DE 19801Telephone: (302) 592-6496
Facsimile: (201) 488-5556
Email:  jweiss@pashmanstein.com
           agambale@pashmanstein.com

**PLEASE TAKE FURTHER NOTICE** that copies of any and all notices and papers filed or entered in this cases pursuant to section 1109(b) of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware shall be given to and served upon counsel at the address set forth above.

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/ftx.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

- 2 -

| | |
|---|---|
| Dated: June 14, 2024<br>Wilmington, Delaware | **PASHMAN STEIN WALDER HAYDEN, P.**C<br><br>By: /s/ John W. Weiss<br>John W. Weiss (Del. Bar No. 4160)<br>Alexis R. Gambale (Del. Bar No. 7150)<br>824 North Market Street, Suite 800<br>Wilmington, DE 19801 (302) 592-6496<br>Email: jweiss@pashmanstein.com<br>     agambale@pashmanstein.com<br><br>*Counsel to Binance (Switzerland) AG* |

## **CERTIFICATE OF SERVICE**

I, John Weiss, hereby certify that on June 14, 2024, I caused a copy of the foregoing *NOTICE OF CHANGE OF ADDRESS* to be served on all parties who are scheduled to receive notice through the Court's ECF system.

**PASHMAN STEIN WALDER HAYDEN, P.C.**

By: /s/ John W. Weiss
John W. Weiss (Del. Bar No. 4160)
824 North Market Street, Suite 800
Wilmington, DE 19801
(302) 592-6496
jweiss@pashmanstein.com

*Counsel to Binance (Switzerland) AG*