**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 22-11068 (JTD)<br>)<br>) (Jointly Administered)<br>)<br>) <u>Objection Deadline</u>: July 5, 2024 at 4:00 p.m. (ET)[2]<br>)<br>) <u>Hearing Date</u>: September 12, 2024 at 1:00 p.m. (ET) |

**SUPPLEMENT TO THE SIXTH INTERIM**
**FEE APPLICATION OF PAUL HASTINGS LLP**

Paul Hastings LLP ("<u>Paul Hastings</u>"), lead counsel to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") appointed in the chapter 11 cases (the "<u>Chapter 11 Cases</u>") of the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>"), hereby supplements (this "<u>Supplement</u>") the *Sixth Interim Fee Applications for the Professionals of the Official Committee of Unsecured Creditors for the Period from February 1, 2024 Through and Including April 30, 2024* (the "<u>Application</u>"), filed contemporaneously herewith, and requests compensation of fees and reimbursement of costs and expenses incurred for professional services rendered by Paul Hastings during the period from February 1, 2024 through and including April 30, 2024 (the "<u>Application Period</u>") for or on behalf of the Committee in connection with the Chapter 11 Cases.

---

[1]   The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]   The objection deadline set forth herein is for all parties other than the Fee Examiner and the U.S. Trustee (each as defined in the Fee Examiner Order), whose objection deadline shall be governed by that certain *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [Docket No. 834] (the "<u>Fee Examiner Order</u>").

**Jurisdiction and Venue**

1. The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Appendix B of the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines"), rules 2016-1 and 2016-3 of the Local Rules of the United States Bankruptcy Court, District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* by order of this Court, dated January 9, 2023 [Docket No. 435].

**Background**

4. On November 11 and November 14, 2022, the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code with this Court. The Debtors continue to operate their businesses and manage their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. As of the date hereof, no trustee has been appointed in the Chapter 11 Cases. No request has been made for the appointment of a trustee in these Chapter 11 Cases.

5. On December 15, 2022, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") filed the *Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 14460].[3]

## Case Status Summary

6. These Chapter 11 Cases present significant legal issues, many of which are complex and matters of first impression. During the Application Period, the Committee and its advisors have worked to resolve the complex issues in these Chapter 11 Cases and continue to do so as they work to maximize returns for the class of general unsecured creditors. In spite of the complexities of these Chapter 11 Cases, the Committee, with the assistance of its advisors, has accomplished a great deal during the Application Period from both an administrative and operational perspective. For example, during the Application Period and with Paul Hastings' advice and counsel, the Committee has, among other things:

   a) reviewed and commented on the Debtors' plan of reorganization, disclosure statement, and draft solicitation materials;

   b) analyzed legal and factual issues regarding the Debtors' motion to estimate claims based on digital assets for purposes of voting on and solicitation of the Debtors' plan of reorganization;

   c) participated in meetings with the Debtors and their advisors regarding management of the Debtors' venture assets, and conducted diligence of certain of the Debtors' prepetition venture investments and proposed asset sales;

   d) analyzed legal and factual issues regarding contemplated plan constructs and recoveries to creditors;

   e) analyzed legal and factual issues regarding adversary proceedings filed by and against the Debtors;

---

[3] The U.S. Trustee filed an amended notice amended on December 20, 2022, to reflect the addition and correction of contact information for certain of the members of the Committee. *See Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 261]. Acaena Amoros Romero, GGC International Ltd., Octopus Information, Ltd., and Wintermute Asia PTE. Ltd. have since formally resigned from the Committee.

3

      f)      coordinated with the Debtors' advisors regarding ongoing investigations; and

      g)      analyzed legal and regulatory issues regarding the potential recapitalization or sale of the Debtors' exchanges.

7.      Given the Committee's accomplishments during the Application Period, as advised by Paul Hastings, and the complexities of these Chapter 11 Cases, Paul Hastings submits that the compensation and expense reimbursement sought herein for the necessary and beneficial professional services Paul Hastings provided to the Committee during the Application Period is reasonable and appropriate, commensurate with the scale, nature, and complexity of these Chapter 11 Cases, and should be approved.

## Information Required by the Guidelines

8.      Attached hereto as **Exhibit A** through **Exhibit E** are certain schedules requested by the U.S. Trustee Guidelines.[4]

9.      Paul Hastings responds to the questions set forth in Paragraph C.5. of the U.S. Trustee Guidelines as follows:

> **Question:** Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees, or terms for services pertaining to this engagement that were provided during the Application Period?
> **Response:** No.
>
> **Question:** If the fees sought in this application as compared to the fees budgeted for the Application Period are higher by 10% or more, did you discuss the reasons for the variation with the client?
> **Response:** Not applicable.
>
> **Question:** Have any of the professionals included in this application varied their hourly rate based on the geographic location of the bankruptcy case?
> **Response:** No.
>
> **Question:** Does the application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited

---

[4] The Committee and Paul Hastings reserve all rights as to the relevance and substantive legal effect of the U.S. Trustee Guidelines with respect to any application for compensation in the Chapter 11 Cases.

4

to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.) If so, please quantify by hours and fees.
**Response:** Yes. The Application includes approximately 26.2 hours and associated fees of approximately $25,915.00 related to reviewing or revising time records or invoices for, among other things, ensuring time entries are properly categorized by U.S. Trustee task code and protecting privileged or confidential information, particularly as to the identity of certain litigation, investigation, and asset disposition targets. Pursuant to agreement with the Fee Examiner, Paul Hastings created a coding system whereby certain junior associates and paraprofessionals review the monthly time entries for names of such targets and replace the target name with a code number. While the U.S. Trustee and the Fee Examiner receive the original invoices, Paul Hastings publicly files and serves the coded invoices. The hours and fees above reflect, in part, this process.

**Question:** Does this application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.
**Response:** Yes, as set forth above.

**Question:** If the application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did your client agree when retaining the law firm to accept all future rates increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation consistent with ABA Formal Ethics Opinion 11-458?
**Response:** Paul Hastings did not adjust its hourly rates during the Application Period.

10. To the extent that time or disbursement charges for services rendered or disbursements incurred on behalf of the Committee relate to the Application Period, but were not processed before the preparation of, or included in, this Application, or Paul Hastings has for any other reason not sought compensation or reimbursement with respect to such services or expenses, Paul Hastings reserves the right to request compensation for such services, and reimbursement of such expenses, in a supplemental or future application. Also, Paul Hastings does not waive, and expressly reserves, its right to respond to any objections regarding this Application and the amounts sought for Paul Hastings' work in the Chapter 11 Cases.

5

| | |
|---|---|
| Dated: June 14, 2024<br>New York, New York | **PAUL HASTINGS LLP**<br><br>*/s/ Erez Gilad*<br>Kristopher M. Hansen*<br>Kenneth Pasquale*<br>Erez E. Gilad*<br>Gabriel E. Sasson*<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6000<br>Facsimile: (212) 319-4090<br>Email: krishansen@paulhastings.com<br>          kenpasquale@paulhastings.com<br>          erezgilad@paulhastings.com<br>          gabesasson@paulhastings.com<br><br>* *Admitted pro hac vice*<br><br>*Counsel to the Official Committee*<br>*of Unsecured Creditors* |

6

**EXHIBIT A**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**

The blended hourly rate for Paul Hastings' timekeepers in its New York office who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[1] during the twelve-month period beginning on May 1, 2023 and ending on April 30, 2024 was, in the aggregate, approximately $1,226 per hour. The blended hourly rate for Paul Hastings' timekeepers who billed to the Chapter 11 Cases during the Application Period was approximately $1,578 per hour. A detailed comparison of these rates follows:

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Non-Bankruptcy Matters Blended Hourly Rate | Committee Blended Hourly Rate |
| Partner | $1,622 | $2,060 |
| Counsel | $1,461 | $1,732 |
| Associate | $1,013 | $1,189 |
| Paralegal | $490 | $565 |
| **All Timekeepers Aggregated** | **$1,226** | **$1,578** |

---

[1] It is the nature of Paul Hastings' practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within Paul Hastings' restructuring group. Accordingly, Non-Bankruptcy Matters consist of matters for which Paul Hastings' timekeepers represented a client in matters other than court-approved engagements as counsel for the debtor, the chapter 11 trustee, or an official committee under the Bankruptcy Code. Thus, the Non-Bankruptcy Matters include, in part, time billed by Paul Hastings' timekeepers who work primarily within Paul Hastings' restructuring group.

# EXHIBIT B
## SUMMARY OF TIMEKEEPERS FOR APPLICATION PERIOD

| Name, Position | Year of First Admission, Department | Fees Billed in this Application Period | Hours Billed in this Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
|---|---|---|---|---|---|---|
| | | | | In this Application | In First Interim Application | |
| **PARTNER** | | | | | | |
| Daniel, Chris | 1999, Fintech & Payments Group | $2,457.00 | 1.30 | $1,890.00 | $1,585.00 | 3 |
| Gilad, Erez | 2001, Financial Restructuring | $439,740.00 | 209.40 | $2,100.00 | $1,735.00 | 3 |
| Hansen, Kris | 1996, Financial Restructuring | $272,320.00 | 118.40 | $2,300.00 | $1,935.00 | 3 |
| Kelly, Brian | 2001, Financial Restructuring | $204,419.00 | 111.40 | $1,835.00 | $1,510.00 | 3 |
| Madell, Jaimie | 2012, Structured Credit | $18,144.00 | 9.60 | $1,890.00 | N/A | 2 |
| Merola, Frank | 1988, Financial Restructuring | $144,270.00 | 68.70 | $2,100.00 | $1,735.00 | 3 |
| Pasquale, Ken | 1990, Financial Restructuring | $1,200,150.00 | 571.50 | $2,100.00 | $1,735.00 | 3 |
| Pasquale, Ken (Travel) | 1990, Financial Restructuring | $7,350.00 | 7.00 | $1,050.00 | $867.5 | 3 |
| Sasson, Gabe | 2010, Financial Restructuring | $209,190.00 | 114.00 | $1,835.00 | $1,510.00 | 3 |
| Sibbitt, Eric C. | 1997, Fintech & Payments Group | $18,900.50 | 10.30 | $1,835.00 | $1,410.00 | 3 |
| Tsao, Leo | 1999, Investigation & White Collar Defense | $4,082.50 | 2.30 | $1,775.00 | $1,410.00 | 3 |

---

[1] Effective February 14, 2023, August 8, 2023, and January 1, 2024, with Committee approval, Paul Hastings implemented hourly rate adjustments in the Chapter 11 Cases in accordance with the Retention Order [Docket No. 635], the Retention Application [Docket No. 518], the Voorhees Declaration [Docket No. 518], and the Gilad Declaration [Docket No. 518].

| Name, Position | Year of First Admission, Department | Fees Billed in this Application Period | Hours Billed in this Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
|---|---|---|---|---|---|---|
| | | | | In this Application | In First Interim Application | |
| | **Partner Total** | **$2,521,023.00** | **1223.90** | | | |
| **OF COUNSEL** | | | | | | |
| Greenbacker, Lauren-Kelly D. | 2014, Fintech & Payments Group | $2,385.00 | 1.50 | $1,590.00 | $1,225.00 | 4 |
| Silber, Gary | 2011, Tax | $44,030.00 | 23.80 | $1,850.00 | $1,490.00 | 3 |
| Stevenson, Braddock | 2008, Fintech & Payments Group | $4,929.00 | 3.10 | $1,590.00 | $1,335.00 | 3 |
| Traxler, Katherine A. | 1990, Financial Restructuring | $3,920.00 | 3.50 | $1,120.00 | $920.00 | 3 |
| | **Of Counsel Total** | **$55,264.00** | **31.90** | | | |
| **ASSOCIATE** | | | | | | |
| Catalano, Kristin | 2021, Financial Restructuring | $29,862.00 | 25.20 | $1,185.00 | $775.00 | 3 |
| Iaffaldano, Jack | 2020, Financial Restructuring | $373,219.00 | 288.20 | $1,295.00 | $930.00 | 3 |
| Koch, Leonie | 2023, Financial Restructuring | $319,534.00 | 324.40 | $985.00 | $755.00 | 2 |
| Koch, Leonie (travel, bill at ½ rate) | 2023, Financial Restructuring | $2,856.50 | 5.80 | $492.50 | $377.50 | 2 |
| Miliotes, Lanie | 2023, Financial Restructuring | $23,837.00 | 24.20 | $985.00 | $755.00 | 2 |
| Oakley, Erik | 2022, Securities & Capital Markets | $2,167.00 | 2.20 | $985.00 | N/A | 1 |
| Sadler, Tess | 2019, Financial Restructuring | $65,793.00 | 48.20 | $1,365.00 | N/A | 1 |
| Sasson, Isaac | 2016, Financial Restructuring | $315,828.00 | 226.40 | $1,395.00 | $1,200.00 | 3 |
| Sasson, Isaac (travel, bill at ½ rate) | 2016, Financial Restructuring | $9,974.25 | 14.30 | $697.50 | $600.00 | 3 |

2

| Name, Position | Year of First Admission, Department | Fees Billed in this Application Period | Hours Billed in this Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
|---|---|---|---|---|---|---|
| | | | | In this Application | In First Interim Application | |
| Wong, Nicole | 2023, Tax | $15,267.50 | 15.50 | $985.00 | N/A | 1 |
| Xu, Christine | 2022, Financial Restructuring | $17,893.50 | 15.10 | $1,185.00 | $775.00 | 3 |
| **Associate Total** | | **$1,176,231.75** | **989.50** | | | |
| **PARAPROFESSIONAL** | | | | | | |
| Laskowski, Mat | Financial Restructuring | $103,112.50 | 182.50 | $565.00 | $515.00 | 2 |
| Liu, Kelly | Legal Research Analyst | $756.00 | 1.80 | $420.00 | N/A | 1 |
| Lopez, Mayra | Technical Operations Senior Analyst | $632.00 | 1.60 | $395.00 | N/A | 2 |
| Magzamen, Michael | Financial Restructuring | $8,983.50 | 15.90 | $565.00 | $515.00 | 2 |
| Mohamed, David | Financial Restructuring | $3,051.00 | 5.40 | $565.00 | $515.00 | 2 |
| **Paraprofessional Total** | | **$116,535.00** | **207.20** | | | |
| **Total:** | | **$3,869,053.75** | **2452.50** | | | |
| **Blended Hourly Rate:** | | **$1,578** | | | | |

3

# **EXHIBIT C**

# **BUDGET AND STAFFING PLAN FOR APPLICATION PERIOD**

# EXHIBIT C-1
# BUDGET

**Period Covered:** February 2024

| U.S. Trustee Task Code and Project Category | | Estimated Hours | Estimated Fees[1] | Hours Billed | Amount Billed |
|---|---|---|---|---|---|
| B110 | Case Administration | 50 | $78,750 | 55.80 | $56,536.50 |
| B112 | General Creditor Inquiries | 5 | $7,875 | 4.40 | $8,012.00 |
| B113 | Case Analysis/Pleadings Review | 25 | $39,375 | 25.20 | $27,636.50 |
| B115 | Meetings and Communications with Debtors | 55 | $86,625 | 50.90 | $94,690.00 |
| B120 | Asset Analysis and Recovery | 0 | 0 | 0.60 | $925.50 |
| B130 | Asset Disposition | 190 | $299,250 | 190.20 | $333,644.00 |
| B150 | Meetings and Communications with Creditors | 150 | $236,250 | 144.30 | $258,648.00 |
| B155 | Court Hearings | 35 | $55,125 | 33.20 | $41,580.50 |
| B162 | Fee/Compensation Matters (Paul Hastings) | 60 | $94,500 | 61.10 | $74,219.50 |
| B166 | Fee/Compensation Matters (Other Professionals) | 5 | $7,875 | 2.20 | $2,836.00 |
| B188 | Examiner Matters | 10 | $15,750 | 7.20 | $10,886.50 |
| B190 | Other Contested Matters (excl. assumption/rejections motions) | 40 | $63,000 | 38.50 | $56,461.50 |
| B191 | General Litigation | 75 | $118,125 | 71.50 | $122,983.50 |
| B195 | Non-Working Travel[2] | 15 | $11,812.50 | 15.00 | $12,930.00 |
| B210 | Business Operations | 10 | $15,750 | 7.60 | $8,187.00 |
| B211 | Financial Reports (Monthly Operating Reports) | 5 | $7,875 | 2.10 | $3,853.50 |
| B215 | Regulatory Matters | 0 | 0 | 0.30 | $477.00 |
| B230 | Financing/Cash Collections | 0 | 0 | 0.30 | $630.00 |
| B240 | Tax Issues | 5 | $7,875 | 4.80 | $5,952.50 |
| B261 | Investigations | 10 | $15,750 | 11.90 | $19,975.00 |
| B310 | Claims Administration and Objection | 120 | $189,000 | 116.20 | $189,298.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 80 | $126,000 | 78.40 | $143,940.50 |
| **TOTAL:** | | **945** | **$1,476,562.50** | **921.70** | **$1,474,303.50** |

---

[1] The budgeted fees are based on a blended hourly rate of $1,575 for the Paul Hastings timekeepers expected to work on this matter during the Application Period.

[2] Paul Hastings charges one-half a timekeeper's customary hourly rate for time incurred for non-working travel.

# EXHIBIT C-2

# BUDGET

**Period Covered:** March 2024

| U.S. Trustee Task Code and Project Category | | Estimated Hours | Estimated Fees[1] | Hours Billed | Fees Sought |
|---|---|---|---|---|---|
| B110 | Case Administration | 50 | $78,750 | 54.50 | $41,505.00 |
| B112 | General Creditor Inquiries | 20 | $31,500 | 18.30 | $32,447.00 |
| B113 | Case Analysis/Pleadings Review | 25 | $39,375 | 30.90 | $35,681.00 |
| B115 | Meetings and Communications with Debtors | 45 | $70,875 | 44.20 | $79,808.50 |
| B130 | Asset Disposition | 80 | $126,000 | 77.40 | $148,191.00 |
| B150 | Meetings and Communications with Creditors | 110 | $173,250 | 107.40 | $195,543.50 |
| B155 | Court Hearings | 90 | $141,750 | 90.30 | $105,086.50 |
| B162 | Fee/Compensation Matters (Paul Hastings) | 35 | $55,125 | 39.10 | $46,788.50 |
| B166 | Fee/Compensation Matters (Other Professionals) | 5 | $7,875 | 3.20 | $1,934.00 |
| B188 | Examiner Matters | 35 | $55,125 | 34.80 | $52,911.00 |
| B191 | General Litigation | 80 | $126,000 | 78.70 | $112,009.50 |
| B195 | Non-Working Travel[2] | 10 | $7,875 | 12.10 | $7,250.75 |
| B210 | Business Operations | 5 | $7,875 | 4.90 | $6,833.50 |
| B215 | Regulatory Matters | 5 | $7,875 | 4.90 | $8,122.00 |
| B230 | Financing/Cash Collections | 0 | 0 | 0.60 | $1,260.00 |
| B240 | Tax Issues | 5 | $7,875 | 1.00 | $1,417.50 |
| B261 | Investigations | 5 | $7,875 | 5.00 | $8,158.50 |
| B310 | Claims Administration and Objection | 100 | $157,500 | 102.10 | $165,199.50 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 80 | $126,000 | 75.80 | $133,659.00 |
| **TOTAL:** | | **785** | **$1,228,500** | **785.20** | **$1,183,806.25** |

# EXHIBIT C-3

# BUDGET

**Period Covered:** April 2024

| U.S. Trustee Task Code and Project Category | | Estimated Hours | Estimated Fees[1] | Hours Billed | Fees Sought |
|---|---|---|---|---|---|
| B110 | Case Administration | 50 | $78,750 | 53.00 | $39,931.00 |
| B112 | General Creditor Inquiries | 10 | $15,750 | 8.30 | $15,377.00 |
| B113 | Case Analysis/Pleadings Review | 30 | $47,250 | 29.80 | $32,967.50 |
| B115 | Meetings and Communications with Debtors | 40 | $63,000 | 36.10 | $63,753.50 |
| B130 | Asset Disposition | 65 | $102,375 | 63.50 | $118,033.00 |
| B150 | Meetings and Communications with Creditors | 120 | $189,000 | 118.90 | $211,693.50 |
| B160 | Retention/Employment Matters (Paul Hastings) | 20 | $31,500 | 20.20 | $24,491.50 |
| B162 | Fee/Compensation Matters (Paul Hastings) | 12 | $18,900 | 12.80 | $16,783.50 |
| B166 | Fee/Compensation Matters (Other Professionals) | 0 | 0 | 0.70 | $1,024.00 |
| B188 | Examiner Matters | 10 | $15,750 | 8.50 | $11,534.00 |
| B191 | General Litigation | 40 | $63,000 | 38.00 | $56,500.50 |
| B210 | Business Operations | 10 | $15,750 | 7.70 | $9,145.50 |
| B230 | Financing/Cash Collections | 5 | $7,875 | 2.40 | $4,907.50 |
| B240 | Tax Issues | 15 | $23,625 | 12.50 | $19,751.50 |
| B261 | Investigations | 10 | $15,750 | 8.20 | $16,997.00 |
| B310 | Claims Administration and Objection | 15 | $23,625 | 10.40 | $16,029.50 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 320 | $504,000 | 314.60 | $552,024.00 |
| **TOTAL:** | | **772** | **$1,215,900.00** | **745.60** | **$1,210,944.00** |

# EXHIBIT C-4

# STAFFING PLAN

**Period Covered:** February 2024

| Category of Timekeeper (using categories maintained by the firm) | Number of Timekeepers Expected to Work on Matter During Budget Period | Anticipated Average Hourly Rate for Budget Period | Actual Number of Timekeepers Who Worked on Matter During Budget Period | Average Hourly Rate for Budget Period |
|---|---|---|---|---|
| Partner | 10 | $1,835 | 9 | $1,835 |
| Of Counsel | 5 | $1,520 | 3 | $1,520 |
| Associate | 10 | $1,155 | 9 | $1,154 |
| Paraprofessional | 5 | $460 | 5 | $460 |

**Period Covered:** March 2024

| Category of Timekeeper (using categories maintained by the firm) | Number of Timekeepers Expected to Work on Matter During Budget Period | Anticipated Average Hourly Rate for Budget Period | Actual Number of Timekeepers Who Worked on Matter During Budget Period | Average Hourly Rate for Budget Period |
|---|---|---|---|---|
| Partner | 10 | $1,980 | 9 | $1,980 |
| Of Counsel | 5 | $1,520 | 4 | $1,520 |
| Associate | 8 | $1,060 | 7 | $1,059 |
| Paraprofessional | 5 | $480 | 4 | $480 |

**Period Covered:** April 2024

| Category of Timekeeper (using categories maintained by the firm) | Number of Timekeepers Expected to Work on Matter During Budget Period | Anticipated Average Hourly Rate for Budget Period | Actual Number of Timekeepers Who Worked on Matter During Budget Period | Average Hourly Rate for Budget Period |
|---|---|---|---|---|
| Partner | 10 | $1,980 | 8 | $1,980 |
| Of Counsel | 4 | $1,520 | 3 | $1,520 |
| Associate | 8 | $1,245 | 7 | $1,245 |
| Paraprofessional | 5 | $565 | 3 | $565 |

## **EXHIBIT D**
## **SUMMARY OF COMPENSATION AND EXPENSE REIMBURSEMENT FOR APPLICATION PERIOD**

**EXHIBIT D-1**

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B110  Case Administration | 163.30 | $137,972.50 |
| B112  General Creditor Inquiries | 31.00 | $55,836.00 |
| B113  Pleadings Review | 85.90 | $96,285.00 |
| B115  Meetings and Communications with Debtors | 131.20 | $238,252.00 |
| B120  Asset Analysis and Recovery | 0.60 | $925.50 |
| B130  Asset Disposition | 331.10 | $599,868.00 |
| B150  Meetings of and Communications with Creditors | 370.60 | $665,885.00 |
| B155  Court Hearings | 123.50 | $146,667.00 |
| B160  Retention/Employment Matters (Paul Hastings) | 20.20 | $24,491.50 |
| B162  Fee/Compensation Matters (Paul Hastings) | 113.00 | $137,791.50 |
| B166  Fee/Compensation Matters (Other Professionals) | 6.10 | $5,794.00 |
| B188  Examiner Matters | 50.50 | $75,331.50 |
| B190  Other Contested Matters(excl. assumption/rejections motions) | 38.50 | $56,461.50 |
| B191  General Litigation | 188.20 | $291,493.50 |
| B195  Non-Working Travel[1] | 27.10 | $20,180.75 |
| B210  Business Operations | 20.20 | $24,166.00 |
| B211  Financial Reports (Monthly Operating Reports) | 2.10 | $3,853.50 |
| B215  Regulatory Matters | 5.20 | $8,599.00 |
| B230  Financing/Cash Collections | 3.30 | $6,797.50 |
| B240  Tax Issues | 18.30 | $27,121.50 |
| B261  Investigations | 25.10 | $45,130.50 |
| B310  Claims Administration and Objections | 228.70 | $370,527.00 |
| B320  Plan and Disclosure Statement (including Business Plan) | 468.80 | $829,623.50 |
| **TOTAL:** | **2452.50** | **$3,869,053.75** |

---

[1] Paul Hastings charges one-half a timekeeper's customary hourly rate for time incurred for non-working travel.

**EXHIBIT D-2**

| Category | Amount |
|---|---:|
| Airfare | $280.30 |
| Computer Search | $2,009.51 |
| Lodging | $1,505.22 |
| Messenger | $32.95 |
| Postage/Express Mail | $10.35 |
| In-house Black and White Reproduction Charges (832 copies at $0.08 per page) | $66.56 |
| In-house Color Reproduction Charges (6,056 copies at $0.50 per page) | $3,028.00 |
| Meals | $173.67 |
| Outside Professional Services | $313,761.74 |
| Taxi/Ground Transportation | $4,540.92 |
| Vendor Expense | $58.99 |
| **TOTAL:** | **$325,468.21** |

# EXHIBIT E

## SUMMARY OF INTERIM FEE APPLICATION SUPPLEMENT

| | |
|---|---|
| Name of Applicant | Paul Hastings LLP |
| Name of Client | Official Committee of Unsecured Creditors |
| Time period covered by this Application | February 1, 2024 through April 30, 2024 |
| Total compensation sought during the Application Period | $3,869,053.75 |
| Total expenses sought during the Application Period | $325,468.21 |
| Petition Date | November 11, 2022 and November 14, 2022 |
| Retention Date | December 20, 2022 |
| Date of order approving employment | February 7, 2023 [Docket No. 635] |
| Total compensation approved by interim order to date | $23,261,972.66 |
| Total expenses approved by interim order to date | $354,882.27 |
| Total allowed compensation paid to date pursuant to interim order | $23,261,972.66 |
| Total allowed expenses paid to date pursuant to interim order | $354,882.27 |
| Blended rate in the Application Period for all attorneys | $1,671 |
| Blended rate in the Application Period for all timekeepers | $1,578 |
| Compensation sought for the Application Period already paid pursuant to a monthly compensation order but not yet allowed | $2,126,487.80 |
| Expenses sought for the Application Period already paid pursuant to a monthly compensation order but not yet allowed | $205,757.14 |
| Number of professionals included for the Application Period | 24 |
| If applicable, number of professionals for the Application Period not included in staffing plan approved by client | n/a |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | n/a |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 8 |
| Are any rates higher than those approved or disclosed at retention? | Yes. Effective February 14, 2023, August 8, 2023, and January 1, 2024, with the Committee's approval, Paul Hastings adjusted its hourly rates in accordance with customary practice, the Retention Order [Docket No. 635], the Retention Application [Docket No. 518], the Voorhees Declaration [Docket No. 518], and the Gilad Declaration [Docket No. 518]. |