## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) ) | Case No. 22-11068 (JTD) |
| Debtors. | ) ) ) ) ) ) | (Jointly Administered)<br><br>**Objection Deadline:** July 5, 2024 at 4:00 p.m. (ET)[2]<br>**Hearing Date:** September 12, 2024 at 1:00 p.m. (ET) |

### SUPPLEMENT TO
### SIXTH INTERIM FEE REQUEST OF JEFFERIES LLC

Jefferies LLC ("**Jefferies**"), the investment banker to the Official Committee of Unsecured Creditors appointed in the above-captioned chapter 11 cases (the "**Committee**"), hereby supplements the *Sixth Interim Fee Request of Jefferies LLC* (the "**Interim Fee Request**") for the period from February 1, 2024 through and including April 30, 2024 (the "**Request Period**") by attaching, as **Exhibits A** through **C** hereto, certain schedules in support of the Interim Fee Request.

Dated: June 14, 2024  
New York, New York

JEFFERIES LLC

 */s/ Leon Szlezinger*  
Leon Szlezinger  
Managing Director and Joint Global Head of  
Debt Advisory & Restructuring  
JEFFERIES LLC

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] The objection deadline set forth herein is for all parties other than the Fee Examiner and the U.S. Trustee (each as defined in the Fee Examiner Order), whose objection deadline shall be governed by that certain *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [Docket No. 834] (the "Fee Examiner Order").

## **EXHIBIT A**

| SUMMARY OF SIXTH INTERIM APPLICATION ||
|---|---|
| Name of Applicant | Jefferies LLC |
| Name of Client | the Official Committee of Unsecured Creditors |
| Time period covered by Sixth Interim Application | February 1, 2024 through April 30, 2024 |
| Total compensation sought during the Application Period | $675,000.00 |
| Total expenses sought during the Application Period | $7,946.10 |
| Petition Date | November 11, 2022 |
| Retention Date | December 23, 2022 |
| Date of order approving employment | February 15, 2023 |
| Total compensation approved by interim order to date | $3,150,000.00 |
| Total expenses approved by interim order to date | $159,186.81 |
| Total allowed compensation paid to date | $3,150,000.00 |
| Total allowed expenses paid to date | $159,186.81 |
| Compensation sought in the Sixth Interim Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $540,000.00 |
| Expenses sought in the Sixth Interim Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $7,946.10 |
| Breakdown of compensation sought during the application period | February Monthly Fee: $225,000.00<br>March Monthly Fee: $225,000.00<br>April Monthly Fee: $225,000.00<br>Total Compensation Sought: $675,000.00[1] |

---

1 Pursuant to that certain engagement letter between the Committee and Jefferies, dated as of December 23, 2022, Jefferies is entitled to a monthly fee equal to $225,000.00 each month that Jefferies is engaged by the Committee.

# EXHIBIT B

## HOURS BY PROFESSIONAL AND CATEGORY

## FEBRUARY 1, 2024 – APRIL 30, 2024

**Jefferies LLC**
**Summary of Hours by Category**
February 1, 2024 - April 30, 2024

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | 61.5 |
| 2 | Sale Process | 7.0 |
| 3 | Creditor Communication | 114.5 |
| 4 | Debtor Communication | 27.5 |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | 16.0 |
| 8 | Travel | - |
| 9 | Due Diligence / Analysis | 292.0 |
| 10 | Business Plan | - |
| 11 | Process Update and Case Strategy | 81.5 |
| **Total** | | **600.0** |

**Jefferies LLC**
**Summary of Hours by Professional**
February 1, 2024 - April 30, 2024

| Name | Position | Hours |
|---|---|---|
| Michael O'Hara | Managing Director, Co-Head of US Debt Advisory and Restructuring | 65.0 |
| Ryan Hamilton | Senior Vice President, Debt Advisory and Restructuring | 108.0 |
| Daniel Homrich | Vice President, Debt Advisory and Restructuring | 121.0 |
| Lars Hultgren | Analyst, Debt Advisory and Restructuring | 169.5 |
| Sebastian Carri | Analyst, Debt Advisory and Restructuring | 136.5 |
| **Total** | | **600.0** |

# EXHIBIT C

## EXPENSES BY CATEGORY

## FEBRUARY 1, 2024 – APRIL 30, 2024

**Jefferies LLC**
Summary of Expenses by Category
February 1, 2024 - April 30, 2024

| Category | Expenses |
|---|---:|
| Employee Overtime Meal | $166.29 |
| Transportation | $114.81 |
| Presentation Services | $198.00 |
| Legal Fees | $7,467.00 |
| **Total** | **$7,946.10** |