## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>**Objections Due: July 5, 2024 at 4:00 p.m. (ET)**<br>**Hearing Date: September 12, 2024 at 1:00 p.m. (ET)** |

## FIRST INTERIM FEE APPLICATION OF
## PATTERSON BELKNAP WEBB & TYLER LLP

| Name of Applicant | Patterson Belknap Webb & Tyler LLP |
|---|---|
| Authorized to Provide Professional Services to | Robert J. Cleary, in his capacity as Examiner appointed in these Chapter 11 Cases |
| Date of Retention | April 19, 2024, *nunc pro tunc* to March 20, 2024 |
| Period for which compensation and reimbursement is sought | March 20, 2024, through April 30, 2024 |
| Amount of interim fees sought as reasonable and necessary: | $1,709,349.30 |
| Amount of interim expenses sought as actual, reasonable and necessary | $826.05 |
| Total compensation received to date for interim period: | $1,367,479.44 |
| Total expenses received to date for interim period: | $826.05 |
| Blended rate in this Application for all attorneys | $1,429.70 |
| Blended rate in this Application for all timekeepers | $1,227.01 |
| Number of professionals included in this Application | 21 (including the Examiner) |

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of Debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

| Number of professionals not included in staffing plan | 0 |
| If applicable, difference between fees budgeted and compensation sought for this period | $113,626.80 |
| Number of professionals billing fewer than 15 hours in this Application during this period | 8 |
| Any rates higher than those approved or disclosed at retention? | No |

This is a(n) ____ monthly X interim _____ final application.  No prior application has been filed with respect to this Application Period.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re* <br><br> FTX TRADING LTD., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br> (Jointly Administered) <br><br> **Objections Due: July 5, 2024 at 4:00 p.m. (ET)** <br> **Hearing Date: September 12, 2024 at 1:00 p.m. (ET)** |

**FIRST INTERIM FEE APPLICATION OF**
**PATTERSON BELKNAP WEBB & TYLER LLP**

Patterson Belknap Webb & Tyler LLP ("Patterson Belknap"), as counsel to Robert J. Cleary, as the examiner ("Examiner") appointed in the above-captioned bankruptcy cases (the "Chapter 11 Cases") of FTX Trading Ltd. and certain of its affiliates (collectively, the "Debtors"), hereby submits this *First Interim Fee Application of Patterson Belknap Webb & Tyler LLP* (the "Application"), for allowance of compensation for professional services rendered and reimbursement of expenses incurred during the period from March 20, 2024, through and including April 30, 2024 (the "Application Period").[2] In support of the Application, Patterson Belknap respectfully states as follows:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of Debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] This Application seeks compensation for professional services rendered to Robert J. Cleary in his capacity as Examiner as well as professional services rendered by Mr. Cleary in his capacity as Examiner. Mr. Cleary spent 126.70 hours performing services as Examiner, including 2.00 hours for non-working travel billed at 50% of Mr. Cleary's stated rate. In total, this Application seeks $285,409.50 for professional services rendered by the Examiner.

**BACKGROUND**

1. On November 11 and 14, 2022, the Debtors filed with the United States Bankruptcy Court for the District of Delaware (the "Court") voluntary petitions for relief under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (as amended or modified from time to time, the "Bankruptcy Code"). The Debtors continue to operate and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Joint administration of the Debtors' cases (the "Chapter 11 Cases") was authorized by the Court by entry of an order on November 22, 2022, ECF No. 128. On December 15, 2022, the United States Trustee for Region 3 (the "U.S. Trustee") appointed an official committee of unsecured creditors in the Chapter 11 Cases (the "Creditors' Committee"). *See* ECF No. 231.

2. On January 9, 2023, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, ECF No. 435 (the "Interim Compensation Order").

3. On March 8, 2023, the Court entered the *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses*, ECF No. 834, appointing Katherine Stadler (the "Fee Examiner") to serve as the fee examiner in these Chapter 11 Cases and establishing certain procedures in connection therewith.

4. On February 23, 2024, the Court entered an order directing the U.S. Trustee to appoint an examiner in these Chapter 11 Cases, ECF No. 7909. On March 20, 2024 (the "Appointment Date"), the Court entered (i) the *Order Approving the Appointment of Examiner*, ECF No. 9882 (the "Appointment Order") and (ii) the *Order (I) (A) Establishing the Scope, Cost, Degree, and Duration of the Examination and (B) Granting Related Relief; and (II)*

*Permitting the Filing of Certain Information Regarding Potential Parties in Interest Under Seal*, ECF No. 9883 (the "Examination Scope Order").

5. On April 1, 2024, the Examiner filed the *Examiner's (I) Application for an Order Authorizing the Retention and Employment of Patterson Belknap Webb & Tyler LLP as Counsel to the Examiner,* Nunc Pro Tunc *to the Appointment Date and (II) Motion to File Under Seal Certain Information Regarding Potential Parties in Interest*, ECF No.10870 (the "Retention Application") seeking authorization to retain and employ Patterson Belknap as counsel to the Examiner, *nunc pro tunc* to the Appointment Date.  The Retention Application was approved on April 19, 2024.  *See* ECF No. 12256.

6. The Examination Scope Order provides that the Examiner and any professional retained by the Examiner will be compensated pursuant to and in accordance with the Interim Compensation Order, sections 330 and 331 of the Bankruptcy Code, and any other applicable provisions of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

**JURISDICTION**

7. This Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334 and the amended standing order of reference issued by the United States District Court for the District of Delaware, dated February 29, 2012.  This is a core proceeding pursuant to 28 U.S.C. §157(b).

8. Venue is proper in the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

9. Pursuant to Local Rule 9013-1(f), Patterson Belknap consents to this Court's entry of a final order in connection with this Application to the extent it is later determined

3

the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

## RELIEF REQUESTED

10. Pursuant to the Interim Compensation Order, Patterson Belknap seeks interim approval and allowance of its compensation for professional services rendered to the Examiner and reimbursement of expenses incurred for the Application Period ("Period Compensation"), including authorization for the Debtors to pay the 20% holdback of fees (the "Holdback") as provided under the Interim Compensation Order.  Patterson Belknap has filed and served a monthly fee statement covering the Application Period, ECF No. 15090 (the "Monthly Fee Application").  The Monthly Fee Application is incorporated by reference as if fully set forth herein.  For the avoidance of doubt, this Application only seeks allowance of Period Compensation previously set forth in the Monthly Fee Application and payment of the Holdback.  Other than the Holdback, Patterson Belknap is not requesting additional fees or expenses above the Period Compensation.

11. In accordance with the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases (the "U.S. Trustee Guidelines"), this Application is supported by the following exhibits:

- Exhibit A: Summary of Billing by Professional for the Application Period;
- Exhibit B: Summary of Compensation by Project Category for the Application Period;
- Exhibit C: Expense Summary for the Application Period;
- Exhibit D: Customary and Comparable Compensation Disclosures;

- Exhibit E: Budget and Staffing Plan for the Application Period; and
- Exhibit F: Certification of Daniel A. Lowenthal in Support of the Application.

## **COMPENSATION REQUESTED**

12. Patterson Belknap, as lead counsel to the Examiner, seeks interim allowance of $1,709,349.30 in fees for services rendered during the Application Period and reimbursement of $826.05 in expenses incurred during the Application Period. Patterson Belknap requests that the Debtors be authorized to pay the $341,869.86 Holdback.

13. During the Fee Period, Patterson Belknap represented and assisted the Examiner with the discharge of his duties and responsibilities as Examiner pursuant to the Examination Scope Order, other orders of this Court, and applicable law. This work included, among other necessary legal services, the following tasks:

   a. preparing reports, including the report contemplated by the Examination Scope Order;

   b. preparing motions, applications, notices, orders and other documents necessary for the Examiner to discharge his duties as Examiner;

   c. analyzing legal issues in connection with the Examiner's discharge of his duties;

   d. attending and representing the Examiner at the March 20 hearing held before this Court;

   e. communicating with various third-parties and parties-in-interest, including participating in meetings and requesting voluntary document productions; and

   f. assisting with the examination and the review of documents and other materials in connection with the Examiner's investigation.

14. Patterson Belknap's professionals have expended 1,393.1 hours in connection with the Chapter 11 Cases during the Fee Period.

15. Patterson Belknap's hourly rates for this matter are the customary and comparable hourly rates in effect as of January 1, 2024. Given the public-interest nature of this assignment,

5

Patterson Belknap has provided a 10% discount on its fees.  The reasonable value of the services rendered by Patterson Belknap as counsel to the Examiner is $1,709,349.30.

### **NOTICE**

16. Notice of this Application has been given to (a) the U.S. Trustee; (b) the Debtors; (c) the Creditors' Committee; (d) the Fee Examiner; and (e) all parties that are required to be given notice pursuant to the Interim Compensation Order.  In light of the nature of the relief requested and the provisions of the Interim Compensation Order, Patterson Belknap submits that no other or further notice need be provided.

WHEREFORE Patterson Belknap respectfully requests that the Bankruptcy Court (i) approve the Application, (ii) approve prompt payment of the Holdback, and (iii) grant such other and further relief as deemed just and proper.

Dated: June 14, 2024

Respectfully submitted,

**ASHBY & GEDDES, P.A.**

By: */s/ Michael D. DeBaecke*

Michael D. DeBaecke (Bar No. 3186)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Tel: (302) 654-1888
Email: mdebaecke@ashbygeddes.com

-and-

**PATTERSON BELKNAP WEBB & TYLER LLP**

Daniel A. Lowenthal (admitted *pro hac vice*)
Kimberly A. Black (admitted *pro hac vice*)
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
Email: dalowenthal@pbwt.com
Email: kblack@pbwt.com

*Counsel to Robert J. Cleary in his capacity as Examiner appointed in the Chapter 11 Cases*