# EXHIBIT A

**Summary of Billing By Professional for the Application Period**

Case 22-11068-JTD    Doc 17628-1    Filed 06/14/24    Page 1 of 3

## SUMMARY OF BILLING BY PROFESSIONAL
## MARCH 20, 2024 THROUGH AND INCLUDING APRIL 30, 2024

| TIMEKEEPER | TITLE | YEAR OF LAW SCHOOL GRADUATION | YEAR OF ADMISSION | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Robert J. Cleary | Of Counsel | 1980 | 1982 | $2,235.00 | 126.7 | $283,174.50 |
| Robert J. Cleary | Of Counsel | 1980 | 1982 | $1,117.50[1] | 2 | $2,235.00 |
| **Of Counsel Total** | | | | | **128.7** | **$285,409.50** |
| Peter Harvey | Partner | 1982 | 1984 | $2,080.00 | 11.1 | $23,088.00 |
| Daniel A. Lowenthal | Partner | 1987 | 1988 | $1,900.00 | 118 | $224,200.00 |
| Daniel A. Lowenthal | Partner | 1987 | 1988 | $950.00[1] | 2.1 | $1,995.00 |
| H. Gregory Baker | Partner | 2004 | 2005 | $1,680.00 | 53.8 | $90,384.00 |
| Lauren S. Potter | Partner | 2009 | 2010 | $1,640.00 | 87 | $142,680.00 |
| Jason Vitullo | Partner | 2009 | 2010 | $1,640.00 | 87.1 | $142,844.00 |
| Andrew P. Beame | Partner | 1996 | 1997 | $1,640.00 | 0.8 | $1,312.00 |
| **Partner Total** | | | | | **359.9** | **$626,503.00** |
| Alvin Li | Associate | 2016 | 2017 | $1,340.00 | 147 | $196,980.00 |
| Kimberly Black | Associate | 2017 | 2018 | $1,310.00 | 139 | $182,090.00 |
| Ian Eppler | Associate | 2019 | 2019 | $1,230.00 | 53 | $65,805.00 |
| William Hayes | Associate | 2020 | 2021 | $1,150.00 | 120.2 | $138,230.00 |
| Johanna-Sophie Dikkers | Associate | 2020 | 2021 | $1,150.00 | 131.6 | $151,340.00 |
| Lauren Doxey | Associate | 2021 | In process | $1,045.00 | 88.9 | $92,900.50 |
| David Erroll | Practice Area Associate | 2001 | 2003 | $840.00 | 115.7 | $97,188.00 |
| **Associate Total** | | | | | **795.9** | **$924,533.50** |
| Maritza Garcia | Paralegal | N/A | N/A | $590.00 | 86.5 | $51,035.00 |
| Shelley Waldron | Electronic Discovery | N/A | N/A | $785.00 | 3 | $2,355.00 |

---

[1] 50% rate appears where time is charged for non-working travel.

| TIMEKEEPER | TITLE | YEAR OF LAW SCHOOL GRADUATION | YEAR OF ADMISSION | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Kit Levine-Flandrup | Electronic Discovery | N/A | N/A | $645.00 | 3.6 | $2,322.00 |
| Stephanie Weng | Electronic Discovery | N/A | N/A | $505.00 | 4.6 | $2,323.00 |
| Juan Alvarez | Electronic Discovery | N/A | N/A | $440.00 | 2.8 | $1,232.00 |
| Roman Kosman-Rimskiy | Electronic Discovery | N/A | N/A | $440.00 | 5 | $2,200.00 |
| Samson Tilahun | Electronic Discovery | N/A | N/A | $440.00 | 3.1 | $1,364.00 |
| **Non Legal Personnel Total** | | | | | **108.6** | **$62,831.00** |
| **GRAND TOTAL** | | | | | **1,393.1** | **$1,899,277.00** |
| **LESS 10% DISCOUNT** | | | | | | **($189,927.70)** |
| **TOTAL AMOUNT DUE** | | | | | | **$1,709,349.30** |

**Blended Hourly Rate: $1,227.01**

2