# EXHIBIT B

**Summary of Compensation by Project Category for the Application Period**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**
**MARCH 20, 2024 THROUGH AND INCLUDING APRIL 30, 2024**

| PROJECT CATEGORY | HOURS | FEE AMOUNT |
|---|---|---|
| Examiner Time | 126.7 | $283,174.50 |
| Court Hearings | 1 | $1,605.00 |
| Report Preparation and Drafting | 338.4 | $458,584.50 |
| Document Requests and Formal Discovery | 5.9 | $5,488.50 |
| Non-Working Travel[1] | 4.1 | $4,230.00 |
| General Case Administration | 278.5 | $328,742.00 |
| Examiner Investigation Work | 515.4 | $647,500.00 |
| Communications with Parties in Interest | 99 | $151,914.00 |
| Billing and Fee Applications | 24.1 | $18,038.50 |
| **TOTAL** | | **$1,899,277.00** |
| **LESS 10% DISCOUNT** | | **($189,927.70)** |
| **TOTAL AMOUNT DUE** | | **$1,709,349.30** |

---

[1] 50% rate is used when time is charged for non-working travel.