## EXHIBIT C

**Expense Summary for the Application Period**

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES**
**MARCH 20, 2024 THROUGH AND INCLUDING APRIL 30, 2024**

| EXPENSE CATEGORY | SERVICE PROVIDER, IF APPLICABLE | AMOUNT |
|---|---|---|
| Travel and Expenses | N/A | $339.25 |
| Local Travel and Fares | N/A | $46.43 |
| Meals - Overtime | N/A | $60.00 |
| Conference Room Dining | N/A | $190.97 |
| Filing Fees / Index Fees | N/A | $125.00 |
| Reproduction - Copies | N/A | $64.40 |
| **TOTAL** | | **$826.05** |