# **EXHIBIT E**

**Budget and Staffing Plan for the Application Period**

**STAFFING PLAN FOR PATTERSON BELKNAP
WEBB & TYLER LLP, COUNSEL TO THE EXAMINER, FOR
THE PERIOD MARCH 20, 2024 THROUGH AND INCLUDING APRIL 30, 2024**

| TIMEKEEPER CATEGORY | NUMBER | RANGE OF RATES |
|---|---|---|
| Partners | 7 | $1,440 to $2,115 |
| Of Counsel | 1 | $1,345 to $2,310 |
| Counsel | 0 | $1,415 to $1,545 |
| Associates | 7 | $795 to $1,410 |
| Staff Attorneys | 0 | $650 to $855 |
| Practice Area Attorney | 1 | $710 to $1,175 |
| Trial Specialist | 0 | $640 |
| Paralegals | 1 | $370 to $650 |
| Project Assistant | 0 | $230 |
| Practice Support | 6 | $440 to $785 |

**BUDGET FOR PATTERSON BELKNAP
WEBB & TYLER LLP, COUNSEL TO THE EXAMINER, FOR
THE PERIOD MARCH 20, 2024 THROUGH AND INCLUDING APRIL 30, 2024**

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| Examiner Time | 115 | $257,025.00 | 126.7 | $283,174.50 |
| Court Hearings | 4 | $6,420.00.00 | 1 | $1,605.00 |
| Report Preparation and Drafting | 250 | $340,000.00 | 338.4 | $458,584.50 |
| Document Requests and Formal Discovery | 10 | $10,000.00 | 5.9 | $5,488.50 |
| Non-Working Travel[1] | 1 | 1,000 | 4.1 | $4,230.00 |
| General Case Administration | 300 | $355,000.00 | 278.5 | $328,742.00 |
| Examiner Investigation Work | 450 | $565,000 | 515.4 | $647,500.00 |
| Communications with Parties in Interest | 150 | $230,000 | 99 | $151,914.00 |
| Billing and Fee Applications | 20 | $15,000 | 24.1 | $18,038.50 |
| TOTAL | 1300 | $1,773,025 | 1393.1 | $1,899,277.00 |
| LESS 10% DISCOUNT | N/A | ($177,302.50_ | N/A | ($189,927.70) |
| TOTAL | | $1,595,722.50 | 108.6 | $1,709,349.30 |

---

[1] 50% rate is used when time is charged for non-working travel.