## EXHIBIT B

**FTX TRADING, LTD.,** *et al.*,
**(Case No. 22-11068 (JTD))**

**February 1, 2024, through April 30, 2024**

| Expense Category | Total Expenses |
|---|---:|
| Pacer | 393.70 |
| In-House Printing - black & white | 491.55 |
| Computer Research - Westlaw | 1,730.10 |
| In-House Printing - color | 618.25 |
| Meals | 271.66 |
| Conference Calls | 15.44 |
| Courier/Delivery Service | 660.54 |
| In-House Duplicating | 16.00 |
| **Grand Total Expenses** | **$4,197.24** |

**Cost Summary**

| Description | Amount |
|---|---:|
| Pacer | 393.70 |
| In-House Printing - black & white | 491.55 |
| Computer Research - Westlaw | 1,730.10 |
| In-House Printing - color | 618.25 |
| Meals | 271.66 |
| Conference Calls | 15.44 |
| Courier/Delivery Service | 660.54 |
| In-House Duplicating | 16.00 |
| **Total** | **$4,197.24** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 01/31/24 | Meals - MANHATTAN BAGEL - BREAKFAST (E. BRODERICK, M. HARVEY, B. DOLPHIN, A. PARK) IN 16C - FTX HEARING - 01/31/2024 | 1.0 | 215.66 |
| 02/01/24 | In-House Printing - color | 44.0 | 11.00 |
| 02/07/24 | Computer Research - Westlaw | 1.0 | 27.60 |
| 02/07/24 | In-House Printing - color | 159.0 | 39.75 |
| 02/07/24 | In-House Printing - black & white | 6.0 | 0.30 |
| 02/08/24 | In-House Printing - color | 144.0 | 36.00 |
| 02/08/24 | Computer Research - Westlaw | 1.0 | 27.60 |
| 02/09/24 | Pacer | 427.0 | 42.70 |
| 02/09/24 | Computer Research - Westlaw | 1.0 | 193.20 |
| 02/10/24 | Pacer | 85.0 | 8.50 |
| 02/10/24 | Computer Research - Westlaw | 1.0 | 55.20 |
| 02/11/24 | Computer Research - Westlaw | 1.0 | 96.70 |
| 02/12/24 | In-House Printing - color | 36.0 | 9.00 |
| 02/12/24 | Pacer | 12.0 | 1.20 |
| 02/13/24 | In-House Printing - black & white | 19.0 | 0.95 |
| 02/15/24 | Pacer | 68.0 | 6.80 |
| 02/15/24 | In-House Printing - black & white | 41.0 | 2.05 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 02/15/24 | Computer Research - Westlaw | 1.0 | 430.60 |
| 02/16/24 | Computer Research - Westlaw | 1.0 | 82.80 |
| 02/17/24 | Computer Research - Westlaw | 1.0 | 27.60 |
| 02/18/24 | Computer Research - Westlaw | 1.0 | 27.60 |
| 02/19/24 | Pacer | 178.0 | 17.80 |
| 02/19/24 | In-House Printing - black & white | 18.0 | 0.90 |
| 02/19/24 | Computer Research - Westlaw | 1.0 | 210.50 |
| 02/20/24 | Pacer | 59.0 | 5.90 |
| 02/20/24 | In-House Printing - black & white | 66.0 | 3.30 |
| 02/21/24 | Pacer | 251.0 | 25.10 |
| 02/21/24 | In-House Printing - black & white | 1,711.0 | 85.55 |
| 02/21/24 | In-House Duplicating | 80.0 | 16.00 |
| 02/22/24 | In-House Printing - black & white | 51.0 | 2.55 |
| 02/22/24 | In-House Printing - color | 48.0 | 12.00 |
| 02/22/24 | Meals - WORKING LUNCH FOR E. BRODERICK, M. HARVEY AND J. WEYAND AHEAD OF 2/22 OMNIBUS HEARING - 16B - WEYAND - 02/22/2024 | 1.0 | 56.00 |
| 02/22/24 | Computer Research - Westlaw | 1.0 | 82.80 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 02/22/24 | Courier/Delivery Service - DELIVERY FROM MORRIS NICHOLS TO BANKRUPTCY COURT- JUDGE DORSEY - SERVICE: COURT RUN - 02/25/2024 | 1.0 | 35.00 |
| 02/23/24 | In-House Printing - black & white | 18.0 | 0.90 |
| 02/24/24 | Pacer | 227.0 | 22.70 |
| 02/24/24 | Computer Research - Westlaw | 1.0 | 100.80 |
| 02/26/24 | In-House Printing - color | 7.0 | 1.75 |
| 02/27/24 | In-House Printing - color | 21.0 | 5.25 |
| 02/27/24 | Conference Calls - Jonathan Weyand - 01:00 PM - 02/27/24 | 1.0 | 5.69 |
| 02/28/24 | Conference Calls - Jonathan Weyand - 01:55 PM - 02/28/24 | 1.0 | 9.75 |
| 03/01/24 | In-House Printing - black & white | 65.0 | 3.25 |
| 03/04/24 | Pacer | 734.0 | 73.40 |
| 03/04/24 | In-House Printing - black & white | 3,688.0 | 184.40 |
| 03/06/24 | In-House Printing - black & white | 83.0 | 4.15 |
| 03/07/24 | In-House Printing - black & white | 194.0 | 9.70 |
| 03/11/24 | In-House Printing - black & white | 47.0 | 2.35 |
| 03/14/24 | In-House Printing - black & white | 49.0 | 2.45 |
| 03/15/24 | Pacer | 267.0 | 26.70 |
| 03/18/24 | Courier/Delivery Service - E-MAIL ELECTRONIC FILES - MAILOUT SERVICES - ENVELOPES SERVICES - POSTAGE - DRAFT & E-FILE AOS - 03/18/2024 | 1.0 | 625.54 |
| 03/19/24 | Pacer | 1,383.0 | 138.30 |
| 03/19/24 | In-House Printing - black & white | 3,293.0 | 164.65 |
| 03/20/24 | Pacer | 40.0 | 4.00 |
| 03/20/24 | In-House Printing - black & white | 96.0 | 4.80 |
| 03/21/24 | Computer Research - Westlaw | 1.0 | 138.00 |
| 03/25/24 | In-House Printing - black & white | 23.0 | 1.15 |
| 03/27/24 | Computer Research - Westlaw | 1.0 | 63.50 |
| 03/29/24 | Computer Research - Westlaw | 2.0 | 165.60 |
| 03/29/24 | In-House Printing - black & white | 78.0 | 3.90 |
| 03/30/24 | Pacer | 45.0 | 4.50 |
| 04/01/24 | Pacer | 125.0 | 12.50 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 04/02/24 | In-House Printing - black & white | 1.0 | 0.05 |
| 04/02/24 | Pacer | 30.0 | 3.00 |
| 04/03/24 | In-House Printing - color | 36.0 | 9.00 |
| 04/03/24 | In-House Printing - black & white | 14.0 | 0.70 |
| 04/05/24 | Pacer | 6.0 | 0.60 |
| 04/09/24 | In-House Printing - color | 93.0 | 23.25 |
| 04/11/24 | In-House Printing - black & white | 24.0 | 1.20 |
| 04/16/24 | In-House Printing - color | 912.0 | 228.00 |
| 04/17/24 | In-House Printing - color | 567.0 | 141.75 |
| 04/17/24 | In-House Printing - black & white | 20.0 | 1.00 |
| 04/18/24 | In-House Printing - color | 24.0 | 6.00 |
| 04/23/24 | In-House Printing - color | 187.0 | 46.75 |
| 04/24/24 | In-House Printing - color | 195.0 | 48.75 |
| 04/25/24 | In-House Printing - black & white | 226.0 | 11.30 |
| | **Total** | | **$4,197.24** |