# Exhibit E

**Budget**

2

**Application Period Budget**

| Project Category | Estimated Hours | Estimated Fees | Hours Billed | Amount Billed |
|---|---|---|---|---|
| B110 Case Administration | 2 | $ 1,500.00 | 0.20 | $ 79.00 |
| B112 General Creditor Inquiries | 2 | $ 1,500.00 | 0.00 | $ 0.00 |
| B113 Case Analysis/Pleading Review | 30 | $ 22,500.00 | 20.30 | $ 20,123.50 |
| B150 Meetings of and Communications with External Stakeholders | 30 | $ 22,500.00 | 0.40 | $ 458.00 |
| B155 Court Hearings | 40 | $ 30,000.00 | 29.50 | $ 23,763.50 |
| B160 Fee/Employment Applications | 2 | $ 1,500.00 | 74.00 | $ 50,962.00 |
| B190 Other Contested Matters (excluding assumption/rejection motions) | 25 | $ 18,750.00 | 0.00 | $ 0.00 |
| B191 General Litigation | 60 | $ 45,000.00 | 9.00 | $ 7,267.00 |
| B260 Corporate Governance and Board Matters | 425 | $ 318,750.00 | 1.80 | $ 1,548.00 |
| B270 AHC Member Communications & Meetings | 50 | $ 37,500.00 | 38.30 | $ 35,952.50 |
| B310 KYC Process and Claims Administration | 40 | $ 30,000.00 | 5.90 | $ 6,795.50 |
| B320 Plan and Disclosure Statement (Including Business Plan) | 2 | $ 1,500.00 | 379.90 | $ 337,300.50 |
| B330 Fee Reimbursement Motion | 2 | $ 1,500.00 | 0.00 | $ 0.00 |
| B410 General Case Strategy | 30 | $ 22,500.00 | 3.70 | $ 3,225.00 |
| BK450 Section 1104 Examiner Related Issues | 0 | $ 0.00 | 1.40 | $ 1,171.00 |
| **Total** | **804** | **$ 603,000.00** | **564.40** | **$ 488,645.50** |