# Exhibit A

## Charles Delo

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 2/1/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 2/1/24 | Charles Delo | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/2/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Call on FTX Europe |
| 2/2/24 | Charles Delo | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 2/2/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with FTI |
| 2/2/24 | Charles Delo | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/5/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with ExCo |
| 2/5/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 2/5/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with A&M |
| 2/5/24 | Charles Delo | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/6/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 2/6/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with Eversheds and Morris Nichols |
| 2/6/24 | Charles Delo | 0.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/7/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Crypto Plan call |
| 2/7/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call on Anthropic |
| 2/7/24 | Charles Delo | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/8/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 2/8/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | FTX Venture Board meeting |
| 2/8/24 | Charles Delo | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/9/24 | Charles Delo | 1.0 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 2/9/24 | Charles Delo | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/9/24 | Charles Delo | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/12/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 2/12/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 2/12/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with member |
| 2/12/24 | Charles Delo | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/13/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Call on claims |
| 2/13/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 2/13/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 2/13/24 | Charles Delo | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/14/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with ExCo |
| 2/15/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 2/15/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with member |
| 2/16/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with UCC |
| 2/16/24 | Charles Delo | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/16/24 | Charles Delo | 0.5 | Internal calls / meetings | Internal call |
| 2/16/24 | Charles Delo | 0.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/19/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with FTI |
| 2/19/24 | Charles Delo | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/20/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 2/20/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with member |
| 2/20/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 2/20/24 | Charles Delo | 1.0 | Internal calls / meetings | Internal call |
| 2/20/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 2/20/24 | Charles Delo | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/20/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with member |
| 2/21/24 | Charles Delo | 0.5 | Internal calls / meetings | Internal call |
| 2/21/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 2/21/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with UCC |

## Charles Delo

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 2/21/24 | Charles Delo | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/22/24 | Charles Delo | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with Creditor |
| 2/23/24 | Charles Delo | 1.0 | Internal calls / meetings | Internal call |
| 2/23/24 | Charles Delo | 0.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/26/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 2/26/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Anthropic webinar |
| 2/26/24 | Charles Delo | 2.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/27/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 2/27/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with member |
| 2/28/24 | Charles Delo | 2.0 | Court hearings / filings | Genesis plan confirmation hearing |
| 2/28/24 | Charles Delo | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/29/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with ExCo |

# Andrew Morley

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 2/1/24 | Andrew Morley | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 2/1/24 | Andrew Morley | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/2/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Call on FTX Europe |
| 2/2/24 | Andrew Morley | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 2/2/24 | Andrew Morley | 0.5 | Meetings / calls with Debtors / UCC | Call with FTI |
| 2/2/24 | Andrew Morley | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/5/24 | Andrew Morley | 0.5 | Executive Committee meetings / calls | Call with ExCo |
| 2/5/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 2/5/24 | Andrew Morley | 0.5 | Meetings / calls with Debtors / UCC | Call with A&M |
| 2/6/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 2/6/24 | Andrew Morley | 0.5 | Meetings / calls with Debtors / UCC | Call with Eversheds and Morris Nichols |
| 2/6/24 | Andrew Morley | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/7/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Crypto Plan call |
| 2/7/24 | Andrew Morley | 0.5 | Meetings / calls with Debtors / UCC | Call on Anthropic |
| 2/8/24 | Andrew Morley | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 2/8/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | FTX Venture Board meeting |
| 2/9/24 | Andrew Morley | 1.0 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 2/9/24 | Andrew Morley | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/12/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 2/12/24 | Andrew Morley | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 2/12/24 | Andrew Morley | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/13/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Call on claims |
| 2/13/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 2/13/24 | Andrew Morley | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 2/13/24 | Andrew Morley | 0.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/14/24 | Andrew Morley | 0.5 | Executive Committee meetings / calls | Call with ExCo |
| 2/15/24 | Andrew Morley | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 2/15/24 | Andrew Morley | 2.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 2/16/24 | Andrew Morley | 0.5 | Meetings / calls with Debtors / UCC | Call with UCC |
| 2/16/24 | Andrew Morley | 0.5 | Internal calls / meetings | Internal call |
| 2/19/24 | Andrew Morley | 0.5 | Meetings / calls with Debtors / UCC | Call with FTI |
| 2/19/24 | Andrew Morley | 3.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 2/20/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 2/20/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 2/20/24 | Andrew Morley | 1.0 | Internal calls / meetings | Internal call |
| 2/20/24 | Andrew Morley | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 2/20/24 | Andrew Morley | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/21/24 | Andrew Morley | 0.5 | Internal calls / meetings | Internal call |
| 2/21/24 | Andrew Morley | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 2/21/24 | Andrew Morley | 0.5 | Meetings / calls with Debtors / UCC | Call with UCC |
| 2/22/24 | Andrew Morley | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with Creditor |
| 2/23/24 | Andrew Morley | 0.5 | Internal calls / meetings | Internal call |
| 2/23/24 | Andrew Morley | 2.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 2/26/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 2/26/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Anthropic webinar |
| 2/26/24 | Andrew Morley | 1.5 | Analysis / diligence / presentations / related items | Preparation of materials |
| 2/27/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 2/28/24 | Andrew Morley | 2.0 | Court hearings / filings | Genesis plan confirmation hearing |
| 2/28/24 | Andrew Morley | 1.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 2/29/24 | Andrew Morley | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 2/29/24 | Andrew Morley | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |

**John Kang**

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 2/1/24 | John Kang | 1.5 | Executive Committee meetings / calls | Call with ExCo |
| 2/2/24 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Call on FTX Europe |
| 2/2/24 | John Kang | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 2/2/24 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Call with FTI |
| 2/5/24 | John Kang | 0.5 | Executive Committee meetings / calls | Call with ExCo |
| 2/5/24 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 2/5/24 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Call with A&M |
| 2/6/24 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 2/6/24 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Call with Eversheds and Morris Nichols |
| 2/7/24 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Crypto Plan call |
| 2/7/24 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Call on Anthropic |
| 2/8/24 | John Kang | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 2/8/24 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | FTX Venture Board meeting |
| 2/9/24 | John Kang | 1.0 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 2/12/24 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 2/12/24 | John Kang | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 2/12/24 | John Kang | 1.0 | Analysis / diligence / presentations / related items | Internal analysis |
| 2/13/24 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Call on claims |
| 2/13/24 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 2/13/24 | John Kang | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 2/14/24 | John Kang | 0.5 | Executive Committee meetings / calls | Call with ExCo |
| 2/15/24 | John Kang | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 2/15/24 | John Kang | 1.0 | Analysis / diligence / presentations / related items | Internal analysis |
| 2/16/24 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Call with UCC |
| 2/16/24 | John Kang | 0.5 | Internal calls / meetings | Internal call |
| 2/19/24 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Call with FTI |
| 2/19/24 | John Kang | 1.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 2/20/24 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 2/20/24 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 2/20/24 | John Kang | 1.0 | Internal calls / meetings | Internal call |
| 2/20/24 | John Kang | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 2/21/24 | John Kang | 0.5 | Internal calls / meetings | Internal call |
| 2/21/24 | John Kang | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 2/21/24 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Call with UCC |

## Sean Crotty

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 2/1/24 | Sean Crotty | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 2/1/24 | Sean Crotty | 2.5 | Analysis / diligence / presentations / related items | Waterfall model updates |
| 2/1/24 | Sean Crotty | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/2/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Call on FTX Europe |
| 2/2/24 | Sean Crotty | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 2/2/24 | Sean Crotty | 0.5 | Meetings / calls with Debtors / UCC | Call with FTI |
| 2/2/24 | Sean Crotty | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/5/24 | Sean Crotty | 0.5 | Executive Committee meetings / calls | Call with ExCo |
| 2/5/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 2/5/24 | Sean Crotty | 0.5 | Meetings / calls with Debtors / UCC | Call with A&M |
| 2/5/24 | Sean Crotty | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/6/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 2/6/24 | Sean Crotty | 0.5 | Meetings / calls with Debtors / UCC | Call with Eversheds and Morris Nichols |
| 2/7/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Crypto Plan call |
| 2/7/24 | Sean Crotty | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/7/24 | Sean Crotty | 0.5 | Meetings / calls with Debtors / UCC | Call on Anthropic |
| 2/8/24 | Sean Crotty | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 2/8/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | FTX Venture Board meeting |
| 2/8/24 | Sean Crotty | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/9/24 | Sean Crotty | 1.0 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 2/9/24 | Sean Crotty | 1.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 2/12/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 2/12/24 | Sean Crotty | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/12/24 | Sean Crotty | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 2/12/24 | Sean Crotty | 1.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 2/13/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Call on claims |
| 2/13/24 | Sean Crotty | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/13/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 2/13/24 | Sean Crotty | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 2/14/24 | Sean Crotty | 0.5 | Executive Committee meetings / calls | Call with ExCo |
| 2/15/24 | Sean Crotty | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 2/15/24 | Sean Crotty | 1.5 | Analysis / diligence / presentations / related items | Preparation of materials |
| 2/15/24 | Sean Crotty | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/16/24 | Sean Crotty | 0.5 | Meetings / calls with Debtors / UCC | Call with UCC |
| 2/16/24 | Sean Crotty | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/16/24 | Sean Crotty | 0.5 | Internal calls / meetings | Internal call |
| 2/19/24 | Sean Crotty | 0.5 | Meetings / calls with Debtors / UCC | Call with FTI |
| 2/19/24 | Sean Crotty | 2.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 2/19/24 | Sean Crotty | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/20/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 2/20/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 2/20/24 | Sean Crotty | 2.5 | Internal calls / meetings | Internal call |
| 2/20/24 | Sean Crotty | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/20/24 | Sean Crotty | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 2/21/24 | Sean Crotty | 0.5 | Internal calls / meetings | Internal call |
| 2/21/24 | Sean Crotty | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 2/21/24 | Sean Crotty | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/21/24 | Sean Crotty | 0.5 | Meetings / calls with Debtors / UCC | Call with UCC |
| 2/22/24 | Sean Crotty | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with Creditor |
| 2/22/24 | Sean Crotty | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/22/24 | Sean Crotty | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/23/24 | Sean Crotty | 0.5 | Internal calls / meetings | Internal call |
| 2/23/24 | Sean Crotty | 1.5 | Analysis / diligence / presentations / related items | Preparation of materials |
| 2/26/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 2/26/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Anthropic webinar |
| 2/26/24 | Sean Crotty | 2.5 | Analysis / diligence / presentations / related items | Preparation of materials |

## Sean Crotty

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 2/26/24 | Sean Crotty | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/26/24 | Sean Crotty | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/27/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 2/28/24 | Sean Crotty | 2.0 | Court hearings / filings | Genesis plan confirmation hearing |
| 2/28/24 | Sean Crotty | 1.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 2/28/24 | Sean Crotty | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/29/24 | Sean Crotty | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 2/29/24 | Sean Crotty | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/29/24 | Sean Crotty | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/29/24 | Sean Crotty | 2.5 | Analysis / diligence / presentations / related items | Preparation of materials |

## Lorenzo Munoz

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 2/1/24 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 2/1/24 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/2/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Call on FTX Europe |
| 2/2/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 2/2/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Call with FTI |
| 2/2/24 | Lorenzo Muñoz | 0.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/5/24 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with ExCo |
| 2/5/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 2/5/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Call with A&M |
| 2/6/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 2/6/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Call with Eversheds and Morris Nichols |
| 2/7/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Crypto Plan call |
| 2/7/24 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 2/7/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Call on Anthropic |
| 2/7/24 | Lorenzo Muñoz | 0.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/8/24 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 2/8/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | FTX Venture Board meeting |
| 2/9/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 2/9/24 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 2/12/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 2/12/24 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 2/12/24 | Lorenzo Muñoz | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/12/24 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 2/13/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Call on claims |
| 2/13/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 2/13/24 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 2/13/24 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/14/24 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with ExCo |
| 2/15/24 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 2/15/24 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 2/16/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Call with UCC |
| 2/16/24 | Lorenzo Muñoz | 0.5 | Internal calls / meetings | Internal call |
| 2/19/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Call with FTI |
| 2/19/24 | Lorenzo Muñoz | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/19/24 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 2/20/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 2/20/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 2/20/24 | Lorenzo Muñoz | 1.0 | Internal calls / meetings | Internal call |
| 2/20/24 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 2/20/24 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/21/24 | Lorenzo Muñoz | 0.5 | Internal calls / meetings | Internal call |
| 2/21/24 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 2/21/24 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 2/21/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Call with UCC |
| 2/21/24 | Lorenzo Muñoz | 1.5 | Analysis / diligence / presentations / related items | Preparation of materials |
| 2/21/24 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/22/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with Creditor |
| 2/23/24 | Lorenzo Muñoz | 0.5 | Internal calls / meetings | Internal call |
| 2/23/24 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 2/23/24 | Lorenzo Muñoz | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/26/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 2/26/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Anthropic webinar |
| 2/26/24 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 2/27/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 2/28/24 | Lorenzo Muñoz | 2.0 | Court hearings / filings | Genesis plan confirmation hearing |
| 2/28/24 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/28/24 | Lorenzo Muñoz | 1.5 | Analysis / diligence / presentations / related items | Preparation of materials |
| 2/29/24 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | Call with ExCo |

## Julia Walters

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 2/1/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 2/1/24 | Julia Walters | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/2/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Call on FTX Europe |
| 2/2/24 | Julia Walters | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 2/2/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Call with FTI |
| 2/5/24 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with ExCo |
| 2/5/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 2/5/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Call with A&M |
| 2/6/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 2/6/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Call with Eversheds and Morris Nichols |
| 2/6/24 | Julia Walters | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/7/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Crypto Plan call |
| 2/7/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Call on Anthropic |
| 2/8/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 2/8/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | FTX Venture Board meeting |
| 2/9/24 | Julia Walters | 1.0 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 2/12/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 2/12/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 2/12/24 | Julia Walters | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/13/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Call on claims |
| 2/13/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 2/13/24 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 2/14/24 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with ExCo |
| 2/15/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 2/15/24 | Julia Walters | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/16/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Call with UCC |
| 2/16/24 | Julia Walters | 0.5 | Internal calls / meetings | Internal call |
| 2/19/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Call with FTI |
| 2/19/24 | Julia Walters | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/20/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 2/20/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 2/20/24 | Julia Walters | 1.0 | Internal calls / meetings | Internal call |
| 2/20/24 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 2/20/24 | Julia Walters | 0.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/21/24 | Julia Walters | 0.5 | Internal calls / meetings | Internal call |
| 2/21/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 2/21/24 | Julia Walters | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/21/24 | Julia Walters | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/21/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Call with UCC |
| 2/22/24 | Julia Walters | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with Creditor |
| 2/23/24 | Julia Walters | 0.5 | Internal calls / meetings | Internal call |
| 2/26/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 2/26/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Anthropic webinar |
| 2/27/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 2/28/24 | Julia Walters | 2.0 | Court hearings / filings | Genesis plan confirmation hearing |
| 2/29/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 2/29/24 | Julia Walters | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 2/29/24 | Julia Walters | 1.5 | Case administration | Fee application preparation |