**Exhibit B**

**Expense Detail**

| Professional | User Date | Amount ($) | Expense description |
|---|---|---|---|
| Sean Crotty | 1/24/2024 | $30.99 | Meal (dinner) |
| Sean Crotty | 2/21/2024 | $34.20 | Meal (dinner) |
| Sean Crotty | 2/26/2024 | $34.20 | Meal (dinner) |
| Sean Crotty | 2/27/2024 | $32.08 | Meal (dinner) |
| **Net Expenses** | | **$131.47** | |
| Debevoise & Plimpton | 2/29/2023 | $1,643.00 | Legal Fee |
| **Net Expenses** | | **$1,643.00** | |
| **Total Net Expenses** | | **$1,774.47** | |

# Invoice



**Invoice:** # 02241ADH019          **Project Name:**      Orchid

**Date:**   April 29, 2024            **Project Number:**    325842

Attention:   Mary Cilia, CFO of the FTX Debtors

| | |
|---|---|
| Monthly advisory fee:  February 1, 2024 to February 29, 2024 (80%) | $140,000.00 |
| Out of pocket expenses: | $1,774.47 |
| **Amount Due** | $141,774.47 |

*The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period.  Disbursements and charges received after the closing date of this statement will be billed subsequently.*

**This invoice is due upon receipt**



Rothschild & Co US Inc            Tax ID:   13-2589894
1251 Avenue of the Americas       Phone:    (212) 403-3683
New York, NY  10020               Email:    NorthAmReceivables@rothschildandco.com
www.rothschildandco.com                     (for questions and remittances)





**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

March 7, 2024

Melissa Morvan
ROTHSCHILD & CO US INC.
1251 Avenue of the Americas
New York, NY  10020

Invoice #: 2463227                                                            Client Matter 21689.1146

FOR PROFESSIONAL SERVICES rendered through February 29, 2024 in connection with FTX AD HOC GROUP

| | |
|---|---:|
| Fees | $1,643.00 |
| Charges and Disbursements | $0.00 |
| **TOTAL** | **$1,643.00** |

Payment Due Upon Receipt

www.debevoise.com

21689.1146 – FTX AD HOC GROUP                                                                      Invoice Number: 2463227

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 02/29/24 | Kaluk, Nick S. III | Email with M. Carlson re monthly fee statements. | 0.2 |
| 02/29/24 | Carlson, Mitchell | Review of third monthly fee statement (0.4); review of fourth monthly fee statement (0.3); emails with N. Kaluk re same (0.1); email J. Walters [RCo] re same (0.2). | 1.0 |
| | | **Total Hours** | **1.2** |

21689.1146 – FTX AD HOC GROUP                                                                    Invoice Number: 2463227

**TIMEKEEPER SUMMARY**

| Title | Timekeeper | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Counsel | Kaluk, Nick S. III | | 0.2 | 1,640.00 | 328.00 |
| | | Counsel Total | 0.2 | | $328.00 |
| Associate | Carlson, Mitchell | | 1.0 | 1,315.00 | 1,315.00 |
| | | Associate Total | 1.0 | | $1,315.00 |
| | | **Matter Total** | **1.2** | | **$1,643.00** |



**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

March 7, 2024

Melissa Morvan
ROTHSCHILD & CO US INC.
1251 Avenue of the Americas
New York, NY  10020

Invoice #: 2463227 　　　　　　　　　　　　　　　　　　　　　　　Client Matter 21689.1146

**REMITTANCE SUMMARY**
(Payment Due Upon Receipt)

| | |
|---|---:|
| Fees | $1,643.00 |
| Charges and Disbursements | $0.00 |
| **TOTAL** | **$1,643.00** |