# **Exhibit A**

## **Charles Delo**

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 3/1/24 | Charles Delo | 4.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/4/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 3/4/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call on Anthropic |
| 3/4/24 | Charles Delo | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/5/24 | Charles Delo | 1.0 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 3/5/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 3/5/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 3/7/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 3/7/24 | Charles Delo | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/11/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with FTI |
| 3/11/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 3/11/24 | Charles Delo | 0.5 | Internal calls / meetings | Meeting with internal counsel |
| 3/11/24 | Charles Delo | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/12/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 3/12/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 3/12/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 3/13/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Plan discussion with A&M |
| 3/13/24 | Charles Delo | 0.5 | Internal calls / meetings | Meeting with internal counsel |
| 3/13/24 | Charles Delo | 4.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/14/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 3/14/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with Debtors and UCC |
| 3/14/24 | Charles Delo | 0.5 | Internal calls / meetings | Internal call |
| 3/14/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call to discuss locked token sales |
| 3/14/24 | Charles Delo | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/15/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Plan debrief |
| 3/15/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with member |
| 3/18/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 3/18/24 | Charles Delo | 0.5 | Internal calls / meetings | Internal call |
| 3/18/24 | Charles Delo | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/18/24 | Charles Delo | 2.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/19/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 3/19/24 | Charles Delo | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/20/24 | Charles Delo | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditors |
| 3/20/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call to discuss locked token sales |
| 3/20/24 | Charles Delo | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/21/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 3/21/24 | Charles Delo | 2.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/22/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Call with A&M |
| 3/22/24 | Charles Delo | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/22/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with member |
| 3/25/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 3/25/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with ExCo |
| 3/25/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with Eversheds on KYC |
| 3/25/24 | Charles Delo | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/26/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 3/26/24 | Charles Delo | 0.5 | Internal calls / meetings | Meeting with internal counsel |

## Charles Delo

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 3/26/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 3/26/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with A&M on recovery analysis model |
| 3/26/24 | Charles Delo | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/26/24 | Charles Delo | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/28/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 3/28/24 | Charles Delo | 2.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/28/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with member |

# Andrew Morley

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 3/1/24 | Andrew Morley | 3.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 3/4/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 3/4/24 | Andrew Morley | 0.5 | Meetings / calls with Debtors / UCC | Call on Anthropic |
| 3/4/24 | Andrew Morley | 1.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 3/4/24 | Andrew Morley | 3.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 3/5/24 | Andrew Morley | 1.0 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 3/5/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 3/5/24 | Andrew Morley | 3.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 3/5/24 | Andrew Morley | 0.5 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 3/7/24 | Andrew Morley | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 3/7/24 | Andrew Morley | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/11/24 | Andrew Morley | 0.5 | Executive Committee meetings / calls | Call with FTI |
| 3/11/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 3/11/24 | Andrew Morley | 0.5 | Internal calls / meetings | Meeting with internal counsel |
| 3/11/24 | Andrew Morley | 3.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 3/12/24 | Andrew Morley | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 3/12/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 3/12/24 | Andrew Morley | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 3/13/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Plan discussion with A&M |
| 3/13/24 | Andrew Morley | 0.5 | Internal calls / meetings | Meeting with internal counsel |
| 3/13/24 | Andrew Morley | 1.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 3/14/24 | Andrew Morley | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 3/14/24 | Andrew Morley | 0.5 | Meetings / calls with Debtors / UCC | Call with Debtors and UCC |
| 3/14/24 | Andrew Morley | 0.5 | Internal calls / meetings | Internal call |
| 3/14/24 | Andrew Morley | 0.5 | Meetings / calls with Debtors / UCC | Call to discuss locked token sales |
| 3/14/24 | Andrew Morley | 3.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/15/24 | Andrew Morley | 0.5 | Meetings / calls with Debtors / UCC | Plan debrief |
| 3/15/24 | Andrew Morley | 2.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/18/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 3/18/24 | Andrew Morley | 0.5 | Internal calls / meetings | Internal call |
| 3/18/24 | Andrew Morley | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/19/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 3/19/24 | Andrew Morley | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/20/24 | Andrew Morley | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditors |
| 3/20/24 | Andrew Morley | 0.5 | Meetings / calls with Debtors / UCC | Call to discuss locked token sales |
| 3/21/24 | Andrew Morley | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 3/22/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Call with A&M |
| 3/25/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 3/25/24 | Andrew Morley | 0.5 | Executive Committee meetings / calls | Call with ExCo |
| 3/25/24 | Andrew Morley | 0.5 | Executive Committee meetings / calls | Call with Eversheds on KYC |
| 3/26/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 3/26/24 | Andrew Morley | 0.5 | Internal calls / meetings | Meeting with internal counsel |
| 3/26/24 | Andrew Morley | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 3/26/24 | Andrew Morley | 0.5 | Meetings / calls with Debtors / UCC | Call with A&M on recovery analysis model |
| 3/26/24 | Andrew Morley | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/28/24 | Andrew Morley | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 3/28/24 | Andrew Morley | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |

## Sean Crotty

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 3/4/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 3/4/24 | Sean Crotty | 1.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 3/4/24 | Sean Crotty | 0.5 | Meetings / calls with Debtors / UCC | Call on Anthropic |
| 3/4/24 | Sean Crotty | 3.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 3/5/24 | Sean Crotty | 1.0 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 3/5/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 3/5/24 | Sean Crotty | 1.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 3/5/24 | Sean Crotty | 0.5 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 3/5/24 | Sean Crotty | 2.5 | Analysis / diligence / presentations / related items | Preparation of materials |
| 3/7/24 | Sean Crotty | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 3/7/24 | Sean Crotty | 2.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 3/7/24 | Sean Crotty | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/11/24 | Sean Crotty | 0.5 | Executive Committee meetings / calls | Call with FTI |
| 3/11/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 3/11/24 | Sean Crotty | 0.5 | Internal calls / meetings | Meeting with internal counsel |
| 3/11/24 | Sean Crotty | 1.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 3/11/24 | Sean Crotty | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/12/24 | Sean Crotty | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 3/12/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 3/12/24 | Sean Crotty | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 3/12/24 | Sean Crotty | 2.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 3/13/24 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Plan discussion with A&M |
| 3/13/24 | Sean Crotty | 1.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 3/13/24 | Sean Crotty | 0.5 | Internal calls / meetings | Meeting with internal counsel |
| 3/13/24 | Sean Crotty | 0.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/14/24 | Sean Crotty | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 3/14/24 | Sean Crotty | 0.5 | Meetings / calls with Debtors / UCC | Call with Debtors and UCC |
| 3/14/24 | Sean Crotty | 0.5 | Internal calls / meetings | Internal call |
| 3/14/24 | Sean Crotty | 0.5 | Meetings / calls with Debtors / UCC | Call to discuss locked token sales |
| 3/14/24 | Sean Crotty |  | Analysis / diligence / presentations / related items | Preparation of materials |
| 3/15/24 | Sean Crotty | 0.5 | Meetings / calls with Debtors / UCC | Plan debrief |

# Lorenzo Munoz

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 3/1/24 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/4/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 3/4/24 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/4/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Call on Anthropic |
| 3/5/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 3/5/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 3/5/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 3/5/24 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/7/24 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 3/11/24 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with FTI |
| 3/11/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 3/11/24 | Lorenzo Muñoz | 0.5 | Internal calls / meetings | Meeting with internal counsel |
| 3/11/24 | Lorenzo Muñoz | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/12/24 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 3/12/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 3/12/24 | Lorenzo Muñoz | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/12/24 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 3/13/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Plan discussion with A&M |
| 3/13/24 | Lorenzo Muñoz | 0.5 | Internal calls / meetings | Meeting with internal counsel |
| 3/13/24 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/13/24 | Lorenzo Muñoz | 2.5 | Analysis / diligence / presentations / related items | Preparation of materials |
| 3/14/24 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 3/14/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Call with Debtors and UCC |
| 3/14/24 | Lorenzo Muñoz | 0.5 | Internal calls / meetings | Internal call |
| 3/14/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Call to discuss locked token sales |
| 3/14/24 | Lorenzo Muñoz | 0.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/14/24 | Lorenzo Muñoz | 3.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 3/15/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Plan debrief |
| 3/15/24 | Lorenzo Muñoz | 1.5 | Analysis / diligence / presentations / related items | Preparation of materials |
| 3/18/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 3/18/24 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/18/24 | Lorenzo Muñoz | 0.5 | Internal calls / meetings | Internal call |
| 3/18/24 | Lorenzo Muñoz | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/19/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 3/19/24 | Lorenzo Muñoz | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/20/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditors |
| 3/20/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Call to discuss locked token sales |
| 3/21/24 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 3/21/24 | Lorenzo Muñoz | 1.5 | Analysis / diligence / presentations / related items | Preparation of materials |
| 3/22/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Call with A&M |
| 3/22/24 | Lorenzo Muñoz | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/25/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 3/25/24 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with ExCo |
| 3/25/24 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 3/25/24 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with Eversheds on KYC |
| 3/25/24 | Lorenzo Muñoz | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/26/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 3/26/24 | Lorenzo Muñoz | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/26/24 | Lorenzo Muñoz | 0.5 | Internal calls / meetings | Meeting with internal counsel |
| 3/26/24 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 3/26/24 | Lorenzo Muñoz | 1.5 | Analysis / diligence / presentations / related items | Preparation of materials |
| 3/26/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Call with A&M on recovery analysis model |
| 3/26/24 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/28/24 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 3/28/24 | Lorenzo Muñoz | 2.5 | Analysis / diligence / presentations / related items | Preparation of materials |
| 3/28/24 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/28/24 | Lorenzo Muñoz | 1.0 | Case administration | Time records |

# Julia Walters

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 3/1/24 | Julia Walters | 1.0 | Case administration | Timesheet update |
| 3/1/24 | Julia Walters | 4.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 3/1/24 | Julia Walters | 1.0 | Case administration | Fee application preparation |
| 3/2/24 | Julia Walters | 3.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 3/4/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 3/4/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Call on Anthropic |
| 3/4/24 | Julia Walters | 2.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 3/5/24 | Julia Walters | 1.0 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 3/5/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 3/5/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 3/5/24 | Julia Walters | 3.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 3/7/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 3/7/24 | Julia Walters | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/11/24 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with FTI |
| 3/11/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 3/11/24 | Julia Walters | 0.5 | Internal calls / meetings | Meeting with internal counsel |
| 3/11/24 | Julia Walters | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/11/24 | Julia Walters | 1.0 | Case administration | Fee application preparation |
| 3/12/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 3/12/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 3/12/24 | Julia Walters | 1.0 | Case administration | Timesheet update |
| 3/12/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 3/12/24 | Julia Walters | 4.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 3/13/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Plan discussion with A&M |
| 3/13/24 | Julia Walters | 0.5 | Internal calls / meetings | Meeting with internal counsel |
| 3/13/24 | Julia Walters | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 3/14/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 3/14/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Call with Debtors and UCC |
| 3/14/24 | Julia Walters | 0.5 | Internal calls / meetings | Internal call |
| 3/14/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Call to discuss locked token sales |
| 3/14/24 | Julia Walters | 4.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 3/15/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Plan debrief |
| 3/15/24 | Julia Walters | 3.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 3/18/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 3/18/24 | Julia Walters | 0.5 | Internal calls / meetings | Internal call |
| 3/19/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 3/19/24 | Julia Walters | 3.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 3/20/24 | Julia Walters | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with creditors |
| 3/20/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Call to discuss locked token sales |
| 3/21/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 3/22/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Call with A&M |
| 3/25/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 3/25/24 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with ExCo |
| 3/25/24 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with Eversheds on KYC |
| 3/26/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 3/26/24 | Julia Walters | 0.5 | Internal calls / meetings | Meeting with internal counsel |
| 3/26/24 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 3/26/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Call with A&M on recovery analysis model |
| 3/28/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 3/28/24 | Julia Walters | 3.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 3/28/24 | Julia Walters | 1.0 | Case administration | Timesheet update |
| 3/28/24 | Julia Walters | 1.5 | Case administration | Fee application preparation |