## **Exhibit B**

## **Expense Detail**

| Professional | User Date | Amount ($) | Expense description |
|---|---|---|---|
| Sean Crotty | 3/13/2024 | $29.90 | Meal (dinner) |
| **Net Expenses** | | **$29.90** | |
| Lorenzo Munoz | 3/12/2024 | $23.58 | Travel – Taxi (office to home) |
| Lorenzo Munoz | 3/15/2024 | $21.14 | Travel – Taxi (office to home) |
| Lorenzo Munoz | 3/19/2024 | $18.60 | Travel – Taxi (office to home) |
| Lorenzo Munoz | 3/20/2024 | $20.90 | Travel – Taxi (office to home) |
| Lorenzo Munoz | 3/21/2024 | $20.68 | Travel – Taxi (office to home) |
| **Net Expenses** | | **$104.90** | |
| Debevoise & Plimpton | 3/31/2023 | $6,504.00 | Legal Fee |
| **Net Expenses** | | **$6,504.00** | |
| **Total Net Expenses** | | **$6,638.80** | |

# Invoice



**Invoice:** # 03241ADH019           **Project Name:**    Orchid

**Date:**   April 29, 2024           **Project Number:**  325842

Attention:   Mary Cilia, CFO of the FTX Debtors

| | |
|---|---:|
| Monthly advisory fee:  March 1, 2024 to March 31, 2024 (80%) | $140,000.00 |
| Out of pocket expenses: | $6,638.80 |
| **Amount Due** | $146,638.80 |

*The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period.  Disbursements and charges received after the closing date of this statement will be billed subsequently.*

**This invoice is due upon receipt**



Rothschild & Co US Inc         Tax ID:  13-2589894
1251 Avenue of the Americas    Phone:   (212) 403-3683
New York, NY  10020            Email:   NorthAmReceivables@rothschildandco.com
www.rothschildandco.com                 (for questions and remittances)





**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

April 29, 2024

Melissa Morvan
ROTHSCHILD & CO US INC.
1251 Avenue of the Americas
New York, NY  10020

Invoice #: 2466746                                            Client Matter 21689.1146

FOR PROFESSIONAL SERVICES rendered through March 31, 2024 in connection with FTX AD HOC GROUP

| | |
|---|---:|
| Fees | $6,504.00 |
| Charges and Disbursements | $0.00 |
| **TOTAL** | **$6,504.00** |

www.debevoise.com

21689.1146 – FTX AD HOC GROUP                                                                                    Invoice Number: 2466746

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 03/11/24 | Kaluk, Nick S. III | Call with C. Delo and Rothschild team re plan exculpation (0.5); prepare for same (0.2); email with M. Carlson re second interim fee app revisions (0.1). | 0.8 |
| 03/11/24 | Carlson, Mitchell | Review and revise second interim fee application (0.6); review of interim compensation order and AHC professionals reimbursement order in connection with same (0.6); review of DE local rules in connection with same (0.3); correspond with N. Kaluk re same (0.3); call with N. Kaluk, C. Delo, F. London, J. Peroff, J. Walters, K. Taylor, L., Munoz, S. Crotty re plan provisions affecting AHC professionals (0.5). | 2.3 |
| 03/12/24 | Carlson, Mitchell | Emails with N. Kaluk re Rothschild second interim fee app (0.1); further revisions to same (0.1); email J. Walters re same (0.1); review FTX liquidity facility term sheet (0.2). | 0.5 |
| 03/18/24 | Kaluk, Nick S. III | Email with F. London re possible new EL; initial analysis of issues regarding same. | 0.2 |
| 03/20/24 | Kaluk, Nick S. III | Call with F. London, J. Pernoff and M. Carlson re potential liquidity facility. | 0.4 |
| 03/20/24 | Carlson, Mitchell | Call with N. Kaluk, F. London and J. Pernoff re FTX liquidity facility. | 0.4 |
| | | **Total Hours** | **4.6** |

21689.1146 – FTX AD HOC GROUP                                                                  Invoice Number: 2466746

**TIMEKEEPER SUMMARY**

| Title | Timekeeper | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Counsel | Kaluk, Nick S. III | | 1.4 | 1,640.00 | 2,296.00 |
| | | Counsel Total | 1.4 | | $2,296.00 |
| Associate | Carlson, Mitchell | | 3.2 | 1,315.00 | 4,208.00 |
| | | Associate Total | 3.2 | | $4,208.00 |
| | | **Matter Total** | **4.6** | | **$6,504.00** |