## Exhibit A

**Charles Delo**

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 4/1/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 4/1/24 | Charles Delo | 2.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/2/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 4/2/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 4/2/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 4/2/24 | Charles Delo | 0.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/3/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call on the liquidity facility |
| 4/3/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/3/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with A&M |
| 4/3/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with member |
| 4/3/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 4/3/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call on the liquidity facility |
| 4/3/24 | Charles Delo | 2.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/4/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/4/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call on the liquidity facility |
| 4/4/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call on the liquidity facility |
| 4/4/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with FTI |
| 4/4/24 | Charles Delo | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/5/24 | Charles Delo | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/6/24 | Charles Delo | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/8/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 4/9/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Claims Reconciliation Update |
| 4/9/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 4/9/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 4/9/24 | Charles Delo | 0.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/9/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with member |
| 4/10/24 | Charles Delo | 5.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/11/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/11/24 | Charles Delo | 0.5 | Internal calls / meetings | Internal meeting |
| 4/11/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/11/24 | Charles Delo | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/12/24 | Charles Delo | 0.5 | Internal calls / meetings | Internal meeting |
| 4/12/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with member |
| 4/15/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 4/15/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/15/24 | Charles Delo | 0.5 | Internal calls / meetings | Internal meeting |
| 4/15/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Coin report discussion |
| 4/15/24 | Charles Delo | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/15/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with member |
| 4/16/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 4/16/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/16/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with A&M |
| 4/16/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with member |
| 4/17/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with ExCo |
| 4/18/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/18/24 | Charles Delo | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/19/24 | Charles Delo | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/20/24 | Charles Delo | 2.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/22/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |

## Charles Delo

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 4/22/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with member |
| 4/23/24 | Charles Delo | 0.5 | Internal calls / meetings | Internal meeting |
| 4/23/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 4/23/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 4/23/24 | Charles Delo | 2.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/24/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/24/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with member |
| 4/25/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/25/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 4/26/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with ExCo |
| 4/26/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with member |
| 4/29/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 4/29/24 | Charles Delo | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/29/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with member |
| 4/30/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with ExCo |
| 4/30/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 4/30/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 4/30/24 | Charles Delo | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |

## Andrew Morley

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 4/1/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 4/1/24 | Andrew Morley | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/2/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 4/2/24 | Andrew Morley | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 4/2/24 | Andrew Morley | 0.5 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 4/2/24 | Andrew Morley | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/3/24 | Andrew Morley | 0.5 | Meetings / calls with Debtors / UCC | Call on the liquidity facility |
| 4/3/24 | Andrew Morley | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/3/24 | Andrew Morley | 0.5 | Meetings / calls with Debtors / UCC | Call with A&M |
| 4/3/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 4/3/24 | Andrew Morley | 0.5 | Meetings / calls with Debtors / UCC | Call on the liquidity facility |
| 4/3/24 | Andrew Morley | 2.5 | Analysis / diligence / presentations / related items | Preparation of materials |
| 4/4/24 | Andrew Morley | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/4/24 | Andrew Morley | 0.5 | Meetings / calls with Debtors / UCC | Call on the liquidity facility |
| 4/4/24 | Andrew Morley | 0.5 | Meetings / calls with Debtors / UCC | Call on the liquidity facility |
| 4/4/24 | Andrew Morley | 0.5 | Meetings / calls with Debtors / UCC | Call with FTI |
| 4/4/24 | Andrew Morley | 1.5 | Analysis / diligence / presentations / related items | Preparation of materials |
| 4/4/24 | Andrew Morley | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/5/24 | Andrew Morley | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/6/24 | Andrew Morley | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/8/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 4/9/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Claims Reconciliation Update |
| 4/9/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 4/9/24 | Andrew Morley | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 4/9/24 | Andrew Morley | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/11/24 | Andrew Morley | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/11/24 | Andrew Morley | 0.5 | Internal calls / meetings | Internal meeting |
| 4/11/24 | Andrew Morley | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/11/24 | Andrew Morley | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/12/24 | Andrew Morley | 0.5 | Internal calls / meetings | Internal meeting |
| 4/12/24 | Andrew Morley | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/15/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 4/15/24 | Andrew Morley | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/15/24 | Andrew Morley | 0.5 | Internal calls / meetings | Internal meeting |
| 4/15/24 | Andrew Morley | 0.5 | Meetings / calls with Debtors / UCC | Coin report discussion |
| 4/15/24 | Andrew Morley | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/16/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 4/16/24 | Andrew Morley | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/16/24 | Andrew Morley | 0.5 | Meetings / calls with Debtors / UCC | Call with A&M |
| 4/17/24 | Andrew Morley | 0.5 | Executive Committee meetings / calls | Call with ExCo |
| 4/18/24 | Andrew Morley | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/18/24 | Andrew Morley | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/19/24 | Andrew Morley | 2.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 4/20/24 | Andrew Morley | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/22/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 4/23/24 | Andrew Morley | 0.5 | Internal calls / meetings | Internal meeting |
| 4/23/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 4/23/24 | Andrew Morley | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 4/24/24 | Andrew Morley | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/25/24 | Andrew Morley | 1.0 | Executive Committee meetings / calls | Call with ExCo |

## Andrew Morley

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 4/25/24 | Andrew Morley | 0.5 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 4/26/24 | Andrew Morley | 0.5 | Executive Committee meetings / calls | Call with ExCo |
| 4/26/24 | Andrew Morley | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/29/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 4/29/24 | Andrew Morley | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/30/24 | Andrew Morley | 0.5 | Executive Committee meetings / calls | Call with ExCo |
| 4/30/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 4/30/24 | Andrew Morley | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 4/30/24 | Andrew Morley | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |

## Lorenzo Munoz

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 4/1/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 4/2/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 4/2/24 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 4/2/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 4/3/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Call on the liquidity facility |
| 4/3/24 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/3/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Call with A&M |
| 4/3/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 4/3/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Call on the liquidity facility |
| 4/3/24 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/4/24 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/4/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Call on the liquidity facility |
| 4/4/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Call on the liquidity facility |
| 4/4/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Call with FTI |
| 4/8/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 4/9/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Claims Reconciliation Update |
| 4/9/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 4/9/24 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 4/9/24 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/11/24 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/11/24 | Lorenzo Muñoz | 0.5 | Internal calls / meetings | Internal meeting |
| 4/11/24 | Lorenzo Muñoz | 5.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/11/24 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/12/24 | Lorenzo Muñoz | 0.5 | Internal calls / meetings | Internal meeting |
| 4/12/24 | Lorenzo Muñoz | 4.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/13/24 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 4/14/24 | Lorenzo Muñoz | 4.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 4/15/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 4/15/24 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/15/24 | Lorenzo Muñoz | 3.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/15/24 | Lorenzo Muñoz | 0.5 | Internal calls / meetings | Internal meeting |
| 4/15/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Coin report discussion |
| 4/16/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 4/16/24 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/16/24 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/16/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Call with A&M |
| 4/17/24 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with ExCo |
| 4/17/24 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/18/24 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/19/24 | Lorenzo Muñoz | 4.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 4/20/24 | Lorenzo Muñoz | 3.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 4/22/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 4/22/24 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/22/24 | Lorenzo Muñoz | 1.5 | Analysis / diligence / presentations / related items | Preparation of materials |
| 4/23/24 | Lorenzo Muñoz | 0.5 | Internal calls / meetings | Internal meeting |
| 4/23/24 | Lorenzo Muñoz | 3.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 4/23/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 4/23/24 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 4/24/24 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/24/24 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/24/24 | Lorenzo Muñoz | 0.5 | Analysis / diligence / presentations / related items | Preparation of materials |
| 4/25/24 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/25/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 4/25/24 | Lorenzo Muñoz | 1.5 | Analysis / diligence / presentations / related items | Preparation of materials |
| 4/26/24 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with ExCo |
| 4/26/24 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/26/24 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 4/29/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 4/29/24 | Lorenzo Muñoz | 1.5 | Analysis / diligence / presentations / related items | Preparation of materials |
| 4/30/24 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with ExCo |

**Lorenzo Munoz**

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 4/30/24 | Lorenzo Muñoz | 1.5 | Analysis / diligence / presentations / related items | Preparation of materials |
| 4/30/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 4/30/24 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 4/30/24 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/30/24 | Lorenzo Muñoz | 1.5 | Case administration | Time records |

## Julia Walters

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 4/1/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 4/2/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 4/2/24 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 4/2/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 4/2/24 | Julia Walters | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/3/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Call on the liquidity facility |
| 4/3/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/3/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Call with A&M |
| 4/3/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 4/3/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Call on the liquidity facility |
| 4/3/24 | Julia Walters | 3.5 | Analysis / diligence / presentations / related items | Preparation of materials |
| 4/4/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/4/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Call on the liquidity facility |
| 4/4/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Call on the liquidity facility |
| 4/4/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Call with FTI |
| 4/4/24 | Julia Walters | 4.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 4/5/24 | Julia Walters | 3.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 4/6/24 | Julia Walters | 3.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 4/8/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 4/8/24 | Julia Walters | 3.5 | Analysis / diligence / presentations / related items | Preparation of materials |
| 4/9/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Claims Reconciliation Update |
| 4/9/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 4/9/24 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 4/9/24 | Julia Walters | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/9/24 | Julia Walters | 2.0 | Case administration | Fee application preparation |
| 4/11/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/11/24 | Julia Walters | 0.5 | Internal calls / meetings | Internal meeting |
| 4/11/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/11/24 | Julia Walters | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/12/24 | Julia Walters | 0.5 | Internal calls / meetings | Internal meeting |
| 4/12/24 | Julia Walters | 0.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/15/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 4/15/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/15/24 | Julia Walters | 0.5 | Internal calls / meetings | Internal meeting |
| 4/15/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Coin report discussion |
| 4/15/24 | Julia Walters | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/15/24 | Julia Walters | 3.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 4/16/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 4/16/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/16/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Call with A&M |
| 4/17/24 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with ExCo |
| 4/18/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/18/24 | Julia Walters | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/18/24 | Julia Walters | 2.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 4/19/24 | Julia Walters | 5.5 | Analysis / diligence / presentations / related items | Preparation of materials |
| 4/20/24 | Julia Walters | 3.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 4/22/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 4/22/24 | Julia Walters | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/23/24 | Julia Walters | 0.5 | Internal calls / meetings | Internal meeting |
| 4/23/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 4/23/24 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 4/24/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/25/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 4/25/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 4/26/24 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with ExCo |
| 4/29/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 4/29/24 | Julia Walters | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/30/24 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with ExCo |
| 4/30/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 4/30/24 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |

## Julia Walters

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 4/30/24 | Julia Walters | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 4/30/24 | Julia Walters | 3.0 | Analysis / diligence / presentations / related items | Preparation of materials |
| 4/30/24 | Julia Walters | 1.0 | Case administration | Timesheet update |
| 4/30/24 | Julia Walters | 2.0 | Case administration | Fee application preparation |