## **Exhibit B**

### **Expense Detail**

| Professional | User Date | Amount ($) | Expense description |
|---|---|---|---|
| Lorenzo Munoz | 4/2/2024 | $25.51 | Travel – Taxi (office to home) |
| Lorenzo Munoz | 4/4/2024 | $20.45 | Travel – Taxi (office to home) |
| Lorenzo Munoz | 4/9/2024 | $20.68 | Travel – Taxi (office to home) |
| **Net Expenses** | | **$66.64** | |
| | | | |
| Debevoise & Plimpton | 4/30/2023 | $3,444.00 | Legal Fee |
| **Net Expenses** | | **$3,444.00** | |
| | | | |
| **Total Net Expenses** | | **$3,510.64** | |

# Invoice



**Invoice: # 0**4241ADH019  **Project Name:** Orchid

**Date:** April 29, 2024  **Project Number:** 325842

Attention: Mary Cilia, CFO of the FTX Debtors

| | |
|---|---:|
| Monthly advisory fee: April 1, 2024 to April 30, 2024 (80%) | $140,000.00 |
| Out of pocket expenses: | $3,510.64 |
| **Amount Due** | $143,510.64 |

*The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period. Disbursements and charges received after the closing date of this statement will be billed subsequently.*

**This invoice is due upon receipt**



Rothschild & Co US Inc  Tax ID:  13-2589894
1251 Avenue of the Americas  Phone:  (212) 403-3683
New York, NY  10020  Email:  NorthAmReceivables@rothschildandco.com
www.rothschildandco.com  (for questions and remittances)





**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

May 7, 2024

Melissa Morvan
ROTHSCHILD & CO US INC.
1251 Avenue of the Americas
New York, NY  10020

Invoice #: 2467379                                                                                             Client Matter 21689.1146

FOR PROFESSIONAL SERVICES rendered through April 30, 2024 in connection with FTX AD HOC GROUP

| | |
|---|---:|
| Fees | $3,444.00 |
| Charges and Disbursements | $0.00 |
| **TOTAL** | **$3,444.00** |

Payment Due Upon Receipt

www.debevoise.com

21689.1146 – FTX AD HOC GROUP                                                                 Invoice Number: 2467379

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 04/12/24 | Kaluk, Nick S. III | Review draft plan revisions (0.5); email with J. Peroff [Rothschild legal] re same (0.2). | 0.7 |
| 04/15/24 | Kaluk, Nick S. III | Call with AHG professionals re approach to revised plan of reorganization (0.6); prepare for same (0.1). | 0.7 |
| 04/16/24 | Kaluk, Nick S. III | Email with C. Delo and AHG advisors re proposed plan edits. | 0.3 |
| 04/30/24 | Kaluk, Nick S. III | Email with C. Delo and F. London re revisions to plan releases and exculpation. | 0.4 |
| | | **Total Hours** | **2.1** |

21689.1146 – FTX AD HOC GROUP                                                                  Invoice Number: 2467379

**TIMEKEEPER SUMMARY**

| Title | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| Counsel | Kaluk, Nick S. III | 2.1 | 1,640.00 | 3,444.00 |
|  | Counsel Total | 2.1 |  | $3,444.00 |
|  | **Matter Total** | **2.1** |  | **$3,444.00** |



**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

May 7, 2024

Melissa Morvan
ROTHSCHILD & CO US INC.
1251 Avenue of the Americas
New York, NY  10020

Invoice #: 2467379        Client Matter 21689.1146

**REMITTANCE SUMMARY**
(Payment Due Upon Receipt)

| | |
|---|---:|
| Fees | $3,444.00 |
| Charges and Disbursements | $0.00 |
| **TOTAL** | **$3,444.00** |

www.debevoise.com