**Exhibit A**

**Expenses Omitted from the April 2024 Monthly Fee Statement**

| Expense Category | Amount | |
|---|---|---:|
| Airfare | $ | 2,163.41 |
| Client Research | | - |
| Data Storage Fees | | - |
| Ground Transportation | | 177.18 |
| Lodging | | 450.00 |
| Meals | | - |
| Phone and Internet | | - |
| **Total Expenses** | $ | **2,790.59** |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:     Expenses
Code:   20008100PN00001.1.32

| Date | Description | Amount |
|---|---|---|
| 04/25/2024 | Airfare Lewis Beischer 2024-04-28 LHR- DFW | $ 2,163.41 |
| 04/28/2024 | Lodging Lewis Beischer - Hotel Crescent Court, Dallas, TX 2024-04-28 2024-04-30 | 450.00 |
| 04/28/2024 | Taxi/Car Service Lewis Beischer Home to Airport | 78.60 |
| 04/28/2024 | Taxi/Car Service Lewis Beischer DFW airport to Crescent hotel | 40.85 |
| 04/30/2024 | Taxi/Car Service Lewis Beischer AlixPartners Dallas Office to Dallas Fort Worth | 57.73 |
|  |  | **$ 2,790.59** |