**Exhibit B**

**Summary of Hours and Fees by Professional**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Matthew Jacques | Partner & Managing Director | $1,410 | 21.5 | $ 30,315.00 |
| Matthew Evans | Partner & Managing Director | $1,410 | 62.0 | 87,420.00 |
| Charles Cipione | Partner & Managing Director | $1,320 | 281.6 | 371,712.00 |
| David J White | Partner & Managing Director | $1,225 | 118.4 | 145,040.00 |
| Anne Vanderkamp | Partner | $1,200 | 95.1 | 114,120.00 |
| John C LaBella | Partner | $1,200 | 202.0 | 242,400.00 |
| Lilly M Goldman | Partner | $1,200 | 142.6 | 171,120.00 |
| Thomas Hofner | Partner | $1,200 | 259.7 | 311,640.00 |
| Todd Toaso | Partner | $1,200 | 222.6 | 267,120.00 |
| Elizabeth S Kardos | Partner | $900 | 3.0 | 2,700.00 |
| Mark Cervi | Director | $1,125 | 16.1 | 18,112.50 |
| Bennett F Mackay | Director | $960 | 379.8 | 364,608.00 |
| Travis Phelan | Director | $1,025 | 455.2 | 466,580.00 |
| Kurt H Wessel | Director | $960 | 233.4 | 224,064.00 |
| Leslie I Morrison | Director | $960 | 6.8 | 6,528.00 |
| Ganesh Gopalakrishnan | Senior Vice President | $910 | 440.2 | 400,582.00 |
| Lewis Beischer | Senior Vice President | $855 | 507.8 | 434,169.00 |
| Matthew Birtwell | Senior Vice President | $855 | 466.8 | 399,114.00 |
| Ryan Griffith | Senior Vice President | $855 | 174.0 | 148,770.00 |
| Takahiro Yamada | Senior Vice President | $855 | 137.7 | 117,733.50 |
| Di Liang | Senior Vice President | $800 | 234.8 | 187,840.00 |
| Jeffrey R Berg | Senior Vice President | $800 | 137.2 | 109,760.00 |
| Kaitlyn A Sundt | Senior Vice President | $650 | 21.3 | 13,845.00 |
| Sari Rosenfeld | Senior Vice President | $625 | 2.5 | 1,562.50 |

*Table Continued on Next Page*

**Summary of Hours and Fees by Professional**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Laura Capen Verry | Senior Vice President | $575 | 6.4 | 3,680.00 |
| Brooke Filler | Senior Vice President | $575 | 10.4 | 5,980.00 |
| Ryan Backus | Vice President | $770 | 300.2 | 231,154.00 |
| Chuanqi Chen | Vice President | $690 | 3.2 | 2,208.00 |
| Seen Yung Wong | Vice President | $770 | 0.8 | 616.00 |
| Randi Self | Vice President | $690 | 202.2 | 139,518.00 |
| Allyson Calhoun | Vice President | $640 | 501.3 | 320,832.00 |
| Eric Mostoff | Vice President | $640 | 180.4 | 115,456.00 |
| Linna Jia | Vice President | $640 | 419.2 | 268,288.00 |
| Sean Thompson | Vice President | $640 | 391.1 | 250,304.00 |
| Lisa Marie Bonito | Vice President | $550 | 98.0 | 53,900.00 |
| Jennifer A Bowes | Vice President | $535 | 1.1 | 588.50 |
| Jennifer Braverman | Vice President | $535 | 37.7 | 20,169.50 |
| Griffin Shapiro | Consultant | $555 | 372.7 | 206,848.50 |
| Jason Chin | Consultant | $555 | 263.7 | 146,353.50 |
| Olivia Braat | Consultant | $555 | 241.2 | 133,866.00 |
| Shengjia Kang | Consultant | $555 | 216.5 | 120,157.50 |
| **Total Hours and Fees for Professionals** | | | **7,868.2** | **$ 6,656,775.00** |
| Less 50% Travel Fees | | | | (33,019.00) |
| **Total Fees for Professionals** | | | | **6,623,756.00** |

**Average Billing Rate  $         841.84**