**Exhibit D**

**Summary of Expenses**

| Expense Category | Amount | |
|---|---|---:|
| Airfare | $ | 6,530.22 |
| Client Research | | 2,137.39 |
| Data Storage Costs | | 59,080.75 |
| Ground Transportation | | 2,769.45 |
| Hard Disk Drives | | 300.00 |
| Internet | | 24.00 |
| Lodging | | 12,656.21 |
| Meals | | 3,763.67 |
| Postage/Messenger/Courier | | 19.32 |
| **Total Expenses** | $ | **87,281.01** |