**<u>Exhibit A</u>**

**Summary of Fees by Individual for the Application Period**

**SUMMARY OF FEES BY INDIVIDUAL FOR THE APPLICATION PERIOD**
**(FEBRUARY 1, 2024 THROUGH AND INCLUDING APRIL 30, 2024)**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Adam G. Landis | Partner | NY 1992, MA 1992, DE 1996 | May, 1991 | $1,275.00 | 145.70 | $185,767.50 |
| Richard S. Cobb | Partner | DE 1993, PA 1994 | May, 1992 | $1,275.00 | 101.60 | $129,540.00 |
| Matthew B. McGuire | Partner | PA 2001, DE 2003 | May, 2000 | $1,025.00 | 175.30 | $179,682.50 |
| Kimberly A. Brown | Partner | DE 2008 | May, 2008 | $925.00 | 417.30 | $386,002.50 |
| | | | | $462.50[1] | 1.70 | $786.25 |
| Matthew R. Pierce | Partner | DE 2013 | May, 2013 | $750.00 | 309.60 | $232,200.00 |
| | | | | $350.00[1] | 3.70 | $1,387.50 |
| **Partner Total** | | | | | **1,154.90** | **$1,115,366.25** |
| Nicolas E. Jenner | Associate | DE 2018 | May, 2018 | $600.00 | 427.00 | $256,200.00 |
| Howard W. Robertson | Associate | PA 2020, DE 2022 | January, 2020 | $535.00 | 70.80 | $37,878.00 |
| George A. Williams | Associate | DE 2022 | May, 2021 | $450.00 | 501.80 | $225,810.00 |
| **Associate Total** | | | | | **999.60** | **$519,888.00** |
| **Lawyers Total** | | | | | **2,154.50** | **$1,635,254.25** |
| Melissa Ramirez | Paralegal | N/A | N/A | $350.00 | 165.30 | $57,855.00 |
| Mark P. Hitchens | Paralegal | N/A | N/A | $350.00 | 95.50 | $33,425.00 |
| Jennifer L. Ford | Paralegal | N/A | N/A | $350.00 | 1.90 | $665.00 |
| Joshua Huynh | Paralegal | N/A | N/A | $310.00 | 19.90 | $6,169.00 |
| Allison Strauss | Legal Assistant | N/A | N/A | $220.00 | 1.30 | $286.00 |
| **Non-Legal Personnel Total** | | | | | **283.90** | **$98,400.00** |
| **GRAND TOTAL** | | | | | **2,438.4** | **$1,733,654.25** |

**Blended Hourly Rate:  $710.98**

---

[1]   Non-working travel billed at 50% of hourly rate.