# Exhibit C

## Expense Summary for the Application Period

**EXPENSE SUMMARY FOR THE APPLICATION PERIOD
(FEBRUARY 1, 2024 THROUGH AND INCLUDING APRIL 30, 2024)[1]**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[2] if Applicable** | **Amount** |
| Inhouse Copying | N/A | $884.60 |
| Outside Printing | Parcels, Inc.; DLS Discovery | $8,364.22 |
| Online Research | Relx Inc. DBA LexisNexis | $2,336.32 |
| Delivery Services/Messengers | Parcels, Inc. | $1,352.98 |
| Out-of-Town Travel | Various | $1,648.45 |
| Meals | Various | $3,256.45 |
| Inhouse Color Copies | N/A | $968.80 |
| Document Retrieval | PACER | $332.30 |
| Filing Fees | N/A | $796.00 |
| Hearing Transcripts | Reliable | $6,632.00 |
| Service Fees | Parcels, Inc. | $456.26 |
| Lien Searches | Delaware Division of Corporations | $20.00 |
| Rentals | Capital Office | $600.00 |
| | **TOTAL** | **$27,648.38** |

---

[1] Certain service providers may invoice in arrears. Therefore, this Application may include expenses incurred in a prior Application Period.

[2] LRC may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

{1368.002-W0076181.2}