# Exhibit D

## Customary and Comparable Compensation Disclosures

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**
**(February 1, 2024 – April 30, 2024)**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Firm-wide for Fiscal Year (FY2024) | Billed February 1, 2024 through April 30, 2024 |
| Partner | $956.41 | $955.46 |
| Associate | $529.18 | $527.26 |
| Paralegal | $348.03 | $348.26 |
| Aggregated | $733.32 | $729.29 |

{1368.002-W0076181.2}