**<u>Exhibit E</u>**

**Estimated Staffing and Budget Plan**

{1368.002-W0076181.2}

**STAFFING PLAN FOR LANDIS RATH & COBB LLP, BANKRUPTCY
CO-COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD FEBRUARY 1, 2024 THROUGH APRIL 30, 2024**

| POSITION | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE APPLICATION PERIOD | RANGE OF RATES |
|---|---|---|
| Partners | Six (6) | $750.00-$1,275.00 |
| Associates | Four (4) | $450.00-$600.00 |
| Paralegals | Four (4) | $310.00-$350.00 |
| Legal Assistants | Two (2) | $220.00 |

{1368.002-W0076181.2}

**ESTIMATED BUDGET FOR LANDIS RATH & COBB LLP, BANKRUPTCY CO-COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD FEBRUARY 1, 2024 THROUGH APRIL 30, 2024**

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES[1] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| B110 - Asset Analysis and Recovery | 15.00 | $10,125.00 | 0.00 | $0.00 |
| B112 - Asset Disposition | 125.00 | $84,375.00 | 120.90 | $87,812.50 |
| B114 - Assumption/Rejection of Leases and Contracts | 5.00 | $3,375.00 | 0.00 | $0.00 |
| B116 - Avoidance Action Analysis | 10.00 | $6,750.00 | 0.00 | $0.00 |
| B118 - Board of Directors Matters | 5.00 | $3,375.00 | 0.00 | $0.00 |
| B119 - Budgeting | 0.00 | $0.00 | 0.00 | $0.00 |
| B120 - Business Operations | 75.00 | $50,625.00 | 74.10 | $53,314.50 |
| B122 - Case Administration | 100.00 | $67,500.00 | 92.70 | $51,414.50 |
| B124 - Claims Administration & Objections | 500.00 | $337,500.00 | 512.20 | $317,474.00 |
| B126 - Employee Benefits/Pensions | 5.00 | $3,375.00 | 0.00 | $0.00 |
| B128 - Fee/Employment Objections | 0.00 | $0.00 | 0.00 | $0.00 |
| B130 - Financing/Cash Collateral | 5.00 | $3,375.00 | 0.00 | $0.00 |
| B134 - Hearings | 275.00 | $185,625.00 | 246.50 | $174,390.00 |
| B135 - Litigation | 700.00 | $472,500.00 | 627.80 | $496,657.00 |
| B138 - Committee Meetings/Communications | 5.00 | $3,375.00 | 0.00 | $0.00 |
| B139 - Equity Committee | 5.00 | $3,375.00 | 2.90 | $3,172.50 |
| B140 - Creditor Inquiries | 25.00 | $16,875.00 | 2.50 | $2,147.50 |
| B141 - Lien Investigation | 0.00 | $0.00 | 0.00 | $0.00 |
| B142 - Non-Working Travel | 10.00 | $3,375.00 | 5.40 | $2,173.75 |
| B146 - Plan and Disclosure Statement (including Business Plan) | 250.00 | $168,750.00 | 199.30 | $155,906.00 |
| B148 - Real Estate | 0.00 | $0.00 | 0.00 | $0.00 |
| B149 - Valuation | 0.00 | $0.00 | 0.00 | $0.00 |

[1] Estimated fees based on an average hourly rate of $675.

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES[1] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| B150 - Relief from Stay/Adequate Protection Proceeding | 5.00 | $3,375.00 | 0.20 | $127.50 |
| B151 - Schedules/Operating Reports | 100.00 | $67,500.00 | 97.70 | $72,408.50 |
| B152 - Tax Issues | 5.00 | $3,375.00 | 4.30 | $2,830.00 |
| B154 - LRC Retention Applications & Disclosures | 20.00 | $13,500.00 | 21.00 | $13,927.50 |
| B155 - Non-LRC Retention Applications & Disclosures | 75.00 | $50,625.00 | 63.60 | $42,892.50 |
| B156 - LRC Fee Applications | 100.00 | $67,500.00 | 135.70 | $97,088.00 |
| B157 - Non-LRC Fee Applications | 150.00 | $101,250.00 | 161.60 | $89,669.50 |
| B160 - Examiner | 100.00 | $67,500.00 | 70.00 | $70,248.50 |
| TOTAL | 2,670.00 | $1,802,250.00 | 2,438.40 | $1,733,654.25 |

{1368.002-W0076181.2}