
# Exhibit A

**Summary of Fees by Individual for the Application Period**

**SUMMARY OF FEES BY INDIVIDUAL FOR THE APPLICATION PERIOD
(FEBRUARY 1, 2024 THROUGH AND INCLUDING APRIL 30, 2024)[1]**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Ansari, Mehdi | Partner | 2009 | 2008 | $2,375.00 | 10.80 | $25,650.00 |
| Bander, Jeannette E. | Partner | 2012 | 2012 | $2,295.00 | 12.10 | $27,769.50 |
| Beatty, Chris | Partner | 2005 | 2004 | $2,375.00 | 2.40 | $5,700.00 |
| Beller, Benjamin S. | Partner | 2014 | 2013 | $848.00** | 3.50 | $2,968.00 |
| Beller, Benjamin S. | Partner | 2014 | 2013 | $1,695.00 | 69.00 | $116,955.00 |
| Birke, Max | Partner | 2000 | 1999 | $2,375.00 | 0.80 | $1,900.00 |
| Bromley, James L. | Partner | 1990 | 1989 | $1,188.00** | 7.50 | $8,910.00 |
| Bromley, James L. | Partner | 1990 | 1989 | $2,375.00 | 152.80 | $362,900.00 |
| Cohen, Audra D. | Partner | 1993 | 1992 | $2,375.00 | 28.00 | $66,500.00 |
| Croke, Jacob M. | Partner | 2011 | 2010 | $2,335.00 | 559.30 | $1,305,965.50 |
| De Leeuw, Marc | Partner | 1992 | 1992 | $1,188.00** | 4.50 | $5,346.00 |
| De Leeuw, Marc | Partner | 1992 | 1992 | $2,375.00 | 188.60 | $447,925.00 |
| de Vito Piscicelli, Oderisio | Partner | 1998 | 1998 | $2,375.00 | 171.80 | $408,025.00 |
| DeCamp, Justin J. | Partner | 2006 | 2005 | $1,188.00** | 0.50 | $594.00 |
| DeCamp, Justin J. | Partner | 2006 | 2005 | $2,375.00 | 164.20 | $389,975.00 |
| Diamond, Eric M. | Partner | 2011 | 2010 | $2,335.00 | 0.30 | $700.50 |
| Dietderich, Andrew G. | Partner | 1997 | 1995 | $1,188.00** | 6.70 | $7,959.60 |
| Dietderich, Andrew G. | Partner | 1997 | 1995 | $2,375.00 | 405.30 | $962,587.50 |
| Dunne, Christopher J. | Partner | 2006 | 2005 | $1,188.00** | 3.50 | $4,158.00 |
| Dunne, Christopher J. | Partner | 2006 | 2005 | $2,375.00 | 247.90 | $588,762.50 |
| Ehrenberg, Stephen | Partner | 2003 | 2002 | $2,375.00 | 141.90 | $337,012.50 |
| Eitel, Mitchell S. | Partner | 1988 | 1987 | $2,375.00 | 1.10 | $2,612.50 |
| Friedlander, Nicole | Partner | 2002 | 2001 | $2,375.00 | 9.80 | $23,275.00 |
| Glueckstein, Brian D. | Partner | 2004 | 2003 | $1,188.00** | 12.80 | $15,206.40 |
| Glueckstein, Brian D. | Partner | 2004 | 2003 | $2,375.00 | 673.00 | $1,598,375.00 |
| Hariton, David P. | Partner | 1986 | 1985 | $2,375.00 | 518.30 | $1,230,962.50 |
| Hatano, Keiji | Partner | 2000 | 2000 | $2,375.00 | 2.00 | $4,750.00 |
| Hochberg, Jeffrey D. | Partner | 1996 | 1995 | $2,375.00 | 0.40 | $950.00 |
| Holley, Steven L. | Partner | 1984 | 1983 | $2,375.00 | 7.50 | $17,812.50 |
| Howard, Christopher J. | Partner | 1996 | 1991 | $2,375.00 | 26.60 | $63,175.00 |
| Jones, Craig | Partner | 1996 | 1996 | $2,375.00 | 1.50 | $3,562.50 |
| Kadel Jr., Eric J. | Partner | 2000 | 1997 | $2,375.00 | 0.60 | $1,425.00 |
| Karmin, Nicolas | Partner | 2015 | 2014 | $1,975.00 | 0.50 | $987.50 |
| Kent, Benjamin S.D. | Partner | 2010 | 2009 | $2,160.00 | 0.80 | $1,728.00 |
| Kranzley, Alexa J. | Partner | 2009 | 2008 | $1,080.00** | 2.00 | $2,160.00 |
| Kranzley, Alexa J. | Partner | 2009 | 2008 | $2,160.00 | 426.30 | $920,808.00 |
| Levin, Sharon Cohen | Partner | 1985 | 1985 | $2,375.00 | 8.00 | $19,000.00 |
| Lewis, Anthony J. | Partner | 2004 | 2003 | $2,335.00 | 70.30 | $164,150.50 |

---

[1] For certain timekeepers, his or her individual rate increased during the relevant fee period as a result of matriculation.

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Li, Ken | Partner | 2014 | 2013 | $2,160.00 | 47.60 | $102,816.00 |
| Lloyd, Colin D. | Partner | 2008 | 2007 | $2,375.00 | 0.30 | $712.50 |
| Lloyd, Jameson S. | Partner | 2014 | 2013 | $2,160.00 | 22.90 | $49,464.00 |
| McArthur, Kathleen S. | Partner | 2008 | 2007 | $2,375.00 | 0.80 | $1,900.00 |
| McDonald, James M. | Partner | 2008 | 2007 | $2,375.00 | 49.80 | $118,275.00 |
| Mehta, Nirav N. | Partner | 2012 | 2011 | $1,975.00 | 43.30 | $85,517.50 |
| Menillo, Nicholas F. | Partner | 2013 | 2012 | $2,275.00 | 26.40 | $60,060.00 |
| O'Neill, Rita-Anne | Partner | 2004 | 2004 | $2,375.00 | 25.40 | $60,325.00 |
| Ostrager, Ann-Elizabeth | Partner | 2011 | 2009 | $2,375.00 | 0.10 | $237.50 |
| Peikin, Steven R. | Partner | 1992 | 1991 | $2,375.00 | 13.20 | $31,350.00 |
| Reeder III, Robert W. | Partner | 1985 | 1984 | $2,375.00 | 0.90 | $2,137.50 |
| Schollmeyer, Mario | Partner | 2012 | 2014 | $1,975.00 | 10.80 | $21,330.00 |
| Simmons, Rebecca J. | Partner | 1992 | 1991 | $2,375.00 | 1.20 | $2,850.00 |
| Simpson, Evan S. | Partner | 2011 | 2010 | $1,168.00** | 30.00 | $35,040.00 |
| Simpson, Evan S. | Partner | 2011 | 2010 | $2,335.00 | 255.20 | $595,892.00 |
| Wertheim, Frederick | Partner | 1988 | 1987 | $2,375.00 | 0.20 | $475.00 |
| Wheeler, Isaac J. | Partner | 2010 | 2009 | $2,375.00 | 0.30 | $712.50 |
| Wheeler, Stephanie G. | Partner | 1994 | 1993 | $2,375.00 | 304.80 | $723,900.00 |
| Wu, Mimi | Partner | 2016 | 2015 | $1,695.00 | 42.40 | $71,868.00 |
| **Partner Total** | | | | | **4,818.50** | **$11,114,066.50** |
| Buckholz, Robert E. | Of Counsel | 1980 | 1979 | $2,375.00 | 0.80 | $1,900.00 |
| Gilberg, David J. | Of Counsel | 1981 | 1981 | $2,375.00 | 6.00 | $14,250.00 |
| Leventhal, Shari D. | Of Counsel | 1989 | 1988 | $2,295.00 | 0.60 | $1,377.00 |
| Tomaino Jr., Michael T. | Of Counsel | 1990 | 1989 | $2,375.00 | 145.50 | $345,562.50 |
| Williams, Hilary M. | Of Counsel | 1998 | 1996 | $2,295.00 | 2.30 | $5,278.50 |
| Clarke, Stephen H. | Special Counsel | 2011 | 2010 | $1,675.00 | 35.60 | $59,630.00 |
| Harsch, Bradley A. | Special Counsel | 1998 | 1998 | $1,895.00 | 423.00 | $801,585.00 |
| Jensen, Christian P. | Special Counsel | 2016 | 2015 | $1,675.00 | 0.40 | $670.00 |
| Logan, Ryan P. | Special Counsel | 2007 | 2007 | $1,895.00 | 6.60 | $12,507.00 |
| Long, Sarah Remmer | Special Counsel | 2015 | 2014 | $1,860.00 | 0.80 | $1,488.00 |
| O'Reilly, Brian P. | Special Counsel | 2003 | 2002 | $1,860.00 | 0.60 | $1,116.00 |
| Popovsky, Mark A. | Special Counsel | 2012 | 2011 | $1,675.00 | 73.30 | $122,777.50 |
| Queen, Eric H. | Special Counsel | 1977 | 1976 | $1,860.00 | 0.10 | $186.00 |
| Russell, Tracey E. | Special Counsel | 2002 | 2001 | $1,860.00 | 1.70 | $3,162.00 |
| Sedlak, Jonathan M. | Special Counsel | 2005 | 2004 | $1,675.00 | 186.60 | $312,555.00 |
| Smith, Bradley P. | Special Counsel | 1998 | 1997 | $1,895.00 | 0.10 | $189.50 |
| Sutton, Jennifer L. | Special Counsel | 2004 | 2004 | $1,895.00 | 10.20 | $19,329.00 |
| Wagener, William H. | Special Counsel | 2004 | 2003 | $1,675.00 | 65.40 | $109,545.00 |
| Yeargan, Shane R. | Special Counsel | 2014 | 2013 | $1,675.00 | 34.10 | $57,117.50 |
| **Of Counsel and Special Counsel Total** | | | | | **993.70** | **$1,870,225.50** |
| Benton, Simone A. | Practice Area Associate | 2001 | 2008 | $1,475.00 | 1.00 | $1,475.00 |
| Carrier, Rita M. | Practice Area Associate | 1984 | 1984 | $1,450.00 | 43.30 | $62,785.00 |
| Mendola-D'Andrea, Lisabeth A. | Practice Area Associate | 2006 | 2005 | $860.00 | 0.40 | $344.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Xiang, Shihui | Practice Area Associate | 2020 | 2019 | $860.00 | 59.70 | $51,342.00 |
| **Practice Area Associate** | | | | | **104.40** | **$115,946.00** |
| Abada, Danielle B. | Associate | 2018 | 2017 | $1,530.00 | 0.40 | $612.00 |
| Anfang, Michael A. | Associate | 2024 | 2023 | $850.00 | 132.80 | $112,880.00 |
| Baker, Nicholas R. | Associate | 2019 | 2018 | $1,490.00 | 0.70 | $1,043.00 |
| Barnes, Grier E. | Associate | 2022 | 2021 | $1,295.00 | 34.70 | $44,936.50 |
| Bauer, Phinneas G. | Associate | 2024 | 2023 | $850.00 | 246.50 | $209,525.00 |
| Bennett, Mark C. | Associate | 2018 | 2017 | $765.00** | 2.90 | $2,218.50 |
| Bennett, Mark C. | Associate | 2018 | 2017 | $1,530.00 | 375.20 | $574,056.00 |
| Bierlein, Johanna Ruth | Associate | 2024 | 2023 | $850.00 | 158.50 | $134,725.00 |
| Blaisdell, Jackson T. | Associate | 2023 | 2023 | $850.00 | 163.00 | $138,550.00 |
| Brod, Andrew B. | Associate | 2023 | 2022 | $995.00 | 357.80 | $356,011.00 |
| Campbell, Craig A. | Associate | 2023 | 2023 | $850.00 | 88.20 | $74,970.00 |
| Capogna, Alexander H. | Associate | 2021 | 2020 | $1,395.00 | 1.30 | $1,813.50 |
| Ciafone, Jacob W. | Associate | 2024 | 2023 | $850.00 | 188.00 | $159,800.00 |
| Cockle, Hannah | Associate | 2021 | 2021 | $1,295.00 | 0.30 | $388.50 |
| Courroy, Arthur D. | Associate | 2023 | 2022 | $995.00 | 83.40 | $82,983.00 |
| De Vries, Saskia E.L. | Associate | 2024 | 2023 | $850.00 | 70.00 | $59,500.00 |
| Donnelly, Kathleen T. | Associate | 2019 | 2018 | $1,490.00 | 163.30 | $243,317.00 |
| Enriquez-Sarano, Louis | Associate | 2022 | 2021 | $1,295.00 | 214.60 | $277,907.00 |
| Erdogan, Batuhan | Associate | in process | 2023 | $850.00 | 0.30 | $255.00 |
| Ferdinandi, Federico | Associate | 2021 | 2019 | $1,450.00 | 111.20 | $161,240.00 |
| Fevrier, Adam | Associate | 2024 | 2022 | $995.00 | 1.50 | $1,492.50 |
| Flegenheimer, Zoeth M. | Associate | 2019 | 2018 | $745.00** | 1.20 | $894.00 |
| Flegenheimer, Zoeth M. | Associate | 2019 | 2018 | $1,490.00 | 262.00 | $390,380.00 |
| Foote, Isaac S. | Associate | 2023 | 2022 | $498.00 | 7.10 | $3,535.80 |
| Foote, Isaac S. | Associate | 2023 | 2022 | $995.00 | 192.70 | $191,736.50 |
| Fradin, Daniel E. | Associate | 2023 | 2022 | $995.00 | 37.50 | $37,312.50 |
| Friedman, Mitchell N. | Associate | 2019 | 2018 | $1,490.00 | 1.90 | $2,831.00 |
| Fulton, Sean P. | Associate | 2016 | 2016 | $1,575.00 | 75.20 | $118,440.00 |
| Goldman, Jessica H. | Associate | 2020 | 2019 | $1,450.00 | 1.30 | $1,885.00 |
| Greene, Brett M. | Associate | 2024 | 2023 | $850.00 | 15.20 | $12,920.00 |
| Haase, Michael A. | Associate | 2021 | 2017 | $1,530.00 | 16.40 | $25,092.00 |
| Han, Yaqi | Associate | 2020 | 2019 | $1,450.00 | 1.90 | $2,755.00 |
| Handelsman, Dylan M. | Associate | 2019 | 2018 | $1,490.00 | 51.90 | $77,331.00 |
| Hearn, Zachary W.M. | Associate | 2021 | 2020 | $1,395.00 | 6.30 | $8,788.50 |
| Hill, Tyler W. | Associate | 2017 | 2016 | $1,575.00 | 160.20 | $252,315.00 |
| Hodges, Christian T. | Associate | 2023 | 2022 | $995.00 | 1.50 | $1,492.50 |
| Holland, Alexander S. | Associate | 2021 | 2020 | $1,395.00 | 265.80 | $370,791.00 |
| Hoover, Ruth H. | Associate | 2022 | 2022 | $995.00 | 92.00 | $91,540.00 |
| Jang, James | Associate | 2023 | 2022 | $995.00 | 0.10 | $99.50 |
| Kapoor, Julie G. | Associate | 2018 | 2016 | $765.00** | 20.00 | $15,300.00 |
| Kapoor, Julie G. | Associate | 2018 | 2016 | $1,530.00 | 282.80 | $432,684.00 |
| Keeley, Julian M. | Associate | 2023 | 2022 | $995.00 | 21.40 | $21,293.00 |
| Kerin, Meaghan Chas | Associate | 2019 | 2018 | $1,490.00 | 15.20 | $22,648.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Kewlani, Kanishka | Associate | 2024 | 2023 | $850.00 | 341.80 | $290,530.00 |
| Kim, HyunKyu | Associate | 2022 | 2020 | $1,395.00 | 190.10 | $265,189.50 |
| Kyle, J. Carrington | Associate | 2023 | 2023 | $850.00 | 6.20 | $5,270.00 |
| Lavin, Phoebe A. | Associate | 2023 | 2022 | $995.00 | 379.20 | $377,304.00 |
| Lee, Jinny | Associate | 2023 | 2022 | $995.00 | 62.90 | $62,585.50 |
| Levin, Elizabeth D. | Associate | 2021 | 2020 | $1,395.00 | 7.20 | $10,044.00 |
| Levin, Lana V. | Associate | 2023 | 2022 | $995.00 | 2.20 | $2,189.00 |
| Levine, Aaron M. | Associate | 2018 | 2017 | $1,530.00 | 258.30 | $395,199.00 |
| Li, Alexandra | Associate | 2023 | 2023 | $850.00 | 217.20 | $184,620.00 |
| Li, Samantha | Associate | 2022 | 2021 | $1,295.00 | 8.60 | $11,137.00 |
| Lim, KJ | Associate | 2019 | 2020 | $1,490.00 | 12.90 | $19,221.00 |
| Liu, Sienna | Associate | 2021 | 2020 | $1,395.00 | 19.30 | $26,923.50 |
| Loh, Esther L.S. | Associate | 2023 | 2022 | $995.00 | 4.40 | $4,378.00 |
| MacDonald, Jeffrey W. | Associate | 2018 | 2017 | $1,530.00 | 404.50 | $618,885.00 |
| Mandel, Robert H. | Associate | 2024 | 2023 | $850.00 | 7.60 | $6,460.00 |
| Masoudi, Yasmin | Associate | 2023 | 2022 | $995.00 | 5.90 | $5,870.50 |
| Materni, Michele C. | Associate | 2017 | 2016 | $1,575.00 | 8.70 | $13,702.50 |
| Mayberry, Keila M. | Associate | 2023 | 2022 | $995.00 | 404.60 | $402,577.00 |
| Mazumdar, Aneesa | Associate | 2023 | 2022 | $995.00 | 204.80 | $203,776.00 |
| Mazzarelli, Samantha M. | Associate | 2024 | 2023 | $850.00 | 86.80 | $73,780.00 |
| Merriam, William J. | Associate | 2024 | 2023 | $850.00 | 117.10 | $99,535.00 |
| Middleditch, Hattie R. | Associate | 2014 | 2017 | $1,530.00 | 37.70 | $57,681.00 |
| Miller, Nicole A. | Associate | 2023 | 2022 | $995.00 | 23.40 | $23,283.00 |
| Millet, Tatum E. | Associate | 2023 | 2022 | $995.00 | 146.00 | $145,270.00 |
| Mishkin, Sarah H. | Associate | 2019 | 2018 | $1,490.00 | 1.20 | $1,788.00 |
| O'Hara, Daniel P. | Associate | 2021 | 2020 | $698.00** | 4.00 | $2,792.00 |
| O'Hara, Daniel P. | Associate | 2021 | 2020 | $1,395.00 | 421.90 | $588,550.50 |
| Pacia, Gabrielle N. | Associate | 2021 | 2020 | $1,395.00 | 6.10 | $8,509.50 |
| Pan, Yinran | Associate | 2022 | 2021 | $1,295.00 | 1.00 | $1,295.00 |
| Paranyuk, Julia E. | Associate | 2023 | 2021 | $1,295.00 | 21.60 | $27,972.00 |
| Patton, James A. | Associate | 2022 | 2021 | $1,295.00 | 65.60 | $84,952.00 |
| Pe, Jessica L. | Associate | 2023 | 2023 | $850.00 | 13.20 | $11,220.00 |
| Plamondon, Marie-Ève | Associate | 2020 | 2019 | $1,450.00 | 3.70 | $5,365.00 |
| Polanun, Jean | Associate | 2024 | 2023 | $850.00 | 146.40 | $124,440.00 |
| Profeta, Stephen J. | Associate | 2022 | 2021 | $1,295.00 | 0.20 | $259.00 |
| Rosenfeld, Jared H. | Associate | 2019 | 2018 | $1,490.00 | 136.20 | $202,938.00 |
| Rosenthal, Samantha B. | Associate | 2022 | 2020 | $1,395.00 | 46.90 | $65,425.50 |
| Ross, Luke W. | Associate | 2023 | 2022 | $995.00 | 313.80 | $312,231.00 |
| Roze, Ekaterina | Associate | 2018 | 2017 | $1,530.00 | 0.60 | $918.00 |
| Ruan, Ting | Associate | 2023 | 2023 | $995.00 | 30.30 | $30,148.50 |
| Rust, Maximilian W.G. | Associate | 2023 | 2022 | $995.00 | 35.50 | $35,322.50 |
| Sadat, Medina M. | Associate | 2021 | 2020 | $1,395.00 | 10.50 | $14,647.50 |
| Saevitzon, Jamie G. | Associate | 2024 | 2023 | $850.00 | 355.70 | $302,345.00 |
| Scales, Manon T. | Associate | 2016 | 2016 | $1,575.00 | 5.40 | $8,505.00 |
| Schaaff, Harold J. | Associate | 2023 | 2023 | $850.00 | 37.00 | $31,450.00 |
| Schutt, Robert P. | Associate | 2023 | 2022 | $995.00 | 46.70 | $46,466.50 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Schwartz, Maxwell E. | Associate | 2020 | 2019 | $1,450.00 | 55.00 | $79,750.00 |
| Setren, Kira R. | Associate | in process | 2023 | $850.00 | 37.60 | $31,960.00 |
| Shehada, Emile R. | Associate | 2023 | 2022 | $995.00 | 171.20 | $170,344.00 |
| Shure, Harrison B. | Associate | 2024 | 2023 | $850.00 | 205.50 | $174,675.00 |
| Simpson, James G. | Associate | 2017 | 2016 | $1,575.00 | 1.20 | $1,890.00 |
| Stern, Corey J. | Associate | 2023 | 2022 | $995.00 | 9.10 | $9,054.50 |
| Strand, Matthew L. | Associate | 2020 | 2020 | $698.00** | 1.20 | $837.60 |
| Strand, Matthew L. | Associate | 2020 | 2020 | $1,395.00 | 297.80 | $415,431.00 |
| Sullivan, Charles H. | Associate | 2019 | 2018 | $1,490.00 | 144.60 | $215,454.00 |
| Toobin, Adam J. | Associate | 2023 | 2022 | $995.00 | 30.40 | $30,248.00 |
| Van Allen, Leanne M. | Associate | 2022 | 2021 | $1,295.00 | 8.20 | $10,619.00 |
| Van Holten, Luke H. | Associate | 2021 | 2020 | $1,395.00 | 143.80 | $200,601.00 |
| Vickers, Michelle A. | Associate | 2015 | 2015 | $1,575.00 | 2.90 | $4,567.50 |
| Wadhawan, Subhah | Associate | 2024 | 2023 | $850.00 | 339.20 | $288,320.00 |
| Wang, Lisa V. | Associate | in process | 2023 | $850.00 | 147.50 | $125,375.00 |
| Weinberg Crocco, Fabio | Associate | 2011 | 2017 | $1,530.00 | 99.40 | $152,082.00 |
| Xu, Sam | Associate | 2024 | 2023 | $850.00 | 14.00 | $11,900.00 |
| Yu, Meng | Associate | 2021 | 2020 | $1,395.00 | 29.60 | $41,292.00 |
| Zahn, Arnold | Associate | 2023 | 2023 | $850.00 | 328.90 | $279,565.00 |
| Zhang, Naiquan | Associate | 2023 | 2022 | $995.00 | 139.30 | $138,603.50 |
| Zonenshayn, Benjamin | Associate | 2023 | 2022 | $995.00 | 305.20 | $303,674.00 |
| Cuesta Garayoa, Álvaro | Visiting Lawyer | 2020 | 2019 | $850.00 | 72.00 | $61,200.00 |
| U Jin, Nicholas | Trainee Solicitor | in process | 2023 | $550.00 | 16.20 | $8,910.00 |
| **Associate Total** | | | | | **11,184.90** | **$12,689,591.90** |
| **Lawyers Total** | | | | | **17,101.50** | **$25,789,829.90** |
| Baldini, Michael X. | Paralegal | | | $0.00* | 52.90 | $0.00 |
| Bjarnason, Maxim H. | Paralegal | | | $450.00 | 15.50 | $6,975.00 |
| Bowden, Karen E. | Paralegal | | | $650.00 | 4.30 | $2,795.00 |
| Brice, Mac L. | Paralegal | | | $0.00* | 14.50 | $0.00 |
| Brice, Mac L. | Paralegal | | | $450.00 | 41.00 | $18,450.00 |
| Chen, Sophia | Paralegal | | | $0.00* | 20.30 | $0.00 |
| Chen, Sophia | Paralegal | | | $650.00 | 69.40 | $45,110.00 |
| Chiu, Jeffrey H. | Paralegal | | | $650.00 | 4.00 | $2,600.00 |
| Ghatalia, Priyanka R. | Paralegal | | | $0.00* | 141.50 | $0.00 |
| Kohata, Michiko | Paralegal | | | $650.00 | 1.80 | $1,170.00 |
| Kopp, Emily A. | Paralegal | | | $0.00* | 65.00 | $0.00 |
| Kopp, Emily A. | Paralegal | | | $450.00 | 14.40 | $6,480.00 |
| Menin, Raina A. | Paralegal | | | $450.00 | 6.20 | $2,790.00 |
| Ontiveros, Virginia E. | Paralegal | | | $0.00* | 80.00 | $0.00 |
| Purcell, Halloran N. | Paralegal | | | $565.00 | 6.00 | $3,390.00 |
| Pytosh, Jordan A. | Paralegal | | | $0.00* | 53.40 | $0.00 |
| Rosario, Dario A. | Paralegal | | | $650.00 | 1.60 | $1,040.00 |
| Rosen, Celia S. | Paralegal | | | $0.00* | 52.90 | $0.00 |
| Sami, Dima M. | Paralegal | | | $450.00 | 1.00 | $450.00 |
| Schlossberg, Harrison | Paralegal | | | $0.00* | 5.10 | $0.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Schlossberg, Harrison | Paralegal | | | $565.00 | 19.00 | $10,735.00 |
| Shahnazary, Victoria G. | Paralegal | | | $565.00 | 19.70 | $11,130.50 |
| Smusz, Nicholas | Paralegal | | | $0.00* | 56.70 | $0.00 |
| Vasylyk, Natalia | Paralegal | | | $0.00* | 12.80 | $0.00 |
| West, Molly E. | Paralegal | | | $565.00 | 0.50 | $282.50 |
| Wiley, Jack T. | Paralegal | | | $0.00* | 52.20 | $0.00 |
| Williams, Thursday K. | Paralegal | | | $450.00 | 2.20 | $990.00 |
| Yamasaki, Sonoko | Paralegal | | | $650.00 | 1.00 | $650.00 |
| Abad, Bonifacio J. | Legal Analyst - Litigation | | | $650.00 | 53.90 | $35,035.00 |
| Ahmed, Fareed | Legal Analyst - Litigation | | | $650.00 | 36.50 | $23,725.00 |
| Arebamen, Ehi G. | Legal Analyst - Litigation | | | $650.00 | 49.20 | $31,980.00 |
| Fukui, Terry M. | Legal Analyst - Litigation | | | $0.00* | 46.10 | $0.00 |
| Fukui, Terry M. | Legal Analyst - Litigation | | | $650.00 | 174.30 | $113,295.00 |
| Hazard, Joshua M. | Legal Analyst - Litigation | | | $650.00 | 185.70 | $120,705.00 |
| Hewitson, Sally | Legal Analyst - Litigation | | | $650.00 | 202.60 | $131,690.00 |
| Johnson, Sherry T. | Legal Analyst - Litigation | | | $650.00 | 28.50 | $18,525.00 |
| Maratheftis, Georgia | Legal Analyst - Litigation | | | $650.00 | 27.00 | $17,550.00 |
| Perry, Robin | Legal Analyst - Litigation | | | $650.00 | 17.90 | $11,635.00 |
| Ragnanan, Nicolette S. | Legal Analyst - Litigation | | | $650.00 | 153.30 | $99,645.00 |
| Samuel, Dawn C. | Legal Analyst - Litigation | | | $650.00 | 318.90 | $207,285.00 |
| Zhong, Shan | Legal Analyst - Litigation | | | $0.00* | 95.00 | $0.00 |
| McMahon, Mary R. | Legal Analyst - Discovery | | | $650.00 | 25.20 | $16,380.00 |
| Cabrera, Ismael | Electronic Discovery | | | $550.00 | 0.50 | $275.00 |
| Fanning, Carrie R. | Electronic Discovery | | | $550.00 | 0.50 | $275.00 |
| Gilday, Joseph F. | Electronic Discovery | | | $550.00 | 98.80 | $54,340.00 |
| Hossein, Saud M. | Electronic Discovery | | | $550.00 | 7.60 | $4,180.00 |
| Lopez, Nathaniel S. | Electronic Discovery | | | $550.00 | 9.50 | $5,225.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Masurka, Evan R. | Electronic Discovery | | | $550.00 | 1.00 | $550.00 |
| Mian, Ahmed A. | Electronic Discovery | | | $550.00 | 1.30 | $715.00 |
| Newman, Eric M. | Electronic Discovery | | | $550.00 | 12.40 | $6,820.00 |
| Walther, Wayne M. | Electronic Discovery | | | $550.00 | 34.90 | $19,195.00 |
| Wolowski, Nicholas D. | Electronic Discovery | | | $550.00 | 59.50 | $32,725.00 |
| Ybanez, Jecamiah M. | Electronic Discovery | | | $525.00 | 20.20 | $10,605.00 |
| Yim, Eileen Y. L. | Electronic Discovery | | | $550.00 | 18.50 | $10,175.00 |
| **Non Legal Personnel Total** | | | | | **2,493.70** | **$1,087,568.00** |
| **GRAND TOTAL** | | | | | **19,595.20** | **$26,877,397.90** |

\* Zero rate appears wherever no fee was charged for work.

\*\* 50% rate appears where time is charged for non-working travel.

**Blended Hourly Rate: $1,371.63**