**<u>Exhibit C</u>**

**Expense Summary for the Application Period**

**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(FEBRUARY 1, 2024 THROUGH AND INCLUDING APRIL 30, 2024)**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[1] if Applicable** | **Amount** |
| Repro - B&W Copies | | $1,698.30 |
| Repro - Color Copies | | $2,538.00 |
| Delivery/Courier | | $2,340.71 |
| Local Transportation | | $15,889.88 |
| Travel and Expenses | | $22,930.66 |
| Conference Room Dining | | $2,712.93 |
| Meals - Overtime | | $3,993.16 |
| Transcripts | | $10,462.68 |
| CT Corp/CSC | | $1,350.16 |
| Other Professionals | South Square Barristers | $35,062.89 |
| | **TOTAL** | **$98,979.37** |

---

[1]   S&C may use one or more service providers.  The service providers identified herein are the primary service providers for the categories described.

4886-6623-6613 v.2