**Exhibit D**

**Customary and Comparable Compensation Disclosures**

4886-6623-6613 v.2

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

| Category | FTX Trading Ltd.[*] February 2024 through April 2024 | | Firm[**] Total Firm Bills Allocated to Non-BK General Domestic Timekeepers from April 2023 through April 2024 | |
|---|---|---|---|---|
| | Blended Hourly Rate | % of Total Hours | Blended Hourly Rate | % of Total Hours |
| Partners and Counsels [(1)] | $2,234 | 48% | $2,002 | 31% |
| Associate [(2)] | $1,134 | 48% | $1,042 | 60% |
| Non-Lawyer [(3)] | $436 | 4% | $549 | 9% |
| **All Timekeepers Average** | **$1,372** | **100%** | **$1,298** | **100%** |

[(1)] Includes Special Counsel, Of Counsel, Senior Counsel

[(2)] Includes Senior Associate (Level 5-8), Practice Area Associates, and Junior Associate (Level 1-4)

[(3)] Includes Summer Associate, Interns, Paralegals, Legal Analyst, Research Analyst, and Electronic Discovery

[*] Includes No Charge entries on various projects. No Charge entries were included on the fee applications with a $0 rate.

[**] Includes non-BK work of BK timekeepers and all work of other domestic timekeepers, excluding litigation matters and all write-offs (bills or collections less than 60% of standard rates).