# Exhibit E

**Estimated Staffing and Budget Plan**

4886-6623-6613 v.2

## STAFFING PLAN FOR SULLIVAN & CROMWELL LLP, COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD FEBRUARY 1, 2024 THROUGH APRIL 30, 2024

| TIMEKEEPER CATEGORY | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE APPLICATION PERIOD (1) | RANGE OF RATES |
|---|---|---|
| Partners | 25 | $1,695.00-$2,375.00 |
| Special Counsel, Of Counsel, Associates | 75 | $850.00-$2,275.00 |
| Non-Legal Personnel (2) | 40 | $195.00-$650.00 |

(1) Estimate is for total number of timekeepers billing any substantial number of hours to matter (not F.T.E.s).
(2) Includes clerks, legal analysts and eDiscovery professionals.

## ESTIMATED BUDGET FOR SULLIVAN & CROMWELL, COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD FEBRUARY 1, 2024 THROUGH APRIL 30, 2024

| PROJECT CATEGORY | ESTIMATED HOURS[1] | ESTIMATED FEES[2] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| ASSET ANALYSIS AND RECOVERY | 1500.00 | $1,897,500.00 | 920.90 | $1,433,797.00 |
| ASSET DISPOSITION | 15000.00 | $18,975,000.00 | 2,950.80 | $3,759,938.00 |
| ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | 150.00 | $189,750.00 | 1.50 | $2,512.00 |
| AVOIDANCE ACTION ANALYSIS | 4000.00 | $5,060,000.00 | 1,603.20 | $2,266,175.00 |
| BUSINESS OPERATIONS | 900.00 | $1,138,500.00 | 242.80 | $386,879.00 |
| CASE ADMINISTRATION | 600.00 | $759,000.00 | 138.60 | $323,518.00 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 1100.00 | $1,391,500.00 | 411.20 | $548,198.50 |
| CORPORATE GOVERNANCE AND BOARD MATTERS | 400.00 | $506,000.00 | 96.10 | $198,774.00 |
| EMPLOYEE BENEFITS AND PENSIONS | 325.00 | $411,125.00 | 50.90 | $76,832.00 |
| EMPLOYMENT AND FEE APPLICATIONS (S&C) | 450.00 | $569,250.00 | 206.80 | $254,509.00 |

---

[1]  Estimated hours represent high-end of S&C's estimates of hours during the interim fee period.

[2]  Estimated fees represent high-end of S&C's estimates of fees during the interim fee period.

| PROJECT CATEGORY | ESTIMATED HOURS[1] | ESTIMATED FEES[2] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | 225.00 | $284,625.00 | 100.80 | $141,911.00 |
| FINANCING AND CASH COLLATERAL | 60.00 | $75,900.00 | - | $0.00 |
| OTHER LITIGATION | 2850.00 | $3,605,250.00 | 1,846.00 | $2,802,538.50 |
| MEETINGS AND COMMUNICATIONS WITH CREDITORS | 600.00 | $759,000.00 | 50.60 | $105,732.00 |
| NON-WORKING TRAVEL | 250.00 | $316,250.00 | 107.40 | $107,919.90 |
| PLAN AND DISCLOSURE STATEMENT | 4400.00 | $5,566,000.00 | 2,155.80 | $3,513,093.00 |
| RELIEF FROM STAY AND ADEQUATE PROTECTION | 120.00 | $151,800.00 | 19.50 | $25,225.00 |
| TAX | 2250.00 | $2,846,250.00 | 1,451.60 | $2,756,011.00 |
| VALUATION | 0.00 | $0.00 | - | $0.00 |
| DISCOVERY | 6000.00 | $7,590,000.00 | 3,469.60 | $3,465,754.00 |
| HEARINGS | 300.00 | $379,500.00 | 65.60 | $119,058.00 |
| FIRST AND SECOND DAY MOTIONS | 0.00 | $0.00 | - | $0.00 |
| CLAIMS INVESTIGATION | 300.00 | $379,500.00 | 22.80 | $20,294.50 |
| GENERAL INVESTIGATION | 2000.00 | $2,530,000.00 | 1,399.30 | $2,076,187.00 |
| SCHEDULES, SOFAS AND REPORTING | 45.00 | $56,925.00 | 11.10 | $23,976.00 |
| OTHER MOTIONS/APPLICATIONS | 1200.00 | $1,518,000.00 | 120.30 | $186,627.50 |
| TIME ENTRY REVIEW | 1800.00 | $2,277,000.00 | 748.40 | $0.00 |
| BUDGETING | 30.00 | $37,950.00 | 1.30 | $585.00 |
| GENERAL REGULATORY | 300.00 | $379,500.00 | 82.20 | $148,162.50 |
| BAHAMAS MATTERS | 300.00 | $379,500.00 | 22.90 | $28,874.00 |
| FOREIGN DEBTOR MATTERS | 2250.00 | $2,846,250.00 | 984.00 | $1,567,259.50 |
| COORDINATION WITH FOREIGN PROCEDURES | 450.00 | $569,250.00 | 2.20 | $5,225.00 |
| COORDINATION IN OTHER BANKRUPTCIES | 600.00 | $759,000.00 | 54.60 | $69,431.00 |
| INVESTIGATIVE REPORTS | 150.00 | $189,750.00 | - | $0.00 |
| CYBER ISSUES | 600.00 | $759,000.00 | 141.80 | $225,038.00 |
| EXAMINER PREP | 300.00 | $379,500.00 | 114.60 | $237,363.00 |
| **Total** | **51,805.00** | **$65,533,325.00** | **19,595.20** | **$26,877,397.90** |