**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| FTX TRADING, LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| | (Jointly Administered) |
| Debtors. | **Objection Deadline:**<br>**July 5, 2024, at 4:00 p.m. (ET)**<br>**Hearing Date:**<br>**September 12, 2024, at 1:00 p.m. (ET)** |

**NOTICE OF THIRD INTERIM FEE APPLICATION OF ROTHSCHILD & CO US INC., AS INVESTMENT BANKER TO THE EXECUTIVE COMMITTEE OF THE AD HOC COMMITTEE OF NON-U.S. CUSTOMERS OF FTX.COM, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>FROM FEBRUARY 1, 2024, THROUGH APRIL 30, 2024</u>**

**PLEASE TAKE NOTICE** that on the date hereof, Rothschild & Co US Inc. ("<u>Rothschild & Co.</u>") filed its *Third Interim Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-U.S. Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2024, through April 30, 2024* (the "<u>Application</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>").

**PLEASE TAKE FURTHER NOTICE THAT** objections, if any, to the Application must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 435] entered by the Court (the "<u>Interim Compensation Order</u>"), and are required to be filed on or before **July 5, 2024, at 4:00 p.m. (ET)** (the "<u>Objection Deadline</u>") with the Clerk of the Court, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801, and must be served on the following parties so as to be received by such parties on or before the Objection Deadline:

    i.    Rothschild & Co US Inc., 1251 Avenue of the Americas, New York, NY 10020, Attn: Charles Delo (Charles.Delo@rothschildandco.com)

    ii.    counsel to the above-captioned debtors and debtors in possession, (a) Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attn: Alexa J.

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Kranzley (kranzleya@sullcrom.com) and (b) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801, Attn: Adam G. Landis (landis@lrclaw.com) and Kimberly A. Brown (brown@lrclaw.com);

iii.     counsel to the Official Committee of Unsecured Creditors, (a) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166, Attn: Kris Hansen (krishansen@paulhastings.com), Erez Gilad (erezgilad@paulhastings.com) and Gabriel Sasson (gabesasson@paulhastings.com) and (b) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Matthew B. Lunn (mlunn@ycst.com) and Robert F. Poppiti, Jr. (rpoppiti@ycst.com);

iv.     the U.S. Trustee, 844 King Street, Suite 2207, Wilmington, Delaware 19801, Attn: Benjamin A. Hackman (benjamin.a.hackman@usdoj.gov), Linda Richenderfer (linda.richenderfer@usdoj.gov) and Jonathan Lipshie (jon.lipshie@usdoj.gov); and

v.     counsel to Katherine Stadler, the fee examiner appointed in the Debtors' chapter 11 cases, Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, Wisconsin 53703 Attn: Mark Hancock (mhancock@gklaw.com).

**PLEASE TAKE FURTHER NOTICE THAT IN ACCORDANCE WITH THE INTERIM COMPENSATION ORDER, IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE INTERIM COMPENSATION ORDER AND THE ABOVE PROCEDURES, THE DEBTORS WILL BE AUTHORIZED TO PAY ROTHSCHILD 80% OF THE FEES AND 100% OF THE EXPENSES REQUESTED IN THE MONTHLY FEE STATEMENTS THAT ARE NOT DISPUTED WITHOUT FURTHER ORDER OF THE COURT.**

**PLEASE TAKE FURTHER NOTICE THAT** A HEARING ON THE APPLICATION WILL BE HELD ON **SEPTEMBER 12, 2024, AT 1:00 P.M. (ET)** BEFORE THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY COURT JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  June 14, 2024          **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
         Wilmington, Delaware  */s/ Jonathan M. Weyand*
                              Eric D. Schwartz (No. 3134)
                              Matthew B. Harvey (No. 5186)
                              Jonathan M. Weyand (No. 6959)
                              1201 North Market Street, 16th Floor
                              Wilmington, Delaware 19801
                              Telephone: (302) 658-9200
                              Facsimile: (302) 658-3989
                              eschwartz@morrisnichols.com
                              mharvey@morrisnichols.com
                              jweyand@morrisnichols.com

                              -and-

                              **EVERSHEDS SUTHERLAND (US) LLP**
                              Erin E. Broderick
                              Michael A. Rogers
                              227 West Monroe Street, Suite 6000
                              Chicago, Illinois 60606
                              Telephone: (312) 724-9006
                              Facsimile: (312) 724-9322
                              erinbroderick@eversheds-sutherland.com
                              michaelrogers@eversheds-sutherland.com

                              Nathaniel T. DeLoatch
                              999 Peachtree St NE
                              Atlanta, GA 30309
                              Telephone: (404) 853-8000
                              Facsimile: (404) 853-8806
                              nathanieldeloatch@eversheds-sutherland.com

                              Sarah E. Paul
                              The Grace Building, 40th Floor
                              1114 Avenue of the Americas
                              New York, New York 10036
                              Telephone: (212) 389-5000
                              Facsimile: (212) 389-5099
                              sarahpaul@eversheds-sutherland.com

                              *Counsel to the Ad-Hoc Committee of*
                              *Non-US Customers of FTX.com*