## Exhibit A

## Expense Detail

### Feburary 1st-April 30th

| Professional | User Date | Amount ($) | Expense description |
|---|---|---|---|
| Sean Crotty | 1/24/2024 | $30.99 | Meal (dinner) |
| Sean Crotty | 2/21/2024 | $34.20 | Meal (dinner) |
| Sean Crotty | 2/26/2024 | $34.20 | Meal (dinner) |
| Sean Crotty | 2/27/2024 | $32.08 | Meal (dinner) |
| Sean Crotty | 3/13/2024 | $29.90 | Meal (dinner) |
| **Net Expenses** | | $161.37 | |
| Lorenzo Munoz | 3/12/2024 | $23.58 | Travel – Taxi (office to home) |
| Lorenzo Munoz | 3/15/2024 | $21.14 | Travel – Taxi (office to home) |
| Lorenzo Munoz | 3/19/2024 | $18.60 | Travel – Taxi (office to home) |
| Lorenzo Munoz | 3/20/2024 | $20.90 | Travel – Taxi (office to home) |
| Lorenzo Munoz | 3/21/2024 | $20.68 | Travel – Taxi (office to home) |
| Lorenzo Munoz | 4/2/2024 | $25.51 | Travel – Taxi (office to home) |
| Lorenzo Munoz | 4/4/2024 | $20.45 | Travel – Taxi (office to home) |
| Lorenzo Munoz | 4/9/2024 | $20.68 | Travel – Taxi (office to home) |
| **Net Expenses** | | $171.54 | |
| Debevoise & Plimpton | 2/29/2023 | $1,643.00 | Legal Fee |
| Debevoise & Plimpton | 3/31/2023 | $6,504.00 | Legal Fee |
| Debevoise & Plimpton | 4/30/2023 | $3,444.00 | Legal Fee |
| **Net Expenses** | | $11,591.00 | |
| **Total Net Expenses** | | **$11,923.91** | |