# Exhibit A

## Summary of Billing by Individual for the Application Period

15372731v1

**SUMMARY OF BILLING BY INIVIDUAL FOR THE APPLICATION PERIOD (FEBRUARY 1, 2024 THROUGH AND INCLUDING APRIL 30, 2024)**

| Timekeeper Name | Position | Total Hours Billed |
|---|---|---|
| Bruce Mendelsohn | Partner | 124.5 |
| Kevin Cofsky | Partner | 100.5 |
| Timm Schipporeit | Partner | 64.5 |
| **Partner Total** | | **289.5** |
| Ema Betts | Managing Director | 488.5 |
| Matt Rahmani | Managing Director | 257.5 |
| **Managing Director Total** | | **746** |
| Nathaniel Nussbaum | Executive Director | 29 |
| Geoff Posess | Executive Director | 30 |
| Wasif Syed | Executive Director | 42 |
| **Executive Director Total** | | **101** |
| Kendyl Flinn | Director | 323.5 |
| **Director Total** | | **323.5** |
| Ryan Moon | Associate | 65 |
| Alexander Kalashnikov | Associate | 52.5 |
| Eduardo Ascioli | Associate | 641.5 |
| Donall O'Leary | Associate | 505 |
| **Associate Total** | | **1,264** |
| Emil Tu | Analyst | 344.5 |
| Jackson Darby | Analyst | 131 |
| **Analyst Total** | | **175.5** |
| **GRAND TOTAL** | | **3,199.5** |

15372731v1