## Exhibit B

**Summary of Compensation by Project Category**

15372731v1

# SUMMARY OF BILLING BY PROJECT CATEGORY[1]
## (FEBRUARY 1, 2024 THROUGH AND INCLUDING APRIL 30, 2024)

| Project Name | Hours |
|---|---|
| CORRESPONDENCE WITH DEBTOR ADVISORS AND PRINCIPALS | 176.5 |
| CORRESPONDENCE WITH CREDITORS, UCC, AND ADVISORS | 180 |
| CORRESPONDENCE WITH THIRD-PARTIES | 622.5 |
| DUE DILIGENCE AND RESTRUCTURING STRATEGY | 744.5 |
| SALE PROCESS MATTERS | 1192 |
| COURT HEARINGS | 0 |
| OTHER ADMINISTRATIVE PROCESSES AND ANALYSIS | 284 |
| **TOTAL** | **3,199.5** |

---

[1] The subject matter of certain time entries may be appropriate for more than one project category. In such instances, time entries generally have been included in the most appropriate category. Time entries do not appear in more than one category.

15372731v1