# Exhibit A

**Summary of Hours and Fees by Individual for the Application Period**

**Summary of Hours and Fees by Individual for the Application Period**
**FEBRUARY 1. 2023 THROUGH AND INCLUDING APRIL 30, 2023**

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Lowery,Kristie L | Billable | National Partner/Principal | 91.80 | $ 990.00 | $ 90,882.00 |
| Lowery,Kristie L | Travel1 | National Partner/Principal | 42.60 | 495.00 | 21,087.00 |
| McComber,Donna | Billable | National Partner/Principal | 72.50 | 990.00 | 71,775.00 |
| Rumford,Neil | Billable | National Partner/Principal | 27.80 | 990.00 | 27,522.00 |
| Simpson,Kirsten | Billable | National Partner/Principal | 10.80 | 990.00 | 10,692.00 |
| Stevens,Matthew Aaron | Billable | National Partner/Principal | 6.50 | 990.00 | 6,435.00 |
| Bailey,Doug | Billable | Partner/Principal | 255.10 | 825.00 | 210,457.50 |
| Bierma,Christa | Billable | Partner/Principal | 0.50 | 825.00 | 412.50 |
| Cavusoglu,Coskun | Billable | Partner/Principal | 53.60 | 825.00 | 44,220.00 |
| Erdem,Ersin | Billable | Partner/Principal | 2.20 | 825.00 | 1,815.00 |
| Estrada,Paul | Billable | Partner/Principal | 1.00 | 825.00 | 825.00 |
| Farrar,Anne | Billable | Partner/Principal | 37.00 | 825.00 | 30,525.00 |
| Ferris,Tara | Billable | Partner/Principal | 41.40 | 825.00 | 34,155.00 |
| Gerig,Gunnar | Billable | Partner/Principal | 0.80 | 825.00 | 660.00 |
| Gupta,Pulkit | Billable | Partner/Principal | 5.60 | 650.00 | 3,640.00 |
| Harvey,Elizabeth R. | Billable | Partner/Principal | 0.40 | 825.00 | 330.00 |
| Holt,Lee | Billable | Partner/Principal | 1.00 | 825.00 | 825.00 |
| Hutchison,Keiran | Billable | Partner/Principal | 35.10 | 850.00 | 29,835.00 |
| Knoeller,Thomas J. | Billable | Partner/Principal | 59.70 | 825.00 | 49,252.50 |
| Knoepp,Bryan | Billable | Partner/Principal | 1.70 | 825.00 | 1,402.50 |
| LaGarde,Stephen | Billable | Partner/Principal | 1.50 | 825.00 | 1,237.50 |
| Lee,Ki-Soo | Billable | Partner/Principal | 1.40 | 825.00 | 1,155.00 |
| Leston,Juan | Billable | Partner/Principal | 7.00 | 825.00 | 5,775.00 |
| Liassides,Petros | Billable | Partner/Principal | 5.00 | 825.00 | 4,125.00 |
| Lovelace,Lauren | Billable | Partner/Principal | 106.50 | 825.00 | 87,862.50 |
| Maeder,Brenda | Billable | Partner/Principal | 0.80 | 825.00 | 660.00 |
| O'Brien,Mike | Billable | Partner/Principal | 0.90 | 825.00 | 742.50 |
| Pflieger,Deborah | Billable | Partner/Principal | 0.50 | 825.00 | 412.50 |
| Raybshteyn,Mikhail | Billable | Partner/Principal | 0.60 | 825.00 | 495.00 |
| Richards,Briana A. | Billable | Partner/Principal | 39.60 | 1,150.00 | 45,540.00 |
| Sandow,Jörg | Billable | Partner/Principal | 1.70 | 825.00 | 1,402.50 |
| Sethi,Navin | Billable | Partner/Principal | 6.70 | 825.00 | 5,527.50 |
| Shea JR,Thomas M | Billable | Partner/Principal | 257.40 | 825.00 | 212,355.00 |
| Shea JR,Thomas M | Travel1 | Partner/Principal | 27.00 | 412.50 | 11,137.50 |
| Socratous,Christoforos | Billable | Partner/Principal | 1.00 | 825.00 | 825.00 |
| Susko,Scott | Billable | Partner/Principal | 1.20 | 825.00 | 990.00 |
| Toi,Sarah Massey | Billable | Partner/Principal | 1.50 | 825.00 | 1,237.50 |
| Walker,Rachael Leigh Braswell | Billable | Partner/Principal | 0.30 | 825.00 | 247.50 |
| Weiler,Sam P | Billable | Partner/Principal | 5.10 | 825.00 | 4,207.50 |

{1368.002-W0076255.}

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Appl,Tobias | Billable | Managing Director | 1.60 | 775.00 | 1,240.00 |
| Borts,Michael | Billable | Managing Director | 2.90 | 775.00 | 2,247.50 |
| Bost,Anne | Billable | Managing Director | 117.90 | 775.00 | 91,372.50 |
| Bost,Anne | Travel1 | Managing Director | 14.00 | 387.50 | 5,425.00 |
| Cadisch,Michael | Billable | Managing Director | 4.80 | 775.00 | 3,720.00 |
| Carlson,Tim | Billable | Managing Director | 0.60 | 775.00 | 465.00 |
| Cotopoulis,Alex | Billable | Managing Director | 1.50 | 775.00 | 1,162.50 |
| DeVincenzo,Jennie | Billable | Managing Director | 85.40 | 775.00 | 66,185.00 |
| DeVincenzo,Jennie | Travel[1] | Managing Director | 13.10 | 387.50 | 5,076.25 |
| Dilorio,John | Billable | Managing Director | 3.10 | 775.00 | 2,402.50 |
| Dubroff,Andy | Billable | Managing Director | 2.70 | 775.00 | 2,092.50 |
| Dudrear,David | Billable | Managing Director | 1.00 | 775.00 | 775.00 |
| Flagg,Nancy A. | Billable | Managing Director | 29.40 | 775.00 | 22,785.00 |
| Fultz,Richard Donald | Billable | Managing Director | 1.60 | 775.00 | 1,240.00 |
| Huddleston,Joe | Billable | Managing Director | 0.60 | 775.00 | 465.00 |
| Jackel,Jonathan | Billable | Managing Director | 1.30 | 775.00 | 1,007.50 |
| Koch,Markus | Billable | Managing Director | 3.20 | 775.00 | 2,480.00 |
| Kooiker,Darcy | Billable | Managing Director | 0.40 | 775.00 | 310.00 |
| Masuda,Yoshitake | Billable | Managing Director | 2.00 | 775.00 | 1,550.00 |
| Momah,Sandra | Billable | Managing Director | 4.60 | 775.00 | 3,565.00 |
| Nolan,Bill | Billable | Managing Director | 1.30 | 775.00 | 1,007.50 |
| Ritz,Amy Felice | Billable | Managing Director | 2.30 | 775.00 | 1,782.50 |
| Roberti,Scott | Billable | Managing Director | 0.60 | 775.00 | 465.00 |
| Sargent,Amy Johannah | Billable | Managing Director | 1.30 | 775.00 | 1,007.50 |
| Soderman,Kathy | Billable | Managing Director | 13.60 | 775.00 | 10,540.00 |
| Spyker,Debbie | Billable | Managing Director | 0.50 | 775.00 | 387.50 |
| Tosaki,Ryuta | Billable | Managing Director | 2.00 | 775.00 | 1,550.00 |
| Adegun,Adeyemi | Billable | Senior Manager | 17.00 | 650.00 | 11,050.00 |
| Amacker,Ariane | Billable | Senior Manager | 2.80 | 650.00 | 1,820.00 |
| Ash,Polly Westerberg | Billable | Senior Manager | 9.70 | 650.00 | 6,305.00 |
| Benjamin,Uri | Billable | Senior Manager | 5.50 | 650.00 | 3,575.00 |
| Berman,Jake | Billable | Senior Manager | 81.60 | 650.00 | 53,040.00 |
| Berrette,Sandrine | Billable | Senior Manager | 3.80 | 650.00 | 2,470.00 |
| Booth,Joshua Daniel | Billable | Senior Manager | 0.50 | 650.00 | 325.00 |
| Bowden,Jamie | Billable | Senior Manager | 0.20 | 650.00 | 130.00 |
| Bugden,Nick R | Billable | Senior Manager | 115.30 | 900.00 | 103,770.00 |
| Canfora,Michael | Billable | Senior Manager | 0.60 | 650.00 | 390.00 |
| Cho,Shuck | Billable | Senior Manager | 2.20 | 650.00 | 1,430.00 |
| Coffey,Mandy V. | Billable | Senior Manager | 3.50 | 650.00 | 2,275.00 |
| Cohen,Sam | Billable | Senior Manager | 3.40 | 650.00 | 2,210.00 |
| Colantuoni,Francesca | Billable | Senior Manager | 7.00 | 650.00 | 4,550.00 |
| Dunne,Robert | Billable | Senior Manager | 1.50 | 650.00 | 975.00 |
| Ellenson,Cory | Billable | Senior Manager | 30.20 | 650.00 | 19,630.00 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Espley-Ault,Olivia | Billable | Senior Manager | 3.00 | 650.00 | 1,950.00 |
| Gatt,Katie | Billable | Senior Manager | 11.40 | 650.00 | 7,410.00 |
| Golkar,Ladan | Billable | Senior Manager | 3.50 | 650.00 | 2,275.00 |
| Gundu,Kaivalya | Billable | Senior Manager | 56.90 | 650.00 | 36,985.00 |
| Gursoy,Damla | Billable | Senior Manager | 2.20 | 650.00 | 1,430.00 |
| Haas,Zach | Billable | Senior Manager | 24.00 | 650.00 | 15,600.00 |
| Hamano,Taisuke | Billable | Senior Manager | 8.50 | 650.00 | 5,525.00 |
| Healy,John | Billable | Senior Manager | 29.70 | 650.00 | 19,305.00 |
| Hernandez,Nancy I. | Billable | Senior Manager | 1.00 | 650.00 | 650.00 |
| Howard,Rebecca M. | Billable | Senior Manager | 5.30 | 650.00 | 3,445.00 |
| Jain,Gaurav | Billable | Senior Manager | 27.20 | 550.00 | 14,960.00 |
| Jayanthi,Lakshmi | Billable | Senior Manager | 6.00 | 650.00 | 3,900.00 |
| Jimenez,Joseph Robert | Billable | Senior Manager | 38.90 | 650.00 | 25,285.00 |
| Keefe,Michael J. | Billable | Senior Manager | 0.40 | 650.00 | 260.00 |
| Khubani,Arpita | Billable | Senior Manager | 0.30 | 650.00 | 195.00 |
| Madhok,Kishan | Billable | Senior Manager | 11.00 | 650.00 | 7,150.00 |
| Mayer-Dempsey,Chris Kosch | Billable | Senior Manager | 0.30 | 650.00 | 195.00 |
| Musano,Matthew Albert | Billable | Senior Manager | 110.20 | 650.00 | 71,630.00 |
| Müsker,Philipp | Billable | Senior Manager | 2.70 | 650.00 | 1,755.00 |
| Nguyen,Ly Vu-Uyen | Billable | Senior Manager | 1.20 | 650.00 | 780.00 |
| Nichol,T.J. | Billable | Senior Manager | 35.00 | 650.00 | 22,750.00 |
| Papachristodoulou,Elpida | Billable | Senior Manager | 5.60 | 650.00 | 3,640.00 |
| Puzyk,Michael | Billable | Senior Manager | 0.30 | 650.00 | 195.00 |
| Quigley,Nick W. | Billable | Senior Manager | 0.80 | 650.00 | 520.00 |
| Raulli,Lindsay Elizabeth | Billable | Senior Manager | 18.90 | 650.00 | 12,285.00 |
| Rule,Martin Daniel | Billable | Senior Manager | 6.50 | 650.00 | 4,225.00 |
| Sawyer,David Curtis | Billable | Senior Manager | 1.60 | 650.00 | 1,040.00 |
| Schwarzwälder,Christian | Billable | Senior Manager | 9.30 | 650.00 | 6,045.00 |
| Stamper,Jace Allen | Billable | Senior Manager | 6.70 | 650.00 | 4,355.00 |
| Starr,Alexandra N. | Billable | Senior Manager | 0.40 | 650.00 | 260.00 |
| Tong,Chia-Hui | Billable | Senior Manager | 230.70 | 650.00 | 149,955.00 |
| Weber,Nic | Billable | Senior Manager | 1.50 | 650.00 | 975.00 |
| Wong,Charlotte | Billable | Senior Manager | 0.30 | 650.00 | 195.00 |
| Wong,Wendy | Billable | Senior Manager | 1.20 | 650.00 | 780.00 |
| Yang,Annie | Billable | Senior Manager | 0.90 | 650.00 | 585.00 |
| Yang,Rachel Sim | Billable | Senior Manager | 13.30 | 650.00 | 8,645.00 |
| Bouza,Victor | Billable | Manager | 23.60 | 525.00 | 12,390.00 |
| Cahalane,Shawn M. | Billable | Manager | 129.50 | 525.00 | 67,987.50 |
| Canales,Georgia | Billable | Manager | 4.40 | 525.00 | 2,310.00 |
| Carreras,Stephen | Billable | Manager | 19.10 | 525.00 | 10,027.50 |
| Chan,Serena C | Billable | Manager | 1.80 | 525.00 | 945.00 |
| Choi,Jieun | Billable | Manager | 10.40 | 525.00 | 5,460.00 |
| Craven,Simone | Billable | Manager | 2.20 | 525.00 | 1,155.00 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---:|---:|---:|
| Davis,Kathleen F. | Billable | Manager | 22.70 | 525.00 | 11,917.50 |
| Davis,Matthew | Billable | Manager | 6.00 | 525.00 | 3,150.00 |
| Dickerson,Kelsey | Billable | Manager | 6.70 | 525.00 | 3,517.50 |
| Dulceak,Crystal | Billable | Manager | 45.00 | 525.00 | 23,625.00 |
| Flannery,Jennifer | Billable | Manager | 9.00 | 525.00 | 4,725.00 |
| Gil Diez De Leon,Marta | Billable | Manager | 15.20 | 525.00 | 7,980.00 |
| Goel,Utkarsh | Billable | Manager | 18.90 | 400.00 | 7,560.00 |
| Hammon,David Lane | Billable | Manager | 477.70 | 525.00 | 250,792.50 |
| Hammon,David Lane | Travel[1] | Manager | 21.80 | 262.50 | 5,722.50 |
| Jena,Deepak | Billable | Manager | 52.30 | 525.00 | 27,457.50 |
| Katsnelson,David | Billable | Manager | 43.90 | 525.00 | 23,047.50 |
| Mistler,Brian M | Billable | Manager | 196.10 | 525.00 | 102,952.50 |
| Mistler,Brian M | Travel[1] | Manager | 11.00 | 262.50 | 2,887.50 |
| Nunna,Ramesh kumar | Billable | Manager | 34.40 | 525.00 | 18,060.00 |
| ORiain,Fionn | Billable | Manager | 177.90 | 725.00 | 128,977.50 |
| Oyebefun,Adekunbi | Billable | Manager | 15.00 | 525.00 | 7,875.00 |
| Pavlou,Pantelis | Billable | Manager | 12.20 | 525.00 | 6,405.00 |
| Peiry,Corina | Billable | Manager | 7.70 | 525.00 | 4,042.50 |
| Reece,William | Billable | Manager | 1.00 | 525.00 | 525.00 |
| Richardson,Audrey Sarah | Billable | Manager | 187.70 | 525.00 | 98,542.50 |
| Santoro,David | Billable | Manager | 26.90 | 525.00 | 14,122.50 |
| Srivastava,Nikita Asutosh | Billable | Manager | 6.20 | 525.00 | 3,255.00 |
| Staromiejska,Kinga | Billable | Manager | 107.80 | 525.00 | 56,595.00 |
| Tripathi,Tanmaya | Billable | Manager | 3.50 | 525.00 | 1,837.50 |
| Tsikkouris,Anastasios | Billable | Manager | 18.90 | 525.00 | 9,922.50 |
| Tyllirou,Christiana | Billable | Manager | 24.70 | 525.00 | 12,967.50 |
| Venkataraman,Siddharth | Billable | Manager | 15.70 | 400.00 | 6,280.00 |
| Wrenn,Kaitlin Doyle | Billable | Manager | 259.80 | 525.00 | 136,395.00 |
| Wrenn,Kaitlin Doyle | Travel[1] | Manager | 38.00 | 262.50 | 9,975.00 |
| Zheng,Eva | Billable | Manager | 152.60 | 525.00 | 80,115.00 |
| Ancona,Christopher | Billable | Senior | 405.70 | 395.00 | 160,251.50 |
| Babasoro,Markho Ramius | Billable | Consultant | 5.40 | 445.00 | 2,403.00 |
| Camargos,Lorraine Silva | Billable | Senior | 10.70 | 395.00 | 4,226.50 |
| Canale,Steven P. | Billable | Senior | 4.00 | 395.00 | 1,580.00 |
| Carver,Cody R. | Billable | Senior | 140.20 | 395.00 | 55,379.00 |
| Di Stefano,Giulia | Billable | Senior | 64.30 | 395.00 | 25,398.50 |
| Goyeneche,Katherine | Billable | Senior | 4.00 | 395.00 | 1,580.00 |
| Guzman Chamorro,Itzel | Billable | Senior | 0.50 | 395.00 | 197.50 |
| Hall,Emily Melissa | Billable | Senior | 194.30 | 395.00 | 76,748.50 |
| Hamilton,Mary Catherine | Billable | Senior | 15.00 | 395.00 | 5,925.00 |
| Harris,Sandra | Billable | Senior | 3.60 | 395.00 | 1,422.00 |
| Jegal,Hyeon | Billable | Senior | 5.40 | 395.00 | 2,133.00 |
| Katelas,Andreas | Billable | Senior | 172.60 | 395.00 | 68,177.00 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Klauber,Jaime | Billable | Senior | 2.20 | 395.00 | 869.00 |
| Lasorsa,Caitlyn | Billable | Senior | 2.40 | 395.00 | 948.00 |
| Li,Chunyang | Billable | Senior | 79.80 | 395.00 | 31,521.00 |
| Loo,Lydia | Billable | Senior | 1.30 | 395.00 | 513.50 |
| MacLean,Corrie | Billable | Senior | 234.90 | 395.00 | 92,785.50 |
| Magner,Andrew Michael | Billable | Senior | 4.00 | 395.00 | 1,580.00 |
| Maiello,Rob | Billable | Consultant | 116.80 | 445.00 | 51,976.00 |
| Marie,Hameed | Billable | Senior | 1.00 | 395.00 | 395.00 |
| Marlow,Joe | Billable | Senior | 14.80 | 395.00 | 5,846.00 |
| Masaku,Taiwo | Billable | Senior | 25.00 | 395.00 | 9,875.00 |
| Mesa,Francisco | Billable | Senior | 4.70 | 395.00 | 1,856.50 |
| Molnar,Evgeniya | Billable | Senior | 52.50 | 395.00 | 20,737.50 |
| Nertz,Salome | Billable | Consultant | 4.10 | 395.00 | 1,619.50 |
| Perez,Ellen Joy | Billable | Senior | 4.20 | 395.00 | 1,659.00 |
| Rodriguez,Lenny | Billable | Senior | 46.00 | 395.00 | 18,170.00 |
| Rüegg,Christoph | Billable | Senior | 45.30 | 395.00 | 17,893.50 |
| Short,Victoria | Billable | Senior | 65.00 | 395.00 | 25,675.00 |
| Sissoko,Mody | Billable | Senior | 0.30 | 395.00 | 118.50 |
| Skarou,Tonia | Billable | Senior | 0.70 | 395.00 | 276.50 |
| Steigler,Ella | Billable | Senior | 3.00 | 395.00 | 1,185.00 |
| Sun,Yuchen | Billable | Senior | 113.00 | 395.00 | 44,635.00 |
| Themistou,Victoria | Billable | Senior | 5.50 | 395.00 | 2,172.50 |
| Wagner,Kaspar | Billable | Senior | 11.00 | 395.00 | 4,345.00 |
| Wesolowski,Jennifer L | Billable | Senior | 1.00 | 395.00 | 395.00 |
| Yildiz,Elif | Billable | Senior | 1.20 | 395.00 | 474.00 |
| Yuan,Peiyi | Billable | Senior | 0.50 | 395.00 | 197.50 |
| Zhu,Philip | Billable | Senior | 9.20 | 395.00 | 3,634.00 |
| Akpan,Dorcas | Billable | Staff | 47.40 | 225.00 | 10,665.00 |
| Alfaro,Adriana | Billable | Staff | 3.60 | 225.00 | 810.00 |
| Allen,Jenefier Michelle | Billable | Staff | 0.80 | 225.00 | 180.00 |
| Argentieri,Agustina Jazmín | Billable | Staff | 8.20 | 225.00 | 1,845.00 |
| Banker,Hayley | Billable | Staff | 7.00 | 225.00 | 1,575.00 |
| Castillo,Irvin Giovanni | Billable | Staff | 23.00 | 225.00 | 5,175.00 |
| Choudary,Hira[3] | Billable | Staff | 65.00 | 225.00 | 14,625.00 |
| Cortes,Jackie | Billable | Staff | 0.70 | 225.00 | 157.50 |
| Demirkol,Kenan | Billable | Staff | 1.20 | 225.00 | 270.00 |
| Garcia,Casey | Billable | Staff | 2.90 | 225.00 | 652.50 |
| Geisler,Arthur | Billable | Staff | 10.00 | 225.00 | 2,250.00 |
| Hall,Olivia | Billable | Staff | 27.20 | 225.00 | 6,120.00 |
| Huang,Vanesa | Billable | Staff | 82.70 | 225.00 | 18,607.50 |
| Interiano,Gerardo Alexander | Billable | Staff | 3.50 | 225.00 | 787.50 |
| Jelonek,Theresa Grace | Billable | Staff | 5.40 | 225.00 | 1,215.00 |
| Johnson,Derrick Joseph | Billable | Staff | 28.00 | 225.00 | 6,300.00 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Kallinicou,Korina | Billable | Staff | 2.50 | 225.00 | 562.50 |
| Karan,Anna Suncheuri | Billable | Staff | 127.70 | 225.00 | 28,732.50 |
| Lubic,Jake | Billable | Staff | 0.90 | 225.00 | 202.50 |
| Neziroski,David | Billable | Associate | 62.20 | 365.00 | 22,703.00 |
| Odermatt,Jasmin | Billable | Staff | 4.30 | 225.00 | 967.50 |
| Onwupelu,Shekinah | Billable | Staff | 40.00 | 225.00 | 9,000.00 |
| Ortiz,Daniella | Billable | Staff | 4.00 | 225.00 | 900.00 |
| Owen,Karen | Billable | Staff | 5.00 | 225.00 | 1,125.00 |
| Pierce,Brandon | Billable | Staff | 26.90 | 225.00 | 6,052.50 |
| Pulliam,Michelle | Billable | Staff | 28.40 | 225.00 | 6,390.00 |
| Stillman,Will | Billable | Staff | 65.40 | 225.00 | 14,715.00 |
| Velpuri,Cury | Billable | Staff | 70.30 | 225.00 | 15,817.50 |
| Wong,Maddie | Billable | Staff | 34.00 | 225.00 | 7,650.00 |
| Zhuo,Melody | Billable | Staff | 39.90 | 225.00 | 8,977.50 |
| Zincirli,Mert | Billable | Staff | 3.00 | 225.00 | 675.00 |
| Scott,James | Billable | Client Serving Contractor JS | 240.60 | 600.00 | 144,360.00 |
| Scott,James | Travel[1] | Client Serving Contractor JS | 30.80 | 300.00 | 9,240.00 |
| Bieganski,Walter | Billable | Client Serving Contractor WB | 52.80 | 200.00 | 10,560.00 |
| | | | | | |
| **Total Fees Due** | | | **7,725.30** | | **$4,184,211.75** |

[1] Travel fees are billed out at 50% bill rate

[3] During the 2nd monthly application, EY inadvertently billed Hira Choudary hours at 65.07 resulting in an additional 0.7 hours and $15.75 in fees. EY has reduced its fees by $15.75 for this Second Interim Application.