# Exhibit B
## Summary of Hours and Fees by Matter Category

**Summary of Hours and Fees by Matter Category**
**FEBRUARY 1, 2023 THROUGH AND INCLUDING APRIL 30, 2023**

| Project Category | Hours | Fees |
|---|---|---|
| Chapter 11 Process and Case Management | 13.60 | $ 13,215.00 |
| Fee/Employment Applications | 288.60 | 135,405.00 |
| Information Reporting | 364.90 | 195,858.50 |
| IRS Audit Matters | 68.90 | 44,220.00 |
| Liquidation Activities | 585.60 | 411,875.00 |
| Meetings with Management | 201.10 | 131,793.00 |
| Meetings with Other Advisors | 72.10 | 46,717.50 |
| Non US Tax | 1,303.50 | 618,580.50 |
| Non-Working Travel (billed at 50% of rates) | 198.30 | 70,550.75 |
| Payroll Tax | 718.20 | 381,285.50 |
| Project Management Office Transition | 627.80 | 342,392.00 |
| Tax Advisory | 455.60 | 287,528.50 |
| Technology | 337.40 | 174,505.50 |
| Transfer Pricing | 326.50 | 213,086.00 |
| US Income Tax | 706.90 | 447,734.00 |
| US International Tax | 311.40 | 163,827.50 |
| US State and Local Tax | 1,088.80 | 476,954.00 |
| Value Added Tax | 56.10 | 28,683.50 |
| **Total** | **7,725.30** | **$4,184,211.75** |

{1368.002-W0076255.}