## Exhibit C

**Summary of Expenses**

**Summary of Expenses**
**FEBRUARY 1, 2023 THROUGH AND INCLUDING APRIL 30, 2023**

| Expense Category | Expense Amount |
|---|---:|
| Airfare | $ 12,389.33 |
| Ground Transportation | 6,781.04 |
| Lodging | 13,881.90 |
| Meals | 4,058.58 |
| Miscellaneous | 88.96 |
| Fees for EY LLP's Outside Legal Counsel – March 2023 | 1,700.00 |
| Value Added Tax - Cyprus | 4,148.20 |
| Value Added Tax - Turkey | 718.02 |
| **Total** | **$43,766.03** |

{1368.002-W0076255.}