# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: June 28, 2024 at 4:00 p.m. (ET)** |

### NOTICE OF FILING OF MONTHLY STAFFING REPORT AND COMPENSATION REPORT BY OWL HILL ADVISORY, LLC FOR THE PERIOD MAY 1, 2024 THROUGH MAY 31, 2024

**PLEASE TAKE NOTICE** that on January 9, 2023, the Court entered the *Order Granting Debtors' Motion for an Order Authorizing and Approving (I) the Retention and Employment of Owl Hill Advisory, LLC and (II) the Designation of John J. Ray III as Chief Executive Officer* Nunc Pro Tunc *to the Petition Date* [D.I. 436] (the "Retention Order"),[2] approving, among other things, the retention and employment of Owl Hill Advisory, LLC ("Owl Hill").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraphs 2(d) and 2(e) of the Retention Order, attached hereto as Exhibit A is Owl Hill's staffing and compensation report (the "Report") for the period of May 1, 2024 through May 31, 2024 (the "Reporting Period"). The Report includes (i) the names and functions engaged by the Owl Hill's

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Retention Order.

professionals who provided services to the Debtors during the Reporting Period and (ii) a summary of the services provided, the compensation earned and itemized expenses incurred by Owl Hill during the Reporting Period.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "Objections") to the Report shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Delaware and shall be filed with the Court in accordance with the customary practices of the Court.  Objections must be filed and served on counsel to the Debtors, Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004 (Alexa J. Kranzley; kranzleya@sullcrom.com) and Landis Rath & Cobb LLP, 919 Market Street, Wilmington, Delaware 19801 (Kimberly A. Brown; brown@lrclaw.com), so as to be received no later than **4:00 p.m. ET** on **June 28, 2024** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Retention Order, if no Objection to the Report is filed and served by the Objection Deadline, the Debtors may promptly pay all requested compensation and expenses.

| | |
|---|---|
| Dated:  June 14, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>           brown@lrclaw.com<br>           pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>           bromleyj@sullcrom.com<br>           gluecksteinb@sullcrom.com<br>           kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |