## EXHIBIT A

## Owl Hill Advisory, LLC

**Summary of Staffing and Functions – FTX Trading Ltd., *et al.*
for the Period from May 1, 2024 through May 31, 2024**

| Name and Title | Function/Role |
|---|---|
| **Staffing – Officer Positions** | |
| John J. Ray III | Chief Executive Officer |
| **Staffing – Non-Officer Positions** | |
| N/A | N/A |

**The following Compensation Report includes
services performed by Owl Hill on behalf of the Debtors
for the period from May 1, 2024 through May 31, 2024**

**Summary of Services Provided**

1. John J. Ray III is the only professional staffed by Owl Hill on the engagement. As the CEO for the Debtors, Mr. Ray has assumed in all respects the management of the Debtors' businesses. In addition, as described in the First Day Declarations, Mr. Ray has provided oversight and support to the Debtors' other professionals in connection with execution of the five core objectives of these Chapter 11 Cases:

   (a) Implementation of Controls: the implementation of accounting, audit, cash management, cybersecurity, human resources, risk management, data protection and other systems that did not exist, or did not exist to an appropriate degree, prior to Mr. Ray's appointment;

   (b) Asset Protection & Recovery: the location and security of property of the estate, a substantial portion of which may be missing or stolen;

   (c) Transparency and Investigation: the pending, comprehensive, transparent and deliberate investigation into claims against Mr. Samuel Bankman-Fried, the other co-founders of the Debtors and third parties, in coordination with regulatory stakeholders in the United States and around the world;

   (d) Efficiency and Coordination: cooperation and coordination with insolvency proceedings of subsidiary companies in other jurisdictions; and

   (e) Maximization of Value: the maximization of value for all stakeholders through the eventual reorganization or sale of the Debtors 'complex array of businesses, investments and digital and physical property.

2. During the Reporting Period, Mr. Ray directed and oversaw the Debtors' businesses and worked with the Debtors' retained professionals on these five objectives. This work included periodic meetings and numerous communications with the independent board of directors and attending regular weekly telephonic and in person board meetings to manage and coordinate the Debtors' operations and restructuring efforts. Mr. Ray led weekly calls with the

lead professionals related to the overall direction and management of the case as well as broader weekly meetings with the professional firms that are critical to the day-to-day management of these Chapter 11 Cases.  Additionally, Mr. Ray has worked to establish and maintain internal controls, address and manage employees and employee concerns, interacted with management in Japan, Europe and other locations throughout the world and managed cash, other assets and investments, data and systems related issues with respect to all Debtors.  Mr. Ray also provided oversight related to the Debtors' public relations and communications plans.

3. Mr. Ray also spent significant time managing the Debtors' Chapter 11 Cases.  Mr. Ray has dedicated his time to various issues related to asset recovery and security, engagement and meeting with the Committee and its professionals and monitoring the status of the Debtors' chapter 11 filings and professional retentions.  In connection with the review of professional retentions, Mr. Ray coordinated with the Debtors' professionals to avoid the unnecessary duplication of services.  In addition to work related to claims and creditor management, Mr. Ray provided oversight and assistance with the evaluation of potential avoidance actions, the consideration of the sale of certain businesses and investments and the development of restructuring strategies. Mr. Ray is involved day to day with respect to the management and disposition of the Debtors' coins and tokens. During the period, Mr. Ray devoted time to coordinating with the Joint Provisional Liquidators in the Bahamas to ensure a seamless post confirmation distribution process. Additionally, Mr. Ray oversaw the development of the amended plan and disclosure statement.

## Summary of Compensation and Expenses

| Period | Fees | Expenses | Total |
|---|---|---|---|
| May 1, 2024 – May 31, 2024 | $388,395.00 | $3,495.25 | $391,890.25 |

## Summary of Expense by Category

| Expense Category | Total Expenses |
|---|---|
| Travel – Lodging | $2,100.00 |
| Travel – Airfare | $746.45 |
| Travel – Transportation (other) | $630.85 |
| Travel – Meals | $0.00 |
| Other Expenses | $17.95 |
| **Total Amount for Period:** | $3,495.25 |

## Summary of Time and Fees by Professional

| Name of Professional | Function/Role | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| John J. Ray III | Chief Executive Officer | $1,575.00 | 251.6 | $396,270.00 |
| | **50% adjustment for non-working travel:** | | 10.0 | ($7,875.00) |
| | **Total Amount for Period:** | | | $388,395.00 |

-3-

## Time Detail Activity by Professional

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 5/1/24 | Review motion objection | John J. Ray III | 0.8 | $1,260.00 |
| 5/1/24 | Review materials to assist examiner | John J. Ray III | 6.0 | $9,450.00 |
| 5/1/24 | Call with Galaxy and A&M (K Ramanathan) related to coin and token sales | John J. Ray III | 0.5 | $787.50 |
| 5/1/24 | Call with A&M (K Ramanathan) related to coin and token sales | John J. Ray III | 0.5 | $787.50 |
| 5/1/24 | Review and approve NDAs | John J. Ray III | 0.5 | $787.50 |
| 5/1/24 | Call with QE (S Rand) related to examiner assistance | John J. Ray III | 0.8 | $1,260.00 |
| 5/1/24 | Review claims reconciliation matters | John J. Ray III | 1.8 | $2,835.00 |
| 5/1/24 | Review token auction results and approve reporting | John J. Ray III | 0.5 | $787.50 |
| 5/2/24 | Call with J Frank, A&M (E Mosely and others), and S&C (S Ehrenberg and others) related to Plan communications | John J. Ray III | 0.5 | $787.50 |
| 5/2/24 | Call with Galaxy, A&M (K Ramanathan and others), and committee representatives related to token sales | John J. Ray III | 1.0 | $1,575.00 |
| 5/2/24 | Review of claims processing and provide direction related to same | John J. Ray III | 0.8 | $1,260.00 |
| 5/2/24 | Assist creditor related to claims matters | John J. Ray III | 0.5 | $787.50 |
| 5/2/24 | Review Japan proposals | John J. Ray III | 1.0 | $1,575.00 |
| 5/2/24 | Follow up and review matters related to the EU | John J. Ray III | 1.5 | $2,362.50 |
| 5/2/24 | Review and sign off on NDA for Plan matters | John J. Ray III | 0.3 | $472.50 |
| 5/2/24 | Review and provide direction related to venture matter | John J. Ray III | 0.5 | $787.50 |
| 5/2/24 | Review and comment on token analysis | John J. Ray III | 0.8 | $1,260.00 |

---

[1] Non-working travel is charged at a 50% discount to the standard rate.

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 5/2/24 | Review additional analysis related to Japan | John J. Ray III | 1.3 | $2,047.50 |
| 5/2/24 | Review reconciliation of customer claims | John J. Ray III | 0.5 | $787.50 |
| 5/3/24 | Review KYC matters and provide direction | John J. Ray III | 0.5 | $787.50 |
| 5/3/24 | Communicate with QE related to pending litigation | John J. Ray III | 1.3 | $2,047.50 |
| 5/3/24 | Review further token analysis | John J. Ray III | 0.5 | $787.50 |
| 5/3/24 | Call with creditors and A&M (R Esposito and others) related to claims and KYC matters | John J. Ray III | 1.0 | $1,575.00 |
| 5/3/24 | Review documents related to examiner requests | John J. Ray III | 2.5 | $3,937.50 |
| 5/3/24 | Review analysis related to potential cause of action | John J. Ray III | 2.5 | $3,937.50 |
| 5/3/24 | Call with QE (S Rand and others) related to pending matters | John J. Ray III | 1.0 | $1,575.00 |
| 5/5/24 | Non-working travel to NYC for meetings | John J. Ray III | 5.0 | $3,937.50 |
| 5/5/24 | Call with buyer re EU matters | John J. Ray III | 0.5 | $787.50 |
| 5/5/24 | Review materials for examiner assistance | John J. Ray III | 2.5 | $3,937.50 |
| 5/5/24 | Review and approve Galaxy trading summary | John J. Ray III | 0.3 | $472.50 |
| 5/6/24 | Call regarding Japan with A&M (D Johnston and others) and S&C (E Simpson and others) | John J. Ray III | 0.5 | $787.50 |
| 5/6/24 | Meet with QE (S Rand and others) related to pending matters | John J. Ray III | 1.0 | $1,575.00 |
| 5/6/24 | Call with J Frank and others related to communications related to the Plan | John J. Ray III | 0.5 | $787.50 |
| 5/6/24 | Call with Galaxy, A&M (K Ramanathan and others), and creditor representatives re token sales | John J. Ray III | 1.0 | $1,575.00 |
| 5/6/24 | Call with A&M (K Ramanathan and others) related to coins and token monetization | John J. Ray III | 0.5 | $787.50 |
| 5/6/24 | Review materials to assist examiner | John J. Ray III | 3.0 | $4,725.00 |
| 5/6/24 | Review materials and update related to Plan and Disclosure Statement filings | John J. Ray III | 2.8 | $4,410.00 |
| 5/6/24 | Review and execute sale resolutions | John J. Ray III | 0.8 | $1,260.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 5/6/24 | Review and execute vault documents | John J. Ray III | 0.5 | $787.50 |
| 5/6/24 | Review and sign off on bidder NDAs | John J. Ray III | 0.5 | $787.50 |
| 5/6/24 | Call with potential asset bidder | John J. Ray III | 0.5 | $787.50 |
| 5/6/24 | Review monthly claims reconciliation | John J. Ray III | 0.8 | $1,260.00 |
| 5/6/24 | Review and provide direction related to EU sale | John J. Ray III | 0.5 | $787.50 |
| 5/7/24 | Call with Steering Committee, S&C (A Kranzley and others), A&M (E Mosely and others), and PWP (B Mendelsohn and others) | John J. Ray III | 1.5 | $2,362.50 |
| 5/7/24 | Call with communications team | John J. Ray III | 1.5 | $2,362.50 |
| 5/7/24 | Call with Alix Partners (M Evans and others) related to financial statements | John J. Ray III | 1.0 | $1,575.00 |
| 5/7/24 | Meeting with QE (S Rand and others) and A&M (S Coverick and others) related to pending matters | John J. Ray III | 5.0 | $7,875.00 |
| 5/7/24 | Review of edits to Plan and Disclosure Statement and communications materials | John J. Ray III | 3.8 | $5,985.00 |
| 5/7/24 | Review and approve NDAs for sale and bidders | John J. Ray III | 0.5 | $787.50 |
| 5/7/24 | Review final filing documents for Plan and Disclosure Statement and communications | John J. Ray III | 1.0 | $1,575.00 |
| 5/8/24 | Review Japan materials | John J. Ray III | 1.0 | $1,575.00 |
| 5/8/24 | Meet with creditor re chapter 11 case update status | John J. Ray III | 1.0 | $1,575.00 |
| 5/8/24 | Prepare for and attend examiner meeting | John J. Ray III | 6.0 | $9,450.00 |
| 5/8/24 | Call with potential bidder re assets | John J. Ray III | 0.5 | $787.50 |
| 5/8/24 | Call with communications teams related to Plan and Disclosure Statement filing | John J. Ray III | 1.0 | $1,575.00 |
| 5/8/24 | Review proposed bidder responses and sign off | John J. Ray III | 0.8 | $1,260.00 |
| 5/8/24 | Review and approve professional fees | John J. Ray III | 0.5 | $787.50 |
| 5/8/24 | Review auction results | John J. Ray III | 0.3 | $472.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 5/9/24 | Call with JOLs, S&C (C Jones and others), and A&M (K Ramanathan and others) related to data sharing | John J. Ray III | 1.0 | $1,575.00 |
| 5/9/24 | Call with communications team | John J. Ray III | 0.5 | $787.50 |
| 5/9/24 | Call with A&M (K Ramanathan and others) and Galaxy related to token sales | John J. Ray III | 1.0 | $1,575.00 |
| 5/9/24 | Respond to inquiries related to Plan and Disclosure Statement | John J. Ray III | 3.5 | $5,512.50 |
| 5/9/24 | Non-working travel from meetings | John J. Ray III | 5.0 | $3,937.50 |
| 5/9/24 | Review of Bahamas real estate matters | John J. Ray III | 1.0 | $1,575.00 |
| 5/10/24 | Review and approve claims objections | John J. Ray III | 2.5 | $3,937.50 |
| 5/10/24 | Call with Japan management | John J. Ray III | 0.5 | $787.50 |
| 5/10/24 | Review EU matter | John J. Ray III | 1.3 | $2,047.50 |
| 5/10/24 | Review of property expenses and other matters regarding Bahamas real estate | John J. Ray III | 0.8 | $1,260.00 |
| 5/10/24 | Review and communicate Japan documents | John J. Ray III | 0.8 | $1,260.00 |
| 5/10/24 | Review, comment and approve RFP document | John J. Ray III | 1.3 | $2,047.50 |
| 5/11/24 | Review and provide draft term sheet related to Japan | John J. Ray III | 0.8 | $1,260.00 |
| 5/13/24 | Review and provide feedback regarding Turkey matters | John J. Ray III | 0.8 | $1,260.00 |
| 5/13/24 | Review draft communications related to FTX trading customers in certain jurisdictions | John J. Ray III | 0.8 | $1,260.00 |
| 5/13/24 | Review and comment on KYC materials | John J. Ray III | 1.5 | $2,362.50 |
| 5/13/24 | Call with A&M (H Chambers and others) and S&C (E Simpson and others) related to Japan matters | John J. Ray III | 0.5 | $787.50 |
| 5/13/24 | Call with J Frank, S&C (J Bromley and others), and A&M (E Mosely and others) related to Plan communications | John J. Ray III | 0.5 | $787.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 5/13/24 | Call with Galaxy, creditor representatives, and A&M (K Ramanathan and others) related to coins and token sales | John J. Ray III | 1.0 | $1,575.00 |
| 5/13/24 | Communicate with A&M (K Ramanathan and others) related to coin management matters | John J. Ray III | 0.8 | $1,260.00 |
| 5/13/24 | Review of open work streams and coordination of professionals | John J. Ray III | 2.5 | $3,937.50 |
| 5/13/24 | Review or token pricing dashboard | John J. Ray III | 0.5 | $787.50 |
| 5/13/24 | Review and execute Wang property transfer | John J. Ray III | 0.5 | $787.50 |
| 5/13/24 | Call with creditor re portal assistance | John J. Ray III | 0.3 | $472.50 |
| 5/13/24 | Review FTX DM request and respond | John J. Ray III | 1.8 | $2,835.00 |
| 5/13/24 | Communicate with A&M (H Chambers) regarding claims and KYC matters | John J. Ray III | 0.5 | $787.50 |
| 5/14/24 | Follow up related to Japan matters | John J. Ray III | 0.8 | $1,260.00 |
| 5/14/24 | Weekly steering committee call with S&C (A Kranzley and others), A&M (E Mosely and others), and PWP (B Mendelsohn and others) | John J. Ray III | 1.0 | $1,575.00 |
| 5/14/24 | Review and respond to draft communications related to UN request | John J. Ray III | 0.5 | $787.50 |
| 5/14/24 | Review Anthropic update | John J. Ray III | 0.5 | $787.50 |
| 5/14/24 | Board call | John J. Ray III | 1.0 | $1,575.00 |
| 5/14/24 | Review of follow up DM requests and response | John J. Ray III | 1.3 | $2,047.50 |
| 5/14/24 | Review of ventures diligence materials | John J. Ray III | 3.5 | $5,512.50 |
| 5/14/24 | Review and approve confirmation schedule | John J. Ray III | 0.5 | $787.50 |
| 5/14/24 | Review and approve Singapore matters | John J. Ray III | 0.5 | $787.50 |
| 5/14/24 | Review updates regarding various coin and token matters | John J. Ray III | 0.5 | $787.50 |
| 5/14/24 | Review cash position and planning regarding same | John J. Ray III | 0.5 | $787.50 |
| 5/14/24 | Review materials related to ongoing litigation | John J. Ray III | 1.8 | $2,835.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 5/15/24 | Review and respond to Bahamas regulator inquiry | John J. Ray III | 1.0 | $1,575.00 |
| 5/15/24 | Review litigation discovery related to asset and ventures | John J. Ray III | 2.8 | $4,410.00 |
| 5/15/24 | Review and comment on motion to quash | John J. Ray III | 0.8 | $1,260.00 |
| 5/15/24 | Review coin and token sales and analyses | John J. Ray III | 1.3 | $2,047.50 |
| 5/15/24 | Call with A&M (K Ramanathan and others) related to coin and token sales | John J. Ray III | 0.8 | $1,260.00 |
| 5/15/24 | Review and execute instruments related to return of capital | John J. Ray III | 0.5 | $787.50 |
| 5/15/24 | Review and comment on letter to JOL re data assistance | John J. Ray III | 0.3 | $472.50 |
| 5/15/24 | Review of cash balancing among Banking institutions | John J. Ray III | 0.5 | $787.50 |
| 5/15/24 | Review of revised solicitation materials and comment on same | John J. Ray III | 1.0 | $1,575.00 |
| 5/15/24 | Review and approval of information decks re Japan and Quoine | John J. Ray III | 0.8 | $1,260.00 |
| 5/15/24 | Review of W9-W8 work processes and proposals | John J. Ray III | 1.0 | $1,575.00 |
| 5/16/24 | Review proposals with respect to Japan | John J. Ray III | 2.0 | $3,150.00 |
| 5/16/24 | Review coin and token status | John J. Ray III | 1.0 | $1,575.00 |
| 5/16/24 | Review and revise term sheet for token | John J. Ray III | 0.8 | $1,260.00 |
| 5/16/24 | Review Japan intercompany balance issues | John J. Ray III | 1.3 | $2,047.50 |
| 5/16/24 | Call with Galaxy and A&M (K Ramanathan and others) and creditor professionals related to coins and tokens | John J. Ray III | 0.5 | $787.50 |
| 5/16/24 | Communications call with J Frank | John J. Ray III | 0.3 | $472.50 |
| 5/16/24 | Call with Galaxy and A&M (K Ramanathan and others) and creditor professionals related to coins and tokens | John J. Ray III | 1.0 | $1,575.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 5/16/24 | Review tax matters related to distributions and settlement | John J. Ray III | 1.3 | $2,047.50 |
| 5/16/24 | Review and provide approvals related to litigation matter | John J. Ray III | 0.8 | $1,260.00 |
| 5/16/24 | Follow up related to EU matters | John J. Ray III | 0.5 | $787.50 |
| 5/16/24 | Review Plan and Disclosure Statement materials for supplemental filing | John J. Ray III | 1.8 | $2,835.00 |
| 5/17/24 | Review and provide direction related to Quoine and Japan | John J. Ray III | 1.3 | $2,047.50 |
| 5/17/24 | Review GDA update | John J. Ray III | 0.3 | $472.50 |
| 5/17/24 | Call with A&M (D Johnston and others) re Japan | John J. Ray III | 0.5 | $787.50 |
| 5/17/24 | Call with A&M (E Mosely and others) related to claims reserves and processes | John J. Ray III | 1.0 | $1,575.00 |
| 5/17/24 | Review venture materials in connection with litigation matter | John J. Ray III | 1.5 | $2,362.50 |
| 5/17/24 | Call with A&M (E Mosely and others) related to tax withholding | John J. Ray III | 0.5 | $787.50 |
| 5/17/24 | Review litigation materials related to pending litigation | John J. Ray III | 1.5 | $2,362.50 |
| 5/17/24 | Review updated Plan materials | John J. Ray III | 1.5 | $2,362.50 |
| 5/20/24 | Review of litigation settlement proposal | John J. Ray III | 0.8 | $1,260.00 |
| 5/20/24 | Review of weekly trading summary and analysis of remaining tokens and coins | John J. Ray III | 0.5 | $787.50 |
| 5/20/24 | Review venture materials related to investment status | John J. Ray III | 0.8 | $1,260.00 |
| 5/20/24 | Call with Galaxy, creditor representatives, and A&M (K Ramanathan) related to sales of tokens | John J. Ray III | 1.0 | $1,575.00 |
| 5/20/24 | Call with S&C (S Ehrenberg) related to Australia request | John J. Ray III | 0.5 | $787.50 |
| 5/20/24 | Review of UCC deck | John J. Ray III | 0.5 | $787.50 |
| 5/20/24 | Review and approval of Anthropic sales | John J. Ray III | 0.8 | $1,260.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 5/20/24 | Review of Plan provisions related to tax matters | John J. Ray III | 1.3 | $2,047.50 |
| 5/20/24 | Review and approve actions related to coins and tokens | John J. Ray III | 1.8 | $2,835.00 |
| 5/20/24 | Call with PH (K Pasquale and K Hansen) and S&C (A Dietderich) related to Plan matters | John J. Ray III | 0.5 | $787.50 |
| 5/20/24 | Review diligence request and responses | John J. Ray III | 0.8 | $1,260.00 |
| 5/20/24 | Review examiner report | John J. Ray III | 1.0 | $1,575.00 |
| 5/21/24 | Call with S&C (A Dietderich and others) related to Plan proposal | John J. Ray III | 1.0 | $1,575.00 |
| 5/21/24 | Review and approve RFP related to distribution agent functions and provide comments | John J. Ray III | 1.3 | $2,047.50 |
| 5/21/24 | Review and approve NDAs and bidders for token assets | John J. Ray III | 0.8 | $1,260.00 |
| 5/21/24 | Call with S&C (S Ehrenberg and others) and QE (S Rand) related to examiner report | John J. Ray III | 0.8 | $1,260.00 |
| 5/21/24 | Review and mark up Plan proposal | John J. Ray III | 1.5 | $2,362.50 |
| 5/21/24 | Calls with Board members related to Plan maters | John J. Ray III | 2.8 | $4,410.00 |
| 5/21/24 | Review venture materials related to valuations | John J. Ray III | 1.5 | $2,362.50 |
| 5/21/24 | Review of Bahamas property transfer deed | John J. Ray III | 0.5 | $787.50 |
| 5/21/24 | Review and approve Anthropic sale notice | John J. Ray III | 0.5 | $787.50 |
| 5/21/24 | Review and approve crypto action requests | John J. Ray III | 0.5 | $787.50 |
| 5/22/24 | Review and handling of litigation related to venture matter | John J. Ray III | 1.5 | $2,362.50 |
| 5/22/24 | Review of NDA re distribution agent function | John J. Ray III | 0.5 | $787.50 |
| 5/22/24 | Review of bidders re tokens and recommendations re same | John J. Ray III | 0.5 | $787.50 |
| 5/22/24 | Review of discovery and schedule re same | John J. Ray III | 0.8 | $1,260.00 |
| 5/22/24 | Review of cash positions and balancing of cash | John J. Ray III | 0.8 | $1,260.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 5/22/24 | Review and approve property deeds | John J. Ray III | 0.3 | $472.50 |
| 5/22/24 | Review of examiner report and communicate with QE (S Rand) | John J. Ray III | 1.3 | $2,047.50 |
| 5/22/24 | Review of Anthropic bids and provide input and direction | John J. Ray III | 0.8 | $1,260.00 |
| 5/22/24 | Provide assistance to creditor re KYC | John J. Ray III | 0.8 | $1,260.00 |
| 5/22/24 | Review and approve token redesignations | John J. Ray III | 0.3 | $472.50 |
| 5/22/24 | Review PWP materials related to venture valuation | John J. Ray III | 2.3 | $3,622.50 |
| 5/22/24 | Review of token bids | John J. Ray III | 0.5 | $787.50 |
| 5/23/24 | Review of Japan proposal | John J. Ray III | 0.8 | $1,260.00 |
| 5/23/24 | Review and approve final NDA | John J. Ray III | 0.3 | $472.50 |
| 5/23/24 | Review venture investment portfolio and outstanding diligence | John J. Ray III | 3.8 | $5,985.00 |
| 5/23/24 | Review of draft Q&As for Plan | John J. Ray III | 0.8 | $1,260.00 |
| 5/23/24 | Review and approve professional payments | John J. Ray III | 0.8 | $1,260.00 |
| 5/23/24 | Review Anthropic matter (1.3) and attend UCC call re Anthropic (0.8) | John J. Ray III | 2.1 | $3,307.50 |
| 5/23/24 | Multiple calls, same subject, with UCC, and A&M (K Ramanathan and others) related to tokens | John J. Ray III | 1.3 | $2,047.50 |
| 5/23/24 | Review and revise Plan communications | John J. Ray III | 0.5 | $787.50 |
| 5/23/24 | Review UCC Plan comments | John J. Ray III | 0.8 | $1,260.00 |
| 5/24/24 | Call with S&C (A Dietderich) related to Plan comments | John J. Ray III | 0.5 | $787.50 |
| 5/24/24 | Review and revise Plan communication materials | John J. Ray III | 0.8 | $1,260.00 |
| 5/24/24 | Review and revise Plan proposal | John J. Ray III | 0.8 | $1,260.00 |
| 5/24/24 | Call with venture bidder | John J. Ray III | 0.3 | $472.50 |
| 5/24/24 | Review of venture investment related to valuation of portfolio investment | John J. Ray III | 2.3 | $3,622.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 5/24/24 | Review and comment on Plan issues | John J. Ray III | 1.5 | $2,362.50 |
| 5/24/24 | Assist creditor with portal | John J. Ray III | 0.3 | $472.50 |
| 5/24/24 | Coordinate Plan comments | John J. Ray III | 0.8 | $1,260.00 |
| 5/24/24 | Review updated Plan issues | John J. Ray III | 0.8 | $1,260.00 |
| 5/24/24 | Call with potential bidder on assets | John J. Ray III | 1.0 | $1,575.00 |
| 5/24/24 | Review and revise Plan communications | John J. Ray III | 0.8 | $1,260.00 |
| 5/24/24 | Review data related to settlement matter | John J. Ray III | 0.8 | $1,260.00 |
| 5/24/24 | Review and sign off on CPSA | John J. Ray III | 0.3 | $472.50 |
| 5/25/24 | Draft and comment on settlement term sheet | John J. Ray III | 2.5 | $3,937.50 |
| 5/26/24 | Revise term sheet and review data; research related to settlement terms | John J. Ray III | 3.5 | $5,512.50 |
| 5/26/24 | Communicate to Board related to potential settlement | John J. Ray III | 0.5 | $787.50 |
| 5/27/24 | Review and discuss with QE (S Rand and others) related to settlement terms and research insurance questions | John J. Ray III | 3.5 | $5,512.50 |
| 5/27/24 | Redraft of settlement agreement | John J. Ray III | 2.5 | $3,937.50 |
| 5/28/24 | Call with S&C (A Kranzley and others), PWP (B Mendelsohn and others), and A&M (S Coverick and others) for weekly steering committee | John J. Ray III | 1.0 | $1,575.00 |
| 5/28/24 | Call with J Frank re Plan communications | John J. Ray III | 0.3 | $472.50 |
| 5/28/24 | Call with Galaxy, creditor representatives, and A&M (K Ramanathan and others) related to coin and token sales | John J. Ray III | 0.8 | $1,260.00 |
| 5/28/24 | Review of UCC Plan proposals | John J. Ray III | 0.8 | $1,260.00 |
| 5/28/24 | Review of weekly trading summary | John J. Ray III | 0.5 | $787.50 |
| 5/28/24 | Review of tax matters related to Plan and Disclosure Statement | John J. Ray III | 1.3 | $2,047.50 |
| 5/28/24 | Review and approve diligence requests and responses | John J. Ray III | 0.5 | $787.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 5/28/24 | Review of updated recovery analysis and changes | John J. Ray III | 1.8 | $2,835.00 |
| 5/28/24 | Review AHC comments on Plan and Disclosure Statement | John J. Ray III | 0.8 | $1,260.00 |
| 5/28/24 | Review and follow up on KYC inquiry | John J. Ray III | 0.3 | $472.50 |
| 5/28/24 | Communicate with JOLs re examiner matters related to published report | John J. Ray III | 0.5 | $787.50 |
| 5/28/24 | Review draft Q&A related to Plan and Disclosure Statement | John J. Ray III | 0.5 | $787.50 |
| 5/28/24 | Review of cash planning and balancing | John J. Ray III | 0.5 | $787.50 |
| 5/29/24 | Review pending coin and token matters | John J. Ray III | 0.8 | $1,260.00 |
| 5/29/24 | Call with A&M (H Chambers and others) and S&C (E Simpson) regarding Japan | John J. Ray III | 0.8 | $1,260.00 |
| 5/29/24 | Review UCC Plan and Disclosure Statement notes | John J. Ray III | 0.5 | $787.50 |
| 5/29/24 | Communicate with JOLs related to information | John J. Ray III | 0.3 | $472.50 |
| 5/29/24 | Review Plan ballot comments from JOLs | John J. Ray III | 1.8 | $2,835.00 |
| 5/29/24 | Review and provide direction related to venture settlement matter | John J. Ray III | 0.3 | $472.50 |
| 5/29/24 | Review pending discovery related to venture matter | John J. Ray III | 1.3 | $2,047.50 |
| 5/29/24 | Review proposed motion and related documents | John J. Ray III | 2.0 | $3,150.00 |
| 5/30/24 | Review venture capital communications and revise same | John J. Ray III | 0.8 | $1,260.00 |
| 5/30/24 | Call with J Frank re Plan and Disclosure Statement communications | John J. Ray III | 0.3 | $472.50 |
| 5/30/24 | Review of tax matters related to Plan and Disclosure Statement | John J. Ray III | 1.0 | $1,575.00 |
| 5/30/24 | Review draft motion related to litigation | John J. Ray III | 1.3 | $2,047.50 |
| 5/30/24 | Review and approve token agreement to receive tokens | John J. Ray III | 0.8 | $1,260.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 5/30/24 | Review KYC memo and provide input | John J. Ray III | 0.5 | $787.50 |
| 5/30/24 | Call with EY (T Shea and others), S&C (D Hariton and others), RLKS (M Cilia and others), and A&M (K Ramanathan and others) related to tax treatment and emergence work plan | John J. Ray III | 1.0 | $1,575.00 |
| 5/30/24 | Review of Plan revisions and documents related to same | John J. Ray III | 1.3 | $2,047.50 |
| 5/30/24 | Review communication to assist JOLs | John J. Ray III | 0.5 | $787.50 |
| 5/30/24 | Review venture matters and corporate action and approve same | John J. Ray III | 0.5 | $787.50 |
| 5/30/24 | Call with litigation defendant | John J. Ray III | 0.5 | $787.50 |
| 5/31/24 | Review communications from venture investment company | John J. Ray III | 0.5 | $787.50 |
| 5/31/24 | Review updates related to examiner report | John J. Ray III | 0.3 | $472.50 |
| 5/31/24 | Call with S&C (A Kranzley and others) and JOLs related to coordination of ballots and other matters | John J. Ray III | 0.8 | $1,260.00 |
| 5/31/24 | Review various crypto work streams | John J. Ray III | 2.5 | $3,937.50 |
| 5/31/24 | Review request for de minimis asset sale | John J. Ray III | 0.3 | $472.50 |
| 5/31/24 | Review litigation stipulation and provide comments | John J. Ray III | 1.8 | $2,835.00 |
| 5/31/24 | Review and approve Anthropic sale documents and notices | John J. Ray III | 0.5 | $787.50 |
| 5/31/24 | Review materials related to Bahamas coordination related to Plan elections | John J. Ray III | 1.0 | $1,575.00 |
| 5/31/24 | Provide KYC information to venture investment | John J. Ray III | 0.3 | $472.50 |
| 5/31/24 | Review additional communications from venture investment | John J. Ray III | 0.5 | $787.50 |
| | | **Total Amount for Period:** | 251.6 | $388,395.00 |

**Owl Hill Expense Report – Detail by Day, by Category**

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 5/5/24 | Roundtrip Delta coach airfare BNA to LGA for meetings regarding pending matters | $746.45 | | | | | John J. Ray III |
| 5/5/24 | WiFi on Board Delta airlines to NYC for meetings regarding pending matters | | | | | $17.95 | John J. Ray III |
| 5/5/24 | Car service LGA to hotel for meetings regarding pending matters | | | $131.85 | | | John J. Ray III |
| 5/5/24 | Lodging in NYC for meetings regarding pending matters | | $525.00 | | | | John J. Ray III |
| 5/6/24 | Lodging in NYC for meetings regarding pending matters | | $525.00 | | | | John J. Ray III |
| 5/7/24 | Lodging in NYC for meetings regarding pending matters | | $525.00 | | | | John J. Ray III |
| 5/7/24 | Car service in NYC to meeting regarding pending matters | | | $91.69 | | | John J. Ray III |
| 5/7/24 | Car service in NYC to meeting regarding pending matters | | | $74.87 | | | John J. Ray III |
| 5/7/24 | Car service in NYC from meeting regarding pending matters | | | $66.28 | | | John J. Ray III |
| 5/8/24 | Lodging in NYC for meetings regarding pending matters | | $525.00 | | | | John J. Ray III |

-14-

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 5/10/24 | Car service in NYC to LGA from meetings regarding pending matters | | | $125.00 | | | John J. Ray III |
| 5/10/24 | Car service from BNA to home from meetings in NYC regarding pending matters | | | $141.16 | | | John J. Ray III |
| | **Total Amount for Period:** | **$746.45** | **$2,100.00** | **$630.85** | **$0.00** | **$17.95** | |