# EXHIBIT A

# EXHIBIT A
## SUMMARY OF FEES BY INIVIDUAL FOR THE APPLICATION PERIOD
## (FEBRUARY 1, 2024 THROUGH AND INCLUDING APRIL 30, 2024)

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Arnett, Chris | Managing Director | $1,125 | 221.6 | $249,300.00 |
| Bowles, Carl | Managing Director | $1,100 | 5.5 | $6,050.00 |
| Chambers, Henry | Managing Director | $1,070 | 376.8 | $403,176.00 |
| Coverick, Steve | Managing Director | $1,075 | 598.1 | $642,957.50 |
| Dixon, Cody | Managing Director | $1,425 | 1.2 | $1,710.00 |
| Dubow, James | Managing Director | $1,425 | 4.3 | $6,127.50 |
| Farsaci, Alessandro | Managing Director | $1,150 | 21.9 | $25,185.00 |
| Gordon, Robert | Managing Director | $1,150 | 235.4 | $270,710.00 |
| Grillo, Rocco | Managing Director | $1,150 | 52.8 | $60,720.00 |
| Grosvenor, Robert | Managing Director | $1,070 | 14.6 | $15,622.00 |
| Hershan, Robert | Managing Director | $1,100 | 2.2 | $2,420.00 |
| Hertzberg, Julie | Managing Director | $1,425 | 126.8 | $180,690.00 |
| Howe, Christopher | Managing Director | $1,475 | 84.6 | $124,785.00 |
| Iwanski, Larry | Managing Director | $1,150 | 54.3 | $62,445.00 |
| Jacobs, Kevin | Managing Director | $1,475 | 71.9 | $106,052.50 |
| Johnston, David | Managing Director | $1,100 | 453.9 | $499,290.00 |
| Kotarba, Chris | Managing Director | $1,425 | 22.5 | $32,062.50 |
| Marshall, Jonathan | Managing Director | $1,150 | 5.4 | $6,210.00 |
| Mosley, Ed | Managing Director | $1,425 | 518.7 | $739,147.50 |
| Roche, Matthew | Managing Director | $1,425 | 1.2 | $1,710.00 |
| Ryan, Laureen | Managing Director | $1,150 | 131.6 | $151,340.00 |
| Shanahan, Michael | Managing Director | $990 | 75.7 | $74,943.00 |
| Sielinski, Jeff | Managing Director | $1,100 | 377.9 | $415,690.00 |
| Simion, Tony | Managing Director | $1,250 | 73.5 | $91,875.00 |
| Stegenga, Jeffery | Managing Director | $1,525 | 19.8 | $30,195.00 |
| Ulyanenko, Andrey | Managing Director | $1,425 | 139.3 | $198,502.50 |
| **Managing Director Total** | | | **3,691.5** | **$4,398,916.00** |
| Cope, Charles | Senior Advisor | $1,425 | 1.9 | $2,707.50 |
| Seaway, Bill | Senior Advisor | $1,425 | 38.9 | $55,432.50 |
| **Senior Advisor Total** | | | **40.8** | **58,140.00** |
| Blanks, David | Senior Director | $1,025 | 631.9 | $647,697.50 |
| Brantley, Chase | Senior Director | $950 | 322.1 | $305,995.00 |
| Broskay, Cole | Senior Director | $975 | 365.3 | $356,167.50 |
| Canale, Alex | Senior Director | $965 | 162.9 | $157,198.50 |
| Cornetta, Luke | Senior Director | $1,050 | 3.3 | $3,465.00 |
| Dusendschon, Kora | Senior Director | $965 | 47.6 | $45,934.00 |
| Esposito, Rob | Senior Director | $975 | 566.8 | $552,630.00 |
| Evans, Charles | Senior Director | $900 | 12.1 | $10,890.00 |
| Johnson, Robert | Senior Director | $965 | 231.5 | $223,397.50 |
| Konig, Louis | Senior Director | $965 | 319.9 | $308,703.50 |

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---:|---:|---:|
| Kwan, Peter | Senior Director | $965 | 466.3 | $449,979.50 |
| Mohammed, Azmat | Senior Director | $975 | 546.9 | $533,227.50 |
| Niemeyer, Mark | Senior Director | $925 | 5.1 | $4,717.50 |
| Pandey, Vishal | Senior Director | $975 | 52.9 | $51,577.50 |
| Ramanathan, Kumanan | Senior Director | $1,050 | 739.9 | $776,895.00 |
| Sequeira, Joseph | Senior Director | $975 | 1.3 | $1,267.50 |
| Sexton, Rachel | Senior Director | $950 | 1.4 | $1,330.00 |
| Tarikere, Sriram | Senior Director | $975 | 119.6 | $116,610.00 |
| Titus, Adam | Senior Director | $1,025 | 682.1 | $699,152.50 |
| Yip, Ansel | Senior Director | $990 | 1.5 | $1,485.00 |
| Zatz, Jonathan | Senior Director | $965 | 461.5 | $445,347.50 |
| **Senior Director Total** | | | **5,741.9** | **$5,693,668.00** |
| Arbid, Rami | Director | $825 | 17.2 | $14,190.00 |
| Baker, Kevin | Director | $800 | 386.7 | $309,360.00 |
| Balmelli, Gioele | Director | $850 | 180.9 | $153,765.00 |
| Bell, Erik | Director | $925 | 83.6 | $77,330.00 |
| Casey, John | Director | $775 | 229.2 | $177,630.00 |
| Chamma, Leandro | Director | $800 | 359.2 | $287,360.00 |
| Dalgleish, Elizabeth | Director | $825 | 367.3 | $303,022.50 |
| Dennison, Kim | Director | $750 | 8.3 | $6,225.00 |
| Flynn, Matthew | Director | $850 | 667.9 | $567,715.00 |
| Glustein, Steven | Director | $825 | 694.6 | $573,045.00 |
| Gosau, Tracy | Director | $800 | 108.0 | $86,400.00 |
| Hainline, Drew | Director | $875 | 596.0 | $521,500.00 |
| Henness, Jonathan | Director | $925 | 20.9 | $19,332.50 |
| Kearney, Kevin | Director | $875 | 783.7 | $685,737.50 |
| Lambert, Leslie | Director | $800 | 112.5 | $90,000.00 |
| Lannan, Matthew | Director | $925 | 23.0 | $21,275.00 |
| Lee, Julian | Director | $800 | 66.7 | $53,360.00 |
| LeGuen, Jonathon | Director | $900 | 34.6 | $31,140.00 |
| Lewandowski, Douglas | Director | $875 | 601.8 | $526,575.00 |
| Lowe, Sam | Director | $715 | 54.8 | $39,182.00 |
| Lucas, Emmet | Director | $825 | 292.0 | $240,900.00 |
| McGoldrick, Hugh | Director | $825 | 0.9 | $742.50 |
| McGrath, Patrick | Director | $800 | 230.1 | $184,080.00 |
| Mennie, James | Director | $875 | 167.2 | $146,300.00 |
| Mimms, Samuel | Director | $715 | 8.6 | $6,149.00 |
| Pekhman, Yuliya | Director | $800 | 3.0 | $2,400.00 |
| Sullivan, Christopher | Director | $900 | 2.3 | $2,070.00 |
| van den Belt, Mark | Director | $850 | 417.2 | $354,620.00 |
| Walia, Gaurav | Director | $900 | 715.2 | $643,680.00 |
| **Director Total** | | | **7,233.4** | **$6,125,086.00** |
| Teo, Benjamin | Senior Manager | $725 | 7.9 | $5,727.50 |
| **Senior Manager Total** | | | **7.9** | **$5,727.50** |

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Blanchard, Madison | Manager | $635 | 212.0 | $134,620.00 |
| Cox, Allison | Manager | $635 | 161.0 | $102,235.00 |
| Grussing, Bernice | Operations Manager | $375 | 21.8 | $8,175.00 |
| Herring, Scott | Manager | $725 | 498.5 | $361,412.50 |
| Hoffer, Emily | Manager | $695 | 74.2 | $51,569.00 |
| Kuruvilla, Daniel | Manager | $725 | 302.6 | $219,385.00 |
| Lam, James | Manager | $650 | 19.9 | $12,935.00 |
| Li, Summer | Manager | $725 | 203.5 | $147,537.50 |
| Pestano, Kyle | Manager | $700 | 400.6 | $280,420.00 |
| Reagan, Kelsey | Manager | $725 | 219.3 | $158,992.50 |
| Salas Nunez, Luis | Manager | $772 | 31.9 | $24,626.80 |
| Sivapalu, Anan | Manager | $700 | 590.9 | $413,630.00 |
| Sloan, Austin | Manager | $695 | 61.0 | $42,395.00 |
| Tong, Crystal | Manager | $700 | 424.4 | $297,080.00 |
| Turton, Bobby | Manager | $700 | 1.1 | $770.00 |
| Work, David | Manager | $725 | 324.7 | $235,407.50 |
| Zhang, Qi | Manager | $725 | 430.6 | $312,185.00 |
| **Manager Total** | | | **3,978.0** | **$2,803,375.80** |
| Braatelien, Troy | Senior Associate | $625 | 284.4 | $177,750.00 |
| Chan, Jon | Senior Associate | $580 | 388.2 | $225,156.00 |
| Chuah, Jane | Senior Associate | $495 | 19.1 | $9,454.50 |
| Dobbs, Aaron | Senior Associate | $580 | 69.1 | $40,078.00 |
| Ebrey, Mason | Senior Associate | $580 | 268.0 | $155,440.00 |
| Ellis, Joey | Senior Associate | $675 | 7.5 | $5,062.50 |
| Faett, Jack | Senior Associate | $700 | 647.8 | $453,460.00 |
| Gibbs, Connor | Senior Associate | $650 | 146.1 | $94,965.00 |
| Heath, Peyton | Senior Associate | $775 | 680.8 | $527,620.00 |
| Helal, Aly | Senior Associate | $615 | 110.9 | $68,203.50 |
| Heric, Andrew | Senior Associate | $635 | 395.5 | $251,142.50 |
| Jones, Mackenzie | Senior Associate | $625 | 442.9 | $276,812.50 |
| Kaufman, Ashley | Senior Associate | $685 | 98.5 | $67,472.50 |
| Kolodny, Steven | Senior Associate | $625 | 484.7 | $302,937.50 |
| LaPosta, Logan | Senior Associate | $725 | 62.5 | $45,312.50 |
| Lo, Molly | Senior Associate | $515 | 8.0 | $4,120.00 |
| Montague, Katie | Senior Associate | $775 | 274.1 | $212,427.50 |
| Parker, Brandon | Senior Associate | $800 | 75.9 | $60,720.00 |
| Sagen, Daniel | Senior Associate | $775 | 666.6 | $516,615.00 |
| Sunkara, Manasa | Senior Associate | $580 | 467.5 | $271,150.00 |
| Todd, Patrick | Senior Associate | $685 | 360.6 | $247,011.00 |
| Trent, Hudson | Senior Associate | $725 | 769.3 | $557,742.50 |
| Wilson, David | Senior Associate | $615 | 506.3 | $311,374.50 |
| Yan, Jack | Senior Associate | $530 | 81.0 | $42,930.00 |
| Zabcik, Kathryn | Senior Associate | $625 | 407.1 | $254,437.50 |
| **Senior Associate Total** | | | **7,722.4** | **$5,179,395.00** |

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---:|---:|---:|
| Beretta, Matthew | Associate | $525 | 559.9 | $293,947.50 |
| Chen, Richard | Associate | $478 | 19.1 | $9,129.80 |
| Collis, Jack | Associate | $550 | 33.6 | $18,480.00 |
| Francis, Luke | Associate | $650 | 785.2 | $510,380.00 |
| Gonzalez, Johnny | Associate | $700 | 815.2 | $570,640.00 |
| Kane, Alex | Associate | $650 | 662.9 | $430,885.00 |
| Krautheim, Sean | Associate | $560 | 220.6 | $123,536.00 |
| Lowdermilk, Quinn | Associate | $580 | 344.2 | $199,636.00 |
| McLoughlin, Miles | Associate | $525 | 24.6 | $12,915.00 |
| Mirando, Michael | Associate | $625 | 423.0 | $264,375.00 |
| Paterson, Warren | Associate | $400 | 4.6 | $1,840.00 |
| Price, Breanna | Associate | $560 | 68.4 | $38,304.00 |
| Radwanski, Igor | Associate | $580 | 389.9 | $226,142.00 |
| Slay, David | Associate | $625 | 746.4 | $466,500.00 |
| Smith, Cameron[1] | Associate | $625 | 190.2 | $118,875.00 |
| Smith, Cameron | Associate | $525 | 35.4 | $18,585.00 |
| Soto, Eric | Associate | $675 | 7.6 | $5,130.00 |
| Steers, Jeff | Associate | $625 | 34.4 | $21,500.00 |
| Taraba, Erik | Associate | $650 | 560.2 | $364,130.00 |
| Tulloch, Craig | Associate | $500 | 0.3 | $150.00 |
| Ward, Kyle | Associate | $556 | 510.4 | $283,782.40 |
| Wiltgen, Charles | Associate | $650 | 51.8 | $33,670.00 |
| Witherspoon, Samuel | Associate | $650 | 729.9 | $474,435.00 |
| **Associate Total** | | | **7,217.8** | **$4,486,967.70** |
| Bruck, Ran | Consultant | $625 | 1.5 | $937.50 |
| Burns, Zach | Consultant | $500 | 515.4 | $257,700.00 |
| **Consultant Total** | | | **516.9** | **$258,637.50** |
| Agarwal, Pulkit | Analyst | $475 | 71.2 | $33,820.00 |
| Baranawal, Amisha | Analyst | $450 | 24.3 | $10,935.00 |
| Arora, Rohan | Analyst | $475 | 533.7 | $253,507.50 |
| Avdellas, Peter | Analyst | $525 | 607.7 | $319,042.50 |
| Barry, Gerard | Analyst | $450 | 6.8 | $3,060.00 |
| Bolduc, Jojo | Analyst | $475 | 593.6 | $281,960.00 |
| Clayton, Lance | Analyst | $525 | 768.6 | $403,515.00 |
| Duncan, Ryan | Analyst | $475 | 710.3 | $337,392.50 |
| Ernst, Reagan | Analyst | $475 | 709.5 | $337,012.50 |
| Fonteijne, Bas | Analyst | $450 | 216.2 | $97,290.00 |
| Gidoomal, Dhruv | Analyst | $500 | 587.1 | $293,550.00 |
| Goel, Yukta | Analyst | $450 | 25.4 | $11,430.00 |
| Goyal, Mehul | Analyst | $450 | 81.9 | $36,855.00 |
| Gupta, Kavya | Analyst | $450 | 84.3 | $37,935.00 |

---

[1] Reflects rate change for Cameron Smith from $525 to $625 which occurred during the Interim Period to correct a clerical error. No retroactive reimbursement is being sought for prior months.

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Haq, Kamran | Analyst | $500 | 137.3 | $68,650.00 |
| Hogge, Will | Analyst | $425 | 12.8 | $5,440.00 |
| Hubbard, Taylor | Analyst | $500 | 537.6 | $268,800.00 |
| Jain, Rakshak | Analyst | $450 | 127.0 | $57,150.00 |
| Karnik, Noorita | Analyst | $480 | 106.4 | $51,072.00 |
| Kaur, Jaspreet | Analyst | $450 | 86.0 | $38,700.00 |
| Khan, Abir | Analyst | $450 | 58.4 | $26,280.00 |
| Khurana, Harshit | Analyst | $450 | 106.4 | $47,880.00 |
| Kumar, Aamaya | Analyst | $450 | 82.5 | $37,125.00 |
| Lehtis, Alexander | Analyst | $425 | 1.7 | $722.50 |
| Lockwood, Luke | Analyst | $525 | 63.7 | $33,442.50 |
| Mittal, Anuj | Analyst | $450 | 291.8 | $131,310.00 |
| Myers, Claire | Analyst | $500 | 616.8 | $308,400.00 |
| Paolinetti, Sergio | Analyst | $475 | 617.7 | $293,407.50 |
| Pasricha, Anshuman | Analyst | $450 | 67.3 | $30,285.00 |
| Ragan, Noah | Analyst | $500 | 152.5 | $76,250.00 |
| Ribman, Tucker | Analyst | $475 | 787.7 | $374,157.50 |
| Saraf, Nancy | Analyst | $450 | 85.6 | $38,520.00 |
| Sekera, Aryaki | Analyst | $450 | 348.9 | $157,005.00 |
| Selwood, Alexa | Analyst | $525 | 667.5 | $350,437.50 |
| Sharma, Khushboo | Analyst | $450 | 84.6 | $38,070.00 |
| Sharma, Rahul | Analyst | $450 | 67.2 | $30,240.00 |
| Simoneaux, Nicole | Analyst | $525 | 799.4 | $419,685.00 |
| Singh, Vani | Analyst | $475 | 5.9 | $2,802.50 |
| Stockmeyer, Cullen | Analyst | $525 | 799.4 | $419,685.00 |
| Stolyar, Alan | Analyst | $500 | 541.3 | $270,650.00 |
| Tenney, Bridger | Analyst | $525 | 767.8 | $403,095.00 |
| Thadani, Harshit | Analyst | $450 | 372.9 | $167,805.00 |
| Thomas, Izabel | Analyst | $450 | 402.1 | $180,945.00 |
| Uppal, Sadhika | Analyst | $450 | 74.9 | $33,705.00 |
| Yadav, Vijay | Analyst | $450 | 293.8 | $132,210.00 |
| Yang, Sharon | Analyst | $500 | 481.7 | $240,850.00 |
| **Analyst Total** | | | 14,667.2 | $7,192,082.00 |
| **TOTAL** | | | 50,817.8 | $36,201,995.50 |

**Blended Hourly Rate:  $712.39**