# EXHIBIT B

**EXHIBIT B**
**SUMMARY OF COMPENSATION BY PROJECT CATEGORY[3]**
**(FEBRUARY 1, 2024 THROUGH AND INCLUDING APRIL 30, 2024)**

| Project Name | Hours | Fee Amount |
|---|---:|---:|
| ACCOUNTING | 606.5 | $433,306.00 |
| ASSET SALES | 4,373.8 | $3,157,006.00 |
| AVOIDANCE ACTIONS | 2,625.5 | $1,856,112.50 |
| BUSINESS OPERATIONS | 9,380.8 | $6,969,683.40 |
| CASE ADMINISTRATION | 156.6 | $174,300.00 |
| CASH MANAGEMENT | 2,383.1 | $1,556,860.00 |
| CLAIMS | 14,802.9 | $9,662,400.10 |
| COMMUNICATIONS | 11.5 | $13,577.50 |
| CONTRACTS | 1,130.7 | $681,540.00 |
| COURT AND UST REPORTING | 1,308.4 | $970,382.50 |
| CREDITOR COOPERATION | 486.5 | $403,016.50 |
| DISCLOSURE STATEMENT AND PLAN | 8,819.2 | $6,462,371.50 |
| DUE DILIGENCE | 436.3 | $270,565.00 |
| EMPLOYEE MATTERS | 94.8 | $57,140.00 |
| FEE APPLICATION | 37.6 | $21,517.50 |
| FINANCIAL ANALYSIS | 426.0 | $385,517.50 |
| GOVERNMENT AND REGULATORY DATA REQUESTS | 323.3 | $214,847.50 |
| JOINT OFFICIAL LIQUIDATORS | 203.8 | $195,667.00 |
| LIQUIDATION ANALYSIS | 987.8 | $755,572.50 |
| MOTIONS AND RELATED SUPPORT | 266.6 | $226,130.00 |
| SCHEDULES AND STATEMENTS | 99.0 | $70,198.50 |
| SOLICITATION | 409.5 | $385,287.50 |
| TAX INITIATIVES | 1,230.8 | $1,100,594.50 |
| VENDOR MANAGEMENT | 84.6 | $49,037.50 |
| NON-WORKING TRAVEL (BILLED AT 50%) | 63.5 | $67,087.50 |
| COURT HEARINGS | 27.4 | $30,761.50 |
| KROLL SECURITY INCIDENT | 4.8 | $4,200.00 |
| LITIGATION | 36.5 | $27,315.50 |
| **GRAND TOTAL** | **50,817.8** | **$36,201,995.50** |

---

[3] The subject matter of certain time entries may be appropriate for more than one project category. In such instances, time entries generally have been included in the most appropriate category. Time entries do not appear in more than one category.