# EXHIBIT C

**Exhibit C**
**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(FEBRUARY 1, 2024 THROUGH AND INCLUDING APRIL 30, 2024)**

| Expense Summary | |
|---|---:|
| **Expense Category** | **Amount** |
| License Fees | $795,755.50 |
| Airfare | $31,622.88 |
| Lodging | $66,321.74 |
| Meals | $12,078.05 |
| Transportation | $7,567.82 |
| Miscellaneous | $879.55 |
| **TOTAL** | **$914,225.54** |