## Exhibit A

**Summary of Fees by Individual for the Application Period**

**SUMMARY OF FEES BY INDIVIDUAL FOR THE APPLICATION PERIOD**
**(FEBRUARY 1, 2024 THROUGH AND INCLUDING APRIL 30, 2024)**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Sam Williamson | Partner | 2001 | 2000 | $2,025.00 | 12.00 | $24,300.00 |
| K. John Shaffer | Partner | 1991 | 1989 | $2,025.00 | 1.30 | $2,632.50 |
| John B. Quinn | Partner | 1978 | 1976 | $2,025.00 | 1.50 | $3,037.50 |
| William A. Burck | Partner | 2001 | 1998 | $2,025.00 | 26.40 | $53,460.00 |
| Sascha Rand | Partner | 1998 | 1997 | $1,678.50 | 217.40 | $364,905.90 |
| Katherine Lemire | Partner | 1998 | 1997 | $1,678.50 | 114.30 | $191,852.55 |
| Anthony Alden | Partner | 2004 | 2003 | $1,561.50 | 237.50 | $370,856.25 |
| Robert Zink | Partner | 2006 | 2005 | $1,521.00 | 21.70 | $33,005.70 |
| Avi Perry | Partner | 2012 | 2010 | $1,431.00 | 4.40 | $6,296.40 |
| Isaac Nesser | Partner | 2003 | 2003 | $1,521.00 | 30.90 | $46,998.90 |
| Andrew S. Corkhill | Partner | 2007 | 2006 | $1,422.00 | 0.60 | $853.20 |
| Matthew R. Scheck | Partner | 2008 | 2007 | $1,422.00 | 69.70 | $99,113.40 |
| K. McKenzie Anderson | Partner | 2008 | 2007 | $1,422.00 | 12.00 | $17,064.00 |
| Elinor C. Sutton | Partner | 2008 | 2007 | $1,422.00 | 5.00 | $7,110.00 |
| Emily Kapur | Partner | 2015 | 2015 | $1,354.50 | 28.90 | $39,145.05 |
| William Sears | Partner | 2015 | 2014 | $1,354.50 | 22.60 | $30,611.70 |
| Jason Sternberg | Partner | 2009 | 2009 | $1,354.50 | 4.90 | $6,637.05 |
| **Partner Total** | | | | | **811.10** | **$1,297,880.10** |
| Andrew Kutscher | Counsel | 2010 | 2009 | $1,296.00 | 172.50 | $223,560.00 |
| Heather K. Christenson | Counsel | 2014 | 2013 | $1,296.00 | 5.80 | $7,516.80 |
| Tyler Murray | Counsel | 2001 | 2000 | $1,296.00 | 188.00 | $243,648.00 |
| Jennifer Gindin | Counsel | 2014 | 2014 | $1,296.00 | 35.40 | $45,878.40 |
| **Counsel Total** | | | | | **401.70** | **$520,603.20** |
| Justine Young | Associate | 2014 | 2013 | $1,251.00 | 171.60 | $214,671.60 |
| Anil Makhijani | Associate | 2013 | 2012 | $1,251.00 | 9.90 | $12,384.90 |
| Jaclyn Palmerson | Associate | 2016 | 2016 | $1,246.50 | 171.50 | $213,774.75 |
| Andrew Sutton | Associate | 2017 | 2016 | $1,246.50 | 26.60 | $33,156.90 |
| Isaac Saidel-Goley | Associate | 2017 | 2017 | $1,210.50 | 43.20 | $52,293.60 |
| Abbey Foote | Associate | 2018 | 2018 | $1,174.50 | 70.60 | $82,919.70 |
| Miao Xu | Associate | 2016 | 2015 | $1,120.50 | 191.70 | $214,799.85 |
| Zane Muller | Associate | 2022 | 2020 | $1,075.50 | 3.60 | $3,871.80 |
| Sophie Hill | Associate | 2021 | 2020 | $1,075.50 | 664.90 | $715,099.95 |
| Kelsey Sullivan | Associate | 2021 | 2020 | $1,075.50 | 31.20 | $33,555.60 |
| Olivia Yeffet | Associate | 2020 | 2020 | $1,075.50 | 96.50 | $103,785.75 |
| Natalie Huh | Associate | 2021 | 2020 | $1,075.50 | 9.60 | $10,324.80 |
| Brenna Ledvora | Associate | 2021 | 2021 | $985.50 | 121.70 | $119,935.35 |
| Sydney Snower | Associate | 2022 | 2021 | $985.50 | 88.10 | $86,822.55 |
| Kiersten Whitfield | Associate | 2022 | 2022 | $985.50 | 88.60 | $87,315.30 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Marissa Smith | Associate | 2023 | 2022 | $891.00 | 90.80 | $80,902.80 |
| Jeffrey Boxer | Associate | 2022 | 2022 | $891.00 | 70.40 | $62,726.40 |
| Michael Wittmann | Associate | 2023 | 2022 | $891.00 | 4.00 | $3,564.00 |
| Gavin Coyle | Associate | 2023 | 2022 | $891.00 | 47.00 | $41,877.00 |
| Jack Robbins | Associate | 2023 | 2022 | $891.00 | 21.40 | $19,067.40 |
| Ben Carroll | Associate | 2023 | 2022 | $891.00 | 97.60 | $86,961.60 |
| Mary Trainor | Associate | 2023 | 2022 | $891.00 | 6.10 | $5,435.10 |
| Elijah Turner | Associate | 2023 | 2022 | $891.00 | 40.30 | $35,907.30 |
| Angela Nelson | Associate | 2022 | 2022 | $891.00 | 7.10 | $6,326.10 |
| Jonathan Abrams | Associate | 2023 | 2022 | $891.00 | 140.60 | $125,274.60 |
| Cara Mund | Associate | 2022 | 2022 | $891.00 | 47.80 | $42,589.80 |
| Yanai Ben Gigi | Associate | 2023 | 2022 | $891.00 | 34.80 | $31,006.80 |
| Michael Quinan | Associate | 2023 | 2023 | $792.00 | 25.40 | $20,116.80 |
| Carla Neye | Law Clerk | 2024 | 2023 | $544.50 | 15.00 | $8,167.50 |
| | Associate | | | $792.00 | 2.70 | $2,138.40 |
| Taylor Ross | Law Clerk | - | 2023 | $544.50 | 7.20 | $3,920.40 |
| Grace Heinerikson | Law Clerk | - | 2023 | $544.50 | 8.90 | $4,846.05 |
| Johnston Hill | Law Clerk | - | 2023 | $544.50 | 227.40 | $123,819.30 |
| Nash Santhanam | Law Clerk | 2024 | 2023 | $544.50 | 31.60 | $17,206.20 |
| | Associate | | | $792.00 | 81.50 | $64,548.00 |
| Rachel Harrington | Law Clerk | - | 2023 | $544.50 | 6.30 | $3,430.35 |
| Brendan Ferguson | Law Clerk | 2024 | 2023 | $544.50 | 20.10 | $10,944.45 |
| | Associate | | | $792.00 | 3.20 | $2,534.40 |
| **Associate, Law Clerk, & Attorney Total** | | | | | **2,826.50** | **$2,788,023.15** |
| **Lawyers Total** | | | | | **4,039.30** | **$4,606,506.45** |
| Connie Kim | Paralegal | - | - | $463.50 | 2.50 | $1,158.75 |
| Michael Guerrero | Paralegal | - | - | $463.50 | 1.10 | $509.85 |
| Maeve Anderson | Paralegal | - | - | $463.50 | 8.40 | $3,893.40 |
| Scott Freedberg | Paralegal | - | - | $463.50 | 2.50 | $1,158.75 |
| Joe Liao | Litig. Support | - | - | $157.50 | 0.60 | $94.50 |
| Olga Garcia | Sr. Paralegal | - | - | $643.50 | 7.10 | $4,568.85 |
| Michael Alvarez | Paralegal | - | - | $463.50 | 2.50 | $1,158.75 |
| **Non Legal Personnel Total** | | | | | **24.70** | **$12,542.85** |
| 50% Non-Working Travel | | | | | | -$11,163.83 |
| **GRAND TOTAL** | | | | | **4,064.00** | **$4,607,885.47** |

**Blended Hourly Rate:  $1,133.83**