# Exhibit B

**Summary of Compensation by Project Category**

### SUMMARY OF COMPENSATION BY PROJECT CATEGORY[1]
### (FEBRUARY 1, 2024 THROUGH AND INCLUDING APRIL 30, 2024)

| Project Name | Hours | Fee Amount |
|---|---:|---:|
| ASSET ANALYSIS AND RECOVERY | 104.70 | $128,886.75 |
| AVOIDANCE ACTION ANALYSIS | 147.40 | $151,029.00 |
| BANKRUPTCY LITIGATION | 235.60 | $281,079.00 |
| BOARD / CORPORATE GOVERNANCE | 39.60 | $63,794.25 |
| CASE ADMINISTRATION | 0.70 | $935.55 |
| EMPLOYMENT AND FEE APPLICATIONS | 156.70 | $191,208.60 |
| PLAN AND DISCLOSURE STATEMENT | 9.10 | $13,940.55 |
| INVESTIGATION | 2,475.40 | $2,710,491.75 |
| GRAYSCALE LITIGATION | 0.00 | $0.00 |
| BAHAMAS LITIGATION | 1.10 | $1,425.60 |
| FRIEDBERG LITIGATION | 23.80 | $27,328.05 |
| BANKMAN/FRIED LITIGATION | 193.00 | $178,405.20 |
| EMBED/ROCKET LITIGATION | 31.30 | $42,163.65 |
| EXAMINER | 630.40 | $806,033.70 |
| NON-WORKING TRAVEL | 15.20 | $22,327.65 |
| CREDIT FOR 50% NON-WORKING TRAVEL |  | -$11,163.83 |
| **TOTAL** | **4,064.00** | **$4,607,885.47** |

---

[1] The subject matter of certain time entries may be appropriate for more than one project category. In such instances, time entries generally have been included in the most appropriate category. Time entries do not appear in more than one category.