## Exhibit C

**Expense Summary for the Application Period**

**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(FEBRUARY 1, 2024 THROUGH AND INCLUDING APRIL 30, 2024)**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[1] if Applicable** | **Amount** |
| Lexis Courtlink | Lexis | $63.44 |
| Outside Record Production | | $5.00 |
| Filing Fee | | $50.80 |
| Online Research | | $197.00 |
| Messenger | | $205.00 |
| Express Mail | | $23.60 |
| Document Reproduction ($.10/page) | | $499.00 |
| Color Document Reproduction ($.25/page) | | $413.25 |
| Travel and Expenses | | $7,733.53 |
| Velobind | | $12.12 |
| Document Services | | $6,690.24 |
| | **TOTAL** | **$15,892.98** |

---

[1] Quinn Emanuel may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.