# Exhibit D

**Customary and Comparable Compensation Disclosures**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES
(FEBRUARY 1, 2024 THROUGH AND INCLUDING APRIL 30, 2024)**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Firm-wide February 1, 2024 through April 30, 2024[1] | Billed to Debtors February 1, 2024 through April 30, 2024 |
| Partner | $1,606.57 | $1,600.15 |
| Counsel | $1,343.35 | $1,296.00 |
| Associate | $1,104.08 | $986.39 |
| Paraprofessional | $502.60 | $507.81 |
| Aggregated | $1,243.48 | $1,133.83 |

---

[1] The amounts in this column reflect the blended rate for all timekeepers at Quinn Emanuel in the firm's U.S. offices.