**Exhibit E**

**Estimated Staffing and Budget Plan**

**STAFFING PLAN FOR QUINN EMANUEL URQUHART & SULLIVAN, LLP,
SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD FEBRUARY 1, 2024 THROUGH APRIL 30, 2024**

| PROFESSIONAL CATEGORY | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE APPLICATION PERIOD | RANGE OF RATES |
|---|---|---|
| Partners & Counsel | 20 | $1,296.00–$2,025.00 |
| Associates | 30 | $792.00–$1,251.00 |
| Paraprofessionals & Law Clerks | 8 | $157.50–$643.50 |

**ESTIMATED BUDGET FOR QUINN EMANUEL URQUHART & SULLIVAN, LLP,
SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD FEBRUARY 1, 2024 THROUGH APRIL 30, 2024**

| PROJECT CATEGORY | EST. HOURS | EST. FEES | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| ASSET ANALYSIS AND RECOVERY | 483 | $500,000 | 104.70 | $128,886.75 |
| AVOIDANCE ACTION ANALYSIS | 290 | $300,000 | 147.40 | $151,029.00 |
| BANKRUPTCY LITIGATION | 1,513 | $1,565,000 | 235.60 | $281,079.00 |
| BOARD / CORPORATE GOVERNANCE | 48 | $50,000 | 39.60 | $63,794.25 |
| CASE ADMINISTRATION | 48 | $50,000 | 0.70 | $935.55 |
| EMPLOYMENT AND FEE APPLICATIONS | 290 | $300,000 | 156.70 | $191,208.60 |
| PLAN AND DISCLOSURE STATEMENT | 193 | $200,000 | 9.10 | $13,940.55 |
| INVESTIGATION | 2,416 | $2,500,000 | 2,475.40 | $2,710,491.75 |
| GRAYSCALE LITIGATION | 0 | $0 | 0.00 | $0.00 |
| BAHAMAS LITIGATION | 48 | $50,000 | 1.10 | $1,425.60 |
| FRIEDBERG LITIGATION | 966 | $1,000,000 | 23.80 | $27,328.05 |
| BANKMAN/FRIED LITIGATION | 290 | $300,000 | 193.00 | $178,405.20 |
| EMBED/ROCKET LITIGATION | 48 | $50,000 | 31.30 | $42,163.65 |
| EXAMINER | 483 | $500,000 | 630.40 | $806,033.70 |
| NON-WORKING TRAVEL | 68 | $70,000 | 15.20 | $22,327.65 |
| CREDIT FOR 50% NON-WORKING TRAVEL | | -$35,000 | | -$11,163.83 |
| **Total** | **7,184** | **$7,400,000** | **4,064.00** | **$4,607,885.47** |