**EXHIBIT B**

**Expense Summary for the Application Period**

| Category | Amount |
|---|---|
| Hotel and Travel Expenses | $3,511.43 |
| Eversheds' UK Office Legal Fees | $25,501.96 |

| | |
|---|---|
| **Total:** | **$ 29,013.39** |



Eversheds Sutherland (International) LLP
One Wood Street
London
EC2V 7WS
United Kingdom
Fax +44 20 7919 4919
Tel  +44 20 7919 4500
www.eversheds-sutherland.com

Eversheds Sutherland (US) LLP
999 Peachtree Street NE
Suite 2300
Atlanta GA  30309-3996
USA

| | |
|---|---|
| **Date (Tax Point)** | 12 June 2024 |
| **Our VRN** | GB820704559 |
| **Matter Number** | 319558.001014 |
| **Invoice Number** | 9020087841 |
| **Our Ref** | Alex Rogan |
| **Your Ref** | Mark Sherrill |

**Invoice**                                                                 USD
**FTX ad hoc**

Period of Invoice - 03 January 2024 to 10 January 2024

**Fees Not Liable to VAT**

| | |
|---|---|
| Eversheds Sutherland (International) LLP | 23,562.46 |
| **Total Sum Payable** | **23,562.46** USD |

*Keith Froud*

**Managing Partner**
**For Eversheds Sutherland (International) LLP**

This supply may be subject to reverse charge in the country of receipt.

Please remit payment to our account at National Westminster Bank PLC, Leeds City Office, PO Box 154, 8 Park Row, Leeds, LS1 2QS
Account Name: Eversheds Sutherland (International) LLP Office       Currency: USD       IBAN: GB51NWBK60730148501514       SWIFT/BIC: NWBKGB2L
Please use the following intermediary bank details: Intermediary Bank: JP Morgan New York Intermediary SWIFT/BIC: CHASUS33
PLEASE QUOTE OUR INVOICE NUMBER WHEN REMITTING FUNDS, REMITTANCE ADVICE SHOULD BE EMAILED TO REMITTANCEADVICE@EVERSHEDS-SUTHERLAND.COM
Payment is due in 90 days. Settlement of this bill is expected directly from the client.

For full terms and conditions, please see our standard Terms of Engagement issued on receipt of instructions. Further copies are available on request.
Please be aware of the risk of financial fraud. If you are notified of a change in our bank details, please confirm those details with your Eversheds Sutherland client partner before making payment.
If you need more details about the work we have done for you please contact the person with whom you usually deal.
If you wish to complain about this invoice please ask for a copy of our Client Complaints Handling Procedure.

You may also be entitled to apply to the court for an assessment of the invoice under Part III of the Solicitors Act 1974.
We reserve the right to charge interest on the unpaid balance of the invoice at the judgment debt rate or any different rate we may have agreed with you.
Eversheds Sutherland (International) LLP is a limited liability partnership, registered in England and Wales, under registration number OC304065, registered office One Wood Street, London EC2V 7WS and is authorised and regulated by the Solicitors Regulation Authority. A list of the members' names, together with those who are nonmembers, but are designated as partners is available for inspection at the above office, together with details of their professional qualifications. Eversheds Sutherland (International) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

9020087841

**Fee Earner Totals**

**Eversheds Sutherland (International) LLP**

| Timekeeper | Hours | Average rate | Amount |
|---|---|---|---|
| Ward, Martin | 0.40 | 785.20 | 314.08 |
| Rogan, Alex | 5.90 | 835.86 | 4,931.57 |
| Rogers, Craig | 0.40 | 1,241.15 | 496.46 |
| Andrews, Sam | 3.30 | 569.91 | 1,880.70 |
| Bryson, Meghan | 1.50 | 740.88 | 1,111.32 |
| Gill, Ian | 6.30 | 987.84 | 6,223.39 |
| Kaur Walia, Gurjeet | 10.70 | 804.20 | 8,604.94 |
| **Total** | **28.50** | | **23,562.46** |

EVERSHEDS SUTHERLAND

9020087841

**Eversheds Sutherland (International) LLP**

| Timekeeper | Date | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| Andrews, Sam | 03.01.2024 | 2.00 | 569.91 | 1,139.82 | Drafting memo and sending to Alex Rogan. |
| Andrews, Sam | 03.01.2024 | 0.10 | 569.91 | 56.99 | SAndrews further internal calls between SAndrews and ARogan. |
| Andrews, Sam | 03.01.2024 | 0.10 | 569.91 | 56.99 | SAndrews review of emails from ARogan re. note on interest. |
| Andrews, Sam | 03.01.2024 | 0.50 | 569.91 | 284.96 | SAndrews discussing with ARogan, IGill, GKWalia. |
| Andrews, Sam | 03.01.2024 | 0.30 | 569.91 | 170.97 | Call between SAndrews with MWard re: interest rate on proof of debt. |
| Andrews, Sam | 03.01.2024 | 0.30 | 569.91 | 170.97 | Internal call between SAndrews and ARogan. |
| Gill, Ian | 03.01.2024 | 2.50 | 987.84 | 2,469.60 | IGill amending draft advice having reviewing research. |
| Gill, Ian | 03.01.2024 | 0.50 | 987.84 | 493.92 | IGill discussing research with GKWalia. |
| Gill, Ian | 03.01.2024 | 1.00 | 987.84 | 987.84 | IGill reviewing research re interest. |
| Kaur Walia, Gurjeet | 03.01.2024 | 0.50 | 804.20 | 402.10 | Internal call with between ES UK and ES US to discuss interest rates in English position. |
| Kaur Walia, Gurjeet | 03.01.2024 | 0.50 | 804.20 | 402.10 | GKWalia discussing research with IGill. |
| Kaur Walia, Gurjeet | 03.01.2024 | 0.50 | 804.20 | 402.10 | GKWalia discussing with ARogan, IGill and SAndrews. |
| Kaur Walia, Gurjeet | 03.01.2024 | 4.50 | 804.20 | 3,618.90 | Drafting research note re statutory interest provisions in Rule 14.23. |
| Rogan, Alex | 03.01.2024 | 0.50 | 835.86 | 417.93 | ARogan discussing on a call with GKWalia re application of English statutory interest. |
| Rogan, Alex | 03.01.2024 | 4.20 | 835.86 | 3,510.61 | ARogan considering arguments around the application of English statutory interest. |
| Ward, Martin | 03.01.2024 | 0.10 | 785.21 | 78.52 | Emails between MWard and Erin Broderick. |
| Ward, Martin | 03.01.2024 | 0.30 | 785.21 | 235.56 | Discussion between MWard, SAndrews and ARogan re interest claim. |
| Bryson, Meghan | 04.01.2024 | 1.20 | 740.88 | 889.06 | MBryson review documents and consider rule 14.23. |
| Bryson, Meghan | 04.01.2024 | 0.30 | 740.87 | 222.26 | MBryson discussing interest with IGill and GKWalia. |
| Gill, Ian | 04.01.2024 | 0.50 | 987.84 | 493.92 | IGill reviewing internal emails between GKWalia and ARogan. |
| Gill, Ian | 04.01.2024 | 0.30 | 987.84 | 296.35 | IGill discussing cases with GKWalia and MBryson. |
| Gill, Ian | 04.01.2024 | 1.50 | 987.84 | 1,481.76 | IGill drafting and amending research re interest and drafting advice note. |
| Kaur Walia, Gurjeet | 04.01.2024 | 2.00 | 804.20 | 1,608.40 | GKWalia reviewing Lehmans cases for authority on interest provisions. |
| Kaur Walia, Gurjeet | 04.01.2024 | 0.30 | 804.20 | 241.26 | GKWalia discussing Lehman cases with IGill, ARogan and MBryson. |
| Kaur Walia, Gurjeet | 04.01.2024 | 2.00 | 804.20 | 1,608.40 | GKWalia drafting and amending email note to account for additional authorities. |
| Rogan, Alex | 04.01.2024 | 0.40 | 835.86 | 334.34 | ARogan and Crogers discussing advice regarding interest on pre-petition creditors and re Lehmen Bros precedent. |
| Rogan, Alex | 04.01.2024 | 0.30 | 835.86 | 250.76 | ARogan discussing research with GKWalia. |
| Rogan, Alex | 04.01.2024 | 0.50 | 835.86 | 417.93 | ARogan considering arguments around the application of English statutory interest. |

EVERSHEDS SUTHERLAND

9020087841

| Timekeeper | Date | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| Rogers, Craig | 04.01.2024 | 0.20 | 1,241.13 | 248.23 | CRogers reviewing advice from Alex Rogan regarding interest on pre-petition creditors. |
| Rogers, Craig | 04.01.2024 | 0.20 | 1,241.13 | 248.23 | CRogers follow up call discussing with Alex Rogan re Lehmen Bros precedent. |
| Kaur Walia, Gurjeet | 10.01.2024 | 0.40 | 804.20 | 321.68 | Review of further Lehmans case and consider points on statutory interest and highlight paragraphs referring to Rule 14.23. |

Invoice ID: 0500-4131-7567

# EVERSHEDS SUTHERLAND

Eversheds Sutherland (US) LLP
999 Peachtree Street NE
Suite 2300
Atlanta GA 30309-3996
USA

Eversheds Sutherland (International) LLP
One Wood Street
London
EC2V 7WS
United Kingdom
Fax +44 20 7919 4919
Tel +44 20 7919 4500
www.eversheds-sutherland.com

| | |
|---|---|
| Date (Tax Point) | 11 March 2024 |
| Our VRN | GB820704559 |
| Matter Number | 319558.001014 |
| Invoice Number | 9020064746 |
| Our Ref | Alex Rogan |
| Your Ref | Mark Sherrill |

**Invoice**                                                                USD
FTX ad hoc
Period of Invoice - 03 January 2023 to 26 January 2023

**Fees Not Liable to VAT**
Eversheds Sutherland (International) LLP                         1,939.50
                                       **Total Sum Payable**     **1,939.50 USD**

*Keith Froud*

**Managing Partner**
**For Eversheds Sutherland (International) LLP**

This supply may be subject to reverse charge in the country of receipt.
Please remit payment to our account at National Westminster Bank PLC, Leeds City Office, PO Box 154, 8 Park Row, Leeds, LS1 2QS
Account Name: Eversheds Sutherland (International) LLP Office    Currency: USD    IBAN: GB51NWBK60730148501514    SWIFT/BIC: NWBKGB2L
Please use the following intermediary bank details: Intermediary Bank: JP Morgan New York Intermediary SWIFT/BIC: CHASUS33
PLEASE QUOTE OUR INVOICE NUMBER WHEN REMITTING FUNDS, REMITTANCE ADVICE SHOULD BE EMAILED TO REMITTANCEADVICE@EVERSHEDS-SUTHERLAND.COM
Payment is due in 90 days. Settlement of this bill is expected directly from the client.

For full terms and conditions, please see our standard Terms of Engagement issued on receipt of instructions. Further copies are available on request.
Please be aware of the risk of financial fraud. If you are notified of a change in our bank details, please confirm those details with your Eversheds Sutherland client partner before making payment.
If you need more details about the work we have done for you please contact the person with whom you usually deal.
If you wish to complain about this invoice please ask for a copy of our Client Complaints Handling Procedure.

You may also be entitled to apply to the court for an assessment of the invoice under Part III of the Solicitors Act 1974.
We reserve the right to charge interest on the unpaid balance of the invoice at the judgment debt rate or any different rate we may have agreed with you.
Eversheds Sutherland (International) LLP is a limited liability partnership, registered in England and Wales, under registration number OC304065, registered office One Wood Street, London EC2V 7WS and is authorised and regulated by the Solicitors Regulation Authority. A list of the members' names, together with those who are nonmembers, but are designated as partners is available for inspection at the above office, together with details of their professional qualifications.
Eversheds Sutherland (International) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.



9020064746

**Fee Earner Totals**
**Eversheds Sutherland (International) LLP**

| Timekeeper | Hours | Average rate | Amount |
|---|---|---|---|
| Miah, Turon | 1.10 | 645.00 | 709.50 |
| Ward, Martin | 1.50 | 820.00 | 1,230.00 |
| **Total** | **2.60** | | **1,939.50** |

9020064746

**Eversheds Sutherland (International) LLP**

| Timekeeper | Date | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| Ward, Martin | 03.01.2023 | 0.10 | 820.00 | 82.00 | Email to Counsel's clerk re fees |
| Ward, Martin | 03.01.2023 | 0.10 | 820.00 | 82.00 | Email to Alex Rogan re invoicing |
| Miah, Turon | 04.01.2023 | 0.30 | 645.00 | 193.50 | Perusing emails from ESUS and Mr Quest KC |
| Miah, Turon | 05.01.2023 | 0.40 | 645.00 | 258.00 | Various emails from ESUS and Mr Quest KC |
| Miah, Turon | 05.01.2023 | 0.20 | 645.00 | 129.00 | Call with Martin Ward to discuss issues FTX terms and interest in fiat currency and e-money |
| Ward, Martin | 05.01.2023 | 0.80 | 820.00 | 656.00 | call with US team, counsel |
| Ward, Martin | 11.01.2023 | 0.50 | 820.00 | 410.00 | catch up with Alex Rogan |
| Miah, Turon | 26.01.2023 | 0.20 | 645.00 | 129.00 | Email from Sarah Paul and perusing amends to Mr Quest KC Note |