**EXHIBIT A**

**Summary of Fees by Individual for the Application Period
(February 1, 2024, through and including April 30, 2024)**

| Name | Title | Practice Group; Date of First Admission | Hourly Rate | Hours Billed | Amount Billed |
|---|---|---|---|---|---|
| Broderick, Erin E. | Partner | Finance, 2008 | $1,300.00 | 486.80 | 632,840.00 |
| Paul, Sarah | Partner | Litigation, 2004 | $1,225.00 | 57.60 | 70,560.00 |
| | | **Partner Total** | | 544.40 | 703,400.00 |
| Christian, Edward | Sr. Counsel | Finance, 1995 | $1,160.00 | 46.00 | 53,360.00 |
| | | **Senior Counsel Total** | | 46.00 | 53,360.00 |
| Badio, Maritza | Associate | Finance, 2017 | $915.00 | 71.90 | 65,788.50 |
| DeLoatch, Nathaniel T. | Associate | Finance, 2019 | $815.00 | 191.80 | 156,317.00 |
| Howard, Jazmen | Associate | Corporate, 2020 | $800.00 | 3.00 | 2,400.00 |
| Monzon Woc, Ana Rocio | Associate | Litigation, 2018 | $755.00 | 19.60 | 14,798.00 |
| Rodgers, Jessica | Associate | Litigation, 2020 | $680.00 | 11.00 | 7,480.00 |
| Rogers, Michael A. | Associate | Finance, 2022 | $730.00 | 466.00 | 340,180.00 |
| Spring, Thomas A. | Associate | Litigation, 2021 | $650.00 | 5.80 | 3,770.00 |
| Tomasello, Reid L. | Associate | Tax, 2020 | $835.00 | 7.50 | 6,262.50 |
| | | **Associate Total** | | 776.60 | 596,996.00 |
| Hirsch, Devorah | Paralegal | Litigation | $260.00 | 50.70 | 13,182.00 |
| | | | $355.00 | 1.70 | 603.50 |
| Keenan, Shawne | Paralegal | Finance | $515.00 | 6.00 | 3,090.00 |
| | | **Paralegal Total** | | 58.40 | 16,875.50 |
| **Grand Total** | | | | 1,425.40 | $1,370,631.50 |

**Blended Hourly Rate:** $962.00