# EXHIBIT B

## Summary of Compensation by Project Category

| U.S. Trustee Task Code and Project Category | Hours Billed | Amount Billed |
|---|---:|---:|
| B112 General Creditor Inquiries | 24.00 | 18,868.00 |
| B113 Case Analysis/Pleading Review | 98.60 | 108,259.50 |
| B155 Court Hearings | 18.40 | 17,308.00 |
| B160 Fee/Employment Applications | 75.00 | 72,609.00 |
| B195 Non-Working Travel | 6.20 | 8,060.00 |
| B260 Corporate Governance and Board Matters | 71.80 | 37,537.00 |
| B270 AHC Member Communications & Meetings | 169.80 | 165,816.50 |
| B310 KYC Process and Claims Administration | 192.60 | 185,389.50 |
| B320 Plan and Disclosure Statement (including Business Plan) | 728.30 | 721,279.50 |
| B410 General Case Strategy | 34.80 | 28,402.00 |
| B450 Case Examiner | 5.90 | 7,102.50 |
| | **1,425.40** | **$ 1,370,631.50** |