**EXHIBIT C**

**Expense Summary for the Application Period**

| Category | Amount |
|---|---|
| Hotel and Travel Expenses | $3,511.43 |
| Eversheds' UK Office Legal Fees | $25,501.96 |

|   |   |
|---|---|
| **Total:** | $ 29,013.39 |