# EXHIBIT D

## Eversheds Sutherland's Customary and Comparable Compensation Disclosures

| Timekeeper Rank | FTX - Ad Hoc Committee* | | Firm-wide** | |
| --- | --- | --- | --- | --- |
| | April 2023 Through April 2024 | | Total Firm Bills Allocated to Non-BK General Domestic Timekeepers from April 2023 Through April 2024 | |
| | Blended Hourly Rate | % Total Hours | Blended Hourly Rate | % Total Hours |
| Partners[1] | $1,232 | 21% | $928 | 55% |
| Associates[2] | $828 | 77% | $616 | 42% |
| Non-Lawyers[3] | $242 | 2% | $393 | 3% |
| **All Timekeepers** | **$962** | **100%** | **$742** | **100%** |

[1] Includes Of Counsel, Senior Counsel.

[2] Includes Special Counsel, Counsel, Senior Attorney, Staff Attorney, Contract Attorney.

[3] Excludes all non-comparable "non-lawyer" timekeepers.

\* Includes write-offs.

\*\* Includes non-BK work of BK timekeepers and all work of other domestic timekeepers, excluding litigation matters and all write-offs.