**EXHIBIT E**

**Estimated Staffing and Budget Plan**

**STAFFING PLAN FOR EVERSHEDS SUTHERLAND (US) LLP, COUNSEL TO THE AD HOC COMMITTEE OF NON-US CUSTOMERS OF FTX.COM, FOR THE PERIOD FEBRUARY 1, 2024, THROUGH APRIL 30, 2024**

| Category of Timekeeper | Number of Timekeepers Expected to Work On the Matter During the Application Period (1) | Range of Rates |
|---|---|---|
| Partner (2) | 3 | $1,160.00 - $1,300.00 |
| Associate | 8 | $650.00 - $915.00 |
| Other Professionals (3) | 2 | $240.00 - $515.00 |

(1) Estimate is for total number of timekeepers billing any substantial number of hours to matter.

(2) Includes Senior Counsel.

(3) Includes clerks, legal analysts and eDiscovery professionals.

**ESTIMATED BUDGET FOR EVERSHEDS SUTHERLAND (US) LLP, COUNSEL TO THE AD HOC COMMITTEE OF NON-US CUSTOMERS OF FTX.COM, FOR THE PERIOD FROM FEBRUARY 1, 2024, THROUGH APRIL 30, 2024**

| U.S. Trustee Task Code and Project Category | Estimated Hours | Estimated Fees | Hours Billed | Amount Billed |
|---|---|---|---|---|
| B112 General Creditor Inquiries | 50 | $42,500.00 | 24.00 | 18,868.00 |
| B113 Case Analysis/Pleading Review | 150 | $127,500.00 | 101.90 | 112,096.00 |
| B150 Meetings of and Communications with External Stakeholders | 50 | $42,500.00 | 4.20 | 4,798.50 |
| B155 Court Hearings | 25 | $21,250.00 | 18.40 | 17,308.00 |
| B160 Fee/Employment Applications | 25 | $21,250.00 | 72.00 | 69,825.00 |
| B195 Non-Working Travel | 25 | $21,250.00 | 6.20 | 8,060.00 |
| B260 Corporate Governance and Board Matters | 100 | $85,000.00 | 71.80 | 37,537.00 |
| B270 AHC Member Communications & Meetings | 200 | $170,000.00 | 165.80 | 161,164.00 |
| B310 KYC Process and Claims Administration | 200 | $170,000.00 | 192.60 | 185,389.50 |
| B320 Plan and Disclosure Statement (including Business Plan) | 700 | $595,000.00 | 728.30 | 721,279.50 |
| B410 General Case Strategy | 100 | $85,000.00 | 34.80 | 28,402.00 |
| B450 Case Examiner | 25 | $21,250.00 | 5.40 | 5,904.00 |
| **Total** | | **1,650.00** | **$1,402,500.00** | **1,425.40** | **$1,370,631.50** |