**EXHIBIT F**

**Certification of Sarah E. Paul in Support of the Application**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FTX TRADING, LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## CERTIFICATION OF SARAH E. PAUL

I, Sarah E. Paul, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, hereby certify that:

1. I am a partner in the applicant firm, Eversheds Sutherland LLP ("Eversheds Sutherland"), and I am duly authorized to make this certification on behalf of Eversheds Sutherland. Eversheds Sutherland was retained by the Ad Hoc Committee of Non-Us Customers of FTX.com in the above-captioned cases. This certification is made in support of the Third Interim Fee Application of Eversheds Sutherland (US) LLP as lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com (the "Application") and in compliance with rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rule 2016-2") of the Bankruptcy Court, and with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the debtors' claims and noticing agent's website at https://cases.ra.kroll.com/FTX.

Guidelines"), 28 C.F.R. pt. 58, app. A (1996).

        2.        To that end, the following is provided in response to the request for additional information set forth in ¶ C.5 of the Guidelines:

> **Question**: Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain.
>
> Response: No.
>
> **Question**: If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?
>
> Response: Not applicable.
>
> **Question**: Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?
>
> Response: No.
>
> **Question**: Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.) If so, please quantify by hours and fees.
>
> Response: No. Eversheds Sutherland reserves the right to seek such fees in subsequent applications.
>
> **Question**: Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.
>
> Response: Yes. Eversheds Sutherland spent approximately 4.3 hours at approximately $4,279 in fees for reviewing time records to redact privileged or other confidential information.
>
> **Question**: If the fee application includes any rate increases since retention: (i) Did the client review and approve those rate increases in advance? (ii) Did the client agree when retaining Eversheds Sutherland to accept all future rate increases? If not, did Eversheds Sutherland inform the client that they need not

agree to modified rates or terms in order to have you continue the representation, consisted with ABA Formal Ethics Opinion 11-458?

<u>Response</u>: Effective January 1, 2024, Eversheds has implemented firm-wide annual rate increases. These rate increases are consistent with the Engagement Letter, which provides that the rates included therein are adjusted from time to time and specifically annually. Additionally, Devorah Hirsch was recently promoted to paralegal specialist and her new rate is commensurate with her promotion.

3. I have read the Application and I certify that the Application substantially complies with Local Rule 2016-2 and the U.S. Trustee Guidelines.

Dated: June 14, 2024
New York, New York

*/s/ Sarah Paul*
**EVERSHEDS SUTHERLAND (US) LLP**
Sarah E. Paul
The Grace Building, 40th Floor 1114 Avenue of the Americas New York, New York 10036 Telephone: (212) 389-5000
Facsimile: (212) 389-5099
sarahpaul@eversheds-sutherland.com

*Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com*