**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 17219-17221, 17231 & 17232** |

**CERTIFICATE OF SERVICE**

I, WING LAI-CHAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 11, 2024, I caused to be served the:

   a. "Fifteenth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from February 1, 2024, to and Including February 29, 2024," dated June 11, 2024 [Docket No. 17219], (the "Jefferies 15th Fee Statement"),

   b. "Sixteenth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from March 1, 2024, to and Including March 31, 2024," dated June 11, 2024 [Docket No. 17220], (the "Jefferies 16th Fee Statement"),

   c. "Seventeenth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from April 1, 2024, to and Including April 30, 2024," dated June 11, 2024 [Docket No. 17221], (the "Jefferies 17th Fee Statement"),

   d. "Seventeenth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period April 1, 2024 Through April 30, 2024," dated June 11, 2024 [Docket No. 17231], (the "FTI April Fee Application"), and

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX

  e. "Second Supplemental Declaration of Erez E. Gilad in Support of Application to Retain and Employ Paul Hastings LLP as Lead Counsel to the Official Committee of Unsecured Creditors," filed on June 11, 2024 [Docket No. 17232], (the "Declaration"),

by causing true and correct copies of the:

  i. Declaration to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

  ii. Jefferies 15th Fee Statement, Jefferies 16th Fee Statement, Jefferies 17th Fee Statement, and FTI April Fee Application to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit B</u>,

  iii. Declaration to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>,

  iv. Jefferies 15th Fee Statement, Jefferies 16th Fee Statement, Jefferies 17th Fee Statement, and FTI April Fee Application to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D,</u> and

  v. Declaration to be delivered via electronic mail to: *ann.kashishian@lewisbrisbois.com* and *jdellaportas@emmetmarvin.com*.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

<u>*s/ Wing Lai-Chan*</u><br>Wing Lai-Chan

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
|  | NEW YORK NY 10019 |
| COUSINS LAW LLC | COUNSEL TO EVOLVE BANK & TRUST ATTN: SCOTT D. COUSINS, SCOTT D. JONES BRANDYWINE PLAZA WEST 1521 CONCORD PIKE, STE 301 WILMINGTON DE 19801 |
| ENVIRONMENTAL PROTECTION AGENCY | ATTN BANKRUPTCY DIVISION 290 BROADWAY NEW YORK NY 10007-1866 |
| ENVIRONMENTAL PROTECTION AGENCY | ATTN: MATTHEW LEOPOLD, GENERAL COUNSEL OFFICE OF GENERAL COUNSEL 2310A 1200 PENNSYLVANIA AVE NW, 2310A WASHINGTON DC 20460 |
| EVERSHEDS SUTHERLAND (US) LLP | COUNSEL TO AD HOC COMMITTEE NON US CUSTOMERS ATTN: PETER IVANICK, SARAH PAUL THE GRACE BUILDING 40TH FL, 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| EVERSHEDS SUTHERLAND (US) LLP | COUNSEL TO AD HOC COMMITTEE NON US CUSTOMERS ATTN: ANDREA L. GORDON 700 SIXTH ST NW, STE 700 WASHINGTON DC 20001 |
| EVERSHEDS SUTHERLAND (US) LLP | COUNSEL TO AD HOC COMMITTEE NON US CUSTOMERS ATTN: ERIN E. BRODERICK 227 WEST MONROE ST, STE 6000 CHICAGO IL 60606 |
| EVERSHEDS SUTHERLAND (US) LLP | COUNSEL TO AD HOC COMMITTEE NON US CUSTOMERS ATTN: MARK D. SHERRILL 1001 FANNIN ST, STE 3700 HOUSTON TX 77002 |
| INTERNAL REVENUE SERVICE | IRS INSOLVENCY SECTION CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | IRS INSOLVENCY SECTION CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5-Q30.133 PHILADELPHIA PA 19104-5016 |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE CO ATTN: MICHAEL R. MORANO 1300 MT. KEMBLE AVE, PO BOX 2075 MORRISTOWN NJ 07962 |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE CO ATTN: GARY D. BRESSLER 300 DELAWARE AVE, STE 1014 WILMINGTON DE 19801 |
| MISSOURI DEPARTMENT OF REVENUE | GENERAL COUNSEL'S OFFICE ATTN STEVEN A. GINTHER, ERIC SCHMITT 301 W. HIGH ST, ROOM 670, PO BOX 475 JEFFERSON CITY MO 65105-0475 |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY 1850 M ST., NW 12TH FL WASHINGTON DC 20036 |
| SULLIVAN HAZELTINE ALLINSON LLC | COUNSEL TO WORD OF GOD FELLOWSHIP, INC. ATTN: WILLIAM D. SULLIVAN 919 NORTH MARKET ST, STE 420 WILMINGTON DE 19801 |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT US DEPT OF JUSTICE 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |

**Total Creditor count  16**

**EXHIBIT B**

FTX TRADING LTD., *et al.*,[1]
Case No. 22-11068
First Class Mail Recipient

Office of the United States Trustee
J. Caleb Boggs Federal Building
Linda Richenderfer, Benjamin A Hackman &
Jonathan W. Lipshie
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

**EXHIBIT C**

FTX TRADING LTD., et al.,1
Case No. 22-11068
Electronic Service List

| NAME | EMAIL |
|---|---|
| A. M. SACCULLO LEGAL, LLC | ams@saccullolegal.com; meg@saccullolegal.com |
| ASHBY & GEDDES, P.A. | gtaylor@ashbygeddes.com |
| ASHBY & GEDDES, P.A. | rpalacio@ashbygeddes.com |
| ATTORNEY GENERAL OF THE STATE OF NEW YORK | robert.rock@ag.ny.gov |
| BALLARD SPAHR LLP | brannickn@ballardspahr.com; masellaj@ballardspahr.com |
| BIELLI & KLAUDER LLC | dklauder@bk-legal.com |
| BLANK ROME LLP | Josef.Mintz@blankrome.com; Rick.Antonoff@blankrome.com |
| BOERSCH & ILLOVSKY LLP | sharon@boersch-illovsky.com |
| BUCHALTER, A PROFESSIONAL CORPORATION | schristianson@buchalter.com |
| BUTLER SNOW LLP | jeb.bailey@butlersnow.com; cam.hillyer@butlersnow.com |
| BUTLER SNOW LLP | martin.sosland@butlersnow.com |
| CARR MALONEY P.C. | peter.glaws@carrmaloney.com |
| CLARK HILL PLC | kgrivner@clarkhill.com; kmorse@clarkhill.com |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | jvanlare@cgsh.com; bhammer@cgsh.com |
| COLE SCHOTZ P.C. | npernick@coleschotz.com; aroth-moore@coleschotz.com |
| COMMODITY FUTURES TRADING COMMISSION | mwhite@cftc.gov |
| COZEN O'CONNOR | eschmidt@cozen.com |
| CROSS & SIMON LLC | kmann@crosslaw.com |
| CROWELL & MORING LLP | fhyman@crowell.com |
| DEBEVOISE & PLIMPTON LLP | nlabovitz@debevoise.com; eworenklein@debevoise.com; mcgodbe@debevoise.com |
| DEBEVOISE & PLIMPTON LLP | slevinson@debevoise.com; jball@debevoise.com |
| DELAWARE DIVISION OF REVENUE | fasnotify@state.de.us |
| DELAWARE SECRETARY OF STATE | dosdoc_ftax@state.de.us |
| DELAWARE STATE TREASURY | statetreasurer@state.de.us |
| DLA PIPER LLP | aaron.applebaum@us.dlapiper.com; dennis.odonnell@dlapiper.com; jeffrey.torosian@dlapiper.com |
| EMMET, MARVIN & MARTIN, LLP | tpitta@emmetmarvin.com;jswartz@emmetmarvin.com |
| FOLEY & LARDNER LLP | msmall@foley.com; sruppenthal@foley.com |
| GELLERT SCALI BUSENKELL & BROWN LLC | Mbusenkell@gsbblaw.com |
| GIBBONS P.C. | cviceconte@gibbonslaw.com; rmalone@gibbonslaw.com; btheisen@gibbonslaw.com; kmcevilly@gibbonslaw.com |
| GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP | bdavidoff@greenbergglusker.com |
| HAYNES AND BOONE, LLP | rick.anigian@haynesboone.com; charlie.jones@haynesboone.com |
| HAYNES AND BOONE, LLP | richard.kanowitz@haynesboone.com |
| HOLLAND & KNIGHT LLP | warren.gluck@hklaw.com; marie.larsen@hklaw.com; david.wirt@hklaw.com; jessica.magee@hklaw.com; shardul.desai@hklaw.com |
| KASHISHIAN LAW LLC | amk@kashishianlaw.com |
| KELLER BENVENUTTI KIM LLP | jkim@kbkllp.com |
| KELLY HART & HALLMAN LLP | louis.phillips@kellyhart.com |
| KELLY HART & HALLMAN LLP | michael.anderson@kellyhart.com |
| LOWENSTEIN SANDLER LLP | abehlmann@lowenstein.com; crestel@lowenstein.com |
| MANIER HEROD, P.C. | jprice@manierherod.com; mlee@manierherod.com; swilliams@manierherod.com |
| MCCARTER & ENGLISH LLP | kbuck@mccarter.com; mrifino@mccarter.com; shumiston@mccarter.com; dadler@mccarter.com; lbonsall@mccarter.com; ppavlick@mccarter.com |
| MCDERMOTT WILL & EMERY LLP | mkandestin@mwe.com |
| MCDERMOTT WILL & EMERY LLP | dazman@mwe.com; jcalandra@mwe.com; jbevans@mwe.com; erodd@mwe.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | dprimack@mdmc-law.com;jbernstein@mdmc-law.com;nleonard@mdmc-law.com |
| MORGAN LEWIS & BOCKIUS LLP | jody.barillare@morganlewis.com; john.goodchild@morganlewis.com; matthew.ziegler@morganlewis.com; joshua.dorchak@morganlewis.com; david.shim@morganlewis.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | mharvey@morrisnichols.com |

FTX TRADING LTD., et al.,1
Case No. 22-11068
Electronic Service List

| NAME | EMAIL |
|---|---|
| MORRISON COHEN LLP | hrosenblat@morrisoncohen.com; jgottlieb@morrisoncohen.com |
| OFFICE OF THE ATTORNEY GENERAL OF GEORGIA | apatterson@law.ga.gov |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS, BANKRUPTCY & COLLECTIONS DIVISION | roma.desai@oag.texas.gov; layla.milligan@oag.texas.gov; abigail.ryan@oag.texas.gov |
| OFFICE OF THE ILLINOIS ATTORNEY GENERAL | bankruptcy_notices@ilag.gov |
| OFFICE OF THE TN ATTORNEY GENERAL, BANKRUPTCY DIV | agbankdelaware@ag.tn.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | linda.richenderfer@usdoj.gov benjamin.a.hackman@usdoj.gov jon.lipshie@usdoj.gov; david.gerardi@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | tkapur@pszjlaw.com; jrosell@pszjlaw.com;crobinson@pszjlaw.com; ljones@pszjlaw.com; pkeane@pszjlaw.com; mcaloway@pszjlaw.com |
| PAUL HASTINGS | gabesasson@paulhastings.com; krishansen@paulhastings.com; erezgilad@paulhastings.com; lucdespins@paulhastings.com; kenpasquale@paulhastings.com |
| POTTER ANDERSON & CORROON LLP | csamis@potteranderson.com; astulman@potteranderson.com; srizvi@potteranderson.com |
| PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD. | bsimms@lennoxpaton.com; kevin.cambridge@pwc.com; peter.greaves@hk.pwc.com |
| REED SMITH | kgwynne@reedsmith.com |
| REICH REICH & REICH, P.C. | npasalides@reichpc.com |
| RICHARDS, LAYTON & FINGER, P.A. | gross@rlf.com; heath@rlf.com; queroli@rlf.com; schlauch@rlf.com |
| RIMON, P.C. | frederick.chang@rimonlaw.com |
| RIMON, P.C. | jacquelyn.choi@rimonlaw.com |
| ROBINSON & COLE LLP | jedmonson@rc.com |
| SCHULTE ROTH & ZABEL LLP | douglas.mintz@srz.com; reuben.dizengoff@srz.com |
| SECURITIES & EXCHANGE COMMISSION | secbankruptcy@sec.gov |
| SECURITIES & EXCHANGE COMMISSION - NY OFFICE | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | secbankruptcy@sec.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | attorney.general@state.de.us |
| STRADLEY RONON STEVENS & YOUNG LLP | dpereira@stradley.com; dreperowitz@stradley.com |
| STREUSAND, LANDON, OZBURN & LEMMON, LLP | streusand@slollp.com; nguyen@slollp.com |
| SULLIVAN & CROMWELL LLP | dietdericha@sullcrom.com; bromleyj@sullcrom.com; gluecksteinb@sullcrom.com; kranzleya@sullcrom.com; petifordj@sullcrom.com |
| THE DALEY LAW FIRM | Darrell@daleylawyers.com; Samantha@daleylawyers.com |
| THE SECURITIES COMMISSION OF THE BAHAMAS | info@scb.gov.bs |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | evelyn.meltzer@troutman.com |
| U.S. DEPARTMENT OF JUSTICE | stanton.c.mcmanus@usdoj.gov; seth.shapiro@usdoj.gov |
| U.S. DEPARTMENT OF JUSTICE | ward.w.benson@usdoj.gov |
| U.S. DEPARTMENT OF JUSTICE - CIVIL DIVISION | stanton.c.mcmanus@usdoj.gov; seth.shapiro@usdoj.gov |
| NOA DKT 4 | elisabeth.m.bruce@usdoj.gov; Stephanie.A.Sasarak@usdoj.gov; Ari.D.Kunofsky@usdoj.gov |
| US ATTORNEY FOR DELAWARE | usade.ecfbankruptcy@usdoj.gov |
| VENABLE LLP | ajcurrie@venable.com |
| VENABLE LLP | daobrien@venable.com |
| VENABLE LLP | jssabin@venable.com; xsstrohbehn@venable.com; cweinerlevy@venable.com; aapeled@venable.com |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | jennifer.rood@vermont.gov |
| WHITE & CASE LLP | jessica.lauria@whitecase.com; cshore@whitecase.com; brian.pfeiffer@whitecase.com; ashley.chase@whitecase.com; brett.bakemeyer@whitecase.com |
| WHITE & CASE LLP | tlauria@whitecase.com; rkebrdle@whitecase.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | mlunn@ycst.com; rpoppiti@ycst.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ljones@pszjlaw.com; tkapur@pszjlaw.com; ecorma@pszjlaw.com |
| TARTER KRINSKY & DROGIN LLP | dwander@tarterkrinsky.com; atiktin@tarterkrinsky.com |

# EXHIBIT D

FTX TRADING LTD., et al.,1
Case No. 22-11068
Electronic Service List

| Name | Email |
|---|---|
| Sullivan & Cromwell LLP | kranzleya@sullcrom.com |
| Landis Rath & Cobb LLP | landis@lrclaw.com; brown@lrclaw.com |
| Paul Hastings LLP | krishansen@paulhastings.com; erezgilad@paulhastings.com; gabesasson@paulhastings.com |
| Young Conaway Stargatt & Taylor, LLP | mlunn@ycst.com; rpoppiti@ycst.com |
| U.S. Trustee | linda.richenderfer@usdoj.gov benjamin.a.hackman@usdoj.gov jon.lipshie@usdoj.gov; david.gerardi@usdoj.gov |