# **<u>EXHIBIT 1</u>**

{1368.002-W0076078.2}

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Sullivan & Cromwell LLP** *Counsel to the Debtors and Debtors-In-Possession* | 11/1/23 – 1/31/24 D.I. 9504 Filed 3/15/24 | $31,584,104.90 | $530,000.00[1] | $44,908.55 | $4,069.70 | $31,054,104.90 | $40,838.85 |
| **Landis Rath & Cobb LLP** *Co-Counsel to the Debtors and Debtors-In-Possession* | 11/1/23 – 1/31/24 D.I. 9545 Filed 3/15/24 | $1,286,387.50 | $17,391.75 | $23,638.46 | $10.97 | $1,268,995.75 | $23,627.49 |
| **Perella Weinberg Partners LP**[2] *Investment Banker to the Debtors and Debtors-In-Possession* | 11/1/23 – 1/31/24 D.I. 9540 Filed 3/15/24 | $4,125,941.84 | N/A | $72,755.57 | N/A | $4,125,941.84 | $72,755.57 |
| **Alvarez & Marsal North America LLC** *Financial Advisors to the Debtors and Debtors-In-Possession* | 11/1/23 – 1/31/24 D.I. 9517 Filed 3/15/24 | $36,066,943.30 | $350,000.00[3] | $777,055.66 | $25,000.00 | $35,716,943.30 | $752,055.66 |

---

[1] Pursuant to the *Fee Examiner's Summary Report on Fee Review Process and Fifth Interim Fee Applications* [D.I. 16172] (the "Fee Examiner Report"), Sullivan & Cromwell LLP has agreed to a 20 percent holdback, equal to $110,803.90, for fees incurred for its work responding to the security breach perpetrated on the Debtors' claims and noticing agent (the "Holdback"). The Holdback has been incorporated into the recommended fee adjustment listed herein. As explained in the Fee Examiner Report, the Fee Examiner anticipates that the Holdback will be released—in full or in part—once the Debtors have been made whole.

[2] Pursuant to paragraph 3(iv) of the Fee Examiner Order, flat-fee professionals are not subject to Fee Examiner review and, as such, Perella Weinberg Partners LP's fees and expenses were not subject to review by the Fee Examiner.

[3] Pursuant to the Fee Examiner's Summary Report on Fee Review Process and Fifth Interim Fee Applications [D.I. 16172] (the "Fee Examiner Report"), Alvarez & Marsal North America LLC has agreed to a 20 percent holdback, equal to $29,725.00, for fees incurred for its work responding to the security breach perpetrated on the Debtors' claims and

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **AlixPartners, LLP** *Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-In-Possession* | 11/1/23 – 1/31/24 D.I. 9539 Filed 3/15/24 | $8,496,064.00 | $186,986.38 | $77,680.61 | $24,198.69 | $8,309,077.62 | $53,481.92 |
| **Quinn Emanuel Urquhart & Sullivan, LLP** *Special Counsel to the Debtors and Debtors-In-Possession* | 11/1/23 – 1/31/24 D.I. 9543 Filed 3/15/24 | $7,550,521.65 | $125,000.00 | $13,053.32 | $1,109.25 | $7,425,521.65 | $11,944.07 |
| **Paul Hastings LLP** *Counsel to the Official Committee of Unsecured Creditors* | 8/1/23 – 10/31/23 D.I. 4814, 4816 Filed 12/15/23 | $9,565,274.25 | $325,000.00[4] | $298,738.59 | $0.00 | $9,240,274.25 | $298,738.59 |
| **Young Conaway Stargatt & Taylor, LLP** *Co-Counsel for the Official Committee of Unsecured Creditors* | 11/1/23 – 1/31/24 D.I. 9463, 9468 Filed 3/15/24 | $263,627.50 | $14,609.25 | $763.55 | $0.00 | $249,018.25 | $763.55 |

---

noticing agent (the "Holdback"). The Holdback has been incorporated into the recommended fee adjustment listed herein. As explained in the Fee Examiner Report, the Fee Examiner anticipates that the Holdback will be released—in full or in part—once the Debtors have been made whole.

[4] The recommended fee adjustment is partially attributable to the agreed resolution of Second, Third, and Fourth Interim Reserved Issues.

{1368.002-W0076080.4}                2

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **FTI Consulting, Inc.**[5] *Financial Advisor to the Official Committee of Unsecured Creditors* | 11/1/23 – 1/31/24 D.I. 9463, 9473 Filed 3/15/24 | $6,205,426.00 | $345,221.60 | $8,057.91 | $0.00 | $5,860,204.40 | $8,057.91 |
| **Jefferies LLC**[6] *Investment Banker for the Official Committee of Unsecured Creditors* | 11/1/23 – 1/31/24 D.I. 9463, 9475 Filed 3/15/24 | $675,000.00 | N/A | $12,133.37 | N/A | $675,000.00 | $12,133.37 |
| **Eversheds Sutherland (US) LLP** *Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com* | 11/1/23 – 1/31/24 D.I. 9555 Filed 3/15/24 | $1,276,656.50 | $58,820.12 | $0.00 | $0.00 | $1,217,836.38 | $0.00 |
| **Morris, Nichols, Arsht & Tunnell LLP** *Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com* | 11/1/23 – 1/31/24 D.I. 9550 Filed 3/15/24 | $530,595.00 | $4,313.55 | $2,533.50 | $0.00 | $526,281.45 | $2,533.50 |

---

[5] The recommended fee adjustment is partially attributable to the agreed resolution of First, Second, Third and Fourth Interim Reserved Issues.

[6] Pursuant to paragraph 3(iv) of the Fee Examiner Order, flat-fee professionals are not subject to Fee Examiner review and, as such, Jefferies LLC's fees and expenses were not subject to review by the Fee Examiner.

{1368.002-W0076080.4}    3

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Rothschild & Co US Inc.**[7] *Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-U.S. Customers of FTX.com* | 11/1/23 – 1/31/24 D.I. 9497 Filed 3/15/24 | $525,000.00 | N/A | $16,181.54 | N/A | $525,000.00 | $16,181.54 |
| **Kroll Restructuring Administration LLC** *Administrative Advisor to the Debtors* | 12/1/22 – 1/31/24 D.I. 9432 Filed 3/15/24 | $30,215.00 | $2,121.99 | $0.00 | $0.00 | $28,093.01 | $0.00 |
| **Katherine Stadler and Godfrey & Kahn, S.C.** *Fee Examiner and Counsel* | 11/1/23 – 1/31/24 D.I. 9427 Filed 3/15/24 | $546,066.50 | N/A | $5,874.75 | N/A | $546,066.50 | $5,874.75 |

---

[7] Pursuant to paragraph 3(iv) of the Fee Examiner Order, flat-fee professionals are not subject to Fee Examiner review and, as such, Rothschild & Co US Inc.'s fees and expenses were not subject to review by the Fee Examiner.