# EXHIBIT A

**[Ashby & Geddes Invoice for Period March 20, 2024, through May 31, 2024]**

{02024787;v1 }

# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

STATEMENT

TELEPHONE
302-654-1888

FED ID#23-2193414

June 11, 2024
Billed through  05/31/24
Account:  CLEARY-00001  -MDD          84441

Daniel A. Lowenthal, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036

Robert J. Cleary, Esq., as court appointed Examiner in FTX bankruptcy cases (In re: FTX Trading Ltd.)

PROFESSIONAL SERVICES RENDERED

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/20/24 | MDD | 07 | Review amended 3/20 hearing agenda (.1); attend FTX hearing (appointment of Examiner) (1.0); overview multiple docket filings regarding employment of Sullivan & Cromwell (1.3); emails with D. Lowenthal (pro hac papers, open issues, next steps) (.5); | 2.90 | $2,117.00 |
| 03/20/24 | MDD | 11 | J. McMahon email (parties in interest list), overview same (.2); guidance to AG staff regarding employment issues, conflicts search issues (.2); review and comments to all draft combined employment application papers (Patterson Belknap), request for seal of certain information (1.7); | 2.10 | $1,533.00 |
| 03/21/24 | MDD | 07 | Review and process signed orders (examiner-related) (.2); email updates (D. Lowenthal) (.1); review sample examiner filings, for form (.5); emails with OUST (B. Hackman) (parties in interest lists) (.2); work on draft pro hac papers (Lowenthal and Black) (.2); review and process 3/25 hearing agenda (.1); | 1.30 | $949.00 |

{02024696;v1 }

| Date/Initials | Code | Description | Hours | Amount |
|---|---|---|---|---|
| 03/21/24 KMJ | 11 | Download Order approving appointment of examiner (.1); Prepare pro hac vice motions for D. Lowenthal and K. Black (.4); send drafts to D. Lowenthal and K. Black (.2); filed pro hac vice motions and uploaded proposed orders (.3); download and send copies to co-counsel (.2); | 1.20 | $402.00 |
| 03/22/24 MDD | 11 | Begin review and processing of AG search results (1.0); | 1.00 | $730.00 |
| 03/23/24 MDD | 11 | Review and process search results, connections, prepare draft tables regarding same (1.8); | 1.80 | $1,314.00 |
| 03/24/24 MDD | 11 | Continue review and processing of search results, add to tables regarding same, internal follow up emails on related open issues (1.3); | 1.30 | $949.00 |
| 03/25/24 MDD | 07 | Emails with Patterson Belknap team (.2); review and comments to proposed addendum to confidentiality order (.4); review prior filings regarding confidentiality agreement and protective order (.2); follow up emails with Patterson team (COC plus approval order) (.2); draft COC and proposed order regarding Addendum (.8), review Local Rules regarding same (.2); Patterson Belknap (K. Black) email to OUST counsel regarding same (.1); | 2.10 | $1,533.00 |
| 03/25/24 KMJ | 07 | Prepared draft Certification of Counsel and Proposed Order regarding Addendum to Confidentiality Agreement (.5); | 0.50 | $167.50 |
| 03/25/24 MDD | 11 | Internal follow up emails (AG search results) (.2), revise and compile tables (.2); | 0.40 | $292.00 |
| 03/26/24 MDD | 07 | OUST reply email (confidentiality agreement addendum) (.1); Patterson Belknap email updates, call with PB team regarding Addendum (.2); prepare Addendum, COC, and proposed order for filing, emails to K. Jones regarding same (.4); | 0.70 | $511.00 |

Bill number      CLEARY 84441                                                              PAGE    3

| Date | Tkpr | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/26/24 | MDD | 11 | Review and process additional search results, add to tables (3.3); | 3.30 | $2,409.00 |
| 03/27/24 | MDD | 11 | Review and process additional search results, update tables regarding same (.5); internal follow up emails regarding same (.2); review options for service (employment applications), emails with K. Jones regarding same (.2); | 0.90 | $657.00 |
| 03/28/24 | MDD | 07 | Emails with chambers regarding initial Examiner status conference (.1); | 0.10 | $73.00 |
| 03/28/24 | MDD | 11 | Continue review and processing of search results, compile tables (1.2); | 1.20 | $876.00 |
| 03/29/24 | MDD | 11 | Review and process additional search results, additions to tables (.7); email update to Patterson team (.1); review Ad Hoc Cmte. of Non-U.S. Customers' sixth supplemental Rule 2019 statement, arrange for additional searches (.2); follow up emails with lead counsel (.1); begin work on AG employment application and related papers (.6); | 1.70 | $1,241.00 |
| 03/30/24 | MDD | 11 | Continue research, drafting, and review of Ashby employment application and all related papers (2.7); | 2.70 | $1,971.00 |
| 03/31/24 | MDD | 11 | Review and comments to revised Patterson Belknap employment application papers (.8); continue review and drafting of Ashby employment application and related papers (2.8); | 3.60 | $2,628.00 |
| 04/01/24 | TT | 07 | Review email from K. Jones regarding service list (.1); prepare service list for same (1.0); | 1.10 | $330.00 |
| 04/01/24 | RP | 11 | Review/comment on A&G retention application papers (.8); | 0.80 | $628.00 |
| 04/01/24 | MDD | 11 | Further review and work on Ashby employment application papers (.9), internal emails regarding same with | 3.50 | $2,555.00 |

{02024696;v1 }

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | partners regarding connections descriptions (.3); internal emails with K. Jones (Patterson Belknap employment application papers) (.2), research docket and review prior similar filings and seal aspects thereof (.3); email responses to Patterson Belknap regarding open questions, filing of employment application papers (sealed and unsealed) (.3); review PB final employment papers, redacted and unredacted; coordinate with K. Jones; prepare for filing and service (.5 total); review additional search results (ad hoc committee updates), incorporate same into Ashby employment papers (.5); email updates to Patterson Belknap team, lead counsel in Alameda adversary proceeding (Ashby employment papers) (.2); Patterson Belknap comments regarding Ashby employment papers, incorporate same (.2); email to OUST counsel regarding Ashby draft employment papers (.1); |  |  |
| 04/01/24 KMJ | 11 | Emails w/ M. DeBaecke regarding filing under seal and service of PBWT retention application (.3); prepare COS and service list for retention application (.3); finalize redacted and unredacted retention application (.5); filed redacted and unredacted (under seal) retention application (.3); download and send email service (.2); | 1.60 | $536.00 |
| 04/02/24 MDD | 11 | Email from OUST counsel (Ashby disclosures) (.1); | 0.10 | $73.00 |
| 04/03/24 MDD | 11 | Emails with OUST (B. Hackman) (.1); email update to Patterson Belknap (Ashby Geddes employment papers) (.2); review and edits, finalize same, email to Examiner for final review (.7); prepare Ashby employment papers for filing and service (.2); | 1.20 | $876.00 |

Bill number       CLEARY 84441                                                              PAGE    5

| Date/Initials | Code | Description | Hours | Amount |
|---|---|---|---|---|
| 04/03/24 KMJ | 11 | Filed Ashby retention application with Court (.3); download and send email service (.2); | 0.50 | $167.50 |
| 04/08/24 MDD | 11 | Patterson Belknap email update (K. Black) regarding supplemental Lowenthal Declaration (.1); review same and process for filing and service (.2); | 0.30 | $219.00 |
| 04/09/24 MDD | 07 | Status update call with D. Lowenthal, discuss open issues and next steps (.3); | 0.30 | $219.00 |
| 04/12/24 MDD | 07 | D. Lowenthal status update (.1); | 0.10 | $73.00 |
| 04/16/24 MDD | 11 | Internal emails (K. Jones), review and edits to draft CNO regarding Patterson Belknap employment (.2); | 0.20 | $146.00 |
| 04/16/24 KMJ | 11 | Prepared CNO regarding PBWT retention application (.3); send draft to co-counsel (.1); file CNO w/ court and uploaded proposed order (.2); | 0.60 | $201.00 |
| 04/18/24 MDD | 07 | D. Lowenthal email inquiry (April 24 status conference) (.1); call with Debtors' counsel (A. Landis) regarding April 24 hearing (.1); review interim compensation procedures order (.1); follow up call with Debtors' counsel (scheduling) (.1), email update to Patterson Belknap team (.1); | 0.50 | $365.00 |
| 04/18/24 MDD | 11 | Review CNO for Ashby employment application (.1); | 0.10 | $73.00 |
| 04/18/24 KMJ | 11 | Prepared CNO regarding Ashby's retention application (.3); | 0.30 | $100.50 |
| 04/19/24 MDD | 07 | Review notice of rescheduled hearing (May 23) (.1); | 0.10 | $73.00 |
| 04/19/24 MDD | 11 | Review revised CNO (Ashby employment application) (.1); | 0.10 | $73.00 |
| 04/19/24 KMJ | 11 | File CNO w/ court and uploaded proposed order (PBWT employment application) (.2); download Order approving PBWT retention and circulate to co-counsel (.2); | 0.60 | $201.00 |

| Date | Tkpr | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | download Order approving Ashby & Geddes' retention and circulate to co-counsel (.2); | | |
| 04/26/24 | MDD | 23 | Patterson Belknap (K. Black) email update (.1); review and comments to draft motion to amend Examination Scope Order and proposed order related thereto (.8); | 0.90 | $657.00 |
| 04/30/24 | MDD | 23 | K. Black email updates with revised proposed order (draft motion to amend Examination Order) (.3); review Local Rules and respond with thoughts (.5); call to chambers (.1); prepare draft email to chambers regarding Motion, scheduling (.6), emails with Patterson team and Examiner (.2); internal emails with K. Jones (motion papers) (.2); review and comments to further revised draft motion to amend Order (.3); follow up emails with Patterson Belknap (K. Black) (.4); finalize and transmit email to chambers and various counsel (.3); | 2.90 | $2,117.00 |
| 05/01/24 | MDD | 23 | Follow up mails to/from chambers (scheduling) (.2); multiple emails with Patterson Belknap team (.2), K. Jones (.1); final review and processing, prepare motion to amend papers for filing and service (.4); | 0.90 | $657.00 |
| 05/01/24 | KMJ | 23 | Finalized Motion to Amend Order and prepared COS (.5); filed w/ court (.2); download, send email service and coordinate mail service (.3); | 1.00 | $335.00 |
| 05/02/24 | KMJ | 07 | Finalized and filed Second Supplemental Declaration ISO PBWT retention application (.2); download and send email service (.2); | 0.40 | $134.00 |
| 05/02/24 | MDD | 11 | K. Black email (Lowenthal second supplemental declaration) (.1); review and comment on same, prepare for filing and service, emails with K. Jones regarding same (.3); | 0.40 | $292.00 |
| 05/07/24 | MDD | 07 | Email update with Patterson Belknap | 0.10 | $73.00 |

{02024696;v1 }

Bill number      CLEARY 84441                                                              PAGE    7

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | (K. Black) (.1); | | |
| 05/14/24 | MDD | 23 | Email updates with Patterson Belknap team (.1); status update call and discuss draft report, next steps with K. Black (.2); review Media Intervenors' objection to Examiner's motion to amend Examination Scope Order (.2); emails with K. Jones (.1); review Examiner motion to amend papers (.2); | 0.80 | $584.00 |
| 05/15/24 | MDD | 11 | K. Black email update (Patterson Belknap first fee application) (.1); review interim compensation procedures order (.2), email to K. Jones regarding same (.1); | 0.40 | $292.00 |
| 05/15/24 | MDD | 23 | Review Local Rules (.3), discuss same, forthcoming Report, next steps with K. Jones (.3); call to chambers (.1); | 0.70 | $511.00 |
| 05/16/24 | KMJ | 07 | Finalized and filed PBWT's first monthly fee statement (.4); download and send email service (.2); add deadlines to calendar (.1); | 0.70 | $234.50 |
| 05/16/24 | MDD | 11 | K. Black emails (Patterson fee application) (.2); review and comments to draft Patterson First Monthly Fee Statement (.7); review revised draft Patterson first fee application, prepare for filing and service (.2); | 1.10 | $803.00 |
| 05/17/24 | MDD | 23 | Email updates with Patterson Belknap team (report) (.4); K. Black email regarding draft reply (motion to amend) (.1); review and comments to draft reply in support of motion to amend (.4), discuss same and Report with D. Lowenthal (.3); | 1.20 | $876.00 |
| 05/18/24 | MDD | 23 | K. Black email update (report) (.1); begin review and comments to draft Report (6.5); | 6.60 | $4,818.00 |
| 05/19/24 | MDD | 23 | Continue review and comments to draft Report (4.4), multiple emails with Patterson Belknap team regarding same (.5); review Local Rules and chambers procedures (.3), | 5.60 | $4,088.00 |

{02024696;v1 }

|  |  |  |  |  |
|---|---|---|---|---|
| | | | email update to Patterson Belknap team (Report-related issues) (.2); review revised draft Examiner reply in support of motion to amend Scope order (.2); | |
| 05/20/24 | KMJ | 23 | Finalized and filed Reply in Support of Motion to Amend Order and Notice of Filing of Examiner's Report (.7); prepare/file COS re: same (.2); download and send email service (.2); finalized and filed Examiner's Report under Seal (.5); download and send copies to co-counsel (.2); | 1.80  $603.00 |
| 05/20/24 | MDD | 11 | Review interim compensation procedures order (.2), order appointing fee examiner (.2), email to Patterson Belknap team regarding same (.1); | 0.50  $365.00 |
| 05/20/24 | MDD | 23 | Review open items for Report (.3), email to Patterson Belknap team regarding same (.1); emails with K. Jones regarding status, logistics, next steps (.4); status update and strategy calls with D. Lowenthal (.6); review and comments to draft Notice of Report Filing (.2); further emails with Patterson Belknap team (.2), review and prepare Reply and Notice of Filing Report for filing and service (.6); follow up emails with D. Lowenthal (motion to amend order) (.3); multiple emails and calls with Patterson Belknap team (multiple persons) (Report) (.5); further internal emails with K. Jones (Report) (.2); overview final version of Report, prepare for filing under seal (.5); | 3.90  $2,847.00 |
| 05/21/24 | MDD | 07 | Review May 23 hearing agenda (.1); | 0.10  $73.00 |
| 05/21/24 | KMJ | 23 | Prepared draft COC regarding revised proposed order (motion to amend scope order)   (.4); download Agenda for 5/23 hearing (.1) | 0.50  $167.50 |
| 05/21/24 | MDD | 23 | Review certain portions of Report (.7); email updates with D. | 2.30  $1,679.00 |

{02024696;v1 }

| Date | Tkpr | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | Lowenthal (.2), emails with K. Jones (.2), work up revised proposed order (motion to amend scope order) (.2); D. Lowenthal emails with counsel for objectors (.1); further emails with D. Lowenthal (Report) (.2); call with Debtors' counsel (M. Pierce) (.1); further emails with D. Lowenthal (objection; hearing) (.2); review and edits, draft COC for potential revised proposed order (motion to amend) (.4); | | |
| 05/22/24 | TT | 23 | Evening coverage for potential filing of Certification of Counsel regarding Revised Proposed Order (motion to amend scope order) (3.0); | 3.00 | $900.00 |
| 05/22/24 | MDD | 07 | Review amended May 23 hearing agenda (.1); | 0.10 | $73.00 |
| 05/22/24 | KMJ | 07 | Coordinate preparation of hearing binder (.3); inter-office emails with M. DeBaecke and T. Tsaganos re: coordination of filing of COC with revised proposed orders (.3); | 0.60 | $201.00 |
| 05/22/24 | MDD | 23 | D. Lowenthal emails with counsel for Media Intervenors (.1), email update to D. Lowenthal (.1); internal email updates with K. Jones (.2); follow up emails and discussion with D. Lowenthal and Examiner (.2); update call to chambers (.1); update call and instructions with K. Jones (.3); email to chambers (.2); further emails with Patterson Belknap team (.1); review and comments to revised proposed order (.2); further emails among the parties (.2); call with Debtors' counsel (K. Brown) (.2); further emails with Patterson team and further revised proposed order, resolution with Debtors and UCC regarding Report redactions (.5); final review and edits to final form of revised proposed order, COC, blackline of revised order (.4); follow up call and emails with Debtors' counsel (K. Brown) (.2); status update and strategy call with | 4.20 | $3,066.00 |

| Date | Tkpr | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | D. Lowenthal (.4); email from J. McMahon (.1), further emails with Patterson Belknap team (.4), Landis Rath team (.1); email update and instructions to Ashby staff (.2) (all foregoing related to motion to amend, revised proposed order, and May 23 hearing); | | |
| 05/23/24 | KMJ | 23 | Emails with M. DeBaecke (.2); finalized and filed COC regarding revised proposed order (.4); upload proposed order (.1); download and send email service (.2); download order amending scope of examination and send copies to co-counsel (.2); file Examiner's Report w/ Court (.3); download, send email service and coordinate mail service (.3); | 1.70 | $569.50 |
| 05/23/24 | MDD | 23 | OUST emails regarding revised proposed order (B. Hackman, J. McMahon) (.1); review and edit/update draft COC, email to Patterson Belknap team regarding same and revised proposed order, next steps (.3); internal emails and instructions with K. Jones (.2); A. Landis email (.1); follow up emails with Patterson Belknap (D. Lowenthal, Examiner) (.2); prepare for and attend May 23 hearing (1.8); follow up call with D. Lowenthal (.2); email from Debtors' counsel (K. Brown) (.1); call with K. Jones regarding filing and service of Report (.2); | 3.20 | $2,336.00 |
| 05/24/24 | MDD | 23 | Email from counsel for Ledger X (Report); | 0.10 | $73.00 |
| 05/28/24 | MDD | 23 | Review selected portions of Report (.4); | 0.40 | $292.00 |
| 05/31/24 | MDD | 23 | Status update and strategy discussion with D. Lowenthal (next steps) (.3); docket research (case hearing schedule) (.2), email with follow up thoughts to Patterson Belknap team (next steps) (.3); | 0.80 | $584.00 |

{02024696;v1 }

Bill number     CLEARY 84441                                                                PAGE    11

Total fees  $57,562.00

DISBURSEMENTS

| Date | Description | Amount |
|---|---|---:|
| 03/31/24 | Costs Advanced (U. S. District Court - Pro Hac Fees 3/21/24) | 100.00 |
| 05/06/24 | Costs Advanced (Reliable Wilmington - Inv. No. WL116627, 5/6/24 Document Duplication and Mail-Out) | 44.26 |
| 05/31/24 | Parcels Inc. (Inv. No. 1085336, 5/29/24 Document Duplication and Mail-Out) | 279.57 |
| 05/31/24 | Pacer Service - Court On-Line Docket System Charges | 38.10 |
| 05/31/24 | Postage | 100.96 |
| 05/31/24 | Photocopies | 156.30 |

Total disbursements                                                                         $719.19

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---:|
| Palacio, Ricardo | 0.80 hrs | 785.00/hr | $628.00 |
| DeBaecke, Michael D. | 70.80 hrs | 730.00/hr | $51,684.00 |
| Jones, Kristy M | 12.00 hrs | 335.00/hr | $4,020.00 |
| Tsaganos, Tina | 4.10 hrs | 300.00/hr | $1,230.00 |
| TOTAL FEES | 87.70 hrs | | $57,562.00 |

TOTAL DISBURSEMENTS                                                                         $719.19

TOTAL CHARGES FOR THIS BILL                                                              $58,281.19

TOTAL BALANCE NOW DUE FOR THIS MATTER                                                    $58,281.19

RECAP BY TIMEKEEPER

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---:|
| RP | Palacio, Ricardo | 0.80 hrs | 785/hr | $628.00 |
| MDD | DeBaecke, Michael D. | 70.80 hrs | 730/hr | $51,684.00 |
| KMJ | Jones, Kristy M | 12.00 hrs | 335/hr | $4,020.00 |
| TT | Tsaganos, Tina | 4.10 hrs | 300/hr | $1,230.00 |
| TOTAL | | | | $57,562.00 |

{02024696;v1 }

Bill number    CLEARY 84441                                                            PAGE   12

## RECAP BY TASK

| 07 | Case Administration      | 11.70 hours | $7,199.00  |
|----|--------------------------|-------------|------------|
| 11 | Employment and Fee Apps  | 33.50 hours | $22,603.00 |
| 23 | Investigation            | 42.50 hours | $27,760.00 |

## RECAP BY EXPENSE CODE

| CA  | Costs Advanced                  | 144.26  | $144.26 |
|-----|---------------------------------|---------|---------|
| PC  | Photocopies                     | 1563.00 | $156.30 |
| PCR | Pacer Service - Court On-Line   | 38.10   | $38.10  |
| PI  | Parcels Inc. - Delivery Servi   | 279.57  | $279.57 |
| POS | Postage                         | 100.96  | $100.96 |

{02024696;v1 }