# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL FOR NUGENESIS OU AND NUGENESIS PTY LTD

**PLEASE TAKE NOTICE** that Gellert Seitz Busenkell & Brown, LLC hereby withdraws their appearance for NuGenesis Ou and NuGenesis PTY Ltd ("NuGen").

**PLEASE TAKE FURTHER NOTICE** that the undersigned certify that NuGen consents to this withdrawal of appearance.

Dated: June 18, 2024
Wilmington, Delaware

**GELLERT SEITZ BUSENKELL & BROWN LLC**

*/s/ Michael Busenkell*
Michael Busenkell (No. 3933)
Amy D. Brown (No. 4077)
1201 N. Orange St., Ste. 300
Wilmington, DE  19801
Phone: (302) 425-5800
Fax:    (302) 425-5814
mbusenkell@gsbblaw.com
abrown@gsbblaw.com

*Withdrawing Counsel for NuGenesis Ou and NuGenesis PTY Ltd*