**CERTIFICATE OF SERVICE**

      I, Jody C. Barillare, hereby certify that on June 18, 2024, I caused to be served copies of the *Monthly Operating Report of Debtor Emergent Fidelity Technologies Ltd for May 2024* to all parties consenting to service through the Court's CM/ECF system.

| | |
|---|---|
| Dated: June 18, 2024<br>Wilmington, DE | **MORGAN, LEWIS & BOCKIUS LLP**<br><br>/s/ *Jody C. Barillare*<br>Jody C. Barillare (Bar No. 5107)<br>1201 N. Market Street, Suite 2201<br>Wilmington, DE 19801<br>Telephone: (302) 574-3000<br>Email: jody.barillare@morganlewis.com |