UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



In re:

    FTX Trading Ltd., *et al.*

        Debtors

Chapter 11
Case No. 22-11068
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of 100% of the claim referenced in this evidence and notice, which is 100% of the Seller's rights to this claim.

| Name of Transferor | Name of Transferee |
|---|---|
| **[CONFIDENTIAL CREDITOR]** | **KIA II LLC** |
| Transferor's Address:<br><br>[Address on File] | Transferee's address for notices and payment:<br><br>777 West Putnam Ave., First Floor, Greenwich, CT 06830 c/o Wexford Capital LP<br><br>legal@wexford.com<br>Attn: Daniel J. Weiner |

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim(s) | FTX Trading Ltd. | 22-11068 | Claim Number: 37488 | 100% of amount of claim filed on or about August 10, 2023 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Steve Mecca* (DocuSigned, 0D2EFCCB3A41499…)
Transferee / Transferee's Agent

Date: June 14, 2024

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

**EXHIBIT A**

**SCHEDULED/PROOF OF CLAIM(S)**

**Excerpt from Schedule F (2024):**

| 02519735 | BTC[0.00007459900000000],FTT[15834.186215000000000],KIN[6125473246.500000000000000],LUNA2[0.183446579200000],LUNA2_LOCKED[0.428042018100000],LUNC[39945.878840700000000],UBXT[9368000.000000000000000],USD[606426.2411642605303861],USDT[77.712255977192140 4] |
|---|---|

**Excerpt from Amended Schedule F (2023):**

| 02519735 | Contingent, Disputed | BTC[0.00007459], FTT[15834.186215], KIN[6125473246.5], LUNA2[0.18344657], LUNA2_LOCKED[0.42804201], LUNC[39945.8788407], UBXT[9368000], USD[606426.24], USDT[77.71225597] | USD[213466.48] |
|---|---|---|---|

**Excerpt from Kroll Website:**

**KROLL**

**Creditor Data Details - Claim # 37488**

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Name on file | FTX Trading Ltd. | 37488 |
| Address on file | Date Filed | Schedule Number |
| | 08/10/2023 | 6884388 |
| | | Confirmation ID |
| | | 3265-70-MBLYA-359714920 |

**Claim Amounts**

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign