DocuSign Envelope ID: 16804C2E-DFF0-4747-B992-585422BB8B1D

# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re FTX Trading Ltd., et al.,                    Case No. 22-11068 (JTD)
Debtors.                                            (Jointly Administered)

## TRANSFER OF PARTIAL CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

FC Cayman A, L.L.C.                                Svalbard Holdings Limited
Name of Transferee                                 Name of Transferor

Name and Address where notices to                  Name and Address where notices to transferor
transferee should be sent:                         should be sent:

FC Cayman A, L.L.C.                                c/o Attestor Limited
c/o Willkie Farr & Gallagher LLP                   7 Seymour Street
Attn: Joseph G. Minias, Esq.                       London, United Kingdom
787 Seventh Avenue                                 W1H7JW
New York, New York 10019                            Attn: Steve Gillies
(212) 728-8000                                     settlements@attestorcapital.com
jminias@willkie.com                                +44(0)20 7074 9653

                                                   Claim #: 50116
                                                   Customer Code: 00301959
                                                   Date Claim Filed: 9/10/2023
                                                   Debtor: FTX Trading Ltd.
                                                   Case Number: 22-11068
                                                   Amount of Claim: 50%

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

FC Cayman A, L.L.C.                    Date:  6/14/2024

By: _____
Transferee/Transferee's Agent

---

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court")
        and FTX Trading Ltd. and its affiliated debtors and debtors in possession (the "Debtor")

In re FTX Trading Ltd., et al., Case No. 22-11068 (JTD) (the "Bankruptcy Cases")

        For value received, the adequacy and sufficiency of which are hereby acknowledged,
Svalbard Holdings Limited ("Seller") hereby unconditionally and irrevocably sells, transfers and
assigns unto FC Cayman A, L.L.C. (the "Purchaser") a 50% pro-rata share of Seller's right, title,
interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim
(as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), designated on the Claims
Registry in the Bankruptcy Cases as Claim No. 50116, associated with unique customer code
00301959, that was asserted against the Debtor or may be asserted against the Debtor and its non-
debtor affiliates (collectively, "FTX") and any and all other proofs of claim filed by Seller with
the Bankruptcy Court in respect of the foregoing claim (collectively, the "Proof of Claim").

        Seller hereby waives any objection to the transfer of the claim to Purchaser on the books
and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent
permitted by law any notice or right to a hearing as might be imposed by Rule 3001 of the Federal
Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or
applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the
Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the
foregoing claim and recognizing Purchaser as the sole owners and holders of the claim.  Seller
further directs the Debtor, the Bankruptcy Court, and all other interested parties that all further
notices relating to the claim, and all payments or distributions of money or property in respect of
the claim, are to be delivered or made to Purchaser.

DocuSign Envelope ID: 16804C2F-DFF0-4747-B992-685429BB8B1D

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated June 13, 2024.

SELLER

Svalbard Holdings Limited

By: _____

Name: Christopher Guth

Title: Authorized Person

PURCHASER

FC Cayman A, L.L.C.

By: _____

Name: James David

Title: Authorized Person