# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: FTX TRADING LTD., et al.<br><br>Debtors | Chapter 11<br><br>Case No. 22-11068<br><br>(Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **SP Multi Claim Holdings, LLC** | **Canyon Value Realization Fund, L.P.** |
| Transferor | Transferee |
| | c/o Canyon Capital Advisors LLC |
| 2 Greenwich Plaza, Suite 1 | 2000 Avenue of the Stars, Floor 11 |
| Greenwich, CT 06830 | Los Angeles, CA 90067 |
| Attn: Operations | Attn: James Pagnam and Legal |
| Email: 12017192157@tls.ldsprod.com and rbeacher@pryorcashman.com | Email: Jpagnam@canyonpartners.com and legal@canyonpartners.com |

|          | Debtor            | Case No. | Claim Identifier(s)                                                                                                                                | Claim Amount                      |
|----------|-------------------|----------|----------------------------------------------------------------------------------------------------------------------------------------------------|-----------------------------------|
| Claim(s) | FTX Trading Ltd.  | 22-11068 | Proof of Claim #: 77615<br><br>Schedule #: F-12 (doc 6302), page 6<br><br>Customer Claim Confirmation ID #: 3265-70-DHKDU-456934461<br><br>Unique Customer Code #: 02506117 | 2.47% of the amounts described    |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 7/2/24
Transferee / Transferee's Agent
James Pagnam
Authorized Signatory

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
Clerk of the Court

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**
Annex B

TO:	U.S. Bankruptcy Court for the
	District of Delaware ("Bankruptcy Court")

AND:	FTX Trading Ltd. ("Debtor")
	Case No. 22-11068 (JTD) ("Case")

Proof of Claim #: 77615 ("Proof of Claim")
Schedule #: F-12, page 6 (doc 6302) ("Schedule")
Customer Claim Confirmation ID #: 3265-70-DHKDU-456934461 ("CCCID")
Unique Customer Code #: 02506117 ("Customer Code")

**SP Multi Claims Holdings, LLC** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Canyon Value Realization Fund, L.P.**
2000 Avenue of the Stars, Floor 11
Los Angeles, CA 90067
Jpagnam@canyonpartners.com; legal@canyonpartners.com

its successors and assigns ("Buyer"), an undivided two and forty-seven hundredths percent (2.47%) interest in Seller's rights, title and interest in and to (a) the claim as evidenced by the Proof of Claim and the CCCID (such two and forty-seven hundredths percent (2.47%) interest in the claim as evidenced by the Proof of Claim and the CCCID, collectively the "Transferred Claim") against the Debtor in the Case; (b) all amounts listed on the Schedule; and (c) all amounts with respect to the Customer Code.

Seller hereby waives: (a) any objection to the transfer of the Transferred Claim to Buyer on the books and records of Debtor and the Bankruptcy Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Transferred Claim to Buyer and recognizing Buyer as the sole owner and holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Transferred Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Partial Evidence of Transfer of Claim by their duly authorized representative dated March 27, 2024.

| | |
|---|---|
| **SP Multi Claims Holdings, LLC** | **Canyon Value Realization Fund, L.P.** |
| By: Silver Point Capital, L.P., its manager | By: Canyon Partners, LLC, as investment advisor |
| By: _____ | By: _____ |
| Name: Jennifer Poccia | Name: |
| Title: Authorized Signatory | Title: |

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

<u>Annex B</u>

TO: U.S. Bankruptcy Court for the
District of Delaware ("<u>Bankruptcy Court</u>")

AND: FTX Trading Ltd. ("<u>Debtor</u>")
Case No. 22-11068 (JTD) ("<u>Case</u>")

Proof of Claim #: 77615 ("<u>Proof of Claim</u>")
Schedule #: F-12, page 6 (doc 6302) ("<u>Schedule</u>")
Customer Claim Confirmation ID #: 3265-70-DHKDU-456934461 ("<u>CCCID</u>")
Unique Customer Code #: 02506117 ("<u>Customer Code</u>")

**SP Multi Claims Holdings, LLC** ("<u>Seller</u>"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Canyon Value Realization Fund, L.P.**
2000 Avenue of the Stars, Floor 11
Los Angeles, CA 90067
Jpagnam@canyonpartners.com; legal@canyonpartners.com

its successors and assigns ("<u>Buyer</u>"), an undivided two and forty-seven hundredths percent (2.47%) interest in Seller's rights, title and interest in and to (a) the claim as evidenced by the Proof of Claim and the CCCID (such two and forty-seven hundredths percent (2.47%) interest in the claim as evidenced by the Proof of Claim and the CCCID, collectively the "<u>Transferred Claim</u>") against the Debtor in the Case; (b) all amounts listed on the Schedule; and (c) all amounts with respect to the Customer Code.

Seller hereby waives: (a) any objection to the transfer of the Transferred Claim to Buyer on the books and records of Debtor and the Bankruptcy Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Transferred Claim to Buyer and recognizing Buyer as the sole owner and holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Transferred Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Partial Evidence of Transfer of Claim by their duly authorized representative dated March 27 2024.

| | |
|---|---|
| **SP Multi Claims Holdings, LLC**<br>By: Silver Point Capital, L.P., its manager | **Canyon Value Realization Fund, L.P.**<br>By: Canyon Partners, LLC, as investment advisor |
| By:_____<br>Name:<br>Title: | By: _[signature]_<br>Name:<br>Title: James Pagnam<br>Authorized Signatory |