**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FTX TRADING LTD., et al.,[1] | ) ) ) | Case No. 22-11068 (JTD) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  | ) | **Ref. Docket No. 4863** |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' STATEMENT
IN SUPPORT OF MOTION OF DEBTORS FOR ENTRY OF AN ORDER
(I) APPROVING THE ADEQUACY OF THE DISCLOSURE STATEMENT;
(II) APPROVING SOLICITATION PACKAGES; (III) APPROVING THE
FORMS OF BALLOTS; (IV) ESTABLISHING VOTING, SOLICITATION
AND TABULATION PROCEDURES; AND (V) ESTABLISHING NOTICE AND
OBJECTION PROCEDURES FOR THE CONFIRMATION OF THE PLAN**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through its undersigned counsel, hereby submits this statement (the "Statement"), in support of the *Motion of Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan* [Docket No. 4863] (the "Motion"),[2] and respectfully states as follows:

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]  Capitalized terms used and not otherwise defined herein shall have the meanings ascribed thereto in the Motion or *Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Affiliated Debtors and Debtors-in-Possession* [Docket No. 15521] (the "Disclosure Statement"), as applicable.

31773399.1

1.  Since the Debtors filed the Motion, the Committee and the Debtors have discussed and negotiated a number of issues of importance to the Committee in respect of the Debtors' Plan, including creditor involvement in the post-Effective Date governance of the Debtors' estates and consent rights for the Committee over significant aspects of the Plan.  As a result of such negotiations, the Committee, the Debtors and other stakeholders agreed on certain modifications that are being incorporated into the Plan, including the Committee's agreement to now be a Supporting Party, as that term is defined in the Plan.

2.  More specifically, the Plan will now provide for creditor oversight of the post-Effective Date governance of the Wind Down Estates.  The Committee believes that customers and unsecured creditors, the true stakeholders in these cases, must have post-Effective Date representatives able to protect their economic interests, as is typical in liquidating bankruptcy cases. Accordingly, the Plan will now provide that, after the Effective Date, the Plan Administrator will report to the independent Wind Down Board, one member of which will be jointly selected by the Committee and the Ad Hoc Committee.  In addition, to further serve as a check on the Plan Administrator and the Wind Down Board, on the Effective Date, the Debtors will establish an Advisory Committee, also jointly selected by the Committee and the Ad Hoc Committee, which will owe fiduciary duties to all creditors and have material consent rights in respect of decisions concerning the Wind Down Entities, including with respect to (i) reserves and the timing and amount of Distributions, (ii) resolution or settlement of disputed unsecured Claims, (iii) commencement, prosecution and settlement of litigation, (iv) disallowance of Claims, (v) monetization of Digital Assets and venture investments, (vi) implementation of the Supplemental Remission Fund, (vii) modification of the Wind Down Budget, and (viii) modification of the terms of employment or scope of authority of the Plan Administrator and any other officers of the Wind Down Entities.  The

Advisory Committee will have standing to contest before the Bankruptcy Court decisions made by the Wind Down Board.

3. The Committee and the Debtors also agreed that an option should be provided to as many customers as possible to receive stablecoin rather than cash, in jurisdictions where that option is feasible. *See* Disclosure Statement at § 4.F.5.

4. Likewise, the Committee worked with the Debtors on the proposed Solicitation Package, which incorporate comments from the Committee. The Committee respectfully requests that the Solicitation Package be approved, as amended, so that the Debtors may solicit votes on the chapter 11 plan and advance the process by which the Debtors may consummate the transactions contemplated in the Plan.

5. From the beginning of these Chapter 11 Cases, the Committee and the Debtors have tried to work collaboratively to craft a chapter 11 plan that maximizes the value returned to creditors and expedites resolution of the Chapter 11 Cases. Although the Committee hoped that Plan confirmation could occur sooner, the Committee believes that the Plan proposed by the Debtors represents the best path to expedite the Debtors' emergence from bankruptcy and thereby maximize creditor recoveries.

## **CONCLUSION**

**WHEREFORE** the Committee respectfully requests that the Court overrule the Objections, grant the Motion, and grant such other and further relief as the Court finds just and appropriate.

*[Remainder of page intentionally left blank.]*

31773399.1

<table>
<tr><td>Dated: June 20, 2024<br>Wilmington, Delaware</td><td>YOUNG CONAWAY<br>STARGATT & TAYLOR, LLP<br><br>*/s/ Matthew B. Lunn*<br>Matthew B. Lunn (No. 4119)<br>Robert F. Poppiti, Jr. (No. 5052)<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mlunn@ycst.com<br>       rpoppiti@ycst.com<br><br>-and-<br><br>PAUL HASTINGS LLP<br>Kristopher M. Hansen*<br>Kenneth Pasquale*<br>Isaac S. Sasson*<br>Leonie C. Koch*<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6000<br>Facsimile: (212) 319-4090<br>Email: krishansen@paulhastings.com<br>       kenpasquale@paulhastings.com<br>       isaacsasson@paulhastings.com<br>       leoniekoch@paulhastings.com<br><br>*Admitted pro hac vice*<br><br>*Counsel to the Official Committee of Unsecured Creditors*</td></tr>
</table>