IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF ALEXA J. KRANZLEY IN SUPPORT OF DEBTORS' OMNIBUS REPLY IN SUPPORT OF MOTION OF DEBTORS FOR ENTRY OF AN ORDER (I) APPROVING THE ADEQUACY OF THE DISCLOSURE STATEMENT; (II) APPROVING THE SOLICITATION PACKAGES; (III) APPROVING THE FORMS OF BALLOTS; (IV) ESTABLISHING VOTING, SOLICITATION AND TABULATION PROCEDURES; AND (V) ESTABLISHING NOTICE AND OBJECTION PROCEDURES FOR THE CONFIRMATION OF THE PLAN**

I, Alexa J. Kranzley, hereby declare under penalty of perjury:

1. I am a member in good standing of the Bar of the State of New York and have been admitted *pro hac vice* to practice before this Court. I am a partner of Sullivan & Cromwell LLP ("S&C") and am one of the attorneys representing FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned proceedings. I submit this declaration in support of the *Debtors' Omnibus Reply in Support of Motion of Debtors for Entry of an Order (i) Approving the Adequacy of the Disclosure Statement; (ii) Approving the Solicitation Packages; (iii) Approving the Forms of Ballots; (iv) Establishing Voting, Solicitation and Tabulation Procedures; and (v) Establishing Notice and Objection*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

*Procedures for the Confirmation of the Plan* ("Reply"), filed concurrently herewith, to place before the Court certain documents referenced in the Reply.

2. Attached hereto as Exhibit A is a true and correct screenshot of an X page titled "Sunil (FTX Creditor Champion)" attributed to user "@sunil_trades" (https://x.com/sunil_trades, last accessed June 20, 2024).

3. Attached hereto as Exhibit B is a true and correct screenshot of a post on X attributed to user "@sunil_trades," dated as of April 3, 2024 at 4:26AM, (https://x.com/sunil_trades/status/1775439837656469511, last accessed June 20, 2024).

4. Attached hereto as Exhibit C is a true and correct screenshot of a post on X attributed to user "@sunil_trades," dated as of May 5, 2024 at 7:32AM, (https://x.com/sunil_trades/status/1787083028612673694, last accessed June 20, 2024).

5. Attached hereto as Exhibit D is a true and correct screenshot of a post on X attributed to user "@sunil_trades," dated as of April 28, 2024 at 3:31AM, (https://x.com/sunil_trades/status/1784485644154057160, last accessed June 20, 2024).

6. Attached hereto as Exhibit E is a true and correct screenshot of a post on X attributed to user "@sunil_trades," dated as of June 8, 2024 at 11:13AM, (https://x.com/sunil_trades/status/1799459701014294568, last accessed June 20, 2024).

7. Attached hereto as Exhibit F is a true and correct screenshot of a post on X attributed to user "@arush," dated as of June 17, 2024 at 9:59AM, (https://x.com/arush/status/1802702682458608054, last accessed June 20, 2024).

8. Attached hereto as Exhibit G is a true and correct screenshot of a post on X attributed to user "@sunil_trades," dated as of May 22, 2024 at 11:22AM, (https://x.com/sunil_trades/status/1793301307446411683, last accessed June 20, 2024).

    9.  Attached hereto as <u>Exhibit H</u> is a true and correct screenshot of a post on X attributed to user "@sunil_trades," dated as of April 30, 2024 at 5:21PM, (https://x.com/sunil_trades/status/1785238100693647814, last accessed June 20, 2024).

    10.  Attached hereto as <u>Exhibit I</u> is a true and correct copy of a screenshot of the front page of the Vote "No" Website (https://ftxvote.com/en (last accessed June 20, 2024)).

    11.  Attached hereto as <u>Exhibit J</u> is a true and correct copy of the "FTX Customers Ad Hoc Committee Bylaws," dated as of December 19, 2023, available at the Vote "No" Website, (https://drive.google.com/file/d/1MYUnEK7C4VguRmTWrvR3h9Zv4HePp6zw/view?usp=sharing (last accessed June 20, 2024)).

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: June 20, 2024        */s/ Alexa J. Kranzley*
                 Alexa J. Kranzley