**Exhibit A**



**Exhibit B**

 **Sunil (FTX Creditor Champion)** ✔
@sunil_trades                                        •••

FTX Customer Ad Hoc

We are the largest voting bloc with 1415 claims and $700m claim value

All sign ups should have received an email

Please respond, interact and offer assistance if able

**Exhibit C**

 **Sunil (FTX Creditor Champion)** ✔
@sunil_trades

**FTX voting block**

**FTX plan** due to filed on 7 May
1) S&C likely include clauses to absolve their liability for crimes
2) S&C puppet John Ray secure position for himself
3) Property rights not recognised

**1500 members** we are the largest voting block vs. Eversheds (40 claim buyer members)

We are the **customer ad hoc** - the real victims of FTX fraud

Join us to vote **NO** and **maximise recovery** for customers, hold **fraud co-conspirators** liable

ftxvote.com/en

**Exhibit D**



**Sunil (FTX Creditor Champion)** ✔
@sunil_trades                                                    ...

S&C is likely to submit a FTX plan including clauses that
1) Absolves them of any crimes
2) Puts puppet John Ray in charge with no accountability

John Ray is not a victim but sent a victim impact statement for SBF full of misinformation and even lies

1) Rather than helping recoveries, FTX has actively destroyed value - we know now - intentionally - for FTX creditors ($10bn+)

2) Took over CEO FTX had 105 Bitcoins
Didn't mention the ~55m Solana

3) Crypto not in FTX due to Alameda backdoor due to SBF moving money that's why creditors can't get crypto back

S&C knew about the backdoor (FTX insiders, Ryne Miller)

4) There is NO petition date law for creditors that own title/property of their assets

I will 100% vote NO to any plan and FTX creditors should do the same

We will hold ALL co-conspirators accountable

## Exhibit E



Sunil (FTX Creditor Champion) ✔
@sunil_trades

You have to vote **no** to the plan. I talk about FTT holder losses –even included it in my victim impact statement.

FTT is the same as every crypto holder. FTT should be given back if they still hold it.

Furthermore class action lawsuits aim to recover losses

**Exhibit F**



**Exhibit G**



Undisputed confirmation:
1) John Ray **not acting** in interests of FTX customers but for **Sullivan and Cromwell + their clients**
2) Breaks fiduciary obligations to FTX creditors of maximising recovery

Anti-Dip clause in FTX plan seeks to stifle class action lawsuits

**Exhibit H**



**Exhibit I**



**<u>Exhibit J</u>**

**FTX Customers Ad Hoc Committee Bylaws**

**FTX CUSTOMERS AD HOC COMMITTEE BYLAWS**

**Dated 19 December 2023**

The FTX Customers Ad Hoc Committee (the "**FTX CAHC**") is an ad hoc committee founded for the purposes of advancing the rights of customers of the FTX International exchange (the "**Exchange**") in the context of the Chapter 11 proceedings of FTX Trading Ltd in the United States Bankruptcy Court for the District of Delaware (Case No. 22-11068.) (the "**Restructuring**").

The FTX Customers Ad Hoc Committee shall coordinate in accordance with the following general terms.

(1)     **Key principles**:

The FTX CAHC shall advocate for the following key principles (the "**Key Principles**"):

(a) equitable treatment of customers in any proposed plan of reorganization which adequately reflects the proprietary claim of customers to assets on the Exchange which may include, but is not limited to:

(i)  complete and absolute priority in the recovery waterfall vis-à-vis non-customer creditors and creditors of Alameda Research and other associated companies;

(ii) allowing customers to recover the value of claims denominated in large cap cryptocurrencies in ways which reflect any subsequent increase in value since the petition date but without prejudicing recoveries against customers with claims denominated in US dollars; and

(iii) allowing customers to benefit from any excess assets in the event the debtors have sufficient assets to pay off customer liabilities, as adjusted in accordance with paragraph (a)(ii) above;

(b) sensible restructuring and/or disposal of the Exchange including, subject to further diligence and feasibility studies, a potential restart of the Exchange under customer-elected governance;

(c) disposal of valuable assets in a manner which maximizes recovery for customers including, subject to applicable laws and commercial feasibility, a potential tokenisation and/or distributions-in-kind in respect of certain high value assets (such as the debtor's stake in Anthropic); and

(d) conduct of any distributions via the Exchange interface in order to achieve efficiency and to avoid prejudicing customers who cannot or would be otherwise inconvenienced by any other distribution mechanism.

(2)     **Eligibility**: The FTX CAHC will accept as members customers who have balances on the Exchange (**Eligible Claims**) or secondary purchasers of such Eligible Claims who accede to this set of bylaws.

(3)     **Steering Committee**: The FTX CAHC will be helmed by a Steering Committee of no more than 9 and no less than 3 customer claimants. All members of the FTX CAHC may apply to join the Steering Committee. The first Steering Committee shall be selected by the Chairman based on (a) relevant skillsets and (b) amount of time the member is able to commit to the FTX CAHC.

Decisions of the Steering Committee shall be made by simple majority vote and the Chairman shall have a casting vote in the event of a tie.

Steering Committee members may be removed in the event they are in an apparent or actual conflict of interests with the Key Principles, by a majority vote of the Steering Committee (excluding the relevant member) or by a majority vote of members.

(4)   **Chairman**: The first Chairman of the FTX CAHC shall be 'A', the operator of the account (@ftxcoalition) on X (formerly known as Twitter). The Chairman may be replaced by a majority vote of the Steering Committee.

(5)   **Steering Committee update calls and meetings**: Unless it is agreed to be unnecessary, the Steering Committee will hold at least one weekly Steering Committee update call at a time to be agreed.

(6)   **Update calls for all members**: The Chairman and Steering Committee shall organize monthly update calls for all members to provide an update on the FTX CAHC's activity and to seek feedback.

(7)   **Plan support:** Members of the FTX CAHC shall vote against any proposed plan in the Restructuring unless the Chairman and Steering Committee have assessed such plan and recommended that members vote in favour.

(8)   **Passing on of information**: Unless otherwise agreed by the Steering Committee, all information provided by or on behalf of the debtors or any other stakeholder (each a **"Relevant Party"** and together the **"Relevant Parties"**) to any FTX CAHC member should be passed on promptly to the Steering Committee, as should all advice received by the Chairman from the FTX CAHC's advisers and/or advisers to the other stakeholders, in the form of memoranda or opinions.

(9)   **Preparation for meetings**: Neither the Chairman nor any FTX CAHC member shall attend any scheduled meeting or conference call with a Relevant Party unless:

(a)   in the case of the Chairman, it has provided reasonable notice of the meeting or conference call to all Steering Committee members; and

(b)   in the case of a FTX CAHC member:

(i)   it has obtained the prior consent of the Steering Committee; and

(ii)   the Steering Committee have agreed in advance: (i) the agenda for such meeting or call (taking into account the views of the Relevant Party); and (ii) the material points to be communicated to the Relevant Party at such meeting or call.

(10)   **Communications**: Although in practice a Relevant Party is likely to communicate initially with the Chairman or Steering Committee, the recipient of such communication should seek the views of and discuss such communications with the Chairman and the Steering Committee as soon as possible thereafter. Generally speaking, any contact with the Relevant Party initiated by the Chairman or one or more Steering Committee members should be on a basis which has been discussed between the Chairman and Steering Committee members beforehand and, in the case of material points, agreed with each of the Steering Committee and Chairman.  In order to make the process as efficient as possible, the Chairman shall act as the primary point of contact for all written communication between the debtors and the FTX CAHC.  The Chairman shall comply with this paragraph 9 and, in particular, shall ensure that all material written correspondence between the Chairman and the debtors is copied to the remaining Steering Committee members.

(11)   **Continue to deal**: The FTX CAHC members will remain free to deal with the debtors each on its own account.  No information or knowledge regarding the debtors or its affairs received or produced by any member of the FTX CAHC in its capacity as a creditor of the debtor group shall be imputed to any member of the FTX CAHC.

(12)   **Obtaining of advice**: The Chairman will consult and agree upon the nature and scope of any advice it intends to seek from the financial and legal advisers in connection with the Restructuring with the Steering Committee. The Steering Committee members intend that all material communications between the Chairman and any of the advisers in connection with the Restructuring shall be copied to all other Steering Committee members.

(13)   **Future arrangements**: The FTX CAHC members anticipate and acknowledge that the debtors may in due course seek to implement more formal co-ordination arrangements. In the event that the debtor seeks more formal co-ordination arrangements, the Chairman and Steering Committee shall facilitate the implementation of such arrangements and may offer to assist with such co-ordination, but shall have no obligation to do so.

To join the FTX CAHC, please provide the details at this link.