### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Re:  Docket No. 4863, 13628, 15521, and 18083** |

### STATEMENT OF LAYERZERO
### LABS LTD., ARI LITAN, AND SKIP & GOOSE LLC

LayerZero Labs Ltd. ("LayerZero"), Ari Litan, and Skip & Goose LLC ("Skip & Goose", and collectively with LayerZero and Ari Litan, the "LayerZero Group") hereby submit this statement (this "Statement") to in further support of the LayerZero Group's asserted objections [Docket No. 16818] (the "LayerZero Objection") under section 1125 of the Bankruptcy Code to the *Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Affiliated Debtors and Debtors-In-Possession* [Docket No. 15521] (the "Disclosure Statement")[2] filed by the debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases").  While the LayerZero Group will continue to prosecute its objection that the Plan is patently unconfirmable, the LayerZero Group has proposed to the Debtors a consensual resolution of its remaining inadequate information

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Disclosure Statement or the *Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [Docket No. 15520] (the "Plan").

objections under section 1125 of the Bankruptcy Code, adding the following language added to the Plan and Disclosure Statement:

| Objection | Proposal |
|---|---|
| Inadequate disclosure regarding whether Section 502(h) claims are being discharged after the Effective Date | Add a sentence to Section 10.2 of the Plan and Section 4.G.2 of the Disclosure Statement: For the avoidance of doubt, any Claims arising pursuant to section 502(h) of the Bankruptcy Code following the conclusion of any adversary proceeding shall not be discharged on or after the Effective Date. |
| Inadequate disclosure regarding the valuation of Section 502(h) claims | Add a sentence to Section 4.4 of the Plan and Section 4.F.3 of the Disclosure Statement: For the avoidance of doubt, any claims that may arise pursuant to section 502(h) of the Bankruptcy Code following the conclusion of any adversary proceeding shall be treated in accordance with Paragraph 8 of the Digital Assets Estimation Order and shall not be valued in accordance with the conversion rates set forth in the Digital Assets Conversion Table. |
| While the LayerZero Group understands that its potential section 502(h) claims will not be discharged, there is inadequate disclosure regarding whether the Debtors will have sufficient funds to satisfy section 502(h) claims that are allowed after the Effective Date | Add a sentence to Section 8.5 of the Plan and Section 4.F of the Disclosure Statement: The Debtors and Plan Administrator shall reserve sufficient dollars to pay any Disputed Claim that becomes an Allowed Claim following the conclusion of any adversary proceeding with the same recovery percentage on such Allowed Claims as all other Allowed Claims in such Claim holders' class. |

Although counsel to the LayerZero Group delivered this proposal to the Debtors' counsel following the filing of the *Debtors' Omnibus Reply in Support of Motion of Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation Packages; (III) Approving the Form of Ballots; (IV) Establishing Voting, Solicitation, and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan* [Docket No. 18083], and strongly believes the above proposal represents

a reasonable, consensual resolution of the LayerZero Group's adequate information objections, the LayerZero Group files this Statement because it continues to await a response from counsel to the Debtors.

For the reasons set forth in more detail in the LayerZero Objection, the LayerZero Group (i) respectfully requests that the Court (a) modify the Disclosure Statement and Plan to include the proposed language provided above, and (b) grant such other and further relief as is just and appropriate, and (ii) reserves its rights to prosecute all objections asserted in the LayerZero Objection to the Disclosure Statement, including, but not limited to, the patently unconfirmable nature of the Plan described in the Disclosure Statement.

*Remainder of page intentionally left blank.*

Dated: June 21, 2024
      Wilmington, Delaware

By:   */s/ M. Blake Cleary*
M. Blake Cleary (No. 3614)
R. Stephen McNeill (No. 5210)
Sameen Rizvi (No. 6902)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: bcleary@potteranderson.com
      rmcneill@potteranderson.com
      srizvi@potteranderson.com

-and-

Brian S. Rosen, Esq.
Dylan J. Marker, Esq.
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Email: brosen@proskauer.com
      dmarker@proskauer.com

-and-

Jordan E. Sazant (DE Bar No. 6515)
**PROSKAUER ROSE LLP**
70 West Madison, Suite 3800
Chicago, Illinois 60602-4342
Telephone: (312) 962-3550
Email: jsazant@proskauer.com

*Counsel to LayerZero Group*