IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FTX TRADING, LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Re: D.I. 4863** |

**THE AD HOC COMMITTEE OF NON-US CUSTOMERS OF FTX.COM'S STATEMENT IN SUPPORT OF THE DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE ADEQUACY OF THE DISCLOSURE STATEMENT; (II) APPROVING THE SOLICITATION PACKAGES; (III) APPROVING THE FORMS OF BALLOTS; (IV) ESTABLISHING VOTING, SOLICITATION AND TABULATION PROCEDURES; AND (V) ESTABLISHING NOTICE AND OBJECTION PROCEDURES FOR THE CONFIRMATION OF THE PLAN**

The Ad Hoc Committee of Non-US Customers of FTX.com (the "Ad Hoc Committee"), by and through its undersigned counsel, hereby submits this statement in support of the *Motion of the Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan* [D.I. 4863] (the "Solicitation Motion"),[2] joining in the Debtors' reply [D.I. 18083] and the Official Committee of Unsecured Creditors' (the "Official Committee") statement in support of the Solicitation Motion [D.I. 18082], and respectfully states:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the Debtors' claims and noticing agent's website at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Solicitation Motion or *Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Affiliated Debtors and Debtors-in-Possession* [D.I. 15521] (the "Disclosure Statement"), as applicable.

1.      Since forming in December 2022, the Ad Hoc Committee has prioritized maximizing recoveries on Dotcom Customer Entitlement Claims ("Dotcom Claims") in the most efficient and expeditious manner possible. The Ad Hoc Committee has devoted significant effort and resources to engaging with the Debtors, the Official Committee, and other key stakeholders on a Plan that will deliver maximum value to holders of Dotcom Claims ("Dotcom Customers") and enable the Debtors to swiftly exit bankruptcy and begin making distributions.

2.      Through hard-fought negotiations over the past eighteen months, the Ad Hoc Committee helped secure key provisions for Dotcom Customers in the proposed Plan, including, as more fully detailed in the Ad Hoc Committee's draft support letter to be included in the Debtors' solicitation packages, in substantially the form attached hereto as **Exhibit A**: (i) postpetition interest from the Petition Date through the applicable Distribution Date at the Consensus Rate of 9%; (ii) the Debtors' commitment to explore distributions in stablecoin as opposed to cash to the extent feasible; (iii) structuring the Wind Down Entities to ensure that non-U.S. Dotcom Customers will not be subject to U.S. withholding taxes; and (iv) establishing a Creditor Advisory Committee that owes fiduciary duties to all customers and creditors, must be consulted on material decisions regarding the Wind Down Entities overseen by the Wind Down Board—including the timing and amount of distributions—and will be responsible for appointing a board member to join the Wind Down Board.

3.      Despite the tremendous results achieved in the Plan, certain parties have felt compelled to file premature Plan confirmation objections styled as Disclosure Statement objections. The objections should be overruled because none articulates a fatal flaw in the Plan that renders it patently unconfirmable.

4.      The purpose of a disclosure statement is to provide creditors and other parties in

interest with adequate information to make an informed judgment about a debtor's plan under section 1125 of the Bankruptcy Code. Courts routinely approve disclosure statements that adequately describe a chapter 11 plan unless the plan at issue is "so fatally flawed that confirmation is impossible." *In re Cardinal Congregate I*, 121 B.R. 760, 764 (Bankr. S.D. Ohio 1990); *see also In re Unichem Corp.*, 72 B.R. 95, 98 (Bankr. N.D. Ill. 1987). In the Third Circuit, "a plan is patently unconfirmable where (1) confirmation defects [cannot] be overcome by creditor voting results and (2) those defects concern matters upon which all material facts are not in dispute or have been fully developed at the disclosure statement hearing." *In re Am. Capital Equip., LLC*, 688 F.3d 145, 154–55 (3d Cir. 2012) (internal quotations and citation omitted).

5.  The proposed Disclosure Statement, along with the proposed additional inserts attached as Exhibit 1 to the Debtors' reply, provides "adequate information" within the meaning of section 1125, and the Plan it describes is not patently unconfirmable. The Disclosure Statement adequately informs claim and interest holders about the treatment of their claims, tax implications, and risks to confirmation, and provides sufficient information necessary to cast an informed vote to accept or reject the Plan, by among other things, disclosing: (i) the circumstances that led to the Debtors filing for chapter 11 protection; (ii) estimates of the Estates' assets and liabilities; (iii) the Debtors' actions during these cases, including the monetization of assets; (iv) the proposed treatment of claims and interests under the Plan and likely distributions to be received under the Plan; (v) information regarding the risks to confirmation of the Plan and recoveries thereunder; (vi) a description of potential avoidance actions and non-bankruptcy litigation that will become Wind Down Trust Assets; (vii) certain tax considerations under the Plan; (viii) conspicuous language concerning releases, exculpation, and limitation of liabilities, and the injunction to be entered by and in connection with the Plan; and (ix) additional information for holders of claims

and interests about their rights arising from and relating to the Plan.

6. The Ad Hoc Committee believes the Debtors have satisfied the legal requirements necessary to commence soliciting the Plan. Accordingly, the Court should approve the Disclosure Statement, grant the Solicitation Motion, and allow the Debtors to solicit votes on the Plan.

7. The Ad Hoc Committee supports approving the Disclosure Statement and granting the Solicitation Motion, and joins in the Debtors' reply and the Official Committee's statement in support thereof, incorporating the arguments therein as if fully set forth herein.

8. Nothing contained herein shall constitute a waiver of any rights or remedies of the Ad Hoc Committee, including, without limitation, the right to: (i) amend, modify, or supplement this Statement, or (ii) raise any additional arguments.

## CONCLUSION

9. For the reasons set forth above, the Ad Hoc Committee supports approving the Disclosure Statement and soliciting the Plan, and requests that the Court overrule the premature confirmation objections.

| | |
|---|---|
| Dated: June 22, 2024<br>Wilmington, Delaware | */s/ Jonathan M. Weyand*<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Matthew B. Harvey (No. 5186)<br>Jonathan M. Weyand (No. 6959)<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>mharvey@morrisnichols.com<br>jweyand@morrisnichols.com<br><br>**EVERSHEDS SUTHERLAND (US) LLP**<br>Erin E. Broderick<br>Michael A. Rogers<br>227 West Monroe Street, Suite 6000<br>Chicago, Illinois 60606<br>Telephone: (312) 724-9006<br>Facsimile: (312) 724-9322<br>erinbroderick@eversheds-sutherland.com<br>michaelrogers@eversheds-sutherland.com<br><br>Nathaniel T. DeLoatch<br>999 Peachtree St NE, Suite 2300<br>Atlanta, GA 30309<br>Telephone: (404) 853-8000<br>Facsimile: (404) 853-8806<br>nathanieldeloatch@eversheds-sutherland.com<br><br>Sarah E. Paul<br>The Grace Building, 40th Floor<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 389-5000<br>Facsimile: (212) 389-5099<br>sarahpaul@eversheds-sutherland.com<br><br>*Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com* |