**Appendix E**

**Digital Assets Conversion Table**
**(To Be Filed)**