June 16, 2024

**The United States Bankruptcy Court**
-and-
**LANDIS RATH & COBB LLP**
-and-
**SULLIVAN & CROMWELL LLP**

TAKUYA NAGASAKA

Objectio to "Case 22-11068-JTD Doc 17170 Filed 06/10/24"
and "Case 22-11068-JTD Doc 17173 Filed 06/10/24" documents

We refute the Doket 17170 and Doket 17173 documents dated June 10, 2024.

1. The need for a KYC process

The debtor claimed that I had not completed the KYC process required to transfer to FTX Japan K.K. (aka "FTX Japan").

However, the notice I received from FTX Trading Ltd. (d/b/a "FTX Trading") states that FTX Trading will transfer all accounts registered with FTX Japan to FTX Japan unless they are terminated by the transfer date (April 4, 2022).
In other words, whether or not KYC was performed, FTX Japan (formerly known as Quoine) was required to transfer the account on the transfer date (April 4, 2022). Therefore, it is incorrect that there are Japanese resident accounts that have not been transferred to FTX Japan and remain with FTX Trading.

It is the inaction of FTX Trading and FTX Japan that the transfer procedures were not carried out as notified in advance. I trusted the message and was betrayed. And I still suffer.
The fatal bugs were in FTX Trading and FTX Japan.

I have reviewed document Doket17170 and it contains a serious error in the debtor's rebuttal. I must confess that I am very surprised and deeply indignant. What has all our suffering been for so far? I would like to ask the court to re-read and confirm the e-mail document of the transfer notice.

(For more information, see pages 9-17 of Case 22-11068-JTD Doc 16801 Filed 06/05/24 below.)



https://restructuring.ra.kroll.com/FTX/Home-DocketInfo?DockRelatedSearchValue=900807-16801

(Excerpted from Doc 16801 Page 9 of 47)



FTX <support@ftx.com>                                2022年3月31日

**FTX**

日本のお客様へ重要なお知らせ—
Important Notice to Japanese Customer

FTX ユーザーの皆様

2022年2月2日にすでにお知らせしましたとおり、当社は、Liquid と戦略的契約を締結し、2022年3月30日をもって**当社のすべての既存の日本ユーザーを** Liquid の完全子会社であり日本の暗号資産交換業者兼第一種金融商品取引業者である Quoine 株式会社（以下「Quoine」といいます。）に移管する予定でしたが、2022年4月4日に延期されました。

**English Translation:**

As previously announced on February 2, 2022, we have entered into a strategic agreement with Liquid to transfer **all of our existing Japanese users** to Liquid's wholly-owned subsidiary on March 30, 2022. The transfer was scheduled to be transferred to Quoine, Inc. (hereinafter referred to as "Quoine"), an asset exchange service provider and type I financial instruments business operator, but has been postponed to April 4, 2022.

(Excerpted from Doc 16801 Page 13 of 47)

> Dear FTX user:
>
> As previously announced on February 2, 2022, we have entered into an agreement to acquire Liquid Group, Inc. ("Liquid"). The acquisition is expected to close in late March, subject to customary closing conditions.
>
> In connection with the acquisition, **and in order to provide services to existing Japanese users in compliance with Japanese laws, we have entered into a strategic transaction with Liquid, and were planning to transfer existing Japanese users of FTX to Quoine Corporation ("Quoine"), a wholly-owned subsidiary of Liquid, and a licensed Japanese crypto asset exchange service provider and Type I financial instruments business operator, on March 30, 2022.** This transfer has been postponed to April 4, 2022.

(Excerpted from Doc 16801 Page 14 of 47)



> However, our records indicate that you have completed KYC. **If you do not complete KYC by the Transfer Deadline, you will (1) not be able to trade, (2) be forcibly reduced down to a maximum of 2x leverage on the Transfer Deadline, and (3) will only be able to withdraw your assets and close your Quoine account after the Transfer Deadline.** In order to access your Quoine account to continue trading or to access your assets, you will need to update your account information by completing the new KYC request before April 4, 2022.

(Excerpted from Doc 16801 Page 16 of 47)

| Type of Asset or Position | Disposition at 9:00 AM JST on Transfer Deadline | |
|---|---|---|
| | If you completed KYC | If you do not complete KYC |
| Spot | | |
| BTC, ETH, BCH XRP, BAT, LTC, XLM, FTT, SOL | Transferred to Quoine | **Your account will be transferred to Quoine on the Transfer Deadline and you will be required to complete KYC during the subsequent transition period.** If KYC is not completed by the transition period, your assets will be transferred to a multisignature wallet held by FTX, Quoine and a third party custodian. **You will only be able to withdraw these assets after the Transfer Deadline.** |

The transfer notification email document stated that <u>**if FTX Trading was not closed by the transfer date (April 4, 2022), the account would be transferred from FTX Trading to FTX Japan regardless of whether there was a KYC process or not.**</u>

However, the Doket 17170 document contradicted me because the debtor assumed that a KYC process was required to make the transfer.
<u>**Simply put, the debtor claimed something that was not actually written as if it had been written.**</u>



(See pages 4-5 of Case 22-11068-JTD Doc 17170 Filed 06/10/24)

Originally, the KYC process was required to withdraw funds after an account was transferred to FTX Japan.<u>**Nowhere does it state that if the KYC process is not performed, the account will not be transferred to FTX Japan and will remain with FTX Trading.**</u>

This is a very serious problem. Either the debtor is maliciously making false claims or is unable to read the documents. It is as if they are not talking to each other. I don't know if it's intentional or not, but we're in a situation where the debtor is trying to deceive the court by claiming lies that are immediately obvious.
What was all my hard work from the beginning of the bankruptcy case until now?

I have a request to make to the court.

To tell the truth, both FTX and FTX Japan have been in this position until now. They have not tried to answer the important questions and have only given unnecessary and untrue answers.

Since the bankruptcy case, non-transferred Japanese residents have repeatedly filed complaints against FTX Japan, claiming that FTX Japan's claims are inconsistent. And each time, FTX Japan has repeatedly responded with either a misguided response that fails to address the important issues, or no response at all.

There are many victims of untransferred Japanese residents who have been dealt with unreasonably, who were unable to gather evidence, and who could not overcome the language barrier. There are many untransferred Japanese residents who have given up pursuing the case because it was too difficult.

I hope that the court will not allow any misrepresentation or non-response by the debtor in this matter. Thank you in advance for your cooperation.

### 2. Repayment of intercompany liabilities

I repeat this because it is important, <u>but it is wrong that there are Japanese resident accounts that have not been transferred to FTX Japan and are still in FTX Trading. And not only me, but many other Japanese residents who have not yet been transferred are still on the books and records of FTX Trading.</u>

It is my opinion that the books and records of the FTX Debtors were not properly maintained. Were they so reliable in their work? The original reason was that FTX Trading's customer assets and information were not properly managed and fraudulent practices led to widespread credit concerns and a bankruptcy case. Isn't it natural to assume that there was fraud here as well?

<u>I would argue that this is another fraud case where improper books and records were maintained.</u>

And this FTX Trading and FTX Japan scam is basically not just my problem. <u>This time, all Japanese residents who were not transferred to FTX Japan are victims.</u> Therefore, there is a possibility that new claims will be filed in the future by Japanese residents who are victims and were not transferred to FTX Japan. Depending on the status of such claims, FTX Japan may become insolvent.

FTX Japan refuses to return the assets to the non-transferred Japanese residents and does not segregate the assets.

**As a result of this fraud, FTX Trading is now required to turn over the assets and information of the non-transferred Japanese resident account to FTX Japan.** Japanese residents are required by Japanese law to maintain segregated accounts and must return the assets in kind, not in US dollars.

If FTX Trading and FTX Japan had originally transferred the assets in accordance with the February-March 2022 Transfer Notice, the victim would have received the return of the assets from FTX Japan without having to file a Notice of Claim in September 2023.

How is the debtor party responsible for this issue?

It is even more problematic that the priority repayment of FTX's intercompany debt is being made when the assets to be returned to the victim, a non-transferred Japanese resident, have not even been identified.

**Due to FTX Japan's stubborn refusal to admit fault, the true extent of the damage has not yet been determined, and the number of victims and the total amount of their assets are unknown. At this time, it cannot be determined whether FTX Japan has sufficient assets to repay client funds.**

At the very least, we must first investigate the number of Japanese resident accounts that were not processed for transfer to FTX Japan and the total amount of assets, and secure the resources to return all physical assets in accordance with Japanese law.

Until that is done, payment of the intercompany debt in the Doket15654 motion should not be made.

The FTX bankruptcy trustee wants to process the case as soon as possible. However, this is not the first time this has happened. Since the beginning of the case, untransferred Japanese residents have repeatedly pointed out this problem to FTX Japan. Nevertheless, FTX Japan has continued to misrepresent the situation.

### 3. Fair value in dollars

The FTX Debtors are attempting to return the amount valued at $16,871.63 per BTC in dollars, but the market value as of June 16, 2024 has increased approximately fourfold to approximately $66,000 per BTC.

Although the Doket17173 document describes me as if I am a greedy customer who charges excessive amounts, I have been demanding physical restitution in BTC from the beginning of the incident to the present from FTX Japan. I will continue to demand physical restitution in BTC.

### 4. Conclusion

The fraud was committed by FTX Trading and FTX Japan, and there was nothing wrong with the Japanese residents who had not transferred. Nevertheless, FTX Japan refused to return the assets of some Japanese residents for unexplained reasons, claiming that it was the clients' fault that the assets had not been transferred.

This is an outrageous insult. The FTX Japan, which was complicit in the fraud, has placed the blame for the fraud on the victims.

And FTX Trading says that it will not hand over the assets of the untransferred Japanese resident accounts to FTX Japan, but rather wants to receive priority reimbursement itself first in a hurry. If they admit this, they will resume their dishonest treatment of the victims again, as they have done before.

I hope that the court will keep an eye on this.

I am requesting the return of all BTC held, not dollars.

### 5. Regarding the short deadline for submission

I again protest the short deadline set for this objection.

I am at a disadvantage in the following respects

(1) Translation work from English to Japanese must be performed.
(2) Translation work from Japanese to English must be performed.
(3) Mail from Japan to the U.S. must take a considerable number of days to arrive.
(4) I have a schedule that I need to make a living, and I am working on the document in a limited amount of time. In addition, if the victim is in poor health or has unexpected problems at the time the document is notified, the victim can easily be unable to exercise the rights he or she claims to have.
(5) *The debtor, on the other hand, is in an extremely advantageous position* because it acts on this matter as its own business and has more flexibility in time.
(6) I have no experience residing in the United States.

This is a serious violation of my rights.

I request that the court instruct the person in charge of setting the deadline to ensure a sufficient number of days that would normally be considered necessary.

**Name :** TAKUYA NAGASAKA (長坂　拓哉)
**Address :** KANAGAWAKEN KAWASAKISHI KAWASAKIKU TUTUMINE50-15
**E-Mail :** nag.t1202@gmail.com

June 16, 2024

**The United States Bankruptcy Court**
-and-
**LANDIS RATH & COBB LLP**
-and-
**SULLIVAN & CROMWELL LLP**

TAKUYA NAGASAKA

# PETITION

In view of the risk that the bankruptcy proceedings may be concluded with the fraud overlooked, I request that you make a finding that the matter I submitted, Doket 16801, was a fraud committed by FTX Trading Ltd. and FTX Japan K.K.

**Name :** TAKUYA NAGASAKA (長坂　拓哉)
**Address :** KANAGAWAKEN KAWASAKISHI KAWASAKIKU TUTUMINE50-15
**E-Mail :** nag.t1202@gmail.com

# EMS 国際スピード郵便

## JAPAN POST

### EMS 国際スピード郵便
送り状 (Dispatch Note)   書類用 (Business Papers)

JAPAN 著作権により開くことがあります / May be opened officially

JAPAN POST

お問い合わせ番号 (item number): EN 326 171 796 JP

| From (Sender) Name & Address | 受付年月日 Date mailed | | | 受付時刻 Time mailed | 時(hour) | 分(Minute) | 郵便料金 |
|---|---|---|---|---|---|---|---|
| Takuya Nagasaka<br>TSUTSUMINE<br>KAWASAKI SHI KAWASAKI KU<br>Kanagawa | 年(Year) 2024 | 月(Month) 06 | 日(Date) 16 | | 9 | 15 | 3900 |
| | 総重量 Total gross weight | | | 119.0 g | | | 合計金額 3900 |

To (Addressee) Name & Address:
The United States Bankruptcy Court
824 North Market Street
3rd Floor
Wilmington
DELAWARE
Postal Code 19801
Country UNITED STATES OF AMERICA

Code 210-0026       JAPAN
+81-90-5777-1202   FAX

※書類用のため内容品欄はありません

ご注意 この用紙は送り状です。専用パウチに入れてください。

(To Post and Customs Officer)
This is EMS Dispatch Note.

Fastest and Most Reliable International Postal Service