# SCHEDULE 1

**Duplicate Portal Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**Thirty-Ninth Omnibus Claims Objection**
**Schedule 1 - Non-Substantive Duplicate Claims**

| | Claims to be Disallowed | | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| 54960 | Name on file | FTX Trading Ltd. | | | 10037 | Name on file | FTX Trading Ltd. | | |
| | | | AAVE-PERP | 0.000000000000000 | | | | AAVE-PERP | 0.000000000000000 |
| | | | ADA-PERP | 0.000000000000000 | | | | ADA-PERP | 0.000000000000000 |
| | | | ALGO-PERP | 0.000000000000000 | | | | ALGO-PERP | 0.000000000000000 |
| | | | AVAX-PERP | 0.000000000000000 | | | | AVAX-PERP | 0.000000000000000 |
| | | | BTC | 0.115671739094300 | | | | BTC | 0.115671739094300 |
| | | | BTC-PERP | 0.000000000000000 | | | | BTC-PERP | 0.000000000000000 |
| | | | CAKE-PERP | 0.000000000000000 | | | | CAKE-PERP | 0.000000000000000 |
| | | | CRV-PERP | 0.000000000000000 | | | | CRV-PERP | 0.000000000000000 |
| | | | EOS-PERP | 0.000000000000000 | | | | EOS-PERP | 0.000000000000000 |
| | | | ETH | 13.264165790000000 | | | | ETH | 13.264165790000000 |
| | | | ETH-PERP | 0.000000000000000 | | | | ETH-PERP | 0.000000000000000 |
| | | | ETHW | 0.000165788557225 | | | | ETHW | 0.000165788557225 |
| | | | FIDA-PERP | 0.000000000000000 | | | | FIDA-PERP | 0.000000000000000 |
| | | | FIL-PERP | 0.000000000000000 | | | | FIL-PERP | 0.000000000000000 |
| | | | FTT | 25.147718978689540 | | | | FTT | 25.147718978689540 |
| | | | FTT-PERP | 0.000000000000000 | | | | FTT-PERP | 0.000000000000000 |
| | | | LINK-PERP | 0.000000000000147 | | | | LINK-PERP | 0.000000000000147 |
| | | | LTC | 0.000000005804670 | | | | LTC | 0.000000005804670 |
| | | | LTC-PERP | 0.000000000000000 | | | | LTC-PERP | 0.000000000000000 |
| | | | LUNA2 | 4.592378100000000 | | | | LUNA2 | 4.592378100000000 |
| | | | LUNA2_LOCKED | 10.715548900000000 | | | | LUNA2_LOCKED | 10.715548900000000 |
| | | | ONT-PERP | 0.000000000000000 | | | | ONT-PERP | 0.000000000000000 |
| | | | RAY-PERP | 0.000000000000000 | | | | RAY-PERP | 0.000000000000000 |
| | | | RSR-PERP | 0.000000000000000 | | | | RSR-PERP | 0.000000000000000 |
| | | | SLP-PERP | 0.000000000000000 | | | | SLP-PERP | 0.000000000000000 |
| | | | SRM | 0.222115870000000 | | | | SRM | 0.222115870000000 |
| | | | SRM_LOCKED | 7.271968010000000 | | | | SRM_LOCKED | 7.271968010000000 |
| | | | SRM-PERP | 0.000000000000000 | | | | SRM-PERP | 0.000000000000000 |
| | | | SXP-PERP | 0.000000000000000 | | | | SXP-PERP | 0.000000000000000 |
| | | | USD | 528,834.621854383800000 | | | | USD | 528,834.621854383800000 |
| | | | USDT | 0.000000005280949 | | | | USDT | 0.000000005280949 |
| | | | USDT-20210326 | 0.000000000000000 | | | | USDT-20210326 | 0.000000000000000 |
| | | | YFI-PERP | 0.000000000000000 | | | | YFI-PERP | 0.000000000000000 |
| 53549 | Name on file | FTX Trading Ltd. | | | 25119* | Name on file | FTX Trading Ltd. | | |
| | | | BTC | 0.000002850000000 | | | | BTC | 0.000002850000000 |
| | | | USD | 103,397.400000000000000 | | | | USD | 103,397.400000000000000 |
| 57481 | Name on file | FTX Trading Ltd. | | | 12865 | Name on file | FTX Trading Ltd. | | |
| | | | FTT | 1,009.683300000000000 | | | | FTT | 1,009.683300000000000 |
| | | | SRM | 44.615105650000000 | | | | SRM | 44.615105650000000 |
| | | | SRM_LOCKED | 364.884894350000000 | | | | SRM_LOCKED | 364.884894350000000 |
| | | | USD | 1,830.908980674687400 | | | | USD | 1,830.908980674687400 |
| | | | USDT | 101,013.512457145790000 | | | | USDT | 101,013.512457145790000 |
| 89370 | Name on file | FTX Trading Ltd. | | | 48591 | Name on file | FTX Trading Ltd. | | |
| | | | 1INCH-PERP | 0.000000000000000 | | | | 1INCH-PERP | 0.000000000000000 |
| | | | AAVE | -0.000544265081708 | | | | AAVE | -0.000544265081708 |
| | | | ADA-PERP | 0.000000000000000 | | | | ADA-PERP | 0.000000000000000 |
| | | | ALGO | 54,000.000000000000000 | | | | ALGO | 54,000.000000000000000 |
| | | | ATOM | 0.000000000000000 | | | | ATOM | 0.000000000000000 |
| | | | ATOM-PERP | 0.000000000000000 | | | | ATOM-PERP | 0.000000000000000 |
| | | | AVAX | 9,015.810000000000000 | | | | AVAX | 9,015.810000000000000 |
| | | | BTC | 110.410000000000000 | | | | BTC | 110.410000000000000 |
| | | | BTC-0930 | 0.000000000000000 | | | | BTC-0930 | 0.000000000000000 |
| | | | BTC-PERP | 0.000000000000001 | | | | BTC-PERP | 0.000000000000001 |
| | | | DOT | 0.000000000000000 | | | | DOT | 0.000000000000000 |
| | | | ENS | 1,150.000000000000000 | | | | ENS | 1,150.000000000000000 |
| | | | ETH | 682.100000000000000 | | | | ETH | 682.100000000000000 |
| | | | ETH-0325 | 0.000000000000000 | | | | ETH-0325 | 0.000000000000000 |
| | | | ETH-0624 | 0.000000000000000 | | | | ETH-0624 | 0.000000000000000 |
| | | | ETH-0930 | 0.000000000000000 | | | | ETH-0930 | 0.000000000000000 |
| | | | ETH-PERP | -0.000000000000028 | | | | ETH-PERP | -0.000000000000028 |
| | | | ETHW | 0.000000000000000 | | | | ETHW | 0.000000000000000 |
| | | | FTT | 25.994800000000000 | | | | FTT | 25.994800000000000 |
| | | | LEO | 0.380200000000000 | | | | LEO | 0.380200000000000 |
| | | | LINK | 0.000627445571550 | | | | LINK | 0.000627445571550 |
| | | | LUNC-PERP | 0.000000000000056 | | | | LUNC-PERP | 0.000000000000056 |
| | | | MATIC | 0.000000000000000 | | | | MATIC | |
| | | | MKR | 0.000000008025323 | | | | MKR | 0.000000008025323 |
| | | | POLIS | 0.000000007120000 | | | | POLIS | 0.000000007120000 |
| | | | SOL | 0.000000005991740 | | | | SOL | 0.000000005991740 |
| | | | USD | 548,729.240000000000000 | | | | USD | 548,729.240000000000000 |
| | | | USDT | 2,187,849.780000000000000 | | | | USDT | 2,187,849.780000000000000 |
| | | | XLM-PERP | 196,000.000000000000000 | | | | XLM-PERP | 196,000.000000000000000 |
| | | | XRP-PERP | 0.000000000000000 | | | | XRP-PERP | 0.000000000000000 |
| | | | XTZ-PERP | 0.000000000000000 | | | | XTZ-PERP | 0.000000000000000 |
| 34243* | Name on file | FTX Trading Ltd. | BCH | 0.000462710000000 | 91404* | Name on file | FTX Trading Ltd. | BCH | 0.000462710000000 |
| | | | ETH | 23.233000001383700 | | | | ETH | 23.233000001383700 |
| | | | ETHW | 10.000000001383700 | | | | ETHW | 10.000000001383700 |
| | | | SUSHI | 0.345132193957402 | | | | SUSHI | 0.345132193957402 |
| | | | USD | 4.072867511330750 | | | | USD | 4.072867511330750 |
| | | | USDT | 14.739576924311200 | | | | USDT | 14.739576924311200 |
| 87414 | Name on file | FTX Trading Ltd. | | | 42829 | Name on file | FTX Trading Ltd. | | |
| | | | 1INCH | 0.401084804789501 | | | | 1INCH | 0.401084804789501 |
| | | | 1INCH-PERP | 0.000000000000000 | | | | 1INCH-PERP | 0.000000000000000 |
| | | | AAVE | 0.000000003158947 | | | | AAVE | 0.000000003158947 |
| | | | AAVE-PERP | -0.000000000000554 | | | | AAVE-PERP | -0.000000000000554 |
| | | | ADA-PERP | 0.000000000000000 | | | | ADA-PERP | 0.000000000000000 |
| | | | ALGO-PERP | 0.000000000000000 | | | | ALGO-PERP | 0.000000000000000 |
| | | | ALPHA | 0.331210923060467 | | | | ALPHA | 0.331210923060467 |
| | | | ALPHA-PERP | 0.000000000000000 | | | | ALPHA-PERP | 0.000000000000000 |
| | | | APE | 0.000000009156545 | | | | APE | 0.000000009156545 |
| | | | APE-PERP | -0.000000000036379 | | | | APE-PERP | -0.000000000036379 |
| | | | ATLAS | 9.592950000000000 | | | | ATLAS | 9.592950000000000 |
| | | | ATLAS-PERP | 0.000000000000000 | | | | ATLAS-PERP | 0.000000000000000 |
| | | | ATOM | 0.000000005891667 | | | | ATOM | 0.000000005891667 |
| | | | ATOM-PERP | 0.000000000018189 | | | | ATOM-PERP | 0.000000000018189 |
| | | | AVAX | 0.000000008790157 | | | | AVAX | 0.000000008790157 |
| | | | AVAX-PERP | -0.000000000002728 | | | | AVAX-PERP | -0.000000000002728 |
| | | | AXS | 0.000000009828810 | | | | AXS | 0.000000009828810 |
| | | | AXS-PERP | -0.000000000001818 | | | | AXS-PERP | -0.000000000001818 |
| | | | BADGER | 0.005346700000000 | | | | BADGER | 0.005346700000000 |
| | | | BADGER-PERP | 0.000000000000909 | | | | BADGER-PERP | 0.000000000000909 |
| | | | BCH | 0.000000007607668 | | | | BCH | 0.000000007607668 |
| | | | BCH-PERP | -0.000000000001809 | | | | BCH-PERP | -0.000000000001809 |
| | | | BIT | 0.193255000000000 | | | | BIT | 0.193255000000000 |
| | | | BIT-PERP | 0.000000000000000 | | | | BIT-PERP | 0.000000000000000 |
| | | | BNB | -0.001643676455178 | | | | BNB | -0.001643676455178 |
| | | | BNB-PERP | -0.000000000001608 | | | | BNB-PERP | -0.000000000001608 |
| | | | BTC | 0.000000008050356 | | | | BTC | 0.000000008050356 |
| | | | BTC-MOVE-WK-0204 | 0.000000000000000 | | | | BTC-MOVE-WK-0204 | 0.000000000000000 |
| | | | BTC-PERP | -0.000000000000054 | | | | BTC-PERP | -0.000000000000054 |
| | | | CEL | 0.001950934408447 | | | | CEL | 0.001950934408447 |
| | | | CEL-PERP | 0.000000000015006 | | | | CEL-PERP | 0.000000000015006 |
| | | | CHZ-PERP | 0.000000000000000 | | | | CHZ-PERP | 0.000000000000000 |
| | | | CRV-PERP | 0.000000000000000 | | | | CRV-PERP | 0.000000000000000 |
| | | | CVC-PERP | 0.000000000000000 | | | | CVC-PERP | 0.000000000000000 |
| | | | DAI | 0.009420000000000 | | | | DAI | 0.009420000000000 |
| | | | DOGE | -0.000044351803861 | | | | DOGE | -0.000044351803861 |
| | | | DOGE-PERP | 0.000000000000000 | | | | DOGE-PERP | 0.000000000000000 |
| | | | DOT | 0.000000003968953 | | | | DOT | 0.000000003968953 |
| | | | DOT-PERP | 0.000000000043655 | | | | DOT-PERP | 0.000000000043655 |
| | | | DYDX-PERP | -0.000000000094587 | | | | DYDX-PERP | -0.000000000094587 |

25119*: Surviving Claim is also included as a Surviving Claim in the Debtors' Forty-First (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
34243*: Disallowed Claim was ordered modified on the Debtors- Twelfth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
91404*: Surviving Claim was ordered modified on the Debtors- Twentieth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)

| Claim Number | Name | Debtor | Claims to be Disallowed Tickers | Ticker Quantity | Claim Number | Name | Debtor | Surviving Claims Tickers | Ticker Quantity |
|---|---|---|---|---|---|---|---|---|---|
| | | | EDEN | 0.021883000000000 | | | | EDEN | 0.021883000000000 |
| | | | EDEN-PERP | 0.000000000001932 | | | | EDEN-PERP | 0.000000000001932 |
| | | | ENS | 0.005694250000000 | | | | ENS | 0.005694250000000 |
| | | | ENS-PERP | 0.000000000020936 | | | | ENS-PERP | 0.000000000020936 |
| | | | EOS-PERP | -0.000000000116415 | | | | EOS-PERP | -0.000000000116415 |
| | | | ETC-PERP | -0.000000000010913 | | | | ETC-PERP | -0.000000000010913 |
| | | | ETH | 0.000000013248424 | | | | ETH | 0.000000013248424 |
| | | | ETH-1230 | 0.000000000000000 | | | | ETH-1230 | 0.000000000000000 |
| | | | ETH-PERP | 0.000000000000376 | | | | ETH-PERP | 0.000000000000376 |
| | | | ETHW | 0.000540818609103 | | | | ETHW | 0.000540818609103 |
| | | | FIL-PERP | 0.000000000020008 | | | | FIL-PERP | 0.000000000020008 |
| | | | FLOW-PERP | 0.000000000069121 | | | | FLOW-PERP | 0.000000000069121 |
| | | | FTM | 0.000000035769330 | | | | FTM | 0.000000035769330 |
| | | | FTM-PERP | 0.000000000000000 | | | | FTM-PERP | 0.000000000000000 |
| | | | FTT | 104,131.944097089770000 | | | | FTT | 104,131.944097089770000 |
| | | | FTT-PERP | -104,131.900000000000000 | | | | FTT-PERP | -104,131.900000000000000 |
| | | | GALA-PERP | 0.000000000000000 | | | | GALA-PERP | 0.000000000000000 |
| | | | GMT | 0.000000006336883 | | | | GMT | 0.000000006336883 |
| | | | GMT-PERP | 0.000000000000000 | | | | GMT-PERP | 0.000000000000000 |
| | | | HT | 0.077530840108582 | | | | HT | 0.077530840108582 |
| | | | HT-PERP | -0.000000000008299 | | | | HT-PERP | -0.000000000008299 |
| | | | KIN | 141.550000000000000 | | | | KIN | 141.550000000000000 |
| | | | KIN-PERP | 0.000000000000000 | | | | KIN-PERP | 0.000000000000000 |
| | | | KSHIB-PERP | 0.000000000000000 | | | | KSHIB-PERP | 0.000000000000000 |
| | | | LDO-PERP | 0.000000000000000 | | | | LDO-PERP | 0.000000000000000 |
| | | | LINK | 0.000000008939669 | | | | LINK | 0.000000008939669 |
| | | | LINK-PERP | 0.000000000057411 | | | | LINK-PERP | 0.000000000057411 |
| | | | LRC | 0.328285000000000 | | | | LRC | 0.328285000000000 |
| | | | LRC-PERP | 0.000000000000000 | | | | LRC-PERP | 0.000000000000000 |
| | | | LTC | -0.000473909809143 | | | | LTC | -0.000473909809143 |
| | | | LTC-20211231 | -0.000000000000014 | | | | LTC-20211231 | -0.000000000000014 |
| | | | LTC-PERP | 0.000000000001477 | | | | LTC-PERP | 0.000000000001477 |
| | | | LUNA2 | 8.710073916000000 | | | | LUNA2 | 8.710073916000000 |
| | | | LUNA2_LOCKED | 20.323505800000000 | | | | LUNA2_LOCKED | 20.323505800000000 |
| | | | LUNC | 1,896,636.933324101600000 | | | | LUNC | 1,896,636.933324101600000 |
| | | | LUNC-PERP | 0.000000000000000 | | | | LUNC-PERP | 0.000000000000000 |
| | | | MANA-PERP | 0.000000000000000 | | | | MANA-PERP | 0.000000000000000 |
| | | | MATIC | -0.001826924208768 | | | | MATIC | -0.001826924208768 |
| | | | MATIC-PERP | 0.000000000000000 | | | | MATIC-PERP | 0.000000000000000 |
| | | | MKR | 0.000753328687000 | | | | MKR | 0.000753328687000 |
| | | | MKR-PERP | 0.000000000000007 | | | | MKR-PERP | 0.000000000000007 |
| | | | MNGO | 3.192393000000000 | | | | MNGO | 3.192393000000000 |
| | | | MNGO-PERP | 0.000000000000000 | | | | MNGO-PERP | 0.000000000000000 |
| | | | NEAR-PERP | -0.000000000032741 | | | | NEAR-PERP | -0.000000000032741 |
| | | | OMG | 0.000000002293529 | | | | OMG | 0.000000002293529 |
| | | | OMG-PERP | 0.000000000000000 | | | | OMG-PERP | 0.000000000000000 |
| | | | ONE-PERP | 0.000000000000000 | | | | ONE-PERP | 0.000000000000000 |
| | | | OP-PERP | 0.000000000000000 | | | | OP-PERP | 0.000000000000000 |
| | | | PERP | 0.052071000000000 | | | | PERP | 0.052071000000000 |
| | | | PERP-PERP | -0.000000000001591 | | | | PERP-PERP | -0.000000000001591 |
| | | | POLIS | 0.092080500000000 | | | | POLIS | 0.092080500000000 |
| | | | POLIS-PERP | -0.000000000002671 | | | | POLIS-PERP | -0.000000000002671 |
| | | | RAY | 0.329671189116802 | | | | RAY | 0.329671189116802 |
| | | | RAY-PERP | 0.000000000000000 | | | | RAY-PERP | 0.000000000000000 |
| | | | REN | 0.650623464276000 | | | | REN | 0.650623464276000 |
| | | | REN-PERP | 0.000000000000000 | | | | REN-PERP | 0.000000000000000 |
| | | | RNDR | 0.050068000000000 | | | | RNDR | 0.050068000000000 |
| | | | RNDR-PERP | -0.000000000006366 | | | | RNDR-PERP | -0.000000000006366 |
| | | | ROOK-PERP | 0.000000000000000 | | | | ROOK-PERP | 0.000000000000000 |
| | | | RUNE-PERP | -0.000000000043655 | | | | RUNE-PERP | -0.000000000043655 |
| | | | SAND-PERP | 0.000000000000000 | | | | SAND-PERP | 0.000000000000000 |
| | | | SHIB | 9,538.700000000000000 | | | | SHIB | 9,538.700000000000000 |
| | | | SHIB-PERP | 0.000000000000000 | | | | SHIB-PERP | 0.000000000000000 |
| | | | SLP | 4.484200000000000 | | | | SLP | 4.484200000000000 |
| | | | SLP-PERP | 0.000000000000000 | | | | SLP-PERP | 0.000000000000000 |
| | | | SNX | 0.000000008507169 | | | | SNX | 0.000000008507169 |
| | | | SNX-PERP | 0.000000000003637 | | | | SNX-PERP | 0.000000000003637 |
| | | | SOL | -0.001704537924454 | | | | SOL | -0.001704537924454 |
| | | | SOL-PERP | -0.000000000023320 | | | | SOL-PERP | -0.000000000023320 |
| | | | SPELL-PERP | 0.000000000000000 | | | | SPELL-PERP | 0.000000000000000 |
| | | | SRM | 679.870945340000000 | | | | SRM | 679.870945340000000 |
| | | | SRM_LOCKED | 14,692.020123000000000 | | | | SRM_LOCKED | 14,692.020123000000000 |
| | | | SRM-PERP | 0.000000000000000 | | | | SRM-PERP | 0.000000000000000 |
| | | | SRN-PERP | 0.000000000000000 | | | | SRN-PERP | 0.000000000000000 |
| | | | STEP | 0.069505500000000 | | | | STEP | 0.069505500000000 |
| | | | STEP-PERP | 0.000000000095496 | | | | STEP-PERP | 0.000000000095496 |
| | | | SUSHI | 0.000000007776767 | | | | SUSHI | 0.000000007776767 |
| | | | SUSHI-PERP | 0.000000000000000 | | | | SUSHI-PERP | 0.000000000000000 |
| | | | SXP | 0.016818326706422 | | | | SXP | 0.016818326706422 |
| | | | SXP-PERP | 0.000000000007275 | | | | SXP-PERP | 0.000000000007275 |
| | | | THETA-PERP | -0.000000000029103 | | | | THETA-PERP | -0.000000000029103 |
| | | | TRX | 0.416191670213653 | | | | TRX | 0.416191670213653 |
| | | | TRX-PERP | 0.000000000000000 | | | | TRX-PERP | 0.000000000000000 |
| | | | UNI | 0.000000013169455 | | | | UNI | 0.000000013169455 |
| | | | UNI-PERP | -0.000000000001364 | | | | UNI-PERP | -0.000000000001364 |
| | | | USD | 2,983,729.420726943000000 | | | | USD | 2,983,729.420726943000000 |
| | | | USDT | 0.481005951491333 | | | | USDT | 0.481005951491333 |
| | | | USDT-PERP | 0.000000000000000 | | | | USDT-PERP | 0.000000000000000 |
| | | | USTC | 0.000000009997698 | | | | USTC | 0.000000009997698 |
| | | | USTC-PERP | 0.000000000000000 | | | | USTC-PERP | 0.000000000000000 |
| | | | VET-PERP | 0.000000000000000 | | | | VET-PERP | 0.000000000000000 |
| | | | WAVES-PERP | 0.000000000000000 | | | | WAVES-PERP | 0.000000000000000 |
| | | | XLM-PERP | 0.000000000000000 | | | | XLM-PERP | 0.000000000000000 |
| | | | XMR-PERP | -0.000000000001364 | | | | XMR-PERP | -0.000000000001364 |
| | | | XRP | 0.000000001357378 | | | | XRP | 0.000000001357378 |
| | | | XRP-PERP | 0.000000000000000 | | | | XRP-PERP | 0.000000000000000 |
| | | | YFI | 0.000000016337121 | | | | YFI | 0.000000016337121 |
| | | | YFI-PERP | -0.000000000000011 | | | | YFI-PERP | -0.000000000000011 |
| | | | ZEC-PERP | -0.000000000008640 | | | | ZEC-PERP | -0.000000000008640 |
| 53467 | Name on file | FTX Trading Ltd. | | | 10638 | Name on file | FTX Trading Ltd. | | |
| | | | BTC | 0.050064491000000 | | | | BTC | 0.050064491000000 |
| | | | DOT | 1.420000000000000 | | | | DOT | 1.420000000000000 |
| | | | FTT | 0.067293000000000 | | | | FTT | 0.067293000000000 |
| | | | LTC | 0.009300000000000 | | | | LTC | 0.009300000000000 |
| | | | LUNA2 | 0.068657461830000 | | | | LUNA2 | 0.068657461830000 |
| | | | LUNA2_LOCKED | 0.160200744300000 | | | | LUNA2_LOCKED | 0.160200744300000 |
| | | | LUNC | 14,950.306863000000000 | | | | LUNC | 14,950.306863000000000 |
| | | | TRX | 2,184.101382000000000 | | | | TRX | 2,184.101382000000000 |
| | | | USD | 185,974.563446042500000 | | | | USD | 185,974.563446042500000 |
| | | | USDT | 137.180022546196970 | | | | USDT | 137.180022546196970 |
| 85399 | Name on file | FTX Trading Ltd. | | | 8133 | Name on file | FTX Trading Ltd. | | |
| | | | BTC | 0.000000003578400 | | | | BTC | 0.000000003578400 |
| | | | BTC-PERP | 0.000000000000000 | | | | BTC-PERP | 0.000000000000000 |
| | | | DAI | 0.000000010000000 | | | | DAI | 0.000000010000000 |
| | | | FTT | 25.000000005185992 | | | | FTT | 25.000000005185992 |
| | | | FTT-PERP | 0.000000000000000 | | | | FTT-PERP | 0.000000000000000 |
| | | | GALA-PERP | 0.000000000000000 | | | | GALA-PERP | 0.000000000000000 |
| | | | JPY | 0.000000003289079 | | | | JPY | 0.000000003289079 |
| | | | LUNA2 | 0.006363611747000 | | | | LUNA2 | 0.006363611747000 |
| | | | LUNA2_LOCKED | 0.014848427410000 | | | | LUNA2_LOCKED | 0.014848427410000 |
| | | | TRX-PERP | 0.000000000000000 | | | | TRX-PERP | 0.000000000000000 |
| | | | TSLA | 1,011.801308870000000 | | | | TSLA | 1,011.801308870000000 |
| | | | USD | -0.958325969235678 | | | | USD | -0.958325969235678 |
| | | | USDT | 0.000000009124189 | | | | USDT | 0.000000009124189 |
| | | | USTC-PERP | 0.000000000000000 | | | | USTC-PERP | 0.000000000000000 |
| 36639 | Name on file | FTX Trading Ltd. | 1INCH | 0.000000006090048 | 20763 | Name on file | FTX Trading Ltd. | 1INCH | 0.000000006090048 |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Claims to be Disallowed** | | | | | **Surviving Claims** | |
| | | | 1INCH-PERP | 0.000000000000000 | | | | 1INCH-PERP | 0.000000000000000 |
| | | | AAVE-PERP | -0.000000000000014 | | | | AAVE-PERP | -0.000000000000014 |
| | | | ADA-PERP | 0.000000000000000 | | | | ADA-PERP | 0.000000000000000 |
| | | | AGLD-PERP | -0.000000000003865 | | | | AGLD-PERP | -0.000000000003865 |
| | | | ALPHA-PERP | 0.000000000000000 | | | | ALPHA-PERP | 0.000000000000000 |
| | | | AMPL | 0.000000000059821 | | | | AMPL | 0.000000000059821 |
| | | | AMPL-PERP | 0.000000000000000 | | | | AMPL-PERP | 0.000000000000000 |
| | | | APE-PERP | 0.000000000000000 | | | | APE-PERP | 0.000000000000000 |
| | | | ATLAS-PERP | 0.000000000000000 | | | | ATLAS-PERP | 0.000000000000000 |
| | | | AUDIO-PERP | 0.000000000000000 | | | | AUDIO-PERP | 0.000000000000000 |
| | | | AVAX | 0.000000007561673 | | | | AVAX | 0.000000007561673 |
| | | | AVAX-PERP | 0.000000000000255 | | | | AVAX-PERP | 0.000000000000255 |
| | | | AXS-PERP | 0.000000000000042 | | | | AXS-PERP | 0.000000000000042 |
| | | | BADGER-PERP | 0.000000000000454 | | | | BADGER-PERP | 0.000000000000454 |
| | | | BAND-PERP | 0.000000000002728 | | | | BAND-PERP | 0.000000000002728 |
| | | | BAO-PERP | 0.000000000000000 | | | | BAO-PERP | 0.000000000000000 |
| | | | BNB | 0.000000008450467 | | | | BNB | 0.000000008450467 |
| | | | BNB-PERP | 0.000000000000017 | | | | BNB-PERP | 0.000000000000017 |
| | | | BTC | 3.012500000000000 | | | | BTC | 3.012500000000000 |
| | | | BTC-PERP | 0.000000000000000 | | | | BTC-PERP | 0.000000000000000 |
| | | | COMP | 0.000000001000000 | | | | COMP | 0.000000001000000 |
| | | | COMP-PERP | 0.000000000000064 | | | | COMP-PERP | 0.000000000000064 |
| | | | CREAM-PERP | 0.000000000000127 | | | | CREAM-PERP | 0.000000000000127 |
| | | | CRO-PERP | 0.000000000000000 | | | | CRO-PERP | 0.000000000000000 |
| | | | CRV-PERP | 0.000000000000000 | | | | CRV-PERP | 0.000000000000000 |
| | | | DAWN-PERP | 0.000000000017962 | | | | DAWN-PERP | 0.000000000017962 |
| | | | DOGE-PERP | 0.000000000000000 | | | | DOGE-PERP | 0.000000000000000 |
| | | | DOT-PERP | 0.000000000000056 | | | | DOT-PERP | 0.000000000000056 |
| | | | ETH | 0.000000005000000 | | | | ETH | 0.000000005000000 |
| | | | ETH-PERP | 0.000000000000000 | | | | ETH-PERP | 0.000000000000000 |
| | | | FIDA-PERP | 0.000000000000000 | | | | FIDA-PERP | 0.000000000000000 |
| | | | FTM-PERP | 0.000000000000000 | | | | FTM-PERP | 0.000000000000000 |
| | | | FTT | 1,525.360589194501700 | | | | FTT | 1,525.360589194501700 |
| | | | GALA-PERP | 0.000000000000000 | | | | GALA-PERP | 0.000000000000000 |
| | | | GRT | 0.000000006731299 | | | | GRT | 0.000000006731299 |
| | | | GRT-PERP | 0.000000000000000 | | | | GRT-PERP | 0.000000000000000 |
| | | | HT-PERP | 0.000000000000824 | | | | HT-PERP | 0.000000000000824 |
| | | | KIN-PERP | 0.000000000000000 | | | | KIN-PERP | 0.000000000000000 |
| | | | LDO-PERP | 0.000000000000000 | | | | LDO-PERP | 0.000000000000000 |
| | | | LINA-PERP | 0.000000000000000 | | | | LINA-PERP | 0.000000000000000 |
| | | | LOOKS-PERP | 0.000000000000000 | | | | LOOKS-PERP | 0.000000000000000 |
| | | | LRC-PERP | 0.000000000000000 | | | | LRC-PERP | 0.000000000000000 |
| | | | LTC-PERP | -0.000000000000046 | | | | LTC-PERP | -0.000000000000046 |
| | | | LUNC-PERP | -0.000000000029103 | | | | LUNC-PERP | -0.000000000029103 |
| | | | MANA-PERP | 0.000000000000000 | | | | MANA-PERP | 0.000000000000000 |
| | | | MAPS-PERP | 0.000000000000000 | | | | MAPS-PERP | 0.000000000000000 |
| | | | MATIC | 0.000000005585436 | | | | MATIC | 0.000000005585436 |
| | | | MATIC-PERP | 0.000000000000000 | | | | MATIC-PERP | 0.000000000000000 |
| | | | MCB-PERP | -0.000000000002654 | | | | MCB-PERP | -0.000000000002654 |
| | | | MKR | 0.000000003747749 | | | | MKR | 0.000000003747749 |
| | | | MKR-PERP | -0.000000000000007 | | | | MKR-PERP | -0.000000000000007 |
| | | | MNGO-PERP | 0.000000000000000 | | | | MNGO-PERP | 0.000000000000000 |
| | | | OXY-PERP | 0.000000000000000 | | | | OXY-PERP | 0.000000000000000 |
| | | | PERP-PERP | 0.000000000010629 | | | | PERP-PERP | 0.000000000010629 |
| | | | POLIS-PERP | -0.000000000000113 | | | | POLIS-PERP | -0.000000000000113 |
| | | | RAY-PERP | 0.000000000000000 | | | | RAY-PERP | 0.000000000000000 |
| | | | REN | 0.000000003523575 | | | | REN | 0.000000003523575 |
| | | | REN-PERP | 0.000000000000000 | | | | REN-PERP | 0.000000000000000 |
| | | | ROOK-PERP | 0.000000000000419 | | | | ROOK-PERP | 0.000000000000419 |
| | | | RSR | 0.000000003295924 | | | | RSR | 0.000000003295924 |
| | | | RSR-PERP | 0.000000000000000 | | | | RSR-PERP | 0.000000000000000 |
| | | | RUNE | 0.000000000459714 | | | | RUNE | 0.000000000459714 |
| | | | RUNE-PERP | -0.000000000002557 | | | | RUNE-PERP | -0.000000000002557 |
| | | | SAND-PERP | 0.000000000000000 | | | | SAND-PERP | 0.000000000000000 |
| | | | SLP-PERP | 0.000000000000000 | | | | SLP-PERP | 0.000000000000000 |
| | | | SNX | 0.000000005968219 | | | | SNX | 0.000000005968219 |
| | | | SNX-PERP | 0.000000000000241 | | | | SNX-PERP | 0.000000000000241 |
| | | | SOL-PERP | 0.000000000000909 | | | | SOL-PERP | 0.000000000000909 |
| | | | SPELL-PERP | 0.000000000000000 | | | | SPELL-PERP | 0.000000000000000 |
| | | | SRM | 0.388530360000000 | | | | SRM | 0.388530360000000 |
| | | | SRM_LOCKED | 224.441044850000000 | | | | SRM_LOCKED | 224.441044850000000 |
| | | | SRM-PERP | 0.000000000000000 | | | | SRM-PERP | 0.000000000000000 |
| | | | STEP-PERP | 0.000000001469743 | | | | STEP-PERP | 0.000000001469743 |
| | | | SUSHI | 0.000000000117009 | | | | SUSHI | 0.000000000117009 |
| | | | SUSHI-PERP | 0.000000000000000 | | | | SUSHI-PERP | 0.000000000000000 |
| | | | SXP | 0.000000004176524 | | | | SXP | 0.000000004176524 |
| | | | SXP-PERP | 0.000000000014551 | | | | SXP-PERP | 0.000000000014551 |
| | | | TOMO-PERP | 0.000000000001591 | | | | TOMO-PERP | 0.000000000001591 |
| | | | UNI-PERP | 0.000000000000000 | | | | UNI-PERP | 0.000000000000000 |
| | | | USD | 451,600.706152432250000 | | | | USD | 451,600.706152432250000 |
| | | | USDT | 0.000000000350978 | | | | USDT | 0.000000000350978 |
| | | | XRP-PERP | 0.000000000000000 | | | | XRP-PERP | 0.000000000000000 |
| | | | YFI | 0.000000007500000 | | | | YFI | 0.000000007500000 |
| | | | YFI-PERP | -0.000000000000001 | | | | YFI-PERP | -0.000000000000001 |
| | | | ZRX-PERP | 0.000000000000000 | | | | ZRX-PERP | 0.000000000000000 |
| 69194 | Name on file | FTX Trading Ltd. | | | 12124 | Name on file | FTX Trading Ltd. | | |
| | | | 1INCH-PERP | 0.000000000000000 | | | | 1INCH-PERP | 0.000000000000000 |
| | | | AAVE-PERP | -0.000000000000002 | | | | AAVE-PERP | -0.000000000000002 |
| | | | ADA-PERP | 0.000000000000000 | | | | ADA-PERP | 0.000000000000000 |
| | | | ALGO-PERP | 0.000000000000000 | | | | ALGO-PERP | 0.000000000000000 |
| | | | ATOM-PERP | -0.000000000007844 | | | | ATOM-PERP | -0.000000000007844 |
| | | | AVAX | 0.000000003848843 | | | | AVAX | 0.000000003848843 |
| | | | AVAX-PERP | 4.999999999999960 | | | | AVAX-PERP | 4.999999999999960 |
| | | | AXS-PERP | 0.000000000068393 | | | | AXS-PERP | 0.000000000068393 |
| | | | BCH-PERP | 0.000000000000024 | | | | BCH-PERP | 0.000000000000024 |
| | | | BNB | 0.000000007814479 | | | | BNB | 0.000000007814479 |
| | | | BNB-PERP | -0.000000000000251 | | | | BNB-PERP | -0.000000000000251 |
| | | | BTC | 0.000100039044288 | | | | BTC | 0.000100039044288 |
| | | | BTC-PERP | -0.002999999999999 | | | | BTC-PERP | -0.002999999999999 |
| | | | DOGE | 0.000000006905062 | | | | DOGE | 0.000000006905062 |
| | | | DOGE-PERP | 0.000000000000000 | | | | DOGE-PERP | 0.000000000000000 |
| | | | DOT-PERP | 0.000000000000373 | | | | DOT-PERP | 0.000000000000373 |
| | | | EGLD-PERP | -0.000000000000003 | | | | EGLD-PERP | -0.000000000000003 |
| | | | ENJ-PERP | 0.000000000000000 | | | | ENJ-PERP | 0.000000000000000 |
| | | | EOS-PERP | 0.000000000004880 | | | | EOS-PERP | 0.000000000004880 |
| | | | ETC-PERP | 0.000000000000009 | | | | ETC-PERP | 0.000000000000009 |
| | | | ETH | 0.000000002744024 | | | | ETH | 0.000000002744024 |
| | | | ETH-PERP | 0.000000000000002 | | | | ETH-PERP | 0.000000000000002 |
| | | | FIL-PERP | 0.000000000000338 | | | | FIL-PERP | 0.000000000000338 |
| | | | FTT | 25.000000003202810 | | | | FTT | 25.000000003202810 |
| | | | FTT-PERP | -0.000000000008867 | | | | FTT-PERP | -0.000000000008867 |
| | | | HNT-PERP | 0.000000000000000 | | | | HNT-PERP | 0.000000000000000 |
| | | | LINK | 0.000000009330666 | | | | LINK | 0.000000009330666 |
| | | | LINK-PERP | -0.000000000000224 | | | | LINK-PERP | -0.000000000000224 |
| | | | LTC-PERP | -0.000000000000009 | | | | LTC-PERP | -0.000000000000009 |
| | | | LUNA2 | 0.007064400252000 | | | | LUNA2 | 0.007064400252000 |
| | | | LUNA2_LOCKED | 0.016483600590000 | | | | LUNA2_LOCKED | 0.016483600590000 |
| | | | LUNC-PERP | 0.000000000002202 | | | | LUNC-PERP | 0.000000000002202 |
| | | | MATIC | 0.000000007696362 | | | | MATIC | 0.000000007696362 |
| | | | MATIC-PERP | 23.000000000000000 | | | | MATIC-PERP | 23.000000000000000 |
| | | | NEAR-PERP | 0.000000000116400 | | | | NEAR-PERP | 0.000000000116400 |
| | | | NEO-PERP | 0.000000000000148 | | | | NEO-PERP | 0.000000000000148 |
| | | | SAND-PERP | 0.000000000000000 | | | | SAND-PERP | 0.000000000000000 |
| | | | SHIB-PERP | 0.000000000000000 | | | | SHIB-PERP | 0.000000000000000 |
| | | | SOL | 0.000000000540313 | | | | SOL | 0.000000000540313 |
| | | | SOL-PERP | -0.000000000016440 | | | | SOL-PERP | -0.000000000016440 |
| | | | SRM | 392.190296860000000 | | | | SRM | 392.190296860000000 |

| Claim Number | Name | Debtor | Claims to be Disallowed Tickers | Ticker Quantity | Claim Number | Name | Debtor | Surviving Claims Tickers | Ticker Quantity |
|---|---|---|---|---|---|---|---|---|---|
| | | | SRM_LOCKED | 3,797.084239570000000 | | | | SRM_LOCKED | 3,797.084239570000000 |
| | | | SUSHI-PERP | 0.000000000000000 | | | | SUSHI-PERP | 0.000000000000000 |
| | | | THETA-PERP | 0.000000000000055 | | | | THETA-PERP | 0.000000000000055 |
| | | | TRX-PERP | 0.000000000000000 | | | | TRX-PERP | 0.000000000000000 |
| | | | UNI-PERP | 0.000000000000426 | | | | UNI-PERP | 0.000000000000426 |
| | | | USD | 115,660.965022271850000 | | | | USD | 115,660.965022271850000 |
| | | | USDT | 26,736.669261616170000 | | | | USDT | 26,736.669261616170000 |
| | | | USTC | 1.000000000000000 | | | | USTC | 1.000000000000000 |
| | | | VET-PERP | 0.000000000000000 | | | | VET-PERP | 0.000000000000000 |
| | | | XAUT | 0.000000008403600 | | | | XAUT | 0.000000008403600 |
| | | | XLM-PERP | 0.000000000000000 | | | | XLM-PERP | 0.000000000000000 |
| | | | XRP-PERP | 0.000000000000000 | | | | XRP-PERP | 0.000000000000000 |
| | | | XTZ-PERP | 0.000000000000000 | | | | XTZ-PERP | 0.000000000000000 |

| Claim Number | Name | Debtor | Claims to be Disallowed Tickers | Ticker Quantity | Claim Number | Name | Debtor | Surviving Claims Tickers | Ticker Quantity |
|---|---|---|---|---|---|---|---|---|---|
| | | | SRM_LOCKED | 3,797.084239570000000 | | | | SRM_LOCKED | 3,797.084239570000000 |
| | | | SUSHI-PERP | 0.000000000000000 | | | | SUSHI-PERP | 0.000000000000000 |
| | | | THETA-PERP | 0.000000000000055 | | | | THETA-PERP | 0.000000000000055 |
| | | | TRX-PERP | 0.000000000000000 | | | | TRX-PERP | 0.000000000000000 |
| | | | UNI-PERP | 0.000000000000426 | | | | UNI-PERP | 0.000000000000426 |
| | | | USD | 115,660.965022271850000 | | | | USD | 115,660.965022271850000 |
| | | | USDT | 26,736.669261616170000 | | | | USDT | 26,736.669261616170000 |
| | | | USTC | 1.000000000000000 | | | | USTC | 1.000000000000000 |