# SCHEDULE 2

**Duplicate Non-Portal Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**Thirty-Ninth Omnibus Claims Objection**
**Schedule 2 - Non-Substantive Duplicate Claims**

| | | Claims to be Disallowed | | | | | Surviving Claims | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Date Filed | Claim Amount | Claim Number | Name | Debtor | Date Filed | Claim Amount |
| 814 | Algorand Foundation Ltd. | FTX Trading Ltd. | 02/09/2023 | 1,003,281.58 | 5669 | Algorand Foundation Ltd. | FTX Trading Ltd. | 07/10/2023 | 1,003,281.58 |
| 1981 | Falcon Hybrid Spc - Re7 Liquidity Fund Sp | FTX Trading Ltd. | 05/25/2023 | 1,269,016.63 | 2842 | Falcon Hybrid Spc - Re7 Liquidity Fund Sp | FTX Trading Ltd. | 06/13/2023 | 1,269,016.63 |
| 642 | Joachim, Steffen | FTX Trading Ltd. | 01/27/2023 | 5,417.48 | 1037 | Joachim, Steffen | FTX Trading Ltd. | 02/27/2023 | 5,417.48 |
| 2091 | Kazak, Maxim | FTX Trading Ltd. | 06/20/2023 | 1,624,553.00 | 2074* | Kazak, Maxim | FTX Trading Ltd. | 06/20/2023 | 1,624,553.00 |
| 311 | Vaca, Nacira Gutierrez | FTX Trading Ltd. | 01/03/2023 | 2,964,271.73* | 1868 | Arceau X, LLC | FTX Trading Ltd. | 05/09/2023 | 2,964,271.73 |

2074* Surviving Claim is pending modification on the Debtors' Twenty-Eighth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
*Indicates claim contains unliquidated and/or undetermined amounts