# Exhibit "C"

| Debtor | FTX Trading Ltd. | Case number (if known) 22-11068 (JTD) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.27** **Nonpriority creditor's name and mailing address**

PLAY MAGNUS AS
ATTN: ARNE HORVEI, MELTWATER CHAMPIONS CHESS TOUR DIRECTOR
TORDENSKIOLDS GATE 2
OSLO, 0160
NORWAY

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Sponsorship Agreement

$ Undetermined

**Date or dates debt was incurred**    11/10/22

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes