# Exhibit "D"

Debtor   FTX Trading Ltd.                                         Case number (if known)   22-11068 (JTD)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

### 3.22 Nonpriority creditor's name and mailing address
MIAMI-DADE COUNTY
COUNTY MAYOR'S OFFICE
111 NW 1ST STREET, 29TH FLOOR, SUITE 2910
MIAMI, FL 33128

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Guarantee Agreement - Naming Rights Agreement

$ Undetermined

Date or dates debt was incurred    3/22/21
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

### 3.23 Nonpriority creditor's name and mailing address
MPG Live Ltd.
ATTN: Director: Josip Zeljko Basci
Nova Ves 17 (3rd floor)
10 000
Zagreb,
CROATIA

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: SPONSORSHIP AGREEMENT

$ Undetermined

Date or dates debt was incurred    11/10/22
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

### 3.24 Nonpriority creditor's name and mailing address
OSLER, HOSKIN & HARCOURT LLP
ATTN: LAWRENCE RITCHIE
PO BOX 50 1 FIRST CANADIAN PLACE
TORONTO, ON M5X 1B8
CANADA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 3,330.00

Date or dates debt was incurred    Various
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

### 3.25 Nonpriority creditor's name and mailing address
PLAY MAGNUS AS
ATTN: ARNE HORVEI, MELTWATER CHAMPIONS CHESS TOUR DIRECTOR
TORDENSKIOLDS GATE 2
OSLO, 0160
NORWAY

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Sponsorship Agreement

$ Undetermined

Date or dates debt was incurred    11/10/22
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes