# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| FTX TRADING LTD., *et al.* [1] | Case No.: 22-11068 (JTD) <br> (Jointly Administered) |
| Debtors. | **Re: Docket No. ____** |

## ORDER DEEMING PLAY MAGNUS AS' PROOF OF CLAIM AS TIMELY FILED

Upon the motion (the "Motion")[2] of Play Magnus AS ("Magnus"), pursuant to § 105(a) of the Bankruptcy Code and Bankruptcy Rules 3003(c) and 9006(b)(1), for an order deeming Magnus' proof of claim, filed on July 13, 2023, as timely, as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware* dated as of February 29, 2012; and consideration of the Motion and the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

-2-

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**, as set forth herein; and

2. Play Magnus' Proof of Claim [POC No. 5708] shall be and hereby is deemed timely filed.