## **CERTIFICATE OF SERVICE**

I, Kevin S. Mann, hereby certify that on June 24, 2024, a true and correct copy of the foregoing *Motion of Play Magnus AS For Order Deeming Proof of Claim as Timely Filed* was served upon all interested parties via CM/ECF.

*/s/ Kevin S. Mann*
Kevin S. Mann (No. 4576)