# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| | (Jointly Administered) |
| Debtors. | |
| ALAMEDA RESEARCH LLC, FTX TRADING LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES INC. (d/b/a FTX.US), | Adv. Pro. 23-50419 (JTD) |
| Plaintiffs, | |
| v. | |
| DANIEL FRIEDBERG, | |
| Defendant. | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that the law firm of Lewis Brisbois Bisgaard & Smith LLP, on behalf of itself and all attorneys therein, hereby withdraws its appearance as counsel to Daniel Friedberg ("Mr. Friedberg") in the in the above-captioned chapter 11 cases and the above-captioned adversary proceeding (the "Adversary Proceeding").

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. Such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

**PLEASE TAKE FURTHER NOTICE** that the law firms of Troutman Pepper Hamilton Sanders LLP and Chipman Brown Cicero & Cole, LLP, and their attorneys listed below, hereby enter their appearance as co-counsel to Mr. Friedberg.

Dated: June 24, 2024

AGREED TO BY:

| | |
|---|---|
| */s/ Rafael X. Zahralddin-Aravena*<br>Rafael X. Zahralddin-Aravena (No. 4166)<br>Kevin F. Shaw (No. 6239)<br>**LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>500 Delaware Avenue, Suite 700<br>Wilmington, DE 19801<br>Telephone: (302) 985-6004<br>Email: rafael.zahralddin@lewisbrisbois.com | */s/ Douglas D. Herrmann*<br>Douglas D. Herrmann (No. 4872)<br>Heather P. Smillie (No. 6923)<br>**TROUTMAN PEPPER HAMILTON SANDERS LLP**<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-6500<br>E-mail: douglas.herrmann@troutman.com<br><br>-and-<br><br>Mary M. Weeks<br>**TROUTMAN PEPPER HAMILTON SANDERS LLP**<br>600 Peachtree Steet NE, Suite 3000<br>Atlanta, Georgia 30308<br>Telephone: (404) 885-300<br>E-mail: mary.weeks@troutman.com<br><br>-and-<br><br>*/s/ Robert A. Weber*<br>Robert A. Weber (No. 4013)<br>Mark L. Desgrosseilliers (No. 4083)<br>**CHIPMAN BROWN CICERO & COLE, LLP**<br>Hercules Plaza, Suite 5400<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0196<br>E-mail: Weber@chipmanbrown.com<br><br>*Counsel for Daniel Friedberg* |