## **CERTIFICATE OF SERVICE**

I, Douglas D. Herrmann, hereby certify that on June 24, 2024, I caused a copy of the foregoing *Notice of Substitution of Counsel* to be served by email upon the parties set forth on the attached service list, unless otherwise indicated; and all ECF participants in these cases were served electronically through the Court's ECF noticing system, at their respective email addresses registered with the Court.

*/s/Douglas D. Herrmann*
Douglas D. Herrmann (No. 4872)

**FTX Trading 22-11068-JTD**
**Core/2002 Service List**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | Service Method |
|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO CELSIUS NETWORK LLC AND ITS AFFILIATED DEBTORS | A. M. SACCULLO LEGAL, LLC | ATTN: ANTHONY M. SACCULLO, MARY E. AUGUSTINE | 27 CRIMSON KING DRIVE | | BEAR | DE | 19701 | AMS@SACCULLOLEGAL.COM MEG@SACCULLOLEGAL.COM | Email |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | PAUL HASTINGS LLP | ATTN: KRISTOPHER M. HANSEN, LUC A. DESPINS, KENNETH PASQUALE, EREZ E. GILAD, AND GABRIEL E. SASSON | 200 PARK AVENUE | | NEW YORK | NY | 10166 | krishansen@paulhastings.com; lucdespins@paulhastings.com; kenpasquale@paulhastings.com; erezgilad@paulhastings.com; gabesasson@paulhastings.com | Email |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR. | 1000 NORTH KING STREET | | WILMINGTON | DE | 19801 | bankfilings@ycst.com; mlunn@ycst.com rpoppiti@ycst.com | Email |
| COUNSEL TO LIGHTSPEED STRATEGIC PARTNERS I L.P. AND LIGHTSPEED OPPORTUNITY FUND, L.P. | DEBEVOISE & PLIMPTON LLP | ATTN: M. NATASHA LABOVITZ, ELIE J. WORENKLEIN, MICHAEL C. GODBE | 66 HUDSON BOULEVARD | | NEW YORK | NY | 10001 | nlabovitz@debevoise.com; eworenklein@debevoise.com; mcgodbe@debevoise.com | Email |
| COUNSEL TO LIGHTSPEED STRATEGIC PARTNERS I L.P. AND LIGHTSPEED OPPORTUNITY FUND, L.P. | COLE SCHOTZ P.C. | ATTN: NORMAN L. PERNICK, ANDREW J. ROTH-MOORE | 500 DELAWARE AVENUE | SUITE 1410 | WILMINGTON | DE | 19801 | NPERNICK@COLESCHOTZ.COM; AROTH-MOORE@COLESCHOTZ.COM | Email |
| COUNSEL TO BITGO TRUST COMPANY, INC. | ASHBY & GEDDES, P.A. | ATTN: RICARDO PALACIO, ESQ. | 500 DELAWARE AVENUE, 8TH FLOOR | P.O. BOX 1150 | WILMINGTON | DE | 19899 | RPALACIO@ASHBYGEDDES.COM | Email |
| COUNSEL FOR ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ. | 425 MARKET STREET, SUITE 2900 | | SAN FRANCISCO | CA | 94105-3493 | SCHRISTIANSON@BUCHALTER.COM | Email |
| COUNSEL TO EVOLVE BANK & TRUST | BUTLER SNOW LLP | ATTN: JAMES E. BAILEY III, ROBERT CAMPBELL HILLYER | CRESCENT CENTER, SUITE 500 | 6075 POPLAR AVENUE, P.O. BOX 171443 | MEMPHIS | TN | 38187 | JEB.BAILEY@BUTLERSNOW.COM CAM.HILLYER@BUTLERSNOW.COM | Email |
| COUNSEL TO EVOLVE BANK & TRUST | BUTLER SNOW LLP | ATTN: MARTIN SOSLAND | 2911 TURTLE CREEK BLVD., SUITE 1400 | | DALLAS | TX | 75219 | MARTIN.SOSLAND@BUTLERSNOW.COM | Email |
| COUNSEL TO BITGO TRUST COMPANY, INC. | CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: JANE VANLARE, BRANDON M. HAMMER | ONE LIBERTY PLAZA | | NEW YORK | NY | 10006 | JVANLARE@CGSH.COM BHAMMER@CGSH.COM | Email |
| COUNSEL TO EVOLVE BANK & TRUST | COUSINS LAW LLC | ATTN: SCOTT D. COUSINS, ESQ., SCOTT D. JONES, ESQ. | BRANDYWINE PLAZA WEST | 1521 CONCORD PIKE, SUITE 301 | WILMINGTON | DE | 19801 | SCOTT.COUSINS@COUSINS-LAW.COM SCOTT.JONES@COUSINS-LAW.COM | Email |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ATTN: ANDREA L. GORDON | 700 SIXTH STREET NW, SUITE 700 | | WASHINGTON | DC | 20001 | ANDREAGORDON@EVERSHEDS-SUTHERLAND.COM | Email |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ATTN: ERIN E. BRODERICK | 227 WEST MONROE STREET, SUITE 6000 | | CHICAGO | IL | 60606 | ERINBRODERICK@EVERSHEDS-SUTHERLAND.COM | Email |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ATTN: MARK D. SHERRILL | 1001 FANNIN STREET, SUITE 3700 | | HOUSTON | TX | 77002 | MARKSHERRILL@EVERSHEDS-SUTHERLAND.COM | Email |

FTX Trading 22-11068-JTD
Core/2002 Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | Service Method |
|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ATTN: PETER A. IVANICK, SARAH E. PAUL, PHILIP H. EHRLICH, LYNN W. HOLBERT | THE GRACE BUILDING, 40TH FLOOR | 1114 AVENUE OF THE AMERICAS | NEW YORK | NY | 10036 | PETERIVANICK@EVERSHEDS-SUTHERLAND.COM SARAHPAUL@EVERSHEDS-SUTHERLAND.COM PHILIPEHRLICH@EVERSHEDS-SUTHERLAND.COM LYNNHOLBERT@EVERSHEDS-SUTHERLAND.COM | Email |
| COUNSEL FOR NORTH AMERICAN LEAGUE OF LEGENDS CHAMPIONSHIP SERIES, LLC | GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP | ATTN: BRIAN DAVIDOFF | 2049 CENTURY PARK EAST | STE 2600 | LOS ANGELES | CA | 90067-4590 | BDAVIDOFF@GREENBERGGLUSKER.COM | Email |
| COUNSEL TO BLOCKFI INC. AND AFFILIATES | HAYNES AND BOONE, LLP | ATTN: RICHARD D. ANIGIAN, CHARLES | 2323 VICTORY AVENUE | SUITE 700 | DALLAS | TX | 75219 | RICK.ANIGIAN@HAYNESBOONE.COM CHARLIE.JONES@HAYNESBOONE.COM | Email |
| COUNSEL TO BLOCKFI INC. AND AFFILIATES | HAYNES AND BOONE, LLP | ATTN: RICHARD KANOWITZ | 30 ROCKEFELLER PLAZA | 26TH FLOOR | NEW YORK | NY | 10112 | RICHARD.KANOWITZ@HAYNESBOONE.COM | Email |
| COUNSEL TO JOINT PROVISIONAL LIQUIDATORS OF FTX | HOLLAND & KNIGHT LLP | ATTN: WARREN E. GLUCK, ESQ., MARIE E. LARSEN, ESQ., DAVID W. WIRT, JESSICA MAGEE, SHARDUL DESAI | 31 W. 52ND STREET | | NEW YORK | NY | 10019 | WARREN.GLUCK@HKLAW.COM MARIE.LARSEN@HKLAW.COM DAVID.WIRT@HKLAW.COM JESSICA.MAGEE@HKLAW.COM SHARDUL.DESAI@HKLAW.COM | Email |
| COUNSEL TO GABRIEL RECCHIA | KASHISHIAN LAW LLC | ATTN: ANN M. KASHISHIAN | 501 SILVERSIDE ROAD, SUITE 85 | | WILMINGTON | DE | 19809 | AMK@KASHISHIANLAW.COM | Email |
| COUNSEL FOR WORD OF GOD FELLOWSHIP, INC. | KELLY HART & HALLMAN LLP | ATTN: LOUIS M. PHILLIPS | 301 MAIN ST., SUITE 1600 | | BATON ROUGE | LA | 70801 | LOUIS.PHILLIPS@KELLYHART.COM | Email |
| COUNSEL FOR WORD OF GOD FELLOWSHIP, INC. | KELLY HART & HALLMAN LLP | ATTN: MICHAEL D. ANDERSON | 201 MAIN STREET, SUITE 2500 | | FORT WORTH | TX | 76102 | MICHAEL.ANDERSON@KELLYHART.COM | Email |
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION | LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, KIMBERLY A. BROWN, MATTHEW R. PIERCE | 919 MARKET STREET | SUITE 1800 | WILMINGTON | DE | 19801 | LANDIS@LRCLAW.COM BROWN@LRCLAW.COM PIERCE@LRCLAW.COM | Email |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MANIER HEROD, P.C. | ATTN: JEFFREY S. PRICE, MELISSA J. LEE, SCOTT C. WILLIAMS | 1201 DEMONBREUN STREET | SUITE 900 | NASHVILLE | TN | 37213 | JPRICE@MANIERHEROD.COM MLEE@MANIERHEROD.COM SWILLIAMS@MANIERHEROD.COM | Email |
| COUNSEL TO THE COMMISSIONER MASSACHUSETTS DEPARTMENT OF REVENUE | MASSACHUSETTS DEPARTMENT OF REVENUE | ATTN: CELINE E. DE LA FOSCADE-CONDON | LITIGATION BUREAU | 100 CAMBRIDGE STREET, P. O. BOX 9565 | BOSTON | MA | 02114 | DELAFOSCAC@DOR.STATE.MA.US | Email |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GARY D. BRESSLER, ESQ. | 300 DELAWARE AVENUE, SUITE 1014 | | WILMINGTON | DE | 19801 | GBRESSLER@MDMC-LAW.COM | Email |

FTX Trading 22-11068-JTD
Core/2002 Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | Service Method |
|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: MICHAEL R. MORANO, ESQ. | 1300 MT. KEMBLE AVENUE | P.O. BOX 2075 | MORRISTOWN | NJ | 07962 | MMORANO@MDMC-LAW.COM | Email |
| MISSOURI DEPARTMENT OF REVENUE | MO BANKRUPTCY UNIT | ATTN: STEVEN A. GINTHER, GENERAL COUNSEL | PO BOX 475 | | JEFFERSON CITY | MO | 65105-0475 | DEECF@DOR.MO.GOV | Email |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF EMERGENT FIDELITY TECHNOLOGIES LTD | MORGAN, LEWIS & BOCKIUS LLP | ATTN: JODY C. BARILLARE | 1201 N. MARKET STREET | SUITE 2201 | WILMINGTON | DE | 19801 | JODY.BARILLARE@MORGANLEWIS.COM | Email |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF EMERGENT FIDELITY TECHNOLOGIES LTD | MORGAN, LEWIS & BOCKIUS LLP | ATTN: JOHN C. GOODCHILD III; MATTHEW C. ZIEGLER | 1701 MARKET STREET | | PHILADELPHIA | PA | 19103 | JOHN.GOODCHILD@MORGANLEWIS.COM MATTHEW.ZIEGLER@MORGANLEWIS.COM | Email |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF EMERGENT FIDELITY TECHNOLOGIES LTD | MORGAN, LEWIS & BOCKIUS LLP | ATTN: JOSHUA DORCHAK; DAVID K. SHIM | 101 PARK AVENUE | | NEW YORK | NY | 10178 | JOSHUA.DORCHAK@MORGANLEWIS.COM DAVID.SHIM@MORGANLEWIS.COM | Email |
| COUNSEL TO BLOCKFI INC. AND AFFILIATES | MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: DEREK C. ABBOTT | 1201 NORTH MARKET STREET, SUITE 1600 | | WILMINGTON | DE | 19801 | DABBOTT@MORRISNICHOLS.COM | Email |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: MATTHEW B. HARVEY, PAIGE N. TOPPER | 1201 NORTH MARKET STREET, 16TH FLOOR | | WILMINGTON | DE | 19801 | MHARVEY@MORRISNICHOLS.COM PTOPPER@MORRISNICHOLS.COM | Email |
| COUNSEL TO THE GEORGIA DEPARTMENT OF BANKING AND FINANCE | OFFICE OF THE ATTORNEY GENERAL OF GEORGIA | ATTN: AMY L. PATTERSON | 40 CAPITOL SQUARE, S.W. | | ATLANTA | GA | 30334 | APATTERSON@LAW.GA.GOV | Email |
| COUNSEL TO THE TEXAS STATE SECURITIES BOARD AND THE TEXAS DEPARTMENT OF BANKING | OFFICE OF THE ATTORNEY GENERAL OF TEXAS, BANKRUPTCY & COLLECTIONS DIVISION | ATTN: ROMA N. DESAI, LAYLA D. MILLIGAN, ABIGAIL R. RYAN | P.O. BOX 12548 MC008 | | AUSTIN | TX | 78711-2548 | ROMA.DESAI@OAG.TEXAS.GOV LAYLA.MILLIGAN@OAG.TEXAS.GOV ABIGAIL.RYAN@OAG.TEXAS.GOV | Email |
| COUNSEL FOR THE WASHINGTON STATE DEPARTMENT OF FINANCIAL INSTITUTIONS | OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON | ATTN: STEPHEN MANNING | P. O. BOX 40100 | | OLYMPIA | WA | 98504-4010 | STEPHEN.MANNING@ATG.WA.GOV | Email |
| COUNSEL TO ILLINOIS DEPARTMENT OF FINANCIAL & PROFESSIONAL REGULATION | OFFICE OF THE ILLINOIS ATTORNEY GENERAL | ATTN: JOHN P. REDING | 100 W. RANDOLPH ST. | SUITE 13-225 | CHICAGO | IL | 60601 | JOHN.REDING@ILAG.GOV | Email |
| TN DEPT OF FINANCIAL INSTITUTIONS | OFFICE OF THE TN ATTORNEY GENERAL, BANKRUPTCY DIVISION | ATTN: Laura L. McCloud | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 | AGBANKDELAWARE@AG.TN.GOV | Email |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JULIET M. SARKESSIAN, BENJAMIN A. HACKMAN, DAVID GERARDI | 844 KING STREET, ROOM 2207 | LOCKBOX #35 | WILMINGTON | DE | 19899-0035 | JULIET.M.SARKESSIAN@USDOJ.GOV BENJAMIN.A.HACKMAN@USDOJ.GOV DAVID.GERARDI@USDOJ.GOV | Email |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | Service Method |
|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | PAUL HASTINGS | ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, AND EREZ E. GILAD | 200 PARK AVENUE | | NEW YORK | NY | 10166 | GABESASSON@PAULHASTINGS.COM KRISHANSEN@PAULHASTINGS.COM KENPASQUALE@PAULHASTINGS.COM EREZGILAD@PAULHASTINGS.COM LUCDESPINS@PAULHASTINGS.COM | Email |
| COUNSEL TO VOYAGER DIGITAL LTD., VOYAGER DIGITAL HOLDINGS, INC., VOYAGER DIGITAL, LLC AND AFFILIATES | POTTER ANDERSON & CORROON LLP | ATTN: CHRISTOPHER M. SAMIS, AARON H. STULMAN, SAMEEN RIZVI | 1313 N. MARKET STREET, 6TH FLOOR | | WILMINGTON | DE | 19801 | CSAMIS@POTTERANDERSON.COM ASTULMAN@POTTERANDERSON.COM SRIZVI@POTTERANDERSON.COM | Email |
| PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD. | PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD. | ATTN: BRIAN SIMMS, K.C., KEVIN CAMBRIDGE, PETER GREAVES | 3 BAYSIDE EXECUTIVE PARK, WEST BAY STREET & BLAKE ROAD | PO BOX N-4875 | NASSAU | | | BSIMMS@LENNOXPATON.COM KEVIN.CAMBRIDGE@PWC.COM PETER.GREAVES@HK.PWC.COM | Email |
| COUNSEL TO CHAINALYSIS INC. | REICH REICH & REICH, P.C. | ATTN: NICHOLAS A. PASALIDES, ESQ. | 235 MAIN STREET, SUITE 450 | | WHITE PLAINS | NY | 10601 | NPASALIDES@REICHPC.COM | Email |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF FTX DIGITAL MARKETS LTD. (IN PROVISIONAL LIQUIDATION) | RICHARDS, LAYTON & FINGER, P.A. | ATTN: KEVIN GROSS, PAUL N. HEATH, DAVID T. QUEROLI, BRENDAN J. SCHLAUCH | ONE RODNEY SQUARE | 920 NORTH KING STREET | WILMINGTON | DE | 19801 | GROSS@RLF.COM HEATH@RLF.COM QUEROLI@RLF.COM SCHLAUCH@RLF.COM | Email |
| COUNSEL TO BASTION WORLDWIDE LIMITED | RIMON, P.C. | ATTN: FREDERICK CHANG | 506 2ND AVE., SUITE 1400 | | SEATTLE | WA | 98104 | FREDERICK.CHANG@RIMONLAW.COM | Email |
| COUNSEL TO BASTION WORLDWIDE LIMITED | RIMON, P.C. | ATTN: JACQUELYN H. CHOI | 2029 CENTURY PARK EAST, SUITE 400N | | LOS ANGELES | CA | 90067 | JACQUELYN.CHOI@RIMONLAW.COM | Email |
| COUNSEL FOR NORTH AMERICAN LEAGUE OF LEGENDS CHAMPIONSHIP SERIES, LLC | ROBINSON & COLE LLP | ATTN: JAMIE L. EDMONSON | 1201 N. MARKET STREET | SUITE 1406 | WILMINGTON | DE | 19801 | JEDMONSON@RC.COM | Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY | 100 F. STREET NE | | WASHINGTON | DC | 20549 | SECBANKRUPTCY@SEC.GOV | Email |
| COUNSEL TO CLOUDFLARE, INC. | STREUSAND, LANDON, OZBURN & LEMMON, LLP | ATTN: SABRINA L. STREUSAND, ANH NGUYEN | 1801 S. MOPAC EXPRESSWAY | SUITE 320 | AUSTIN | TX | 78746 | STREUSAND@SLOLLP.COM NGUYEN@SLOLLP.COM | Email |
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION | SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, JAMES L. BROMLEY, BRIAN D. GLUECKSTEIN, ALEXA J. KRANZLEY | 125 BROAD STREET | | NEW YORK | NY | 10004 | DIETDERICHA@SULLCROM.COM BROMLEYJ@SULLCROM.COM GLUECKSTEINB@SULLCROM.COM KRANZLEYA@SULLCROM.COM PETIFORDJ@SULLCROM.COM | Email |
| COUNSEL FOR WORD OF GOD FELLOWSHIP, INC. | SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN | 919 NORTH MARKET STREET, SUITE 420 | | WILMINGTON | DE | 19801 | BSULLIVAN@SHA-LLC.COM | Email |
| COUNSEL TO IKIGAI OPPORTUNITIES MASTER FUND, LTD. | TAFT, STETTINIUS & HOLLISTER, LLP | ATTN: PAUL R. HAGE | 27777 FRANKLIN ROAD | SUITE 2500 | SOUTHFIELD | MI | 48034 | PHAGE@TAFTLAW.COM | Email |

FTX Trading 22-11068-JTD
Core/2002 Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | Service Method |
|---|---|---|---|---|---|---|---|---|---|
| U.S. DEPARTMENT OF JUSTICE | U.S. DEPARTMENT OF JUSTICE | ATTN: STANTON C. MCMANUS, SETH B. SHARPIRO | CIVIL DIVISION | 1100 L STREET, NW, ROOM 7208 | WASHINGTON | DC | 20005 | STANTON.C.MCMANUS@USDOJ.GOV SETH.SHAPIRO@USDOJ.GOV | Email |
| COUNSEL TO THE UNITED STATES OF AMERICA | U.S. DEPARTMENT OF JUSTICE | ATTN: ELISABETH M. BRUCE | P.O. BOX 227, BEN FRANKLIN STATION | | WASHINGTON | DC | 20044 | Elisabeth.M.Bruce@usdoj.gov | Email |
| COUNSEL TO THE UNITED STATES OF AMERICA | U.S. DEPARTMENT OF JUSTICE – CIVIL DIVISION | ATTN: RUTH A. HARVEY, MARGARET M. NEWELL, SETH B. SHAPIRO, STANTON C. MCMANUS | COMMERCIAL LITIGATION BRANCH | P.O. BOX 875, BEN FRANKLIN STATION | WASHINGTON | DC | 20044-0875 | STANTON.C.MCMANUS@USDOJ.GOV SETH.SHAPIRO@USDOJ.GOV | Email |
| COUNSEL TO DIGITAL AUGEAN, LLC | VENABLE LLP | ATTN: ANDREW J. CURRIE | 600 MASSACHUSETTS AVENUE, NW | | WASHINGTON | DC | 20001 | AJCURRIE@VENABLE.COM | Email |
| COUNSEL TO THE AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. | VENABLE LLP | ATTN: ANDREW J. CURRIE | 600 MASSACHUSETTS AVENUE, NW | | WASHINGTON | DC | 20001 | AJCURRIE@VENABLE.COM | Email |
| COUNSEL TO DIGITAL AUGEAN, LLC | VENABLE LLP | ATTN: DANIEL A. O'BRIEN | 1201 N. MARKET ST. | SUITE 1400 | WILMINGTON | DE | 19801 | DAOBRIEN@VENABLE.COM | Email |
| COUNSEL TO THE AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. | VENABLE LLP | ATTN: DANIEL A. O'BRIEN | 1201 N. MARKET ST. | SUITE 1400 | WILMINGTON | DE | 19801 | DAOBRIEN@VENABLE.COM | Email |
| COUNSEL TO THE AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. | VENABLE LLP | ATTN: JEFFREY S. SABIN, CAROL A. WEINER | 1270 AVENUE OF THE AMERICAS | 24TH FLOOR | NEW YORK | NY | 10020 | JSSABIN@VENABLE.COM CWEINERLEVY@VENABLE.COM | Email |
| COUNSEL TO DIGITAL AUGEAN, LLC | VENABLE LLP | ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A. WEINER, ARIE A. PELED | 1270 AVENUE OF THE AMERICAS | 24TH FLOOR | NEW YORK | NY | 10020 | JSSABIN@VENABLE.COM XSSTROHBEHN@VENABLE.COM CWEINERLEVY@VENABLE.COM AAPELED@VENABLE.COM | Email |
| COUNSEL FOR THE STATE OF VERMONT | VERMONT DEPARTMENT OF FINANCIAL REGULATION | ATTN: JENNIFER ROOD | 89 MAIN STREET, THIRD FLOOR | | MONTPELIER | VT | 05620 | JENNIFER.ROOD@VERMONT.GOV | Email |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF FTX DIGITAL MARKETS LTD. (IN PROVISIONAL LIQUIDATION) | WHITE & CASE LLP | ATTN: JESSICA C. LAURIA, J. CHRISTOPHER SHORE, BRIAN D. PFEIFFER, MARK FRANKE, BRETT BAKEMEYER | 1221 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020-1095 | JESSICA.LAURIA@WHITECASE.COM CSHORE@WHITECASE.COM BRIAN.PFEIFFER@WHITECASE.COM MARK.FRANKE@WHITECASE.COM BRETT.BAKEMEYER@WHITECASE.COM | Email |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF FTX DIGITAL MARKETS LTD. (IN PROVISIONAL LIQUIDATION) | WHITE & CASE LLP | ATTN: THOMAS E LAURIA, RICHARD S. KEBRDLE | 200 SOUTH BISCAYNE BLVD., SUITE 4900 | Southeast Financial Center | MIAMI | FL | 33131 | TLAURIA@WHITECASE.COM RKEBRDLE@WHITECASE.COM | Email |

FTX Trading 22-11068-JTD
Core/2002 Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | Service Method |
|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR. | 1000 NORTH KING STREET | | WILMINGTON | DE | 19801 | MLUNN@YCST.COM RPOPPITI@YCST.COM | Email |
| DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON | 820 N FRENCH ST | | WILMINGTON | DE | 19801 | FASNOTIFY@STATE.DE.US | Email |
| DELAWARE SECRETARY OF STATE | DELAWARE SECRETARY OF STATE | CORPORATIONS FRANCHISE TAX | P.O. BOX 898 | | DOVER | DE | 19903 | DOSDOC_FTAX@STATE.DE.US | Email |
| DELAWARE STATE TREASURY | DELAWARE STATE TREASURY | ATTN: BANKRUPTCY DEPT | 820 SILVER LAKE BLVD | STE 100 | DOVER | DE | 19904 | STATETREASURER@STATE.DE.US | Email |
| CLAIMS AGENT | KROLL RESTRUCTURING ADMINISTRATION LLC | ATTN: SELWYN PERRY AND BENJAMIN JOSEPH STEELE | 55 EAST 52ND STREET | 17TH FLOOR | NEW YORK | NY | 10055 | bsteele@primeclerk.com SERVICEQA@RA.KROLL.COM FTXTEAM@RA.KROLL.COM | Email |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY | 1850 M ST., NW 12TH FLOOR | | WASHINGTON | DC | 20036 | KCORDRY@NAAG.ORG | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT | BROOKFIELD PLACE | 200 VESEY STREET, STE 400 | NEW YORK | NY | 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT | ONE PENN CENTER | 1617 JFK BLVD, STE 520 | PHILADELPHIA | PA | 19103 | SECBANKRUPTCY@SEC.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | CARVEL STATE OFFICE BLDG. | 820 N. FRENCH ST. | WILMINGTON | DE | 19801 | ATTORNEY.GENERAL@STATE.DE.US | Email |
| THE SECURITIES COMMISSION OF THE BAHAMAS | THE SECURITIES COMMISSION OF THE BAHAMAS | ATTN: PRESIDENT OR GENERAL COUNSEL | POINCIANA HOUSE, NORTH BUILDING, 2ND FLOOR 31A | EAST BAY STREET, P.O. BOX N-8347 | NASSAU | | THE BAHAMAS | INFO@SCB.GOV.BS | Email |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS | 1007 ORANGE ST STE 700 | P.O. BOX 2046 | WILMINGTON | DE | 19899-2046 | USADE.ECFBANKRUPTCY@USDOJ.GOV | Email |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 2 | ENVIRONMENTAL PROTECTION AGENCY | ATTN BANKRUPTCY DIVISION | 290 BROADWAY | | NEW YORK | NY | 10007-1866 | | 1st Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | ATTN: MATTHEW LEOPOLD, GENERAL COUNSEL | OFFICE OF GENERAL COUNSEL 2310A | 1200 PENNSYLVANIA AVE NW, 2310A | WASHINGTON | DC | 20460 | | 1st Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 2970 MARKET ST | MAIL STOP 5-Q30.133 | PHILADELPHIA | PA | 19104-5016 | | 1st Class Mail |

**FTX Trading 22-11068-JTD**
**Core/2002 Service List**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | Service Method |
|---|---|---|---|---|---|---|---|---|---|
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | P.O. BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | | 1st Class Mail |
| UNITED STATES OF AMERICA | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | US DEPT OF JUSTICE | 950 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20530-0001 | | 1st Class Mail |