DocuSign Envelope ID: 762A7F8D-81DA-4079-9349-B5DFA19E1CB1
Case 22-11068-JTD Doc 18549 Filed 06/24/24 Page 1 of 3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



| In re: | | Chapter 11 |
| --- | --- | --- |
| FTX Trading Ltd., *et al.* | | Case No. 22-11068 |
| Debtors | | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
| --- | --- |
| **[CONFIDENTIAL CREDITOR]** | **KIA II LLC** |
| Transferor's Address: | Transferee's address for notices and payment: |
| [Address on File] | c/o Wexford Capital LP |
| | 777 West Putnam Ave., First Floor |
| | Greenwich, CT 06830 |
| | Attn: Daniel J. Weiner |
| | legal@wexford.com |

| Schedule/Claim No. | Creditor Name | % Transferred | Debtor | Case No. |
| --- | --- | --- | --- | --- |
| Claim No. 13650<br>Confirmation ID: 3265-70-OZODZ-131298608<br>(submitted on or about 07/17/2023) | Name (Redacted) | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Steve Mecca* (DocuSigned)     Date: June 17, 2024

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

**EXHIBIT A**

**SCHEDULED/PROOF OF CLAIM(S)**

**Excerpt from Schedule F:**

| | |
|---|---|
| 02779260 | BRZ[0.0000000037014575],BTC[0.0000000025000000],ETH[0.0000000096400000],FTT[25.0950000000000000],LUNA2[30.1693476100000000],LUNA2_LOCKED[70.3951444200000000],USD[126276.2020823923707368],USDT[0.2245500000000000] |

**Excerpt from Amended Schedule F (2023):**

| | | |
|---|---|---|
| 02779260 | Contingent | AAVE-PERP[0], ADA-PERP[0], ALGO-PERP[0], ANC-PERP[0], APE-PERP[0], APT-PERP[0], ATOM-PERP[0], AVAX-PERP[0], AXS-PERP[0], BAND-PERP[0], BCH-PERP[0], BNB-PERP[0], BRZ[0], BTC[0], BTC-PERP[0], BTTPRE-PERP[0], CELO-PERP[0], CEL-PERP[0], CHZ-PERP[0], CLV-PERP[0], CRO-PERP[0], CRV-PERP[0], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], ENS-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[0], ETH-PERP[0], FIL-PERP[0], FLM-PERP[0], FLOW-PERP[0], FTM-PERP[0], FTT[25.095], FTT-PERP[0], GALA-PERP[0], GAL-PERP[0], GMT-PERP[0], GST-PERP[0], HNT-PERP[0], HT-PERP[0], IMX-PERP[0], JASMY-PERP[0], KNC-PERP[0], KSHIB-PERP[0], LINA-PERP[0], LINK-PERP[0], LOOKS-PERP[0], LTC-PERP[0], LUNA2[30.16934761], LUNA2_LOCKED[70.39514442], LUNC-PERP[0], MANA-PERP[0], MASK-PERP[0], MATIC-PERP[0], MKR-PERP[0], MNGO-PERP[0], MTL-PERP[0], NEAR-PERP[0], OP-PERP[0], PEOPLE-PERP[0], RNDR-PERP[0], RSR-PERP[0], RUNE-PERP[0], SAND-PERP[0], SNX-PERP[0], SOL-PERP[0], SRM-PERP[0], STORJ-PERP[0], SUSHI-PERP[0], TRX-PERP[0], UNI-PERP[0], USD[126276.20], USDT[.22455], USTC-PERP[0], WAVES-PERP[0], XRP-PERP[0], YFII-PERP[0], YFI-PERP[0], ZIL-PERP[0], ZRX-PERP[0] |

**Excerpt from Amended Schedule F (2024):**

| | | |
|---|---|---|
| 02779260 | | AAVE-PERP[0], ADA-PERP[0], ALGO-PERP[0], ANC-PERP[0], APE-PERP[0], APT-PERP[0], ATOM-PERP[0], AVAX-PERP[0], AXS-PERP[0], BAND-PERP[0], BCH-PERP[0], BNB-PERP[0], BRZ[0], BTC[0], BTC-PERP[0], BTTPRE-PERP[0], CELO-PERP[0], CEL-PERP[0], CHZ-PERP[0], CLV-PERP[0], CRO-PERP[0], CRV-PERP[0], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], ENS-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[0], ETH-PERP[0], FIL-PERP[0], FLM-PERP[0], FLOW-PERP[0], FTM-PERP[0], FTT[25.095], FTT-PERP[0], GALA-PERP[0], GAL-PERP[0], GMT-PERP[0], GST-PERP[0], HNT-PERP[0], HT-PERP[0], IMX-PERP[0], JASMY-PERP[0], KNC-PERP[0], KSHIB-PERP[0], LINA-PERP[0], LINK-PERP[0], LOOKS-PERP[0], LTC-PERP[0], LUNA2[30.16934761], LUNA2_LOCKED[70.39514442], LUNC-PERP[0], MANA-PERP[0], MASK-PERP[0], MATIC-PERP[0], MKR-PERP[0], MNGO-PERP[0], MTL-PERP[0], NEAR-PERP[0], OP-PERP[0], PEOPLE-PERP[0], RNDR-PERP[0], RSR-PERP[0], RUNE-PERP[0], SAND-PERP[0], SNX-PERP[0], SOL-PERP[0], SRM-PERP[0], STORJ-PERP[0], SUSHI-PERP[0], TRX-PERP[0], UNI-PERP[0], USD[126276.20], USDT[.22455], USTC-PERP[0], WAVES-PERP[0], XRP-PERP[0], YFII-PERP[0], YFI-PERP[0], ZIL-PERP[0], ZRX-PERP[0] |

**Excerpt from Kroll Website:**

# KROLL

## Creditor Data Details - Claim # 13650

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
07/17/2023

**Claim Number**
13650

**Schedule Number**
6779056

**Confirmation ID**
3265-70-OZODZ-131298608

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign