# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING, LTD., *et al.* | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, David Kitto, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On June 24th, 2024, at my direction and under my supervision, employees of Reliable Companies caused to be served the following document via the methods indicated on the service list attached hereto as Exhibit A:

| 06/22/2024 | 18535 | Reply The Ad Hoc Committee of Non-US Customers of FTX.com's Statement in Support of the Debtors' Motion for Entry of An Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation Packages; (III) Approving the Form of Ballots; (IV) Establishing Notice and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan (related document(s)4863) Filed by Ad Hoc Committee of Non-US Customers of FTX.com |
|---|---|---|

Dated: June 24th, 2024

*/s/ David Kitto*
David Kitto
Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801

# EXHIBIT A

**VIA ELECTRONIC MAIL:**
A. M. SACCULLO LEGAL, LLC
ATTN: ANTHONY M. SACCULLO, MARY E. AUGUSTINE
27 CRIMSON KING DRIVE
BEAR DE 19701
AMS@SACCULLOLEGAL.COM
MEG@SACCULLOLEGAL.COM

**VIA ELECTRONIC MAIL:**
ASHBY & GEDDES, P.A.
ATTN: MICHAEL D. DEBAECKE
500 DELAWARE AVENUE
8TH FLOOR
WILMINGTON DE 19899-1150
MDEBAECKE@ASHBYGEDDES.COM

**VIA ELECTRONIC MAIL:**
ASHBY & GEDDES, P.A.
ATTN: RICARDO PALACIO, GREGORY A. TAYLOR
500 DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
WILMINGTON DE 19899
RPALACIO@ASHBYGEDDES.COM
GTAYLOR@ASHBYGEDDES.COM

**VIA ELECTRONIC MAIL:**
BALLARD SPAHR LLP
ATTN: JAMES V. MASELLA, III
1675 BROADWAY
19TH FLOOR
NEW YORK NY 10019-5820
MASELLAJ@BALLARDSPAHR.COM

**VIA ELECTRONIC MAIL:**
BALLARD SPAHR LLP
ATTN: NICHOLAS J. BRANNICK
919 N. MARKET STREET
11TH FLOOR
WILMINGTON DE 19801-3034
BRANNICKN@BALLARDSPAHR.COM

**VIA FIRST CLASS MAIL:**
BECKET & LEE LLP
ATTN: SHRADDHA BHARATIA
P.O. BOX 3001
MALVERN PA 19355-0701

**VIA ELECTRONIC MAIL:**
BIELLI & KLAUDER, LLC
ATTN: DAVID M. KLAUDER
1204 N. KING STREET
WILMINGTON DE 19801
DKLAUDER@BK-LEGAL.COM

**VIA ELECTRONIC MAIL:**
BLANK ROME LLP
ATTN: JOSEF W. MINTZ 1201 MARKET STREET
SUITE 800
WILMINGTON DE 19801
JOSEF.MINTZ@BLANKROME.COM

**VIA ELECTRONIC MAIL:**
BLANK ROME LLP
ATTN: RICK ANTONOFF
1271 AVENUE OF THE AMERICAS
NEW YORK NY 10020
RICK.ANTONOFF@BLANKROME.COM

**VIA ELECTRONIC MAIL:**
BOERSCH & ILLOVSKY LLP
ATTN: SHARON FRASE
1611 TELEGRAPH AVE., SUITE 806
OAKLAND CA 94612
SHARON@BOERSCH-ILLOVSKY.COM

**VIA ELECTRONIC MAIL:**
BROWN RUDNICK LLP
ATTN: KENNETH J. AULET, JEFFREY L. JONAS, MICHAEL
WINOGRAD, ALEXANDER F. KASNETZ SEVEN TIMES
SQUARE
NEW YORK NY 10036
KAULET@BROWNRUDNICK.COM
JJONAS@BROWNRUDNICK.COM
MWINOGRAD@BROWNRUDNICK.COM
AKASNETZ@BROWNRUDNICK.COM

**VIA ELECTRONIC MAIL:**
BROWN RUDNICK LLP
ATTN: TRISTAN G. AXELROD, SHARI I. DWOSKIN,
MATTHEW A. SAWYER
ONE FINANCIAL CENTER
BOSTON MA 02111
TAXELROD@BROWNRUDNICK.COM
SDWOSKIN@BROWNRUDNICK.COM
MSAWYER@BROWNRUDNICK.COM

**VIA ELECTRONIC MAIL:**
BROWNELL LAW GROUP LLC
ATTN: FELICIA BROWNELL
252 MARINERS WAY
BEAR DE 19701
FBROWNELL@BROWNELLLAWGROUP.COM

**VIA ELECTRONIC MAIL:**
BUCHALTER, A PROFESSIONAL CORPORATION
ATTN: SHAWN M. CHRISTIANSON, ESQ.
425 MARKET STREET, SUITE 2900
SAN FRANCISCO CA 94105-3493
SCHRISTIANSON@BUCHALTER.COM

**VIA ELECTRONIC MAIL:**
BUTLER SNOW LLP
ATTN: JAMES E. BAILEY III, ROBERT CAMPBELL HILLYER
CRESCENT CENTER, SUITE 500
6075 POPLAR AVENUE, P.O. BOX 171443
MEMPHIS TN 38187
JEB.BAILEY@BUTLERSNOW.COM
CAM.HILLYER@BUTLERSNOW.COM

**VIA ELECTRONIC MAIL:**
BUTLER SNOW LLP
ATTN: MARTIN SOSLAND
2911 TURTLE CREEK BLVD., SUITE 1400
DALLAS TX 75219
MARTIN.SOSLAND@BUTLERSNOW.COM

**VIA ELECTRONIC MAIL:**
CARR MALONEY P.C.
ATTN: J. PETER GLAWS, IV, ESQ. 2000 PENNSYLVANIA
AVE, NW STE. 8001
WASHINGTON DC 20006
PETER.GLAWS@CARRMALONEY.COM

**VIA ELECTRONIC MAIL:**
CARTER LEDYARD & MILBURN LLP
ATTN: AARON R. CAHN
28 LIBERTY STREET
41ST FLOOR
NEW YORK NY 10005
BANKRUPTCY@CLM.COM

**VIA ELECTRONIC MAIL:**
CHAMBERLAINS LAW FIRM
ATTN: STIPE VULETA, LACHLAN MCBRIDE, SEBASTIAN
BRODOWSKI, SAM KEYS-ASGILL LEVEL 12 59 GOULBURN
STREET
SYDNEY, NSW 2002 AUSTRALIA
STIPE.VULETA@CHAMBERLAINS.COM.AU
LACHLAN.MCBRIDE@CHAMBERLAINS.COM.AU
SEBASTIAN.BRODOWSKI@CHAMBERLAINS.COM.AU
SAM.KEYSASGILL@CHAMBERLAINS.COM.AU

**VIA ELECTRONIC MAIL:**
CLARK HILL PLC
ATTN: KAREN M. GRIVNER
824 N. MARKET STREET SUITE 710
WILMINGTON DE 19801
KGRIVNER@CLARKHILL.COM

**VIA ELECTRONIC MAIL:**
CLARK HILL PLC
ATTN: KEVIN H. MORSE
130 E. RANDOLPH STREET SUITE 3900
CHICAGO IL 60601
KMORSE@CLARKHILL.COM

**VIA ELECTRONIC MAIL:**
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JANE VANLARE, BRANDON M. HAMMER
ONE LIBERTY PLAZA
NEW YORK NY 10006
JVANLARE@CGSH.COM BHAMMER@CGSH.COM

**VIA ELECTRONIC MAIL:**
COINCIDENT CAPITAL INTERNATIONAL, LTD
C/O SUNIL SHAH
1805 N. CARSON CITY ST., SUITE X-108
CARSON CITY NV 89701
FTXCC@COINCIDENTCAPITAL.COM

**VIA ELECTRONIC MAIL:**
COLE SCHOTZ P.C.
ATTN: NORMAN L. PERNICK, ESQ., ANDREW J. ROTH,
ESQ., JUSTIN R. ALBERTO, PATRICK J. REILLEY
,MELISSA M. HARTLIPP 500 DELAWARE AVENUE
SUITE 1410
WILMINGTON DE 19801
NPERNICK@COLESCHOTZ.COM AROTH-
MOORE@COLESCHOTZ.COM
JALBERTO@COLESCHOTZ.COM
PREILLEY@COLESCHOTZ.COM

**VIA ELECTRONIC MAIL:**
COMMODITY FUTURES TRADING COMMISSION
ATTN: MARTIN B. WHITE
SENIOR ASSISTANT GENERAL COUNSEL 1155 21ST
STREET NW
WASHINGTON DC 20581
MWHITE@CFTC.GOV

**VIA ELECTRONIC MAIL:**
COOLEY LLP
ATTN: AUDREY MOTT-SMITH
3 EMBARCADERO CENTER
20TH FLOOR
SAN FRANCISCO CA 94111
AMOTTSMITH@COOLEY.COM

**VIA ELECTRONIC MAIL:**
COOLEY LLP
ATTN: CULLEN D. SPECKHART 1299 PENNSYLVANIA
AVENUE NW SUITE 700
WASHINGTON DC 20004
CSPECKHART@COOLEY.COM

**VIA ELECTRONIC MAIL:**
COOLEY LLP
ATTN: MICHAEL KLEIN, ARIC WU, CAROLINE
PIGNATELLI, ERICA J. RICHARDS 55 HUDSON YARDS
NEW YORK NY 10001
MKLEIN@COOLEY.COM AHWU@COOLEY.COM
CPIGNATELLI@COOLEY.COM
ERICHARDS@COOLEY.COM

**VIA ELECTRONIC MAIL:**
COOLEY LLP
ATTN: PHILIP M. BOWMAN, ESQ.
55 HUDSON YARDS
NEW YORK NY 10001
PBOWMAN@COOLEY.COM

**VIA ELECTRONIC MAIL:**
COUSINS LAW LLC
ESQ., SCOTT D. JONES, ESQ.
BRANDYWINE PLAZA WEST 1521 CONCORD PIKE
SUITE 301
WILMINGTON DE 19801
SCOTT.JONES@COUSINS-LAW.COM

**VIA ELECTRONIC MAIL:**
COZEN O'CONNOR
ATTN: FREDERICK SCHMIDT
3WTC, 175 GREENWICH STREET
55TH FLOOR
NEW YORK NY 10007
ESCHMIDT@COZEN.COM

**VIA ELECTRONIC & FIRST CLASS MAIL:**
COZEN O'CONNOR
ATTN: THOMAS J. FRANCELLA
1201 N. MARKET STREET, SUITE 1001
WILMINGTON DE 19801
TFRANCELLA@COZEN.COM

**VIA ELECTRONIC MAIL:**
CROSS & SIMON LLC
ATTN: KEVIN S. MANN
1105 NORTH MARKET STREET SUITE 901
WILMINGTON DE 19801
KMANN@CROSSLAW.COM

**VIA ELECTRONIC MAIL:**
CROSS & SIMON, LLC
ATTN: CHRISTOPHER P. SIMON
1105 NORTH MARKET STREET SUITE 901
WILMINGTON DE 19801
CSIMON@CROSSLAW.COM

**VIA ELECTRONIC MAIL:**
CROWELL & MORING LLP
ATTN: FREDERICK HYMAN
590 MADISON AVE
NEW YORK NY 10022
FHYMAN@CROWELL.COM

**VIA ELECTRONIC MAIL:**
DEBEVOISE & PLIMPTON LLP
ATTN: M. NATASHA LABOVITZ, ESQ., ELIE J.
WORENKLEIN, ESQ., MICHAEL C. GODBE, ESQ.
66 HUDSON BOULEVARD NEW YORK NY 10001
NLABOVITZ@DEBEVOISE.COM
EWORENKLEIN@DEBEVOISE.COM
MCGODBE@DEBEVOISE.COM

**VIA ELECTRONIC MAIL:**
DEBEVOISE & PLIMPTON LLP
ATTN: SIDNEY P. LEVINSON, JASMINE BALL
66 HUDSON BOULEBARD
NEW YORK NY 10001
SLEVINSON@DEBEVOISE.COM JBALL@DEBEVOISE.COM

**VIA ELECTRONIC MAIL:**
DELAWARE DIVISION OF REVENUE
ATTN: ZILLAH FRAMPTON
820 N FRENCH ST WILMINGTON DE 19801
FASNOTIFY@STATE.DE.US

**VIA ELECTRONIC MAIL:**
DELAWARE SECRETARY OF STATE
CORPORATIONS FRANCHISE TAX
P.O. BOX 898
DOVER DE 19903
DOSDOC_FTAX@STATE.DE.US

**VIA ELECTRONIC MAIL:**
DELAWARE STATE TREASURY
ATTN: BANKRUPTCY DEPT
820 SILVER LAKE BLVD STE 100
DOVER DE 19904
STATETREASURER@STATE.DE.US

**VIA ELECTRONIC MAIL:**
DILWORTH PAXSON LLP
ATTN: PETER C. HUGHES, ESQ. 800 N KING STREET
SUITE 202
WILMINGTON DE 19801
PHUGES@DILWORTHLAW.COM

**VIA ELECTRONIC MAIL:**
DLA PIPER LLP
ATTN: AARON S. APPLEBAUM 1201 NORTH MARKET
STREET SUITE 2100
WILMINGTON DE 19801
AARON.APPLEBAUM@US.DLAPIPER.COM

**VIA ELECTRONIC MAIL:**
DLA PIPER LLP (US)
ATTN: AARON S. APPLEBAUM 1201 NORTH MARKET
STREET SUITE 2100
WILMINGTON DE 19801
AARON.APPLEBAUM@US.DLAPIPER.COM

**VIA ELECTRONIC MAIL:**
DLA PIPER LLP (US)
ATTN: DENNIS C. O'DONNELL
1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
DENNIS.ODONNELL@DLAPIPER.COM

**VIA ELECTRONIC MAIL:**
DLA PIPER LLP (US)
ATTN: JEFFREY TOROSIAN 444 W. LAKE STREET SUITE
900
CHICAGO IL 60606
JEFFREY.TOROSIAN@DLAPIPER.COM

**VIA ELECTRONIC MAIL:**
DOSHI LEGAL GROUP, P.C.
ATTN: AMISH R. DOSHI
1979 MARCUS AVENUE, SUITE 210E
LAKE SUCCESS NY 11042
AMISH@DOSHILEGAL.COM

**VIA ELECTRONIC MAIL:**
EMMET, MARVIN & MARTIN, LLP
ATTN: THOMAS A. PITTA, ESQ. JUDITH SWARTZ, ESQ.
120 BROADWAY, 32ND FLOOR
NEW YORK NY 10271
JSWARTZ@EMMETMARVIN.COM
TPITTA@EMMETMARVIN.COM

**VIA FIRST CLASS MAIL:**
ENVIRONMENTAL PROTECTION AGENCY
ATTN BANKRUPTCY DIVISION
290 BROADWAY
NEW YORK NY 10007-1866

**VIA FIRST CLASS MAIL:**
ENVIRONMENTAL PROTECTION AGENCY
ATTN: GENERAL COUNSEL
OFFICE OF GENERAL COUNSEL 2310A 1200
PENNSYLVANIA AVE NW, 2310A
WASHINGTON DC 20460

**VIA ELECTRONIC MAIL:**
EVERSHEDS SUTHERLAND (US) LLP
ATTN: ANDREA L. GORDON
700 SIXTH STREET NW, SUITE 700
WASHINGTON DC 20001
ANDREAGORDON@EVERSHEDS-SUTHERLAND.COM

**VIA ELECTRONIC MAIL:**
EVERSHEDS SUTHERLAND (US) LLP
ATTN: ERIN E. BRODERICK
227 WEST MONROE STREET, SUITE 6000
CHICAGO IL 60606
ERINBRODERICK@EVERSHEDS-SUTHERLAND.COM

**VIA ELECTRONIC MAIL:**
EVERSHEDS SUTHERLAND (US) LLP
ATTN: MARK D. SHERRILL
1001 FANNIN STREET, SUITE 3700
HOUSTON TX 77002
MARKSHERRILL@EVERSHEDS-SUTHERLAND.COM

**VIA ELECTRONIC MAIL:**
EVERSHEDS SUTHERLAND (US) LLP
ATTN: PETER A. IVANICK, SARAH E. PAUL, PHILIP H. EHRLICH, LYNN W. HOLBERT
THE GRACE BUILDING, 40TH FLOOR 1114 AVENUE OF THE AMERICAS
NEW YORK NY 10036
PETERIVANICK@EVERSHEDS-SUTHERLAND.COM
SARAHPAUL@EVERSHEDS-SUTHERLAND.COM
PHILIPEHRLICH@EVERSHEDS-SUTHERLAND.COM
LYNNHOLBERT@EVERSHEDS-SUTHERLAND.COM

**VIA ELECTRONIC MAIL:**
FOLEY & LARDNER LLP
ATTN: MICHAEL J. SMALL
321 NORTH CLARK STREET, SUITE 3000
CHICAGO IL 60654
MSMALL@FOLEY.COM

**VIA ELECTRONIC MAIL:**
FOLEY & LARDNER LLP
ATTN: SAMANTHA RUPPENTHAL
90 PARK AVENUE
NEW YORK NY 10016
SRUPPENTHAL@FOLEY.COM

**VIA ELECTRONIC MAIL:**
GEBHARDT & SMITH LLP
ATTN: DAVID V. FONTANA
1000 N. WEST STREET SUITE 1200
WILMINGTON DE 19081
DFONT@GEBSMITH.COM

**VIA ELECTRONIC MAIL:**
GELLERT SCALI BUSENKELL & BROWN, LLC
ATTN: MICHAEL BUSENKELL
1201 NORTH ORANGE STREET SUITE 300
WILMINGTON DE 19801
MBUSENKELL@GSBBLAW.COM

**VIA ELECTRONIC MAIL:**
GIBBONS P.C.
ATTN: CHRISTOPHER VICECONTE, ESQ.
300 DELAWARE AVENUE
SUITE 1015
WILMINGTON DE 19801-1671
CVICECONTE@GIBBONSLAW.COM

**VIA ELECTRONIC MAIL:**
GIBBONS P.C.
ATTN: ROBERT K. MALONE, ESQ., BRETT S. THEISEN, ESQ. KYLE P. MCEVILLY, ESQ.
ONE GATEWAY CENTER
NEWARK NJ 07102-5310
RMALONE@GIBBONSLAW.COM
BTHEISEN@GIBBONSLAW.COM
KMCEVILLY@GIBBONSLAW.COM

**VIA ELECTRONIC MAIL:**
GOETZ FITZPATRICK LLP
ATTN: SCOTT D. SIMON, ESQ.
ONE PENN PLAZA SUITE 3100
NEW YORK NY 10119
SSIMON@GOETZFITZ.COM

**VIA ELECTRONIC MAIL:**
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
ATTN: BRIAN DAVIDOFF
2049 CENTURY PARK EAST STE 2600
LOS ANGELES CA 90067-4590
BDAVIDOFF@GREENBERGGLUSKER.COM

**VIA ELECTRONIC MAIL:**
HAYNES AND BOONE, LLP
ATTN: RICHARD D. ANIGIAN, CHARLES M. JONES II
2323 VICTORY AVENUE, SUITE 700
DALLAS TX 75219
RICK.ANIGIAN@HAYNESBOONE.COM
CHARLIE.JONES@HAYNESBOONE.COM

**VIA ELECTRONIC MAIL:**
HAYNES AND BOONE, LLP
ATTN: RICHARD KANOWITZ
30 ROCKEFELLER PLAZA
26TH FLOOR
NEW YORK NY 10112
RICHARD.KANOWITZ@HAYNESBOONE.COM

**VIA ELECTRONIC MAIL:**
HOGAN LOVELLS US LLP
ATTN: DENNIS H. TRACEY, III, JOHN D. BECK, MAYA JUMPER 390 MADISON AVENUE
NEW YORK NY 10017
DENNIS.TRACEY@HOGANLOVELLS.COM
DENNIS.TRACEY@HOGANLOVELLS.COM
MAYA.JUMPER@HOGANLOVELLS.COM

**VIA ELECTRONIC MAIL:**
HOLLAND & KNIGHT LLP
ATTN: WARREN E. GLUCK, ESQ., MARIE E. LARSEN, ESQ., DAVID W. WIRT, JESSICA MAGEE, SHARDUL DESAI
31 W. 52ND STREET
NEW YORK NY 10019
WARREN.GLUCK@HKLAW.COM
MARIE.LARSEN@HKLAW.COM DAVID.WIRT@HKLAW.COM
JESSICA.MAGEE@HKLAW.COM
SHARDUL.DESAI@HKLAW.COM

**VIA ELECTRONIC MAIL:**
HUGH SMITH ESQUIRE
LEVEL 8 224 BUNDA STREET CANBERRA CITY, ACT 2601 AUSTRALIA
HUGH.SMITH@CHAMBERLAINS.COM.AU

**VIA FIRST CLASS MAIL:**
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5-Q30.133
PHILADELPHIA PA 19104-5016

**VIA FIRST CLASS MAIL:**
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

**VIA ELECTRONIC MAIL:**
JOYCE, LLC
ATTN: MICHAEL J. JOYCE, ESQ.
1225 KING STREET
SUITE 800
WILMINGTON DE 19801
MJOYCE@MJLAWOFFICES.COM

**VIA ELECTRONIC MAIL:**
K&L GATES LLP
ATTN: BRIAN D. KOOSED, ESQ.
1602 K STREET NW
WASHINGTON DC 20006-1600
BRIAN.KOOSED@KLGATES.COM

**VIA ELECTRONIC MAIL:**
K&L GATES LLP
ATTN: ROBERT T. HONEYWELL, ESQ.
599 LEXINGTON AVENUE
NEW YORK NY 10022-6030
ROBERT.HONEYWELL@KLGATES.COM

**VIA ELECTRONIC MAIL:**
K&L GATES LLP
ATTN: STEVEN L. CAPONI, ESQ., MATTHEW B. GOELLER,
ESQ., MEGAN E. O'CONNER, ESQ.
600 N. KING STREET SUITE 901
WILMINGTON DE 19801
STEVEN.CAPONI@KLGATES.COM
MATTHEW.GOELLER@KLGATES.COM
MEGAN.OCONNER@KLGATE.COM

**VIA ELECTRONIC MAIL:**
KASHISHIAN LAW LLC
ATTN: ANN M. KASHISHIAN
501 SILVERSIDE ROAD, SUITE 85
WILMINGTON DE 19809
AMK@KASHISHIANLAW.COM

**VIA ELECTRONIC MAIL:**
KELLER BENVENUTTI KIM LLP
ATTN: JANE KIM, GABRIELLE L. ALBERT
650 CALIFORNIA ST. #1900
SAN FRANCISCO CA 94108
JKIM@KBKLLP.COM GALBERT@KBKLLP.COM

**VIA ELECTRONIC MAIL:**
KELLY HART & HALLMAN LLP
ATTN: LOUIS M. PHILLIPS 301 MAIN ST., SUITE 1600
BATON ROUGE LA 70801
LOUIS.PHILLIPS@KELLYHART.COM

**VIA ELECTRONIC MAIL:**
KELLY HART & HALLMAN LLP
ATTN: MICHAEL D. ANDERSON
201 MAIN STREET, SUITE 2500
FORT WORTH TX 76102
MICHAEL.ANDERSON@KELLYHART.COM

**VIA ELECTRONIC MAIL:**
LANDIS RATH & COBB LLP
ATTN: ADAM G. LANDIS, KIMBERLY A. BROWN,
MATTHEW R. PIERCE, NICOLAS E. JENNER, GEORGE
A. WILLIAMS III, MATTHEW MCGUIRE, HOWARD W.
ROBERTSON IV 919 MARKET STREET
SUITE 1800
WILMINGTON DE 19801
LANDIS@LRCLAW.COM BROWN@LRCLAW.COM
PIERCE@LRCLAW.COM JENNER@LRCLAW.COM
WILLIAMS@LRCLAW.COM MCGUIRE@LRCLAW.COM

**VIA ELECTRONIC MAIL:**
LATHAM & WATKINS LLP
ATTN: ADAM J. GOLDBERG BRIAN S. ROSEN
1271 AVENUE OF THE AMERICAS
NEW YORK NY 10020
ADAM.GOLDBERG@LW.COM BRIAN.ROSEN@LW.COM

**VIA ELECTRONIC MAIL:**
LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: KEITH KODOSKY, ESQUIRE
600 PEACHTREE NE
SUITE 4700
ATLANTA GA 30308
KEITH.KODOSKY@LEWISBRISBOIS.COM

**VIA ELECTRONIC MAIL:**
LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: MINYAO WANG, ESQUIRE 77 WATER STREET
SUITE 2100
NEW YORK NY 10005
MINYAO.WANG@LEWISBRISBOIS.COM

**VIA ELECTRONIC MAIL:**
LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: PHILIP HINSON, ESQUIRE
521 EAST MOREHEAD STREET SUITE 250
CHARLOTTE NC 28202
PHILIP.HINSON@LEWISBRISBOIS.COM

**VIA ELECTRONIC & FIRST CLASS MAIL:**
LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: SCOTT D. COUSINS, RAFAEL X. ZAHRALDDIN-ARAVENA, KEVIN F. SHAW
500 DELAWARE AVE SUITE 700
WILMINGTON DE 19801
SCOTT.COUSINS@LEWISBRISBOIS.COM
RAFAEL.ZAHRALDDIN@LEWISBRISBOIS.COM
KEVIN.SHAW@LEWISBRISBOIS.COM

**VIA ELECTRONIC MAIL:**
LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: SEAN P. SHECTER, ESQUIRE
110 SE 6TH STREET SUITE 2600
FORT LAUDERDALE FL 33301
SEAN.SHECTER@LEWISBRISBOIS.COM

**VIA ELECTRONIC MAIL:**
LOCKE LORD LLP
ATTN: IRA S. GREENE
200 VESEY STREET
NEW YORK NY 10281
IRA.GREENE@LOCKELORD.COM

**VIA ELECTRONIC MAIL:**
LOWENSTEIN SANDLER LLP
ATTN: ANDREW BEHLMANN, COLLEEN M. RESTEL
ONE LOWENSTEIN DRIVE
ROSELAND NJ 07068
ABEHLMANN@LOWENSTEIN.COM
CRESTEL@LOWENSTEIN.COM

**VIA ELECTRONIC MAIL:**
LOWENSTEIN SANDLER LLP
ATTN: DANIEL B. BESIKOF, ESQ.
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10020
DBESIKOF@LOWENSTEIN.COM

**VIA ELECTRONIC MAIL:**
MANIER HEROD, P.C.
ATTN: JEFFREY S. PRICE, MELISSA J. LEE, SCOTT C. WILLIAMS 1201 DEMONBREUN STREET
SUITE 900
NASHVILLE TN 37213
JPRICE@MANIERHEROD.COM
MLEE@MANIERHEROD.COM
SWILLIAMS@MANIERHEROD.COM

**VIA ELECTRONIC MAIL:**
MCCARTER & ENGLISH LLP
ATTN: DAVID ADLER ESQ.
WORLDWIDE PLAZA
825 EIGHTH AVE., 31ST FLOOR
NEW YORK NY 10019
DADLER@MCCARTER.COM

**VIA ELECTRONIC MAIL:**
MCCARTER & ENGLISH LLP
ATTN: KATE ROGGIO BUCK, MATTHEW J. RIFINO, SHANNON D. HUMISTON
RENAISSANCE CENTRE
405 N. KING STREET, 8TH FLOOR
WILMINGTON DE 19801
KBUCK@MCCARTER.COM MRIFINO@MCCARTER.COM
SHUMISTON@MCCARTER.COM

**VIA ELECTRONIC & FIRST CLASS MAIL:**
MCCARTER & ENGLISH LLP
ATTN: LISA S. BOSSALL, PHILLIP S. PAVLICK
FOUR GATEWAY CENTER 100 MULBERYY STREET
NEWARK NJ 07102
LLBONSALL@MCCARTER.COM
PPAVLICK@MCCARTER.COM

**VIA ELECTRONIC MAIL:**
MCDERMOTT WILL & EMERY LLP
ATTN: DARREN AZMAN, JOHN J. CALANDRA JOSEPH B.
EVANS, ELIZABETH RODD
ONE VANDERBILT AVENUE
NEW YORK NY 10017-3852
DAZMAN@MWE.COM JCALANDRA@MWE.COM
JBEVANS@MWE.COM
ERODD@MWE.COM

**VIA ELECTRONIC MAIL:**
MCDERMOTT WILL & EMERY LLP
ATTN: MARIS J. KANDESTIN THE NEMOURS BUIDLING
1007 NORTH ORANGE STREET, 10TH FLOOR
WILMINGTON DE 19801
MKANDESTIN@MWE.COM

**VIA ELECTRONIC & FIRST CLASS MAIL:**
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: GARY D. BRESSLER, DAVID P. PRIMACK
300 DELAWARE AVENUE
SUITE 1014
WILMINGTON DE 19801
GBRESSLER@MDMC-LAW.COM DPRIMACK@MDMC-
LAW.COM

**VIA ELECTRONIC MAIL:**
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: GARY D. BRESSLER, GASTON P. LOOMIS
300 DELAWARE AVENUE
SUITE 1014
WILMINGTON DE 19801
GBRESSLER@MDMC-LAW.COM GLOOMIS@MDMC-
LAW.COM

**VIA ELECTRONIC MAIL:**
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: JEFFREY BERNSTEIN
570 BROAD STREET
SUITE 1401
NEWARK NJ 07102
JBERNSTEIN@MDMC-LAW.COM

**VIA ELECTRONIC MAIL:**
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: MICHAEL R. MORANO, ESQ.
1300 MT. KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN NJ 07962
MMORANO@MDMC-LAW.COM

**VIA ELECTRONIC MAIL:**
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: NICOLE LEONARD 225 LIBERTY STREET
36TH FLOOR
NEW YORK NY 10281
NLEONARD@MDMC-LAW.COM

**VIA ELECTRONIC MAIL:**
MIAMI-DADE OFFICE OF THE TAX COLLECTOR
BANKRUPTCY UNIT
200 NW 2ND AVENUE, #430
MIAMI FL 33128
PRISCILLA.WINDLEY@MIAMIDADE.GOV
MDTCBKC@MIAMIDADE.GOV

**VIA ELECTRONIC MAIL:**
MILLER SHAH LLP
ATTN: ALEC J. BERIN, ESQ.
1845 WALNUT STREET
SUITE 806
PHILADELPHIA PA 19103
AJBERIN@MILLERSHAH.COM

**VIA ELECTRONIC MAIL:**
MILLER SHAH LLP
ATTN: JAMES E. MILLER, ESQ. 65 MAIN STREET
CHESTER CT 06412
JEMILLER@MILLERSHAH.COM

**VIA ELECTRONIC MAIL:**
MO BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER, GENERAL COUNSEL
PO BOX 475
JEFFERSON CITY MO 65105-0475
DEECF@DOR.MO.GOV

**VIA ELECTRONIC MAIL:**
MORGAN, LEWIS & BOCKIUS LLP
ATTN: JODY C. BARILLARE 1201 N. MARKET STREET
SUITE 2201
WILMINGTON DE 19801
JODY.BARILLARE@MORGANLEWIS.COM

**VIA ELECTRONIC MAIL:**
MORGAN, LEWIS & BOCKIUS LLP
ATTN: JOHN C. GOODCHILD III; MATTHEW C. ZIEGLER
1701 MARKET STREET
PHILADELPHIA PA 19103
JOHN.GOODCHILD@MORGANLEWIS.COM
MATTHEW.ZIEGLER@MORGANLEWIS.COM

**VIA ELECTRONIC MAIL:**
MORGAN, LEWIS & BOCKIUS LLP
ATTN: JOSHUA DORCHAK; DAVID K. SHIM
101 PARK AVENUE NEW YORK NY 10178
JOSHUA.DORCHAK@MORGANLEWIS.COM
DAVID.SHIM@MORGANLEWIS.COM

**VIA ELECTRONIC & FIRST CLASS MAIL:**
MORRIS JAMES LLP
ATTN: ERIC J. MONZO,  TARA C. PAKROUH,
CHRISTOPHER M. DONNELLY
500 DELAWARE AVENUE SUITE 1500
WILMINGTON DE 19801
EMONZO@MORRISJAMES.COM
TPAKROUH@MORRISJAMES.COM
CDONNELY@MORRISJAMES.COM

**VIA ELECTRONIC MAIL:**
MORRIS JAMES LLP
ATTN: ERIC J. MONZO, SARAH M. ENNIS
TARA C. PAKROUTH
500 DELAWARE AVENUE, SUITE 1500
WILMINGTON DE 19801
EMONZO@MORRISJAMES.COM
SENNIS@MORRISJAMES.COM
TPAKROUH@MORRISJAMES.COM

**VIA ELECTRONIC MAIL:**
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ATTN: DONNA L. CULVER, DANIEL B. BUTZ
1201 NORTH MARKET STREET, 16TH FLOOR
P.O. BOX 1347
WILMINGTON DE 19899-1347
DCULVER@MORRISNICHOLS.COM
DBUTZ@MORRISNICHOLS.COM

**VIA ELECTRONIC MAIL:**
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ATTN: MATTHEW B. HARVEY
1201 NORTH MARKET STREET, 16TH FLOOR
WILMINGTON DE 19801
MHARVEY@MORRISNICHOLS.COM

**VIA ELECTRONIC MAIL:**
MORRISON COHEN LLP
ATTN: JOSEPH T. MOLDOVAN, HEATH D. ROSENBLAT;
JASON P. GOTTLIEB, MICHAEL MIX
909 THIRD AVENUE
27TH FLOOR
NEW YORK NY 10022
JMOLDOVAN@MORRISONCOHEN.COM
HROSENBLAT@MORRISONCOHEN.COM
JGOTTLIEB@MORRISONCOHEN.COM
MMIX@MORRISONCOHEN.COM

**VIA ELECTRONIC & FIRST CLASS MAIL:**
NATIONAL ASSOCIATION OF ATTORNEYS GENERAL
ATTN: KAREN CORDRY
1850 M ST., NW 12TH FLOOR
WASHINGTON DC 20036
KCORDRY@NAAG.ORG

**VIA ELECTRONIC MAIL:**
OCTOPUS INFORMATION LTD
ATTN: LINFENG DONG, OMC CHAMBERS
WICKHAMS CAY 1
ROAD TOWN, TORTOLA
BRITISH VIRGIN ISLANDS
OCTOPUS_FTX@TEAMB.CN

**VIA ELECTRONIC MAIL:**
OFFICE OF THE ATTORNEY GENERAL OF GEORGIA
ATTN: AMY L. PATTERSON
40 CAPITOL SQUARE, S.W.
ATLANTA GA 30334
APATTERSON@LAW.GA.GOV

**VIA ELECTRONIC MAIL:**
OFFICE OF THE ATTORNEY GENERAL OF TEXAS,
BANKRUPTCY & COLLECTIONS DIVISION
ATTN: ROMA N. DESAI, LAYLA D. MILLIGAN, ABIGAIL R.
RYAN, STEPHANIE EBERHARDT
P.O. BOX 12548 MC008
AUSTIN TX 78711-2548
ROMA.DESAI@OAG.TEXAS.GOV
LAYLA.MILLIGAN@OAG.TEXAS.GOV
ABIGAIL.RYAN@OAG.TEXAS.GOV
STEPHANIE.EBERHARDT@OAG.TEXAS.GOV

**VIA ELECTRONIC MAIL:**
OFFICE OF THE ILLINOIS ATTORNEY GENERAL
ATTN: JOHN P. REDING
100 W. RANDOLPH ST. SUITE 13-225
CHICAGO IL 60601
JOHN.REDING@ILAG.GOV

**VIA ELECTRONIC MAIL:**
OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
ATTN: ROBERT J. ROCK
THE CAPITOL
ALBANY NY 12224-0341
ROBERT.ROCK@AG.NY.GOV

**VIA ELECTRONIC MAIL:**
OFFICE OF THE TN ATTORNEY GENERAL, BANKRUPTCY
DIVISION
ATTN: Laura L. McCloud
PO BOX 20207
NASHVILLE TN 37202-0207

**VIA ELECTRONIC MAIL:**
OFFICE OF THE UNITED STATES TRUSTEE
ATTN: BENJAMIN A. HACKMAN, DAVID GERARDI,
JON.LIPSHIE
844 KING STREET, ROOM 2207
LOCKBOX #35
WILMINGTON DE 19899-0035
BENJAMIN.A.HACKMAN@USDOJ.GOV
DAVID.GERARDI@USDOJ.GOV
JON.LIPSHIE@USDOJ.GOV

**VIA ELECTRONIC MAIL:**
OFFICE OF THE UNITED STATES TRUSTEE
ATTN: LINDA RICHENDERFER, ESQ.
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207, LOCKBOX 35
WILMINGTON DE 19801
LINDA.RICHENDERFER@USDOJ.GOV

**VIA ELECTRONIC MAIL:**
PACHULSKI STANG ZIEHL & JONES LLP
ATTN: JASON H. ROSELL, COLIN R. ROBINSON 919 N.
MARKET STREET
17TH FLOOR
WILMINGTON DE 19801
JROSELL@PSZJLAW.COM CROBINSON@PSZJLAW.COM

**VIA ELECTRONIC MAIL:**
PACHULSKI STANG ZIEHL & JONES LLP
ATTN: LAURA DAVIS JONES, PETER J. KEANE, EDWARD
A. CORMA
919 N. MARKET STREET, 17TH FLOOR
P.O. BOX 8705
WILMINGTON DE 19899-8705
LJONES@PSZJLAW.COM PKEANE@PSZJLAW.COM
ECORMA@PSZJLAW.COM

**VIA ELECTRONIC MAIL:**
PACHULSKI STANG ZIEHL & JONES LLP
ATTN: TEDDY M. KAPUR
10100 SANTA MONICA BLVD.
13TH FLOOR
LOS ANGELES CA 90067-4003
TKAPUR@PSZJLAW.COM

**VIA ELECTRONIC MAIL:**
PACHULSKI STANG ZIEHL & JONES LLP
ATTN: TEDDY M. KAPUR
10100 SANTA MONIVA BLVD
13TH FLOOR
LOS ANGELES CA 90067-4003
TKAPUR@PSZJLAW.COM

**VIA ELECTRONIC MAIL:**
PACHULSKI STANG ZIEHL & JONES LLP
ATTN: JASON H. ROSELL, MARY F. CALOWAY
ONE SANSOME STREET SUITE 3430
SAN FRANCISCO CA 94104
JROSELL@PSZJLAW.COM MCALOWAY@PSZJLAW.COM

**VIA ELECTRONIC MAIL:**
PASHMAN STEIN WALDER HAYDEN, P.C.
ATTN: JOHN W. WEISS, ALEXIS R. GAMBALE 1007 NORTH
ORANGE STREET 4TH FLOOR SUITE 183
WILMINGTON DE 19801
JWEISS@PASHMANSTEIN.COM
AGAMBALE@PASHMANSTEIN.COM

**VIA ELECTRONIC MAIL:**
PAUL HASTINGS
ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN,
KENNETH PASQUALE, LUC A. DESPINS, EREZ E. GILAD
AND SAMANTHA MARTIN
200 PARK AVENUE NEW YORK NY 10166
GABESASSON@PAULHASTINGS.COM
KRISHANSEN@PAULHASTINGS.COM
KENPASQUALE@PAULHASTINGS.COM
EREZGILAD@PAULHASTINGS.COM
LUCDESPINS@PAULHASTINGS.COM
SAMANTHAMARTIN@PAULHASTINGS.COM

**VIA ELECTRONIC MAIL:**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: ELIZABETH WANG, DANIEL A. MASON 1313
NORTH MARKET STREET, SUITE 806 POST OFFICE BOX 32
WILMINGTON DE 19899-0032
DMASON@PAULWEISS.COM EWANG@PAULWEISS.COM

**VIA ELECTRONIC MAIL:**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: WILLIAM A. CLAREMAN, GREGORY F. LAUFER,
KENNETH S. ZIMAN 1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6064
WCLAREMAN@PAULWEISS.COM
GLAUFER@PAULWEISS.COM KZIMAN@PAULWEISS.COM

**VIA ELECTRONIC MAIL:**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN:RANDALL S. LUSKEY 535 MISSION STREET
24TH FLOOR
SAN FRANCISCO CA 94105
RLUSKEY@PAULWEISS.COM

**VIA ELECTRONIC MAIL:**
POTTER ANDERSON & CORROON LLP
ATTTN: M. BLAKE CLEARY, R. STEPHEN MCNEILL,
SAMEEN RIZVI, ESQ.
1313 N. MARKET STREET, 6TH FLOOR WILMINGTON DE
19801
BCLEARY@POTTERANDERSON.COM
RMCNEILL@POTTERANDERSON.COM
SRIZVI@POTTERANDERSON.COM

**VIA ELECTRONIC MAIL:**
PROSKAUER ROSE LLP
ATTN: BRIAN S. ROSEN, DYLAN J. MARKER
ELEVEN TIMES SQUARE NEW YORK NY 10036-8299
BROSEN@PROSKAUER.COM
DMARKER@PROSKAUER.COM

**VIA ELECTRONIC MAIL:**
PROSKAUER ROSE LLP
ATTN: JORDAN E. SAZANT
70 WEST MADISON STREET SUITE 3800
CHICAGO IL 60602-4342
JSAZANT@PROSKAUER.COM

**VIA ELECTRONIC MAIL:**
PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD.
ATTN: BRIAN SIMMS, K.C., KEVIN CAMBRIDGE, PETER GREAVES
3 BAYSIDE EXECUTIVE PARK, WEST BAY STREET & BLAKE ROAD PO BOX N-4875
NASSAU THE BAHAMAS
BSIMMS@LENNOXPATON.COM
KEVIN.CAMBRIDGE@PWC.COM
PETER.GREAVES@HK.PWC.COM

**VIA ELECTRONIC MAIL:**
PRYOR CASHMAN LLP
ATTN: SETH H. LIEBERMAN, ESQ. RICHARD LEVY, JR., ESQ. ANDREW S. RICHMOND, ESQ. 7 TIMES SQUARE 40TH FLOOR
NEW YORK NY 10036
SLIEBERMAN@PRYORCASHMAN.COM
RLEVY@PRYORCASHMAN.COM

**VIA ELECTRONIC MAIL:**
PULSAR GLOBAL LTD
ATTN: MICHELE WAN AND JACKY YIP
UNIT 903-905, K11 ATELIER VICTORIA DOCKSIDE 18 SALISBURY ROAD
KOWLOON HONG KONG
MICHELE.WAN@PULSAR.COM JACKY.YIP@PULSAR.COM

**VIA ELECTRONIC MAIL:**
REED SMITH LLP
ATTN: AARON JAVIAN
599 LEXINGTON AVENUE NEW YORK NY 10022
AJAVIAN@REEDSMITH.COM

**VIA ELECTRONIC MAIL:**
REED SMITH LLP
ATTN: KURT F. GWYNNE
1201 N. MARKET STREET SUITE 1500
WILMINGTON DE 19801
KGWYNNE@REEDSMITH.COM

**VIA ELECTRONIC MAIL:**
REICH REICH & REICH, P.C.
ATTN: NICHOLAS A. PASALIDES, ESQ.
235 MAIN STREET, SUITE 450 WHITE PLAINS NY 10601
NPASALIDES@REICHPC.COM

**VIA ELECTRONIC MAIL:**
RICHARDS, LAYTON & FINGER, P.A.
ATTN: KEVIN GROSS, PAUL N. HEATH, DAVID T. QUEROLI, BRENDAN J. SCHLAUCH
ONE RODNEY SQUARE 920 NORTH KING STREET WILMINGTON DE 19801
GROSS@RLF.COM
HEATH@RLF.COM QUEROLI@RLF.COM
SCHLAUCH@RLF.COM

**VIA ELECTRONIC MAIL:**
RIMON, P.C.
ATTN: FREDERICK CHANG
506 2ND AVE., SUITE 1400
SEATTLE WA 98104
FREDERICK.CHANG@RIMONLAW.COM

**VIA ELECTRONIC MAIL:**
RIMON, P.C.
ATTN: JACQUELYN H. CHOI
2029 CENTURY PARK EAST, SUITE 400N
LOS ANGELES CA 90067
JACQUELYN.CHOI@RIMONLAW.COM

**VIA ELECTRONIC MAIL:**
ROBINSON & COLE LLP
ATTN: JAMIE L. EDMONSON
1201 N. MARKET STREET SUITE 1406
WILMINGTON DE 19801
JEDMONSON@RC.COM

**VIA ELECTRONIC MAIL:**
SAUL EWING LLP
ATTN: LUCIAN B. MURLEY
1201 NORTH MARKET STREET, SUITE 2300
P.O. BOX 1266
WILMINGTON DE 19899
LUKE.MURLEY@SAUL.COM

**VIA ELECTRONIC MAIL:**
SCHULTE ROTH & ZABEL LLP
ATTN: DOUGLAS S. MINTZ
555 13TH STREET, NW, SUITE 6W
WASHINGTON DC 20004
DOUGLAS.MINTZ@SRZ.COM

**VIA ELECTRONIC MAIL:**
SCHULTE ROTH & ZABEL LLP
ATTN: REUBEN E. DIZENGOFF
919 THIRD AVENUE
NEW YORK NY 10022
REUBEN.DIZENGOFF@SRZ.COM

**VIA ELECTRONIC MAIL:**
SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F. STREET NE WASHINGTON DC 20549
SECBANKRUPTCY@SEC.GOV

**VIA ELECTRONIC MAIL:**
SECURITIES & EXCHANGE COMMISSION - NY OFFICE
ATTN: BANKRUPTCY DEPT
BROOKFIELD PLACE
200 VESEY STREET, STE 400 NEW YORK NY 10281-1022
BANKRUPTCYNOTICESCHR@SEC.GOV
NYROBANKRUPTCY@SEC.GOV

**VIA ELECTRONIC MAIL:**
SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA
OFFICE
ATTN: BANKRUPTCY DEPT
ONE PENN CENTER 1617 JFK BLVD, STE 520
PHILADELPHIA PA 19103
SECBANKRUPTCY@SEC.GOV

**VIA ELECTRONIC MAIL:**
STATE OF DELAWARE ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT CARVEL STATE OFFICE
BLDG. 820 N. FRENCH ST.
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

**VIA ELECTRONIC MAIL:**
STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: DANIEL M. PEREIRA
1000 N. WEST STREET SUITE 1200
WILMINGTON DE 19801
DPEREIRA@STRADLEY.COM

**VIA ELECTRONIC MAIL:**
STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: DEBORAH A. REPEROWITZ
100 PARK AVENUE
SUITE 2000
NEW YORK NY 10017
DREPEROWITZ@STRADLEY.COM

**VIA ELECTRONIC MAIL:**
STREUSAND, LANDON, OZBURN & LEMMON, LLP
ATTN: SABRINA L. STREUSAND, ANH NGUYEN
1801 S. MOPAC EXPRESSWAY SUITE 320
AUSTIN TX 78746
STREUSAND@SLOLLP.COM NGUYEN@SLOLLP.COM

**VIA ELECTRONIC MAIL:**
SULLIVAN & CROMWELL LLP
ATTN: ANDREW G. DIETDERICH, JAMES L. BROMLEY,
BRIAN D. GLUECKSTEIN, ALEXA J. KRANZLEY, STEVEN
L. HOLLEY, STEPHEN EHRENBERG, CHRISTOPHER J.
DUNNE
125 BROAD STREET
NEW YORK NY 10004
DIETDERICHA@SULLCROM.COM
BROMLEYJ@SULLCROM.COM
GLUECKSTEINB@SULLCROM.COM

**VIA ELECTRONIC MAIL:**
SULLIVAN HAZELTINE  ALLINSON LLC
ATTN: WILLIAM D. SULLIVAN
919 NORTH MARKET STREET, SUITE 420
WILMINGTON DE 19801
BSULLIVAN@SHA-LLC.COM

**VIA ELECTRONIC MAIL:**
TARTER KRINSKY & DROGIN LLP
ATTN: DAVID H. WANDER, ALEXANDER R. TIKTIN
1350 BROADWAY
11TH FLOOR
NEW YORK NY 10018
DWANDER@TARTERKRINSKY.COM,
ATIKTIN@TARTERKRINSKY.COM

**VIA ELECTRONIC MAIL:**
THE DALEY LAW FIRM
ATTN: DARRELL DALEY, SAMANTHA NEAL
4845 PEARL EAST CIRCLE SUITE 101
BOULDER CO 80301
DARRELL@DALEYLAWYERS.COM
SAMANTHA@DALEYLAWYERS.COM

**VIA ELECTRONIC MAIL:**
THE SECURITIES COMMISSION OF THE BAHAMAS
ATTN: PRESIDENT OR GENERAL COUNSEL
POINCIANA HOUSE, NORTH BUILDING, 2ND FLOOR 31A
EAST BAY STREET, P.O. BOX N-8347
NASSAU THE BAHAMAS
INFO@SCB.GOV.BS

**VIA ELECTRONIC MAIL:**
TROUTMAN PEPPER HAMILTON SANDERS LLP
ATTN: EVELYN J. MELTZER HERCULES PLAZA, SUITE
5100
1313 N. MARKET STREET WILMINGTON DE 19899-1709
EVELYN.MELTZER@TROUTMAN.COM

**VIA ELECTRONIC MAIL:**
U.S. DEPARTMENT OF JUSTICE
ATTN: STANTON C. MCMANUS, SETH B. SHARPIRO CIVIL
DIVISION
1100 L STREET, NW, ROOM 7208
WASHINGTON DC 20005
STANTON.C.MCMANUS@USDOJ.GOV
SETH.SHAPIRO@USDOJ.GOV

**VIA ELECTRONIC MAIL:**
U.S. DEPARTMENT OF JUSTICE
ATTN: WARD W. BENSON
P.O. BOX 227, BEN FRANKLIN STATION WASHINGTON DC
20044
WARD.W.BENSON@USDOJ.GOV

**VIA ELECTRONIC MAIL:**
U.S. DEPARTMENT OF JUSTICE – CIVIL DIVISION
ATTN: RUTH A. HARVEY, MARGARET M. NEWELL, SETH
B. SHAPIRO, STANTON C. MCMANUS COMMERCIAL
LITIGATION BRANCH
P.O. BOX 875, BEN FRANKLIN STATION
WASHINGTON DC 20044-0875
STANTON.C.MCMANUS@USDOJ.GOV
SETH.SHAPIRO@USDOJ.GOV

**VIA ELECTRONIC MAIL:**
U.S. DEPARTMENT OF JUSTICE, TAX DIVISION
ATTN: ARI D. KUNOFSKY
P.O. BOX 227
WASHINGTON DC 20044
ARI.D.KUNOFSKY@USDOJ.GOV

**VIA ELECTRONIC MAIL:**
U.S. DEPARTMENT OF JUSTICE, THE INTERNAL REVENUE
SERVICE
ATTN: ELISABETH M. BRUCE, STEPHANIE A. SASARAK
P.O. BOX 227
WASHINGTON DC 20044
ELISABETH.M.BRUCE@USDOJ.GOV
STEPHANIE.A.SASARAK@USDOJ.GOV

**VIA FIRST CLASS MAIL:**
UNITED STATES OF AMERICA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT US DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001

**VIA ELECTRONIC MAIL:**
US ATTORNEY FOR DELAWARE
ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS
1007 ORANGE ST STE 700
P.O. BOX 2046
WILMINGTON DE 19899-2046
USADE.ECFBANKRUPTCY@USDOJ.GOV

**VIA ELECTRONIC MAIL:**
VENABLE LLP
ATTN: ANDREW J. CURRIE
600 MASSACHUSETTS AVENUE, NW
WASHINGTON DC 20001
AJCURRIE@VENABLE.COM

**VIA ELECTRONIC MAIL:**
VENABLE LLP
ATTN: DANIEL A. O'BRIEN
1201 N. MARKET ST. SUITE 1400
WILMINGTON DE 19801
DAOBRIEN@VENABLE.COM

**VIA ELECTRONIC MAIL:**
VENABLE LLP
ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN,
CAROL A. WEINER, ARIE A. PELED
1270 AVENUE OF THE AMERICAS
24TH FLOOR
NEW YORK NY 10020
JSSABIN@VENABLE.COM
XSSTROHBEHN@VENABLE.COM
CWEINERLEVY@VENABLE.COM
AAPELED@VENABLE.COM

**VIA ELECTRONIC MAIL:**
VENABLE LLP
ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN,
CAROL A. WEINER, ARIE A. PELED 151 WEST 42ND ST.,
48TH FLOOR
NEW YORK NY 10036
JSSABIN@VENABLE.COM
XSSTROHBEHN@VENABLE.COM
CWEINERLEVY@VENABLE.COM
AAPELED@VENABLE.COM

**VIA ELECTRONIC MAIL:**
VERMONT DEPARTMENT OF FINANCIAL REGULATION
ATTN: JENNIFER ROOD
89 MAIN STREET, THIRD FLOOR
MONTPELIER VT 05620
JENNIFER.ROOD@VERMONT.GOV

**VIA ELECTRONIC MAIL:**
VORYS, SATER, SEYMOUR AND PEASE LLP
ATTN: TIFFANY STRELOW COBB, ESQ.
52 EAST GAY STREET
P.O. BOX 1008
COLUMBUS OH 43216-1008
TSCOBB@VORYS.COM

**VIA ELECTRONIC & FIRST CLASS MAIL:**
WHITE & CASE LLP
ATTN: JESSICA C. LAURIA, J. CHRISTOPHER SHORE,
BRIAN D. PFEIFFER, MARK FRANKE, BRETT BAKEMEYER
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1095
JESSICA.LAURIA@WHITECASE.COM
CSHORE@WHITECASE.COM
BRIAN.PFEIFFER@WHITECASE.COM
MARK.FRANKE@WHITECASE.COM
BRETT.BAKEMEYER@WHITECASE.COM

**VIA ELECTRONIC MAIL:**
WHITE & CASE LLP
ATTN: THOMAS E LAURIA, RICHARD S. KEBRDLE
200 SOUTH BISCAYNE BLVD., SUITE 4900 SOUTHEAST
FINANCIAL CENTER
MIAMI FL 33131
TLAURIA@WHITECASE.COM
RKEBRDLE@WHITECASE.COM

**VIA ELECTRONIC MAIL:**
WILMER CUTLER PICKERING HALE AND DORR LLP
ATTN: PETER G. NEIMAN, NICHOLAS WERLE
7 WORLD TRADE CENTER
150 GREENWICH STREET
NEW YORK NY 10007
PETER.NEIMAN@WILMERHALE.COM
NICK.WERLE@WILMERHALE.COM

**VIA ELECTRONIC MAIL:**
WINCENT INVESTMENT FUND PCC LTD
ATTN: CHARLES MELVIN, C/O WINCENT CAPITAL
MANAGEMENT OLD POLICE STATION
120B
IRISH TOWN GX11 1AA GIBRALTAR
LEGAL@WINCENT.CO

**VIA ELECTRONIC MAIL:**
WINTERMUTE ASIA PTE. LTD
ATTN: LEGAL DEPARTMENT
24 EAN KIAM PLACE
429115 SINGAPORE
LEGAL@WINTERMUTE.COM

**VIA ELECTRONIC MAIL:**
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR.
1000 NORTH KING STREET WILMINGTON DE 19801
MLUNN@YCST.COM RPOPPITI@YCST.COM

**VIA ELECTRONIC MAIL:**
ZACHARY BRUCH
ATTN: PETER S. PARTEE, SR HUNTON ANDREWS KURTH
LLP 200 PARK AVE
NEW YORK NY 10166
PPARTEE@HUNTONAK.COM

**VIA ELECTRONIC MAIL:**
**COLE SCHOTZ, P.C.**
JUSTIN R. ALBERTO, PATRICK J. REILLEY
MELISSA M. HARTLIPP
500 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE 19801
JALBERTO@COLESCHOTZ.COM
PREILLEY@COLESCHOTZ.COM
MHARTLIPP@COLESCHOTZ.COM

**VIA ELECTRONIC MAIL:**
**PRYOR CASHMAN LLP**
SETH H. LIEBERMAN, ESQ., RICHARD LEVY, JR., ESQ.
ANDREW S. RICHMOND, ESQ.
7 TIMES SQUARE, 40TH FLOOR
NEW YORK, NEW YORK 10036
SLIEBERMAN@PRYORCASHMAN.COM
RLEVY@PRYORCASHMAN.COM
ARICHMOND@PRYORCASHMAN.COM

**VIA ELECTRONIC MAIL:**
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
THERESE A. SCHEUER
SENIOR TRIAL COUNSEL
100 F. STREET, NE
WASHINGTON, DC 20549
SCHEUERT@SEC.GOV

**VIA ELECTRONIC MAIL:**
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
WILLIAM M. UPTEGROVE
SENIOR TRIAL COUNSEL
ATLANTA REGIONAL OFFICE
950 EAST PACES FERRY ROAD, N.E., SUITE 900
ATLANTA, GA 30326
UPTEGROVEW@SEC.GOV

**VIA ELECTRONIC MAIL:**
**UNITED STATES TRUSTEE**
LINDA RICHENDERFER, BENJAMIN A. HACKMAN,
JONATHAN LIPSHIE
OFFICE OF THE UNITED STATES TRUSTEE
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207, LOCKBOX 35
WILMINGTON, DE 19801
LINDA.RICHENDERFER@USDOJ.GOV
BENJAMIN.A.HACKMAN@USDOJ.GOV
JON.LIPSHIE@USDOJ.GOV

**VIA ELECTRONIC MAIL:**
POTTER ANDERSON & CORROON LLP
M. BLAKE CLEARY, R. STEPHEN MCNEILL, SAMEEN
RIZVI
1313 N. MARKET STREET, 6TH FLOOR
WILMINGTON, DELAWARE 19801
BCLEARY@POTTERANDERSON.COM
RMCNEILL@POTTERANDERSON.COM
SRIZVI@POTTERANDERSON.COM

**VIA ELECTRONIC MAIL:**
PROSKAUER ROSE LLP
BRIAN S. ROSEN, ESQ., DYLAN J. MARKER, ESQ.
ELEVEN TIMES SQUARE
NEW YORK, NY 10036-8299
BROSEN@PROSKAUER.COM
DMARKER@PROSKAUER.COM

**VIA ELECTRONIC MAIL:**
PROSKAUER ROSE LLP
JORDAN E. SAZANT
70 WEST MADISON, SUITE 3800
CHICAGO, ILLINOIS 60602-4342
JSAZANT@PROSKAUER.COM

**VIA FIRST CLASS MAIL:**
COURTNEY MICHELLE STAR WARD
4540 ORANGE AVENUE, SUITE 308
LONG BEACH, CA 90807

**VIA ELECTRONIC MAIL:**
**PASHMAN STEIN WALDER HAYDEN, P.C.**
JOHN W. WEISS
1007 NORTH ORANGE STREET, 4TH FLOOR #183
WILMINGTON, DE 19801
JWEISS@PASHMANSTEIN.COM

**VIA ELECTRONIC MAIL:**
**LATHAM & WATKINS LLP**
CHRISTOPHER HARRIS, ADAM J. GOLDBERG, NACIF
TAOUSSE
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
CHRIS.HARRIS@LW.COM
ADAM.GOLDBERG@LW.COM
NACIF.TAOUSSE@LW.COM

**VIA ELECTRONIC MAIL:**
**LATHAM & WATKINS LLP**
NIMA H. MOHEBBI, TIFFANY M. IKEDA
355 SOUTH GRAND AVENUE, SUITE 100
LOS ANGELES, CA 90071
NIMA.MOHEBBI@LW.COM
TIFFANY.IKEDA@LW.COM

**VIA FIRST CLASS MAIL:**
**PACHULSKI STANG ZIEHL & JONES LLP**
JORDAN A. KROOP, JASON H. ROSELL, MARY F.
CALOWAY
919 NORTH MARKET STREET, 17TH FLOOR
P.O. BOX 8705
WILMINGTON, DELAWARE 19899

VIA ELECTRONIC MAIL:
**MCELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP**
GASTON P. LOOMIS, ESQ.
300 DELAWARE AVENUE, SUITE 1014
WILMINGTON, DE 19801
GLOOMIS@MDMC-LAW.COM

VIA ELECTRONIC MAIL:
MCELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
JEFFREY BERNSTEIN, ESQ.
570 BROAD STREET
NEWARK, NJ 07102
JBERNSTEIN@MDMC-LAW.COM

VIA ELECTRONIC MAIL:
MCELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
NICOLE LEONARD, ESQ.
225 LIBERTY STREET, 36TH FLOOR
NEW YORK, NY 10281
NLEONARD@MDMC-LAW.COM

VIA ELECTRONIC MAIL:
OFFICE OF THE TEXAS ATTORNEY GENERAL
LAYLA D. MILLIGAN, ROMA N. DESAI, STEPHANIE
EBERHARDT
BANKRUPTCY & COLLECTIONS DIVISION
P. O. BOX 12548
AUSTIN, TEXAS 78711-2548
LAYLA.MILLIGAN@OAG.TEXAS.GOV
ROMA.DESAI@OAG.TEXAS.GOV
STEPHANIE.EBERHARDT@OAG.TEXAS.GOV

VIA ELECTRONIC MAIL:
MCCARTER & ENGLISH, LLP
SHANNON D. HUMISTON
RENAISSANCE CENTRE
405 NORTH KING STREET, 8TH FLOOR
WILMINGTON, DE I 9801
SHUMISTON@MCCARTER.COM

VIA ELECTRONIC MAIL:
MCCARTER & ENGLISH, LLP
DAVID ADLER, ESQ.
WORLDWIDE PLAZA
825 EIGHTH AVE., 31ST FLOOR
NEW YORK, NY 10019
DADLER@MCCARTER.COM

VIA ELECTRONIC MAIL:
**DLA PIPER LLP (US)**
AARON S. APPLEBAUM, ESQ.
1201 N. MARKET STREET, SUITE 2100
WILMINGTON, DE 19801
AARON.APPLEBAUM@US.DLAPIPER.COM

VIA ELECTRONIC MAIL:
**DLA PIPER LLP (US)**
DENNIS C. O'DONNELL
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
DENNIS.ODONNELL@US.DLAPIPER.COM

VIA ELECTRONIC MAIL:
**DLA PIPER LLP (US)**
JEFFREY S. TOROSIAN, JOSEPH A. ROSELIUS
444 W. LAKE STREET, SUITE 900
CHICAGO, IL 60606
JEFFREY.TOROSIAN@DLAPIPER.COM
JOSEPH.ROSELIUS@US.DLAPIPER.COM

VIA ELECTRONIC MAIL:
**REED SMITH LLP**
KURT F. GWYNNE, BRIAN M. ROSTOCKI,
BENJAMIN P. CHAPPLE, JOHN T. MIRAGLIA
1201 NORTH MARKET STREET SUITE 1500
WILMINGTON, DE 19801-1163
KGWYNNE@REEDSMITH.COM
BROSTOCKI@REEDSMITH.COM
BCHAPPLE@REEDSMITH.COM
JMIRAGLIA@REEDSMITH.COM

**VIA ELECTRONIC MAIL:**
**REED SMITH LLP**
AARON JAVIAN, ESQ.
599 LEXINGTON AVENUE
NEW YORK, NY 10022
AJAVIAN@REEDSMITH.COM

**VIA ELECTRONIC MAIL:**
**MCCARTER & ENGLISH, LLP**
KATE ROGGIO BUCK
RENAISSANCE CENTRE
405 N. KING STREET, 8TH FLOOR
WILMINGTON, DELAWARE 19801
KBUCK@MCCARTER.COM