## **CERTIFICATE OF SERVICE**

    I, Dominick T. Gattuso, hereby certify that on June 24, 2024, I caused a copy of the *foregoing Notice of Appearance of Dominick T. Gattuso and Denise S. Kraft* to be served by email upon the parties set forth on the attached service list, unless otherwise indicated; and all ECF participants in these cases were served electronically through the Court's ECF noticing system, at their respective email addresses registered with the Court.

Date: June 24, 2024

                                                    */s/ Dominick T. Gattuso*
                                                    Dominick T. Gattuso (#3630)