IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1]<br>Debtors. | Case No. 22-11068 (JTD) |
| | (Jointly Administered) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Amanda Houghton hereby appears in these jointly-administered cases and requests that any notices and all other papers filed in these cases be given to and served upon:

HEYMAN ENERIO GATTUSO & HIRZEL LLP
Dominick T. Gattuso (#3630)
Denise S. Kraft (# 2778)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law
dkraft@hegh.law

---

[1] The last four digits of FTX Trading Ltd. and West Realm Shires Services Inc. d/b/a FTX US's respective tax identification numbers are 3288 and 4002. A complete list of the numerous Debtors in these Chapter 11 cases, and their federal tax identification numbers, is available at https://cases.ra.kroll.com/FTX. Debtor Emergent Fidelity Technologies Ltd.'s principal place of business is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

 

                                         HEYMAN ENERIO
                                         GATTUSO & HIRZEL LLP

*/s/ Denise S. Kraft*
Dominick T. Gattuso (#3630)
Denise S. Kraft (#2778)
300 Delaware Ave., Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law
dkraft@hegh.law

*Attorneys for Amanda Houghton*

Dated:  June 24, 2024