**<u>CERTIFICATE OF SERVICE</u>**

I, Dominick T. Gattuso, hereby certify that on June 24, 2024, I caused a copy of the

*foregoing Notice of Appearance of Dominick T. Gattuso and Denise S. Kraft* to be served by email

upon the parties set forth on the attached service list, unless otherwise indicated; and all ECF

participants in these cases were served electronically through the Court's ECF noticing system, at

their respective email addresses registered with the Court.

Date: June 24, 2024

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)