## <u>EXHIBIT A</u>

This Statement reflects the nature and amount of disclosable economic interests held by Sunil Kavuri, Ahmed Abd-El-Razek and Pat Rabitte (collectively, the "<u>Customers</u>") in relation to the Debtors as of November 11, 2022 based upon information provided by the Customers and disclosed to McCarter & English, LLP ("<u>McCarter</u>") and remains subject to change.

This Statement is intended solely to satisfy Bankruptcy Rule 2019, to the extent such rule is applicable to the various holdings of the Customers, and nothing set forth herein is intended to be or shall be an admission that any Member's interests constitute a disclosable economic interests for purposes of Bankruptcy Rule 2019. The values set forth herein are not intended to be a limitation on the recovery of any Customer, including, without limitation, their right to recover any property in kind. Nothing herein is or is intended to be a waiver of any arguments that any property held by the Debtors is not property of the estate under section 541 of the Bankruptcy Code.

ME1 47514160v.1

| Customer | Digital Asset[2] | Amount |
|---|---|---|
| Sunil Kavuri | AVAZ | 0.0000000031764286 |
| Sunil Kavuri | BTC | 15.7350531725100000 |
| Sunil Kavuri | ETH | 799.9430000025000000 |
| Sunil Kavuri | KSHIB | 5.4012750000000000 |
| Sunil Kavuri | LUNA2 | 73.4726725400000000 |
| Sunil Kavuri | LUNA2_LOCKED | 171.4362359000000000 |
| Sunil Kavuri | LUNC | 0.0000000050000000 |
| Sunil Kavuri | SOL | 0.0025545500000000 |
| Sunil Kavuri | TRX | 114645.6830375000000000 |
| Sunil Kavuri | USDT | 0.0000000091450000 |
| Sunil Kavuri | XRP | 0.2890500000000000 |
| Sunil Kavuri | GBP | 387489.6037619599400000 |
| Sunil Kavuri | USD | 2.9682595715943596 |
| Pat Rabbitte | AMD | 423.5852660000000000 |
| Pat Rabbitte | STETH | 92.1851188548634167 |
| Ahmed Abd El-Razek | BTC | 505.4539255542851335 |
| Ahmed Abd El-Razek | USD | 7095694.6360011950000000 |

---

[2] All capitalized terms used but not defined herein shall have the same meaning ascribed to them as in the accompanying Complaint to which this Exhibit is attached.