**EXHIBIT B**

| Customer | Claim Value |
|---|---|
| Customer 1 | $66,419,167.40 |
| Customer 2 | $18,521,907.67 |
| Customer 3 | $44,409,632.77 |
| Customer 4 | $45,867,854.10 |
| Customer 5 | $23,247,557.45 |
| Customer 6 | $22,639,879.32 |
| Customer 7 | $22,339,922.76 |
| Customer 8 | $10,133,537.08 |
| Customer 9 | $8,355,360.87 |
| Customer 10 | $8,355,360.87 |
| Customer 11 | $11,393,084.28 |
| Customer 12 | $11,585,367.48 |
| Customer 13 | $24,597,016.23 |
| Customer 14 | $11,198,764.37 |
| Customer 15 | $2,788,370.75 |
| Customer 16 | $6,026,689.98 |
| Customer 17 | $9,166,519.06 |
| Customer 18 | $5,942,006.50 |
| Customer 19 | $5,693,302.46 |
| Customer 20 | $5,319,965.70 |
| Customer 21 | $2,335,671.58 |
| Customer 22 | $3,546,415.80 |
| Customer 23 | $3,123,883.11 |
| Customer 24 | $1,427,617.85 |
| Customer 25 | $1,400,523.90 |
| Customer 26 | $10,214,904.24 |
| Customer 27 | $5,865,778.92 |
| Customer 28 | $1,308,999.03 |
| Customer 29 | $2,210,699.67 |
| Customer 30 | $3,688,975.98 |
| Customer 31 | $1,223,986.78 |
| Customer 32 | $10,681,129.82 |
| Customer 33 | $1,157,281.54 |
| Customer 34 | $3,595,801.33 |
| Customer 35 | $2,625,898.60 |
| Customer 36 | $2,625,898.60 |
| Customer 37 | $4,056,291.42 |
| Customer 38 | $2,246,545.09 |
| Customer 39 | $1,387,054.84 |
| Customer 40 | $2,603,276.72 |
| Customer 41 | $1,038,088.23 |

3

| | |
|---|---|
| Customer 42 | $9,944,672.75 |
| Customer 43 | $2,343,367.48 |
| Customer 44 | $3,640,304.42 |
| Customer 45 | $3,940,311.36 |
| Customer 46 | $3,774,157.30 |
| Customer 47 | $1,220,109.81 |
| Customer 48 | $9,840,386.19 |
| Customer 49 | $2,204,474.35 |
| Customer 50 | $1,017,504.65 |
| Customer 51 | $4,657,281.66 |
| Customer 52 | $3,251,000.98 |
| Customer 53 | $1,371,007.73 |
| Customer 54 | $3,097,659.34 |
| Customer 55 | $2,859,355.01 |
| Customer 56 | $2,953,178.02 |
| Customer 57 | $2,817,083.18 |
| Customer 58 | $2,472,032.62 |
| Customer 59 | $2,080,900.19 |
| Customer 60 | $2,402,288.23 |
| Customer 61 | $622,135.85 |
| Customer 62 | $2,474,869.32 |
| Customer 63 | $1,692,019.94 |
| Customer 64 | $2,387,545.05 |
| Customer 65 | $2,322,267.31 |
| Customer 66 | $1,804,315.99 |
| Customer 67 | $519,102.39 |
| Customer 68 | $4,676,209.78 |
| Customer 69 | $4,676,209.78 |
| Customer 70 | $1,801,954.80 |
| Customer 71 | $1,245,360.52 |
| Customer 72 | $1,245,360.52 |
| Customer 73 | $2,816,810.98 |
| Customer 74 | $2,136,004.12 |
| Customer 75 | $1,207,515.34 |
| Customer 76 | $3,939,583.34 |
| Customer 77 | $525,451.38 |
| Customer 78 | $1,094,253.30 |
| Customer 79 | $433,338.49 |
| Customer 80 | $1,281,947.90 |
| Customer 81 | $419,182.05 |
| Customer 82 | $1,249,081.06 |
| Customer 83 | $1,004,336.38 |
| Customer 84 | $1,672,147.69 |

4

| | |
|---|---|
| Customer 85 | $1,763,011.50 |
| Customer 86 | $1,540,239.27 |
| Customer 87 | $3,265,128.26 |
| Customer 88 | $1,536,343.09 |
| Customer 89 | $533,217.52 |
| Customer 90 | $1,666,462.16 |
| Customer 91 | $379,324.91 |
| Customer 92 | $379,324.91 |
| Customer 93 | $377,366.30 |
| Customer 94 | $555,732.80 |
| Customer 95 | $611,506.28 |
| Customer 96 | $353,436.97 |
| Customer 97 | $1,175,892.15 |
| Customer 98 | $349,942.80 |
| Customer 99 | $349,527.83 |
| Customer 100 | $516,887.82 |
| Customer 101 | $1,313,053.38 |
| Customer 102 | $1,665,837.51 |
| Customer 103 | $1,446,973.02 |
| Customer 104 | $505,743.73 |
| Customer 105 | $1,658,351.90 |
| Customer 106 | $620,078.14 |
| Customer 107 | $316,128.57 |
| Customer 108 | $1,300,469.25 |
| Customer 109 | $1,151,624.90 |
| Customer 110 | $467,171.21 |
| Customer 111 | $571,957.14 |
| Customer 112 | $571,957.14 |
| Customer 113 | $345,583.42 |
| Customer 114 | $290,448.65 |
| Customer 115 | $292,201.20 |
| Customer 116 | $675,742.12 |
| Customer 117 | $1,497,184.53 |
| Customer 118 | $1,015,744.12 |
| Customer 119 | $1,078,975.02 |
| Customer 120 | $842,378.08 |
| Customer 121 | $541,244.59 |
| Customer 122 | $1,010,597.24 |
| Customer 123 | $980,403.90 |
| Customer 124 | $900,263.62 |
| Customer 125 | $1,409,195.85 |
| Customer 126 | $1,030,363.79 |
| Customer 127 | $415,158.05 |

ME1 47514160v.1

| | |
|---|---|
| Customer 128 | $999,888.36 |
| Customer 129 | $835,384.43 |
| Customer 130 | $708,193.64 |
| Customer 131 | $968,705.56 |
| Customer 132 | $412,523.84 |
| Customer 133 | $531,112.33 |
| Customer 134 | $746,785.30 |
| Customer 135 | $605,593.28 |
| Customer 136 | $605,593.28 |
| Customer 137 | $905,901.04 |
| Customer 138 | $905,901.04 |
| Customer 139 | $831,106.72 |
| Customer 140 | $329,024.57 |
| Customer 141 | $267,721.41 |
| Customer 142 | $478,515.87 |
| Customer 143 | $478,515.87 |
| Customer 144 | $1,709,109.15 |
| Customer 145 | $988,092.71 |
| Customer 146 | $782,346.48 |
| Customer 147 | $782,346.48 |
| Customer 148 | $576,661.94 |
| Customer 149 | $803,444.64 |
| Customer 150 | $708,712.77 |
| Customer 151 | $564,171.42 |
| Customer 152 | $271,389.81 |
| Customer 153 | $271,389.81 |
| Customer 154 | $309,446.27 |
| Customer 155 | $523,198.19 |
| Customer 156 | $255,254.23 |
| Customer 157 | $552,299.67 |
| Customer 158 | $748,649.57 |
| Customer 159 | $748,649.57 |
| Customer 160 | $543,971.96 |
| Customer 161 | $631,397.05 |
| Customer 162 | $513,025.47 |
| Customer 163 | $513,025.47 |
| Customer 164 | $540,139.16 |
| Customer 165 | $532,841.92 |
| Customer 166 | $532,841.92 |
| Customer 167 | $847,472.35 |
| Customer 168 | $313,642.17 |
| Customer 169 | $1,748,773.17 |
| Customer 170 | $473,187.62 |

ME1 47514160v.1

| | |
|---|---|
| Customer 171 | $156,713.30 |
| Customer 172 | $756,665.28 |
| Customer 173 | $545,399.35 |
| Customer 174 | $429,735.88 |
| Customer 175 | $694,159.92 |
| Customer 176 | $151,435.82 |
| Customer 177 | $656,161.75 |
| Customer 178 | $655,874.29 |
| Customer 179 | $591,865.74 |
| Customer 180 | $252,463.90 |
| Customer 181 | $504,768.44 |
| Customer 182 | $640,153.81 |
| Customer 183 | $579,513.39 |
| Customer 184 | $146,243.02 |
| Customer 185 | $335,159.80 |
| Customer 186 | $436,300.21 |
| Customer 187 | $486,413.36 |
| Customer 188 | $207,521.52 |
| Customer 189 | $142,068.21 |
| Customer 190 | $1,119,783.48 |
| Customer 191 | $1,119,783.48 |
| Customer 192 | $551,099.88 |
| Customer 193 | $551,099.88 |
| Customer 194 | $552,165.75 |
| Customer 195 | $321,661.10 |
| Customer 196 | $587,749.42 |
| Customer 197 | $135,736.62 |
| Customer 198 | $584,303.24 |
| Customer 199 | $132,835.57 |
| Customer 200 | $506,973.09 |
| Customer 201 | $205,341.47 |
| Customer 202 | $572,076.53 |
| Customer 203 | $513,190.24 |
| Customer 204 | $391,855.56 |
| Customer 205 | $270,442.60 |
| Customer 206 | $138,395.37 |
| Customer 207 | $323,099.54 |
| Customer 208 | $392,756.92 |
| Customer 209 | $125,140.65 |
| Customer 210 | $248,140.93 |
| Customer 211 | $122,967.33 |
| Customer 212 | $122,967.33 |
| Customer 213 | $432,300.69 |

ME1 47514160v.1

| | |
|---|---|
| Customer 214 | $398,321.64 |
| Customer 215 | $398,321.64 |
| Customer 216 | $441,056.32 |
| Customer 217 | $441,056.32 |
| Customer 218 | $525,384.85 |
| Customer 219 | $525,384.85 |
| Customer 220 | $385,463.61 |
| Customer 221 | $794,526.99 |
| Customer 222 | $794,526.99 |
| Customer 223 | $320,358.05 |
| Customer 224 | $179,457.85 |
| Customer 225 | $509,675.14 |
| Customer 226 | $222,184.07 |
| Customer 227 | $112,350.64 |
| Customer 228 | $293,600.35 |
| Customer 229 | $111,101.10 |
| Customer 230 | $685,002.10 |
| Customer 231 | $475,051.99 |
| Customer 232 | $475,051.99 |
| Customer 233 | $273,844.37 |
| Customer 234 | $109,362.30 |
| Customer 235 | $110,686.92 |
| Customer 236 | $125,908.98 |
| Customer 237 | $221,621.79 |
| Customer 238 | $446,370.90 |
| Customer 239 | $108,402.02 |
| Customer 240 | $108,402.02 |
| Customer 241 | $454,137.88 |
| Customer 242 | $470,100.45 |
| Customer 243 | $176,619.41 |
| Customer 244 | $110,568.18 |
| Customer 245 | $380,938.23 |
| Customer 246 | $272,292.25 |
| Customer 247 | $268,521.35 |
| Customer 248 | $499,980.40 |
| Customer 249 | $99,699.90 |
| Customer 250 | $435,521.75 |
| Customer 251 | $428,124.79 |
| Customer 252 | $891,713.61 |
| Customer 253 | $98,587.47 |
| Customer 254 | $402,971.03 |
| Customer 255 | $238,683.38 |
| Customer 256 | $119,571.83 |

ME1 47514160v.1

| | |
|---|---|
| Customer 257 | $97,124.93 |
| Customer 258 | $407,494.53 |
| Customer 259 | $407,494.53 |
| Customer 260 | $407,494.53 |
| Customer 261 | $288,230.99 |
| Customer 262 | $288,230.99 |
| Customer 263 | $701,732.62 |
| Customer 264 | $332,823.11 |
| Customer 265 | $332,823.11 |
| Customer 266 | $303,565.77 |
| Customer 267 | $248,519.01 |
| Customer 268 | $117,398.46 |
| Customer 269 | $91,588.61 |
| Customer 270 | $90,635.90 |
| Customer 271 | $394,200.28 |
| Customer 272 | $394,200.28 |
| Customer 273 | $259,013.57 |
| Customer 274 | $121,377.67 |
| Customer 275 | $817,721.19 |
| Customer 276 | $89,120.60 |
| Customer 277 | $380,230.68 |
| Customer 278 | $262,800.16 |
| Customer 279 | $344,388.05 |
| Customer 280 | $199,407.28 |
| Customer 281 | $277,646.22 |
| Customer 282 | $441,938.43 |
| Customer 283 | $346,183.47 |
| Customer 284 | $346,183.47 |
| Customer 285 | $142,022.09 |
| Customer 286 | $370,141.30 |
| Customer 287 | $371,037.20 |
| Customer 288 | $371,037.20 |
| Customer 289 | $338,887.59 |
| Customer 290 | $355,875.91 |
| Customer 291 | $359,965.92 |
| Customer 292 | $651,752.86 |
| Customer 293 | $153,317.27 |
| Customer 294 | $351,861.65 |
| Customer 295 | $352,552.21 |
| Customer 296 | $328,706.63 |
| Customer 297 | $346,915.28 |
| Customer 298 | $313,061.10 |
| Customer 299 | $195,740.98 |

9

| | |
|---|---|
| Customer 300 | $425,638.22 |
| Customer 301 | $116,591.60 |
| Customer 302 | $77,450.50 |
| Customer 303 | $145,864.34 |
| Customer 304 | $304,063.75 |
| Customer 305 | $337,120.56 |
| Customer 306 | $262,938.35 |
| Customer 307 | $262,938.35 |
| Customer 308 | $76,980.35 |
| Customer 309 | $178,872.23 |
| Customer 310 | $640,019.19 |
| Customer 311 | $125,337.36 |
| Customer 312 | $125,337.36 |
| Customer 313 | $75,018.67 |
| Customer 314 | $327,976.95 |
| Customer 315 | $1,175,664.60 |
| Customer 316 | $267,406.25 |
| Customer 317 | $319,913.63 |
| Customer 318 | $282,147.82 |
| Customer 319 | $320,998.49 |
| Customer 320 | $197,258.52 |
| Customer 321 | $267,496.76 |
| Customer 322 | $161,980.46 |
| Customer 323 | $234,206.95 |
| Customer 324 | $234,206.95 |
| Customer 325 | $115,517.35 |
| Customer 326 | $296,769.14 |
| Customer 327 | $307,063.72 |
| Customer 328 | $260,268.49 |
| Customer 329 | $250,482.05 |
| Customer 330 | $180,755.09 |
| Customer 331 | $183,560.77 |
| Customer 332 | $113,117.28 |
| Customer 333 | $262,411.67 |
| Customer 334 | $216,489.34 |
| Customer 335 | $235,209.36 |
| Customer 336 | $114,454.33 |
| Customer 337 | $86,865.64 |
| Customer 338 | $86,865.64 |
| Customer 339 | $175,850.58 |
| Customer 340 | $108,651.36 |
| Customer 341 | $163,698.74 |
| Customer 342 | $282,107.34 |

10

| | |
|---|---|
| Customer 343 | $160,482.97 |
| Customer 344 | $65,633.50 |
| Customer 345 | $65,633.50 |
| Customer 346 | $178,557.20 |
| Customer 347 | $64,368.31 |
| Customer 348 | $246,303.06 |
| Customer 349 | $64,002.98 |
| Customer 350 | $65,549.90 |
| Customer 351 | $135,014.93 |
| Customer 352 | $209,660.33 |
| Customer 353 | $218,457.55 |
| Customer 354 | $275,662.20 |
| Customer 355 | $252,226.38 |
| Customer 356 | $81,876.84 |
| Customer 357 | $62,536.73 |
| Customer 358 | $95,946.35 |
| Customer 359 | $120,495.98 |
| Customer 360 | $205,229.91 |
| Customer 361 | $258,069.39 |
| Customer 362 | $98,840.83 |
| Customer 363 | $60,623.33 |
| Customer 364 | $141,167.03 |
| Customer 365 | $235,046.90 |
| Customer 366 | $174,118.67 |
| Customer 367 | $60,054.91 |
| Customer 368 | $59,652.68 |
| Customer 369 | $187,363.22 |
| Customer 370 | $139,118.39 |
| Customer 371 | $526,166.22 |
| Customer 372 | $104,460.90 |
| Customer 373 | $58,739.61 |
| Customer 374 | $256,767.39 |
| Customer 375 | $169,150.47 |
| Customer 376 | $89,653.41 |
| Customer 377 | $170,730.09 |
| Customer 378 | $93,923.56 |
| Customer 379 | $93,453.63 |
| Customer 380 | $244,285.01 |
| Customer 381 | $178,090.17 |
| Customer 382 | $92,476.23 |
| Customer 383 | $210,433.64 |
| Customer 384 | $177,179.81 |
| Customer 385 | $234,011.37 |

11

| | |
|---|---|
| Customer 386 | $236,807.15 |
| Customer 387 | $85,266.61 |
| Customer 388 | $235,022.16 |
| Customer 389 | $150,166.03 |
| Customer 390 | $471,250.93 |
| Customer 391 | $62,840.58 |
| Customer 392 | $170,960.22 |
| Customer 393 | $182,417.87 |
| Customer 394 | $144,788.26 |
| Customer 395 | $161,925.35 |
| Customer 396 | $62,540.01 |
| Customer 397 | $51,588.97 |
| Customer 398 | $154,760.67 |
| Customer 399 | $51,302.34 |
| Customer 400 | $224,449.49 |
| Customer 401 | $96,574.23 |
| Customer 402 | $179,808.13 |
| Customer 403 | $219,407.47 |
| Customer 404 | $134,597.00 |
| Customer 405 | $218,824.08 |
| Customer 406 | $172,023.24 |
| Customer 407 | $171,421.22 |
| Customer 408 | $153,589.42 |
| Customer 409 | $388,787.70 |
| Customer 410 | $80,289.36 |
| Customer 411 | $179,881.14 |
| Customer 412 | $48,067.51 |
| Customer 413 | $47,223.29 |
| Customer 414 | $101,983.74 |
| Customer 415 | $191,092.81 |
| Customer 416 | $46,250.08 |
| Customer 417 | $73,018.40 |
| Customer 418 | $46,033.22 |
| Customer 419 | $131,482.98 |
| Customer 420 | $129,070.70 |
| Customer 421 | $106,894.26 |
| Customer 422 | $66,311.36 |
| Customer 423 | $361,355.60 |
| Customer 424 | $380,330.66 |
| Customer 425 | $195,447.66 |
| Customer 426 | $135,313.18 |
| Customer 427 | $105,174.74 |
| Customer 428 | $142,772.38 |

12

| | |
|---|---|
| Customer 429 | $150,579.43 |
| Customer 430 | $181,490.83 |
| Customer 431 | $190,418.25 |
| Customer 432 | $186,749.62 |
| Customer 433 | $123,960.35 |
| Customer 434 | $55,926.50 |
| Customer 435 | $155,581.09 |
| Customer 436 | $42,416.57 |
| Customer 437 | $184,847.86 |
| Customer 438 | $111,364.10 |
| Customer 439 | $168,267.86 |
| Customer 440 | $81,009.97 |
| Customer 441 | $82,573.39 |
| Customer 442 | $162,165.86 |
| Customer 443 | $181,895.18 |
| Customer 444 | $41,249.05 |
| Customer 445 | $97,149.12 |
| Customer 446 | $40,714.02 |
| Customer 447 | $172,228.66 |
| Customer 448 | $66,368.55 |
| Customer 449 | $145,472.32 |
| Customer 450 | $124,674.30 |
| Customer 451 | $124,674.30 |
| Customer 452 | $45,294.83 |
| Customer 453 | $89,839.03 |
| Customer 454 | $89,839.03 |
| Customer 455 | $121,256.40 |
| Customer 456 | $146,505.18 |
| Customer 457 | $37,808.75 |
| Customer 458 | $37,808.75 |
| Customer 459 | $164,521.56 |
| Customer 460 | $62,400.71 |
| Customer 461 | $37,743.68 |
| Customer 462 | $56,237.65 |
| Customer 463 | $116,340.82 |
| Customer 464 | $166,550.54 |
| Customer 465 | $137,168.44 |
| Customer 466 | $138,721.13 |
| Customer 467 | $109,652.96 |
| Customer 468 | $116,700.02 |
| Customer 469 | $109,223.12 |
| Customer 470 | $158,250.48 |
| Customer 471 | $157,966.19 |

ME1 47514160v.1

| | |
|---|---|
| Customer 472 | $36,970.24 |
| Customer 473 | $157,530.81 |
| Customer 474 | $157,196.49 |
| Customer 475 | $66,484.40 |
| Customer 476 | $156,861.46 |
| Customer 477 | $156,861.46 |
| Customer 478 | $179,101.43 |
| Customer 479 | $156,798.03 |
| Customer 480 | $158,133.20 |
| Customer 481 | $35,497.79 |
| Customer 482 | $43,895.66 |
| Customer 483 | $154,504.74 |
| Customer 484 | $76,683.99 |
| Customer 485 | $149,839.10 |
| Customer 486 | $152,579.51 |
| Customer 487 | $148,643.04 |
| Customer 488 | $76,898.77 |
| Customer 489 | $106,156.90 |
| Customer 490 | $138,405.63 |
| Customer 491 | $136,083.59 |
| Customer 492 | $135,147.90 |
| Customer 493 | $148,128.30 |
| Customer 494 | $148,128.30 |
| Customer 495 | $116,333.16 |
| Customer 496 | $46,226.05 |
| Customer 497 | $147,754.97 |
| Customer 498 | $147,754.97 |
| Customer 499 | $305,903.66 |
| Customer 500 | $63,190.30 |
| Customer 501 | $147,647.36 |
| Customer 502 | $135,716.36 |
| Customer 503 | $135,716.36 |
| Customer 504 | $60,666.88 |
| Customer 505 | $39,644.74 |
| Customer 506 | $136,017.16 |
| Customer 507 | $33,045.74 |
| Customer 508 | $140,728.58 |
| Customer 509 | $51,490.01 |
| Customer 510 | $58,873.64 |
| Customer 511 | $292,638.03 |
| Customer 512 | $102,376.22 |
| Customer 513 | $31,987.39 |
| Customer 514 | $289,217.95 |

14

| | |
|---|---|
| Customer 515 | $101,414.31 |
| Customer 516 | $100,973.06 |
| Customer 517 | $44,839.52 |
| Customer 518 | $52,919.08 |
| Customer 519 | $242,627.02 |
| Customer 520 | $132,636.59 |
| Customer 521 | $30,329.34 |
| Customer 522 | $29,946.91 |
| Customer 523 | $94,911.02 |
| Customer 524 | $122,808.93 |
| Customer 525 | $111,324.42 |
| Customer 526 | $119,842.40 |
| Customer 527 | $122,870.98 |
| Customer 528 | $129,636.58 |
| Customer 529 | $129,636.58 |
| Customer 530 | $219,678.02 |
| Customer 531 | $54,855.32 |
| Customer 532 | $456,801.83 |
| Customer 533 | $456,801.83 |
| Customer 534 | $108,706.46 |
| Customer 535 | $125,631.82 |
| Customer 536 | $253,401.86 |
| Customer 537 | $60,061.09 |
| Customer 538 | $28,555.56 |
| Customer 539 | $83,634.49 |
| Customer 540 | $67,233.38 |
| Customer 541 | $28,055.07 |
| Customer 542 | $98,948.74 |
| Customer 543 | $159,010.41 |
| Customer 544 | $27,850.99 |
| Customer 545 | $76,110.65 |
| Customer 546 | $109,371.10 |
| Customer 547 | $78,112.96 |
| Customer 548 | $78,112.96 |
| Customer 549 | $97,941.73 |
| Customer 550 | $94,593.02 |
| Customer 551 | $26,590.59 |
| Customer 552 | $73,402.59 |
| Customer 553 | $108,549.87 |
| Customer 554 | $46,207.89 |
| Customer 555 | $25,959.46 |
| Customer 556 | $65,112.09 |
| Customer 557 | $44,130.37 |

15

| | |
|---|---|
| Customer 558 | $46,804.18 |
| Customer 559 | $82,170.52 |
| Customer 560 | $25,528.52 |
| Customer 561 | $92,897.32 |
| Customer 562 | $262,159.54 |
| Customer 563 | $84,348.10 |
| Customer 564 | $127,277.71 |
| Customer 565 | $110,856.86 |
| Customer 566 | $91,191.92 |
| Customer 567 | $88,786.37 |
| Customer 568 | $109,727.40 |
| Customer 569 | $24,999.99 |
| Customer 570 | $122,275.13 |
| Customer 571 | $41,364.27 |
| Customer 572 | $122,731.60 |
| Customer 573 | $122,731.60 |
| Customer 574 | $108,535.69 |
| Customer 575 | $108,535.69 |
| Customer 576 | $98,141.05 |
| Customer 577 | $67,809.55 |
| Customer 578 | $131,774.88 |
| Customer 579 | $76,474.57 |
| Customer 580 | $86,043.24 |
| Customer 581 | $86,043.24 |
| Customer 582 | $89,015.28 |
| Customer 583 | $96,163.36 |
| Customer 584 | $53,396.64 |
| Customer 585 | $103,525.51 |
| Customer 586 | $99,121.15 |
| Customer 587 | $69,415.43 |
| Customer 588 | $23,387.11 |
| Customer 589 | $23,373.66 |
| Customer 590 | $139,334.80 |
| Customer 591 | $61,694.98 |
| Customer 592 | $56,288.61 |
| Customer 593 | $56,288.61 |
| Customer 594 | $38,238.67 |
| Customer 595 | $44,556.32 |
| Customer 596 | $91,991.99 |
| Customer 597 | $37,978.58 |
| Customer 598 | $137,648.13 |
| Customer 599 | $137,648.13 |
| Customer 600 | $97,712.31 |

16

| | |
|---|---|
| Customer 601 | $240,478.97 |
| Customer 602 | $76,201.91 |
| Customer 603 | $97,038.46 |
| Customer 604 | $50,171.15 |
| Customer 605 | $89,473.50 |
| Customer 606 | $89,473.50 |
| Customer 607 | $22,007.68 |
| Customer 608 | $86,090.48 |
| Customer 609 | $21,704.44 |
| Customer 610 | $52,880.09 |
| Customer 611 | $21,576.52 |
| Customer 612 | $90,542.29 |
| Customer 613 | $93,742.99 |
| Customer 614 | $21,403.46 |
| Customer 615 | $21,388.19 |
| Customer 616 | $86,569.01 |
| Customer 617 | $242,072.96 |
| Customer 618 | $31,259.68 |
| Customer 619 | $88,747.73 |
| Customer 620 | $21,600.16 |
| Customer 621 | $33,680.49 |
| Customer 622 | $136,522.10 |
| Customer 623 | $26,119.55 |
| Customer 624 | $54,389.52 |
| Customer 625 | $51,664.86 |
| Customer 626 | $51,664.86 |
| Customer 627 | $85,846.33 |
| Customer 628 | $85,051.37 |
| Customer 629 | $20,467.90 |
| Customer 630 | $58,944.56 |
| Customer 631 | $48,503.12 |
| Customer 632 | $78,034.78 |
| Customer 633 | $38,268.85 |
| Customer 634 | $33,438.37 |
| Customer 635 | $85,655.82 |
| Customer 636 | $84,786.56 |
| Customer 637 | $67,313.25 |
| Customer 638 | $62,489.55 |
| Customer 639 | $84,552.85 |
| Customer 640 | $76,524.50 |
| Customer 641 | $76,524.50 |
| Customer 642 | $70,212.61 |
| Customer 643 | $56,275.58 |

ME1 47514160v.1

| | |
|---|---|
| Customer 644 | $106,523.55 |
| Customer 645 | $20,104.02 |
| Customer 646 | $77,440.64 |
| Customer 647 | $18,914.10 |
| Customer 648 | $68,072.46 |
| Customer 649 | $49,327.52 |
| Customer 650 | $49,327.52 |
| Customer 651 | $67,009.54 |
| Customer 652 | $31,289.69 |
| Customer 653 | $31,141.08 |
| Customer 654 | $26,186.44 |
| Customer 655 | $26,186.44 |
| Customer 656 | $81,737.28 |
| Customer 657 | $18,572.59 |
| Customer 658 | $24,947.62 |
| Customer 659 | $61,199.48 |
| Customer 660 | $49,174.06 |
| Customer 661 | $33,504.01 |
| Customer 662 | $18,407.22 |
| Customer 663 | $18,196.36 |
| Customer 664 | $77,877.55 |
| Customer 665 | $59,592.61 |
| Customer 666 | $27,776.79 |
| Customer 667 | $133,741.14 |
| Customer 668 | $38,033.59 |
| Customer 669 | $78,574.59 |
| Customer 670 | $142,612.12 |
| Customer 671 | $17,853.05 |
| Customer 672 | $49,761.26 |
| Customer 673 | $49,761.26 |
| Customer 674 | $56,694.72 |
| Customer 675 | $18,706.32 |
| Customer 676 | $32,936.80 |
| Customer 677 | $38,771.59 |
| Customer 678 | $66,870.39 |
| Customer 679 | $76,807.33 |
| Customer 680 | $61,877.37 |
| Customer 681 | $25,106.76 |
| Customer 682 | $28,592.96 |
| Customer 683 | $75,377.18 |
| Customer 684 | $156,704.48 |
| Customer 685 | $74,579.53 |
| Customer 686 | $74,543.19 |

18

| | |
|---|---|
| Customer 687 | $74,500.01 |
| Customer 688 | $73,946.58 |
| Customer 689 | $136,015.32 |
| Customer 690 | $29,892.45 |
| Customer 691 | $280,138.43 |
| Customer 692 | $16,516.85 |
| Customer 693 | $150,360.87 |
| Customer 694 | $54,718.97 |
| Customer 695 | $73,340.71 |
| Customer 696 | $71,198.44 |
| Customer 697 | $65,683.55 |
| Customer 698 | $16,261.99 |
| Customer 699 | $16,538.70 |
| Customer 700 | $21,212.44 |
| Customer 701 | $22,400.19 |
| Customer 702 | $47,482.81 |
| Customer 703 | $70,497.93 |
| Customer 704 | $22,015.10 |
| Customer 705 | $146,912.77 |
| Customer 706 | $16,087.35 |
| Customer 707 | $16,318.38 |
| Customer 708 | $16,000.13 |
| Customer 709 | $52,730.36 |
| Customer 710 | $68,787.30 |
| Customer 711 | $24,712.13 |
| Customer 712 | $53,520.98 |
| Customer 713 | $23,764.34 |
| Customer 714 | $15,741.68 |
| Customer 715 | $92,051.61 |
| Customer 716 | $129,538.59 |
| Customer 717 | $20,677.81 |
| Customer 718 | $25,916.85 |
| Customer 719 | $31,752.79 |
| Customer 720 | $53,164.78 |
| Customer 721 | $60,698.45 |
| Customer 722 | $49,489.18 |
| Customer 723 | $15,238.23 |
| Customer 724 | $33,270.84 |
| Customer 725 | $33,270.84 |
| Customer 726 | $15,117.14 |
| Customer 727 | $15,116.16 |
| Customer 728 | $64,440.21 |
| Customer 729 | $52,440.94 |

19

| | |
|---|---|
| Customer 730 | $64,232.97 |
| Customer 731 | $14,689.06 |
| Customer 732 | $27,015.83 |
| Customer 733 | $56,048.98 |
| Customer 734 | $23,289.92 |
| Customer 735 | $23,289.92 |
| Customer 736 | $57,210.89 |
| Customer 737 | $63,439.86 |
| Customer 738 | $45,583.22 |
| Customer 739 | $90,980.27 |
| Customer 740 | $90,980.27 |
| Customer 741 | $19,713.81 |
| Customer 742 | $61,161.98 |
| Customer 743 | $19,003.21 |
| Customer 744 | $19,186.59 |
| Customer 745 | $43,731.15 |
| Customer 746 | $43,509.29 |
| Customer 747 | $13,886.85 |
| Customer 748 | $126,303.25 |
| Customer 749 | $126,303.25 |
| Customer 750 | $35,631.86 |
| Customer 751 | $60,244.82 |
| Customer 752 | $59,886.16 |
| Customer 753 | $55,393.41 |
| Customer 754 | $33,944.41 |
| Customer 755 | $124,419.68 |
| Customer 756 | $22,651.35 |
| Customer 757 | $43,747.07 |
| Customer 758 | $43,747.07 |
| Customer 759 | $59,423.92 |
| Customer 760 | $14,493.28 |
| Customer 761 | $97,202.79 |
| Customer 762 | $19,431.69 |
| Customer 763 | $58,424.68 |
| Customer 764 | $58,312.70 |
| Customer 765 | $51,498.87 |
| Customer 766 | $57,852.87 |
| Customer 767 | $42,371.00 |
| Customer 768 | $13,150.00 |
| Customer 769 | $19,538.24 |
| Customer 770 | $54,014.41 |
| Customer 771 | $89,238.12 |
| Customer 772 | $21,515.05 |

ME1 47514160v.1

| | |
|---|---|
| Customer 773 | $43,114.79 |
| Customer 774 | $56,379.05 |
| Customer 775 | $99,119.29 |
| Customer 776 | $12,801.03 |
| Customer 777 | $45,280.01 |
| Customer 778 | $69,729.67 |
| Customer 779 | $12,744.44 |
| Customer 780 | $22,863.51 |
| Customer 781 | $53,709.57 |
| Customer 782 | $33,848.01 |
| Customer 783 | $31,502.03 |
| Customer 784 | $54,495.71 |
| Customer 785 | $34,945.70 |
| Customer 786 | $34,945.70 |
| Customer 787 | $54,304.01 |
| Customer 788 | $54,281.49 |
| Customer 789 | $19,308.72 |
| Customer 790 | $12,387.21 |
| Customer 791 | $54,142.50 |
| Customer 792 | $21,343.03 |
| Customer 793 | $53,695.88 |
| Customer 794 | $17,068.00 |
| Customer 795 | $53,438.87 |
| Customer 796 | $18,974.48 |
| Customer 797 | $53,253.62 |
| Customer 798 | $37,338.08 |
| Customer 799 | $34,733.69 |
| Customer 800 | $52,137.40 |
| Customer 801 | $38,302.49 |
| Customer 802 | $19,321.97 |
| Customer 803 | $52,153.38 |
| Customer 804 | $38,624.78 |
| Customer 805 | $17,254.42 |
| Customer 806 | $35,353.85 |
| Customer 807 | $50,868.92 |
| Customer 808 | $51,034.61 |
| Customer 809 | $35,286.47 |
| Customer 810 | $50,599.46 |
| Customer 811 | $11,492.19 |
| Customer 812 | $35,221.54 |
| Customer 813 | $40,615.28 |
| Customer 814 | $11,361.95 |
| Customer 815 | $28,880.38 |

| | |
|---|---|
| Customer 816 | $12,312.96 |
| Customer 817 | $12,629.24 |
| Customer 818 | $11,168.22 |
| Customer 819 | $11,168.22 |
| Customer 820 | $45,856.07 |
| Customer 821 | $237,054.48 |
| Customer 822 | $13,561.53 |
| Customer 823 | $35,352.57 |
| Customer 824 | $13,432.78 |
| Customer 825 | $40,174.82 |
| Customer 826 | $32,420.75 |
| Customer 827 | $42,224.20 |
| Customer 828 | $10,650.95 |
| Customer 829 | $105,917.40 |
| Customer 830 | $46,441.33 |
| Customer 831 | $10,526.77 |
| Customer 832 | $42,405.55 |
| Customer 833 | $10,484.56 |
| Customer 834 | $45,310.48 |
| Customer 835 | $42,553.94 |
| Customer 836 | $38,723.89 |
| Customer 837 | $43,173.26 |
| Customer 838 | $15,137.07 |
| Customer 839 | $32,245.15 |
| Customer 840 | $32,927.29 |
| Customer 841 | $10,199.00 |
| Customer 842 | $10,201.93 |
| Customer 843 | $28,476.57 |
| Customer 844 | $28,476.57 |
| Customer 845 | $41,736.34 |
| Customer 846 | $92,721.53 |
| Customer 847 | $36,627.76 |
| Customer 848 | $10,077.09 |
| Customer 849 | $31,669.53 |
| Customer 850 | $29,709.82 |
| Customer 851 | $29,709.82 |
| Customer 852 | $91,036.33 |
| Customer 853 | $32,802.92 |
| Customer 854 | $21,598.16 |
| Customer 855 | $40,724.12 |
| Customer 856 | $42,862.32 |
| Customer 857 | $16,285.11 |
| Customer 858 | $42,636.50 |

ME1 47514160v.1

| | |
|---|---|
| Customer 859 | $37,889.36 |
| Customer 860 | $38,947.42 |
| Customer 861 | $9,627.64 |
| Customer 862 | $14,509.29 |
| Customer 863 | $17,312.55 |
| Customer 864 | $41,918.33 |
| Customer 865 | $18,198.12 |
| Customer 866 | $43,450.39 |
| Customer 867 | $41,133.44 |
| Customer 868 | $40,890.17 |
| Customer 869 | $40,890.17 |
| Customer 870 | $40,890.17 |
| Customer 871 | $40,889.82 |
| Customer 872 | $37,260.01 |
| Customer 873 | $38,103.41 |
| Customer 874 | $15,326.58 |
| Customer 875 | $64,137.74 |
| Customer 876 | $40,149.55 |
| Customer 877 | $30,465.84 |
| Customer 878 | $35,205.74 |
| Customer 879 | $27,494.34 |
| Customer 880 | $40,051.16 |
| Customer 881 | $9,127.43 |
| Customer 882 | $49,458.56 |
| Customer 883 | $38,467.94 |
| Customer 884 | $39,388.94 |
| Customer 885 | $27,291.21 |
| Customer 886 | $15,969.21 |
| Customer 887 | $21,545.97 |
| Customer 888 | $28,623.31 |
| Customer 889 | $38,519.07 |
| Customer 890 | $38,945.27 |
| Customer 891 | $38,945.27 |
| Customer 892 | $8,891.59 |
| Customer 893 | $36,331.72 |
| Customer 894 | $27,550.03 |
| Customer 895 | $80,350.75 |
| Customer 896 | $9,328.47 |
| Customer 897 | $25,590.98 |
| Customer 898 | $10,642.61 |
| Customer 899 | $16,792.01 |
| Customer 900 | $23,964.88 |
| Customer 901 | $72,766.68 |

ME1 47514160v.1

| | |
|---|---|
| Customer 902 | $37,876.27 |
| Customer 903 | $18,098.25 |
| Customer 904 | $31,412.13 |
| Customer 905 | $19,484.87 |
| Customer 906 | $33,772.67 |
| Customer 907 | $8,627.27 |
| Customer 908 | $8,524.06 |
| Customer 909 | $76,724.73 |
| Customer 910 | $19,881.00 |
| Customer 911 | $35,424.18 |
| Customer 912 | $22,133.16 |
| Customer 913 | $22,133.16 |
| Customer 914 | $21,104.60 |
| Customer 915 | $30,832.49 |
| Customer 916 | $19,764.73 |
| Customer 917 | $75,615.82 |
| Customer 918 | $75,274.57 |
| Customer 919 | $64,525.67 |
| Customer 920 | $64,525.67 |
| Customer 921 | $14,395.47 |
| Customer 922 | $12,078.98 |
| Customer 923 | $69,762.11 |
| Customer 924 | $73,599.26 |
| Customer 925 | $68,792.22 |
| Customer 926 | $13,262.94 |
| Customer 927 | $28,449.19 |
| Customer 928 | $35,184.51 |
| Customer 929 | $35,183.14 |
| Customer 930 | $8,011.22 |
| Customer 931 | $8,013.14 |
| Customer 932 | $24,521.80 |
| Customer 933 | $9,212.93 |
| Customer 934 | $32,682.56 |
| Customer 935 | $14,889.53 |
| Customer 936 | $27,859.19 |
| Customer 937 | $31,300.50 |
| Customer 938 | $31,311.92 |
| Customer 939 | $25,020.34 |
| Customer 940 | $42,204.28 |
| Customer 941 | $12,842.54 |
| Customer 942 | $22,124.78 |
| Customer 943 | $10,901.16 |
| Customer 944 | $21,029.31 |

24

| | |
|---|---|
| Customer 945 | $7,583.27 |
| Customer 946 | $15,563.89 |
| Customer 947 | $24,326.27 |
| Customer 948 | $24,326.27 |
| Customer 949 | $7,555.65 |
| Customer 950 | $24,268.10 |
| Customer 951 | $56,923.51 |
| Customer 952 | $7,533.36 |
| Customer 953 | $24,305.27 |
| Customer 954 | $22,037.98 |
| Customer 955 | $28,705.46 |
| Customer 956 | $32,383.28 |
| Customer 957 | $27,541.55 |
| Customer 958 | $12,308.26 |
| Customer 959 | $32,148.66 |
| Customer 960 | $23,633.23 |
| Customer 961 | $7,328.71 |
| Customer 962 | $21,250.32 |
| Customer 963 | $31,866.09 |
| Customer 964 | $23,387.93 |
| Customer 965 | $20,082.65 |
| Customer 966 | $21,568.35 |
| Customer 967 | $29,393.88 |
| Customer 968 | $7,176.86 |
| Customer 969 | $31,393.49 |
| Customer 970 | $26,943.22 |
| Customer 971 | $7,121.38 |
| Customer 972 | $9,623.81 |
| Customer 973 | $30,636.39 |
| Customer 974 | $20,460.91 |
| Customer 975 | $19,675.66 |
| Customer 976 | $17,505.52 |
| Customer 977 | $29,648.69 |
| Customer 978 | $21,989.75 |
| Customer 979 | $17,766.44 |
| Customer 980 | $61,236.91 |
| Customer 981 | $6,711.51 |
| Customer 982 | $6,682.08 |
| Customer 983 | $29,180.94 |
| Customer 984 | $17,933.35 |
| Customer 985 | $13,986.87 |
| Customer 986 | $16,036.41 |
| Customer 987 | $6,621.32 |

25

| | |
|---|---|
| Customer 988 | $6,779.94 |
| Customer 989 | $28,865.65 |
| Customer 990 | $6,569.77 |
| Customer 991 | $59,348.84 |
| Customer 992 | $6,511.10 |
| Customer 993 | $15,708.65 |
| Customer 994 | $16,916.01 |
| Customer 995 | $6,484.49 |
| Customer 996 | $25,912.13 |
| Customer 997 | $6,463.03 |
| Customer 998 | $6,463.03 |
| Customer 999 | $6,459.43 |
| Customer 1000 | $23,344.39 |
| Customer 1001 | $28,222.95 |
| Customer 1002 | $21,955.44 |
| Customer 1003 | $18,292.95 |
| Customer 1004 | $58,031.78 |
| Customer 1005 | $27,882.37 |
| Customer 1006 | $27,855.43 |
| Customer 1007 | $6,356.24 |
| Customer 1008 | $19,943.51 |
| Customer 1009 | $6,334.64 |
| Customer 1010 | $19,450.80 |
| Customer 1011 | $26,193.56 |
| Customer 1012 | $23,354.21 |
| Customer 1013 | $27,267.43 |
| Customer 1014 | $56,674.92 |
| Customer 1015 | $19,892.28 |
| Customer 1016 | $25,837.48 |
| Customer 1017 | $25,196.07 |
| Customer 1018 | $26,896.56 |
| Customer 1019 | $25,528.17 |
| Customer 1020 | $15,490.29 |
| Customer 1021 | $22,702.67 |
| Customer 1022 | $7,412.56 |
| Customer 1023 | $8,804.35 |
| Customer 1024 | $46,898.30 |
| Customer 1025 | $29,101.48 |
| Customer 1026 | $54,386.44 |
| Customer 1027 | $54,061.97 |
| Customer 1028 | $30,263.09 |
| Customer 1029 | $16,224.22 |
| Customer 1030 | $84,737.46 |

26

| | |
|---|---|
| Customer 1031 | $12,297.90 |
| Customer 1032 | $8,379.40 |
| Customer 1033 | $25,390.75 |
| Customer 1034 | $22,898.39 |
| Customer 1035 | $23,055.91 |
| Customer 1036 | $24,383.28 |
| Customer 1037 | $30,737.62 |
| Customer 1038 | $16,845.78 |
| Customer 1039 | $16,845.78 |
| Customer 1040 | $26,843.73 |
| Customer 1041 | $5,589.83 |
| Customer 1042 | $20,995.66 |
| Customer 1043 | $8,246.01 |
| Customer 1044 | $24,010.50 |
| Customer 1045 | $5,486.92 |
| Customer 1046 | $17,542.43 |
| Customer 1047 | $5,594.72 |
| Customer 1048 | $22,070.12 |
| Customer 1049 | $24,934.25 |
| Customer 1050 | $17,438.90 |
| Customer 1051 | $11,517.05 |
| Customer 1052 | $16,976.08 |
| Customer 1053 | $8,058.73 |
| Customer 1054 | $18,144.35 |
| Customer 1055 | $9,933.06 |
| Customer 1056 | $17,003.49 |
| Customer 1057 | $48,922.39 |
| Customer 1058 | $23,192.98 |
| Customer 1059 | $5,292.77 |
| Customer 1060 | $19,816.00 |
| Customer 1061 | $19,816.00 |
| Customer 1062 | $5,185.40 |
| Customer 1063 | $19,140.99 |
| Customer 1064 | $5,163.68 |
| Customer 1065 | $22,345.29 |
| Customer 1066 | $13,354.31 |
| Customer 1067 | $20,789.56 |
| Customer 1068 | $8,208.18 |
| Customer 1069 | $10,834.16 |
| Customer 1070 | $5,117.58 |
| Customer 1071 | $5,108.79 |
| Customer 1072 | $19,499.86 |
| Customer 1073 | $22,504.81 |

27

| | |
|---|---|
| Customer 1074 | $22,851.70 |
| Customer 1075 | $16,235.40 |
| Customer 1076 | $16,235.40 |
| Customer 1077 | $16,169.37 |
| Customer 1078 | $21,126.09 |
| Customer 1079 | $19,042.78 |
| Customer 1080 | $21,922.24 |
| Customer 1081 | $17,954.01 |
| Customer 1082 | $11,949.09 |
| Customer 1083 | $21,814.59 |
| Customer 1084 | $14,837.19 |
| Customer 1085 | $19,209.31 |
| Customer 1086 | $28,590.30 |
| Customer 1087 | $32,215.48 |
| Customer 1088 | $10,704.60 |
| Customer 1089 | $4,876.25 |
| Customer 1090 | $44,263.13 |
| Customer 1091 | $8,987.55 |
| Customer 1092 | $4,840.27 |
| Customer 1093 | $4,838.44 |
| Customer 1094 | $43,758.96 |
| Customer 1095 | $20,969.96 |
| Customer 1096 | $13,963.85 |
| Customer 1097 | $17,442.10 |
| Customer 1098 | $17,442.10 |
| Customer 1099 | $12,308.78 |
| Customer 1100 | $9,395.52 |
| Customer 1101 | $8,356.74 |
| Customer 1102 | $20,590.90 |
| Customer 1103 | $4,723.26 |
| Customer 1104 | $19,053.70 |
| Customer 1105 | $18,749.81 |
| Customer 1106 | $20,212.14 |
| Customer 1107 | $13,586.17 |
| Customer 1108 | $10,811.41 |
| Customer 1109 | $22,279.78 |
| Customer 1110 | $14,482.78 |
| Customer 1111 | $41,171.82 |
| Customer 1112 | $14,960.85 |
| Customer 1113 | $8,609.95 |
| Customer 1114 | $4,457.85 |
| Customer 1115 | $4,457.85 |
| Customer 1116 | $19,333.43 |

28

| | |
|---|---|
| Customer 1117 | $10,760.80 |
| Customer 1118 | $7,344.48 |
| Customer 1119 | $17,226.68 |
| Customer 1120 | $16,028.25 |
| Customer 1121 | $32,866.84 |
| Customer 1122 | $14,734.20 |
| Customer 1123 | $18,855.11 |
| Customer 1124 | $17,801.00 |
| Customer 1125 | $15,756.90 |
| Customer 1126 | $17,852.35 |
| Customer 1127 | $16,302.62 |
| Customer 1128 | $12,266.24 |
| Customer 1129 | $17,869.57 |
| Customer 1130 | $6,745.08 |
| Customer 1131 | $15,966.09 |
| Customer 1132 | $11,247.76 |
| Customer 1133 | $4,008.14 |
| Customer 1134 | $14,349.63 |
| Customer 1135 | $15,152.98 |
| Customer 1136 | $3,981.24 |
| Customer 1137 | $5,806.54 |
| Customer 1138 | $11,474.60 |
| Customer 1139 | $17,275.61 |
| Customer 1140 | $17,275.61 |
| Customer 1141 | $30,433.12 |
| Customer 1142 | $16,512.65 |
| Customer 1143 | $12,879.32 |
| Customer 1144 | $34,777.22 |
| Customer 1145 | $35,320.18 |
| Customer 1146 | $6,123.89 |
| Customer 1147 | $4,869.57 |
| Customer 1148 | $11,331.46 |
| Customer 1149 | $16,680.61 |
| Customer 1150 | $21,673.04 |
| Customer 1151 | $6,042.83 |
| Customer 1152 | $16,533.02 |
| Customer 1153 | $16,533.02 |
| Customer 1154 | $15,967.24 |
| Customer 1155 | $9,596.72 |
| Customer 1156 | $7,266.51 |
| Customer 1157 | $10,765.53 |
| Customer 1158 | $16,026.10 |
| Customer 1159 | $33,927.11 |

29

| | |
|---|---|
| Customer 1160 | $15,726.99 |
| Customer 1161 | $10,317.15 |
| Customer 1162 | $4,357.48 |
| Customer 1163 | $6,437.50 |
| Customer 1164 | $7,944.69 |
| Customer 1165 | $11,512.16 |
| Customer 1166 | $6,478.92 |
| Customer 1167 | $8,563.45 |
| Customer 1168 | $13,618.21 |
| Customer 1169 | $3,619.74 |
| Customer 1170 | $4,759.16 |
| Customer 1171 | $11,551.91 |
| Customer 1172 | $15,703.14 |
| Customer 1173 | $15,703.14 |
| Customer 1174 | $15,703.14 |
| Customer 1175 | $15,582.48 |
| Customer 1176 | $3,575.59 |
| Customer 1177 | $13,261.44 |
| Customer 1178 | $6,863.57 |
| Customer 1179 | $4,860.21 |
| Customer 1180 | $5,492.54 |
| Customer 1181 | $3,721.55 |
| Customer 1182 | $31,465.19 |
| Customer 1183 | $12,395.99 |
| Customer 1184 | $10,066.40 |
| Customer 1185 | $9,130.89 |
| Customer 1186 | $13,151.76 |
| Customer 1187 | $13,151.76 |
| Customer 1188 | $8,090.60 |
| Customer 1189 | $14,674.40 |
| Customer 1190 | $12,847.37 |
| Customer 1191 | $11,949.39 |
| Customer 1192 | $27,178.30 |
| Customer 1193 | $6,390.92 |
| Customer 1194 | $13,949.92 |
| Customer 1195 | $29,741.29 |
| Customer 1196 | $3,762.67 |
| Customer 1197 | $14,237.25 |
| Customer 1198 | $28,842.85 |
| Customer 1199 | $10,534.84 |
| Customer 1200 | $14,032.50 |
| Customer 1201 | $29,171.08 |
| Customer 1202 | $3,234.51 |

| | |
|---|---|
| Customer 1203 | $3,149.16 |
| Customer 1204 | $4,962.56 |
| Customer 1205 | $3,132.12 |
| Customer 1206 | $13,352.72 |
| Customer 1207 | $18,443.75 |
| Customer 1208 | $6,179.29 |
| Customer 1209 | $8,343.17 |
| Customer 1210 | $12,074.81 |
| Customer 1211 | $4,653.37 |
| Customer 1212 | $12,048.17 |
| Customer 1213 | $11,775.03 |
| Customer 1214 | $8,294.39 |
| Customer 1215 | $6,278.22 |
| Customer 1216 | $12,774.87 |
| Customer 1217 | $9,209.27 |
| Customer 1218 | $2,877.82 |
| Customer 1219 | $9,581.16 |
| Customer 1220 | $9,026.37 |
| Customer 1221 | $9,026.37 |
| Customer 1222 | $25,601.09 |
| Customer 1223 | $11,528.31 |
| Customer 1224 | $12,107.96 |
| Customer 1225 | $10,665.72 |
| Customer 1226 | $4,594.96 |
| Customer 1227 | $12,075.05 |
| Customer 1228 | $9,009.87 |
| Customer 1229 | $2,749.01 |
| Customer 1230 | $2,741.03 |
| Customer 1231 | $6,528.91 |
| Customer 1232 | $11,391.63 |
| Customer 1233 | $3,716.87 |
| Customer 1234 | $24,621.17 |
| Customer 1235 | $24,621.17 |
| Customer 1236 | $2,683.25 |
| Customer 1237 | $8,531.67 |
| Customer 1238 | $2,654.95 |
| Customer 1239 | $8,774.89 |
| Customer 1240 | $11,743.08 |
| Customer 1241 | $10,956.75 |
| Customer 1242 | $7,103.69 |
| Customer 1243 | $7,565.41 |
| Customer 1244 | $8,169.70 |
| Customer 1245 | $11,244.55 |

ME1 47514160v.1

| | |
|---|---|
| Customer 1246 | $11,092.21 |
| Customer 1247 | $3,964.91 |
| Customer 1248 | $21,224.54 |
| Customer 1249 | $2,470.58 |
| Customer 1250 | $8,980.16 |
| Customer 1251 | $7,511.12 |
| Customer 1252 | $2,446.62 |
| Customer 1253 | $2,430.39 |
| Customer 1254 | $9,214.47 |
| Customer 1255 | $9,214.47 |
| Customer 1256 | $10,516.06 |
| Customer 1257 | $10,557.02 |
| Customer 1258 | $4,844.43 |
| Customer 1259 | $8,054.32 |
| Customer 1260 | $8,325.42 |
| Customer 1261 | $10,283.77 |
| Customer 1262 | $21,805.49 |
| Customer 1263 | $3,514.47 |
| Customer 1264 | $9,990.73 |
| Customer 1265 | $4,798.40 |
| Customer 1266 | $2,481.68 |
| Customer 1267 | $21,269.29 |
| Customer 1268 | $3,621.04 |
| Customer 1269 | $3,621.04 |
| Customer 1270 | $2,375.78 |
| Customer 1271 | $9,272.45 |
| Customer 1272 | $2,320.30 |
| Customer 1273 | $9,897.13 |
| Customer 1274 | $9,149.15 |
| Customer 1275 | $12,023.79 |
| Customer 1276 | $4,388.68 |
| Customer 1277 | $4,694.59 |
| Customer 1278 | $2,285.17 |
| Customer 1279 | $2,209.85 |
| Customer 1280 | $12,916.53 |
| Customer 1281 | $6,639.47 |
| Customer 1282 | $6,639.47 |
| Customer 1283 | $10,569.96 |
| Customer 1284 | $8,625.19 |
| Customer 1285 | $3,564.70 |
| Customer 1286 | $7,586.37 |
| Customer 1287 | $17,720.56 |
| Customer 1288 | $2,114.99 |

32

| | |
|---|---|
| Customer 1289 | $4,051.59 |
| Customer 1290 | $2,075.06 |
| Customer 1291 | $2,057.07 |
| Customer 1292 | $15,464.04 |
| Customer 1293 | $7,876.28 |
| Customer 1294 | $6,383.61 |
| Customer 1295 | $6,915.28 |
| Customer 1296 | $5,638.19 |
| Customer 1297 | $3,316.91 |
| Customer 1298 | $6,252.14 |
| Customer 1299 | $5,727.25 |
| Customer 1300 | $8,112.32 |
| Customer 1301 | $5,965.50 |
| Customer 1302 | $6,112.28 |
| Customer 1303 | $8,465.82 |
| Customer 1304 | $8,212.86 |
| Customer 1305 | $6,083.76 |
| Customer 1306 | $3,041.65 |
| Customer 1307 | $13,569.59 |
| Customer 1308 | $5,820.42 |
| Customer 1309 | $5,820.42 |
| Customer 1310 | $8,221.69 |
| Customer 1311 | $7,227.32 |
| Customer 1312 | $16,992.85 |
| Customer 1313 | $4,101.77 |
| Customer 1314 | $8,039.88 |
| Customer 1315 | $14,607.52 |
| Customer 1316 | $4,759.46 |
| Customer 1317 | $13,567.33 |
| Customer 1318 | $4,355.67 |
| Customer 1319 | $1,806.16 |
| Customer 1320 | $4,584.71 |
| Customer 1321 | $6,672.24 |
| Customer 1322 | $5,436.87 |
| Customer 1323 | $15,083.59 |
| Customer 1324 | $15,083.59 |
| Customer 1325 | $5,667.99 |
| Customer 1326 | $15,884.57 |
| Customer 1327 | $6,742.61 |
| Customer 1328 | $5,817.52 |
| Customer 1329 | $3,586.74 |
| Customer 1330 | $13,558.28 |
| Customer 1331 | $3,566.42 |

ME1 47514160v.1

| | |
|---|---|
| Customer 1332 | $5,104.70 |
| Customer 1333 | $1,716.71 |
| Customer 1334 | $1,716.71 |
| Customer 1335 | $3,168.03 |
| Customer 1336 | $1,679.76 |
| Customer 1337 | $6,995.46 |
| Customer 1338 | $1,973.53 |
| Customer 1339 | $1,674.45 |
| Customer 1340 | $7,034.92 |
| Customer 1341 | $8,128.21 |
| Customer 1342 | $8,128.21 |
| Customer 1343 | $8,128.21 |
| Customer 1344 | $1,652.19 |
| Customer 1345 | $3,443.54 |
| Customer 1346 | $14,809.89 |
| Customer 1347 | $5,213.78 |
| Customer 1348 | $17,101.66 |
| Customer 1349 | $14,525.84 |
| Customer 1350 | $5,078.90 |
| Customer 1351 | $5,034.71 |
| Customer 1352 | $6,188.32 |
| Customer 1353 | $1,556.03 |
| Customer 1354 | $1,552.41 |
| Customer 1355 | $4,450.48 |
| Customer 1356 | $6,730.61 |
| Customer 1357 | $1,536.93 |
| Customer 1358 | $1,534.87 |
| Customer 1359 | $6,655.11 |
| Customer 1360 | $1,502.78 |
| Customer 1361 | $4,516.19 |
| Customer 1362 | $1,482.23 |
| Customer 1363 | $5,429.40 |
| Customer 1364 | $5,676.30 |
| Customer 1365 | $3,951.18 |
| Customer 1366 | $6,246.22 |
| Customer 1367 | $1,418.38 |
| Customer 1368 | $1,653.67 |
| Customer 1369 | $3,029.58 |
| Customer 1370 | $1,366.50 |
| Customer 1371 | $5,838.43 |
| Customer 1372 | $1,326.05 |
| Customer 1373 | $5,781.37 |
| Customer 1374 | $5,752.95 |

ME1 47514160v.1

| | |
|---|---|
| Customer 1375 | $1,305.94 |
| Customer 1376 | $8,096.62 |
| Customer 1377 | $1,280.80 |
| Customer 1378 | $4,295.98 |
| Customer 1379 | $1,268.46 |
| Customer 1380 | $4,540.65 |
| Customer 1381 | $5,350.74 |
| Customer 1382 | $2,835.03 |
| Customer 1383 | $3,625.42 |
| Customer 1384 | $3,870.05 |
| Customer 1385 | $4,322.18 |
| Customer 1386 | $1,622.68 |
| Customer 1387 | $1,159.40 |
| Customer 1388 | $1,153.62 |
| Customer 1389 | $1,136.90 |
| Customer 1390 | $1,315.90 |
| Customer 1391 | $1,482.94 |
| Customer 1392 | $4,848.45 |
| Customer 1393 | $1,686.12 |
| Customer 1394 | $4,068.06 |
| Customer 1395 | $1,305.47 |
| Customer 1396 | $1,073.39 |
| Customer 1397 | $3,260.84 |
| Customer 1398 | $1,034.23 |
| Customer 1399 | $2,019.42 |
| Customer 1400 | $4,431.95 |
| Customer 1401 | $1,690.66 |
| Customer 1402 | $2,563.79 |
| Customer 1403 | $987.72 |
| Customer 1404 | $1,729.88 |
| Customer 1405 | $3,660.32 |
| Customer 1406 | $3,018.47 |
| Customer 1407 | $937.78 |
| Customer 1408 | $8,371.39 |
| Customer 1409 | $8,371.39 |
| Customer 1410 | $8,371.39 |
| Customer 1411 | $3,883.84 |
| Customer 1412 | $3,011.55 |
| Customer 1413 | $1,824.41 |
| Customer 1414 | $1,579.47 |
| Customer 1415 | $2,122.29 |
| Customer 1416 | $3,905.53 |
| Customer 1417 | $879.83 |

35

| | |
|---|---|
| Customer 1418 | $877.42 |
| Customer 1419 | $2,730.66 |
| Customer 1420 | $871.91 |
| Customer 1421 | $2,638.92 |
| Customer 1422 | $833.41 |
| Customer 1423 | $829.08 |
| Customer 1424 | $3,279.09 |
| Customer 1425 | $4,063.09 |
| Customer 1426 | $786.11 |
| Customer 1427 | $2,924.43 |
| Customer 1428 | $786.69 |
| Customer 1429 | $2,514.40 |
| Customer 1430 | $3,036.64 |
| Customer 1431 | $694.81 |
| Customer 1432 | $2,744.44 |
| Customer 1433 | $2,744.44 |
| Customer 1434 | $2,846.13 |
| Customer 1435 | $5,813.21 |
| Customer 1436 | $5,849.94 |
| Customer 1437 | $5,849.94 |
| Customer 1438 | $2,438.47 |
| Customer 1439 | $1,774.21 |
| Customer 1440 | $2,183.80 |
| Customer 1441 | $5,480.74 |
| Customer 1442 | $901.40 |
| Customer 1443 | $2,214.76 |
| Customer 1444 | $2,595.49 |
| Customer 1445 | $615.65 |
| Customer 1446 | $615.65 |
| Customer 1447 | $2,432.63 |
| Customer 1448 | $1,340.09 |
| Customer 1449 | $2,482.52 |
| Customer 1450 | $5,050.66 |
| Customer 1451 | $1,472.38 |
| Customer 1452 | $2,886.17 |
| Customer 1453 | $4,874.74 |
| Customer 1454 | $2,105.02 |
| Customer 1455 | $2,221.38 |
| Customer 1456 | $2,264.87 |
| Customer 1457 | $1,422.02 |
| Customer 1458 | $2,119.59 |
| Customer 1459 | $478.29 |
| Customer 1460 | $3,070.58 |

ME1 47514160v.1

| | |
|---|---|
| Customer 1461 | $470.12 |
| Customer 1462 | $868.04 |
| Customer 1463 | $1,935.93 |
| Customer 1464 | $457.40 |
| Customer 1465 | $455.83 |
| Customer 1466 | $1,796.73 |
| Customer 1467 | $448.44 |
| Customer 1468 | $1,944.16 |
| Customer 1469 | $1,403.07 |
| Customer 1470 | $1,913.23 |
| Customer 1471 | $1,876.46 |
| Customer 1472 | $1,667.06 |
| Customer 1473 | $1,879.31 |
| Customer 1474 | $1,501.18 |
| Customer 1475 | $1,854.78 |
| Customer 1476 | $1,715.69 |
| Customer 1477 | $1,521.97 |
| Customer 1478 | $423.08 |
| Customer 1479 | $1,318.11 |
| Customer 1480 | $425.53 |
| Customer 1481 | $1,354.08 |
| Customer 1482 | $1,737.65 |
| Customer 1483 | $1,479.34 |
| Customer 1484 | $1,559.57 |
| Customer 1485 | $3,287.12 |
| Customer 1486 | $1,113.63 |
| Customer 1487 | $556.37 |
| Customer 1488 | $1,314.44 |
| Customer 1489 | $1,411.58 |
| Customer 1490 | $1,017.16 |
| Customer 1491 | $314.46 |
| Customer 1492 | $313.92 |
| Customer 1493 | $1,365.43 |
| Customer 1494 | $2,820.31 |
| Customer 1495 | $2,820.31 |
| Customer 1496 | $1,321.78 |
| Customer 1497 | $700.57 |
| Customer 1498 | $286.09 |
| Customer 1499 | $278.76 |
| Customer 1500 | $256.34 |
| Customer 1501 | $625.16 |
| Customer 1502 | $242.99 |
| Customer 1503 | $1,034.08 |

37

| | |
|---|---|
| Customer 1504 | $722.56 |
| Customer 1505 | $744.08 |
| Customer 1506 | $202.66 |
| Customer 1507 | $603.02 |
| Customer 1508 | $526.04 |
| Customer 1509 | $1,254.12 |
| Customer 1510 | $278.88 |
| Customer 1511 | $110.07 |
| Customer 1512 | $101.10 |
| Customer 1513 | $405.36 |
| Customer 1514 | $143.70 |
| Customer 1515 | $760.86 |
| Customer 1516 | $300.93 |
| Customer 1517 | $65.70 |
| Customer 1518 | $54.70 |
| Customer 1519 | $154.06 |
| Customer 1520 | $177.36 |
| Customer 1521 | $14.88 |
| Customer 1522 | $14.63 |
| Customer 1523 | $5.50 |

ME1 47514160v.1