**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**



| In re:<br><br>FTX TRADING LTD., *et al.,*<br><br>Debtors | Chapter 11<br><br>No. 22-11068 (JTD)<br><br>(Jointly Administered) |
|---|---|

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice

**Name of Transferor:**
Azure Distressed Opportunities Corporation

**Name of Transferee:**
Ceratosaurus Investors, L.L.C.

**Name and Current Address of Transferor:**

Azure Distressed Opportunities Corporation
Attn: Ngeow Wu Tien
4th Floor, Harbour Place, 103 South Church Street, Grand Cayman, KY1-1002, Cayman Islands
Email: adoc_legal@aztide.com

**Address for all notices and payments:**

c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111

Attn: Michael Linn
Email: MLinn@FarallonCapital.com

| Schedule/ Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule No: 6601288<br>Customer Code: 07893417 | Azure Distressed Opportunities Corporation | 100% of the claim described on Schedule F (see attached) | West Realm Shires Services Inc. | 22-11071 |
| Claim No: #1196; #1199 | Azure Distressed Opportunities Corporation | 100% of the claim described on the Customer Claim Form | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Michael Linn* (DocuSigned By: Michael Linn)     Date: June 24, 2024

Transferee/Transferee's Agent

NYACTIVE-24043975.1

**EVIDENCE OF TRANSFER OF CLAIM**

Annex B

TO: Clerk, United States Bankruptcy Court, District of Delaware

**Azure Distressed Opportunities Corporation** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto: **Ceratosaurus Investors, L.L.C.** its successors and assigns ("Buyer"), all rights, title and interest in and to the Claim, including 100% of all rights: (a) of reclamation and all priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on the Debtor's schedules, including the claims having Customer Code: 07893417/ Schedule No: 6601288 against West Realm Shires Services Inc., in the United States Bankruptcy Court in the District of Delaware Case No. 22-11071, and the Claim Number: #1196; #1199 (the "Claim"), against FTX Trading Ltd., in the United States Bankruptcy Court in the District of Delaware Case No. 22-11068.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated June 24, 2024.

| **Azure Distressed Opportunities Corporation** | **Ceratosaurus Investors, L.L.C.** |
|---|---|
| By: _[signature]_ | By: _Michael Linn_ |
| Name: Ngeow Wu Tien | Name: Michael Linn |
| Title: Director | Title: Managing Member |

NYACTIVE-24043975.1

| 07893417 | BTC[0], ETH[.00354132], ETHW[0.00351395], USD[32376.87] |
|---|---|

Your Unique Customer Code is 07893417

Your claim(s) were scheduled on the Schedules and Statements of West Realm Shires Services Inc. as:

BTC[0.0000000083054040]
ETH[0.0035413200000000]
ETHW[0.0035139577914353]
USD[32376.8726890717859791]

FTX Noticing

Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055

Unsubscribe

NYACTIVE-24043975.1