**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) ) ) | Case No. 22-11068 (JTD) |
| Debtors. | ) ) ) | (Jointly Administered) |

**SECOND SUPPLEMENTAL DECLARATION OF JAMES E. SCOTT**
**AS OWNER OF JES37, LLC**

I, James E. Scott, hereby declare pursuant to Rule 2014(a) of the Bankruptcy Rules[2] as follows:

1. I am a tax professional and retired EY LLP Partner. This second supplemental declaration (the "Second Supplemental Declaration") supplements the disclosures set forth in my original declaration that was filed with this Court on January 24, 2023 [Docket No. 559] (the "Original Declaration") and my first supplemental declaration that was filed with this Court on May 15, 2023 [Docket No. 1490] (the "First Supplemental Declaration," and together with the Original Declaration, the "Previous Declarations").

2. The facts set forth in this Second Supplemental Declaration are based upon my personal knowledge and upon information and belief.

3. As stated in my Previous Declarations, I am the majority owner of JES, and my wife Catherine Scott is the minority owner of JES.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Terms defined in the Previous Declarations have the same definitions herein.

4. I understand that on January 19, 2024, Debtors' counsel provided EY LLP with an updated Parties in Interest List or PIIL. EY LLP forwarded that list to me on or about June 6, 2024.

5. Ms. Scott and I reviewed the names of the Parties in Interest set forth in the updated PIIL. We have not provided services to those Parties in Interest through JES or otherwise, except those disclosed in my Previous Declarations.

6. Despite the efforts described above to identify and disclose connections with Parties in Interest, because the Debtors are a large enterprise with numerous creditors and other relationships, I am unable to state with certainty that every client representation or other connection with Parties in Interest has been disclosed herein. If I discover additional information that requires disclosure, relating to myself or Ms. Scott, I will file supplemental disclosures with the Court.

7. Based on the connections check process that is described herein and in my Previous Declarations, to the best of my knowledge, information and belief, neither I nor Ms. Scott (a) hold or represent an interest adverse to the Debtors' estates, and (b) are a "disinterested person," as such term is defined in section 101(14) of the Bankruptcy Code, as required under section 327(a) of the Bankruptcy Code. Moreover, to the best of my knowledge, information and belief, my subcontracting with EY LLP is not prohibited or restricted by Bankruptcy Rule 5002.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: June 21, 2024

*/s/ James E. Scott*
**James E. Scott**