# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JUNE 25, 2024 AT 10:00 A.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

> **ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING TO PRESENT AT THE HEARING AND WITNESSES, MUST BE PHYSICALLY PRESENT IN THE COURTROOM. ANY NON-PARTICIPANT MAY OBSERVE THE HEARING REMOTELY BY REGISTERING IN ADVANCE AT THE LINK BELOW NO LATER THAN JUNE 24, 2024 AT 4:00 P.M. (ET).**
>
> **To attend this hearing remotely, please register using the eCourt Appearances tool on the Court's website at www.deb.uscourts.gov.**

## ADJOURNED MATTERS:

1. The Celsius Litigation Administrator's Motion for Relief from the Automatic Stay [D.I. 16815, filed on June 5, 2024]

    Status: This matter is adjourned to the hearing scheduled for July 17, 2024 at 1:00 p.m. (ET).

2. The Celsius Litigation Administrator's Motion for Entry of an Order for Authority to File Under Seal the Transfer Schedules Containing Confidential Information [D.I. 17182, filed on June 10, 2024]

    Status: This matter is adjourned to the hearing scheduled for July 17, 2024 at 1:00 p.m. (ET).

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] **Amended items appear in bold**.

{1368.002-W0076341.}

**RESOLVED MATTER:**

3. Debtors' Motion for Entry of an Order (A) Authorizing the Debtors' Entry Into, and Performance Under, the Settlement with the United States Department of the Treasury – Internal Revenue Service, (B) Approving the Settlement and (C) Granting Related Relief [D.I. 16558, filed on June 3, 2024]

   Status: On June 20, 2024, the Court entered an order granting the requested relief. Accordingly, a hearing on this matter is not required.

**MATTERS GOING FORWARD**:

4. Motion of Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan [D.I. 4863, filed on December 16, 2023]

   Response Deadline: June 5, 2024 at 4:00 p.m. (ET)

   Responses Received: *See* **Exhibit A** attached hereto.

   Related Documents:

   A. Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates [D.I. 4861, filed on December 16, 2023]

   B. Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Affiliated Debtors and Debtors-in-Possession [D.I. 4862, filed on December 16, 2023]

   C. Notice of Hearing of Motion of the Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan [D.I. 13628, filed on May 1, 2024]

   D. Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates [D.I. 14300, filed on May 7, 2024]

   E. Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Affiliated Debtors and Debtors-in-Possession [D.I. 14301, filed on May 7, 2024]

   F. Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates [D.I. 15520, filed on May 22, 2024]

G. Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Affiliated Debtors and Debtors-in-Possession [D.I. 15521, filed on May 22, 2024]

H. Notice of Filing of Blacklines of Revised Plan and Revised Disclosure Statement [D.I. 15522, filed on May 22, 2024]

I. Notice of Filing of Proposed Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan [D.I. 17004, filed on June 7, 2024]

J. Official Committee of Unsecured Creditors' Statement in Support of Motion of the Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan [D.I. 18082, filed on June 20, 2024]

K. Debtors' Omnibus Reply in Support of Motion of the Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan [D.I. 18083, filed on June 20, 2024]

L. Declaration of Alexa J. Kranzley in Support of Debtors' Omnibus Reply in Support of Motion of Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan [D.I. 18084, filed on June 20, 2024]

M. **Statement of LayerZero Labs Ltd., Ari Litan, and Skip & Goose LLC [D.I. 18482, filed on June 21, 2024]**

N. **The Ad Hoc Committee of Non-US Customers of FTX.com's Statement in Support of the Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan [D.I. 18535, filed on June 22, 2024]**

O. **Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates [D.I. 18536, filed on June 23, 2024]**

P. **Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Affiliated Debtors and Debtors-in-Possession [D.I. 18537, filed on June 23, 2024]**

Q. **Notice of Filing of Blacklines of Revised Plan and Revised Disclosure Statement [D.I. 18538, filed on June 23, 2024]**

R. **Notice of Filing of Revised Proposed Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan [D.I. 18539, filed on June 23, 2024]**

S. **Notice of Filing of Official Committee Letter [D.I. 18656, filed on June 24, 2024]**

Status: This matter is going forward.

5. **Motion of Debtors for Entry of an Order Authorizing and Approving (I) the Repayment of Intercompany Payables by FTX Japan and (II) the Release of the Claims Related to the Intercompany Payables [D.I. 15654, filed on May 23, 2024]**

Response Deadline: June 6, 2024 at 4:00 p.m. (ET)

Responses Received:

A. **Koji Takido's Objection to Motion of Debtors for Entry of an Order Authorizing and Approving (I) the Repayment of Intercompany Payables by FTX Japan and (II) the Release of the Claims Related to the Intercompany Payables [D.I. 16771, filed on June 4, 2024]**

B. **Takuya Nagasaka's Objection to Motion of Debtors for Entry of an Order Authorizing and Approving (I) the Repayment of Intercompany Payables by FTX Japan and (II) the Release of the Claims Related to the Intercompany Payables [D.I. 16801, filed on June 5, 2023]**

Related Documents:

A. **Debtors' Reply in Support of Debtors' Motion for Entry of an Order Authorizing and Approving (I) the Repayment of Intercompany Payables by FTX Japan and (II) the Release of the Claims Related to the Intercompany Payables [D.I. 17170, filed on June 10, 2024]**

B. **Supplemental Declaration of Steven P. Coverick in Support of Debtors' Reply in Support of Debtors' Motion for Entry of an Order Authorizing and Approving (I) the Repayment of Intercompany Payables by FTX Japan and (II) the Release of**

    the Claims Related to the Intercompany Payables [D.I. 17173, filed on June 10, 2024]

C. **Takuya Nagasaka's Objection to Debtors' Reply in Support of Debtors' Motion for Entry of an Order Authorizing and Approving (I) the Repayment of Intercompany Payables by FTX Japan and (II) the Release of the Claims Related to the Intercompany Payables [D.I. 18541, filed on June 24, 2024]**

  <u>Status</u>: This matter is going forward.

| | |
|---|---|
| Dated: June 24, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>    brown@lrclaw.com<br>    pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>    bromleyj@sullcrom.com<br>    gluecksteinb@sullcrom.com<br>    kranzleya@sullcrom.com<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession* |