# EXHIBIT A

**Objections and Responses to Motion of the Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan [D.I. 4863][1]**

|   | **Objection Title, Date Filed and D.I.** | **Objecting Party** | **Status** |
|---|---|---|---|
| 1 | *Response to Motion for Approval of Disclosure Statement*, D.I. 14843, filed on May 15, 2024 | Courtney Michelle Star Ward | Outstanding – The response does not appear to state a valid basis for objection and contains claims not relevant to the Disclosure Statement or the Plan. |
| 2 | *Reservation of Rights of the U.S. Securities and Exchange Commission to Motion of the Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan*, D.I. 16800, filed on June 5, 2024 | The U.S. Securities and Exchange Commission | Resolved |
| 3 | *Reservation of Rights of New Jersey Bureau of Securities*, D.I. 16805, filed on June 5, 2024 | The New Jersey Bureau of Securities | Resolved |
| 4 | *Limited Objection and Reservation of Rights of the Texas State Securities Board, Texas Department of Banking, and State of Texas Through the Consumer Protection Division of the Office of the Texas Attorney General to the Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Affiliated Debtors-In-* | The Texas State Securities Board, the Texas Department of Banking, and the State of Texas through the Consumer Protection Division of the Office of the Texas Attorney General | Resolved |

---

[1] Capitalized terms used but not defined herein have the meanings given to them in the relevant objection.

{1368.002-W0076367.}

|   | **Objection Title, Date Filed and D.I.** | **Objecting Party** | **Status** |
|---|---|---|---|
|   | *Possession (D.E. 14301, 15521)*, D.I. 16816, filed on June 5, 2024 |   |   |
| 5 | *Limited Objection and Reservation of Rights of the Foreign Representatives of Three Arrows Capital, Ltd.'s (in Liquidation) to the FTX Debtors' Motion for Entry of an Order Approving the Adequacy of the Disclosure Statement*, D.I. 16817, filed on June 5, 2024 | Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized joint liquidators appointed in the British Virgin Islands' liquidation of Three Arrows Capital, Ltd. (in liquidation) | Resolved |
| 6 | *Objection of LayerZero Labs Ltd., Ari Litan, and Skip & Goose LLC to (A) Motion of Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan (B) Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Affiliated Debtors and Debtors-In-Possession*, D.I. 16818, filed on June 5, 2024 | LayerZero Labs Ltd., Ari Litan, and Skip & Goose LLC | Outstanding – The parties are continuing to discuss resolution of the objection. |
| 7 | *Celsius Litigation Administrator's Objection to Debtors' Motion for Approval of Disclosure Statement and Related Solicitation Procedures*, D.I. 16820, filed on June 5, 2024 | Mohsin Meghji, as Litigation Administrator (the "Celsius Litigation Administrator") for Celsius Network LLC | **Resolved** |
| 8 | *FTX MDL Plaintiffs' Objection to Disclosure Statement*, D.I. 16822, filed on June 5, 2024 | FTX MDL Plaintiffs | Outstanding |

|    | **Objection Title, Date Filed and D.I.** | **Objecting Party** | **Status** |
|----|------------------------------------------|---------------------|------------|
| 9  | *Limited Objection and Reservation of Rights of Center for Applied Rationality, Lightcone Infrastructure, Inc. and Lightcone Rose Garden LLC to Motion of the Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Notice and Objection Procedures for the Confirmation of the Plan*, D.I. 16836, filed on June 5, 2024 | Center for Applied Rationality, Lightcone Infrastructure, Inc. and Lightcone Rose Garden LLC | Resolved |
| 10 | *Objection and Reservation of Rights of Ahmed Abd El-Razek, Sunil Kavuri, Pat Rabbitte and Noia Capital Sarl to Motion of the Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan*, D.I. 16864, filed on June 5, 2024 | Ahmed Abd El-Razek, Sunil Kavuri, Pat Rabbitte and Noia Capital Sarl (collectively, the "Kavuri Objectors) | Outstanding |
| 11 | *Limited Objection of Maps Vault Limited to Motion of Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan*, D.I. 16992, filed on June 7, 2024 | Maps Vault Limited ("MAPS") | Outstanding |
| 12 | *Limited Objection of Fondation Elements, Fondation Serendipity, Liquidity Network Ltd, Serendipity Network Ltd. to Motion of Debtors for Entry of an Order (I) Approving the* | Foundation Serendipity, Foundation Elements, Serendipity Network Ltd., and Liquidity Network Ltd. | Resolved |

|    | **Objection Title, Date Filed and D.I.** | **Objecting Party** | **Status** |
|----|------------------------------------------|---------------------|------------|
|    | *Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan*, D.I. 16995, filed on June 7, 2024 | | |
| 13 | *Limited Objection and Reservation of Rights of the United States Trustee to Approval of Disclosure Statement and Solicitation Procedures*, D.I. 17428, filed on June 13, 2024 | Office of the United States Trustee | Resolved |
| 14 | Informal Letter Response from Pragati Gandhi | Pragati Gandhi | Outstanding – The response does not appear to state a valid basis for objection and contains claims not relevant to the Disclosure Statement or the Plan. |
| 15 | Informal Letter Response from Rohit Kshirsagar | Rohit Kshirsagar | Outstanding – The response does not appear to state a valid basis for objection and contains claims not relevant to the Disclosure Statement or the Plan. |
| 16 | Informal Letter Response from Lakhbir Singh Srova and Gurinder Kaur Srova | Lakhbir Singh Srova and Gurinder Kaur Srova | Outstanding – The response does not appear to state a valid basis for objection and contains claims not relevant to the Disclosure Statement or the Plan. |