**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| FTX Trading Ltd. (d/b/a "FTX") | 22-11068 |
| Debtors | (Jointly Administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

*A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice*

| **Name and Current Address of Transferor:** <br> Vincent Tsun Ho Kwok <br> Address on File | **Name of Transferee:** <br> Claim Nexus C I, LLC <br><br> **Name and Address where notices and payments to transferee should be sent:** <br> Claim Nexus C I, LLC <br> Louis d'Origny <br> 1509 Bent Ave. <br> Cheyenne, WY 82001, <br> lo@ftxcreditor.com |
|---|---|

| *Claim No./Schedule* | *Creditor Name* | Amount | Debtor |
|---|---|---|---|
| Schedule No 3.50 | Vincent Tsun Ho Kwok | *Described on Schedule F* | Alameda Research Ltd |
| Confirmation ID: 3265-69-RPLIJ-383965545 | vince.kwok@gmail.com | *Described on Schedule F* | Alameda Research Ltd |

*I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.*

Name: Michael Bottjer    Signature:    *[signature]*

*Transferee / Transferee's Agent*
Date: Jun 24, 2024

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

<u>Annex B</u>

TO: U.S. Bankruptcy Court for the District of Delaware ("<u>Court</u>")

AND: Alameda Research Ltd ("<u>Debtor</u>") Case No. 22-11067 ("<u>Case</u>")

**VINCENT TSUN HO KWOK** ("<u>Seller</u>"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**CLAIM NEXUS C I, LLC**
Attn: Louis d'Origny
245 Michigan Avenue
Miami, FL 33139

its successors and assigns ("<u>Buyer</u>"), all rights, title and interest in and to the claim of Seller, including all rights in and to: (a) the Proof of Claim; (b) the Schedule; (c) the Confirmation ID ((a) - (c) collectively, the "<u>Claim</u>") against Debtor in this Case; (d) any secured claim, collateral or any liens held by Seller; (e) vote on any question relating to the Claim in the Case; and (f) cash, interest, principal, securities or other property in connection with the Case.

Seller hereby waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Bankruptcy Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or other applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated May 6 , 2024.

**VINCENT TSUN HO KWOK**

By: _____
Name: Vincent Tsun Ho Kwok
Title: Individual

**CLAIM NEXUS C I, LLC**

By: _____
Name: Louis d'Origny
Title: Manager

*Schedule F:*

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|
| | Vincent Tsun Ho Kwok<br>ADDRESS ON FILE | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| | | **Basis for the claim:** Loan Payable (see Exhibit 2) | | |
| | **Date or dates debt was incurred** Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |