# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FTX TRADING LTD., *et al.*, | ) Case No. 22-11068 (JTD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 16822** |

## CERTIFICATE OF SERVICE

I, Mary F. Caloway, hereby certify that on the 5th day of June, 2024, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list in the manner indicated:

**FTX MDL Plaintiffs' Objection to Disclosure Statement**

*/s/ Mary F. Caloway*
Mary F. Caloway (DE Bar No. 3059)

DE:4892-1936-0454.1 30239.001

**Via Email**

(Counsel to the Debtors)

Andrew G. Dietderich
Brian D. Glueckstein
Alexa J. Kranzley
Sullivan & Cromwell LLP
125 Broad Street,
New York, NY 10004
dietdericha@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

Adam G. Landis
Kimberly A. Brown
Landis Rath & Cobb LLP
919 Market Street, Suite 1800,
Wilmington, Delaware 19801
landis@lrclaw.com
brown@lrclaw.com

(United States Trustee)

Linda Richenderfer, Esq.
The Office of the United States
Trustee for the District of Delaware
linda.richenderfer@usdoj.gov

(Counsel to the Official
 Committee of Unsecured Creditors)

Kris Hansen
 Ken Pasquale
Paul Hastings LLP, 200 Park Avenue
 New York, New York 10166
krishansen@paulhastings.com
kenpasquale@paulhastings.com

Matthew B. Lunn
Robert F. Poppiti, Jr.
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
mlunn@ycst.com
rpoppiti@ycst.com

DE:4880-3047-2390.1 30239.001

(Counsel to the Ad Hoc
Committee of Non-US Customers of FTX.com)

Erin E. Broderick
Eversheds Sutherland (US) LLP
227 West Monroe Street, Suite 6000
Chicago, Illinois 60606
erinbroderick@eversheds-sutherland.com

Matthew B. Harvey
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
Wilmington, Delaware 19801
mharvey@morrisnichols.com

(Counsel to the Joint Official Liquidators
 and Foreign Representatives of FTX Digital Markets Ltd)

J. Christopher Shore
Brian D. Pfeiffer
White & Case LLP
1221 Avenue of the Americas
New York, New York 10020
cshore@whitecase.com
brian.pfeiffer@whitecase.com

Kevin Gross
Paul N. Heath
Richard, Layton, and Finger P.A.
One Rodney Square, 920 N. King Street
Wilmington, Delaware 19801
gross@rlf.com
heath@rlf.com

All other parties by ECF