IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING, LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**JOINDER OF SUNIL KAVURI, AHMED ABD-EL-RAZEK AND PAT RABITTE
IN FTX MDL PLAINTIFFS' OBJECTION TO DISCLOSURE STATEMENT**

Sunil Kavuri, Ahmed Abd-El-Razek and Pat Rabitte (collectively, the "Customers"), by and through their counsel, McCarter & English, LLP ("McCarter"), hereby respectfully join (the "Joinder") in the positions and arguments set forth in *FTX MDL Plaintiffs' Objection to Disclosure Statement* (Dkt. No. 16822) (the "MDL Objection"), to the extent applicable to the Customers' claims in these bankruptcy proceedings.[2]

WHEREFORE, the Customers respectfully request that this Honorable Court sustain the MDL Objection, order the Debtors to file a further amended Disclosure Statement that complies with title 11 of the United States Code, and grant such other relief as this Court deems just and equitable.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases (collectively, the "Debtors"), a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] This Joinder is intended to supplement the *Objection and Reservation of Rights of Ahmed Abd El-Razek, Sunil Kavuri, Pat Rabitte and Noia Capital SARL to Motion of Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Notice and Objection Procedures for the Confirmation of the Plan* (Doc. No. 16864) (the "Prior Objection"), and not in any way supercede or replace the arguments previously asserted by the Customers in their Prior Objection.

1

|  |  |
|---|---|
| Date: June 25, 2024 | **MCCARTER & ENGLISH, LLP**<br><br>*/s/ Shannon D. Humiston*<br>Shannon D. Humiston (No. 5740)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>Tel:  302-984-6300<br>Fax: 302-984-6399<br>shumiston@mccarter.com<br><br> -   *and -*<br><br>David Adler, Esq.<br>Worldwide Plaza<br>825 Eighth Ave., 31st Floor<br>New York, NY 10019<br>Phone: (212) 609-6847<br>Fax :    (212) 609-6921<br>Email: dadler@mccarter.com<br><br>*Counsel for Sunil Kavuri, Ahmed Abd-El-Razek and Pat Rabitte* |

2

ME1 48852709v.1