# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., et al.,[1] | ) | Case No. 22-11068 (JTD) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE THAT** the firms of SULLIVAN · HAZELTINE · ALLINSON LLC and Allen Vellone Wolf Helfrich & Factor, P.C. hereby give notice of substitution of counsel for the Law Office of J.R. Smith, PLLC as counsel for Claimant No. 65255 in the above captioned matter. Substitute counsel's participating attorneys names, addresses, telephone and telecopy numbers and e-mail addresses are as follows:

William D. Sullivan, Esq.  
Elihu E. Allinson, III, Esq.  
SULLIVAN · HAZELTINE · ALLINSON LLC  
919 North Market Street, Suite 420  
Wilmington, DE 19801  
Tel: (302) 428-8191  
Fax: (302) 428-8195  
bsullivan@sha-llc.com  
zallinson@sha-llc.com  

Patrick D. Vellone, Esq.  
Jeffrey A. Weinman, Esq.  
Allen Vellone Wolf Helfrich & Factor, P.C.  
1600 Stout Street, Suite 1900  
Denver, CO 80202  
Tel: (303) 534-4499  
Fax: (303) 893-8332  
pvellone@allen-vellone.com  
jweinman@allen-vellone.com  

All further pleadings, orders, and notices should be sent to and served on substitute counsel, including all pleadings and notices relating to the *Debtors Thirteenth (Non-Substantive Omnibus Objection to Certain No Liability Proofs of Claim (Customer Claims)*[D.I. 6284].

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Date: June 25, 2024
      Wilmington, DE

**SULLIVAN · HAZELTINE · ALLINSON LLC**

 /s/ *William D. Sullivan*
William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
919 N. Market Street, Suite 1300
Wilmington, DE  19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email:  bsullivan@sha-llc.com
        zallinson@sha-llc.com

and

Patrick D. Vellone, Esq.
Jeffrey A. Weinman, Esq.
Allen Vellone Wolf Helfrich & Factor, P.C.
1600 Stout Street, Suite 1900
Denver, CO  80202
Tel: (303) 534-4499
Fax: (303) 893-8332
pvellone@allen-vellone.com
jweinman@allen-vellone.com

*Attorneys for Claimant No. 65255*