Annex A

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

In re: FTX TRADING LTD., et al.

Debtors

Chapter 11

Case No. Case No. 22-11068

(Jointly Administered)

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| ███████████████ | **Livello Capital Special Opportunities Master Fund LP** <br><br> Name and Current Address of Transferee <br><br> **Livello Capital Special Opportunities Master Fund LP** <br><br> 104 W. 40th Street, 19th Floor <br><br> New York, NY 10018 |

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount (USD) |
|---|---|---|---|---|
| Claim(s) | FTX Trading Limited | 22-11068 | Customer code 02788482 | 100% of the amount described on Schedule F (attached) |
| | FTX Trading Limited | 22-11068 | Kroll Schedule ID Number 221106805704894 | 100% of the amount described on Register (attached) |
| | FTX Trading Limited | 22-11068 | FTX Account ID 62858184 | 100% of the amount described on Register (attached) |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Joseph Salegna_     Date: 6/20/24

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
Clerk of the Court

## EVIDENCE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE

TO: Clerk, United States Bankruptcy Court, District of Delaware

███████ for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, do hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to **Livello Capital Special Opportunities Master Fund LP** its successors and assigns, ("Buyer"), all right, title and interest in and to the claim(s) the ("Claim") of Seller, identified below, against FTX TRADING LTD et al., in the United States Bankruptcy Court, District of Delaware, Case No. 22-11068.

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount (USD) |
|---|---|---|---|---|
| Claim(s) | FTX Trading Limited | 22-11068 | Customer code 02788482 | 100% of the amount described on Schedule F (attached) |
| | FTX Trading Limited | 22-11068 | Kroll Schedule ID Number 221106805704894 | 100% of the amount described on Register (attached) |
| | FTX Trading Limited | 22-11068 | FTX Account ID 62858185 | 100% of the amount described on Register (attached) |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.

**Buyer:**

**Livello Capital Special Opportunities Master Fund LP**

By: *Joseph Salegna*
Name: Joseph Salegna
Title: Chief financial officer
Email: JSalegna@livellocap.com

Date: 6/20/2024

**Seller:**

[redacted]

Date: 14th March, 2024

**YOUR UNIQUE CUSTOMER CODE(S) AND SCHEDULED CLAIM INFORMATION IS AT THE BOTTOM OF THIS EMAIL.**

YOU ARE RECEIVING THIS EMAIL BECAUSE YOU HAVE BEEN IDENTIFIED AS A CUSTOMER WITH A NET POSITIVE ACCOUNT BALANCE AS OF NOVEMBER 11, 2022 OF ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 CASES OF FTX TRADING LTD. AND CERTAIN OF ITS AFFILIATED DEBTORS AND DEBTORS-IN-POSSESSION PENDING IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE AND JOINTLY ADMINISTERED UNDER THE CASE NUMBER 22-11068. YOU HAVE BEEN LISTED IN ONE OR MORE OF THE DEBTORS' SCHEDULES AND STATEMENTS.

On March 14 and 15, 2023, the FTX Trading Ltd. and certain of its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed their schedules of assets and liabilities and statements of financial affairs (the "Schedules and Statements").

Pursuant to the Final Order (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor; (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on a Final Basis and (III) Granting Certain Related Relief [D.I. 545], customer names and addresses in the Schedules and Statements are redacted. With respect to Schedules E/F – which identify creditors of the Debtors with non-priority unsecured claims (including customers with a net positive account balance as of November 11, 2022) – in an effort to redact customer names and addresses, the Debtors have identified each customer with a net positive account balance as of November 11, 2022 by a unique customer code (a "Unique Customer Code"). Your Unique Customer Code and an excerpt of your scheduled claim(s) are at the bottom of this email.

PLEASE BE ADVISED THAT THE COURT HAS NOT YET SET A DEADLINE FOR SUBMITTING PROOFS OF CLAIMS OR INTERESTS AGAINST THE DEBTORS. WHEN THE COURT SETS A DEADLINE, ALL KNOWN CREDITORS, INCLUDING ALL CUSTOMERS IDENTIFIED ON THE SCHEDULES AND STATEMENTS, WILL BE PROVIDED NOTICE OF THE DEADLINE AND INSTRUCTIONS ON HOW TO SUBMIT PROOFS OF CLAIM OR INTERESTS.

PLEASE BE FURTHER ADVISED THAT RECEIPT OF THIS EMAIL AND A UNIQUE CUSTOMER CODE ONLY INDICATES THAT YOU HAD ONE OR MORE CLAIM(S) LISTED ON ONE OR MORE OF THE DEBTORS' SCHEDULES AND STATEMENTS. PROVISION OF A UNIQUE CUSTOMER CODE IS NOT AN ADMISSION BY THE DEBTORS OF THE VALIDITY OF SUCH CLAIM(S) OR A WAIVER OF ANY DEFENSES THERETO. THE DEBTORS HEREBY INCORPORATE BY REFERENCE THE GLOBAL NOTES ATTACHED TO EACH OF THE DEBTORS' SCHEDULES AND STATEMENTS AND RESERVE ALL RIGHTS.

To view all of the Debtors' Schedules and Statements, as well as the Global Notes, please visit https://restructuring.ra.kroll.com/FTX and navigate to the "Schedules & SOFA" page under "Quick Links." Standalone excerpts of the customer data can be found under "Customer Schedules."

Your Unique Customer Code is 02788452
Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:

BNB[0.2738843200000000]
BTC[0.0073130183772064]
CAD[0.0000000026552122]
DAI[0.0000000061299495]
ETH[0.2420558453184943]
ETHW[1.3076099073149336]
GRT[-35144.5947868704996935]
MKR[-2.5232813647481528]
SNX[0.0000000965838649]
UNI[-299.1194961084125261]
USD[233692.2667779317995744]
USDC[45852.5664928700000000]
USDT[-2654.2358165780842164]
WBTC[0.0000980619489474]
XRP[-32663.4132985635229926]

FTX Noticing
Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055
Unsubscribe



# Customer Claim Form

## FTX Details

| FTX Email | FTX AccountID | Scheduled ID | FTX Debtor |
|---|---|---|---|
| [redacted] | 62858185 | 221106805704894 | |

## Scheduled Claim Information

You have been redirected from FTX website. Please check your scheduled information below.

If you do NOT agree with any of 1) the amount or quantity of fiat, coins or NFT; 2) the FTX Exchange against whom the Customer Claim is asserted; or 3) the type or nature of the Customer Claim set forth below, assert the quantity of fiat or coins you held as of the date the case was filed in the rightmost column of the below charts.

You will also have an opportunity to add any NFTs not listed. Only complete this section where you DISAGREE with the component of your Scheduled Customer Claim. You will also have an opportunity to assert a Customer Claim arising out of or related to any other investment or trading activity.

### Schedule

F-13

Debtor FTX Trading Ltd. has listed your claim on Schedule E/F, Part 2 as a General Unsecured claim in an Undetermined amount. If you disagree with your holdings of coin, fiat, or NFTs as listed in the Schedules, you must timely file a proof of claim or be forever barred from recovery other than as listed in the Schedules.

Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held. If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange. Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7). Please see Question 8 for additional instructions for asserting claims related to Other Activity.

- ⦿ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)
- ○ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd. d/b/a "FTX EU") (Case No. 22-11166)
- ○ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102)
- ○ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
- ○ West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071)

List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account (s) along with the unique identification code.

- Note that the "USD Rate" is the ratio of the Local Currency to U.S. Dollars.
- If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, please populate the Loaned Quantity column.

## Fiat

**ASSERTED QUANTITY FIAT**

| Fiat (Ticker / Abbreviation) | | Total Scheduled Quantity of Fiat (Local Currency) | Total Scheduled Quantity of Fiat (Converted to USD) | Do you agree with the Scheduled Quantity? | If you do not agree, Please provide the Asserted Quantity of Fiat here |
|---|---|---|---|---|---|
| CAD | | 0.0000000026552122 | 0.00 | ◯ No  ◉ Yes | |
| USD | | 278,854.76127080177 | 278,854.76 | ◯ No  ◉ Yes | |

**Do you want to add any other fiat not previously listed?**

◉ No
◯ Yes

## Loaned Fiat

**LOANED QUANTITY FIAT**

**Do you want to add any other fiat not previously listed?**

◉ No
◯ Yes

## Asserted Crypto

**Asserted Quantity of Crypto Tokens**

| Crypto (Ticker / Abbreviation) | Scheduled Quantity of Crypto | Do you agree with the Scheduled Quantity? | If you do not agree, Please provide the Asserted Quantity of Crypto here. |
|---|---|---|---|
| ETH-PERP | 0.000000000 | ◯ No  ◉ Yes | |

| Coin | Amount | Confirm |
|---|---|---|
| BNB | 0.273884320 | ○ No  ● Yes |
| BTC | 0.00731301837720064 | ○ No  ● Yes |
| DAI | 0.0000000061299495 | ○ No  ● Yes |
| ETH | 0.2420558453184942 | ○ No  ● Yes |
| FTT-PERP | 0.000000000 | ○ No  ● Yes |
| GRT | -35,144.5947869705 | ○ No  ● Yes |
| LRC-PERP | 0.000000000 | ○ No  ● Yes |
| MATIC-PERP | 0.000000000 | ○ No  ● Yes |
| MKR | -2.523281364748153 | ○ No  ● Yes |
| SNX | 0.0000000096583849 | ○ No  ● Yes |
| SOL-PERP | 0.000000000 | ○ No  ● Yes |
| UNI | -299.11949610841253 | ○ No  ● Yes |
| USDT | -2,654.235816678084 | ○ No  ● Yes |
| WBTC | 0.0000690619489474 | ○ No  ● Yes |
| XRP | -32,663.413208503523 | ○ No  ● Yes |
| ETHW | 1.3078699073149336 | ○ No  ● Yes |

**Do you want to add any coin not previously listed?**

● No
○ Yes

**Customer Claim Form**

**Loaned Crypto**

**Loaned Quantity of Crypto**

**Do you want to add any coin not previously listed?**

◉ No
○ Yes

**NFTs**

**NFTs (non-fungible tokens)**

**Do you want to add any NFTs not previously listed?**

◉ No
○ Yes

**Customer Claims related to any Other Activity on the FTX Exchanges**

**Do you have Customer Claims related to any Other Activity on the FTX Exchanges? Other Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.**

◉ No
○ Yes

**Submission Information**

When you press "Accept Schedule" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will contain an identification number confirming receipt of your schedule acceptance ("Confirmation ID").

**Confirmation of Submission**

**Your Form has been successfully submitted...**

| DOCUMENT ID | Submitted Date Time |
|---|---|
| c73fa175acded4d3f91487c6f30d1b1f5ebfc604 | 2023-09-23T08:32:26.095Z |

**Status**

Acceptance of Scheduled Claim

**CONFIRMATION ID**

3265-70-LODQK-157888966