| FTXCASE NAME: *FTX Trading Ltd., et al.,*<br>CASE NO: 22-11068 (JTD) | SIGN-IN SHEET | COURTROOM LOCATION: 5<br>DATE: June 25, 2024 at 10:00 a.m. (ET) |
|---|---|---|
| **Name** | **Law Firm/Company** | **Client Representing** |
| Adam G. Landis | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Matthew R. Pierce | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Andrew Dietderich | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Brian Glueckstein | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| James Bromley | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Alexa Kranzley | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |

# SIGN-IN SHEET

**JUDGE:** Dorsey     **COURTROOM:** 5

**CASE NUMBER(S):** 22-11068     **CASE NAME:** FTX Trading Ltd.     **DATE:** 6/25/2024 (10:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Dennis O'Donnell | DLA Piper | Maps Vault |
| Jeff Torosian | DLA Piper | " |
| Matt Sarna | DLA Piper | " |
| JASON ROSELL | PACHULSKI STANG | FTX MDL PLAINTIFF Co-LEAD COUNSEL |
| MARY CALOWM | " " | " " " |
| Melissa Hartlipp | Cole Schotz | Celsius litigation Administrator |
| Panich & Keiley | " " | " " |
| Seth Lieberman | Pryor Cashman | " " |
| Andrew Richmond | " " | " " |
| BRENDAN SCHLAUCH | RLF | JOLF |
| BRETT BAKEMEYER | W&C | " |
| RYAN BEIL | W&C | " |
| Dylan Muyler | Proskauer Rose | Layer Zero Group |
| R. Stephen McNeill | Potter Anderson | " |
| Doug Muyke | Schulte Roth + Zabel | Steadview |
| Rauben Dizenjoff | " | " |

# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 5

**CASE NUMBER(S):** 22-11068    **CASE NAME:** FTX Trading Ltd.    **DATE:** 6/25/2024 (10:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Shannon Humiston | McCarter | Kavuri, Abd-El-Razek + Rabitte |
| David Adler | | |
| Linda Richenderfer | UST | UST |
| Ben Hackman | UST | UST |
| Kris Hanson | Paul Hastings | Official Committee |
| Ken Pasquale | " | " |
| Isaac Sasson | " | " |
| Robert Poppiti | Young Conaway | " |
| Rebekah Presley | Latham Watkins | Joint Liquidators of Three Arrows Capital Ltd. |
| Alexis Gambale | Pashman Stein | " |
| ~~Kris Hansen~~ | ~~Paul Hastings~~ | |
| ~~Ken Pasquale~~ | ~~Paul Hastings~~ | |
| ~~Robert Poppiti~~ | ~~Young Conaway~~ | |
| ~~Isaac Sasson~~ | ~~Paul H~~ | |
| Matthew Harvey | MNAT | Ad Hoc Committee |
| Jonathan Weyand | MNAT | " |

**FTX Trading Ltd. (22-11068) – June 25, 2024 (10:00am)**

| First Name | Last Name | Firm | Representing |
|---|---|---|---|
| Jack | Amed | | Creditor |
| Negisa | Balluku | | |
| Daniel | Carrigan | Baker Donelson, et al. PC | Farmington State Bank/FBH Corp. |
| Lance | Clayton | Alvarez and Marsal | n/a |
| Taylor | Harrison | | |
| Kevin | Kearney | Alvarez & Marsal Private Equity Performance Improv | |
| Pat | Rabbitte | | Myself |
| Jonathan | Randles | | Bloomberg News |
| Andrew | Richmond | Pryor Cashman LLP | Litigation Oversight Committee of Celsius Network |
| Natalie | Rowles | McDermott Will & Emery LLP | |
| Noah | Schottenstein | DLA Piper LLP (US) | Interested Party |
| Aagd | Seh | | Self |
| Kevin | Starke | Wexford Capital LP | Wexford Capital LP |
| Steven | Sydow | | |
| Fernando | Szterling | Eversheds Sutherland (US) LLP | Bipa |
| Becky | Yerak | Wall Street Journal | News Corp |
| Mohamed | Abou Ahmed | | |
| David | Adler | McCarter & English LLP | Sunil Kavuri, Ahmed Abd-El-Razek, Noia Capital SR |
| Gabriela | Alfaro Pitman | | |
| Jack | Amed | | Creditor |
| Rick | Archer | | Law360 |
| Jordan | BRIARD | | Creditors |
| Brett | Bakemeyer | White & Case LLP | Joint Official Liquidators of FTX Digital Markets |
| Negisa | Balluku | | |
| Ellen | Bardash | ALM | |
| Jeffrey | Bernstein | McElroy, Deutsch, Mulvaney & Carpenter, LLP | The New Jersey Bureau of Securities |
| Christopher | Boyd | Herbert Smith Freehills | Sin Wei Sean Tan, Wei Lin Germaine Tan, Weizhe |
| Erin | Broderick | Eversheds Sutherland (US) LLP | Ad-Hoc Committee of Non-US Customers of FTX.com |
| Gabriel | Brunswick | Kroll Restructuring Administration LLC | Kroll Restructuring Administration LLC |
| Kate | Buck | McCarter & English, LLP | Center for Applied Rationality |
| Daniel | Carrigan | Baker Donelson, et al. PC | Farmington State Bank/FBH Corp. |
| Simon | Carter | | |
| Alex | Case | | |

| First | Last | Firm | Represents |
|---|---|---|---|
| Siena | Cerra | Morris James LLP | Clawback Defendants |
| Rose | Cheng | | |
| Stephen | Clarke | Sullivan & Cromwell LLP | the Debtors and Debtors-in-Possession |
| Lance | Clayton | Alvarez and Marsal | n/a |
| Kevin | Cofsky | PERELLA WEINBERG PARTNERS | The Debtors |
| Stephanie | Cohen | DLA Piper LLP (US) | Maps Vault |
| Scott | Cousins | Lewis Brisbois | Evolve Bank & Trust, N.A. |
| Philip | Dalgarno | Willkie Farr & Gallagher LLP | FC Cayman A, L.L.C. |
| Marc | De Leeuw | Sullivan & Cromwell LLP | The Debtors |
| Celine | DeSantis | | |
| Charles | Delo | Rothschild & Co US Inc. | Investment Banker to Debtors |
| Roma | Desai | Office of the Attorney General of Texas | TX, State Securities Board, Department of Banking |
| Reuben | Dizengoff | Schulte Roth & Zabel LLP | Steadview Capital Mauritius Limited |
| Dmitry | Dmitriev | Maps Vault | Maps Vault |
| Louis | Dorigny | | FTXCREDITOR |
| Stephanie | Eberhardt | Office of the Attorney General | TX SOB, SSB, CPD |
| Muhammad | Erliyanto | | |
| Matthew | Ezersky | | |
| Lisa | Faucher | Longacre Fund Management, LLC | Cherokee Acquisition |
| Chad | Flick | | |
| Kendyl | Flinn | PERELLA WEINBERG PARTNERS | The Debtors |
| Carolyn | Fox | DLA Piper LLP (US) | Map Vault |
| Ole | Frolov | | |
| Hillary | Gabriele | White & Case LLP | Joint Official Liquidators of FTX Digital Markets |
| Clara | Geoghegan | Law360 | |
| Erez | Gilad | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Steven | Glustein | | |
| Adam | Goldberg | Latham & Watkins | Foreign Representatives of Three Arrows Capital |
| Jacob | Goldberger | Davis Polk | Third Party |
| Shah | Hafizi | LayerZero Labs | |
| Nicholas | Hall | Found Onchain Inc. | Found Onchain Inc. |
| Mark | Hancock | Godfrey & Kahn, S.C. | Fee Examiner |
| Kristopher | Hansen | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Taylor | Harrison | | |

| First | Last | Firm | Party |
|---|---|---|---|
| Matthew | Harvey | Morris Nichols Arsht & Tunnell LLP | Ad-Hoc Committee of Non-US Customers of FTX.com |
| Jesse | Hibbard | Park Walk LLC | Interested party |
| Shannon | Humiston | McCarter & English, LLP | Sunil Kavuri, Ahmed Abd-El-Razek, Noia Capital SR |
| Mark | Hurford | AM Saccullo Legal | Celsius |
| Robin | Jacobs | Wisconsin Department of Financial Institutions, Di | WDFI |
| Aaron | Javian | Reed Smith LLP | Serendipity Foundation et al. |
| Nicolas | Jenner | Landis Rath & Cobb LLP | Debtors and Debtors-in-Possession |
| Gihoon | Jung | | Creditor |
| Tim | Karweti | | public |
| Timothy | Karweti | | public |
| Sun | Kav | | |
| Kevin | Kearney | Alvarez & Marsal Private Equity Performance Improv | |
| Amol | Kendre | | |
| Dietrich | Knauth | | |
| Leonie | Koch | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Ari | Kunofsky | DOJ-Tax | United States of America |
| MAXIMILIANO SE | LARRIBA HERRANZ | | Customer |
| David | Lanford | A&O Shearman | |
| David | Langford | A&O Shearman | |
| Mathew | Laskowski | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Vicky | Lee | | |
| Mike | Legge | Reorg | |
| Nicole | Leonard | McElroy, Deutsch, Mulvaney & Carpenter, LLP | The New Jersey Bureau of Securities |
| Stella | Li | Davis Polk | |
| Michael | Ligeti | A&O Shearman | |
| Ari | Litan | | |
| Gaston | Loomis | McElroy Deutsch Mulvaney & Carpenter LLP | The New Jersey Bureau of Securities |
| Kyle | McKuhen | | |
| Colin | McLafferty | Oaktree Capital Management | Ad Hoc Group |
| Stanton | McManus | | United States of America |
| R. | McNeill | Potter Anderson & Corroon LLP | LayerZero Group |
| Bruce | Mendelsohn | PERELLA WEINBERG PARTNERS | The Debtors |
| James | Mennie | | |
| Carlin | Metzger | Commodity Futures Trading Commission | CFTC |

| First | Last | Firm | Representing |
|---|---|---|---|
| Douglas | Mintz | Schulte Roth & Zabel LLP | Steadview Capital Mauritius Limited |
| Nima | Mohebbi | Latham & Watkins | Foreign Representatives of Three Arrows Capital |
| Andrew | Morley | Rothschild & Co US Inc. | Investment Banker to Debtors |
| Larry | Morton | Cole Schotz P.C. | Interested Party |
| Lorenzo | Munoz | Rothschild & Co US Inc. | Investment Banker to Debtors |
| Dennis | O'Donnell | DLA Piper LLP US | Map Vault |
| Tyler | Okada | Weil, Gotshal & Manges LLP | |
| Willem | Pardaens | | |
| Kenneth | Pasquale | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Sarah | Paul | Eversheds Sutherland (US) LLP | Ad-Hoc Committee of Non-US Customers of FTX.com |
| Spencer | Payne | Silver Point Capital | |
| Marc | Phillips | Montgomery McCracken Walker & Rhoads LLP | Samuel Bankman-Fried |
| Vadim | Plekhanov | Maps Vault | Maps Vault |
| Mr. | Purple | | Creditors |
| David | Queroli | Richards, Layton & Finger, P.A. | |
| Pat | Rabbitte | | Myself |
| Stjepan | Radic | None | Stjepan Radic |
| Jonathan | Randles | | Bloomberg News |
| Craig | Rasile | Winston & Strawn LLP | Bitcoin Suisse AG |
| Timothy | Reilly | | |
| Andrew | Richmond | Pryor Cashman LLP | Litigation Oversight Committee of Celsius Network |
| Michael | Rogers | Eversheds Sutherland (US) LLP | Ad-Hoc Committee of Non-US Customers of FTX.com |
| Melissa | Romano | Potter Anderson & Corroon LLP | |
| Brian | Rosen | | LayerZero Group |
| Nathan | Rosenblum | | |
| Natalie | Rowles | McDermott Will & Emery LLP | Aptos Foundation |
| Kyle | Rupprecht | | |
| Jeremy | Ryan | Potter Anderson & Corroon | K5 Defendants |
| Caroline | Salls | | BankruptcyData - media |
| Stephanie | Sasarak | DOJ-Tax | United States |
| Gabriel | Sasson | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Jordan | Sazant | Young Conaway Stargatt & Taylor | LayerZero Group |
| Therese | Scheuer | U.S. Securities and Exchange Commission | SEC |
| Brendan | Schlauch | Richards, Layton & Finger, P.A. | Joint Official Liquidators |

| First | Last | Firm | Client |
|---|---|---|---|
| Eric | Schwartz | Morris Nichols Arsht & Tunnell LLP | Ad-Hoc Committee of Non-US Customers of FTX.com |
| Aagd | Seh | | Self |
| Yuhan | Shao | | |
| Emile | Shehada | Sullivan & Cromwell LLP | FTX Trading Ltd. et al. (Debtors) |
| Peter | Siddiqui | | TMSI |
| Lauren | Sisson | Haynes and Boone | BlockFi |
| Samy | Soliman | | |
| Kevin | Starke | Wexford Capital LP | Wexford Capital LP |
| Alexander | Steiger | Richards, Layton & Finger, P.A. | JOLs of FTX Digital Markets Ltd. |
| Cullen | Stockmeyer | Alvarez & Marsal | |
| Andrew | Stott | EY Bermuda Ltd. | BlockFi International |
| Brian | Stout | | |
| Vince | Sullivan | Law360 | |
| Rachel | Sun | A&O Shearman | |
| Drew | Sveen | | |
| Steven | Sydow | | |
| Fernando | Szterling | Eversheds Sutherland (US) LLP | Bipa |
| Nacif | Taousse | Latham & Watkins | Foreign Representatives of Three Arrows Capital |
| Adam | Titus | | Debtor |
| Jeffrey | Torosian | DLA Piper LLP (US) | Map Vault |
| Ethan | Trotz | Katten Muchin Rosenman LLP | Creditor |
| Emil | Tu | PERELLA WEINBERG PARTNERS | The Debtors |
| Suzzanne | Uhland | Latham & Watkins LLP | K5 Global |
| Danielle | Walker | Kirkland & Ellis LLP | |
| Julia | Walters | Rothschild & Co US Inc. | Investment Banker to Debtors |
| Jonathan | Weyand | Morris Nichols Arsht & Tunnell LLP | Ad-Hoc Committee of Non-US Customers of FTX.com |
| Elie | Worenklein | Debevoise & Plimpton LLP | |
| Sarah | Wynn | | |
| Becky | Yerak | Wall Street Journal | News Corp |
| Zachary | Zabib | | |
| Alexandra | Zablocki | Latham & Watkins LLP | K5 Global |
| Ben | Zigterman | Law360 | |
| chun | ding | | |
| michael | mccarney | | |
| effy | shi | | |