# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Ali Hamza, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 14, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on the Fee Application Service List attached hereto as **Exhibit A**;

- Second Interim Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for the Period from February 1, 2024 through April 30, 2024 [Docket No. 17640]

On June 14, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the United States Trustee and Unsecured Creditors Committee Service List attached hereto as **Exhibit B**;

- Sixth Interim Application of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-In-Possesion, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2024 through April 30, 2024 [Docket No. 17659] (the "***AlixPartners LLP Fee Application***")

- Sixth Interim Fee Application of Landis Rath & Cobb LLP [Docket No. 17662] (the "***Landis Rath & Cobb LLP Fee Application***")

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

- Sixth Interim Fee Application of Sullivan & Cromwell LLP [Docket No. 17665] (the "**Sullivan & Cromwell LLP Fee Application**")

- Sixth Interim Fee Application of Perella Weinberg Partners LP [Docket No. 17668] (the "**Perella Weinberg Partners LP Fee Application**")

- Second Interim Fee Application of Ernst & Young LLP [Docket No. 17671] (the "**Ernst & Young LLP Fee Application**")

- Monthly Staffing Report and Compensation Report by Owl Hill Advisory, LLC for the Period May 1, 2024 through May 31, 2024 [Docket No. 17674]

- Sixth Interim Fee Application of Alvarez & Marsal North America, LLC [Docket No. 17693] (the "**Alvarez & Marsal North America, LLC Fee Application**")

- Sixth Interim Fee Application of Emanuel Urquhart & Sullivan, LLP [Docket No. 17694] (the "**Emanuel Urquhart & Sullivan, LLP Fee Application**")

On June 14, 2024, at my direction and under my supervision, employees of Kroll caused the AlixPartners LLP Fee Application, Landis Rath & Cobb LLP Fee Application, Sullivan & Cromwell LLP Fee Application, Perella Weinberg Partners LP Fee Application, Ernst & Young LLP Fee Application, Alvarez & Marsal North America, LLC Fee Application and Emanuel Urquhart & Sullivan, LLP Fee Application to be served via email on Godfrey & Kahn, S.C., Attention Katherine Stadler, kstadler@gklaw.com:

Dated: June 20, 2024

/s/ Ali Hamza
Ali Hamza

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 20, 2024, by Ali Hamza, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

## Exhibit A
Fee Application Service List
Served via Email

| Name | Notice Name | Email |
|---|---|---|
| LANDIS RATH & COBB LLP | ATTENTION: ADAM G. LANDIS, KIMBERLY A. BROWN | LANDIS@LRCLAW.COM<br>BROWN@LRCLAW.COM<br>PIERCE@LRCLAW.COM<br>JENNER@LRCLAW.COM<br>WILLIAMS@LRCLAW.COM<br>MCGUIRE@LRCLAW.COM<br>ROBERTSON@LRCLAW.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JON LIPSHIE, BENJAMIN A. HACKMAN, DAVID GERARDI | BENJAMIN.A.HACKMAN@USDOJ.GOV<br>DAVID.GERARDI@USDOJ.GOV<br>JON.LIPSHIE@USDOJ.GOV |
| PAUL HASTINGS | ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, AND EREZ E. GILAD | GABESASSON@PAULHASTINGS.COM<br>KRISHANSEN@PAULHASTINGS.COM<br>KENPASQUALE@PAULHASTINGS.COM<br>EREZGILAD@PAULHASTINGS.COM<br>LUCDESPINS@PAULHASTINGS.COM<br>SAMANTHAMARTIN@PAULHASTINGS.COM |
| SULLIVAN & CROMWELL LLP | ATTN: ALEXA J. KRANZLEY | DIETDERICHA@SULLCROM.COM<br>BROMLEYJ@SULLCROM.COM<br>GLUECKSTEINB@SULLCROM.COM<br>KRANZLEYA@SULLCROM.COM<br>PETIFORDJ@SULLCROM.COM<br>HOLLEYS@SULLCROM.COM<br>EHRENBERGS@SULLCROM.COM<br>DUNNEC@SULLCROM.COM |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR. | MLUNN@YCST.COM<br>RPOPPITI@YCST.COM |

In re: FTX Trading Ltd., et al.
Case No. 22-11068 (JTD)

Page 1 of 1

**Exhibit B**

Exhibit B
United States Trustee and Unsecured Creditors Committee Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: BENJAMIN A. HACKMAN, DAVID GERARDI, JOHN LIPSHIE | BENJAMIN.A.HACKMAN@USDOJ.GOV; DAVID.GERARDI@USDOJ.GOV; JON.LIPSHIE@USDOJ.GOV |
| PAUL HASTINGS | ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, AND EREZ E. GILAD, SAMANTHA MARTIN | GABESASSON@PAULHASTINGS.COM; KRISHANSEN@PAULHASTINGS.COM; KENPASQUALE@PAULHASTINGS.COM; EREZGILAD@PAULHASTINGS.COM; LUCDESPINS@PAULHASTINGS.COM; SAMANTHAMARTIN@PAULHASTINGS.COM |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR. | MLUNN@YCST.COM; RPOPPITI@YCST.COM |