# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>**Related D.I. 17166** |

## CERTIFICATE OF NO OBJECTION REGARDING EXAMINER'S MOTION FOR (I) AUTHORITY TO CONDUCT ADDITIONAL INVESTIGATIONS AND (II) AN ORDER ESTABLISHING THE SCOPE, COST, DEGREE, AND DURATION OF THE SECOND PHASE OF THE EXAMINATION AND GRANTING RELATED RELIEF

I, Michael D. DeBaecke, an attorney with the law firm of Ashby & Geddes, P.A., Delaware counsel to Robert J. Cleary, in his capacity as the examiner appointed in the above-captioned Chapter 11 bankruptcy cases, hereby certifies the following:

1. On June 10, 2024, Robert J. Cleary, as the Examiner (the "Examiner"), by and through his undersigned counsel, filed the *Examiner's Motion For (I) Authority to Conduct Additional Investigations and (II) An Order Establishing the Scope, Cost, Degree, and Duration of the Second Phase of the Examination and Granting Related Relief* [D.I. 17166] (the "Motion").

2. Pursuant to the notice of motion, any objections or responses were to be filed with the Court and served by June 24, 2024, at 5:00 p.m. (Eastern Time).

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of Debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{02028851;v1 }

3. As of the date hereof, the undersigned counsel has not been served with or otherwise received any responses in opposition to the Motion. A review of the Court's docket indicates that, as of this date, no responses or objections have been filed.

THEREFORE, the Examiner respectfully requests that the proposed form of order attached to the Motion be entered at the Court's earliest convenience.

Dated: June 25, 2024

**ASHBY & GEDDES, P.A.**

*/s/ Michael D. DeBaecke*
Michael D. DeBaecke (No. 3186)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19801
Tel: (302) 504-3728
Email: mdebaecke@ashbygeddes.com

and

**PATTERSON BELKNAP WEBB & TYLER LLP**
Daniel A. Lowenthal (admitted *pro hac vice*)
Kimberly Black (admitted *pro hac vice*)
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2720
Email: dalowenthal@pbwt.com
          kblack@pbwt.com

*Counsel for Robert J. Cleary, solely in his capacity as Examiner appointed in the Chapter 11 Cases*