**Appendix B**

**Solicitation Procedures Order
(To Be Filed)**