**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. Nos. 14300, 14301, 18536, 18537, 18975 & 18976 |

**NOTICE OF FILING OF BLACKLINES OF REVISED PLAN**
**AND REVISED DISCLOSURE STATEMENT**

**PLEASE TAKE NOTICE** that on May 7, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed the *Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [D.I. 14300] (the "Plan") and the *Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Affiliated Debtors and Debtors-In-Possession* [D.I. 14301] (the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that on June 23, 2024, the Debtors filed revised versions of the Plan [D.I. 18536] (the "Revised Plan") and the Disclosure Statement [D.I. 18537] (the "Revised Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that contemporaneously herewith, the Debtors have filed further revised versions of the Plan [D.I. 18975] (together with all schedules and exhibits thereto, and as may be amended, modified or supplemented from time to time, the "Further Revised Plan") and the Disclosure Statement [D.I. 18976] (together with all schedules and exhibits thereto, and as may be amended, modified or supplemented from time to time, the "Further Revised Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that, for the convenience of the Court and all parties in interest, a blackline comparison of the Revised Plan compared against the Further Revised Plan is attached hereto as **Exhibit 1** and a blackline comparison of the Revised Disclosure Statement compared against the Further Revised Disclosure Statement is attached hereto as **Exhibit 2**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan, Revised Plan, Further Revised Plan, Disclosure Statement, Revised Disclosure Statement and Further Revised

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0076392.}

Disclosure Statement may be obtained from the Court's website, https://ecf.deb.uscourts.gov/, for a nominal fee, or obtained free of charge by accessing the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/FTX/.

| | |
|---|---|
| Dated: June 25, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>          brown@lrclaw.com<br>          pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>          bromleyj@sullcrom.com<br>          gluecksteinb@sullcrom.com<br>          kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |