# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:                                         )  Chapter 11
                                               )
West Realm Shires Services Inc.                )  Case No. 22-11071
                                               )
                                               )
Debtor.                                        )

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Hain Capital Investors Master Fund, LTD**          **Holland & Knight LLP**
Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee          Last known address:
should be sent:

**Hain Capital Investors Master Fund, LTD**          **Holland & Knight LLP**
**301 Route 17 North, Suite 816A**                   **524 Grand Regency Blvd**
**Rutherford, NJ 07070**                              **Brandon, FL 33510**

                                                      Schedule #: 8617632
                                                      Proof of Claim #: 72764
                                                      Proof of Claim Amount: $151,744.76
                                                      Confirmation ID: 3265-69-LZSSI-387558146

Phone: (201) 896 - 6100                               Phone: (312) 578-6584____
Last Four Digits of Acct #:                           Last Four Digits of Acct #:

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:___Keenan Austin_____          Date:_____6/26/24_____
     Transferee/Transferee's Agent
            *Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Local Form 138

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Holland & Knight LLP** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Hain Capital Investors Master Fund, Ltd ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) scheduled in the amount of **$201,744.76** and associated with Claim Number **72764** against **FTX Trading Ltd., et. al.** (the "Debtor"), Chapter 11 Case jointly administered under case No. **22-11068** United States Bankruptcy Court for the District of **Delaware** (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 18.0 day of June 2024.

**HOLLAND & KNIGHT LLP**

By: *Matthew Zimmerman* (DocuSigned by: 846CC4C55B5D45C...)
Name: Matthew Zimmerman
Title: Partner

**HAIN CAPITAL INVESTORS MASTER FUND, LTD**
By Koltai & Company Advisors, LLC

By: *Robert J Koltai*
Name: Robert Koltai
Title: Manager