# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. No. 16815 |

## CERTIFICATION OF COUNSEL REGARDING TOLLING AGREEMENT

I, Matthew R. Pierce, counsel to FTX Trading Ltd. and its affiliated debtors and debtors-in-possession, hereby certify as follows to the best of my knowledge, information and belief:

1. On June 5, 2024, Mohsin Meghji, as Litigation Administrator (the "**Celsius Litigation Administrator**"), filed the *Celsius Litigation Administrator's Motion for Relief from the Automatic Stay* [Chapter 11 D.I. 16815; Chapter 15 D.I. 115] (the "**Motion**s"), with the United States Bankruptcy Court for the District of Delaware (the "**Court**").[2] The Motions were originally scheduled to be heard on June 25, 2024, at 3:00 p.m. (ET) (the "**Hearing**"), and the deadline for the JOLs and the Debtors (each as defined herein) to respond to the Motions, as applicable, was June 18, 2024, at 4:00 p.m. (ET) (the "**Objection Deadline**").

2. After the filing of the Motion, (i) FTX Digital Markets Ltd. ("**FTX Digital Markets**"), acting by its Joint Official Liquidators (the "**JOLs**"), Brian Simms KC, Peter Greaves and Kevin Cambridge, as agents and without personal liability, (ii) FTX Trading Ltd. and its affiliated debtors (collectively, the "**Debtors**" and, together with FTX Digital Markets and the

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Celsius Plan Administrator, the "**Parties**"), and (iii) the Celsius Litigation Administer engaged in discussions regarding the adjournment of the Hearing on, and the Objection Deadline for, the Motions, and, on June 25, 2024, the Parties entered into the *Tolling Agreement*, dated June 25, 2024 (the "**Tolling Agreement**"), regarding, among other things, the adjournment of the Hearing and the Objection Deadline, and the tolling of statute of limitations, applicable to the causes of action sought to be asserted pursuant to the Motions (whether arising by statute, common law or otherwise), all as set forth therein.

3. A proposed form of order approving the Tolling Agreement is attached hereto as **Exhibit 1** (the "**Proposed Order**"). A true and correct copy of the executed Tolling Agreement is attached to the Proposed Order as **Exhibit A**.

4. A copy of the Proposed Order has been circulated to counsel the JOLs and the Celsius Litigation Administrator, and the aforementioned parties do not object to the entry of the Proposed Order.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A** at its earliest convenience.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: June 26, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br> /s/ *Matthew R. Pierce*  <br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>        brown@lrclaw.com<br>        pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>        bromleyj@sullcrom.com<br>        gluecksteinb@sullcrom.com<br>        kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |