IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 22-11068 (JTD) |
| FTX TRADING LTD., *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **STONEX CREDIT TRADING INC.**<br>Name of Transferee<br><br>**Address:**<br><br>230 PARK AVENUE, 10TH FLOOR<br>NEW YORK, NY 10169<br>ATTN: HENRY TAVAREZ<br>PHONE: (212) 692 5193<br>HENRY.TAVAREZ@STONEX.COM | **[REDACTED]  [CUSTOMER CODE 03131261]**<br>Name of Transferor<br><br>**Name and Current Address of Transferor:**<br><br>[ON FILE WITH TRANSFER AGENT] |

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| **Unique Customer Code: 03131261** | [Redacted] | [Redacted] | FTX Trading Ltd. | 22-11068 |
| **Claim No. 25098** | [Redacted] | [Redacted] | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /S/ STONEX CREDIT TRADING INC.          Date: May 31, 2024
     Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

**Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor.**

**To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer of Claim to this Notice of Transfer of Claim.**

**Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and appropriate professionals.**

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 03130327 | | BTC-PERP[0], CRV-PERP[0], ETH-PERP[0], GBP[0.00], LUNA2[0.28248685], LUNA2_LOCKED[0.65913599], LUNC[.91], SOL-PERP[0], USD[0.52], XRP-PERP[0] | | |
| 03130378 | | ADA-PERP[0], ETH-PERP[ -0.031], LUNA2[0.22350608], LUNA2_LOCKED[0.52151419], LUNC[.72], LUNC-PERP[0], MANA-PERP[0], NEAR-PERP[0], USD[558.76] | | |
| 03130400 | | ADA-PERP[0], BTC[0], BTC-PERP[0], CAKE-PERP[0], EGLD-PERP[0], ETH-PERP[0], FTT[.07877257], FTT-PERP[0], LUNA2[0.00918530], LUNA2_LOCKED[0.02143237], LUNC[2000.64923181], LUNC-PERP[0], USD[816.29], USDT[0] | Yes | |
| 03130510 | | APE[32.39221], AVAX-PERP[0], BTC-PERP[0], DOGE-PERP[0], ETH[.11897739], ETH-PERP[0], ETHW[.11897739], FTT[37.892799], GMT[35.99202], IMX[.099772], LUNA2[1.00666231], LUNA2_LOCKED[2.34887874], LUNC[13162.2640346], LUNC-PERP[0], TRX[.000911], USD[1.60], USDT[55.02965243], USTC[133.94148] | | |
| 03130687 | | AVAX[6.498765], LUNA2[0.04828770], LUNA2_LOCKED[0.11267131], LUNC[10514.74972063], SOL[0], USD[0.00], USDT[0.00000007] | | |
| 03130695 | | DENT[1], LUNA2[1.18237751], LUNA2_LOCKED[2.75888086], LUNC[3.80889774], USD[100.01] | | |
| 03130702 | | AVAX[43.4], BTC[.12049262], DOT[180.8], ETH[1.155], ETHW[1.155], FTT[42.495], LRC[863], LUNA2[30.61637958], LUNA2_LOCKED[71.43821903], LUNC[6666781.113556], SOL[39.65527616], USD[1.12], USDT[0.00745022] | | |
| 03130895 | | 1INCH[1626], ATOM[555.23104], AVAX[100.29666], BTC-PERP[0], DOT[344], DYDX[873.6], ETH[9.998], GST-PERP[ -135], LINK[279.5], LUNA2[0.00656282], LUNA2_LOCKED[0.01531326], NEAR[953.71178], USD[4856.15], USDT[0], USTC[.929], XRP[12830.4334] | | |
| 03130932 | | LUNA2[0.72392250], LUNA2_LOCKED[1.68915251], USD[0.00], USDT[0.13723446] | | |
| 03131094 | | APE[5.74798096], APE-PERP[0], BNB[0], BTC-MOVE-0112[0], BTC-MOVE-0113[0], BTC-PERP[0], ETH-0325[0], ETH-PERP[0], LUNA2[0.00413632], LUNA2_LOCKED[0.00965142], LUNC-PERP[0], USD[613.85], USDT[0], USTC[.585517], USTC-PERP[0] | Yes | |
| 03131126 | | ADA-PERP[0], AVAX-PERP[0], BNB-PERP[0], BTC[0], BTC-PERP[0], CAKE-PERP[0], CEL-PERP[0], DOT-PERP[0], ETHBULL[9.26455961], ETH-PERP[0], FTT[.00791792], LUNA2[0.00574047], LUNA2_LOCKED[0.01339443], LUNC[1250], LUNC-PERP[0], ONE-PERP[0], RUNE-PERP[0], SAND-PERP[0], SOL[.00568697], SOL-PERP[0], THETABULL[36168.1666], TONCOIN-PERP[0], USD[0.08] | | |
| 03131187 | | ETH[0], LUNA2[0.18850054], LUNA2_LOCKED[0.43983459], LUNC[41046.39], TONCOIN[.03], USD[0.00] | | |
| 03131190 | | BNB-PERP[0], BTC[0.00015096], BTC-PERP[0], DOT-PERP[0], ETH-PERP[0], FTT[1.3118373], FTT-PERP[0], PAXG-PERP[0], RAY[18.03480589], SOL[2.30828111], SOL-PERP[0], SRM[2.01375264], SRM_LOCKED[.00295466], USD[20.45] | | BTC[.00015] |
| 03131215 | | AAPL[0], AAPL-1230[0], AAVE[0], AAVE-0930[0], AMC[0], AMC-1230[0], AMZN[0], AMZN-1230[0], ARKK-1230[0], BABA-0624[0], BNTX[0], BNTX-1230[0], BOBA[.06608], BTC[0.00022988], BTC-0930[0], CAKE-PERP[0], DOGE[0], DOGE-0930[0], DOT[0], DOT-0930[0], ETH[0.00028500], ETH-0930[0], ETHW[0], FB[0], FB-1230[0], FTM[.48068126], FTM-PERP[0], FTT[25.09498], GME[0], GME-1230[0], GOOGL[0], GOOGL-1230[0], LOOKS-PERP[0], LUNA2[0.00212214], LUNA2_LOCKED[0.00495167], NFLX[0], NFLX-1230[0], NVDA-1230[0], SOL-0624[0], SPY[0], SPY-1230[0], SQ[0.00491921], SQ-0624[0], TRX[.000001], TSLA[0], TSLA-1230[0], USD[ -20.65], USDT[19.45251964], USTC[.3004] | | |
| 03131236 | | APT-PERP[0], AXS-PERP[0], BTC-PERP[0], CHZ-PERP[0], ETH[0], ETH-PERP[0], ETHW[0], LUNA2[0], LUNA2_LOCKED[1.07650390], LUNA2-PERP[0], LUNC-PERP[0], SOL[0.00087750], SOL-PERP[0], SRM-PERP[0], USD[0.00], USDT[0.00809161] | | |
| 03131249 | | ADABULL[174.7], APE-0930[0], APE-PERP[0], BAT-PERP[0], BNB[0], BTC-PERP[0], CHZ-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH-PERP[0], LINK-PERP[0], LUNA2[5.06252689], LUNA2_LOCKED[11.81256276], LUNC[350000.12993519], LUNC-PERP[0], NEO-PERP[0], SOL-PERP[0], USD[ -65.93], USDT[0.00000029] | | |
| 03131261 | | AAVE[.00874986], AAVE-PERP[0], ADA-PERP[0], AVAX[.0001], BCH-PERP[0], BNB[0.00394041], BTC[0.00081896], BTC-0624[0], BTC-0930[0], BTC-PERP[0], CRV[.015], DOGE[20000.3043315], DOGE-PERP[0], DOT[.00185], EOS-PERP[0], ETH[0], ETH-0325[0], ETH-0624[0], ETH-PERP[0], ETHW[0.00027372], FTT[759.21147951], FTT-PERP[0], LUNA2[2.50753770], LUNA2_LOCKED[5.85092131], MATIC[.03285], MKR-PERP[0], SOL[114.79039853], SOL-PERP[0], SRM[3.17649398], SRM_LOCKED[62.5216493], SUSHI-PERP[0], TRX[.000777], USD[80000.62], USDT[0.00391857], USTC-PERP[0], XRP-PERP[0] | | |
| 03131341 | | FTT[.00000113], SRM[.87782306], SRM_LOCKED[5.12217694], USD[1260.23] | | |
| 03131380 | | AVAX-PERP[0], BNB[0], BTC[0], BTC-PERP[0], ETH[0], ETH-PERP[0], FTT[0], LUNA2[0.00000002], LUNA2_LOCKED[0.00000006], LUNC[.0060326], LUNC-PERP[0], NFT (398273625238289198/FTX AU - we are here! #35518)[1], NFT (404979890405536937/FTX EU - we are here! #238414)[1], NFT (414920740761636732/FTX EU - we are here! #238426)[1], NFT (458476269672421780/FTX EU - we are here! #238421)[1], NFT (496595802851593814/The Hill by FTX #46664)[1], NFT (574922872854032841/FTX AU - we are here! #35571)[1], SAND[0], SOL-PERP[0], SPELL-PERP[0], STETH[0], TRX[.000029], TRX-PERP[0], USD[0.00], USDT[0] | Yes | |
| 03131391 | | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], ALICE-PERP[0], ALPHA[7079.450592], APE-PERP[0], ATOM-PERP[0], AVAX-PERP[0], BCH-PERP[0], BNB-PERP[0], BTC[0], BTC-20211231[0], BTC-PERP[0], CRO[760], DYDX-PERP[0], ETH[0.04700000], ETH-PERP[0], ETHW[0.04700000], FIL-PERP[0], FTM-PERP[0], FTT[28.84066319], FTT-PERP[0], GALA[1529.7284], GAL-PERP[0], GLMR-PERP[0], GMT-PERP[0], KAVA-PERP[0], LEO[0.89000200], LEO-PERP[0], LINK-PERP[0], LUNA2[1.07787066], LUNA2_LOCKED[2.51503154], LUNC[233198.07184986], LUNC-PERP[0], MKR[0], MKR-PERP[0], NEAR-PERP[0], ONE-PERP[0], RNDR[2323.9783674], RNDR-PERP[0], ROSE-PERP[0], SOL-20211231[0], SOL-PERP[0], TLM-PERP[0], USD[549.39], USDT[0.00363370], USTC[.981958], USTC-PERP[0], XLM-PERP[0], XRP-PERP[0], XTZ-PERP[0] | | |
| 03131450 | | AAVE-PERP[0], ADA-PERP[0], APE-PERP[0], AUDIO-PERP[0], AVAX[0], AVAX-PERP[0], AXS-PERP[0], BNB-PERP[0], BTC-MOVE-0409[0], BTC-MOVE-0411[0], BTC-MOVE-0412[0], BTC-MOVE-0413[0], BTC-PERP[0], CAKE-PERP[0], DOGE-PERP[0], DYDX-PERP[0], EGLD-PERP[0], ETH[.2], ETH-PERP[0], FLOW-PERP[0], FTT[155.03489424], FTT-PERP[0], GALA-PERP[0], GMT-PERP[0], GRT-PERP[0], GST-PERP[0], INDI[2000], JASMY-PERP[0], KNC-PERP[0], LINK-PERP[0], LUNC-PERP[0], MATIC-PERP[0], OP-PERP[0], RAY[1.94540713], RUNE-PERP[0], SOL-PERP[0], SRM[354.99487597], SRM_LOCKED[4.39220041], USD[562.52], USDT[0], WAVES-PERP[0] | | |
| 03131459 | | BTC[.00149976], ETH[.02], ETHW[.02], FTT[3], LUNA2[1.06304395], LUNA2_LOCKED[2.48043588], LUNC[6112.96771], MANA[2.9998], SAND[5.999], SOL[.2], TONCOIN[63.51498], USD[90.95], USTC[101] | | |
| 03131480 | | ALGO-PERP[0], ANC-PERP[0], APE-PERP[0], AVAX[6.83735421], AVAX-PERP[0], BAND-PERP[0], BNB-PERP[0], BTC[0], BTC-PERP[0], DOT[70.37992666], ETH[0.27548514], ETH-PERP[0], ETHW[0], FTT[0.04915729], FTT-PERP[0], GALA-PERP[0], GAL-PERP[0], GMT-PERP[0], KNC-PERP[0], LUNA2[0.48073362], LUNA2_LOCKED[1.12171178], MANA-PERP[0], MTA-PERP[0], OP-PERP[0], POLIS-PERP[0], PROM-PERP[0], ROSE-PERP[0], RUNE-PERP[0], SNX-PERP[0], SOL[4.39225410], SOL-PERP[0], USD[450.44], USDT[0.00000001], XEM-PERP[0], ZIL-PERP[0] | | |
| 03131513 | | AVAX[0], AVAX-PERP[0], BTC-PERP[0], BULL[0], ETH[0.00041704], ETHW[0.00041704], EUR[0.00], FTM-PERP[0], LUNA2[8.94308986], LUNA2_LOCKED[20.86720968], LUNC-PERP[0], MATIC-PERP[0], SOL-PERP[0], SUSHI-PERP[0], TRX[.000072], USD[0.00], USDT[0] | | |
| 03131556 | | LUNA2[0.29485175], LUNA2_LOCKED[0.68798742], LUNC[64204.59], TONCOIN[.09], USD[0.00] | | |
| 03131609 | | ATOM[0], BTC[0], ETH[.00000001], FTT[80.2], GAL-PERP[0], LUNA2[7.51517308], LUNA2_LOCKED[17.53540387], NFT (288311522293647012/FTX EU - we are here! #69903)[1], NFT (520483796734330661/Baku Ticket Stub #1162)[1], NFT (542872640825080319/FTX EU - we are here! #69862)[1], NFT (557246617216526413/FTX EU - we are here! #69779)[1], USD[0.04], USDT[0.00000203] | | |
| 03131619 | | ADA-0624[0], APE[2.2330958], KSHIB-PERP[0], LUNA2[0.02801519], LUNA2_LOCKED[0.06536878], LUNC[6100.3677191], SAND[.0510894], TRX[200.599867], USD[0.00] | | |
| 03131650 | | DOGE[.71539961], GST[.00000063], LUNA2[0.00699375], LUNA2_LOCKED[0.01631876], NFT (336404182932470346/FTX EU - we are here! #226643)[1], NFT (470743046124315407/FTX EU - we are here! #226639)[1], NFT (572708057693451162/FTX EU - we are here! #226626)[1], TRX[.000667], USD[0.00], USDT[0.68480676], USTC[.99] | | |
| 03131661 | | BTC[0], BTC-PERP[0], ETH-PERP[0], LUNA2[0.15521026], LUNA2_LOCKED[0.36215727], USD[242.27], USDT[0.00000001] | | |
| 03131679 | | AVAX-PERP[0], BNB-PERP[0], BTC-PERP[0], CRO-PERP[0], ETH-PERP[0], FTT-PERP[0], LUNA2[0.00000039], LUNA2_LOCKED[0.00000091], LUNC[0.0853729], LUNC-PERP[0], NEAR-PERP[0], RUNE-PERP[0], SOL-PERP[0], USD[0.00], USDT[0] | | |
| 03131788 | | APE[0], AVAX[0], AXS[0.00001726], BAO[2], DOT[0.00001877], ENJ[0], ETH[0], EUR[0.00], FTM[0.00236750], FTT[0], GALA[0.00024130], KIN[111], LINK[0], LUNA2[0.00005154], LUNA2_LOCKED[0.00012026], LUNC[11.22350498], MANA[0.00050911], MATIC[0.00009135], MTA[2.49690967], NFT (307250822400814198/FTX Promos #11)[1], NFT (315837575409546933/SUMO Punk #3)[1], NFT (351395095695382770/FTX Promos #18)[1], NFT (388558786772435932/FTX Promos #17)[1], NFT (405229135333014922/Zombi #48)[1], NFT (481122410356053845/FTX Promos #6)[1], NFT (497741207302581787/DucksOutfits #4)[1], NFT (505342738324700257/Zombi #49)[1], NFT (519263235878986666/Apa Egg #11)[1], RSR[1], SAND[0], SHIB[0], SLP[0], SOL[0], SUSHI[0], USD[0.00], USDT[0], WAVES[0], XRP[104.87663480] | Yes | |
| 03131927 | | BAO[1], DENT[1], KIN[3], LUNA2[0.00003397], LUNA2_LOCKED[0.00007927], LUNC[7.39813856], TRY[0.00], UBXT[3] | Yes | |
| 03131971 | | APE[513.40262082], APE-PERP[0], AUDIO-PERP[0], AVAX-PERP[0], BAL-PERP[0], BCH-PERP[0], BNB-PERP[0], BTC[.0000821], BTC-MOVE-1022[0], BTC-PERP[0], CRV-PERP[0], DOGE-PERP[0], ETH[.00000033], ETH-PERP[0], ETHW[0.00000001], FTT[1629.64041936], FTT-PERP[0], KNC-PERP[0], LUNA2[0.68379199], LUNA2_LOCKED[1.55798551], LUNC[148943.23773522], MATIC[.22244126], MATIC-PERP[0], NEAR-PERP[0], ROSE-PERP[0], SOL-PERP[0], SRM[8.40165382], SRM_LOCKED[320.54759286], SRM-PERP[0], STORJ-PERP[0], TRX[.000779], TRX-PERP[0], USD[0.22], USDT[230.26388579], USTC-PERP[0] | Yes | |
| 03132062 | | ADA-PERP[0], ALICE-PERP[0], APE-PERP[0], ATOM-PERP[0], BNB-PERP[0], BTC-PERP[0], DOGE-PERP[0], EGLD-PERP[0], ETH[.0009796], ETH-PERP[0], EUR[0.00], FTT-PERP[0], ICP-PERP[0], JET[1], LOOKS-PERP[0], LUNA2[0.04710131], LUNA2_LOCKED[0.10990306], LUNC-PERP[0], SOL[.00000001], SOL-PERP[0], THETA-PERP[0], USD[1.51], USDT[103.02907306], XRP-PERP[0], ZIL-PERP[0] | | |
| 03132063 | | APT[0], ETH[0], KIN[1], LUNA2[0.00696973], LUNA2_LOCKED[0.01626272], MATIC[0], NFT (299611848292661296/FTX Crypto Cup 2022 Key #7322)[1], SOL[0.00000001], USD[2.90], USDT[0.00000001], USTC[.9866] | Yes | |