# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. Nos. 16815 & 19072 |

## ORDER APPROVING TOLLING AGREEMENT

Upon the *Tolling Agreement*, dated June 25, 2024 (the "**Tolling Agreement**"),[2] entered into between the Parties, a copy of which is attached hereto as **Exhibit A**; and the Court having jurisdiction to consider approval of the Tolling Agreement; and it appearing that sufficient notice of the Tolling Agreement has been given; and after due deliberation; and good and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1.  The Tolling Agreement is hereby APPROVED.

2.  The terms and provisions of the Tolling Agreement shall immediately be effective and enforceable upon entry of this Order.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Tolling Agreement.

{1368.002-W0076399.}

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: June 27th, 2024**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**