UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



| In re: | | Chapter 11 |
| --- | --- | --- |
| | FTX Trading Ltd., *et al.* | Case No. 22-11068 |
| | Debtors | (Jointly Administered) |

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of 100% of the claim referenced in this evidence and notice, which is 100% of the Seller's rights to this claim.

| Name of Transferor | Name of Transferee |
| --- | --- |
| **[CONFIDENTIAL CREDITOR]** | **KIA II LLC** |
| Transferor's Address: | Transferee's address for notices and payment: |
| [Address on File] | 777 West Putnam Ave., First Floor, Greenwich, CT 06830 c/o Wexford Capital LP<br><br>legal@wexford.com<br>Attn: Daniel J. Weiner |

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
| --- | --- | --- | --- | --- |
| Claim(s) | FTX Trading Ltd. | 22-11068 | Schedule Number: 7242404<br>Confirmation ID: 3265-70-DMNBV-065261962 | 100% of amount of claim filed on or about September, 14, 2023 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Steve Mecca_ (DocuSigned, 0D2EFCCB3A41499)   Date: June 17, 2024

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Name of Transferee**

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer of Claim to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and appropriate professionals.

# KROLL

## Creditor Information - Schedule # 7242404

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Name on File | FTX Trading Ltd. | n/a |
| Address on File | Date Filed | Schedule Number |
| | n/a | 7242404 |
| | | Confirmation ID |
| | | 3265-70-DMNBV-065261962 |

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Transfers, objections, stipulations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.

### Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | BNB | ASSERTED | 0.00500091 | 0.00500091 |
| CRYPTO | BTC | ASSERTED | 0.00005659 | 0.00005659 |
| CRYPTO | ETH | ASSERTED | 0.55000001 | 0.55000001 |
| CRYPTO | ETHW | ASSERTED | 0.72000001 | 0.72000001 |
| CRYPTO | FTT | ASSERTED | 25.091 | 25.091 |
| CRYPTO | USDT | ASSERTED | 0.0002170291026228 | 0.0002170291026228 |
| FIAT | USD | ASSERTED | 180212.21264202116 | 180212.21264202116 |