

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FTX TRADING LTD., *et al.,* | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor: | Name of Transferee: |
|---|---|
| **Coleman S. Maher** | **Opps CY Holdings, LLC** |
| Name and Current Address of Transferor:<br>**Coleman S. Maher**<br>**On file with the Debtors (see, e.g.,**<br>**Proof of Claim #49496, Confirmation ID**<br>**#3265-70-CEUVM-951903150)** | Name and Address where notices and payments to transferee should be sent:<br>**Opps CY Holdings, LLC**<br>**Attn: Colin McLafferty**<br>**1301 Avenue of the Americas, 34th Floor**<br>**New York, NY 10019** |

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 49496 | Coleman S. Maher | a 33.33% undivided interest in the Unliquidated amount (stated in crypto) | FTX Trading Ltd. | 22-11068 |
| Confirmation ID No. 3265-70-CEUVM-951903150 | Coleman S. Maher | a 33.33% undivided interest in the Unliquidated amount (stated in crypto) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

June  26 , 2024

**OPPS CY HOLDINGS, LLC, AS BUYER**

By:    Oaktree Fund GP 2A, Ltd.
Its:    Manager
By:    Oaktree Capital Management Fund, L.P.
Its:    Director

By:    *Colin McLafferty*
Name: Colin McLafferty
Title:  Vice President

By:    *David Nicoll*
Name: David Nicoll
Title:  Managing Director



## Creditor Data Details - Claim # 49496

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
09/08/2023

**Claim Number**
49496
**Schedule Number**
n/a
**Confirmation ID**
3265-70-CEUVM-951903150

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Transfers, objections, stipulations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.