IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: FTX Trading Ltd., *et al.*, | ) Chapter 11 ) ) Case No. 22-11068 (JTD) ) (Jointly Administered) ) |
| Debtors. | ) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferor**
Confidential Creditor
Customer Code 04444349
Proof of Claim Number 52648

Current Address:

**Name of Transferee**
F9 Research Market Neutral Fund, LP

Name and Address where notices to transferee should be sent:

Attn: James Greco
Email: gp@f9.fund
8 W Hamilton Pl
Jersey City, NJ 07302

| Claim | Creditor Name | Amount(s) | Debtor | Case No. |
|---|---|---|---|---|
| Schedule F, Attachment F-17, Customer Code 04444349 (Proof of Claim Number 52648) | Confidential | As scheduled (attached) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: June 27, 2024
Transferee/Transferee's Agent

By: _____  Date: June 27, 2024
Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Local Form 138

AmericasActive:20081296.2

## Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the unredacted signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the unredacted signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 04444285 | | ADABULL[3.9029], ADA-PERP[0], ANC-PERP[0], APE-PERP[0], APT-PERP[0], AVAX-PERP[0], AXS-PERP[0], BEAR[848], BNB[.00000001], BNBBULL[.009], BNB-PERP[0], BRZ[2.24759397], BRZ-PERP[0], BTC[0], BTC-PERP[0], BULL[.0003176], CEL-PERP[0], CHZ-PERP[0], DOGE-PERP[0], ETCBULL[84.569], ETC-PERP[0], ETHBULL[.0050874], ETH-PERP[0], FIL-PERP[0], FLM-PERP[0], FLOW-PERP[0], FTM-PERP[0], FTT-PERP[0], GAL-PERP[0], GMT-PERP[0], KLUNC-PERP[0], LINK-PERP[0], LUNA2[0.00000004], LUNA2_LOCKED[0.00000010], LUNC-PERP[0], MATICBULL[97.345], MATIC-PERP[0], MTL-PERP[0], OP-PERP[0], SOL-PERP[0], SRM-PERP[0], SRN-PERP[0], TRX-PERP[0], USD[0.31], USDT[0.00572940], VET-PERP[0], WAVES-PERP[0], XRPBULL[9965.5], XRP-PERP[0], ZIL-PERP[0] | | |
| 04444349 | | AVAX[ -34585.79115131], AVAX-PERP[30079.5], BTC[0.00009411], BTC-PERP[0], DAI[0], DOT[ -10373.01385528], DOT-PERP[7480.7], ETH[0.00052775], ETH-PERP[0], ETHW[0.00063280], FTT[1000.09209027], FTT-PERP[0], JOE[.00000001], MATIC[0.41135364], MATIC-PERP[ -1010], RAY[0], RAY-PERP[0], SOL[ -75170.02304986], SOL-PERP[8407.47999999], SRM[.09640329], SRM_LOCKED[156.63805056], STSOL[.00000001], USD[4531629.51], USDT[0], USDT-PERP[0], USTC[0], USTC-PERP[0] | | |
| 04444405 | | LUNA2[0.00000003], LUNA2_LOCKED[0.00000007], LUNC[.007434], SRM[.70568042], SRM_LOCKED[5.29431958], USD[0.17], USDT[0.35197076], XPLA[.0818] | | |
| 04444473 | | CTX[0], FTT[.07262], FTT-PERP[0], SOL[.00000001], SRM[1.2315885], SRM_LOCKED[19.69599558], TRXBEAR[4067884400], USD[4.43], USDT-PERP[0], XRP[0], YFII-PERP[0] | Yes | |
| 04444493 | | ATOMBULL[11082.04973696], DODO[0], LINA[0], LTCBULL[0], LUNA2[0.00000002], LUNA2_LOCKED[0.00000006], LUNC[0.00576290], MATIC[0], MATICBEAR2021[0], MATICBULL[0], REEF[0], TRX[0], TRXBULL[0], USD[0.00], XLMBULL[0] | | |
| 04444514 | | ATOM[.098], AVAX[1.5], BEAR[188000], DOT[4.1], FTT[8.5], GMT-PERP[0], LDO[4], LUNA2[0.55183355], LUNA2_LOCKED[1.28761161], LUNC-PERP[0], SHIB-PERP[0], TRX[.001555], USD[0.42], USDT[0], XRP[.252526], YFII-PERP[0] | | |
| 04444518 | | BRZ[0.00404086], LUNA2[1.25613461], LUNA2_LOCKED[2.93098075], LUNC[273510.5731155], USD[0.01], USTC[.01] | | |
| 04444521 | | BTC-PERP[0], LUNA2[0.17942990], LUNA2_LOCKED[0.41866978], LUNC-PERP[0], USD[21.75], USDT[0.00000001], XRP-PERP[0] | | |
| 04444607 | | AKRO[1], ATOM[2.19731289], AVAX[1.48144106], BAO[5], DENT[1], ETH[.05249144], ETHW[.05183804], KIN[6], LUNA2[1.26092812], LUNA2_LOCKED[2.93824501], LUNC[197060.1528213], SOL[1.15521893], TRX[2], USD[0.00] | Yes | |
| 04444637 | | BAO[2], DENT[1], LUNA2[0.00888944], LUNA2_LOCKED[0.02074203], NFT (350030794053304909/FTX EU - we are here! #64195)[1], NFT (414454619208574068/FTX Crypto Cup 2022 Key #16477)[1], NFT (469627323828787169/FTX EU - we are here! #64047)[1], NFT (475343992980326261/FTX EU - we are here! #64859)[1], NFT (499737643622570695/The Hill by FTX #15762)[1], RSR[1], TRX[1], UBXT[1], USD[0.00], USDT[0.00000767] | Yes | |
| 04444666 | | ANC-PERP[0], APE-PERP[0], BNB[.00000001], BOBA-PERP[0], BTC-PERP[0], CAKE-PERP[0], FTT-PERP[0], GMT-PERP[0], GST-PERP[0], HUM-PERP[0], KAVA-PERP[0], LUNC-PERP[0], MANA-PERP[0], MKR-PERP[0], MTL-PERP[0], PEOPLE-PERP[0], SRM[.78339296], SRM_LOCKED[8.03341214], STEP-PERP[0], STG[.872605], THETA-PERP[0], USD[7.71], USDT[0.00000002], USTC-PERP[0], WAVES-PERP[0], XRP[2.100961], XRP-PERP[0], ZIL-PERP[0] | | |
| 04444708 | | APE[0], FTT[219.62739911], HNT[30.9], SRM[290.74949969], SRM_LOCKED[2.72037523], TRX[.001592], USD[0.16], USDT[0.53563624] | | |
| 04444801 | | ETH[0], LUNA2_LOCKED[104.1561472], LUNC[.029921], NFT (360846469896554124/FTX EU - we are here! #200770)[1], NFT (381944936142032851/FTX EU - we are here! #200941)[1], NFT (499559809324272887/FTX Crypto Cup 2022 Key #13803)[1], NFT (565671644433451488/FTX EU - we are here! #200911)[1], USD[0.00], USDT[0], XRP[0] | | |
| 04445041 | | DAI[0], LUNA2[1.20556574], LUNA2_LOCKED[2.81298673], LUNC[262514.47906481], TONCOIN[68.28], USD[0.00], USDT[0] | | |
| 04445126 | | ALGO[.4376], BTC[.00108178], LUNA2[2.07196462], LUNA2_LOCKED[4.83458413], LUNC[.709284], NEAR[.06356], SOL[.057388], USD[0.00] | | |
| 04445127 | | BTC[.0000991], ETH[.0009524], ETHW[.0009524], LUNA2[0.00016697], LUNA2_LOCKED[0.00038961], LUNC[36.36], SOL[.088492], USD[0.00], USDT[0] | | |
| 04445144 | | ETH[2.748], ETHW[2.748], FTT[645.41], SRM[5.41090756], SRM_LOCKED[84.58909244] | | |
| 04445271 | | ANC-PERP[0], LUNA2[0.02735468], LUNA2_LOCKED[0.06382759], LUNC[5956.54], USD[0.00], USTC-PERP[0] | | |
| 04445304 | | FTT[.03414045], SRM[.51756582], SRM_LOCKED[89.20916918], USD[16876.23], XPLA[.09410975] | | |
| 04445341 | | ATLAS-PERP[0], CHZ-PERP[0], ETH-PERP[0], ETHW-PERP[0], LUNA2[0], LUNA2_LOCKED[0.00000009], LUNC[0.00891330], NFT (447097660901469235/FTX x VBS Diamond #318)[1], OP-PERP[0], USD[0.00], USDT[0] | | |
| 04445423 | | BTC-PERP[0], MATIC[0], SRM[1.327877], SRM_LOCKED[13.792123], USD[0.00], USDT[0], USTC-PERP[0] | | |
| 04445496 | | BTC[.00000178], CHZ[39.992], DOGE[1.9996], ETH[.00381502], ETHW[.00381502], GMT[9.68420219], LUNA2[0.09480248], LUNA2_LOCKED[0.22120579], LUNC[20643.44], MATIC[9.998], REEF[229.974], USD[0.62], USDT[36.33427363], YGG[3.59607465] | | |
| 04445540 | | BNB[0], BTC[0], CEL[0], LUNA2[0.00000014], LUNA2_LOCKED[0.00000034], LUNC[.03174603], SUSHI[0], UNI[0], USD[0.00], USDT[0], XAUT[.00006928] | Yes | |
| 04445550 | | FTT[0.41403881], LUNA2_LOCKED[0.00000001], LUNC[.0013399], USD[0.00], USDT[0], XRP[.218552] | | |
| 04445561 | | BTC-PERP[0], ETH-PERP[0], ETHW[.00008263], LUNA2[0.00014006], LUNA2_LOCKED[0.00032682], TRX[.86959], USD[0.00], USDT[0.00000001], USTC[.01982700], XPLA[3240.96266547] | | |
| 04445575 | | BTC[0], SRM[.4499278], SRM_LOCKED[7.95638244], TRX[0], USD[0.03] | | |
| 04445600 | | BAO[9], CONV[11671.4238167], CRV[0], KIN[7], LUNA2[4.94639117], LUNA2_LOCKED[11.54157941], LUNC[1077087.09305247], RSR[1], TRX[1], USD[0.10], XRP[20] | Yes | |
| 04445676 | | FTT[799.8458], SRM[6.46651144], SRM_LOCKED[92.65348856], USD[68412.07], XPLA[94813.8789], XRP[265] | | |
| 04445700 | | ANC-PERP[0], DAI[.09615654], LUNA2[0.00000004], LUNA2_LOCKED[0.00000010], LUNC[0.00971626], LUNC-PERP[0], USD[1.65], USDT[0], USDT-PERP[0], USTC-PERP[0] | | |
| 04445708 | | FTT[207.8], LUNA2[0.00000003], LUNA2_LOCKED[0.00000007], LUNC[.007276], USD[0.26], USDT[0.34965863], XPLA[500], XRP[1] | | |
| 04445716 | | SRM[1.65755595], SRM_LOCKED[16.58244405], USD[3.26], XRP[.239525] | | |
| 04445788 | | LUNA2[0.00000003], LUNA2_LOCKED[0.00000007], LUNC[.007249], USD[3.62], USDT[0.43997835], XPLA[8.1095] | | |
| 04445830 | | BNB[.0095022], BTC[0.00009445], CREAM[.0022307], DOGE[1482.35824], ETH[1.28599868], ETHW[1.10043591], FTT[104.96436299], GALA[9.9262], HT[.0924], LUNA2[11.96561275], LUNA2_LOCKED[27.91976309], LUNC[970647.8832057], OXY[.95367], SHIB[74065], SRM[.81912], TRX[.001554], USD[0.93], USDT[0], USTC[1062.79803], XLM-PERP[0], XRP[.8157] | | |
| 04445835 | | LUNA2[0.00091847], LUNA2_LOCKED[0.00214310], LUNC[200], TRX[.000798], USDT[0.39939291] | | |
| 04445876 | | LUNA2[0.00102626], LUNA2_LOCKED[0.00239461], LUNC[.003306], TRX[.000001], USD[0.01], USDT[0.00000001] | | |
| 04445881 | | LUNA2[0.10759685], LUNA2_LOCKED[0.25105932], LUNC[23134.09], MATIC[.37942998], TRX[.466673], USD[1.30], USDT[2.01353112], USTC[.192], USTC-PERP[0], XPLA[9.78] | | |
| 04445901 | | APE[58.879768], AVAX[0], BTC[0.01489716], LUNA2[1.79236158], LUNA2_LOCKED[4.18217702], LUNC[390290.5079284], USD[0.51] | | |
| 04445908 | | BTC-PERP[0], ETH-PERP[0], FIDA[.9905], LUA[.02], LUNA2[37.36226399], LUNA2_LOCKED[87.17861598], TRX[.240867], USD[25.08], USDT[0.00000006] | | |
| 04445910 | | ALGO-PERP[0], BCH[.0008918], BTC-PERP[0], ETH-PERP[0], LUNA2[0], LUNA2_LOCKED[19.52657545], RVN-PERP[0], TRX[.129602], TRX-PERP[0], USD[55.55], USDT[0.00737212], USDT-PERP[0], USTC-PERP[0], VET-PERP[0], XPLA[9.948], XRP-PERP[0] | | |
| 04445971 | | AVAX-PERP[0], DOGE-PERP[0], ENJ-PERP[0], FTT-PERP[0], GLMR-PERP[0], HUM-PERP[0], KAVA-PERP[0], KNC-PERP[0], LOOKS-PERP[0], LUNA2[0.00679899], LUNA2_LOCKED[0.01586431], MATIC-PERP[0], MTL-PERP[0], SAND[.45385877], SOL-PERP[0], USD[0.61], USTC[.96243], WAVES-PERP[0], XPLA[.0283], XRP-PERP[0], ZIL-PERP[0] | | |

# EVIDENCE OF TRANSFER OF CLAIM

<u>TO THE DEBTOR AND THE BANKRUPTCY COURT:</u>

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, creditor ▆▆▆▆▆▆▆▆▆▆ ("Transferor") hereby certifies that it has unconditionally and irrevocably sold, transferred, and assigned to F9 Research Market Neutral Fund, LP ("Transferee") all of Transferor's right, title, and interest in and to the claim and proof of claim (the "Proof of Claim") associated with Customer Code 04444349 on Schedule F, Attachment F-17, Proof of Claim Number 52648, Confirmation Number 3265-70-KALPG-982272784, and Schedule No. 6811089, filed against FTX Trading Ltd. (the "Debtor") in the proceeding identified as *In re FTX Trading Ltd.*, Case No. 22-bk-11068 (JTD), pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the Proof of Claim on the books and records of the Debtor and the Bankruptcy Court, waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Transferee as the valid owner of the claim.

You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Transferee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on
Date: June 27, 2024



Transferee: F9 Research Market Neutral Fund, LP
By: _/s/ James Greco_
Name: James Greco
Title: Manager of F9 Research General Partner, LLC, its General Partner