**Exhibit B**

**Summary and Detailed Description of AlixPartners' Expenses**

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

| | | |
|---|---|---|
| Re: | Expenses | |
| Code: | 20008100PN00001.1.32 | |

| Date | Description | Amount |
|---|---|---:|
| 05/01/2024 | Taxi/Car Service Lewis Beischer Home to Airport (in-person team meetings) | 59.90 |
| 05/01/2024 | Client Research Lewis Beischer - Monthly subscription to access blockchain nodes to facilitate financial statement reconstruction | 246.37 |
| 05/01/2024 | Individual Meal - Matthew Birtwell - Dinner (in-person team meetings) | 48.22 |
| 05/01/2024 | Taxi/Car Service Matthew Birtwell Office to Airport (in-person team meetings) | 58.85 |
| 05/01/2024 | Parking/Tolls Matthew Birtwell (in-person team meetings) | 87.00 |
| 05/01/2024 | Mileage Matthew Birtwell 33 Miles | 22.11 |
| 05/01/2024 | Airfare Ryan Backus 2024-05-01 DFW - JFK; return from in-person team meetings (American, one way, economy) | 336.80 |
| 05/01/2024 | Individual Meal - Ryan Backus - Breakfast (in-person team meetings) | 25.00 |
| 05/01/2024 | Individual Meal - Ryan Backus - Dinner (in-person team meetings) | 50.00 |
| 05/01/2024 | Taxi/Car Service Ryan Backus JFK Airport to Home (in-person team meetings) | 119.26 |
| 05/01/2024 | Taxi/Car Service Ryan Backus AlixPartners Dallas, TX to Dallas Airport (in-person team meetings) | 51.46 |
| 05/01/2024 | Client Research Travis Phelan - Monthly subscription to access blockchain nodes to facilitate financial statement reconstruction | 299.00 |
| 05/02/2024 | Individual Meal - Matthew Birtwell - Dinner (in-person team meetings) | 5.40 |
| 05/02/2024 | Group Meal - Engagement Team - Lunch - Travis Phelan; Thomas Hofner; Ganesh Gopalakrishnan; Linna Jia (in-person team meetings) | 140.00 |
| 05/06/2024 | Airfare Charles Cipione 2024-05-06 DFW - LGA; in-person team meetings (American, round trip, economy) | 547.00 |
| 05/06/2024 | Lodging Charles Cipione - Conrad, New York, NY 2024-05-06 2024-05-09 (in-person team meetings) | 1,575.00 |

# AlixPartners

John J. Ray III  
Chief Executive Officer  
FTX Trading Ltd. and its affiliated debtors-in-possession  
c/o Sullivan & Cromwell LLP  
125 Broad Street  
New York, New York 10004  

Re: Expenses  
Code: 20008100PN00001.1.32  

| Date | Description | Amount |
|---|---|---:|
| 05/06/2024 | Individual Meal - Charles Cipione - Dinner (in-person team meetings) | 52.65 |
| 05/06/2024 | Group Meal - Engagement Team - Lunch - Travis Phelan; Thomas Hofner; Jeffrey Berg (in-person team meetings) | 105.00 |
| 05/07/2024 | Taxi/Car Service Charles Cipione LGA to Hotel (in-person team meetings) | 66.19 |
| 05/08/2024 | Individual Meal - Charles Cipione - Lunch (in-person team meetings) | 20.15 |
| 05/09/2024 | Individual Meal - Charles Cipione - Dinner (in-person team meetings) | 27.92 |
| 05/09/2024 | Client Research Travis Phelan - Monthly subscription to access blockchain nodes to facilitate financial statement reconstruction | 99.00 |
| 05/11/2024 | Parking/Tolls Charles Cipione (in-person team meetings) | 97.42 |
| 05/13/2024 | Taxi/Car Service Charles Cipione Hotel to LGA (in-person team meetings) | 52.43 |
| 05/20/2024 | Client Research Travis Phelan - Monthly subscription to access blockchain nodes to facilitate financial statement reconstruction | 15.14 |
| 05/22/2024 | Group Meal - Engagement Team - Lunch - Travis Phelan; Thomas Hofner; Jeffrey Berg; Shengjia Kang (in-person team meetings) | 140.00 |
| 05/27/2024 | Airfare Allyson Calhoun 2024-05-27 ORD - DFW; travel to in-person team meetings (United, round trip, economy) | 409.66 |
| 05/27/2024 | Lodging Allyson Calhoun - Marriott Dallas Uptown, Dallas, TX 2024-05-27 2024-05-30 (in-person team meetings) | 775.00 |
| 05/27/2024 | Individual Meal - Allyson Calhoun - Dinner (in-person team meetings) | 38.92 |
| 05/27/2024 | Taxi/Car Service Allyson Calhoun Airport to Hotel (in-person team meetings) | 116.16 |
| 05/27/2024 | Taxi/Car Service Allyson Calhoun Home to Airport (in-person team meetings) | 62.40 |
| 05/27/2024 | Internet Access Allyson Calhoun | 8.00 |

# AlixPartners

John J. Ray III  
Chief Executive Officer  
FTX Trading Ltd. and its affiliated debtors-in-possession  
c/o Sullivan & Cromwell LLP  
125 Broad Street  
New York, New York 10004

Re: Expenses  
Code: 20008100PN00001.1.32

| Date | Description | Amount |
|---|---|---|
| 05/28/2024 | Taxi/Car Service Allyson Calhoun Hotel to AlixPartners office (in-person team meetings) | 16.18 |
| 05/28/2024 | Individual Meal - Allyson Calhoun - Dinner (in-person team meetings) | 50.00 |
| 05/28/2024 | Group Meal - Lunch - Travis Phelan; Thomas Hofner; Ganesh Gopalakrishnan; Allyson Calhoun (in-person team meetings) | 140.00 |
| 05/29/2024 | Individual Meal - Allyson Calhoun - Dinner (in-person team meetings) | 49.69 |
| 05/29/2024 | Individual Meal - Allyson Calhoun - Breakfast (in-person team meetings) | 25.00 |
| 05/29/2024 | Group Meal - Lunch - Travis Phelan; Thomas Hofner; Ganesh Gopalakrishnan; Linna Jia; Shengjia Kang; Allyson Calhoun (in-person team meetings) | 210.00 |
| 05/30/2024 | Individual Meal - Allyson Calhoun - Breakfast (in-person team meetings) | 14.69 |
| 05/30/2024 | Individual Meal - Allyson Calhoun - Dinner (in-person team meetings) | 50.00 |
| 05/30/2024 | Individual Meal - Allyson Calhoun - Lunch (in-person team meetings) | 17.06 |
| 05/30/2024 | Taxi/Car Service Allyson Calhoun AlixPartners office to Airport (in-person team meetings) | 51.63 |
| 05/30/2024 | Taxi/Car Service Allyson Calhoun Airport to Home (in-person team meetings) | 73.09 |
| 05/31/2024 | Client Research Travis Phelan - Monthly subscription to access blockchain nodes to facilitate financial statement reconstruction | 299.00 |
| 05/31/2024 | Azure - Data Storage Costs | 29,816.46 |
|  |  | **$ 36,570.21** |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Client: 20008100Pn0001

| **Expenses** | | **Amount** |
|---|---|---:|
| Airfare | $ | 1,293.46 |
| Client Research | | 958.51 |
| Data Storage Costs | | 29,816.46 |
| Ground Transportation | | 934.08 |
| Internet | | 8.00 |
| Lodging | | 2,350.00 |
| Meals | | 1,209.70 |
| **Total Disbursements** | **$** | **36,570.21** |