IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., et al., | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee**
Stephen Joseph Paul Jr.

**Name of Transferor**
[REDACTED]

Name and address where notices and payments to transferee should be sent:
Stephen Joseph Paul, Jr.
35542 Cypress Point TRL
Millville, DE 19967
Email: stephen.joseph.paul@gmail.com

Name and Current Address of Transferor:
[REDACTED]

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| FTX Trading Ltd. Amended Customer Claim Schedule F-2 (See attached Excerpt) Schedule No. 5775413 | [REDACTED] | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

*Stephen Joseph Paul Jr.*
Stephen Joseph Paul Jr. (Apr 26, 2024 20:52 EDT)
Transferee/Transferee's Agent

Date: 04/27/2024

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, District of Delaware

███████████ ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Stephen Joseph Paul Jr. ("**Buyer**"), **100 %** of all Seller's right, title and interest in and to the claims of Seller against FTX Trading Ltd. in the bankruptcy case entitled *In re: FTX Trading Ltd., et al.*, and pending in the United States Bankruptcy Court, District of Delaware, under Case No. 22-11068 (JTD) (Jointly Administered), which claims are described more fully as follows (collectively, the "**Claim**"):

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| FTX Trading Ltd. Amended Customer Claim Schedule F-2 (See attached Excerpt)<br><br>Schedule No. 5775413 | ███████████ | 100% | FTX Trading Ltd. | 22-11068 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of April 25, 2024.

**SELLER:**

███████████

███████████

**BUYER**:
**Stephen Joseph Paul Jr.**

*Stephen Joseph Paul Jr.*
Stephen Joseph Paul Jr. (Apr 26, 2024 20:52 EDT)    By:
Name: Stephen Joseph Paul Jr.

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

# EXCERPT OF
FTX Trading Ltd. Amended Customer Claim Schedule

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 00346868 | | TRUMPFEBWIN[436.6941], USD[0.01] | | |
| 00346870 | | BTC-PERP[0], LINK-PERP[0], TRUMPFEB[0], TRUMPFEBWIN[3123.8118], USD[0.08] | | |
| 00346872 | | BTC[0], USD[0.34] | | |
| 00346876 | | BTC[.00005723], BTC-PERP[0], TRUMPFEBWIN[322.7739], USD[0.64] | | |
| 00346877 | | 1INCH[0], ALEPH[0], AUDIO[0], AVAX[0.00000001], BAT[0.00000001], BICO[0], BTC[0], CHZ[0], DENT[2000], DOGE[0], ETH[0], FTT[.00000546], GBP[0.00], GENE[0], GT[0], INDI[5.08462776], INTER[0], KNC[1.1], LINA[0], MANA[0], MKR[0], ORBS[0], RAMP[0], RNDR[0], RSR[0], SHIB[0], SLND[0], SOL[0], SOS[0], SPELL[0], STORJ[0], TRX[0], UNI[0], USD[0.03], USDT[0.00000003], XLMBULL[0], XRP[0] | | |
| 00346878 | | SXPBULL[483.50625438], TRX[.000005], USD[0.01], USDT[0] | | |
| 00346880 | | TRUMPFEBWIN[12.9909], USD[0.32] | | |
| 00346881 | | TRUMPFEB[0], USD[0.43] | | |
| 00346882 | | AAVE-PERP[0], ADA-PERP[0], ALPHA-PERP[0], ATOM-PERP[0], AUD[0.00], AVAX-PERP[0], BCH-PERP[0], BTC-PERP[0], CAKE-PERP[0], CHZ-PERP[0], DEFI-PERP[0], DOGE-PERP[0], DOT-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH-PERP[0], FTM-PERP[0], GRT-PERP[0], KSM-PERP[0], LINK-PERP[0], LTC-PERP[0], LUNC-PERP[0], MATIC-PERP[0], MKR-PERP[0], REEF-PERP[0], RSR-PERP[0], SNX-PERP[0], SOL-PERP[0], SUSHI-PERP[0], SXP-PERP[0], USD[0.00], USDT[0], XRP-PERP[0] | | |
| 00346889 | | 1INCH-PERP[0], BCH-PERP[0], BTC[.00000001], BTC-PERP[0], BTTPRE-PERP[0], DOGE-PERP[0], EGLD-PERP[0], ETH-20201225[0], ETH-PERP[0], LINK-PERP[0], LTC-PERP[0], OMG-PERP[0], RSR-PERP[0], TRX-PERP[0], USDt-0.03, USDT[1.66255248], XLM-PERP[0], XMR-PERP[0], XRP-PERP[0], YFI-PERP[0] | | |
| 00346890 | | ETH[.00000001], USD[0.31] | | |
| 00346892 | | BTC[.00001435], KAVA-PERP[0], TRX[.000003], USD[0.00], USDT[0.18897537], XTZ-PERP[0] | | |
| 00346896 | | BTC-PERP[0], TRUMPFEBWIN[838.7534], USD[0.00] | | |
| 00346898 | | USD[0.01], USDT[.232385] | | |
| 00346900 | | BTC[0] | | |
| 00346902 | | BIDEN[0], NFT (299598999249200739/FTX EU - we are here! #226308)[1], NFT (4746370075988942283/FTX EU - we are here! #226294)[1], NFT (4949334404949296712/FTX EU - we are here! #226304)[1], USD[0.00] | | |
| 00346908 | | ATOM[.04], ETH[.0015], FTM[2273.4568], SOL[.00692], TRUMP[0], TRUMP2024[0], TRUMP_TOKEN[1724.1], TRX[.000022], UNI[.00066242], USD[0.85], USDT[288.07536228] | | |
| 00346909 | | USD[0.00] | | |
| 00346910 | | BTC[0.00149944], BTC-PERP[0], USD[3.65] | | |
| 00346911 | | ETHBULL[0], ETH-PERP[0], USD[0.73], USDT[0], XRP-PERP[0] | | |
| 00346912 | | 1INCH[0], 1INCH-PERP[0], AAVE[.0071405], AAVE-PERP[0], AMPL[0.02565492], AMPL-PERP[0], AUDIO[0], BNB[0.00386678], BSV-PERP[0], BTC[0.20453701], DAI[0], DASH-PERP[0], DENT-PERP[0], DOGE[3.97397855], DOGE-PERP[0], ENS[.01150324], EOS-PERP[0], ETC-PERP[0], ETH[1.12654592], ETH-PERP[0], ETHW[0.28254591], FTT[0.05411692], IOTA-PERP[0], LUNC-PERP[0], NEAR-PERP[0], ONE-PERP[0], PEOPLE-PERP[0], RNDR[335.56862], SECO[0], SHIB[91680], SOL[0.00917838], SPELL[127.91568909], SPELL-PERP[0], SUSHI[0.46551855], SUSHI-PERP[0], UNI[.04889326], USD[24.16], USDT[0.00001086], WBTC[.00008861], XAUT[0.00001016], XEM-PERP[0] | | |
| 00346913 | | SHIT-PERP[0], USD[0.68] | | |
| 00346915 | | ADA-PERP[0], ALT-PERP[0], ATOM-PERP[0], BCH-PERP[0], BNB[.01], BNB-PERP[0], COMP-PERP[0], CREAM-PERP[0], DEFI-PERP[0], DOGE-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH-PERP[0], FLOW-PERP[0], GRT-PERP[0], HOT-PERP[0], KAVA-PERP[0], KNC-PERP[0], LINA-PERP[0], LINK-PERP[0], MATIC-PERP[0], MKR-PERP[0], MTL-PERP[0], RAMP-PERP[0], REEF-PERP[0], RUNE-PERP[0], SHIT-PERP[0], SOL-PERP[0], SUSHI-PERP[0], THETA-PERP[0], TOMO-PERP[0], TRX[1.000002], TRX-PERP[0], USD[7.09], USDT[-0.00563627], VET-PERP[0], ZIL-PERP[0] | | |
| 00346916 | | BNB[0], ETH[0.00000001], MATIC[0], SOL[0], TRX[0], USD[0.00], USDT[0.00000156], XRP[0] | | |
| 00346919 | | BIDEN[0], ETH-PERP[0], USD[0.00] | | |
| 00346922 | Contingent | 1INCH-PERP[0], ALGO[.855231], ALGOBULL[98.96], ASDBULL[.0005424], BNB[0], BTC[0], BTC-PERP[0], DOGEBEAR[64954500], DOGEBULL[17.9964], DOGE-PERP[0], EOSBEAR[.03708], EOSBULL[.85618], EOS-PERP[0], GRT-PERP[0], LUNA2[0.46262080], LUNA2_LOCKED[1.07944854], PRIVBULL[.009546], RON-PERP[0], SHIB-PERP[0], SUSHIBEAR[80.917984], SUSHIBULL[.1992], SUSHI-PERP[0], SXP-PERP[0], TRX[.00000001], UNI-PERP[0], USD[0.06], USDT[0.00069999], XLMBEAR[.00003081], XLM-PERP[0], XRP-PERP[0] | | |
| 00346926 | | USD[0.00] | | |
| 00346928 | | TRUMPFEBWIN[6058], USD[0.01] | | |
| 00346934 | | AUDIO-PERP[0], CHZ[759.752], DOGE[0], DOGE-PERP[0], ETH[0.00099626], ETHW[0.00099828], FTT[3.80437308], LINK[0.09869578], POLIS[51.2900476], REEF[20], SHIB[47181.4], SLP[1540], SUSHI[0.51229582], SXP[0.08539298], USD[41.55], USDT[0], WAVES-PERP[0] | | |
| 00346937 | | BTC-MOVE-WK-0408[0], CEL[.0247], COIN[.0065], FTT[0.09903206], USD[0.00], USDT[0] | | |
| 00346938 | | AAVE-PERP[0], ADA-PERP[0], ALGO-PERP[0], AMPL-PERP[0], BCH-PERP[0], BSV-PERP[0], BTC[0], BTC-PERP[0], COMP-PERP[0], DOGE-PERP[0], DOT-PERP[0], EOS-PERP[0], ETH[0], ETH-PERP[0], FIL-PERP[0], GRT-PERP[0], LINK-PERP[0], LTC-PERP[0], MATIC-PERP[0], RUNE-PERP[0], SNX-PERP[0], SUSHI-PERP[0], SXP-PERP[0], THETA-PERP[0], USD[0.00], USDT[0], WAVES-PERP[0], XRP-20210326[0], XRP-PERP[0], YFI-PERP[0] | | |
| 00346940 | | TRUMP[0], TRUMPFEBWIN[22857.1], USD[0.16], USTC-PERP[0] | | |
| 00346941 | | BTC[0], ETH[0.00000001], HT[0], MATIC[0], SOL[0], TRX[0], USD[0.39], USDT[0.00000169] | | |
| 00346943 | | 0 | | |
| 00346945 | | TRUMPFEBWIN[7268.6004], TRUMPSTAY[2.9979], TRX[.000001], UNI[.00000001], USD[193.07], USDT[0] | | |
| 00346952 | | TRUMPFEBWIN[2295.3921], TRUMPSTAY[1303.0872], USD[1.31] | | |
| 00346953 | | AMPL[0], ATLAS[0], ETH[0], FTT[0], KIN[0], MNGO[0], PERP[0], RAY[0], SHIB[0], SOL[0], USD[0.00], USDT[0] | | |
| 00346954 | | ATLAS-PERP[0], ATOM-PERP[0], AUDIO-PERP[0], BTC[0.00002817], BTC-PERP[0], ETH-PERP[0], EUR[6579.66], FTT[25], LUNC-PERP[0], SOL-PERP[0], USD[0.00], USDT[0.00000001] | | |
| 00346955 | | TRUMPFEB[0], USD[1.19] | | |