IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **8 GOLDEN FISH INVESTMENTS LTD.** |  |

| Name and address where notices and payments to transferee should be sent: | Name and Current Address of Transferor: |
|---|---|
| 8 Golden Fish Investments Ltd.<br>Attn: Teresa Ho<br>27 Discovery Bay Road, Neo Horizons<br>Block 2, 25/D, Discovery Bay, Hong Kong |  |

Email: 8.golden.fish.investments@gmail.com

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule No. 6726955 | ▮ | 100% | FTX Trading Ltd. | 22-11068 |
| Proof of Claim No. 19525 | ▮ | 100% | FTX Trading Ltd. | 22-11068 |
| Confirmation ID No. 3265-70-YMVWA-177230512 | ▮ | 100% | FTX Trading Ltd. | 22-11068 |
| Customer Code No. 00251093 | ▮ | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

_____  
Transferee/Transferee's Agent

1/8/2024  
Date: _____

EVIDENCE OF TRANSFER OF CLAIM

**TO:**   United States Bankruptcy Court
for the District of Delaware ("Court")

**AND:**   FTX Trading Ltd. ("Debtor")
Case No. 22-11068 (JTD) ("Case")

**CLAIM:**   Proof of Claim No. 19525 ("Proof of Claim")
Schedule No. 6726955 (Schedule")
Confirmation ID No. 3265-70-YMVWA-177230512 ("Confirmation ID")
Customer Code No. 00251093 ("Customer Code")

0x8CfbCc5f4cd771B54e3206DB55773971a124198D ("Contract No.")
ERC-721 Token ID 30 ("Token ID")



**TRANSACTION HASH:**   0x03b3ee1905c5563665b7be48290c42c76c58638b217b6886f97d dacd96342ce4

_____ ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, as further evidenced by the Ethereum Transaction Hash provided directly above, and pursuant to the terms of an Assignment of Claim Agreement dated as of December 28, 2023, does hereby certify that he has unconditionally and irrevocably sold, transferred and assigned to:

8 Golden Fish Investments Ltd.
Attn: Teresa Ho
27 Discovery Bay Road, Neo Horizons
Block 2, 25/D, Discovery Bay, Hong Kong
Email: 8.golden.fish.investments@gmail.com

and its successors and assigns ("Buyer"), all rights, title, and interest in and to (a) the Proof of Claim, (b) the Schedule, (c) the Confirmation ID and (d) the Customer Code (collectively the "Claim")  and all cash, principal, interest  and other property that may be distributed on account of the Claim.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder

of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all future payments and distributions on account of the Claim free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim, in each case to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have duly executed this Evidence of Transfer of Claim as of January 6, 2024.

| **SELLER:** | **BUYER:** |
|---|---|
| [redacted] | **8 GOLDEN FISH INVESTMENTS LTD.**<br><br>By: _____<br>Teresa Ho<br>Title: Authorized Signatory |

FTX Trading Ltd. — Amended Schedule F-10 priority — Customer Claims — 22-11068 (JTD)

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 00250859 | | BTC[0.88302997], BTC-PERP[0.01940000], BULL[0], ETH-PERP[0], RAY-PERP[0], SOL-PERP[0], SRM[.00109654], SRM_LOCKED[.0077985], SRM-PERP[0], USD[-266.54], USDT[0.00000001], XRP-PERP[0] | | |
| 00250861 | | ALGO-PERP[0], BADGER-PERP[0], BTC[0.00084033], BTC-PERP[0], DOT-PERP[0], ETH[.00000001], ETH-PERP[0], FTT[0.09434400], KNC-PERP[0], LTC[.03], LUNC-PERP[0], ONE-PERP[0], RAY[0], RUNE-PERP[0], SOL[0], SOL-PERP[0], SRM[4.51173317], SRM_LOCKED[15.30954557], SXP-PERP[0], TRX[.000003], USD[868.42], USDT[0.00000001] | | |
| 00250877 | | AAVE-PERP[0], BADGER-PERP[0], BNB-PERP[0], BTC[0.00004028], BTC-PERP[0], CEL[0], CHZ-PERP[0], COMP[0], CRO-PERP[0], CRV-PERP[0], DEFIBULL[0], DEFI-PERP[0], DOGE-PERP[0], DOT[0.07165187], DOT-PERP[0], ENJ-PERP[0], ETH[0.00003481], ETH-20210326[0], ETHBULL[0], ETH-PERP[0], ETHW[0.00003481], FTT[0], LINK[0], LINKBULL[0], LINK-PERP[0], LTCBULL[0], LTC-PERP[0], MIDBULL[0], ONE-PERP[0], POLIS-PERP[0], RAY-PERP[0], SLV[0], SRM[1.76308762], SRM_LOCKED[3.47808284], SRM-PERP[0], STEP-PERP[0], SUSHI[.46940525], SUSHI-PERP[0], SXPBULL[0], SXP-PERP[0], TULIP-PERP[0], UNI-PERP[0], USD[-1018.70], USDT[1264.46594962], VETBULL[0], VET-PERP[0], YFI[0.00095487], ZIL-PERP[0] | | |
| 00250909 | | 1INCH-PERP[0], AMPL[0], AMPL-PERP[0], BTC[0], DEFI-PERP[0], DOGE-PERP[0], DYDX-PERP[0], ETH-PERP[0], FTT[0.05488017], KAVA-PERP[0], KNC-PERP[0], LINK-PERP[0], SRM[3.48233317], SRM_LOCKED[18.69415662], SUSHI-PERP[0], SXP-PERP[0], USD[0.00], XRP-PERP[0], XTZ-PERP[0] | | |
| 00250929 | | APT[.0231], EMB[9], FTT[26.6484894], GST[.05405061], LUNA2[0.70646757], LUNA2_LOCKED[1.64842435], LUNC[8], TRX[.000056], USD[20860.13], USDT[0.00045979] | | |
| 00250940 | | 1INCH-PERP[0], ADA-PERP[0], AVAX[0], AXS-PERP[0], BCH-PERP[0], BTC[0], BTC-PERP[0], BVOL[0], CELO-PERP[0], CEL-PERP[0], CLV-PERP[0], COIN[.0000805], DOGE-PERP[0], DYDX[.00000001], ETH[0], ETH-PERP[0], FLOW-PERP[0], FTT[0.07100389], FTT-PERP[0], GMT-PERP[0], GRT-PERP[0], ICP-PERP[0], INDI_IEO_TICKET[2], KAVA-PERP[0], KNC-PERP[0], LINK-PERP[0], LUNA2_LOCKED[684.27762], LUNC[0.00030921], LUNC-PERP[0], NEAR-1230[-3437], NFT (358447090845315117/FTX Crypto Cup 2022 Key #3531)[1], NFT (4306506798171287/FTX EU - we are here! #43650)[1], NFT (4469125320846777444/The Hill by FTX #34692)[1], OKB[0], OKB-PERP[0], OP-PERP[0], OXY[3484.61952681], ROSE-PERP[0], RUNE-PERP[0], SAND-PERP[0], SHIB-PERP[0], SLP-PERP[0], SNX-PERP[0], SOL[0], SOL-PERP[0], SRM[85.20127822], SRM_LOCKED[400.88672014], SRM-PERP[0], STEP[0], TRX[.000014], UNI-PERP[0], USD[9783.44], USDT[0.00000004], USTC-PERP[0], WAVES-PERP[0], XLM-PERP[0], XRP-PERP[0], YFI-PERP[0] | Yes | |
| 00250960 | | 1INCH-PERP[0], ADA-PERP[0], ATOM-PERP[0], BCH-PERP[0], BEARSHIT[273.34532], BTC[.00001916], BTC-PERP[0], DEFIBEAR[19.93526177], DOGEBEAR2021[36.481937], DOGEBEAR[37880.7518], DOGE-PERP[0], DOT-PERP[0], ETH[.1], ETH-PERP[0], FTM[.0736], FTT-PERP[0], GRT-PERP[0], ICP-PERP[0], LINA-PERP[0], LINK[.054], LINK-PERP[0], LTC-PERP[0], LUNA2[0.00000168], LUNA2_LOCKED[0.00000394], LUNC[.367712], MATIC-PERP[0], REN-PERP[0], SOL[.00824318], SOL-PERP[0], STEP-PERP[0], SUSHI-PERP[0], THETA-PERP[0], TRUMP[0], UNI[.08], UNI-PERP[0], USD[9877.69], USDT[0], XMR-PERP[0] | | |
| 00250962 | | AMPL[0], BNB[0], BTC[0], DMG[.00000001], ETH[.00000001], FTT[0], GST-PERP[0], SOL[0], SRM[.00013244], SRM_LOCKED[.0005199], USD[0.00], USDT[0.00000781] | | |
| 00250970 | | FTT[.00000001], NFT (3413765107599668550/The Hill by FTX #45254)[1], SRM[.18685683], SRM_LOCKED[99.05521171], USDT[12459.34499716] | | |
| 00250971 | | BTC[.00008662], EMB[9.94471], FTT[16.29674], MTA[13.996865], SRM[13.3327601], SRM_LOCKED[.27504147], STEP[1.9996314], USD[11.45], USDT[0] | | |
| 00250973 | | AMPL-PERP[0], APT[12], BTC[0.00469498], BTC-PERP[0], CEL-PERP[0], DOGEBULL[.2], EOS-PERP[0], ETH[0.02599696], ETHBULL[0], ETH-PERP[0], ETHW[.09999696], FTT-PERP[0], GST-PERP[0], HMT[1000.99962], LUNA2[0.00437996], LUNA2_LOCKED[0.01021991], LUNC[.0076213], LUNC-PERP[0], OP-PERP[0], SOL[1.0045568], SOL-PERP[0], SUSHI-PERP[0], TONCOIN[10.090348], TRX[0.66484000], TRX-PERP[0], UNI-PERP[0], USD[1977.54], USDT[0.0093198], USDT-PERP[0], USTC[.62], USTC-PERP[0] | | |
| 00250982 | | APE[40.08002000], APE-PERP[0], APT-PERP[0], ATOM[4.1], AVAX-PERP[0], AXS-PERP[0], BNB[.00132040], BTC[.00009982], BTC-PERP[0], CEL-PERP[0], CRO[9.988], CRO-PERP[0], DOT-PERP[0], DYDX-PERP[0], ETH[0.83815827], ETH-PERP[0], ETHW[1.11396149], FTM[.73203955], FTM-PERP[0], FTT[0.17036268], FTT-PERP[0], GMT-PERP[0], GST-PERP[0], KSM-PERP[0], LOOKS-PERP[0], LUNA2[6.51152058], LUNA2_LOCKED[15.19354802], LUNC[33555], LUNC-PERP[0], OP-PERP[0], SOL[2.17725545], SOL-PERP[0], SPELL-PERP[0], STG[42], SUSHI-PERP[0], TONCOIN-PERP[0], USD[222.29], USDT[0.84425664], USTC[899.924], XPLA[8.5], YFI-PERP[0] | | |
| 00250986 | | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], ALGO-PERP[0], ALPHA-PERP[0], AMPL-PERP[0], ATOM-PERP[0], AXS[0], AXS-PERP[0], BAL-PERP[0], BAND-PERP[0], BCH-PERP[0], BNB-PERP[0], BSV-PERP[0], BTC[0], BTC-PERP[0], BTTPRE-PERP[0], CAKE-PERP[0], COMP-PERP[0], CREAM-PERP[0], CRV-PERP[0], DEFI-PERP[0], DENT-PERP[0], DMG-PERP[0], DOGE[0], DOGE-PERP[0], DOT-PERP[0], EN[0], ENJ-PERP[0], EOS-PERP[0], ETH[0], ETH-PERP[0], FIL-PERP[0], FTT[0], FTT-PERP[0], HOLY-PERP[0], KNC-PERP[0], LINA-PERP[0], LINK-PERP[0], LTC-PERP[0], MATIC-PERP[0], MTA-20200925[0], MTA-20201225[0], MTA-PERP[0], MTL-PERP[0], OKB-PERP[0], OMG-PERP[0], OXY-PERP[0], PAXG[0], PAXG-PERP[0], RAY-PERP[0], RSR-PERP[0], RUNE-PERP[0], SHIT-PERP[0], SLP-PERP[0], SNX-PERP[0], SOL[0], SOL-PERP[0], SRM[.01512374], SRM_LOCKED[.10247376], SRM-PERP[0], SUSHI-PERP[0], SXP-PERP[0], TOMO-PERP[0], TRU-PERP[0], TRX-PERP[0], UNI-20201225[0], UNI-PERP[0], UNISWAP-20201225[0], UNISWAP-PERP[0], USD[0.00], USDT[0], VET-PERP[0], WAVES-PERP[0], XLM-PERP[0], XRP-PERP[0], XTZ-PERP[0], YFI[0], YFI-20210326[0], YFI-PERP[0] | | |
| 00251003 | | ADA-PERP[0], APE-PERP[0], ATLAS-PERP[0], AVAX[.29994], AVAX-PERP[0], BNB[.010268], BNBHEDGE[.00718506], BNB-PERP[0], BTC-PERP[0.00490000], CAKE-PERP[0], CUSDTBEAR[0], CUSDTBULL[0], ETH-PERP[0], EUR[-0.12], FTT[2.19956], GMT-PERP[0], GST-PERP[-442.6], HEDGE[0.00091871], LUNA2[9.36995714], LUNA2_LOCKED[21.86323332], LUNC[111261.5077132], LUNC-PERP[0], MATICHEDGE[.1], MKRBEAR[.00096346], NEAR[2.69946], POLIS-PERP[0], RAY-PERP[0], RUNE[8.372102], SHIB-PERP[0], SOL[.17996], SOL-PERP[-3.78], SPELL-PERP[0], TRX[.000016], TRXBEAR[300000], TRXHEDGE[0.00097691], TRX-PERP[-10000], TWTR-0624[0], USD[2883.62], USDT[101.09272921], USDT-PERP[-600], USTC-PERP[0], XLM-PERP[0], XRP-PERP[0] | | |
| 00251015 | | BTC[0], FTT[25.48882900], LUNA2[0.00391261], LUNA2_LOCKED[0.00912942], USD[0.00], USDT[0] | Yes | |
| 00251021 | | 1INCH-20210326[0], 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], ALGO-PERP[0], ALICE-PERP[0], ALPHA-PERP[0], AMPL-PERP[0], APE-PERP[0], ATLAS-PERP[0], ATOM-PERP[0], AUDIO-PERP[0], AVAX-PERP[0], AXS-PERP[0], BADGER-PERP[0], BAL-PERP[0], BAND-PERP[0], BAO-PERP[0], BCH-PERP[0], BNB-PERP[0], BTC[0], BTC-PERP[0], BVOL[0], CHZ-PERP[0], COMP[0], COMP-PERP[0], CREAM[0], CREAM-20201225[0], CREAM-PERP[0], CRV-PERP[0], DEFI-PERP[0], DMG-20200925[0], DODO-PERP[0], DOGE-20210326[0], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], ENJ-PERP[0], EOS-PERP[0], ETH[0], ETH-20210326[0], ETH-PERP[0], FIL-PERP[0], FLM-PERP[0], FTM-PERP[0], FTT[0], FTT-PERP[0], GRT-PERP[0], HBAR-PERP[0], ICP-PERP[0], KNC[0], KNC-PERP[0], KSHIB-PERP[0], KSM-PERP[0], LEND-PERP[0], LINK-PERP[0], LOOKS-PERP[0], LRC[.7569], LTC-20210326[0], LTC-PERP[0], LUNA2[9.48992012], LUNA2_LOCKED[22.14314697], LUNC[.00000001], LUNC-PERP[0], MASK-PERP[0], MATIC-PERP[0], MEDIA-PERP[0], MID-PERP[0], MKR-PERP[0], MNGO-PERP[0], NEO-PERP[0], OMG-PERP[0], ONE-PERP[0], POLIS-PERP[0], RAY-PERP[0], REN-PERP[0], ROOK-PERP[0], RSR-PERP[0], RUNE-PERP[0], SAND[.31407], SAND-PERP[0], SHIB-PERP[0], SLP-PERP[0], SNX[0], SNX-PERP[0], SOL[0], SOL-20210326[0], SOL-PERP[0], SRM[.25644032], SRM_LOCKED[0.53955237], SRM-PERP[0], STEP-PERP[0], SUSHI-20210326[0], SUSHI-PERP[0], SXP-20210326[0], SXP-PERP[0], THETA-PERP[0], TLM-PERP[0], TOMO-PERP[0], TRX-PERP[0], UNI-PERP[0], USD[18.07], USDT[0], VET-PERP[0], WAVES-PERP[0], XEM-PERP[0], XLM-PERP[0], XRP-PERP[0], YFI[0], YFI-20210326[0], YFII-PERP[0], YFI-PERP[0], ZEC-PERP[0], ZRX-PERP[0] | | |
| 00251035 | | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], AGLD-PERP[0], ALGOBULL[10194.43665624], ALGO-PERP[0], ALICE-PERP[0], ALT-PERP[0], AMPL[0], AMPL-PERP[0], ANC[.9896], ANC-PERP[0], APE-PERP[0], AR-PERP[0], ATLAS-PERP[0], ATOM-PERP[0], AUDIO[.9912], AUDIO-PERP[0], AVAX-PERP[0], AXS-PERP[0], BADGER-PERP[0], BAND-PERP[0], BAO-PERP[0], BAT-PERP[0], BCH-PERP[0], BNB[0], BNBBULL[.0002189], BNB-PERP[0], BTC[0.00000001], BTTPRE-PERP[0], BULL[0.00000001], C98-PERP[0], CEL-PERP[0], CHZ[0], CHZ-PERP[0], CLV-PERP[0], COMP-PERP[0], CREAM-PERP[0], CRO-PERP[0], CRV-PERP[0], CVC-PERP[0], DASH-PERP[0], DEFIBULL[.000776], DEFI-PERP[0], DENT[199.86], DENT-PERP[0], DODO-PERP[0], DOGEBULL[0.11523387], DOGE-PERP[0], DOT-PERP[0], EGLD-PERP[0], ENJ-PERP[0], ENS-PERP[0], EOSBULL[.86192.4], EOS-PERP[0], ETC-PERP[0], ETH-PERP[0], FIL-PERP[0], FLM-PERP[0], FTM-PERP[0], FTT[0.00551606], FTT-PERP[0], GLMR-PERP[0], GMT-PERP[0], GRT-20211123[0], GRT-PERP[0], HBAR-PERP[0], HOT-PERP[0], ICP-PERP[0], KIN-PERP[0], KNC-PERP[0], KSM-PERP[0], LINA[9.958], LINA-PERP[0], LINK-PERP[0], LOOKS-PERP[0], LRC-PERP[0], LTCBULL[.135], LTC-PERP[0], LUNA2[0.35990389], LUNA2_LOCKED[0.83977574], LUNC-PERP[0], MAPS-PERP[0], MASK-PERP[0], MATIC[0], MATICBULL[66.0285274], MATIC-PERP[0], MID-PERP[0], MKR-PERP[0], MNGO-PERP[0], MVDA10-PERP[0], MVDA25-PERP[0], NEAR[.09922], NEAR-PERP[0], OKB-PERP[0], ONE-PERP[0], OXY-PERP[0], PEOPLE-PERP[0], PERP-PERP[0], POLIS-PERP[0], RAY-PERP[0], REEF-PERP[0], REN[1.05662741], REN-PERP[0], RSR-PERP[0], RUNE[0.01034529], RUNE-PERP[0], SAND-PERP[0], SECO-PERP[0], SHIB-PERP[0], SHIT-PERP[0], SNX-PERP[0], SOL-PERP[0], SPELL-PERP[0], SRM-PERP[0], STEP-PERP[0], SUSHIBEAR[985300], SUSHIBULL[348300], SUSHI-PERP[0], SXP[0], SXPBULL[1664.7402], SXP-PERP[0], THETA-PERP[0], TOMOBULL[991000], TOMO-PERP[0], TONCOIN-PERP[0], TRU[0], TRU-PERP[0], TRX[.002334], TRX-PERP[0], UNI-PERP[0], UNISWAP-PERP[0], USD[.06], USDT[1.57957592], VETBULL[20.00.6243], VET-PERP[0], WAVES-PERP[0], XLM-PERP[0], XMR-PERP[0], XRP[0.00000001], XRP-PERP[0], XTZBULL[.341], XTZ-PERP[0], YFII-PERP[0], YFI-PERP[0], ZEC-PERP[0] | | |
| 00251046 | | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], ALCX[0], ALCX-PERP[0], ALGO-PERP[0], ALPHA-PERP[0], ALT-PERP[0], AMPL[0], ASD-PERP[0], ATLAS[0], ATOM-PERP[0], AUDIO-PERP[0], AVAX-PERP[0], AXS-PERP[0], BADGER-PERP[0], BAL-PERP[0], BAND-PERP[0], BAO-PERP[0], BNB-PERP[0], BNT-PERP[0], BTC[0], BTC-PERP[0], CAKE-PERP[0], CHZ-PERP[0], COMP[0], COMP-PERP[0], COPE[0], CREAM-PERP[0], CRV-PERP[0], DEFI-PERP[0], DMG-PERP[0], DOTPRESPLIT-20200PERP[0], EGLD-PERP[0], ETH[0], ETH-PERP[0], FIL-PERP[0], FLM-PERP[0], FLOW-PERP[0], FTM[0], FTM-PERP[0], FTT[0.02172915], GRT-PERP[0], HOLY-PERP[0], HT-PERP[0], KIN-PERP[0], KNC-PERP[0], LINK-PERP[0], LRC-PERP[0], LTC-PERP[0], LUNC-PERP[0], MATIC-PERP[0], MKR-PERP[0], MNGO-PERP[0], MTA-PERP[0], PERP-PERP[0], RAY-PERP[0], REEF-PERP[0], REN-PERP[0], ROOK-PERP[0], RSR-PERP[0], RUNE[0], RUNE-PERP[0], SC-PERP[0], SHIT-PERP[0], SNX-PERP[0], SOL[0], SOL-PERP[0], SPELL-PERP[0], SRM[6.37139930], SRM_LOCKED[27.33840279], SRM-PERP[0], SUSHI-PERP[0], SXP-PERP[0], THETA-PERP[0], TOMO-PERP[0], TRU-PERP[0], TRX-PERP[0], UNI-PERP[0], UNISWAP-PERP[0], USD[.16], VET-PERP[0], XLM-PERP[0], XMR-PERP[0], XRP-PERP[0], XTZ-PERP[0], YFI[0], YFI-PERP[0], ZEC-PERP[0], ZRX-PERP[0] | | |
| 00251082 | | USD[0.01] | | |
| 00251093 | | AMPL[0], AMPL-PERP[0], BTC[0.00000001], BTC-20210326[0], BTC-20210625[0], BTC-PERP[0], BULL[0.00000001], CHZ-PERP[0], DOGE[0], DOGEBEAR2021[1.08200000], ETH[0.00000001], ETHBULL[0], ETH-PERP[0], FTT[0.00000001], FTT-PERP[0], LUNC-PERP[0], SOL[0], SOL-PERP[0], SRM[8.92819863], SRM_LOCKED[53.73797766], USD[14760.64], USDT[0.00000052], USDT-PERP[0] | | |

## Creditor Data Details - Claim # 19525

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
07/20/2023

**Claim Number**
19525
**Schedule Number**
6726955
**Confirmation ID**
3265-70-YMVWA-177230512

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

### Claim Additional Info

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | AMPL | 0.0000000011253567 |
| CRYPTO | BTC | 0.000000010365606 |
| CRYPTO | BTC-20210326 | 0.0000000000000001 |
| CRYPTO | BTC-20210625 | -0.0000000000000001 |
| CRYPTO | BTC-PERP | -0.0000000000000001 |
| CRYPTO | BULL | 0.000000014 |
| CRYPTO | DOGE | 0.00000000930896 |
| CRYPTO | DOGEBEAR2021 | 1.082000005 |
| CRYPTO | ETH | 0.000000018 |
| CRYPTO | ETHBULL | 0.000000008 |
| CRYPTO | FTT | 0.0000000167858125 |
| CRYPTO | FTT-PERP | -0.0000000000000107 |
| CRYPTO | SOL | 0.00000000934337 |
| CRYPTO | SRM | 8.92819863 |
| CRYPTO | SRM_LOCKED | 53.73797766 |
| CRYPTO | USDT | 0.0000000243795094 |
| FIAT | USD | 14760.63852435861 |