# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| FTX TRADING LTD., *et al.* [1] | Case No.: 22-11068 (JTD) <br> (Jointly Administered) |
| Debtors. | Re: D.I. 18544 |

### NOTICE OF WITHDRAWAL OF MOTION OF PLAY MAGNUS AS
### FOR ORDER DEEMING PROOF OF CLAIM AS TIMELY FILED

PLEASE TAKE NOTICE that Play Magnus AS, by and through undersigned counsel, hereby withdraws the *Motion of Play Magnus AS For Order Deeming Proof of Claim as Timely Filed* [D.I. 18544] filed on June 24, 2024 in the above-captioned cases.

Dated: July 2, 2024

**CROSS & SIMON, LLC**

*/s/ Kevin S. Mann*
Kevin S. Mann (No. 4576)
1105 North Market Street, Suite 901
Wilmington, DE 19801
(302) 777-4200
kmann@crosslaw.com

*Counsel for Play Magnus AS*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.