UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>**FIFTH AMENDED**[1] **NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS** |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned cases:

1. **Pulsar Global Ltd.**, Attn: Michele Wan and Jacky Yip, Unit 903-905, K11 Atelier Victoria Dockside, 18 Salisbury Road, Kowloon, Hong Kong; Phone: (+852 90176586); michele.wan@pulsar.com; jacky.yip@pulsar.com.
2. **Larry Qian,** an individual creditor.
3. **Wincent Investment Fund PCC Ltd.**, Attn: Charles Melvin, c/o Wincent Capital Management, Old Police Station, 120B Irish Town, Gibraltar, GX11 1AA; E-mail: legal@wincent.co.

                      **ANDREW R. VARA**
                      **UNITED STATES TRUSTEE,**
                      **REGIONS 3 & 9**

                      /s/ *Benjamin Hackman*  for
                      JOSEPH J. MCMAHON, JR.
                      ASSISTANT U.S. TRUSTEE
                      benjamin.a.hackman@usdoj.gov

DATED: July 3, 2024

Attorney assigned to these cases: Benjamin Hackman, Phone: (302) 573-6491, Fax: (302) 573-6497, Email: benjamin.a.hackman@usdoj.gov

Debtors' counsel:  Adam G. Landis, Landis Rath & Cobb LLP, Phone: 302-467-4400, Fax: 302-467-4450, Email: landis@lrclaw.com

---

[1] Amended to reflect resignations of Zachary Bruch and Coincident Capital International, Ltd., effective June 27, 2024.