**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Case No. 22-11068 (JTD) |
| FTX TRADING LTD., *et al.*,[1] | Chapter 11 |
| Debtors | (Jointly Administered) |
| | **Related Docket Nos. 17623, 17640, 17652, 17659, 17622, 17665, 17668, 17671, 17693, 17694, 17696** |

**LIMITED OMNIBUS OBJECTION OF FTX CUSTOMERS**
**TO PROFESSIONALS' INTERIM FEE APPLICATIONS**

The FTX Customers, by and through their undersigned signed, hereby file this limited objection (the "Limited Objection") to the following interim fee applications (collectively, the "Interim Fee Applications"): (a) *Sixth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP* [Docket No. 17623]; (b) *Sixth Interim Fee Request of Paul Hastings LLP* [Docket No. 17623]; (b) *Sixth Interim Fee Request of FTI Consulting, Inc.* [Docket No. 17623]; (c) *Sixth Interim Fee Request of Jefferies LLC* [Docket No. 17623]; (d) *Second Interim Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors* [Docket No. 17640]; (e) *Combined Third Monthly and Third Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com* [Docket No. 17652]; (f) *Sixth Interim Application of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession* [Docket No. 17659]; (g) *Sixth Interim Fee Application of Landis Rath & Cobb LLP* [Docket No. 17662]; (h) *Sixth Interim Fee Application of Sullivan & Cromwell LLP* [Docket No. 17665]; (i) *Third*

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

*Interim Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-U.S. Customers of FTX.com* [Docket No. 17666]; (j) *Sixth Interim Fee Application of Perella Weinberg Partners LP* [Docket No. 17668]; (k) *Second Interim Fee Application of Ernst & Young, LLP* [Docket No. 17671]; (l) *Sixth Interim Fee Application of Alvarez & Marsal North America, LLC* [Docket No. 17693]; (m) *Sixth Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP* [Docket No. 17694]; and (n) *Third Interim Fee Application of Evershed Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com* [Docket No. 17696].[2] In support of this Limited Objection, the FTX Customers respectfully state as follows:

## LIMITED OBJECTION

1.     In the Court's *Order Granting Motion of Debtors to Estimate Claims Based on Digital Assets* [Docket No. 7090] ("Claim Estimation Order"), the Court clarified that "[n]othing in . . . this Order constitutes a ruling or finding of fact regarding whether any Digital Assets . . . or fiat currency are property of the Debtors' estates, and all parties' rights in this regard are expressly reserved." Claim Estimation Order, ¶ 4.

2.     The Debtors have also expressly acknowledged that customers have the right to assert their ownership interests in the proceeds of customer cryptocurrency deposits at confirmation. Pursuant to the *Motion of Debtors for Entry of an Order Staying Adversary Proceeding* [Adv. Pro. No. 24-50012; Docket No. 5] ("Stay Motion"), the Debtors state: "Moreover, after customers review and consider the final plan of reorganization, *every* customer—including Plaintiffs—will have the right to object to confirmation of the Plan on the

---

[2]    "FTX Customers" means: Alexander Cherntavsky, Brandon Orr, Chukwudozie Ezeokoli, Edwin Garrison, Gregg Podalsky, Julie Papadakis, Kyle Rupprecht, Leandro Cabo, Michael Livieratos, Michael Norris, Ryan Henderson, Shengyun Huang, Sunil Kavuri, and Vijeth Shetty. The FTX Customers are also the named plaintiffs in the multi-district litigation matter captioned *In re FTX Cryptocurrency Exchange Collapse Litigation*, Case No. 23-md-03076, pending in the U.S. District Court for the Southern District of Florida.

basis of property rights they still seek to assert or on any other grounds. Any such objectors, including Plaintiffs, will have the opportunity to pursue discovery and litigate those objections in the Plan confirmation proceedings on a schedule proposed by the Debtors on notice to parties in interest and set by the Court. This is consistent with the process contemplated when the Debtors announced the initial settlement of the customer property disputes with the Ad Hoc Committee and the putative class plaintiffs in October 2023." Stay Motion, ¶ 3 (emphasis in original).

3.     FTX Customers file this limited objection only to preserve their rights to dispute any such awards once their property rights have been adjudicated.

4.     To be clear, the FTX Customers are not requesting (at this time) the Court to disallow the fees already paid to the Professionals pursuant to the Interim Fee Procedures Order nor require the Professionals to disgorge the fees previously paid to them pursuant to prior orders.[3]

 Dated: July 5, 2024                     GELLERT SEITZ BUSENKELL & BROWN, LLC

                                         */s/ Ronald S. Gellert*
                                         Ronald S. Gellert (DE 4259)
                                         Bradley P. Lehman (DE 5921)
                                         1201 N. Orange St., Ste. 300
                                         Wilmington, Delaware 19801
                                         Telephone: (302) 425-5800
                                         Facsimile:  (302) 425-5814
                                         rgellert@gsbblaw.com
                                         blehman@gsbblaw.com

                                         By: */s/ David Boies*
                                         David Boies
                                         Alexander Boies
                                         Brooke A. Alexander
                                         BOIES SCHILLER FLEXNER LLP
                                         333 Main Street
                                         Armonk, NY 10504
                                         914-749-8200

---

[3]     The FTX Customers reserve all rights to object to any final fee application filed by a Professional.

dboies@bsfllp.com
aboies@bsfllp.com
balexander@bsfllp.com

By: */s/ Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
Joseph M. Kaye
Florida Bar No. 117520
THE MOSKOWITZ LAW FIRM, PLLC
Continental Plaza
3250 Mary Street, Suite 202
Coconut Grove, FL 33133
Office: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com
service@moskowitz-law.com

*Counsel to the FTX Customers (as defined)*