# CERTIFICATE OF SERVICE

I, Ronald S. Gellert, hereby certify that on the July 5, 2024, I caused a copy of the *Limited Omnibus Objection of FTX Customers to Professionals' Interim Fee Applications* to be served via CM/ECF electronic filing system upon all parties registered to receive such notices and via electronic mail upon the parties below:

| | |
|---|---|
| LANDIS RATH & COBB LLP<br>Adam G. Landis, Esq.<br>Kimberly A. Brown, Esq.<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>E-mail: landis@lrclaw.com<br>brown@lrclaw.com | SULLIVAN & CROMWELL LLP<br>Alexa J. Kranzley, Esq.<br>125 Broad Street<br>New York, NY 10004<br>E-mail: kranzleya@sullcrom.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Matthew B. Lunn, Esq.<br>Robert F. Poppiti, Jr., Esq.<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: mlunn@ycst.com<br>rpoppiti@ycst.com<br>jkochenash@ycst.com | PAUL HASTINGS LLP<br>Kristopher M. Hansen, Esq.<br>Erez E. Gilad, Esq.<br>Gabriel E. Sasson, Esq.<br>200 Park Avenue<br>New York, NY 10166<br>Email: krishansen@paulhastings.com<br>erezgilad@paulhastings.com<br>gabesasson@paulhastings.com |
| Office of the U.S. Trustee<br>Linda Richenderfer, Esq.<br>844 King Street, Suite 2207<br>Wilmington, Delaware 19801<br>linda.richenderfer@usdoj.gov | GODFREY & KAHN, S.C.<br>Mark W. Hancock, Esq.<br>One East Main Street, Suite 500<br>Madison, WI 53703<br>E-mail: mhancock@gklaw.com<br>FTXFeeExaminer@gklaw.com |
| Porter Hedges LLP<br>Attn: John F. Higgins, Esq.<br>1000 Main St., 36th Floor<br>Houston, Texas 77002<br>jhiggins@porterhedges.com | Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Ave., 22nd Floor<br>New York, New York 10010<br>Attn: Sascha N. Rand, Esq.<br>Matthew Scheck, Esq.<br>sascharand@quinnemanuel.com<br>matthewscheck@quinnemanuel.com |

| | |
|---|---|
| Shira D. Weiner<br>Gabriel Brunswick<br>Kroll Restructuring Administration LLC<br>55 East 52nd Street, 17th Floor<br>New York, NY 10055<br>shira.weiner@kroll.com<br>gabriel.brunswick@kroll.com | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Eric D. Schwartz, Esq.<br>Matthew B. Harvey, Esq.<br>Jonathan M. Weyand, Esq.<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>E-mail: eschwartz@morrisnichols.com<br>mharvey@morrisnichols.com<br>jweyand@morrisnichols.com |
| AlixPartners, LLP<br>Attn: Matthew Evans<br>909 Third Avenue<br>New York, NY 10019<br>mevans@alixpartners.com | Rothschild & Co US Inc.<br>Attn: Charles Delo<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Charles.Delo@rothschildandco.com |
| Ernst & Young LLP<br>Thomas M. Shea<br>401 9th Ave<br>New York, New York 10001<br>Thomas.Shea@ey.com | Alvarez & Marsal<br>Attn: Edgar W. Mosley II<br>North America LLC<br>2100 Ross Avenue 21st Floor<br>Dallas, TX 75201<br>emosley@alvarezandmarsal.com |
| Eversheds Sutherland (US) LLP<br>Attn: Sarah Paul, Esq.<br>The Grace Building, 40th Floor<br>1114 Avenue of the Americas<br>New York, New York 10036<br>SarahPaul@eversheds-sutherland.us | |

Dated: July 5, 2024

                                          */s/ Ronald S. Gellert*
                                          Ronald S. Gellert (DE 4259)