## Exhibit B

## Disbursements

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Repro - B&W Copies | 5/2/2024 | Stepan G. Atamian | 12.0 | $0.10 | $1.20 | Repro - B&W Copies |
| Repro - B&W Copies | 5/2/2024 | Stepan G. Atamian | 593.0 | $0.10 | $59.30 | Repro - B&W Copies |
| Repro - B&W Copies | 5/3/2024 | Emily A. Kopp | 2,117.0 | $0.10 | $211.70 | Repro - B&W Copies |
| Repro - B&W Copies | 5/3/2024 | Emily A. Kopp | 1.0 | $0.10 | $0.10 | Repro - B&W Copies |
| Repro - B&W Copies | 5/3/2024 | Emily A. Kopp | 1,825.0 | $0.10 | $182.50 | Repro - B&W Copies |
| Repro - B&W Copies | 5/8/2024 | Stepan G. Atamian | 904.0 | $0.10 | $90.40 | Repro - B&W Copies |
| Repro - B&W Copies | 5/16/2024 | Dario A. Rosario | 1.0 | $0.10 | $0.10 | Repro - B&W Copies |
| Repro - B&W Copies | 5/16/2024 | Dario A. Rosario | 1,888.0 | $0.10 | $188.80 | Repro - B&W Copies |
| Repro - B&W Copies | 5/16/2024 | Lisa V. Wang | 1.0 | $0.10 | $0.10 | Repro - B&W Copies |
| Repro - B&W Copies | 5/16/2024 | Stepan G. Atamian | 147.0 | $0.10 | $14.70 | Repro - B&W Copies |
| Repro - B&W Copies | 5/16/2024 | Stepan G. Atamian | 449.0 | $0.10 | $44.90 | Repro - B&W Copies |
| Repro - B&W Copies | 5/16/2024 | Stepan G. Atamian | 605.0 | $0.10 | $60.50 | Repro - B&W Copies |
| Repro - B&W Copies | 5/22/2024 | Victoria G. Shahnazary | 462.0 | $0.10 | $46.20 | Repro - B&W Copies |
| Repro - B&W Copies | 5/24/2024 | Michael P. O'Connor | 386.0 | $0.10 | $38.60 | Repro - B&W Copies |
| **Repro - B&W Copies Total** | | | | | | |
| Repro - Color Copies | 5/2/2024 | Stepan G. Atamian | 415.0 | $0.20 | $83.00 | Repro - Color Copies |
| Repro - Color Copies | 5/3/2024 | Emily A. Kopp | 10.0 | $0.20 | $2.00 | Repro - Color Copies |
| Repro - Color Copies | 5/16/2024 | Dario A. Rosario | 70.0 | $0.20 | $14.00 | Repro - Color Copies |
| Repro - Color Copies | 5/16/2024 | Lisa V. Wang | 196.0 | $0.20 | $39.20 | Repro - Color Copies |
| Repro - Color Copies | 5/16/2024 | Stepan G. Atamian | 11.0 | $0.20 | $2.20 | Repro - Color Copies |
| Repro - Color Copies | 5/16/2024 | Stepan G. Atamian | 117.0 | $0.20 | $23.40 | Repro - Color Copies |
| Repro - Color Copies | 5/22/2024 | Victoria G. Shahnazary | 120.0 | $0.20 | $24.00 | Repro - Color Copies |
| **Repro - Color Copies Total** | | | | | | |
| Delivery/Courier | 4/26/2024 | lvaro Cuesta Garayoa | 1.0 | $55.53 | $55.53 | Delivery/Courier |
| Delivery/Courier | 5/1/2024 | lvaro Cuesta Garayoa | 1.0 | $55.29 | $55.29 | Delivery/Courier |
| Delivery/Courier | 5/7/2024 | lvaro Cuesta Garayoa | 1.0 | $55.53 | $55.53 | Delivery/Courier |
| Delivery/Courier | 5/30/2024 | Arthur D. Courroy | 1.0 | $25.98 | $25.98 | Delivery/Courier |
| **Delivery/Courier Total** | | | | | | |
| Local Transportation | 4/26/2024 | HyunKyu Kim | 1.0 | $69.28 | $69.28 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:06; Purpose: OT Travel |
| Local Transportation | 4/29/2024 | HyunKyu Kim | 1.0 | $84.00 | $84.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:50; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 5/1/2024 | Daniel P. O'Hara | 1.0 | $67.76 | $67.76 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 5/1/2024 | Jacob M. Croke | 1.0 | $103.16 | $103.16 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:03; Purpose: OT Travel |
| Local Transportation | 5/1/2024 | Saskia E.L. De Vries | 1.0 | $43.82 | $43.82 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:50; Purpose: OT Travel |
| Local Transportation | 5/2/2024 | Jacob M. Croke | 1.0 | $107.12 | $107.12 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:40; Purpose: OT Travel |
| Local Transportation | 5/2/2024 | Stephen H. Clarke | 1.0 | $134.80 | $134.80 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:38; Purpose: OT Travel |
| Local Transportation | 5/3/2024 | Arnold Zahn | 1.0 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:19; Purpose: OT Travel |
| Local Transportation | 5/3/2024 | HyunKyu Kim | 1.0 | $59.96 | $59.96 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:01; Purpose: OT Travel |
| Local Transportation | 5/6/2024 | Jacob M. Croke | 1.0 | $99.87 | $99.87 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:36; Purpose: OT Travel |
| Local Transportation | 5/7/2024 | HyunKyu Kim | 1.0 | $76.99 | $76.99 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 01:25; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 5/7/2024 | Jacob M. Croke | 1.0 | $110.94 | $110.94 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:57; Purpose: OT Travel |
| Local Transportation | 5/7/2024 | Jamie G. Saevitzon | 1.0 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 5/8/2024 | Daniel P. O'Hara | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 5/8/2024 | HyunKyu Kim | 1.0 | $74.77 | $74.77 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:36; Purpose: OT Travel |
| Local Transportation | 5/8/2024 | Jacob M. Croke | 1.0 | $120.93 | $120.93 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:09; Purpose: OT Travel |
| Local Transportation | 5/9/2024 | Arnold Zahn | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:37; Purpose: OT Travel |
| Local Transportation | 5/9/2024 | Daniel P. O'Hara | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:24; Purpose: OT Travel |
| Local Transportation | 5/9/2024 | Jacob M. Croke | 1.0 | $115.92 | $115.92 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:17; Purpose: OT Travel |
| Local Transportation | 5/13/2024 | Christopher J. Dunne | 1.0 | $182.30 | $182.30 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|----------|-----------|-----------------|-------|------|--------|------------------|
| Local Transportation | 5/13/2024 | Daniel P. O'Hara | 1.0 | $68.33 | $68.33 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 5/13/2024 | Jacob M. Croke | 1.0 | $109.04 | $109.04 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:28; Purpose: OT Travel |
| Local Transportation | 5/14/2024 | Christopher J. Dunne | 1.0 | $194.54 | $194.54 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 5/14/2024 | Daniel P. O'Hara | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 5/14/2024 | Evan S. Simpson | 1.0 | $35.03 | $35.03 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:12; Purpose: OT Travel |
| Local Transportation | 5/14/2024 | Jacob M. Croke | 1.0 | $113.90 | $113.90 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:51; Purpose: OT Travel |
| Local Transportation | 5/15/2024 | Christopher J. Dunne | 1.0 | $181.00 | $181.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:17; Purpose: OT Travel |
| Local Transportation | 5/15/2024 | Daniel P. O'Hara | 1.0 | $67.76 | $67.76 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 5/15/2024 | Jacob M. Croke | 1.0 | $96.12 | $96.12 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:58; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 5/16/2024 | Jamie G. Saevitzon | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:16; Purpose: OT Travel |
| Local Transportation | 5/20/2024 | Christopher J. Dunne | 1.0 | $182.30 | $182.30 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 5/20/2024 | Daniel P. O'Hara | 1.0 | $67.76 | $67.76 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 5/20/2024 | Jacob M. Croke | 1.0 | $107.97 | $107.97 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:07; Purpose: OT Travel |
| Local Transportation | 5/20/2024 | Kanishka Kewlani | 1.0 | $63.42 | $63.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:04; Purpose: OT Travel |
| Local Transportation | 5/21/2024 | Daniel P. O'Hara | 1.0 | $67.76 | $67.76 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 5/21/2024 | Jacob M. Croke | 1.0 | $108.95 | $108.95 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:05; Purpose: OT Travel |
| Local Transportation | 5/21/2024 | Kanishka Kewlani | 1.0 | $63.42 | $63.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:15; Purpose: OT Travel |
| Local Transportation | 5/22/2024 | Benjamin Zonenshayn | 1.0 | $98.44 | $98.44 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:20; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 5/22/2024 | Jacob M. Croke | 1.0 | $111.99 | $111.99 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:05; Purpose: OT Travel |
| Local Transportation | 5/22/2024 | Subhah Wadhawan | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 5/23/2024 | Subhah Wadhawan | 1.0 | $24.56 | $24.56 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:23; Purpose: OT Travel |
| Local Transportation | 5/28/2024 | HyunKyu Kim | 1.0 | $143.73 | $143.73 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:06; Purpose: OT Travel |
| Local Transportation | 5/30/2024 | Daniel P. O'Hara | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 5/30/2024 | Kanishka Kewlani | 1.0 | $63.42 | $63.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:20; Purpose: OT Travel |
| Local Transportation | 5/30/2024 | Zoeth M. Flegenheimer | 1.0 | $80.64 | $80.64 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:05; Purpose: OT Travel |
| **Local Transportation Total** | | | | | | |
| Meals - Overtime | 5/1/2024 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code): 00029 |
| Meals - Overtime | 5/1/2024 | Saskia E.L. De Vries | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00041 |
| Meals - Overtime | 5/1/2024 | Stephen H. Clarke | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00041 |
| Meals - Overtime | 5/2/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00022, 00029, 00046 |
| Meals - Overtime | 5/2/2024 | Federico Ferdinandi | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 5/2/2024 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029, 00033 |
| Meals - Overtime | 5/2/2024 | Stephen H. Clarke | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00041 |
| Meals - Overtime | 5/3/2024 | Mac L. Brice | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019 |
| Meals - Overtime | 5/4/2024 | Mac L. Brice | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend]; Project Code(s): 00019 |
| Meals - Overtime | 5/6/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00022, 00033, 00035, 00046 |
| Meals - Overtime | 5/7/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00022 |
| Meals - Overtime | 5/7/2024 | Evan S. Simpson | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00017, 00022, 00039, 00041 |
| Meals - Overtime | 5/7/2024 | Jamie G. Saevitzon | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 5/8/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00022, 00025, 00033, 00046 |
| Meals - Overtime | 5/8/2024 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022, 00029, 00035 |
| Meals - Overtime | 5/9/2024 | Arnold Zahn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00033 |
| Meals - Overtime | 5/13/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00022, 00033 |
| Meals - Overtime | 5/13/2024 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019, 00022, 00029 |
| Meals - Overtime | 5/14/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019, 00022 |
| Meals - Overtime | 5/15/2024 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019, 00022, 00029 |
| Meals - Overtime | 5/16/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00022, 00046 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 5/20/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00022, 00029, 00033, 00035 |
| Meals - Overtime | 5/20/2024 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00022, 00024, 00035 |
| Meals - Overtime | 5/20/2024 | Jacob W. Ciafone | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00022 |
| Meals - Overtime | 5/21/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022, 00029, 00046 |
| Meals - Overtime | 5/21/2024 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00022, 00029 |
| Meals - Overtime | 5/21/2024 | Jamie G. Saevitzon | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 5/21/2024 | Kanishka Kewlani | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 5/22/2024 | Benjamin Zonenshayn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00025, 00035 |
| Meals - Overtime | 5/22/2024 | Stephen H. Clarke | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00041 |
| Meals - Overtime | 5/23/2024 | Jamie G. Saevitzon | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 5/23/2024 | Subhah Wadhawan | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 5/28/2024 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00027 |
| Meals - Overtime | 5/28/2024 | Nathaniel J. DeMelis | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00027 |
| Meals - Overtime | 5/28/2024 | Zoeth M. Flegenheimer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00022, 00024, 00029 |
| Meals - Overtime | 5/30/2024 | Jamie G. Saevitzon | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 5/31/2024 | Mac L. Brice | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019, 00036 |
| **Meals - Overtime Total** | | | | | | |
| Filing Fees | 5/7/2024 | Simon Ip | 1.0 | $10.37 | $10.37 | Filing Fees (GovHK) - Business Registration Number Enquiry and Application for Supply of Information on the Business Register |
| **Filing Fees Total** | | | | | **$10.37** | |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| CT Corp/CSC | 5/14/2024 | Arthur D. Courroy | 1.0 | -$792.00 | -$792.00 | CT Corp/CSC - Certified Copies of Restated Certificates of Inc [Credit] |
| **CT Corp/CSC Total** | | | | | **-$792.00** | |
| Other Professionals | 5/29/2024 | Stephen H. Clarke | 1.0 | $5,301.61 | $5,301.61 | Other Professionals (TransPerfect) - Translations [German into English] |
| **Other Professionals Total** | | | | | **$5,301.61** | |
| **GRAND TOTAL** | | | | | **$10,625.02** | |