**Exhibit B**

**Disbursements**

**Detail Cost Task Code Billing Report**  Page: 1
Landis Rath & Cobb LLP

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Activity ID E101 Inhouse Copying** | | | | | |
| 1368.002 | 05/06/2024 | 0.100 | 133.00 | 13.30 | Inhouse Copying |
| 1368.002 | 05/07/2024 | 0.100 | 2.00 | 0.20 | Inhouse Copying |
| 1368.002 | 05/13/2024 | 0.100 | 189.00 | 18.90 | Inhouse Copying |
| 1368.002 | 05/15/2024 | 0.100 | 8.00 | 0.80 | Inhouse Copying |
| 1368.002 | 05/16/2024 | 0.100 | 225.00 | 22.50 | Inhouse Copying |
| 1368.002 | 05/21/2024 | 0.100 | 175.00 | 17.50 | Inhouse Copying |
| 1368.002 | 05/22/2024 | 0.100 | 1,026.00 | 102.60 | Inhouse Copying |
| 1368.002 | 05/23/2024 | 0.100 | 937.00 | 93.70 | Inhouse Copying |
| 1368.002 | 05/28/2024 | 0.100 | 37.00 | 3.70 | Inhouse Copying |
| **Total for Activity ID E101** | | | Billable | 273.20 | Inhouse Copying |
| **Activity ID E102 Outside printing** | | | | | |
| 1368.002 | 05/23/2024 | | | 299.90 | Outside printing Parcels, Inc. - Invoice 1084610 |
| 1368.002 | 05/30/2024 | | | 21.12 | Outside printing DLS Discovery - Invoice 189472 |
| **Total for Activity ID E102** | | | Billable | 321.02 | Outside printing |
| **Activity ID E106 Online research** | | | | | |
| 1368.002 | 05/31/2024 | | | 176.33 | Online research Relx Inc. DBA LexisNexis - Invoice 3095131201 |
| **Total for Activity ID E106** | | | Billable | 176.33 | Online research |
| **Activity ID E107 Delivery services/messengers** | | | | | |
| 1368.002 | 05/23/2024 | | | 39.00 | Delivery services/messengers Parcels, Inc. - Invoice 1084940 |
| 1368.002 | 05/23/2024 | | | 39.00 | Delivery services/messengers Parcels, Inc. - Invoice 1084947 |
| **Total for Activity ID E107** | | | Billable | 78.00 | Delivery services/messengers |
| **Activity ID E111 Meals** | | | | | |
| 1368.002 | 05/21/2024 | | | 47.20 | Meals DiMeo's Pizza - working dinner for LRC(2) |
| 1368.002 | 05/23/2024 | | | 115.00 | Meals Bluebird - Lunch for S&C(1), A&M(1), LRC(3) |
| 1368.002 | 05/23/2024 | | | 80.20 | Meals Manhattan Bagel - Breakfast for S&C(1), A&M(1), LRC(3) |
| 1368.002 | 05/29/2024 | | | 25.00 | Meals DiMeo's Pizza - working dinner for LRC(2) |
| 1368.002 | 05/30/2024 | | | 39.00 | Meals DiMeo's Pizza - working dinner for LRC(2) |
| **Total for Activity ID E111** | | | Billable | 306.40 | Meals |
| **Activity ID E208 Document Retrieval** | | | | | |
| 1368.002 | 05/31/2024 | | | 80.70 | Docket Retrieval - PACER |
| **Total for Activity ID E208** | | | Billable | 80.70 | Document Retrieval |
| **Activity ID E214 Filing Fee** | | | | | |
| 1368.002 | 05/13/2024 | | | 350.00 | Filing Fee Clerk, US Bankruptcy Court - adversary complaint |
| **Total for Activity ID E214** | | | Billable | 350.00 | Filing Fee |
| **Activity ID E218 Hearing Transcripts** | | | | | |
| 1368.002 | 05/23/2024 | | | 328.00 | Hearing Transcripts Reliable Wilmington - Invoice WL117050 |
| **Total for Activity ID E218** | | | Billable | 328.00 | Hearing Transcripts |
| **Activity ID E219 Service Fees** | | | | | |
| 1368.002 | 05/16/2024 | | | 83.10 | Service Fees Parcels, Inc. - Invoice 1083369 |
| 1368.002 | 05/16/2024 | | | 77.70 | Service Fees Parcels, Inc. - Invoice 1083397 |
| **Total for Activity ID E219** | | | Billable | 160.80 | Service Fees |

**Detail Cost Task Code Billing Report**  Page: 2
Landis Rath & Cobb LLP

| Client | Trans Date | Rate | Units | Amount |
|---|---|---|---|---|
| **GRAND TOTALS** | | | | |
| | | | Billable | 2,074.45 |