**Exhibit A**

**Time Entries**

**FTX**
Bruce Mendelsohn (Partner)

Strictly Private & Confidential

| Bruce Mendelsohn (Partner) - Case Hours Summary (May-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | 8.0 |
| Correspondence with Creditors, UCC, and Advisors | 4.5 |
| Correspondence with Third-Parties | 2.0 |
| Due Diligence and Restructuring Strategy | 9.0 |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | - |
| **Total** | **23.5** |

| Case Hours Detail (May-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 05/01/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 05/02/24 | Thursday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 05/03/24 | Friday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 05/06/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 05/07/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 05/07/24 | Tuesday | 1.0 | Correspondence with Third-Parties | Discussion with venture portfolio company |
| 05/07/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 05/07/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 05/08/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 05/09/24 | Thursday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |

**FTX**
Bruce Mendelsohn (Partner)

Strictly Private & Confidential

| 05/10/24 | Friday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 05/13/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 05/14/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 05/14/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
| 05/14/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 05/14/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 05/15/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 05/15/24 | Wednesday | 0.5 | Correspondence with Creditors, UCC, and Advisors | Discussion w/ UCC professionals re Venture Portfolio Company |
| 05/16/24 | Thursday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 05/17/24 | Friday | 0.5 | Correspondence with Third-Parties | Discussion with venture portfolio company |
| 05/17/24 | Friday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 05/20/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 05/21/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Discussion with debtor advisors |
| 05/21/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |

| 05/21/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 05/21/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 05/22/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 05/22/24 | Wednesday | 0.5 | Correspondence with Debtor Advisors and Principals | Discussion regarding Debtor investment with Debtors' professionals |
| 05/23/24 | Thursday | 0.5 | Correspondence with Debtor Advisors and Principals | Discussion w/ Debtors' Professionals re Venture Portfolio Copmany |
| 05/28/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 05/28/24 | Tuesday | 0.5 | Correspondence with Third-Parties | Discussion with venture portfolio company |
| 05/28/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
| 05/28/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 05/28/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 05/30/24 | Thursday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |

| Kevin Cofsky (Partner) - Case Hours Summary (May-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | 7.0 |
| Correspondence with Creditors, UCC, and Advisors | 4.0 |
| Correspondence with Third-Parties | - |
| Due Diligence and Restructuring Strategy | 14.5 |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | - |
| **Total** | **25.5** |

| Case Hours Detail (May-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 05/01/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 05/01/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 05/02/24 | Thursday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 05/03/24 | Friday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 05/03/24 | Friday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 05/06/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 05/07/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 05/07/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 05/07/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 05/07/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |

| 05/08/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
|---|---|---|---|---|
| 05/09/24 | Thursday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 05/10/24 | Friday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 05/10/24 | Friday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 05/13/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 05/13/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 05/14/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 05/14/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
| 05/14/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 05/14/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 05/15/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 05/15/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 05/16/24 | Thursday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 05/17/24 | Friday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |

Strictly Private & Confidential

| 05/17/24 | Friday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 05/20/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 05/21/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Discussion with debtor advisors |
| 05/21/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 05/21/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 05/21/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 05/21/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 05/22/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 05/28/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 05/28/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
| 05/28/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 05/28/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 05/28/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 05/29/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |

| 05/30/24 | Thursday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
|---|---|---|---|---|
| 05/30/24 | Thursday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |

**FTX**
Matt Rahmani (Managing Director)

Strictly Private & Confidential

| Matt Rahmani (Managing Director) - Case Hours Summary (May-24) | |
|---|---|
| Categories | Hours |
| Correspondence with Debtor Advisors and Principals | 11.5 |
| Correspondence with Creditors, UCC, and Advisors | 4.0 |
| Correspondence with Third-Parties | 7.0 |
| Due Diligence and Restructuring Strategy | 130.0 |
| Sale Process Matters | 5.0 |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | 2.5 |
| **Total** | **160.0** |

| Case Hours Detail (May-24) | | | | |
|---|---|---|---|---|
| Date | Day | Hours | Category | Activity |
| 05/01/24 | Wednesday | 0.5 | Sale Process Matters | Discussion of venture portfolio |
| 05/01/24 | Wednesday | 0.5 | Sale Process Matters | Internal discussion on venture asset |
| 05/01/24 | Wednesday | 0.5 | Sale Process Matters | Internal discussion on venture asset |
| 05/01/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 05/01/24 | Wednesday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/01/24 | Wednesday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/02/24 | Thursday | 0.5 | Correspondence with Third-Parties | Discussion with venture portfolio company |
| 05/02/24 | Thursday | 0.5 | Correspondence with Third-Parties | Discussion with venture portfolio company |
| 05/02/24 | Thursday | 3.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/02/24 | Thursday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |

| 05/03/24 | Friday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 05/03/24 | Friday | 2.0 | Other Administrative Processes and Analysis | Venture portfolio recoveries analysis |
| 05/03/24 | Friday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/03/24 | Friday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/03/24 | Friday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/03/24 | Friday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 05/06/24 | Monday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 05/06/24 | Monday | 1.0 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 05/06/24 | Monday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/06/24 | Monday | 3.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/07/24 | Tuesday | 1.0 | Correspondence with Third-Parties | Discussion with venture portfolio company |
| 05/07/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 05/07/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 05/07/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |

| 05/08/24 | Wednesday | 0.5 | Sale Process Matters | Discussion of venture portfolio |
|----------|-----------|-----|----------------------|--------------------------------|
| 05/08/24 | Wednesday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/09/24 | Thursday | 0.5 | Correspondence with Third-Parties | Discussion with venture portfolio company |
| 05/09/24 | Thursday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly venture investments call |
| 05/09/24 | Thursday | 0.5 | Other Administrative Processes and Analysis | Venture portfolio recoveries analysis |
| 05/09/24 | Thursday | 3.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/10/24 | Friday | 0.5 | Correspondence with Third-Parties | Discussion with venture portfolio company |
| 05/10/24 | Friday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 05/10/24 | Friday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/10/24 | Friday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 05/13/24 | Monday | 0.5 | Sale Process Matters | Calls with potential investors on sale of venture asset scheduled |
| 05/13/24 | Monday | 0.5 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/13/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 05/13/24 | Monday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |

**FTX**
Matt Rahmani (Managing Director)                                                    Strictly Private & Confidential

| 05/13/24 | Monday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
|---|---|---|---|---|
| 05/14/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 05/14/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
| 05/14/24 | Tuesday | 0.5 | Correspondence with Debtor Advisors and Principals | Discussion with debtor advisors |
| 05/14/24 | Tuesday | 0.5 | Sale Process Matters | Managing sale process |
| 05/14/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 05/14/24 | Tuesday | 2.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/14/24 | Tuesday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/14/24 | Tuesday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 05/15/24 | Wednesday | 0.5 | Correspondence with Debtor Advisors and Principals | Weekly venture investments call |
| 05/15/24 | Wednesday | 0.5 | Correspondence with Debtor Advisors and Principals | Discussion with debtor advisors on sale process |
| 05/15/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 05/15/24 | Wednesday | 1.5 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/16/24 | Thursday | 0.5 | Correspondence with Third-Parties | Discussion with venture portfolio company |

| 05/16/24 | Thursday | 3.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
|---|---|---|---|---|
| 05/16/24 | Thursday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/16/24 | Thursday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 05/17/24 | Friday | 0.5 | Correspondence with Third-Parties | Discussion with venture portfolio company |
| 05/17/24 | Friday | 0.5 | Sale Process Matters | Internal Discussion on emails / materials / analyses |
| 05/17/24 | Friday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 05/17/24 | Friday | 4.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/17/24 | Friday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/20/24 | Monday | 0.5 | Correspondence with Third-Parties | Discussion with venture portfolio company |
| 05/20/24 | Monday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/20/24 | Monday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 05/21/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Discussion with debtor advisors |
| 05/21/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 05/21/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |

| 05/21/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
|---|---|---|---|---|
| 05/21/24 | Tuesday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/21/24 | Tuesday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/22/24 | Wednesday | 0.5 | Correspondence with Debtor Advisors and Principals | Weekly venture investments call |
| 05/22/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Internal discussion of venture investment |
| 05/22/24 | Wednesday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/23/24 | Thursday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/23/24 | Thursday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/24/24 | Friday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/27/24 | Monday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/27/24 | Monday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 05/28/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 05/28/24 | Tuesday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/28/24 | Tuesday | 0.5 | Correspondence with Third-Parties | Discussion with venture portfolio company |

| 05/28/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Discussion with debtor advisors |
| 05/28/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
| 05/28/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 05/28/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 05/29/24 | Wednesday | 0.5 | Correspondence with Debtor Advisors and Principals | Weekly venture investments call |
| 05/29/24 | Wednesday | 0.5 | Sale Process Matters | Internal Discussion on emails / materials / analyses |
| 05/29/24 | Wednesday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/29/24 | Wednesday | 1.5 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/29/24 | Wednesday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/29/24 | Wednesday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 05/30/24 | Thursday | 0.5 | Sale Process Matters | Calls with potential investors on sale of venture asset scheduled |
| 05/30/24 | Thursday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 05/30/24 | Thursday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 05/30/24 | Thursday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |

**FTX**
Kendyl Flinn (Director)

Strictly Private & Confidential

| Kendyl Flinn (Director) - Case Hours Summary (May-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | 5.0 |
| Correspondence with Creditors, UCC, and Advisors | 3.0 |
| Correspondence with Third-Parties | 6.0 |
| Due Diligence and Restructuring Strategy | 99.5 |
| Sale Process Matters | 4.0 |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | 7.5 |
| **Total** | **125.0** |

| Case Hours Detail (May-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 05/01/24 | Wednesday | 0.5 | Sale Process Matters | Discussion of venture portfolio |
| 05/01/24 | Wednesday | 0.5 | Sale Process Matters | Internal discussion on venture asset |
| 05/01/24 | Wednesday | 0.5 | Sale Process Matters | Internal discussion on venture asset |
| 05/01/24 | Wednesday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/01/24 | Wednesday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/02/24 | Thursday | 0.5 | Correspondence with Third-Parties | Discussion with venture portfolio company |
| 05/02/24 | Thursday | 0.5 | Correspondence with Third-Parties | Discussion with venture portfolio company |
| 05/02/24 | Thursday | 3.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/02/24 | Thursday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/03/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |

| 05/03/24 | Friday | 2.0 | Other Administrative Processes and Analysis | Venture portfolio recoveries analysis |
|---|---|---|---|---|
| 05/03/24 | Friday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/03/24 | Friday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/03/24 | Friday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/03/24 | Friday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 05/06/24 | Monday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 05/06/24 | Monday | 1.0 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 05/06/24 | Monday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/06/24 | Monday | 3.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/07/24 | Tuesday | 1.0 | Correspondence with Third-Parties | Discussion with venture portfolio company |
| 05/07/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 05/08/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Preparation of PMO Venture Update |
| 05/08/24 | Wednesday | 0.5 | Sale Process Matters | Discussion of venture portfolio |
| 05/08/24 | Wednesday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |

| 05/09/24 | Thursday | 0.5 | Correspondence with Third-Parties | Discussion with venture portfolio company |
|---|---|---|---|---|
| 05/09/24 | Thursday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly venture investments call |
| 05/09/24 | Thursday | 0.5 | Other Administrative Processes and Analysis | Venture portfolio recoveries analysis |
| 05/09/24 | Thursday | 3.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/10/24 | Friday | 0.5 | Correspondence with Third-Parties | Discussion with venture portfolio company |
| 05/10/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 05/10/24 | Friday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/10/24 | Friday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 05/13/24 | Monday | 0.5 | Sale Process Matters | Calls with potential investors on sale of venture asset scheduled |
| 05/13/24 | Monday | 0.5 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/13/24 | Monday | 1.0 | Due Diligence and Restructuring Strategy | Preparation of PMO Venture Update |
| 05/13/24 | Monday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/13/24 | Monday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/14/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |

**FTX**
Kendyl Flinn (Director)

Strictly Private & Confidential

| 05/14/24 | Tuesday | 0.5 | Correspondence with Debtor Advisors and Principals | Discussion with debtor advisors |
| 05/14/24 | Tuesday | 0.5 | Sale Process Matters | Managing sale process |
| 05/14/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 05/14/24 | Tuesday | 2.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/14/24 | Tuesday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/14/24 | Tuesday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 05/15/24 | Wednesday | 0.5 | Correspondence with Debtor Advisors and Principals | Weekly venture investments call |
| 05/15/24 | Wednesday | 0.5 | Correspondence with Debtor Advisors and Principals | Discussion with debtor advisors on sale process |
| 05/15/24 | Wednesday | 1.5 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/16/24 | Thursday | 0.5 | Correspondence with Third-Parties | Discussion with venture portfolio company |
| 05/16/24 | Thursday | 3.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/16/24 | Thursday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/16/24 | Thursday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 05/17/24 | Friday | 0.5 | Correspondence with Third-Parties | Discussion with venture portfolio company |

| 05/17/24 | Friday | 0.5 | Sale Process Matters | Internal Discussion on emails / materials / analyses |
| 05/17/24 | Friday | 4.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/17/24 | Friday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/17/24 | Friday | 2.0 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 05/20/24 | Monday | 0.5 | Correspondence with Third-Parties | Discussion with venture portfolio company |
| 05/20/24 | Monday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/20/24 | Monday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 05/21/24 | Tuesday | 1.0 | Due Diligence and Restructuring Strategy | Preparation of PMO Venture Update |
| 05/21/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Discussion with debtor advisors |
| 05/21/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 05/21/24 | Tuesday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/21/24 | Tuesday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/22/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Preparation of PMO Venture Update |
| 05/22/24 | Wednesday | 0.5 | Correspondence with Debtor Advisors and Principals | Weekly venture investments call |

| 05/22/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Internal discussion of venture investment |
|---|---|---|---|---|
| 05/22/24 | Wednesday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/23/24 | Thursday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/23/24 | Thursday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |

**FTX**
Ryan Moon (Associate)

Strictly Private & Confidential

| Ryan Moon (Associate) - Case Hours Summary (May-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | - |
| Correspondence with Creditors, UCC, and Advisors | - |
| Correspondence with Third-Parties | - |
| Due Diligence and Restructuring Strategy | 4.0 |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | 6.5 |
| **Total** | **10.5** |

| Case Hours Detail (May-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 05/03/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 05/08/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Preparation of PMO Venture Update |
| 05/10/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 05/13/24 | Monday | 1.0 | Due Diligence and Restructuring Strategy | Preparation of PMO Venture Update |
| 05/17/24 | Friday | 2.0 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 05/21/24 | Tuesday | 1.0 | Due Diligence and Restructuring Strategy | Preparation of PMO Venture Update |
| 05/22/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Preparation of PMO Venture Update |
| 05/24/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |



**FTX**
Emil Tu (Analyst)

Strictly Private & Confidential

| Emil Tu (Analyst) - Case Hours Summary (May-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | 7.5 |
| Correspondence with Creditors, UCC, and Advisors | 4.0 |
| Correspondence with Third-Parties | 7.0 |
| Due Diligence and Restructuring Strategy | 129.0 |
| Sale Process Matters | 5.0 |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | 9.0 |
| **Total** | **161.5** |

| Case Hours Detail (May-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 05/01/24 | Wednesday | 0.5 | Sale Process Matters | Discussion of venture portfolio |
| 05/01/24 | Wednesday | 0.5 | Sale Process Matters | Internal discussion on venture asset |
| 05/01/24 | Wednesday | 0.5 | Sale Process Matters | Internal discussion on venture asset |
| 05/01/24 | Wednesday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/01/24 | Wednesday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/02/24 | Thursday | 0.5 | Correspondence with Third-Parties | Discussion with venture portfolio company |
| 05/02/24 | Thursday | 0.5 | Correspondence with Third-Parties | Discussion with venture portfolio company |
| 05/02/24 | Thursday | 3.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/02/24 | Thursday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/03/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |

Strictly Private & Confidential

| 05/03/24 | Friday | 2.0 | Other Administrative Processes and Analysis | Venture portfolio recoveries analysis |
|---|---|---|---|---|
| 05/03/24 | Friday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/03/24 | Friday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/03/24 | Friday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/03/24 | Friday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 05/06/24 | Monday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 05/06/24 | Monday | 1.0 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 05/06/24 | Monday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/06/24 | Monday | 3.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/07/24 | Tuesday | 1.0 | Correspondence with Third-Parties | Discussion with venture portfolio company |
| 05/07/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 05/08/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Preparation of PMO Venture Update |
| 05/08/24 | Wednesday | 0.5 | Sale Process Matters | Discussion of venture portfolio |
| 05/08/24 | Wednesday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |

| 05/09/24 | Thursday | 0.5 | Correspondence with Third-Parties | Discussion with venture portfolio company |
|---|---|---|---|---|
| 05/09/24 | Thursday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly venture investments call |
| 05/09/24 | Thursday | 0.5 | Other Administrative Processes and Analysis | Venture portfolio recoveries analysis |
| 05/09/24 | Thursday | 3.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/10/24 | Friday | 0.5 | Correspondence with Third-Parties | Discussion with venture portfolio company |
| 05/10/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 05/10/24 | Friday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/10/24 | Friday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 05/13/24 | Monday | 0.5 | Sale Process Matters | Calls with potential investors on sale of venture asset scheduled |
| 05/13/24 | Monday | 0.5 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/13/24 | Monday | 1.0 | Due Diligence and Restructuring Strategy | Preparation of PMO Venture Update |
| 05/13/24 | Monday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/13/24 | Monday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/14/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |

| 05/14/24 | Tuesday | 0.5 | Correspondence with Debtor Advisors and Principals | Discussion with debtor advisors |
|---|---|---|---|---|
| 05/14/24 | Tuesday | 0.5 | Sale Process Matters | Managing sale process |
| 05/14/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 05/14/24 | Tuesday | 2.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/14/24 | Tuesday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/14/24 | Tuesday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 05/15/24 | Wednesday | 0.5 | Correspondence with Debtor Advisors and Principals | Weekly venture investments call |
| 05/15/24 | Wednesday | 0.5 | Correspondence with Debtor Advisors and Principals | Discussion with debtor advisors on sale process |
| 05/15/24 | Wednesday | 1.5 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/16/24 | Thursday | 0.5 | Correspondence with Third-Parties | Discussion with venture portfolio company |
| 05/16/24 | Thursday | 3.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/16/24 | Thursday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/16/24 | Thursday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 05/17/24 | Friday | 0.5 | Correspondence with Third-Parties | Discussion with venture portfolio company |

| 05/17/24 | Friday | 0.5 | Sale Process Matters | Internal Discussion on emails / materials / analyses |
| 05/17/24 | Friday | 4.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/17/24 | Friday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/17/24 | Friday | 2.0 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 05/20/24 | Monday | 0.5 | Correspondence with Third-Parties | Discussion with venture portfolio company |
| 05/20/24 | Monday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/20/24 | Monday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 05/21/24 | Tuesday | 1.0 | Due Diligence and Restructuring Strategy | Preparation of PMO Venture Update |
| 05/21/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Discussion with debtor advisors |
| 05/21/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 05/21/24 | Tuesday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/21/24 | Tuesday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/22/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Preparation of PMO Venture Update |
| 05/22/24 | Wednesday | 0.5 | Correspondence with Debtor Advisors and Principals | Weekly venture investments call |

Strictly Private & Confidential

| 05/22/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Internal discussion of venture investment |
|---|---|---|---|---|
| 05/22/24 | Wednesday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/23/24 | Thursday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/23/24 | Thursday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/24/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 05/24/24 | Friday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/27/24 | Monday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/27/24 | Monday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 05/28/24 | Tuesday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/28/24 | Tuesday | 0.5 | Correspondence with Third-Parties | Discussion with venture portfolio company |
| 05/28/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Discussion with debtor advisors |
| 05/28/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
| 05/28/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 05/29/24 | Wednesday | 0.5 | Correspondence with Debtor Advisors and Principals | Weekly venture investments call |

Strictly Private & Confidential

| 05/29/24 | Wednesday | 0.5 | Sale Process Matters | Internal Discussion on emails / materials / analyses |
| 05/29/24 | Wednesday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/29/24 | Wednesday | 1.5 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/29/24 | Wednesday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 05/29/24 | Wednesday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 05/30/24 | Thursday | 0.5 | Sale Process Matters | Calls with potential investors on sale of venture asset scheduled |
| 05/30/24 | Thursday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 05/30/24 | Thursday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |

**FTX**
Jackson Darby (Analyst)                                                              Strictly Private & Confidential

| Jackson Darby (Analyst) - Case Hours Summary (May-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | - |
| Correspondence with Creditors, UCC, and Advisors | - |
| Correspondence with Third-Parties | - |
| Due Diligence and Restructuring Strategy | 18.0 |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | 8.5 |
| **Total** | **26.5** |

| Case Hours Detail (May-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 05/03/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 05/03/24 | Friday | 2.0 | Other Administrative Processes and Analysis | Venture portfolio recoveries analysis |
| 05/03/24 | Friday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 05/08/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Preparation of PMO Venture Update |
| 05/10/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 05/10/24 | Friday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 05/13/24 | Monday | 1.0 | Due Diligence and Restructuring Strategy | Preparation of PMO Venture Update |
| 05/14/24 | Tuesday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 05/16/24 | Thursday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 05/17/24 | Friday | 2.0 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |

| 05/20/24 | Monday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 05/21/24 | Tuesday | 1.0 | Due Diligence and Restructuring Strategy | Preparation of PMO Venture Update |
| 05/22/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Preparation of PMO Venture Update |
| 05/24/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 05/27/24 | Monday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 05/29/24 | Wednesday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |

**FTX**
Ema Betts (Managing Director)

Strictly Private & Confidential

| Ema Betts (Managing Director) - Case Hours Summary (May-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | 0.5 |
| Correspondence with Creditors, UCC, and Advisors | 0.5 |
| Correspondence with Third-Parties | 19.0 |
| Due Diligence and Restructuring Strategy | - |
| Sale Process Matters | 37.5 |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | - |
| **Total** | **57.5** |

| Case Hours Detail (May-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 05/01/24 | Wednesday | 2.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 05/01/24 | Wednesday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/02/24 | Thursday | 3.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 05/03/24 | Friday | 1.5 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 05/03/24 | Friday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/07/24 | Tuesday | 3.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 05/08/24 | Wednesday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 05/08/24 | Wednesday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/10/24 | Friday | 0.5 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 05/13/24 | Monday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |

| 05/14/24 | Tuesday | 0.5 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 05/14/24 | Tuesday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/15/24 | Wednesday | 0.5 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 05/15/24 | Wednesday | 0.5 | Correspondence with Creditors, UCC, and Advisors | Discussion with AHC advisor |
| 05/15/24 | Wednesday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/17/24 | Friday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/21/24 | Tuesday | 0.4 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 05/21/24 | Tuesday | 1.5 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/22/24 | Wednesday | 3.8 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 05/22/24 | Wednesday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/22/24 | Wednesday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 05/23/24 | Thursday | 0.3 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 05/23/24 | Thursday | 0.5 | Correspondence with Debtor Advisors and Principals | Call with UCC / FTX board |
| 05/23/24 | Thursday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |

| 05/24/24 | Friday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |
|---|---|---|---|---|
| 05/27/24 | Monday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/28/24 | Tuesday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/29/24 | Wednesday | 0.5 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 05/30/24 | Thursday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |


**FTX**
Nathaniel Nussbaum (Executive Director)

Strictly Private & Confidential

| Nathaniel Nussbaum (Executive Director) - Case Hours Summary (May-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | - |
| Correspondence with Creditors, UCC, and Advisors | - |
| Correspondence with Third-Parties | - |
| Due Diligence and Restructuring Strategy | - |
| Sale Process Matters | 1.0 |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | - |
| **Total** | **1.0** |

| Case Hours Detail (May-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 05/08/24 | Wednesday | 1.0 | Sale Process Matters | Due diligence / managing sale process |

**FTX**
Geoff Posess (Executive Director)

Strictly Private & Confidential

| Geoff Posess (Executive Director) - Case Hours Summary (May-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | - |
| Correspondence with Creditors, UCC, and Advisors | - |
| Correspondence with Third-Parties | - |
| Due Diligence and Restructuring Strategy | - |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | 6.5 |
| **Total** | **6.5** |

| Case Hours Detail (May-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 05/03/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 05/10/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 05/17/24 | Friday | 2.0 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 05/24/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |

**FTX**
Wasif Syed (Executive Director)

Strictly Private & Confidential

| Wasif Syed (Executive Director) - Case Hours Summary (May-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | - |
| Correspondence with Creditors, UCC, and Advisors | - |
| Correspondence with Third-Parties | - |
| Due Diligence and Restructuring Strategy | - |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | 23.0 |
| **Total** | **23.0** |

| Case Hours Detail (May-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 05/02/24 | Thursday | 2.0 | Other Administrative Processes and Analysis | Analysis on venture investments |
| 05/03/24 | Friday | 2.0 | Other Administrative Processes and Analysis | Analysis on venture investments |
| 05/06/24 | Monday | 2.0 | Other Administrative Processes and Analysis | Analysis on venture investments |
| 05/10/24 | Friday | 2.0 | Other Administrative Processes and Analysis | Analysis on venture investments |
| 05/13/24 | Monday | 2.0 | Other Administrative Processes and Analysis | Analysis on venture investments |
| 05/14/24 | Tuesday | 3.0 | Other Administrative Processes and Analysis | Analysis on venture investments |
| 05/20/24 | Monday | 2.0 | Other Administrative Processes and Analysis | Analysis on venture investments |
| 05/22/24 | Wednesday | 2.0 | Other Administrative Processes and Analysis | Analysis on venture investments |
| 05/24/24 | Friday | 2.0 | Other Administrative Processes and Analysis | Analysis on venture investments |
| 05/27/24 | Monday | 2.0 | Other Administrative Processes and Analysis | Analysis on venture investments |

| 05/29/24 | Wednesday | 2.0 | Other Administrative Processes and Analysis | Analysis on venture investments |
| --- | --- | --- | --- | --- |

**FTX**
Eduardo Ascoli (Associate)

Strictly Private & Confidential

| Eduardo Ascoli (Associate) - Case Hours Summary (May-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | - |
| Correspondence with Creditors, UCC, and Advisors | - |
| Correspondence with Third-Parties | - |
| Due Diligence and Restructuring Strategy | 5.0 |
| Sale Process Matters | 38.0 |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | - |
| **Total** | **43.0** |

| Case Hours Detail (May-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 05/01/24 | Wednesday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/02/24 | Thursday | 3.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/03/24 | Friday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/07/24 | Tuesday | 2.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 05/08/24 | Wednesday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/14/24 | Tuesday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/15/24 | Wednesday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/17/24 | Friday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/21/24 | Tuesday | 2.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/22/24 | Wednesday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |

| 05/23/24 | Thursday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/24/24 | Friday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/27/24 | Monday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/28/24 | Tuesday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/30/24 | Thursday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |

**FTX**
Donall O'Leary (Associate)

Strictly Private & Confidential

| Donall O'Leary (Associate) - Case Hours Summary (May-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | 0.5 |
| Correspondence with Creditors, UCC, and Advisors | 0.5 |
| Correspondence with Third-Parties | 19.0 |
| Due Diligence and Restructuring Strategy | - |
| Sale Process Matters | 37.5 |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | - |
| **Total** | **57.5** |

| Case Hours Detail (May-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 05/01/24 | Wednesday | 2.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 05/01/24 | Wednesday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/02/24 | Thursday | 3.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 05/03/24 | Friday | 1.5 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 05/03/24 | Friday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/07/24 | Tuesday | 3.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 05/08/24 | Wednesday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 05/08/24 | Wednesday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/10/24 | Friday | 0.5 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 05/13/24 | Monday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |

| 05/14/24 | Tuesday | 0.5 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
|---|---|---|---|---|
| 05/14/24 | Tuesday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/15/24 | Wednesday | 0.5 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 05/15/24 | Wednesday | 0.5 | Correspondence with Creditors, UCC, and Advisors | Discussion with AHC advisor |
| 05/15/24 | Wednesday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/17/24 | Friday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/21/24 | Tuesday | 0.4 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 05/21/24 | Tuesday | 1.5 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/22/24 | Wednesday | 3.8 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 05/22/24 | Wednesday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/22/24 | Wednesday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 05/23/24 | Thursday | 0.3 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 05/23/24 | Thursday | 0.5 | Correspondence with Debtor Advisors and Principals | Call with UCC / FTX board |
| 05/23/24 | Thursday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |

| 05/24/24 | Friday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/27/24 | Monday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/28/24 | Tuesday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |
| 05/29/24 | Wednesday | 0.5 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 05/30/24 | Thursday | 3.0 | Sale Process Matters | Daily correspondence with investors / managing sale process |


**FTX**
**Rohan Mekala (Analyst)**

Strictly Private & Confidential

| Rohan Mekala (Analyst) - Case Hours Summary (May-24) | |
| --- | --- |
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | - |
| Correspondence with Creditors, UCC, and Advisors | - |
| Correspondence with Third-Parties | - |
| Due Diligence and Restructuring Strategy | - |
| Sale Process Matters | 1.0 |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | - |
| **Total** | **1.0** |

| Case Hours Detail (May-24) | | | | |
| --- | --- | --- | --- | --- |
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 05/08/24 | Wednesday | 1.0 | Sale Process Matters | Due diligence / managing sale process |