**Exhibit B**

**Disbursements**

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 4/1/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/1/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/2/2024 | Alexander Kalashnikov | Late night / weekend transportation | 23.25 | Taxi home, working late in office |
| 4/2/2024 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/2/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/3/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/4/2024 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/4/2024 | Eduardo Ascoli | Late night / weekend transportation | 31.88 | Taxi home, working late in office |
| 4/4/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/6/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/6/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/7/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/7/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/8/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/8/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/9/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/9/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/9/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/9/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/9/2024 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/10/2024 | Sharon Lynch | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/10/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/10/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/10/2024 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late in office |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 4/10/2024 | Donall O'Leary | Late night / weekend transportation | 42.56 | Taxi home, working late in office |
| 4/11/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/11/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/11/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/11/2024 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/11/2024 | Matt Rahmani | Late night / weekend transportation | 124.11 | Taxi home, working late in office |
| 4/12/2024 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 244,334.61 | Period ended January 31, 2024<br>FTX Chapter 11<br>Matter No: 22726417 |
| 4/15/2024 | Jackson Darby | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/15/2024 | Jackson Darby | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/16/2024 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/16/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/16/2024 | Jackson Darby | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/17/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/17/2024 | Donall O'Leary | Late night / weekend transportation | 27.32 | Taxi home, working late in office |
| 4/17/2024 | Jackson Darby | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/17/2024 | Jackson Darby | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/18/2024 | Emil Tu | Late night / weekend transportation | 17.92 | Taxi home, working late in office |
| 4/18/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/18/2024 | Matt Rahmani | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/22/2024 | Jackson Darby | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/22/2024 | Matt Rahmani | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/23/2024 | Donall O'Leary | Late night / weekend transportation | 26.09 | Taxi home, working late in office |
| 4/23/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 4/23/2024 | Alexander Kalashnikov | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/23/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/24/2024 | Donall O'Leary | Late night / weekend transportation | 27.37 | Taxi home, working late in office |
| 4/24/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/25/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/29/2024 | Alina Negulescu | Late night / weekend meals | 20.00 | Meal working late in office |
| 4/30/2024 | Emil Tu | Late night / weekend transportation | 17.98 | Taxi home, working late in office |
| 4/30/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 5/1/2024 | Emil Tu | Late night / weekend transportation | 16.99 | Taxi home, working late in office |
| 5/1/2024 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late in office |
| 5/1/2024 | Eduardo Ascoli | Late night / weekend transportation | 28.76 | Taxi home, working late in office |
| 5/1/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 5/1/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 5/1/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 5/2/2024 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late in office |
| 5/2/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 5/2/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 5/2/2024 | Matt Rahmani | Late night / weekend transportation | 121.11 | Taxi home, working late in office |
| 5/7/2024 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late in office |
| 5/9/2024 | Emil Tu | Late night / weekend transportation | 17.95 | Taxi home, working late in office |
| 5/9/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 5/9/2024 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 11,999.58 | Period ended April 30, 2024<br>FTX Chapter 11<br>Matter No: 22726417 |
| 5/13/2024 | Matt Rahmani | Late night / weekend transportation | 103.14 | Taxi home, working late in office |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 5/14/2024 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late in office |
| 5/14/2024 | Matt Rahmani | Late night / weekend transportation | 128.01 | Taxi home, working late in office |
| 5/15/2024 | Emil Tu | Late night / weekend transportation | 18.99 | Taxi home, working late in office |
| 5/15/2024 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late in office |
| 5/15/2024 | Eduardo Ascoli | Late night / weekend transportation | 30.42 | Taxi home, working late in office |
| 5/16/2024 | Matt Rahmani | Late night / weekend meals | 20.00 | Meal working late in office |
| 5/16/2024 | Matt Rahmani | Late night / weekend meals | 20.00 | Meal working late in office |
| 5/20/2024 | Matt Rahmani | Late night / weekend transportation | 127.86 | Taxi home, working late in office |
| 5/22/2024 | Eduardo Ascoli | Late night / weekend transportation | 28.76 | Taxi home, working late in office |
| 5/23/2024 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 4,505.00 | For professional services rendered and related expenses incurred in the above-referenced matter through April 2024 |
| 5/30/2024 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late in office |
| 5/30/2024 | Matt Rahmani | Late night / weekend meals | 20.00 | Meal working late in office |
| **Total** | | | **$262,999.66** | |