**Exhibit C**

**Porter Hedges LLP Time and Expense Records**

**(April 1, 2024 through April 30, 2024)**

| Name of Applicant | *Porter Hedges LLP* |
|---|---|
| Authorized to Provide Professional Services to: | Perella Weinberg Partners LP (Investment Banker to the Debtors) |
| Date of Retention: | *nunc pro tunc* to November 16, 2022 |
| Period for which compensation and reimbursement is sought: | April 1, 2024 through April 30, 2024 |
| Amount of Compensation sought as actual, reasonable and necessary: | $4,505.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | n/a |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $0 |

This is a(n) <u>X</u> monthly ____ interim ____ final application.  No prior application has been filed with respect to this Fee Period.

## PRIOR MONTHLY FEE STATEMENTS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 02/17/23 | Nov. 16, 2022 – Nov. 30, 2022 | $16,178.00 | $0 | $16,178.00 | $0 |
| 03/06/23 | Dec. 1, 2022 – Dec. 31, 2022 | $19,659.00 | $0 | $19,659.00 | $0 |
| 04/04/23 | Jan. 1, 2023 – Jan. 31, 2023 | $59,185.50 | $0 | $59,185.50 | $0 |
| 05/04/23 | Feb. 1, 2023 – Feb. 28, 2023 | $17,667.50 | $21.50 | $59,185.50 | $0 |
| 06/05/23 | Mar. 1, 2023 – Mar. 31, 2023 | $10,369.00 | $0 | $59,185.50 | $0 |
| 09/12/23 | Apr. 1, 2023 – Apr. 30, 2023 | $8,484.00 | $0 | $8,484.00 | $0 |
| 09/14/23 | May 1, 2023 – May 31, 2023 | $5,626.50 | $0 | $5,626.50 | $0 |
| 09/14/23 | June 1, 2023 – June 30, 2023 | $7,521.50 | $4.30 | $7,521.50 | $0 |
| 12/04/23 | July 1, 2023 – July 31, 2023 | $3,484.50 | $0 | $3,484.50 | $0 |
| 12/06/23 | August 1, 2023 – August 31, 2023 | $5,784.00 | $0 | $5,784.00 | $0 |
| 12/08/23 | Sept. 1 – Sept. 30, 2023 | $14,943.00 | $0 | $14,943.00 | $0 |
| 02/13/24 | Oct. 1 – Nov. 30, 2023 | $2,695.50 | $0 | $2,695.50 | $0 |
| 05/03/24 | Jan. 1 – Jan. 31, 2024 | $1,942.50 | $0 | Pending | Pending |
| 05/03/24 | Dec. 1 – 31, 2023 and Feb. 1 – 29, 2024 | $11,726.00 | $0 | Pending | Pending |
| 05/15/2024 | Mar. 1 – Mar. 31, 2024 | $6,400.00 | $0 | Pending | Pending |

4887-7430-3052 v.4
15454880v2

### SUMMARY OF BILLING BY PROFESSIONAL
### APRIL 1, 2024 THROUGH AND INCLUDING APRIL 30, 2024

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| John F. Higgins | Partner | 1983 | 1983 | $1,050.00 | .7 | $735.00 |
| Megan N. Young-John | Partner | 2013 | 2013 | $725.00 | 5.2 | $3,770.00 |
| **Partner Total** | | | | | 5.9 | $4,505.00 |
| **GRAND TOTAL** | | | | | 5.9 | $4,505.00 |

**Blended Hourly Rate: $763.56**

### STATEMENT OF FEES BY PROJECT CATEGORY[1]
### APRIL 1, 2024 THROUGH APRIL 30, 2024

| Project Name | Hours | Fee Amount |
|---|---|---|
| PWP Retention & Compensation | 5.9 | $4,505.00 |
| Total | 5.9 | $4,505.00 |

---

[1] The subject matter of certain time entries may be appropriate for more than one project category. In such instances, time entries generally have been included in the most appropriate category. Time entries do not appear in more than one category.

4887-7430-3052 v.4
15454880v2

**PORTER HEDGES LLP**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page 1
Inv# 563706
Date 05/23/24
017741-0001
JOHN F. HIGGINS

PERELLA WEINBERG PARTNERS \ TPH&CO.
ATTN: JENNIE MILLER
1111 BAGBY STREET, SUITE 4900
HOUSTON, TX 77002

TAX ID# 74-2174193

**FTX Bankruptcy**

**Invoice Summary**

| | |
|---|---|
| Professional Services | $4,505.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $4,505.00 |
| **TOTAL AMOUNT DUE** | **$4,505.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page 2
Inv# 563706
Date 05/23/24
017741-0001
JOHN F. HIGGINS

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through April 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 04/04/24 | JFH | Email K. Flinn, B. Mendelsohn and M. Young-John regarding fee statements. | 0.30 | 315.00 |
| 04/04/24 | MNY | Coordinate with client and Debtors' counsel regarding CNO for fee statements. | 0.20 | 145.00 |
| 04/18/24 | MNY | Review and provide comments to February case hours in preparation of fee statement (.7); begin preparing February fee statement (.5). | 1.20 | 870.00 |
| 04/26/24 | JFH | Email K. Flinn and M. Young-John regarding fee applications; email regarding hours summary. | 0.40 | 420.00 |
| 04/26/24 | MNY | Update February fee statement and circulate to client for signoff (.2); email Debtors' counsel regarding same (.1); begin preparing March fee statement (1.0). | 1.30 | 942.50 |
| 04/29/24 | MNY | Update February fee statement and follow up with S&C with updates (.3); continue preparing March fee statement (2.2). | 2.50 | 1,812.50 |
| **Total Services** | | | **5.90** | **$4,505.00** |

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JFH | John F. Higgins | Partner | 0.70 | 1,050.00 | 735.00 |
| MNY | Megan N. Young-John | Partner | 5.20 | 725.00 | 3,770.00 |

Total Disbursements $0.00

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510  
P.O. BOX 4346  
HOUSTON, TEXAS 77210-4346  

_____

TELEPHONE (713) 226-6000  
TELECOPIER (713) 228-1331

Page 3  
Inv# 563706  
Date 05/23/24  
017741-0001  
JOHN F. HIGGINS

TAX ID# 74-2174193

___

**Invoice Total**                                     **$4,505.00**