**<u>Exhibit D</u>**

**Mayer Brown LLP Time and Expense Records**

**(June 1, 2023 to April 30, 2024)**

| Name of Applicant | *Mayer Brown LLP* |
|---|---|
| Authorized to Provide Professional Services to: | Perella Weinberg Partners LP (Investment Banker to the Debtors) |
| Date of Retention: | *nunc pro tunc* to November 16, 2022 |
| Period for which compensation and reimbursement is sought: | June 1, 2023 through April 30, 2024 |
| Amount of Compensation sought as actual, reasonable and necessary: | $249,851.50 |
| 80% of Compensation sought as actual, reasonable and necessary: | n/a |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $6,482.69 |

This is a(n) **X** monthly _____ interim _____ final application.  No prior application has been filed with respect to this Fee Period.

**PRIOR MONTHLY FEE STATEMENTS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 09/14/2023 | Dec. 1, 2022 to June 30, 2023 | $171,523.50 | $506.96 | $171,523.50 | $506.96 |
| 12/06/2023 | July 1, 2023 to July 31, 2023 | $215,428.50 | $9,971.41 | $215,428.50 | $9,971.41 |
| 12/06/2023 | August 1, 2023 to Sept. 30, 2023 | $26,842.50 | $1,625.46 | $26,842.50 | $1,625.46 |
| 12/08/2023 | Oct. 1, 2023 to Oct. 31, 2023 | $71,914.50 | $2.75 | $71,914.50 | $2.75 |
| 12/22/2023 | Nov. 1, 2023 to Nov. 30, 2023 | $41,097.50 | $26,087.24 | $41,097.50 | $26,087.24 |
| 05/03/2023 | Feb. 1, 2024 to Feb. 29, 2024 | $192,049.00 | $9,273.93 | Pending | Pending |
| 05/15/2023 | Mar. 1, 2024 to Mar. 31, 2024 | $2,661.50 | $6,076.17 | Pending | Pending |

**SUMMARY OF BILLING BY PROFESSIONAL**
**JUNE 1, 2023 THROUGH AND INCLUDING APRIL 30, 2024**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate (2024/2023) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Charles S. Kelley | Partner | 1992 | 1991 | $1,525/$1,415 | 1.1 | $1,622.50 |
| Anna T. Pinedo | Partner | 1993 | 1993 | $1,855 | 0.8 | $1,484.00 |
| **Partner Total** | | | | | **1.9** | **$3,106.50** |
| Cloe M. Anderson | Associate | 2021 | 2021 | $810 | 25 | $20,250.00 |
| James B. Danford | Associate | 2017 | 2017 | $1,055 | 42 | $44,310.00 |
| Anna V. Durham | Associate | 2021 | 2020 | $885 | 58.7 | $50,349.50 |
| Daisy R. Gray | Associate | 2022 | 2022 | $745 | 17.1 | $12,739.50 |
| Kathryne M. Gray | Associate | 2014 | 2013 | $1,165/$1,050 | 26.8 | $30,279.00 |
| Carolina A. Herrera | Associate | 2021 | 2021 | $810/$665 | 24.2 | $18,442.00 |
| Natalie S. Holman | Associate | 2021 | 2021 | $810 | 1.8 | $1,458.00 |
| Carter M. Jansen | Associate | 2022 | 2022 | $745 | 7.9 | $5,885.50 |
| Lauren E. Knudson | Associate | 2022 | 2022 | $745 | 22.7 | $16,911.50 |
| Hunter B. Newell | Associate | 2021 | 2021 | $745/$605 | 29.4 | $21,385.00 |
| Sydney N. Royer | Associate | 2021 | 2020 | $810 | 29 | $23,490.00 |
| **Associate Total** | | | | | **284.6** | **$245,500.00** |
| Mia Sclafani | Paralegal | n/a | n/a | $415 | 3 | $1,245.00 |
| **Paraprofessional Total** | | | | | **3** | **$1,245.00** |
| **GRAND TOTAL** | | | | | **289.5** | **$249,851.50** |

**Blended Hourly Rate:  $863.04**

**STATEMENT OF FEES BY PROJECT CATEGORY**
**JUNE 1, 2023 THROUGH AND INCLUDING APRIL 30, 2024**

| Project Name | Hours | Fee Amount |
|---|---|---|
| ADVISORY SERVICES TO PWP AS INVESTMENT BANKER[2] | 289.5 | $249,851.50 |
| **Total** | **289.5** | **$249,851.50** |

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[3] if Applicable** | **Amount** |
| Professional Services (Data Management, Processing, and Storage) | Driven Inc d/b/a Innovative Driven | $4,678.15 |
| Document Reproduction | n/a | $14.70 |
| Color Document Reproduction | n/a | $11.75 |
| Official Records Search | PACER | $17.90 |
| Westlaw Research | Westlaw | $1,760.19 |
| **TOTAL** | | **$6,482.69** |

---

[2]   Mayer Brown LLP provides advisory services to PWP as Investment Banker to the Debtors. In such capacity, Mayer Brown LLP has advised PWP on a number of issues including, but not limited to, deal and sale process-related issues, investor and other case constituent relations, and consideration of conflict issues.

[3]   Mayer Brown LLP may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

## MAYER | BROWN

Mayer Brown LLP
311 West Monroe Street
Chicago, IL 60606-9908

T: +1 312 782 0600
F: +1 312 701 7711
mayerbrown.com

February 22, 2024

Invoice Number: 100176300

Firm Tax ID No: 36-1447220

Perella Weinberg Partners LP
1111 Bagby Street
Suite 4900
Houston, TX 77002

Attn: Jennie Miller

---

For professional services rendered for the period ended January 31, 2024

**Re:** **FTX Chapter 11**
**Matter No: 22726417**

| | |
|---|---|
| Fees | $241,005.50 |
| Disbursements | 3,329.11 |
| **Total Fees and Disbursements** | **$244,334.61** |

Mayer Brown LLP

Invoice No: 100176300                                                          Page 2
Perella Weinberg Partners LP                                        Pinedo, Anna T.
22726417 FTX Chapter 11

<u>DESCRIPTION OF LEGAL SERVICES</u>

| <u>Date</u> | <u>Timekeeper Name</u> | <u>Hours</u> |
|---|---|---|
| 06/01/23 | **Pinedo, Anna T.**<br>Call regarding Myster Labs. | 0.30 |
| 06/29/23 | **Pinedo, Anna T.**<br>Calls with Mysten with Perella (J. Miller, A. Paul). | 0.30 |
| 06/30/23 | **Pinedo, Anna T.**<br>Follow up with C. Kelly regarding Mysten. | 0.20 |
| 11/15/23 | **Sclafani, Mia**<br>Review and analyze purchase and sale agreements. | 1.00 |
| 12/01/23 | **Herrera, Carolina A.**<br>Review documents for privilege and confidentiality, ██████████ ████████████████████. | 2.20 |
| 12/04/23 | **Herrera, Carolina A.**<br>Review documents for responsiveness ████████████████, flagging privileged and confidential documents as necessary. | 5.20 |
| 12/05/23 | **Herrera, Carolina A.**<br>Check status of documents marked as needing further review or encountering technical issues. | 0.20 |
| 12/08/23 | **Durham, Anna V.**<br>Correspond with client and MB team re FTX Europe project. | 0.20 |
| 12/11/23 | **Durham, Anna V.**<br>Conferences with client and MB team re FTX Europe matter and review and analysis of background documents re same. | 1.30 |
| 12/11/23 | **Gray, Kathryne M.**<br>Telephone conference with client regarding document review project related to discovery propounded in FTX Europe avoidance action; strategize review project with A. Durham and C. Kelley; correspond with debtors' counsel re same. | 1.40 |
| 12/11/23 | **Kelley, Charles S.**<br>Attention to FTX Europe review and discussion with team regarding ████████ ███████████████████████████████████████████. | 0.50 |
| 12/12/23 | **Durham, Anna V.**<br>Conference with A. Sutton re ███████████ document review parameters and correspond with MB team re next steps. | 0.50 |
| 12/12/23 | **Durham, Anna V.**<br>Correspond with MB and S&C teams re FTX Europe review process and background materials. | 0.40 |
| 12/12/23 | **Herrera, Carolina A.**<br>Correspond with team re status of document review/batch completion and | 0.10 |

Mayer Brown LLP

Invoice No: 100176300                                                    Page 3
Perella Weinberg Partners LP                                  Pinedo, Anna T.
22726417 FTX Chapter 11

<u>DESCRIPTION OF LEGAL SERVICES</u>

| <u>Date</u> | <u>Timekeeper Name</u> | <u>Hours</u> |
|------|----------------|-------|
| | necessary second-level review for privilege. | |
| 12/12/23 | **Newell, Hunter B.**<br>Document review of ████████ for relevancy, privilege and confidentiality, including ████████████. | 0.60 |
| 12/13/23 | **Durham, Anna V.**<br>Conference with MB review team re ██████ review privilege calls. | 0.50 |
| 12/13/23 | **Durham, Anna V.**<br>Prepare for and attend conference with S&C re review background and strategy; confer with MB team re strategy and next steps, including privilege and confidentiality concerns and procedure. | 3.20 |
| 12/13/23 | **Gray, Kathryne M.**<br>Review and analyze avoidance complaint against Lorem Ipsum defendants to inform document review project; telephone conference with debtors' counsel re avoidance action and defendants' discovery requests; strategize scope of review with A. Durham and C. Kelley. | 2.80 |
| 12/13/23 | **Herrera, Carolina A.**<br>Correspond with team regarding status of document review, second-level review, NFR documents. | 0.20 |
| 12/13/23 | **Newell, Hunter B.**<br>Document review of ████████ for relevancy, privilege and confidentiality, including ████████████. | 2.00 |
| 12/15/23 | **Herrera, Carolina A.**<br>Correspond with team regarding status of document review, need for review of NFR documents, timeline overall. | 0.10 |
| 12/15/23 | **Newell, Hunter B.**<br>Document review of ████████ for relevancy, privilege and confidentiality, including ███████████4. | 1.10 |
| 12/20/23 | **Durham, Anna V.**<br>Correspond with MB team, client, and S&C team re next steps in document review process. | 0.80 |
| 12/21/23 | **Durham, Anna V.**<br>Coordinate with K. Gray and client re FTX Europe project. | 0.50 |
| 12/21/23 | **Gray, Kathryne M.**<br>Review and analyze ████████████████████ ████████████████; conference with PWP team re FTX Europe process. | 0.80 |
| 12/21/23 | **Sclafani, Mia**<br>Review and analyze the Application to Retain and Employ PWP as an Investment Banker, Supplemental Application, Second Supplemental, Certificate of Counsel (for Kimberly Brown), and the Initial, Supplemental, Second and Third Supplemental Declarations of Mendelsohn. | 2.00 |

Mayer Brown LLP

Invoice No: 100176300
Perella Weinberg Partners LP
22726417 FTX Chapter 11

Page 4
Pinedo, Anna T.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 12/22/23 | **Durham, Anna V.** Prepare for and attend conference with client re FTX Europe project document review; coordinate with MB team re same. | 1.30 |
| 12/22/23 | **Gray, Kathryne M.** Prepare for and participate in telephone conference with PWP re process for FTX Europe assets for purposes of responding to discovery requests in avoidance action related to FTX Europe; analyze scope and parameters of document review for purposes of same. | 1.60 |
| 12/26/23 | **Durham, Anna V.** Attend to FTX Europe document review, including search terms and date parameters. | 0.30 |
| 12/27/23 | **Durham, Anna V.** Prepare for and attend conference with client re document review and correspond with MB team re search terms for same. | 0.40 |
| 12/27/23 | **Gray, Kathryne M.** Conference with PWP team re document search and collection parameters and results for purposes of responding to discovery requests in FTX Europe avoidance action. | 0.60 |
| 12/28/23 | **Durham, Anna V.** Correspond re FTX Europe document review. | 0.10 |
| 12/28/23 | **Gray, Kathryne M.** Analyze scope of review project for purposes of document collection in response to discovery in FTX Europe avoidance action. | 1.00 |
| 12/29/23 | **Durham, Anna V.** Correspond re FTX Europe document review project, including narrowing of date delimiters and confirmation of search terms and custodians. | 0.50 |
| 01/02/24 | **Durham, Anna V.** Correspond with client, Mayer Brown, and Sullivan & Cromwell teams re FTX Europe document review strategy. | 0.70 |
| 01/02/24 | **Gray, Kathryne M.** Correspondence with Debtors' counsel and PWP re additional discovery requests in FTX Europe avoidance action and scope of document review related to same. | 0.70 |
| 01/03/24 | **Durham, Anna V.** Conferences with MB team re strategy on FTX-related document review projects, including status of focus and FTX Europe review and next steps in potential Embed project; correspond with MB and S&C teams re same. | 2.40 |
| 01/03/24 | **Gray, Kathryne M.** Confer with Debtors' counsel re new review project and discovery requests related to Embed; confer with A. Durham re scope and parameters of two review projects related to FTX Europe. | 1.80 |

Mayer Brown LLP

Invoice No: 100176300                                            Page 5
Perella Weinberg Partners LP                        Pinedo, Anna T.
22726417 FTX Chapter 11

<u>DESCRIPTION OF LEGAL SERVICES</u>

| <u>Date</u> | <u>Timekeeper Name</u> | <u>Hours</u> |
|------|----------------|-------|
| 01/03/24 | **Kelley, Charles S.**<br>Attention to documents requested and discussion of strategy and concerns with K. Gray and A. Durham. | 0.60 |
| 01/04/24 | **Durham, Anna V.**<br>Prepare for and attend conferences with S&C and MB teams re Embed project. | 0.50 |
| 01/04/24 | **Gray, Kathryne M.**<br>Conference call with Debtors' counsel regarding new review project related to Embed sale; debrief meeting with A. Durham regarding parameters of same. | 0.80 |
| 01/05/24 | **Durham, Anna V.**<br>Coordinate with MB team re document review workstreams, including finalizing proposed search terms, custodians, and date ranges for FTX Europe review and coordinating with vendor and client re implementation of same. | 2.00 |
| 01/05/24 | **Gray, Kathryne M.**<br>Analyze scope of review project related to Embed sale; correspond with Debtors' counsel re three review projects related to Embed and FTX Europe sales processes. | 1.40 |
| 01/06/24 | **Durham, Anna V.**<br>Correspond with K. Gray re FTX Europe project strategy. | 0.10 |
| 01/07/24 | **Durham, Anna V.**<br>Correspond with K. Gray and S&C teams re FTX Europe project strategy. | 0.10 |
| 01/07/24 | **Gray, Kathryne M.**<br>Correspond with Debtors' counsel re review of documents related to multi-party discovery requests in FTX Europe avoidance action. | 0.80 |
| 01/08/24 | **Durham, Anna V.**<br>Conference with K. Gray re FTX Europe review team needs and review strategy. | 0.30 |
| 01/09/24 | **Durham, Anna V.**<br>Conferences with MB team, vendor, and client re FTX Europe data ingestion, including regarding metadata and protocol; correspond with MB team re availability for review project, including anticipated timeline and staffing needs. | 2.70 |
| 01/09/24 | **Gray, Kathryne M.**<br>Multiple conferences with A. Durham and PWP team regarding PWP email and document collection and scope and parameters of review project related to discovery requests in FTX Europe avoidance action. | 1.20 |
| 01/10/24 | **Durham, Anna V.**<br>Further conferences with MB team, vendor, and client re FTX Europe data ingestion, including regarding metadata and protocol; manage staffing of review team and preparation of onboarding materials re same. | 3.50 |
| 01/10/24 | **Gray, Kathryne M.**<br>Draft parameters and guidelines for document review project related to FTX Europe avoidance action; analyze same with A. Durham. | 1.30 |
| 01/11/24 | **Anderson, Cloe M.** | 0.70 |

Mayer Brown LLP

Invoice No: 100176300
Perella Weinberg Partners LP
22726417 FTX Chapter 11

Page 6
Pinedo, Anna T.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| | Read complaint in preparation for privilege document review | |
| 01/11/24 | **Anderson, Cloe M.**<br>Meeting with A. Durham to discuss privilege document review for FTX | 0.60 |
| 01/11/24 | **Danford, James B.**<br>Analyze issues in Complaint for Avoidance in FTX Trading v. Lorem Ipsum et al. proceeding in preparation for overseeing document review project. | 1.00 |
| 01/11/24 | **Durham, Anna V.**<br>Draft FTX Europe review protocol, including analysis of claims brought in suit, and train review team re same. | 3.20 |
| 01/11/24 | **Gray, Daisy R.**<br>Examine bankruptcy court Complaint in preparation for privilege review | 0.90 |
| 01/11/24 | **Holman, Natalie S.**<br>Attending on boarding meeting re: case backgroundand facts, and  privilege review. | 0.60 |
| 01/11/24 | **Holman, Natalie S.**<br>Review background materials re: evidentiary and attorney client privilege. | 0.90 |
| 01/11/24 | **Jansen, Carter M.**<br>Confer with A. Durham and other reviewers to discuss case background and purpose of review. | 0.60 |
| 01/11/24 | **Knudson, Lauren E.**<br>Attended the onboarding meeting for the document review project. | 0.50 |
| 01/11/24 | **Knudson, Lauren E.**<br>Reviewed the complaint prior to the meeting about document review. | 0.40 |
| 01/11/24 | **Newell, Hunter B.**<br>Set up review batches for FTX Europe privilege review; MB introduction call with team re: same. | 0.90 |
| 01/12/24 | **Anderson, Cloe M.**<br>Set up account to review PWP documents for privilege for FTX Bankruptcy | 0.20 |
| 01/12/24 | **Durham, Anna V.**<br>Conference with client re ongoing workstream re FTX matter, including FTX Europe and new FTX embed project; correspond with FTX Europe vendor and review teams re protocol and next steps. | 2.50 |
| 01/12/24 | **Gray, Kathryne M.**<br>Prepare for and participate in meeting with client re new Embed document review project and updates on FTX Europe review project; review and analyze Embed complaint and discovery requests for purposes of same. | 1.50 |
| 01/12/24 | **Holman, Natalie S.**<br>Review document review protocol and counsel contacts. | 0.30 |
| 01/12/24 | **Jansen, Carter M.**<br>Evaluate complaint. | 0.50 |

Mayer Brown LLP

Invoice No: 100176300                                                        Page 7
Perella Weinberg Partners LP                                          Pinedo, Anna T.
22726417 FTX Chapter 11

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|

**Date** | **Timekeeper Name** | **Hours**

01/13/24    **Durham, Anna V.**                                                   0.10
Respond to FTX Europe review team questions re document responsiveness.

01/13/24    **Gray, Daisy R.**                                                    0.80
Reviewed 55 documents for attorney client privilege

01/14/24    **Gray, Daisy R.**                                                    0.30
Analyze 25 documents for attorney client privilege

01/15/24    **Anderson, Cloe M.**                                                 4.70
Review 950 documents for privilege for FTX bankruptcy matter

01/15/24    **Danford, James B.**                                                 2.10
Review and respond to questions by document reviewers (1); Review
approximately 140 documents for relevance and privileges (1.1).

01/15/24    **Durham, Anna V.**                                                   1.50
Respond to FTX Europe review team questions re document responsiveness,
confidentiality, and privilege; coordinate with vendor on strategy re organization
of same.

01/15/24    **Gray, Daisy R.**                                                    1.20
Reviewed 120 documents for attorney client privilege

01/15/24    **Knudson, Lauren E.**                                                1.00
Familiarized myself with the relativity folders and reviewed 20 documents for
client privilege and responsiveness to project.

01/16/24    **Anderson, Cloe M.**                                                 4.00
Review 1000 documents for privilege for FTX bankruptcy matter

01/16/24    **Danford, James B.**                                                 4.90
Review and respond to questions by document reviewers (.4); Review
approximately 600 documents for relevance and privileges (4.5).

01/16/24    **Durham, Anna V.**                                                   0.20
Correspond with MB team and client re Embed review strategy.

01/16/24    **Durham, Anna V.**                                                   0.90
Respond to FTX Europe review team questions re document responsiveness.

01/16/24    **Gray, Daisy R.**                                                    2.10
Reviewed 245 documents for attorney client privilege

01/16/24    **Gray, Kathryne M.**                                                 0.80
Advise on privilege issues related to document review project for purposes of
responding to discovery requests in FTX Europe avoidance action; conduct
second-line review of emails for same.

01/16/24    **Gray, Kathryne M.**                                                 0.60
Correspond with client regarding discovery requests related to Embed project.

01/16/24    **Knudson, Lauren E.**                                                4.10
Reviewed 170  documents for client privilege and responsiveness to project.

Mayer Brown LLP

Invoice No: 100176300                                                Page 8
Perella Weinberg Partners LP                                  Pinedo, Anna T.
22726417 FTX Chapter 11

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|

01/16/24   **Newell, Hunter B.**                                          5.00
Review "FTX Europe" document batches for Debtor / PWP privilege (Batches 63-66; 55; 80 et al.)

01/16/24   **Royer, Sydney N.**                                           7.10
Reviewed 737 documents for privilege and responsiveness

01/17/24   **Anderson, Cloe M.**                                          5.10
Review 950 documents for privilege for FTX bankruptcy matter

01/17/24   **Danford, James B.**                                          6.40
Review and respond to questions by document reviewers (2.4); Review approximately 480 documents for relevance and privileges (4).

01/17/24   **Durham, Anna V.**                                            1.50
Respond to FTX Europe review team questions re document responsiveness, confidentiality, and privilege concerns.

01/17/24   **Durham, Anna V.**                                            2.40
Conferences with K. Gray and C. Kelley re Embed review project and strategy, including preservation of client privilege and maximizing efficient review for estate; correspond with Sullivan team and client re same.

01/17/24   **Gray, Daisy R.**                                             3.00
Review approximately 325 documents for attorney client privilege

01/17/24   **Gray, Kathryne M.**                                          0.70
Conference with PWP team re Embed sale process and review and collection of PWP emails and documents related to same for purposes of responding to discovery in Embed-related adversary proceeding.

01/17/24   **Herrera, Carolina A.**                                       0.30
Correspond with team regarding FTX document review privilege determinations.

01/17/24   **Jansen, Carter M.**                                          0.40
Evaluate privilege review instructions (.1); correspond with vendor regarding document review platform (.3).

01/17/24   **Knudson, Lauren E.**                                         4.40
Reviewed 625  documents for client privilege and responsiveness to project.

01/17/24   **Newell, Hunter B.**                                          3.00
Review "FTX Europe" document batches for Debtor / PWP privilege (Batches 55; 86-88, et al.)

01/17/24   **Royer, Sydney N.**                                           3.30
Review 547 documents for privilege and responsiveness

01/18/24   **Anderson, Cloe M.**                                          3.70
Review 600 documents for privilege for FTX bankruptcy matter

01/18/24   **Danford, James B.**                                          6.00
Review and respond to questions by document reviewers (2.1); Review approximately 800 documents for relevance and privileges (3.9).

Mayer Brown LLP

Invoice No: 100176300
Perella Weinberg Partners LP
22726417 FTX Chapter 11

Page 9
Pinedo, Anna T.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 01/18/24 | **Durham, Anna V.**<br>Analyze Embed search parameters. | 0.10 |
| 01/18/24 | **Durham, Anna V.**<br>Further correspondence with FTX Europe review team re document responsiveness, confidentiality, and privilege concerns; correspond re document production. | 1.20 |
| 01/18/24 | **Gray, Daisy R.**<br>Review approximately 350 documents for attorney client privilege | 2.40 |
| 01/18/24 | **Gray, Kathryne M.**<br>Advise on privileged documents and production related to discovery requests in FTX Europe avoidance action; conference with debtors' counsel re same. | 1.00 |
| 01/18/24 | **Herrera, Carolina A.**<br>Review documents for responsiveness and privilege; correspond with J. Danford regarding privilege determinations for documents. | 2.70 |
| 01/18/24 | **Jansen, Carter M.**<br>Review 144 documents for privilege and confidentiality. | 2.90 |
| 01/18/24 | **Knudson, Lauren E.**<br>Reviewed 450  documents for client privilege and responsiveness to project. | 4.00 |
| 01/18/24 | **Newell, Hunter B.**<br>Review "FTX Europe" document batches for Debtor / PWP privilege (Batches 18-20; 55). | 5.00 |
| 01/18/24 | **Royer, Sydney N.**<br>Reviewed 545 documents for privilege and responsiveness | 5.70 |
| 01/19/24 | **Anderson, Cloe M.**<br>Review 400 documents for privilege for FTX bankruptcy matter | 3.20 |
| 01/19/24 | **Danford, James B.**<br>Review and respond to questions by document reviewers (2.1); Review approximately 300 documents for relevance and privileges (1.3). | 3.40 |
| 01/19/24 | **Durham, Anna V.**<br>Conference with MB team re strategy for Embed document review, including analysis of search term results and next steps. | 1.40 |
| 01/19/24 | **Durham, Anna V.**<br>Conference and correspond re reviewer questions on FTX EU documents and rolling production of same. | 0.70 |
| 01/19/24 | **Gray, Daisy R.**<br>Reviewed approximately 300 documents for attorney client privilege | 1.90 |
| 01/19/24 | **Gray, Kathryne M.**<br>Provide instructions to review team for new document review project related to discovery requests in Embed adversary proceeding; correspondence with debtors' counsel re same. | 1.20 |

Mayer Brown LLP

Invoice No: 100176300
Perella Weinberg Partners LP
22726417 FTX Chapter 11

Page 10
Pinedo, Anna T.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 01/19/24 | **Herrera, Carolina A.**<br>Correspond with J. Danford re privilege calls on documents; review documents for responsiveness, privilege and confidentiality, tagging hot documents as necessary. | 3.50 |
| 01/19/24 | **Knudson, Lauren E.**<br>Reviewed 350  documents for client privilege and responsiveness to project. | 2.60 |
| 01/19/24 | **Newell, Hunter B.**<br>Review "FTX Europe" document batches for Debtor / PWP privilege (Batches 55; 86-90). | 4.00 |
| 01/19/24 | **Royer, Sydney N.**<br>Reviewed 742 documents for privilege and responsiveness | 6.50 |
| 01/20/24 | **Royer, Sydney N.**<br>Reviewed 220 documents for responsiveness and privilege | 1.50 |
| 01/21/24 | **Herrera, Carolina A.**<br>Review documents for responsiveness, privilege, and confidentiality, tagging as "hot" as necessary. | 2.10 |
| 01/22/24 | **Danford, James B.**<br>Review and respond to questions by document reviewers (.7); Second level review of approximately 225 documents for relevance and privileges (2.2). | 2.90 |
| 01/22/24 | **Durham, Anna V.**<br>Correspond with client, MB team, and Sullivan & Cromwell re Embed search parameters. | 0.40 |
| 01/22/24 | **Durham, Anna V.**<br>Review and analyze correspondence with FTX Europe review team re document confidentiality and privilege concerns and review progress. | 0.30 |
| 01/22/24 | **Herrera, Carolina A.**<br>Review documents for responsiveness, privilege, and confidentiality, tagging as hot as necessary; correspond with J. Danford regarding privilege determinations for document coding. | 4.50 |
| 01/22/24 | **Jansen, Carter M.**<br>Review 369 documents. | 2.10 |
| 01/22/24 | **Newell, Hunter B.**<br>Review final group of "FTX Europe" document batches for Debtor / PWP privilege. | 4.00 |
| 01/23/24 | **Durham, Anna V.**<br>Conferences and correspondence with MB team, client, vendor, and Sullivan & Cromwell re Embed document review logistics, including timeline, search terms, custodians, and date ranges; attend to review team creation. | 2.80 |
| 01/23/24 | **Durham, Anna V.**<br>Attend to ongoing FTX Europe review status. | 0.10 |

Mayer Brown LLP

Invoice No: 100176300 | Page 11
Perella Weinberg Partners LP | Pinedo, Anna T.
22726417 FTX Chapter 11

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 01/23/24 | **Gray, Kathryne M.**<br>Conference with client re document collection strategy for Embed review project. | 0.50 |
| 01/23/24 | **Newell, Hunter B.**<br>Review final group of "FTX Europe" document batches for Debtor / PWP privilege. (Batches 55; 88; 90). | 2.00 |
| 01/24/24 | **Durham, Anna V.**<br>Further conferences and correspondence re Embed document review logistics, including timeline, search terms, custodians, and date ranges. | 0.40 |
| 01/24/24 | **Durham, Anna V.**<br>Correspond with MB team re hot documents and status of review. | 0.50 |
| 01/25/24 | **Danford, James B.**<br>Second level review of approximately 300 documents marked by first level reviewers for confidentiality and privilege issues. | 2.20 |
| 01/25/24 | **Durham, Anna V.**<br>Conference with MB team and correspond with vendor re rolling production and next steps. | 0.40 |
| 01/26/24 | **Durham, Anna V.**<br>Correspond with vendor and Sullivan & Cromwell re service of next rolling production; coordinate with MB team re final steps in review, including privilege and confidentiality concerns and resolution of conflicting coding. | 1.20 |
| 01/26/24 | **Durham, Anna V.**<br>Coordinate with Sullivan & Cromwell team, client, and vendor re final set of search terms; correspond with MB review team re strategy and next steps. | 1.10 |
| 01/26/24 | **Gray, Kathryne M.**<br>Conference with A. Durham re strategy and scope of document review related to Embed project and completion of FTX Europe review; correspondence with client re scope and gathering of documents for Embed-related action. | 0.80 |
| 01/26/24 | **Herrera, Carolina A.**<br>Perform second level review of documents marked NFR and tech issue; correspond with A. Durham and J. Danford re document review designations. | 1.80 |
| 01/27/24 | **Durham, Anna V.**<br>Correspond with project team re Embed review. | 0.10 |
| 01/28/24 | **Durham, Anna V.**<br>Correspond with vendor re Embed review. | 0.10 |
| 01/29/24 | **Anderson, Cloe M.**<br>Review 50 documents for privilege and responsiveness | 0.80 |
| 01/29/24 | **Danford, James B.**<br>Prepare preliminary database searches in preparation for overseeing Embed document review (.7); Telephone conference with Mayer Brown team regarding Embed document review (.6). | 1.30 |

Mayer Brown LLP

Invoice No: 100176300                                          Page 12
Perella Weinberg Partners LP                       Pinedo, Anna T.
22726417 FTX Chapter 11

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 01/29/24 | **Durham, Anna V.**<br>Strategy conferences and correspondence re Embed review protocol, including scope and necessity of issue tags. | 3.20 |
| 01/29/24 | **Gray, Kathryne M.**<br>Multiple conferences with A. Durham and J. Danford regarding review instructions and scope of document review project related to Embed. | 1.40 |
| 01/29/24 | **Gray, Kathryne M.**<br>Advise document review team re redactions and scope of withholding related to Embed project. | 0.60 |
| 01/29/24 | **Herrera, Carolina A.**<br>Review background documents for embed project review. | 0.30 |
| 01/29/24 | **Knudson, Lauren E.**<br>Reviewed background materials on Embed case, including the complaint and RFPs to prepare for document review. | 1.70 |
| 01/29/24 | **Newell, Hunter B.**<br>Call with MB team to set parameters of "FTX Embed" review, including redaction procedure and intake. | 0.90 |
| 01/30/24 | **Anderson, Cloe M.**<br>Meeting with A. Durham and J. Danford to discuss FTX Embed privilege and responsiveness review | 0.30 |
| 01/30/24 | **Anderson, Cloe M.**<br>Read and review background materials in preparation for responsiveness and privilege review of FTX Embed documents | 0.30 |
| 01/30/24 | **Danford, James B.**<br>Zoom video conference with Z. Flegenheimer regarding Embed document review (.2); Prepare protocol for first level document reviewers (1.3); Microsoft Teams video conference with database vendor regarding Embed document review (.3); Microsoft Teams video conference with first level reviewers regarding Embed document review (.3). | 2.10 |
| 01/30/24 | **Danford, James B.**<br>Analyze issues in Complaint for Avoidance in Alameda Research LTD et al. v. Michael Giles et al. proceeding in preparation for overseeing Embed document review project. | 1.00 |
| 01/30/24 | **Durham, Anna V.**<br>Conference with Sullivan & Cromwell and MB team re review protocol and strategy; correspond with vendor and MB review team re next steps. | 2.30 |
| 01/30/24 | **Gray, Daisy R.**<br>Conference with MB team re scope of review; review background materials on bankruptcy litigation to prepare for FTX Embed responsiveness review | 0.80 |
| 01/30/24 | **Gray, Kathryne M.**<br>Advise document review team re redactions and scope of withholding related to | 0.70 |

Mayer Brown LLP

Invoice No: 100176300

Perella Weinberg Partners LP

22726417 FTX Chapter 11

Page 13

Pinedo, Anna T.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| | Embed project. | |
| 01/30/24 | **Herrera, Carolina A.**<br>Participate in videoconference with team  re background and parameters of review/coding guidance/project Embed focus. | 0.50 |
| 01/30/24 | **Jansen, Carter M.**<br>Evaluate complaint, RFPs, and other background materials for FTX Embed matter (.4); confer with A. Durham and J. Danford regarding review for FTX Embed (.3). | 0.70 |
| 01/30/24 | **Knudson, Lauren E.**<br>Attended the orientation meeting to prepare for the second round of document review, where we will review Embed documents. | 0.40 |
| 01/30/24 | **Newell, Hunter B.**<br>Onboarding call with MB team to set parameters of "FTX Embed" review. | 0.50 |
| 01/30/24 | **Royer, Sydney N.**<br>Review and analyze document requests to prepare for FTX Embed review, and correspond with internal team regarding protocols for reviewing, tagging, and redacting FTX Embed documents | 1.10 |
| 01/31/24 | **Anderson, Cloe M.**<br>Review 50 FTX Embed documents for privilege and responsiveness | 1.40 |
| 01/31/24 | **Danford, James B.**<br>Review and respond to questions by Embed document reviewers (1.6); Review approximately 575 Embed documents for relevance and privileges (3.3). | 4.90 |
| 01/31/24 | **Danford, James B.**<br>Analyze FTX Europe documents and proposed email for sending to J. Miller. | 0.70 |
| 01/31/24 | **Durham, Anna V.**<br>Correspond with review team re Embed review, including responsiveness questions. | 0.50 |
| 01/31/24 | **Durham, Anna V.**<br>Review and analyze "hot" FTX EU documents and correspond with MB team and client re strategy on same. | 1.00 |
| 01/31/24 | **Gray, Daisy R.**<br>Review approximately 400 documents for responsiveness and references to non-Embed FTX entities | 3.70 |
| 01/31/24 | **Gray, Kathryne M.**<br>Advise document review team re redactions and scope of withholding related to Embed project. | 0.80 |
| 01/31/24 | **Herrera, Carolina A.**<br>Review documents for privilege, responsiveness to Project Embed, and confidentiality. | 0.50 |
| 01/31/24 | **Jansen, Carter M.** | 0.70 |

Mayer Brown LLP

Invoice No: 100176300                                                    Page 14
Perella Weinberg Partners LP                                   Pinedo, Anna T.
22726417 FTX Chapter 11

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| | Review 20 documents for FTX Embed, assessing responsiveness, privilege, and confidentiality. | |
| 01/31/24 | **Knudson, Lauren E.**<br>Reviewed 260  documents for client privilege and responsiveness to project. | 3.60 |
| 01/31/24 | **Newell, Hunter B.**<br>Begin FTX review of "FTX Embed" documents, review parameters. | 0.40 |
| 01/31/24 | **Royer, Sydney N.**<br>Reviewed 225 documents for privilege and responsiveness, and redacted references to confidential PWP clients and FTX entities other than Embed | 3.80 |

**Total Hours**      **280.10**

Mayer Brown LLP

Invoice No: 100176300        Page 15
Perella Weinberg Partners LP        Pinedo, Anna T.
22726417 FTX Chapter 11

## Disbursements

| Date | Description | Quantity | Amount |
|------|-------------|---------|--------|
| 10/04/23 | **Official Records Search**<br>VENDOR: Pacer Service Center INVOICE#: 2592767Q32023 DATE: 10/4/2023<br>Electronic Records charge 07/01/23- 09/30/23 | 1 | 17.90 |
| 12/13/23 | **Document Reproduction** | 76 | 11.40 |
| 12/13/23 | **Color Document Reproduction** | 4 | 1.00 |
| 12/14/23 | **Professional Services**<br>VENDOR: Innovative Discovery LLC INVOICE#: 239576 DATE: 12/14/2023<br>Monthly data storage, technical time and project management- FTX Trading Ltd. | 1 | 815.06 |
| 01/11/24 | **Document Reproduction** | 22 | 3.30 |
| 01/11/24 | **Color Document Reproduction** | 39 | 9.75 |
| 01/11/24 | **Color Document Reproduction** | 4 | 1.00 |
| 01/15/24 | **Westlaw Research**<br>Westlaw Research performed by Gray, Daisy R. | | 440.05 |
| 01/17/24 | **Professional Services**<br>VENDOR: Driven Inc dba Innovative Driven INVOICE#: 240700 DATE:<br>1/17/2024<br>Professional Services rendered re: FTX Trading Ltd. et al. | 1 | 709.51 |
| 01/17/24 | **Westlaw Research**<br>Westlaw Research performed by Gray, Daisy R. | | 1,320.14 |

**Total Disbursements**        **$3,329.11**

Mayer Brown LLP

Invoice No: 100176300                                                                     Page 16
Perella Weinberg Partners LP                                                    Pinedo, Anna T.
22726417 FTX Chapter 11


### TIMEKEEPER SUMMARY

| Name | Hours | Amount |
|------|-------|--------|
| Anderson, Cloe M. | 25.00 | 20,250.00 |
| Danford, James B. | 38.90 | 41,039.50 |
| Durham, Anna V. | 42.40 | 37,524.00 |
| Durham, Anna V. | 10.00 | 7,250.00 |
| Gray, Daisy R. | 17.10 | 12,739.50 |
| Gray, Kathryne M. | 18.60 | 21,669.00 |
| Gray, Kathryne M. | 8.20 | 8,610.00 |
| Herrera, Carolina A. | 16.20 | 13,122.00 |
| Herrera, Carolina A. | 8.00 | 5,320.00 |
| Holman, Natalie S. | 1.80 | 1,458.00 |
| Jansen, Carter M. | 7.90 | 5,885.50 |
| Kelley, Charles S. | 0.60 | 915.00 |
| Kelley, Charles S. | 0.50 | 707.50 |
| Knudson, Lauren E. | 22.70 | 16,911.50 |
| Newell, Hunter B. | 25.70 | 19,146.50 |
| Newell, Hunter B. | 3.70 | 2,238.50 |
| Pinedo, Anna T. | 0.80 | 1,484.00 |
| Royer, Sydney N. | 29.00 | 23,490.00 |
| Sclafani, Mia | 3.00 | 1,245.00 |
| **Total Legal Fees** | **280.10** | **$241,005.50** |

Mayer Brown LLP

Invoice No: 100176300
Perella Weinberg Partners LP
22726417 FTX Chapter 11

Page 17
Pinedo, Anna T.

DISBURSEMENTS SUMMARY

| Disbursements | Amount |
|---|---|
| Official Records Search | 17.90 |
| Professional Services | 1,524.57 |
| Westlaw Research | 1,760.19 |
| Document Reproduction | 14.70 |
| Color Document Reproduction | 11.75 |
| **Total Disbursements** | **$3,329.11** |

## MAYER | BROWN

May 9, 2024

Invoice Number: 100204213

Perella Weinberg Partners LP
1111 Bagby Street
Suite 4900
Houston, TX 77002

Attn: Jennie Miller

Mayer Brown LLP
311 West Monroe Street
Chicago, IL 60606-9908

T: +1 312 782 0600
F: +1 312 701 7711
mayerbrown.com

Firm Tax ID No: 36-1447220

---

For professional services rendered for the period ended April 30, 2024

**Re:  FTX Chapter 11**
**Matter No: 22726417**

| | |
|---|---|
| Fees | $8,846.00 |
| Disbursements | 3,153.58 |
| **Total Fees and Disbursements** | **$11,999.58** |

Mayer Brown LLP

Invoice No: 100204213 — Page 2
Perella Weinberg Partners LP — Pinedo, Anna T.
22726417
FTX Chapter 11

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 04/01/24 | **Danford, James B.**<br>Email J. Miller regarding productions of Embed documents (.5); Discuss document productions with A. Durham (.2). | 0.70 |
| 04/01/24 | **Durham, Anna V.**<br>Review and analyze hot documents and documents in need of further review and correspond with MB team re same. | 1.40 |
| 04/02/24 | **Durham, Anna V.**<br>Correspond with MB team re hot documents. | 0.10 |
| 04/05/24 | **Danford, James B.**<br>Analyze Embed documents in preparation for Microsoft Teams video conference with J. Miller (.5); Microsoft Teams video conference with J. Miller regarding status of productions (.5). | 1.00 |
| 04/08/24 | **Danford, James B.**<br>Second level review of approximately 70 Embed documents. | 0.60 |
| 04/11/24 | **Durham, Anna V.**<br>Review and analyze correspondence and conference with J. Danford re matter status. | 0.20 |
| 04/16/24 | **Danford, James B.**<br>Draft email to J. Miller regarding status of document productions for Embed (.4); Finalize Embed document review (.2). | 0.60 |
| 04/16/24 | **Durham, Anna V.**<br>Correspond with client re ███████████. | 0.10 |
| 04/23/24 | **Durham, Anna V.**<br>Coordinate with vendor re supplemental production of Embed documents. | 0.50 |
| 04/24/24 | **Danford, James B.**<br>Discuss next steps in Embed production with A. Durham. | 0.20 |
| 04/24/24 | **Durham, Anna V.**<br>Review and analyze documents to identify and redact confidential PWP client information; coordinate with vendor and MB team re rolling production of documents and parameters therefor. | 3.20 |
| 04/25/24 | **Durham, Anna V.**<br>Coordinate with vendor and Sullivan team re rolling production and next steps. | 0.70 |
| 04/26/24 | **Durham, Anna V.**<br>Correspond with Sullivan team re next steps in review of potentially redacted documents. | 0.10 |

**Total Hours** — **9.40**

Mayer Brown LLP

Invoice No: 100204213                                                          Page 3
Perella Weinberg Partners LP                                          Pinedo, Anna T.
22726417
FTX Chapter 11

Disbursements

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 04/15/24 | **Professional Services**<br>VENDOR: Driven Inc dba Innovative Driven INVOICE#: 244857 DATE: 4/15/2024<br>Processing Data Storage | 1 | 3,153.58 |

**Total Disbursements**                                                    **$3,153.58**

Mayer Brown LLP

Invoice No: 100204213 Page 4
Perella Weinberg Partners LP Pinedo, Anna T.
22726417
FTX Chapter 11

TIMEKEEPER SUMMARY

| Name | Hours | Amount |
|------|-------|--------|
| Danford, James B. | 3.10 | 3,270.50 |
| Durham, Anna V. | 6.30 | 5,575.50 |
| **Total Legal Fees** | **9.40** | **$8,846.00** |

Mayer Brown LLP

Invoice No: 100204213                                                    Page 5
Perella Weinberg Partners LP                                   Pinedo, Anna T.
22726417
FTX Chapter 11

<u>DISBURSEMENTS SUMMARY</u>

<u>Disbursements</u>                                                      <u>Amount</u>

Professional Services                                                   3,153.58

**Total Disbursements**                                               **$3,153.58**