**Exhibit B**

**Disbursements**

| Cost Type | Work Date | Quantity | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| Local meals | 3/31/2024 | 1.00 | 248.06 | 248.06 | GrubHub Holdings Inc. - Local meals - Sabrina Tucker #11807-00001/ Kiersten Whitfield prep on 03/31/2024 |
| Local meals | 4/1/2024 | 1.00 | 203.85 | 203.85 | GrubHub Holdings Inc. - Local meals - Sabrina Tucker #11807-00001 / Kiersten Whitfield client prep on 04/01/2024 |
| Other | 4/17/2024 | 1.00 | 200.00 | 200.00 | Miscellaneous Court Cost - Jason Sternberg - Sascha Rand Florida Southern District Court dues 04/17/24 |
| Lexis Courtlink - Off Contract | 5/1/2024 | 1.00 | 0.50 | 0.50 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 5/2/2024 | 1.00 | 0.46 | 0.46 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 5/2/2024 | 1.00 | 0.50 | 0.50 | COURTLINK TRACK |
| Document Reproduction | 5/2/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 5/2/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/2/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/2/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Color Document Reproduction | 5/2/2024 | 2.00 | 0.25 | 0.50 | Color Document Reproduction |
| Color Document Reproduction | 5/2/2024 | 2.00 | 0.25 | 0.50 | Color Document Reproduction |
| Word processing | 5/2/2024 | 0.20 | 0.00 | 0.00 | Word processing |
| Lexis Courtlink - Off Contract | 5/3/2024 | 1.00 | 0.50 | 0.50 | COURTLINK TRACK |
| Messenger | 5/3/2024 | 1.00 | 25.00 | 25.00 | CITY EXPEDITOR, INC - Messenger #11807-00001/Delivery to Sascha Rand on 05/03/2024 |
| Lexis Courtlink - Off Contract | 5/4/2024 | 1.00 | 0.92 | 0.92 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 5/6/2024 | 1.00 | 0.50 | 0.50 | COURTLINK TRACK |
| Document Reproduction | 5/6/2024 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| Document Reproduction | 5/6/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Services | 5/6/2024 | 1.00 | 5.00 | 5.00 | GSB Digital - Drilling/Jaclyn Palmerson/1029973 |
| Document Services | 5/6/2024 | 2.00 | 0.53 | 1.06 | GSB Digital - Custom Tabs/Jaclyn Palmerson/1029973 |
| Document Services | 5/6/2024 | 200.00 | 0.07 | 14.00 | GSB Digital - Prints/Jaclyn Palmerson/1029973 |
| Document Services | 5/6/2024 | 29.00 | 0.37 | 10.73 | GSB Digital - Standard Tabs/Jaclyn Palmerson/1029973 |
| Document Services | 5/6/2024 | 1.00 | 8.82 | 8.82 | GSB Digital - Tax/Jaclyn Palmerson/1029925 |
| Document Services | 5/6/2024 | 1.00 | 15.00 | 15.00 | GSB Digital - Creation of Tabs/Jaclyn Palmerson/1029973 |
| Document Services | 5/6/2024 | 3.00 | 2.12 | 6.36 | GSB Digital - Spiral Bind/Jaclyn Palmerson/1029973 |
| Document Services | 5/6/2024 | 1.00 | 4.63 | 4.63 | GSB Digital - Tax/Jaclyn Palmerson/1029973 |
| Document Services | 5/6/2024 | 123.00 | 0.75 | 92.25 | GSB Digital - Color Prints/Jaclyn Palmerson/1029925 |
| Document Services | 5/6/2024 | 1.00 | 5.00 | 5.00 | GSB Digital - Drilling/Jaclyn Palmerson/1029925 |
| Document Services | 5/6/2024 | 1.00 | 2.12 | 2.12 | GSB Digital - Spiral Bind/Jaclyn Palmerson/1029925 |
| Lexis Courtlink - Off Contract | 5/7/2024 | 1.00 | 0.50 | 0.50 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 5/8/2024 | 1.00 | 0.50 | 0.50 | COURTLINK TRACK |

| Description | Date | Quantity | Rate | Amount | Detail |
|---|---|---|---|---|---|
| Document Reproduction | 5/8/2024 | 10.00 | 0.10 | 1.00 | Document Reproduction |
| Document Reproduction | 5/8/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Color Document Reproduction | 5/8/2024 | 8.00 | 0.25 | 2.00 | Color Document Reproduction |
| Corporate search | 5/8/2024 | 1.00 | 25.18 | 25.18 | ASIC - #11807-00001/Company Searches on 05/08/24 (inv 78248368) |
| Lexis Courtlink - Off Contract | 5/9/2024 | 1.00 | 0.50 | 0.50 | COURTLINK TRACK |
| Document Reproduction | 5/9/2024 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| Document Reproduction | 5/9/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/9/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 5/9/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 5/9/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 5/9/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 5/9/2024 | 48.00 | 0.10 | 4.80 | Document Reproduction |
| Document Reproduction | 5/9/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Lexis Courtlink - Off Contract | 5/10/2024 | 1.00 | 0.50 | 0.50 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 5/13/2024 | 1.00 | 0.50 | 0.50 | COURTLINK TRACK |
| Document Services | 5/13/2024 | 7.00 | 0.07 | 0.49 | GSB Digital - Prints/Jaclyn Palmerson/1030094 |
| Document Services | 5/13/2024 | 1.00 | 199.62 | 199.62 | GSB Digital - Tax/Jaclyn Palmerson/1030039 |
| Document Services | 5/13/2024 | 1.00 | 15.00 | 15.00 | GSB Digital - Creation of Tabs/Jaclyn Palmerson/1030039 |
| Document Services | 5/13/2024 | 1.00 | 2.12 | 2.12 | GSB Digital - Spiral Bind/Jaclyn Palmerson/1030094 |
| Document Services | 5/13/2024 | 16.00 | 0.53 | 8.48 | GSB Digital - Custom Tabs/Jaclyn Palmerson/1030044 |
| Document Services | 5/13/2024 | 304.00 | 0.37 | 112.48 | GSB Digital - Standard Tabs/Jaclyn Palmerson/1030039 |
| Document Services | 5/13/2024 | 8.00 | 12.12 | 96.96 | GSB Digital - 1 Black Binder/Jaclyn Palmerson/1030087 |
| Document Services | 5/13/2024 | 1.00 | 3.72 | 3.72 | GSB Digital - Tax/Jaclyn Palmerson/1030095 |
| Document Services | 5/13/2024 | 1.00 | 39.09 | 39.09 | GSB Digital - Tax/Jaclyn Palmerson/1030087 |
| Document Services | 5/13/2024 | 80.00 | 0.37 | 29.60 | GSB Digital - Standard Tabs/Jaclyn Palmerson/1030087 |
| Document Services | 5/13/2024 | 4.00 | 0.53 | 2.12 | GSB Digital - Custom Tabs/Jaclyn Palmerson/1030094 |
| Document Services | 5/13/2024 | 3.00 | 5.00 | 15.00 | GSB Digital - Drilling/Jaclyn Palmerson/1030044 |
| Document Services | 5/13/2024 | 1,096.00 | 0.75 | 822.00 | GSB Digital - Color Prints/Jaclyn Palmerson/1030044 |
| Document Services | 5/13/2024 | 14.00 | 0.75 | 10.50 | GSB Digital - Color Prints/Jaclyn Palmerson/1030094 |
| Document Services | 5/13/2024 | 5.00 | 5.00 | 25.00 | GSB Digital - Drilling/Jaclyn Palmerson/1030039 |
| Document Services | 5/13/2024 | 1.00 | 5.00 | 5.00 | GSB Digital - Drilling/Jaclyn Palmerson/1030094 |
| Document Services | 5/13/2024 | 584.00 | 0.07 | 40.88 | GSB Digital - Prints/Jaclyn Palmerson/1030087 |
| Document Services | 5/13/2024 | 1.00 | 38.34 | 38.34 | GSB Digital - Tax/Jaclyn Palmerson/1030093 |
| Document Services | 5/13/2024 | 344.00 | 0.75 | 258.00 | GSB Digital - Color Prints/Jaclyn Palmerson/1030087 |
| Document Services | 5/13/2024 | 2.00 | 5.00 | 10.00 | GSB Digital - Drilling/Jaclyn Palmerson/1030087 |
| Document Services | 5/13/2024 | 4,224.00 | 0.07 | 295.68 | GSB Digital - Prints/Jaclyn Palmerson/1030044 |

| Description | Date | Quantity | Rate | Amount | Detail |
|---|---|---|---|---|---|
| Document Services | 5/13/2024 | 1.00 | 15.00 | 15.00 | GSB Digital - Creation of Tabs/Jaclyn Palmerson/1030094 |
| Document Services | 5/13/2024 | 1,536.00 | 0.07 | 107.52 | GSB Digital - Prints/Jaclyn Palmerson/1030039 |
| Document Services | 5/13/2024 | 9.00 | 5.00 | 45.00 | GSB Digital - Drilling/Jaclyn Palmerson/1030044 |
| Document Services | 5/13/2024 | 16.00 | 0.53 | 8.48 | GSB Digital - Custom Tabs/Jaclyn Palmerson/1030039 |
| Document Services | 5/13/2024 | 1.00 | 3.13 | 3.13 | GSB Digital - Tax/Jaclyn Palmerson/1030094 |
| Document Services | 5/13/2024 | 56.00 | 2.12 | 118.72 | GSB Digital - Spiral Bind/Jaclyn Palmerson/1030039 |
| Document Services | 5/13/2024 | 1.00 | 5.00 | 5.00 | GSB Digital - Drilling/Jaclyn Palmerson/1030087 |
| Document Services | 5/13/2024 | 7.00 | 2.07 | 14.49 | GSB Digital - Manilla Folders/Jaclyn Palmerson/1030095 |
| Document Services | 5/13/2024 | 1.00 | 15.00 | 15.00 | GSB Digital - Creation of Tabs/Jaclyn Palmerson/1030044 |
| Document Services | 5/13/2024 | 4.00 | 5.00 | 20.00 | GSB Digital - Drilling/Jaclyn Palmerson/1030039 |
| Document Services | 5/13/2024 | 0.25 | 100.00 | 25.00 | GSB Digital - Tech Time/Jaclyn Palmerson/1030044 |
| Document Services | 5/13/2024 | 16.00 | 2.12 | 33.92 | GSB Digital - Spiral Bind/Jaclyn Palmerson/1030044 |
| Document Services | 5/13/2024 | 576.00 | 0.75 | 432.00 | GSB Digital - Color Prints/Jaclyn Palmerson/1030093 |
| Document Services | 5/13/2024 | 392.00 | 0.07 | 27.44 | GSB Digital - Prints/Jaclyn Palmerson/1030095 |
| Document Services | 5/13/2024 | 2,456.00 | 0.75 | 1,842.00 | GSB Digital - Color Prints/Jaclyn Palmerson/1030039 |
| Document Services | 5/13/2024 | 168.00 | 0.37 | 62.16 | GSB Digital - Standard Tabs/Jaclyn Palmerson/1030044 |
| Document Services | 5/13/2024 | 1.00 | 117.35 | 117.35 | GSB Digital - Tax/Jaclyn Palmerson/1030044 |
| Lexis Courtlink - Off Contract | 5/14/2024 | 1.00 | 0.50 | 0.50 | COURTLINK TRACK |
| Document Reproduction | 5/14/2024 | 264.00 | 0.10 | 26.40 | Document Reproduction |
| Document Reproduction | 5/14/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 5/14/2024 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Document Reproduction | 5/14/2024 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| Document Reproduction | 5/14/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Color Document Reproduction | 5/14/2024 | 26.00 | 0.25 | 6.50 | Color Document Reproduction |
| Color Document Reproduction | 5/14/2024 | 42.00 | 0.25 | 10.50 | Color Document Reproduction |
| Color Document Reproduction | 5/14/2024 | 1.00 | 0.25 | 0.25 | Color Document Reproduction |
| Color Document Reproduction | 5/14/2024 | 1.00 | 0.25 | 0.25 | Color Document Reproduction |
| Color Document Reproduction | 5/14/2024 | 60.00 | 0.25 | 15.00 | Color Document Reproduction |
| Color Document Reproduction | 5/14/2024 | 2.00 | 0.25 | 0.50 | Color Document Reproduction |
| Velobind | 5/14/2024 | 1.00 | 3.03 | 3.03 | Velobind |
| Tabs | 5/14/2024 | 1.00 | 0.75 | 0.75 | Tabs |
| Lexis Courtlink - Off Contract | 5/15/2024 | 1.00 | 0.50 | 0.50 | COURTLINK TRACK |
| Document Reproduction | 5/15/2024 | 141.00 | 0.10 | 14.10 | Document Reproduction |
| Document Reproduction | 5/15/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/15/2024 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| Document Reproduction | 5/15/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 5/15/2024 | 27.00 | 0.10 | 2.70 | Document Reproduction |

| Document Reproduction | 5/15/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
|---|---|---|---|---|---|
| Document Reproduction | 5/15/2024 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 5/15/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/15/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/15/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/15/2024 | 10.00 | 0.10 | 1.00 | Document Reproduction |
| Document Reproduction | 5/15/2024 | 30.00 | 0.10 | 3.00 | Document Reproduction |
| Document Reproduction | 5/15/2024 | 36.00 | 0.10 | 3.60 | Document Reproduction |
| Document Reproduction | 5/15/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Lexis Courtlink - Off Contract | 5/16/2024 | 1.00 | 0.50 | 0.50 | COURTLINK TRACK |
| Document Reproduction | 5/16/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/16/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/16/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/16/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/16/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/16/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Color Document Reproduction | 5/16/2024 | 1.00 | 0.25 | 0.25 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 5/17/2024 | 1.00 | 0.50 | 0.50 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 5/20/2024 | 1.00 | 0.50 | 0.50 | COURTLINK TRACK |
| Document Reproduction | 5/20/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 5/20/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/20/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/20/2024 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| Document Reproduction | 5/20/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 5/20/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/20/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 5/20/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/20/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/20/2024 | 26.00 | 0.10 | 2.60 | Document Reproduction |
| Document Reproduction | 5/20/2024 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Lexis Courtlink - Off Contract | 5/21/2024 | 1.00 | 0.50 | 0.50 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 5/22/2024 | 1.00 | 0.46 | 0.46 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 5/22/2024 | 1.00 | 0.50 | 0.50 | COURTLINK TRACK |
| Document Reproduction | 5/22/2024 | 44.00 | 0.10 | 4.40 | Document Reproduction |
| Document Reproduction | 5/22/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 5/22/2024 | 44.00 | 0.10 | 4.40 | Document Reproduction |
| Document Reproduction | 5/22/2024 | 181.00 | 0.10 | 18.10 | Document Reproduction |

| Description | Date | Qty | Rate | Amount | Details |
|---|---|---|---|---|---|
| Document Reproduction | 5/22/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 5/22/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/22/2024 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| Document Reproduction | 5/22/2024 | 181.00 | 0.10 | 18.10 | Document Reproduction |
| Document Reproduction | 5/22/2024 | 93.00 | 0.10 | 9.30 | Document Reproduction |
| Document Reproduction | 5/22/2024 | 162.00 | 0.10 | 16.20 | Document Reproduction |
| Lexis Courtlink - Off Contract | 5/23/2024 | 1.00 | 0.50 | 0.50 | COURTLINK TRACK |
| Document Reproduction | 5/23/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/23/2024 | 225.00 | 0.10 | 22.50 | Document Reproduction |
| Document Reproduction | 5/23/2024 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Document Reproduction | 5/23/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 5/23/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 5/23/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Lexis Courtlink - Off Contract | 5/24/2024 | 1.00 | 0.50 | 0.50 | COURTLINK TRACK |
| Document Reproduction | 5/24/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/24/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/24/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Lexis Courtlink - Off Contract | 5/28/2024 | 1.00 | 0.50 | 0.50 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 5/29/2024 | 1.00 | 0.50 | 0.50 | COURTLINK TRACK |
| Outside record production | 5/29/2024 | 1.00 | 1.50 | 1.50 | COURTHOUSE NEWS SERVICE - Outside record production - #11807-00001/ Courthouse News April 2024 Alerts and Downloads - April 2024 |
| Document Reproduction | 5/29/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 5/29/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/29/2024 | 35.00 | 0.10 | 3.50 | Document Reproduction |
| Document Reproduction | 5/29/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Lexis Courtlink - Off Contract | 5/30/2024 | 1.00 | 0.46 | 0.46 | COURTLINK ALERT |
| Online Research - Off Contract | 5/31/2024 | 1.00 | 0.00 | 0.00 | Online Research - Off Contract |
| Online Research - Tax | 5/31/2024 | 1.00 | 0.00 | 0.00 | Online Research - Tax |
| Online Research | 5/31/2024 | 1.00 | 0.00 | 0.00 | Online Research |
| Online Research | 5/31/2024 | 1.00 | 0.00 | 0.00 | Online Research |
| Online Research | 5/31/2024 | 1.00 | 0.00 | 0.00 | Online Research |

| Cost Type | Sum of Quantity | Sum of Amount |
|---|---|---|
| Color Document Reproduction | 145 | 36.25 |
| Corporate search | 1 | 25.18 |
| Document Reproduction | 1739 | 173.9 |
| Document Services | 12302.25 | 5087.26 |
| Lexis Courtlink - Off Contract | 24 | 12.3 |
| Local meals | 2 | 451.91 |
| Messenger | 1 | 25 |
| Online Research | 3 | 0 |
| Online Research - Off Contract | 1 | 0 |
| Online Research - Tax | 1 | 0 |
| Other | 1 | 200 |
| Outside record production | 1 | 1.5 |
| Tabs | 1 | 0.75 |
| Velobind | 1 | 3.03 |
| Word processing | 0.2 | 0 |
| **Grand Total** | **14223.45** | **6017.08** |