a) 1. United States Bankruptcy Court for the District of Delaware
   2. Ftx trading ltd
   3. Chapter 11 Case No. 22-11068 (JTD)
   4. Response to objection No Liability Claims

b) 1. Claimant: Seral Polimer Kimya Plastik san ve tic ltd.

   2. Claim number: _3265-69-LPVCF-361477692[[CSA#900725#CF]]

   3. Claim amount: 7.956.766 USD

   (7.780.000 USDC and 6,53 BTC withdrawn from FTX trading to FTX Turkey at 8.11.2022, the amounts never reached to FTX.Turkey. FTX Turkey is owned by FTX trading ltd. they confirmed the amounts didn't reach them, so all the amounts are still in FTX trading ltd.

   c) You can see at the evidence below that the withdrawals are made at 8.11.2022 as internal transfers from ftx.com to ftx.tr. The trasnfers are made from Seral Polimer ltd's FTX.com account to Seral Polimer ltd's FTX.tr account. Even the transfers shown as complete they never reached to Ftx.tr. As we get the confirmation from Ftx.tr officials Şeref Bayırlı about the transfers they mentioned that: 'all the crypto amounts of ftx.tr is stored by ftx.com so they don't have any crypto in their wallets.' As the owener of Ftx.tr FTX.com officials can confirm the statement.

   d) Below at the second page: Screenshot of claim.ftx.com

   e)

Name: Serhan Mark Kohen

Address: Abdi ipekci caddesi Kizilkaya apt. 59/5 Şişli İstanbul /Turkey 34367

Phone number: 00905324418818

Email: serhan@kohonkel.com



District of Delaware: 824 Market Street, 3rd Floor, Wilmington, Delaware 19801,

(a) Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attn: Alexa J. Kranzley (kranzleya@sullcrom.com)

(b) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801, Attn: Adam G. Landis (landis@lrclaw.com) and Kimberly A. Brown (brown@lrclaw.com),



| TNT | INT/AIR | | 2 |
|---|---|---|---|
| Con No. **204806693** | | Service **Express** | |
| Piece **1 of 1** | Weight **0.10kg** | Options | |
| Customer Reference Serhan Kohen | | Origin **BL5** | Pickup Date 02 Jul 2024 |
| S/R Account No | 000826619 | | |
| Sender **Politem plastik** velikoy osb sanayi bulvari no 31/a velikoy cerkezkoy Cerkezkoy 59500 TR | | Routing **IST CDG MEM** | |
| Receiver * +100000000 District of Delaware 824 Market Street 3rd Floor Wilmington, Delaware Wilmington 19801 US | | Sort | |
| Postcode / Cluster Code | 19801 | Dest Depot | **PHL 4** |
| Delivery instructions: | | | |

11002048066930104922240198011

# DETAILED MANIFEST

**TNT**

## SENDER PAYS

**Pickup id:** Web Channel
**Booking created on:** 02 Jul 2024 GMT
**Shipment Date:** 02 Jul 2024 (local time)

*204806693*

| | |
|---|---|
| **Service Options** | G (15D) Express |

**NON DANGEROUS GOODS**

**Special Instructions**

**Shipment reference**
Serhan Kohen

---

**Sender**  Account: 000826619

POLITEM PLASTIK VE TEKS.PAZ.SAN.DIS.TIC.A.S.
NECATI BEY CAD. NAZAR HAN
NO:6 D:6
KARAKOY BEYOGLU
Beyoglu
34421
TURKEY

**Contact:** NAZAN SAHIN
**Tel:** 08505002333

**Receiver**

District of Delaware
824 Market Street
3rd Floor
Wilmington, Delaware
Wilmington
19801
UNITED STATES

**Contact:** *
**Tel:** +100000000
**VAT Nr.:**

---

| | |
|---|---|
| **Collection Name** | Politem plastik |
| **Collection Address** | velikoy osb sanayi bulvari, no 31/a velikoy cerkezkoy |
| | Cerkezkoy, 59500, TURKEY |
| **Delivery Name** | District of Delaware |
| **Delivery Address** | 824 Market Street, 3rd Floor, Wilmington, Delaware |
| | Wilmington, 19801, UNITED STATES |
| **Goods Description** | Documents |

---

**No Pieces:** 1    **Weight:** 0.100 kg    **Volume:** 0.001 m3    **Insurance Value:**    **Invoice Value:**

**Package Description**
ENVELOPE - DOCUMENTS

**Dimensions (L x W x H)**

---

**Sender's Signature** _____    **Date** ___/___/___

**Received by TNT** _____    **Date** ___/___/___  **Time** ___:___ hrs

TNT'S LIABILITY FOR LOSS, DAMAGE AND DELAY IS LIMITED BY THE CMR CONVENTION OR THE WARSAW CONVENTION WHICHEVER IS APPLICABLE. THE SENDER AGREES THAT THE GENERAL CONDITIONS, WHICH CAN BE VIEWED AT HTTPS://WWW.TNT.COM/TERMS , ARE ACCEPTABLE AND GOVERN THIS CONTRACT. IF NO SERVICES OR BILLING OPTIONS ARE SELECTED THE FASTEST AVAILABLE SERVICE WILL BE CHARGED TO THE SENDER.