Annex A13

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: FTX TRADING LTD., et al.<br><br>Debtors | Chapter 11<br><br>Case No. 22-11068<br><br>(Jointly Administered) |

**NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Redacted | Oaktree London Liquid Value Opportunities Fund (VOF), L.P. |
| Transferor | Transferee |
| Address on file. | 1301 6th Avenue<br>34th Floor<br>New York, NY 10019<br>Email: CMcLafferty@oaktreecapital.com |

|  | <u>Debtor</u> | <u>Case No.</u> | <u>Claim Identifier(s)</u> | <u>Claim Amount</u> |
|---|---|---|---|---|
| Claim(s) | FTX Trading Ltd. | 22-11068 | Customer Code: 00684562<br><br>Kroll Schedule No.: N/A<br><br>Claim No.: 92426<br><br>Confirmation No.: 3265-70-ZNPJM-617927614 | 10.58% of Claim |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Colin McLafferty* (DocuSigned, 6CAA40B708FE400...)   Date: July 2, 2024

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
Clerk of the Court

**EVIDENCE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE**

TO:  Clerk, United States Bankruptcy Court, District of Delaware

      Redacted      , for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Purchase and Sale Agreement dated as of the date hereof, do hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to **Oaktree London Liquid Value Opportunities Fund (VOF), L.P.** its successors and assigns, ("Buyer"), all right, title and interest in and to the claim(s) the ("Claim") of Seller, identified below, against FTX TRADING LTD et al., in the United States Bankruptcy Court, District of Delaware, Case No. 22-11068.

|          | Debtor            | Case No. | Claim Identifier(s)                                                                                          | Claim Amount     |
|----------|-------------------|----------|--------------------------------------------------------------------------------------------------------------|------------------|
| Claim(s) | FTX Trading Ltd.  | 22-11068 | Customer Code: 00684562<br><br>Kroll Schedule No.: N/A<br><br>Claim No.: 92426<br><br>Confirmation No.: 3265-70-ZNPJM-617927614 | 10.58% of Claim  |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.

**Buyer:**

**Oaktree London Liquid Value Opportunities Fund (VOF), L.P.**

By: Oaktree London Liquid Value Opportunities Fund (VOF) GP, L.P.
Its: General Partner

By: Oaktree London Liquid Value Opportunities GP Ltd.
Its: General Partner

By: Oaktree Capital Management, L.P.
Its: Director

By: *Colin McLafferty* (DocuSigned)

Name: Colin McLafferty

Title: Vice President

Email: CMcLafferty@oaktreecapital.com

Date: July 2, 2024

By: *Steven Tesoriere* (DocuSigned)

Name: Steven Tesoriere

Title: Managing Director

Email: stesoriere@oaktreecapital.com

Date: July 2, 2024

**Seller:**

Redacted

By: Redacted

Name: Redacted

Email: Redacted

Date: July 2, 2024