# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF BRIAN D. GLUECKSTEIN IN SUPPORT OF DEBTORS' OBJECTION TO THE CELSIUS LITIGATION ADMINISTRATOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, Brian D. Glueckstein, hereby declare under penalty of perjury:

1. I am a member in good standing of the Bar of the State of New York and have been admitted *pro hac vice* to practice before this Court. I am a partner of Sullivan & Cromwell LLP and am one of the attorneys representing FTX Trading Ltd. and the other Debtors and Debtors-in-Possession in the above-captioned proceedings. I submit this declaration in support of the *Debtors' Objection to the Celsius Litigation Administrator's Motion for Relief from the Automatic Stay* ("Motion"), filed concurrently herewith, to place before the Court certain documents referenced in the Motion.[2]

2. Attached hereto as Exhibit A is a true and correct copy of the FTX Non Customer Proof of Claim Form submitted by Celsius Network Limited and its affiliated debtors on June 29, 2023 purporting to assert a claim against Quoine Pte. Ltd. ("Quoine").

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Defined terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

-2-

3.　　Attached hereto as <u>Exhibit B</u> is a true and correct copy of the *Transcript of Hearing Before the Honorable Michael E. Wiles United States Bankruptcy Judge*, *In re Voyager Digital Holdings, Inc.*, Case No. 22-10943 (Bankr. S.D.N.Y. Jan. 24, 2023), ECF No. 921.

Dated: July 8, 2024　　　　　　　　　　　　　　　　　　*/s/ Brian D. Glueckstein*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Brian D. Glueckstein