**EXHIBIT A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. No. ____ |

**ORDER SUSTAINING DEBTORS' OBJECTION TO PROOFS OF CLAIM
FILED BY CELSIUS NETWORK LLC AND ITS AFFILIATED DEBTORS**

Upon the objection (the "Objection") of FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order (this "Order") disallowing and expunging in their entirety from the claims register the proofs of claim set forth in Schedule 1 attached hereto (the "Celsius Proofs of Claim"), pursuant to section 502 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and rule 3007 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"); and this Court having jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Objection in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and upon consideration of the Objection; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Objection and the relief requested therein has been provided in

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

accordance with the Bankruptcy Rules, the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and that, except as otherwise ordered herein, no other or further notice is necessary; and any replies (if any) to the Objection having been withdrawn, resolved or overruled on the merits; and upon the record of any hearing held to consider the relief requested in the Objection; and this Court having found and determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Objection is GRANTED as set forth herein.

2. The Celsius Proofs of Claim set forth in Schedule 1 are disallowed and expunged in their entirety.

3. Kroll Restructuring Administration LLC, as the Debtors' claims and administrative agent, is authorized and directed to update the claims register maintained in these Chapter 11 Cases to reflect the relief granted in this Order.

4. The Debtors have provided a notice to counsel for Celsius that complies with the notice and service procedures set forth in the Bankruptcy Rules and the Local Rules.

5. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the validity of any claim against the Debtors; (ii) a waiver of the Debtors' rights to dispute any claim on any grounds; (iii) a promise or requirement to pay any claim; (iv) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (v) an approval or assumption of any agreement, contract or lease

under section 365 of the Bankruptcy Code; or (vi) a waiver of the Debtors' rights under the Bankruptcy Code or any other applicable law.

6. Should one or more of the grounds of objection stated in the Objection be dismissed, the Debtors' right to object on any other grounds that the Debtors discover is preserved.

7. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

9. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: _____, 2024
     Wilmington, Delaware

_____
THE HONORABLE JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

## SCHEDULE 1

### Celsius Proofs of Claim[1]

| Claim Number | Debtor | Creditor | Filing Date |
|---|---|---|---|
| 3021 | Deep Creek Ltd | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3130 | Digital Custody Inc. | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 3140 | FTX EMEA Ltd. | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 3152 | LedgerPrime Digital Asset Opportunities Fund, LLC | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3202 | Global Compass Dynamics Ltd. | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 3232 | Liquid Financial USA Inc. | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3262 | Bancroft Way Ltd | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3306 | FTX US Services, Inc. | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3320 | North Dimension Ltd | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 3350 | FTX Services Solutions Ltd. | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3390 | FTX Japan Services KK | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 3454 | FTX Exchange FZE | Celsius Network LLC and its affiliated debtors | 6/29/2023 |

---

[1] Claim Nos. 3232, 3390, 3454, 3650, 3688, 3761, 3807, 3892, 3811, 3991, 3929, 3931, 3939, 3961, 3986, 4012, 4027, 4029, 4038, 4080 and 4574 have already been expunged as a result of the dismissal of the applicable Debtor's chapter 11 case.

| 3530 | West Realm Shires Inc. | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
|---|---|---|---|
| 3581 | Cedar Bay Ltd | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3586 | Cardinal Ventures Ltd | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 3594 | Cottonwood Grove Ltd | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3620 | LedgerPrime LLC | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3623 | LedgerPrime Digital Asset Opportunities Master Fund LP | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 3650 | LiquidEX LLC | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3657 | Hannam Group Inc. | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3678 | Deck Technologies Holdings LLC | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3688 | FTX Certificates GmbH | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 3697 | Paper Bird Inc. | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 3703 | FTX Lend Inc. | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3714 | GG Trading Terminal Ltd | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3735 | North Dimension Inc. | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3747 | Western Concord Enterprises Ltd. | Celsius Network LLC and its affiliated debtors | 6/29/2023 |

| 3761 | Quoine Vietnam Co. Ltd | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| --- | --- | --- | --- |
| 3780 | West Realm Shires Financial Services Inc. | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3789 | Euclid Way Ltd | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3805 | Allston Way Ltd | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 3807 | Innovatia Ltd | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3811 | Liquid Securities Singapore Pte Ltd | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 3817 | Pioneer Street Inc. | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3818 | Mangrove Cay Ltd | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 3829 | FTX Property Holdings Ltd | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 3832 | LedgerPrime Bitcoin Yield Enhancement Fund, LLC | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3843 | LedgerPrime Bitcoin Yield Enhancement Master Fund LP | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 3849 | FTX Equity Record Holdings Ltd | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3851 | Alameda Research (Bahamas) Ltd | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3853 | FTX Canada Inc. | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3864 | Goodman Investments Ltd. | Celsius Network LLC and its affiliated debtors | 6/29/2023 |

| | | | |
|---|---|---|---|
| 3867 | North Wireless Dimension Inc. | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3882 | Hive Empire Trading Pty Ltd | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 3886 | FTX US Trading, Inc. | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 3892 | Zubr Exchange Ltd | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3899 | FTX Zuma Ltd | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 3916 | Alameda TR Ltd | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 3922 | Atlantis Technology Ltd. | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 3925 | Verdant Canyon Capital LLC | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3928 | Alameda TR Systems S. de R. L. | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3929 | FTX Structured Products AG | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 3931 | FTX Trading GmbH | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 3935 | Alameda Research Holdings Inc. | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 3938 | FTX Trading Ltd. | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 3939 | Alameda Aus Pty Ltd | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3942 | Blockfolio, Inc. | Celsius Network LLC and its affiliated debtors | 6/29/2023 |

| 3943 | Ledger Holdings Inc. | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| --- | --- | --- | --- |
| 3945 | Alameda Research KK | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3948 | FTX Digital Assets LLC | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 3949 | LT Baskets Ltd. | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 3957 | Alameda Research Ltd | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3960 | Hilltop Technology Services LLC | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3961 | Alameda Research Pte Ltd | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3963 | Alameda Research LLC | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 3965 | FTX EU Ltd. | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 3966 | Blue Ridge Ltd | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3973 | FTX Ventures Ltd. | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3976 | LedgerPrime Ventures, LP | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 3979 | West Realm Shires Services Inc. | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3980 | FTX Europe AG | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3982 | FTX Japan K.K. | Celsius Network Limited and its affiliated debtors | 6/29/2023 |

| 3984 | Cedar Grove Technology Services, Ltd. | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
|---|---|---|---|
| 3985 | Strategy Ark Collective Ltd. | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3986 | Analisya Pte Ltd | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3988 | Cottonwood Technologies Ltd | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 3990 | Clifton Bay Investments LLC | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3991 | FTX Switzerland GmbH | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3992 | Alameda Global Services Ltd. | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 3994 | Quoine Pte Ltd | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3997 | FTX Digital Holdings (Singapore) Pte Ltd | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 3998 | FTX (Gibraltar) Ltd | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 3999 | Hawaii Digital Assets Inc. | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 4003 | Island Bay Ventures Inc. | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 4004 | FTX Japan Holdings K.K. | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 4006 | Technology Services Bahamas Limited | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 4009 | Alameda Research Yankari Ltd | Celsius Network Limited and its affiliated debtors | 6/29/2023 |

| 4011 | Clifton Bay Investments Ltd | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 4012 | Quoine India Pte Ltd | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 4017 | FTX Hong Kong Ltd | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 4018 | Deck Technologies Inc. | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 4021 | West Innovative Barista Ltd. | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 4027 | FTX Products (Singapore) Pte Ltd | Celsius Network Limited | 6/29/2023 |
| 4029 | FTX Crypto Services Ltd. | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 4035 | Killarney Lake Investments Ltd | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 4037 | Maclaurin Investments Ltd. | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 4038 | Alameda Research Pte Ltd | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 4054 | Crypto Bahamas LLC | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 4080 | DAAG Trading, DMCC | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 4105 | Good Luck Games, LLC | Celsius Network Limited and its affiliated debtors | 6/29/2023 |
| 4118 | FTX Marketplace, Inc. | Celsius Network LLC and its affiliated debtors | 6/29/2023 |
| 4574 | FTX Products (Singapore) Pte Ltd | Celsius Network Limited and its affiliated debtors | 6/30/2023 |