# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Ref. No. ____ |

### ORDER SUSTAINING DEBTORS' OBJECTION TO PROOFS OF CLAIM FILED BY THE JOINT LIQUIDATORS OF THREE ARROWS CAPITAL LTD.

Upon the objection (the "Objection") of FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order (this "Order") disallowing and expunging in their entirety from the claims register the proofs of claim set forth in Schedule 1 attached hereto (the "3AC Claims"), pursuant to section 502 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code") and rule 3007 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"); and this Court having jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Objection in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and upon consideration of the Objection; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Objection and the relief requested therein has been provided in

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

accordance with the Bankruptcy Rules, the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and that, except as otherwise ordered herein, no other or further notice is necessary; and any replies (if any) to the Objection having been withdrawn, resolved or overruled on the merits; and upon the record of any hearing held to consider the relief requested in the Objection; and this Court having found and determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

    IT IS HEREBY ORDERED THAT:

    1.    The Objection is GRANTED as set forth herein.

    2.    The 3AC Claims set forth in Schedule 1 are disallowed and expunged in their entirety.

    3.    Kroll Restructuring Administration LLC, as the Debtors' claims and administrative agent, is authorized and directed to update the claims register maintained in these Chapter 11 Cases to reflect the relief granted in this Order.

    4.    The Debtors have provided a notice to counsel for the joint liquidators and foreign representatives of Three Arrows Capital Ltd. that complies with the notice and service procedures set forth in the Bankruptcy Rules and the Local Rules.

    5.    Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the validity of any claim against the Debtors; (ii) a waiver of the Debtors' rights to dispute any claim on any grounds; (iii) a promise or requirement to pay any claim; (iv) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (v) an approval or assumption of any agreement, contract or lease

under section 365 of the Bankruptcy Code; or (vi) a waiver of the Debtors' rights under the Bankruptcy Code or any other applicable law.

6. Should one or more of the grounds of objection stated in the Objection be dismissed, the Debtors' right to object on any other grounds that the Debtors discover is preserved.

7. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

9. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: _____, 2024
      Wilmington, Delaware

THE HONORABLE JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

# SCHEDULE 1

## 3AC Proofs of Claim[1]

| Claim Number | Debtor | Creditor | Filing Date |
|---|---|---|---|
| 5120 | Crypto Bahamas LLC | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5121 | Alameda Research Yankari Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5125 | Alameda Research (Bahamas) Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5145 | Western Concord Enterprises Ltd. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5147 | FTX Certificates GmbH | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5148 | Alameda Global Services Ltd. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5151 | FTX Products (Singapore) Pte Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5152 | Verdant Canyon Capital LLC | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5154 | Quoine India Pte Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5155 | DAAG Trading, DMCC | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5156 | Ledger Holdings Inc. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5158 | Quoine Vietnam Co. Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5159 | Alameda Research KK | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5160 | Clifton Bay Investments Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5167 | West Realm Shires Services Inc. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5168 | Alameda Aus Pty Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5169 | FTX Japan K.K. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5170 | Good Luck Games, LLC | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |

---

[1] Claim Nos. 5147, 5151, 5154, 5155, 5158, 5168, 5178, 5180, 5184, 5185, 5187, 5189, 5191, 5194, 5204, 5355, 5444, 5473 and 5581 have already been expunged as a result of the dismissal of the applicable Debtor's chapter 11 case.

| | | | |
|---|---|---|---|
| 5171 | Cardinal Ventures Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5172 | FTX Digital Holdings (Singapore) Pte Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5173 | Alameda Research Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5175 | Killarney Lake Investments Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5176 | Alameda TR Systems S. de R. L. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5177 | Pioneer Street Inc. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5178 | Liquid Financial USA Inc. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5179 | Hive Empire Trading Pty Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5180 | Innovatia Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5181 | Maclaurin Investments Ltd. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5182 | LedgerPrime Digital Asset Opportunities Fund, LLC | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5183 | Bancroft Way Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5184 | FTX Switzerland GmbH | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5185 | FTX Japan Services KK | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5186 | Cedar Bay Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5187 | FTX Exchange FZE | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5188 | West Realm Shires Inc. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5189 | FTX Trading GmbH | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5190 | FTX Zuma Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5191 | Liquid Securities Singapore Pte Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5192 | FTX Europe AG | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5194 | LiquidEX LLC | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |

| | | | |
|---|---|---|---|
| 5195 | FTX Canada Inc. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5196 | Blue Ridge Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5197 | Goodman Investments Ltd. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5198 | Island Bay Ventures Inc. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5199 | Deep Creek Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5200 | Cottonwood Technologies Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5201 | Clifton Bay Investments LLC | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5203 | LedgerPrime Digital Asset Opportunities Master Fund LP | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5204 | Analisya Pte Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5238 | Strategy Ark Collective Ltd. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5239 | Hawaii Digital Assets Inc. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5253 | Global Compass Dynamics Ltd. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5262 | LedgerPrime Bitcoin Yield Enhancement Master Fund LP | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5269 | FTX US Services, Inc. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5306 | Hilltop Technology Services LLC | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5308 | FTX Ventures Ltd. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5319 | FTX Trading Ltd. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5323 | LedgerPrime Bitcoin Yield Enhancement Fund, LLC | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5324 | FTX Property Holdings Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5327 | West Realm Shires Financial Services Inc. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5331 | North Wireless Dimension Inc. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |

| | | | |
|---|---|---|---|
| 5333 | LedgerPrime LLC | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5336 | Deck Technologies Holdings LLC | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5339 | Quoine Pte Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5345 | FTX EU Ltd. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5348 | Deck Technologies Inc. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5351 | FTX US Trading, Inc. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5355 | Zubr Exchange Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5360 | Paper Bird Inc. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5362 | FTX Marketplace, Inc. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5368 | Alameda Research LLC | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5373 | Alameda TR Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5419 | GG Trading Terminal Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5444 | FTX Crypto Services Ltd. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5445 | FTX EMEA Ltd. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5446 | Cedar Grove Technology Services, Ltd. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5448 | FTX Digital Assets LLC | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5449 | Atlantis Technology Ltd. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5450 | Blockfolio, Inc. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5451 | Technology Services Bahamas Limited | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5452 | Mangrove Cay Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5454 | LedgerPrime Ventures, LP | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5455 | LT Baskets Ltd. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |

| 5456 | North Dimension Inc. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5457 | West Innovative Barista Ltd. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5459 | FTX (Gibraltar) Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5460 | FTX Services Solutions Ltd. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5461 | Euclid Way Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5462 | FTX Lend Inc. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5464 | FTX Hong Kong Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5465 | Alameda Research Holdings Inc. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5466 | Hannam Group Inc. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5470 | FTX Equity Record Holdings Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5473 | Alameda Research Pte Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5474 | North Dimension Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5476 | Allston Way Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5477 | Digital Custody Inc. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5478 | Cottonwood Grove Ltd | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5580 | FTX Japan Holdings K.K. | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |
| 5581 | FTX Structured Products AG | Three Arrows Capital Ltd (in liquidation) | 6/30/2023 |