**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Re: D.I. 5202, 19069** |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Maps Vault Limited (the "Maps Vault") hereby appeals to the United States District Court for the District of Delaware, pursuant to Rule 8003 of the Federal Rules of Bankruptcy Procedure and 28 U.S.C. § 158(a)(1), from the *Memorandum Opinion and Order* issued on June 26, 2024, by the United States Bankruptcy Court for the District of Delaware (Dorsey, J.) (the "June 26, 2024 Order"), which granted relief sought by FTX Trading Ltd. ("FTX") and its affiliates (collectively, "Debtors") in the *Motion of Debtors to Estimate Claims Based on Digital Assets* [D.I. 5202].

**PLEASE TAKE FURTHER NOTICE** that a copy of the June 26, 2024 Order is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that the names of all parties to the decision appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Appellant:** | **Appellees:** |
|---|---|
| Maps Vault Limited<br>**Attorneys:**<br><br>**DLA PIPER LLP (US)**<br>Aaron S. Applebaum (DE No. 5587)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 397-2462<br>Email: aaron.applebaum@dlapiper.com<br><br>Dennis O'Donnell (admitted *pro hac vice*)<br>1251 Avenue of the Americas, 27th Floor<br>New York, New York 10020-1104<br>Telephone:    (212) 335-4500<br>Email: dennis.odonnell@us.dlapiper.com<br><br>Jeffrey S. Torosian (admitted *pro hac vice*)<br>Joseph A. Roselius (admitted *pro hac vice*)<br>444 W. Lake Street, Suite 900<br>Chicago, IL 60606<br>Telephone:    (212) 335-4500<br>Email: jeffrey.torosian@us.dlapiper.com<br>         joseph.roselius@us.dlapiper.com | FTX Trading Ltd. and its affiliated debtors and debtors in possession<br><br>**Attorneys:**<br><br>**LANDIS RATH & COBB LLP**<br>Adam G. Landis (DE No. 3407)<br>Kimberly A. Brown (DE No. 5138)<br>Matthew R. Pierce (DE No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: landis@lrclaw.com<br>         brown@lrclaw.com<br>         pierce@lrclaw.com<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>Email: dietdericha@sullcrom.com<br>         bromleyj@sullcrom.com<br>         gluecksteinb@sullcrom.com<br>         kranzleya@sullcrom.com<br><br>Official Committee of Unsecured Creditors<br><br>**Attorneys:**<br><br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Matthew B. Lunn (DE No. 4119)<br>Robert F. Poppiti, Jr. (DE No. 5052)<br>Jared W. Kochenash (DE No. 6557)<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600 |

|  | Facsimile: (302) 571-1253<br>Email: mlunn@ycst.com<br>        rpoppiti@ycst.com<br>        jkochenash@ycst.com<br><br>**PAUL HASTINGS LLP**<br>Kristopher M. Hansen (admitted *pro hac vice*)<br>Kenneth Pasquale (admitted *pro hac vice*)<br>Leonie C. Koch (admitted *pro hac vice*)<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6000<br>Facsimile: (212) 319-4090<br>Email: krishansen@paulhastings.com<br>        kpasquale@paulhastings.com<br>        lkoch@paulhastings.com |
|---|---|

Dated: July 9, 2024
    Wilmington, Delaware

**DLA PIPER LLP (US)**

By: */s/ Aaron S. Applebaum*
Aaron S. Applebaum (DE No. 5587)
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801-1147
Telephone:    (302) 468-5700
Facsimile:    (302) 397-2462
Email:        aaron.applebaum@us.dlapiper.com

-and-

Dennis O'Donnell (admitted *pro hac vice*)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
Telephone:     (212) 335-4500
Facsimile:      (212) 335-4501
Email:            dennis.odonnell@us.dlapiper.com

Jeffrey S. Torosian (admitted *pro hac vice*)
Joseph A. Roselius (admitted *pro hac vice*)
444 W. Lake Street, Suite 900
Chicago, IL 60606
Telephone: (312) 368-4000
Email: jeffrey.torosian@dlapiper.com
            joseph.roselius@us.dlapiper.com

*Counsel for Maps Vault Limited*