# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (JTD) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

## SUPPLEMENTAL DECLARATION OF WALTER BIEGANSKI

I, Walter Bieganski, hereby declare pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules")[2] as follows:

1. I am a tax professional and retired EY US LLP Managing Director. This supplemental declaration (the "Supplemental Declaration") supplements the disclosures set forth in my original declaration that was filed with this Court on January 24, 2023 [Docket No. 560] (the "Original Declaration").

2. The facts set forth in this Supplemental Declaration are based upon my personal knowledge and upon information and belief.[3]

3. I understand that on January 19, 2024, Debtors' counsel provided EY LLP with an updated Parties in Interest List or PIIL. EY LLP forwarded that list to me on or about June 6, 2024.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Terms defined in the Original Declaration have the same definitions herein.

[3] I do not have copies of client matter records from my time as an EY US LLP Managing Director.

4.	I reviewed the names of the Parties in Interest set forth in the updated PIIL. In addition to the Parties in Interest listed in paragraph 7 of my Original Declaration, I have also, in my capacity as an independent contractor to EY LLP, provided services to PayPal.

5.	Despite the efforts described above to identify and disclose connections with Parties in Interest, because the Debtors are a large enterprise with numerous creditors and other relationships, I am unable to state with certainty that every client representation or other connection with Parties in Interest has been disclosed herein. If I discover additional information that requires disclosure, I will file supplemental disclosures with the Court.

6.	Based on the connections check process that is described herein and in my Original Declaration, to the best of my knowledge, information and belief, I (a) do not hold or represent an interest adverse to the Debtors' estates, and (b) am a "disinterested person," as such term is defined in section 101(14) of the Bankruptcy Code, as required under section 327(a) of the Bankruptcy Code. Moreover, to the best of my knowledge, information and belief, my subcontracting with EY LLP is not prohibited or restricted by Bankruptcy Rule 5002.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: July 9, 2024

>	*/s/ Walter Bieganski*
> Walter Bieganski