# EXHIBIT A

## Owl Hill Advisory, LLC

**Summary of Staffing and Functions – FTX Trading Ltd., *et al.*
for the Period from June 1, 2024 through June 30, 2024**

| Name and Title | Function/Role |
|---|---|
| **Staffing – Officer Positions** ||
| John J. Ray III | Chief Executive Officer |
| **Staffing – Non-Officer Positions** ||
| N/A | N/A |

**The following Compensation Report includes
services performed by Owl Hill on behalf of the Debtors
for the period from June 1, 2024 through June 30, 2024**

**Summary of Services Provided**

1. John J. Ray III is the only professional staffed by Owl Hill on the engagement. As the CEO for the Debtors, Mr. Ray has assumed in all respects the management of the Debtors' businesses. In addition, as described in the First Day Declarations, Mr. Ray has provided oversight and support to the Debtors' other professionals in connection with execution of the five core objectives of these Chapter 11 Cases:

    (a) Implementation of Controls: the implementation of accounting, audit, cash management, cybersecurity, human resources, risk management, data protection and other systems that did not exist, or did not exist to an appropriate degree, prior to Mr. Ray's appointment;

    (b) Asset Protection & Recovery: the location and security of property of the estate, a substantial portion of which may be missing or stolen;

    (c) Transparency and Investigation: the pending, comprehensive, transparent and deliberate investigation into claims against Mr. Samuel Bankman-Fried, the other co-founders of the Debtors and third parties, in coordination with regulatory stakeholders in the United States and around the world;

    (d) Efficiency and Coordination: cooperation and coordination with insolvency proceedings of subsidiary companies in other jurisdictions; and

    (e) Maximization of Value: the maximization of value for all stakeholders through the eventual reorganization or sale of the Debtors 'complex array of businesses, investments and digital and physical property.

2. During the Reporting Period, Mr. Ray directed and oversaw the Debtors' businesses and worked with the Debtors' retained professionals on these five objectives. This work included periodic meetings and numerous communications with the independent board of directors and attending regular weekly telephonic and in person board meetings to manage and coordinate the Debtors' operations and restructuring efforts. Mr. Ray led weekly calls with the

lead professionals related to the overall direction and management of the case as well as broader weekly meetings with the professional firms that are critical to the day-to-day management of these Chapter 11 Cases. Additionally, Mr. Ray has worked to establish and maintain internal controls, address and manage employees and employee concerns, interacted with management in Japan, Europe and other locations throughout the world and managed cash, other assets and investments, data and systems related issues with respect to all Debtors. Mr. Ray also provided oversight related to the Debtors' public relations and communications plans.

3. Mr. Ray also spent significant time managing the Debtors' Chapter 11 Cases. Mr. Ray has dedicated his time to various issues related to asset recovery and security, engagement and meeting with the Committee and monitoring the status of the Debtors' chapter 11 filings and professional retentions. In connection with the review of professional retentions, Mr. Ray coordinated with the Debtors' professionals to avoid the unnecessary duplication of services. In addition to work related to claims and creditor management, Mr. Ray provided oversight and assistance with the evaluation of potential avoidance actions, the consideration of the sale of certain businesses and investments and the development of restructuring strategies. Mr. Ray is involved day to day with respect to the management and disposition of the Debtors' coins and tokens. During the period, Mr. Ray devoted time to coordinating with the Joint Provisional Liquidators in the Bahamas to ensure a seamless post confirmation distribution process. Additionally, Mr. Ray oversaw the development of the amended plan and disclosure statement.

## Summary of Compensation and Expenses

| Period | Fees | Expenses | Total |
|---|---|---|---|
| June 1, 2024 – June 30, 2024 | $327,600.00 | $1,980.47 | $329,580.47 |

## Summary of Expense by Category

| Expense Category | Total Expenses |
|---|---|
| Travel – Lodging | $700.00 |
| Travel – Airfare | $840.95 |
| Travel – Transportation (other) | $316.64 |
| Travel – Meals | $0.00 |
| Other Expenses | $122.88 |
| **Total Amount for Period:** | $1,980.47 |

## Summary of Time and Fees by Professional

| Name of Professional | Function/Role | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| John J. Ray III | Chief Executive Officer | $1,575.00 | 212.5 | $334,687.50 |
| | **50% adjustment for non-working travel:** | | 9.0 | ($7,087.50) |
| | **Total Amount for Period:** | | | $327,600.00 |

**Time Detail Activity by Professional**

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 6/1/24 | Review of voting procedures materials | John J. Ray III | 2.3 | $3,622.50 |
| 6/1/24 | Review of revised tax disclosures | John J. Ray III | 0.8 | $1,260.00 |
| 6/2/24 | Communicate with JOL re tax matters | John J. Ray III | 0.3 | $472.50 |
| 6/2/24 | Review of tax matters disclosures | John J. Ray III | 0.8 | $1,260.00 |
| 6/2/24 | Communicate with S&C (E Simpson and others) related to venture investment | John J. Ray III | 0.3 | $472.50 |
| 6/2/24 | Review and execute CPSAs | John J. Ray III | 0.8 | $1,260.00 |
| 6/2/24 | Review and approve documentation related to Bahamas elections | John J. Ray III | 0.5 | $787.50 |
| 6/3/24 | Call with S&C (E Simpson and others) and A&M (D Johnston and others) related to Japan matters | John J. Ray III | 0.5 | $787.50 |
| 6/3/24 | Review of Bahamas election materials | John J. Ray III | 1.5 | $2,362.50 |
| 6/3/24 | Review of IRS 9019 motion | John J. Ray III | 0.5 | $787.50 |
| 6/3/24 | Review of token and coin status and sales | John J. Ray III | 0.5 | $787.50 |
| 6/3/24 | Review and provide direction related to various crypto and related Plan matters | John J. Ray III | 1.0 | $1,575.00 |
| 6/3/24 | Review of demand letter | John J. Ray III | 0.5 | $787.50 |
| 6/3/24 | Review of MDL papers | John J. Ray III | 2.5 | $3,937.50 |
| 6/3/24 | Review and provide comments related to Plan solicitation documents | John J. Ray III | 1.8 | $2,835.00 |
| 6/3/24 | Review of proposal related to Plan allocations | John J. Ray III | 0.8 | $1,260.00 |
| 6/3/24 | Review of revised Plan changes | John J. Ray III | 0.8 | $1,260.00 |
| 6/4/24 | Review and comment on Plan tax language and disclosures | John J. Ray III | 0.8 | $1,260.00 |

---

[1] Non-working travel is charged at a 50% discount to the standard rate.

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 6/4/24 | Steering committee call with S&C (A Kranzley and others), A&M (S Coverick and others) and PWP (K Cofsky and others) | John J. Ray III | 1.0 | $1,575.00 |
| 6/4/24 | Review revised Plan drafts and edits | John J. Ray III | 2.5 | $3,937.50 |
| 6/4/24 | Review equity holdings | John J. Ray III | 0.5 | $787.50 |
| 6/4/24 | Review and provide comments related to stipulation | John J. Ray III | 1.3 | $2,047.50 |
| 6/4/24 | Review of Japan bids and provide direction | John J. Ray III | 0.8 | $1,260.00 |
| 6/4/24 | Review correspondence on Bahamas deeds | John J. Ray III | 0.3 | $472.50 |
| 6/4/24 | Call with S&C (S Wheeler and others) related to CFTC claim | John J. Ray III | 0.5 | $787.50 |
| 6/4/24 | Review CPSA for token and coins | John J. Ray III | 0.8 | $1,260.00 |
| 6/5/24 | Review CFTC claim and draft agreement and provide comments | John J. Ray III | 1.3 | $2,047.50 |
| 6/5/24 | Review state claims from regulatory agencies | John J. Ray III | 0.8 | $1,260.00 |
| 6/5/24 | Review and sign off on final CPSA agreement | John J. Ray III | 0.3 | $472.50 |
| 6/5/24 | Review and comment on updated PMO | John J. Ray III | 1.3 | $2,047.50 |
| 6/5/24 | Call with A&M (K Ramanathan and others) related to various coin and token work streams | John J. Ray III | 0.5 | $787.50 |
| 6/5/24 | Review sales agreement for Bahamas property | John J. Ray III | 0.5 | $787.50 |
| 6/5/24 | Review CFTC developments related to claim | John J. Ray III | 0.5 | $787.50 |
| 6/5/24 | Review Disclosure Statement objection | John J. Ray III | 0.8 | $1,260.00 |
| 6/5/24 | Review revised tax disclosures | John J. Ray III | 0.8 | $1,260.00 |
| 6/5/24 | Review additional change pages related to Plan | John J. Ray III | 0.8 | $1,260.00 |
| 6/5/24 | Review of summary of claims from state agencies | John J. Ray III | 0.5 | $787.50 |
| 6/6/24 | Call with A&M (S Coverick and others) and S&C (A Dietderich and others) related to Plan matters | John J. Ray III | 0.8 | $1,260.00 |
| 6/6/24 | Review of CFTC matter and provide input to CFTC | John J. Ray III | 2.5 | $3,937.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 6/6/24 | Review venture sale proposal | John J. Ray III | 0.8 | $1,260.00 |
| 6/6/24 | Review Celsius stay relief motion | John J. Ray III | 0.8 | $1,260.00 |
| 6/6/24 | Review of claims filed by various states | John J. Ray III | 1.8 | $2,835.00 |
| 6/6/24 | Review of correspondence from S&C related to interested parties | John J. Ray III | 0.5 | $787.50 |
| 6/6/24 | Review amended CPSA | John J. Ray III | 0.5 | $787.50 |
| 6/6/24 | Review of draft settlement agreement | John J. Ray III | 0.8 | $1,260.00 |
| 6/6/24 | Review of Plan timeline and provide feedback | John J. Ray III | 0.5 | $787.50 |
| 6/6/24 | Review and approve professional fees | John J. Ray III | 0.8 | $1,260.00 |
| 6/6/24 | Review Anthropic sales process | John J. Ray III | 0.8 | $1,260.00 |
| 6/6/24 | Review coin and token updates and provide direction | John J. Ray III | 0.5 | $787.50 |
| 6/6/24 | Review drafts of declarations and provide input | John J. Ray III | 0.8 | $1,260.00 |
| 6/7/24 | Review and provide input on settlement agreement and declarations | John J. Ray III | 3.5 | $5,512.50 |
| 6/7/24 | Review correspondence and proposed response related to venture | John J. Ray III | 0.8 | $1,260.00 |
| 6/7/24 | Review of Disclosure Statement objections | John J. Ray III | 4.5 | $7,087.50 |
| 6/7/24 | Review of summaries related to government claims | John J. Ray III | 0.8 | $1,260.00 |
| 6/7/24 | Review draft response to Plan proposal | John J. Ray III | 0.5 | $787.50 |
| 6/7/24 | Review distribution agent processes and proposals | John J. Ray III | 1.3 | $2,047.50 |
| 6/7/24 | Review coining token update | John J. Ray III | 0.5 | $787.50 |
| 6/7/24 | Review final solicitation procedures | John J. Ray III | 1.3 | $2,047.50 |
| 6/8/24 | Review further revisions to Disclosure Statement | John J. Ray III | 1.3 | $2,047.50 |
| 6/8/24 | Review venture materials provided by PWP | John J. Ray III | 1.5 | $2,362.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 6/9/24 | Review claims matter | John J. Ray III | 0.3 | $472.50 |
| 6/9/24 | Review term sheet related to locked tokens | John J. Ray III | 1.3 | $2,047.50 |
| 6/9/24 | Review Japan materials | John J. Ray III | 0.8 | $1,260.00 |
| 6/10/24 | Review venture status update and analysis | John J. Ray III | 1.8 | $2,835.00 |
| 6/10/24 | Review and comment on token term sheet | John J. Ray III | 0.8 | $1,260.00 |
| 6/10/24 | Attend Japan call with A&M (D Johnston and others) and S&C (E Simpson and others) | John J. Ray III | 0.8 | $1,260.00 |
| 6/10/24 | Review materials and prepare for Board meeting | John J. Ray III | 4.0 | $6,300.00 |
| 6/10/24 | Review claims analysis | John J. Ray III | 2.0 | $3,150.00 |
| 6/10/24 | Review document changes re *de minimis* asset sale | John J. Ray III | 0.3 | $472.50 |
| 6/10/24 | Review proposed responses to Disclosure Statement objections | John J. Ray III | 0.8 | $1,260.00 |
| 6/11/24 | Review of venture company developments | John J. Ray III | 0.5 | $787.50 |
| 6/11/24 | Steering committee call with S&C (A Kranzley and others), A&M (S Coverick and E Mosley and others), and PWP (K Cofsky and others) | John J. Ray III | 1.0 | $1,575.00 |
| 6/11/24 | Prepare for Board call | John J. Ray III | 1.0 | $1,575.00 |
| 6/11/24 | Attend and participate in Board call | John J. Ray III | 1.5 | $2,362.50 |
| 6/11/24 | Review of revised Plan documents | John J. Ray III | 0.8 | $1,260.00 |
| 6/11/24 | Review and execute Anthropic sale documents | John J. Ray III | 0.8 | $1,260.00 |
| 6/11/24 | Review asset monetization materials | John J. Ray III | 1.0 | $1,575.00 |
| 6/11/24 | Review draft petition for ancillary proceeding | John J. Ray III | 1.0 | $1,575.00 |
| 6/11/24 | Review letter re Lithuania funds | John J. Ray III | 0.3 | $472.50 |
| 6/11/24 | Review draft letter to venture holding | John J. Ray III | 0.5 | $787.50 |
| 6/12/24 | Review of Plan materials | John J. Ray III | 1.5 | $2,362.50 |
| 6/12/24 | Review and sign off on claims and reserves deck | John J. Ray III | 1.3 | $2,047.50 |
| 6/12/24 | Review Japan divestiture materials | John J. Ray III | 1.8 | $2,835.00 |

-5-

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 6/12/24 | Review tax matters | John J. Ray III | 0.5 | $787.50 |
| 6/12/24 | Review and revise draft of settlement documents | John J. Ray III | 1.3 | $2,047.50 |
| 6/12/24 | Review and approve professional fees | John J. Ray III | 0.8 | $1,260.00 |
| 6/12/24 | Review Plan comments | John J. Ray III | 0.5 | $787.50 |
| 6/12/24 | Review tax disclosures (0.5) and call with JOLs related to Bahamas tax disclosures (0.5) | John J. Ray III | 1.0 | $1,575.00 |
| 6/12/24 | Review materials related to Japan and EU matters | John J. Ray III | 1.3 | $2,047.50 |
| 6/12/24 | Provide feedback on Disclosure Statement objections | John J. Ray III | 0.5 | $787.50 |
| 6/12/24 | Review 43rd to 53rd omnibus claims objections | John J. Ray III | 2.3 | $3,622.50 |
| 6/13/24 | Review distribution agent materials | John J. Ray III | 1.3 | $2,047.50 |
| 6/13/24 | Review asset monetization schedule and data | John J. Ray III | 2.0 | $3,150.00 |
| 6/13/24 | Review and execute and distribute material for Lithuania funds | John J. Ray III | 0.8 | $1,260.00 |
| 6/13/24 | Review and provide feedback on Disclosure Statement comments and objections | John J. Ray III | 2.3 | $3,622.50 |
| 6/13/24 | Comment on settlement agreement | John J. Ray III | 0.8 | $1,260.00 |
| 6/13/24 | Assist creditor with claims portal questions | John J. Ray III | 0.5 | $787.50 |
| 6/13/24 | Prepare monthly compensation report | John J. Ray III | 0.8 | $1,260.00 |
| 6/14/24 | Call with creditor related to case update | John J. Ray III | 0.5 | $787.50 |
| 6/14/24 | Call with claim holder related to case status | John J. Ray III | 1.5 | $2,362.50 |
| 6/14/24 | Review professional budget | John J. Ray III | 0.3 | $472.50 |
| 6/14/24 | Revise settlement document review | John J. Ray III | 0.8 | $1,260.00 |
| 6/14/24 | Review revised tax disclosures related to Bahamas | John J. Ray III | 0.5 | $787.50 |
| 6/14/24 | Review and approve diligence requests | John J. Ray III | 0.8 | $1,260.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 6/14/24 | Review and respond to JOL queries re distribution agent | John J. Ray III | 0.5 | $787.50 |
| 6/14/24 | Review Japan update | John J. Ray III | 0.3 | $472.50 |
| 6/14/24 | Review and draft response to token settlement | John J. Ray III | 2.8 | $4,410.00 |
| 6/15/24 | Review trading summary and provide direction on coin and token matters | John J. Ray III | 0.5 | $787.50 |
| 6/15/24 | Review token settlement materials and draft proposed response | John J. Ray III | 1.8 | $2,835.00 |
| 6/16/24 | Review token consent agreement | John J. Ray III | 0.8 | $1,260.00 |
| 6/16/24 | Review Board materials | John J. Ray III | 0.8 | $1,260.00 |
| 6/16/24 | Review token term sheet materials | John J. Ray III | 1.3 | $2,047.50 |
| 6/17/24 | Call with S&C (E Simpson and others) and A&M (D Johnston and others) related to Japan | John J. Ray III | 0.5 | $787.50 |
| 6/17/24 | Weekly Galaxy call with A&M (K Ramanathan and others) and creditor professionals | John J. Ray III | 0.5 | $787.50 |
| 6/17/24 | Review and comment on token matter and settlement structure | John J. Ray III | 2.0 | $3,150.00 |
| 6/17/24 | Review proposal related to Plan distributions | John J. Ray III | 0.8 | $1,260.00 |
| 6/17/24 | Review of forfeited funds petitions | John J. Ray III | 0.8 | $1,260.00 |
| 6/17/24 | Review of revised disclosure statement language | John J. Ray III | 1.3 | $2,047.50 |
| 6/17/24 | Review and approve engagement letter for foreign counsel related to asset recovery | John J. Ray III | 0.3 | $472.50 |
| 6/17/24 | Review and approve Japan sale documentation | John J. Ray III | 0.8 | $1,260.00 |
| 6/17/24 | Call with interested party counsel, S&C (A Dietderich and others), and A&M (E Mosely and others) | John J. Ray III | 0.5 | $787.50 |
| 6/17/24 | Review of materials to be distributed to creditor parties | John J. Ray III | 0.5 | $787.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 6/17/24 | Review and approve Latona assignment documents | John J. Ray III | 0.8 | $1,260.00 |
| 6/17/24 | Assist creditor with KYC issues | John J. Ray III | 0.5 | $787.50 |
| 6/17/24 | Review and provide feedback related to disclosure statement objections responses | John J. Ray III | 0.8 | $1,260.00 |
| 6/18/24 | Call with S&C (A Kranzley and others), A&M (E Mosely and others), and PWP (K Cofsky and others) | John J. Ray III | 1.5 | $2,362.50 |
| 6/18/24 | Review and approve professional fees | John J. Ray III | 0.8 | $1,260.00 |
| 6/18/24 | Review and execute Japan documentation | John J. Ray III | 0.8 | $1,260.00 |
| 6/18/24 | Review and execute documents related to Turkey matters | John J. Ray III | 0.8 | $1,260.00 |
| 6/18/24 | Review of token term sheet | John J. Ray III | 0.8 | $1,260.00 |
| 6/18/24 | Call with interested parties re Plan | John J. Ray III | 0.5 | $787.50 |
| 6/18/24 | Call with A&M (K Ramanathan and others), S&C (D Hariton and others), E&Y (T Shea and others), and RLKS (M Cilia and others) related to distribution mechanics and tax related issues | John J. Ray III | 0.5 | $787.50 |
| 6/18/24 | Review of revised Disclosure Statement disclosures | John J. Ray III | 0.8 | $1,260.00 |
| 6/18/24 | Review and approve revised settlement agreement | John J. Ray III | 0.3 | $472.50 |
| 6/18/24 | Review and provide direction related to various token and coin work streams | John J. Ray III | 1.3 | $2,047.50 |
| 6/19/24 | Assist creditor with portal and claims questions | John J. Ray III | 0.8 | $1,260.00 |
| 6/19/24 | Review and comment on Bahamas documents | John J. Ray III | 2.8 | $4,410.00 |
| 6/19/24 | Review and provide direction related to coins and tokens | John J. Ray III | 1.3 | $2,047.50 |
| 6/19/24 | Review state claims and call with Alix Partners (Matt Evans and others) related to same and status of work streams | John J. Ray III | 0.8 | $1,260.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 6/19/24 | Review of MDL filings and communicate with S&C (B Glueckstein and others) and QE (S Rand) re same | John J. Ray III | 2.5 | $3,937.50 |
| 6/19/24 | Review professional fees | John J. Ray III | 0.5 | $787.50 |
| 6/20/24 | Review Japan status and updates | John J. Ray III | 0.5 | $787.50 |
| 6/20/24 | Communications call with J Frank and S&C (S Ehrenberg and others) and A&M (E Mosely and others) | John J. Ray III | 0.5 | $787.50 |
| 6/20/24 | Review coin and token open issues and provide direction related to same | John J. Ray III | 1.3 | $2,047.50 |
| 6/20/24 | Review and provide comments related top Disclosure Statement reply, | John J. Ray III | 1.3 | $2,047.50 |
| 6/20/24 | Provide direction on closing sale proceeds from token sale | John J. Ray III | 0.3 | $472.50 |
| 6/20/24 | Call with PWP (Matt Rahmani and others) related to various ventures companies | John J. Ray III | 1.0 | $1,575.00 |
| 6/20/24 | Review post-petition interest calculations | John J. Ray III | 0.5 | $787.50 |
| 6/20/24 | Review draft settlement documents | John J. Ray III | 0.5 | $787.50 |
| 6/20/24 | Review further revised disclosure statement documents | John J. Ray III | 2.3 | $3,622.50 |
| 6/20/24 | Review further revised solicitation materials | John J. Ray III | 0.8 | $1,260.00 |
| 6/21/24 | Review further documents related to Latona and execute same | John J. Ray III | 0.3 | $472.50 |
| 6/21/24 | Review status of Europe matters and provide direction | John J. Ray III | 0.3 | $472.50 |
| 6/21/24 | Review committee support letters | John J. Ray III | 0.5 | $787.50 |
| 6/21/24 | Provide direction related to pending motions and replies related to MDL | John J. Ray III | 0.8 | $1,260.00 |
| 6/21/24 | Call with A&M (K Ramanathan and others) and creditor representatives related to distribution agent process and solicitation of proposals | John J. Ray III | 0.8 | $1,260.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 6/21/24 | Review and execute CPSA documents related to token sales | John J. Ray III | 0.3 | $472.50 |
| 6/21/24 | Assist creditor on claims inquiry | John J. Ray III | 0.3 | $472.50 |
| 6/21/24 | Review tax Q&As | John J. Ray III | 0.8 | $1,260.00 |
| 6/21/24 | Review communications from S&C (B Glueckstein) related to MDL | John J. Ray III | 0.5 | $787.50 |
| 6/21/24 | Review materials in preparation for Disclosure Statement hearing | John J. Ray III | 2.8 | $4,410.00 |
| 6/22/24 | Review draft NDA and execute same | John J. Ray III | 0.3 | $472.50 |
| 6/22/24 | Review further MDL matters | John J. Ray III | 0.5 | $787.50 |
| 6/23/24 | Non-working travel to Wilmington DE for Disclosure Statement hearing | John J. Ray III | 4.5 | $3,543.75 |
| 6/23/24 | Review additional changes to Disclosure Statement and solicitation materials | John J. Ray III | 0.8 | $1,260.00 |
| 6/24/24 | Review outstanding crypto work streams and provide direction | John J. Ray III | 0.5 | $787.50 |
| 6/24/24 | Review status of Japan (0.5) and participate in call related to Japan matters with A&M (D Johnson and others) and S&C (E Simpson and others) (0.5) | John J. Ray III | 1.0 | $1,575.00 |
| 6/24/24 | Weekly communications call with J Frank on communications related to Plan | John J. Ray III | 0.3 | $472.50 |
| 6/24/24 | Prepare for Disclosure Statement hearing | John J. Ray III | 3.8 | $5,985.00 |
| 6/24/24 | Review and approve minutes of crypto sales | John J. Ray III | 0.3 | $472.50 |
| 6/24/24 | Review and comment on settlement agreement | John J. Ray III | 1.3 | $2,047.50 |
| 6/24/24 | Review materials related to recovery information | John J. Ray III | 0.8 | $1,260.00 |
| 6/24/24 | Review tax planning call related to interface with Bahamas | John J. Ray III | 0.5 | $787.50 |
| 6/24/24 | Review MDL materials provided by MDLs | John J. Ray III | 0.3 | $472.50 |
| 6/24/24 | Review filing related to late claim | John J. Ray III | 0.3 | $472.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 6/24/24 | Review and execute employee consent letters | John J. Ray III | 0.5 | $787.50 |
| 6/24/24 | Review 2019 filing materials | John J. Ray III | 0.3 | $472.50 |
| 6/24/24 | Review and approve distribution agent materials | John J. Ray III | 0.8 | $1,260.00 |
| 6/24/24 | Review *de minimis* asset sale materials | John J. Ray III | 0.3 | $472.50 |
| 6/25/24 | Prepare for (2.0) and attend Disclosure Statement hearing (2.5) | John J. Ray III | 4.5 | $7,087.50 |
| 6/25/24 | Non-working travel from Wilmington DE from Disclosure Statement hearing | John J. Ray III | 4.5 | $3,543.75 |
| 6/25/24 | Review creditor claims matter | John J. Ray III | 0.3 | $472.50 |
| 6/25/24 | Review UCC locked token materials | John J. Ray III | 0.8 | $1,260.00 |
| 6/25/24 | Review and execute materials related to settlement | John J. Ray III | 0.8 | $1,260.00 |
| 6/25/24 | Review and approve materials related to NDA | John J. Ray III | 0.8 | $1,260.00 |
| 6/25/24 | Review status of Japan D&O | John J. Ray III | 0.3 | $472.50 |
| 6/26/24 | Call with creditors on Plan status | John J. Ray III | 0.8 | $1,260.00 |
| 6/26/24 | Review settlement proposal and background (1.3) and call with S&C (J Croke) related to settlement proposal (0.5) | John J. Ray III | 1.8 | $2,835.00 |
| 6/26/24 | Call with potential bidder of venture asset | John J. Ray III | 0.5 | $787.50 |
| 6/26/24 | Review emergent proposals and speak with S&C (B Glueckstein) re same | John J. Ray III | 0.8 | $1,260.00 |
| 6/26/24 | Review materials related to on boarding token buyer and execute same | John J. Ray III | 0.8 | $1,260.00 |
| 6/26/24 | Call with S&C (S Ehrenberg) related to examiner assistance | John J. Ray III | 0.5 | $787.50 |
| 6/26/24 | Review JOL data request and assistance | John J. Ray III | 0.5 | $787.50 |
| 6/26/24 | Review court ruling | John J. Ray III | 0.8 | $1,260.00 |
| 6/26/24 | Review mark up to sale agreement | John J. Ray III | 0.5 | $787.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 6/26/24 | Review and approve direction related to Lithuania matter | John J. Ray III | 0.3 | $472.50 |
| 6/26/24 | Review and approve joinder agreement | John J. Ray III | 0.3 | $472.50 |
| 6/26/24 | Review and approve diligence materials for committees | John J. Ray III | 0.8 | $1,260.00 |
| 6/26/24 | Review and comment on data request agreement | John J. Ray III | 0.5 | $787.50 |
| 6/27/24 | Review professional fee forecast | John J. Ray III | 0.3 | $472.50 |
| 6/27/24 | Review materials related to creditor communications | John J. Ray III | 1.3 | $2,047.50 |
| 6/27/24 | Review assumptions related to claims and asset reserves under Plan | John J. Ray III | 2.0 | $3,150.00 |
| 6/27/24 | Review Japan bidding materials and cash matters | John J. Ray III | 0.8 | $1,260.00 |
| 6/27/24 | Review pending settlement matter and communications with QE (S Rand) re same | John J. Ray III | 1.3 | $2,047.50 |
| 6/28/24 | Review token status and provide direction | John J. Ray III | 2.0 | $3,150.00 |
| 6/28/24 | Call with creditor representatives re Plan status | John J. Ray III | 0.8 | $1,260.00 |
| 6/28/24 | Review of materials related litigation analysis related to avoidance actions | John J. Ray III | 2.8 | $4,410.00 |
| 6/28/24 | Review of omnibus claim objections | John J. Ray III | 1.3 | $2,047.50 |
| 6/28/24 | Review of diligence related to target defendant and communicate with counsel regarding same | John J. Ray III | 1.8 | $2,835.00 |
| 6/29/24 | Review and comment on NDA | John J. Ray III | 0.3 | $472.50 |
| | **Total Amount for Period:** | | 212.5 | $327,600.00 |

**Owl Hill Expense Report – Detail by Day, by Category**

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 6/17/24 | Overnight shipping documents to S&C | | | | | $55.44 | John J. Ray III |
| 6/18/24 | Overnight shipping documents to S&C | | | | | $55.44 | John J. Ray III |
| 6/23/24 | American one-way coach airfare PWM to PHL for Disclosure Statement hearing | $494.47 | | | | | John J. Ray III |
| 6/23/24 | Car service from PHL to hotel for Disclosure Statement hearing | | | $140.82 | | | John J. Ray III |
| 6/23/24 | Lodging in Delaware for Disclosure Statement hearing | | $350.00 | | | | John J. Ray III |
| 6/24/24 | Lodging in Delaware for Disclosure Statement hearing | | $350.00 | | | | John J. Ray III |
| 6/25/24 | American one-way coach airfare PHL to PWM from Disclosure Statement hearing | $346.48 | | | | | John J. Ray III |
| 6/25/24 | WiFi Onboard for flight PHL to PWM from Disclosure Statement hearing | | | | | $12.00 | John J. Ray III |
| 6/25/24 | Car service from hotel to PHL from Disclosure Statement hearing | | | $140.82 | | | John J. Ray III |
| 6/25/24 | Parking at PWM from Disclosure Statement hearing | | | $35.00 | | | John J. Ray III |
| | **Total Amount for Period:** | **$840.95** | **$700.00** | **$316.64** | **$0.00** | **$122.88** | |