# Exhibit A

**Notice of Settlement(s)**

| Settling Party | Small Estate Claim Value | Settled Value | Adversary Number |
|---|---|---|---|
| European Summer Program on Rationality / Epistea | $809,000 to $3.2 million | $809,000 to $3.2 million | N/A |