# Exhibit A

**Settlements Consummated Pursuant to the**
**Small Estate Claims Settlement Procedures Order**
**June 2024**

| Settling Party | Settled Value |
|---|---|
| Campaign Legal Center Action | $250,000 |
| Conjecture Ltd. | $118,241 |
| Effektiv Altruism Sverige | $61,086.28 |
| Fund for Alignment Research | $165,000 |
| George Mason University Foundation, Inc. | $65,345 |
| Institute for Progress | $150,000 |
| Lead for America | $300,000 |
| Princeton University | $125,000 |
| Quantified Uncertainty Research Institute | $200,000 |
| The Campaign Legal Center | $600,000 |
| University of Western Ontario | $150,000 |