IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| | Case No. 22-11068 (JTD) |
| FTX TRADING, LTD., *et al.*,[1] | Jointly Administered |
| Debtors. | Re: D.I. 17654 |

**CERTIFICATE OF NO OBJECTION REGARDING SIXTH
MONTHLY FEE APPLICATION OF ROTHSCHILD & CO US INC., AS
INVESTMENT BANKER TO THE EXECUTIVE COMMITTEE OF THE AD
HOC COMMITTEE OF NON-US CUSTOMERS OF FTX.COM, FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD FROM
MARCH 1, 2024, THROUGH MARCH 31, 2024**

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the *Sixth Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the period from March 1, 2024 through March 31, 2024* (D.I. 17654) (the "Application"), filed on June 14, 2024.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the notice of Application, objections to the Application were to be filed and served no later than July 5, 2024, at 4:00 p.m. (ET).

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the debtors' claims and noticing agent's website at https://cases.ra.kroll.com/FTX.

Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (D.I. 435) entered on January 9, 2023, the Debtors are authorized to pay eighty percent (80%) of the monthly fees and one hundred percent (100%) of the monthly expenses requested in the Application upon the filing of this Certificate of No Objection without any further court order. The below chart details the amounts requested in the Application and the amount the Debtors are authorized to pay.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $175,000.00 | $6,638.80 | $140,000.00 | $146,638.80 |

WHEREFORE, Morris Nichols respectfully requests that the Application be approved.

Date: Wilmington, Delaware
      July 9, 2024

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Jonathan M. Weyand*
Matthew B. Harvey (No. 5186)
Jonathan M. Weyand (No. 6959)
1201 North Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
mharvey@morrisnichols.com
jweyand@morrisnichols.com

**EVERSHEDS SUTHERLAND (US) LLP**
Erin E. Broderick
Michael A. Rogers
227 West Monroe Street, Suite 6000
Chicago, Illinois 60606
Telephone: (312) 724-9006
Facsimile: (312) 724-9322
erinbroderick@eversheds-sutherland.com
michaelrogers@eversheds-sutherland.com

Nathaniel T. DeLoatch
999 Peachtree St. NE
Atlanta, GA 30309
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
nathanieldeloatch@eversheds-sutherland.com

Sarah E. Paul
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 389-5000
Facsimile: (212) 389-5099
sarahpaul@eversheds-sutherland.com

*Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com*