**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| | Chapter 11 |
| In re | Case No.  22-11068 (JTD) |
| FTX TRADING, LTD., *et al*.,[1] | Jointly Administered |
| Debtors. | **Re: D.I. 17652** |

**CERTIFICATE OF NO OBJECTION REGARDING THE THIRD MONTHLY
FEE APPLICATION PORTION OF THE COMBINED THIRD MONTHLY
AND THIRD INTERIM FEE APPLICATION OF MORRIS, NICHOLS,
ARSHT & TUNNELL LLP, AS CO-COUNSEL TO THE AD HOC
COMMITTEE OF NON-US CUSTOMERS OF FTX.COM, FOR
ALLOWANCE OF MONTHLY COMPENSATION AND FOR
REIMBURSEMENT OF ALL ACTUAL AND NECESSARY
EXPENSES INCURRED FOR THE PERIOD
<u>FEBRUARY 1, 2024, THROUGH AND INCLUDING APRIL 30, 2024</u>**

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht
& Tunnell LLP ("<u>Morris Nichols</u>") has received no answer, objection or other responsive pleading
to the third monthly fee application portion of the *Combined Third Monthly and Third Interim Fee
Application of Morris, Nichols, Arsht & Tunnell LLP, as Co-Counsel to the Ad Hoc Committee of
Non-US Customers of FTX.com, for Allowance of Monthly Compensation and for Reimbursement
of All Actual and Necessary Expenses Incurred for the period February 1, 2024, through and
Including April 30, 2024* (D.I. 17652) (the "<u>Application</u>"), filed on June 14, 2024.

The undersigned further certifies that Morris Nichols has caused the review of the
Court's docket in these cases and that no answer, objection or other responsive pleading to the

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and
4063, respectively.  Due to the large number of debtors in these chapter 11 cases, a complete list of the debtors
and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such
information may be obtained on the debtors' claims and noticing agent's website at
<u>https://cases.ra.kroll.com/FTX</u>.

third monthly fee application portion of the Application appears thereon.[2]  Pursuant to the notice

of Application, objections to the Application were to be filed and served no later than July 5, 2024,

at 4:00 p.m. (ET).[3]

Accordingly, pursuant to the *Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses of Professionals* (D.I. 435) entered on January 9,

2023, the Debtors are authorized to pay eighty percent (80%) of the monthly fees and one hundred

percent (100%) of the monthly expenses requested in the Application upon the filing of this

Certificate of No Objection without any further court order.  The below chart details the amounts

requested in the Application and the amount the Debtors are authorized to pay.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $488,645.50 | $4,197.24 | $390,916.40 | $395,113.64 |

*[Remainder of page intentionally left blank]*

---

[2]   Certain parties filed a *Limited Omnibus Objection of FTX Customers to Professionals' Interim Fee Applications* (D.I. 19436) objecting to various professionals' interim fee applications to preserve their rights to dispute any such professional fee awards to the extent they later prevail in adjudicating their property rights through the plan confirmation proceedings.  The undersigned counsel confirmed with Delaware counsel to the objecting parties that they do not, by their objection, intend to delay interim payments to professionals in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (D.I. 435).

[3]   The objection deadline for the U.S. Trustee and Fee Examiner is set by the Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses (D.I. 834).

Date: Wilmington, Delaware
     July 9, 2024

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Jonathan M. Weyand*
Matthew B. Harvey (No. 5186)
Jonathan M. Weyand (No. 6959)
1201 North Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
mharvey@morrisnichols.com
jweyand@morrisnichols.com

**EVERSHEDS SUTHERLAND (US) LLP**
Erin E. Broderick
Michael A. Rogers
227 West Monroe Street, Suite 6000
Chicago, Illinois 60606
Telephone: (312) 724-9006
Facsimile: (312) 724-9322
erinbroderick@eversheds-sutherland.com
michaelrogers@eversheds-sutherland.com

Nathaniel T. DeLoatch
999 Peachtree St. NE
Atlanta, GA 30309
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
nathanieldeloatch@eversheds-sutherland.com

Sarah E. Paul
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 389-5000
Facsimile: (212) 389-5099
sarahpaul@eversheds-sutherland.com

*Counsel to the Ad Hoc Committee of Non-US
Customers of FTX.com*