# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 7/10/2024 |
| Case: 22−11068−JTD | Form ID: van440 | Total: 10 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| aty | Aaron S. Applebaum | DLA Piper LLP (US) | 1201 North Market Street | Suite 2100 | Wilmington, DE 19801 |
| aty | Adam G. Landis | Landis Rath & Cobb LLP | 919 Market Street | Suite 1800 | Wilmington, DE 19801 |
| aty | David Gerardi | Office of the United States Trustee | One Newark Center | 1085 Raymond Boulevard   Suite 2100   Newark, NJ 07102 | |
| aty | Dennis O'Donnell | DLA Piper LLP (US) | 1251 Avenue of the Americas | 27th Floor | New York, NY 10020 |
| aty | Jonathan Lipshie | DOJ−Ust | 844 N. King Street | Ste 2207 | Wilmington, DE 19801 |
| aty | Joseph James McMahon, Jr. | United States Department of Justice | Office of the United States Trustee   844 King Street, Suite 2207   Lockbox #35   Wilmington, DE 19801 | | |
| aty | Kimberly A. Brown | Landis Rath & Cobb LLP | 919 N. Market Street | Suite 1800 | PO Box 2087   Wilmington, DE 19899 |
| aty | Linda Richenderfer | Office of the US Trustee | US Trustee's Office | 844 King Street, Suite 2207   Wilmington, DE 19801 | |
| aty | Matthew R Pierce | Landis Rath & Cobb LLP | P.O. Box 2087 | 919 Market Street, Suite 1800   Wilmington, DE 19899 | |
| 18512651 | [Redacted / On File] | Ropes & Gray LLP | Prudential Tower, 800 Boylston Street | Boston, MA 02199   Attention: Patricia Chen | |

TOTAL: 10