# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FTX TRADING LTD., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br><br> (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 20, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Mailing List attached hereto as **Exhibit A**:

- Notice of Hearing of Motion of the Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan [Docket No. 13628] (the "***Disclosure Statement Hearing Notice***")

On June 24, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Venable LLP, (ADRID: 18181984), 151 W 42nd St Fl 4R, New York, NY, 10036-6635:

- Debtors' Notice of Settlement Consummated Pursuant to Small Estate Claims Settlement Procedures Order [Docket No. 14534]

On June 27, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Venable LLP, (ADRID: 18181984), 151 W 42nd St Fl 4R, New York, NY, 10036-6635:

- Order Scheduling Omnibus Hearing Dates [Docket No. 14304]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

On June 27, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Venable LLP, (ADRID: 18181984), 151 W 42nd St Fl 4R, New York, NY, 10036-6635:

- Fourth Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers [Docket No. 14727]

On July 1, 2024, at my direction and under my supervision, employees of Kroll caused the Disclosure Statement Hearing Notice to be served via First Class Mail on Walker Morton LLP, (ADRID: 17702440), 1401 Branding Ave, Ste 300, Downers Grove, IL, 60515-1171:

Dated: July 5, 2024

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 5, 2024, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

**Exhibit A**

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 17691920 | 101 SECOND STREET, INC. | C/O INVESCO REAL ESTATE, ATTN: KEVIN PIROZZOLI | 101 CALIFORNIA STREET | ST 3050 | | SAN FRANCISCO | CA | 94111 |
| 10554454 | 101 Second Street, Inc. | Attn: Kevin Pirozzoli | c/o Invesco Real Estate | 101 California St | Suite 3050 | San Francisco | CA | 94111-5869 |
| 17692120 | ADAM KALINICH | ADDRESS ON FILE | | | | | | |
| 17692121 | ADAM ORVAL KALINICH | ADDRESS ON FILE | | | | | | |
| 17692348 | ALIBABA CLOUD US LLC | 525 ALMANOR AVE | STE 400 | | | SUNNYVALE | CA | 94085-3542 |
| 12880618 | ALLEN CLARK | ADDRESS ON FILE | | | | | | |
| 17692362 | ALLEN CLARK | ADDRESS ON FILE | | | | | | |
| 12880461 | ARMANI FERRANTE | ADDRESS ON FILE | | | | | | |
| 17692798 | ASHLEY ROBIN JAYNES | ADDRESS ON FILE | | | | | | |
| 17692818 | ASSEMBLED INC. | 2525 16TH | STE 310 | | | SAN FRANCISCO | CA | 94103-4243 |
| 17692819 | ASSEMBLED, INC. | 2525 16TH ST | STE 810 | | | SAN FRANCISCO | CA | 94103-4243 |
| 17692873 | AURADINE, INC. | 3200 CORONADO DR | | | | SANTA VLARA | CA | 95054-3231 |
| 17692884 | AUTH.0.COM | 100 1ST ST | STE 600 | | | SAN FRANCISCO | CA | 94105 |
| 17693018 | BANNERBUZZ C/O DESIGN PRINT BANNER LLC | 415 HORIZON DR | STE 350 | | | SUWANEE | GA | 30024-3149 |
| 17693513 | BRIAN JUNG | ADDRESS ON FILE | | | | | | |
| 10550944 | BURROS, CHET | ADDRESS ON FILE | | | | | | |
| 17693646 | CAI L MATTHEW SHULMAN | ADDRESS ON FILE | | | | | | |
| 17693719 | CARL SHULMAN | ADDRESS ON FILE | | | | | | |
| 17693910 | CHASE GARBERS | ADDRESS ON FILE | | | | | | |
| 17693955 | CHET BURROS | ADDRESS ON FILE | | | | | | |
| 10276069 | CLARK, ALLEN | ADDRESS ON FILE | | | | | | |
| 17694209 | COLLIDE CAPITAL FUND I LP | ATTN: BRIAN HOLLINS & AARON SAMUELS | 228 PARK AVE S | | | NEW YORK | NY | 10003-1502 |
| 17694648 | DEFI ALLIANCE DELAWARE FEEDER I LP | 4301 W LADLE RAPIDS ST | | | | MERIDIAN | ID | 83646-6821 |
| 17694668 | DELOITTE TAX LLP | 1125 NW COUCH ST | STE 600 | | | PORTLAND | OR | 97209-4156 |
| 17694701 | DENTSU MCGARRY BOWEN LLC | 150 E 42ND ST FL 13 | | | | NEW YORK | NY | 10017-5609 |
| 17694702 | DENTSU MCGARRY BOWEN LLC | ATTN: CFO | 150 E 42ND ST FL 13 | | | NEW YORK | NY | 10017-5609 |
| 17694704 | DENTSU MCGARRYBOWEN | 150 E 42ND ST FL 13 | | | | NEW YORK | NY | 10017-5609 |
| 17694705 | DENTSU MCGARRYBOWEN, LLC | 150 E 42ND ST FL 13 | | | | NEW YORK | NY | 10017-5609 |
| 17694717 | DESHAUN HIGHLER | ADDRESS ON FILE | | | | | | |
| 17694719 | DESIGN PRINT BANNER LLC | 415 HORIZON DR | STE 350 | | | SUWANEE | GA | 30024 |
| 10275995 | DUNNE, JORDAN | ADDRESS ON FILE | | | | | | |
| 12830972 | EMUSIC | PMB 3310 | 99 WALL ST | FRNT 1 | | NEW YORK | NY | 10005-4329 |
| 17695313 | FARAWAY INC | 2900 NE 7TH AVE | UNIT 3301 | | | MIAMI | FL | 33137-4449 |
| 10302692 | FERRANTE, ARMANI | ADDRESS ON FILE | | | | | | |
| 17695433 | FIGURING OUT MONEY LLC (MICHAEL SILVA) | 4530 GRAY LODGE LOOP | | | | ROCKLIN | CA | 95677-3942 |
| 17695471 | FISHER & PHILLIPS LLP | 1230 PEACHTREE ST NE | STE 3300 | | | ATLANTA | GA | 30309 |
| 17695470 | FISHER & PHILLIPS LLP | 1700 7TH AVE | STE 2200 | | | SEATTLE | WA | 98101 |
| 12832590 | FOREST, PAUL | ADDRESS ON FILE | | | | | | |

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 10549776 | FRANGELLA, LOUIS VINCENT | ADDRESS ON FILE | | | | | | |
| 10583998 | GARBERS, CHASE | ADDRESS ON FILE | | | | | | |
| 12865337 | GENESIS GLOBAL TRADING | Attn: General Counsel | 175 GREENWICH ST FL 38 | | | NEW YORK | NY | 10007 |
| 12833031 | GENESIS GLOBAL TRADING, INC. | Attn: General Counsel | 175 Greenwich ST FL 38 | | | New York | NY | 10007-2492 |
| 17695961 | GRAPEFRUIT LLC | 7601 RIVER RD | APT 701 | | | NORTH BERGEN | NJ | 07047-6373 |
| 10550887 | HARRISON, BRETT | ADDRESS ON FILE | | | | | | |
| 17696173 | HEDERA HASHGRAPH, LLC | 10845 GRIFFITH PEAK DR | STE 200 | | | LAS VEGAS | NV | 89135-1568 |
| 17696174 | HEDERA HASHGRAPH, LLC | 18845 GRIFFITH PEAK DR | STE 200 | | | LAS VGEAS | NV | 89135-1568 |
| 17696267 | HODL MEDIA INC. | PMB 45485 | 9450 SW GEMINI DR | | | BEAVERTON | OR | 97008-7105 |
| 17696263 | HODL MEDIA INC. | 9450 SW GEMINI DR | | | | BEAVERTON | OR | 97008-7105 |
| 17696271 | HODL MEDIA, INC. | 9450 SW GEMINI DR | | | | BEAVERTON | OR | 97008-7105 |
| 12832568 | JAYNES, ASHLEY ROBIN | ADDRESS ON FILE | | | | | | |
| 17696905 | JITO LABS INC | 3571 FAR WEST BLVD | | | | AUSTIN | TX | 78731-3064 |
| 17696939 | JOHN CYNN | ADDRESS ON FILE | | | | | | |
| 17696965 | JOHNSON CONTROLS SECURITY SOLUTIONS | ATTN: RECURRING PAYMENT DEPARTMENT | 5920 CASTLEWAY WEST DR | STE 200 | | INDIANAPOLIS | IN | 46250 |
| 17696963 | JOHNSON CONTROLS SECURITY SOLUTIONS | 5920 CASTLEWAY WEST DR | STE 200 | | | INDIANAPOLIS | IN | 46230-1972 |
| 17696964 | JOHNSON CONTROLS SECURITY SOLUTIONS | ATTN: BILLING DEPT | 5920 CASTLEWAY WEST DR | STE 200 | | INDIANAPOLIS | IN | 46250 |
| 12880652 | JORDAN DUNNE | ADDRESS ON FILE | | | | | | |
| 17697030 | JOSHUA LEYTON | ADDRESS ON FILE | | | | | | |
| 17697059 | JUMIO CORPORATION | 100 MATHILDA PL | STE 100 | | | SUNNYVALE | CA | 94086-6019 |
| 17697056 | JUMIO CORPORATION | 100 MATHILDA FL | STE 100 | | | SUNNYVALE | CA | 94086-6019 |
| 10276019 | KALINICH, ADAM | ADDRESS ON FILE | | | | | | |
| 10549307 | KALINICH, ADAM | ADDRESS ON FILE | | | | | | |
| 12832440 | KALINICH, ADAM ORVAL | ADDRESS ON FILE | | | | | | |
| 17697322 | KLUK FARBER LAW PLLC | 41 MADISON AVE | STE 3303 | | | NEW YORK | NY | 10010-2361 |
| 10281895 | KNACKSHOPS | 1920 E DEERE AVE | STE 110 | | | SANTA ANA | CA | 92705-5717 |
| 17697417 | LANE ARMSTRONG | ADDRESS ON FILE | | | | | | |
| 17697507 | LAZEROW ENTERPRISES | 5605 MIDWOOD RD | | | | BETHESDA | MD | 20814-1110 |
| 17697609 | LENA NGOY | ADDRESS ON FILE | | | | | | |
| 17697629 | LEVER, INC | 20 N MERIDIAN ST | STE 300 | | | INDIANAPOLIS | IN | 46204-3028 |
| 10302281 | LEYTON, JOSHUA | ADDRESS ON FILE | | | | | | |
| 10584767 | LION, SHADOW | ADDRESS ON FILE | | | | | | |
| 17697826 | LOUIS VINCENT FRANGELLA | ADDRESS ON FILE | | | | | | |
| 17697988 | MARC GOTTSCHALK | ADDRESS ON FILE | | | | | | |
| 17698188 | MCGARRYBOWEN, LLC | 150 E 42ND ST FL 13 | | | | NEW YORK | NY | 10017-5609 |
| 17698189 | MCGARRYBOWEN, LLC | 150 E 42ND ST FL 13 | | | | NEW YORK | NY | 10017-5609 |
| 10549385 | MUDALIYAR, BALAJI VARADARAJU | ADDRESS ON FILE | | | | | | |
| 17698731 | NEIL PATEL DIGITAL | 5940 S RAINBOW BLVD | STE 400 | | | LAS VEGAS | NV | 89118-2507 |

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 13047421 | NAME ON FILE | ADDRESS ON FILE | | | | | | |
| 18988725 | NAME ON FILE | ADDRESS ON FILE | | | | | | |
| 17698745 | NERD STREET GAMERS | 401 N BROAD ST | STE 110 | | | PHILADELPHIA | PA | 19108 |
| 17698746 | NERD STREET GAMERS INC | 401 N BROAD ST | STE 110 | | | PHILADELPHIA | PA | 19108 |
| 17698751 | NERD STREET GAMERS, INC | 401 N BROAD ST | STE 110 | | | PHILADELPHIA | PA | 19108 |
| 17698752 | NERD STREET GAMERS, INC | 401N BROAD ST STE 110 | | | | PHILADELPHIA | PA | 19123-1014 |
| 10551212 | NGOY, LENA | ADDRESS ON FILE | | | | | | |
| 17698972 | NICHOLAS JOSEPH SHAY | ADDRESS ON FILE | | | | | | |
| 12114817 | North Dakota Board of Pharmacy | 1838 E INTERSTATE AVE STE D | | | | BISMARCK | ND | 58503 |
| 17699114 | NP DIGITAL | 5940 S RAINBOW BLVD | STE 400 | | | LAS VEGA | NV | 89118 |
| 17699623 | PERFECT IMPRINTS | 913 BEAL PKWY N # A | | | | FT WALTON BCH | FL | 32547-1402 |
| 17699703 | PHARMA START LLC | 881 BUSSE RD | | | | ELK GROVE VLG | IL | 60007 |
| 10276048 | RASCH, ANDREW | ADDRESS ON FILE | | | | | | |
| 18249382 | Rashid, Wali | 765 W ADAMS STAPT 1008 | | | | CHICAGO | IL | 60661-3500 |
| 17700241 | RICHARD L YELLEN ASSOCIATED LLP | 70 BATTERY PL | APT 805 | | | NEW YORK | NY | 10280 |
| 17700243 | RICHARD L. YELLEN & ASSOCIATES, LLP | 70 BATTERY PL | APT 805 | | | NEW YORK | NY | 10280-1514 |
| 17700248 | RICHARD YELLEN AND ASSOCIATES | 70 BATTERY PL | APT 805 | | | NEW YORK | NY | 10280 |
| 17700503 | SARDINEAI CORP | ADDRESS ON FILE | | | | | | |
| 17700691 | SHADOW LION | 1234 CHESTNUT ST STE 1 | | | | NEWTON U F | MA | 02464-1491 |
| 17700692 | SHADOW LION | 1234 CHESTNUT ST | STE 1 | | | NEWTON U F | MA | 02464-1491 |
| 17700693 | SHADOW LION, LLC | 1234 CHESTNUT ST | STE 1 | | | NEWTOWN U F | MA | 02464-1491 |
| 10551297 | SHAY, NICHOLAS | ADDRESS ON FILE | | | | | | |
| 10549852 | SHAY, NICHOLAS JOSEPH | ADDRESS ON FILE | | | | | | |
| 17700767 | SHUANG ZHANG | ADDRESS ON FILE | | | | | | |
| 17700765 | SHUANG ZHANG | ADDRESS ON FILE | | | | | | |
| 12831258 | SHULMAN, CAI L MATTHEW | ADDRESS ON FILE | | | | | | |
| 12831242 | SHULMAN, CARL | ADDRESS ON FILE | | | | | | |
| 17700768 | SHUTTERSTOCK | 350 5TH AVE | FL 20 | | | NEW YORK | NY | 10118-2101 |
| 17701493 | THE BLOCK CRYPTO, INC. | 759 BROADWAY | | | | NEW YORK | NY | 10003 |
| 17701494 | THE BLOCK CRYPTO, INC. | 769 BROADWAY | | | | NEW YORK | NY | 10003 |
| 17701597 | THOMA BRAVO GROWTH FUND A, L.P. | 110 N WACKER DR | STE 3975 | | | CHICAGO | IL | 60606 |
| 17701602 | THOMA BRAVO GROWTH FUND, L.P. | 110 N WACKER DR | STE 3975 | | | CHICAGO | IL | 60606-1579 |
| 17701697 | TOBIN ZIKMUND | ADDRESS ON FILE | | | | | | |
| 17701882 | TRIBE CAPITAL FUND II, LP | 5940 S RAINBOW BLVD | STE 400 | | | LAS VEGA | NV | 89118-2507 |
| 17701886 | TRIBE CAPITAL MANAGEMENT, LLC | PMB 84487 | 5940 S RAINBOW BLVD | STE 400 | | LAS VEGA | NV | 89118-2507 |
| 17701885 | TRIBE CAPITAL MANAGEMENT, LLC | 5940 S RAINBOW BLVD | STE 400 | | | LAS VEGAS | NV | 89118-2507 |
| 17701887 | TRIBE CAPITAL V, LLC - SERIES 19 | 5940 S RAINBOW BLVD | STE 400 | | | LAS VEGAS | NV | 89118-2507 |
| 17701888 | TRIBE CAPITAL V, LLC – SERIES 19 | 5940 S RAINBOW BLVD | STE 400 | | | LAS VEGAS | NV | 89118-2507 |

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 17701891 | TRIBE CAPITAL VI, LLC - SERIES 11 | 5940 S RAINBOW BLVD STE 400 | | | | LAS VEGAS | NV | 89118-2507 |
| 17702041 | TWILIO, INC | 101 SPEAR ST # 500 | | | | SAN FRANCISCO | CA | 94105-1559 |
| 17702070 | TYLER BRADY | ADDRESS ON FILE | | | | | | |
| 18270545 | Vazquez, Edward | 1516 Nature TRL | | | | Kissimmee | FL | 34746-3800 |
| 10549348 | ZHANG, ANTHONY | ADDRESS ON FILE | | | | | | |
| 10549973 | ZHANG, SHUANG | ADDRESS ON FILE | | | | | | |
| 10550044 | ZIKMUND, TOBIN | ADDRESS ON FILE | | | | | | |