IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Hearing Date: July 17, 2024, at 1:00 p.m. ET**<br>**Objection Deadline: July 10, 2024, at 12:00 p.m. ET** |

### NOTICE OF WITHDRAWAL OF THE MOTION OF AMANDA HOUGHTON FOR LEAVE TO SERVE SUBPOENAS ON DEBTORS

Amanda Houghton, by undersigned counsel, hereby withdraws, without prejudice, the following:

*The Motion of Amanda Houghton for Leave to Serve Subpoenas on Debtors*

Docket Number 18556 (filed June 24, 2024)

---

[1] The last four digits of FTX Trading Ltd. and West Realm Shires Services Inc. d/b/a FTX US's respective tax identification numbers are 3288 and 4002. A complete list of the numerous Debtors in these Chapter 11 cases, and their federal tax identification numbers, is available at https://cases.ra.kroll.com/FTX. Debtor Emergent Fidelity Technologies Ltd.'s principal place of business is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

<table>
<tr><td>

OF COUNSEL:

SUSMAN GODFREY L.L.P.
Steven G. Sklaver
Oleg Elkhunovich
Rohit D. Nath
Nicholas N. Spear
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
ssklaver@susmangodfrey.com
oelkhunovich@susmangodfrey.com
rnath@susmangodfrey.com
nspear@susmangodfrey.com

Taylor H. Wilson
1000 Louisiana St., Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
twilson@susmangodfrey.com

FAIRMARK PARTNERS, LLP
James Crooks
Michael Lieberman
1499 Massachusetts Avenue, NW, #113A
Washington, DC 20005
Telephone: (619) 507-4182
jamie@fairmarklaw.com
michael@fairmarklaw.com

GERSTEIN HARROW LLP
Charles Gerstein
Emily Gerrick
810 7th Street NE, Suite 301
Washington, DC 20002
Telephone: (202) 670-4809
charlie@gerstein-harrow.com
emily@gerstein-harrow.com

Jason Harrow (308560)
3243B S. La Cienega Blvd.
Los Angeles, California 90016
Telephone: (323) 744-5293
jason@gerstein-harrow.com

**Dated: July 10, 2024**

</td><td>

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
Denise S. Kraft (#2778)
300 Delaware Ave., Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law
dkraft@hegh.law

*Attorneys for Amanda Houghton*

</td></tr>
</table>

1