IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Hearing Date: July 17, 2024, at 1:00 p.m. ET**<br>**Objection Deadline: July 10, 2024, at 12:00 p.m. ET** |

## CERTIFICATE OF SERVICE

I, Dominick T. Gattuso, hereby certify that on July 10, 2024, a copy of the *Notice of Withdrawal of the Motion Of Amanda Houghton for Leave to Serve Subpoenas on Debtors* was served via email at the email addresses provided on ECF to (i) the Debtors; (ii) the Official Committee of Unsecured Creditors; (iii) the U.S. Trustee; (iv) the Securities and Exchange Commission; (v) the Internal Revenue Service; (vi) the United States Department of Justice; (vii) the Compound Defendants; and (viii) all other parties listed on this case ECF. In addition, notice will be sent via U.S. overnight mail on July 10 to:

- The U.S. District Attorney for the District of Delaware, 1313 N Market Street, PO Box 2046, Wilmington, DE 19801;

---

[1] The last four digits of FTX Trading Ltd. and West Realm Shires Services Inc. d/b/a FTX US's respective tax identification numbers are 3288 and 4002. A complete list of the numerous Debtors in these Chapter 11 cases, and their federal tax identification numbers, is available at https://cases.ra.kroll.com/FTX. Debtor Emergent Fidelity Technologies Ltd.'s principal place of business is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

1

- The Internal Revenue Service Centralized, Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346;

- Shraddha Bharatia, Esq. Becket & Lee LLP, PO Box 3001, Malvern, PA 19355-0701;

- The U.S. Attorney General, Attn: Bankruptcy Department U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001;

- The Environmental Protection Agency, Attn: General Counsel, Office of General Counsel, 1200 Pennsylvania Avenue NW, 2310A Washington, DC 20460; and

- The Environmental Protection Agency, Attn: Bankruptcy Division, 290 Broadway, New York, NY 10007-1866.

/s/ *Dominick T. Gattuso*
Dominick T. Gattuso (#3630)

Dated: July 10, 2024