United States Bankruptcy Court
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

Chapter 11
Case No. 22-11068 (JTD)
Claim number 173
Debtors: FTX Trading Ltd., et al.

July 1, 2024

RECEIVED
2024 JUL -8 AM 10: 30
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Response to your Notice of Omnibus Objection to Proof of Claim

To whom it may concern,

I am in receipt of your notice of Omnibus Objection to Proofs of Claim and the attached documents including the *Debtor's Forty-Fifth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)* and the Individualized Exhibit identifying our claim (see attached copy of the Individualized Exhibit as provided).

I understand that the following changes were made to my claim:

1. Amounts have been provided without being rounded up to the fourth decimal
2. The Debtor has been listed as West Realm Shires Services Inc., which we understand to be the entity that operated FTX US where our account was held prior to the bankruptcy

If those changes are all that was done, we are agreeing to them to the extent and only to the extent that they more accurately represent our account status with FTX US at the time of the bankruptcy.

We note that the Debtors statement that "the customer asserted cryptocurrency quantities and fiat grossly overstates the quantities and holdings in such customer's accounts" is inappropriate and deceiving given that we as they represent the difference is merely one of rounding amounts to the fourth decimal.

Jean Tripier
5699 Kalanianahole Highway
Honolulu, HI 96821

(925) 413 6167
tripierjean@gmail.com

FTX Trading Ltd. 22-11068 (JTD)
Forty-Fifth Omnibus Claims Objection
Schedule 1 - Overstated and/or Unliquidated Claims

| | Asserted Claims | | | | | Modified Claims | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Claim Number | Name | Debtor | | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| 173 | Tripier, Jean | FTX Trading Ltd. | | BTC | 11.197300000000000 | West Realm Shires Services Inc. | 11.197258080000000 |
| | | | | ETH | 0.234800000000000 | | 0.234768600000000 |
| | | | | ETHW | 0.234800000000000 | | 0.234768600000000 |
| | | | | USD | 3.440700000000000 | | 3.440704620000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

JEAN TRIPIER
5699 KALANIANAOLE HWY
HONOLULU HI 96821

SAN FRANCISCO CA 940
1 JUL 2024 PM 5 L



OFFICE OF THE CLERK OF THE
UNITED STATES BANKRUPTCY COURT OF DELA
824 NORTH MARKET STREET
3RD FLOOR
WILMINGTON, DELAWARE 19801

19801-902499