**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF STEVEN P. COVERICK IN SUPPORT OF DEBTORS'**
**OBJECTION TO PROOF OF CLAIM FILED BY SC30, INC.**

I, Steven P. Coverick, hereby declare under penalty of perjury:

1. I am a Managing Director at Alvarez & Marsal North America, LLC ("A&M"), a restructuring advisory services firm specializing in interim management, crisis management, turnaround consulting, operational due diligence, creditor advisory services and financial and operation restructuring.

2. I have more than 10 years of restructuring and financial advisory experience across various industries, including energy, technology, media, telecommunications, logistics and healthcare. I have a Bachelor's Degree from the Kelley School of Business at Indiana University, am a CFA® charterholder, and am recognized as a Certified Turnaround Professional by the Turnaround Management Association.

3. Since joining A&M, I have been involved in numerous Chapter 11 restructurings, including Seadrill Limited, iHeart Media Inc., White Star Petroleum Holdings, LLC, Templar Energy LLC and Expro International Group Holdings Limited.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

4. I submit this declaration in support of *Debtors' Objection to Proof of Claim 5157 Filed by SC30, Inc.*, (the "Objection"), filed concurrently herewith, to place before the Court certain documents and information referred to in the Objection.

5. Attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| SC30, Inc.'s August 11, 2021 Sponsorship Agreement made with Blockfolio, Inc. | Exhibit 1 |
| SC30, Inc.'s LinkedIn profile page, last accessed February 13, 2024 and available at https://www.linkedin.com/company/sc30-inc/about/. | Exhibit 2 |
| Article titled *Can Stephen Curry Revolutionize The Investment Game?*, dated October 14, 2019 and available at https://www.forbes.com/sites/patrickmurray/2019/10/14/can-stephen-curry-revolutionize-the-investment-game/?sh=51215a416484. | Exhibit 3 |
| Article titled *Steph Curry's Under Armour Agreement Touted as 'Lifetime Deal*,' dated March 30, 2023 and available at https://abcnews.go.com/Sports/steph-currys-armour-agreement-touted-lifetime-deal/story?id=98233368. | Exhibit 4 |
| Article titled *Stephen Curry Nearing $1B Deal With Under Armour*, dated September 16, 2022 and available at https://www.si.com/nba/warriors/news/stephen-curry-nearing-1b-deal-with-under-armour. | Exhibit 5 |
| SC30, Inc.'s tweet announcing its partnership with Under Armour, dated March 30, 2023 and available at https://twitter.com/ThirtyInk/status/1641481626608869376. | Exhibit 6 |
| Article titled *Stephen Curry Signs New Long-term Under Armour Agreement*, dated March 30, 2023 and available at https://www.espn.com/nba/story/_/id/36002760/stephen-curry-signs-new-long-term-armour-agreement. | Exhibit 7 |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge information and belief.

Dated: July 10, 2024                    */s/ Steven P. Coverick*
                                                       Steven P. Coverick
                                                       Alvarez & Marsal North America, LLC
                                                       Managing Director