IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF STEVEN P. COVERICK IN SUPPORT OF DEBTORS' OBJECTION TO PROOFS OF CLAIM FILED BY CAL BEARS SPORTS PROPERTIES, LLC

I, Steven P. Coverick, hereby declare under penalty of perjury:

1. I am a Managing Director at Alvarez & Marsal North America, LLC ("A&M"), a restructuring advisory services firm specializing in interim management, crisis management, turnaround consulting, operational due diligence, creditor advisory services and financial and operation restructuring.

2. I have more than 10 years of restructuring and financial advisory experience across various industries, including energy, technology, media, telecommunications, logistics and healthcare. I have a Bachelor's Degree from the Kelley School of Business at Indiana University, am a CFA® charterholder, and am recognized as a Certified Turnaround Professional by the Turnaround Management Association.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

3. Since joining A&M, I have been involved in numerous Chapter 11 restructurings, including Seadrill Limited, iHeart Media Inc., White Star Petroleum Holdings, LLC, Templar Energy LLC and Expro International Group Holdings Limited.

4. I submit this declaration (the "Declaration") in support of the *Debtors' Objection to Proofs of Claim Filed By Cal Bears Sports Properties, LLC* (the "Objection").[2] I am not being compensated separately for this testimony other than through payments received by A&M as financial advisor retained by FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors").

5. Except as otherwise indicated herein, all of the facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, information provided to me by the Debtors' management, the Debtors' and other Debtor professionals, including the A&M team, involved in advising the Debtors in the above-captioned cases (the "Chapter 11 Cases"). If called upon to testify, I could and would testify to the facts set forth herein on that basis. I am authorized to submit this Declaration on behalf of the Debtors.

6. The Claims subject to the Objection were reviewed and analyzed in good faith using due diligence by appropriate personnel of the Debtors, A&M, and Kroll Restructuring Administration LLC, as the Debtors' claims and administrative agent. Indeed, the Debtors and their advisors have spent months reviewing and analyzing proofs of claim and any supporting documentation filed against the Debtors.

7. Based on the Debtors' and their advisors' ongoing analysis and review, the Debtors and their advisors have determined that Cal Bears Sports Properties, LLC ("Cal Bears") submitted separate, but identical, proofs of claim numbers 4651 and 4897 (collectively, the

---

[2] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Objection.

"Claims" and each a "Claim").  Therefore, I believe that the duplicate claim, proof of claim number 4897, should be disallowed and expunged in its entirety, and only proof of claim number 4651 should survive.

8. If both of the Claims are allowed, Cal Bears may receive double recovery from the Debtors' estates on account of both Claims.  Further, I believe the administration of these Claims would be more efficient and fair to all parties if the Debtors have the ability to expunge and disallow proof of claim number 4897 in its entirety.

9. In addition, I submit this Declaration in support of the Objection, filed concurrently herewith, to place before the Court certain documents and information referred to in the Objection.

10. Attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| Cal Bears' August 1, 2021 Sponsorship Agreement made with Blockfolio, Inc. | Exhibit 1 |
| Cal Bears' Learfield introduction page, last accessed February 13, 2024 and available at https://www.learfield.com/partner/cal-bears/. | Exhibit 2 |
| Email exchanges, dated August 3, 2022 to August 5, 2022, between Andy McDowell, Cal Bears Vice President/General Manager, Qiana Levy, Learfield VP Procurement & Strategic Sourcing, Jen Hemeyer, Learfield Senior Treasury Analyst and Sima Nader of FTX.US regarding 2022 sponsorship fee payments. | Exhibit 3 |
| Article titled *Farewell, FTX Field: Cal suspends naming rights deal with the crypto exchange*, dated November 18, 2022 and available at https://www.berkeleyside.org/2022/11/18/farewell-ftx-field-uc-berkeley-suspends-naming-rights-deal-crypto-exchange. | Exhibit 4 |
| Screen clipping of Cal Bears' Official Website "footer" sponsors, last accessed June 30, 2024 and available at https://calbears.com/index.aspx. | Exhibit 5 |
| Article titled *FTX logo removed from University of California football field*, dated November 16, 2022 and available at https://www.foxbusiness.com/sports/ftx-logo-removed-university-california-football-field. | Exhibit 6 |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 10, 2024

/s/ *Steven P. Coverick*
Steven P. Coverick
Alvarez & Marsal North America, LLC
Managing Director