# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## DECLARATION OF STEVEN P. COVERICK IN SUPPORT OF DEBTORS' OBJECTION TO PROOF OF CLAIM FILED BY NORTH FIELD TECHNOLOGY LTD.

I, Steven P. Coverick, hereby declare under penalty of perjury:

1. I am a Managing Director at Alvarez & Marsal North America, LLC ("A&M"), a restructuring advisory services firm specializing in interim management, crisis management, turnaround consulting, operational due diligence, creditor advisory services and financial and operation restructuring.

2. I have more than 10 years of restructuring and financial advisory experience across various industries, including energy, technology, media, telecommunications, logistics and healthcare. I have a Bachelor's Degree from the Kelley School of Business at Indiana University, am a CFA® charterholder, and am recognized as a Certified Turnaround Professional by the Turnaround Management Association.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

3. Since joining A&M, I have been involved in numerous Chapter 11 restructurings, including Seadrill Limited, iHeart Media Inc., White Star Petroleum Holdings, LLC, Templar Energy LLC and Expro International Group Holdings Limited.

4. I submit this declaration (the "Declaration") in support of the *Debtors' Objection to Proofs of Claim Filed by North Field Technology Ltd.* (the "Objection").[2] I am not being compensated separately for this testimony other than through payments received by A&M as financial advisor retained by FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors").

5. Except as otherwise indicated herein, all of the facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, information provided to me by the Debtors' management, the Debtors' and other Debtor professionals, including the A&M team, involved in advising the Debtors in the above-captioned cases (the "Chapter 11 Cases"). If called upon to testify, I could and would testify to the facts set forth herein on that basis. I am authorized to submit this Declaration on behalf of the Debtors.

6. The Claims subject to the Objection were reviewed and analyzed in good faith using due diligence by appropriate personnel of the Debtors, A&M, and Kroll Restructuring Administration LLC, as the Debtors' claims and administrative agent. Indeed, the Debtors and their advisors have spent months reviewing and analyzing proofs of claim and any supporting documentation filed against the Debtors.

7. Based on the Debtors' and their advisors' ongoing analysis and review, the Debtors and their advisors have determined that North Field Technology Ltd. ("North Field") submitted distinct, but essentially identical, proofs of claim numbers 3328, 3310, 3321, and 3357

---

[2] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Objection.

(collectively, the "Claims" and each a "Claim"). Additionally, North Field submitted proofs of claim numbers 3285, 3496 and 3800, which represent distinct claims separate from those asserted in the aforementioned claims. Therefore, I believe that the duplicate claims, proof of claim numbers 3285, 3310, 3321, 3328, and 3800, should be disallowed and expunged in their entirety, and only proofs of claim numbers 3357 and 3496 should remain.

8. If the Duplicate Claims are not disallowed, the corresponding claimant may receive almost a fourfold recovery from the Debtors' estates on account of all seven Claims. Further, I believe the administration of these claims would be more efficient and fair to all parties if the Debtors have the ability to expunge and disallow proofs of claim numbers 3285, 3310, 3321, 3328, and 3800 in their entirety.

9. In addition, I submit this Declaration in support of the Objection, filed concurrently herewith, to place before the Court certain documents and information referred to in the Objection.

10. Attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| Order on Motion to Amend/Correct in *Leidel* v. *Project Invs., Inc.*, No. 9:16-CV-80060-KAM (S.D. Fla.), Doc. No. 142. | Exhibit 1 |
| Motion to Amend/Correct in *Leidel* v. *Project Invs., Inc.*, No. 9:16-CV-80060-KAM (S.D. Fla.), Doc. No. 139. | Exhibit 2 |
| Ren's About Us page, last accessed June 26, 2024 and available at https://bridge.renproject.io/about. | Exhibit 3 |
| Article titled *Unveiling REN Protocol (REN): Bridging Different Blockchains with RenVM*, dated December 15, 2023 and available at https://www.gate.io/learn/articles/bridging-different-blockchains-with-renvm/969. | Exhibit 4 |
| Article titled *Moving on from Alameda*, dated November 18, 2022 and available at https://medium.com/renproject/moving-on-from-alameda-da62a823ce93. | Exhibit 5 |

| | |
|---|---|
| Ren's tweet regarding its transfer of Ren assets into cold storage wallets, dated April 12, 2023 and available at https://x.com/renprotocol/status/1646018219847843840. | Exhibit 6 |
| December 27, 2022 Bieda Declaration in *Leidel* v. *Project Invs., Inc.*, No. 9:16-CV-80060-KAM (S.D. Fla.), Doc. No. 200-1. | Exhibit 7 |
| December 30, 2022 Bieda Declaration in *In re FTX Trading Ltd.*, No. 22-11068-JTD (D. Del.). | Exhibit 8 |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  July 10, 2024 　　　　　　　　*/s/ Steven P. Coverick*  
　　　　　　　　　　　　　　　　　　Steven P. Coverick  
　　　　　　　　　　　　　　　　　　Alvarez & Marsal North America, LLC  
　　　　　　　　　　　　　　　　　　Managing Director