IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re FTX Trading Ltd., et al., | ) Chapter 11 |
| Debtors. | ) Case No. 22-11068 (JTD) <br> ) (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Diameter Master Fund LP | BlockFi International Ltd. |

Name and Address where notices should be sent:    Last known address:

c/o Diameter Capital Partners, LP
55 Hudson Yards, Suite 29B
New York, NY 10001
Email: skim@diametercap.com

M3 Partners
1700 Broadway, 19th Floor
New York, NY 10019
Email: mmanning@m3-partners.com
Attn: Matthew Manning

**\*\*\* PORTION OF TOTAL CLAIM TRANSFERRED: 100% OF SECURED PORTION OF CLAIM (EQUAL TO 36.27% OF ENTIRE CLAIM AMOUNT) \*\*\***

| Claim | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Proof of Claim No. 4181 <br> Schedule No. 5258247 <br> Proof of Claim Conf. No. 3265-69-LTOVO-542560921 | [above] | 100% of secured portion of claim (equal to 36.27% of entire claim amount) | Alameda Research Ltd. | 22-11068 |

Name and Address where transferee payments should be sent (if different from above): N/A

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any right to receive notice or hearing under Bankruptcy Rule 3001.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_                Date: July 10, 2024
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

DB1/ 148940341.2                                                          Local Form 138

## ANNEX B

## EVIDENCE OF TRANSFER OF CLAIM

TO: U.S. Bankruptcy Court for the
District of Delaware ("Bankruptcy Court")

AND: In re Alameda Research Ltd., et al., ("Debtor")
Case No. 22-11068 (JTD) ("Case")

Proof of Claim #: 4181 ("Proof of Claim")
Schedule #: 5258247 ("Schedule")
Customer Claim Confirmation ID #: 3265-69-LTOVO-542560921 ("CCCID")
Unique Customer Code #: n/a ("Customer Code")

BlockFi International Ltd ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Diameter Master Fund LP**
55 Hudson Yards, Suite 29B
New York, NY 10001
Attention: Sam Kim and Harsh Kondapalli
Email: skim@diametercap.com and HKondapalli@diametercap.com

its successors and assigns ("Buyer"), all rights, title and interest in and to (a) the Proof of Claim and the CCCID (collectively "the Claim") against the Debtor in the Case; (b) the Seller's claim as evidenced by the Claim, (c) all amounts listed on the Schedule; and (d) all amounts with respect to the Customer Code.

Seller hereby waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated July 9, 2024.

| **BlockFi International Ltd** | **Diameter Master Fund LP** |
|---|---|
| | By: Diameter Capital Partners LP, solely as its investment manager |
| By: _[signature]_ | By: _[signature]_ |
| Name: Mohsin Meghji | Name: Shailini Rao |
| Title: Plan Administrator | Title: Co-Chief Operating Officer & General Counsel |