IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
:
In re:                                                       :    Chapter 11
:
FTX TRADING LTD., *et al.*,[1]                               :    Case No. 22-11068 (JTD)
:
Debtors.                                                     :    (Jointly Administered)
:
------------------------------------------------------------ x

## NOTICE OF DEPOSITION OF THE DEBTORS
## PURSUANT TO FED. R. CIV. P. 30(B)(6)

PLEASE TAKE NOTICE that, in connection with the above-captioned proceeding, Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives (the "Foreign Representatives") of Three Arrows Capital, Ltd. ("3AC"), will take the deposition of FTX Trading Ltd. and its debtor affiliates (collectively, the "Debtors"), on **July 22, 2024 starting at 9:00 a.m. Eastern Time**, at the offices of Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020, or at a date, time and location that is mutually agreeable to the parties.

The deposition will be taken upon oral examination by a person authorized to administer oaths and will be recorded by video and stenographic means, including Real Time. In accordance with the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure, this deposition will be taken for the purpose of discovery and/or used as evidence in connection with the above-captioned proceeding.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Pursuant to Rule 30(b)(6), the Debtors shall designate one or more persons who consent to testify on its behalf concerning each of the topics set forth in Exhibit A attached hereto. The person(s) the Debtors designate must testify about information known or reasonably available to the Debtors. The Foreign Representatives request that the Debtors provide written notice, at least five (5) business days in advance of the deposition, of: (1) the name(s) of each designee who has consented to testify on behalf of the Debtors; (2) the job title of each such person; and (3) the topic(s) set forth in Exhibit A upon which each such person will testify.

| | |
|---|---|
| Dated: July 10, 2024<br>Wilmington, Delaware | /s/ *John W. Weiss*<br>John W. Weiss (No. 4160)<br>Joseph C. Barsalona II (No. 6102)<br>Alexis R. Gambale (No. 7150)<br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>1007 North Orange Street, 4th Floor #183<br>Wilmington, DE 19801<br>Telephone: (302) 592-6496<br>Facsimile: (732) 852-2482<br>Email:  jweiss@pashmanstein.com<br>           jbarsalona@pashmanstein.com<br>           agambale@pashmanstein.com<br><br>– and –<br><br>Nima H. Mohebbi (admitted *pro hac vice*)<br>Tiffany M. Ikeda (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>Email:  nima.mohebbi@lw.com<br>           tiffany.ikeda@lw.com<br><br>– and –<br><br>Christopher Harris (admitted *pro hac vice*)<br>Adam J. Goldberg (admitted *pro hac vice*)<br>Nacif Taousse (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email:  chris.harris@lw.com<br>           adam.goldberg@lw.com<br>           nacif.taousse@lw.com<br><br>*Counsel to the Foreign Representatives*<br>*of Three Arrows Capital, Ltd.* |