# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## DECLARATION OF STEVEN P. COVERICK IN SUPPORT OF DEBTORS' OBJECTION TO PROOF OF CLAIM FILED BY SETH MELAMED

I, Steven P. Coverick, hereby declare under penalty of perjury:

1. I am a Managing Director at Alvarez & Marsal North America, LLC ("A&M"), a restructuring advisory services firm specializing in interim management, crisis management, turnaround consulting, operational due diligence, creditor advisory services, and financial and operation restructuring.

2. I have more than 10 years of restructuring and financial advisory experience across various industries, including energy, technology, media, telecommunications, logistics, and healthcare. I have a Bachelor's Degree from the Kelley School of Business at Indiana University, am a CFA® charterholder, and am recognized as a Certified Turnaround Professional by the Turnaround Management Association.

3. Since joining A&M, I have been involved in numerous Chapter 11 restructurings, including Seadrill Limited, iHeart Media Inc., White Star Petroleum Holdings, LLC, Templar Energy LLC, and Expro International Group Holdings Limited.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

4.  I submit this declaration (the "Declaration") in support of *Debtors' Objection to Proofs of Claim Filed By Seth Melamed* (the "Objection"), filed concurrently herewith, to place before the Court certain documents and information referred to in the Objection.

5.  I am not being compensated separately for this testimony other than through payments received by A&M as financial advisor retained by FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"). Except as otherwise indicated herein, all of the facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, information provided to me by A&M professionals involved in advising the Debtors in the above-captioned cases (the "Chapter 11 Cases"), or information provided to me by the Debtors. If called upon to testify, I could and would testify to the facts set forth herein on that basis. I am authorized to submit this Declaration on behalf of the Debtors.

6.  Attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| Melamed's LinkedIn page, last visited July 10, 2024 and available at https://www.linkedin.com/in/seth-melamed-544828a8/. | Exhibit 1 |
| Agreement For The Sale And Purchase Of Shares, Stock Options And Warrants in Liquid Group Inc. (Majority Shareholders) between Melamed and FTX Trading Ltd., *et al.*, dated November 19, 2021. | Exhibit 2 |
| Management Agreement between FTX Japan Holdings K.K. and Melamed, dated March 31, 2022. | Exhibit 3 |
| English translation of Japan Civil Code art. 415 maintained by the Ministry of Justice of Japan, last visited July 8, 2024 and available at https://www.japaneselawtranslation.go.jp/en/laws/view/3494/en#je_pt3ch5at1. | Exhibit 4 |
| English translation of Japan Civil Code art. 416 maintained by the Ministry of Justice of Japan, last visited July 8, 2024 and available at https://www.japaneselawtranslation.go.jp/en/laws/view/3494/en#je_pt3ch5at1. | Exhibit 5 |
| English translation of Japan Civil Code art. 709 maintained by the Ministry of Justice of Japan, last visited July 8, 2024 and available at https://www.japaneselawtranslation.go.jp/en/laws/view/3494/en#je_pt3ch5at1. | Exhibit 6 |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 10, 2024    */s/ Steven P. Coverick*
Steven P. Coverick
Alvarez & Marsal North America, LLC
Managing Director