# SCHEDULE 1

**Duplicate Portal Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**Fortieth Omnibus Claims Objection**
**Schedule 1 - Substantive Duplicate Claims**

| Claims to be Disallowed | | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| 87948 | Name on file | FTX Trading Ltd. | 1INCH-PERP | 0.000000000000000 | 29102 | Name on file | FTX Trading Ltd. | ETH | 1.000872590000000 |
| | | | AAVE-PERP | 0.000000000000000 | | | | FTM | 8,363.543528210000000 |
| | | | ADA-PERP | 0.000000000000000 | | | | FTT | 163.567326840000000 |
| | | | APE-PERP | 0.000000000000000 | | | | LDO | 104,344.571720000000000 |
| | | | AVAX-PERP | 0.000000000000000 | | | | TRX | 3,525.366316000000000 |
| | | | BTC | 0.000011094285710 | | | | USD | 4,002,848.180000000000000 |
| | | | BTC-PERP | 0.000000000000000 | | | | USDT | 0.010000000000000 |
| | | | CEL-0930 | 0.000000000000000 | | | | | |
| | | | DOGE-PERP | 0.000000000000000 | | | | | |
| | | | DOT-20211231 | 0.000000000000000 | | | | | |
| | | | ENS-PERP | 0.000000000000000 | | | | | |
| | | | ETH | 1.000872598636328 | | | | | |
| | | | ETH-0930 | -0.000000000000003 | | | | | |
| | | | ETH-PERP | 0.000000000000056 | | | | | |
| | | | ETHW | 0.000296013636328 | | | | | |
| | | | FIDA | 9.553085940000000 | | | | | |
| | | | FIDA_LOCKED | 21.983611050000000 | | | | | |
| | | | FTM | 0.000000000000000 | | | | | |
| | | | FTT | 163.567326844391800 | | | | | |
| | | | GMT-PERP | 0.000000000000000 | | | | | |
| | | | HT | 0.013665200000000 | | | | | |
| | | | KSM-PERP | -0.000000000000227 | | | | | |
| | | | LDO | 104,344.571720000000000 | | | | | |
| | | | LDO-PERP | 0.000000000000000 | | | | | |
| | | | LUNA2 | 0.002663278895000 | | | | | |
| | | | LUNA2_LOCKED | 0.006214317422000 | | | | | |
| | | | LUNC-PERP | -0.000000000094587 | | | | | |
| | | | MKR-PERP | 0.000000000000000 | | | | | |
| | | | PEOPLE-PERP | 0.000000000000000 | | | | | |
| | | | SOL-PERP | 0.000000000000000 | | | | | |
| | | | SRM | 26.370028790000000 | | | | | |
| | | | SRM_LOCKED | 104.487468010000000 | | | | | |
| | | | STETH | 0.008189229333333 | | | | | |
| | | | TRX | 3,525.366316000000000 | | | | | |
| | | | TRX-0930 | 0.000000000000000 | | | | | |
| | | | TRX-PERP | 0.000000000000000 | | | | | |
| | | | USD | 4,002,848.175953700700000 | | | | | |
| | | | USDT | 0.006016104061450 | | | | | |
| | | | USDT-PERP | 0.000000000000000 | | | | | |
| | | | USTC-PERP | 0.000000000000000 | | | | | |
| | | | WAVES-PERP | 0.000000000000000 | | | | | |
| | | | XMR-PERP | 0.000000000000000 | | | | | |
| | | | XRP-PERP | 0.000000000000000 | | | | | |
| | | | YFII-PERP | 0.000000000000000 | | | | | |

Reason: The Claimant has filed multiple proofs of claim and conducted a transfer of their earliest filed claim. The claim to be disallowed is substantively duplicative of the surviving and properly asserted claim filed by or transferred to the transferee.

| 80013 | Name on file | FTX Trading Ltd. | | Undetermined* | 42368* | Name on file | FTX Trading Ltd. | BTC | 0.000004888000000 |
| | | | | | | | | ETH | 0.000794550000000 |
| | | | | | | | | ETHW | 0.000794550000000 |
| | | | | | | | | FTT | 0.092980000000000 |
| | | | | | | | | SHIB | 32,477.000000000000000 |
| | | | | | | | | SRM | 20.385587460000000 |
| | | | | | | | | SRM_LOCKED | 17,043.614412540000000 |
| | | | | | | | | TRX | 0.000001000000000 |
| | | | | | | | | USD | 12,151,757.576241551000000 |
| | | | | | | | | USDT | 0.009604046567916 |

Reason: The Claimant has filed multiple proofs of claim and conducted a transfer of their earliest filed claim. The claim to be disallowed is substantively duplicative of the surviving and properly asserted claim filed by or transferred to the transferee.

| 53539 | Name on file | FTX Trading Ltd. | BTC | 0.000002720000000 | 36428* | Name on file | FTX Trading Ltd. | BTC | 0.000002720000000 |
| | | | USD | 103,813.000000000000000 | | | | USD | 103,813.630000000000000 |
| | | | USDT | 0.004058700000000 | | | | USDT | 0.004058700000000 |

Reason: The Claimant has filed multiple proofs of claim and conducted a transfer of their earliest filed claim. The claim to be disallowed is substantively duplicative of the surviving and properly asserted claim filed by or transferred to the transferee.

| 58860 | Name on file | FTX Trading Ltd. | 1INCH-PERP | 0.000000000000000 | 23791 | Name on file | FTX Trading Ltd. | 1INCH-PERP | 0.000000000000000 |
| | | | AAVE-PERP | 0.000000000000000 | | | | AAVE-PERP | 0.000000000000000 |
| | | | ALPHA-PERP | 0.000000000000000 | | | | ALPHA-PERP | 0.000000000000000 |
| | | | BAL-PERP | 0.000000000000000 | | | | BAL-PERP | 0.000000000000000 |
| | | | BCH | 0.075382681486297 | | | | BCH | 0.075382681486297 |
| | | | BTC | 0.585643680000000 | | | | BTC | 0.504601184552852 |
| | | | BTC-PERP | 0.000000000000000 | | | | BTC-PERP | 0.000000000000000 |
| | | | COMP-PERP | 0.000000000000000 | | | | COMP-PERP | 0.000000000000000 |
| | | | DYDX-PERP | 0.000000000000000 | | | | DYDX-PERP | 0.000000000000000 |
| | | | ENS-PERP | 0.000000000000000 | | | | ENS-PERP | 0.000000000000000 |
| | | | ETH | 1.001316660452561 | | | | ETH | 1.001316660452561 |
| | | | ETH-PERP | 0.000000000000000 | | | | ETH-PERP | 0.000000000000000 |
| | | | ETHW | 15.383000006150000 | | | | ETHW | 15.383000006150000 |
| | | | FTM-PERP | 0.000000000000000 | | | | FTM-PERP | 0.000000000000000 |
| | | | FTT | 500.497584310000000 | | | | FTT | 500.497584310000000 |
| | | | FTT-PERP | 0.000000000000000 | | | | FTT-PERP | 0.000000000000000 |
| | | | GMT-PERP | 0.000000000000000 | | | | GMT-PERP | 0.000000000000000 |
| | | | LINK | 2.067424771059683 | | | | LINK | 2.067424771059683 |
| | | | LTC | 0.081314103179363 | | | | LTC | 0.081314103179363 |
| | | | LTC-PERP | 0.000000000000000 | | | | LTC-PERP | 0.000000000000000 |
| | | | MKR-PERP | 0.000000000000000 | | | | MKR-PERP | 0.000000000000000 |
| | | | OP-PERP | 0.000000000000000 | | | | OP-PERP | 0.000000000000000 |
| | | | ROOK | 0.000239600000000 | | | | ROOK | 0.000239600000000 |
| | | | RUNE | 1,156.864805150467400 | | | | RUNE | 1,156.864805150467400 |
| | | | SOL | 0.068576963291897 | | | | SOL | 0.068576963291897 |
| | | | SRM | 11.667392510000000 | | | | SRM | 11.667392510000000 |
| | | | SRM_LOCKED | 123.858444230000000 | | | | SRM_LOCKED | 123.858444230000000 |
| | | | SRM-PERP | 0.000000000000000 | | | | SRM-PERP | 0.000000000000000 |
| | | | SUSHI-PERP | 0.000000000000000 | | | | SUSHI-PERP | 0.000000000000000 |
| | | | TRX | 0.000010000000000 | | | | TRX | 0.000010000000000 |
| | | | UNI | 3.486149896087093 | | | | UNI | 3.486149896087093 |
| | | | UNI-PERP | 0.000000000000000 | | | | UNI-PERP | 0.000000000000000 |
| | | | USD | 173,677.827765799040000 | | | | USD | 173,677.827765799040000 |
| | | | USDT | 0.000000001459870 | | | | USDT | 0.000000001459870 |
| | | | XRP | 0.531920149292489 | | | | XRP | 0.531920149292489 |
| | | | XRP-PERP | 0.000000000000000 | | | | XRP-PERP | 0.000000000000000 |
| | | | YFI | 0.000000009525610 | | | | YFI | 0.000000009525610 |
| | | | YFI-PERP | 0.000000000000000 | | | | YFI-PERP | 0.000000000000000 |

Reason: The Claimant has filed multiple proofs of claim and conducted a transfer of their earliest filed claim. The claim to be disallowed is substantively duplicative of the surviving and properly asserted claim filed by or transferred to the transferee.

42368*: Surviving Claim included as the claim to be modified subject to the Debtors' Thirty-Second (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
36428*: Surviving Claim is also included as a Surviving Claim in the Debtors' Forty-First (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts