**FTX Trading Ltd. 22-11068 (JTD)**
**Fortieth Omnibus Claims Objection**
**Schedule 2 - Substantive Duplicate Claims**

| | Claims to be Disallowed | | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Date Filed | Claim Amount | Claim Number | Name | Debtor | Date Filed | Claim Amount |
| 80020 | Name on File | FTX Trading Ltd. | 09/18/2023 | Undetermined* | 89406* | Name on File | FTX Trading Ltd. | 12/04/2023 | 12,304,500.00* |
| Reason: Claim to be disallowed is substantively duplicative of claim 89406. | | | | | | | | | |
| 1305 | Name on File | FTX Trading Ltd. | 03/20/2023 | 600,000.00 | 2072* | Name on File | FTX Trading Ltd. | 06/09/2023 | 300,000.00 |
| Reason: Claim to be disallowed is substantively duplicative of claim 2072. | | | | | | | | | |
| 1388 | Name on File | FTX Trading Ltd. | 03/27/2023 | 321,049.72* | 1350* | Name on File | FTX Trading Ltd. | 03/27/2023 | 10,764,441.36* |
| Reason: Claim to be disallowed is substantively duplicative of claim 1350. | | | | | | | | | |
| 1372 | Name on File | FTX Trading Ltd. | 03/27/2023 | 604,551.04* | 1350* | Name on File | FTX Trading Ltd. | 03/27/2023 | 10,764,441.36* |
| Reason: Claim to be disallowed is substantively duplicative of claim 1350. | | | | | | | | | |
| 3732 | Name on File | FTX Trading Ltd. | 06/29/2023 | Undetermined* | 1915* | Name on File | FTX Trading Ltd. | 05/16/2023 | 750,000.00* |
| Reason: Claim to be disallowed is substantively duplicative of claim 1915. | | | | | | | | | |
| 2304 | Name on File | FTX Trading Ltd. | 05/29/2023 | Undetermined* | 1646* | Name on File | FTX Trading Ltd. | 04/17/2023 | 614,417.81 |
| Reason: Claim to be disallowed is substantively duplicative of claim 1646. | | | | | | | | | |
| 1914 | Name on File | FTX Trading Ltd. | 05/15/2023 | 12,314,145.52 | 1939* | Name on File | FTX Trading Ltd. | 05/18/2023 | 13,387,129.39 |
| Reason: Claim to be disallowed is substantively duplicative of claim 1939. | | | | | | | | | |
| 1094 | Name on File | FTX Crypto Services Ltd. | 03/06/2023 | 500,000.00 | 1091* | Name on File | FTX Hong Kong Ltd | 03/06/2023 | 500,000.00 |
| Reason: Claim to be disallowed is substantively duplicative of claim 1091. | | | | | | | | | |
| 1102 | Name on File | Alameda Research LLC | 03/06/2023 | 500,000.00 | 1091* | Name on File | FTX Hong Kong Ltd | 03/06/2023 | 500,000.00 |
| Reason: Claim to be disallowed is substantively duplicative of claim 1091. | | | | | | | | | |
| 1104 | Name on File | Alameda Research Holdings Inc. | 03/06/2023 | 500,000.00 | 1091* | Name on File | FTX Hong Kong Ltd | 03/06/2023 | 500,000.00 |
| Reason: Claim to be disallowed is substantively duplicative of claim 1091. | | | | | | | | | |
| 1105 | Name on File | FTX (Gibraltar) Ltd | 03/06/2023 | 500,000.00 | 1091* | Name on File | FTX Hong Kong Ltd | 03/06/2023 | 500,000.00 |
| Reason: Claim to be disallowed is substantively duplicative of claim 1091. | | | | | | | | | |
| 1107 | Name on File | Alameda Global Services Ltd. | 03/06/2023 | 500,000.00 | 1091* | Name on File | FTX Hong Kong Ltd | 03/06/2023 | 500,000.00 |
| Reason: Claim to be disallowed is substantively duplicative of claim 1091. | | | | | | | | | |
| 1109 | Name on File | FTX US Services, Inc. | 03/06/2023 | 500,000.00 | 1091* | Name on File | FTX Hong Kong Ltd | 03/06/2023 | 500,000.00 |
| Reason: Claim to be disallowed is substantively duplicative of claim 1091. | | | | | | | | | |
| 1112 | Name on File | Alameda Research (Bahamas) Ltd | 03/06/2023 | 500,000.00 | 1091* | Name on File | FTX Hong Kong Ltd | 03/06/2023 | 500,000.00 |
| Reason: Claim to be disallowed is substantively duplicative of claim 1091. | | | | | | | | | |
| 1122 | Name on File | FTX Property Holdings Ltd | 03/06/2023 | 500,000.00 | 1091* | Name on File | FTX Hong Kong Ltd | 03/06/2023 | 500,000.00 |
| Reason: Claim to be disallowed is substantively duplicative of claim 1091. | | | | | | | | | |
| 1124 | Name on File | Alameda Research Ltd | 03/06/2023 | 500,000.00 | 1091* | Name on File | FTX Hong Kong Ltd | 03/06/2023 | 500,000.00 |
| Reason: Claim to be disallowed is substantively duplicative of claim 1091. | | | | | | | | | |
| 1282 | Name on File | FTX Trading Ltd. | 03/20/2023 | 600,000.00 | 1286* | Name on File | FTX Trading Ltd. | 03/20/2023 | 2,400,000.00 |
| Reason: Claim to be disallowed is substantively duplicative of claim 1286. | | | | | | | | | |

89406*    Surviving Claim is pending modification on the Debtors' Twenty-Eighth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
2072*    Surviving Claim is pending modification on the Debtors' Twenty-Eighth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
1350*    Surviving Claim is pending modification on the Debtors' Twenty-Eighth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
1915*    Surviving Claim is pending modification on the Debtors' Twenty-Eighth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
1646*    Surviving Claim is pending modification on the Debtors' Twenty-Eighth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
1939*    Surviving Claim is pending modification on the Debtors' Twenty-Eighth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
1091*    Surviving Claim is pending modification on the Debtors' Twenty-Eighth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
1286*    Surviving Claim is pending modification on the Debtors' Twenty-Eighth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
*Indicates claim contains unliquidated and/or undetermined amounts