

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.,*<br><br>Debtors | Chapter 11<br><br>No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice

**Name of Transferor:**

▮

**Name and Current Address of Transferor:**

▮

Address on File

**Name of Transferee:**

507 Investment Fund LLC

**Name and Address where notices and payments to transferee should be sent:**

507 Investment Fund LLC
Thomas Braziel
tom@117partners.com
5 Greyhen Lane, Savannah, GA 31411

| Claim No. / Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Debtor Schedule No: 00273144<br>Claim No. 59973<br>Schedule No. 7459888 | ▮<br>Confirmation ID: 3265-70-OQNPF-205626060 | As described on schedule F | FTX Trading Ltd | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Thomas Braziel (Mar 1, 2024 10:35 GMT+1)*          Date: 1st March 2024

Transferee/Transferee's Agent



# EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, ▮▮▮▮ ("Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to 507 Investment Fund LLC ("Purchaser") all of Seller's right, title, and interest in and to its "claim" or "claims" (as defined in 11 U.S.C. § 101(5)) (the "Claim") scheduled by FTX Trading Ltd. and affiliated debtors (the "Debtor") in the amount of ▮▮▮▮ (Unique Customer Code is 00273144) in *In re FTX Trading Ltd.* (Case No. 22-11068) pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on September, 22, 2023.



**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.



FTX Trading Ltd. Amended Customer Claim Schedule

| 00273144 | AVAX-20211231[0], AVAX-PERP[0], BTC[0.00006677], BTC-0325[0], BTC-20210625[0], BTC-20210924[0], BTC-20211231[0], BTC-PERP[0], DOT-PERP[0], EOS-PERP[0], ETH[0.00035397], ETH-0325[0], ETH-20210625[0], ETH-PERP[0], ETHW[0.00035397], FTT[.007753], FTT-PERP[0], LINK-PERP[0], MATIC-PERP[0], MOB[0], RAY-PERP[0], SOL[.00658375], SOL-20211231[0], SOL-PERP[0], SRM[10.08116652], SRM_LOCKED[40.91883348], SRM-PERP[0], STX-PERP[0], UNI-PERP[0], USD[304771.36], USDT[0.00084278] | USD[299372.92] |

**KROLL**

## Creditor Data Details - Claim # 59973

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
09/22/2023

**Claim Number**
59973
**Schedule Number**
7459888
**Confirmation ID**
3265-70-OQNPF-205626060

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | BTC | ASSERTED | 0.0000667702540818 | 0.0000667702540818 |
| CRYPTO | BTC-PERP | ASSERTED | -0.0000000000000049 | -0.0000000000000049 |
| CRYPTO | DOT-PERP | ASSERTED | 0.0000000000004547 | 0.0000000000004547 |
| CRYPTO | ETH | ASSERTED | 0.00035397300534 | 0.00035397300534 |
| CRYPTO | ETH-PERP | ASSERTED | -0.0000000000001004 | -0.0000000000001004 |
| CRYPTO | ETHW | ASSERTED | 0.0003539754090799 | 0.0003539754090799 |
| CRYPTO | FTT | ASSERTED | 0.007753 | 0.007753 |
| CRYPTO | FTT-PERP | ASSERTED | 0.0000000000004547 | 0.0000000000004547 |
| CRYPTO | MOB | ASSERTED | 0.0000000063081442 | 0.0000000063081442 |
| CRYPTO | SOL | ASSERTED | 0.00658375 | 0.00658375 |
| CRYPTO | SOL-20211231 | ASSERTED | 0.0000000000000284 | 0.0000000000000284 |
| CRYPTO | SRM | ASSERTED | 10.08116652 | 10.08116652 |
| CRYPTO | SRM_LOCKED | ASSERTED | 40.91883348 | 40.91883348 |
| CRYPTO | USDT | ASSERTED | 0.0008427870786002 | 0.0008427870786002 |
| FIAT | USD | ASSERTED | 304771.3635676882 | 304771.3635676882 |
| FIAT | USD | LOANED | 299372.9221630000000000 | 299372.9221630000000000 |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All

 Open in new window