ETIENNE Eric, Jean
06 79 68 23 08
eric.etienne32@gmail.com

Strasbourg 3/07/2024.
2024 JUL 11 AM 8:52
CLERK
U.S. BANKRUPTCY COURT

In the United States Bankruptcy court for the district of delaware

FTX Trading LTD

CASE N° 22-11068 (JTD)

Debtors fiftieth (non substantive) Omnibus objection to certain claims filed against the incorrect debtor

ETIENNE Eric, Jean

Claim number : 91832

- This is my savings of several years and agree to rectify the name of the debtor following an error on my part due to ignorance.

Best regards. Eric

PAR AVION

IP   ***1,96 EU
LETTRE INTERNATIONALE

39375A-01  LA POSTE
04-07-24. FR  FRANCE

United state Bankruptcy Court
For The district of Delaware.
824 Market street, 3rd Floor
WILMINGTON, DELAWARE 19801

1980183024  USA

ETIENNE. Eric. Natureo. 3 Ave Des Tucs
40510 Seignosse France