**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>      Debtors. | ) Chapter 11<br>)<br>) Case No. 22-11068 (JTD)<br>)<br>) (Lead Case)<br>)<br>) (Jointly Administered)<br>)<br>) **RE: D.I. 19071**<br>) |

**CERTIFICATE OF NO OBJECTION REGARDING EMERGENT DEBTOR'S FOURTH MOTION FOR ENTRY OF AN ORDER EXTENDING THE EXCLUSIVE PERIODS DURING WHICH ONLY THE EMERGENT DEBTOR MAY FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF**

  Jody C. Barillare, as counsel to Emergent Fidelity Technologies Ltd, as debtor and debtor-in-possession (the "Emergent Debtor"), hereby certifies as follows:[2]

  1. On June 26, 2024, the Emergent Debtor moved for entry of an order further extending (a) the exclusive period to file a chapter 11 plan (the "Exclusive Filing Period") from June 27, 2024 for an additional 37 days through and including August 3, 2024, and (b) the exclusive period to solicit acceptances of a chapter 11 plan (the "Exclusive Solicitation Period" and, together with the Exclusive Filing Period, the "Exclusive Periods") from August 26, 2024 for an additional 39 days through and including October 3, 2024 (the "Motion") [D.I. 19071].

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion (as defined below).

2. The Emergent Debtor attached a notice form to the Motion, setting forth July 10, 2024 at 5:00 p.m. (ET) as the deadline for filing a response to the Motion (the "Objection Deadline") and July 17, 2024 at 1:00 p.m. (ET) as the hearing date (the "Notice Form") [D.I. 19071].

3. The Emergent Debtor served the Notice Form, the Motion, and the exhibit(s) thereto as reflected in the certificate of service annexed to the Motion at D.I. 19071.

4. As of the filing of this certificate, more than twenty-four (24) hours have elapsed since the Objection Deadline, and to the best of the knowledge of the undersigned counsel, no responsive pleading or objection has been filed with the Court on the docket of the above-captioned chapter 11 cases or the chapter 11 case of the Emergent Debtor, or served upon the Emergent Debtor or its counsel.

5. Accordingly, the Emergent Debtor respectfully requests entry of the Proposed Order attached to the Motion and attached hereto as **Exhibit A**.

[*Signature page to follow*]

| | |
|---|---|
| Dated: July 11, 2024<br>Wilmington, DE | **MORGAN, LEWIS & BOCKIUS LLP**<br><br>*/s/ Jody C. Barillare*<br>Jody C. Barillare (Bar No. 5107)<br>1201 N. Market Street, Suite 2201<br>Wilmington, DE 19801<br>Telephone: (302) 574-3000<br>Email: jody.barillare@morganlewis.com<br><br>- and -<br><br>John C. Goodchild, III (admitted *pro hac vice*)<br>Matthew C. Ziegler (admitted *pro hac vice*)<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 963-5000<br>Email: john.goodchild@morganlewis.com<br>Email: matthew.ziegler@morganlewis.com<br><br>- and -<br><br>Craig A. Wolfe (admitted *pro hac vice*)<br>Joshua Dorchak (admitted *pro hac vice*)<br>David K. Shim (admitted *pro hac vice*)<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 309-6000<br>Email: craig.wolfe@morganlewis.com<br>Email: joshua.dorchak@morganlewis.com<br>Email: david.shim@morganlewis.com<br><br>*Counsel for Emergent Fidelity Technologies Ltd as Debtor and Debtor-in-Possession* |