## **CERTIFICATE OF SERVICE**

      I, Jody C. Barillare, hereby certify that on July 11, 2024, I caused to be served copies of the *Certificate of No Objection Regarding Emergent Debtor's Fourth Motion for Entry of an Order Extending the Exclusive Periods During Which Only the Emergent Debtor May File a Chapter 11 Plan and Solicit Acceptances Thereof* to all parties consenting to service through the Court's CM/ECF system.

| | |
|---|---|
| Dated: July 11, 2024<br>Wilmington, DE | **MORGAN, LEWIS & BOCKIUS LLP**<br><br>/s/ *Jody C. Barillare*<br>Jody C. Barillare (Bar No. 5107)<br>1201 N. Market Street, Suite 2201<br>Wilmington, DE 19801<br>Telephone: (302) 574-3000<br>Email: jody.barillare@morganlewis.com |