UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: FTX TRADING LTD., et al.<br><br>Debtors | Chapter 11<br><br>Case No. Case No. 22-11068<br><br>(Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Diameter Master Fund LP | RIVER CANYON TOTAL RETURN BOND FUND |
|---|---|
| Transferor | Transferee |
| c/o Diameter Capital Partners LP<br>55 Hudson Yards, Suite 29B<br>New York, NY 10001<br>Attn: Sam Kim and Harsh Kondapalli<br>Tel: 1.212.655.9512<br>Email: skim@diametercap.com;<br>hkondapalli@diameter.com | c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Attn: James Pagnam and Legal<br>Email: jpagnam@canyonpartners.com;<br>legal@canyonpartners.com |

| Claim(s) | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| | FTX Trading Ltd. | 22-11068 | Customer Code: n/a<br><br>Kroll Schedule No.: 5258247<br><br>Claim No.: 4181<br><br>Confirmation No.: 3265-69-LTOVO-542560921 | 12.00% of the secured portion of Claim |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *James Pagnam* (DocuSigned)   Date: July 11, 2024

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:

Clerk of the Court

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO:         U.S. Bankruptcy Court for the
            District of Delaware ("Bankruptcy Court")

AND:        FTX Trading Ltd. ("Debtor")
            Case No. 22-11068 (JTD) ("Case")

Proof of Claim No. 4181 (the "Proof of Claim") – SECURED PORTION
Schedule No. 5258247 (the "Schedule")
Claim Confirmation ID: 3265-69-LTOVO-542560921 ("CCID")
Unique Customer Code:  n/a ("Customer Code")

**Diameter Master Fund LP** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**RIVER CANYON TOTAL RETURN BOND FUND**
c/o Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11 FL
Los Angeles, CA 90067
Email: Jpagnam@canyonpartners.com; Legal@canyonpartners.com

its successors and assigns ("Buyer"), an undivided 12.00% interest in Seller's rights, title and interest in and to (a) the Proof of Claim and the CCCID (collectively "the Claim") against the Debtor in the Case; (b) the Seller's claim as evidenced by the Claim; (c) all amounts listed on the Schedule; and (d) all amounts with respect to the Customer Code (such 12.00% interest in (a)-(d), collectively,  the "Assigned Claim"). **THE ASSIGNED CLAIM IS 12.00% OF THE PROOF OF CLAIM, THE SCHEDULE, THE CCCID AND ALL AMOUNTS UNDER THE CUSTOMER CODE.**

Seller hereby waives: (a) any objection to the transfer of the Assigned Claim to Buyer on the books and records of Debtor and the Bankruptcy Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Assigned Claim to Buyer and recognizing Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Partial Evidence of Transfer of Claim by their duly authorized representative dated July 9, 2024.


**Diameter Master Fund LP**
By: Diameter Capital Partners LP, solely as its
investment manager

By:_____

Name: Shailini Rao
Title: Co-Chief Operating Officer & General Counsel


**RIVER CANYON TOTAL RETURN BOND FUND**

By: _____ l Management LLC, as Investment Manager

By: _____
Name: James Pagnam
Title: Authorized Signatory