IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Ref. No. 19795** |

### THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINDER TO THE DEBTORS' OBJECTION TO PROOFS OF CLAIM FILED BY CELSIUS NETWORK LLC AND ITS AFFILIATED DEBTORS

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through its undersigned counsel, hereby submits this joinder (this "Joinder") to the *Debtors' Objection to Proofs of Claim Filed by Celsius Network LLC and its Affiliated Debtors* [Docket No. 19795] (the "Objection")[2] to the Celsius Proofs of Claim and in support hereof, respectfully states as follows:

### JOINDER

1. The Committee respectfully supports and joins in the Objection to the Celsius Proofs of Claim and incorporates the Objection as if fully set forth herein.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification number is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Objection.

2. Nothing contained herein shall constitute a waiver of any rights or remedies of the Committee, including, without limitation, the right to: (i) amend, modify, or supplement this Joinder, or (ii) raise any other additional arguments at a later date.

**WHEREFORE** the Committee respectfully requests that the Court disallow and expunge the Celsius Proofs of Claim and grant such other and further relief as the Court finds just and appropriate.

| | |
|---|---|
| Dated: July 12, 2024<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Robert F. Poppiti, Jr.*<br>Matthew B. Lunn (No. 4119)<br>Robert F. Poppiti, Jr. (No. 5052)<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mlunn@ycst.com<br>         rpoppiti@ycst.com<br><br>-and-<br><br>PAUL HASTINGS LLP<br>Kristopher M. Hansen*<br>Kenneth Pasquale*<br>Isaac S. Sasson*<br>John F. Iaffaldano*<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6000<br>Facsimile: (212) 319-4090<br>Email: krishansen@paulhastings.com<br>         kenpasquale@paulhastings.com<br>         isaacsasson@paulhastings.com<br>         jackiaffaldano@paulhastings.com<br><br>*\*Admitted pro hac vice*<br><br>*Counsel to the Official Committee of Unsecured Creditors* |