## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| In re: FTX TRADING LTD., *et al.*[1] <br><br> Debtors | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br><br> (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF DOCUMENT

PLEASE TAKE NOTICE that, Canyon Balanced Master Fund, Ltd. hereby withdraws the *Notice of Transfer of Claim Other than for Security* [D.I. 20098] (the "Notice") which was filed in error on July 11, 2024. A corrected version of the Notice has been filed at [D.I. 20113].

Dated: July 12, 2024

Respectfully submitted,

*/s/ Thomas S. Kessler*

Thomas S. Kessler[2]
tkessler@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999

*Attorney for Canyon Balanced Master Fund, Ltd.*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Out-of-state counsel appearing pursuant to Local Rule 9010-1(e)(iii).