**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br>FTX TRADING LTD., *et al.*,[1]<br>Debtors. | Chapter 11<br>Case No. 22-11068 (JTD)<br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned chapter 11 cases as counsel to Eden Protocol Limited pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), request that all notices given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below at the following addresses:

**COLE SCHOTZ P.C**
Melissa M. Hartlipp, Esq.
500 Delaware Avenue, Ste. 1410
Wilmington, Delaware 19801
Tel: (302) 651.2011
mhartlipp@coleschotz.com

-and-

Jacob S. Frumkin, Esq.
Court Plaza North
25 Main Street
Hackensack, NJ 07601
Tel: (201) 489-3000
jfrumkin@coleschotz.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, all orders, applications,

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

64986/0003-48102796v1

motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, hand-delivery, telephone, facsimile transmission or otherwise, in these cases.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to, or triable in, these cases or any case, controversy or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

[*Remainder of page intentionally left blank*]

64986/0003-48102796v1

| | |
|---|---|
| Date: July 12, 2024 | **COLE SCHOTZ P.C.** |

                                      */s/ Melissa M. Hartlipp*
Melissa M. Hartlipp (No. 7063)
500 Delaware Avenue, Ste. 1410
Wilmington, Delaware 19801
Tel: (302) 651.2011
mhartlipp@coleschotz.com

-and-

Jacob S. Frumkin, Esq. (*pro hac vice* admission pending)
Court Plaza North
25 Main Street
Hackensack, NJ 07601
Tel: (201) 489-3000
jfrumkin@coleschotz.com

*Attorneys for Eden Protocol Limited*

3