**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission pro hac vice of Jacob S. Frumkin, Esquire of Cole Schotz P.C. to represent Eden Protocol Limited in the above-captioned cases.

Dated: July 12, 2024        */s/ Melissa M. Hartlipp*
                            Melissa M. Hartlipp (No. 7063)
                            COLE SCHOTZ P.C.
                            500 Delaware Avenue, Suite 1410
                            Wilmington, DE 19801
                            Telephone: 302-652-3131
                            mhartlipp@coleschotz.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New Jersey and New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: July 12, 2024        */s/ Jacob S. Frumkin*
                            **COLE SCHOTZ P.C.**
                            Jacob S. Frumkin, Esquire
                            25 Main Street
                            Hackensack, New Jersey 07601
                            Telephone: (646) 563-8944
                            jfrumkin@coleschotz.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

4450045