IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Fondation Serendipity et al v. FTX Trading Ltd. et al

| | | |
|---|---|---|
| Fondation Serendipity, Fondation Elements, Serendipity Network Ltd., Liquidity Network Ltd. | ) ) ) ) | Civil Action No. 1:24-cv-00806 (UNA) |
| Appellant, | ) ) | |
| v. | ) ) ) | Bankruptcy Case No. 22-11068 (JTD) Bankruptcy BAP No. 24-00042 |
| FTX Trading Ltd., Official Committee of Unsecured Creditors Appellee. | ) | |

## NOTICE OF DOCKETING

A Notice of Appeal of the following Order of the Bankruptcy Court dated 06/26/2024 was docketed in the District Court on 07/11/2024:

## MEMORANDUM OPINION AND ORDER

In accordance with the Standing Order of the Court dated July 19, 2023, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

                     Randall Lohan
                     Clerk of Court

Date: 07/11/2024
CC: U.S. Bankruptcy Court
    Counsel via CM/ECF