## EXHIBIT A

**Fees**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600  (302) 571-1253 FAX

TAX I.D. NO. 51-0082644

www.ycst.com

Writer's Direct Dial  Writer's E-Mail
(302) 571-6646  mlunn@ycst.com

| | |
|---|---|
| Official Committee of Unsecured Creditors | Invoice Date: June 21, 2024 |
| 200 Park Avenue | Invoice Number: 50052789 |
| New York, NY 10166 | Matter Number: 102750.1001 |

Re: FTX
    Billing Period through May 31, 2024

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 54,504.00 |
| Disbursements | $ | 1,179.05 |
| Total Due This Invoice | $ | 55,683.05 |

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors | Invoice Date: | June 21, 2024 |
| Billing Period through May 31, 2024 | Invoice Number: | 50052789 |
| | Matter Number: | 102750.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/01/24 | JMART | Review and evaluate incoming pleadings | B001 | 0.10 | 37.50 |
| 05/01/24 | RFPOP | Email from Chambers re: forthcoming examiner motion to seal examiner report | B001 | 0.10 | 98.50 |
| 05/02/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.40 | 150.00 |
| 05/07/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.30 | 115.50 |
| 05/08/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.20 | 75.00 |
| 05/08/24 | RFPOP | Email from Paul Hastings (Ken Pasquale) re: Wintermute resignation from committee | B001 | 0.10 | 98.50 |
| 05/10/24 | DLASK | Update critical dates | B001 | 0.40 | 154.00 |
| 05/10/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.30 | 112.50 |
| 05/14/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.30 | 112.50 |
| 05/15/24 | DLASK | Review docket, update critical dates | B001 | 0.40 | 154.00 |
| 05/16/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.20 | 75.00 |
| 05/16/24 | MLUNN | Review critical deadline memo | B001 | 0.10 | 111.00 |
| 05/17/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.20 | 75.00 |
| 05/22/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.40 | 150.00 |
| 05/23/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 77.00 |
| 05/23/24 | DLASK | Update critical dates | B001 | 0.40 | 154.00 |
| 05/23/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.30 | 112.50 |
| 05/24/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.20 | 75.00 |
| 05/24/24 | MLUNN | Review revised critical deadline memo | B001 | 0.10 | 111.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | June 21, 2024 |
| Billing Period through May 31, 2024 | | | Invoice Number: | | 50052789 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/28/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.20 | 75.00 |
| 05/29/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.40 | 150.00 |
| 05/30/24 | DLASK | Update critical dates | B001 | 0.20 | 77.00 |
| 05/30/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.50 | 187.50 |
| 05/30/24 | RFPOP | Review and analyze debtors motion to further extend deadline for filing complaint to determine debt dischargeability | B001 | 0.10 | 98.50 |
| 05/31/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.30 | 112.50 |
| 05/21/24 | DLASK | Assemble pleadings, prepare hearing binders | B002 | 0.50 | 192.50 |
| 05/21/24 | MLUNN | Review May 23rd agenda | B002 | 0.10 | 111.00 |
| 05/21/24 | RFPOP | Review and analyze pleadings going forward at May 23rd hearing in preparation for same | B002 | 1.90 | 1,871.50 |
| 05/21/24 | RFPOP | Review and analyze agenda for May 23rd hearing | B002 | 0.20 | 197.00 |
| 05/22/24 | MLUNN | Review amended agenda re: May 23rd hearing | B002 | 0.10 | 111.00 |
| 05/23/24 | RFPOP | Prepare for, including review debtors amended agenda (.6), and attend (1.9) omnibus hearing | B002 | 2.50 | 2,462.50 |
| 05/01/24 | RFPOP | Review and analyze Friedberg objection to debtors motion to approve collateral claim settlement agreement | B006 | 0.40 | 394.00 |
| 05/02/24 | RFPOP | Email from counsel for debtors (Brad Harsch) re: small estate claims settlements, and review and analyze summary from counsel for debtors re: same | B006 | 0.10 | 98.50 |
| 05/02/24 | RFPOP | Review and analyze debtors motion to approve stipulation with Ryan Salame re: satisfaction of restitution | B006 | 0.30 | 295.50 |
| 05/07/24 | RFPOP | Review and analyze de minimis asset sale notice for Digital Custody/Vault Trust sale | B006 | 0.20 | 197.00 |
| 05/10/24 | RFPOP | Review and analyze debtors notice of consummated small estate claims settlements in April 2024 | B006 | 0.10 | 98.50 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | June 21, 2024 |
| Billing Period through May 31, 2024 | | | Invoice Number: | | 50052789 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/13/24 | MLUNN | Review updated cash flow analysis | B006 | 0.20 | 222.00 |
| 05/13/24 | RFPOP | Review and execute joint debtors and committee motion to extend customer sealing deadline, and emails to and from Paul Hastings (Ken Pasquale and Jack Iaffaldano) and counsel for debtors (Brian Glueckstein) re: same | B006 | 0.40 | 394.00 |
| 05/13/24 | RFPOP | Review and analyze cash flow update from FTI, and email from FTI (Max Dawson) re: same | B006 | 0.20 | 197.00 |
| 05/14/24 | RFPOP | Review and analyze debtors notice of small estate claims settlements, and email from counsel for debtors (Brad Harsch) re: same | B006 | 0.20 | 197.00 |
| 05/16/24 | RFPOP | Review and analyze debtors motion to quash Daniel Friedberg discovery re: debtors collateral claim settlement agreement motion | B006 | 0.60 | 591.00 |
| 05/17/24 | RFPOP | Email from PWP (Emil Tu) re: de minimis asset sale offers for debtors venture portfolio | B006 | 0.10 | 98.50 |
| 05/21/24 | MLUNN | Review update on various sale issues topics | B006 | 0.20 | 222.00 |
| 05/21/24 | RFPOP | Email from Paul Hastings (Leonie Koch) re: debtors venture portfolio and chapter 11 plan issues | B006 | 0.10 | 98.50 |
| 05/22/24 | RFPOP | Review and analyze Friedberg objection to debtors motion to quash Friedberg discovery re: debtors collateral claim settlement agreement motion | B006 | 0.30 | 295.50 |
| 05/28/24 | RFPOP | Review and analyze debtors draft motion to approve settlement agreements with Gary Wang and Nishad Singh for Bahamas residences and related settlement agreements, and email from counsel for debtors (Stephanie Wheeler) re: same | B006 | 0.30 | 295.50 |
| 05/28/24 | RFPOP | Review and analyze debtors motion to approve satisfaction of intercompany payables owed by FTX Japan | B006 | 0.30 | 295.50 |
| 05/28/24 | RFPOP | Review and finalize for execution stipulation extending customer information sealing deadline, and emails to and from Paul Hastings (Ken Pasquale) and counsel for debtors (Kim Brown) re: same | B006 | 0.30 | 295.50 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | June 21, 2024 |
| Billing Period through May 31, 2024 | | | Invoice Number: | | 50052789 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/30/24 | RFPOP | Review and analyze debtors certification of counsel for stipulation extending customer information sealing deadline | B006 | 0.10 | 98.50 |
| 05/02/24 | MLUNN | Review objection of D. Friedberg to European sale settlement | B007 | 0.40 | 444.00 |
| 05/02/24 | MLUNN | Review updated claims report and status of claim reconciliation | B007 | 0.30 | 333.00 |
| 05/11/24 | RFPOP | Email to and from counsel for debtors re: debtors thirty first-forty second omnibus claims objections | B007 | 0.10 | 98.50 |
| 05/22/24 | RFPOP | Review and analyze draft revised proposed orders for debtors 24th, 25th, 26th, 28th and 29th omnibus claims objections (.6), and emails to and from Paul Hastings (Leonie Koch) and counsel for debtors (Nick Jenner) (.1) re: same | B007 | 0.70 | 689.50 |
| 05/22/24 | RFPOP | Review and analyze claims reconciliation update from FTI, and email from FTI (Max Dawson) re: same | B007 | 0.10 | 98.50 |
| 05/01/24 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks (.4), and review and analyze materials from Paul Hastings and Jefferies and emails from Paul Hastings (Jack Iaffaldano) and Jefferies (Lars Hultgren) (.4) re: same | B008 | 0.80 | 788.00 |
| 05/06/24 | MLUNN | Call with FTI, PH, Jefferies and R. Poppiti re: various case and plan issues | B008 | 0.20 | 222.00 |
| 05/06/24 | RFPOP | Call with M. Lunn and Paul Hastings, FTI and Jefferies teams in preparation for weekly committee call | B008 | 0.20 | 197.00 |
| 05/13/24 | MLUNN | Call with Jefferies, PH, FTI and R. Poppiti re: case updates and preparation for UCC meeting | B008 | 0.30 | 333.00 |
| 05/13/24 | RFPOP | Call with M. Lunn and Paul Hastings, FTI and Jefferies teams in preparation for weekly committee meeting | B008 | 0.20 | 197.00 |
| 05/15/24 | MLUNN | Review materials in preparation for call with UCC members (.5); update and strategy call with UCC members, PH, FTI, Jefferies and R. Poppiti (1.5) | B008 | 2.00 | 2,220.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | June 21, 2024 |
| Billing Period through May 31, 2024 | | | Invoice Number: | | 50052789 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/15/24 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks (1.5), and review materials from Paul Hastings and email from Paul Hastings (Leonie Loch) in preparation for same (.3) | B008 | 1.80 | 1,773.00 |
| 05/17/24 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams and committee re: chapter 11 plan issues | B008 | 0.50 | 492.50 |
| 05/20/24 | MLUNN | Call with PH, FTI and Jefferies re: various issues and preparations for meeting with UCC members | B008 | 0.40 | 444.00 |
| 05/20/24 | RFPOP | Call with M. Lunn and Paul Hastings, FTI and Jefferies teams in preparation for weekly committee meeting | B008 | 0.40 | 394.00 |
| 05/21/24 | RFPOP | Review and analyze materials from Paul Hastings and email from Paul Hastings (Leonie Koch) in preparation for weekly committee meeting | B008 | 0.20 | 197.00 |
| 05/22/24 | MLUNN | Review materials in preparation for UCC meeting (.3); meeting with UCC members, PH, FTI, Jefferies and R. Poppiti re: various case issues, including Disclosure Statement and plan (.4) | B008 | 0.70 | 777.00 |
| 05/22/24 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks | B008 | 0.40 | 394.00 |
| 05/28/24 | RFPOP | Call with Paul Hastings, FTI and Jefferies teams in preparation for weekly committee meeting | B008 | 0.30 | 295.50 |
| 05/29/24 | MLUNN | Review materials in preparation for call with UCC members (.3) and call with UCC members, PH, FTI, Jefferies and R. Poppiti (.7) | B008 | 1.00 | 1,110.00 |
| 05/29/24 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams and committee re: case update and strategy and upcoming deadlines and tasks | B008 | 0.70 | 689.50 |
| 05/14/24 | MLUNN | Review complaint against Center for Applied Rationality and related analysis | B011 | 0.30 | 333.00 |
| 05/14/24 | RFPOP | Review and analyze debtors adversary complaint against Center for Applied Rationality and Lightcone | B011 | 0.40 | 394.00 |
| 05/21/24 | DLASK | Review, update electronic adversary dockets | B011 | 0.60 | 231.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | June 21, 2024 |
| Billing Period through May 31, 2024 | | | Invoice Number: | | 50052789 |
| | | | Matter Number: | | 102750.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 05/01/24 | MLUNN | Review materials in preparation of meeting with UCC members (.3); attend update meeting with UCC members, PH, FTI, Jefferies and R. Poppiti (.4) | B012 | 0.70 | 777.00 |
| 05/02/24 | JKOCH | Research re: solicitation issues | B012 | 2.50 | 1,575.00 |
| 05/02/24 | MLUNN | Analyze plan issues in preparation for call (.3); and call with K. Pasquale, I. Sasson and R. Poppiti re: plan and solicitation issues and strategy (.9) | B012 | 1.20 | 1,332.00 |
| 05/02/24 | RFPOP | Review and analyze debtors notice of disclosure statement hearing | B012 | 0.10 | 98.50 |
| 05/02/24 | RFPOP | Call with M. Lunn and Paul Hastings (Ken Pasquale and Isaac Sasson) (.9) and emails to and from J. Kochenash and Isaac Sasson (.3) re: chapter 11 plan issues, and brief research and consider related issues (.3) re: same | B012 | 1.40 | 1,379.00 |
| 05/08/24 | RFPOP | Review and analyze debtors filed amended plan (1.3) and amended disclosure statement (1.6), and email from Paul Hastings (Jack Iaffaldano) (.1) re: same | B012 | 3.00 | 2,955.00 |
| 05/08/24 | RFPOP | Email from Paul Hastings (Ken Pasquale) re: chapter 11 plan governance issues | B012 | 0.10 | 98.50 |
| 05/09/24 | JKOCH | Review and edit FTI fee application | B012 | 0.40 | 252.00 |
| 05/10/24 | RFPOP | Review NuGenesis reply in support of motion to vacate order approving debtors coin estimation/valuation motion | B012 | 0.20 | 197.00 |
| 05/13/24 | MLUNN | Review portion of filed version of Disclosure Statement | B012 | 0.90 | 999.00 |
| 05/15/24 | RFPOP | Email from Paul Hastings (Isaac Sasson) re: plan and disclosure statement issues | B012 | 0.10 | 98.50 |
| 05/17/24 | MLUNN | Call with UCC members, PH, FTI, Jefferies and R. Poppiti re: plan issues and related strategy | B012 | 0.50 | 555.00 |
| 05/20/24 | MLUNN | Review draft plan settlement proposal | B012 | 0.30 | 333.00 |
| 05/20/24 | RFPOP | Review and analyze materials from Paul Hastings re: chapter 11 plan governance issues, and emails from Paul Hastings (Ken Pasquale and Isaac Sasson) re: same | B012 | 0.20 | 197.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | June 21, 2024 |
| Billing Period through May 31, 2024 | | | Invoice Number: | | 50052789 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/22/24 | MLUNN | Review debtors' response to plan settlement (.3); correspondence with K. Pasquale and R. Poppiti re: same (.1); call with R. Poppiti (.1) and call with R. Poppiti and K. Pasquale (.4) re: same | B012 | 0.90 | 999.00 |
| 05/22/24 | RFPOP | Call from M. Lunn (.1) and emails to and from (.1) and call with (.4) M. Lunn and Paul Hastings re: chapter 11 plan issues, and review and comment on materials from debtors (.3) re: same | B012 | 0.80 | 788.00 |
| 05/23/24 | RFPOP | Review and analyze debtors further amended plan and disclosure statement | B012 | 0.60 | 591.00 |
| 05/28/24 | MLUNN | Work with R. Poppiti re: plan issues | B012 | 0.20 | 222.00 |
| 05/28/24 | MLUNN | Correspondence with K. Pasquale and R. Poppiti re: plan issues | B012 | 0.30 | 333.00 |
| 05/28/24 | RFPOP | Meet with M. Lunn (.2) and emails to and from M. Lunn and Paul Hastings (Ken Pasquale) (.1) re: chapter 11 plan issues, and review and comment on draft proposed plan revision from counsel for debtors (.1) re: same | B012 | 0.40 | 394.00 |
| 05/29/24 | MLUNN | Review AHG and Debtors revisions to proposed settlement structure and review further revised settlement proposal | B012 | 0.50 | 555.00 |
| 05/29/24 | MLUNN | Work with R. Poppiti re: various plan issues and potential settlement with Debtors and AHG | B012 | 0.30 | 333.00 |
| 05/29/24 | RFPOP | Call with M. Lunn re: chapter 11 plan issues | B012 | 0.30 | 295.50 |
| 05/06/24 | MLUNN | Review fee examiner report | B017 | 0.20 | 222.00 |
| 05/06/24 | RFPOP | Emails to and from M. Lunn and email from counsel for fee examiner re: fee examiner confidential letter report re: YCST fifth interim fee application | B017 | 0.10 | 98.50 |
| 05/07/24 | MLUNN | Call with R. Poppiti re: responding to fee examiner issues and report | B017 | 0.60 | 666.00 |
| 05/07/24 | RFPOP | Call with M. Lunn re: fee examiner confidential letter report re: YCST fifth interim fee application (.6), and review and analyze report (.2) re: same | B017 | 0.80 | 788.00 |
| 05/09/24 | DLASK | Finalize for filing and coordinate service of FTI's fee application | B017 | 0.40 | 154.00 |
| 05/15/24 | DLASK | Draft certificates of no objection for fee applications of Young Conaway and Paul Hastings | B017 | 0.30 | 115.50 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | June 21, 2024 |
| Billing Period through May 31, 2024 | | | Invoice Number: | | 50052789 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/17/24 | DLASK | Finalize for filing, file certificates of no objection for fee applications of Young Conaway and Paul Hastings | B017 | 0.50 | 192.50 |
| 05/17/24 | JKOCH | Review CNOs for Paul Hastings and YCST fee applications (.2); email correspondence with co-counsel re: same (.1) | B017 | 0.30 | 189.00 |
| 05/21/24 | DLASK | File certificate of no objection for FTI's February fee application | B017 | 0.30 | 115.50 |
| 05/21/24 | MLUNN | Correspondence with R. Poppiti re: response to fee examiner | B017 | 0.30 | 333.00 |
| 05/21/24 | RFPOP | Review and analyze fee examiner confidential letter report re: YCST fifth interim fee application (.2), and emails to and from M. Lunn re: proposed resolution of report (.2) re: same | B017 | 0.40 | 394.00 |
| 05/22/24 | MLUNN | Draft response to 5th Interim Fee Report (.5) and work with R. Poppiti re: same (.1) | B017 | 0.60 | 666.00 |
| 05/22/24 | RFPOP | Emails to and from M. Lunn re: proposed resolution of fee examiner confidential letter report for YCST fifth interim fee application | B017 | 0.10 | 98.50 |
| 05/29/24 | MLUNN | Analysis of response from fee examiner and respond to same | B017 | 0.30 | 333.00 |
| 05/29/24 | RFPOP | Email from M. Lunn re: proposed resolution of fee examiner confidential letter report for YCST fifth interim fee application | B017 | 0.10 | 98.50 |
| 05/30/24 | JKOCH | Draft CNO for FTI fee application (.1); email correspondence with FTI re: same (.1) | B017 | 0.20 | 126.00 |
| 05/30/24 | MLUNN | Review fee examiner report | B017 | 0.30 | 333.00 |
| 05/30/24 | RFPOP | Review and analyze fee examiner report for interim hearing on YCST fifth interim fee application | B017 | 0.10 | 98.50 |
| 05/30/24 | RFPOP | Review and analyze debtors report of payments made during February-April 2024 to ordinary course professionals | B017 | 0.10 | 98.50 |
| 05/31/24 | JMART | Finalize for filing and coordinate service of Paul Hastings 17th monthly fee application | B017 | 0.40 | 150.00 |
| 05/08/24 | MLUNN | Confidentiality review of YCST April fee statement in preparation for submission | B018 | 0.50 | 555.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | June 21, 2024 |
| Billing Period through May 31, 2024 | | | Invoice Number: | | 50052789 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/10/24 | RFPOP | Review invoice for YCST April 2024 fee application re: confidentiality and local rule compliance | B018 | 0.20 | 197.00 |
| 05/14/24 | DLASK | Prepare April fee application | B018 | 0.70 | 269.50 |
| 05/21/24 | DLASK | Update cumulative fees and expenses chart | B018 | 0.30 | 115.50 |
| 05/23/24 | DLASK | Draft supplement to 6th interim fee application | B018 | 1.50 | 577.50 |
| 05/29/24 | DLASK | Update supplement to interim fee application | B018 | 0.70 | 269.50 |
| 05/30/24 | RFPOP | Review and comment on draft YCST April 2024 fee application, and emails to and from D. Laskin re: same | B018 | 0.20 | 197.00 |
| 05/31/24 | JMART | Finalize for filing and coordinate service of YCST 17th monthly fee application | B018 | 0.40 | 150.00 |
| 05/31/24 | RFPOP | Review and finalize for filing YCST April 2024 fee application, and email to and from D. Laskin re: same | B018 | 0.10 | 98.50 |
| 05/02/24 | MLUNN | Review motion of examiner re: request to increase budget | BNK016 | 0.10 | 111.00 |
| 05/02/24 | RFPOP | Review and analyze examiner motion to modify scope, cost and duration of investigation | BNK016 | 0.20 | 197.00 |
| 05/15/24 | RFPOP | Review and analyze media objection to examiner motion to file examiner report under seal | BNK016 | 0.30 | 295.50 |
| 05/16/24 | MLUNN | Review objection of Media Intervenors to sealing of examiner report | BNK016 | 0.10 | 111.00 |
| 05/21/24 | MLUNN | Review reply in support of sealing examiner report and correspondence with R. Poppiti re: examiner report | BNK016 | 0.20 | 222.00 |
| 05/22/24 | MLUNN | Review portion of examiner report | BNK016 | 0.70 | 777.00 |
| 05/24/24 | MLUNN | Continued review of Examiner Report | BNK016 | 2.20 | 2,442.00 |
| 05/24/24 | RFPOP | Review and analyze examiner report | BNK016 | 2.10 | 2,068.50 |
| | | | **Total** | **61.90** | **$54,504.00** |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | June 21, 2024 |
| Billing Period through May 31, 2024 | | | Invoice Number: | | 50052789 |
| | | | Matter Number: | | 102750.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| DLASK | Debbie Laskin | Paralegal | 7.70 | 385.00 | 2,964.50 |
| JKOCH | Jared W. Kochenash | Associate | 3.40 | 630.00 | 2,142.00 |
| JMART | Jorge L. Martinez | Paralegal | 4.80 | 375.00 | 1,800.00 |
| MLUNN | Matthew B. Lunn | Partner | 18.30 | 1,110.00 | 20,313.00 |
| RFPOP | Robert F. Poppiti | Partner | 27.70 | 985.00 | 27,284.50 |
| **Total** | | | **61.90** | | **$54,504.00** |

| | |
|---|---|
| Official Committee of Unsecured Creditors | Invoice Date: June 21, 2024 |
| Billing Period through May 31, 2024 | Invoice Number: 50052789 |
| | Matter Number: 102750.1001 |

**Task Summary**

**Task Code:B001**  **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.20 | 1,110.00 | 222.00 |
| Robert F. Poppiti | Partner | 0.30 | 985.00 | 295.50 |
| Debbie Laskin | Paralegal | 1.90 | 385.00 | 731.50 |
| Jorge L. Martinez | Paralegal | 4.00 | 375.00 | 1,500.00 |
| **Total** | | **6.40** | | **2,749.00** |

**Task Code:B002**  **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.20 | 1,110.00 | 222.00 |
| Robert F. Poppiti | Partner | 4.60 | 985.00 | 4,531.00 |
| Debbie Laskin | Paralegal | 0.50 | 385.00 | 192.50 |
| **Total** | | **5.30** | | **4,945.50** |

**Task Code:B006**  **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.40 | 1,110.00 | 444.00 |
| Robert F. Poppiti | Partner | 4.00 | 985.00 | 3,940.00 |
| **Total** | | **4.40** | | **4,384.00** |

**Task Code:B007**  **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.70 | 1,110.00 | 777.00 |
| Robert F. Poppiti | Partner | 0.90 | 985.00 | 886.50 |
| **Total** | | **1.60** | | **1,663.50** |

**Task Code:B008**  **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 4.60 | 1,110.00 | 5,106.00 |
| Robert F. Poppiti | Partner | 5.50 | 985.00 | 5,417.50 |
| **Total** | | **10.10** | | **10,523.50** |

**Task Code:B011**  **Other Adversary Proceedings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.30 | 1,110.00 | 333.00 |
| Robert F. Poppiti | Partner | 0.40 | 985.00 | 394.00 |
| Debbie Laskin | Paralegal | 0.60 | 385.00 | 231.00 |
| **Total** | | **1.30** | | **958.00** |

Official Committee of Unsecured Creditors          Invoice Date:        June 21, 2024
Billing Period through May 31, 2024                Invoice Number:         50052789
                                                   Matter Number:        102750.1001

**Task Code: B012**          **Plan and Disclosure Statement**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 5.80 | 1,110.00 | 6,438.00 |
| Robert F. Poppiti | Partner | 7.20 | 985.00 | 7,092.00 |
| Jared W. Kochenash | Associate | 2.90 | 630.00 | 1,827.00 |
| **Total** | | **15.90** | | **15,357.00** |

**Task Code: B017**          **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 2.30 | 1,110.00 | 2,553.00 |
| Robert F. Poppiti | Partner | 1.70 | 985.00 | 1,674.50 |
| Jared W. Kochenash | Associate | 0.50 | 630.00 | 315.00 |
| Debbie Laskin | Paralegal | 1.50 | 385.00 | 577.50 |
| Jorge L. Martinez | Paralegal | 0.40 | 375.00 | 150.00 |
| **Total** | | **6.40** | | **5,270.00** |

**Task Code: B018**          **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.50 | 1,110.00 | 555.00 |
| Robert F. Poppiti | Partner | 0.50 | 985.00 | 492.50 |
| Debbie Laskin | Paralegal | 3.20 | 385.00 | 1,232.00 |
| Jorge L. Martinez | Paralegal | 0.40 | 375.00 | 150.00 |
| **Total** | | **4.60** | | **2,429.50** |

**Task Code: BNK016**          **Examiner Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 3.30 | 1,110.00 | 3,663.00 |
| Robert F. Poppiti | Partner | 2.60 | 985.00 | 2,561.00 |
| **Total** | | **5.90** | | **6,224.00** |

# **EXHIBIT B**

**Expenses**

| | | | |
|---|---|---|---|
| Official Committee of Unsecured Creditors | | Invoice Date: | June 21, 2024 |
| Billing Period through May 31, 2024 | | Invoice Number: | 50052789 |
| | | Matter Number: | 102750.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 04/01/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/02/24 | Docket Retrieval / Search | 112.00 | 11.20 |
| 04/03/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/04/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/08/24 | Docket Retrieval / Search | 39.00 | 3.90 |
| 04/09/24 | Docket Retrieval / Search | 262.00 | 26.20 |
| 04/11/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/15/24 | Docket Retrieval / Search | 132.00 | 13.20 |
| 04/16/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/18/24 | Docket Retrieval / Search | 64.00 | 6.40 |
| 04/24/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/25/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/29/24 | Docket Retrieval / Search | 195.00 | 19.50 |
| 04/30/24 | Docket Retrieval / Search | 47.00 | 4.70 |
| 05/08/24 | Reproduction Charges | 183.00 | 18.30 |
| 05/09/24 | Reproduction Charges | 86.00 | 43.00 |
| 05/13/24 | Reproduction Charges | 24.00 | 2.40 |
| 05/21/24 | Reproduction Charges | 244.00 | 24.40 |
| 05/22/24 | Reproduction Charges | 6.00 | 0.60 |
| 05/23/24 | Reproduction Charges | 37.00 | 3.70 |
| 05/23/24 | Working Meals – Working lunch for co-counsel and YCST team in preparation for May 23 hearing (5 people) | 1.00 | 126.00 |
| 05/24/24 | Deposition/Transcript – Daily transcript 1st copy from 2/22/24 hearing in FTX (54 pages at $1.35 per page) | 1.00 | 72.90 |
| 05/24/24 | Deposition/Transcript – Reliable Wilmington - Deposition/Transcript Daily Transcript – 1st Copy from 3/20/24 hearing in FTX (230 pages @ 1.35 per page) | 1.00 | 310.50 |
| 05/24/24 | Deposition/Transcript - Reliable Wilmington - Deposition/Transcript Daily Transcript - 1st Copy from 3/25/24 Hearing in FTX (233 pages @ $1.35 per page) and Daily Transcript - 1st Copy from 3/26/24 Hearing in FTX (116 pages @ $1.35 per page) | 1.00 | 471.15 |
| | **Total** | | **$1,179.05** |

| | |
|---|---|
| Official Committee of Unsecured Creditors | Invoice Date:  June 21, 2024 |
| Billing Period through May 31, 2024 | Invoice Number:  50052789 |
| | Matter Number:  102750.1001 |

**Cost Summary**

| Description | Amount |
|---|---:|
| Deposition/Transcript | 854.55 |
| Docket Retrieval / Search | 106.10 |
| Reproduction Charges | 92.40 |
| Working Meals | 126.00 |
| **Total** | **$1,179.05** |