UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELWARE

| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors | Chapter 11<br><br>No. 22-11068 (JTD)<br>(Jointly Administered) |
|---|---|

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee
**Virgo Nightshade, L.L.C.**
Last Four Digits of Acct #: N/A

Name of Transferor
**Diameter Master Fund LP**
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:
c/o Crowell & Moring LLP
389 9th Ave, 44th Floor
New York, NY 10001
Attention: Timothy Lin
Email 1: tlin@crowell.com
Email 2: FTX@kingstreet.com

Address of Transferor:
c/o Diameter Capital Partners LP
55 Hudson Yards, Suite 29B
New York, NY 10001
Attn: Sam Kim

Case No.: 22-11068 et seq.

| Claim Information | Customer Code | Amount | Debtor |
|---|---|---|---|
| Confirmation ID: 3265-69-BEICU-822005607<br><br>Schedule Number: 5258418<br><br>Claim Number: 4052 – UNSECURED PORTION | Schedule F Customer Code N/A | 16.01% of Seller's Claim as described on Schedule F (see attached) and the Customer Claim Form | Alameda Research Ltd. |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: July 9, 2024
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Annex B

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO:   U.S. Bankruptcy Court for the
      District of Delaware ("Bankruptcy Court")

AND:  Alameda Research Ltd. ("Debtor")
      Case No. 22-11068 (JTD) ("Case")

Proof of Claim No. 4052 (the "Proof of Claim") – UNSECURED PORTION
Schedule No. 5258418 (the "Schedule")
Claim Confirmation ID: 3265-69-BEICU-822005607 ("CCID")
Unique Customer Code: N/A ("Customer Code")

**Diameter Master Fund LP** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Virgo Nightshade, L.L.C.

its successors and assigns ("Buyer"), an undivided 16.01% interest in Seller's rights, title and interest in and to (a) the Proof of Claim and the CCID (collectively "the Claim") against the Debtor in the Case; (b) the Seller's claim as evidenced by the Claim; (c) all amounts listed on the Schedule; and (d) all amounts with respect to the Customer Code (such 16.01% interest in (a)-(d), collectively, the "Assigned Claim"). **THE ASSIGNED CLAIM IS 16.01% OF THE PROOF OF CLAIM, THE SCHEDULE, THE CCID AND ALL AMOUNTS UNDER THE CUSTOMER CODE.**

Seller hereby waives: (a) any objection to the transfer of the Assigned Claim to Buyer on the books and records of Debtor and the Bankruptcy Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Assigned Claim to Buyer and recognizing Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Partial Evidence of Transfer of Claim by their duly authorized representative dated July 9, 2024.

**DIAMETER MASTER FUND LP**
By: Diameter Capital Partners LP, solely as its Investment manager

By: _____
Name: Shailini Rao
Title: Co-Chief Operating Officer & General Counsel

**VIRGO NIGHTSHADE, L.L.C.**

By: _____
Name: Timothy Lin
Title: Authorized Signatory