**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No: 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Hearing Date: September 12, 2024 at 1:00 p.m. (Eastern)** |

**AMENDED[2] NOTICE OF MOTION OF THE CELSIUS LITIGATION ADMINISTRATOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that, on June 5, 2024, Mohsin Meghji, as Litigation Administrator for Celsius Network LLC, (the "Celsius Litigation Administrator"), by and through undersigned counsel, filed with the United States Bankruptcy Court for the District of Delaware (the "Court") *The Celsius Litigation Administrator's Motion for Relief from the Automatic Stay* (the "Motion") [Docket No. 16815].

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief sought in the Motion will be held on September 12, 2024, at 1:00 p.m. (ET) before The Honorable John T. Dorsey, United States Bankruptcy Chief Judge for the District of Delaware, at the Court, 824 N. Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] **Amended to reschedule hearing date.**

Dated: July 12, 2024
      Wilmington, Delaware      **COLE SCHOTZ P.C.**

/s/ *Justin R. Alberto*
Justin R. Alberto (No. 5126)
Patrick J. Reilley (No. 4451)
Melissa M. Hartlipp (No. 7063)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email:  jalberto@coleschotz.com
       preilley@coleschotz.com
       mhartlipp@coleschotz.com

-and-
**PRYOR CASHMAN LLP**
Seth H. Lieberman, Esq. (admitted *pro hac vice*)
Richard Levy, Jr., Esq. (admitted *pro hac vice*)
Andrew S. Richmond, Esq. (admitted *pro hac vice*)
7 Times Square, 40th Floor
New York, New York 10036
Telephone: (212) 421-4100
Facsimile: (212) 326-0806
Email: slieberman@pryorcashman.com
      rlevy@pryorcashman.com
      arichmond@pryorcashman.com

*Counsel to the Celsius Litigation Administrator*