UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No: 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Hearing Date: September 12, 2024 at 1:00 p.m. (Eastern)** |

**AMENDED[2] NOTICE OF THE CELSIUS LITIGATION ADMINISTRATOR'S MOTION FOR ENTRY OF AN ORDER FOR AUTHORITY TO FILE UNDER SEAL THE TRANSFER SCHEDULES CONTAINING CONFIDENTIAL INFORMATION**

**PLEASE TAKE NOTICE** that on June 10, 2024, Mohsin Y. Meghji, as Litigation Administrator for Celsius Network LLC, (the "Celsius Litigation Administrator"), by and through undersigned counsel, filed the *Litigation Administrator's Motion for Entry of an Order for Authority to File Under Deal the Transfer Schedules Containing Confidential Information* (the "Motion") [Docket No. 17182] with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on September 12, 2024 at 1:00 p.m. ET before the Honorable Judge John T. Dorsey, United States Bankruptcy Chief Judge of the United States Bankruptcy Court for the District of Delaware, 5th Floor, Courtroom Number 5, 824 North Market Street, Wilmington, Delaware 19801.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] **Amended to reschedule hearing date.**

Dated: July 12, 2024
      Wilmington, Delaware      **COLE SCHOTZ P.C.**

/s/ *Justin R. Alberto*
_____
Justin R. Alberto (No. 5126)
Patrick J. Reilley (No. 4451)
Melissa M. Hartlipp (No. 7063)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email:  jalberto@coleschotz.com
         preilley@coleschotz.com
         mhartlipp@coleschotz.com

-and-
**PRYOR CASHMAN LLP**
Seth H. Lieberman, Esq. (admitted *pro hac vice*)
Richard Levy, Jr., Esq. (admitted *pro hac vice*)
Andrew S. Richmond, Esq. (admitted *pro hac vice*)
7 Times Square, 40th Floor
New York, New York 10036
Telephone: (212) 421-4100
Facsimile: (212) 326-0806
Email: slieberman@pryorcashman.com
       rlevy@pryorcashman.com
       arichmond@pryorcashman.com

*Counsel to the Celsius Litigation Administrator*