**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**



In re:

      FTX Trading Ltd., *et al.*

               Debtors

Chapter 11
Case No. 22-11068
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor

**[CONFIDENTIAL CREDITOR]**

Transferor's Address:

    [Address on File]

Name of Transferee

**FTX CLAIMS SPV LLC**

Transferee's address for notices and payment:

    475 Sansome St, Suite 730

    SanFrancisco, CA 94111

    Attn: Anh Le

    ftx@spvtrading.com

| Schedule/Claim No. | Creditor Name | % Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 37857<br>Confirmation ID: 3265-70-ERNNR-077310095<br>(submitted on or about 08/11/2023) | Name (Redacted) | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____

      DocuSigned by:

      *Anh Le*

      B33891B9E08C4E6...

Transferee / Transferee's Agent

Date: _____07/11/2024_____

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT A**

SCHEDULED CLAIM(S)/PROOF(S) OF CLAIM

**Excerpt from Schedule F:**

| 00486627 | 1INCH[0.465681950000000000],ALTBULL[0.0000000057333600],APT[0.1255408900000000],BTC[0.000958801777268],BULL[0.0009000000000000],CHR[0.7216550600000000],CONV[3.0797417400000000],DOGE[0.1926424200000000],DYDX[0.0859664300000000],ETH[0.0009174361428964],ETHBEAR[399000000.0000000000000000],ETHBULL[0.001000000000000],ETHE[0.2000000000000000],ETHW[0.0007073722558149],EUR[0.0000548071119194],FTT[0.059617093744813],GMT[1.0791080200000000],GRT[0.000000005130000],HGET[0.0000000025048200],LUNA2[2.3629119920000000],LUNA2_LOCKED[5.358729955000000],LUNC[514529.0550306800000000],NEAR[0.7139567600000000],RAY[16.2718429784877100],SHIB[0.0000000045581100],SLP[0.0000000044293800],SOL[0.2899695839296000],SRM[0.0173484921233189],SRM_LOCKED[0.0698147400000000],STEP[19.9245518722612488],TONCOIN[0.2796315300000000],TRU[0.0713172152894200],TRX[30.0000000000000000],USD[9210.78609387727092 37],USDT[0.0094299362839227] | |
|---|---|---|

**Excerpt from Amended Schedule F (2023):**

| 00486627 | Contingent | 1INCH[.46568195], 1INCH-PERP[0], ADA-PERP[0], ALGO-PERP[0], ALPHA-PERP[0], ALTBULL[0], APT[.12554089], AR-PERP[0], ASD-PERP[0], ATOM-PERP[0], AVAX-PERP[0], BAO-PERP[0], BNB-PERP[0], BNT-PERP[0], BTC[0.00009588], BTC-0325[0], BTC-0624[0], BTC-0930[0], BTC-1230[0], BTC-20210326[0], BTC-20210625[0], BTC-20210924[0], BTC-20211231[0], BTC-PERP[0], BTTPRE-PERP[0], BULL[.0009], CAKE-PERP[0], CHR[.72165506], CHZ-20210326[0], CHZ-PERP[0], CONV[3.07974174], CONV-PERP[0], CRV-PERP[0], DOGE[.19264242], DOGE-PERP[0], DOT-PERP[0], DYDX[.08596643], DYDX-PERP[0], ENJ-PERP[0], ETC-PERP[0], ETH[0.00091743], ETH-0325[0], ETH-1230[0], ETH-20210924[0], ETH-20211231[0], ETHBEAR[399000000], ETHBULL[.001], ETHE[.2], ETH-PERP[0], ETHW[0.00070737], EUR[0.00], FLM-PERP[0], FTT[0.05961709], GMT[1.07910802], GRT[0], HGET[0], KIN-PERP[0], LINK-PERP[0], LTC-PERP[0], LUNA2[2.36291199], LUNA2_LOCKED[5.35872995], LUNC[514529.05503068], LUNC-PERP[0], MATIC-PERP[0], NEAR[.71395676], RAY[16.27184297], RAY-PERP[0], REEF-PERP[0], SHIB[0], SLP[0], SOL[0.28996958], SOL-PERP[0], SPELL-PERP[0], SRM[0.01734849], SRM_LOCKED[.06981474], SRM-PERP[0], STEP[19.92455187], STEP-PERP[0], SUSHI-PERP[0], SXP-PERP[0], TONCOIN[.27963153], TRU[0.07131721], TRX[30], TRX-PERP[0], USD[9210.79], USDT[0.00942993], XLM-PERP[0] | Yes | |
|---|---|---|---|---|

**Excerpt from Amended Schedule F (2024):**

| 00486627 | | 1INCH[.46568195], 1INCH-PERP[0], ADA-PERP[0], ALGO-PERP[0], ALPHA-PERP[0], ALTBULL[0], APT[.12554089], AR-PERP[0], ASD-PERP[0], ATOM-PERP[0], AVAX-PERP[0], BAO-PERP[0], BNB-PERP[0], BNT-PERP[0], BTC[0.00009588], BTC-0325[0], BTC-0624[0], BTC-0930[0], BTC-1230[0], BTC-20210326[0], BTC-20210625[0], BTC-20210924[0], BTC-2021231[0], BTC-PERP[0], BTTPRE-PERP[0], BULL[.0009], CAKE-PERP[0], CHR[.72165506], CHZ-20210326[0], CHZ-PERP[0], CONV[3.07974174], CONV-PERP[0], CRV-PERP[0], DOGE[.19264242], DOGE-PERP[0], DOT-PERP[0], DYDX[.08596643], DYDX-PERP[0], ENJ-PERP[0], ETC-PERP[0], ETH[0.00091743], ETH-0325[0], ETH-1230[0], ETH-20210924[0], ETH-20211231[0], ETHBEAR[399000000], ETHBULL[.001], ETHE[.2], ETH-PERP[0], ETHW[0.00070737], EUR[0.00], FLM-PERP[0], FTT[0.05961709], GMT[1.07910802], GRT[0], HGET[0], KIN-PERP[0], LINK-PERP[0], LTC-PERP[0], LUNA2[2.36291199], LUNA2_LOCKED[5.35872995], LUNC[514529.05503068], LUNC-PERP[0], MATIC-PERP[0], NEAR[.71395676], RAY[16.27184297], RAY-PERP[0], REEF-PERP[0], SHIB[0], SLP[0], SOL[0.28996958], SOL-PERP[0], SPELL-PERP[0], SRM[0.01734849], SRM_LOCKED[.06981474], SRM-PERP[0], STEP[19.92455187], STEP-PERP[0], SUSHI-PERP[0], SXP-PERP[0], TONCOIN[.27963153], TRU[0.07131721], TRX[30], TRX-PERP[0], USD[9210.79], USDT[0.00942993], XLM-PERP[0] | Yes | |
|---|---|---|---|---|

**Excerpt from Kroll Website:**



**Creditor Data Details - Claim # 37857**

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Name on file | FTX Trading Ltd. | 37857 |
| Address on file | **Date Filed** | **Schedule Number** |
| | 08/11/2023 | 6842264 |
| | | **Confirmation ID** |
| | | 3265-70-ERNNR-077310095 |

**Claim Amounts**

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign