UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



| In re: | | Chapter 11 |
|---|---|---|
| | FTX Trading Ltd., *et al.* | Case No. 22-11068 |
| | Debtors | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor

**[CONFIDENTIAL CREDITOR]**

Name of Transferee

**FTX CLAIMS SPV LLC**

Transferor's Address:

[Address on File]

Transferee's address for notices and payment:

475 Sansome St, Suite 730

SanFrancisco, CA 94111

Attn: Anh Le

ftx@spvtrading.com

| Schedule/Claim No. | Creditor Name | % Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 13222<br>Confirmation ID: 3265-70-KVOSH-077301543<br>(submitted on or about 07/16/2023) | Name (Redacted) | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Anh Le* (DocuSigned, B33891B9E08C4E6...)    Date: 07/11/2024

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT A**

**SCHEDULED CLAIM(S)**

**Excerpt from Schedule F:**

| 00221775 | AVAX[0.0000000046756092],BNB[0.0000000050000000],BTC[0.0000000035480127],BUSD[10000.000000000000000],DAI[0.0000000100000000],ETH[-0.0000000001942437],FTT[0.0000000110854284],LUNC[0.0000000005933692],SOL[0.0000000139237749],SRM[10.1578527400000000],SRM_LOCKED[492.3035406500000000],STEP[0.0000000300000000],USD[6131.9667998895688896],USDC[20000.0000000000000000],USDT[0.0000000084338611], |

**Excerpt from Amended Schedule F (2023):**

| 00221775 | Contingent | AAVE-PERP[0], ADA-PERP[0], ALCX-PERP[0], ALGO-PERP[0], ALPHA-PERP[0], APE-PERP[0], AR-PERP[0], ATOM-PERP[0], AVAX[0], AVAX-PERP[0], AXS-PERP[0], BAL-PERP[0], BNB[0], BNB-PERP[0], BTC[0], BTC-MOVE-WK-20210723[0], BTC-PERP[0], CAKE-PERP[0], CHZ-PERP[0], COMP-PERP[0], CRV-PERP[0], DAI[.00000001], DEFI-PERP[0], DENT-PERP[0], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], ENJ-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[0], ETH-PERP[0], FIDA-PERP[0], FTM-PERP[0], FTT[0.00000001], FTT-PERP[0], FXS-PERP[0], GMT-PERP[0], HNT-PERP[0], HOLY-PERP[0], KAVA-PERP[0], KIN-PERP[0], KNC-PERP[0], KSM-PERP[0], LINK-PERP[0], LOOKS-PERP[0], LRC-PERP[0], LTC-PERP[0], LUNC[0], LUNC-PERP[0], MANA-PERP[0], MAPS-PERP[0], MATIC-PERP[0], MTA-PERP[0], NEAR-PERP[0], OMG-PERP[0], ONE-PERP[0], OP-PERP[0], OXY-PERP[0], RAY-PERP[0], RUNE-PERP[0], SAND-PERP[0], SOL[0.00000001], SOL-PERP[0], SRM[10.15785274], SRM_LOCKED[492.30354065], SRM-PERP[0], STEP[.00000003], STEP-PERP[0], SUSHI-PERP[0], SXP-PERP[0], THETA-PERP[0], TRX-PERP[0], UNI-PERP[0], USD[36131.97], USDT[0], XMR-PERP[0], XRP-PERP[0], XTZ-PERP[0], ZEC-PERP[0] | |

**Excerpt from Amended Schedule F (2024):**

| 00221775 | | AAVE-PERP[0], ADA-PERP[0], ALCX-PERP[0], ALGO-PERP[0], ALPHA-PERP[0], APE-PERP[0], AR-PERP[0], ATOM-PERP[0], AVAX[0], AVAX-PERP[0], AXS-PERP[0], BAL-PERP[0], BNB[0], BNB-PERP[0], BTC[0], BTC-MOVE-WK-20210723[0], BTC-PERP[0], CAKE-PERP[0], CHZ-PERP[0], COMP-PERP[0], CRV-PERP[0], DAI[.00000001], DEFI-PERP[0], DENT-PERP[0], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], ENJ-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[0], ETH-PERP[0], FIDA-PERP[0], FTM-PERP[0], FTT[0.00000001], FTT-PERP[0], FXS-PERP[0], GMT-PERP[0], HNT-PERP[0], HOLY-PERP[0], KAVA-PERP[0], KIN-PERP[0], KNC-PERP[0], KSM-PERP[0], LINK-PERP[0], LOOKS-PERP[0], LRC-PERP[0], LTC-PERP[0], LUNC[0], LUNC-PERP[0], MANA-PERP[0], MAPS-PERP[0], MATIC-PERP[0], MTA-PERP[0], NEAR-PERP[0], OMG-PERP[0], ONE-PERP[0], OP-PERP[0], OXY-PERP[0], RAY-PERP[0], RUNE-PERP[0], SAND-PERP[0], SOL[0.00000001], SOL-PERP[0], SRM[10.15785274], SRM_LOCKED[492.30354065], SRM-PERP[0], STEP[.00000003], STEP-PERP[0], SUSHI-PERP[0], SXP-PERP[0], THETA-PERP[0], TRX-PERP[0], UNI-PERP[0], USD[36131.97], USDT[0], XMR-PERP[0], XRP-PERP[0], XTZ-PERP[0], ZEC-PERP[0] | |

**Excerpt from Kroll Website:**



## Creditor Data Details - Claim # 13222

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
07/16/2023

**Claim Number**
13222

**Schedule Number**
7458902

**Confirmation ID**
3265-70-KVOSH-077301543

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign