# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
FTX Trading Ltd.

**Case No.:** 22−11068−JTD

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Date: 7/10/24
(VAN−440)

United States Bankruptcy Court
District of Delaware

In re:                                                        Case No. 22-11068-JTD
FTX Trading Ltd.                                              Chapter 11
Robert J. Cleary
   Debtors

# CERTIFICATE OF NOTICE

District/off: 0311-1                  User: admin                        Page 1 of 69
Date Rcvd: Jul 10, 2024               Form ID: van440                    Total Noticed: 10

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Aaron S. Applebaum, DLA Piper LLP (US), 1201 North Market Street, Suite 2100, Wilmington, DE 19801-1165 |
| aty | + | Adam G. Landis, Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801-3033 |
| aty | + | David Gerardi, Office of the United States Trustee, One Newark Center, 1085 Raymond Boulevard, Suite 2100 Newark, NJ 07102-5218 |
| aty | + | Dennis O'Donnell, DLA Piper LLP (US), 1251 Avenue of the Americas, 27th Floor, New York, NY 10020-1104 |
| aty | + | Jonathan Lipshie, DOJ-Ust, 844 N. King Street, Ste 2207, Wilmington, DE 19801-3519 |
| aty | + | Kimberly A. Brown, Landis Rath & Cobb LLP, 919 N. Market Street, Suite 1800, PO Box 2087 Wilmington, DE 19899-2087 |
| aty | + | Linda Richenderfer, Office of the US Trustee, US Trustee's Office, 844 King Street, Suite 2207, Wilmington, DE 19801-3519 |
| aty | + | Matthew R Pierce, Landis Rath & Cobb LLP, P.O. Box 2087, 919 Market Street, Suite 1800, Wilmington, DE 19801-3033 |
| 18512651 | + | Redacted / On File, Ropes & Gray LLP, Prudential Tower, 800 Boylston Street, Boston, MA 02199, Attention: Patricia Chen 02199-3600 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Jul 10 2024 19:51:00 | Joseph James McMahon, Jr., United States Department of Justice, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox #35, Wilmington, DE 19801-3519 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 12, 2024                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron R. Cahn | on behalf of Creditor Pi 1.0 LP cahn@clm.com  trivigno@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Aaron R. Cahn | on behalf of Creditor Pi-Crypto Ltd. cahn@clm.com  trivigno@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Aaron R. Cahn | on behalf of Creditor Cohen K Investments  Ltd. cahn@clm.com, trivigno@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Aaron S. Applebaum | on behalf of Creditor Maps Vault Limited aaron.applebaum@us.dlapiper.com carolyn.fox@us.dlapiper.com;DLAPiper@ecfxmail.com |
| Aaron S. Applebaum | on behalf of Interested Party Oxygen Vault Ltd. aaron.applebaum@us.dlapiper.com carolyn.fox@us.dlapiper.com;DLAPiper@ecfxmail.com |
| Aaron S. Applebaum | on behalf of Interested Party Maps Vault Ltd. aaron.applebaum@us.dlapiper.com carolyn.fox@us.dlapiper.com;DLAPiper@ecfxmail.com |
| Abigail Rushing Ryan | on behalf of Interested Party Texas State Securities Board aryan@sneedvine.com |
| Abigail Rushing Ryan | on behalf of Interested Party Texas Dept. of Banking aryan@sneedvine.com |
| Adam G. Landis | on behalf of Debtor FTX Equity Record Holdings Ltd landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Blue Ridge Ltd landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Plaintiff Maclaurin Investments Ltd. landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Hannam Group Inc landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Ledger Holdings Inc. landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Mangrove Cay Ltd landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Verdant Canyon Capital LLC landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Blockfolio  Inc. landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Bancroft Way Ltd landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Debtor LedgerPrime Bitcoin Yield Enhancement Fund  LLC landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Good Luck Games  LLC landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Quoine Vietnam Co. Ltd landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Quoine India Pte Ltd landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | |

Adam G. Landis    on behalf of Debtor Allston Way Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis    on behalf of Debtor Euclid Way Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis    on behalf of Debtor Pioneer Street Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis    on behalf of Debtor North Dimension Inc landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis    on behalf of Debtor LedgerPrime LLC landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis    on behalf of Plaintiff West Realm Shires  Inc. landis@lrclaw.com,
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis    on behalf of Debtor FTX Hong Kong Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis    on behalf of Debtor Cedar Bay Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis    on behalf of Debtor GG Trading Terminal Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis    on behalf of Debtor FTX Lend Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis    on behalf of Debtor Crypto Bahamas LLC landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis    on behalf of Debtor FTX EMEA Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis    on behalf of Debtor FTX Europe AG landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis    on behalf of Debtor Hawaii Digital Assets Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis    on behalf of Debtor Alameda Aus Pty Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis    on behalf of Debtor FTX Marketplace  Inc. landis@lrclaw.com,
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis    on behalf of Debtor Cottonwood Technologies Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis    on behalf of Debtor Clifton Bay Investments Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis    on behalf of Debtor LT Baskets Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis    on behalf of Debtor FTX (Gibraltar) Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis    on behalf of Debtor FTX Switzerland GmbH landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Deck Technologies Holdings LLC landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Innovatia Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Deep Creek Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Digital Holdings (Singapore) Pte Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Atlantis Technology Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Research Pte Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX TURKEY TEKNOLOJI VE TICARET ANONIM SIRKET landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Trading GmbH landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Research Holdings Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor LedgerPrime Bitcoin Yield Enhancement Master Fund LP landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Strategy Ark Collective Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor West Realm Shires Services Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Ventures Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor LedgerPrime Digital Asset Opportunities Fund  LLC landis@lrclaw.com,
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Global Services Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor West Realm Shires Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor DAAG Trading  DMCC landis@lrclaw.com,
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Deck Technologies Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Maclaurin Investments Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Japan Holdings K.K. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda TR Systems S. de R. L. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Plaintiff West Realm Shires Services  Inc. landis@lrclaw.com,
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor West Realm Shires Financial Services Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Killarney Lake Investments Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Zubr Exchange Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Cardinal Ventures Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Plaintiff FTX Trading Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda TR Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Island Bay Ventures Inc landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Digital Assets LLC landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Digital Custody Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor SNG INVESTMENTS YATIRIM VE DANISMANLIK ANONIM SIRKETI landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Interested Party FTX Trading Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Paper Bird Inc landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Products (Singapore) Pte Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Property Holdings Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Analisya Pte Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor North Dimension Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Trading Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Research Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor LedgerPrime Digital Asset Opportunities Master Fund LP landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Japan K.K. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Liquid Securities Singapore Pte Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Services Solutions Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor North Wireless Dimension Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX US Services  Inc. landis@lrclaw.com,
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Cedar Grove Technology Services  Ltd. landis@lrclaw.com,
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Zuma Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Technology Services Bahamas Limited landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX EU Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Crypto Services Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Hive Empire Trading Pty Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Canada Inc landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Quoine Pte Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Japan Services KK landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Research LLC landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Research Yankari Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Goodman Investments Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Hilltop Technology Services LLC landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Plaintiff Alameda Research Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Cottonwood Grove Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Research (Bahamas) Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor West Innovative Barista Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX US Trading  Inc. landis@lrclaw.com,
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Exchange FZE landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Liquid Financial USA Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Research KK landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Certificates GmbH landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Global Compass Dynamics Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Western Concord Enterprises Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Structured Products AG landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Clifton Bay Investments LLC landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor LiquidEX LLC landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Plaintiff Alameda Research LLC landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor LedgerPrime Ventures  LP landis@lrclaw.com,
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam J. Goldberg

on behalf of Interested Party The Foreign Representatives of Three Arrows Capital  Ltd. (in liquidation) adam.goldberg@lw.com

Adam J. Goldberg

on behalf of Creditor Binance (Switzerland) AG adam.goldberg@lw.com

Adrien Herisse

pikrachou@gmail.com

Alexa J. Kranzley

on behalf of Debtor FTX Trading Ltd. kranzleya@sullcrom.com

Alexa J. Kranzley

on behalf of Interested Party FTX Trading Ltd. kranzleya@sullcrom.com

Alexa J. Kranzley

on behalf of Plaintiff West Realm Shires  Inc. kranzleya@sullcrom.com

Alexa J. Kranzley

on behalf of Plaintiff West Realm Shires Services  Inc. kranzleya@sullcrom.com

Alexa J. Kranzley

on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com kranzleya@sullcrom.com

Alexa J. Kranzley

on behalf of Plaintiff Alameda Research Ltd. kranzleya@sullcrom.com

Alexa J. Kranzley

on behalf of Plaintiff Alameda Research LLC kranzleya@sullcrom.com

Alexander R. Steiger

District/off: 0311-1
Date Rcvd: Jul 10, 2024
User: admin
Form ID: van440
Page 8 of 69
Total Noticed: 10

|  |  |
|---|---|
|  | on behalf of Defendant FTX Digital Markets Ltd steiger@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Alexander R. Steiger | on behalf of Defendant Peter Greaves steiger@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Alexander R. Steiger | on behalf of Defendant Brian C. Simms steiger@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Alexander R. Steiger | on behalf of Defendant Kevin G. Cambridge steiger@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Alexis R. Gambale | on behalf of Creditor Binance (Switzerland) AG agambale@pashmanstein.com |
| Amish R. Doshi | on behalf of Creditor Oracle America  Inc. amish@doshilegal.com |
| Amy Patterson | on behalf of Interested Party Georgia Department of Banking and Finance apatterson@law.ga.gov |
| Andrew Behlmann | on behalf of Creditor Liquidity Solutions Global Ltd. abehlmann@lowenstein.com |
| Andrew Richmond | on behalf of Interested Party Litigation Oversight Committee of Celsius Network LLC  et al., and Moshin Y. Meghji, solely in his capacity as the Litigation Administrator of Celsius Network LLC, et al. arichmond@pryorcashman.com |
| Andrew A. Jones | on behalf of Creditor Ceratosaurus Investors  L.L.C. andrew@ajoneslaw.com |
| Andrew G. Dietderich | on behalf of Interested Party FTX Trading Ltd. dietdericha@sullcrom.com |
| Andrew G. Dietderich | on behalf of Defendant Kevin G. Cambridge dietdericha@sullcrom.com |
| Andrew G. Dietderich | on behalf of Debtor FTX Trading Ltd. dietdericha@sullcrom.com |
| Andrew G. Dietderich | on behalf of Plaintiff West Realm Shires Services  Inc. dietdericha@sullcrom.com |
| Andrew G. Dietderich | on behalf of Interested Party Kevin G. Cambridge dietdericha@sullcrom.com |
| Andrew G. Dietderich | on behalf of Defendant Peter Greaves dietdericha@sullcrom.com |
| Andrew G. Dietderich | on behalf of Plaintiff Alameda Research LLC dietdericha@sullcrom.com |
| Andrew G. Dietderich | on behalf of Plaintiff West Realm Shires  Inc. dietdericha@sullcrom.com |
| Andrew G. Dietderich | on behalf of Interested Party Peter Greaves dietdericha@sullcrom.com |
| Andrew G. Dietderich | on behalf of Interested Party Brian C. Simms dietdericha@sullcrom.com |
| Andrew G. Dietderich | on behalf of Defendant Brian C. Simms dietdericha@sullcrom.com |
| Andrew G. Dietderich | on behalf of Plaintiff Alameda Research Ltd. dietdericha@sullcrom.com |
| Andrew G. Dietderich | on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com dietdericha@sullcrom.com |
| Andrew J. Entwistle | on behalf of Plaintiff Nicholas Marshall aentwistle@entwistle-law.com  efilings@entwistle-law.com |
| Andrew J. Entwistle | on behalf of Plaintiff Cedric Kees van Putten aentwistle@entwistle-law.com  efilings@entwistle-law.com |
| Andrew J. Entwistle | on behalf of Plaintiff Hamad Dar aentwistle@entwistle-law.com  efilings@entwistle-law.com |
| Andrew J. Entwistle | on behalf of Plaintiff Austin Onusz aentwistle@entwistle-law.com  efilings@entwistle-law.com |
| Andrew John Roth-Moore | on behalf of Creditor Lightspeed Strategic Partners I L.P. and Lightspeed Opportunity Fund  L.P. aroth-moore@coleschotz.com, |

pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Andrew L. Brown

on behalf of Defendant K5 GLOBAL TECHNOLOGY LLC abrown@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant K5 GLOBAL GROWTH FUND II LP abrown@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant SGN ALBANY LLC abrown@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant MBK CAPITAL LP SERIES T abrown@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant K5 GLOBAL HOLDINGS LLC abrown@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant K5 Global Growth Co-Invest I GP LLC abrown@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant MOUNT OLYMPUS CAPITAL LLC abrown@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant K5 GLOBAL GROWTH FUND I GP LLC abrown@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant K5 GLOBAL VENTURES LLC abrown@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant K5X FUND I LP abrown@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant BRYAN BAUM abrown@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant K5X FUND I LLC abrown@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant K5 GLOBAL GROWTH FUND II GP LLC abrown@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant MOUNT OLYMPUS CAPITAL LP abrown@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant MICHAEL KIVES abrown@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Anh Nguyen

on behalf of Creditor Cloudflare  Inc. anh.nguyen@lewisbrisbois.com

Ann M. Kashishian

on behalf of Interested Party Braden Leach ann.kashishian@lewisbrisbois.com

Ann M. Kashishian

on behalf of Interested Party Cavendish Labs Co. ann.kashishian@lewisbrisbois.com

Ann M. Kashishian

on behalf of Interested Party Gabriel Recchia ann.kashishian@lewisbrisbois.com

Anthony Fraser Teale

me@teale.af

Anthony M. Saccullo

on behalf of Creditor Celsius Network LLC ams@saccullolegal.com

Aram Ordubegian

on behalf of Interested Party BH Trading Ltd. Aram.Ordubegian@afslaw.com  nicholas.marten@arentfox.com

District/off: 0311-1                                    User: admin                                    Page 10 of 69
Date Rcvd: Jul 10, 2024                                Form ID: van440                                Total Noticed: 10

Aram Ordubegian
on behalf of Interested Party Grant Kim Aram.Ordubegian@afslaw.com  nicholas.marten@arentfox.com

Aram Ordubegian
on behalf of Interested Party Peter Kim Aram.Ordubegian@afslaw.com  nicholas.marten@arentfox.com

Ari David Kunofsky
on behalf of Creditor United States of America on behalf of the Internal Revenue Service ari.d.kunofsky@usdoj.gov
eastern.taxcivil@usdoj.gov

Benjamin Finestone
on behalf of Debtor FTX Trading Ltd. benjaminfinestone@quinnemanuel.com

Benjamin Finestone
on behalf of Defendant Brian C. Simms benjaminfinestone@quinnemanuel.com

Benjamin Finestone
on behalf of Defendant Kevin G. Cambridge benjaminfinestone@quinnemanuel.com

Benjamin Finestone
on behalf of Defendant Peter Greaves benjaminfinestone@quinnemanuel.com

Benjamin A. Hackman
on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com benjamin.a.hackman@usdoj.gov

Benjamin A. Hackman
on behalf of U.S. Trustee U.S. Trustee benjamin.a.hackman@usdoj.gov

Benjamin Joseph Steele
on behalf of Claims Agent Kroll Restructuring Administration LLC ecf@primeclerk.com

Benjamin P. Chapple
on behalf of Creditor Liquidity Network Ltd bchapple@reedsmith.com

Benjamin P. Chapple
on behalf of Creditor Fondation Serendipity bchapple@reedsmith.com

Benjamin P. Chapple
on behalf of Creditor Serendipity Network Ltd. bchapple@reedsmith.com

Benjamin P. Chapple
on behalf of Creditor Fondation Elements bchapple@reedsmith.com

Brandon Batzel
on behalf of Interested Party Brian C. Simms bbatzel@orrick.com  bbatzel@ecf.courtdrive.com

Brandon Batzel
on behalf of Interested Party Peter Greaves bbatzel@orrick.com  bbatzel@ecf.courtdrive.com

Brandon Batzel
on behalf of Interested Party Kevin G. Cambridge bbatzel@orrick.com  bbatzel@ecf.courtdrive.com

Brendan Joseph Schlauch
on behalf of Interested Party Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation) schlauch@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch
on behalf of Interested Party Kevin G. Cambridge schlauch@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch
on behalf of Defendant Brian C. Simms schlauch@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch
on behalf of Interested Party Brian C. Simms schlauch@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch
on behalf of Defendant FTX Digital Markets Ltd schlauch@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch
on behalf of Defendant Kevin G. Cambridge schlauch@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch
on behalf of Defendant Peter Greaves schlauch@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch
on behalf of Interested Party Peter Greaves schlauch@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brent R. Cohen
on behalf of Defendant Tana Lawler bcohen@lewisroca.com

Brent R. Cohen
on behalf of Defendant Adam Boryenace bcohen@lewisroca.com

Brett S. Theisen
on behalf of Creditor Dr. Marcel Lotscher btheisen@gibbonslaw.com

Brian Loughnane
on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com brian.loughnane@morganlewis.com

Brian D. Glueckstein
on behalf of Plaintiff Alameda Research LLC gluecksteinb@sullcrom.com

Brian D. Glueckstein
on behalf of Defendant Peter Greaves gluecksteinb@sullcrom.com

Brian D. Glueckstein
on behalf of Interested Party Peter Greaves gluecksteinb@sullcrom.com

Brian D. Glueckstein
on behalf of Defendant Brian C. Simms gluecksteinb@sullcrom.com

Brian D. Glueckstein
on behalf of Plaintiff FTX Trading Ltd. gluecksteinb@sullcrom.com

Brian D. Glueckstein
on behalf of Interested Party Brian C. Simms gluecksteinb@sullcrom.com

Brian D. Glueckstein
on behalf of Interested Party Kevin G. Cambridge gluecksteinb@sullcrom.com

Brian D. Glueckstein
on behalf of Plaintiff West Realm Shires  Inc. gluecksteinb@sullcrom.com

Brian D. Glueckstein
on behalf of Plaintiff Maclaurin Investments Ltd. gluecksteinb@sullcrom.com

Brian D. Glueckstein
on behalf of Plaintiff West Realm Shires Services  Inc. gluecksteinb@sullcrom.com

Brian D. Glueckstein
on behalf of Plaintiff Alameda Research Ltd. gluecksteinb@sullcrom.com

Brian D. Glueckstein
on behalf of Debtor FTX Trading Ltd. gluecksteinb@sullcrom.com

Brian D. Glueckstein
on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com gluecksteinb@sullcrom.com

Brian D. Glueckstein
on behalf of Defendant Kevin G. Cambridge gluecksteinb@sullcrom.com

Brian D. Glueckstein
on behalf of Interested Party FTX Trading Ltd. gluecksteinb@sullcrom.com

Brian Sandlow Rosen
on behalf of Creditor Binance (Switzerland) AG brian.rosen@lw.com
brian-rosen-8701@ecf.pacerpro.com;Christopher.tarrant@lw.com

Carly Everhardt
on behalf of Defendant Alumni Ventures Group Embedded Trust carly.everhardt@klgates.com

Carly Everhardt
on behalf of Defendant Alumni Ventures Group - Embedded Financial Technologies Trust A carly.everhardt@klgates.com

Catherine C Lyons
on behalf of Interested Party Astronomer  Inc. clyons@wsgr.com

Christine McCabe
on behalf of Creditor Svalbard Holdings Limited cmccabe@rosenpc.com  dehney.christinem.r81087@notify.bestcase.com

Christopher Viceconte
on behalf of Creditor Martha Lambrianou cviceconte@gibbonslaw.com  dseward@gibbonslaw.com;nmitchell@gibbonslaw.com

Christopher Viceconte
on behalf of Creditor Dr. Marcel Lotscher cviceconte@gibbonslaw.com  dseward@gibbonslaw.com;nmitchell@gibbonslaw.com

Christopher H Lee
on behalf of Interested Party Morgan & Morgan Claimants clee@forthepeople.com

Christopher K.S. Wong
on behalf of Interested Party Grant Kim christopher.wong@arentfox.com

Christopher K.S. Wong
on behalf of Interested Party BH Trading Ltd. christopher.wong@arentfox.com

Christopher K.S. Wong

on behalf of Interested Party Peter Kim christopher.wong@arentfox.com

Christopher M. Donnelly

on behalf of Defendant Genetic Networks LLC cdonnelly@morrisjames.com  ddepta@morrisjames.com;slisko@morrisjames.com

Christopher M. Samis

on behalf of Interested Party Kingdon Capital Ventures VII  LLC
lhuber@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com

Christopher M. Samis

on behalf of Interested Party Riva Ridge Capital Management LP
lhuber@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com

Christopher Page Simon

on behalf of Defendant GFC Global Founders Capital GMBH & Co. Beteiligungs KG Nr. 1 csimon@crosslaw.com
smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Defendant GFC Global Founders Capital GMBH csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Defendant Rocket Internet Capital Partners (Euro) II SCS csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Defendant Rocket Internet Capital Partners II SCS csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher S. Sontchi

on behalf of Mediator Hon. Christopher S. Sontchi (Ret) sontchi@sontchillc.com

Colin R. Robinson

on behalf of Interested Party D1 Ventures crobinson@pszjlaw.com

Colleen Restel

on behalf of Creditor Liquidity Solutions Global Ltd. crestel@lowenstein.com

Conor Barry Daly

on behalf of Interested Party Commodity Futures Trading Commission cdaly@cftc.gov  ogcecf@cftc.gov

Craig Rasile

on behalf of Creditor F9 Research Market Neutral Fund  LP crasile@winston.com

Cullen Drescher Speckhart

on behalf of Defendant James Nichols cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Dena Wever cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Peter T. Lawler Living Trust cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Justin Lovero cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Harland Group LLC cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant William Hockey Living Trust cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Carol H. Duggan Revocable Living Trust cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Cathexis Subsidiaries GP  LLC, Cathexis Ventures LP cspeckhart@cooley.com,
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Jonathan Duarte cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant John Dwyer cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Philippe Jabre cspeckhart@cooley.com

efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Michael Giles cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Aaron Frank cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant TriplePoint Venture Lending Fund  LLC cspeckhart@cooley.com,
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant The Gardner 2008 Living Trust cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Soma Capital Fund III Partners LLC SOMA Capital Fund  III, LP cspeckhart@cooley.com,
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Christopher Harper cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Silverstone Venture Investments Limited cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Joe Percoco cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant David Meents cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Stephen Harper cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant SWS Holding Company  LLC cspeckhart@cooley.com,
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Z Perret Trust cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Kiara Baudoin cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Motivate Ventures Motivate Ventures Fund I  LP cspeckhart@cooley.com,
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Matthew Lyon cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Joshua Allen Slate cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant AAVCF3 LP cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Thomas G. Miglis Revocable Trust cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Fund I  a series of 20VC, LP cspeckhart@cooley.com,
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Christopher Young cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Fund 1  a Series of Not Boring Capital, LP cspeckhart@cooley.com,
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Kick the Hive LLC cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Brandon Mann cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Brent Johnson cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Monique Saugstad cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant TriplePoint Ventures 5 LLC cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Jonathan Weiner cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Fairchild Fund III  LLC cspeckhart@cooley.com,
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Benjamin Londergan cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Kerr Investment Holdings Pty Ltd atf The Kerr Family Trust cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Michael Ferrari cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Operator Partners  LLC cspeckhart@cooley.com,
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant KV5 Pty Ltd a/t/f KV5 Trust cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant S20  a series of Chris Golda Investments, LP cspeckhart@cooley.com,
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant TriplePoint Private Venture Credit Inc. cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Motivate Ventures QP Fund I  LP cspeckhart@cooley.com,
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Derek Clark cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Clayton Gardner cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant EM Fund I  a series of Chris Golda Investments, LP cspeckhart@cooley.com,
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Paul Akhil cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant VentureSouq Capital SPC o/b/o VSQ SP 59 (YCS20) cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant PruVen Capital Partners Fund I LP cspeckhart@cooley.com,
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Yaselleraph Finance Pty Ltd atf Yaselleraph Finance Trust cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Daniel A. O'Brien

on behalf of Interested Party Digital Augean  LLC daobrien@venable.com

Daniel A. O'Brien

on behalf of Creditor Ad Hoc Committee of Customers and Creditors of FTX Trading Ltd. et al. daobrien@venable.com

Daniel A. O'Brien

on behalf of Interested Party OKC USA Holding Inc. daobrien@venable.com

Daniel A. O'Brien

on behalf of Interested Party Aux Cayes FinTech Co. Ltd. daobrien@venable.com

Daniel A. O'Brien

on behalf of Interested Party Okcoin USA  Inc. daobrien@venable.com

Daniel Alan Mason

on behalf of Defendant BCIP Venture Associates II  L.P. dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Correlation Ventures II  L.P. dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Samuel Jones dmason@paulweiss.com
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant YCC20  L.P. dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant BCIP Venture Associates II-B  L.P. dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Kamran Ansari dmason@paulweiss.com
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant LGF II  L.P. dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Warren Lowell Putnam & Brynn Jinnett Putnam  Tenants in Common dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Launchpad Capital Fund I LP dmason@paulweiss.com
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Acrew Capital Fund (A)  L.P. dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant TI Platform NLI Venture Limited II dmason@paulweiss.com
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Jonathan Christodoro dmason@paulweiss.com
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Liquid 2 Ventures Fund II  L.P. dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Acrew Capital MGP  LLC dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant BCV 2019-MD Primary  L.P. dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Fin VC Regatta I LP dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Transpose Platform Fintech Fund II L.P. dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Propel Venture Partners LLC dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant The 2016 Karkal Family Trust dmason@paulweiss.com
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant TI Platform Fund II LP dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Treasury Fund I LP dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Embed Shareholder Defendants dmason@paulweiss.com
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Homebrew Ventures III LP dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Y Combinator ES20 LLC dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Buckley Ventures GP LLC dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Bain Capital Venture Fund 2019 LP dmason@paulweiss.com
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Torch Capital II LP dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel B. Besikof

on behalf of Interested Party Edward Hing Yun Lee dbesikof@lowenstein.com

Daniel B. Butz

on behalf of Interested Party Steadview Capital Mauritius Limited dbutz@mnat.com
rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Daniel Michael Pereira

on behalf of Creditor Nathaniel Parke dpereira@stradley.com

Daniel N. Brogan

on behalf of Interested Party Terraform Labs PTE Ltd. dbrogan@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

David Shim

on behalf of Liquidator Joint Provisional Liquidators of Emergent Fidelity Technologies Ltd david.shim@morganlewis.com

David Shim

on behalf of Interested Party Emergent Fidelity Technologies Ltd. david.shim@morganlewis.com

David Shim

on behalf of Debtor Emergent Fidelity Technologies Ltd. david.shim@morganlewis.com

David M. Klauder

on behalf of Interested Party Nexxus Participation Vehicle III LLC dklauder@bk-legal.com DE17@ecfcbis.com

David M. Klauder

on behalf of Interested Party Auros Tech Limited dklauder@bk-legal.com DE17@ecfcbis.com

David M. Klauder

on behalf of Creditor Lavanda Sands L.L.C. dklauder@bk-legal.com, DE17@ecfcbis.com

David M. Klauder

on behalf of Creditor Fire Bouvardia L.L.C. dklauder@bk-legal.com, DE17@ecfcbis.com

David M. Klauder
                on behalf of Interested Party Lavanda Sands  L.L.C. dklauder@bk-legal.com, DE17@ecfcbis.com

David S Forsh
                on behalf of Creditor David Edwards dforsh@raineslaw.com

David S Forsh
                on behalf of Creditor Digital Eureka dforsh@raineslaw.com

David T Queroli
                on behalf of Interested Party Kevin G. Cambridge Queroli@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

David T Queroli
                on behalf of Interested Party Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation) Queroli@rlf.com
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

David T Queroli
                on behalf of Defendant Brian C. Simms Queroli@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

David T Queroli
                on behalf of Interested Party Brian C. Simms Queroli@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

David T Queroli
                on behalf of Defendant FTX Digital Markets Ltd Queroli@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

David T Queroli
                on behalf of Defendant Kevin G. Cambridge Queroli@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

David T Queroli
                on behalf of Interested Party Peter Greaves Queroli@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

David T Queroli
                on behalf of Defendant Peter Greaves Queroli@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

David V. Fontana
                on behalf of Interested Party Brandon Williams dfont@gebsmith.com

David V. Fontana
                on behalf of Defendant Brandon Williams dfont@gebsmith.com

Denise S Kraft
                on behalf of Plaintiff Amanda Houghton dkraft@hegh.law  rmarshall@hegh.law

Dennis A. Meloro
                on behalf of Interested Party DRQC LLC melorod@gtlaw.com
                bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Dennis A. Meloro
                on behalf of Interested Party Escaleras de Esperanza LLC melorod@gtlaw.com
                bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Dennis A. Meloro
                on behalf of Interested Party Pateno Payments  Inc. melorod@gtlaw.com,
                bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Derek C. Abbott
                on behalf of Interested Party BlockFi Inc. and affiliates dabbott@morrisnichols.com
                derek-abbott-1155@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rebecca-weidman-3
                578@ecf.pacerpro.com

Diego Benjamin Flores
                on behalf of Creditor Coleman S. Maher dflores@sflaw.com

Dominick Gattuso
                on behalf of Plaintiff Amanda Houghton dgattuso@hegh.law  rmarshall@hegh.law

Douglas Ellmann
                on behalf of Creditor Liam Ellmann dse@ellmannlaw.com

Douglas Schneller
                on behalf of Creditor StoneX Credit Trading Inc. douglas.schneller@rimonlaw.com

Douglas Schneller
                on behalf of Creditor Charter Group Holdings  LTD douglas.schneller@rimonlaw.com

Douglas Schneller
                on behalf of Creditor Contrarian Funds  LLC douglas.schneller@rimonlaw.com

Douglas Schneller
                on behalf of Creditor Philip Bonello douglas.schneller@rimonlaw.com

Douglas D. Herrmann
                on behalf of Creditor Daniel Friedberg wlbank@troutman.com Kristin.Wright@troutman.com,Monica.Molitor@troutman.com

Dov R. Kleiner

on behalf of Creditor 117 Partners LLC dkleiner@kkwc.com

Dov R. Kleiner

on behalf of Creditor Phoenix Digital LLC dkleiner@kkwc.com

Dov R. Kleiner

on behalf of Creditor 507 Investment Fund LLC dkleiner@kkwc.com

Dov R. Kleiner

on behalf of Creditor Arceau X  LLC dkleiner@kkwc.com

Dov R. Kleiner

on behalf of Creditor FTX Claims SPV LLC dkleiner@kkwc.com

Dov R. Kleiner

on behalf of Creditor Uluwatu Research LLC dkleiner@kkwc.com

Dov R. Kleiner

on behalf of Creditor Third Web Capital Management  LLC dkleiner@kkwc.com

Dov R. Kleiner

on behalf of Creditor Sameer Moolana dkleiner@kkwc.com

Dov R. Kleiner

on behalf of Creditor KB507 LLC dkleiner@kkwc.com

Dov R. Kleiner

on behalf of Creditor Oroboros FTX I LLC dkleiner@kkwc.com

Dov R. Kleiner

on behalf of Creditor Arceau 507 II LLC dkleiner@kkwc.com

Dov R. Kleiner

on behalf of Creditor Wireless Mouse I  LLC dkleiner@kkwc.com

Dov R. Kleiner

on behalf of Creditor 117 Partners Ltd dkleiner@kkwc.com

Edward A. Corma

on behalf of Creditor Sidar Sahin ecorma@pszjlaw.com

Edward J Leen

on behalf of Creditor Oaktree-Copley Investments  LLC eleen@mkbllp.com

Edward J Leen

on behalf of Creditor Oaktree Opportunities Fund XI Holdings (Cayman)  L.P. eleen@mkbllp.com

Edward J Leen

on behalf of Creditor Oaktree Phoenix Investment Fund  L.P. eleen@mkbllp.com

Edward J Leen

on behalf of Creditor Oaktree Value Opportunities Fund Holdings  L.P. eleen@mkbllp.com

Edward J Leen

on behalf of Creditor Opps CY Holdings  LLC eleen@mkbllp.com

Edward J Leen

on behalf of Creditor Boway Holdings  LLC eleen@mkbllp.com

Edward J Leen

on behalf of Creditor Oaktree London Liquid Value Opportunities Fund (VOF)  L.P. eleen@mkbllp.com

Elihu Ezekiel Allinson, III

on behalf of Creditor Claimant No. 65255 ZAllinson@SHA-LLC.com  ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elisabeth Michaelle Bruce

on behalf of Creditor United States of America on behalf of the Internal Revenue Service elisabeth.m.bruce@usdoj.gov
eastern.taxcivil@usdoj.gov

Elizabeth (Xi) Wang

on behalf of Defendant TI Platform NLI Venture Limited II ewang@paulweiss.com
virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Torch Capital II  LP ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant YCC20  L.P. ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Buckley Ventures GP  LLC ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Acrew Capital MGP  LLC ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Transpose Platform Fintech Fund II  L.P. ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant BCV 2019-MD Primary  L.P. ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Warren Lowell Putnam & Brynn Jinnett Putnam  Tenants in Common ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Embed Shareholder Defendants ewang@paulweiss.com virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Treasury Fund I  LP ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Acrew Capital Fund (A)  L.P. ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Kamran Ansari ewang@paulweiss.com  virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Homebrew Ventures III  LP ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Bain Capital Venture Fund 2019 LP ewang@paulweiss.com virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Liquid 2 Ventures Fund II  L.P. ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant BCIP Venture Associates II  L.P. ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Correlation Ventures II  L.P. ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Y Combinator ES20  LLC ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant BCIP Venture Associates II-B  L.P. ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant LGF II  L.P. ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Fin VC Regatta I  LP ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Samuel Jones ewang@paulweiss.com  virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Propel Venture Partners  LLC ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant TI Platform Fund II  LP ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Launchpad Capital Fund I LP ewang@paulweiss.com  virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Jonathan Christodoro ewang@paulweiss.com  virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant The 2016 Karkal Family Trust ewang@paulweiss.com virobinson@paulweiss.com;lcanty@paulweiss.com

Epiq Corporate Restructuring, LLC

sgarabato@epiqglobal.com

Eric D. Schwartz

on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com eschwartz@mnat.com rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com

Eric D. Schwartz
    on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com eschwartz@mnat.com
rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com

Eric J. Monzo
    on behalf of Defendant Lesley Burgess emonzo@morrisjames.com  ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo
    on behalf of Defendant 3Twelve Ventures Ltd. emonzo@morrisjames.com  ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo
    on behalf of Defendant Matthew Burgess emonzo@morrisjames.com  ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo
    on behalf of Defendant BDK Consulting Ltd. emonzo@morrisjames.com  ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo
    on behalf of Defendant Huy Xuan "Kevin" Nguyen emonzo@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo
    on behalf of Defendant Michael Burgess emonzo@morrisjames.com  ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo
    on behalf of Defendant Genetic Networks LLC emonzo@morrisjames.com  ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo
    on behalf of Defendant Jing Yu "Darren" Wong emonzo@morrisjames.com  ddepta@morrisjames.com;slisko@morrisjames.com

Eric M. Sutty
    on behalf of Creditor Miami-Dade County  Florida esutty@atllp.com, mmillis@atllp.com

Evelyn J. Meltzer
    on behalf of Interested Party Paradigm Operations LP Evelyn.Meltzer@troutman.com
wlbank@troutman.com;Monica.Molitor@troutman.com

Felicia Brownell
    on behalf of Interested Party Yumou Wei fbrownell@brownelllawgroup.com

Frank A. Merola
    on behalf of Creditor Committee Official Committee of Unsecured Creditors frankmerola@paulhastings.com

Frederick Brian Rosner
    on behalf of Interested Party Hain Capital Investors Master Fund  Ltd. rosner@teamrosner.com

Frederick Brian Rosner
    on behalf of Interested Party Phala Ltd. rosner@teamrosner.com

Frederick Brian Rosner
    on behalf of Creditor 507 Investment Fund LLC rosner@teamrosner.com

Gabrielle Albert
    on behalf of Creditor Island Air Capital and Paul F. Aranha galbert@kbkllp.com

Garvan F. McDaniel
    on behalf of Creditor 101 Second Street  Inc. gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Gary D. Bressler
    on behalf of Creditor Philadelphia Indemnity Insurance Company gbressler@mdmc-law.com  scarney@mdmc-law.com

Gaston P Loomis, II
    on behalf of Creditor New Jersey Bureau of Securities gloomis@mdmc-law.com  scarney@mdmc-law.com

Gaston P Loomis, II
    on behalf of Creditor Philadelphia Indemnity Insurance Company gloomis@mdmc-law.com  scarney@mdmc-law.com

George A Williams, III
    on behalf of Plaintiff Alameda Research Ltd. williams@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;rogers@lrclaw.com;ford@lrclaw.com

George A Williams, III
    on behalf of Plaintiff West Realm Shires Services  Inc. williams@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;rogers@lrclaw.com;ford@lrclaw.com

George A Williams, III
    on behalf of Plaintiff FTX Trading Ltd. williams@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;rogers@lrclaw.com;ford@lrclaw.com

Gregory A. Taylor
    on behalf of Creditor Mercedes-Benz Grand Prix Limited gtaylor@ashbygeddes.com
kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Gregory G. Hesse

on behalf of Interested Party HBK Master Fund L.P. ghesse@huntonak.com  crankin@huntonak.com;creeves@huntonak.com

Gregory L Arbogast

on behalf of Interested Party Lorem Ipsum UG  Patrick Gruhn, and Robin Matzke GArbogast@coleschotz.com

Gregory T. Donilon

on behalf of Defendant Barbara Fried gdonilon@mmwr.com  gregory-donilon-6537@ecf.pacerpro.com

Gregory T. Donilon

on behalf of Defendant Allan Joseph Bankman gdonilon@mmwr.com  gregory-donilon-6537@ecf.pacerpro.com

Gregory T. Donilon

on behalf of Defendant Sam Bankman-Fried gdonilon@mmwr.com  gregory-donilon-6537@ecf.pacerpro.com

Gregory T. Donilon

on behalf of Defendant Samuel Bankman-Fried gdonilon@mmwr.com  gregory-donilon-6537@ecf.pacerpro.com

Gregory T. Donilon

on behalf of Stockholder Samuel L. Bankman-Fried gdonilon@mmwr.com  gregory-donilon-6537@ecf.pacerpro.com

Heath D. Rosenblat

on behalf of Defendant 3Twelve Ventures Ltd. hrosenblat@morrisoncohen.com

Heath D. Rosenblat

on behalf of Defendant BDK Consulting Ltd. hrosenblat@morrisoncohen.com

Heath D. Rosenblat

on behalf of Defendant Matthew Burgess hrosenblat@morrisoncohen.com

Heath D. Rosenblat

on behalf of Defendant Patrick Gruhn hrosenblat@morrisoncohen.com

Heath D. Rosenblat

on behalf of Defendant Lorem Ipsum UG hrosenblat@morrisoncohen.com

Heath D. Rosenblat

on behalf of Defendant Jing Yu "Darren" Wong hrosenblat@morrisoncohen.com

Heath D. Rosenblat

on behalf of Interested Party Lorem Ipsum UG  Patrick Gruhn, and Robin Matzke hrosenblat@morrisoncohen.com

Heath D. Rosenblat

on behalf of Defendant Michael Burgess hrosenblat@morrisoncohen.com

Heath D. Rosenblat

on behalf of Defendant Robin Matzke hrosenblat@morrisoncohen.com

Heath D. Rosenblat

on behalf of Defendant Huy Xuan "Kevin" Nguyen hrosenblat@morrisoncohen.com

Heath D. Rosenblat

on behalf of Defendant Lesley Burgess hrosenblat@morrisoncohen.com

Hugh K. Murtagh

on behalf of Defendant MOUNT OLYMPUS CAPITAL LP hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant K5 GLOBAL VENTURES LLC hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant K5 GLOBAL GROWTH FUND I GP LLC hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant K5 Global Growth Co-Invest I GP LLC hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant MOUNT OLYMPUS CAPITAL LLC hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant K5 GLOBAL GROWTH FUND II LP hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant MICHAEL KIVES hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant BRYAN BAUM hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant K5 GLOBAL HOLDINGS LLC hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant MBK CAPITAL LP SERIES T hugh.murtagh@lw.com

Hugh K. Murtagh
on behalf of Defendant K5X FUND I LLC hugh.murtagh@lw.com

Hugh K. Murtagh
on behalf of Defendant K5 GLOBAL TECHNOLOGY LLC hugh.murtagh@lw.com

Hugh K. Murtagh
on behalf of Defendant K5X FUND I LP hugh.murtagh@lw.com

Hugh K. Murtagh
on behalf of Defendant K5 GLOBAL GROWTH FUND II GP LLC hugh.murtagh@lw.com

Ileana Cruz
on behalf of Creditor Miami-Dade County  Florida cao.bkc@miamidade.gov, icruz@whitecase.com;DReznik@whitecase.com

Ira S. Greene
on behalf of Interested Party Phala Ltd. ira.greene@lockelord.com
ronald.cappiello@hoganlovells.com;dckaufman@hhlaw.com;sagolden@hhlaw.com

Isaac Nesser
on behalf of Debtor FTX Trading Ltd. isaacnesser@quinnemanuel.com

Isaac Sasson
on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com isaacsasson@paulhastings.com

Isaac Sasson
on behalf of Creditor Committee Official Committee of Unsecured Creditors isaacsasson@paulhastings.com

Isaac Sasson
on behalf of Defendant Huy Xuan "Kevin" Nguyen isaacsasson@paulhastings.com

Isaac Sasson
on behalf of Interested Party Brian C. Simms isaacsasson@paulhastings.com

Isaac Sasson
on behalf of Defendant Brian C. Simms isaacsasson@paulhastings.com

Isaac Sasson
on behalf of Defendant Lesley Burgess isaacsasson@paulhastings.com

Isaac Sasson
on behalf of Defendant Jing Yu "Darren" Wong isaacsasson@paulhastings.com

Isaac Sasson
on behalf of Defendant Michael Burgess isaacsasson@paulhastings.com

Isaac Sasson
on behalf of Interested Party Kevin G. Cambridge isaacsasson@paulhastings.com

Isaac Sasson
on behalf of Interested Party Official Committee of Unsecured Creditors in the Chapter 11 Cases of FTX Trading Ltd. and Its Affiliated Debtors isaacsasson@paulhastings.com

Isaac Sasson
on behalf of Defendant 3Twelve Ventures Ltd. isaacsasson@paulhastings.com

Isaac Sasson
on behalf of Defendant BDK Consulting Ltd. isaacsasson@paulhastings.com

Isaac Sasson
on behalf of Defendant Matthew Burgess isaacsasson@paulhastings.com

Isaac Sasson
on behalf of Interested Party Peter Greaves isaacsasson@paulhastings.com

Isaac Sasson
on behalf of Defendant Kevin G. Cambridge isaacsasson@paulhastings.com

Isaac Sasson
on behalf of Defendant Peter Greaves isaacsasson@paulhastings.com

Jacob M. Croke
on behalf of Debtor FTX Trading Ltd. pierce@lrclaw.com  crokej@sullcrom.com

James S. Carr
on behalf of Creditor Seaport Loan Products LLC KDWBankruptcyDepartment@kelleydrye.com
MVicinanza@ecf.inforuptcy.com;bankcourt15@KelleyDrye.com

Jamie Lynne Edmonson
on behalf of Creditor Island Air Capital and Paul F. Aranha jedmonson@rc.com  lshaw@rc.com

Jamie Lynne Edmonson
on behalf of Creditor North America League of Legends Championship Series  LLC jedmonson@rc.com, lshaw@rc.com

District/off: 0311-1
Date Rcvd: Jul 10, 2024

User: admin
Form ID: van440

Page 23 of 69
Total Noticed: 10

Jane Kim
on behalf of Creditor Island Air Capital and Paul F. Aranha jkim@kbkllp.com

Jane VanLare
on behalf of Interested Party BitGo Trust Company  Inc. jvanlare@cgsh.com, maofiling@cgsh.com

Jared W Kochenash
on behalf of Intervenor Official Committee of Unsecured Creditors bankfilings@ycst.com

Jared W Kochenash
on behalf of Creditor Committee Official Committee of Unsecured Creditors bankfilings@ycst.com

Jared W Kochenash
on behalf of Defendant Michael Burgess bankfilings@ycst.com

Jared W Kochenash
on behalf of Defendant Jing Yu "Darren" Wong bankfilings@ycst.com

Jared W Kochenash
on behalf of Defendant Huy Xuan "Kevin" Nguyen bankfilings@ycst.com

Jared W Kochenash
on behalf of Defendant 3Twelve Ventures Ltd. bankfilings@ycst.com

Jared W Kochenash
on behalf of Defendant Lesley Burgess bankfilings@ycst.com

Jared W Kochenash
on behalf of Defendant BDK Consulting Ltd. bankfilings@ycst.com

Jarret P. Hitchings
on behalf of Creditor Outremont Smartbeta Master Fund LP jarret.hitchings@bclplaw.com  deborah.field@bclplaw.com

Jasmine Ball
on behalf of Interested Party Paradigm Operations LP jball@debevoise.com
mao-bk-ecf@debevoise.com;mduque@debevoise.com;bstadler@debevoise.com;slevinson@debevoise.com

Jason Daniel Angelo
on behalf of Creditor Maps Vault Limited JAngelo@reedsmith.com  glauer@reedsmith.com

Jeffrey A. Dove
on behalf of Creditor Acheron PTE. Ltd jdove@barclaydamon.com
avrooman@barclaydamon.com;jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey S. Sabin
on behalf of Creditor Ad Hoc Committee of Customers and Creditors of FTX Trading Ltd. et al. JSSabin@Venable.com

Jeffrey S. Sabin
on behalf of Interested Party Digital Augean  LLC JSSabin@Venable.com

Jennifer Rood
on behalf of Creditor VT Department of Financial Regulation jennifer.rood@vermont.gov

Jennifer R Sharret
on behalf of Interested Party FTI Consulting Inc. jsharret@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com

Jeremy William Ryan
on behalf of Defendant MICHAEL KIVES jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Jeremy William Ryan
on behalf of Defendant MBK CAPITAL LP SERIES T jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Jeremy William Ryan
on behalf of Defendant K5 GLOBAL GROWTH FUND II GP LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Jeremy William Ryan
on behalf of Defendant MOUNT OLYMPUS CAPITAL LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Jeremy William Ryan
on behalf of Defendant K5 GLOBAL GROWTH FUND II LP jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Jeremy William Ryan
on behalf of Defendant K5X FUND I LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Jeremy William Ryan
on behalf of Defendant SGN ALBANY LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Jeremy William Ryan

on behalf of Defendant MOUNT OLYMPUS CAPITAL LP jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Jeremy William Ryan

on behalf of Defendant K5 GLOBAL HOLDINGS LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Jeremy William Ryan

on behalf of Defendant K5 Global Growth Co-Invest I GP LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Jeremy William Ryan

on behalf of Defendant BRYAN BAUM jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Jeremy William Ryan

on behalf of Defendant K5X FUND I LP jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Jeremy William Ryan

on behalf of Defendant K5 GLOBAL GROWTH FUND I GP LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Jeremy William Ryan

on behalf of Defendant K5 GLOBAL VENTURES LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Jeremy William Ryan

on behalf of Defendant K5 GLOBAL TECHNOLOGY LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Jessica Lauria

on behalf of Interested Party Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation)
jessica.lauria@whitecase.com  jdisanti@whitecase.com;mco@whitecase.com

Jessica Lauria

on behalf of Interested Party Brian C. Simms jessica.lauria@whitecase.com  jdisanti@whitecase.com;mco@whitecase.com

Jessica Lauria

on behalf of Interested Party Peter Greaves jessica.lauria@whitecase.com  jdisanti@whitecase.com;mco@whitecase.com

Jessica Lauria

on behalf of Interested Party Kevin G. Cambridge jessica.lauria@whitecase.com  jdisanti@whitecase.com;mco@whitecase.com

Jody C. Barillare

on behalf of Creditor Diameter Capital Partners LP jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Interested Party Yudu Pang jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Interested Party Emergent Fidelity Technologies Ltd. jody.barillare@morganlewis.com
lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Interested Party Hudson Bay Claim Fund LLC jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Attorney Morgan  Lewis & Bockius LLP jody.barillare@morganlewis.com, lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Liquidator Joint Provisional Liquidators of Emergent Fidelity Technologies Ltd jody.barillare@morganlewis.com
lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Creditor DCP Master Investments XV LLC jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Interested Party Safe Eagle Holding Limited jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Debtor Emergent Fidelity Technologies Ltd. jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

John Mallon

jmallonjnr@gmail.com

John Reding

on behalf of Attorney Illinois Department of Financial & Professional Regulation john.reding@ilag.gov

John Christopher Shore

on behalf of Interested Party Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation)
cshore@whitecase.com

caverch@whitecase.com;gsedlik@whitecase.com;mco@whitecase.com;rgorsich@whitecase.com;hannah.lee@whitecase.com

John Christopher Shore

on behalf of Interested Party Peter Greaves cshore@whitecase.com
caverch@whitecase.com;gsedlik@whitecase.com;mco@whitecase.com;rgorsich@whitecase.com;hannah.lee@whitecase.com

John Christopher Shore

on behalf of Interested Party Kevin G. Cambridge cshore@whitecase.com
caverch@whitecase.com;gsedlik@whitecase.com;mco@whitecase.com;rgorsich@whitecase.com;hannah.lee@whitecase.com

John Christopher Shore

on behalf of Interested Party Brian C. Simms cshore@whitecase.com
caverch@whitecase.com;gsedlik@whitecase.com;mco@whitecase.com;rgorsich@whitecase.com;hannah.lee@whitecase.com

John Daniel McLaughlin, Jr.

on behalf of Creditor Warren Winter jmclaughlin@ferryjoseph.com
jack@mclaughlincounsel.com;mclaughlin.johnb111834@notify.bestcase.com

John Daniel McLaughlin, Jr.

on behalf of Defendant Zixiao Wang jmclaughlin@ferryjoseph.com
jack@mclaughlincounsel.com;mclaughlin.johnb111834@notify.bestcase.com

John Daniel McLaughlin, Jr.

on behalf of Creditor Richard L. Brummond jmclaughlin@ferryjoseph.com
jack@mclaughlincounsel.com;mclaughlin.johnb111834@notify.bestcase.com

John David Penn

on behalf of Interested Party Silvergate Bank jpenn@perkinscoie.com
docketdal@perkinscoie.com;john--penn-1853@ecf.pacerpro.com

John F. Iaffaldano

on behalf of Defendant Huy Xuan "Kevin" Nguyen jackiaffaldano@paulhastings.com
FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

John F. Iaffaldano

on behalf of Defendant Matthew Burgess jackiaffaldano@paulhastings.com
FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

John F. Iaffaldano

on behalf of Defendant BDK Consulting Ltd. jackiaffaldano@paulhastings.com
FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

John F. Iaffaldano

on behalf of Defendant 3Twelve Ventures Ltd. jackiaffaldano@paulhastings.com
FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

John F. Iaffaldano

on behalf of Defendant Michael Burgess jackiaffaldano@paulhastings.com
FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

John F. Iaffaldano

on behalf of Defendant Lesley Burgess jackiaffaldano@paulhastings.com
FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

John F. Iaffaldano

on behalf of Creditor Committee Official Committee of Unsecured Creditors jackiaffaldano@paulhastings.com
FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

John F. Iaffaldano

on behalf of Defendant Jing Yu "Darren" Wong jackiaffaldano@paulhastings.com
FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

John J. Monaghan

on behalf of Liquidator Joint Liquidators of Three Arrows Capital  Ltd john.monaghan@hklaw.com

John W. Weiss

on behalf of Interested Party The Foreign Representatives of Three Arrows Capital  Ltd. (in liquidation)
jweiss@pashmanstein.com

John W. Weiss

on behalf of Creditor Binance (Switzerland) AG jweiss@pashmanstein.com

Jonathan Accelnorm

accelnorm@gmail.com

Jonathan Lipshie

on behalf of U.S. Trustee U.S. Trustee jon.lipshie@usdoj.gov

Jonathan Michael Weyand

on behalf of Financial Advisor Rothschild & Co US Inc jweyand@morrisnichols.com
rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com

Jonathan Michael Weyand

|  |  |
|---|---|
|  | on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com jweyand@morrisnichols.com rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com |
| Jonathan Michael Weyand | on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com jweyand@morrisnichols.com rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com |
| Jonathan Michael Weyand | on behalf of Attorney Morris  Nichols, Arsht & Tunnell LLP jweyand@morrisnichols.com, rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com |
| Jonathan Michael Weyand | on behalf of Attorney Eversheds Sutherland (US) LLP jweyand@morrisnichols.com rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com |
| Jordan Sazant | on behalf of Defendant LayerZero Labs Ltd. jsazant@proskauer.com  jordan-sazant-0995@ecf.pacerpro.com |
| Jordan Sazant | on behalf of Defendant Ari Litan jsazant@proskauer.com  jordan-sazant-0995@ecf.pacerpro.com |
| Jordan Sazant | on behalf of Defendant Skip & Goose LLC jsazant@proskauer.com  jordan-sazant-0995@ecf.pacerpro.com |
| Jordan A. Kroop | on behalf of Interested Party The Moskowitz Law Firm jkroop@pszjlaw.com jgonzalez@perkinscoie.com,docketphx@perkinscoie.com,khutchison@perkinscoie.com |
| Josef W. Mintz | on behalf of Interested Party Fulcrum Distressed Partners Limited Josef.Mintz@blankrome.com ecf-fe4957a0ba6a@ecf.pacerpro.com |
| Joseph H. Huston, Jr. | on behalf of Interested Party Weizheng Ye jhh@stevenslee.com  annakeane@stevenslee.com |
| Joseph H. Huston, Jr. | on behalf of Defendant Wei Lin "Germaine" Tan jhh@stevenslee.com  annakeane@stevenslee.com |
| Joseph H. Huston, Jr. | on behalf of Interested Party Nashon Loo Shun Liang jhh@stevenslee.com  annakeane@stevenslee.com |
| Joseph H. Huston, Jr. | on behalf of Interested Party Sin Wei Tan jhh@stevenslee.com  annakeane@stevenslee.com |
| Joseph H. Huston, Jr. | on behalf of Defendant Nashon Loo Shun Liang jhh@stevenslee.com  annakeane@stevenslee.com |
| Joseph H. Huston, Jr. | on behalf of Defendant Weizheng Ye jhh@stevenslee.com  annakeane@stevenslee.com |
| Joseph H. Huston, Jr. | on behalf of Defendant Sin Wei "Sean" Tan jhh@stevenslee.com  annakeane@stevenslee.com |
| Joseph H. Huston, Jr. | on behalf of Interested Party Wei Lin Tan jhh@stevenslee.com  annakeane@stevenslee.com |
| Joseph James McMahon, Jr. | on behalf of U.S. Trustee U.S. Trustee joseph.mcmahon@usdoj.gov |
| Joseph T. Moldovan, Esq. | on behalf of Defendant Robin Matzke bankruptcy@morrisoncohen.com |
| Joseph T. Moldovan, Esq. | on behalf of Defendant Lorem Ipsum UG bankruptcy@morrisoncohen.com |
| Joseph T. Moldovan, Esq. | on behalf of Defendant Patrick Gruhn bankruptcy@morrisoncohen.com |
| Joseph T. Moldovan, Esq. | on behalf of Interested Party Lorem Ipsum UG  Patrick Gruhn, and Robin Matzke jmoldovan@morrisoncohen.com |
| Joshua K. Porter | on behalf of Plaintiff Austin Onusz jporter@entwistle-law.com |
| Joshua K. Porter | on behalf of Plaintiff Nicholas Marshall jporter@entwistle-law.com |
| Joshua K. Porter | on behalf of Plaintiff Cedric Kees van Putten jporter@entwistle-law.com |
| Joshua K. Porter | on behalf of Plaintiff Hamad Dar jporter@entwistle-law.com |

Juliet M. Sarkessian

on behalf of U.S. Trustee U.S. Trustee juliet.m.sarkessian@usdoj.gov

Justin R. Alberto

on behalf of Interested Party Litigation Oversight Committee of Celsius Network LLC  et al., and Moshin Y. Meghji, solely in his capacity as the Litigation Administrator of Celsius Network LLC, et al. jalberto@coleschotz.com, pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Justin R. Alberto

on behalf of Interested Party Celsius Litigation Administrator jalberto@coleschotz.com pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Karen C. Bifferato

on behalf of Defendant Ethereal Tech Pte. Ltd kbifferato@connollygallagher.com

Karen C. Bifferato

on behalf of Defendant Burdy Technology Limited kbifferato@connollygallagher.com

Karen C. Bifferato

on behalf of Defendant Bybit Fintech Ltd. kbifferato@connollygallagher.com

Karen M. Grivner

on behalf of Creditor Georgian Partners  Inc. kgrivner@clarkhill.com, kwebster@clarkhill.com

Kate R. Buck

on behalf of Creditor Lightcone Infrastructure kbuck@mccarter.com

Kate R. Buck

on behalf of Creditor Lightcone Infrastructure  Inc. kbuck@mccarter.com

Kate R. Buck

on behalf of Creditor Center for Applied Rationality kbuck@mccarter.com

Kate R. Buck

on behalf of Defendant Center for Applied Rationality kbuck@mccarter.com

Kate R. Buck

on behalf of Defendant Lightcone Infrastructure  Inc. kbuck@mccarter.com

Kate R. Buck

on behalf of Defendant Lightcone Rose Garden LLC kbuck@mccarter.com

Kate R. Buck

on behalf of Creditor Lightcone Rose Garden LLC kbuck@mccarter.com

Kate R. Buck

on behalf of Interested Party Bidder #1 kbuck@mccarter.com

Katharina Earle

on behalf of Creditor Martha Lambrianou kearle@gibbonslaw.com  nmitchell@gibbonslaw.com

Katharina Earle

on behalf of Creditor Dr. Marcel Lotscher kearle@gibbonslaw.com  nmitchell@gibbonslaw.com

KatieLynn B Townsend

on behalf of Interested Party Bloomberg L.P. ktownsend@rcfp.org

KatieLynn B Townsend

on behalf of Interested Party Dow Jones & Company  Inc. ktownsend@rcfp.org

KatieLynn B Townsend

on behalf of Interested Party The New York Times Company ktownsend@rcfp.org

KatieLynn B Townsend

on behalf of Interested Party The Financial Times Ltd. ktownsend@rcfp.org

Kevin Gross

on behalf of Defendant Brian C. Simms gross@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Gross

on behalf of Defendant Peter Greaves gross@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Gross

on behalf of Interested Party Brian C. Simms gross@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Gross

on behalf of Defendant FTX Digital Markets Ltd gross@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Gross

on behalf of Defendant Kevin G. Cambridge gross@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Gross

on behalf of Interested Party Peter Greaves gross@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Gross
on behalf of Interested Party Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation) gross@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Gross
on behalf of Interested Party Kevin G. Cambridge gross@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Scott Mann
on behalf of Creditor Liquidity Solutions Global Ltd. kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann
on behalf of Creditor Play Magnus AS kmann@crosslaw.com  smacdonald@crosslaw.com

Kimberly A. Brown
on behalf of Plaintiff Alameda Research LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX Trading Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor DAAG Trading  DMCC brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX Digital Holdings (Singapore) Pte Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor North Wireless Dimension Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Alameda Global Services Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Digital Custody Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Clifton Bay Investments Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Bancroft Way Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor LedgerPrime LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX Crypto Services Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Cottonwood Technologies Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor GG Trading Terminal Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX Trading GmbH brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor West Realm Shires Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor West Realm Shires Financial Services Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Crypto Bahamas LLC brown@lrclaw.com

ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

    on behalf of Debtor FTX Hong Kong Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

    on behalf of Debtor Paper Bird Inc brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

    on behalf of Debtor Analisya Pte Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

    on behalf of Debtor FTX Products (Singapore) Pte Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

    on behalf of Debtor Euclid Way Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

    on behalf of Debtor LedgerPrime Digital Asset Opportunities Master Fund LP brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

    on behalf of Debtor Clifton Bay Investments LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

    on behalf of Debtor FTX Certificates GmbH brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

    on behalf of Debtor Alameda Research Pte Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

    on behalf of Debtor Cedar Grove Technology Services  Ltd. brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

    on behalf of Debtor FTX Japan Holdings K.K. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

    on behalf of Debtor Alameda Research Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

    on behalf of Debtor FTX EU Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

    on behalf of Debtor FTX Lend Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

    on behalf of Debtor FTX Property Holdings Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

    on behalf of Debtor Goodman Investments Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

    on behalf of Plaintiff Maclaurin Investments Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

    on behalf of Debtor FTX Japan Services KK brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

    on behalf of Debtor Deck Technologies Holdings LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

    on behalf of Debtor FTX Marketplace  Inc. brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Cedar Bay Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Quoine Vietnam Co. Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Ledger Holdings Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Equity Record Holdings Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Blue Ridge Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Good Luck Games  LLC brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Ventures Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Alameda Research KK brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Quoine India Pte Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Cardinal Ventures Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Verdant Canyon Capital LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Allston Way Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Atlantis Technology Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Alameda Aus Pty Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Switzerland GmbH brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Europe AG brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Digital Assets LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Hannam Group Inc brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Island Bay Ventures Inc brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Plaintiff West Realm Shires  Inc. brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Plaintiff West Realm Shires Services Inc. (d/b/a FTX.US) brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Plaintiff Clifton Bay Investments LLC f/k/a Alameda Research Ventures LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor West Realm Shires Services Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Structured Products AG brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Hawaii Digital Assets Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX EMEA Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Plaintiff FTX Trading Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Alameda Research LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Maclaurin Investments Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Exchange FZE brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Alameda Research Yankari Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX US Trading  Inc. brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Quoine Pte Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Alameda Research (Bahamas) Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX (Gibraltar) Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Deep Creek Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Plaintiff West Realm Shires Services  Inc. brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Alameda TR Systems S. de R. L. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX US Services  Inc. brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Japan K.K. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Deck Technologies Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Zubr Exchange Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
                          on behalf of Debtor Hilltop Technology Services LLC brown@lrclaw.com
                          ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
                          on behalf of Debtor FTX Canada Inc brown@lrclaw.com
                          ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
                          on behalf of Debtor Blockfolio  Inc. brown@lrclaw.com,
                          ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
                          on behalf of Debtor Innovatia Ltd brown@lrclaw.com
                          ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
                          on behalf of Debtor LedgerPrime Digital Asset Opportunities Fund  LLC brown@lrclaw.com,
                          ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
                          on behalf of Debtor FTX Services Solutions Ltd. brown@lrclaw.com
                          ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
                          on behalf of Interested Party FTX Trading Ltd. brown@lrclaw.com
                          ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
                          on behalf of Debtor Hive Empire Trading Pty Ltd brown@lrclaw.com
                          ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
                          on behalf of Defendant FTX Trading Ltd. brown@lrclaw.com
                          ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
                          on behalf of Debtor Alameda TR Ltd brown@lrclaw.com
                          ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
                          on behalf of Debtor Alameda Research Holdings Inc. brown@lrclaw.com
                          ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
                          on behalf of Plaintiff Alameda Research Ltd. brown@lrclaw.com
                          ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
                          on behalf of Debtor Cottonwood Grove Ltd brown@lrclaw.com
                          ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
                          on behalf of Plaintiff Alameda Research Ltd brown@lrclaw.com
                          ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
                          on behalf of Debtor North Dimension Inc brown@lrclaw.com
                          ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kurt F. Gwynne
                          on behalf of Creditor Serendipity Network Ltd. kgwynne@reedsmith.com
                          jmarcolini@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne
                          on behalf of Creditor Fondation Serendipity kgwynne@reedsmith.com
                          jmarcolini@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne
                          on behalf of Creditor Fondation Elements kgwynne@reedsmith.com
                          jmarcolini@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne
                          on behalf of Creditor Liquidity Network Ltd kgwynne@reedsmith.com
                          jmarcolini@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kyle P. McEvilly
                          on behalf of Creditor Dr. Marcel Lotscher kmcevilly@gibbonslaw.com

Laura Davis Jones
                          on behalf of Interested Party Lorem Ipsum UG  Patrick Gruhn, and Robin Matzke ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones

on behalf of Defendant Lorem Ipsum UG ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

on behalf of Defendant Patrick Gruhn ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

on behalf of Creditor Sidar Sahin ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

on behalf of Defendant Robin Matzke ljones@pszjlaw.com  efile1@pszjlaw.com

Laura L. McCloud

on behalf of Creditor TN Dept of Financial Institutions agbankdelaware@ag.tn.gov

Lawrence Raymond Thomas, III

on behalf of Interested Party Fulcrum Credit Partners LLC lorenzo.thomas@blankrome.com

Lawrence Raymond Thomas, III

on behalf of Interested Party Goldman Sachs Lending Partners LLC lorenzo.thomas@blankrome.com

Layla D Milligan

on behalf of Interested Party Texas Dept. of Banking layla.milligan@oag.texas.gov

Layla D Milligan

on behalf of Interested Party State of Texas layla.milligan@oag.texas.gov

Layla D Milligan

on behalf of Interested Party Texas State Securities Board layla.milligan@oag.texas.gov

Linda Richenderfer

on behalf of U.S. Trustee U.S. Trustee Linda.Richenderfer@usdoj.gov

Lisa Bonsall

on behalf of Interested Party Bidder #1 lbonsall@mccarter.com

Lisa M. Schweitzer

on behalf of Interested Party M 7 Holdings  LLC lschweitzer@cgsh.com, maofiling@cgsh.com

Louis Phillips

on behalf of Creditor Word of God Fellowship  Inc. louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;amelia.hurt@kellyhart.com

Luc A. Despins

on behalf of Creditor Committee Official Committee of Unsecured Creditors lucdespins@paulhastings.com

Luc A. Despins

on behalf of Interested Party Official Committee of Unsecured Creditors in the Chapter 11 Cases of FTX Trading Ltd. and Its
Affiliated Debtors lucdespins@paulhastings.com

Lucian Borders Murley

on behalf of Defendant S20  a series of Chris Golda Investments, LP luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Kick the Hive LLC luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant EM Fund I  a series of Chris Golda Investments, LP luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant TriplePoint Venture Lending Fund  LLC luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Yaselleraph Finance Pty Ltd atf Yaselleraph Finance Trust luke.murley@saul.com
robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Jonathan Weiner luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Stuart Sopp luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Philippe Jabre luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant SWS Holding Company  LLC luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant TriplePoint Ventures 5 LLC luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Benjamin Londergan luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant William Hockey Living Trust luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Fairchild Fund III  LLC luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Soma Capital Fund III Partners LLC SOMA Capital Fund  III, LP luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Joe Percoco luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Motivate Ventures QP Fund I  LP luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Adapt VC LLC luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant TriplePoint Private Venture Credit Inc. luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Christopher Harper luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Clayton Gardner luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Creditor Equinix  Inc. luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Adam Boryenace luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Silverstone Venture Investments Limited luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Fund I  a series of 20VC, LP luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Motivate Ventures Motivate Ventures Fund I  LP luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Thomas G. Miglis Revocable Trust luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Embedfi June 2021  a Series of Party Round LLC luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant VentureSouq Capital SPC o/b/o VSQ SP 59 (YCS20) luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Brandon Mann luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Brent Johnson luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Michael Giles luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Paul Akhil luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Stanton Camp luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Harland Group LLC luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Joshua Allen Slate luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Fund 1  a Series of Not Boring Capital, LP luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Monique Saugstad luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Z Perret Trust luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Justin Lovero luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Aaron Frank luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant KV5 Pty Ltd a/t/f KV5 Trust luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Interested Party FinTech HQ Inc. luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant PruVen Capital Partners Fund I  LP luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Dena Wever luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Craig Shindledecker luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant The Gardner 2008 Living Trust luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Stephen Harper luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Cathexis Subsidiaries GP  LLC, Cathexis Ventures LP luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Christopher Young luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant AAVCF3 LP luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Derek Clark luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Jonathan Duarte luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant David Meents luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant John Dwyer luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Tim Millar luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Lindsey Boerner luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Nishad Singh luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Kiara Baudoin luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Matthew Lyon luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Operator Partners  LLC luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Tana Lawler luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Christian Nordby luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant James Nichols luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant 9Yards Capital Investments II LP luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Carol H. Duggan Revocable Living Trust luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Peter T. Lawler Living Trust luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley
    on behalf of Defendant Michael Ferrari luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley
    on behalf of Defendant Kerr Investment Holdings Pty Ltd atf The Kerr Family Trust luke.murley@saul.com
    robyn.warren@saul.com

Lucian Borders Murley
    on behalf of Defendant Mike McGee luke.murley@saul.com  robyn.warren@saul.com

M. Blake Cleary
    on behalf of Defendant Skip & Goose LLC bcleary@potteranderson.com
    lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;kmccloskey@potteranderson.com;t
    mistretta@potteranderson.com

M. Blake Cleary
    on behalf of Defendant LayerZero Labs Ltd. bcleary@potteranderson.com
    lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;kmccloskey@potteranderson.com;t
    mistretta@potteranderson.com

M. Blake Cleary
    on behalf of Defendant Ari Litan bcleary@potteranderson.com
    lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;kmccloskey@potteranderson.com;t
    mistretta@potteranderson.com

M. Blake Cleary
    on behalf of Interested Party LayerZero Labs Ltd  Ari Litan, and Skip & Goose LLC ("LayerZero Group")
    bcleary@potteranderson.com,
    lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;kmccloskey@potteranderson.com;t
    mistretta@potteranderson.com

Marc J. Phillips
    on behalf of Defendant Sam Bankman-Fried mphillips@mmwr.com  marc-phillips-8177@ecf.pacerpro.com

Marc J. Phillips
    on behalf of Defendant Allan Joseph Bankman mphillips@mmwr.com  marc-phillips-8177@ecf.pacerpro.com

Marc J. Phillips
    on behalf of Defendant Barbara Fried mphillips@mmwr.com  marc-phillips-8177@ecf.pacerpro.com

Marc J. Phillips
    on behalf of Defendant Samuel Bankman-Fried mphillips@mmwr.com  marc-phillips-8177@ecf.pacerpro.com

Maris J. Kandestin
    on behalf of Creditor Plan Administrator of the Voyager Wind-Down Debtor mkandestin@mwe.com
    dnorthrop@mwe.com;nrainey@mwe.com

Maris J. Kandestin
    on behalf of Interested Party Plan Administrator in Case No. 22-B-10943 (MEW) (U.S. Bankruptcy Court for the Southern
    District of New York) mkandestin@mwe.com  dnorthrop@mwe.com;nrainey@mwe.com

Maris J. Kandestin
    on behalf of Defendant Plan Administrator in Case No. 22-B-10943 (MEW) (U.S. Bankruptcy Court for the Southern District of
    New York) mkandestin@mwe.com  dnorthrop@mwe.com;nrainey@mwe.com

Mark Minuti
    on behalf of Defendant Time Research Ltd. mark.minuti@saul.com  robyn.warren@saul.com

Mark Minuti
    on behalf of Creditor Pyth Data Association mark.minuti@saul.com  robyn.warren@saul.com

Mark Minuti
    on behalf of Creditor TMSI SEZC Ltd. mark.minuti@saul.com  robyn.warren@saul.com

Mark L. Desgrosseilliers
    on behalf of Counter-Claimant Daniel Friedberg desgross@chipmanbrown.com
    fusco@chipmanbrown.com;dero@chipmanbrown.com

Mark L. Desgrosseilliers
    on behalf of Defendant Daniel Friedberg desgross@chipmanbrown.com  fusco@chipmanbrown.com;dero@chipmanbrown.com

Mark W. Hancock
    on behalf of Fee Examiner Fee Examiner Stadler mhancock@gklaw.com  kboucher@gklaw.com

Mark W. Hancock
    on behalf of Attorney Godfrey & Kahn  S.C. mhancock@gklaw.com, kboucher@gklaw.com

Marshal J. Hoda
    on behalf of Creditor Warren Winter marshal@thehodalawfirm.com  marshal@ecf.courtdrive.com

Marshal J. Hoda
    on behalf of Creditor Acquisen LLC marshal@thehodalawfirm.com  marshal@ecf.courtdrive.com

Martin A. Sosland

     on behalf of Creditor Evolve Bank & Trust Martin.Sosland@butlersnow.com
     ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com,vj.barham@butlersnow.com

Martin B. White

     on behalf of Interested Party Commodity Futures Trading Commission mwhite@cftc.gov

Mary E. Augustine

     on behalf of Creditor Celsius Network LLC meg@saccullolegal.com

Mary F. Caloway

     on behalf of Attorney FTX MDL Co-Lead Counsel mcaloway@pszjlaw.com

Mary F. Caloway

     on behalf of Interested Party The Moskowitz Law Firm mcaloway@pszjlaw.com

Matthew Rifino

     on behalf of Creditor Center for Applied Rationality mrifino@mccarter.com  kmcdonnell@mccarter.com

Matthew B. Goeller

     on behalf of Defendant Alumni Ventures Group Embedded Trust matthew.goeller@klgates.com  alyssa.domorod@klgates.com

Matthew B. Goeller

     on behalf of Defendant Alumni Ventures Group - Embedded Financial Technologies Trust A matthew.goeller@klgates.com
     alyssa.domorod@klgates.com

Matthew B. Goeller

     on behalf of Interested Party Blockforce Capital Vesper DeFi Growth Fund matthew.goeller@klgates.com
     alyssa.domorod@klgates.com

Matthew B. Harvey

     on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com mharvey@mnat.com
     matt-harvey-8145@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0
     804@ecf.pacerpro.com

Matthew B. Harvey

     on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com mharvey@morrisnichols.com
     matt-harvey-8145@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0
     804@ecf.pacerpro.com

Matthew B. McGuire

     on behalf of Counter-Defendant FTX DIGITAL HOLDINGS (SINGAPORE) PTE LTD. mcguire@lrclaw.com
     rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

     on behalf of Counter-Defendant VERDANT CANYON CAPITAL LLC mcguire@lrclaw.com
     rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

     on behalf of Defendant FTX Property Holdings Ltd mcguire@lrclaw.com
     rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

     on behalf of Plaintiff Alameda Research Ltd. mcguire@lrclaw.com
     rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

     on behalf of Plaintiff West Realm Shires  Inc. mcguire@lrclaw.com,
     rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

     on behalf of Counter-Defendant LEDGER HOLDINGS INC. mcguire@lrclaw.com
     rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

     on behalf of Defendant FTX Equity Record Holdings Ltd mcguire@lrclaw.com
     rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

     on behalf of Defendant LedgerPrime LLC mcguire@lrclaw.com
     rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

     on behalf of Counter-Defendant ALAMEDA AUS PTY LTD. mcguire@lrclaw.com
     rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

     on behalf of Defendant Blockfolio  Inc. mcguire@lrclaw.com,
     rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

     on behalf of Counter-Defendant COTTONWOOD TECHNOLOGIES LTD. mcguire@lrclaw.com
     rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX VENTURES LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Cardinal Ventures Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Strategy Ark Collective Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Maclaurin Investments Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant GG TRADING TERMINAL LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant North Dimension Inc mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff West Realm Shires Inc mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant CARDINAL VENTURES LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX TURKEY TEKNOLOJI VE TICARET ANONIM SIRKET mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ZUBR EXCHANGE LTD.  mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff Maclaurin Investments Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant West Realm Shires Services Inc. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant CRYPTO BAHAMAS LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX HONG KONG LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX JAPAN K.K. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Innovatia Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Debtor FTX Trading Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Mangrove Cay Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant WESTERN CONCORD ENTERPRISES LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant West Innovative Barista Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX EU Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Counter-Defendant FTX SERVICES SOLUTIONS LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Defendant Alameda Aus Pty Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Defendant Alameda Research LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Counter-Defendant KILLARNEY LAKE INVESTMENTS LTD mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Counter-Defendant FTX SWITZERLAND GMBH mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Counter-Defendant CLIFTON BAY INVESTMENTS LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Defendant Good Luck Games  LLC mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Defendant Hive Empire Trading Pty Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Counter-Defendant HANNAM GROUP INC.  mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Counter-Defendant LEDGERPRIME BITCOIN YIELD ENHANCEMENT FUND  LLC, mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Counter-Defendant LEDGER PRIME LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Defendant Cedar Bay Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Counter-Defendant GLOBAL COMPASS DYNAMICS LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Counter-Defendant LEDGERPRIME BITCOIN YIELD ENHANCEMENT MASTER FUND LP
mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Counter-Defendant FTX DIGITAL ASSETS LLC  mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Counter-Defendant ALAMEDA GLOBAL SERVICES LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Counter-Defendant FTX CRYPTO SERVICES LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Defendant Paper Bird Inc mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Defendant LedgerPrime Bitcoin Yield Enhancement Fund  LLC mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Counter-Defendant ALAMEDA RESEARCH KK mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Counter-Defendant FTX PRODUCTS (SINGAPORE) PTE LTD. mcguire@lrclaw.com

rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX LEND INC. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Western Concord Enterprises Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant WEST REALM SHIRES SERVICES  INC. mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Liquid Securities Singapore Pte Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Hilltop Technology Services LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant LedgerPrime Digital Asset Opportunities Fund  LLC mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant West Realm Shires Inc. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant LedgerPrime Bitcoin Yield Enhancement Master Fund  LLC mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff Alameda Research LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant LedgerPrime Ventures  LP mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant LedgerPrime Digital Asset Opportunities Master Fund LP mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX (GIBRALTAR) LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant HILLTOP TECHNOLOGY SERVICES LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Canada Inc mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX JAPAN HOLDINGS K.K. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Certificates GmbH mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant WEST REALM SHIRES FINANCIAL SERVICES INC. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Crypto Services Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX EU LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX TRADING LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

Matthew B. McGuire

on behalf of Counter-Defendant GOODMAN INVESTMENTS LTD. mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant DEEP CREEK LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Zubr Exchange Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant LEDGERPRIME VENTURES  LP mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Japan Holdings K.K. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant MANGROVE CAY LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ANALISYA PTE LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA RESEARCH HOLDINGS INC.  mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant HAWAII DIGITAL ASSETS INC. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Lend Inc. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Services Solutions Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant CLIFTON BAY INVESTMENTS LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Global Compass Dynamics Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant QUOINE VIETNAM CO. LTD mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA RESEARCH YANKARI LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant NORTH DIMENSION INC. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Crypto Bahamas LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant WEST REALM SHIRES INC. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ATLANTIS TECHNOLOGY LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Cottonwood Technologies Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALLSTON WAY LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Digital Assets LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant QUOINE PTE LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Alameda Research KK mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX JAPAN SERVICES KK  FTX mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant DECK TECHNOLOGIES HOLDINGS LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Technology Services Bahamas Limited mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX EQUITY RECORD HOLDINGS LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant INNOVATIA LTD mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Digital Holdings (Singapore) Pte Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant North Dimension Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Pioneer Street Inc. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Bancroft Way Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA RESEARCH LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant SNG INVESTMENTS YATIRIM VE DANISMANLIK ANONIM SIRKETI mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX US Services  Inc. mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant LT BASKETS LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant West Realm Shires Services Inc. (d/b/a FTX.US) mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Alameda Global Services Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant STRATEGY ARK COLLECTIVE LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff Alameda Research Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Clifton Bay Investments LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant LiquidEX LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff FTX Trading Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Switzerland GmbH mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA RESEARCH LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff Cottonwood Grove Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant DMCC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Allston Way Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX EMEA Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant LIQUIDEX LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Ledger Holdings Inc. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff Alameda Research LTD mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff West Realm Shires Services Inc mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant West Realm Shires  Inc. mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant HIVE EMPIRE TRADING PTY LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Island Bay Ventures Inc mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX (Gibraltar) Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA RESEARCH PTE LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant EUCLID WAY LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Killarney Lake Investments Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant LIQUID SECURITIES SINGAPORE PTE LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Products (Singapore) Pte Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant GG Trading Terminal Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant MACLAURIN INVESTMENTS LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA TR LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Trading Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant DAAG TRADING mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX EXCHANGE FZE mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Europe AG mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Digital Custody Inc. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Quoine Vietnam Co. Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant Alameda Research LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Alameda Research Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant West Realm Shires Financial Services Inc. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ISLAND BAY VENTURES INC. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant CEDAR BAY LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant LEDGERPRIME DIGITAL ASSET OPPORTUNITIES MASTER FUND LP
mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Quoine India Pte Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant BLUE RIDGE LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Alameda TR Systems S. de R. L. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX US TRADING  INC. mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Exchange FZE mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Structured Products AG mcguire@lrclaw.com

rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Defendant LT Baskets Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Defendant Alameda Research (Bahamas) Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Defendant Alameda Research Yankari Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Defendant Alameda Research Holdings Inc. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Counter-Defendant CEDAR GROVE TECHNOLOGY SERVICES  LTD. mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Counter-Defendant FTX US SERVICES  INC. mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Defendant Euclid Way Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Counter-Defendant FTX PROPERTY HOLDINGS LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Counter-Defendant FTX STRUCTURED PRODUCTS AG mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Counter-Defendant FTX CANADA INC. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Counter-Defendant LIQUID FINANCIAL USA INC. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Counter-Defendant GOOD LUCK GAMES  LLC mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Defendant Alameda Research Pte Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Defendant Clifton Bay Investments Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Counter-Defendant FTX Trading Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Defendant Cedar Grove Technology Services  Ltd. mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Counter-Defendant LEDGERPRIME DIGITAL ASSET OPPORTUNITIES FUND  LLC mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Defendant Quoine Pte Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Counter-Defendant FTX TRADING GMBH mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Counter-Defendant COTTONWOOD GROVE LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Cottonwood Grove Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Analisya Pte Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Hawaii Digital Assets Inc. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant PAPER BIRD INC. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant DECK TECHNOLOGIES INC. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant BANCROFT WAY LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant BLOCKFOLIO  INC. mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Goodman Investments Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Japan Services KK mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Deck Technologies Holdings LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX EUROPE AG  mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant DIGITAL CUSTODY INC. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant North Wireless Dimension Inc. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant TECHNOLOGY SERVICES BAHAMAS LIMITED mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Atlantis Technology Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Ventures Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff North Dimension Inc. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA RESEARCH (BAHAMAS) LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant NORTH WIRELESS DIMENSION INC. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant PIONEER STREET INC. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant DAAG Trading  DMCC mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA TR SYSTEMS S. DE R. L. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Hong Kong Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX US Trading  Inc. mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Liquid Financial USA Inc. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Deck Technologies Inc. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant NORTH DIMENSION LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX ZUMA LTD mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX EMEA LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX MARKETPLACE  INC. mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Hannam Group Inc mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Deep Creek Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Zuma Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Claims Agent Kroll Restructuring Administration LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant QUOINE INDIA PTE LTD mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Marketplace  Inc. mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff Clifton Bay Investments LLC f/k/a Alameda Research Ventures LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Trading GmbH mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Alameda TR Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Verdant Canyon Capital LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff West Realm Shires Services Inc. (d/b/a FTX.US) mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff West Realm Shires Services  Inc. mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

District/off: 0311-1
Date Rcvd: Jul 10, 2024

User: admin
Form ID: van440

Page 48 of 69
Total Noticed: 10

Matthew B. McGuire

on behalf of Counter-Defendant FTX CERTIFICATES GMBH mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Japan K.K. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant WEST INNOVATIVE BARISTA LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Blue Ridge Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew Barry Lunn

on behalf of Interested Party Official Committee of Unsecured Creditors in the Chapter 11 Cases of FTX Trading Ltd. and Its
Affiliated Debtors mlunn@ycst.com  bankfilings@ycst.com

Matthew Barry Lunn

on behalf of Creditor Committee Official Committee of Unsecured Creditors mlunn@ycst.com  bankfilings@ycst.com

Matthew R Pierce

on behalf of Debtor FTX Switzerland GmbH Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ALAMEDA RESEARCH HOLDINGS INC.  Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor LedgerPrime Bitcoin Yield Enhancement Master Fund LP Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Interested Party FTX Trading Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant LEDGER HOLDINGS INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant KILLARNEY LAKE INVESTMENTS LTD Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant WEST REALM SHIRES FINANCIAL SERVICES INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor Technology Services Bahamas Limited Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant LEDGERPRIME VENTURES  LP Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff Maclaurin Investments Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor West Realm Shires Financial Services Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX VENTURES LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant CRYPTO BAHAMAS LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Trading GmbH Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX EXCHANGE FZE Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor LedgerPrime LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor Western Concord Enterprises Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX HONG KONG LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX US Services  Inc. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX LEND INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant BLOCKFOLIO  INC. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor LedgerPrime Ventures  LP Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor West Realm Shires Services Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant NORTH DIMENSION INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ZUBR EXCHANGE LTD.  Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX SERVICES SOLUTIONS LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor LedgerPrime Bitcoin Yield Enhancement Fund  LLC Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff Alameda Research LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX US TRADING  INC. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant LEDGER PRIME LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant NORTH WIRELESS DIMENSION INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor North Dimension Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff West Realm Shires Services  Inc. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant LIQUIDEX LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX TRADING LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant CLIFTON BAY INVESTMENTS LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Debtor North Wireless Dimension Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Debtor Verdant Canyon Capital LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant LT BASKETS LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant BANCROFT WAY LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Plaintiff Alameda Research Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Debtor FTX Japan K.K. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant WESTERN CONCORD ENTERPRISES LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Plaintiff Alameda Research LTD Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Debtor Hilltop Technology Services LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant LEDGERPRIME BITCOIN YIELD ENHANCEMENT MASTER FUND LP Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant FTX TRADING GMBH Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Debtor Hannam Group Inc Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant FTX CERTIFICATES GMBH Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant VERDANT CANYON CAPITAL LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant TECHNOLOGY SERVICES BAHAMAS LIMITED Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant FTX EMEA LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant ALAMEDA RESEARCH YANKARI LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Debtor FTX Trading Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Debtor Global Compass Dynamics Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant WEST REALM SHIRES INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant CARDINAL VENTURES LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor North Dimension Inc Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant INNOVATIA LTD Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant LEDGERPRIME DIGITAL ASSET OPPORTUNITIES MASTER FUND LP
Pierce@lrclaw.com  Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX EU Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant PIONEER STREET INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Defendant Alameda Research LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor Alameda Research (Bahamas) Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Property Holdings Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX JAPAN HOLDINGS K.K. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff West Realm Shires Inc Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant MACLAURIN INVESTMENTS LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor LedgerPrime Digital Asset Opportunities Fund  LLC Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Services Solutions Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant LIQUID SECURITIES SINGAPORE PTE LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor Liquid Securities Singapore Pte Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor Ledger Holdings Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant LIQUID FINANCIAL USA INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor Zubr Exchange Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant NORTH DIMENSION LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant HIVE EMPIRE TRADING PTY LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant QUOINE VIETNAM CO. LTD Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
            on behalf of Counter-Defendant GOODMAN INVESTMENTS LTD.  Pierce@lrclaw.com,
            Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
            on behalf of Counter-Defendant BLUE RIDGE LTD. Pierce@lrclaw.com
            Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
            on behalf of Counter-Defendant PAPER BIRD INC. Pierce@lrclaw.com
            Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
            on behalf of Defendant West Realm Shires Inc. Pierce@lrclaw.com
            Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
            on behalf of Debtor Paper Bird Inc Pierce@lrclaw.com
            Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
            on behalf of Plaintiff West Realm Shires  Inc. Pierce@lrclaw.com,
            Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
            on behalf of Counter-Defendant LEDGERPRIME DIGITAL ASSET OPPORTUNITIES FUND  LLC Pierce@lrclaw.com,
            Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
            on behalf of Counter-Defendant LEDGERPRIME BITCOIN YIELD ENHANCEMENT FUND  LLC, Pierce@lrclaw.com,
            Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
            on behalf of Debtor FTX US Trading  Inc. Pierce@lrclaw.com,
            Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
            on behalf of Counter-Defendant QUOINE PTE LTD. Pierce@lrclaw.com
            Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
            on behalf of Counter-Defendant DEEP CREEK LTD. Pierce@lrclaw.com
            Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
            on behalf of Counter-Defendant CEDAR BAY LTD. Pierce@lrclaw.com
            Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
            on behalf of Counter-Defendant STRATEGY ARK COLLECTIVE LTD. Pierce@lrclaw.com
            Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
            on behalf of Counter-Defendant MANGROVE CAY LTD. Pierce@lrclaw.com
            Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
            on behalf of Debtor GG Trading Terminal Ltd Pierce@lrclaw.com
            Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
            on behalf of Debtor Good Luck Games  LLC Pierce@lrclaw.com,
            Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
            on behalf of Debtor FTX Ventures Ltd. Pierce@lrclaw.com
            Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
            on behalf of Counter-Defendant FTX EU LTD. Pierce@lrclaw.com
            Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
            on behalf of Counter-Defendant ANALISYA PTE LTD. Pierce@lrclaw.com
            Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
            on behalf of Counter-Defendant ALAMEDA AUS PTY LTD. Pierce@lrclaw.com
            Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
            on behalf of Counter-Defendant HAWAII DIGITAL ASSETS INC. Pierce@lrclaw.com
            Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant CLIFTON BAY INVESTMENTS LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX SWITZERLAND GMBH Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Defendant West Realm Shires Services Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant DIGITAL CUSTODY INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff West Realm Shires Services Inc Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor Mangrove Cay Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ALAMEDA GLOBAL SERVICES LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant CEDAR GROVE TECHNOLOGY SERVICES  LTD. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor LedgerPrime Digital Asset Opportunities Master Fund LP Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant COTTONWOOD GROVE LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff FTX Trading Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX CRYPTO SERVICES LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor Goodman Investments Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX PRODUCTS (SINGAPORE) PTE LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor Killarney Lake Investments Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX DIGITAL ASSETS LLC  Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant GG TRADING TERMINAL LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor Quoine India Pte Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX EQUITY RECORD HOLDINGS LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX CANADA INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant WEST REALM SHIRES SERVICES  INC. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Crypto Services Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant DECK TECHNOLOGIES INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor Liquid Financial USA Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff Clifton Bay Investments LLC f/k/a Alameda Research Ventures LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant EUCLID WAY LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX PROPERTY HOLDINGS LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ALAMEDA RESEARCH PTE LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant QUOINE INDIA PTE LTD Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ALAMEDA RESEARCH LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff Alameda Research Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor Innovatia Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX ZUMA LTD Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX MARKETPLACE  INC. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant DMCC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant DAAG TRADING Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant WEST INNOVATIVE BARISTA LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor Quoine Pte Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ALAMEDA RESEARCH (BAHAMAS) LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor Pioneer Street Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ALAMEDA RESEARCH KK Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX EUROPE AG  Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant DECK TECHNOLOGIES HOLDINGS LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Defendant FTX Trading Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Debtor Strategy Ark Collective Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant FTX STRUCTURED PRODUCTS AG Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant COTTONWOOD TECHNOLOGIES LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant ATLANTIS TECHNOLOGY LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant FTX JAPAN K.K. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant HANNAM GROUP INC.  Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Debtor Quoine Vietnam Co. Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant FTX JAPAN SERVICES KK  FTX Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant FTX US SERVICES  INC. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Debtor Maclaurin Investments Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Debtor FTX Zuma Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Defendant FTX Digital Markets Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant FTX DIGITAL HOLDINGS (SINGAPORE) PTE LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant ALLSTON WAY LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant ISLAND BAY VENTURES INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Debtor West Innovative Barista Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Debtor FTX Structured Products AG Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant ALAMEDA TR LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant GLOBAL COMPASS DYNAMICS LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
> on behalf of Counter-Defendant ALAMEDA TR SYSTEMS S. DE R. L. Pierce@lrclaw.com
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
> on behalf of Counter-Defendant HILLTOP TECHNOLOGY SERVICES LLC Pierce@lrclaw.com
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
> on behalf of Plaintiff West Realm Shires Services Inc. (d/b/a FTX.US) Pierce@lrclaw.com
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
> on behalf of Counter-Defendant FTX (GIBRALTAR) LTD. Pierce@lrclaw.com
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
> on behalf of Debtor LT Baskets Ltd. Pierce@lrclaw.com
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
> on behalf of Debtor West Realm Shires Inc. Pierce@lrclaw.com
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
> on behalf of Counter-Defendant GOOD LUCK GAMES  LLC Pierce@lrclaw.com,
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
> on behalf of Debtor Hive Empire Trading Pty Ltd Pierce@lrclaw.com
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
> on behalf of Counter-Defendant ALAMEDA RESEARCH LTD. Pierce@lrclaw.com
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
> on behalf of Debtor Hawaii Digital Assets Inc. Pierce@lrclaw.com
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
> on behalf of Debtor Island Bay Ventures Inc Pierce@lrclaw.com
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
> on behalf of Debtor LiquidEX LLC Pierce@lrclaw.com
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Megan E. O'Connor
> on behalf of Defendant Alumni Ventures Group - Embedded Financial Technologies Trust A megan.oconnor@klgates.com
> kay.laplante@klgates.com

Megan E. O'Connor
> on behalf of Defendant Alumni Ventures Group Embedded Trust megan.oconnor@klgates.com  kay.laplante@klgates.com

Melissa M. Hartlipp
> on behalf of Interested Party Litigation Oversight Committee of Celsius Network LLC  et al., and Moshin Y. Meghji, solely in his
> capacity as the Litigation Administrator of Celsius Network LLC, et al. MHartlipp@coleschotz.com,
> pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

Michael Klein
> on behalf of Defendant Joshua Allen Slate mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein
> on behalf of Defendant Jonathan Weiner mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein
> on behalf of Defendant Philippe Jabre mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein
> on behalf of Defendant Carol H. Duggan Revocable Living Trust mklein@cooley.com
> efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein
> on behalf of Defendant Soma Capital Fund III Partners LLC SOMA Capital Fund  III, LP mklein@cooley.com,
> efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein
> on behalf of Defendant Z Perret Trust mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein
> on behalf of Defendant Derek Clark mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

District/off: 0311-1                          User: admin                                    Page 57 of 69
Date Rcvd: Jul 10, 2024                        Form ID: van440                              Total Noticed: 10

Michael Klein

on behalf of Defendant S20  a series of Chris Golda Investments, LP mklein@cooley.com,
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Brandon Mann mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Motivate Ventures QP Fund I  LP mklein@cooley.com,
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant James Nichols mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Silverstone Venture Investments Limited mklein@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Clayton Gardner mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Cathexis Subsidiaries GP  LLC, Cathexis Ventures LP mklein@cooley.com,
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Yaselleraph Finance Pty Ltd atf Yaselleraph Finance Trust mklein@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Kick the Hive LLC mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Matthew Lyon mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Justin Lovero mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant John Dwyer mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant AAVCF3 LP mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Motivate Ventures Motivate Ventures Fund I  LP mklein@cooley.com,
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Aaron Frank mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Jonathan Duarte mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant VentureSouq Capital SPC o/b/o VSQ SP 59 (YCS20) mklein@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Michael Ferrari mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Harland Group LLC mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Brent Johnson mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Michael Giles mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Monique Saugstad mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Dena Wever mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Christopher Young mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Joe Percoco mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant William Hockey Living Trust mklein@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Fund 1  a Series of Not Boring Capital, LP mklein@cooley.com,
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant TriplePoint Venture Lending Fund  LLC mklein@cooley.com,
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Nishad Singh mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Peter T. Lawler Living Trust mklein@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant SWS Holding Company  LLC mklein@cooley.com,
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant David Meents mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Stephen Harper mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant TriplePoint Private Venture Credit Inc. mklein@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Fairchild Fund III  LLC mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Kiara Baudoin mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Paul Akhil mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant EM Fund I  a series of Chris Golda Investments, LP mklein@cooley.com,
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Fund I  a series of 20VC, LP mklein@cooley.com,
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Christopher Harper mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Benjamin Londergan mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant TriplePoint Ventures 5 LLC mklein@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant PruVen Capital Partners Fund I  LP mklein@cooley.com,
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Kerr Investment Holdings Pty Ltd atf The Kerr Family Trust mklein@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant The Gardner 2008 Living Trust mklein@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant KV5 Pty Ltd a/t/f KV5 Trust mklein@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Thomas G. Miglis Revocable Trust mklein@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Operator Partners  LLC mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Mix

Michael Mix

on behalf of Defendant Robin Matzke mmix@morrisoncohen.com

on behalf of Interested Party Lorem Ipsum UG  Patrick Gruhn, and Robin Matzke mmix@morrisoncohen.com

Michael Mix

on behalf of Defendant Lorem Ipsum UG mmix@morrisoncohen.com

Michael Mix

on behalf of Defendant Patrick Gruhn mmix@morrisoncohen.com

Michael Morris

on behalf of Interested Party State of Wisconsin Dep't of Financial Institutions morrismd@doj.state.wi.us
radkeke@doj.state.wi.us

Michael David DeBaecke

on behalf of Examiner Robert J. Cleary mdebaecke@ashbygeddes.com
kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Michael G. Busenkell

on behalf of Interested Party BlockFi Inc. and affiliates mbusenkell@gsbblaw.com

Michael G. Busenkell

on behalf of Interested Party M 7 Holdings  LLC mbusenkell@gsbblaw.com

Michael G. Busenkell

on behalf of Creditor FC CAYMAN A  L.L.C. mbusenkell@gsbblaw.com

Michael J. Reiss

on behalf of Defendant K5 GLOBAL HOLDINGS LLC michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss

on behalf of Defendant MOUNT OLYMPUS CAPITAL LLC michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss

on behalf of Defendant MBK CAPITAL LP SERIES T michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss

on behalf of Defendant K5 GLOBAL GROWTH FUND I GP LLC michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss

on behalf of Defendant BRYAN BAUM michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss

on behalf of Defendant K5X FUND I LLC michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss

on behalf of Defendant SGN ALBANY LLC michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss

on behalf of Defendant K5 GLOBAL VENTURES LLC michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss

on behalf of Defendant K5 GLOBAL GROWTH FUND II GP LLC michael.reiss@lw.com
michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss

on behalf of Defendant K5X FUND I LP michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss

on behalf of Defendant K5 GLOBAL GROWTH FUND II LP michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss

on behalf of Defendant K5 GLOBAL TECHNOLOGY LLC michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss

on behalf of Defendant MICHAEL KIVES michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss

on behalf of Defendant K5 Global Growth Co-Invest I GP LLC michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss

on behalf of Defendant MOUNT OLYMPUS CAPITAL LP michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Small

on behalf of Creditor Mercedes-Benz Grand Prix Limited msmall@foley.com

Michael Joseph Joyce

on behalf of Defendant Latona Biosciences Group mjoyce@mjlawoffices.com

Michael Joseph Joyce

on behalf of Defendant Ross Rheingans-Yoo mjoyce@mjlawoffices.com

Michael Joseph Joyce
on behalf of Creditor Ross Rheingans-Yoo mjoyce@mjlawoffices.com

Michael Vincent DiPietro
on behalf of Creditor Michael Lehrer mdipietro@polsinelli.com  lsuprum@polsinelli.com;delawaredocketing@polsinelli.com

Monique Bair DiSabatino
on behalf of Defendant Time Research Ltd. monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
on behalf of Creditor TMSI SEZC Ltd. monique.disabatino@saul.com  robyn.warren@saul.com

Morris D. Weiss
on behalf of Interested Party Charles Mason morris.weiss@hklaw.com  annmarie.jezisek@hklaw.com

Morris D. Weiss
on behalf of Interested Party Peter Lau morris.weiss@hklaw.com  annmarie.jezisek@hklaw.com

Nicholas Alexander Pasalides
on behalf of Creditor Chainalysis Inc. npasalides@eckertseamans.com

Nicholas J. Brannick
on behalf of Interested Party The Caroline Dorothy Jones 2007 Trust brannickn@ballardspahr.com  friedmanm@ballardspahr.com

Nicholas J. Brannick
on behalf of Interested Party The Christine Louise Jones 2007 Trust brannickn@ballardspahr.com  friedmanm@ballardspahr.com

Nicholas J. Brannick
on behalf of Interested Party The John Paul Jones II 2007 Trust brannickn@ballardspahr.com  friedmanm@ballardspahr.com

Nicholas J. Brannick
on behalf of Interested Party The Dorothy Anne Jones 2007 Trust brannickn@ballardspahr.com  friedmanm@ballardspahr.com

Nicole A. Leonard
on behalf of Creditor New Jersey Bureau of Securities nleonard@mdmc-law.com

Norman L. Pernick
on behalf of Creditor Lightspeed Strategic Partners I L.P. and Lightspeed Opportunity Fund  L.P. npernick@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Paige Noelle Topper
on behalf of Defendant Time Research Ltd. paige.topper@saul.com  cassandra.joyner@saul.com

Paige Noelle Topper
on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com paige.topper@saul.com  cassandra.joyner@saul.com

Patrick J. Reilley
on behalf of Interested Party Litigation Oversight Committee of Celsius Network LLC  et al., and Moshin Y. Meghji, solely in his
capacity as the Litigation Administrator of Celsius Network LLC, et al. preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Paul Haskel
on behalf of Creditor OPY Credit Corp. phaskel@crowell.com

Paul Haskel
on behalf of Creditor Lavanda Sands  L.L.C. phaskel@crowell.com

Paul Haskel
on behalf of Creditor Red River Digital Trading LLC phaskel@crowell.com

Paul Haskel
on behalf of Creditor Fire Bouvardia  L.L.C. phaskel@crowell.com

Paul Haskel
on behalf of Creditor Bluefin Energy  LLC phaskel@crowell.com

Paul Haskel
on behalf of Creditor Ceratosaurus Investors  L.L.C. phaskel@crowell.com

Paul N. Heath
on behalf of Interested Party Brian C. Simms heath@rlf.com  RBGroup@rlf.com

Paul N. Heath
on behalf of Interested Party Peter Greaves heath@rlf.com  RBGroup@rlf.com

Paul N. Heath
on behalf of Interested Party Kevin G. Cambridge heath@rlf.com  RBGroup@rlf.com

Paul N. Heath
on behalf of Interested Party Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation) RBGroup@rlf.com

Peter A. Siddiqui
   on behalf of Creditor Pyth Data Association peter.siddiqui@katten.com

Peter C. Hughes
   on behalf of Creditor Leona Sammon phughes@dilworthlaw.com  mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

Peter C. Hughes
   on behalf of Creditor Dominic John Cubitt phughes@dilworthlaw.com  mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

Peter C. Hughes
   on behalf of Creditor ELD Capital LLC phughes@dilworthlaw.com  mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

Peter J Keane
   on behalf of Defendant Lorem Ipsum UG pkeane@pszjlaw.com

Peter J Keane
   on behalf of Defendant Patrick Gruhn pkeane@pszjlaw.com

Peter J Keane
   on behalf of Creditor Sheridan Investment Holdings LLC pkeane@pszjlaw.com

Peter J Keane
   on behalf of Defendant Robin Matzke pkeane@pszjlaw.com

Peter J Keane
   on behalf of Interested Party Lorem Ipsum UG  Patrick Gruhn, and Robin Matzke pkeane@pszjlaw.com

R. Stephen McNeill
   on behalf of Defendant Ari Litan rmcneill@potteranderson.com
   bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;r
   mcneill@potteranderson.com

R. Stephen McNeill
   on behalf of Defendant LayerZero Labs Ltd. rmcneill@potteranderson.com
   bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;r
   mcneill@potteranderson.com

R. Stephen McNeill
   on behalf of Defendant Skip & Goose LLC rmcneill@potteranderson.com
   bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;r
   mcneill@potteranderson.com

R. Stephen McNeill
   on behalf of Interested Party LayerZero Labs Ltd  Ari Litan, and Skip & Goose LLC ("LayerZero Group")
   rmcneill@potteranderson.com,
   bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;r
   mcneill@potteranderson.com

Rafael Xavier Zahralddin-Aravena
   on behalf of Counter-Claimant Daniel Friedberg Rafael.Zahralddin@lewisbrisbois.com
   rafael-zahralddin-4117@ecf.pacerpro.com.

Reagan Charleston Thomas
   on behalf of Creditor Yangjing Lin rthomas@awkolaw.com  hpenrose@awkolaw.com

Reliable Companies
   gmatthews@reliable-co.com

Ricardo Palacio, Esq
   on behalf of Plaintiff Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP rpalacio@ashbygeddes.com
   kjones@ashbygeddes.com;DKosloske@ashbygeddes.com;adellose@ashbygeddes.com

Ricardo Palacio, Esq
   on behalf of Creditor Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP rpalacio@ashbygeddes.com
   kjones@ashbygeddes.com;DKosloske@ashbygeddes.com;adellose@ashbygeddes.com

Ricardo Palacio, Esq
   on behalf of Interested Party BitGo Trust Company  Inc. rpalacio@ashbygeddes.com,
   kjones@ashbygeddes.com;DKosloske@ashbygeddes.com;adellose@ashbygeddes.com

Richard Levy, Jr.
   on behalf of Interested Party Litigation Oversight Committee of Celsius Network LLC  et al., and Moshin Y. Meghji, solely in his
   capacity as the Litigation Administrator of Celsius Network LLC, et al. rlevy@pryorcashman.com

Richard S. Kanowitz
   on behalf of Interested Party BlockFi Inc and affiliates Richard.Kanowitz@haynesboone.com
   margaret.salvatore@haynesboone.com

Richard S. Kanowitz
   on behalf of Interested Party BlockFi Inc. and affiliates richard.kanowitz@haynesboone.com
   margaret.salvatore@haynesboone.com

Richard S. Kebrdle

on behalf of Interested Party Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation)
rkebrdle@whitecase.com  mco@whitecase.com

Robert Rock

on behalf of Creditor New York State Department of Taxation and Finance robert.rock@ag.ny.gov

Robert F. Poppiti, Jr.

on behalf of Interested Party Official Committee of Unsecured Creditors rpoppiti@ycst.com  bankfilings@ycst.com

Robert F. Poppiti, Jr.

on behalf of Interested Party Official Committee of Unsecured Creditors in the Chapter 11 Cases of FTX Trading Ltd. and Its
Affiliated Debtors rpoppiti@ycst.com  bankfilings@ycst.com

Robert F. Poppiti, Jr.

on behalf of Creditor Committee Official Committee of Unsecured Creditors rpoppiti@ycst.com  bankfilings@ycst.com

Robert F. Poppiti, Jr.

on behalf of Intervenor Official Committee of Unsecured Creditors rpoppiti@ycst.com  bankfilings@ycst.com

Robert J. Kriner, Jr

on behalf of Plaintiff Austin Onusz rjk@chimicles.com

Robert J. Kriner, Jr

on behalf of Interested Party Austin Onusz rjk@chimicles.com

Robert J. Kriner, Jr

on behalf of Plaintiff Nicholas Marshall rjk@chimicles.com

Robert J. Kriner, Jr

on behalf of Plaintiff Cedric Kees van Putten rjk@chimicles.com

Robert J. Kriner, Jr

on behalf of Plaintiff Hamad Dar rjk@chimicles.com

Robert K. Malone

on behalf of Creditor Dr. Marcel Lotscher rmalone@gibbonslaw.com  nmitchell@gibbonslaw.com

Robert N. Cappucci

on behalf of Plaintiff Austin Onusz rcappucci@entwistle-law.com

Robert N. Cappucci

on behalf of Plaintiff Nicholas Marshall rcappucci@entwistle-law.com

Robert N. Cappucci

on behalf of Plaintiff Cedric Kees van Putten rcappucci@entwistle-law.com

Robert N. Cappucci

on behalf of Plaintiff Hamad Dar rcappucci@entwistle-law.com

Robert T. Honeywell

on behalf of Defendant Alumni Ventures Group Embedded Trust robert.honeywell@klgates.com

Robert T. Honeywell

on behalf of Defendant Alumni Ventures Group - Embedded Financial Technologies Trust A robert.honeywell@klgates.com

Roma N Desai

on behalf of Interested Party State of Texas roma.desai@oag.texas.gov

Roma N Desai

on behalf of Interested Party Texas State Securities Board roma.desai@oag.texas.gov

Roma N Desai

on behalf of Interested Party Texas Dept. of Banking roma.desai@oag.texas.gov

Ronald S. Beacher

on behalf of Creditor DOIP II Luxembourg LLC rbeacher@pryorcashman.com  docketing@pryorcashman.com

Ronald S. Beacher

on behalf of Creditor Bluefin Energy  LLC rbeacher@pryorcashman.com, docketing@pryorcashman.com

Ronald S. Beacher

on behalf of Creditor SPCP Group  LLC rbeacher@pryorcashman.com, docketing@pryorcashman.com

Ronald S. Beacher

on behalf of Creditor Red River Digital Trading LLC rbeacher@pryorcashman.com  docketing@pryorcashman.com

Ronald S. Beacher

on behalf of Creditor SPCP Institutional Group  LLC rbeacher@pryorcashman.com, docketing@pryorcashman.com

Ronald S. Beacher

on behalf of Creditor SP Multi Claims Holdings  LLC rbeacher@pryorcashman.com, docketing@pryorcashman.com

Ronald S. Gellert

District/off: 0311-1
Date Rcvd: Jul 10, 2024

User: admin
Form ID: van440

Page 63 of 69
Total Noticed: 10

on behalf of Interested Party FTX Customers rgellert@gsbblaw.com

Rongping Wu

on behalf of Interested Party Shupei Chen lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Ke Wang lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Yingkai Xu lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Haici Gao lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Ben Li lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party DAG Holdings Limited lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Hongyuan Zhai lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Hongcheng Huang lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Jyunyu Chen lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Chris Curl Lee lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Weiyang Zhou lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Tianqi Huang lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Yan Tang lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Huayang Zhou lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Lingling Li lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Simin Jiang lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Wenchao Tan lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Jingkuan Hou lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Qilin Chen lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Siyuan Yan lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Lu Yu lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Xiao Li lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Yijian Feng lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Ryan Ernst

on behalf of Interested Party Auros Tech Limited rernst@bk-legal.com

Sabrina L. Streusand

on behalf of Creditor Cloudflare  Inc. streusand@slollp.com, prentice@slollp.com

Sal H. Lee

on behalf of Plaintiff Cedric Kees van Putten slee@entwistle-law.com

Sal H. Lee

on behalf of Plaintiff Nicholas Marshall slee@entwistle-law.com

Sal H. Lee
        on behalf of Plaintiff Hamad Dar slee@entwistle-law.com

Sal H. Lee
        on behalf of Plaintiff Austin Onusz slee@entwistle-law.com

Samantha Martin
        on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com samanthamartin@paulhastings.com

Samantha Martin
        on behalf of Creditor Committee Official Committee of Unsecured Creditors samanthamartin@paulhastings.com

Sameen Rizvi
        on behalf of Defendant Skip & Goose LLC srizvi@potteranderson.com
        lhuber@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com

Sameen Rizvi
        on behalf of Defendant LayerZero Labs Ltd. srizvi@potteranderson.com
        lhuber@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com

Sameen Rizvi
        on behalf of Interested Party LayerZero Labs Ltd  Ari Litan, and Skip & Goose LLC ("LayerZero Group")
        srizvi@potteranderson.com, lhuber@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com

Sameen Rizvi
        on behalf of Defendant Ari Litan srizvi@potteranderson.com
        lhuber@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com

Schuyler G. Carroll
        on behalf of Creditor Cedar Glade LP SCarroll@manatt.com

Scott D Jones
        on behalf of Creditor Evolve Bank & Trust scott.jones@cousins-law.com  kmccloskey@bayardlaw.com

Scott D. Cousins
        on behalf of Creditor Evolve Bank & Trust scott.cousins@lewisbrisbois.com

Scott J. Leonhardt
        on behalf of Creditor Trup Recovery LLC leonhardt@teamrosner.com

Scott M Tucker
        on behalf of Interested Party Cedric van Putten smt@chimicles.com

Scott M Tucker
        on behalf of Plaintiff Austin Onusz smt@chimicles.com

Scott M Tucker
        on behalf of Interested Party Austin Onusz smt@chimicles.com

Scott M Tucker
        on behalf of Plaintiff Cedric Kees van Putten smt@chimicles.com

Scott M Tucker
        on behalf of Interested Party Nicholas Marshall smt@chimicles.com

Scott M Tucker
        on behalf of Interested Party Hamad Dar smt@chimicles.com

Scott M Tucker
        on behalf of Interested Party Cedric Kees van Putten smt@chimicles.com

Scott M Tucker
        on behalf of Plaintiff Nicholas Marshall smt@chimicles.com

Scott M Tucker
        on behalf of Plaintiff Hamad Dar smt@chimicles.com

Seth B. Shapiro
        on behalf of Interested Party United States seth.shapiro@usdoj.gov

Seth H. Lieberman
        on behalf of Interested Party Litigation Oversight Committee of Celsius Network LLC  et al., and Moshin Y. Meghji, solely in his
        capacity as the Litigation Administrator of Celsius Network LLC, et al. slieberman@pryorcashman.com,
        bankruptcydocketing@pryorcashman.com

Shannon Dougherty Humiston
        on behalf of Interested Party Noia Capital Sarl shumiston@mccarter.com

Shannon Dougherty Humiston
        on behalf of Plaintiff Ahmed Abd-El-Razek shumiston@mccarter.com

Shannon Dougherty Humiston
        on behalf of Plaintiff Sunil Kavuri shumiston@mccarter.com

Shannon Dougherty Humiston

on behalf of Plaintiff Pat Rabitte shumiston@mccarter.com

Shannon Dougherty Humiston

on behalf of Interested Party Sunil Kavuri shumiston@mccarter.com

Shannon Dougherty Humiston

on behalf of Interested Party Pat Rabbitte shumiston@mccarter.com

Shannon Dougherty Humiston

on behalf of Interested Party Ahmed Abd El-Razek shumiston@mccarter.com

Shawn M. Christianson

on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Stanton C. McManus

on behalf of Interested Party United States stanton.c.mcmanus@usdoj.gov

Stephanie Sasarak

on behalf of Creditor United States of America on behalf of the Internal Revenue Service Stephanie.A.Sasarak@usdoj.gov

Stephanie M Eberhardt

on behalf of Interested Party State of Texas stephanie.eberhardt@oag.texas.gov

Stephanie M Eberhardt

on behalf of Interested Party Texas State Securities Board stephanie.eberhardt@oag.texas.gov

Stephanie M Eberhardt

on behalf of Interested Party Texas Dept. of Banking stephanie.eberhardt@oag.texas.gov

Steven A. Ginther

on behalf of Creditor Missouri Department of Revenue Steve.Ginther@ag.iowa.gov

Steven C. Reingold

on behalf of Defendant Time Research Ltd. steven.reingold@saul.com  michele.urann@saul.com

Steven L. Caponi

on behalf of Defendant Alumni Ventures Group Embedded Trust steven.caponi@klgates.com  alyssa.domorod@klgates.com

Steven L. Caponi

on behalf of Defendant Alumni Ventures Group - Embedded Financial Technologies Trust A steven.caponi@klgates.com alyssa.domorod@klgates.com

Steven L. Holley

on behalf of Plaintiff West Realm Shires Services  Inc. holleys@sullcrom.com

Steven L. Holley

on behalf of Plaintiff Maclaurin Investments Ltd. holleys@sullcrom.com

Steven L. Holley

on behalf of Plaintiff FTX Trading Ltd. holleys@sullcrom.com

Steven L. Holley

on behalf of Plaintiff West Realm Shires  Inc. holleys@sullcrom.com

Steven L. Holley

on behalf of Debtor FTX Trading Ltd. holleys@sullcrom.com

Steven L. Holley

on behalf of Plaintiff Alameda Research Ltd. holleys@sullcrom.com

Tara C Pakrouh

on behalf of Defendant BDK Consulting Ltd. tpakrouh@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com;EHockenberger@morrisjames.com

Tara C Pakrouh

on behalf of Defendant Michael Burgess tpakrouh@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com;EHockenberger@morrisjames.com

Tara C Pakrouh

on behalf of Defendant Matthew Burgess tpakrouh@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com;EHockenberger@morrisjames.com

Tara C Pakrouh

on behalf of Defendant Jing Yu "Darren" Wong tpakrouh@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com;EHockenberger@morrisjames.com

Tara C Pakrouh

on behalf of Defendant Lesley Burgess tpakrouh@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com;EHockenberger@morrisjames.com

Tara C Pakrouh

on behalf of Defendant Genetic Networks LLC tpakrouh@morrisjames.com

    ddepta@morrisjames.com;slisko@morrisjames.com;EHockenberger@morrisjames.com

Tara C Pakrouh

    on behalf of Defendant 3Twelve Ventures Ltd. tpakrouh@morrisjames.com
    ddepta@morrisjames.com;slisko@morrisjames.com;EHockenberger@morrisjames.com

Tara C Pakrouh

    on behalf of Interested Party Avalanche (BVI)  Inc. tpakrouh@morrisjames.com,
    ddepta@morrisjames.com;slisko@morrisjames.com;EHockenberger@morrisjames.com

Tara C Pakrouh

    on behalf of Defendant Huy Xuan "Kevin" Nguyen tpakrouh@morrisjames.com
    ddepta@morrisjames.com;slisko@morrisjames.com;EHockenberger@morrisjames.com

Therese Anne Scheuer

    on behalf of Interested Party U.S. Securities and Exchange Commission scheuert@sec.gov

Thomas A. Pitta

    on behalf of Creditor Cadian Group Co. tpitta@emmetmarvin.com  pdelrio@emmetmarvin.com

Thomas D. Bielli

    on behalf of Interested Party Auros Tech Limited tbielli@bk-legal.com

Thomas E Lauria

    on behalf of Interested Party Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation)
    tlauria@whitecase.com  mco@whitecase.com

Thomas Joseph Francella, Jr.

    on behalf of Interested Party Grant Kim TFrancella@raineslaw.com
    thomas-francella-6506@ecf.pacerpro.com;clano@whitefordlaw.com;thomas-francella-jr-0613@ecf.pacerpro.com

Thomas Joseph Francella, Jr.

    on behalf of Interested Party BH Trading Ltd. TFrancella@raineslaw.com
    thomas-francella-6506@ecf.pacerpro.com;clano@whitefordlaw.com;thomas-francella-jr-0613@ecf.pacerpro.com

Thomas Joseph Francella, Jr.

    on behalf of Interested Party Pngme TFrancella@raineslaw.com
    thomas-francella-6506@ecf.pacerpro.com;clano@whitefordlaw.com;thomas-francella-jr-0613@ecf.pacerpro.com

Thomas Joseph Francella, Jr.

    on behalf of Interested Party Peter Kim TFrancella@raineslaw.com
    thomas-francella-6506@ecf.pacerpro.com;clano@whitefordlaw.com;thomas-francella-jr-0613@ecf.pacerpro.com

Thomas S. Kessler

    on behalf of Creditor Canyon ESG Master Fund  L.P. tkessler@cgsh.com, maofiling@cgsh.com

Thomas S. Kessler

    on behalf of Creditor Canyon IC Credit Master Fund L.P. tkessler@cgsh.com  maofiling@cgsh.com

Thomas S. Kessler

    on behalf of Creditor Canyon-ASP Fund  L.P. tkessler@cgsh.com, maofiling@cgsh.com

Thomas T Janover

    on behalf of Creditor DCP Master Investments XVI LLC tjanover@kramerlevin.com

Thomas T Janover

    on behalf of Creditor Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP tjanover@kramerlevin.com

Thomas T Janover

    on behalf of Creditor DCP Master Investments XIV LLC tjanover@kramerlevin.com

Thomas T Janover

    on behalf of Plaintiff Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP tjanover@kramerlevin.com

Thomas T Janover

    on behalf of Creditor DCP Master Investments XV LLC tjanover@kramerlevin.com

Thomas T Janover

    on behalf of Creditor Seaport Loan Products LLC tjanover@kramerlevin.com

Tori Lynn Remington

    on behalf of Interested Party BlockFi Inc. and affiliates tori.remington@troutman.com
    wlbank@troutman.com;Monica.Molitor@troutman.com

Tristan G Axelrod

    on behalf of Interested Party BlockFi Inc. and affiliates taxelrod@brownrudnick.com

U.S. Trustee

    USTPRegion03.WL.ECF@USDOJ.GOV

William A. Clareman

    on behalf of Defendant Transpose Platform Fintech Fund II  L.P. wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant BCV 2019-MD Primary  L.P. wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant BCIP Venture Associates II L.P. wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Homebrew Ventures III  LP wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Buckley Ventures GP  LLC wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Acrew Capital Fund  LP wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Buckley Ventures  LP wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Correlation Ventures II  L.P. wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Treasury Fund I  LP wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Propel Venture Partners US Fund I LP wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Transpose Platform o/b/o TI Platform Fund II wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant TI Platform Fund II  LP wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Fin VC Regatta I  LP wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant LGF II  L.P. wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant BCIP Venture Associates II-B  L.P. wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Launchpad Capital Fund I LP wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant TI Platform NLI Venture Limited II wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Jonathan Christodoro wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant The 2016 Karkal Family Trust wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Acrew Capital Fund (A)  L.P. wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Warren Lowell Putnam & Brynn Jinnett Putnam  Tenants in Common wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Torch Capital II  LP wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Embed Shareholder Defendants wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Liquid 2 Ventures Fund II  L.P. wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Kamran Ansari wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Samuel Jones wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Bain Capital Venture Fund 2019 LP wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Acrew Capital MGP  LLC wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Propel Venture Partners  LLC wclareman@paulweiss.com

William A. Clareman
on behalf of Defendant YCC20 L.P. wclareman@paulweiss.com

William A. Clareman
on behalf of Defendant Y Combinator ES20 LLC wclareman@paulweiss.com

William B Larson, Jr
on behalf of Interested Party The Financial Times Ltd. wlarson@mgmlaw.com

William B Larson, Jr
on behalf of Interested Party The New York Times Company wlarson@mgmlaw.com

William B Larson, Jr
on behalf of Interested Party Bloomberg L.P. wlarson@mgmlaw.com

William B Larson, Jr
on behalf of Interested Party Dow Jones & Company Inc. wlarson@mgmlaw.com

William D. Sullivan
on behalf of Creditor Claimant No. 65255 wdsecfnotices@sha-llc.com

William D. Sullivan
on behalf of Creditor Word of God Fellowship Inc. wdsecfnotices@sha-llc.com

William E. Chipman, Jr.
on behalf of Interested Party Silvergate Bank chipman@chipmanbrown.com
fusco@chipmanbrown.com;dero@chipmanbrown.com

William Matthew Uptegrove
on behalf of Interested Party U.S. Securities and Exchange Commission uptegrovew@sec.gov

Zhao Liu
on behalf of Interested Party Xiao Li liu@teamrosner.com

Zhao Liu
on behalf of Interested Party Weiyang Zhou liu@teamrosner.com

Zhao Liu
on behalf of Interested Party Shupei Chen liu@teamrosner.com

Zhao Liu
on behalf of Interested Party Wenchao Tan liu@teamrosner.com

Zhao Liu
on behalf of Interested Party Siyuan Yan liu@teamrosner.com

Zhao Liu
on behalf of Interested Party Jyunyu Chen liu@teamrosner.com

Zhao Liu
on behalf of Interested Party Lu Yu liu@teamrosner.com

Zhao Liu
on behalf of Interested Party DAG Holdings Limited liu@teamrosner.com

Zhao Liu
on behalf of Interested Party Hongcheng Huang liu@teamrosner.com

Zhao Liu
on behalf of Interested Party Yijian Feng liu@teamrosner.com

Zhao Liu
on behalf of Interested Party Simin Jiang liu@teamrosner.com

Zhao Liu
on behalf of Interested Party Chris Curl Lee liu@teamrosner.com

Zhao Liu
on behalf of Interested Party Lingling Li liu@teamrosner.com

Zhao Liu
on behalf of Interested Party Hongyuan Zhai liu@teamrosner.com

Zhao Liu
on behalf of Interested Party Ben Li liu@teamrosner.com

Zhao Liu
on behalf of Interested Party Ke Wang liu@teamrosner.com

Zhao Liu
on behalf of Interested Party Jingkuan Hou liu@teamrosner.com

Zhao Liu

on behalf of Interested Party Huayang Zhou liu@teamrosner.com

Zhao Liu

on behalf of Interested Party Yan Tang liu@teamrosner.com

Zhao Liu

on behalf of Interested Party Haici Gao liu@teamrosner.com

Zhao Liu

on behalf of Interested Party Tianqi Huang liu@teamrosner.com

Zhao Liu

on behalf of Interested Party Yingkai Xu liu@teamrosner.com

Zhao Liu

on behalf of Interested Party Qilin Chen liu@teamrosner.com

TOTAL: 1568