United States Bankruptcy Court for the District of Delaware

Debtors: FTX Trading Ltd., et al
Case No 22-11068 (JTD)
Response to debtor's fiftieth omnibus claims objection to certain claims filed against the incorrect debtor

RECEIVED
2024 JUL 12 AM 10: 54
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Magdalena Alice Bissels
Claim number: 39096
My claim arises from a monetary investment of about 1200 Euro € [funds deposited on FTX exchange]

Dear Ladies and Gentlemen, dear honorable Judge John T. Dorsey,

the Debtors allege that my claim is an Incorrect Debtor claim as per Schedule 1 attached to their objection. I oppose to the Debtors' objection to my claim on the following grounds:

I had an active account with FTX trading Ltd. and was identified as an eligible client authorized to withdraw digital assets from my FTX account. On March 16, 2022, at 11:06 AM, I successfully sent an investment of 1,200.00 Euro to FTX Trading Ltd. On the same day, I noticed the 1200,00 € in my investment wallet on the FTX platform.

From March 16, 2022, to April 23, 2022, I documented the following transactions using my investment funds:
- March about 50€ worth of the cryptocurrency Matic
- 100€ worth of the cryptocurrency Ethereum
- 200€ worth of the cryptocurrency Bitcoin

1

- [April 7, 2022] I invested 50€ in BTC
- [April 23, 2022] I invested 100€ in BTC

At this point, I purchased at least 0.00880033 BTC. All these transactions were conducted on the FTX platform and are well-documented in my account records.

By allowing me to create an account, deposit funds, and purchase cryptocurrencies, FTX Trading Ltd. entered into contractual relationship with me. FTX Trading Ltd had a contractual obligation to safeguard my deposited funds and digital assets and to allow me to withdraw them as per the terms of service. Despite my valid investments and transactions, the Debtor failed to maintain the integrity of my assets as reflected in my account records. I relied on the representations made by FTX Trading Ltd. regarding the security and accessibility of my investments. Based on these representations, I invested 1 200,00 € and engaged in multiple transactions on the platform. As a result of FTX Trading Ltd.'s actions, I suffered a financial detriment equivalent to the total value of my investments and acquired digital assets.

Attached to this response are copies of the following documents supporting my claim:

1A: Transaction record of the 1 200,00 € investment made on March 16, 2022

1B: E Mail proof of my fiat deposit of 1.200,00 EUR having been credited by FTX Trading Ltd.

1C: Screenshot of Investment wallet on FTX app with 1.200,00 € credited

2A: Screenshot of Investment wallet on FTX app after first cryptocurrency purchases, including ETH, BTC, and Matic. 850,00 € left on April 1, 2022

2B: Records of purchase history Bitcoin made on the FTX app

The documentation supporting my claim, including transaction records, clearly indicates that the funds were invested and digital assets acquired through FTX Trading Ltd

Based on the above factual basis and legal grounds, I request that the court recognizes the validity of my claim against FTX Trading Ltd and reject the Debtors' proposal to revise it as an "Incorrect Debtor Claim"

All the Best,
Magdalena Bissels

3

Contact Information:

Magdalena Alice Bissels
Pelzstraße 34, 53129 Bonn
+4917948726 23
magdalena.bissels@t-online.de

Date: 26.06.2024

*[signature]*

Magdalena Alice Bissels



## Überweisung erfolgreich gesendet.
16.03.2022 um 11:06 Uhr
SecureGo plus

---

**Auftraggeber**
**Magdalena Alice Bissels**
DE90 3806 0186 **4955 8570 17** / Kontokor…

**Empfänger**
**FTX Trading Ltd**
LT85 3220 0200 **0082 9000**
BIC: UAPPLT21XXX / UAB PHOENIX PAYMENTS

**Details**
**1.200,00 EUR**
Investment by Magdalena Alice Bissels
Ausführung: **Sofort**

(1A): Transaction record of the 1.200,00€ investment made on March 16, 2022.

**T··**

### FTX fiat deposit credited

16.03.2022 17:49

Von    FTX Cryptocurrency Derivatives Exchange <support@ftx.com>
An     magdalena.bissels@t-online.de <magdalena.bissels@t-online.de>

Hello Magdalena Bissels,

Your fiat deposit of 1200.00 EUR has been credited.

Thank you for choosing to trade on FTX.

Join our community:
Wechat: ftexchange
Telegram: FTX_Official
Twitter: FTX_Official

-------------------------
FTX Crypto Derivatives Exchange: https://ftx.com

(4B) E-Mail proof of credited fiat deposit



(1C) screenshot of Investment wallet



(2A): Investment wallet on April 1, 2022



(2B): Purchase history Bitcoin

Magdalena Alice Bissels
Pützstr. 34
53129, Bonn
Germany



PRIORITY
PRIORITAIRE / LUFTPOST



Office of the Clerk (
Bankruptcy Court fc

824 Market street
3rd Floor,
Wilmington, Delau
United States of Ame