IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LLC, FTX TRADING LTD., WEST REALM SHIRES, INC., AND WEST REALM SHIRES SERVICES INC. (D/B/A FTX.US),<br><br>    Plaintiffs,<br><br>    v.<br><br>DANIEL FRIEDBERG,<br><br>    Defendant. | Adv. Pro. No. 23-50419 (JTD) |
| FTX TRADING LTD., ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., WEST REALM SHIRES SERVICES, INC., and NORTH DIMENSION INC.,<br><br>    Plaintiffs,<br><br>    - against -<br><br>CENTER FOR APPLIED RATIONALITY, LIGHTCONE INFRASTRUCTURE, INC., LIGHTCONE ROSE GARDEN LLC and FTX FOUNDATION,<br><br>    Defendants. | Adv. Pro. No. 24-50066 (JTD) |

---

[1] The last four digits of FTX Trading Ltd.'s FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

| | |
|---|---|
| FTX TRADING LTD. and WEST REALM SHIRES SERVICES, INC., <br><br>                              Plaintiffs. <br><br>            v. <br><br>MICHAEL BURGESS, HUY XUAN "KEVIN" NGUYEN, JING YU "DARREN" WONG, MATTHEW BURGESS, LESLEY BURGESS, 3TWELVE VENTURES LTD., and BDK CONSULTING LTD., <br><br>                            Defendants. | Adv. Pro. No. 23-50585 (JTD) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JULY 17, 2024 AT 1:00 P.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

**\*\*AS NO MATTERS ARE GOING FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT\*\***

## ADJOURNED MATTERS:

1. Notice of Pretrial Conference in an Adversary Proceeding [*Alameda Research LLC et al. v. Friedberg*, Adv. No. 23-50419 (JTD) – Adv. D.I. 7, filed on July 26, 2023]

   Status: This matter is adjourned to a date to be determined.

2. Debtors' Objection to Proof of Claim Filed by Ross Rheingans-Yoo [D.I. 3409, filed on October 30, 2023]

   Status: This matter is adjourned to the hearing scheduled for September 12, 2024 at 1:00 p.m. (ET).

3. Motion of Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP to Require Debtors' Claims and Noticing Agent to Recognize and Record Transfer of Claim to Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP [D.I. 9289, filed on March 13, 2024]

   Status: This matter is adjourned to the hearing scheduled for August 15, 2024 at 1:00 p.m. (ET).

4. Notice of Pretrial Conference in Adversary Proceeding [*FTX Trading Ltd. et al. v. Center for Applied Rationality et al.*, Adv. No. 24-50066 (JTD) – Adv. D.I. 3, filed on May 17, 2024]

    Status: This matter is adjourned to the hearing scheduled for August 15, 2024 at 1:00 p.m. (ET).

5. The Celsius Litigation Administrator's Motion for Relief from the Automatic Stay [D.I. 16815, filed on June 5, 2024]

    Status: This matter is adjourned to the hearing scheduled for September 12, 2024 at 1:00 p.m. (ET).

6. The Celsius Litigation Administrator's Motion for Entry of an Order for Authority to File Under Seal the Transfer Schedules Containing Confidential Information [D.I. 17182, filed on June 10, 2024]

    Status: This matter is adjourned to the hearing scheduled for September 12, 2024 at 1:00 p.m. (ET).

**WITHDRAWN MATTERS:**

7. Motion of Play Magnus AS for Order Deeming Proof of Claim as Timely Filed [D.I. 18544, filed on June 24, 2024]

    Status: This matter was withdrawn on July 2, 2024.

8. Motion of Amanda Houghton for Leave to Serve Subpoenas on Debtors [D.I. 18556, filed on June 24, 2024]

    Status: This matter was withdrawn on July 10, 2024.

**RESOLVED MATTERS**:

9. Motion of the Debtors for Entry of an Order (A) Authorizing the Debtors to Enter into Partial Settlement Agreements with Zixiao "Gary" Wang and Nishad Singh and (B) Approving the Settlement Agreements [D.I. 16755, filed on June 4, 2024]

    Status: On June 20, 2024, the Court entered an order granting the related relief. Accordingly, a hearing regarding this matter is not required.

10. Motion of Debtors for Entry of an Order Further Extending the Time Period Within Which the Debtors May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Rules 9027 and 9006 of the Federal Rules of Bankruptcy Procedure [D.I. 16770, filed on June 4, 2024]

      Status: On June 20, 2024, the Court entered an order granting the related relief. Accordingly, a hearing regarding this matter is not required.

11. Motion for (I) Authority to Conduct Additional Investigations and (II) an Order Establishing the Scope, Cost, Degree, and Duration of the Second Phase of the Examination and Granting Related Relief [D.I. 17166, filed on June 10, 2024]

      Status: On June 26, 2024, the Court entered an order granting the related relief. Accordingly, a hearing regarding this matter is not required.

12. Motion of Debtors for Entry of an Order (I) Authorizing and Approving Sale of Debtors' Interests in FTX Japan K.K. Free and Clear of All Liens, Claims, Interests and Encumbrances; (II) Authorizing and Approving FTX Japan Holding K.K.'s Entry into, and Performance Under, the Purchase and Sale Agreement; (III) Dismissing the Chapter 11 Case of FTX Japan K.K. Effective as of Closing; and (IV) Granting Related Relief [D.I. 17923, filed on June 20, 2024]

      Status: On July 15, 2024, a certificate of counsel was filed, and an order has been uploaded for entry. Accordingly, a hearing on this matter is not required.

13. Plaintiffs' Motion for Entry for an Order (A) Authorizing Plaintiffs' Entry Into, and Performance Under, the Settlement Agreement with Defendants, (B) Approving the Settlement Agreement, and (C) Granting Related Relief [D.I. 18659 & Adv. D.I. 46, filed on June 24, 2024]

      Status:  On July 11, 2024, the Court entered an order granting the related relief. Accordingly, a hearing regarding this matter is not required.

14. Emergent Debtor's Fourth Motion for Entry of an Order Extending the Exclusive Periods During Which Only the Emergent Debtor May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 19071, filed on June 26, 2024]

      Status: On July 12, 2024, the Court entered an order granting the related relief. Accordingly, a hearing regarding this matter is not required.

| | |
|---|---|
| Dated: July 15, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>           brown@lrclaw.com<br>           pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>           bromleyj@sullcrom.com<br>           gluecksteinb@sullcrom.com<br>           kranzleya@sullcrom.com<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession* |