

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

FTX Trading Ltd., *et al.*

Debtors

Chapter 11
Case No. 22-11068
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor

**[CONFIDENTIAL CREDITOR]**

Transferor's Address:

[Address on File]

Name of Transferee

**JIRI BALUN**

Transferee's address for notices and payment:

Karla Svobody 317/23a, 725 27

Ostrava-Plesna, Czech Republic

Attn: Jiri Balun

balunj@seznam.cz

| Schedule/Claim No. | Creditor Name | % Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Schedule #: 5552694 | Name (Redacted) | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _DocuSigned by: [signature] 8A735D0BB4BB400..._    Date: 07/12/2024

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

**EXHIBIT A**

**SCHEDULED CLAIM(S) / PROOF(S) OF CLAIM**

**Excerpt from Schedule F:**

| 02775964 | BTC[2.1131184550000000],SOL[0.0061256822570599],USD[17252.7486931290232575] |
|---|---|

**Excerpt from Amended Schedule F (2023):**

| 02775964 | | ATOM-PERP[0], AVAX-PERP[0], AXS-PERP[0], BTC[2.11311845], BTC-MOVE-0125[0], BTC-MOVE-0126[0], BTC-PERP[0], EGLD-PERP[0], ENJ-PERP[0], ETC-PERP[0], ETH-PERP[0], FIDA-PERP[0], FTM-PERP[0], FTT-PERP[0], GALA-PERP[0], GMT-PERP[0], ICP-PERP[0], INJ-PERP[0], KAVA-PERP[0], LTC-PERP[0], LUNC-PERP[0], MAPS-PERP[0], NEAR-PERP[0], PEOPLE-PERP[0], RAY-PERP[0], RUNE-PERP[0], SOL[0.00612568], SOL-PERP[0], SRM-PERP[0], STORJ-PERP[0], SUSHI-PERP[0], SXP-PERP[0], TRX-PERP[0], USD[17252.75], WAVES-PERP[0], XLM-PERP[0] |
|---|---|---|

**Excerpt from Kroll Website:**



### Creditor Information - Schedule # 5552694

**Creditor**
Name on File
Address on File

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
n/a

**Claim Number**
n/a
**Schedule Number**
5552694
**Confirmation ID**
3265-70-SNRWF-665515241

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign