IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FTX TRADING LTD., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br><br> (Jointly Administered) |

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee
Cerato Partners II GmbH

Name and address where notices and payments to transferee should be sent:
Cerato Partners II GmbH
Am Dorfanger 12
12529 Schoenefeld, Deutschland
Attn: Gunther Kotz
Email: gkotz@cerato.de

Name of Transferor

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule No. 6408892 | | 100% | FTX Trading Ltd. | 22-11068 |
| Confirmation ID No.'s 3265-70-VUUEN-839049157 | | 100% | FTX Trading Ltd. | 22-11068 |
| Customer Code No. 6154060 | | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

_____
Transferee/Transferee's Agent

Date: 12 July 2024

FTX Trading Ltd.
Case 22-11068-JTD Schedule F/748 Unprinted Customer Claims — Filed 06/27/23
Page 1295 of 1380

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 06154060 | | BTC-PERP[0], ETH[.00004962], ETH-PERP[0], ETHW[.00004962], TRX[10], USD[14698.28] | | |

22-11068 (JTD)

## EVIDENCE OF TRANSFER OF CLAIM

TO:       United States Bankruptcy Court
          for the District of Delaware ("Court")

AND:      FTX Trading Ltd. ("Debtor")
          Case No. 22-11068 (JTD) ("Case")

CLAIM:    Schedule No. 6408892 (Schedule")
          Confirmation ID No.'s 3265-70-VUUEN-839049157 ("Confirmation ID")
          Customer Code No. 6154060 ("Customer Code")

▬▬▬▬▬▬▬ ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged pursuant to the terms of an Assignment of Claim Agreement dated as of July 10, 2024, does hereby certify that he has unconditionally and irrevocably sold, transferred, and assigned to:

    Cerato Partners II GmbH
    Am Dorfanger 12
    12529 Schoenefeld, Deutschland
    Attn: Gunther Kotz
    Email: gkotz@cerato.de

and its successors and assigns ("Buyer"), all rights, title, and interest in and to (a) the Proofs of Claim, (b) the Schedule, (c) the Confirmation IDs and (d) the Customer Code (collectively the "Claim") and all cash, principal, interest, and other property that may be distributed on account of the Claim.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all future payments and distributions on account of the Claim free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim, in each case to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have duly executed this Evidence of Transfer of Claim.

**SELLER:**                                           **BUYER:**

**LEVENT IZZETI**                                     **CERATO PARTNERS II GMBH**

                                                       By: _[signature]_
                                                       Name: Gunther Kotz
                                                       Title: Authorized Signatory
                                                      Date: 12 July 2024

**Identity of Transferor**

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.