## **CERTIFICATE OF SERVICE**

I, M. Blake Cleary, do hereby certify that on July 16, 2024, a copy of the foregoing *Motion of LayerZero Labs Ltd., Ari Litan, and Skip & Goose LLC Pursuant to Bankruptcy Rule 3018(a) for Estimation and Temporary Allowance of Claims for Purposes of Voting to Accept or Reject the Plan* was served on the parties listed on the attached service list in the manner indicated.

>  */s/ M. Blake Cleary*
>  M. Blake Cleary (No. 3614)

11634130v.1

**SERVICE LIST**

| | |
|---|---|
| **Counsel to the Debtors**<br><br>Adam G. Landis, Esq.<br>Matthew B. McGuire, Esq.<br>Kimberly A. Brown, Esq.<br>Matthew R. Pierce, Esq.<br>LANDIS RATH & COBB LLP<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19801<br>Email: landis@lrclaw.com<br>   mcguire@lrclaw.com<br>   brown@lrclaw.com<br>   pierce@lrclaw.com<br><br>**By Email** | **Counsel to the Debtors**<br><br>Andrew G. Dietderich, Esq.<br>James L. Bromley, Esq.<br>Brian D. Glueckstein, Esq.<br>Alexa J. Kranzley, Esq.<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>Email: dietdericha@sullcrom.com<br>   bromleyj@sullcrom.com<br>   gluecksteinb@sullcrom.com<br>   kranzleya@sullcrom.com<br><br>**By Email** |
| Linda Richenderfer, Esq.<br>OFFICE OF THE UNITED STATES TRUSTEE<br>844 King Street<br>Suite 2207<br>Wilmington, DE 19801<br>Email: linda.richenderfer@usdoj.gov<br><br>**By Email** | **Counsel to the Official Committee of Unsecured Creditors**<br><br>Kristopher M. Hansen, Esq.<br>Ken Pasquale, Esq.<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>Email: krishansen@paulhastings.com<br>   kenpasquale@paulhastings.com<br><br>**By Email** |
| **Counsel to the Official Committee of Unsecured Creditors**<br><br>Matthew B. Lunn, Esq.<br>Robert F. Poppiti, Jr. Esq.<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: mlunn@ycst.com<br>   rpoppiti@ycst.com<br><br>**By Email** | **Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com**<br><br>Erin E. Broderick, Esq.<br>Eversheds Sutherland (US) LLP,<br>227 West Monroe Street, Suite 6000<br>Chicago, Illinois 60606<br>Email:  erinbroderick@eversheds-sutherland.com<br><br>**By Email** |

**Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com**

Matthew B. Harvey, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP,
1201 North Market Street, 16thFloor,
Wilmington, Delaware 19801
Email: mharvey@morrisnichols.com

**By Email**

**Counsel to the Joint Official Liquidators and Foreign Representatives of FTX Digital Markets Ltd.**

Brendan Schlauch, Esq.
Paul N. Heath, Esq.
RICHARD, LAYTON & FINGER P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Email: schlauch@rlf.com
       heath@rlf.com

**By Email**

**Counsel to the Joint Official Liquidators and Foreign Representatives of FTX Digital Markets Ltd.**

Brett Bakemeyer, Esq.
Brian D. Pfeiffer, Esq.
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Email:  brett.bakemeyer@whitecase.com
        brain.pfeiffer@whitecase.com

**By Email**

11634130v.1