# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On July 12th, 2024, at my direction and under my supervision, employees of Reliable Companies caused to be served the following document via the methods indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 07/12/2024 | 20300 | Motion for Relief from Stay (FEE) (Eden Protocol Limited's Motion for Entry of an Order (I) Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1), (II) Waiving Bankruptcy Rule 4001, and (III) Granting Related Relief). Fee Amount $199. Filed by Eden Protocol Limited. Hearing scheduled for 8/15/2024 at 01:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 7/26/2024. (Attachments: # 1 Notice of Motion # 2 Exhibit A - Proposed Order # 3 Exhibit B - Token Purchase Agreement # 4 Exhibit C - Munoz Declaration) |

Dated: July 17th, 2024

*/s/ Laurie Heggan*
Laurie Heggan
Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801

# EXHIBIT A

| | |
|---|---|
| **VIA ELECTRONIC MAIL:**<br>A. M. SACCULLO LEGAL, LLC<br>ATTN: ANTHONY M. SACCULLO, MARY E. AUGUSTINE<br>27 CRIMSON KING DRIVE<br>BEAR, DE 19701<br>AMS@SACCULLOLEGAL.COM<br>MEG@SACCULLOLEGAL.COM | **VIA ELECTRONIC MAIL:**<br>ASHBY & GEDDES, P.A.<br>ATTN: MICHAEL D. DEBAECKE<br>500 DELAWARE AVENUE<br>8TH FLOOR<br>WILMINGTON, DE 19899-1150<br>MDEBAECKE@ASHBYGEDDES.COM |
| **VIA ELECTRONIC MAIL:**<br>ASHBY & GEDDES, P.A.<br>ATTN: RICARDO PALACIO, GREGORY A. TAYLOR<br>500 DELAWARE AVENUE, 8TH FLOOR<br>P.O. BOX 1150<br>WILMINGTON, DE 19899<br>RPALACIO@ASHBYGEDDES.COM<br>GTAYLOR@ASHBYGEDDES.COM | **VIA ELECTRONIC MAIL:**<br>BALLARD SPAHR LLP<br>ATTN: JAMES V. MASELLA, III<br>1675 BROADWAY<br>19TH FLOOR<br>NEW YORK, NY 10019-5820<br>MASELLAJ@BALLARDSPAHR.COM |
| **VIA ELECTRONIC MAIL:**<br>BALLARD SPAHR LLP<br>ATTN: NICHOLAS J. BRANNICK<br>919 N. MARKET STREET<br>11TH FLOOR<br>WILMINGTON, DE 19801-3034<br>BRANNICKN@BALLARDSPAHR.COM | **VIA FIRST CLASS MAIL:**<br>BECKET & LEE LLP<br>ATTN: SHRADDHA BHARATIA<br>P.O. BOX 3001<br>MALVERN, PA 19355-0701 |
| **VIA ELECTRONIC MAIL:**<br>BIELLI & KLAUDER, LLC<br>ATTN: DAVID M. KLAUDER<br>1204 N. KING STREET<br>WILMINGTON, DE 19801<br>DKLAUDER@BK-LEGAL.COM | **VIA ELECTRONIC MAIL:**<br>BLANK ROME LLP<br>ATTN: JOSEF W. MINTZ<br>1201 MARKET STREET<br>SUITE 800<br>WILMINGTON, DE 19801<br>JOSEF.MINTZ@BLANKROME.COM |
| **VIA ELECTRONIC MAIL:**<br>BLANK ROME LLP<br>ATTN: RICK ANTONOFF<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020<br>RICK.ANTONOFF@BLANKROME.COM | **VIA ELECTRONIC MAIL:**<br>BOERSCH & ILLOVSKY LLP<br>ATTN: SHARON FRASE<br>1611 TELEGRAPH AVE.,<br>SUITE 806<br>OAKLAND, CA 94612<br>SHARON@BOERSCH-ILLOVSKY.COM |

| | |
|---|---|
| **VIA ELECTRONIC MAIL:**<br>BROWN RUDNICK LLP<br>ATTN: KENNETH J. AULET, JEFFREY L. JONAS, MICHAEL WINOGRAD, ALEXANDER F. KASNETZ<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036<br>KAULET@BROWNRUDNICK.COM<br>JJONAS@BROWNRUDNICK.COM<br>MWINOGRAD@BROWNRUDNICK.COM<br>AKASNETZ@BROWNRUDNICK.COM | **VIA ELECTRONIC MAIL:**<br>BROWN RUDNICK LLP<br>ATTN: TRISTAN G. AXELROD, SHARI I. DWOSKIN, MATTHEW A. SAWYER<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111<br>TAXELROD@BROWNRUDNICK.COM<br>SDWOSKIN@BROWNRUDNICK.COM<br>MSAWYER@BROWNRUDNICK.COM |
| **VIA ELECTRONIC MAIL:**<br>BROWNELL LAW GROUP LLC<br>ATTN: FELICIA BROWNELL<br>252 MARINERS WAY<br>BEAR, DE 19701<br>FBROWNELL@BROWNELLLAWGROUP.COM | **VIA ELECTRONIC MAIL:**<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>ATTN: SHAWN M. CHRISTIANSON, ESQ.<br>425 MARKET STREET, SUITE 2900<br>SAN FRANCISCO, CA 94105-3493<br>SCHRISTIANSON@BUCHALTER.COM |
| **VIA ELECTRONIC MAIL:**<br>BUTLER SNOW LLP<br>ATTN: JAMES E. BAILEY III, ROBERT CAMPBELL HILLYER<br>CRESCENT CENTER, SUITE 500<br>6075 POPLAR AVENUE, P.O. BOX 171443<br>MEMPHIS, TN 38187<br>JEB.BAILEY@BUTLERSNOW.COM<br>CAM.HILLYER@BUTLERSNOW.COM | **VIA ELECTRONIC MAIL:**<br>BUTLER SNOW LLP<br>ATTN: MARTIN SOSLAND<br>2911 TURTLE CREEK BLVD., SUITE 1400<br>DALLAS, TX 75219<br>MARTIN.SOSLAND@BUTLERSNOW.COM |
| **VIA ELECTRONIC MAIL:**<br>CARR MALONEY P.C.<br>ATTN: J. PETER GLAWS, IV, ESQ.<br>2000 PENNSYLVANIA AVE, NW<br>STE. 8001<br>WASHINGTON, DC 20006<br>PETER.GLAWS@CARRMALONEY.COM | **VIA ELECTRONIC MAIL:**<br>CARTER LEDYARD & MILBURN LLP<br>ATTN: AARON R. CAHN<br>28 LIBERTY STREET<br>41ST FLOOR<br>NEW YORK, NY 10005<br>BANKRUPTCY@CLM.COM |
| **VIA ELECTRONIC MAIL:**<br>CHAMBERLAINS LAW FIRM<br>ATTN: STIPE VULETA, LACHLAN MCBRIDE, SEBASTIAN BRODOWSKI, SAM KEYS-ASGILL<br>LEVEL 12 59 GOULBURN STREET<br>SYDNEY, NSW, 2002<br>AUSTRALIA<br>STIPE.VULETA@CHAMBERLAINS.COM.AU<br>LACHLAN.MCBRIDE@CHAMBERLAINS.COM.AU<br>SEBASTIAN.BRODOWSKI@CHAMBERLAINS.COM.AU<br>SAM.KEYSASGILL@CHAMBERLAINS.COM.AU | **VIA ELECTRONIC MAIL:**<br>CLARK HILL PLC<br>ATTN: KAREN M. GRIVNER<br>824 N. MARKET STREET<br>SUITE 710<br>WILMINGTON, DE 19801<br>KGRIVNER@CLARKHILL.COM |

| | |
|---|---|
| **VIA ELECTRONIC MAIL:**<br>CLARK HILL PLC<br>ATTN: KEVIN H. MORSE<br>130 E. RANDOLPH STREET<br>SUITE 3900<br>CHICAGO, IL 60601<br>KMORSE@CLARKHILL.COM | **VIA ELECTRONIC MAIL:**<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ATTN: JANE VANLARE, BRANDON M. HAMMER<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006<br>JVANLARE@CGSH.COM<br>BHAMMER@CGSH.COM |
| **VIA ELECTRONIC MAIL:**<br>COLE SCHOTZ P.C.<br>ATTN: NORMAN L. PERNICK, ESQ., ANDREW J. ROTH, ESQ.<br>500 DELAWARE AVENUE<br>SUITE 1410<br>WILMINGTON, DE 19801<br>NPERNICK@COLESCHOTZ.COM<br>AROTH-MOORE@COLESCHOTZ.COM | **VIA ELECTRONIC MAIL:**<br>COMMODITY FUTURES TRADING COMMISSION<br>ATTN: MARTIN B. WHITE<br>SENIOR ASSISTANT GENERAL COUNSEL<br>1155 21ST STREET NW<br>WASHINGTON, DC 20581<br>MWHITE@CFTC.GOV |
| **VIA ELECTRONIC MAIL:**<br>COOLEY LLP<br>ATTN: AUDREY MOTT-SMITH<br>3 EMBARCADERO CENTER<br>20TH FLOOR<br>SAN FRANCISCO, CA 94111<br>AMOTTSMITH@COOLEY.COM | **VIA ELECTRONIC MAIL:**<br>COOLEY LLP<br>ATTN: CULLEN D. SPECKHART<br>1299 PENNSYLVANIA AVENUE NW<br>SUITE 700<br>WASHINGTON, DC 20004<br>CSPECKHART@COOLEY.COM |
| **VIA ELECTRONIC MAIL:**<br>COOLEY LLP<br>ATTN: MICHAEL KLEIN, ARIC WU, CAROLINE PIGNATELLI<br>ERICA J. RICHARDS<br>55 HUDSON YARDS<br>NEW YORK, NY 10001<br>MKLEIN@COOLEY.COM<br>AHWU@COOLEY.COM<br>CPIGNATELLI@COOLEY.COM<br>ERICHARDS@COOLEY.COM | **VIA ELECTRONIC MAIL:**<br>COOLEY LLP<br>ATTN: PHILIP M. BOWMAN, ESQ.<br>55 HUDSON YARDS<br>NEW YORK, NY 10001<br>PBOWMAN@COOLEY.COM |
| **VIA ELECTRONIC MAIL:**<br>COUSINS LAW LLC<br>ESQ., SCOTT D. JONES, ESQ.<br>BRANDYWINE PLAZA WEST<br>1521 CONCORD PIKE, SUITE 301<br>WILMINGTON, DE 19801<br>SCOTT.JONES@COUSINS-LAW.COM | **VIA ELECTRONIC MAIL:**<br>COZEN O'CONNOR<br>ATTN: FREDERICK SCHMIDT<br>3WTC, 175 GREENWICH STREET<br>55TH FLOOR<br>NEW YORK, NY 10007<br>ESCHMIDT@COZEN.COM |

| | |
|---|---|
| **VIA ELECTRONIC MAIL:**<br>COZEN O'CONNOR<br>ATTN: THOMAS J. FRANCELLA<br>1201 N. MARKET STREET, SUITE 1001<br>WILMINGTON, DE 19801<br>TFRANCELLA@COZEN.COM | **VIA ELECTRONIC MAIL:**<br>CROSS & SIMON LLC<br>ATTN: KEVIN S. MANN<br>1105 NORTH MARKET STREET<br>SUITE 901<br>WILMINGTON, DE 19801<br>KMANN@CROSSLAW.COM |
| **VIA ELECTRONIC MAIL:**<br>CROSS & SIMON, LLC<br>ATTN: CHRISTOPHER P. SIMON<br>1105 NORTH MARKET STREET<br>SUITE 901<br>WILMINGTON, DE 19801<br>CSIMON@CROSSLAW.COM | **VIA ELECTRONIC MAIL:**<br>CROWELL & MORING LLP<br>ATTN: FREDERICK HYMAN<br>590 MADISON AVE<br>NEW YORK, NY 10022<br>FHYMAN@CROWELL.COM |
| **VIA ELECTRONIC MAIL:**<br>DEBEVOISE & PLIMPTON LLP<br>ATTN: M. NATASHA LABOVITZ, ESQ., ELIE J. WORENKLEIN, ESQ., MICHAEL C. GODBE, ESQ.<br>66 HUDSON BOULEVARD<br>NEW YORK, NY 10001<br>NLABOVITZ@DEBEVOISE.COM<br>EWORENKLEIN@DEBEVOISE.COM<br>MCGODBE@DEBEVOISE.COM | **VIA ELECTRONIC MAIL:**<br>DEBEVOISE & PLIMPTON LLP<br>ATTN: SIDNEY P. LEVINSON, JASMINE BALL<br>66 HUDSON BOULEBARD<br>NEW YORK, NY 10001<br>SLEVINSON@DEBEVOISE.COM<br>JBALL@DEBEVOISE.COM |
| **VIA ELECTRONIC MAIL:**<br>DELAWARE DIVISION OF REVENUE<br>ATTN: ZILLAH FRAMPTON<br>820 N FRENCH ST<br>WILMINGTON, DE 19801<br>FASNOTIFY@STATE.DE.US | **VIA ELECTRONIC MAIL:**<br>DELAWARE SECRETARY OF STATE<br>CORPORATIONS FRANCHISE TAX<br>P.O. BOX 898<br>DOVER, DE 19903<br>DOSDOC_FTAX@STATE.DE.US |
| **VIA ELECTRONIC MAIL:**<br>DELAWARE STATE TREASURY<br>ATTN: BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER, DE 19904<br>STATETREASURER@STATE.DE.US | **VIA ELECTRONIC MAIL:**<br>DILWORTH PAXSON LLP<br>ATTN: PETER C. HUGHES, ESQ.<br>800 N KING STREET<br>SUITE 202<br>WILMINGTON, DE 19801<br>PHUGES@DILWORTHLAW.COM |

| | |
|---|---|
| **VIA ELECTRONIC MAIL:**<br>DLA PIPER LLP<br>ATTN: AARON S. APPLEBAUM<br>1201 NORTH MARKET STREET<br>SUITE 2100<br>WILMINGTON, DE 19801<br>AARON.APPLEBAUM@US.DLAPIPER.COM | **VIA ELECTRONIC MAIL:**<br>DLA PIPER LLP (US)<br>ATTN: AARON S. APPLEBAUM<br>1201 NORTH MARKET STREET<br>SUITE 2100<br>WILMINGTON, DE 19801<br>AARON.APPLEBAUM@US.DLAPIPER.COM |
| **VIA ELECTRONIC MAIL:**<br>DLA PIPER LLP (US)<br>ATTN: DENNIS C. O'DONNELL<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020<br>DENNIS.ODONNELL@DLAPIPER.COM | **VIA ELECTRONIC MAIL:**<br>DLA PIPER LLP (US)<br>ATTN: JEFFREY TOROSIAN<br>444 W. LAKE STREET<br>SUITE 900<br>CHICAGO, IL 60606<br>JEFFREY.TOROSIAN@DLAPIPER.COM |
| **VIA ELECTRONIC MAIL:**<br>DOSHI LEGAL GROUP, P.C.<br>ATTN: AMISH R. DOSHI<br>1979 MARCUS AVENUE, SUITE 210E<br>LAKE SUCCESS, NY 11042<br>AMISH@DOSHILEGAL.COM | **VIA ELECTRONIC MAIL:**<br>EMMET, MARVIN & MARTIN, LLP<br>ATTN: THOMAS A. PITTA, ESQ. JUDITH SWARTZ, ESQ.<br>120 BROADWAY, 32ND FLOOR<br>NEW YORK, NY 10271<br>JSWARTZ@EMMETMARVIN.COM<br>TPITTA@EMMETMARVIN.COM |
| **VIA FIRST CLASS MAIL:**<br>ENVIRONMENTAL PROTECTION AGENCY<br>ATTN BANKRUPTCY DIVISION<br>290 BROADWAY<br>NEW YORK, NY 10007-1866 | **VIA FIRST CLASS MAIL:**<br>ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: GENERAL COUNSEL<br>OFFICE OF GENERAL COUNSEL 2310A<br>1200 PENNSYLVANIA AVE NW, 2310A<br>WASHINGTON, DC 20460 |
| **VIA ELECTRONIC MAIL:**<br>EVERSHEDS SUTHERLAND (US) LLP<br>ATTN: ANDREA L. GORDON<br>700 SIXTH STREET NW, SUITE 700<br>WASHINGTON, DC 20001<br>ANDREAGORDON@EVERSHEDS-SUTHERLAND.COM | **VIA ELECTRONIC MAIL:**<br>EVERSHEDS SUTHERLAND (US) LLP<br>ATTN: ERIN E. BRODERICK<br>227 WEST MONROE STREET, SUITE 6000<br>CHICAGO, IL 60606<br>ERINBRODERICK@EVERSHEDS-SUTHERLAND.COM |

| | |
|---|---|
| **VIA ELECTRONIC MAIL:**<br>EVERSHEDS SUTHERLAND (US) LLP<br>ATTN: MARK D. SHERRILL<br>1001 FANNIN STREET, SUITE 3700<br>HOUSTON, TX 77002<br>MARKSHERRILL@EVERSHEDS-SUTHERLAND.COM | **VIA ELECTRONIC MAIL:**<br>EVERSHEDS SUTHERLAND (US) LLP<br>ATTN: PETER A. IVANICK, SARAH E. PAUL, PHILIP H. EHRLICH, LYNN W. HOLBERT<br>THE GRACE BUILDING, 40TH FLOOR<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036<br>PETERIVANICK@EVERSHEDS-SUTHERLAND.COM<br>SARAHPAUL@EVERSHEDS-SUTHERLAND.COM<br>PHILIPEHRLICH@EVERSHEDS-SUTHERLAND.COM |
| **VIA ELECTRONIC MAIL:**<br>FOLEY & LARDNER LLP<br>ATTN: MICHAEL J. SMALL<br>321 NORTH CLARK STREET, SUITE 3000<br>CHICAGO, IL 60654<br>MSMALL@FOLEY.COM | **VIA ELECTRONIC MAIL:**<br>FOLEY & LARDNER LLP<br>ATTN: SAMANTHA RUPPENTHAL<br>90 PARK AVENUE<br>NEW YORK, NY 10016<br>SRUPPENTHAL@FOLEY.COM |
| **VIA FIRST CLASS MAIL:**<br>FTX TRADING LTD.<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>10-11 MANDOLIN PLACE<br>FRIARS HILL ROAD<br>ST. JOHN'S, AG-04<br>ANTIGUA AND BARBUDA | **VIA ELECTRONIC MAIL:**<br>GEBHARDT & SMITH LLP<br>ATTN: DAVID V. FONTANA<br>1000 N. WEST STREET<br>SUITE 1200<br>WILMINGTON, DE 19081<br>DFONT@GEBSMITH.COM |
| **VIA ELECTRONIC MAIL:**<br>GELLERT SCALI BUSENKELL & BROWN, LLC<br>ATTN: MICHAEL BUSENKELL<br>1201 NORTH ORANGE STREET<br>SUITE 300<br>WILMINGTON, DE 19801<br>MBUSENKELL@GSBBLAW.COM | **VIA ELECTRONIC MAIL:**<br>GIBBONS P.C.<br>ATTN: CHRISTOPHER VICECONTE, ESQ.<br>300 DELAWARE AVENUE<br>SUITE 1015<br>WILMINGTON, DE 19801-1671<br>CVICECONTE@GIBBONSLAW.COM |
| **VIA ELECTRONIC MAIL:**<br>GIBBONS P.C.<br>ATTN: ROBERT K. MALONE, ESQ., BRETT S. THEISEN, ESQ.<br>KYLE P. MCEVILLY, ESQ.<br>ONE GATEWAY CENTER<br>NEWARK, NJ 07102-5310<br>RMALONE@GIBBONSLAW.COM<br>BTHEISEN@GIBBONSLAW.COM<br>KMCEVILLY@GIBBONSLAW.COM | **VIA ELECTRONIC MAIL:**<br>GOETZ FITZPATRICK LLP<br>ATTN: SCOTT D. SIMON, ESQ.<br>ONE PENN PLAZA<br>SUITE 3100<br>NEW YORK, NY 10119<br>SSIMON@GOETZFITZ.COM |

| | |
|---|---|
| **VIA ELECTRONIC MAIL:**<br>GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP<br>ATTN: BRIAN DAVIDOFF<br>2049 CENTURY PARK EAST<br>STE 2600<br>LOS ANGELES, CA 90067-4590<br>BDAVIDOFF@GREENBERGGLUSKER.COM | **VIA ELECTRONIC MAIL:**<br>HAYNES AND BOONE, LLP<br>ATTN: RICHARD D. ANIGIAN, CHARLES M. JONES II<br>2323 VICTORY AVENUE<br>SUITE 700<br>DALLAS, TX 75219<br>RICK.ANIGIAN@HAYNESBOONE.COM<br>CHARLIE.JONES@HAYNESBOONE.COM |
| **VIA ELECTRONIC MAIL:**<br>HAYNES AND BOONE, LLP<br>ATTN: RICHARD KANOWITZ<br>30 ROCKEFELLER PLAZA<br>26TH FLOOR<br>NEW YORK, NY 10112<br>RICHARD.KANOWITZ@HAYNESBOONE.COM | **VIA ELECTRONIC MAIL:**<br>HOGAN LOVELLS US LLP<br>ATTN: DENNIS H. TRACEY, III, JOHN D. BECK, MAYA JUMPER<br>390 MADISON AVENUE<br>NEW YORK, NY 10017<br>DENNIS.TRACEY@HOGANLOVELLS.COM<br>DENNIS.TRACEY@HOGANLOVELLS.COM<br>MAYA.JUMPER@HOGANLOVELLS.COM |
| **VIA ELECTRONIC MAIL:**<br>HOLLAND & KNIGHT LLP<br>ATTN: WARREN E. GLUCK, ESQ., MARIE E. LARSEN, ESQ., DAVID W. WIRT, JESSICA MAGEE, SHARDUL DESAI<br>31 W. 52ND STREET<br>NEW YORK, NY 10019<br>WARREN.GLUCK@HKLAW.COM<br>MARIE.LARSEN@HKLAW.COM<br>DAVID.WIRT@HKLAW.COM<br>JESSICA.MAGEE@HKLAW.COM<br>**VIA FIRST CLASS MAIL:**<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA, PA 19104-5016 | **VIA ELECTRONIC MAIL:**<br>HUGH SMITH ESQUIRE<br>LEVEL 8 224 BUNDA STREET<br>CANBERRA CITY, ACT, 2601<br>AUSTRALIA<br>HUGH.SMITH@CHAMBERLAINS.COM.AU<br><br>**VIA FIRST CLASS MAIL:**<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| **VIA ELECTRONIC MAIL:**<br>JOYCE, LLC<br>ATTN: MICHAEL J. JOYCE, ESQ.<br>1225 KING STREET<br>SUITE 800<br>WILMINGTON, DE 19801<br>MJOYCE@MJLAWOFFICES.COM | **VIA ELECTRONIC MAIL:**<br>K&L GATES LLP<br>ATTN: BRIAN D. KOOSED, ESQ.<br>1602 K STREET NW<br>WASHINGTON, DC 20006-1600<br>BRIAN.KOOSED@KLGATES.COM |

**VIA ELECTRONIC MAIL:**
K&L GATES LLP
ATTN: ROBERT T. HONEYWELL, ESQ.
599 LEXINGTON AVENUE
NEW YORK, NY 10022-6030
ROBERT.HONEYWELL@KLGATES.COM

**VIA ELECTRONIC MAIL:**
K&L GATES LLP
ATTN: STEVEN L. CAPONI, ESQ., MATTHEW B. GOELLER, ESQ., MEGAN E. O'CONNER, ESQ.
600 N. KING STREET
SUITE 901
WILMINGTON, DE 19801
STEVEN.CAPONI@KLGATES.COM
MATTHEW.GOELLER@KLGATES.COM
MEGAN.OCONNER@KLGATE.COM

**VIA ELECTRONIC MAIL:**
KASHISHIAN LAW LLC
ATTN: ANN M. KASHISHIAN
501 SILVERSIDE ROAD, SUITE 85
WILMINGTON, DE 19809
AMK@KASHISHIANLAW.COM

**VIA ELECTRONIC MAIL:**
KELLER BENVENUTTI KIM LLP
ATTN: JANE KIM, GABRIELLE L. ALBERT
650 CALIFORNIA ST. #1900
SAN FRANCISCO, CA 94108
JKIM@KBKLLP.COM
GALBERT@KBKLLP.COM

**VIA ELECTRONIC MAIL:**
KELLY HART & HALLMAN LLP
ATTN: LOUIS M. PHILLIPS
301 MAIN ST., SUITE 1600
BATON ROUGE, LA 70801
LOUIS.PHILLIPS@KELLYHART.COM

**VIA ELECTRONIC MAIL:**
KELLY HART & HALLMAN LLP
ATTN: MICHAEL D. ANDERSON
201 MAIN STREET, SUITE 2500
FORT WORTH, TX 76102
MICHAEL.ANDERSON@KELLYHART.COM

**VIA ELECTRONIC MAIL:**
LANDIS RATH & COBB LLP
ATTN: ADAM G. LANDIS, KIMBERLY A. BROWN, MATTHEW R. PIERCE, NICOLAS E. JENNER, GEORGE A. WILLIAMS III, MATTHEW MCGUIRE, HOWARD W. ROBERTSON IV
919 MARKET STREET
SUITE 1800
WILMINGTON, DE 19801
LANDIS@LRCLAW.COM; BROWN@LRCLAW.COM
PIERCE@LRCLAW.COM; JENNER@LRCLAW.COM
WILLIAMS@LRCLAW.COM; MCGUIRE@LRCLAW.COM
ROBERTSON@LRCLAW.COM

**VIA ELECTRONIC MAIL:**
LATHAM & WATKINS LLP
ATTN: ADAM J. GOLDBERG BRIAN S. ROSEN
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
ADAM.GOLDBERG@LW.COM
BRIAN.ROSEN@LW.COM

**VIA ELECTRONIC MAIL:**
LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: KEITH KODOSKY, ESQUIRE
600 PEACHTREE NE
SUITE 4700
ATLANTA, GA 30308
KEITH.KODOSKY@LEWISBRISBOIS.COM

**VIA ELECTRONIC MAIL:**
LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: MINYAO WANG, ESQUIRE
77 WATER STREET
SUITE 2100
NEW YORK, NY 10005
MINYAO.WANG@LEWISBRISBOIS.COM

| | |
|---|---|
| **VIA ELECTRONIC MAIL:**<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>ATTN: PHILIP HINSON, ESQUIRE<br>521 EAST MOREHEAD STREET<br>SUITE 250<br>CHARLOTTE, NC 28202<br>PHILIP.HINSON@LEWISBRISBOIS.COM | **VIA ELECTRONIC MAIL:**<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>ATTN: SCOTT D. COUSINS, RAFAEL X. ZAHRALDDIN-ARAVENA, KEVIN F. SHAW<br>500 DELAWARE AVE<br>SUITE 700<br>WILMINGTON, DE 19801<br>SCOTT.COUSINS@LEWISBRISBOIS.COM<br>RAFAEL.ZAHRALDDIN@LEWISBRISBOIS.COM<br>KEVIN.SHAW@LEWISBRISBOIS.COM |
| **VIA ELECTRONIC MAIL:**<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>ATTN: SEAN P. SHECTER, ESQUIRE<br>110 SE 6TH STREET<br>SUITE 2600<br>FORT LAUDERDALE, FL 33301<br>SEAN.SHECTER@LEWISBRISBOIS.COM | **VIA ELECTRONIC MAIL:**<br>LOCKE LORD LLP<br>ATTN: IRA S. GREENE<br>200 VESEY STREET<br>NEW YORK, NY 10281<br>IRA.GREENE@LOCKELORD.COM |
| **VIA ELECTRONIC MAIL:**<br>LOWENSTEIN SANDLER LLP<br>ATTN: ANDREW BEHLMANN, COLLEEN M. RESTEL<br>ONE LOWENSTEIN DRIVE<br>ROSELAND, NJ 07068<br>ABEHLMANN@LOWENSTEIN.COM<br>CRESTEL@LOWENSTEIN.COM | **VIA ELECTRONIC MAIL:**<br>LOWENSTEIN SANDLER LLP<br>ATTN: DANIEL B. BESIKOF, ESQ.<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020<br>DBESIKOF@LOWENSTEIN.COM |
| **VIA ELECTRONIC MAIL:**<br>MANIER HEROD, P.C.<br>ATTN: JEFFREY S. PRICE, MELISSA J. LEE, SCOTT C. WILLIAMS<br>1201 DEMONBREUN STREET<br>SUITE 900<br>NASHVILLE, TN 37213<br>JPRICE@MANIERHEROD.COM<br>MLEE@MANIERHEROD.COM<br>SWILLIAMS@MANIERHEROD.COM | **VIA ELECTRONIC MAIL:**<br>MCCARTER & ENGLISH LLP<br>ATTN: DAVID ADLER ESQ.<br>WORLDWIDE PLAZA<br>825 EIGHTH AVE., 31ST FLOOR<br>NEW YORK, NY 10019<br>DADLER@MCARTER.COM |
| **VIA ELECTRONIC MAIL:**<br>MCCARTER & ENGLISH LLP<br>ATTN: KATE ROGGIO BUCK, MATTHEW J. RIFINO, SHANNON D. HUMISTON<br>RENAISSANCE CENTRE<br>405 N. KING STREET, 8TH FLOOR<br>WILMINGTON, DE 19801<br>KBUCK@MCCARTER.COM<br>MRIFINO@MCCARTER.COM<br>SHUMISTON@MCCARTER.COM | **VIA ELECTRONIC MAIL:**<br>MCCARTER & ENGLISH LLP<br>ATTN: LISA S. BOSSALL, PHILLIP S. PAVLICK<br>FOUR GATEWAY CENTER<br>100 MULBERYY STREET<br>NEWARK, NJ 07102<br>LLBONSALL@MCCARTER.COM<br>PPAVLICK@MCCARTER.COM |

<u>**VIA ELECTRONIC MAIL:**</u>
MCDERMOTT WILL & EMERY LLP
ATTN: DARREN AZMAN, JOHN J. CALANDRA
JOSEPH B. EVANS, ELIZABETH RODD
ONE VANDERBILT AVENUE
NEW YORK, NY 10017-3852
DAZMAN@MWE.COM
JCALANDRA@MWE.COM
JBEVANS@MWE.COM
ERODD@MWE.COM

<u>**VIA ELECTRONIC MAIL:**</u>
MCDERMOTT WILL & EMERY LLP
ATTN: MARIS J. KANDESTIN
THE NEMOURS BUIDLING
1007 NORTH ORANGE STREET, 10TH FLOOR
WILMINGTON, DE 19801
MKANDESTIN@MWE.COM

<u>**VIA ELECTRONIC MAIL:**</u>
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: GARY D. BRESSLER, DAVID P. PRIMACK
300 DELAWARE AVENUE
SUITE 1014
WILMINGTON, DE 19801
GBRESSLER@MDMC-LAW.COM
DPRIMACK@MDMC-LAW.COM

<u>**VIA ELECTRONIC MAIL:**</u>
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: GARY D. BRESSLER, GASTON P. LOOMIS
300 DELAWARE AVENUE
SUITE 1014
WILMINGTON, DE 19801
GBRESSLER@MDMC-LAW.COM
GLOOMIS@MDMC-LAW.COM

<u>**VIA ELECTRONIC MAIL:**</u>
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: JEFFREY BERNSTEIN
570 BROAD STREET
SUITE 1401
NEWARK, NJ 07102
JBERNSTEIN@MDMC-LAW.COM

<u>**VIA ELECTRONIC MAIL:**</u>
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: MICHAEL R. MORANO, ESQ.
1300 MT. KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NJ 07962
MMORANO@MDMC-LAW.COM

<u>**VIA ELECTRONIC MAIL:**</u>
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: NICOLE LEONARD
225 LIBERTY STREET
36TH FLOOR
NEW YORK, NY 10281
NLEONARD@MDMC-LAW.COM

<u>**VIA ELECTRONIC MAIL:**</u>
MIAMI-DADE OFFICE OF THE TAX COLLECTOR
BANKRUPTCY UNIT
200 NW 2ND AVENUE, #430
MIAMI, FL 33128
PRISCILLA.WINDLEY@MIAMIDADE.GOV
MDTCBKC@MIAMIDADE.GOV

<u>**VIA ELECTRONIC MAIL:**</u>
MILLER SHAH LLP
ATTN: ALEC J. BERIN, ESQ.
1845 WALNUT STREET
SUITE 806
PHILADELPHIA, PA 19103
AJBERIN@MILLERSHAH.COM

<u>**VIA ELECTRONIC MAIL:**</u>
MILLER SHAH LLP
ATTN: JAMES E. MILLER, ESQ.
65 MAIN STREET
CHESTER, CT 06412
JEMILLER@MILLERSHAH.COM

| | |
|---|---|
| **VIA ELECTRONIC MAIL:**<br>MO BANKRUPTCY UNIT<br>ATTN: STEVEN A. GINTHER, GENERAL COUNSEL<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475<br>DEECF@DOR.MO.GOV | **VIA ELECTRONIC MAIL:**<br>MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: JODY C. BARILLARE<br>1201 N. MARKET STREET<br>SUITE 2201<br>WILMINGTON, DE 19801<br>JODY.BARILLARE@MORGANLEWIS.COM |
| **VIA ELECTRONIC MAIL:**<br>MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: JOHN C. GOODCHILD III; MATTHEW C. ZIEGLER<br>1701 MARKET STREET<br>PHILADELPHIA, PA 19103<br>JOHN.GOODCHILD@MORGANLEWIS.COM<br>MATTHEW.ZIEGLER@MORGANLEWIS.COM | **VIA ELECTRONIC MAIL:**<br>MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: JOSHUA DORCHAK; DAVID K. SHIM<br>101 PARK AVENUE<br>NEW YORK, NY 10178<br>JOSHUA.DORCHAK@MORGANLEWIS.COM<br>DAVID.SHIM@MORGANLEWIS.COM |
| **VIA ELECTRONIC MAIL:**<br>MORRIS JAMES LLP<br>ATTN: ERIC J. MONZO, TARA C. PAKROUH, CHRISTOPHER M. DONNELLY<br>500 DELAWARE AVENUE SUITE 1500<br>WILMINGTON, DE 19801<br>EMONZO@MORRISJAMES.COM<br>TPAKROUH@MORRISJAMES.COM<br>CDONNELY@MORRISJAMES.COM | **VIA ELECTRONIC MAIL:**<br>MORRIS JAMES LLP<br>ATTN: ERIC J. MONZO, SARAH M. ENNIS<br>TARA C. PAKROUTH<br>500 DELAWARE AVENUE, SUITE 1500<br>WILMINGTON, DE 19801<br>EMONZO@MORRISJAMES.COM<br>SENNIS@MORRISJAMES.COM<br>TPAKROUH@MORRISJAMES.COM |
| **VIA ELECTRONIC MAIL:**<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>ATTN: DONNA L. CULVER, DANIEL B. BUTZ<br>1201 NORTH MARKET STREET, 16TH FLOOR<br>P.O. BOX 1347<br>WILMINGTON, DE 19899-1347<br>DCULVER@MORRISNICHOLS.COM<br>DBUTZ@MORRISNICHOLS.COM | **VIA ELECTRONIC MAIL:**<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>ATTN: MATTHEW B. HARVEY<br>1201 NORTH MARKET STREET, 16TH FLOOR<br>WILMINGTON, DE 19801<br>MHARVEY@MORRISNICHOLS.COM |
| **VIA ELECTRONIC MAIL:**<br>MORRISON COHEN LLP<br>ATTN: JOSEPH T. MOLDOVAN, HEATH D. ROSENBLAT; JASON P. GOTTLIEB, MICHAEL MIX<br>909 THIRD AVENUE, 27TH FLOOR<br>NEW YORK, NY 10022<br>JMOLDOVAN@MORRISONCOHEN.COM<br>HROSENBLAT@MORRISONCOHEN.COM<br>JGOTTLIEB@MORRISONCOHEN.COM<br>MMIX@MORRISONCOHEN.COM | **VIA ELECTRONIC MAIL:**<br>NATIONAL ASSOCIATION OF ATTORNEYS GENERAL<br>ATTN: KAREN CORDRY<br>1850 M ST., NW 12TH FLOOR<br>WASHINGTON, DC 20036<br>KCORDRY@NAAG.ORG |

| **VIA ELECTRONIC MAIL:** | **VIA ELECTRONIC MAIL:** |
|---|---|
| OFFICE OF THE ATTORNEY GENERAL OF GEORGIA<br>ATTN: AMY L. PATTERSON<br>40 CAPITOL SQUARE, S.W.<br>ATLANTA, GA 30334<br>APATTERSON@LAW.GA.GOV | OFFICE OF THE ATTORNEY GENERAL OF TEXAS, BANKRUPTCY & COLLECTIONS DIVISION<br>ATTN: ROMA N. DESAI, LAYLA D. MILLIGAN, ABIGAIL R. RYAN<br>P.O. BOX 12548 MC008<br>AUSTIN, TX 78711-2548<br>ROMA.DESAI@OAG.TEXAS.GOV<br>LAYLA.MILLIGAN@OAG.TEXAS.GOV<br>ABIGAIL.RYAN@OAG.TEXAS.GOV |
| **VIA ELECTRONIC MAIL:** | **VIA ELECTRONIC MAIL:** |
| OFFICE OF THE ILLINOIS ATTORNEY GENERAL<br>ATTN: JOHN P. REDING<br>100 W. RANDOLPH ST.<br>SUITE 13-225<br>CHICAGO, IL 60601<br>JOHN.REDING@ILAG.GOV | OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL<br>ATTN: ROBERT J. ROCK<br>THE CAPITOL<br>ALBANY, NY 12224-0341<br>ROBERT.ROCK@AG.NY.GOV |
| **VIA ELECTRONIC MAIL:** | **VIA ELECTRONIC MAIL:** |
| OFFICE OF THE TN ATTORNEY GENERAL, BANKRUPTCY DIVISION<br>ATTN: Laura L. McCloud<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207<br>AGBANKDELAWARE@AG.TN.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: BENJAMIN A. HACKMAN, DAVID GERARDI, JON.LIPSHIE<br>844 KING STREET, ROOM 2207<br>LOCKBOX #35<br>WILMINGTON, DE 19899-0035<br>BENJAMIN.A.HACKMAN@USDOJ.GOV<br>DAVID.GERARDI@USDOJ.GOV<br>JON.LIPSHIE@USDOJ.GOV |
| **VIA ELECTRONIC MAIL:** | **VIA ELECTRONIC MAIL:** |
| OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: LINDA RICHENDERFER, ESQ.<br>J. CALEB BOGGS FEDERAL BUILDING<br>844 KING STREET, SUITE 2207, LOCKBOX 35<br>WILMINGTON, DE 19801<br>LINDA.RICHENDERFER@USDOJ.GOV | PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: JASON H. ROSELL, COLIN R. ROBINSON<br>919 N. MARKET STREET<br>17TH FLOOR<br>WILMINGTON, DE 19801<br>JROSELL@PSZJLAW.COM<br>CROBINSON@PSZJLAW.COM |
| **VIA ELECTRONIC MAIL:** | **VIA ELECTRONIC MAIL:** |
| PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: LAURA DAVIS JONES, PETER J. KEANE<br>EDWARD A. CORMA<br>919 N. MARKET STREET, 17TH FLOOR<br>P.O. BOX 8705<br>WILMINGTON, DE 19899-8705<br>LJONES@PSZJLAW.COM<br>PKEANE@PSZJLAW.COM<br>ECORMA@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: TEDDY M. KAPUR<br>10100 SANTA MONICA BLVD.<br>13TH FLOOR<br>LOS ANGELES, CA 90067-4003<br>TKAPUR@PSZJLAW.COM |

| | |
|---|---|
| **VIA ELECTRONIC MAIL:**<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: TEDDY M. KAPUR<br>10100 SANTA MONIVA BLVD<br>13TH FLOOR<br>LOS ANGELES, CA 90067-4003<br>TKAPUR@PSZJLAW.COM | **VIA ELECTRONIC MAIL:**<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: JASON H. ROSELL, MARY F. CALOWAY<br>ONE SANSOME STREET<br>SUITE 3430<br>SAN FRANCISCO, CA 94104<br>JROSELL@PSZJLAW.COM<br>MCALOWAY@PSZJLAW.COM |
| **VIA ELECTRONIC MAIL:**<br>PASHMAN STEIN WALDER HAYDEN, P.C.<br>ATTN: JOHN W. WEISS, ALEXIS R. GAMBALE<br>1007 NORTH ORANGE STREET 4TH FLOOR<br>SUITE 183<br>WILMINGTON, DE 19801<br>JWEISS@PASHMANSTEIN.COM<br>AGAMBALE@PASHMANSTEIN.COM | **VIA ELECTRONIC MAIL:**<br>PAUL HASTINGS<br>ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, EREZ E. GILAD AND SAMANTHA MARTIN<br>200 PARK AVENUE<br>NEW YORK, NY 10166<br>GABESASSON@PAULHASTINGS.COM; KRISHANSEN@PAULHASTINGS.COM<br>KENPASQUALE@PAULHASTINGS.COM; EREZGILAD@PAULHASTINGS.COM<br>LUCDESPINS@PAULHASTINGS.COM<br>SAMANTHAMARTIN@PAULHASTINGS.COM |
| **VIA ELECTRONIC MAIL:**<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: ELIZABETH WANG, DANIEL A. MASON<br>1313 NORTH MARKET STREET, SUITE 806<br>POST OFFICE BOX 32<br>WILMINGTON, DE 19899-0032<br>DMASON@PAULWEISS.COM<br>EWANG@PAULWEISS.COM | **VIA ELECTRONIC MAIL:**<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: WILLIAM A. CLAREMAN, GREGORY F. LAUFER, KENNETH S. ZIMAN<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6064<br>WCLAREMAN@PAULWEISS.COM<br>GLAUFER@PAULWEISS.COM<br>KZIMAN@PAULWEISS.COM |
| **VIA ELECTRONIC MAIL:**<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN:RANDALL S. LUSKEY<br>535 MISSION STREET<br>24TH FLOOR<br>SAN FRANCISCO, CA 94105<br>RLUSKEY@PAULWEISS.COM | **VIA ELECTRONIC MAIL:**<br>POTTER ANDERSON & CORROON LLP<br>ATTTN: M. BLAKE CLEARY, R. STEPHEN MCNEILL, SAMEEN RIZVI, ESQ.<br>1313 N. MARKET STREET, 6TH FLOOR<br>WILMINGTON, DE 19801<br>BCLEARY@POTTERANDERSON.COM<br>RMCNEILL@POTTERANDERSON.COM<br>SRIZVI@POTTERANDERSON.COM |
| **VIA ELECTRONIC MAIL:**<br>PROSKAUER ROSE LLP<br>ATTN: BRIAN S. ROSEN, DYLAN J. MARKER<br>ELEVEN TIMES SQUARE<br>NEW YORK, NY 10036-8299<br>BROSEN@PROSKAUER.COM<br>DMARKER@PROSKAUER.COM | **VIA ELECTRONIC MAIL:**<br>PROSKAUER ROSE LLP<br>ATTN: JORDAN E. SAZANT<br>70 WEST MADISON STREET<br>SUITE 3800<br>CHICAGO, IL 60602-4342<br>JSAZANT@PROSKAUER.COM |

<u>**VIA ELECTRONIC MAIL:**</u>
PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD.
ATTN: BRIAN SIMMS, K.C., KEVIN CAMBRIDGE, PETER GREAVES
3 BAYSIDE EXECUTIVE PARK, WEST BAY STREET & BLAKE ROAD
PO BOX N-4875
NASSAU,
THE BAHAMAS
BSIMMS@LENNOXPATON.COM
KEVIN.CAMBRIDGE@PWC.COM
PETER.GREAVES@HK.PWC.COM

<u>**VIA ELECTRONIC MAIL:**</u>
REED SMITH LLP
ATTN: AARON JAVIAN
599 LEXINGTON AVENUE
NEW YORK, NY 10022
AJAVIAN@REEDSMITH.COM

<u>**VIA ELECTRONIC MAIL:**</u>
REED SMITH LLP
ATTN: KURT F. GWYNNE
1201 N. MARKET STREET
SUITE 1500
WILMINGTON, DE 19801
KGWYNNE@REEDSMITH.COM

<u>**VIA ELECTRONIC MAIL:**</u>
REICH REICH & REICH, P.C.
ATTN: NICHOLAS A. PASALIDES, ESQ.
235 MAIN STREET, SUITE 450
WHITE PLAINS, NY 10601
NPASALIDES@REICHPC.COM

<u>**VIA ELECTRONIC MAIL:**</u>
RICHARDS, LAYTON & FINGER, P.A.
ATTN: KEVIN GROSS, PAUL N. HEATH, DAVID T. QUEROLI
BRENDAN J. SCHLAUCH
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DE 19801
GROSS@RLF.COM
HEATH@RLF.COM
QUEROLI@RLF.COM
SCHLAUCH@RLF.COM

<u>**VIA ELECTRONIC MAIL:**</u>
RIMON, P.C.
ATTN: FREDERICK CHANG
506 2ND AVE., SUITE 1400
SEATTLE, WA 98104
FREDERICK.CHANG@RIMONLAW.COM

<u>**VIA ELECTRONIC MAIL:**</u>
RIMON, P.C.
ATTN: JACQUELYN H. CHOI
2029 CENTURY PARK EAST, SUITE 400N
LOS ANGELES, CA 90067
JACQUELYN.CHOI@RIMONLAW.COM

<u>**VIA ELECTRONIC MAIL:**</u>
ROBINSON & COLE LLP
ATTN: JAMIE L. EDMONSON
1201 N. MARKET STREET
SUITE 1406
WILMINGTON, DE 19801
JEDMONSON@RC.COM

<u>**VIA ELECTRONIC MAIL:**</u>
SAUL EWING LLP
ATTN: LUCIAN B. MURLEY
1201 NORTH MARKET STREET, SUITE 2300
P.O. BOX 1266
WILMINGTON, DE 19899
LUKE.MURLEY@SAUL.COM

<u>**VIA ELECTRONIC MAIL:**</u>
SCHULTE ROTH & ZABEL LLP
ATTN: DOUGLAS S. MINTZ
555 13TH STREET, NW, SUITE 6W
WASHINGTON, DC 20004
DOUGLAS.MINTZ@SRZ.COM

| **VIA ELECTRONIC MAIL:** | **VIA ELECTRONIC MAIL:** |
|---|---|
| SCHULTE ROTH & ZABEL LLP | SECURITIES & EXCHANGE COMMISSION |
| ATTN: REUBEN E. DIZENGOFF | SECRETARY OF THE TREASURY |
| 919 THIRD AVENUE | 100 F. STREET NE |
| NEW YORK, NY 10022 | WASHINGTON, DC 20549 |
| REUBEN.DIZENGOFF@SRZ.COM | SECBANKRUPTCY@SEC.GOV |

| **VIA ELECTRONIC MAIL:** | **VIA ELECTRONIC MAIL:** |
|---|---|
| SECURITIES & EXCHANGE COMMISSION - NY OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE |
| ATTN: BANKRUPTCY DEPT | ATTN: BANKRUPTCY DEPT |
| BROOKFIELD PLACE | ONE PENN CENTER |
| 200 VESEY STREET, STE 400 | 1617 JFK BLVD, STE 520 |
| NEW YORK, NY 10281-1022 | PHILADELPHIA, PA 19103 |
| BANKRUPTCYNOTICESCHR@SEC.GOV | SECBANKRUPTCY@SEC.GOV |
| NYROBANKRUPTCY@SEC.GOV | |

| **VIA ELECTRONIC MAIL:** | **VIA ELECTRONIC MAIL:** |
|---|---|
| STATE OF DELAWARE ATTORNEY GENERAL | STRADLEY RONON STEVENS & YOUNG, LLP |
| ATTN: BANKRUPTCY DEPT | ATTN: DANIEL M. PEREIRA |
| CARVEL STATE OFFICE BLDG. | 1000 N. WEST STREET |
| 820 N. FRENCH ST. | SUITE 1200 |
| WILMINGTON, DE 19801 | WILMINGTON, DE 19801 |
| ATTORNEY.GENERAL@STATE.DE.US | DPEREIRA@STRADLEY.COM |

| **VIA ELECTRONIC MAIL:** | **VIA ELECTRONIC MAIL:** |
|---|---|
| STRADLEY RONON STEVENS & YOUNG, LLP | STREUSAND, LANDON, OZBURN & LEMMON, LLP |
| ATTN: DEBORAH A. REPEROWITZ | ATTN: SABRINA L. STREUSAND, ANH NGUYEN |
| 100 PARK AVENUE | 1801 S. MOPAC EXPRESSWAY |
| SUITE 2000 | SUITE 320 |
| NEW YORK, NY 10017 | AUSTIN, TX 78746 |
| DREPEROWITZ@STRADLEY.COM | STREUSAND@SLOLLP.COM |
| | NGUYEN@SLOLLP.COM |

| **VIA ELECTRONIC MAIL:** | **VIA ELECTRONIC MAIL:** |
|---|---|
| SULLIVAN & CROMWELL LLP | SULLIVAN HAZELTINE ALLINSON LLC |
| ATTN: ANDREW G. DIETDERICH, JAMES L. BROMLEY, BRIAN D. GLUECKSTEIN, ALEXA J. KRANZLEY, STEVEN L. HOLLEY, STEPHEN EHRENBERG, CHRISTOPHER J. DUNNE | ATTN: WILLIAM D. SULLIVAN |
| 125 BROAD STREET | 919 NORTH MARKET STREET, SUITE 420 |
| NEW YORK, NY 10004 | WILMINGTON, DE 19801 |
| DIETDERICHA@SULLCROM.COM; BROMLEYJ@SULLCROM.COM GLUECKSTEINB@SULLCROM.COM; KRANZLEYA@SULLCROM.COM PETIFORDJ@SULLCROM.COM; HOLLEYS@SULLCROM.COM EHRENBERGS@SULLCROM.COM; DUNNEC@SULLCROM.COM | BSULLIVAN@SHA-LLC.COM |

| **VIA ELECTRONIC MAIL:** | **VIA ELECTRONIC MAIL:** |
|---|---|
| TARTER KRINSKY & DROGIN LLP<br>ATTN: DAVID H. WANDER, ALEXANDER R. TIKTIN<br>1350 BROADWAY<br>11TH FLOOR<br>NEW YORK, NY 10018<br>DWANDER@TARTERKRINSKY.COM,<br>ATIKTIN@TARTERKRINSKY.COM | THE DALEY LAW FIRM<br>ATTN: DARRELL DALEY, SAMANTHA NEAL<br>4845 PEARL EAST CIRCLE<br>SUITE 101<br>BOULDER, CO 80301<br>DARRELL@DALEYLAWYERS.COM<br>SAMANTHA@DALEYLAWYERS.COM |
| **VIA ELECTRONIC MAIL:** | **VIA ELECTRONIC MAIL:** |
| THE SECURITIES COMMISSION OF THE BAHAMAS<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>POINCIANA HOUSE, NORTH BUILDING, 2ND FLOOR 31A<br>EAST BAY STREET, P.O. BOX N-8347<br>NASSAU,<br>THE BAHAMAS<br>INFO@SCB.GOV.BS | TROUTMAN PEPPER HAMILTON SANDERS LLP<br>ATTN: EVELYN J. MELTZER<br>HERCULES PLAZA, SUITE 5100<br>1313 N. MARKET STREET<br>WILMINGTON, DE 19899-1709<br>EVELYN.MELTZER@TROUTMAN.COM |
| **VIA ELECTRONIC MAIL:** | **VIA ELECTRONIC MAIL:** |
| U.S. DEPARTMENT OF JUSTICE<br>ATTN: STANTON C. MCMANUS, SETH B. SHARPIRO<br>CIVIL DIVISION<br>1100 L STREET, NW, ROOM 7208<br>WASHINGTON, DC 20005<br>STANTON.C.MCMANUS@USDOJ.GOV<br>SETH.SHAPIRO@USDOJ.GOV | U.S. DEPARTMENT OF JUSTICE<br>ATTN: WARD W. BENSON<br>P.O. BOX 227, BEN FRANKLIN STATION<br>WASHINGTON, DC 20044<br>WARD.W.BENSON@USDOJ.GOV |
| **VIA ELECTRONIC MAIL:** | **VIA ELECTRONIC MAIL:** |
| U.S. DEPARTMENT OF JUSTICE – CIVIL DIVISION<br>ATTN: RUTH A. HARVEY, MARGARET M. NEWELL, SETH B. SHAPIRO, STANTON C. MCMANUS<br>COMMERCIAL LITIGATION BRANCH<br>P.O. BOX 875, BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0875<br>STANTON.C.MCMANUS@USDOJ.GOV<br>SETH.SHAPIRO@USDOJ.GOV | U.S. DEPARTMENT OF JUSTICE, TAX DIVISION<br>ATTN: ARI D. KUNOFSKY<br>P.O. BOX 227<br>WASHINGTON, DC 20044<br>ARI.D.KUNOFSKY@USDOJ.GOV |
| **VIA ELECTRONIC MAIL:** | **VIA FIRST CLASS MAIL:** |
| U.S. DEPARTMENT OF JUSTICE, THE INTERNAL REVENUE SERVICE<br>ATTN: ELISABETH M. BRUCE, STEPHANIE A. SASARAK<br>P.O. BOX 227<br>WASHINGTON, DC 20044<br>ELISABETH.M.BRUCE@USDOJ.GOV<br>STEPHANIE.A.SASARAK@USDOJ.GOV | UNITED STATES OF AMERICA ATTORNEY GENERAL<br>ATTN: BANKRUPTCY DEPT<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20530-0001 |

**VIA ELECTRONIC MAIL:**
US ATTORNEY FOR DELAWARE
ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS
1007 ORANGE ST STE 700
P.O. BOX 2046
WILMINGTON, DE 19899-2046
USADE.ECFBANKRUPTCY@USDOJ.GOV

**VIA ELECTRONIC MAIL:**
VENABLE LLP
ATTN: ANDREW J. CURRIE
600 MASSACHUSETTS AVENUE, NW
WASHINGTON, DC 20001
AJCURRIE@VENABLE.COM

**VIA ELECTRONIC MAIL:**
VENABLE LLP
ATTN: DANIEL A. O'BRIEN
1201 N. MARKET ST.
SUITE 1400
WILMINGTON, DE 19801
DAOBRIEN@VENABLE.COM

**VIA ELECTRONIC MAIL:**
VENABLE LLP
ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A. WEINER, ARIE A. PELED
1270 AVENUE OF THE AMERICAS
24TH FLOOR
NEW YORK, NY 10020
JSSABIN@VENABLE.COM
XSSTROHBEHN@VENABLE.COM
CWEINERLEVY@VENABLE.COM
AAPELED@VENABLE.COM

**VIA ELECTRONIC MAIL:**
VENABLE LLP
ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A. WEINER, ARIE A. PELED
151 WEST 42ND ST., 48TH FLOOR
NEW YORK, NY 10036
JSSABIN@VENABLE.COM
XSSTROHBEHN@VENABLE.COM
CWEINERLEVY@VENABLE.COM
AAPELED@VENABLE.COM

**VIA ELECTRONIC MAIL:**
VERMONT DEPARTMENT OF FINANCIAL REGULATION
ATTN: JENNIFER ROOD
89 MAIN STREET, THIRD FLOOR
MONTPELIER, VT 05620
JENNIFER.ROOD@VERMONT.GOV

**VIA ELECTRONIC MAIL:**
VORYS, SATER, SEYMOUR AND PEASE LLP
ATTN: TIFFANY STRELOW COBB, ESQ.
52 EAST GAY STREET
P.O. BOX 1008
COLUMBUS, OH 43216-1008
TSCOBB@VORYS.COM

**VIA ELECTRONIC MAIL:**
WHITE & CASE LLP
ATTN: JESSICA C. LAURIA, J. CHRISTOPHER SHORE, BRIAN D. PFEIFFER, MARK FRANKE, BRETT BAKEMEYER
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1095
JESSICA.LAURIA@WHITECASE.COM
CSHORE@WHITECASE.COM
BRIAN.PFEIFFER@WHITECASE.COM
MARK.FRANKE@WHITECASE.COM
BRETT.BAKEMEYER@WHITECASE.COM

**VIA ELECTRONIC MAIL:**
WHITE & CASE LLP
ATTN: THOMAS E LAURIA, RICHARD S. KEBRDLE
200 SOUTH BISCAYNE BLVD., SUITE 4900
SOUTHEAST FINANCIAL CENTER
MIAMI, FL 33131
TLAURIA@WHITECASE.COM
RKEBRDLE@WHITECASE.COM

**VIA ELECTRONIC MAIL:**
WILMER CUTLER PICKERING HALE AND DORR LLP
ATTN: PETER G. NEIMAN, NICHOLAS WERLE
7 WORLD TRADE CENTER
150 GREENWICH STREET
NEW YORK, NY 10007
PETER.NEIMAN@WILMERHALE.COM
NICK.WERLE@WILMERHALE.COM

**VIA ELECTRONIC MAIL:**
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR.
1000 NORTH KING STREET
WILMINGTON, DE 19801
MLUNN@YCST.COM
RPOPPITI@YCST.COM