**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: Aug. 6, 2024 at 4:00 p.m. (ET)** |

**SUMMARY OF MONTHLY FEE APPLICATION OF KROLL RESTRUCTURING ADMINISTRATION LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 1, 2024 THROUGH JUNE 30, 2024**

| | |
|---|---|
| Name of Applicant: | Kroll Restructuring Administration LLC (**"Kroll"**) |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | January 20, 2023, *nunc pro tunc* to November 11, 2022 |
| Period for which compensation and reimbursement is sought: | June 1, 2024 through June 30, 2024 (the **"Fee Period"**) |
| Amount of compensation sought as actual, reasonable and necessary: | $55,512.60 (of which Kroll seeks payment of 80% or $44,410.08) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| **Total amount to be paid at this time:** | **$44,410.08** |

This is a: ___X___ monthly _____ final application.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

The total time expended for the preparation of Kroll's monthly fee application is approximately 3 hours. The corresponding compensation is not included herein but will be requested in a future application.

### Prior Interim Application

| Date Filed; ECF No. | Period Covered | Requested | | Paid or To Be Paid | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 3/15/24; ECF No. 9432 | 12/1/22 – 1/31/24 | $30,215.00 | $0.00 | $28,093.01[2] | $0.00 |
| 6/14/24; ECF No. 17640 | 2/1/24 – 4/30/24 | $35,363.68 | $0.00 | TBD[3] | $0.00 |

### Prior Monthly Applications

| Date Filed; ECF No. | Period Covered | Requested | | Paid or To Be Paid | | Holdback |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 12/20/23; ECF No. 4929 | 12/1/22 – 11/30/23 | $8,980.40 (payment of 80% or $7,184.32) | $0.00 | $7,184.32 (80% of $8,980.40) | $0.00 | $1,796.08 |
| 1/16/24; ECF No. 5717 | 12/1/23 – 12/31/23 | $7,478.00 (payment of 80% or $5,982.40) | $0.00 | $5,982.40 (80% of $7,478.00) | $0.00 | $1,495.60 |
| 2/15/24; ECF No. 7487 | 1/1/24 – 1/31/24 | $13,756.60 (payment of 80% or $11,005.28) | $0.00 | $11,005.28 (80% of $13,756.60) | $0.00 | $2,751.32 |
| 3/20/24; ECF No. 9795 | 2/1/24 – 2/29/24 | $12,677.28 (payment of 80% or $10,141.82) | $0.00 | $10,141.82 (80% of $12,677.28) | $0.00 | $2,535.46 |
| 4/16/24; ECF No. 11963 | 3/1/24 – 3/31/24 | $6,566.56 (payment of 80% or $5,253.25) | $0.00 | $5,253.25 (80% of $6,566.56) | $0.00 | $1,313.31 |
| 5/15/24; ECF No. 14909 | 4/1/24 – 4/30/24 | $16,119.84 (payment of 80% or $12,895.87) | $0.00 | $12,895.87 (80% of $16,119.84) | $0.00 | $3,223.97 |
| 6/17/24; ECF No. 17801 | 5/1/24 – 5/31/24 | $18,642.80 (payment of 80% or $14,914.24) | $0.00 | $14,914.24 (80% of $18,642.80) | $0.00 | $3,728.56 |

---

[2]   Kroll agreed to reduce its fees during the first interim fee period by $2,121.99 following discussions with the Fee Examiner.

[3]   The objection deadline with respect to Kroll's second interim fee application was July 5, 2024, and a hearing thereon is scheduled to be held on September 12, 2024. To date, no formal or informal objections or responses have been filed or received.

**Summary of Hours Billed by Kroll Employees During the Fee Period**

| Kroll Employee | Position of the Applicant | Total Hours | Hourly Rate | Total Fees Requested |
|---|---|---|---|---|
| Brunswick, Gabriel | Managing Director | 2.20 | $269.50 | $592.90 |
| Johnson, Craig | Director of Solicitation | 17.80 | $269.50 | $4,797.10 |
| Kesler, Stanislav | Director of Solicitation | 3.60 | $269.50 | $970.20 |
| Orchowski, Alex T | Director of Solicitation | 62.20 | $269.50 | $16,762.90 |
| Daloia, James | Director | 0.50 | $269.50 | $134.75 |
| Gallerie, Bridget | Director | 1.20 | $269.50 | $323.40 |
| Hughes, James T | Director | 76.40 | $269.50 | $20,589.80 |
| Perry, Selwyn L | Director | 2.40 | $269.50 | $646.80 |
| Searles, Jordan D | Director | 1.70 | $269.50 | $458.15 |
| Snajder, Edward | Director | 46.10 | $269.50 | $12,423.95 |
| Founts, Jason | Director | 0.40 | $258.50 | $103.40 |
| Brown, Mark M | Solicitation Consultant | 5.40 | $242.00 | $1,306.80 |
| Cheney, Edward | Solicitation Consultant | 1.10 | $242.00 | $266.20 |
| Crowell, Messiah L | Solicitation Consultant | 1.10 | $242.00 | $266.20 |
| Gache, Jean | Solicitation Consultant | 2.10 | $242.00 | $508.20 |
| Lewenson, Justin | Solicitation Consultant | 3.80 | $242.00 | $919.60 |
| Steinberg, Zachary | Solicitation Consultant | 3.10 | $242.00 | $750.20 |
| Taatjes, Hayden S | Solicitation Consultant | 12.90 | $242.00 | $3,121.80 |
| Kusniyarova, Aida | Senior Consultant | 2.00 | $214.50 | $429.00 |
| Cintron, Jonathan | Consultant | 0.30 | $198.00 | $59.40 |
| Lim, Rachel | Consultant | 20.00 | $198.00 | $3,960.00 |
| | **Total:** | **266.30** | | **$69,390.75**[4] |
| | **Blended Rate** | | **$260.57** | |

**Summary of Fees Billed by Subject Matter During the Fee Period**

| Matter Description | Total Hours | Total Fees Requested |
|---|---|---|
| Call Center / Credit Inquiry | 2.70 | $653.40 |
| Retention / Fee Application | 1.20 | $301.95 |
| Solicitation | 262.40 | $68,435.40 |
| | **266.30** | **$69,390.75**[5] |

**Summary of Expenses Incurred During the Fee Period**

| Description | Total Expenses Requested |
|---|---|
| N/A | $0.00 |
| **Total:** | **$0.00** |

---

4, 5   This amount has been discounted to $55,512.60 in accordance with the terms of Kroll's retention.  Taking into account this discount, the blended hourly rate is $208.46.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: Aug. 6, 2024 at 4:00 p.m. (ET)** |

**MONTHLY FEE APPLICATION OF KROLL
RESTRUCTURING ADMINISTRATION LLC, ADMINISTRATIVE
ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM JUNE 1, 2024 THROUGH JUNE 30, 2024**

Kroll Restructuring Administration LLC ("**Kroll**"), administrative advisor to FTX Trading Ltd. and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), files this monthly fee application (this "**Application**"), pursuant to sections 330 and 331 of title 11 of the United States Code (the *"***Bankruptcy Code***"*), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (as may be amended, modified, or supplemented, the "**Local Bankruptcy Rules**") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 435] (the "**Interim Compensation Order**"), for payment of compensation for professional services rendered to the Debtors and for reimbursement of actual and necessary expenses incurred in connection with such services for the period from June 1, 2024 through June 30, 2024 (the "**Fee Period**"). In support of this Application, Kroll respectfully represents as follows:

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**Preliminary Statement**

1.      Pursuant to this Application, Kroll seeks allowance and approval of aggregate fees in the amount of $55,512.60 (of which Kroll seeks payment of 80% or $44,410.08) and reimbursement of expenses in the amount of $0.00.

2.      On January 20, 2023, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order Authorizing Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date* [Docket No. 544], which authorized the Debtors to retain Kroll as administrative advisor in these chapter 11 cases effective as of the Petition Date (as defined below).  In addition, pursuant to the Interim Compensation Order, the Court authorized Kroll to file this Application for monthly compensation and authorized the Debtors to compensate Kroll in accordance with the procedures set forth therein, sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and such other procedures as may be fixed by order of the Court.

3.      Pursuant to the Interim Compensation Order, upon the expiration of the Objection Deadline (as defined in the Interim Compensation Order), the Debtors are authorized and directed to pay Kroll an amount equal to the lesser of: (a) 80% of the fees and 100% of the expenses requested in this Application; or (b) 80% of the fees and 100% of the expenses requested in this Application that are not subject to an Objection (as defined in the Interim Compensation Order).

**Jurisdiction**

4.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

5.      Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

6.      The statutory bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-2.

## Background

7.      On November 11 and November 14, 2022 (as applicable, the "**Petition Date**"), the Debtors filed with the Court voluntary petitions for relief under the Bankruptcy Code.  The Debtors continue to operate their businesses and manage their properties as debtors-in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Joint administration of the Debtors' cases was authorized by the Court by entry of an order on November 22, 2022 [Docket No. 128]. On December 15, 2022, the U.S Trustee appointed an Official Committee of Unsecured Creditors pursuant to section 1102 of the Bankruptcy Code [Docket No. 231].

## Relief Requested

8.      By this Application, Kroll requests (a) allowance and approval of aggregate fees in the amount of $55,512.60 (of which Kroll seeks payment of 80% or $44,410.08) on account of reasonable and necessary professional services rendered to the Debtors by Kroll, and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00.

## Compliance with the Interim Compensation Order

9.      Kroll has prepared this Application in accordance with the procedures set forth in the Interim Compensation Order.  During the Fee Period, Kroll professionals billed a total of 266.30 hours for which compensation is requested.  Kroll's hourly rates are set at a level designed to fairly compensate Kroll for the work of its professionals and to cover routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

10.     Further, **Exhibit A** hereto: (a) identifies each individual that rendered services by subject matter; (b) describes each activity or service that such individual performed; (c) states the number of hours (in increments of tenths of an hour) spent by such individual providing the services; and (d) as applicable, lists the amount and type of expenses incurred.

### Summary of Professional Services Rendered

11.     The professional services that Kroll rendered during the Fee Period are grouped by subject matter and summarized as follows:

- Call Center / Credit Inquiry

Fees:  $653.40; Hours:  2.70

Call Center / Credit Inquiry services provided included preparing responses to frequently asked questions in connection with solicitation.

- Retention / Fee Application

Fees:  $301.95; Hours: 1.20

Retention / Fee Application services provided included drafting, reviewing and filing Kroll's second interim fee application filed at Docket No. 17640, and monthly fee application filed at Docket No. 17801.

- Solicitation

Fees:  $68,435.40; Hours:  262.40

Solicitation services provided included: (a) conferring and coordinating among the Kroll case team, the Debtors' financial advisor, and Debtors' counsel regarding solicitation of the Debtors' plan, including solicitation procedures, voting, balloting, master balloting, and an innovative customized electronic balloting portal; (b) responding to inquiries from Debtors' counsel and other case professionals regarding solicitation of the Debtors' plan; (c) updating the

case website to provide for electronic balloting, including customized enhancements for the unique scale and nature of these cases, and performing various reviews of functionality of the voting portal; (d) performing research related to solicitation matters; and (e) reviewing, analyzing, and revising draft solicitation materials in anticipating of solicitation, including draft ballots and voting procedures.

**Summary of Expenses Incurred**

12.     Kroll is not currently aware of any actual and necessary expenses incurred during the Fee Period in rendering the services described herein.

**Representations and Reservation of Rights**

13.     The undersigned has reviewed the requirements of Local Bankruptcy Rule 2016-2 and hereby attests that this Application conforms to such requirements.

14.     Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Application due to delays caused by accounting and processing during the Fee Period.  Kroll reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Interim Compensation Order.

**Notice**

15.     Kroll has provided notice of this Application to all parties required to receive such notice under the Interim Compensation Order.  In light of the nature of the relief requested herein, Kroll respectfully submits that no further notice is necessary.


*[Remainder of the page intentionally left blank]*


5

## <u>Conclusion</u>

**WHEREFORE**, pursuant to the Interim Compensation Order, Kroll requests: (a) allowance and approval of aggregate fees in the amount of $55,512.60 (of which Kroll seeks payment of 80% or $44,410.08) on account of reasonable and necessary professional services rendered to the Debtors by Kroll, and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00.

Dated:  July 17, 2024
New York, New York

/s/ Adam M. Adler
Adam M. Adler
Gabriel Brunswick
Kroll Restructuring Administration LLC
55 East 52nd Street, 17th Floor
New York, NY 10055
Phone: (212) 257-5450
adam.adler@kroll.com
gabriel.brunswick@kroll.com

*Administrative Advisor to the Debtors*

## **VERIFICATION**

STATE OF NEW YORK      )
                               )    SS:
COUNTY OF NEW YORK    )

I, Adam M. Adler, after being duly sworn according to law, depose and say:

1.     I am a Managing Director of Kroll Restructuring Administration LLC ("**Kroll**").

2.     I am generally familiar with the work performed on behalf of the Debtors by Kroll professionals.

3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

4.     I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, the foregoing Application complies with such Local Rule.

_____
Adam. M. Adler

SWORN TO AND SUBSCRIBED before me this 17th day of July, 2024.

_/s/ GABRIEL BRUNSWICK_____
Notary Public, State of New York
No. 02BR6323242
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Apr. 20, 2027

**Exhibit A**

**Fee Detail**



## Hourly Fees by Employee through June  2024

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| JCJC | Cintron, Jonathan | CO - Consultant | 0.30 | $198.00 | $59.40 |
| RACL | Lim, Rachel | CO - Consultant | 20.00 | $198.00 | $3,960.00 |
| AKU | Kusniyarova, Aida | SC  - Senior Consultant | 2.00 | $214.50 | $429.00 |
| MMB | Brown, Mark M | SA  - Solicitation Consultant | 5.40 | $242.00 | $1,306.80 |
| ECH | Cheney, Edward | SA  - Solicitation Consultant | 1.10 | $242.00 | $266.20 |
| MLC | Crowell, Messiah L | SA  - Solicitation Consultant | 1.10 | $242.00 | $266.20 |
| JGA | Gache, Jean | SA  - Solicitation Consultant | 2.10 | $242.00 | $508.20 |
| JUL | Lewenson, Justin | SA  - Solicitation Consultant | 3.80 | $242.00 | $919.60 |
| ZS | Steinberg, Zachary | SA  - Solicitation Consultant | 3.10 | $242.00 | $750.20 |
| HST | Taatjes, Hayden S | SA  - Solicitation Consultant | 12.90 | $242.00 | $3,121.80 |
| JFO | Founts, Jason | DI  - Director | 0.40 | $258.50 | $103.40 |
| JD | Daloia, James | DI  - Director | 0.50 | $269.50 | $134.75 |
| BGA | Gallerie, Bridget | DI  - Director | 1.20 | $269.50 | $323.40 |
| JTH | Hughes, James T | DI  - Director | 76.40 | $269.50 | $20,589.80 |
| SLP | Perry, Selwyn L | DI  - Director | 2.40 | $269.50 | $646.80 |
| JDS | Searles, Jordan D | DI  - Director | 1.70 | $269.50 | $458.15 |
| ESN | Snajder, Edward | DI  - Director | 46.10 | $269.50 | $12,423.95 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 17.80 | $269.50 | $4,797.10 |
| STK | Kesler, Stanislav | DS - Director of Solicitation | 3.60 | $269.50 | $970.20 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 62.20 | $269.50 | $16,762.90 |
| GB | Brunswick, Gabriel | MD - Managing Director | 2.20 | $269.50 | $592.90 |
| | | **TOTAL:** | **266.30** | | **$69,390.75** |

## Hourly Fees by Task Code through June  2024

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| INQR | Call Center / Creditor Inquiry | 2.70 | $653.40 |
| RETN | Retention / Fee Application | 1.20 | $301.95 |

FTX Digital Markets Ltd.

| SOLI | Solicitation | | 262.40 | $68,435.40 |
|------|-------------|---|--------|------------|
| | | **TOTAL:** | **266.30** | **$69,390.75** |

FTX Digital Markets Ltd.

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 06/03/24 | ATO | DS | Confer with B. Gallerie (Kroll) regarding the online ballot portal | Solicitation | 0.20 |
| 06/03/24 | ATO | DS | Confer with C. Johnson and S. Kesler (Kroll) re procedures governing tabulation of split claims in upcoming solicitation | Solicitation | 0.20 |
| 06/03/24 | ATO | DS | Respond to inquiries from J. Blaisdell (Sullivan Cromwell) related to solicitation | Solicitation | 0.40 |
| 06/03/24 | ATO | DS | Review and analyze the draft solicitation addendum for circulation to holders of split claims | Solicitation | 0.80 |
| 06/03/24 | CJ | DS | Conduct research of precedent cases re tabulation of split claims | Solicitation | 0.80 |
| 06/03/24 | CJ | DS | Confer with A. Orchowski and S. Kesler (Kroll) re procedures governing tabulation of split claims | Solicitation | 0.30 |
| 06/03/24 | CJ | DS | Monitor e-mails re tabulation of split claims in upcoming solicitation | Solicitation | 0.80 |
| 06/03/24 | JTH | DI | Review and prepare electronic submission portal | Solicitation | 1.00 |
| 06/03/24 | JUL | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.30 |
| 06/03/24 | RACL | CO | Prepare electronic ballot submission portal | Solicitation | 1.60 |
| 06/03/24 | STK | DS | Confer with A. Orchowski and C. Johnson (Kroll) re procedures governing tabulation of split claims in upcoming solicitation | Solicitation | 0.20 |
| 06/04/24 | ATO | DS | Confer with C. Johnson and S. Kesler (Kroll) re upcoming solicitation and tabulation | Solicitation | 0.20 |
| 06/04/24 | ATO | DS | Review and analyze the draft ballots and notices of non-voting status in preparation for solicitation | Solicitation | 1.80 |
| 06/04/24 | ATO | DS | Respond to inquiries from D. Lewandowski (Alvarez & Marsal) related to solicitation | Solicitation | 0.40 |
| 06/04/24 | CJ | DS | Review e-mail from D. Lewandowski (A&M) re claims and solicitation | Solicitation | 0.10 |
| 06/04/24 | CJ | DS | Confer with A. Orchowski and S. Kesler (Kroll) re upcoming solicitation and tabulation | Solicitation | 0.20 |
| 06/04/24 | CJ | DS | Monitor e-mails re tabulation of split claims in upcoming solicitation | Solicitation | 0.60 |
| 06/04/24 | GB | MD | Draft interim fee application | Retention / Fee Application | 0.20 |
| 06/04/24 | JTH | DI | Review and prepare electronic submission portal | Solicitation | 0.80 |
| 06/04/24 | RACL | CO | Prepare electronic ballot submission portal | Solicitation | 1.60 |
| 06/04/24 | STK | DS | Confer with A. Orchowski and C. Johnson (Kroll) re upcoming solicitation and tabulation | Solicitation | 0.20 |
| 06/05/24 | ATO | DS | Confer with C. Johnson and S. Kesler (Kroll) re trouble-shooting upcoming solicitation and tabulation | Solicitation | 0.40 |
| 06/05/24 | ATO | DS | Confer with J. Hughes (Kroll) regarding the online ballot portal | Solicitation | 0.50 |

FTX Digital Markets Ltd.

| 06/05/24 | ATO | DS | Review and analyze the draft ballots and notices of non-voting status in preparation for solicitation | Solicitation | 2.20 |
|---|---|---|---|---|---|
| 06/05/24 | ATO | DS | Respond to inquiries from D. Lewandowski (Alvarez & Marsal) related to the online ballot portal | Solicitation | 1.20 |
| 06/05/24 | ATO | DS | Telephone conference with J. Sielinski and D. Lewandowski (Alvarez & Marsal) related to the online ballot portal | Solicitation | 0.50 |
| 06/05/24 | CJ | DS | Confer with A. Orchowski and S. Kesler (Kroll) re trouble-shooting upcoming solicitation and tabulation | Solicitation | 0.40 |
| 06/05/24 | JTH | DI | Review and prepare electronic submission portal | Solicitation | 1.20 |
| 06/05/24 | JTH | DI | Prepare electronic ballot submission portal | Solicitation | 1.00 |
| 06/05/24 | JUL | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.30 |
| 06/05/24 | RACL | CO | Prepare electronic ballot submission portal | Solicitation | 0.80 |
| 06/05/24 | STK | DS | Confer with A. Orchowski and C. Johnson (Kroll) re trouble-shooting upcoming solicitation and tabulation | Solicitation | 0.40 |
| 06/06/24 | ATO | DS | Confer with C. Johnson and S. Kesler (Kroll) re trouble-shooting upcoming solicitation and tabulation | Solicitation | 0.40 |
| 06/06/24 | ATO | DS | Telephone conference with J. Hughes, A. Schepper, J. Daloia, J. Karotkin, G. Brunswick,  J. Searles, A. Orchowski, J. Karotkin and S. Kesler (Kroll) and J. Sielinski, D. Lewandowski, A. Mohammed, R. Esposito and C. Arnett (A&M) re proposed solicitation and tabulation procedures | Solicitation | 0.30 |
| 06/06/24 | ATO | DS | Review and analyze the draft plan class report provided by Alvarez & Marsal in preparation for solicitation | Solicitation | 1.80 |
| 06/06/24 | CJ | DS | Review e-mail from J. Sielinski (A&M) re solicitation | Solicitation | 0.10 |
| 06/06/24 | CJ | DS | Telephone conference with J. Hughes, A. Schepper, J. Daloia, J. Karotkin, G. Brunswick, J. Searles, A. Orchowski, J. Karotkin and S. Kesler (Kroll) and J. Sielinski, D. Lewandowski, A. Mohammed, R. Esposito and C. Arnett (A&M) re proposed solicitation and tabulation procedures | Solicitation | 0.30 |
| 06/06/24 | CJ | DS | Confer with A. Orchowski and S. Kesler (Kroll) re trouble-shooting upcoming solicitation and tabulation | Solicitation | 0.40 |
| 06/06/24 | JDS | DI | Telephone conference with J. Hughes, A. Schepper, J. Daloia, J. Karotkin, G. Brunswick,  C. Johnson, A. Orchowski and S. Kesler (Kroll) and J. Sielinski, D. Lewandowski, A. Mohammed and C. Arnett (A&M) re proposed solicitation and tabulation procedures | Solicitation | 0.30 |
| 06/06/24 | JTH | DI | Prepare electronic ballot submission portal | Solicitation | 0.50 |
| 06/06/24 | JTH | DI | Review and prepare electronic submission portal | Solicitation | 1.20 |
| 06/06/24 | RACL | CO | Prepare electronic ballot submission portal | Solicitation | 0.80 |
| 06/06/24 | SLP | DI | Telephone conference with A. Orchowski (Kroll) and J. Sielinski, D. Lewandowski and A. Mohammed (A&M) re proposed solicitation and tabulation procedures | Solicitation | 0.30 |
| 06/06/24 | STK | DS | Telephone conference with J. Hughes, A. Schepper, J. Daloia, J. Karotkin, G. Brunswick,  J. Searles, A. Orchowski, J. Karotkin and C. Johnson (Kroll) and J. Sielinski, D. Lewandowski, A. Mohammed, R. Esposito and C. Arnett (A&M) re proposed solicitation and tabulation procedures | Solicitation | 0.30 |
| 06/06/24 | STK | DS | Confer with A. Orchowski and C. Johnson (Kroll) re trouble-shooting upcoming solicitation and tabulation | Solicitation | 0.40 |

FTX Digital Markets Ltd.

Page 5

Invoice #: 24634

| 06/07/24 | ATO | DS | Confer with S. Perry (Kroll) regarding the claim register that will be used for solicitation | Solicitation | 0.70 |
|---|---|---|---|---|---|
| 06/07/24 | ATO | DS | Review and analyze the draft plan class report provided by Alvarez & Marsal in preparation for solicitation | Solicitation | 3.60 |
| 06/07/24 | CJ | DS | Monitor e-mails re proposed tabulation procedures | Solicitation | 0.70 |
| 06/07/24 | CJ | DS | Trouble shoot proposed tabulation procedures for split and transferred voting claims | Solicitation | 0.80 |
| 06/07/24 | JTH | DI | Prepare electronic ballot submission portal | Solicitation | 1.00 |
| 06/07/24 | JTH | DI | Review and prepare electronic submission portal | Solicitation | 2.00 |
| 06/07/24 | JUL | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.20 |
| 06/07/24 | RACL | CO | Prepare electronic ballot submission portal | Solicitation | 0.80 |
| 06/08/24 | CJ | DS | Monitor e-mails re upcoming solicitation and respond to A. Kranzley (S&C) | Solicitation | 0.40 |
| 06/10/24 | ATO | DS | Confer with C. Johnson and S. Kesler (Kroll) re preparations for upcoming launch of online voting portal | Solicitation | 0.20 |
| 06/10/24 | ATO | DS | Confer with S. Perry (Kroll) regarding the claim register to be used for solicitation | Solicitation | 0.70 |
| 06/10/24 | ATO | DS | Review and analyze the draft plan class report provided by Alvarez & Marsal in preparation for solicitation | Solicitation | 1.50 |
| 06/10/24 | CJ | DS | Monitor e-mail correspondence re proposed solicitation and tabulation procedures | Solicitation | 0.60 |
| 06/10/24 | JTH | DI | Prepare electronic ballot submission portal | Solicitation | 1.00 |
| 06/10/24 | JTH | DI | Review and prepare electronic submission portal | Solicitation | 9.00 |
| 06/10/24 | RACL | CO | Prepare electronic ballot submission portal | Solicitation | 1.80 |
| 06/10/24 | STK | DS | Confer with A. Orchowski and C. Johnson (Kroll) re preparations for upcoming launch of online voting portal | Solicitation | 0.20 |
| 06/11/24 | ATO | DS | Confer with R. Lim (Kroll) regarding the claim register to be used for solicitation | Solicitation | 0.80 |
| 06/11/24 | ATO | DS | Review and analyze the filed notices and ballots in preparation for solicitation | Solicitation | 2.20 |
| 06/11/24 | GB | MD | Draft monthly fee application | Retention / Fee Application | 0.70 |
| 06/11/24 | JTH | DI | Prepare electronic ballot submission portal | Solicitation | 1.60 |
| 06/11/24 | JTH | DI | Review and prepare electronic submission portal | Solicitation | 8.00 |
| 06/11/24 | RACL | CO | Prepare electronic ballot submission portal | Solicitation | 0.60 |
| 06/12/24 | ATO | DS | Confer with C. Johnson and S. Kesler (Kroll) re preparations for upcoming launch of online voting portal | Solicitation | 0.20 |
| 06/12/24 | ATO | DS | Respond to inquiries from J. Sielinski (Alvarez & Marsal) related to solicitation | Solicitation | 0.40 |
| 06/12/24 | ATO | DS | Review and analyze draft ballots and notices in preparation for solicitation | Solicitation | 3.60 |
| 06/12/24 | ATO | DS | Telephone conference with D. Lewandowski and J. Sielinski (Alvarez & Marsal) related to solicitation | Solicitation | 0.40 |
| 06/12/24 | CJ | DS | Confer with A. Orchowski and S. Kesler (Kroll) re preparations for upcoming launch of online voting portal | Solicitation | 0.20 |
| 06/12/24 | CJ | DS | Monitor e-mails from J. Sielinski and D. Lewandowski (A&M) re upcoming solicitation and tabulation | Solicitation | 0.60 |

FTX Digital Markets Ltd.

| 06/12/24 | ESN | DI | Review and prepare electronic submission portal | Solicitation | 11.40 |
|---|---|---|---|---|---|
| 06/12/24 | JTH | DI | Prepare electronic ballot submission portal | Solicitation | 1.10 |
| 06/12/24 | JTH | DI | Review and prepare electronic submission portal | Solicitation | 10.00 |
| 06/12/24 | STK | DS | Telephone conference with J. Hughes, A. Schepper, J. Daloia, J. Karotkin, J. Searles, A. Orchowski, J. Karotkin, S. Perry and C. Johnson (Kroll) and J. Sielinski, D. Lewandowski and A. Mohammed (A&M) re proposed solicitation and tabulation procedures | Solicitation | 0.70 |
| 06/12/24 | STK | DS | Confer with A. Orchowski and C. Johnson (Kroll) re preparations for upcoming launch of online voting portal | Solicitation | 0.20 |
| 06/13/24 | ATO | DS | Confer with C. Johnson and S. Kesler (Kroll) re preparations for upcoming launch of online voting portal | Solicitation | 0.20 |
| 06/13/24 | ATO | DS | Confer with J. Hughes, J. Founts, B. Gallerie and A. Khan (Kroll) regarding the online ballot portal | Solicitation | 1.10 |
| 06/13/24 | ATO | DS | Respond to inquiries from A. Kranzley (Sullivan & Cromwell) regarding solicitation | Solicitation | 0.60 |
| 06/13/24 | ATO | DS | Respond to inquiries from J. Sielinski (Alvarez & Marsal) related to solicitation | Solicitation | 1.70 |
| 06/13/24 | ATO | DS | Review and analyze draft ballots and notices in preparation for solicitation | Solicitation | 2.80 |
| 06/13/24 | ATO | DS | Telephone conference with J. Hughes, A. Schepper, J. Daloia, J. Karotkin, J. Searles, C. Johnson, J. Karotkin, S. Perry and S. Kesler (Kroll) and J. Sielinski, D. Lewandowski and A. Mohammed (A&M) re proposed solicitation and tabulation procedures | Solicitation | 0.70 |
| 06/13/24 | BGA | DI | Telephone conference with D. Lewandowski, J. Sielinski and A. Mohammed (A&M) and A. Orchowski, S. Perry, J. Hughes, J. Daloia, C. Johnson, G. Brunswick and A. Schepper (Kroll) regarding status of solicitation and plan class reports and related data | Solicitation | 0.40 |
| 06/13/24 | CJ | DS | Confer with A. Orchowski and S. Kesler (Kroll) re preparations for upcoming launch of online voting portal | Solicitation | 0.20 |
| 06/13/24 | CJ | DS | Monitor e-mails from J. Sielinski and D. Lewandowski (A&M) re upcoming solicitation and tabulation | Solicitation | 0.50 |
| 06/13/24 | ESN | DI | Review and prepare electronic submission portal | Solicitation | 10.20 |
| 06/13/24 | JD | DI | Conference call with J. Selinski (A&M) regarding upcoming solicitation | Solicitation | 0.50 |
| 06/13/24 | JDS | DI | Telephone conference with J. Hughes, A. Schepper, J. Daloia, J. Karotkin, C. Johnson, A. Orchowski, J. Karotkin, S. Perry and S. Kesler (Kroll) and J. Sielinski, D. Lewandowski and A. Mohammed (A&M) re proposed solicitation and tabulation procedures | Solicitation | 0.70 |
| 06/13/24 | JTH | DI | Prepare electronic ballot submission portal | Solicitation | 1.60 |
| 06/13/24 | JTH | DI | Review and prepare electronic submission portal | Solicitation | 9.00 |
| 06/13/24 | SLP | DI | Telephone conference with J. Hughes, A. Schepper, J. Daloia, J. Karotkin, J. Searles, A. Orchowski, J. Karotkin, C. Johnson and S. Kesler (Kroll) and J. Sielinski, D. Lewandowski and A. Mohammed (A&M) re proposed solicitation and tabulation procedures | Solicitation | 0.70 |
| 06/13/24 | STK | DS | Confer with A. Orchowski and C. Johnson (Kroll) re preparations for upcoming launch of online voting portal | Solicitation | 0.20 |

FTX Digital Markets Ltd.

| 06/14/24 | ATO | DS | Confer with B. Gallerie (Kroll) regarding the online ballot portal | Solicitation | 0.50 |
|---|---|---|---|---|---|
| 06/14/24 | ATO | DS | Confer with J. Hughes, R. Lim and E. Echeverria (Kroll) regarding the online ballot portal | Solicitation | 1.30 |
| 06/14/24 | CJ | DS | Review revised solicitation and tabulation procedures, ballots and notices | Solicitation | 2.30 |
| 06/14/24 | CJ | DS | Coordinate with A. Orchowski (Kroll) re Debtors inquiries pertaining to costs of upcoming solicitation | Solicitation | 0.20 |
| 06/14/24 | CJ | DS | Telephone conference with A. Orchowski, J. Founts, C. Liu and B. Gallerie (Kroll) re implementing programmatic and systematic customizations to solicitation and tabulations procedures | Solicitation | 0.40 |
| 06/14/24 | JTH | DI | Prepare electronic ballot submission portal | Solicitation | 1.00 |
| 06/14/24 | JTH | DI | Review and prepare electronic submission portal | Solicitation | 10.50 |
| 06/14/24 | RACL | CO | Prepare electronic ballot submission portal | Solicitation | 0.80 |
| 06/15/24 | CJ | DS | Monitor e-mails re preparations for upcoming solicitation and tabulation | Solicitation | 0.50 |
| 06/17/24 | ATO | DS | Confer with C. Johnson (Kroll) re demo of customer voting portal | Solicitation | 0.40 |
| 06/17/24 | ATO | DS | Confer with C. Johnson and S. Kesler (Kroll) re demo of customer voting portal | Solicitation | 0.20 |
| 06/17/24 | ATO | DS | Confer with D. Lewandowski (Alvarez & Marsal) regarding solicitation | Solicitation | 1.00 |
| 06/17/24 | ATO | DS | Confer with J. Hughes (Kroll) regarding the online ballot portal | Solicitation | 0.60 |
| 06/17/24 | ATO | DS | Prepare for the online voting portal demo with A. Kranzley (Sullivan Cromwell), J. Sielinski (Alvarez & Marsal) and E. Broderick (Eversheds Sutherland) | Solicitation | 0.50 |
| 06/17/24 | ATO | DS | Respond to inquiries from D. Lewandowski and J. Sielinski (Alvarez & Marsal) related to solicitation | Solicitation | 1.10 |
| 06/17/24 | ATO | DS | Telephone conference with J. Hughes, C. Johnson, J. Founts, C. Liu, S. Kesler, Z. Steinberg and B. Gallerie (Kroll) re implementing programmatic and systematic customizations to solicitation and tabulations procedures | Solicitation | 0.40 |
| 06/17/24 | BGA | DI | Telephone conference with J. Hughes, A. Orchowski, J. Founts, C. Liu, S. Kesler, Z. Steinberg and C. Johnson (Kroll) re implementing programmatic and systematic customizations to solicitation and tabulations procedures | Solicitation | 0.40 |
| 06/17/24 | CJ | DS | Monitor e-mails re online voting portal demo and conduct quality assurance checks to ensure preparedness | Solicitation | 1.40 |
| 06/17/24 | CJ | DS | Confer with A. Orchowski and S. Kesler (Kroll) re customer voting portal demonstration | Solicitation | 0.20 |
| 06/17/24 | CJ | DS | Confer with A. Orchowski (Kroll) re demo of customer voting portal | Solicitation | 0.40 |
| 06/17/24 | CJ | DS | Telephone conference with J. Hughes, A. Orchowski, J. Founts, C. Liu, S. Kesler, Z. Steinberg and B. Gallerie (Kroll) re implementing programmatic and systematic customizations to solicitation and tabulations procedures | Solicitation | 0.40 |
| 06/17/24 | JCJC | CO | Review and file monthly fee application | Retention / Fee Application | 0.30 |

FTX Digital Markets Ltd.

| 06/17/24 | JFO | DI | Telephone conference with J. Hughes, A. Orchowski, J. Founts, C. Liu, S. Kesler, Z. Steinberg and B. Gallerie (Kroll) re implementing programmatic and systematic customizations to solicitation and tabulations procedures | Solicitation | 0.40 |
|---|---|---|---|---|---|
| 06/17/24 | JTH | DI | Prepare electronic ballot submission portal | Solicitation | 1.20 |
| 06/17/24 | RACL | CO | Prepare electronic ballot submission portal | Solicitation | 1.40 |
| 06/17/24 | STK | DS | Telephone conference with J. Hughes, A. Orchowski, J. Founts, C. Liu, C. Johnson, Z. Steinberg and B. Gallerie (Kroll) re implementing programmatic and systematic customizations to solicitation and tabulations procedures | Solicitation | 0.40 |
| 06/17/24 | STK | DS | Confer with A. Orchowski and C. Johnson (Kroll) re demo of customer voting portal | Solicitation | 0.20 |
| 06/18/24 | ATO | DS | Confer with C. Johnson and S. Kesler (Kroll) re demo of customer voting portal | Solicitation | 0.20 |
| 06/18/24 | ATO | DS | Confer with J. Hughes and R. Lim (Kroll) regarding the online voting portal | Solicitation | 0.70 |
| 06/18/24 | ATO | DS | Prepare for the online voting portal demo with A. Kranzley (Sullivan Cromwell), J. Sielinski (Alvarez & Marsal) and E. Broderick (Eversheds Sutherland) | Solicitation | 2.90 |
| 06/18/24 | ATO | DS | Respond to inquiries from A. Kranzley (Sullivan & Cromwell) related to the solicitation mailing | Solicitation | 0.60 |
| 06/18/24 | ATO | DS | Respond to inquiries from A. Mohammed (Alvarez & Marsal) related to the online voting portal | Solicitation | 0.60 |
| 06/18/24 | ATO | DS | Telephone conference with A. Kranzley (Sullivan Cromwell), J. Sielinski (Alvarez & Marsal) and E. Broderick (Eversheds Sutherland) regarding the online voting portal | Solicitation | 0.60 |
| 06/18/24 | ATO | DS | Telephone conference with A. Mohammed and J. Sielinski (Alvarez & Marsal) related to the online voting portal | Solicitation | 0.50 |
| 06/18/24 | CJ | DS | Confer with A. Orchowski and S. Kesler (Kroll) re customer voting portal demonstration | Solicitation | 0.20 |
| 06/18/24 | ESN | DI | Review and prepare electronic submission portal | Solicitation | 2.40 |
| 06/18/24 | GB | MD | Portal preview call with A. Orchowski (Kroll), A. Kransley (S&C) and others | Solicitation | 0.60 |
| 06/18/24 | GB | MD | Telephone conference regarding FTX solicitation portal with J. Selinsky (A&M) and A. Orchowski (Kroll) | Solicitation | 0.70 |
| 06/18/24 | JTH | DI | Prepare electronic ballot submission portal | Solicitation | 0.80 |
| 06/18/24 | RACL | CO | Prepare electronic ballot submission portal | Solicitation | 0.80 |
| 06/18/24 | SLP | DI | Confer and coordinate with solicitation team re confirmation hearing noticing | Solicitation | 0.90 |
| 06/18/24 | STK | DS | Confer with A. Orchowski and C. Johnson (Kroll) re demo of customer voting portal | Solicitation | 0.20 |
| 06/19/24 | CJ | DS | Research tabulation issues | Solicitation | 1.10 |
| 06/20/24 | ATO | DS | Confer with J. Founts and B. Gallerie (Kroll) regarding the online voting portal | Solicitation | 0.50 |
| 06/20/24 | ATO | DS | Confer with A. Kranzley (Sullivan & Cromwell) regarding the solicitation timeline | Solicitation | 0.20 |
| 06/20/24 | ATO | DS | Telephone conference with J. Sielinski and D. Lewandowski (Alvarez & Marsal) related to solicitation | Solicitation | 0.40 |
| 06/20/24 | ESN | DI | Review and prepare electronic submission portal | Solicitation | 0.50 |

FTX Digital Markets Ltd.

| 06/20/24 | JDS | DI | Telephone conference with J. Hughes, A. Schepper, J. Daloia, J. Karotkin, A. Orchowski, J. Karotkin, S. Perry and S. Kesler (Kroll) and J. Sielinski, D. Lewandowski and A. Mohammed (A&M) re proposed solicitation and tabulation procedures | Solicitation | 0.40 |
|---|---|---|---|---|---|
| 06/20/24 | JTH | DI | Prepare electronic ballot submission portal | Solicitation | 0.90 |
| 06/20/24 | MMB | SA | Confer and coordinate with Z. Steinberg (Kroll) regarding solicitation | Solicitation | 0.20 |
| 06/20/24 | MMB | SA | Review solicitation documents in preparation for solicitation | Solicitation | 1.40 |
| 06/20/24 | RACL | CO | Prepare electronic ballot submission portal | Solicitation | 1.40 |
| 06/20/24 | SLP | DI | Telephone conference with J. Hughes, A. Schepper, J. Daloia, J. Karotkin, J. Searles, A. Orchowski, J. Karotkin, C. Johnson and S. Kesler (Kroll) and J. Sielinski, D. Lewandowski and A. Mohammed (A&M) re proposed solicitation and tabulation procedures | Solicitation | 0.50 |
| 06/21/24 | ATO | DS | Confer with D. Lewandowski (Alvarez & Marsal) regarding the draft plan class report in preparation for solicitation | Solicitation | 0.50 |
| 06/21/24 | ATO | DS | Confer with J. Hughes and J. Founts (Kroll) regarding the online ballot portal | Solicitation | 1.60 |
| 06/21/24 | ATO | DS | Respond to inquiries from A. Kranzley (Sullivan & Cromwell) related to solicitation | Solicitation | 0.60 |
| 06/21/24 | ATO | DS | Respond to inquiries from D. Lewandowski (Alvarez & Marsal) related to solicitation | Solicitation | 0.40 |
| 06/21/24 | ATO | DS | Confer with A. Jaffar (Kroll) regarding processing of claim transfers  in preparation for solicitation | Solicitation | 0.60 |
| 06/21/24 | ATO | DS | Telephone conference with J. Sielinski and D. Lewandowski (Alvarez & Marsal) related to solicitation | Solicitation | 0.30 |
| 06/21/24 | ATO | DS | Review and analyze the draft plan class report in preparation for solicitation | Solicitation | 6.40 |
| 06/21/24 | JTH | DI | Prepare electronic ballot submission portal | Solicitation | 1.20 |
| 06/21/24 | MMB | SA | Update FAQ materials for use in connection with responses to solicitation inquiries | Call Center / Creditor Inquiry | 2.70 |
| 06/21/24 | RACL | CO | Prepare electronic ballot submission portal | Solicitation | 0.80 |
| 06/21/24 | ZS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 2.00 |
| 06/22/24 | ATO | DS | Respond to inquiries from A. Kranzley (Sullivan & Cromwell) related to solicitation | Solicitation | 0.60 |
| 06/22/24 | ATO | DS | Respond to inquiries from D. Lewandowski (Alvarez & Marsal) related to solicitation | Solicitation | 1.90 |
| 06/23/24 | ATO | DS | Confer with D. Lewandowski (Alvarez & Marsal) regarding the solicitation plan class report | Solicitation | 0.80 |
| 06/24/24 | AKU | SC | Meet and confer with E. Snajder (Kroll) re quality assurance review and plan solicitation | Solicitation | 2.00 |
| 06/24/24 | ATO | DS | Telephone conference with J. Founts, J. Hughes and B. Gallerie (Kroll) regarding solicitation | Solicitation | 0.50 |
| 06/24/24 | ATO | DS | Telephone conference with D. Lewandowski and J. Sielinski (A&M) related to solicitation | Solicitation | 0.50 |
| 06/24/24 | CJ | DS | Review solicitation and tabulation task list and conduct quality assurance review | Solicitation | 0.60 |

FTX Digital Markets Ltd.

Page 10

Invoice #: 24634

| 06/24/24 | ESN | DI | Meet and confer with A. Kusniyarova (Kroll) re solicitation updates and technical support | Solicitation | 0.30 |
|---|---|---|---|---|---|
| 06/24/24 | HST | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 2.20 |
| 06/24/24 | JGA | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 0.50 |
| 06/24/24 | JTH | DI | Prepare electronic ballot submission portal | Solicitation | 1.70 |
| 06/24/24 | RACL | CO | Prepare electronic ballot submission portal | Solicitation | 0.80 |
| 06/25/24 | ATO | DS | Respond to inquiries from D. Lewandowski (Alvarez & Marsal) related to the solicitation plan class report | Solicitation | 0.60 |
| 06/25/24 | ESN | DI | Technical support and system preparation for FTX solicitation and forms | Solicitation | 5.30 |
| 06/25/24 | ESN | DI | Meet and confer with A. Kusniyarova (Kroll) re solicitation updates and technical support | Solicitation | 0.30 |
| 06/25/24 | JTH | DI | Prepare electronic ballot submission portal | Solicitation | 2.00 |
| 06/25/24 | RACL | CO | Prepare electronic ballot submission portal | Solicitation | 0.80 |
| 06/26/24 | ATO | DS | Confer with J. Sielinski (Alvarez & Marsal) regarding the plan class report for solicitation | Solicitation | 0.50 |
| 06/26/24 | CJ | DS | Telephone conference with A. Orchowski, S. Kesler, D. Sharp, H. Taatjes, C. Liu, Z. Steinberg, J.C. Gache, M. Crowell, M. Brown, J. Lewenson and E. Cheney (Kroll) re deadlines and outstanding tasks to complete in order to effectuate upcoming solicitation mailing | Solicitation | 1.10 |
| 06/26/24 | ECH | SA | Confer and coordinate with A. Orchowski (Kroll) and the solicitation team re responsibility delegation for upcoming solicitation | Solicitation | 1.10 |
| 06/26/24 | ESN | DI | Technical support for data and form systems in preparation for solicitation emails and form processing | Solicitation | 4.00 |
| 06/26/24 | HST | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 2.20 |
| 06/26/24 | HST | SA | Prepare for and participate in telephone conference with A. Orchowski, S. Kesler, D. Sharp, H. Taatjes, C. Liu, Z. Steinberg, J.C. Gache, M. Crowell, M. Brown, J. Lewenson, and E. Cheney (Kroll) re deadlines and outstanding tasks to complete in order to effectuate upcoming solicitation mailing | Solicitation | 1.10 |
| 06/26/24 | JTH | DI | Prepare electronic ballot submission portal | Solicitation | 1.50 |
| 06/26/24 | MLC | SA | Telephone conference with A. Orchowski, C. Johnson, S. Kesler, D. Sharp, C. Liu, H. Taatjes, J. Gache, Z. Steinberg, J. Lewenson, E. Cheney and M. Brown (Kroll) re deadlines and outstanding tasks to complete in order to effectuate upcoming solicitation mailing | Solicitation | 1.10 |
| 06/26/24 | MMB | SA | Confer and coordinate with A. Orchowski, C. Johnson, S. Kesler and H. Taatjes (Kroll) regarding solicitation | Solicitation | 1.10 |
| 06/26/24 | RACL | CO | Prepare electronic ballot submission portal | Solicitation | 0.80 |
| 06/26/24 | ZS | SA | Confer with A. Orchowski (Kroll) re upcoming case deliverables | Solicitation | 1.10 |
| 06/27/24 | BGA | DI | Telephone conference with J. Sielinski, R. Esposito and A. Mohmmed (A&M) and S. Perry, J. Hughes, H. Alli Balogun, A. Schepper and S. Kesler (Kroll) regarding status of solicitation files and go live for voting portal | Solicitation | 0.40 |

FTX Digital Markets Ltd.

Page 11

Invoice #: 24634

| 06/27/24 | CJ | DS | Confer with S. Kesler (Kroll) re updates to preparations for solicitation mailing | Solicitation | 0.40 |
|----------|------|------|---|---|---|
| 06/27/24 | ESN | DI | Technical support for data and form systems in preparation for solicitation emails and form processing | Solicitation | 5.50 |
| 06/27/24 | HST | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 4.00 |
| 06/27/24 | JDS | DI | Telephone conference with J. Hughes, J. Karotkin, A. Orchowski, J. Karotkin, S. Perry and S. Kesler (Kroll) and J. Sielinski, D. Lewandowski and A. Mohammed (A&M) re proposed solicitation and tabulation procedures | Solicitation | 0.30 |
| 06/27/24 | JTH | DI | Prepare electronic ballot submission portal | Solicitation | 2.80 |
| 06/27/24 | RACL | CO | Prepare electronic ballot submission portal | Solicitation | 2.60 |
| 06/28/24 | ATO | DS | Respond to inquiries from J. Sielinski (Alvarez & Marsal) related to the plan class report to be used for solicitation | Solicitation | 0.50 |
| 06/28/24 | CJ | DS | Monitor e-mails from A. Kranzley (S&C) re revised solicitation materials | Solicitation | 0.60 |
| 06/28/24 | ESN | DI | Technical support and system preparation for FTX solicitation and forms | Solicitation | 6.20 |
| 06/28/24 | HST | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 3.40 |
| 06/28/24 | JGA | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 1.60 |
| 06/28/24 | JTH | DI | Prepare electronic ballot submission portal | Solicitation | 2.80 |
| 06/28/24 | RACL | CO | Prepare electronic ballot submission portal | Solicitation | 1.80 |

**Total Hours**    **266.30**