**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------- x
                                                :   Chapter 11

In re:                                         :   Case No. 22-11068 (JTD)
                                                :
FTX TRADING LTD., et al.,[1]             :   (Jointly Administered)
                                                :
               Debtors.                 :
                                                :
------------------------------------------------------- x

**SUPPLEMENTAL DECLARATION OF OLIVER RONNY BASTIENNE REGARDING ACM ASSOCIATES'S DISINTERESTEDNESS AS A SUBCONTRACTOR OF ERNST & YOUNG LLP IN THESE CHAPTER 11 PROCEEDINGS**

I, Oliver Bastienne, hereby declare pursuant to Rule 2014 (a) of the Bankruptcy Rules as follows:[2]

1. I am a Partner of ACM Associates that is a registered audit and accounting firm in the Republic of Seychelles.

2. EY LLP has subcontracted with ACM Associates to assist in providing certain services to the Debtors in these chapter 11 proceedings. This supplemental declaration (the "Supplemental Declaration") supplements the disclosures set forth in my original declaration that was filed with this Court on August 25, 2023 [Docket No. 2248] (the "Original Declaration").

3. The facts set forth in this Supplemental Declaration are based upon my personal knowledge, upon information and belief, and upon client matter records kept in the ordinary course of business that were reviewed by me or other employees of ACM Associates.

4. I understand that Debtors' counsel provided an updated list of names of parties in interest in these cases (the "PIIL") to EY LLP on or about January 19, 2024. ACM reviewed and conducted an updated search on the parties Interest on the 7th of June 2024 set forth in the PIIL. ACM

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to such terms in the declarations of Thomas M. Shea filed in these cases [Docket Numbers: 500, 499, 1263, 5320, and 16383].

confirms that we have not provided services to those Parties in Interest, except as disclosed in the Original declaration.

5. To the best of my knowledge, information and belief, none of the services rendered to Parties in Interest by ACM Associates have been in connection with the Debtors or these chapter 11 cases.

6. To the best of my knowledge, information and belief, ACM Associates (a) does not hold or represent an interest adverse to the Debtors' estates, and (b) is a "disinterested person," as such term is defined in section 101(14) of the Bankruptcy Code, as required under section 327(a) of the Bankruptcy Code.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: July 10, 2024

_____
**OLIVER BASTIENNE**
**ACM ASSOCIATES**