Clerk of the United States Bankruptcy Court
FTX TRADING LTD
Case No. 22-11068 (JTD)
Objection to amended claim by debtor
Claim Number: 47840
Claimant Name: griffiths, colin



RECEIVED
2024 JUL 16 PM 2:55
CLERK
US BANKRUPTCY COURT

This is the second time im objecting to the amended amount on my claim. There should be absolutely no amendment to this claim this was the figure at bankruptcy and was on the paperwork without a minus. due to the fact that we had no option to remove current trades on the futures side the amount should remain as was at the time of the freeze of funds and therefore you have no right to take money from me, that is already mine and i do remind the court all the assets did not belong to ftx they are legally mine and should be given back to me at todays value NOT the value at bankruptcy thats the real issue here.
I disagree with the usd amount amended on my claim. The amount should be minus 183239.51usd and not what it has been amended to which is minus 200652.33
I attach the screen shots of my account after the date accounts were frozen this amount is the correct amount and was also the correct amount first submitted by Bankruptcy claim paperwork emailed to me by kroll on the 31st March 2023 also attached. This should not be changed as there is no basis to change this amount.

Colin griffiths
1102 impasse du courbariuex
Saint caprise d eymet
France
24500

Email. Colin@taurusuk.com
tel. +447837276962









| Name | Balance | USD Value |
|---|---|---|
| XRP — XRP | 8868.6187 | 3346.13 |
| ASD — AscendEx Token (BT... | 10951.7938 | 407.63 |
| TRYB — BiLira | 59230.7115 | 3278.12 |
| GBP — Pound | 0.0770 | 0.09 |
| TRX — TRON | 31089.3821 | 1734.81 |
| KNC — Kyber Network | 305.9064 | 182.33 |
| SRM — Serum | 656.3727 | 246.38 |
| SRM_LOCKED — Locked Serum | 2.2887 | 0.67 |

Wallet Balance: US$42,830.48





From: ftx@noticing.ra.kroll.com
Subject: FTX - Your Scheduled Claim Information and Unique Customer Code
Date: 31 March 2023 at 14:34
To: Colin Griffiths colin@taurusuk.com



**YOUR UNIQUE CUSTOMER CODE(S) AND SCHEDULED CLAIM INFORMATION IS AT THE BOTTOM OF THIS EMAIL.**

YOU ARE RECEIVING THIS EMAIL BECAUSE YOU HAVE BEEN IDENTIFIED AS A CUSTOMER WITH A NET POSITIVE ACCOUNT BALANCE AS OF NOVEMBER 11, 2022 OF ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 CASES OF FTX TRADING LTD. AND CERTAIN OF ITS AFFILIATED DEBTORS AND DEBTORS-IN-POSSESSION PENDING IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE AND JOINTLY ADMINISTERED UNDER THE CASE NUMBER 22-11068. YOU HAVE BEEN LISTED IN ONE OR MORE OF THE DEBTORS' SCHEDULES AND STATEMENTS.

On March 14 and 15, 2023, the FTX Trading Ltd. and certain of its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed their schedules of assets and liabilities and statements of financial affairs (the "Schedules and Statements").

*Pursuant to the Final Order (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on a Final Basis and (III) Granting Certain Related Relief* [D.I. 545], customer names and addresses in the Schedules and Statements are redacted. With respect to Schedules E/F – which identify creditors of the Debtors with non-priority unsecured claims (including customers with a net positive account balance as of November 11, 2022) – in an effort to redact customer names and addresses, the Debtors have identified each customer with a net positive account balance as of November 11, 2022 by a unique customer code (a "Unique Customer Code"). Your Unique Customer Code and an excerpt of your scheduled claim(s) are at the bottom of this email.

**PLEASE BE ADVISED THAT THE COURT HAS NOT YET SET A DEADLINE FOR SUBMITTING PROOFS OF CLAIMS OR INTERESTS AGAINST THE DEBTORS. WHEN THE COURT SETS A DEADLINE, ALL KNOWN CREDITORS, INCLUDING ALL CUSTOMERS IDENTIFIED ON THE SCHEDULES AND STATEMENTS, WILL BE PROVIDED NOTICE OF THE DEADLINE AND INSTRUCTIONS ON HOW TO SUBMIT PROOFS OF CLAIM OR INTERESTS.**

**PLEASE BE FURTHER ADVISED THAT RECEIPT OF THIS EMAIL AND A UNIQUE CUSTOMER CODE ONLY INDICATES THAT YOU HAD ONE OR MORE CLAIM(S) LISTED ON ONE OR MORE OF THE DEBTORS' SCHEDULES AND STATEMENTS.**

PROVISION OF A UNIQUE CUSTOMER CODE IS NOT AN ADMISSION BY THE DEBTORS OF THE VALIDITY OF SUCH CLAIM(S) OR A WAIVER OF ANY DEFENSES THERETO. THE DEBTORS HEREBY INCORPORATE BY REFERENCE THE GLOBAL NOTES ATTACHED TO EACH OF THE DEBTORS' SCHEDULES AND STATEMENTS AND RESERVE ALL RIGHTS.

To view all of the Debtors' Schedules and Statements, as well as the Global Notes, please visit https://restructuring.ra.kroll.com/FTX and navigate to the "Schedules & SOFA" page under "Quick Links." Standalone excerpts of the customer data can be found under "Customer Schedules."

**Your Unique Customer Code is** ███████

Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:

AAPL[-4.9502821764265600]
ADABULL[1.4160000000000000]
APE[318.5098662508964300]
APT[80.0863032000000000]
ASD[10951.7937541931130914]
ATLAS[53460.0000000000000000]
ATOM[32.3347001902052000]
AVAX[81.6516763201436300]
AXS[2061.4940143223036710]
BCH[4.0496439332058300]
BNB[0.0000000060136686]
BNBBULL[0.4672000000000000]
BNT[2316.8209342225645868]
BTC[4.0091386325776020]
BULL[0.1598100090600000]
CEL[1165.8965579783103500]
CRO[651.0534424297441398]
DOGE[10167.0000000025712151]
DOGEBULL[6.8210000000000000]
DOT[742.5456117773031500]
ETH[40.5175641746854544]
ETHBULL[1.0186862413000000]
ETHHEDGE[0.0000000021000000]
ETHW[18.0605641766781827]
FB[15.0000000000000000]
ETT[31.6909815721815393]

FTT[31.0909015721915395]
GBP[0.0770140517394000]
GMT[6133.1188908949946400]
HNT[54.4000000000000000]
KNC[305.9063716224878200]
LOOKS[1940.9811460701778500]
LTC[1.8387837002700688]
LUNA2[2.6993346810000000]
LUNA2_LOCKED[6.2984475900000000]
LUNC[587785.8100000000000000]
MATIC[1413.7854346499505300]
OMG[0.1628240000000000]
RSR[79490.2160909101568794]
SAND[1302.9584418000000000]
SNX[3634.5167392117677000]
SOL[172.6646766914533359]
SRM[656.3727117500000000]
SRM_LOCKED[2.2886676700000000]
TOMO[815.7436468281859000]
TRX[31089.3820737994346600]
TRYB[59230.7115409104799620]
USD[-183005.0345635403534809000000000]
USDT[57113.4414205505597511]
USTC[0.0000000051576570]
XRP[8868.6186953142087381]
XRPBULL[67130.0000000000000000]



Clerk of the United St[ates]
for the District of Del[aware]

824 MARKET STREE[T]
3rd FLOOR
WILMINGTON
DELAWARE 19801