Office of the Clerk of the United States Bankruptcy Court for the District of Delaware

824 Market Street, 3rd Floor

Wilmington, DE-Delaware 19801

United States of America

RECEIVED

2024 JUL 15  PM 3: 58

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

FTX TRADING LTD., et al., (Debtors.)

Chapter 11, Case No. 22-11068 (JTD)

DEBTORS' FORTY-FIFTH (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN

OVERSTATED AND/OR UNLIQUIDATED PROOFS OF CLAIM (CUSTOMER CLAIMS)

Hearing Date: September 12, 2024 at 1:00 P.M. ET

Objection Deadline: July 24, 2024 at 4:00 P.M. ET


**Claimant Name: Momentum Trading GmbH**
**Claim Number: 48781**


RESPONSE/OBJECTION:

My claim included a typographical error due to European spelling, which resulted in misplaced decimal points. The correct amount of the claim is 130,467.99 EUR (in words: onehundred-thirtythousand-fourhundred-sixtyseven EUR and ninetynine cents) or an equivalent sum in other currency.


EXPLANATION:

*(General remark: On all attachments every date is written in European spelling (Day, Month, Year). For the sake of traceability this text follows the European spelling of dates as well.)*

On 7.11.2022, 15:36:30 GMT+0100, FTX accounts of Momentum Trading GmbH showed a positive balance that meets the abovementioned amount, as can be seen on **attachment no. 1** "Historical balance 7.11.2022".

Momentum Trading GmbH made a withdrawal attempt in the amount of 90,000 EUR (in words: ninetythousand EUR) on 7.11.2022. **Attachment no. 2** "FTX withdrawals 7.11.2022" shows a completed bank transfer at 15:36:46 GMT+0100 in the respective amount, but also shows that the referring bank account number is missing.

For that reason, FTX customer support has been contacted. **Attachment no. 3** is a screenshot of the customer support's reply on 7.11.2022, which says the funds have been sent to the correct bank account at Penta/Solaris SE Bank. If this information were correct Momentum Trading GmbH should wait up to five business days for the funds to arrive.

Since the withdrawal did not arrive on the communicated bank account of Momentum Trading GmbH during the stated period (**attachment no. 4** "Bank account statement 15.11.2022") the FTX customer support has been contacted once again as can be read on **attachment no. 5** "Funds still missing 11.11.2022". This message was left unanswered by the FTX customer support.

Meanwhile, Momentum converted all remaining currencies on its FTX account into 40,467.99 EUR (in words: fourtythousand-fourhundred-sixtyseven EUR and ninetynine cents) and as can be seen on the respective screenshot (**attachment no.6** "FTX account EUR 11.11.2022").

Afterwards the website was not available anymore and the Chapter 11 proceedings started.

Because the funds never arrived at the bank account of Momentum Trading GmbH, a research request has been made (see **attachment no. 7** "Bank account research request"). The answers state clearly that there would be records in the Penta/Solaris SE Bank's records if a receipt or a rejection of the money had taken place (attachment no. 8a "Bank account research answer" and 8b "Bank account research answer"). None of it can be found in the records to this date.

Conclusion:

The modified claim set by the debtors is the equivalent of 40,467.99 EUR.

The modified claim set by the debtors is lacking 90,000 Euro (in words: ninetythousand EUR).

I declare that the foregoing is true and correct to the best of my knowledge and belief.

Please don't hesitate to contact me to resolve this issue.

Berlin, 07.07.2024        Roman Franz Hemetsberger, Momentum Trading GmbH

Momentum Trading GmbH (Creditor, claimant)

c/o Roman Hemetsberger

Wuehlischstr. 24

10245 Berlin, Germany

mail@romanhemetsberger.de

0049 179 9950391

| Attachments: | no.1 | "Historical balance 7.11.2022" (screenshot) |
|---|---|---|
| | no.2 | "FTX withdrawals 7.11.2022" (screenshot) |
| | no.3 | "Withdrawal confirmed by support 7.11.2022" (screenshot) |
| | no.4 | "bank account statement 15.11.2022" (screenshot) |
| | no.5 | "Funds still missing 11.11.2022" (screenshot) |
| | no.6 | "FTX account EUR 11.11.2022" (screenshot) |
| | no.7 | "Bank account research request" (screenshot) |
| | no.8a | "Bank account research answer" (screenshot) |
| | no.8b | "Bank account research answer" (screenshot) |

Attachment:          no.1     "Historical balance 7.11.2022" (screenshot)



Historical balances on FTX Cryptocurrency Derivatives Exchange at Mon Nov 07 2022 15:36:30 GMT+0100 (Mitteleuropäische Normalzeit)
Name: Momentum Trading GmbH
Email: mail@romanhemetsberger.de
Accounts: main, Alt-Mom-Bot
Note: most account histories will be correct, but some may not be. We do not promise correctness or that these will reconcile with your accounting methods, nor will it always be easy for us to debug the difference.

| Account | Item | Size | Mark price (for positions) | Approximate time |
|---|---|---|---|---|
| Alt-Mom-Bot | USD | 19.727,30170870 | | 7.11.2022, 15:36:30 |
| main | USD | 30.967,00659912 | | 7.11.2022, 15:36:30 |
| main | BTC | 0,00000000 | | 7.11.2022, 15:36:30 |
| main | FTT | 29,99572500 | | 7.11.2022, 15:36:30 |
| main | EUR | 90.000,00000001 | | 7.11.2022, 15:36:30 |

Rows per page:  10 ▼     1-5 / 5     ‹  ›

About Us    FTT    Leaderboard    Volume Monitor    Help    Legal    Fees    API    FTX Whitelabel    Blog    FTX US    Telegram

Twitter                          Our communities                          Support

FTX Services and FTX Token (FTT) are not available in the United States or other prohibited jurisdictions.

Services for this product are facilitated through FTX Trading Ltd and/or FTX Digital Markets Ltd.



Attachment:            no.2      "FTX withdrawals 7.11.2022" (screenshot)





Attachment:          no.3    "Withdrawal confirmed by support 7.11.2022" (screenshot)



Hello,

The funds were sent to a bank account with IBAN DE54110101015660707479 and BIC SOBKDEB2XXX.

If the information is correct, please allow up to 5 business days (weekends and public holidays not included) for fiat withdrawals to land in your account.

If this is still not received after that, please let us know.

Thanks,
FTX

7.11.2022, 21:09:51



Attachment:     no.4    "bank account statement 15.11.2022" (screenshot)



Attachment:            no.5    "Funds still missing 11.11.2022"





Attachment:          no.6    "FTX account EUR 11.11.2022" (screenshot)





Attachment:          no.7    "bank account research request" (screenshot)



Dear Penta Account Team,

my name is Roman Hemetsberger, I am the owner of Momentum Trading GmbH, that has an account with iban DE54110101015660707479 at penta bank. As you know, due to the fact that penta bank has been bought by quonto bank, the account will be closed in the next days. So I have to make sure I have all the documentation I need. I would be grateful for your help.

Unfortunately, Momentum Trading GmbH was also a customer of FTX Trading Ltd, the cryptocurrency exchange that went bankrupt in November 2022. Momentum opened the Ftx account in 2021 and sent two initial deposits of 50k € to the FTX account (LT85 3220 0200 0082 9000). In 2022, there have been two transactions from FTX to penta, using Deltec Bank Trust Limited ("Alameda Research Ltd", IBAN LT47 3220 0200 0082 9005) and UAB NIUM EU * FTX Trading LTD (LT59 3590 0100 0000 0000).

On 7.11.22, a few days before FTX was insolvent, i tried to make a sepa withdrawal of 90.000 € from FTX to penta, which was confirmed, but never arrived (screenshots attached). I called the penta hotline. They told me, nothing arrived on their end, maybe they could investigate if FTX would send me more detailed information. I asked Ftx, but they didn't answer and shortly afterwards, their website was taken down.

Now, as a debtor to FTX, I have a large claim. So, could you please look into the matter for the very last time? Did the mentioned amount of 90k € arrive at my account, at penta or at any related account or bank? Could it be possible that it has been sent back? Can you confirm that if the sepa withdrawal had been sent from FTX/Alameda, it would have arrived at my penta account or at least you would have noticed?

I saved my account statements, but if you can confirm and provide written information, it may help me to prove my claim to FTX.

Sincerely,
Roman Franz Hemetsberger

Momentum Trading GmbH
c/o Hemetsberger
Wühlischstraße 24
10245 Berlin
+49 179 9950391

mail@romanhemetsberger.de
Handelsregister: HRB 232448 B
Registergericht: Amtsgericht Charlottenburg
Geschäftsführer: Roman Franz Hemetsberger

Attachment:          no.8a    "bank account research answer" (screenshot)



Re: Momentum Trading GmbH and FTX claim

Milan | Penta <accounts@getpenta.com>
An ● mail@romanhemetsberger.de

Antworten    Allen antworten    Weiterleiten    ...

Di 23.05.2023 20:56

Wenn Probleme mit der Darstellungsweise dieser Nachricht bestehen, klicken Sie hier, um sie im Webbrowser anzuzeigen.

Good evening dear Roman,

Thank you for your inquiry.

I have requested meaningful payment confirmations for the four incoming and outgoing transactions you mentioned. I also initiated an investigation by the responsible department for the expected transaction you mentioned. There is no possibility of proving that the payment has not been made. If the amount had been sent, there would be a record of it in Solaris' system.

Solaris SE is expected to ask me for more detailed evidence in order to have sufficient material for an investigation. I have explained to them your concern and your intention behind the initiation of the investigation to assert your claims.

As soon as I have news about the investigation or the individual payment confirmations, I will contact you immediately with these.

If you have any further questions or concerns, please feel free to contact me at any time in the meantime.

Best regards



Milan
Customer
Relations
Manager

Penta Fintech GmbH
Warschauer Platz 11-13, 10245 Berlin Amtsgericht Charlottenburg (HRB 182394 B)
Geschäftsführer Alexandre Prot, Torben Rabe, Lukas Zörner

Attachment:          no.8b    "bank account research answer" (screenshot)

Re: Momentum Trading GmbH and FTX claim

Milan | Penta <accounts@getpenta.com>
An ● mail@romanhemetsberger.de

Antworten    Allen antworten    Weiterleiten    ...

Di 11.07.2023 17:09

Wenn Probleme mit der Darstellungsweise dieser Nachricht bestehen, klicken Sie hier, um sie im Webbrowser anzuzeigen.

Dear Roman,

Thank you for your patience.
Unfortunately, Solaris SE is not able to fulfill your request.
Proof of non-payment cannot be provided.

Best regards



Milan
Customer
Relations
Manager

Penta Fintech GmbH
Warschauer Platz 11-13, 10245 Berlin Amtsgericht Charlottenburg (HRB 182394 B)
Geschäftsführer Alexandre Prot, Torben Rabe, Lukas Zörner



Office of the clerk of the
United States Bankruptcy Court
for the District of Delaware

824 Market Street, 3rd Floor
Wilmington, DE-Delaware 19801
United States of America

**EXPRESS EASY** **XED** _DHL_
2024-07-10 MyDHL API 1.0 / "GLS certified label"

From : Momentum Trading GmbH
Momentum Trading GmbH
Wühllschstr. 24
C/O Hemetsberger

Origin:
**BER**

10245 BERLIN
GERMANY

Contact:

To :

Office of the clerk of the
Office of the clerk of the
824 Market Street, 3rd Floor
United States Bankruptcy Court

19801 WILMINGTON

**UNITED STATES OF AMERICA**

0200   **US-PHL-NJS**   **DENJ**

**ADI**

Pce/Shpt Weight   Piece
**0.1 kg**   **1 / 1**

Ref No: DP Filiale SVP

Content : Documents



WAYBILL 55 5190 0734



(2L)US19801+60000000

Ref Code: DP Filiale SVP



(J) JD01 4600 0116 6518 2096



U.S.M.S. X-RAY

Bitte kleben Sie dieses Label gut
sichtbar auf die Anschriftenseite