UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: FTX TRADING LTD., et al.<br><br>Debtors | Chapter 11<br><br>Case No. Case No. 22-11068<br><br>(Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | **CDOF IV Master Fund, L.P.** |
| Transferor | Transferee |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Attn: James Pagnam<br>Email: jpagnam@canyonpartners.com;<br>legal@canyonpartners.com |

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim(s) | FTX Trading Ltd. | 22-11068 | Customer Code: 02062878<br><br>Kroll Schedule No.: 6465742<br><br>Claim No.: 57090<br><br>Confirmation No.: 3265-70-GHHSW-387243936 | 53.68% of the amounts described |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By *James Pagnam* (DocuSigned by: 0BBD7641866C470)   Date: 4/30/2024

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 

Clerk of the Court

## IDENTITY OF TRANSFEROR

Transferee has in its possession an Evidence of Transfer executed by the Transferor. In order to protect the identity of the Transferor, Transferee has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.