07/16/2024

# IN UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re:
**FTX TRADING LTD.,** *et al.,*1
**Debtors.**

**Chapter 11**

**CASE NO.: 22-11068 (JTD)**

## CLAIMANTS OBJECTION TO MODIFIED CLAIM SET BY FTX TRADING LTD IN DOCKET NO. 17631.

**Debtors:**

FTX Trading LTD.

**Claimant:**

Lesley Zut

# I. Introduction

This document serves as a formal statement by Lesley Zut, hereinafter referred to as the "Claimant," regarding a dispute concerning the claim amount in the FTX Bankruptcy Estate under claim number 39286. The Claimant asserts that the information provided by FTX Trading LTD, hereinafter referred to as the "Debtors", is inaccurate, necessitating a correction to reflect the actual end balance.

**Claimant's information**

- Name:       Lesley Zut
- Address:    97-A13 Rijtuigenhof
              Amsterdam, 1054 NB The
              Netherlands
- Phone no.:  +31 (0)6 10 77 83 31
- Email:      cryptolesley@gmail.com
- Claim no.:  39286

## II. Background

1. The Claimant was a customer of FTX, which underwent chapter 11 bankruptcy proceedings.
1. Holdings at the time of bankruptcy led to a claim on the Debtors.
2. The Claimant disputes the accuracy of the claim presented by the Debtors and filed an amended claim on the 14th of August 2023
3. The Debtors, on the 14th of June 2024, denied the amended claim citing an "Overstated claim" as the reason for rejection.

## III. Discrepancy in End Balances

According to the Debtors, the final balances of the claim is as follows:

- ETH: 8.754719901000000
- FTT: 1,000.525715234280000
- SRM: 2.684831720000000
- SRM_LOCKED: 864.779272010000000
- TRX: 2,021,336.000000010000000
- USD: 50,000.170599557800000

The Claimant contends that the accurate end balances of the claim is:

- ETH: 8.754719901000000
- FTT: 751.025700000000000
- SRM: 2.684831720000000
- SRM_LOCKED: 864.779272010000000
- TRX: 0
- USD: 600,785.910000000000000

*Note: Near-zero balances of certain coins have been excluded from this comparison for the sake of clarity.*

The discrepancy arises from the sale of assets on the 11th of November 2022, where 2,021,336 TRX tokens and 249.5 FTT tokens were sold, resulting in net proceeds differing from the FTX-provided figures. These transactions are visible in the FTX claims portal, but are not taken into account in the end balance according to the Debtors.

TRX was trading significantly higher on FTX vs. other exchanges due to the rumor of Justin Sun bailing out TRX-holders. On FTX, the price of TRX swinged from $0.05 to $2.50 in the days leading up to the bankruptcy, while on other exchanges, TRX prices were ranging between $0.05 and $0.07.

The Claimant has managed to sell all TRX holdings for prices between $0.27 and $0.2811.

07/16/2024

To support this claim, four attachments are added to this document.

**Attachment I: "Overview of transactions"**
This attachment shows an overview of the sale of TRX and FTT tokens with a sum of total tokens sold, total sale proceeds, total fees and total net sale proceeds.

**Attachment II: "Transaction details"**
This attachment shows the final transactions on the account, containing the TRX and FTT sales, backing the overview made in Attachment I. For these transactions, the following applies:

1. These transactions are downloaded from the FTX Claims Portal (https://claims.ftx.com/), meaning these transactions are included in the FTX database
2. These are the final transactions made on the account, meaning no other transactions were made either during or after these transactions
3. Every transaction contains a unique "ID" verifiable by the FTX estate
4. All timestamps are in EST (Eastern Standard Time)

**Attachment III: "Screenshot of final 261 transactions"**
This attachment shows screenshots of the final 261 transactions, containing the TRX and FTT sales, taken from the FTX Claims Portal (https://claims.ftx.com/), providing additional proof of the transactions' validity.

**Attachment IV: "Mobile screenshot of account's end balance"**
This attachment shows a mobile screenshot of the end balance, taken before FTX shut down its website and mobile app.

# IV. Transaction Details

TRX Transactions:
- Quantity: 2,021,336 TRX
- Sale Proceeds: $550,777.64
- Net of Sales: $550,516.15 (after deducting fees)

FTT Transactions:
- Quantity: 249.5 FTT
- Sale Proceeds: $554.56
- Net of Sales: $554.31 (after deducting fees)

# I. Claimant's Assertion

The total transactions evidence that tokens were sold for a total of $551,060. As these constitute the final transactions on the account, the Claimant asserts that the end balance of USD on the account should, at a minimum, reflect $551,060 - five hundred and fifty-one thousand, and sixty dollars.

07/16/2024

# VI. Conclusion

This statement serves as a formal notification of the Claimant's position on the discrepancy in the final holdings. The provided attachments substantiate the claim, and the Claimant seeks a thorough review and correction of the final holdings.

The end balances of the claim should reflect the balances stated by the Claimant in "III Discrepancy in End Balances".

Full Claimant's Name:     Lesley Zut
Date:                     07/16/2024

# Attachment I: "Overview of transactions"

| | | | | | | |
|---|---|---|---|---|---|---|
| FTT/USD | sell | 249.50 | 2.182 - 2.183 | 544.57 | 0.26 | 544.31 |
| TRX/USD | sell | 2,021,336.00 | 0.27 - 0.2811 | 550,777.65 | 261.49 | 550,516.16 |
| | | | | **551,322.22** | **261.75** | **551,060.47** |

# Attachment II: "Transaction details"

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10929877545 | 11/11/2022, 21:16:46 | FTT/USD | sell | Market | 89.4 | 2.182 | 195.0708 | 0.09265863 | USD |
| 10929877543 | 11/11/2022, 21:16:46 | FTT/USD | sell | Market | 0.1 | 2.183 | 0.2183 | 0.0001036925 | USD |
| 10929877541 | 11/11/2022, 21:16:46 | FTT/USD | sell | Market | 0.4 | 2.183 | 0.8732 | 0.00041477 | USD |
| 10929877539 | 11/11/2022, 21:16:46 | FTT/USD | sell | Market | 0.1 | 2.183 | 0.2183 | 0.0001036925 | USD |
| 10929877537 | 11/11/2022, 21:16:46 | FTT/USD | sell | Market | 159.5 | 2.183 | 348.1885 | 0.1653895375 | USD |
| 10929873541 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 569571 | 0.27 | 153784.17 | 73.04748075 | USD |
| 10929873539 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1 | 0.27 | 0.27 | 0.00012825 | USD |
| 10929873537 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 200 | 0.27 | 54 | 0.02565 | USD |
| 10929873535 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1454 | 0.27 | 392.58 | 0.1864755 | USD |
| 10929873533 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 315722 | 0.27 | 85244.94 | 40.4913465 | USD |
| 10929873531 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 715 | 0.2700025 | 193.0517875 | 0.09169959906 | USD |
| 10929873529 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 55 | 0.2700525 | 14.8528875 | 0.007055121563 | USD |
| 10929873527 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 3 | 0.2700775 | 0.8102325 | 0.0003848604375 | USD |
| 10929873525 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 2 | 0.2703 | 0.5406 | 0.000256785 | USD |
| 10929873523 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 3729 | 0.2703375 | 1008.088538 | 0.4788420553 | USD |
| 10929873521 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1000 | 0.270375 | 270.375 | 0.128428125 | USD |
| 10929873519 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1000 | 0.270375 | 270.375 | 0.128428125 | USD |
| 10929873517 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1 | 0.2704575 | 0.2704575 | 0.0001284673125 | USD |
| 10929873515 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 10000 | 0.270475 | 2704.75 | 1.28475625 | USD |
| 10929873513 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 110 | 0.27051 | 29.7561 | 0.0141341475 | USD |
| 10929873511 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 15000 | 0.27071 | 4060.65 | 1.92880875 | USD |
| 10929873509 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 37 | 0.2707125 | 10.0163625 | 0.004757772188 | USD |
| 10929873507 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 4017 | 0.270715 | 1087.462155 | 0.5165445236 | USD |
| 10929873505 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1000 | 0.2709 | 270.9 | 0.1286775 | USD |
| 10929873503 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1000 | 0.2709 | 270.9 | 0.1286775 | USD |
| 10929873501 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 4289 | 0.27091 | 1161.93299 | 0.5519181703 | USD |
| 10929873499 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 110 | 0.271005 | 29.81055 | 0.01416001125 | USD |
| 10929873497 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 3334 | 0.2711875 | 904.139125 | 0.4294660844 | USD |
| 10929873495 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 54 | 0.27141 | 14.65614 | 0.0069616665 | USD |
| 10929873493 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1 | 0.271415 | 0.271415 | 0.000128922125 | USD |
| 10929873491 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 23233 | 0.27142 | 6305.90086 | 2.995302909 | USD |
| 10929873489 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1000 | 0.271425 | 271.425 | 0.128926875 | USD |
| 10929873487 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 722 | 0.27143 | 195.97246 | 0.0930869185 | USD |
| 10929873485 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1445 | 0.271455 | 392.252475 | 0.1863199256 | USD |
| 10929873483 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 4 | 0.2716 | 1.0864 | 0.00051604 | USD |
| 10929873481 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 241 | 0.2717 | 65.4797 | 0.0311028575 | USD |
| 10929873479 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 19 | 0.2717725 | 5.1636775 | 0.002452746813 | USD |
| 10929873477 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 100 | 0.27187 | 27.187 | 0.012913825 | USD |
| 10929873475 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 41 | 0.27193 | 11.14913 | 0.00529583675 | USD |
| 10929873473 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1000 | 0.27195 | 271.95 | 0.12917625 | USD |

| 10929873471 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 2970 | 0.2720375 | 807.951375 | 0.3837769031 | USD |
|---|---|---|---|---|---|---|---|---|---|
| 10929873469 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 551 | 0.27225 | 150.00975 | 0.07125463125 | USD |
| 10929873467 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1 | 0.27237 | 0.27237 | 0.00012937575 | USD |
| 10929873465 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 2 | 0.27265 | 0.5453 | 0.0002590175 | USD |
| 10929873463 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 54 | 0.272775 | 14.72985 | 0.00699667875 | USD |
| 10929873461 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 2562 | 0.27289 | 699.14418 | 0.3320934855 | USD |
| 10929873459 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 100 | 0.27294 | 27.294 | 0.01296465 | USD |
| 10929873457 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 37 | 0.27316 | 10.10692 | 0.004800787 | USD |
| 10929873455 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1 | 0.273325 | 0.273325 | 0.000129829375 | USD |
| 10929873453 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 4289 | 0.27346 | 1172.86994 | 0.5571132215 | USD |
| 10929873451 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 6 | 0.2735475 | 1.641285 | 0.000779610375 | USD |
| 10929873449 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 2224 | 0.27374 | 608.79776 | 0.289178936 | USD |
| 10929873447 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 42 | 0.2738925 | 11.503485 | 0.005464155375 | USD |
| 10929873445 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 54 | 0.2741475 | 14.803965 | 0.007031883375 | USD |
| 10929873443 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1928 | 0.27415 | 528.5612 | 0.25106657 | USD |
| 10929873441 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1 | 0.27428 | 0.27428 | 0.000130283 | USD |
| 10929873439 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 3 | 0.2744 | 0.8232 | 0.00039102 | USD |
| 10929873437 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1600 | 0.2744 | 439.04 | 0.208544 | USD |
| 10929873435 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 23233 | 0.27448 | 6376.99384 | 3.029072074 | USD |
| 10929873433 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1836 | 0.2745925 | 504.15183 | 0.2394721193 | USD |
| 10929873431 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 100 | 0.27475 | 27.475 | 0.013050625 | USD |
| 10929873429 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 2 | 0.275 | 0.55 | 0.00026125 | USD |
| 10929873427 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1 | 0.2752375 | 0.2752375 | 0.0001307378125 | USD |
| 10929873425 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 109 | 0.2754 | 30.0186 | 0.014258835 | USD |
| 10929873423 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1468 | 0.2754425 | 404.34959 | 0.1920660553 | USD |
| 10929873421 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 53 | 0.2755275 | 14.6029575 | 0.006936404813 | USD |
| 10929873419 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 37 | 0.27563 | 10.19831 | 0.00484419725 | USD |
| 10929873417 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 31 | 0.27563 | 8.54453 | 0.00405865175 | USD |
| 10929873415 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 110 | 0.27564 | 30.3204 | 0.01440219 | USD |
| 10929873413 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 40 | 0.275805 | 11.0322 | 0.005240295 | USD |
| 10929873411 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 100 | 0.27595 | 27.595 | 0.013107625 | USD |
| 10929873409 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 4289 | 0.27602 | 1183.84978 | 0.5623286455 | USD |
| 10929873407 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1 | 0.2761925 | 0.2761925 | 0.0001311914375 | USD |
| 10929873405 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 53 | 0.2769125 | 14.6763625 | 0.006971272188 | USD |
| 10929873403 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1664 | 0.276915 | 460.78656 | 0.218873616 | USD |
| 10929873401 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 3 | 0.2771125 | 0.8313375 | 0.0003948853125 | USD |
| 10929873399 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1 | 0.2771475 | 0.2771475 | 0.0001316450625 | USD |
| 10929873397 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 3 | 0.2772 | 0.8316 | 0.00039501 | USD |
| 10929873395 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 2 | 0.27735 | 0.5547 | 0.0002634825 | USD |
| 10929873393 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 23233 | 0.27755 | 6448.31915 | 3.062951596 | USD |
| 10929873391 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 100 | 0.27762 | 27.762 | 0.01318695 | USD |
| 10929873389 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 261 | 0.2779975 | 72.5573475 | 0.03446474006 | USD |
| 10929873387 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 72 | 0.278 | 20.016 | 0.0095076 | USD |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10929873385 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 103274 | 0.278 | 28710.172 | 13.6373317 | USD |
| 10929873383 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 67 | 0.278005 | 18.626335 | 0.008847509125 | USD |
| 10929873381 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 10 | 0.278005 | 2.78005 | 0.00132052375 | USD |
| 10929873379 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1 | 0.278105 | 0.278105 | 0.000132099875 | USD |
| 10929873377 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 36 | 0.2781225 | 10.01241 | 0.00475589475 | USD |
| 10929873375 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 53 | 0.278305 | 14.750165 | 0.007006328375 | USD |
| 10929873373 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1 | 0.27906 | 0.27906 | 0.0001325535 | USD |
| 10929873371 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 26 | 0.27906 | 7.25556 | 0.003446391 | USD |
| 10929873369 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 3 | 0.2790775 | 0.8372325 | 0.0003976854375 | USD |
| 10929873367 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 4 | 0.2790825 | 1.11633 | 0.00053025675 | USD |
| 10929873365 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 22 | 0.279145 | 6.14119 | 0.00291708525 | USD |
| 10929873363 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1 | 0.280015 | 0.280015 | 0.000133007125 | USD |
| 10929873361 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 67 | 0.2800175 | 18.7611725 | 0.008911556938 | USD |
| 10929860957 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 245675 | 0.27 | 66332.25 | 31.50781875 | USD |
| 10929860955 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1454 | 0.2700025 | 392.583635 | 0.1864772266 | USD |
| 10929860953 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 55 | 0.2700525 | 14.8528875 | 0.007055121563 | USD |
| 10929860951 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 3 | 0.2700775 | 0.8102325 | 0.0003848604375 | USD |
| 10929860949 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 2 | 0.2703 | 0.5406 | 0.000256785 | USD |
| 10929860947 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1000 | 0.270375 | 270.375 | 0.128428125 | USD |
| 10929860945 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 10 | 0.2704225 | 2.704225 | 0.001284506875 | USD |
| 10929860943 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 113 | 0.2704475 | 30.5605675 | 0.01451626956 | USD |
| 10929860941 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1 | 0.2704575 | 0.2704575 | 0.0001284673125 | USD |
| 10929860939 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 110 | 0.27051 | 29.7561 | 0.0141341475 | USD |
| 10929860937 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 3738 | 0.27059 | 1011.46542 | 0.4804460745 | USD |
| 10929860935 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 5 | 0.27059 | 1.35295 | 0.00064265125 | USD |
| 10929860933 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 37 | 0.2707125 | 10.0163625 | 0.004757772188 | USD |
| 10929860931 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 2 | 0.2707125 | 0.541425 | 0.000257176875 | USD |
| 10929860929 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1000 | 0.2709 | 270.9 | 0.1286775 | USD |
| 10929860927 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 4289 | 0.27091 | 1161.93299 | 0.5519181703 | USD |
| 10929860925 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 133 | 0.2709825 | 36.0406725 | 0.01711931944 | USD |
| 10929860923 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 9225 | 0.271 | 2499.975 | 1.187488125 | USD |
| 10929860921 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 11111 | 0.271 | 3011.081 | 1.430263475 | USD |
| 10929860919 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 110 | 0.271005 | 29.81055 | 0.01416001125 | USD |
| 10929860917 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 3688 | 0.2711125 | 999.8629 | 0.4749348775 | USD |
| 10929860915 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 3717 | 0.271235 | 1008.180495 | 0.4788857351 | USD |
| 10929860913 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 10000 | 0.27125 | 2712.5 | 1.2884375 | USD |
| 10929860911 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 944 | 0.2714 | 256.2016 | 0.12169576 | USD |
| 10929860909 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 54 | 0.27141 | 14.65614 | 0.0069616665 | USD |
| 10929860907 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1 | 0.271415 | 0.271415 | 0.000128922125 | USD |
| 10929860905 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 23233 | 0.27142 | 6305.90086 | 2.995302909 | USD |
| 10929860903 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1000 | 0.271425 | 271.425 | 0.128926875 | USD |
| 10929860901 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 3357 | 0.27144 | 911.22408 | 0.432831438 | USD |
| 10929860899 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 278 | 0.2714425 | 75.461015 | 0.03584398213 | USD |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10929880897 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 10000 | 0.271575 | 2715.75 | 1.28998125 | USD |
| 10929880895 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 41 | 0.2716175 | 11.1363175 | 0.005289750813 | USD |
| 10929880893 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 100 | 0.27187 | 27.187 | 0.012913825 | USD |
| 10929880891 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 41 | 0.27193 | 11.14913 | 0.00529583675 | USD |
| 10929880889 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1000 | 0.27195 | 271.95 | 0.12917625 | USD |
| 10929880887 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1838 | 0.272 | 499.936 | 0.2374696 | USD |
| 10929880885 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 554 | 0.27225 | 150.8265 | 0.0716425875 | USD |
| 10929880883 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 2942 | 0.2722925 | 801.084535 | 0.3805151541 | USD |
| 10929880881 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 112 | 0.2723325 | 30.50124 | 0.014488089 | USD |
| 10929880879 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1 | 0.27237 | 0.27237 | 0.00012937575 | USD |
| 10929880877 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 7244 | 0.27241 | 1973.33804 | 0.937335569 | USD |
| 10929880875 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1000 | 0.272475 | 272.475 | 0.129425625 | USD |
| 10929880873 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 525 | 0.27252 | 143.073 | 0.067959675 | USD |
| 10929880871 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 2 | 0.27265 | 0.5453 | 0.0002590175 | USD |
| 10929880869 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 4 | 0.2727375 | 1.09095 | 0.00051820125 | USD |
| 10929880867 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 112 | 0.2727675 | 30.54996 | 0.014511231 | USD |
| 10929880865 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 54 | 0.272775 | 14.72985 | 0.00699667875 | USD |
| 10929880863 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 21 | 0.2729375 | 5.7316875 | 0.002722551563 | USD |
| 10929880861 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 100 | 0.27294 | 27.294 | 0.01296465 | USD |
| 10929880859 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1000 | 0.273 | 273 | 0.129675 | USD |
| 10929880857 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 2 | 0.2730025 | 0.546005 | 0.000259352375 | USD |
| 10929880855 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 2577 | 0.273145 | 703.894665 | 0.3343499659 | USD |
| 10929880853 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 37 | 0.27316 | 10.10692 | 0.004800787 | USD |
| 10929880851 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 10 | 0.2731625 | 2.731625 | 0.001297521875 | USD |
| 10929880849 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1 | 0.273325 | 0.273325 | 0.000129829375 | USD |
| 10929880847 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 4289 | 0.27346 | 1172.86994 | 0.5571132215 | USD |
| 10929880845 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1000 | 0.273525 | 273.525 | 0.129924375 | USD |
| 10929880843 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 6 | 0.2735475 | 1.641285 | 0.000779610375 | USD |
| 10929880841 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 42 | 0.2738925 | 11.503485 | 0.005464155375 | USD |
| 10929880839 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 2261 | 0.273995 | 619.502695 | 0.2942637801 | USD |
| 10929880837 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 73 | 0.27402 | 20.00346 | 0.0095016435 | USD |
| 10929880835 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 52 | 0.2740225 | 14.24917 | 0.00676835575 | USD |
| 10929880833 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 24 | 0.274065 | 6.57756 | 0.003124341 | USD |
| 10929880831 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 54 | 0.2741475 | 14.803965 | 0.007031883375 | USD |
| 10929880829 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1 | 0.27428 | 0.27428 | 0.000130283 | USD |
| 10929880827 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1662 | 0.2742825 | 455.857515 | 0.2165323196 | USD |
| 10929880825 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 5 | 0.27432 | 1.3716 | 0.00065151 | USD |
| 10929880823 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 4 | 0.274375 | 1.0975 | 0.0005213125 | USD |
| 10929880821 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1600 | 0.2744 | 439.04 | 0.208544 | USD |
| 10929880819 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 11029 | 0.27448 | 3027.23992 | 1.437938962 | USD |
| 10929880817 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 100 | 0.27475 | 27.475 | 0.013050625 | USD |
| 10929880815 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 2 | 0.275 | 0.55 | 0.00026125 | USD |
| 10929880813 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1 | 0.2752375 | 0.2752375 | 0.0001307378125 | USD |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10929860811 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 3 | 0.27524 | 0.82572 | 0.000392217 | USD |
| 10929860809 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1 | 0.2761925 | 0.2761925 | 0.0001311914375 | USD |
| 10929860807 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1094 | 0.2762925 | 302.263995 | 0.1435753976 | USD |
| 10929860805 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 267 | 0.27634 | 73.78278 | 0.0350468205 | USD |
| 10929860803 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 364 | 0.276715 | 100.72426 | 0.0478440235 | USD |
| 10929860801 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 3 | 0.2771125 | 0.8313375 | 0.0003948853125 | USD |
| 10929860799 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 2 | 0.277145 | 0.55429 | 0.00026328775 | USD |
| 10929860797 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 635 | 0.277145 | 175.987075 | 0.08359386063 | USD |
| 10929860795 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 721 | 0.2771475 | 199.8233475 | 0.09491609006 | USD |
| 10929860793 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 3 | 0.2771475 | 0.8314425 | 0.0003949351875 | USD |
| 10929860791 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1 | 0.2771475 | 0.2771475 | 0.0001316450625 | USD |
| 10929860789 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 38 | 0.27715 | 10.5317 | 0.0050025575 | USD |
| 10929859845 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 12204 | 0.27448 | 3349.75392 | 1.591133112 | USD |
| 10929859843 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 23 | 0.27467 | 6.31741 | 0.00300076975 | USD |
| 10929859841 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 100 | 0.27475 | 27.475 | 0.013050625 | USD |
| 10929859839 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 2 | 0.27479 | 0.54958 | 0.0002610505 | USD |
| 10929859837 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 1863 | 0.2748475 | 512.0408925 | 0.2432194239 | USD |
| 10929859835 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 19 | 0.274855 | 5.222245 | 0.002480566375 | USD |
| 10929859833 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 1 | 0.275 | 0.275 | 0.000130625 | USD |
| 10929859831 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 2 | 0.275 | 0.55 | 0.00026125 | USD |
| 10929859829 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 5 | 0.275 | 1.375 | 0.000653125 | USD |
| 10929859827 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 7272 | 0.275 | 1999.8 | 0.949905 | USD |
| 10929859825 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 52851 | 0.275 | 14534.025 | 6.903661875 | USD |
| 10929859823 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 4526 | 0.275 | 1244.65 | 0.59120875 | USD |
| 10929859821 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 17590 | 0.275 | 4837.25 | 2.29769375 | USD |
| 10929859819 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 251314 | 0.275 | 69111.35 | 32.82789125 | USD |
| 10929859817 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 4429 | 0.275005 | 1217.997145 | 0.5785486439 | USD |
| 10929859815 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 713 | 0.27502 | 196.08926 | 0.0931423985 | USD |
| 10929859813 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 274 | 0.2750225 | 75.356165 | 0.03579417838 | USD |
| 10929859811 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 1427 | 0.2750225 | 392.4571075 | 0.1864171261 | USD |
| 10929859809 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 1 | 0.2752375 | 0.2752375 | 0.0001307378125 | USD |
| 10929859807 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 2 | 0.2753125 | 0.550625 | 0.000261546875 | USD |
| 10929859805 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 109 | 0.2754 | 30.0186 | 0.014258835 | USD |
| 10929859803 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 53 | 0.2755275 | 14.6029575 | 0.006936404813 | USD |
| 10929859801 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 37 | 0.27563 | 10.19831 | 0.00484419725 | USD |
| 10929859799 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 110 | 0.27564 | 30.3204 | 0.01440219 | USD |
| 10929859797 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 1486 | 0.2757 | 404.1762 | 0.191983695 | USD |
| 10929859795 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 89 | 0.2758 | 24.5462 | 0.011659445 | USD |
| 10929859793 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 40 | 0.275805 | 11.0322 | 0.005240295 | USD |
| 10929859791 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 8 | 0.27586 | 2.20688 | 0.001048268 | USD |
| 10929859789 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 10 | 0.2759325 | 2.759325 | 0.001310679375 | USD |
| 10929859787 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 100 | 0.27595 | 27.595 | 0.013107625 | USD |
| 10929859785 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 2865 | 0.276 | 790.74 | 0.3756015 | USD |

| 10929859783 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 4289 | 0.27602 | 1183.84978 | 0.5623286455 | USD |
|---|---|---|---|---|---|---|---|---|---|
| 10929859781 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 1 | 0.2761925 | 0.2761925 | 0.0001311914375 | USD |
| 10929859779 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 1116 | 0.2765525 | 308.63259 | 0.1466004803 | USD |
| 10929859777 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 53 | 0.2769125 | 14.6763625 | 0.006971272188 | USD |
| 10929859775 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 1 | 0.2771475 | 0.2771475 | 0.0001316450625 | USD |
| 10929859773 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 3 | 0.277165 | 0.831495 | 0.000394960125 | USD |
| 10929859771 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 2 | 0.27735 | 0.5547 | 0.0002634825 | USD |
| 10929859769 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 762 | 0.2774025 | 211.380705 | 0.1004058349 | USD |
| 10929859767 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 23233 | 0.27755 | 6448.31915 | 3.062951596 | USD |
| 10929859765 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 100 | 0.27762 | 27.762 | 0.01318695 | USD |
| 10929859763 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 2 | 0.27764 | 0.55528 | 0.000263758 | USD |
| 10929859761 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 556 | 0.277805 | 154.45958 | 0.0733683005 | USD |
| 10929859759 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 92 | 0.2778075 | 25.55829 | 0.01214018775 | USD |
| 10929859757 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 367 | 0.277995 | 102.024165 | 0.04848147838 | USD |
| 10929859755 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 403 | 0.2780025 | 112.0350075 | 0.05321662856 | USD |
| 10929859753 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 1 | 0.278105 | 0.278105 | 0.000132099875 | USD |
| 10929859751 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 41 | 0.27811 | 11.40251 | 0.00541619225 | USD |
| 10929859749 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 36 | 0.2781225 | 10.01241 | 0.004755589475 | USD |
| 10929859747 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 53 | 0.278305 | 14.750165 | 0.007006328375 | USD |
| 10929859745 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 4 | 0.2783075 | 1.11323 | 0.00052878425 | USD |
| 10929859743 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 40 | 0.27831 | 11.1324 | 0.00528789 | USD |
| 10929859741 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 503 | 0.2783125 | 139.9911875 | 0.06649581406 | USD |
| 10929859739 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 4289 | 0.27857 | 1194.78673 | 0.5675236968 | USD |
| 10929859737 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 10 | 0.27873 | 2.7873 | 0.0013239675 | USD |
| 10929859735 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 6 | 0.27887 | 1.67322 | 0.0007947795 | USD |
| 10929859733 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 100 | 0.27896 | 27.896 | 0.0132506 | USD |
| 10929859731 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 1 | 0.27906 | 0.27906 | 0.0001325535 | USD |
| 10929859729 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 264 | 0.27948 | 73.78272 | 0.035046792 | USD |
| 10929859727 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 2 | 0.2797 | 0.5594 | 0.000265715 | USD |
| 10929859725 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 53 | 0.279705 | 14.824365 | 0.007041573375 | USD |
| 10929859723 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 40 | 0.2797375 | 11.1895 | 0.0053150125 | USD |
| 10929859721 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 107 | 0.2798675 | 29.9458225 | 0.01422426569 | USD |
| 10929859719 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 2 | 0.2799875 | 0.559975 | 0.000265988125 | USD |
| 10929859717 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 69471 | 0.28 | 19451.88 | 9.239643 | USD |
| 10929859715 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 1600 | 0.28 | 448 | 0.2128 | USD |
| 10929859713 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 5 | 0.28 | 1.4 | 0.000665 | USD |
| 10929859711 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 3 | 0.28 | 0.84 | 0.000399 | USD |
| 10929859709 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 17 | 0.28 | 4.76 | 0.002261 | USD |
| 10929859707 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 10666 | 0.2800025 | 2986.506665 | 1.418590666 | USD |
| 10929859705 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 1 | 0.280015 | 0.280015 | 0.000133007125 | USD |
| 10929859703 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 3 | 0.280335 | 0.841005 | 0.000399477375 | USD |
| 10929859701 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 100 | 0.2805 | 28.05 | 0.01332375 | USD |
| 10929859699 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 23233 | 0.28061 | 6519.41213 | 3.096720762 | USD |

| 10929859697 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 36 | 0.28064 | 10.10304 | 0.004798944 | USD |
|---|---|---|---|---|---|---|---|---|---|
| 10929859695 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 110 | 0.28076 | 30.8836 | 0.01466971 | USD |
| 10929859693 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 1 | 0.28097 | 0.28097 | 0.00013346075 | USD |
| 10929859691 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 52 | 0.2811125 | 14.61785 | 0.00694347875 | USD |
| 10929859689 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 3989 | 0.28112 | 1121.38768 | 0.532659148 | USD |
| 10929859687 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 10 | 0.2811225 | 2.811225 | 0.001335331875 | USD |

# Attachment III: Screenshots final 261 transactions



| 11/11/2022, 21:12:00 | 01/01/2024, 00:00:00 | Search | | | |
|---|---|---|---|---|---|
| **Trades** | | | | | |
| 11/11/2022, 21:16:46 | FTT/USD | Market | 89.4 | 2.182 | 19 |
| 11/11/2022, 21:16:46 | FTT/USD | Market | 0.1 | 2.183 | |
| 11/11/2022, 21:16:46 | FTT/USD | Market | 0.4 | 2.183 | |
| 11/11/2022, 21:16:46 | FTT/USD | Market | 0.1 | 2.183 | |
| 11/11/2022, 21:16:46 | FTT/USD | Market | 159.5 | 2.183 | 34 |
| 11/11/2022, 21:16:45 | TRX/USD | Market | 569,571 | 0.27 | 153,7 |
| 11/11/2022, 21:16:45 | TRX/USD | Market | 1 | 0.27 | 0.27 |
| 11/11/2022, 21:16:45 | TRX/USD | Market | 200 | 0.27 | 54 |
| 11/11/2022, 21:16:45 | TRX/USD | Market | 1,484 | 0.27 | 3 |
| 11/11/2022, 21:16:45 | TRX/USD | Market | 315,722 | 0.27 | 85,2 |

Rows per page: 10 ▼    1-10 / 261    >



| 11/11/2022, 21:12:00 | 01/01/2024, 00:00:00 | Search | | | |
|---|---|---|---|---|---|
| **Trades** | | | | | |
| 11/11/2022, 21:16:45 | TRX/USD | Market | 715 | 0.2700025 | |
| 11/11/2022, 21:16:45 | TRX/USD | Market | 55 | 0.2700525 | |
| 11/11/2022, 21:16:45 | TRX/USD | Market | 3 | 0.2700775 | 0. |
| 11/11/2022, 21:16:45 | TRX/USD | Market | 2 | 0.2703 | |
| 11/11/2022, 21:16:45 | TRX/USD | Market | 3,729 | 0.2703375 | 1,0 |
| 11/11/2022, 21:16:45 | TRX/USD | Market | 1,000 | 0.270475 | 2 |
| 11/11/2022, 21:16:45 | TRX/USD | Market | 1,000 | 0.270375 | 2 |
| 11/11/2022, 21:16:45 | TRX/USD | Market | 1 | 0.2704575 | 0. |
| 11/11/2022, 21:16:45 | TRX/USD | Market | 10,000 | 0.270475 | 2 |
| 11/11/2022, 21:16:45 | TRX/USD | Market | 110 | 0.27051 | |

Rows per page: 10 ▼    11-20 / 261    ‹  ›



11 / 11 / 2022, 21:12:00    01 / 01 / 2024, 00:00:00    [Search]

## Trades

| | | | | |
|---|---|---|---|---|
| 11/11/2022, 21:15:45 | TRX/USD | Market | 2,970 | 0.2720375 | 80 |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 531 | 0.27225 | 1 |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 1 | 0.27237 | |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 2 | 0.27265 | |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 54 | 0.272775 | |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 2,562 | 0.27289 | 60 |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 100 | 0.27294 | 2 |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 37 | 0.27316 | |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 1 | 0.273325 | |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 4,289 | 0.27346 | 1,1 |

Rows per page:    10 ▼    41-50 / 261    ‹ ›

11 / 11 / 2022, 21:12:00    01 / 01 / 2024, 00:00:00    [Search]

## Trades

| | | | | |
|---|---|---|---|---|
| 11/11/2022, 21:15:45 | TRX/USD | Market | 6 | 0.2735475 | |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 2,224 | 0.27374 | 6 |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 42 | 0.2738925 | |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 54 | 0.2741475 | |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 1,928 | 0.27415 | 5 |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 1 | 0.27428 | |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 3 | 0.2744 | |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 1,600 | 0.2744 | |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 23,233 | 0.27448 | 6,3 |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 1,836 | 0.2745925 | 5 |

Rows per page:    10 ▼    51-60 / 261    ‹ ›







| | | | | | |
|---|---|---|---|---|---|
| 11/11/2022, 21:15:45 | TRX/USD | Market | 100 | 0.27475 | 2 |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 2 | 0.275 | |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 1 | 0.2752375 | |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 109 | 0.2754 | 3 |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 1,448 | 0.2754425 | 4 |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 53 | 0.2755275 | 1 |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 37 | 0.27563 | |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 31 | 0.27563 | |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 110 | 0.27564 | |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 40 | 0.275805 | |

Rows per page: 10 ▼   61-70 / 261  ‹ ›



| | | | | | |
|---|---|---|---|---|---|
| 11/11/2022, 21:15:45 | TRX/USD | Market | 100 | 0.27595 | |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 4,289 | 0.27602 | 1 |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 1 | 0.2761925 | |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 53 | 0.2769125 | |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 1,644 | 0.276915 | 4 |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 3 | 0.2771125 | |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 1 | 0.2771475 | |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 3 | 0.2772 | |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 2 | 0.27735 | |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 23,233 | 0.27755 | 6,4 |

Rows per page: 10 ▼   71-80 / 261  ‹ ›



| 11 / 11 /2022, 21 : 12 :00 | 01/01/2024, 00:00:00 | Search | | |
|---|---|---|---|---|
| **Trades** | | | | ☁ 📅 |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 100 | 0.2/762 |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 261 | 0.2779975 |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 72 | 0.278 |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 176,274 | 0.278 |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 67 | 0.2/8005 |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 10 | 0.278005 |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 1 | 0.2/8105 |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 36 | 0.2781225 |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 53 | 0.278305 |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 1 | 0.27906 |

Rows per page: 10 ▾    81-90 / 261    ‹  ›

| 11 / 11 /2022, 21 : 12 :00 | 01/01/2024, 00:00:00 | Search | | |
|---|---|---|---|---|
| **Trades** | | | | ☁ 📅 |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 26 | 0.27906 |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 3 | 0.2790775 |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 4 | 0.2790825 |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 22 | 0.279145 |
| 11/11/2022, 21:15:45 | TRX/USD | Market | 1 | 0.280015 |
| 11/11/2022, 21:15:43 | TRX/USD | Market | 67 | 0.2800175 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 245,625 | 0.27 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 1,454 | 0.2700025 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 55 | 0.2700325 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 3 | 0.2700775 |

Rows per page: 10 ▾    91-100 / 261    ‹  ›



11 / 11 /2022, 21:12:00    01/01/2024, 00:00:00    **Search**

## Trades

| | | | | |
|---|---|---|---|---|
| 11/11/2022, 21:12:35 | TRX/USD | Market | 2 | 0.2703 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 1,000 | 0.2703.75 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 10 | 0.2704225 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 113 | 0.2704475 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 1 | 0.2704575 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 110 | 0.27051 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 3,728 | 0.27059 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 5 | 0.27059 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 37 | 0.2707125 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 2 | 0.2707125 |

Rows per page:   10 ▾    101-110 / 261    ‹  ›

11 / 11 /2022, 21:12:00    01/01/2024, 00:00:00    **Search**

## Trades

| | | | | |
|---|---|---|---|---|
| 11/11/2022, 21:12:35 | TRX/USD | Market | 1,000 | 0.2709 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 4,289 | 0.27091 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 153 | 0.2709825 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 9,225 | 0.271 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 11,111 | 0.271 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 110 | 0.271005 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 5,688 | 0.2711125 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 3,717 | 0.271235 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 10,000 | 0.27125 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 944 | 0.2714 |

Rows per page:   10 ▾    111-120 / 261    ‹  ›



**11 / 11 / 2022, 21:12:00    01 / 01 / 2024, 00:00:00    [Search]**

## Trades

| 11/11/2022, 21:12:35 | TRX/USD | Market | 54 | 0.27141 | |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 1 | 0.27415 | |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 23,233 | 0.27142 | 6,3 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 1,000 | 0.271425 | 2 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 3,357 | 0.27144 | 9 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 278 | 0.2714475 | |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 10,000 | 0.271575 | 2 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 41 | 0.2716175 | |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 400 | 0.27167 | |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 41 | 0.27173 | |

Rows per page:  10 ▾        121-130 / 261    ‹  ›

**11 / 11 / 2022, 21:12:00    01 / 01 / 2024, 00:00:00    [Search]**

## Trades

| 11/11/2022, 21:12:35 | TRX/USD | Market | 1,000 | 0.27195 | |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 1,858 | 0.272 | 2 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 554 | 0.27226 | 1 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 2,942 | 0.2722925 | 8 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 112 | 0.2723325 | |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 1 | 0.27237 | |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 7,244 | 0.27241 | 1,9 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 1,000 | 0.272475 | 2 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 525 | 0.27252 | 1 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 2 | 0.27265 | |

Rows per page:  10 ▾        131-140 / 261    ‹  ›







11 / 11 / 2022 , 21 : 12 : 00    01 / 01 / 2024 , 00 : 00 : 00    **Search**

## Trades

| | | | | |
|---|---|---|---|---|
| 11/11/2022, 21:12:35 | TRX/USD | Market | 1 | 0.27428 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 1,642 | 0.2742825 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 5 | 0.27432 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 4 | 0.274375 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 1,600 | 0.2744 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 11,029 | 0.27448 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 100 | 0.27475 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 2 | 0.275 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 1 | 0.2752375 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 3 | 0.27524 |

Rows per page: 10 ▾    161-170 / 261    ‹  ›

11 / 11 / 2022 , 21 : 12 : 00    01 / 01 / 2024 , 00 : 00 : 00    **Search**

## Trades

| | | | | |
|---|---|---|---|---|
| 11/11/2022, 21:12:35 | TRX/USD | Market | 1 | 0.2761925 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 1,094 | 0.2762925 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 267 | 0.27634 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 364 | 0.274715 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 3 | 0.2771125 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 2 | 0.277145 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 635 | 0.277145 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 721 | 0.2771475 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 3 | 0.2771475 |
| 11/11/2022, 21:12:35 | TRX/USD | Market | 1 | 0.2771475 |

Rows per page: 10 ▾    171-180 / 261    ‹  ›

11 / 11 / 2022 , 21 : 12 : 00     01 / 01 / 2024 , 00 : 00 : 00     **Search**

## Trades

| | | | | | |
|---|---|---|---|---|---|
| 11/11/2022, 21:12:35 | TRX/USD | Market | 38 | 0.27715 | |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 12,204 | 0.27448 | 3.3 |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 23 | 0.27467 | |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 100 | 0.27475 | |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 2 | 0.27479 | 0.5 |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 1,863 | 0.2748475 | |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 19 | 0.274835 | |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 1 | 0.275 | |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 2 | 0.275 | 0.5 |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 5 | 0.275 | |

Rows per page: 10 ▼     181-190 / 261    ‹  ›

11 / 11 / 2022 , 21 : 12 : 00     01 / 01 / 2024 , 00 : 00 : 00     **Search**

## Trades

| | | | | | |
|---|---|---|---|---|---|
| 11/11/2022, 21:12:20 | TRX/USD | Market | 7,272 | 0.275 | |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 52,851 | 0.275 | 14. |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 4,526 | 0.275 | |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 17,590 | 0.275 | |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 251,314 | 0.275 | |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 4,429 | 0.275005 | |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 713 | 0.27502 | |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 274 | 0.2750225 | |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 1,427 | 0.2750225 | |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 1 | 0.2752375 | 0. |

Rows per page: 10 ▼     191-200 / 261    ‹  ›



11/11/2022, 21:12:00   01/01/2024, 00:00:00   Search

### Trades

| | | | | |
|---|---|---|---|---|
| 11/11/2022, 21:12:20 | TRX/USD | Market | 2 | 0.2753125 |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 109 | 0.2754 |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 53 | 0.2735275 |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 37 | 0.27563 |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 113 | 0.27564 |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 1,466 | 0.2757 |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 89 | 0.2758 |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 40 | 0.275805 |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 9 | 0.27586 |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 10 | 0.2759325 |

Rows per page: 10 ▼   201-210 / 261   < >

11/11/2022, 21:12:00   01/01/2024, 00:00:00   Search

### Trades

| | | | | |
|---|---|---|---|---|
| 11/11/2022, 21:12:20 | TRX/USD | Market | 100 | 0.27595 |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 2,865 | 0.276 |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 4,289 | 0.276C2 |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 1 | 0.2761925 |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 1,116 | 0.2765325 |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 53 | 0.2769125 |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 1 | 0.2771475 |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 3 | 0.277165 |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 2 | 0.27735 |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 762 | 0.2774025 |

Rows per page: 10 ▼   211-220 / 261   < >





11 / 11 / 2022, 21 : 12 : 00    01 / 01 / 2024, 00 : 00 : 00    **Search**

## Trades

| | | | | | |
|---|---|---|---|---|---|
| 11/11/2022, 21:12:20 | TRX/USD | Market | 2 | 0.2797 | |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 53 | 0.279705 | |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 40 | 0.2797375 | |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 107 | 0.2798675 | |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 2 | 0.2799875 | |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 69,471 | 0.28 | 19, |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 1,600 | 0.28 | 44 |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 5 | 0.28 | 1 |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 3 | 0.28 | |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 17 | 0.28 | |

Rows per page:    10 ▾    241–250 / 261    ‹    ›

11 / 11 / 2022, 21 : 12 : 00    01 / 01 / 2024, 00 : 00 : 00    **Search**

## Trades

| | | | | | |
|---|---|---|---|---|---|
| 11/11/2022, 21:12:20 | TRX/USD | Market | 10,666 | 0.2800025 | 2,9 |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 1 | 0.280015 | 0. |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 3 | 0.280035 | |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 100 | 0.2805 | |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 23,233 | 0.28051 | 6 |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 36 | 0.28064 | |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 110 | 0.28076 | |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 1 | 0.28097 | |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 52 | 0.2811125 | |
| 11/11/2022, 21:12:20 | TRX/USD | Market | 3,989 | 0.2812 | 1, |

Rows per page:    10 ▾    251–260 / 261    ‹    ›



## Attachment IV: Mobile screenshot of account's end balance



07/16/2024

Una O'Boyle
Clerk's Office
United States Bankruptcy Court
District of Delaware
824 Market ST N, 3rd Floor
Wilmington, DE 19801
USA

LESLEY ZUT
31610778331
LESLEY ZUT
RIJTUIGENHOF 97 A13
1054NB AMSTERDAM
NETHERLANDS

1 KG                    1 OF 1
SHP#: W809 A7BN 8Z7
SHP WT: 0.5 KG
DATE: 17 JUL 2024

SHIP TO:
    UNITED STATES BANKRUPTCY COURT
    13022522900
    UNITED STATES BANKRUPTCY COURT
    MARKET ST N 824 3RD FLOOR
    WILMINGTON  DE  19801
    UNITED STATES

U.S.M.S
X-RAY

 DE 197 9 – 25

UPS SAVER                    1P
TRACKING #: 1Z W80 9A7 04 2551 2007



BILLING: P/P
DESC: Documents                    KEY

XOL 24.07.12            0A 07/2024





UNITED STATES BANKRUPTCY COURT
824 N MARKET ST
FL 3
WILMINGTON DE 19801
P: BLUE
0324 – S: LEFT
1612
2007    I: LFT
X
2330

1ZW809A7042661
US 1972
PENELOPEPUDC   JUL 19 06:55:11 2024
M1P 24.9.2    214118

PO

ODC
CCR | LVS | HVS
DOC | NDOC
D/A ID
ORIGIN
PORT CODE
010466002