IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED
2024 JUL 19 AM 11:
CLERK
BANKRUPTCY COU
DISTRICT OF DELAWAR

MOTHANA MAHER HUSSEIN,
    Consumer, Original Creditor, True
Debt Collector, et al (See Below)
vs.
FTX TRADING LTD., ET AL.)
Creditor, Defendant, Borrower, Alleged
Debt Collector, True Obligor,

Case No.: 22-11068 (JTD)

MANDATORY JUDICIAL NOTICE

5 U.S. CODE §3331 OATH

TO THE HONORABLE COURT AND ALL PARTIES:

Upon consideration of the objections filed by Mothana Maher Hussein, a consumer, in the bankruptcy case involving FTX Trading Ltd., and the documents submitted therein, Mothana Maher Hussein invokes and acknowledges the solemn oath of office taken by the presiding judge and any other named judge for this matter, as prescribed under Title 5 U.S. Code §3331.

The oath reads as follows:
"I, [Presiding Judge's Name], do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God."

This oath, enacted in 1966, is prescribed under Title 5 U.S. Code §3331 and includes allegiance to Title 28 U.S. Code §3002(15)(A),(B),(C). It is recognized as a private, for-profit oath to the UNITED STATES District of Columbia. This Judicial Notice is effective immediately and shall be duly recorded in the case docket.

Executed on ___14th___ day of ___July___, 2024 _Mothana Maher Hussein good faith_

/s/ _____
    Mothana Maher Hussein – Plaintiff/ Consumer/ People

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Mandatory Judicial Notice has been served upon all counsel of record.

Mothana Maher Hussein
2562 HYLAN BLVD. Suite 61413
Staten Island, NY 10306
347 – 433 – 5623
Mothanahussein@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

MOTHANA MAHER HUSSEIN,
   Consumer, Original Creditor, True
Debt Collector, et al (See Below)

vs.

FTX TRADING LTD., ET AL.)
Creditor, Defendant, Borrower, Alleged
Debt Collector, True Obligor.

Case No.: 22-11068 (JTD)

MANDATORY JUDICIAL NOTICE

OATH TO THE ORGANIC
CONSTITUTION

TO THE HONORABLE COURT AND ALL PARTIES:

Upon consideration of the objections filed by Mothana Maher Hussein, a consumer, in the bankruptcy case involving FTX Trading Ltd., and the documents submitted therein, Mothana Maher Hussein invokes and acknowledges the solemn oath of office taken by the presiding judge and any other named judge for this matter, as pertaining to the principles outlined in the Oath to the Organic Constitution for "The United States of America."

The oath reads as follows:
"I, [Presiding Judge's Name], do solemnly swear or affirm that I will support the Constitution for 'The United States of America.'"

The Articles of Confederation and Perpetual Union, ratified on March 1, 1781, constituted the first written constitution for "The United States of America." This foundational document underscored the sovereignty and independence of the states, with Congress serving as the final arbiter of disputes. Importantly, it formally designated the union of states as "The United States of America."

Executed on 14 day of July 2024

Done in good faith

/s/ _____

Mothana Maher Hussein – Plaintiff/ Consumer/ People

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Mandatory Judicial Notice has been served upon all counsel of record.

Mothana Maher Hussein
2562 HYLAN BLVD, Suite 61413
Staten Island, NY 10306
347 – 433 – 5623
Mothanahussein@gmail.com

MANDATORY JUDICIAL NOTICEOATH TO THE ORGANIC CONSTITUTION  - PAGE 1 OF 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOTHANA MAHER HUSSEIN, | Case No.: 22-11068 (JTD) |
| Consumer, Original Creditor, True Debt Collector, et al (See Below) | MANDATORY JUDICIAL NOTICE. |
| vs. | TITLE 15 & FDCPA |
| FTX TRADING LTD., ET AL.) Creditor, Defendant, Borrower, Alleged Debt Collector, True Obligor. | |

TO THE HONORABLE COURT, CLERK, AND ALL PARTIES:

**Honorable Judge,**

I, Mothana Maher Hussein, respectfully request the Court to take mandatory judicial notice of my rights under Title 15 Chapter 41 of the United States Code, specifically my rights to rescind certain transactions and to verification of debt as outlined in the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq., and related provisions.

**Specific Provisions:**

1. **15 U.S.C. § 1692g - Validation of Debts**
   - Under 15 U.S.C. § 1692g, I have the right to request validation of the debt within 30 days of receiving a communication from a debt collector. This includes the right to request the name and address of the original creditor, which must be provided by the debt collector.
2. **15 U.S.C. § 1692e - False or Misleading Representations**
   - Under 15 U.S.C. § 1692e, debt collectors are prohibited from using any false, deceptive, or misleading representation or means in connection with the collection of any debt.
3. **15 U.S.C. § 1692j - Furnishing Certain Deceptive Forms**
   - Under 15 U.S.C. § 1692j, it is illegal for any person to design, compile, and furnish any form knowing that such form would be used to create the false belief in a consumer that a person other than the creditor of such consumer is participating in the collection of or in an attempt to collect a debt such consumer allegedly owes.
4. **15 U.S.C. § 1635 - Right of Rescission**
   - Under 15 U.S.C. § 1635, I have the right to rescind certain transactions within three business days of the transaction. This right applies to certain credit transactions that create a security interest in a consumer's principal dwelling.

**Demand for Verification:**

In accordance with the aforementioned statutes. I hereby demand that [Name of Debt Collector] provide verification of the debt in question. This verification must include:

1. The name and address of the original creditor, verified under the pains and penalties of perjury.
2. The amount of the debt, including an itemized statement of the debt's components.
3. Proof of the debt collector's legal authority to collect the debt.

**Notice of Rights and Intent:**

Please be advised that any failure to provide the requested verification within the statutory period may result in legal action to enforce my rights under Title 15. Additionally, any attempts to collect the debt without proper verification may be considered a violation of the FDCPA.

**Conclusion:**

I respectfully request the Court to take judicial notice of my rights under Title 15 of the United States Code and to enforce these rights accordingly.

Verification

I, Mothana Maher Hussein, declare that I have prepared this Affidavit in Support on my own behalf, without the assistance of legal counsel or an attorney, and believe that leniency ought to be reasonably construed in favor of the writer pursuant to Haines v. Kerner, (404 U.S. 519) (¹Pro se litigants are "held 'to less stringent standards than formal pleadings drafted by lawyers'") Furthermore, I declare, under penalty of perjury and in the above-entitled action, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on 14 day of July, 2024

/s/ _Mothana Maher Hussein_

Mothana Maher Hussein – Consumer, Original Creditor, True Debt Collector, Entitlement Holder, Trust Protector, Trustee, Executor, Grantor, Settlor, Grantee, Sole-Beneficial-Owner, Attorney-in-Fact, Original Agent, Donee, Bailor.

Mothana Maher Hussein
2562 HYLAN BLVD, Suite 61413
Staten Island, NY 10306
347 – 433 – 5623
Mothanahussein@gmail.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

MOTHANA MAHER HUSSEIN,
     Consumer, Original Creditor, True
Debt Collector, et al (See Below)
vs.
FTX TRADING LTD., ET AL.)
Creditor, Defendant, Borrower, Alleged
Debt Collector, True Obligor.

Case No.: 22-11068 (JTD)
AFFIDAVIT IN SUPPORT

STATE OF NEW YORK     } subscribed and affirmed:
COUNTY OF RICHMOND }

Mothana Maher Hussein, being duly affirmed, hereby deposes and says:

1. Affiant is competent to testify.
2. All the facts stated herein are true, correct, and complete in accordance with Affiant's best firsthand knowledge and understanding, true, correct, complete, certain, not misleading; and if called upon to testify as a witness Affiant shall so state.
3. I am the Consumer, Original Creditor, True Debt Collector, and Obligor referenced in Case No. 22-11068 (JTD) in the United States Bankruptcy Court for the District of Delaware.
4. I hereby object to any agreement or attempts at an agreement with the Borrower whether actual or constructive.
5. I hereby object to the designation of myself as a debtor in the aforementioned case. I have not consented to such a designation, and I do not agree to release any parties conclusively, absolutely, unconditionally, or irrevocably for any period of time for any breach, tort, trespass, violations at law or in equity.
6. Such designation is harmful to my consumers reputation and a violation of 15 U.S. Code §1692d(1)
7. Such aforementioned designation is obscene and profane language which is abusive when I hear or read it and a violation of 15 U.S. Code §1692d(2).
8. The designation of myself as a debtor assumes facts not in evidence and requires a legal determination which has not been made. Such a designation should be based on concrete evidence and legal adjudication.
9. I invoke my right to rescind any and all security interests associated with my original application under 15 U.S. Code § 1635 due to inadequate disclosure. I demand the termination of any security interest established under this transaction and the return of any money, property, rights, titles, interests, or other considerations provided.
10. Pursuant to 15 U.S.C. § 1692g(b) of the Fair Debt Collection Practices Act (FDCPA), I demand verification of the alleged debt under the pains and penalty of perjury, including a detailed accounting of the estate and my share in it.

AFFIDAVIT IN SUPPORT: PAGE 1 OF 2

11. Affiant attest that he was not given an agreement to sign and hereby requests a the original agreement, duly dated and signed in wet ink, along with notarization by an authorized notary public of the state.

12. I seek documentation confirming that I, as the consumer, was properly informed of my right to rescind under Title 15 U.S. Code §1601 et seq and 15 U.S. Code §1635, §1640. If FTX Trading Ltd. Claims there is a debt and I am a debtor, I request a true bill of particulars to substantiate this claim.

13. I hold FTX Trading Ltd., its attorneys, officers, agents, assigns, CEO, CFO, trustees, and any other misrepresented beneficiaries personally, privately, and professionally liable under the Fair Debt Collection Practices Act and other relevant laws for any breach of my rights.

14. The Fair Debt Collections Practices Act ("FDCPA"), enacted by Congress in 1977, addresses abusive debt collection practices due to their detrimental effects on individuals, including personal bankruptcies, marital instability, job loss, and invasions of privacy.

## VERIFICATION

I, Mothana Maher Hussein, declare that I have prepared this Affidavit in Support on my own behalf, without the assistance of legal counsel or an attorney, and believe that leniency ought to be reasonably construed in favor of the writer pursuant to Haines v. Kerner, (404 U.S. 519) (¹Pro se litigants are "held 'to less stringent standards than formal pleadings drafted by lawyers"') Furthermore, I declare, under penalty of perjury and in the above-entitled action, that the foregoing is true and correct to the best of my knowledge and belief.

Executed and affirmed to before this ___ day of ___July___ , 2024

/s/ _____ Mothana Maher Hussein _____ Done in good faith ,

Mothana Maher Hussein – Affiant/Consumer

Mothana Maher Hussein,
2562 HYLAN BLVD,
Suite 61413 ,
Staten Island, NY 10306 .

347 – 433 – 5623,
Mothanahussein@gmail.com

Affirmed to and subscribed before me on this 14 day of ___July___ , 2024.

_____
Notary Public//Court Employee

FATIMA A YAHYA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01YA6221239
Qualified in RICHMOND County
Commission Expires 04/26/2026

AFFIDAVIT IN SUPPORT: PAGE 2 OF 2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| MOTHANA MAHER HUSSEIN, Consumer, Original Creditor, True Debt Collector, et al (See Below) vs. FTX TRADING LTD., ET AL.) Creditor, Defendant, Borrower, Alleged Debt Collector, True Obligor. | Case No.: 22-11068 (JTD) OBJECTION TO DEBTOR DESIGNATION, REQUEST FOR VERIFICATION OF DEBT, ET AL. |
|---|---|

TO THE HONORABLE COURT, CLERK, AND ALL PARTIES:

Re: Case No.: 22-11068 (JTD)- Objection to Debtor Designation and Request for Verification of Debt

Comes now, Mothana Maher Hussein of Richmond County, New York, asserting my rights not for sale as protected by my Creator and under the 10th Amendment of the Constitution of the United States of America. I am of legal and lawful age and capacity, fully competent and aware to manage my affairs, and seek fairness and justice for all mankind.

Dear Clerk of the Court, Presiding Judges, and any and all other Parties of Interest

I am writing to formally object to the designation of myself as a debtor in the above-referenced case. I have not consented to such a designation, and I do not agree to release any parties conclusively, absolutely, unconditionally, or irrevocably for any period of time.

1. Objection: FACTS NOT AGREED TO
   I object to the designation of myself as a debtor without my consent or agreement. This designation is not based on any facts that I have agreed to, and it is crucial to establish an accurate representation of the parties involved.
2. Objection: ASSUMES FACTS NOT IN EVIDENCE
   The claim assumes facts that have not been presented or proven in evidence. There has been no evidence provided to substantiate the assertion that I am a debtor in this matter.
3. Objection: REQUIRES A LEGAL DETERMINATION
   The designation of myself as a debtor requires a legal determination which has not been made. Such a designation should be based on concrete evidence and legal adjudication, not on unverified claims.
4. Objection: MY RIGHT TO RESCIND

I was never provided with full disclosure, thereby invoking my right to rescind any and all security interests associated with my original application under 15 U.S. Code § 1635 - Right of rescission as to certain transactions. This statute grants me the authority to rescind all agreements related to the original transaction due to inadequate disclosure. Consequently, I demand the termination of any security interest established under this transaction and the return of any money, property, rights, titles, interests, or other considerations provided as earnest money, down payment, or otherwise, within 20 days of receiving this notice of rescission. Please include updated FR 2046 - OMB Control Number: 7100-0289, money net transaction log: report 120, and any other pertinent documentation, including a full comprehensive audit into the alleged beneficiaries of the aforementioned reports for a full and perfect accounting so that my estate can be made whole.

5. Objection TO DEBTOR DESIGNATION:
    1. I never agreed to be designated as a debtor in this case. This designation is made without my permission or consent.
    2. I do not agree to release any parties from liability, nor do I consent to any discharge of claims without proper verification and settlement of my interests.

6. Objection: REQUEST FOR VERIFICATION OF DEBT:
    Pursuant to 15 U.S.C. § 1692g(b) of the Fair Debt Collection Practices Act (FDCPA), I demand the following:
    1. A full verification of the alleged debt, including the name and address of the original creditor.
    2. A detailed accounting of the estate, including my share in it, concerning my principal account and all proceeds designated to my beneficiaries in accordance with my power of attorney, duly registered in Richmond County, New York, case file 800014/2024.

DEMAND FOR TRUE BILL OF PARTICULARS:
If FTX claims I am a debtor, I require a true bill of particulars to substantiate this claim. Failure to provide such documentation within the specified time frame will be considered a violation of my rights under the FDCPA and other applicable laws and equity principles.
A true bill of particulars typically includes:
    1. A detailed statement of the account, including dates, amounts, and descriptions of transactions.
    2. The identity of the original creditor, including name and address.
    3. A breakdown of the alleged debt, showing principal, interest, fees, and any other charges.

4. Documentation or evidence supporting the claim that you are a debtor.

Reasonableness of Consumer Request

1. Clarification of Debt: It helps the consumer or his attorney-in-fact to understand the specifics of the claim against the consumer or his principal. for disputing the debt or its amount.

2. Under the Fair Debt Collection Practices Act (FDCPA), debt collectors must provide Verification under the pains and penalty of perjury of the debt upon request, which aligns with my demand for detailed information.

3. The Consumer has the right to request detailed information about any claim made against the Consumer, especially in legal proceedings involving substantial sums or potential impacts on the Consumers financial status. including but not limited to falsely designating and harming the reputation of the Consumer by publicly declaring the Consumer as a "Debtor" without any facts or evidence.

LIABILITY NOTICE:

I hold FTX TRADING LTD., including but not limited to its attorneys, officers, agents, assigns. CEO, CFO, trustees, and any and all other misrepresented beneficiary personally, privately, and professionally liable under the Fair Debt Collection Practices Act, and other relevant laws, and equity for any breach of my unalienable rights, including but not limited tangible and intangible breach, trespass, and tort.

Please ensure that this letter is filed with the court and that all relevant parties are duly notified of my objections and demands.

cc:

**LANDIS RATH & COBB LLP**
/s/ Matthew R. Pierce
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street. Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
mcguire@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com
-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admittedpro hac vice) James L. Bromley (admittedpro hac vice) Brian D. Glueckstein (admitted pro hac vice) Alexa J. Kranzley (admitted pro hac vice)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

OBJECTION TO DEBTOR DESIGNATION, REQUEST FOR VERIFICATION OF DEBT, ET AL., - PAGE 3 OF
4

CERTIFICATE OF SERVICE
I hereby certify that a true and correct copy of the foregoing has been served upon all counsel of record via the Court's electronic filing system, and emails.

## VERIFICATION

I, Mothana Maher Hussein, declare that I have prepared this Affidavit in Support on my own behalf, without the assistance of legal counsel or an attorney, and believe that leniency ought to be reasonably construed in favor of the writer pursuant to Haines v. Kerner, (404 U.S. 519) ('Pro se litigants are "held 'to less stringent standards than formal pleadings drafted by lawyers'") Furthermore, I declare, under penalty of perjury and in the above-entitled action, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on 14th day of July, 2024

Mothana Maher Hussein – Consumer, Original Creditor, True Debt Collector, Entitlement Holder, Trust Protector, Trustee, Executor, Grantor, Settlor, Grantee, Sole-Beneficial-Owner, Attorney-in-Fact, Original Agent, Donee, Bailor.

**MOTHANA MAHER HUSSEIN**
**2562 HYLAN BLVD**
**STE 61413**
**STATEN ISLAND, NY 10306**
**POA# 800014/2024**
**FRN#2130080886**
**BNC#217912 – 34071**
**BSA RECEIPT No.: FX23-00527621**
347 – 433 – 5623
Mothanahussein@gmail.com

OBJECTION TO DEBTOR DESIGNATION, REQUEST FOR VERIFICATION OF DEBT, ET AL. - PAGE 4 OF 4

Mothana Maher Hussein
2562 Hylan Boulevard
Suite 61413
Staten Island, NY 10306



RDC 99

$0.73

S2324K502036-8

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 Market St N
3RD Floor
Wilmington, DE 19801

19801$3024 C012