RECEIVED
2024 JUL 22 PM 12: 23
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

19/07/2024

**United States Bankruptcy Court**
**District of Delaware**
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Case No. 22-11068 (JTD)
FTX TRADING LTD

| | |
|---|---|
| **Claimant** | : Fatih Turker Arguc |
| **Claim Number** | : 89688 |
| **Description** | : Contesting Debtor's Objection |
| **Claimant's address** | : Gomec Sk. No:27, TR-34718, Acibadem, Kadikoy, Istanbul, Turkey |
| **Email address** | : turker@arguc.com |
| **Phone number** | : +90 533 425 75 72 |

**Re: Objection to Debtor's Response - Claim No. 89688**

Dear Sir/Madam,

I am writing to formally address and contest the objection raised by the Debtor, West Realm Shires Services Inc., concerning my claim numbered 89688, which amounts to $197,550.

To provide clarity, the total claim of $197,550 comprises:
1. One USD withdrawal from my FTX.US account to my bank account at Fibabanka, Turkey, amounting to $9,900 that never appeared in my bank account in Turkey.
2. Four USD deposits via international wire transfers totaling $187,650 that never appeared in my FTX.US account balance.

1. USD Withdrawal ($9,900):
Regarding the USD withdrawal of $9,900 from FTX.US via international wire transfer, I received an immediate confirmation email from FTX.US (attached as Proof No. 1) following my withdrawal request. This amount was duly deducted from my FTX.US balance. However, this sum was never credited to my Turkish bank, Fibabanka. It is my firm belief that FTX.US did not process this withdrawal. If they had, FTX.US would be able to provide the corresponding SWIFT message as evidence.

Page 1 / 3

2. USD Deposits ($187,650):

The four USD deposits were initiated via international wire transfers on November 10 and November 11, 2022 (attached as Proof No. 2). These transfers were executed from my bank account at QNB Finansbank in Turkey on the aforementioned dates, prior to the business hours on November 11, 2022, in the United States, and thus before FTX filed for bankruptcy.

The Debtor's objection hinges on the assertion that November 14, 2022, should be considered the effective date of my USD deposits into the Debtor's account at Silvergate Bank. This assertion is incorrect.

The dates recorded in the SWIFT messages for these transactions confirm that all four USD deposits were dispatched from my Turkish bank account before FTX.US's inclusion in the bankruptcy filing on the morning of November 11, 2022, in the United States.

The reference to November 14, 2022, is merely due to the fact that November 11, 2022, was a bank holiday in the United States, hence the "value date" of my USD deposits was recorded as November 14, 2022. However, the actual deposits were executed on November 10 and 11, prior to the bankruptcy filing.

Upon learning of the bankruptcy filing on the morning of November 11, 2022, in the US (approximately 5:00 pm in Turkey), I immediately contacted my bank in Turkey, QNB Finansbank, to attempt to recall my USD deposits. Unfortunately, my bank was unable to fulfill this request, prompting my legal representatives to seek a formal response. The official reply from QNB Finansbank is attached (attached as Proof No.3), along with a translation via Google Translate for your reference. This document confirms the transfer dates as November 10 and 11, 2022, and acknowledges the bankruptcy of West Realms Shires Services Inc.

On November 11, 2022, I also contacted Silvergate Bank via email. They responded on November 13, 2022 (email attached), indicating that the SEN network was operational and advised me to reach out to FTX.US for the status of my payment.

Subsequently, I sought confirmation from Silvergate Bank regarding the delivery of my USD deposits to West Realms Shires Services Inc. They declined to provide specific information, citing regulations that prevent them from responding to non-customers regarding transactional details or providing fund transfer confirmations. Attached is the correspondence dated September 9, 2023 (attached as Proof No.4)

I also filed a complaint with the FDIC (Federal Deposit Insurance Corporation) about Silvergate Bank. The FDIC's response, received on March 16, 2023 (attached as Proof No.5), indicates that Silvergate advised that I should resolve this issue with either QNB Finansbank or directly with West Realm Shires Services Inc.

Thank you for your attention to this matter.

Sincerely,

Fatih Turker Arguc

Istanbul, Turkey
turker@arguc.com
+90 533 425 75 72

## Türker Argüç

**Kimden:** FTX US <support@ftx.us> adına support=ftx.us@mg.ftx.us
**Gönderme Tarihi:** 12 Kasım 2022 Cumartesi 02:02
**Kime:** turker@arguc.com
**Konu:** FTX US withdrawal request

Hello FATIH TURKER ARGUC,

We have received a request to withdraw 9900.00 USD from your FTX US account.

If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within one business day. FTX US is not responsible for delays or fees resulting from your bank or intermediary banks it uses. You can find more information at https://help.ftx.us/hc/en-us/sections/360008262673-Deposits-Withdrawals.

***** MESSAGE DETAIL PRINT *****

| | | | | | |
|---|---|---|---|---|---|
| **Message Type** | 103 | "Single Customer Credit Transfer" | | | |
| **Our Identification** | FNNBTRISENP | QNB FINANSBANK A.S ENPARA BRANCH ISTANBUL | | | |
| **Correspondent** | CHASUS33XXX | JPMORGAN CHASE BANK, N.A. NEW YORK,NY | | | |
| **Status of Message** | ACK | | | | |
| **Creation Date/Hour** | 10/11/2022 | 17:12:09 | T99444 | **Direction Of Message** | I |
| **Verification Date/Hour** | 10/11/2022 | 17:12:09 | T99444 | | |

BLOK1    F01FNNBTRISAENP0000000000

BLOK2    I103CHASUS33XXXXN

BLOK3    108:053388707}{111:001}{121:30971303-CE46-4ACA-8FCC-5058263A850F

| Field | Description | Value |
|---|---|---|
| 20 | Sender's Reference | 03663HS437592 |
| 23B | Bank Operation Code | CRED |
| 32A | Value Date/Currency/Interbank Settled Amount | 221114USD52500,0 |
| 33B | Currency/Instructed Amount | USD52500,0 |
| 50K | Ordering Customer | /TR660011100000000100042598<br>FATIH TURKER ARGUC<br>32749805806 EV   GOMEC SK BAKIRLAR<br>APT NO 27 ACIBADEM       ISTANBUL<br>KADIKOY TURKIYE |
| 53B | Sender's Correspondent | /478234342 |
| 57A | Account With Institution | SIVGUS66XXX |
| 59 | Beneficiary Customer | /2CX779153287<br>FATIH TURKER ARGUC<br>UNITED STATES |
| 71A | Details of Charges | SHA |
| 71F | Sender's Charges | USD0, |

++++++HISTORY INFORMATION++++++

| | 10/11/2022 | 17:12:31 | ACK | Network Positive Acknowledge |
|---|---|---|---|---|

BLOK1    F21FNNBTRISAENP8913991687

BLOK2    {177:2211101712

————BLOK3————

**108 Mur.....:**    053388707

~~BLOK~~1    10/11/2022    17:12:09    ALAK    Alliance Positive Acknowledge

F01FNNBTRISAENP
0000000000
————BLOK4—

177 Date and Time...:

451 Accept-Reject...:

108 Mur...:

405...:

# Proof No.2B

**\*\*\*\*\*MESSAGE DETAIL PRINT\*\*\*\*\***

| | | | | | |
|---|---|---|---|---|---|
| **Message Type** | 103 | "Single Customer Credit Transfer" | | | |
| **Our Identification** | FNNBTRISENP | QNB FINANSBANK A.S ENPARA BRANCH ISTANBUL | | | |
| **Correspondent** | CHASUS33XXX | JPMORGAN CHASE BANK, N.A. NEW YORK,NY | | | |
| **Status of Message** | ACK | | | | |
| **Creation Date/Hour** | 10/11/2022 | 17:29:10 | T99444 | **Direction Of Message** | I |
| **Verification Date/Hour** | 10/11/2022 | 17:29:10 | T99444 | | |

| | |
|---|---|
| BLOK1 | F01FNNBTRISAENP0000000000 |
| BLOK2 | I103CHASUS33XXXXN |
| BLOK3 | 108:053388959}{111:001}{121:86B5859D-0459-4E95-9DF3-82F67967E74B |

| Field | Description | Value |
|---|---|---|
| 20 | Sender's Reference | 03663HS437626 |
| 23B | Bank Operation Code | CRED |
| 32A | Value Date/Currency/Interbank Settled Amount | 221114USD52550,0 |
| 33B | Currency/Instructed Amount | USD52550,0 |
| 50K | Ordering Customer | /TR660011100000000100042598<br>FATIH TURKER ARGUC<br>32749805806 EV   GOMEC SK BAKIRLAR<br>APT NO 27 ACIBADEM       ISTANBUL<br>KADIKOY TURKIYE |
| 53B | Sender's Correspondent | /478234342 |
| 57A | Account With Institution | SIVGUS66XXX |
| 59 | Beneficiary Customer | /2CX779153287<br>FATIH TURKER ARGUC<br>UNITED STATES |
| 71A | Details of Charges | SHA |
| 71F | Sender's Charges | USD0, |

**+++++HISTORY INFORMATION++++++**

| | | | | |
|---|---|---|---|---|
| | 10/11/2022 | 17:30:42 | ACK | Network Positive Acknowledge |

| | |
|---|---|
| BLOK1 | F21FNNBTRISAENP8913991790 |
| BLOK2 | {177:2211101730 |

--------BLOK3----------

| | |
|---|---|
| **108 Mur......:** | 053388959 |
| ~~BLOK~~1 | 10/11/2022    17:29:10    ALAK    Alliance Positive Acknowledge |
| | F01FNNBTRISAENP<br>0000000000<br>------BLOK4--- |

177 Date and Time...:

451 Accept-Reject...:

108 Mur...:

405...:

## Proof No.2C

#### *****MESSAGE DETAIL PRINT*****

| | | | | | |
|---|---|---|---|---|---|
| **Message Type** | 103 | "Single Customer Credit Transfer" | | | |
| **Our Identification** | FNNBTRISENP | QNB FINANSBANK A.S ENPARA BRANCH ISTANBUL | | | |
| **Correspondent** | CHASUS33XXX | JPMORGAN CHASE BANK, N.A. NEW YORK,NY | | | |
| **Status of Message** | ACK | | | | |
| **Creation Date/Hour** | 10/11/2022 | 17:45:03 | T99444 | **Direction Of Message** | I |
| **Verification Date/Hour** | 10/11/2022 | 17:45:03 | T99444 | | |

| | |
|---|---|
| BLOK1 | F01FNNBTRISAENP0000000000 |
| BLOK2 | I103CHASUS33XXXXN |
| BLOK3 | 108:053390065}{111:001}{121:EB834B43-1353-4575-890C-989E083C64F6 |

| Field | Description | Value |
|---|---|---|
| 20 | Sender's Reference | 03663HS437779 |
| 23B | Bank Operation Code | CRED |
| 32A | Value Date/Currency/Interbank Settled Amount | 221114USD52600, |
| 33B | Currency/Instructed Amount | USD52600, |
| 50K | Ordering Customer | /TR660011100000000100042598 |
| | | FATIH TURKER ARGUC |
| | | 32749805806 EV  GOMEC SK BAKIRLAR |
| | | APT NO 27 ACIBADEM    ISTANBUL |
| | | KADIKOY TURKIYE |
| 53B | Sender's Correspondent | /478234342 |
| 57A | Account With Institution | SIVGUS66XXX |
| 59 | Beneficiary Customer | /2CX779153287 |
| | | FATIH TURKER ARGUC |
| | | UNITED STATES |
| 71A | Details of Charges | SHA |
| 71F | Sender's Charges | USD0, |

#### +++++HISTORY INFORMATION++++++

| | | | | |
|---|---|---|---|---|
| | 10/11/2022 | 17:45:03 | ALAK | Alliance Positive Acknowledge |
| BLOK1 | F01FNNBTRISAENP0000000000 | | | |
| BLOK2 | I103CHASUS33XXXXN | | | |

--------BLOK3----------

| | |
|---|---|
| **108 Mur......:** | 053390065 |

| | | | | |
|---|---|---|---|---|
| ~~BLOK~~1 | 10/11/2022 | 17:46:29 | ACK | Network Positive Acknowledge |
| | F21FNNBTRISAENP | | | |
| | 8913992080 | | | |

------BLOK4---

| | |
|---|---|
| 177 Date and Time...: | 2211101746 |
| 451 Accept-Reject...: | 0 |
| 108 Mur...: | 053390065 |
| 405...: | |

# Proof No.2D

#### *****MESSAGE DETAIL PRINT*****

| | | | | | |
|---|---|---|---|---|---|
| **Message Type** | 103 | "Single Customer Credit Transfer" | | | |
| **Our Identification** | FNNBTRISENP | QNB FINANSBANK A.S ENPARA BRANCH ISTANBUL | | | |
| **Correspondent** | CHASUS33XXX | JPMORGAN CHASE BANK, N.A. NEW YORK,NY | | | |
| **Status of Message** | ACK | | | | |
| **Creation Date/Hour** | 11/11/2022 | 15:18:18 | T99444 | **Direction Of Message** | I |
| **Verification Date/Hour** | 11/11/2022 | 15:18:18 | T99444 | | |

| | |
|---|---|
| BLOK1 | F01FNNBTRISAENP0000000000 |
| BLOK2 | I103CHASUS33XXXXN |
| BLOK3 | 108:053413941}{111:001}{121:D3EC0336-A1F0-4D0F-90B9-5B363C99126F |

| Field | Description | Value |
|---|---|---|
| | **Description** | **Value** |
| 20 | Sender's Reference | 03663HS438046 |
| 23B | Bank Operation Code | CRED |
| 32A | Value Date/Currency/Interbank Settled Amount | 221114USD30000, |
| 33B | Currency/Instructed Amount | USD30000, |
| 50K | Ordering Customer | /TR660011100000000100042598<br>FATIH TURKER ARGUC<br>32749805806 EV   GOMEC SK BAKIRLAR<br>APT NO 27 ACIBADEM     ISTANBUL<br>KADIKOY TURKIYE |
| 53B | Sender's Correspondent | /478234342 |
| 57A | Account With Institution | SIVGUS66XXX |
| 59 | Beneficiary Customer | /2CX779153287<br>FATIH TURKER ARGUC<br>UNITED STATES |
| 71A | Details of Charges | SHA |
| 71F | Sender's Charges | USD0, |

#### +++++HISTORY INFORMATION++++++

| | | | | |
|---|---|---|---|---|
| | 11/11/2022 | 15:18:18 | ALAK | Alliance Positive Acknowledge |

| | |
|---|---|
| BLOK1 | F01FNNBTRISAENP0000000000 |
| BLOK2 | I103CHASUS33XXXXN |

--------BLOK3---------

| | |
|---|---|
| **108 Mur......:** | 053413941 |

| | | | | |
|---|---|---|---|---|
| ~~BLOK~~1 | 11/11/2022 | 15:18:44 | ACK | Network Positive Acknowledge |
| | F21FNNBTRISAENP<br>8914001791<br>------BLOK4--- | | | |
| 177 Date and Time...: | 2211111518 | | | |
| 451 Accept-Reject...: | 0 | | | |
| 108 Mur...: | 053413941 | | | |
| 405...: | | | | |

## Türker Argüç

| | |
|---|---|
| **Kimden:** | FİNANSBANK ANONİM ŞİRKETİ <qnbfinansbank@hs05.kep.tr> |
| **Gönderme Tarihi:** | 24 Ocak 2023 Salı 09:25 |
| **Kime:** | yusuf.kucuk.1@hs01.kep.tr |
| **Konu:** | Bankamıza iletmiş olduğunuz 28.11.2022 tarihinde bankamıza ulaşan dilekçenize ilişkin inceleme yapılmış olup açıklamalarımız aşağıda sunulmuştur. |
| **Ekler:** | Dilekçe Cevabı (002).pdf |

Sayın yetkili,
Ekli yazıyı bilgilerinize sunarız

Saygılarımızla,

Konu: Enpara- Fatih Türker Argüç USD transferleri bilgi talebi konulu yazınıza cevaben

SAYIN : Av. Yusuf Küçük

İlgi: Bankamıza iletmiş olduğunuz 28.11.2022 tarihinde bankamıza ulaşan dilekçenize ilişkin inceleme yapılmış olup açıklamalarımız aşağıda sunulmuştur.

Müşterimizin bankamızda bulunan Enpara.com Vadesiz USD hesabından 10.11.2022 tarihinde sırasıyla 03663HS437592 referans numaralı 52.500 USD, 03663HS437626 referans numaralı 52.550 USD, 03663HS437779 referans numaralı 52.600 USD ve 11.11.2022 tarihinde 03663HS438046 referans numaralı 30.000 USD tutarında yabancı para transferi işlemi gerçekleştirdiği görülmüştür.

Yapılan incelemede; müşterimizin bankamıza söz konusu para transferi işlemlerinin alıcı hesaba ulaşmadığını ve iptal edilmesi için süreç başlatılması yönünde talep ilettiği, bankamız tarafından muhabir bankaya iptal/iade mesajının iletildiği ancak muhabir banka tarafından ilk etapta alıcı bankanın iflasını açıklaması nedeniyle söz konusu tutarların iade edilemediğini ilettiği anlaşılmış, bu bilgi de müşterimizle paylaşılmıştır.

Ek olarak; müşterimizin aslında alıcı banka olan SILVERGATE BANK LA JOLLA,CA' nın değil parayı ilettiği FTX US kripto para borsasının iflas ettiğini iletmesi üzerine; muhabir bankadan tekrar bilgi talep edilmiş ve WEST REALM SHIRES SERVICES INC firmasının iflas ettiği bilgisi bankamıza iletilmiştir. Söz konusu firma müşterimizin yabancı para transferlerini gerçekleştirdiği kripto para borsası olup, söz konusu tutarların iadesi için ilgili firmanın iflası nedeniyle işlem yapılamamıştır.

Söz konusu işlemlere yönelik muhabir banka ile bankamız arasında yapılan yazışmalar Bankacılık Kanunu'nun 73. Maddesi kapsamında banka sırrı niteliğinde olduğundan tarafınızla paylaşılması mümkün değildir.

Bilgilerinize sunarız.

Saygılarımızla.

QNB Finansbank A.Ş.
Genel Müdürlük

**Turker Argüç**

---

**From: Sent** FÿNANSBANK JOINT STOCK COMPANY <qnbfinansbank@hs05.kep.tr>
**Date: Tuesday**, January 24, 2023 09:25
**To who:** yusuf.kucuk.1@hs01.kep.tr
**Subject:** An investigation has been carried out regarding your petition, which you sent to our bank on 28.11.2022, and our explanations are presented below.
**Attachments:** Petition Response (002).pdf

Dear official,

We present the attached article for your information.

Regards,

Subject: In response to your article on Enpara- Fatih Türker Argüç USD transfers information request

MR: Atty. Yusuf Kucuk

Attention: An investigation has been carried out regarding your petition, which was received by our bank on 28.11.2022, and our explanations are presented below.

From our customer's Enpara.com Current USD account at our bank, 52,500 USD with reference number 03663HS437592, 52,550 USD with reference number 03663HS437626, 52,600 USD with reference number 03663HS437779 and 03663HS4380 on 11.11.2022, respectively. It was observed that the reference number 46 made a foreign currency transfer of 30,000 USD.

In the examination; It was understood that our customer conveyed to our bank that the money transfer transactions in question had not reached the recipient account and that a process should be initiated to cancel it, and that a cancellation/refund message was sent by our bank to the correspondent bank, but the correspondent bank stated that the amounts in question could not be refunded due to the bankruptcy of the recipient bank in the first place, this information was also shared with our customer.

In addition; After our customer stated that the FTX US cryptocurrency exchange to which he transferred the money was bankrupt, not the recipient bank, SILVERGATE BANK LA JOLLA, CA; Information was requested again from the correspondent bank and the information that WEST REALM SHIRES SERVICES INC was bankrupt was conveyed to our bank. The company in question is the cryptocurrency exchange through which our customer makes foreign money transfers, and no transaction could be made for the refund of the amounts in question due to the bankruptcy of the relevant company.

Since the correspondence between the correspondent bank and our bank regarding the transactions in question is a bank secret within the scope of Article 73 of the Banking Law, it is not possible to share it with you.

We present it for your information.

Regards.

QNB Finansbank A.ÿ.
headquarters

## Türker Argüç

| | |
|---|---|
| **Kimden:** | Client Service <clientservice@silvergate.com> adına noreply@salesforce.com |
| **Gönderme Tarihi:** | 13 Kasım 2022 Pazar 12:37 |
| **Kime:** | turker@arguc.com |
| **Konu:** | Case #00020072   [ ref:_00Df437yL9._5005G1MrNUa:ref ] |

Case #00020072

Request with the subject line "TOP URGENT - can I recover USD Deposits made to FTX.US but not credited yet?"

Hello,

The SEN Network is functioning as expected. We advise that you contact your counterparty for the status of your payment.

Please let me know if I can be of further assistance.
Thank you,

Kelly Epton
Sr. Client Service Specialist


P. +1 858-362-6302 x1202
Online Support. +1 800-905-0116

4250 Executive Square, Suite 300
La Jolla, CA 92037


ATTENTION: Effective August 22, 2022, we will transition our email encryption service to Proofpoint. There is no action required on your part. For additional information, please refer to our user guide.

-------------- Original Message --------------
**From:** Türker Argüç [turker@arguc.com]
**Sent:** 11/13/2022 1:28 AM
**To:** clientservice@silvergate.com
**Subject:** RE: Top Urgent: Case #00020072 [ ref:_00Df437yL9._5005G1MrNUa:ref ]


Hi,

Could you please update me regarding the situation?
Tomorrow is the first business day and timing could be very important.

Basically I would like to know if Silvergate has received my four USD deposits and where these funds are now. Here attached is the swift for one of the deposits. Is Silvergate keeping them without having transferred them to FTX.US or have the funds been transferred to FTX.US already?

My guess is that my funds haven't been transferred to FTX.US because otherwise I would have seen them in my account on Friday while the website was still fully functional.

For information, tomorrow I will have a conference call with Teddy Hanson, Senior Relationship Manager at Silvergate, for our corporate account opening after Kraken introduced us to Silvergate. I could ask for help from him too but I'm afraid it could be too late.

| | |
|---|---|
| **Kimden:** | SF SC Consumer Complaints |
| **Kime:** | msn@arguc.com |
| **Konu:** | This concerns your complaint against Silvergate Bank |
| **Tarih:** | 16 Mart 2023 Persembe 17:52:12 |

Dear Fatih Arguc:

This email is in response to the correspondence we received on March 15, 2023, regarding the complaint you submitted previously against Silvergate Bank.  Our review of your most recent correspondence did not reveal any new information that was not considered in our initial investigation.  Therefore, we have determined that the resolution to your original complaint will remain unchanged.  Additionally, Silvergate advised us that it notified you to settle this matter either with QNB Finansbank or directly with West Realm Shires Services, Inc.

Thank you for submitting your additional correspondence.  We realize that this is not the outcome that you were seeking; however, please understand that your complaint remains closed.  If you believe that you may have a private cause of action against Silvergate, you may wish to seek the advice of legal counsel.  If you have further questions, you may contact us at (415) 974-2403 and select option 2; or by email at complaints@sf.frb.org.  Please be aware that the Federal Reserve Consumer Help website contains additional brochures and information at www.federalreserveconsumerhelp.gov.

Sincerely,


**CONSUMER COMPLAINTS**
Federal Reserve Bank of San Francisco Supervision + Credit
101 Market Street, San Francisco, CA 94105
(415) 974-2403, Option 2 | frbsf.org

   Unreserved Opportunity

**EXPRESS 12:00** TDT 
2024-07-19 MYDHL+ 1.0 / *30-0821*

From : FATIH TURKER ARGUC
FATIH TURKER ARGUC
TEKNIK KAGIT. GIRNE MH. IRMAKLAR SK.
KUCUKYALI IS MERKEZI, NO:72-20A

Origin: **SAW**

34852 Istanbul Maltepe
Turkey

To : United States Bankruptcy Court District of Delaware   Contact: US Delaware Bankruptcy Court
US Delaware Bankruptcy Court
824 Market Street, 3rd Floor

**19801 Wilmington  Delaware
United States of America**

**US-PHL-NJS DENJ**

**DSR-ADI**    Day   Time
             **X12**

Ref: Claim Number 89688   Pce/Shpt Weight   Piece
                           **0.5 kg   1 / 1**



Contents: Letter, correspondence

WAYBILL 13 3417 4122

(2L)US19801+38002000

(J) JD01 4600 0116 2007 4052

