# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL
## FOR SVALBARD HOLDINGS LIMITED

**PLEASE TAKE NOTICE** that Rosen & Associates, P.C. hereby withdraws its appearance for Svalbard Holdings Limited ("Svalbard").

**PLEASE TAKE FURTHER NOTICE** that the undersigned certifies that Svalbard consents to this withdrawal of appearance.

Dated: July 23, 2024
Wilmington, Delaware

**ROSEN & ASSOCIATES, P.C.**

*By: /s/Christine McCabe*
Christine McCabe (No. 3695)
P.O. Box 7560
Wilmington, Delaware 19803
Telephone: (212) 223-1100
E-mail: cmccabe@rosenpc.com

*Withdrawing Counsel for Svalbard Holdings Limited*

- and –

Andrew K. Glenn
Stacy Tecklin
Naznen Rahman
GLENN AGRE BERGMAN & FUENTES LLP
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
Telephone: (212) 358-5600
E-mail: aglenn@glennagre.com
stecklin@glennagre.com
nrahman@glennagre.com

*Counsel to Svalbard Holdings Limited*