*Execution Version*

**United States Bankruptcy Court**
**District of Delaware**

In re: FTX Trading Ltd., *et al*.         Case No. 22-11068 (JTD) (Jointly Administered)

**TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| Oaktree London Liquid Value Opportunities Fund (VOF), L.P. | Redacted |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to Transferee should be sent: | Name and Address where notices to Transferor should be sent: Address on file |
| 1301 Avenue of the Americas, 34th Floor<br>New York, NY 10019<br>Attention: Colin McLafferty<br>Email: cmclafferty@oaktreecapital.com | |

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| FTX Trading Ltd. Amended Customer Claim Schedule F-18 (See attached Excerpt)<br><br>Schedule No. 6052302 | Redacted<br>Redacted | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Oaktree London Liquid Value Opportunities Fund (VOF), L.P.**

By: Oaktree London Liquid Value Opportunities Fund (VOF) GP, L.P.
Its: General Partner

By: Oaktree London Liquid Value Opportunities GP Ltd.
Its: General Partner

By: Oaktree Capital Management, L.P.
Its: Director

By: *Colin McLafferty* (DocuSigned)         Date: July 17, 2024
Name: Colin McLafferty
Title: Vice President

By: *Steve Tesoriere* (DocuSigned)         Date: July 17, 2024
Name: Steve Tesoriere
Title: Managing Director

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

032-8293/7093382.6

*Execution Version*

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, District of Delaware

Redacted ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Oaktree London Liquid Value Opportunities Fund (VOF), L.P. ("**Buyer**"), **100%** of all Seller's right, title and interest in and to the claims of Seller against FTX Trading Ltd. in the bankruptcy case entitled *In re: FTX Trading Ltd., et al.*, and pending in the United States Bankruptcy Court, District of Delaware, under Case No. 22-11068 (JTD) (Jointly Administered), which claims are described more fully as follows (collectively, the "**Claim**"):

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| FTX Trading Ltd. Amended Customer Claim Schedule F-18 (See attached Excerpt) Schedule No. 6052302 | Redacted | 100% | FTX Trading Ltd. | 22-11068 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.
IN WITNESS WHEREOF, dated as of the 17th day of July, 2024.

**SELLER:**

Redacted

By: _____
Name
Title

By: _____
Name
Title

**BUYER**:

**OAKTREE LONDON LIQUID VALUE OPPORTUNITIES FUND (VOF), L.P.**

By: Oaktree London Liquid Value Opportunities Fund (VOF) GP, L.P.
Its: General Partner

By: Oaktree London Liquid Value Opportunities GP Ltd.
Its: General Partner

By: Oaktree Capital Management, L.P.
Its: Director



By: _____
Name: Colin McLafferty
Title: Vice President

By: _____
Name: Steve Tesoriere
Title: Managing Director

032-8293/7093382.6

*Execution Version*

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

032-8293/7093382.6

*Execution Version*

**EXCERPT OF**

FTX Trading Ltd. Amended Customer Claim Schedule

| | | | | |
|---|---|---|---|---|
| 04971769 | | BNB[.00000001], BRZ[.000645], CEL-PERP[0], ETH[.00016195], FTT-PERP[0], GST-PERP[0], LUNA2[.02708847], LUNA2_LOCKED[.06320202], LUNC[4.15122153], SOL[0.00000001], TRX[.001], USD[0.00], USDT[0.05837281] | | |
| 04971780 | | ADA-PERP[0], AGLD-PERP[0], ANC-PERP[0], APE-PERP[0], ASD-PERP[0], CEL[0], CEL-PERP[0], CONV[9.99], FIDA-PERP[0], FTM-PERP[0], FXS-PERP[0], GAL-PERP[0], GMT-PERP[0], GST-PERP[0], KNC-PERP[0], LDO[.9998], LOOKS-PERP[0], LUNA2[0.11293343], LUNA2_LOCKED[0.26351135], LUNC[21744.12246666], LUNC-PERP[0], MAPS-PERP[0], MATIC-PERP[0], MOB-PERP[0], PROM-PERP[0], RAY-PERP[0], REN-PERP[0], RUNE-PERP[0], SAND-PERP[0], SNX-PERP[0], SPELL-PERP[0], SRN-PERP[0], TOMO-PERP[0], TRX-PERP[0], UNI[.09998], USD[0.37], USDT[0.00029035], USTC[.00919874], USTC-PERP[0], ZIL-PERP[0] | | |
| 04971784 | | BAO[1], DENT[1], GBP[0.00], LUNA2[8.05540963], LUNA2_LOCKED[18.79595581], TRU[1], TRX[.000777], USDT[0], USTC[1140.282168] | | |
| 04971835 | | 1INCH-PERP[0], ADA-PERP[0], ALGO-PERP[0], ALICE-PERP[0], AMPL-PERP[0], APE-PERP[0], ASD-PERP[0], ATLAS-PERP[0], ATOM-PERP[0], AXS-PERP[0], BAND-PERP[0], CEL[0], CEL-PERP[0], CREAM-PERP[0], CRO-PERP[0], DOGE-PERP[0], ENS-PERP[0], FIDA-PERP[0], FLM-PERP[0], FTT-PERP[0], FXS-PERP[0], GAL-PERP[0], GLMR-PERP[0], GMT-PERP[0], GRT-PERP[0], GST-PERP[0], JASMY-PERP[0], KBTT-PERP[0], KIN-PERP[0], KNC-PERP[0], LDO-PERP[0], LOOKS-PERP[0], LRC-PERP[0], LUNA2[0.00437997], LUNA2_LOCKED[0.01021993], LUNC-PERP[0], MAPS-PERP[0], MASK-PERP[0], MATIC-PERP[0], MEDIA-PERP[0], OP-PERP[0], PEOPLE-PERP[0], PERP-PERP[0], POLIS-PERP[0], PROM-PERP[0], SCRT-PERP[0], SPELL-PERP[0], SRN-PERP[0], USD[0.00], USDT[0.00070635], USTC-PERP[0], YFII-PERP[0] | | |
| 04971974 | | ATOM[0], FTT[124.53340606], LTC[46.38818479], LUNA2[.00150443], LUNA2_LOCKED[0.00351035], LUNC[9.14528766], TRX[.000777], USD[0.00], USDT[0.00000002], USTC[.20701505] | Yes | |
| 04971980 | | BTC[0.28157161], LUNA2[12.35350483], LUNA2_LOCKED[28.8248446], LUNC[230.4203025], SOL[90.5533277], USD[1156.43] | | |
| 04972146 | | LUNA2[45.923781], LUNA2_LOCKED[107.155489], LUNC[5000000], USD[0.00], USDT[0.00983622] | | |
| 04972163 | | BNB[4.705], LUNA2_LOCKED[0.00000001], LUNC[.00167], SOS-PERP[0], USD[0.29] | | |
| 04972186 | | DOGE-PERP[0], ETH-PERP[0], ETHW-PERP[0], FTT[.00016874], FTT-PERP[0], GST-PERP[0], IOTA-PERP[0], KLUNC-PERP[0], LUNA2[0.06000000], LUNA2_LOCKED[14.37343825], LUNA2-PERP[0], LUNC-PERP[0], RVN-PERP[0], TONCOIN[.3], TONCOIN-PERP[0], TSLA-1230[0], USD[0.00], USDT[0], USTC-PERP[0] | | |
| 04972254 | | BAO[1], DENT[1], GENE[3.85312659], GOG[167.2800901], LUNA2[2.16254711], LUNA2_LOCKED[4.86712104], LUNC[471131.46801264], USD[0.00] | Yes | |
| 04972273 | | ADA-PERP[0], ALICE-PERP[0], APE-PERP[0], AVAX[0], AVAX-PERP[0], AXS[0], AXS-PERP[0], BTC-PERP[0], CHZ-PERP[0], ETH[1], ETH-PERP[0], FTM[0], FTT[0.09440144], GRT[0], LUNA2[0.00036953], LUNA2_LOCKED[0.00086225], LUNC[80.46784216], SAND-PERP[0], SOL[0], SOL-PERP[0], SRM[375], TRYB[0], USD[0.43], USDT[0] | | |
| 04972275 | | BNB[0.00700000], GMT[1.35954591], GST[.94390952], LUNA2[10.05133553], LUNA2_LOCKED[23.57064973], NFT (543979160789499176/The Hill by FTX #45148)[1], SOL[0], TRX[.000436], USD[0.00], USDT[166.16237110] | | USDT[166.00351] |
| 04972304 | | ATOM-PERP[0], BTC-PERP[0], CEL[0], GMT-PERP[0], KAVA-PERP[0], LUNA2[0.00001405], LUNA2_LOCKED[0.00003278], LUNC[3.059996], LUNC-PERP[0], USD[42.23], USDT[0] | | |
| 04972338 | | GMT[1079.55635], LUNA2_LOCKED[0.00000001], LUNC[.0016514], USD[1.19] | | |
| 04972372 | | FTT[.06480391], GMT[.0715], GST[.139829], GST-PERP[0], NFT (343055200087344131/Austin Ticket Stub #1267)[1], NFT (345981462217668072/The Hill by FTX #8327)[1], NFT (346388629696376703/Mexico Ticket Stub #499)[1], NFT (372421438275442898/Montreal Ticket Stub #1030)[1], NFT (401675299567332702/Netherlands Ticket Stub #508)[1], NFT (494239634834140724/Hungary Ticket Stub #1230)[1], NFT (506831521881594017/Monza Ticket Stub #585)[1], NFT (512548547701832736/FTX Crypto Cup 2022 Key #1368)[1], NFT (528640250816078324/Austria Ticket Stub #532)[1], NFT (539483307680223936/Singapore Ticket Stub #1486)[1], NFT (564304512763104142/Baku Ticket Stub #2219)[1], NFT (572225186897935149/Japan Ticket Stub #1470)[1], NFT (572397211324611844/Belgium Ticket Stub #706)[1], SOL[.00671836], SOL-PERP[0], SRM[.38702351], SRM_LOCKED[5.61297649], USD[0.00], USDT[0.41134316] | Yes | |
| 04972407 | | DOGE[85], ETH[4.777], ETHW[4.777], FTT[25], LUNA2[1.00974440], LUNA2_LOCKED[2.35607027], LUNC[219873.96981800], USD[0.63], USDT[0.06311617] | | |
| 04972437 | | AAVE-PERP[0], ADA-PERP[0], ANC-PERP[0], APE-PERP[0], APT-PERP[0], AXS-0930[0], AXS-PERP[0], BAO[1], BNB[0.20049006], BNB-PERP[0], BNT[66.41809321], BNT-PERP[0], BTC-PERP[0], CEL[0], CEL-PERP[0], DENT-PERP[0], DOGE-PERP[0], EDEN-PERP[0], ETC-PERP[0], ETH-PERP[0], FIDA-PERP[0], FIL-PERP[0], FLM-PERP[0], FTM-PERP[0], FTT-PERP[0], GAL-PERP[0], GLMR-PERP[0], GMT[0], GMT-PERP[0], GRT-PERP[0], GST-0930[0], GST-PERP[0], HOT-PERP[0], IMX-PERP[0], IOTA-PERP[0], JASMY-PERP[0], KLAY-PERP[0], KSHIB-PERP[0], LUNA2_LOCKED[0.00000001], LUNC[.00122544], MATIC-PERP[0], NFT (435606140670642810/Hungary Ticket Stub #968)[1], NFT (525732666158502634/Belgium Ticket Stub #485)[1], NFT (574998702113071786/Montreal Ticket Stub #882)[1], ONE-PERP[0], OP-0930[0], OP-PERP[0], PEOPLE-PERP[0], PROM-PERP[0], PUNDIX-PERP[0], RNDR-PERP[0], ROSE-PERP[0], RSR-PERP[0], SKL-PERP[0], SOL[1.68224790], SOL-PERP[0], SPELL-PERP[0], SRN-PERP[0], STMX-PERP[0], TONCOIN-PERP[0], USD[436.56], USDT[0], VET-PERP[0], WAVES-PERP[0], YFI-PERP[0], YFII-PERP[0], ZRX-PERP[0] | Yes | |
| 04972466 | | APT[0], BAO[3], BNB[0.26295401], BTC[0.00751881], FTT[.0000094], KIN[3], LUNA2[0.00000003], LUNA2_LOCKED[0.00000008], LUNC[.00789943], MATIC[63.21172191], NFT (536713339008262172/FTX Crypto Cup 2022 Key #2557)[1], SOL[.00001793], STG[28.38651062], TRX[.001193], USDT[0] | Yes | |
| 04972502 | | ADA-PERP[0], ALGO-PERP[0], APE-PERP[0], ATOM-PERP[0], AVAX-PERP[0], BIT-PERP[0], BNB-PERP[0], BTC-PERP[0], CELO-PERP[0], CEL-PERP[0], DOT-PERP[0], DYDX-PERP[0], ETH-PERP[0], ETHW[.00081], FLOW-PERP[0], GALA-PERP[0], GMT-PERP[0], KSM-PERP[0], LRC-PERP[0], LUNA2[0.00000002], LUNA2_LOCKED[0.00000004], LUNC[.004395], RUNE-PERP[0], SOL[.0003024], SOL-PERP[0], TRX[.001555], TRX-PERP[0], USD[0.00], USDT[0.00000001], USTC-PERP[0], WAVES-PERP[0], XMR-PERP[0], XRP-PERP[0] | | |
| 04972592 | | LUNA2[1.17357643], LUNA2_LOCKED[2.73834501], LUNC[255548.7390417], TONCOIN[88.5] | | |
| 04972635 | | AAVE[14985.30581], AAVE-PERP[0], AVAX[4.98245943], AVAX-PERP[0], BTC-PERP[0], CRV[.33129142], CRV-PERP[0], DAI[67.80162142], DOGE-PERP[0], ENS[.00988538], ETH[7.98166553], ETH-PERP[0], KNC[.00334493], LINK[19058.15884456], MANA-PERP[0], MATIC[261.31761577], MATIC-PERP[0], MKR[.00066971], USD[5975990.22], USDT-PERP[0], WBTC[.00009736], YFI[.00000598], YFI-PERP[0] | | |
| 04972637 | | BTC[0.03563373], DENT[1], ETH[0.15503637], ETHW[.00000111], KIN[2], LUNA2[1.72674355], LUNA2_LOCKED[3.88628301], SOL[8.74521056], USD[511.12], USDT[0] | Yes | |
| 04972659 | | LUNA2[0.04384715], LUNA2_LOCKED[0.10231002], LUNC[9547.81], NFT (504779818696466525/Serum Surfers X Crypto Bahamas #51)[1], USD[0.00] | | |
| 04972731 | | LUNA2[0.00003271], LUNA2_LOCKED[0.00007632], LUNC[7.12297655], TONCOIN[0.00290000] | | |
| 04972773 | | LUNA2[0.78954639], LUNA2_LOCKED[1.84227492], LUNC[25.39], USD[0.21], USDT[.00248134] | | |