# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re FTX Trading Ltd., et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 22-11068 (JTD) |
| ) | (Jointly Administered) |
| ) | |

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Hudson Bay Special Opportunities Master Fund C LP | Diameter Master Fund LP |

| Name and Address where notices should be sent: | Last known address: |
|---|---|
| c/o Hudson Bay Capital Management LP | c/o Diameter Capital Partners, LP |
| 28 Havemeyer Place, 2nd Floor | 55 Hudson Yards, Suite 29B |
| Greenwich, CT  06830 | New York, NY 10001 |
| Attention: Matthew Weinstein and Chad Flick | Attention:  Sam Kim |
| Email:  mweinstein@hudsonbaycapital.com | Email:  skim@diametercap.com |
| cflick@hudsonbaycapital.com | |

### *** PORTION OF TOTAL CLAIM TRANSFERRED:  4.58% OF UNSECURED PORTION OF CLAIM (EQUAL TO 2.92% OF ENTIRE CLAIM AMOUNT) ***

| Claim | Amount | Creditor Name | Debtor | Case No. |
|---|---|---|---|---|
| Proof of Claim No. 4052<br>Schedule No. 5258418<br>Proof of Claim Conf. No. 3265-69-BEICU-822005607 | [above] | BlockFi Lending LLC | Alameda Research Ltd. | 22-11068 |

Name and Address where transferee payments should be sent (if different from above):  N/A

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any right to receive notice or hearing under Bankruptcy Rule 3001.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:____*Matt Weinstein*____   Date: July 18, 2024
　　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

DB1/ 149173934.1　　　　　　　　　　　　　　　　　　　　　　　　　　Local Form 138

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO:	U.S. Bankruptcy Court for the
	District of Delaware ("Bankruptcy Court")

AND:	FTX Trading Ltd. ("Debtor")
	Case No. 22-11068 (JTD) ("Case")

Proof of Claim No. 4052 (the "Proof of Claim") – UNSECURED PORTION
Schedule No. 5258418 (the "Schedule")
Claim Confirmation ID: 3265-69-BEICU-822005607 ("CCID")
Unique Customer Code:  n/a ("Customer Code")

**Diameter Master Fund LP** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Hudson Bay Special Opportunities Master Fund C LP
c/o Hudson Bay Capital Management LP
28 Havemeyer Place, 2nd Floor
Greenwich, CT  06830  USA
Attention:  Matthew Weinstein and Chad Flick
Email:  mweinstein@hudsonbaycapital.com and cflick@hudsonbaycapital.com

its successors and assigns ("Buyer"), an undivided 4.58% interest in Seller's rights, title and interest in and to (a) the Proof of Claim and the CCCID (collectively "the Claim") against the Debtor in the Case; (b) the Seller's claim as evidenced by the Claim; (c) all amounts listed on the Schedule; and (d) all amounts with respect to the Customer Code (such 4.58% in (a)-(d), collectively,  the "Assigned Claim"). **THE ASSIGNED CLAIM IS 4.58% OF THE PROOF OF CLAIM, THE SCHEDULE, THE CCCID AND ALL AMOUNTS UNDER THE CUSTOMER CODE.**

Seller hereby waives: (a) any objection to the transfer of the Assigned Claim to Buyer on the books and records of Debtor and the Bankruptcy Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Assigned Claim to Buyer and recognizing Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Partial Evidence of Transfer of Claim by their duly authorized representative dated July 9, 2024.

**DIAMETER MASTER FUND LP**

By: Diameter Capital Partners LP, solely as its investment manager

By: _____
Name: Shailini Rao
Title: Co-Chief Operating Officer & General Counsel


**HUDSON BAY SPECIAL OPPORTUNITIES FUND C LP**
By:  Hudson Bay Capital Management LP, not individually, but solely as
Investment Advisor to Hudson Bay Special Opportunities Master Fund C LP


By: _____
Name: Yoav Roth
Title: Authorized Signatory

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO: U.S. Bankruptcy Court for the
District of Delaware ("Bankruptcy Court")

AND: FTX Trading Ltd. ("Debtor")
Case No. 22-11068 (JTD) ("Case")

Proof of Claim No. 4052 (the "Proof of Claim") – UNSECURED PORTION
Schedule No. 5258418 (the "Schedule")
Claim Confirmation ID: 3265-69-BEICU-822005607 ("CCID")
Unique Customer Code: n/a ("Customer Code")

**Diameter Master Fund LP** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Hudson Bay Special Opportunities Master Fund C LP
c/o Hudson Bay Capital Management LP
28 Havemeyer Place, 2nd Floor
Greenwich, CT  06830  USA
Attention:  Matthew Weinstein and Chad Flick
Email:  mweinstein@hudsonbaycapital.com and cflick@hudsonbaycapital.com

its successors and assigns ("Buyer"), an undivided 4.58% interest in Seller's rights, title and interest in and to (a) the Proof of Claim and the CCCID (collectively "the Claim") against the Debtor in the Case; (b) the Seller's claim as evidenced by the Claim; (c) all amounts listed on the Schedule; and (d) all amounts with respect to the Customer Code (such 4.58% in (a)-(d), collectively,  the "Assigned Claim"). **THE ASSIGNED CLAIM IS 4.58% OF THE PROOF OF CLAIM, THE SCHEDULE, THE CCCID AND ALL AMOUNTS UNDER THE CUSTOMER CODE.**

Seller hereby waives: (a) any objection to the transfer of the Assigned Claim to Buyer on the books and records of Debtor and the Bankruptcy Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Assigned Claim to Buyer and recognizing Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Partial Evidence of Transfer of Claim by their duly authorized representative dated July 9, 2024.

**DIAMETER MASTER FUND LP**

By: Diameter Capital Partners LP, solely as its investment manager

By: _____
Name: Shailini Rao
Title: Co-Chief Operating Officer & General Counsel


**HUDSON BAY SPECIAL OPPORTUNITIES FUND C LP**
By:  Hudson Bay Capital Management LP, not individually, but solely as
Investment Advisor to Hudson Bay Special Opportunities Master Fund C LP


By: _____*Yoav Roth*_____
Name: Yoav Roth
Title: Authorized Signatory