# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re FTX Trading Ltd., et al., | ) Chapter 11 |
| Debtors. | ) Case No. 22-11068 (JTD) <br> ) (Jointly Administered) |

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| DCP Tree LP | Diameter Master Fund LP |
| Name and Address where notices should be sent: | Last known address: |
| c/o Diameter Capital Partners LP <br> 55 Hudson Yards, Suite 29B <br> New York, NY 10001 <br> Email: skim@diametercap.com | c/o Diameter Capital Partners LP <br> 55 Hudson Yards, Suite 29B <br> New York, NY 10001 <br> Email: skim@diametercap.com |

**\*\*\* PORTION OF TOTAL CLAIM TRANSFERRED:  0.25% OF SECURED PORTION OF CLAIM (EQUAL TO 0.09% OF ENTIRE CLAIM AMOUNT) \*\*\***

| Claim | Amount | Creditor Name | Debtor | Case No. |
|---|---|---|---|---|
| Proof of Claim No. 4052 <br> Schedule No. 5258418 <br> Proof of Claim Conf. No. 3265-69-BEICU-822005607 | [above] | BlockFi Lending LLC | Alameda Research Ltd. | 22-11068 |

Name and Address where transferee payments should be sent (if different from above):  N/A

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any right to receive notice or hearing under Bankruptcy Rule 3001.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____[signature]_____    Date: July 23, 2024
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

DB1/ 149052783.3                                                                                                       Local Form 138

<u>Annex B</u>

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO:  U.S. Bankruptcy Court for the
District of Delaware ("<u>Bankruptcy Court</u>")

AND:  Alameda Research Ltd. ("<u>Debtor</u>")
Case No. 22-11068 (JTD) ("<u>Case</u>")

Proof of Claim No. 4052 (the "<u>Proof of Claim</u>") – SECURED PORTION
Schedule No. 5258418 (the "<u>Schedule</u>")
Claim Confirmation ID: 3265-69-BEICU-822005607 ("<u>CCID</u>")
Unique Customer Code:  N/A ("<u>Customer Code</u>")

**Diameter Master Fund LP** ("<u>Seller</u>"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**DCP Tree LP**
c/o Diameter Capital Partners LP
55 Hudson Yards, Suite 29B
New York, NY 10001
Attn: Sam Kim
Tel: 1.212.655.9512
Email: skim@diametercap.com

its successors and assigns ("<u>Buyer</u>"), an undivided 0.25% interest in Seller's rights, title and interest in and to (a) the Proof of Claim and the CCID (collectively "the Claim") against the Debtor in the Case; (b) the Seller's claim as evidenced by the Claim; (c) all amounts listed on the Schedule; and (d) all amounts with respect to the Customer Code (such 0.25% interest in (a)-(d), collectively,  the "Assigned Claim"). **THE ASSIGNED CLAIM IS 0.25% OF THE PROOF OF CLAIM, THE SCHEDULE, THE CCID AND ALL AMOUNTS UNDER THE CUSTOMER CODE.**

Seller hereby waives: (a) any objection to the transfer of the Assigned Claim to Buyer on the books and records of Debtor and the Bankruptcy Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Assigned Claim to Buyer and recognizing Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Partial Evidence of Transfer of Claim by their duly authorized representative dated July 10, 2024.

| | |
|---|---|
| **DIAMETER MASTER FUND LP** | **DCP TREE LP** |
| By: Diameter Capital Partners LP, solely as its investment manager | By: Diameter Capital Partners LP, solely as its investment manager |
| By: _____ *(signed)* | By: _____ *(signed)* |
| Name: Shailini Rao | Name: Shailini Rao |
| Title: Co-Chief Operating Officer & General Counsel | Title: Co-Chief Operating Officer & General Counsel |