# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| MAPS VAULT LIMITED,<br><br>                      Appellant,<br><br>                      v.<br><br>FTX TRADING LTD., *et al.*,<br><br>                      Appellees. | District Court Case No.<br>1:24-cv-00804-CFC |

## APPELLANT'S STATEMENT OF
## THE ISSUES ON APPEAL AND DESIGNATION
## OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 8009-1, Appellant Maps Vault Limited ("Maps Vault" or "Appellant") respectfully submits the following: (I) statement of issues to be included on appeal from the decision of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") set forth in the *Memorandum Opinion and Order* (the "Memorandum Opinion and Order") [D.I. 19069], which was entered on June 26, 2024, and pertains to the *Motion of Debtors to Estimate Claims Based*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

*on Digital Assets* (the "Motion to Estimate") [D.I. 5202]; and (II) designation of items to be included in the record on appeal.

    I.    **STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

Appellant submits the following statement of issues on appeal:

1. The Bankruptcy Court found that the KO Model[2] used by Professor Howell was not the appropriate methodology to estimate the discount to be applied to the Tokens at issue. Nevertheless, the Bankruptcy Court relied on Professor Howell's sensitivity analysis in her rebuttal report which applied certain discounts to the market price of each Token. Did the Bankruptcy Court err by relying on Professor Howell's rebuttal report after rejecting Professor Howell's primary opinion and the KO Model?

2. Mr. Konstantinidis' opinion analyzed the value of MAPS, OXY, and SRM tokens; however, Professor Howell asserted for the first time in her rebuttal report a new opinion that MAPS, OXY, and SRM tokens had some (unspecified) lower value because of their association with FTX and Mr. Bankman-Fried, the so-called "Sam Coins" argument. The Bankruptcy Court ruled that the evidence suggested that the market prices for the Tokens may not be a reliable indicator of their actual value. In evaluating such value, the Bankruptcy Court relied on Professor Howell's rebuttal report in the Memorandum Opinion and Order. However, certain objectors had filed motions in *limine* seeking to exclude Professor Howell's testimony, which the Bankruptcy Court denied. Should Professor Howell's testimony have been excluded entirely?

3. The Bankruptcy Court held that it was necessary to consider the Debtors' holdings in estimating the value of Maps Vault's claim. The question evaluated by the Bankruptcy Court was what is a reasonable discount to be applied to the Petition Date market price for each of the Tokens

---

[2] All defined terms not otherwise defined herein shall have the meaning given to them in the Memorandum Opinion and Order.

in light of the fact that the Debtors hold 95% of the supply? However, where only a handful of creditors challenged the Motion to Estimate, was it appropriate for the Bankruptcy Court to estimate such claims based on all of the Debtors' holdings instead of estimating the value of only the tokens held by each creditor that formed the basis for each creditor's claim?

4. The Bankruptcy Court ruled that the Ghaidarov Model used in Professor Howell's sensitivity analysis – but not relied on by her in her report – provided a more logical result than the Chaffe and Finnerty models used by Mr. Konstantinidis and found that discounts for unmarketable assets will continue to rise over time. However, like the KO Model that the Bankruptcy Court rejected, the Ghaidarov Model results in a 100 percent discount at a long enough time horizon despite the fact that some of the tokens have value. Should the Bankruptcy Court have relied on the Ghaidarov Model?

5. The Bankruptcy Court adopted the Blockage Method used by Mr. Konstantinidis but rejected Mr. Konstantinidis' application of the Blockage Method and his assumptions regarding trading volume growth. Instead, the Bankruptcy Court relied on Professor Howell's sensitivity analyses to Mr. Konstantinidis' model in which she changed the volume growth so that instead of projecting an increase in trading volume growth after the Petition Date, volume remains constant at the initial level. Did the Bankruptcy Court err by applying Professor Howell's sensitivity analysis instead of the volume growth proposed by Mr. Konstantinidis in his report or in his alternative lower volume assumption, as he testified at trial?

6. Did the Bankruptcy Court err by not applying Fotis Konstantinidis' analysis and calculations on value?

7. Did the Bankruptcy Court err in all rulings made in the Memorandum Opinion and Order, and during the hearings on the Motion to Estimate on March 20, 25, and 26, 2024.

## II. DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD

Maps Vault submits the following designation of items to be included in the record on appeal (including any exhibit, annex, or addendum thereto):

| | **Docket Entries and Other Items** | | |
|---|---|---|---|
| | **Description** | **Date Filed** | **Docket No.** |
| 1. | *Order (I)(A) Establishing Deadlines for Filing Customer Proofs of Claim, (B) Approving Procedures for Submitting Proofs of Claim and (C) Approving the Form and Manner of Notice Thereof and (II) Granting Related Relief* | 6/28/2023 | 1793 |
| 2. | *Transfer of Claim Other Than for Security* | 11/2/2023 | 3643 |
| 3. | *Transfer of Claim Other Than for Security* | 11/2/2023 | 3645 |
| 4. | *Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* | 12/16/2023 | 4861 |
| 5. | *Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Affiliated Debtors and Debtors-In-Possession* | 12/16/2023 | 4862 |
| 6. | *Motion of Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan* | 12/16/2023 | 4863 |
| 7. | *Motion of Debtors to Estimate Claims Based on Digital Assets* | 12/27/2023 | 5202 |

| 8. | *Declaration of Sabrina T. Howell in Support of the Motion of Debtors to Estimate Claims Based on Digital Assets* | 12/27/2023 | 5203 |
|---|---|---|---|
| 9. | *Declaration of Kevin Lu in Support of Motion of Debtors to Estimate Claims Based on Digital Assets* | 12/27/2023 | 5204 |
| 10. | *Notice of Appearance and Request for Service of Papers* | 1/2/2024 | 5281 |
| 11. | *Notice of Service of Maps Vault Ltd.'s First Set of Requests for the Production of Documents to the Debtors* | 1/4/2024 | 5376 |
| 12. | *Amended Notice of Appearance and Request for Service of Papers* | 1/9/2024 | 5463 |
| 13. | *Opposition of Boba Foundation to Motion of Debtors to Estimate Claims Based on Digital Assets and Request for Continued Hearing* | 1/11/2024 | 5601 |
| 14. | *Preliminary Objection of Fondation Serendipity, Fondation Elements, Serendipity Network Ltd and Liquidity Network Ltd to the FTX Debtors' Motion to Estimate Claims Based On Digital Assets* | 1/11/2024 | 5617 |
| 15. | *Preliminary Objection of Maps Vault Limited to Motion of Debtors to Estimate Claims Based on Digital Assets* | 1/11/2024 | 5620 |
| 16. | *Lavanda Sands, L.L.C.'s Joinder in Preliminary Objection of Fondation Serendipity, Fondation Elements, Serendipity Network Ltd and Liquidity Network Ltd to the FTX Debtors' Motion to Estimate Claims Based on Digital Assets* | 1/11/2024 | 5624 |
| 17. | *Limited Objection of TMSI SEZC Ltd. to Motion of Debtors to Estimate Claims Based on Digital Assets* | 1/11/2024 | 5626 |

| 18. | *Declaration of Jeff Bezaire in Support of Limited Objection of TMSI SEZC Ltd. to Motion of Debtors to Estimate Claims Based on Digital Assets* | 1/11/2024 | 5627 |
|---|---|---|---|
| 19. | *Notice of Service of Maps Vault Ltd.'s Expert Disclosure and Expert Report of Fotis Konstantinidis* | 1/26/2024 | 6700 |
| 20. | *Debtors' Omnibus Reply in Support of Motion of Debtors to Estimate Claims Based on Digital Assets* | 1/28/2024 | 6728 |
| 21. | *Notice of Debtors' Exhibit List and Intent to Offer Witness Testimony at the Hearing on January 31, 2024 in Connection with the Motion of Debtors to Estimate Claims Based on Digital Assets* | 1/28/2024 | 6730 |
| 22. | *Notice of Filing of Revised Order* | 1/31/2024 | 6784 |
| 23. | *Minute Entry Re: Estimation Hearing Held Re: Digital Assets* | 1/31/2024 | 6851 |
| 24. | *Certification of Counsel Regarding Motion of Debtors to Estimate Claims Based on Digital Assets* | 2/2/2024 | 6922 |
| 25. | *Order Granting Motion of Debtors to Estimate Claims Based on Digital Assets* | 2/7/2024 | 7090 |
| 26. | *Certification of Counsel Regarding Order Approving Stipulation and Agreed Scheduling Order* | 2/7/2024 | 7135 |
| 27. | *Order Approving Stipulation and Agreed Scheduling Order* | 2/9/2024 | 7218 |
| 28. | *Notice of Service of Maps Vault Ltd.'s Second Set of Requests for the Production of Documents to the Debtors* | 2/12/2024 | 7282 |
| 29. | *Notice of Service Regarding Rebuttal Expert Report of Sabrina T. Howell and Response of Kevin Lu to Expert Report of Fotios Konstantinidis* | 2/12/2024 | 7306 |

| | | | |
|---|---|---|---|
| 30. | *Notice of Service of TMSI SEZC Ltd.'s Discovery Requests to FTX Trading Ltd. and its Debtor Affiliates* | 2/13/2024 | 7362 |
| 31. | *Notice of Witness List for TMSI SEZC Ltd. in Connection with Limited Objection of TMSI SEZC Ltd. to Motion of Debtors to Estimate Claims Based on Digital Assets* | 2/21/2024 | 7686 |
| 32. | *Notice of Filing of Witness List of Fondation Serendipity, Fondation Elements, Serendipity Network LTD, and Liquidity Network LTD for Evidentiary Hearing on March 20, 2024, at 10:00 a.m. (ET)* | 2/21/2024 | 7691 |
| 33. | *Notice of Maps Vault Ltd's Intent to Offer Witness Testimony at the Hearing on March 20,2024 in Connection with the Motion of Debtors to Estimate Claims Based on Digital Assets* | 2/21/2024 | 7701 |
| 34. | *Notice of Deposition of Kevin Lu* | 2/21/2024 | 7703 |
| 35. | *Notice of Deposition of Sabrina T. Howell* | 2/21/2024 | 7706 |
| 36. | *Notice of Debtors' Intent to Offer Witness Testimony in Connection with the Further Hearing on Motion of Debtors to Estimate Claims Based on Digital Assets* | 2/21/2024 | 7780 |
| 37. | *Notice of Deposition of Fotios Konstantinidis* | 2/21/2024 | 7781 |
| 38. | *Notice of Deposition of Sabrina T. Howell* | 2/22/2024 | 7845 |
| 39. | *Notice of Deposition of Sabrina T. Howell* | 2/22/2024 | 7854 |
| 40. | *Notice of Deposition of Kevin Lu* | 2/22/2024 | 7855 |
| 41. | *Notice of Deposition of Ioannis Gkatzimas* | 2/28/2024 | 8201 |

| 42. | *Supplemental Objection of TMSI SEZC Ltd. to Motion of Debtors to Estimate Claims Based on Digital Assets* | 3/8/2024 | 8923 |
|---|---|---|---|
| 43. | *Objection of Fondation Serendipity, Fondation Elements, Serendipity Network Ltd. and Liquidity Network Ltd to the Debtors' Motion to Estimate Claims Based on Digital Assets* | 3/8/2024 | 8949 |
| 44. | *Lavanda Sands, L.L.C.'s Joinder in Objection of Fondation Serendipity, Fondation Elements, Serendipity Network LTD and Liquidity Network LTD to the FTX Debtors' Motion to Estimate Claims Based on Digital Assets* | 3/8/2024 | 8950 |
| 45. | *Maps Vault Limited's Response and Opposition to Motion of Debtors to Estimate Claims Based on Digital Assets* | 3/8/2024 | 8951 |
| 46. | *Debtors' Omnibus Supplemental Reply in Support of Motion of Debtors to Estimate Claims Based on Digital Assets* | 3/17/2024 | 9566 |
| 47. | *Official Committee of Unsecured Creditors' Joinder to Debtors' Omnibus Supplemental Reply in Support of Motion of Debtors to Estimate Claims Based on Digital Assets* | 3/17/2024 | 9567 |
| 48. | *Notice of Filing of Proposed Joint Pretrial Order* | 3/18/2024 | 9618 |
| 49. | *Joint Final Pretrial Order* | 3/19/2024 | 9725 |
| 50. | *Transcript regarding Hearing Held 3/20/2024*[3] | 3/22/2024 | 10152 |
| 51. | *Transcript regarding Hearing Held 3/25/2024*[4] | 4/2/2024 | 10953 |
| 52. | *Transcript regarding Hearing Held 3/26/2024*[5] | 4/2/2024 | 10955 |

---

[3]   Includes all exhibits admitted during trial.
[4]   Includes all exhibits admitted during trial.
[5]   Includes all exhibits admitted during trial.

| | | | |
|---|---|---|---|
| 53. | *Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* | 5/22/2024 | 15520 |
| 54. | *Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Affiliated Debtors and Debtors-in-Possession* | 5/22/2024 | 15521 |
| 55. | *Limited Objection of Maps Vault Limited to Motion of Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan* | 6/7/2024 | 16992 |
| 56. | *Limited Objection of Fondation Serendipity, Fondation Elements, Serendipity Network Ltd and Liquidity Network Ltd to Motion of Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan* | 6/7/2024 | 16995 |
| 57. | *Memorandum Opinion and Order* | 6/26/2024 | 19069 |
| 58. | *Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* | 6/27/2024 | 19139 |
| 59. | *Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Affiliated Debtors and Debtors-in-Possession* | 6/27/2024 | 19143 |
| 60. | *Notice of Appeal* | 7/9/2024 | 19857 |

| 61. | *Clerk's Notice Regarding Filing of Appeal* | 7/10/2024 | 19964 |
| 62. | *Notice of Appeal* | 7/10/2024 | 19978 |

Maps Vault expressly reserves the right to supplement this designation and the record on appeal with any relevant materials from the above-captioned chapter 11 bankruptcy case.

Dated: July 23, 2024
       Wilmington, Delaware

**DLA PIPER LLP (US)**

By: */s/ Aaron S. Applebaum*
Aaron S. Applebaum (DE No. 5587)
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801-1147
Telephone:   (302) 468-5700
Facsimile:   (302) 397-2462
Email:   aaron.applebaum@us.dlapiper.com

-and-

Dennis O'Donnell (admitted *pro hac vice*)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
Telephone:   (212) 335-4500
Facsimile:   (212) 335-4501
Email:   dennis.odonnell@us.dlapiper.com

Jeffrey S. Torosian (admitted *pro hac vice*)
Joseph A. Roselius (admitted *pro hac vice*)
444 W. Lake Street, Suite 900
Chicago, IL 60606
Telephone: (312) 368-4000
Email: jeffrey.torosian@dlapiper.com
      joseph.roselius@us.dlapiper.com

*Counsel for Maps Vault Limited*