IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| FTX Trading Ltd., *et al.*, | ) Case No. 22-11068 (JTD) |
| Debtors. | ) (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Oroboros FTX I, LLC**  **Contrarian Funds, LLC**

Name of Transferor                          Name of Transferee

Name and current address of transferor:     Name and address where notices and payments to transferee should be sent:

Oroboros FTX I, LLC                         Contrarian Funds, LLC
245 Michigan Avenue LG4                     Attn: Keith McCormack
Miami, FL 33139                             411 West Putnam Avenue, Suite 425
                                            Greenwich, CT 06830
                                            Email: tradeclaimsgroup@contrariancapital.com

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No.: 5751 Schedule: Schedule G Line 2.258 [Dkt. No. 2291] | Oroboros FTX I, LLC (as transferee of Kratos Studios LTD as transferee of Nerf Design Inc) | $1,522,400 | Alameda Research Ltd. | 22-11067 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Keith McCormack                     Date: 7/23/24
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Local Form 138

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the District of Delaware ("Court")
Attn: Clerk

AND TO: Alameda Research Ltd. ("Debtor")
Case No. 22-11067 (JTD) ("Case")

Claim #: 5751
Debtor's Schedules: Schedule G Line 2.258 [Dkt. No. 2291]

**OROBOROS FTX I, LLC**, assignee of **Kratos Studios Limited** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case; and (f) to any amounts listed on the Debtor's schedules, including in connection with Debtor's Schedule G Line 2.258 [DN 2291], in the principal amount of $1,522,400.00 ("Claim"), which represents 100% of the total claim amount against the Debtor in the Court, or any other court with jurisdiction over the Debtor's Case.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated 11/27/2023

OROBOROS FTX I, LLC
By: _Michael Bottjer_
Name: Michael Bottjer
Title: Authorized Signatory

CONTRARIAN FUNDS, LLC
By: _Keith McCormack_
Name: Keith McCormack
Title: Authorized Signatory

Debtor: Alameda Research Ltd
Case number (if known): 22-11067 (JTD)

### Additional Page If Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| # | List all contracts and unexpired leases | Contract description | Other party name and address |
|---|---|---|---|
| 2.258 | State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | MARKET MAKING AGREEMENT DATED 3/7/2022 | Nerf Design Inc<br>ia Espana<br>Delta Bank Building<br>6th Floor, Suite 604D<br>Panama City,<br>PANAMA |
| 2.259 | State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | AGREEMENT FOR RECEIPT AND USE OF CONSOLIDATED NETWORK A DATA AND NYSE MARKET DATA DATED 3/21/2020 | NEW YORK STOCK EXCHANGE, LLC.<br>11 Wall Street<br>New York, NY 10005 |
| 2.260 | State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | MASTER DIGITAL CURRENCY LOAN AGREEMENT DATED 11/27/2019 | Nexo Capital Inc.<br>Two Artillery Court<br>2nd Floor<br>Grand Cayman,<br>CAYMAN ISLANDS |
| 2.261 | State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | MASTER DIGITAL CURRENCY LOAN AGREEMENT DATED 6/12/2019 | Nexo Capital Inc.<br>Two Artillery Court<br>2nd Floor<br>Grand Cayman,<br>CAYMAN ISLANDS |
| 2.262 | State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | MASTER DIGITAL CURRENCY LOAN AGREEMENT DATED 6/12/2019 | Nexo Capital Inc.<br>Attn: Antoni Trenchev<br>Two Artillery Court<br>2nd Floor<br>Grand Cayman,<br>CAYMAN ISLANDS |
| 2.263 | State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | LOAN AGREEMENT DATED 1/10/2021 | Nicholas VanNewkirk<br>ADDRESS ON FILE |
| 2.264 | State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | LETTER OF ENGAGEMENT DATED 4/7/2020 | Nishith Desai Associates<br>93 B, Mittal Court<br>Nariman Point<br>Mumbai, 400 021<br>INDIA |