## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | )    Chapter 11 |
| | ) |
| FTX Trading Ltd., *et al.*, | )    Case No. 22-11068 (JTD) |
| Debtors. | ) |
| | )    (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**[Redacted]**                                         **Contrarian Funds, LLC**

Name of Transferor                                  Name of Transferee

Name and current address of transferor:      Name and address where notices and payments
                                                             to transferee should be sent:

**[Redacted]**

**Contrarian Funds, LLC**
**Attn: Keith McCormack**
**411 West Putnam Avenue, Suite 425**
**Greenwich, CT 06830**
**Email:**
**tradeclaimsgroup@contrariancapital.com**

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No.: 1898<br>Customer ID: 00162319<br>Schedule No.: 6815131 | **[Redacted]** | As stated on Debtors' Schedule F (below) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Kit McCormack*                                   Date: *7/23/24*

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Local Form 138

FTX Trading Ltd.

22-11068 (JTD)

| Customer Code | Contingent, Unliquidated or Disputed Indicator | Total Crypto Token / Fiat / NFT (Quantity/FMT ID) | Earn Indicator | Token / Fiat at Land |
|---|---|---|---|---|

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.