**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| FTX Trading Ltd., *et al.*, Debtors. | ) | Case No. 22-11068 (JTD) |
| | ) | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **[Redacted]** | **Contrarian Funds, LLC** |
| Name of Transferor | Name of Transferee |
| Name and current address of transferor: | Name and address where notices and payments to transferee should be sent: |
| **[Redacted]** | **Contrarian Funds, LLC**<br>**Attn: Keith McCormack**<br>**411 West Putnam Avenue, Suite 425**<br>**Greenwich, CT 06830**<br>**Email:**<br>**tradeclaimsgroup@contrariancapital.com** |

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No.: 37734<br>Customer ID: 00160260<br>Schedule: 7453926<br>Confirmation ID: 3265-70-JFKKH-240479380 | **[Redacted]** | As stated on Debtors' Schedule F (below) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Kit McCormack [signature]
Transferee/Transferee's Agent

Date: 7/23/24

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 00160253 | | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], AGLD-PERP[0], ALCX-PERP[0], ALGO-PERP[0], ALICE-PERP[0], ALPHA-PERP[0], ALT-PERP[0], AMPL-PERP[0], AR-PERP[0], ASD-PERP[0], ATLAS-PERP[0], ATOM-PERP[0], AUDIO-PERP[0], AVAX-PERP[0], AXS-PERP[0], BADGER-PERP[0], BAL-PERP[0], BAND-PERP[0], BAO-PERP[0], BAT-PERP[0], BCH-PERP[0], BIT-PERP[0], BNB-PERP[0], BNT-PERP[0], BOBA-PERP[0], BSV-PERP[0], BTC-PERP[0], BTTPRE-PERP[0], C98-PERP[0], CAKE-PERP[0], CELO-PERP[0], CEL-PERP[0], CHR-PERP[0], CHZ-PERP[0], CLV-PERP[0], COMP-PERP[0], CONV-PERP[0], CREAM-PERP[0], CRO-PERP[0], CRV-PERP[0], CVC-PERP[0], DASH-PERP[0], DAWN-PERP[0], DEFI-PERP[0], DENT-PERP[0], DODO-PERP[0], DOGE-PERP[0], DOT-PERP[0], DRGN-PERP[0], DYDX-PERP[0], EDEN-PERP[0], EGLD-PERP[0], ENJ-PERP[0], ENS-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH-PERP[0], EXCH-PERP[0], FIDA-PERP[0], FIL-PERP[0], FLM-PERP[0], FLOW-PERP[0], FTM-PERP[0], FTT-PERP[0], FXS-PERP[0], GALA-PERP[0], GAL-PERP[0], GLMR-PERP[0], GMT-PERP[0], GRT-PERP[0], GST-PERP[0], HBAR-PERP[0], HNT-PERP[0], HOT-PERP[0], HT-PERP[0], HUM-PERP[0], ICP-PERP[0], ICX-PERP[0], IMX-PERP[0], IOST-PERP[0], IOTA-PERP[0], JASMY-PERP[0], KAVA-PERP[0], KIN-PERP[0], KNC-PERP[0], KSHIB-PERP[0], KSM-PERP[0], LEO-PERP[0], LINA-PERP[0], LINK-PERP[0], LOOKS-PERP[0], LRC-PERP[0], LTC-PERP[0], LUNA2[0.00121456], LUNA2_LOCKED[0.00283399], LUNC-PERP[0], MANA-PERP[0], MAPS-PERP[0], MATIC-PERP[0], MCB-PERP[0], MER-PERP[0], MID-PERP[0], MINA-PERP[0], MKR-PERP[0], MNGO-PERP[0], MOB-PERP[0], MTA-PERP[0], MTL-PERP[0], MVDA10-PERP[0], MVDA25-PERP[0], NEAR-PERP[0], NEO-PERP[0], OKB-PERP[0], OMG-PERP[0], ONE-PERP[0], ONT-PERP[0], OP-PERP[0], ORBS-PERP[0], OXY-PERP[0], PAXG-PERP[0], PERP-PERP[0], POLIS-PERP[0], PRIV-PERP[0], PROM-PERP[0], PUNDIX-PERP[0], QTUM-PERP[0], RAMP-PERP[0], RAY-PERP[0], REEF-PERP[0], REN-PERP[0], ROOK-PERP[0], ROSE-PERP[0], RSR-PERP[0], RUNE-PERP[0], SAND-PERP[0], SC-PERP[0], SCRT-PERP[0], SHIB-PERP[0], SHIT-PERP[0], SKL-PERP[0], SLP-PERP[0], SNX-PERP[0], SOL-PERP[0], SRM-PERP[0], SRN-PERP[0], STEP-PERP[0], STMX-PERP[0], STORJ-PERP[0], STX-PERP[0], SUSHI-PERP[0], SXP-PERP[0], THETA-PERP[0], TLM-PERP[0], TOMO-PERP[0], TONCOIN-PERP[0], TRU-PERP[0], TRX-PERP[0], UNI-PERP[0], UNISWAP-PERP[0], USD[13.82], USDT-PERP[0], VET-PERP[0], WAVES-PERP[0], XEM-PERP[0], XLM-PERP[0], XMR-PERP[0], XRP-PERP[0], XTZ-PERP[0], YFII-PERP[0], YFI-PERP[0], ZEC-PERP[0], ZIL-PERP[0], ZRX-PERP[0] | | |
| 00160260 | | 1INCH-PERP[0], AAVE-20201225[0], AAVE-20210625[0], AAVE-PERP[0], ADA-20200925[0], ADA-PERP[0], ALGO-20200925[0], ALGO-PERP[0], ALICE-PERP[0], ALPHA-PERP[0], ALT-PERP[0], AMPL[0], AMPL-PERP[0], ANC-PERP[0], APE-PERP[0], AR-PERP[0], ASD-PERP[0], ATOM-20200925[0], ATOM-PERP[0], AUDIO-PERP[0], AVAX-PERP[0], AXS-PERP[0], BAL-20200925[0], BAL-PERP[0], BAND-PERP[0], BAO-PERP[0], BCH-20200925[0], BCH-PERP[0], BNB-20200925[0], BNB-20201225[0], BNB-PERP[0], BNT-PERP[0], BSV-PERP[0], BTC[0.00000002], BTC-0325[0], BTC-0624[0], BTC-20200925[0], BTC-20201225[0], BTC-20210625[0], BTC-20210924[0], BTC-20211231[0], BTC-HASH-2021Q1[0], BTC-MOVE-20200514[0], BTC-MOVE-20200519[0], BTC-MOVE-20200521[0], BTC-MOVE-20200605[0], BTC-MOVE-20200606[0], BTC-MOVE-20200610[0], BTC-MOVE-20200611[0], BTC-MOVE-20200614[0], BTC-MOVE-20200615[0], BTC-MOVE-20200617[0], BTC-MOVE-20200619[0], BTC-MOVE-20200621[0], BTC-MOVE-20200622[0], BTC-MOVE-20200624[0], BTC-MOVE-20200626[0], BTC-MOVE-20200627[0], BTC-MOVE-20200704[0], BTC-MOVE-20200721[0], BTC-MOVE-20200729[0], BTC-MOVE-20200912[0], BTC-MOVE-20201021[0], BTC-MOVE-20201107[0], BTC-MOVE-20201109[0], BTC-MOVE-20201110[0], BTC-MOVE-20201111[0], BTC-MOVE-20201112[0], BTC-MOVE-20201116[0], BTC-MOVE-20201126[0], BTC-MOVE-20201127[0], BTC-MOVE-2020Q2[0], BTC-MOVE-WK-0401[0], BTC-MOVE-WK-0819[0], BTC-MOVE-WK-20200515[0], BTC-MOVE-WK-20200626[0], BTC-MOVE-WK-20200807[0], BTC-MOVE-WK-20210423[0], BTC-PERP[0], CAKE-PERP[0], CEL-PERP[0], COMP[0], COMP-20200626[0], COMP-20200925[0], COMP-PERP[0], CREAM-20200925[0], CREAM-PERP[0], CRO-PERP[0], CRV-PERP[0], CVX-PERP[0], DAI[.00000001], DASH-PERP[0], DEFI-20200925[0], DEFI-20201225[0], DEFI-20210625[0], DEFI-20210924[0], DEFI-PERP[0], DMG-20200925[0], DMG-PERP[0], DOGE-20200626[0], DOGE-20200925[0], DOGE-PERP[0], DOT-20210326[0], DOT-PERP[0], DOTPRESPLIT-20200925[0], DOTPRESPLIT-2020PERP[0], DRGN-20200925[0], DRGN-PERP[0], DYDX[.00000001], DYDX-PERP[0], EOS-20200925[0], EOS-20210326[0], EOS-PERP[0], ETC-20200925[0], ETC-PERP[0], ETH[0.00000003], ETH-0325[0], ETH-0624[0], ETH-0930[0], ETH-1230[0], ETH-20200925[0], ETH-20201225[0], ETH-20210326[0], ETH-20210625[0], ETH-20210924[0], ETH-20211231[0], ETH-PERP[ -4], EXCH-20200925[0], FIL-20201225[0], FIL-PERP[0], FLM-PERP[0], FTM-PERP[0], FTT[403.70000058], FTT-PERP[0], FXS-PERP[0], GALA-PERP[0], GMT-PERP[0], GRT-PERP[0], GST-PERP[0], HNT-PERP[0], HT-20200925[0], HT-PERP[0], ICP-PERP[0], IMX[0], IMX-PERP[0], IOST-PERP[0], KNC-20200626[0], KNC-20200925[0], KNC-PERP[0], KSM-PERP[0], LDO-PERP[0], LEND-PERP[0], LEO-20200925[0], LEO-PERP[0], LINK-20200925[0], LINK-20201225[0], LINK-20210326[0], LINK-20210625[0], LINK-PERP[0], LOOKS-PERP[0], LTC-20200925[0], LTC-20201225[0], LTC-PERP[0], LUNC-PERP[0], MANA-PERP[0], MAPS-PERP[0], MATIC-20200925[0], MATIC-PERP[0], MKR-PERP[0], MNGO-PERP[0], MTA-20200925[0], MTA-PERP[0], NEAR-PERP[0], NEO-PERP[0], NFT (329480025622211372/KYLO REN TEE #8)[1], NFT (409440830861595640/JOIN THE DARK SIDE TEE #9 (Redeemed))[1], NFT (495789928386411576/FTX Swag Pack #124)[1], OKB-PERP[0], OMG-PERP[0], ONE-PERP[0], OP-PERP[0], OXY-PERP[0], PERP-PERP[0], POLIS-PERP[0], RAY-PERP[0], ROOK[0.00000001], ROOK-PERP[0], ROSE-PERP[0], RUNE-20201225[0], RUNE-PERP[0], SAND[0], SAND-PERP[0], SC-PERP[0], SHIB-PERP[0], SHIT-PERP[0], SLP-PERP[0], SNX-PERP[0], SOL[0], SOL-0325[0], SOL-20200925[0], SOL-20210625[0], SOL-20210924[0], SOL-20211231[0], SOL-PERP[0], SRM[0.74423893], SRM_LOCKED[431.82373008], SRM-PERP[0], STEP-PERP[0], SUSHI[.00000001], SUSHI-20200925[0], SUSHI-20201225[0], SUSHI-20210625[0], SUSHI-PERP[0], SXP-20200925[0], SXP-PERP[0], THETA-20200626[0], THETA-20200925[0], THETA-PERP[0], TOMO-20200925[0], TOMO-PERP[0], TRX-20200925[0], TRX[5077.6313807], TRX-PERP[0], TRYB-20200626[0], TRYB-PERP[0], UNI-20200925[0], UNI-20201225[0], UNI-20210625[0], UNI-PERP[0], UNISWAP-20200925[0], UNISWAP-PERP[0], USD[8561.29], USDT[1002.00000002], USTC-PERP[0], VET-PERP[0], WAVES-PERP[0], XAUT[0], XAUT-PERP[0], XLM-PERP[0], XMR-PERP[0], XRP-20200925[0], XRP-20201225[0], XRP-PERP[0], XTZ-20200925[0], XTZ-PERP[0], YFI[0], YFI-0325[0], YFI-20201225[0], YFI-20210625[0], YFI-PERP[0], ZEC-PERP[0], ZIL-PERP[0], ZRX-PERP[0] | | |
| 00160265 | | 1INCH[0], BAT[0], BTC[0], BTC-20200626[0], BTC-20200925[0], BTC-PERP[0], EDEN[0], ETH[0], ETH-PERP[0], FIDA[.29817901], FIDA_LOCKED[1.51872505], FTT[150.06006107], LEO[0.00000001], LINK[0.00000001], MATIC[0], MKR[0.00000001], MKR-PERP[0], NFT (351387281298995027/The Hill by FTX #22952)[1], NFT (438423140449821004/FTX AU - we are here! #24260)[1], NFT (504675282536159166/FTX AU - we are here! #24254)[1], POLIS[0], SOL[0], SRM[8.08648515], SRM_LOCKED[331.92618811], SXP[0.00000001], UBXT[.00000001], USD[0.40], USDT[24001.40375023], XRP[0], XRP-PERP[0] | | |
| 00160267 | | ADA-20191227[0], ADA-20200327[0], ADA-20200626[0], ADA-PERP[0], ALGO-20200327[0], ALGO-20200626[0], ALGO-PERP[0], AMPL-PERP[0], APT[0], ASD[0], ASD-PERP[0], ATOM-20200626[0], ATOM-20210625[0], ATOM-PERP[0], AXS[0], BAND[8717.77202161], BCH[0], BCH-20191227[0], BCH-20200626[0], BCH-PERP[0], BIDEN[0], BNB[0], BNB-20210326[0], BNB-PERP[0], BNT[0], BSV-20200626[0], BSV-PERP[0], BTC[0], BTC-20200925[0], BTC-20210326[0], BTC-20210625[0], BTC-20211231[0], BTC-PERP[0], BTMX-20191227[0], BTMX-20200327[0], BTMX-20200925[0], BTMX-20210326[0], CEL[0], COMP-PERP[0], DEFI-20210326[0], DEFI-20210924[0], DEFI-PERP[0], DOGE-20191227[0], DOGE-20200327[0], DOGE-PERP[0], DOT[0], DOT-20210326[0], DOT-PERP[0], EOS-20200626[0], EOS-PERP[0], ETC-20200327[0], ETC-PERP[0], ETH-20200626[0], ETH-20210326[0], ETH-20210625[0], ETH-PERP[0], FTM[0], FTT[0.15242885], FTT-PERP[0], GMT[0], HT-20200327[0], HT-PERP[0], LEO-20191227[0], LEO-PERP[0], LINK-20210326[0], LINK-PERP[0], LTC-20191227[0], LTC-20200626[0], LTC-20210326[0], LTC-PERP[0], LUNA2[0.00000004], LUNA2_LOCKED[0.00000010], MATIC-20191227[0], MATIC-PERP[0], MKR[0], OKB-20200327[0], OKB-PERP[0], OLY2021[0], OMG[0], REN[0], RUNE[0], SHIT-PERP[0], SOL[ -2525.42708370], SUSHI[0], TRUMP[0], TRX[0], TRX-20191227[0], TRX-20200327[0], TRX-20200626[0], TRX-PERP[0], UNI-20210625[0], USD[77150.97], USDT[95.37535996], USDT-PERP[0], XRP-20191227[0], XRP-20200626[0], XRP-PERP[0], XTZ-20200626[0], XTZ-PERP[0] | | BAND[8124.385736], USDT[94.98] |
| 00160272 | | BTC-HASH-2020Q3[0], BTC-MOVE-20200725[0], ETH[0.00079652], ETHW[0.00079651], NFT (306057533033551710/Mexico Ticket Stub #866)[1], NFT (331356405104863300/Hungary Ticket Stub #710)[1], NFT (337556956135791123/FTX EU - we are here! #197261)[1], NFT (347930154266044567/The Hill by FTX #3302)[1], NFT (404366902573095912/Austin Ticket Stub #969)[1], NFT (451788478595092407/Singapore Ticket Stub #725)[1], NFT (458213012174985693/FTX EU - we are here! #197239)[1], NFT (484577092868494469/Montreal Ticket Stub #76)[1], NFT (517552754487114143/FTX EU - we are here! #197225)[1], NFT (524780460841472980/Monza Ticket Stub #1587)[1], SRM[.0004004], SRM_LOCKED[.00153304], SXPBULL[0.00000020], USD[0.01], USDT[0] | | |
| 00160274 | | 1INCH-PERP[0], AAVE[2.21559800], AAVE-PERP[0], ADA-20200925[0], ADA-20201225[0], ADA-PERP[0], AGLD-PERP[0], ALCX[0], ALCX-PERP[0], ALGO-20200925[0], ALGO-20201225[0], ALGO-PERP[0], ALICE-PERP[0], ALPHA-PERP[0], ALT-20201225[0], ALT-PERP[0], APE-PERP[0], AR-PERP[0], ASD-PERP[0], ATLAS-PERP[0], ATOM-20201225[0], ATOM-PERP[0], AUDIO-PERP[0], AVAX-PERP[0], AXS[.00000001], AXS-PERP[0], BADGER-PERP[0], BAL-20201225[0], BAL-PERP[0], BAND-PERP[0], BAO[.00000001], BAO-PERP[0], BAT-PERP[0], BCH-PERP[0], BIT-PERP[0], BNB-20201225[0], BNB-PERP[0], BNT-PERP[0], BOBA-PERP[0], BSV-20201225[0], BSV-PERP[0], BTC[1.24237024], BTC-20200925[0], BTC-20201225[0], BTC-PERP[ -1.23], BTMX-20201225[0], BTTPRE-PERP[0], BULL[0.00000001], C98-PERP[0], CAKE-PERP[0], CELO-PERP[0], CHR-PERP[0], CHZ-PERP[0], CLV-PERP[0], COMP[0], COMP-20201225[0], COMPBULL[0], COMP-PERP[0], CONV-PERP[0], COPE[990.37567], CREAM-PERP[0], CRO-PERP[0], CRV-PERP[0], CVC-PERP[0], DASH-PERP[0], DAWN-PERP[0], DEFI-20201225[0], DEFI-PERP[0], DENT-PERP[0], DMG-20201225[0], DODO-PERP[0], DOGE-20200925[0], DOGE-20201225[0], DOGE-PERP[0], DOT-20200925[0], DOT-20201225[0], DOT-PERP[0], DRGN-20201225[0], DRGN-PERP[0], DYDX-PERP[0], EDEN-PERP[0], EGLD-PERP[0], ENJ-PERP[0], ENS-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH-20201225[0], ETH[21.19700002], ETHBULL[0.00000001], ETH-PERP[ -20.356], ETHW[0.00007143], EXCH-20201225[0], EXCH-PERP[0], FIDA-PERP[ -3007], FIL-20201225[0], FIL-PERP[0], FLM-PERP[0], FLOW-PERP[0], FTM-PERP[0], FTT[0], FTT-PERP[0], GALA-PERP[0], GMT-PERP[0], GRTBULL[0], GRT-PERP[0], HBAR-PERP[0], HNT-PERP[0], HOLY-PERP[0], HOT-PERP[0], HT-20201225[0], HT-PERP[0], HUM-PERP[0], ICP-PERP[0], ICX-PERP[0], IMX-PERP[0], IOTA-PERP[0], KAVA-PERP[0], KIN-PERP[0], KNC-PERP[0], KSHIB-PERP[0], KSM-PERP[0], KSOS-PERP[0], LEO-PERP[0], LINA-PERP[0], LINK-20201225[0], LINK-PERP[0], LOOKS-PERP[0], LRC-PERP[0], LTC-PERP[0], LUNC-PERP[0], MANA-PERP[0], MAPS-PERP[0], MATIC[0], MATIC-PERP[0], MCB-PERP[0], MEDIA-PERP[0], MER-PERP[0], MID-20201225[0], MID-PERP[0], MINA-PERP[0], MKR-PERP[0], MNGO-PERP[0], MOON[.06], MTA-20201225[0], MTA-PERP[0], MTL-PERP[0], MVDA10-PERP[0], MVDA25-PERP[0], NEAR-PERP[0], NEO-PERP[0], NFT (556643002511405628/The Hill by FTX #42092)[1], OKB-20201225[0], OKB-PERP[0], OMG-PERP[0], ONE-PERP[0], ONT-PERP[0], OP-PERP[0], ORBS-PERP[0], OXY-PERP[ -19736.8], PERP[.00000001], PERP-PERP[0], POLIS-PERP[0], PRIV-20201225[0], PRIV-PERP[0], PROM-PERP[0], PUNDIX-PERP[0], QTUM-PERP[0], RAMP-PERP[0], RAY-PERP[0], REEF-PERP[0], REN-PERP[0], RNDR[0], RNDR-PERP[0], RON-PERP[0], ROOK-PERP[0], ROSE-PERP[0], RSR-PERP[0], RUNE-20201225[0], RUNE[3.03092550], RUNE-PERP[0], SAND-PERP[0], SC-PERP[0], SCRT-PERP[0], SECO-PERP[0], SHIT-PERP[0], SKL-PERP[0], SLP-PERP[0], SNX-PERP[0], SOL-20201225[0], SOL-PERP[0], SPELL-PERP[0], SRM[.49608968], SRM_LOCKED[6.98773223], SRM-PERP[0], SRN-PERP[0], STEP-PERP[0], STMX-PERP[0], STORJ-PERP[0], STX-PERP[0], SUSHI-PERP[0], SXP-20200925[0], SXP-20201225[0], SXP-PERP[0], THETA-20201225[0], THETA-PERP[0], TLM-PERP[0], TOMO-20201225[0], TOMO-PERP[0], TONCOIN-PERP[0], TRU-PERP[0], TRX-20201225[0], TRX-PERP[0], UNI-20201225[0], UNI-PERP[0], UNISWAP-20201225[0], UNISWAP-PERP[0], USD[50349.08], USDT[1048.52436321], VET-PERP[0], WAVES-PERP[0], XEM-PERP[0], XLM-PERP[0], XMR-PERP[0], XRP-PERP[0], XTZ-20201225[0], XTZ-PERP[0], YFI[.00000001], YFI-20201225[0], YFI-PERP[0], ZEC-PERP[0], ZIL-PERP[0], ZRX-PERP[0] | | AAVE[2.165966] |
| 00160283 | | AKRO[.00000001], ALCX[.00000001], ALGO-PERP[0], AMPL[0.00000003], BADGER[0], BAO[ -0.00000004], BCH-PERP[0], BIT[.00000001], BNB[0.00253700], BNB-PERP[0], BOBA[.00000001], BSV-PERP[0], BTC[.00003247], CONV[.00000001], DAI[.00000001], DOGE[1.5248111], DYDX-PERP[0], ETH[0.00000002], ETH-PERP[0], ETHW[0.00038320], FIL-PERP[0], FRONT[.00000001], FTT[49000.35523881], GODS[.00000001], LEO[.00000001], LINK[.00000001], LUA[.00000005], LUNA2[0.00560182], LUNA2_LOCKED[0.01307093], MATH[.00000001], MATIC[0], MCB[.00590452], PERP[ -0.00000001], ROOK[ -0.00000002], ROOK-PERP[0], SOL-PERP[0], SPELL[.00000004], TOMO[.00000003], TONCOIN[.06702], TRX[.247603], TRX-PERP[0], USD[2166.93], USDT[0.76771057], WBTC[0] | | |
| 00160287 | | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], ALPHA-PERP[0], ALT-20210326[0], ALT-PERP[0], AMPL-PERP[0], ASD-PERP[0], ATOM-PERP[0], AVAX-PERP[0], BADGER-PERP[0], BAO-PERP[0], BAT-PERP[0], BNB-PERP[0], BNT-PERP[0], BTC[0], BTC-20200925[0], BTC-20201225[0], BTC-20210326[0], BTC-PERP[0], BTTPRE-PERP[0], COMP-PERP[0], CREAM-PERP[0], DEFI-PERP[0], DMG-PERP[0], DOGE-PERP[0], DOT-PERP[0], EGLD-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[0], ETH-PERP[0], EXCH-PERP[0], FIL-PERP[0], FLM-PERP[0], FTT-PERP[0], GRT-PERP[0], HOLY-PERP[0], HT-PERP[0], IOTA-PERP[0], KNC-PERP[0], LINA-PERP[0], LINK-PERP[0], LTC-20210326[0], LTC-PERP[0], LUNC-PERP[0], MATIC-PERP[0], MID-PERP[0], MTA-PERP[0], NEO-PERP[0], OKB-PERP[0], OMG-PERP[0], OXY-PERP[0], RAY-PERP[0], REN-PERP[0], ROOK-PERP[0], RUNE-PERP[0], SECO-PERP[0], SHIB-PERP[0], SHIT-PERP[0], SOL[0], SOL-PERP[0], SRM[15.09428568], SRM_LOCKED[51.89706464], SRM-PERP[0], SXP-PERP[0], THETA-PERP[0], TRX-PERP[0], UNI-PERP[0], USD[0.00], USDT[0], VET-PERP[0], WAVES-PERP[0], XMR-PERP[0], XRP-PERP[0], XTZ-PERP[0], YFI-20210326[0], YFII-PERP[0], YFI-PERP[0], ZEC-PERP[0], ZRX-PERP[0] | | |
| 00160292 | | 1INCH[.0244], ALGO-PERP[0], ALPHA-PERP[0], ALT-PERP[0], AVAX-PERP[0], AXS[.0083315], AXS-PERP[0], BAND-PERP[0], BNB[0], BNB-PERP[0], BTC-0930[0], BTC-20210625[0], BTC[2.39666671], BTC-PERP[ -0.57880000], BULL[0], CRV-PERP[0], DEFI-PERP[0], DENT-PERP[0], DOGE[.545595], DOGE-PERP[0], DOT-PERP[0], EDEN[.0127675], EDEN-PERP[0], ENS[.00605], ETH[0.00016859], ETH-20211231[0], ETHBULL[0], ETH-PERP[0], ETHW[0.00016859], EXCH-PERP[0], FTT[150.17303011], FTT-PERP[0], FTXDXY-PERP[0], GRT[0.87164500], GRT-20210625[0], GRT-20211231[0], GRT-PERP[0], HOT-PERP[0], IMX[.095118], IMX-PERP[0], KAVA-PERP[0], KNC-PERP[0], LINK[0.01711550], LINKBULL[0], LINK-PERP[0], LRC-PERP[0], MATIC[6.77207335], MATIC-PERP[0], NFT (330406915666050897/FTX EU - we are here! #109713)[1], NFT (348597476474238456/FTX Swag Pack #220)[1], NFT (370132916355213931/FTX EU - we are here! #109628)[1], NFT (382626931555110565/FTX AU - we are here! #27383)[1], NFT (413753302558459635/Monza Ticket Stub #1837)[1], NFT (459403748776901347/FTX EU - we are here! #109463)[1], NFT (463910297597650384/FTX AU - we are here! #27390)[1], NFT (464431006223972811/The Hill by FTX #6736)[1], ONT-PERP[0], ORCA[.077745], SLP[8.88585], SLP-PERP[0], SOL[0.00580346], SOL-PERP[0], SPELL-PERP[0], SRM[30.83950003], SRM_LOCKED[109.92306845], SUSHI[.02759001], SUSHI-PERP[0], TRX[0], TRX-PERP[0], UNI[.002589], UNI-PERP[0], USD[10002.80], USDT[0.00105375], XLM-PERP[0], XMR-PERP[0], XRP-PERP[0] | | |
| 00160308 | | ADA-PERP[0], ALPHA-PERP[0], APE-PERP[0], AR-PERP[0], BCH-PERP[0], BNB-PERP[0], BTC[0], BTC-PERP[0], CAKE-PERP[0], DOGE-PERP[0], DOT-20210625[0], EOS-PERP[0], ETH[0], ETH-20210625[0], ETH-PERP[0], ETHW[12.01747392], FTT[499.90728000], FTT-PERP[0], GALA-PERP[0], LOOKS-PERP[0], LTC-PERP[0], LUNC-PERP[0], MAPS-PERP[0], MATIC-PERP[0], NFT (305155325994832197/FTX AU - we are here! #4052)[1], NFT (454588219468381780/FTX AU - we are here! #4049)[1], SC-PERP[0], SOL-PERP[0], SRM[2.70544036], SRM_LOCKED[16.01455964], TRX[.000001], USD[1052.67], USDT[9834.84744601] | | |

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.