| | | |
|---|---|---|
| **name of the Court:**<br>United States Bankruptcy Court for the District of Delaware | RECEIVED<br>2024 JUL 24  AM 11: 29<br>CLERK<br>US BANKRUPTCY COURT<br>DISTRICT OF DELAWARE | Toulouse, FRANCE, 17th of July<br>**name of the claimant:**<br>Emmanuel Fauquet<br>8 bis rue Jacques Darré,<br>31 300 Toulouse,<br>FRANCE<br>+33 6 77 05 68 59<br>efauquet@gmail.com |

**name of the Debtors:**
FTX Trading Ltd. and its affiliated debtors and debtors-in-possession, Chapter 11

**lead case number:**
Case No. 22-11068 (JTD),

**title of the Objection:**
DEBTORS' FIFTIETH (NON-SUBSTANTIVE) OMNIBUS OBJECTION

**claim number:**
eac60dc60d17504d5ea367fe2fa85a2545ff595e

**Dear Sir/Madam,**

I live in France but my account was created on FTX Trading Ltd in april 2021 and at this time, FTX EU Ltd. didn't exist. This european branch has been created in march 2022 and I have never been informed that my usa account had been 'transfered' to the european company. Therefore, I assume that I was still under FTX Trading Ltd by the time it collapsed.
In addition, I know that customers related to FTX EU Ltd received specific emails and procedure in 2023 but I never received any of that, that is to say that I was still FTX Trading Ltd juridiction.

I send you different screenshots of my Gmail inbox so you can verify the date of my registration on FTX and the lack of communication regarding any transfer of my account from FTX Ltd to FTX EU Ltd.

Regarding the amount I should receive. I had different tokens in my wallet, including 16.940567720 Sol that are worth today, at least 2200 $ so if we add the other tokens we are far away from the amount that is offered to me 550 $ by FTX Ltd.

I hope that you will find my words sincere and legit.
Please excuse me if you find some grammatical or procedure mistakes as talking to a U.S. Court is completely new for me.

I remain at your disposal for any information.

Faithfully yours,
Emmanuel Fauquet



**Emmanuel Fauquet <efauquet@gmail.com>**

## Identity verification information submitted
1 message

**FTX Cryptocurrency Derivatives Exchange** <support@ftx.com>   17 avril 2021 à 09:59
À : efauquet@gmail.com

Your Level 1 identity verification information has been submitted. We will contact you if there are any issues.

Thank you for choosing to trade on FTX.

Join our community:
Wechat: ftexchange
Telegram: FTX_Official
Twitter: FTX_Official

---------------------------
FTX Crypto Derivatives Exchange: https://ftx.com











Office of the clerk of the United States
Bankruptcy Court for the district of Delaware

824 Market Street
3rd floor
Wilmington
DELAWARE 19801

U.S.A.