## Exhibit A

**Time Entries**

**FTX**
Hours Summary (Jun-24)

July 16, 2024

Strictly Private & Confidential

| | Correspondence with Debtor Advisors and Principals | Correspondence with Creditors, UCC, and Advisors | Correspondence with Third-Parties | Due Diligence and Restructuring Strategy | Sale Process Matters | Financing Matters | Court Hearings | Other Administrative Processes and Analysis | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Restructuring** | | | | | | | | | |
| Bruce Mendelsohn (Partner) | 6.0 | 4.0 | 0.5 | 9.5 | - | - | - | - | **20.0** |
| Kevin Cofsky (Partner) | 6.0 | 4.0 | - | 11.5 | - | - | - | - | **21.5** |
| Matt Rahmani (Managing Director) | 7.0 | 4.0 | 3.0 | 93.0 | 0.5 | - | - | - | **107.5** |
| Kendyl Flinn (Director) | 1.5 | 3.0 | 2.0 | 58.0 | 1.0 | - | - | 3.0 | **68.5** |
| Ryan Moon (Associate) | - | - | - | - | - | - | - | 6.0 | **6.0** |
| Emil Tu (Analyst) | 3.0 | 4.0 | 3.0 | 119.0 | 1.0 | - | - | 6.0 | **136.0** |
| Jackson Darby (Analyst) | 3.0 | 3.0 | 3.0 | 68.0 | 1.0 | - | - | 28.5 | **106.5** |
| Jack Ran (Summer Associate) | 0.5 | 2.0 | 2.0 | 54.0 | 0.5 | - | - | 32.5 | **91.5** |
| Elan Rosen (Summer Analyst) | 0.5 | 2.0 | 2.0 | 54.0 | 0.5 | - | - | 47.0 | **106.0** |
| **Restructuring Sub-Total** | **27.5** | **26.0** | **15.5** | **467.0** | **4.5** | **-** | **-** | **123.0** | **663.5** |
| **FinTech and Digital Assets** | | | | | | | | | |
| Michael Grace (Partner) | - | - | - | - | - | - | - | - | **-** |
| Max Mesny (Partner) | - | - | - | - | - | - | - | - | **-** |
| Timm Schipporeit (Partner) | - | - | - | - | - | - | - | 2.0 | **2.0** |
| Laura Klaassen (Managing Director) | - | - | - | - | - | - | - | - | **-** |
| Ema Betts (Managing Director) | - | - | 15.0 | - | - | - | - | - | **15.0** |
| Nathaniel Nussbaum (Executive Director) | - | - | - | - | - | - | - | - | **-** |
| Geoff Posess (Executive Director) | - | - | - | - | - | - | - | 6.0 | **6.0** |
| Wasif Syed (Executive Director) | - | - | - | - | - | - | - | 2.0 | **2.0** |
| Alexander Kalashnikov (Associate) | - | - | 3.0 | - | - | - | - | - | **3.0** |
| Eduardo Ascoli (Associate) | - | - | 15.0 | - | - | - | - | - | **15.0** |
| Donall O'Leary (Associate) | - | - | - | - | - | - | - | - | **-** |
| **FinTech & Digital Assets Sub-Total** | **-** | **-** | **33.0** | **-** | **-** | **-** | **-** | **10.0** | **43.0** |
| **Team Grand Total** | **27.5** | **26.0** | **48.5** | **467.0** | **4.5** | **-** | **-** | **133.0** | **706.5** |

# FTX

**Hours Summary by Category** *Strictly Private & Confidential*

**July 16, 2024**

| | |
|---|---|
| Correspondence with Debtor Advisors and Principals | 27.5 |
| Correspondence with Creditors, UCC, and Advisors | 26.0 |
| Correspondence with Third-Parties | 48.5 |
| Due Diligence and Restructuring Strategy | 467.0 |
| Sale Process Matters | 4.5 |
| Financing Matters | 0.0 |
| Court Hearings | 0.0 |
| Other Administrative Processes and Analysis | 133.0 |
| **Total Hours** | **706.5** |

**FTX**
Bruce Mendelsohn (Partner)

Strictly Private & Confidential

| Bruce Mendelsohn (Partner) - Case Hours Summary (Jun-24) | |
| --- | --- |
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | 6.0 |
| Correspondence with Creditors, UCC, and Advisors | 4.0 |
| Correspondence with Third-Parties | 0.5 |
| Due Diligence and Restructuring Strategy | 9.5 |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | - |
| **Total** | **20.0** |

| Case Hours Detail (Jun-24) | | | | |
| --- | --- | --- | --- | --- |
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 06/03/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/04/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 06/04/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 06/04/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/05/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/06/24 | Thursday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/07/24 | Friday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/10/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/11/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 06/11/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |

Strictly Private & Confidential

| 06/11/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
| 06/11/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/12/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/13/24 | Thursday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/14/24 | Friday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/17/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/18/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 06/18/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 06/18/24 | Tuesday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 06/18/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/19/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/20/24 | Thursday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/21/24 | Friday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/24/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |

Strictly Private & Confidential

| 06/25/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 06/25/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 06/25/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
| 06/25/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/26/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/27/24 | Thursday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |

**FTX**
Kevin Cofsky (Partner)

Strictly Private & Confidential

| Kevin Cofsky (Partner) - Case Hours Summary (Jun-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | 6.0 |
| Correspondence with Creditors, UCC, and Advisors | 4.0 |
| Correspondence with Third-Parties | - |
| Due Diligence and Restructuring Strategy | 11.5 |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | - |
| **Total** | **21.5** |

| Case Hours Detail (Jun-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 06/03/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/04/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 06/04/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 06/04/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/05/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 06/05/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/06/24 | Thursday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/07/24 | Friday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/10/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/11/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |

| 06/11/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
|---|---|---|---|---|
| 06/11/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
| 06/11/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/12/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 06/12/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/13/24 | Thursday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/14/24 | Friday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/17/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/18/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 06/18/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 06/18/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/19/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 06/19/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/20/24 | Thursday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |

| 06/21/24 | Friday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
|---|---|---|---|---|
| 06/24/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/25/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 06/25/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 06/25/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
| 06/25/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/26/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 06/26/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/27/24 | Thursday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |

| Matt Rahmani (Managing Director) - Case Hours Summary (Jun-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | 7.0 |
| Correspondence with Creditors, UCC, and Advisors | 4.0 |
| Correspondence with Third-Parties | 3.0 |
| Due Diligence and Restructuring Strategy | 93.0 |
| Sale Process Matters | 0.5 |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | - |
| **Total** | **107.5** |

| Case Hours Detail (Jun-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 06/03/24 | Monday | 3.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 06/03/24 | Monday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/04/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 06/04/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 06/04/24 | Tuesday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 06/05/24 | Wednesday | 0.5 | Correspondence with Debtor Advisors and Principals | Weekly venture investments call |
| 06/05/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 06/05/24 | Wednesday | 3.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 06/06/24 | Thursday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 06/06/24 | Thursday | 0.5 | Correspondence with Third-Parties | Discussion with venture portfolio company |

| 06/07/24 | Friday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
|---|---|---|---|---|
| 06/10/24 | Monday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 06/11/24 | Tuesday | 0.5 | Sale Process Matters | Internal Discussion on Venture Investments |
| 06/11/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 06/11/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 06/11/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
| 06/11/24 | Tuesday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 06/12/24 | Wednesday | 0.5 | Correspondence with Debtor Advisors and Principals | Weekly venture investments call |
| 06/12/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/12/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 06/13/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/13/24 | Thursday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 06/14/24 | Friday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/14/24 | Friday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |

| 06/14/24 | Friday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
|---|---|---|---|---|
| 06/17/24 | Monday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/17/24 | Monday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/18/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 06/18/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 06/18/24 | Tuesday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 06/18/24 | Tuesday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/19/24 | Wednesday | 0.5 | Correspondence with Third-Parties | Weekly venture investments call |
| 06/19/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 06/20/24 | Thursday | 0.5 | Correspondence with Third-Parties | Internal Discussion on Venture Investments |
| 06/20/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/20/24 | Thursday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/24/24 | Monday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/24/24 | Monday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |

| 06/25/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
|---|---|---|---|---|
| 06/25/24 | Tuesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/25/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 06/25/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
| 06/25/24 | Tuesday | 5.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 06/25/24 | Tuesday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 06/25/24 | Tuesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/25/24 | Tuesday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/26/24 | Wednesday | 0.5 | Correspondence with Third-Parties | Weekly venture investments call |
| 06/26/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/26/24 | Wednesday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/26/24 | Wednesday | 4.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 06/26/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 06/27/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |

| 06/27/24 | Thursday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/27/24 | Thursday | 4.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |

**FTX**
Kendyl Flinn (Director)

Strictly Private & Confidential

| Kendyl Flinn (Director) - Case Hours Summary (Jun-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | 1.5 |
| Correspondence with Creditors, UCC, and Advisors | 3.0 |
| Correspondence with Third-Parties | 2.0 |
| Due Diligence and Restructuring Strategy | 58.0 |
| Sale Process Matters | 1.0 |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | 3.0 |
| **Total** | **68.5** |

| Case Hours Detail (Jun-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 06/11/24 | Tuesday | 0.5 | Sale Process Matters | Internal Discussion on Venture Investments |
| 06/11/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 06/12/24 | Wednesday | 0.5 | Correspondence with Debtor Advisors and Principals | Weekly venture investments call |
| 06/12/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/13/24 | Thursday | 0.5 | Sale Process Matters | Internal Onboarding Discussion on for new team members |
| 06/13/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/13/24 | Thursday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 06/14/24 | Friday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/14/24 | Friday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/14/24 | Friday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |

Strictly Private & Confidential

| 06/14/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 06/17/24 | Monday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/17/24 | Monday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/18/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 06/18/24 | Tuesday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 06/18/24 | Tuesday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/19/24 | Wednesday | 0.5 | Correspondence with Third-Parties | Weekly venture investments call |
| 06/20/24 | Thursday | 0.5 | Correspondence with Third-Parties | Internal Discussion on Venture Investments |
| 06/20/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/20/24 | Thursday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/21/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 06/24/24 | Monday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/25/24 | Tuesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/25/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |

| 06/25/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
|---|---|---|---|---|
| 06/25/24 | Tuesday | 5.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 06/25/24 | Tuesday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 06/25/24 | Tuesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/25/24 | Tuesday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/26/24 | Wednesday | 0.5 | Correspondence with Third-Parties | Weekly venture investments call |
| 06/26/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/26/24 | Wednesday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/26/24 | Wednesday | 4.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 06/27/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/27/24 | Thursday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/27/24 | Thursday | 4.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |

**FTX**
Ryan Moon (Associate)

Strictly Private & Confidential

| Ryan Moon (Associate) - Case Hours Summary (Jun-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | - |
| Correspondence with Creditors, UCC, and Advisors | - |
| Correspondence with Third-Parties | - |
| Due Diligence and Restructuring Strategy | - |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | 6.0 |
| **Total** | **6.0** |

| Case Hours Detail (Jun-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 06/07/24 | Friday | 3.0 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 06/14/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 06/21/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |



**FTX**
Emil Tu (Analyst)

Strictly Private & Confidential

| Emil Tu (Analyst) - Case Hours Summary (Jun-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | 3.0 |
| Correspondence with Creditors, UCC, and Advisors | 4.0 |
| Correspondence with Third-Parties | 3.0 |
| Due Diligence and Restructuring Strategy | 119.0 |
| Sale Process Matters | 1.0 |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | 6.0 |
| **Total** | **136.0** |

| Case Hours Detail (Jun-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 06/03/24 | Monday | 3.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 06/03/24 | Monday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/04/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 06/04/24 | Tuesday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 06/05/24 | Wednesday | 0.5 | Correspondence with Debtor Advisors and Principals | Weekly venture investments call |
| 06/05/24 | Wednesday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 06/05/24 | Wednesday | 3.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 06/06/24 | Thursday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 06/06/24 | Thursday | 0.5 | Correspondence with Third-Parties | Discussion with venture portfolio company |
| 06/06/24 | Thursday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |

| 06/06/24 | Thursday | 4.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
|---|---|---|---|---|
| 06/07/24 | Friday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 06/07/24 | Friday | 3.0 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 06/10/24 | Monday | 4.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 06/10/24 | Monday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 06/11/24 | Tuesday | 0.5 | Sale Process Matters | Internal Discussion on Venture Investments |
| 06/11/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 06/11/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
| 06/11/24 | Tuesday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 06/12/24 | Wednesday | 0.5 | Correspondence with Debtor Advisors and Principals | Weekly venture investments call |
| 06/12/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/13/24 | Thursday | 0.5 | Sale Process Matters | Internal Onboarding Discussion on for new team members |
| 06/13/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/13/24 | Thursday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |

| 06/14/24 | Friday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
|---|---|---|---|---|
| 06/14/24 | Friday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/14/24 | Friday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 06/14/24 | Friday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 06/14/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 06/17/24 | Monday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/17/24 | Monday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 06/17/24 | Monday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/18/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 06/18/24 | Tuesday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 06/18/24 | Tuesday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/19/24 | Wednesday | 0.5 | Correspondence with Third-Parties | Weekly venture investments call |
| 06/20/24 | Thursday | 0.5 | Correspondence with Third-Parties | Internal Discussion on Venture Investments |
| 06/20/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |

| | | | | |
|---|---|---|---|---|
| 06/20/24 | Thursday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/21/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 06/24/24 | Monday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/24/24 | Monday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 06/25/24 | Tuesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/25/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 06/25/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
| 06/25/24 | Tuesday | 5.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 06/25/24 | Tuesday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 06/25/24 | Tuesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/25/24 | Tuesday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/26/24 | Wednesday | 0.5 | Correspondence with Third-Parties | Weekly venture investments call |
| 06/26/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/26/24 | Wednesday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |

Strictly Private & Confidential

| 06/26/24 | Wednesday | 4.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
|----------|-----------|-----|------------------------------------------|------------------------------------|
| 06/27/24 | Thursday  | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/27/24 | Thursday  | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/27/24 | Thursday  | 4.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |

**FTX**
Jackson Darby (Analyst)

Strictly Private & Confidential

| Jackson Darby (Analyst) - Case Hours Summary (Jun-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | 3.0 |
| Correspondence with Creditors, UCC, and Advisors | 3.0 |
| Correspondence with Third-Parties | 3.0 |
| Due Diligence and Restructuring Strategy | 68.0 |
| Sale Process Matters | 1.0 |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | 28.5 |
| **Total** | **106.5** |

| Case Hours Detail (Jun-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 06/03/24 | Monday | 3.0 | Other Administrative Processes and Analysis | Case Admin Documentation |
| 06/03/24 | Monday | 3.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 06/03/24 | Monday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/04/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 06/04/24 | Tuesday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 06/05/24 | Wednesday | 0.5 | Correspondence with Debtor Advisors and Principals | Weekly venture investments call |
| 06/05/24 | Wednesday | 3.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 06/06/24 | Thursday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 06/06/24 | Thursday | 0.5 | Correspondence with Third-Parties | Discussion with venture portfolio company |
| 06/07/24 | Friday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |

| 06/07/24 | Friday | 3.0 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
|---|---|---|---|---|
| 06/10/24 | Monday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 06/11/24 | Tuesday | 0.5 | Sale Process Matters | Internal Discussion on Venture Investments |
| 06/11/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
| 06/11/24 | Tuesday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 06/12/24 | Wednesday | 0.5 | Correspondence with Debtor Advisors and Principals | Weekly venture investments call |
| 06/12/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/13/24 | Thursday | 0.5 | Sale Process Matters | Internal Onboarding Discussion on for new team members |
| 06/13/24 | Thursday | 4.0 | Other Administrative Processes and Analysis | Onboarding for new team members |
| 06/13/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/14/24 | Friday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/14/24 | Friday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/14/24 | Friday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 06/14/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |

| 06/17/24 | Monday | 3.0 | Other Administrative Processes and Analysis | Case Admin Documentation |
|---|---|---|---|---|
| 06/17/24 | Monday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/18/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 06/18/24 | Tuesday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 06/18/24 | Tuesday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/19/24 | Wednesday | 0.5 | Correspondence with Third-Parties | Weekly venture investments call |
| 06/20/24 | Thursday | 0.5 | Correspondence with Third-Parties | Internal Discussion on Venture Investments |
| 06/20/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/20/24 | Thursday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/21/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 06/24/24 | Monday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/24/24 | Monday | 4.0 | Other Administrative Processes and Analysis | Case Admin Documentation |
| 06/24/24 | Monday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 06/25/24 | Tuesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |

| 06/25/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 06/25/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
| 06/25/24 | Tuesday | 5.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 06/25/24 | Tuesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/25/24 | Tuesday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/26/24 | Wednesday | 0.5 | Correspondence with Third-Parties | Weekly venture investments call |
| 06/26/24 | Wednesday | 4.0 | Other Administrative Processes and Analysis | Case Admin Documentation |
| 06/26/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/26/24 | Wednesday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/27/24 | Thursday | 0.5 | Other Administrative Processes and Analysis | Onboarding for new team members |
| 06/27/24 | Thursday | 4.0 | Other Administrative Processes and Analysis | Case Admin Documentation |
| 06/27/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |

**FTX**
Jack Ran (Summer Associate)

Strictly Private & Confidential

| Jack Ran (Summer Associate) - Case Hours Summary (Jun-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | 0.5 |
| Correspondence with Creditors, UCC, and Advisors | 2.0 |
| Correspondence with Third-Parties | 2.0 |
| Due Diligence and Restructuring Strategy | 54.0 |
| Sale Process Matters | 0.5 |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | 32.5 |
| **Total** | **91.5** |

| Case Hours Detail (Jun-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 06/10/24 | Monday | 5.0 | Other Administrative Processes and Analysis | Onboarding for additional team members |
| 06/11/24 | Tuesday | 5.0 | Other Administrative Processes and Analysis | Onboarding for additional team members |
| 06/12/24 | Wednesday | 0.5 | Correspondence with Debtor Advisors and Principals | Weekly venture investments call |
| 06/12/24 | Wednesday | 5.0 | Other Administrative Processes and Analysis | Onboarding for new team members |
| 06/12/24 | Wednesday | 5.0 | Other Administrative Processes and Analysis | Onboarding for additional team members |
| 06/12/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/13/24 | Thursday | 0.5 | Sale Process Matters | Internal Onboarding Discussion on for new team members |
| 06/13/24 | Thursday | 4.0 | Other Administrative Processes and Analysis | Onboarding for new team members |
| 06/13/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/13/24 | Thursday | 5.0 | Other Administrative Processes and Analysis | Onboarding for additional team members |

| 06/14/24 | Friday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
|---|---|---|---|---|
| 06/14/24 | Friday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/14/24 | Friday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 06/17/24 | Monday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/18/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 06/18/24 | Tuesday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 06/18/24 | Tuesday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/19/24 | Wednesday | 0.5 | Correspondence with Third-Parties | Weekly venture investments call |
| 06/19/24 | Wednesday | 1.0 | Other Administrative Processes and Analysis | Discussion regarding protocol |
| 06/20/24 | Thursday | 0.5 | Correspondence with Third-Parties | Internal Discussion on Venture Investments |
| 06/20/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/20/24 | Thursday | 3.0 | Due Diligence and Restructuring Strategy | Venture Asset Analysis |
| 06/20/24 | Thursday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/24/24 | Monday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |

| 06/24/24 | Monday | 2.0 | Other Administrative Processes and Analysis | Recoveries Model |
|---|---|---|---|---|
| 06/25/24 | Tuesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/25/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 06/25/24 | Tuesday | 5.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 06/25/24 | Tuesday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 06/25/24 | Tuesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/25/24 | Tuesday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/26/24 | Wednesday | 0.5 | Correspondence with Third-Parties | Weekly venture investments call |
| 06/26/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/26/24 | Wednesday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/26/24 | Wednesday | 4.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 06/27/24 | Thursday | 0.5 | Other Administrative Processes and Analysis | Onboarding for new team members |
| 06/27/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/27/24 | Thursday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |

Strictly Private & Confidential

| 06/27/24 | Thursday | 4.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |

**FTX**
Elan Rosen (Summer Analyst)

Strictly Private & Confidential

| Elan Rosen (Summer Analyst) - Case Hours Summary (Jun-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | 0.5 |
| Correspondence with Creditors, UCC, and Advisors | 2.0 |
| Correspondence with Third-Parties | 2.0 |
| Due Diligence and Restructuring Strategy | 54.0 |
| Sale Process Matters | 0.5 |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | 47.0 |
| **Total** | **106.0** |

| Case Hours Detail (Jun-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 06/10/24 | Monday | 5.0 | Other Administrative Processes and Analysis | Onboarding for additional team members |
| 06/11/24 | Tuesday | 5.0 | Other Administrative Processes and Analysis | Onboarding for additional team members |
| 06/12/24 | Wednesday | 0.5 | Correspondence with Debtor Advisors and Principals | Weekly venture investments call |
| 06/12/24 | Wednesday | 5.0 | Other Administrative Processes and Analysis | Onboarding for new team members |
| 06/12/24 | Wednesday | 5.0 | Other Administrative Processes and Analysis | Onboarding for additional team members |
| 06/12/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/13/24 | Thursday | 0.5 | Sale Process Matters | Internal Onboarding Discussion on for new team members |
| 06/13/24 | Thursday | 4.0 | Other Administrative Processes and Analysis | Onboarding for new team members |
| 06/13/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/13/24 | Thursday | 5.0 | Other Administrative Processes and Analysis | Onboarding for additional team members |

| 06/14/24 | Friday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/14/24 | Friday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/14/24 | Friday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 06/17/24 | Monday | 3.0 | Other Administrative Processes and Analysis | Case Admin Documentation |
| 06/17/24 | Monday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/18/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 06/18/24 | Tuesday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 06/18/24 | Tuesday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/19/24 | Wednesday | 0.5 | Correspondence with Third-Parties | Weekly venture investments call |
| 06/19/24 | Wednesday | 1.0 | Other Administrative Processes and Analysis | Discussion regarding protocol |
| 06/20/24 | Thursday | 0.5 | Correspondence with Third-Parties | Internal Discussion on Venture Investments |
| 06/20/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/20/24 | Thursday | 3.0 | Due Diligence and Restructuring Strategy | Venture Asset Analysis |
| 06/20/24 | Thursday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |

Strictly Private & Confidential

| 06/24/24 | Monday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
|---|---|---|---|---|
| 06/24/24 | Monday | 4.0 | Other Administrative Processes and Analysis | Case Admin Documentation |
| 06/24/24 | Monday | 2.0 | Other Administrative Processes and Analysis | Recoveries Model |
| 06/25/24 | Tuesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/25/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 06/25/24 | Tuesday | 5.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 06/25/24 | Tuesday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 06/25/24 | Tuesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/25/24 | Tuesday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/26/24 | Wednesday | 0.5 | Correspondence with Third-Parties | Weekly venture investments call |
| 06/26/24 | Wednesday | 4.0 | Other Administrative Processes and Analysis | Case Admin Documentation |
| 06/26/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/26/24 | Wednesday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/26/24 | Wednesday | 4.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |

| 06/27/24 | Thursday | 4.0 | Other Administrative Processes and Analysis | Case Admin Documentation |
| 06/27/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 06/27/24 | Thursday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 06/27/24 | Thursday | 4.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |



**FTX**
Timm Schipporeit (Partner)

Strictly Private & Confidential

| Timm Schipporeit (Partner) - Case Hours Summary (Jun-24) | |
|---|---|
| **Categories** | Hours |
| Correspondence with Debtor Advisors and Principals | - |
| Correspondence with Creditors, UCC, and Advisors | - |
| Correspondence with Third-Parties | - |
| Due Diligence and Restructuring Strategy | - |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | 2.0 |
| **Total** | **2.0** |

| Case Hours Detail (Jun-24) | | | | |
|---|---|---|---|---|
| Date | Day | Hours | Category | Activity |
| 06/05/24 | Wednesday | 2.0 | Other Administrative Processes and Analysis | Additional Time on FTX as a whole |

Strictly Private & Confidential

| Ema Betts (Managing Director) - Case Hours Summary (Jun-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | - |
| Correspondence with Creditors, UCC, and Advisors | - |
| Correspondence with Third-Parties | 15.0 |
| Due Diligence and Restructuring Strategy | - |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | - |
| **Total** | **15.0** |

| Case Hours Detail (Jun-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 06/03/24 | Monday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 06/07/24 | Friday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 06/10/24 | Monday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 06/11/24 | Tuesday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 06/13/24 | Thursday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 06/14/24 | Friday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 06/17/24 | Monday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 06/18/24 | Tuesday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 06/19/24 | Wednesday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 06/20/24 | Thursday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |

| 06/21/24 | Friday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 06/24/24 | Monday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 06/26/24 | Wednesday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 06/26/24 | Wednesday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 06/27/24 | Thursday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |

**FTX**
Geoff Posess (Executive Director)

Strictly Private & Confidential

| Geoff Posess (Executive Director) - Case Hours Summary (Jun-24) | |
| --- | --- |
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | - |
| Correspondence with Creditors, UCC, and Advisors | - |
| Correspondence with Third-Parties | - |
| Due Diligence and Restructuring Strategy | - |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | 6.0 |
| **Total** | **6.0** |

| Case Hours Detail (Jun-24) | | | | |
| --- | --- | --- | --- | --- |
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 06/07/24 | Friday | 3.0 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 06/14/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 06/21/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |



**FTX**
**Wasif Syed (Executive Director)**

Strictly Private & Confidential

| Wasif Syed (Executive Director) - Case Hours Summary (Jun-24) | |
| --- | --- |
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | - |
| Correspondence with Creditors, UCC, and Advisors | - |
| Correspondence with Third-Parties | - |
| Due Diligence and Restructuring Strategy | - |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | 2.0 |
| **Total** | **2.0** |

| Case Hours Detail (Jun-24) | | | | |
| --- | --- | --- | --- | --- |
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 06/05/24 | Wednesday | 2.0 | Other Administrative Processes and Analysis | Additional Time on FTX as a whole |

| Alexander Kalashnikov (Associate) - Case Hours Summary (Jun-24) | |
|---|---|
| **Categories** | Hours |
| Correspondence with Debtor Advisors and Principals | - |
| Correspondence with Creditors, UCC, and Advisors | - |
| Correspondence with Third-Parties | 3.0 |
| Due Diligence and Restructuring Strategy | - |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | - |
| **Total** | **3.0** |

| Case Hours Detail (Jun-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 06/12/24 | Wednesday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 06/19/24 | Wednesday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 06/26/24 | Wednesday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |

**FTX**
Eduardo Ascoli (Associate)

Strictly Private & Confidential

| Eduardo Ascoli (Associate) - Case Hours Summary (Jun-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | - |
| Correspondence with Creditors, UCC, and Advisors | - |
| Correspondence with Third-Parties | 15.0 |
| Due Diligence and Restructuring Strategy | - |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | - |
| **Total** | **15.0** |

| Case Hours Detail (Jun-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 06/03/24 | Monday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 06/07/24 | Friday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 06/10/24 | Monday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 06/11/24 | Tuesday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 06/13/24 | Thursday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 06/14/24 | Friday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 06/17/24 | Monday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 06/18/24 | Tuesday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 06/19/24 | Wednesday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 06/20/24 | Thursday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |

| 06/21/24 | Friday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
|---|---|---|---|---|
| 06/24/24 | Monday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 06/26/24 | Wednesday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 06/26/24 | Wednesday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 06/27/24 | Thursday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |