## Exhibit B

## Disbursements

15476581

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 6/11/2024 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 6,681.02 | For professional services rendered and related expenses incurred through May 2024 |
| 6/18/2024 | Eduardo Ascoli | Travel / Client meals | 17.65 | Meal with Prospective Buyer |
| **Total** | | | **$6,698.67** | |