**Exhibit C**

**Mayer Brown LLP Time and Expense Records**

**(May 1, 2024 to May 31, 2024)**

4887-7430-3052 v.4
15476581

| **Name of Applicant** | *Mayer Brown LLP* |
|---|---|
| Authorized to Provide Professional Services to: | Perella Weinberg Partners LP (Investment Banker to the Debtors) |
| Date of Retention: | *nunc pro tunc* to November 16, 2022 |
| Period for which compensation and reimbursement is sought: | May 1, 2024 through May 31, 2024 |
| Amount of Compensation sought as actual, reasonable and necessary: | $2,522.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | n/a |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $4,159.02 |

This is a(n) **X** monthly _____ interim _____ final application. No prior application has been filed with respect to this Fee Period.

**PRIOR MONTHLY FEE STATEMENTS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 09/14/2023 | Dec. 1, 2022 to June 30, 2023 | $171,523.50 | $506.96 | $171,523.50 | $506.96 |
| 12/06/2023 | July 1, 2023 to July 31, 2023 | $215,428.50 | $9,971.41 | $215,428.50 | $9,971.41 |
| 12/06/2023 | August 1, 2023 to Sept. 30, 2023 | $26,842.50 | $1,625.46 | $26,842.50 | $1,625.46 |
| 12/08/2023 | Oct. 1, 2023 to Oct. 31, 2023 | $71,914.50 | $2.75 | $71,914.50 | $2.75 |
| 12/22/2023 | Nov. 1, 2023 to Nov. 30, 2023 | $41,097.50 | $26,087.24 | $41,097.50 | $26,087.24 |
| 05/03/2024 | Feb. 1, 2024 to Feb. 29, 2024 | $192,049.00 | $9,273.93 | Pending | Pending |
| 05/15/2024 | Mar. 1, 2024 to Mar. 31, 2024 | $2,661.50 | $6,076.17 | Pending | Pending |
| 07/05/2024 | June 1, 2023 to Apr. 30, 2024 | $249,851.50 | $6,482.69 | Pending | Pending |

**SUMMARY OF BILLING BY PROFESSIONAL**
**MAY 1, 2024 THROUGH AND INCLUDING MAY 31, 2024**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| James B. Danford | Associate | 2017 | 2017 | $1,055 | 1.3 | $1,371.50 |
| Anna V. Durham | Associate | 2021 | 2020 | $885.00 | 1.3 | $1,150.50 |
| **Associate Total** | | | | | **2.6** | **$2,522.00** |
| **GRAND TOTAL** | | | | | **2.6** | **$2,522.00** |

**Blended Hourly Rate:  $970.00**

**STATEMENT OF FEES BY PROJECT CATEGORY**
**MARCH 1, 2024 THROUGH AND INCLUDING MARCH 31, 2024**

| Project Name | Hours | Fee Amount |
|---|---|---|
| ADVISORY SERVICES TO PWP AS INVESTMENT BANKER[1] | 2.6 | $2,522.00 |
| **Total** | **2.6** | **$2,522.00** |

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[2] if Applicable** | **Amount** |
| Professional Services (Data Management, Processing, and Storage) | Innovative Discovery LLC | $4,159.02 |
| **TOTAL** | | **$4,159.02** |

---

[1] Mayer Brown LLP provides advisory services to PWP as Investment Banker to the Debtors. In such capacity, Mayer Brown LLP has advised PWP on a number of issues including, but not limited to, deal and sale process-related issues, investor and other case constituent relations, and consideration of conflict issues.

[2] Mayer Brown LLP may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

4887-7430-3052 v.4
15476581

**MAYER | BROWN**

June 11, 2024

Invoice Number: 100215467

Perella Weinberg Partners LP
1111 Bagby Street
Suite 4900
Houston, TX 77002

Attn: Jennie Miller

Mayer Brown LLP
311 West Monroe Street
Chicago, IL 60606-9908

T: +1 312 782 0600
F: +1 312 701 7711
mayerbrown.com

Firm Tax ID No: 36-1447220

For professional services rendered for the period ended May 31, 2024

**Re:   FTX Chapter 11**
**Matter No: 22726417**

| | |
|---|---:|
| Fees | $2,522.00 |
| Disbursements | 4,159.02 |
| **Total Fees and Disbursements** | **$6,681.02** |

Mayer Brown LLP

Invoice No: 100215467                                                             Page 2
Perella Weinberg Partners LP                                 Pinedo, Anna T.
22726417
FTX Chapter 11

DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| 05/01/24 | **Durham, Anna V.**<br>Correspond with vendor and Sullivan team re supplemental review of documents. | 0.60 |
| 05/03/24 | **Danford, James B.**<br>Draft emails (five) to database vendor regarding Embed document production (.7); Review four documents flagged by database vendor (.3). | 1.00 |
| 05/03/24 | **Durham, Anna V.**<br>Correspond with MB team and vendor re supplemental Embed review. | 0.30 |
| 05/07/24 | **Durham, Anna V.**<br>Correspond with vendor re Embed review next steps. | 0.10 |
| 05/08/24 | **Durham, Anna V.**<br>Correspond with Sullivan team re next steps in Embed review. | 0.10 |
| 05/15/24 | **Danford, James B.**<br>Draft email to A. Durham regarding Sullivan and Cromwell's review of Embed documents. | 0.30 |
| 05/15/24 | **Durham, Anna V.**<br>Correspond with MB team, vendor, and SullCrom team re status and features of SullCrom coding panel. | 0.20 |
| | **Total Hours** | **2.60** |

Mayer Brown LLP

Invoice No: 100215467  Page 3
Perella Weinberg Partners LP  Pinedo, Anna T.
22726417
FTX Chapter 11

## Disbursements

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 05/15/24 | **Professional Services**<br>VENDOR: Innovative Discovery LLC INVOICE#: 246375 DATE: 5/15/2024<br>FTX Trading Ltd - Data Storage, Relativity User Fee, and Technical Time | 1 | 4,159.02 |
| **Total Disbursements** | | | **$4,159.02** |

Mayer Brown LLP

Invoice No: 100215467 Page 4
Perella Weinberg Partners LP Pinedo, Anna T.
22726417
FTX Chapter 11

## TIMEKEEPER SUMMARY

| Name | Hours | Amount |
|---|---|---|
| Danford, James B. | 1.30 | 1,371.50 |
| Durham, Anna V. | 1.30 | 1,150.50 |
| **Total Legal Fees** | **2.60** | **$2,522.00** |

Mayer Brown LLP

Invoice No: 100215467  Page 5
Perella Weinberg Partners LP  Pinedo, Anna T.
22726417
FTX Chapter 11

## DISBURSEMENTS SUMMARY

| Disbursements | Amount |
|---|---:|
| Professional Services | 4,159.02 |
| **Total Disbursements** | **$4,159.02** |