# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 5202, 19069 |
| FONDATION SERENDIPITY, FONDATION ELEMENTS, SERENDIPITY NETWORK LTD., AND LIQUIDITY NETWORK LTD., | |
| Appellants, | Civil Action No. 24-cv-00806-CFC |
| v. | BAP No. 24-00042 |
| FTX TRADING LTD., *et al.*, | |
| Appellees. | |

**APPELLANTS' STATEMENT OF THE ISSUES ON APPEAL AND
DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), as supplemented by Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Appellants Fondation Serendipity, Fondation Elements, Serendipity Network Ltd., and Liquidity Network Ltd. (collectively, the "Appellants"), by and through undersigned counsel, hereby respectfully submit the following statement of issues and designation of the items to be included in the record in

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd. is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

connection with Appellants' appeal from the decision of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), as set forth in its *Memorandum Opinion and Order* (the "Memorandum Opinion and Order") [D.I. 19069] entered on June 26, 2024 in the above-captioned chapter 11 bankruptcy case (the "Chapter 11 Case"), which pertains to the *Motion of Debtors to Estimate Claims Based on Digital Assets* (the "Motion to Estimate") [D.I. 5202].

I. **STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**[2]

The Appellants hereby state the following as issues on appeal pursuant to Bankruptcy Rule 8009(a)(1)(A):

1. Did the Bankruptcy Court err in valuing holdings of MAPS and OXY tokens effectively at nothing, notwithstanding the evidence that each of MAPS and OXY tokens had a positive market value on the Petition Date?

2. Did the Bankruptcy Court err in valuing holdings of MAPS and OXY tokens effectively at nothing when Professor Howell admitted during trial that she could not state that the Debtors would have received no consideration in connection with a hypothetical sale of their holdings of MAPS and OXY tokens commencing on the Petition Date?

3. Did the Bankruptcy Court err in relying on a sensitivity analysis conducted by Professor Howell in her rebuttal report, which applied certain discounts to the market price of the MAPS and OXY tokens, after rejecting Professor Howell's primary opinion and the KO Model?

4. Did the Bankruptcy Court err in relying on the total supply of MAPS and OXY tokens held by the Debtors in estimating the value of holdings of the Objectors in MAPS and OXY

---

[2] All defined terms not otherwise defined herein shall have the meaning given to them in the Memorandum Opinion and Order.

tokens as of the Petition Date, instead of relying only on the quantity of MAPS and OXY tokens held by each of the Objectors?

5. Did the Bankruptcy Court err in not excluding in its entirety new evidence asserted in Professor Howell's rebuttal report that MAPS and OXY tokens had some lower value because of their association with FTX and Mr. Bankman-Fried, which the Bankruptcy Court then relied on in ruling that market prices for MAPS and OXY tokens may not have been a reliable indicator of their actual value as of the Petition Date?

6. Did the Bankruptcy Court err in relying on the Ghaidarov Model used in Professor Howell's sensitivity analysis when the Ghaidarov Model, like the KO Model that the Bankruptcy Court rejected, results in a 100% discount at a long enough time horizon despite the fact that MAPS and OXY tokens had a positive market value as of the Petition Date?

7. Did the Bankruptcy Court err by applying Professor Howell's sensitivity analysis holding trading volume at a consistent, initial level instead of applying the trading volume growth assumptions proposed by Mr. Konstantinidis in his report or the alternative trading volume growth assumptions about which he testified at trial?

8. Did the Bankruptcy Court err by not applying Mr. Konstantinidis' analysis and calculations on the value of MAPS and OXY tokens?

9. Did the Bankruptcy Court err in all rulings made in the Memorandum Opinion and Order, and during the hearings on the Motion to Estimate on March 20, 25 and 26, 2024?

## II. DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD

Appellants submit the following designation of items to be included in the record on appeal (including any exhibit, annex, or addendum thereto):

| **Docket Entries and Other Items** | | | |
|---|---|---|---|
| **Item No.** | **Bankr. D.I.[3]** | **Date Filed** | **Description** |
| 1. | 1793 | 6/28/2023 | *Order (I)(A) Establishing Deadlines for Filing Customer Proofs of Claim, (B) Approving Procedures for Submitting Proofs of Claim and (C) Approving the Form and Manner of Notice Thereof and (II) Granting Related Relief* |
| 2. | 3643 | 11/2/2023 | *Transfer of Claim Other Than for Security* |
| 3. | 3645 | 11/2/2023 | *Transfer of Claim Other Than for Security* |
| 4. | 3648 | 11/2/2023 | *Transfer of Claim Other Than for Security* |
| 5. | 3649 | 11/2/2023 | *Transfer of Claim Other Than for Security* |
| 6. | 4861 | 12/16/2023 | *Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* |
| 7. | 4862 | 12/16/2023 | *Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Affiliated Debtors and Debtors-In-Possession* |
| 8. | 4863 | 12/16/2023 | *Motion of Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan* |
| 9. | 5202 | 12/27/2023 | *Motion of Debtors to Estimate Claims Based on Digital Assets* |
| 10. | 5203 | 12/27/2023 | *Declaration of Sabrina T. Howell in Support of the Motion of Debtors to Estimate Claims Based on Digital Assets* |
| 11. | 5204 | 12/27/2023 | *Declaration of Kevin Lu in Support of Motion of Debtors to Estimate Claims Based on Digital Assets* |
| 12. | 5376 | 1/4/2024 | *Notice of Service of Maps Vault Ltd.'s First Set of Requests for the Production of Documents to the Debtors* |

---

[3] Items designated include all of exhibits, attachments, and submissions attached thereto.

| | **Docket Entries and Other Items** | | |
|---|---|---|---|
| <u>Item No.</u> | <u>Bankr. D.I.[3]</u> | <u>Date Filed</u> | <u>Description</u> |
| 13. | 5601 | 1/11/2024 | *Opposition of Boba Foundation to Motion of Debtors to Estimate Claims Based on Digital Assets and Request for Continued Hearing* |
| 14. | 5617 | 1/11/2024 | *Preliminary Objection of Fondation Serendipity, Fondation Elements, Serendipity Network Ltd. and Liquidity Network Ltd. to the FTX Debtors' Motion to Estimate Claims Based on Digital Assets* |
| 15. | 5620 | 1/11/2024 | *Preliminary Objection of Maps Vault Limited to Motion of Debtors to Estimate Claims Based on Digital Assets* |
| 16. | 5624 | 1/11/2024 | *Lavanda Sands, L.L.C.'s Joinder in Preliminary Objection of Fondation Serendipity, Fondation Elements, Serendipity Network Ltd. and Liquidity Network Ltd. to the FTX Debtors' Motion to Estimate Claims Based on Digital Assets* |
| 17. | 5626 | 1/11/2024 | *Limited Objection of TMSI SEZC Ltd. to Motion of Debtors to Estimate Claims Based on Digital Assets* |
| 18. | 5627 | 1/11/2024 | *Declaration of Jeff Bezaire in Support of Limited Objection of TMSI SEZC Ltd. to Motion of Debtors to Estimate Claims Based on Digital Assets* |
| 19. | 5636 | 1/11/2024 | *Certificate of Service of Preliminary Objection of Fondation Serendipity, Fondation Elements, Serendipity Network Ltd. and Liquidity Network Ltd. to the FTX Debtors' Motion to Estimate Claims Based on Digital Assets* |
| 20. | 5637 | 1/11/2024 | *Notice of Appearance and Request for Service of Papers* |
| 21. | 6118 | 1/22/2024 | *Transcript regarding Hearing Held 1/17/2024* |
| 22. | 6700 | 1/26/2024 | *Notice of Service of Maps Vault Ltd.'s Expert Disclosure and Expert Report of Fotis Konstantinidis* |
| 23. | 6728 | 1/28/2024 | *Debtors' Omnibus Reply in Support of Motion of Debtors to Estimate Claims Based on Digital Assets* |
| 24. | 6730 | 1/28/2024 | *Notice of Debtors' Exhibit List and Intent to Offer Witness Testimony at the Hearing on January 31, 2024 in Connection with the Motion of Debtors to Estimate Claims Based on Digital Assets* |
| 25. | 6784 | 1/31/2024 | *Notice of Filing of Revised Order* |

| | **Docket Entries and Other Items** | | |
|---|---|---|---|
| **Item No.** | **Bankr. D.I.[3]** | **Date Filed** | **Description** |
| 26. | 6851 | 1/31/2024 | *Minute Entry Re: Estimation Hearing Held Re: Digital Assets* |
| 27. | 6922 | 2/2/2024 | *Certification of Counsel Regarding Motion of Debtors to Estimate Claims Based on Digital Assets* |
| 28. | 7090 | 2/7/2024 | *Order Granting Motion of Debtors to Estimate Claims Based on Digital Assets* |
| 29. | 7135 | 2/7/2024 | *Certification of Counsel Regarding Order Approving Stipulation and Agreed Scheduling Order* |
| 30. | 7218 | 2/9/2024 | *Order Approving Stipulation and Agreed Scheduling Order* |
| 31. | 7282 | 2/12/2024 | *Notice of Service of Maps Vault Ltd.'s Second Set of Requests for the Production of Documents to the Debtors* |
| 32. | 7306 | 2/12/2024 | *Notice of Service Regarding Rebuttal Expert Report of Sabrina T. Howell and Response of Kevin Lu to Expert Report of Fotis Konstantinidis* |
| 33. | 7362 | 2/13/2024 | *Notice of Service of TMSI SEZC Ltd.'s Discovery Requests to FTX Trading Ltd. and its Debtor Affiliates* |
| 34. | 7686 | 2/21/2024 | *Notice of Witness List for TMSI SEZC Ltd. in Connection with Limited Objection of TMSI SEZC Ltd. to Motion of Debtors to Estimate Claims Based on Digital Assets* |
| 35. | 7691 | 2/21/2024 | *Notice of Filing of Witness List of Fondation Serendipity, Fondation Elements, Serendipity Network Ltd., and Liquidity Network Ltd. for Evidentiary Hearing on March 20, 2024* |
| 36. | 7698 | 2/21/2024 | *Certificate of Service of Witness List of Fondation Serendipity, Fondation Elements, Serendipity Network Ltd., and Liquidity Network Ltd. for the Evidentiary Hearing on March 20, 2024* |
| 37. | 7701 | 2/21/2024 | *Notice of Maps Vault Ltd.'s Intent to Offer Witness Testimony at the Hearing on March 20,2024 in Connection with the Motion of Debtors to Estimate Claims Based on Digital Assets* |
| 38. | 7703 | 2/21/2024 | *Notice of Deposition of Kevin Lu* |
| 39. | 7706 | 2/21/2024 | *Notice of Deposition of Sabrina T. Howell* |

| | **Docket Entries and Other Items** | | |
|---|---|---|---|
| **Item No.** | **Bankr. D.I.[3]** | **Date Filed** | **Description** |
| 40. | 7780 | 2/21/2024 | *Notice of Debtors' Intent to Offer Witness Testimony in Connection with the Further Hearing on Motion of Debtors to Estimate Claims Based on Digital Assets* |
| 41. | 7781 | 2/21/2024 | *Notice of Deposition of Fotis Konstantinidis* |
| 42. | 7845 | 2/22/2024 | *Notice of Deposition of Sabrina T. Howell* |
| 43. | 7854 | 2/22/2024 | *Notice of Deposition of Sabrina T. Howell* |
| 44. | 7855 | 2/22/2024 | *Notice of Deposition of Kevin Lu* |
| 45. | 8201 | 2/28/2024 | *Notice of Deposition of Ioannis Gkatzimas* |
| 46. | 8923 | 3/8/2024 | *Supplemental Objection of TMSI SEZC Ltd. to Motion of Debtors to Estimate Claims Based on Digital Assets* |
| 47. | 8949 | 3/8/2024 | *Objection of Fondation Serendipity, Fondation Elements, Serendipity Network Ltd. and Liquidity Network Ltd. to the Debtors' Motion to Estimate Claims Based on Digital Assets* |
| 48. | 8950 | 3/8/2024 | *Lavanda Sands, L.L.C.'s Joinder in Objection of Fondation Serendipity, Fondation Elements, Serendipity Network Ltd. and Liquidity Network Ltd. to the FTX Debtors' Motion to Estimate Claims Based on Digital Assets* |
| 49. | 8951 | 3/8/2024 | *Maps Vault Limited's Response and Opposition to Motion of Debtors to Estimate Claims Based on Digital Assets* |
| 50. | 9566 | 3/17/2024 | *Debtors' Omnibus Supplemental Reply in Support of Motion of Debtors to Estimate Claims Based on Digital Assets* |
| 51. | 9567 | 3/17/2024 | *Official Committee of Unsecured Creditors' Joinder to Debtors' Omnibus Supplemental Reply in Support of Motion of Debtors to Estimate Claims Based on Digital Assets* |
| 52. | 9618 | 3/18/2024 | *Notice of Filing of Proposed Joint Pretrial Order* |
| 53. | 9725 | 3/19/2024 | *Joint Final Pretrial Order* |
| 54. | 10152 | 3/22/2024 | *Transcript regarding Hearing Held 3/20/2024*[4] |

---

[4] Includes all exhibits admitted during trial.

| | **Docket Entries and Other Items** | | |
|---|---|---|---|
| **Item No.** | **Bankr. D.I.[3]** | **Date Filed** | **Description** |
| 55. | 10953 | 4/2/2024 | *Transcript regarding Hearing Held 3/25/2024*[5] |
| 56. | 10955 | 4/2/2024 | *Transcript regarding Hearing Held 3/26/2024*[6] |
| 57. | 15520 | 5/22/2024 | *Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* |
| 58. | 15521 | 5/22/2024 | *Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Affiliated Debtors and Debtors-in-Possession* |
| 59. | 16992 | 6/7/2024 | *Limited Objection of Maps Vault Limited to Motion of Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan* |
| 60. | 16995 | 6/7/2024 | *Limited Objection of Fondation Serendipity, Fondation Elements, Serendipity Network Ltd. and Liquidity Network Ltd. to Motion of Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan* |
| 61. | 16998 | 6/7/2024 | *Certificate of Service of Fondation Serendipity, Fondation Elements, Serendipity Network Ltd. and Liquidity Network Ltd. regarding Limited Objection to Disclosure Statement* |
| 62. | 19069 | 6/26/2024 | *Memorandum Opinion and Order* |
| 63. | 19139 | 6/27/2024 | *Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* |
| 64. | 19143 | 6/27/2024 | *Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Affiliated Debtors and Debtors-in-Possession* |
| 65. | 19857 | 7/9/2024 | *Notice of Appeal* |

---

[5] Includes all exhibits admitted during trial.

[6] Includes all exhibits admitted during trial.

| **Docket Entries and Other Items** | | | |
|---|---|---|---|
| Item No. | Bankr. D.I.[3] | Date Filed | Description |
| 66. | 19964 | 7/10/2024 | *Clerk's Notice Regarding Filing of Appeal* |
| 67. | 19978 | 7/10/2024 | *Notice of Appeal* |
| 68. | 20309 | 7/12/2024 | *Notice of Docketing Record on Appeal to District Court, Civil Action Number: 24-cv-0806, BAP Number: 24-42* |

### III.  RESERVATION OF RIGHTS

Appellants expressly reserve, and do not waive, the right to amend, supplement, or otherwise modify the foregoing designations, to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to this appeal, and/or to object to or move to strike the items designated or counter-designated for inclusion in the record on appeal by any such other parties.  This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.

### CERTIFICATION PURSUANT TO BANKRUPTCY RULE 8009(b)

In an appeal from a bankruptcy court ruling, Bankruptcy Rule 8009(b) requires an appellant to either:  (i) order from the court reporter a transcript of such parts of the proceedings not already on file as the appellant considers necessary for the appeal and file a copy of the order with the bankruptcy clerk; or (ii) file a certificate with the bankruptcy clerk stating that the appellant is not ordering a transcript.  Pursuant to Bankruptcy Rule 8009(b), Appellants respectfully certify to the Clerk of Court that they is not ordering a transcript not already included in the record on appeal.

| | |
|---|---|
| Dated: July 24, 2024<br>Wilmington, Delaware | **REED SMITH LLP**<br><br>*/s/ Jason D. Angelo*<br>Kurt F. Gwynne (No. 3951)<br>Brian M. Rostocki (No. 4599)<br>Benjamin P. Chapple (No. 5871)<br>Jason D. Angelo (No. 6009)<br>1201 North Market Street, Suite 1500<br>Wilmington, DE  19801-1163<br>Telephone:  (302) 778-7500<br>Facsimile:   (302) 778-7575<br>E-mail:  kgwynne@reedsmith.com<br>E-mail:  brostocki@reedsmith.com<br>E-mail:  bchapple@reedsmith.com<br>E-mail:  jangelo@reedsmith.com<br><br>-and-<br><br>**REED SMITH LLP**<br>Aaron Javian, Esq. (admitted *pro hac vice*)<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone:  (212) 521-5400<br>Facsimile:   (212) 521-5450<br>E-mail:  ajavian@reedsmith.com<br><br>*Counsel to the Appellants Fondation Serendipity, Fondation Elements, Serendipity Network Ltd., and Liquidity Network Ltd.* |