IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re FTX Trading Ltd., et al., | Chapter 11 |
| Debtors. | Case No. 22-11068 (JTD) <br> (Jointly Administered) |

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| Diameter Master Fund LP | SP Multi Claims Holdings, LLC |

Last known address:   Name and Address where notices should be sent:

c/o Diameter Capital Partners, LP
55 Hudson Yards, Suite 29B
New York, NY 10001
Email: skim@diametercap.com

SP Multi Claims Holdings, LLC
2 Greenwich Plaza
Greenwich, CT 06830
Attn: Operations
Email: 12017192157@tls.ldsprod.com -and-
rbeacher@pryorcashman.com

**\*\*\* PORTION OF TOTAL CLAIM TRANSFERRED:  16.65% OF SECURED PORTION OF CLAIM (EQUAL TO 6.04% OF ENTIRE CLAIM AMOUNT) \*\*\***

| Claim Information | Creditor | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Proof of Claim No. 4181 <br> Schedule No. 5258247 <br> Proof of Claim Conf. No. 3265-69-LTOVO-542560921 | [above] | 16.65% of secured portion of claim (equal to 6.04% of entire claim amount) | Alameda Research Ltd. | 22-11068 |

Name and Address where transferee payments should be sent (if different from above):  N/A

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any right to receive notice or hearing under Bankruptcy Rule 3001.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____     Date: July 23, 2024
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Annex B

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: U.S. Bankruptcy Court for the
District of Delaware ("Bankruptcy Court")

AND: Alameda Research Ltd. ("Debtor")
Case No. 22-11068 (JTD) ("Case")

Proof of Claim No. 4181 (the "Proof of Claim") – SECURED PORTION
Schedule No. 5258247 (the "Schedule")
Claim Confirmation ID: 3265-69-LTOVO-542560921 ("CCID")
Unique Customer Code: N/A ("Customer Code")

Diameter Master Fund LP ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

SP Multi Claims Holdings, LLC
2 Greenwich Plaza, Suite 1
Greenwich, CT 06830
12017192157@tls.ldsprod.com and
rbeacher@pryorcashman.com

its successors and assigns ("Buyer"), an undivided 16.65% interest in Seller's rights, title and interest in and to (a) the Proof of Claim and the CCID (collectively "the Claim") against the Debtor in the Case; (b) the Seller's claim as evidenced by the Claim; (c) all amounts listed on the Schedule; and (d) all amounts with respect to the Customer Code (such 16.65% interest in (a)-(d), collectively, the "Assigned Claim"). **THE ASSIGNED CLAIM IS 16.65% OF THE PROOF OF CLAIM, THE SCHEDULE, THE CCID AND ALL AMOUNTS UNDER THE CUSTOMER CODE.**

Seller hereby waives: (a) any objection to the transfer of the Assigned Claim to Buyer on the books and records of Debtor and the Bankruptcy Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Assigned Claim to Buyer and recognizing Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Partial Evidence of Transfer of Claim by their duly authorized representative dated July 9, 2024.

| | |
|---|---|
| DIAMETER MASTER FUND LP<br>By: Diameter Capital Partners LP, solely as its investment manager<br><br>By: _____<br>Name: Shailini Rao<br>Title: Co-Chief Operating Officer & General Counsel | SP MULTI CLAIMS HOLDINGS, LLC<br>By: Silver Point Capital, L.P., its manager<br><br>By: _____<br>Name: John Abate<br>Title: Authorized Signatory |