## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re FTX Trading Ltd., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 22-11068 (JTD) |
| | ) | (Jointly Administered) |
| | ) | |

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor | Name of Transferee

Diameter Master Fund LP | SP Multi Claims Holdings, LLC

Last known address: | Name and Address where notices should be sent:

c/o Diameter Capital Partners, LP
55 Hudson Yards, Suite 29B
New York, NY 10001
Email: skim@diametercap.com

SP Multi Claims Holdings, LLC
2 Greenwich Plaza
Greenwich, CT 06830
Attn: Operations
Email: 12017192157@tls.ldsprod.com -and-
    rbeacher@pryorcashman.com

### *** PORTION OF TOTAL CLAIM TRANSFERRED: 23.15% ***

| Claim Information | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Proof of Claim No.: 36957<br>Conformation ID No.: 3265-70-GIQUG-089439375<br>Unique Customer Code: 00273817 | [above] | 23.15% of the Claim | FTX Trading Ltd. | 22-11068 |

Name and Address where transferee payments should be sent (if different from above):  N/A

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any right to receive notice or hearing under Bankruptcy Rule 3001.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____    Date: July 23, 2024
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571