# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re FTX Trading Ltd., et al., | ) ) ) ) ) ) ) | Chapter 11 |
| Debtors. | | Case No. 22-11068 (JTD) |
| | | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF
## NOTICES OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Hudson Bay Claim Fund LLC, by its undersigned counsel, hereby withdraws the following Notices of Transfer of Claim Other Than for Security, which were filed incorrectly:

Docket Number 21163 (filed July 23, 2024)

Docket Number 21164 (filed July 23, 2024)

Docket Number 21165 (filed July 23, 2024)

Docket Number 21166 (filed July 23, 2024)

Docket Number 21173 (filed July 23, 2024)

Docket Number 21174 (filed July 23, 2024)

Docket Number 21175 (filed July 23, 2024)

Docket Number 21176 (filed July 23, 2024)

Docket Number 21177 (filed July 23, 2024)

Docket Number 21180 (filed July 23, 2024)

Docket Number 21179 (filed July 23, 2024)

Docket Number 21180 (filed July 23, 2024)

Docket Number 21181 (filed July 23, 2024)

Docket Number 21182 (filed July 23, 2024)

Docket Number 21183 (filed July 23, 2024)

Docket Number 21184 (filed July 23, 2024)

Dated: July 25, 2024

**MORGAN, LEWIS & BOCKIUS LLP**

By: /s/ *Jody C. Barillare*
Jody C. Barillare (Bar No. 5107)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: (302) 574-3000
Facsimile: (302) 574-3001
jody.barillare@morganlewis.com

*Attorneys for Hudson Bay Claim Fund LLC*