IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re FTX Trading Ltd., et al.,<br><br>　　　　　　　Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 22-11068 (JTD) <br> ) <br> ) (Jointly Administered) <br> ) |

NOTICE OF WITHDRAWAL OF
NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Virgo Nightshade, L.L.C., by its undersigned counsel, hereby withdraws the following Notice of Transfer of Claim Other Than for Security, which was filed incorrectly, and requests that such document continue to be restricted from public viewing:

Docket Number 20310 (filed July 12, 2024)

Dated: July 25, 2024

　　　　　　　　　　　　　　　　　　　　　**CROWELL & MORING LLP**

　　　　　　　　　　　　　　　　　　　　　By:/s/ *Paul B. Haskel*＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　Paul B. Haskel[1]
　　　　　　　　　　　　　　　　　　　　　phaskel@crowell.com
　　　　　　　　　　　　　　　　　　　　　CROWELL & MORING LLP
　　　　　　　　　　　　　　　　　　　　　Two Manhattan West
　　　　　　　　　　　　　　　　　　　　　375 Ninth Avenue
　　　　　　　　　　　　　　　　　　　　　New York, NY 10001
　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 223-4000
　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 628-5116

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Virgo Nightshade, L.L.C.*

---

[1] Out-of-state counsel appearing pursuant to Local Rule 9010-1(e)(iii)