## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| | (Jointly Administered) |
| Debtors. | |

## CLAIMANT No. 79897's OMNIBUS OBJECTION

**COMES NOW** Claimant No. 79897, as identified in Debtors' Schedule of Impaired Claims and pursuant to its instructions, and hereby files this, Claimant's Objection to Debtor's 48th Substantive Omnibus Objection scheduled to be heard on September 12, 2024. *See* Doc 17634.

### Response to Objection

1. In contest of the Debtors' determination of the Impaired or Reduced Claims included in its Objection (Doc 17634), this Response is electronically filed via PACER and with hard copies sent to the Office of the Clerk of the United States Bankruptcy Court for the District of Delaware: 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, as well as counsel for Debtors': (a) Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attn: Alexa J. Kransley (kransleya@sullcrom.com) and (b) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801, Attn: Adam G. Landis (landis@lrclaw.com) and Kimberly A. Brown (brown@lrclaw.com).

### Identification of Creditor

2.  The Creditor/Claimant, Starboard Digital Strategies, known under the claim number 79897 for debts owed to Claimant identified in the amount of $2,503,402.46, but this amount is in dispute.

### Basis & Argument

3.  This Response is supported by Exhibits A, B, and C.  Claimant disputes the USD amount debt owed by the debtors, which should show $3,003,402.46.

4.  Exhibit A is the original proof of claim for that supports the $2,503,402.46, which appear to be accepted on the face of the claim.

5.  Exhibit B is the screen by screen shot showing that on November 8, 2022, $500,000.00 was in process, but was not credited to the claimants account as a debt owed.

6.  Exhibit C is an email from Kroll advising recognition of the disputed amount.

### Notice of Error

7.  Claimant states and reincorporates all above and forementioned paragraphs herein.

8.  The claimants USD balance should be recognized as $3,003,402.46, but it does not appear on the debtors' schedule and on the FTX Customer Claims and Voting Portal as such, only recognizing the claim for $2,503,402.46.

### Counsel

9.  Upon acceptance of this Court's admission of Pro Hoc Vice Counsel for Claimant, please direct legal communications to the following: Joslyn R. Smith, Law Office of J.R. Smith, PLLC, 4805 Neptune Ct., Flower Mound, Texas 75022, 682-900-1799 (office);

js@lojrs.com, who has been authorized to receive such communications, including authority to reconcile, settle, or otherwise resolve the Objection to the Claim as to which this Response has been deemed necessary.

## Prayer

Claimant prays that Debtors' Objection be overruled, that Claimant's claim is found to be supported in sufficient measure, and that any and all other such relief is so justly granted.

DATE: July 22, 2024

Respectfully Submitted,

:/s/ Joslyn. R. Smith
Joslyn R. Smith
Texas Bar: 24117080
Law Office of J.R. Smith, PLLC
4805 Neptune Ct., Flower Mound, Texas 75022
682-900-1799 (office and fax)
js@lojrs.com
Counsel for Claimant No. 79897

## Certification of Filing

The undersigned certifies that this document and its exhibits were electronically filed via PACER in accordance with this Courts rules.

:/s/ Joslyn R. Smith

## Certification of Mailing

The undersigned certifies that a physical copy of this document and its objections have been mailed via commercial carrier, FedEx, to the following locations and appointed receivers:

Office of the Clerk
of the United States Bankruptcy Court
for the District of Delaware:
824 Market Street, 3rd Floor,
Wilmington, Delaware 19801,

Sullivan & Cromwell LLP,
Attn: Alexa J. Kranzley
125 Broad Street,
New York, New York 10004,
(kransleya@sullcrom.com)

Landis Rath & Cobb LLP,
Attn: Adam G. Landis &
Kimberly A. Brown
919 Market Street, Suite 1800,
Wilmington, Delaware 19801,
(landis@lrclaw.com) and
(brown@lrclaw.com)

:/s/ Joslyn R. Smith

**Exhibit A**

## Customer Claim Form

### FTX Details

| FTX Email | FTX AccountID | Scheduled ID | FTX Debtor |
|---|---|---|---|
| ftx1_h7xh6vby3ok@dtyw2c26z7k4.com | 8272256 | 221106806797820 | |

### Scheduled Claim Information

**You have been redirected from FTX website.  Please check your scheduled information below.**

**If you do NOT agree with any of 1) the amount or quantity of fiat, coins or NFT; 2) the FTX Exchange against whom the Customer Claim is asserted; or 3) the type or nature of the Customer Claim set forth below, assert the quantity of fiat or coins you held as of the date the case was filed in the rightmost column of the below charts.**

**You will also have an opportunity to add any NFTs not listed.  Only complete this section where you DISAGREE with the component of your Scheduled Customer Claim.  You will also have an opportunity to assert a Customer Claim arising out of or related to any other investment or trading activity.**

Schedule

F-2

#### Contingent, Unliquidated or Disputed Status

Contingent

Debtor FTX Trading Ltd. has listed your claim on Schedule E/F, Part 2 as an Contingent General Unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from recovery.

**Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held.  If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange.  Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7).  Please see Question 8 for additional instructions for asserting claims related to Other Activity.**

- ◉ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)
- ○ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd. d/b/a "FTX EU") (Case No. 22-11166)
- ○ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102)
- ○ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
- ○ West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071)

**List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account (s) along with the unique identification code.**

- Note that the "USD Rate" is the ratio of the Local Currency to U.S. Dollars.
- If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, please populate the Loaned Quantity column.

### Fiat

**ASSERTED QUANTITY FIAT**

Customer Claim Form

| Fiat (Ticker / Abbreviation) | Total Scheduled Quantity of Fiat (Local Currency) | Total Scheduled Quantity of Fiat (Converted to USD) | Do you agree with the Scheduled Quantity? | If you do not agree, Please provide the Asserted Quantity of Fiat here |
|---|---|---|---|---|
| USD | 2,503,402.4581982777 | 2,503,402.46 | ◉ No  ○ Yes | 3,003,402.460000000 |

**Do you want to add any other fiat not previously listed?**

○ No
◉ Yes

**Other Fiat not previously listed (please specify)**     **Please provide the Other Fiat Quantity here.**

USD (At withdrawals queue, unprocessed)          500,000.000000000

## Loaned Fiat

### LOANED QUANTITY FIAT

**Do you want to add any other fiat not previously listed?**

◉ No
○ Yes

## Asserted Crypto

### Asserted Quantity of Crypto Tokens

| Crypto (Ticker / Abbreviation) | Scheduled Quantity of Crypto | Do you agree with the Scheduled Quantity? | If you do not agree, Please provide the Asserted Quantity of Crypto here. |
|---|---|---|---|
| BTC-0930 | 0.0000000000000053 | ○ No  ◉ Yes | |
| ADA-0624 | 0.000000000 | ○ No  ◉ Yes | |
| ADA-0930 | 0.000000000 | ○ No  ◉ Yes | |
| ADA-1230 | 0.000000000 | ○ No  ◉ Yes | |
| ADA-PERP | 0.000000000 | ○ No  ◉ Yes | |
| BNB | 0.0638894923650589 | ○ No  ◉ Yes | |
| BNB-0624 | 0.0000000000002984 | ○ No  ◉ Yes | |

Customer Claim Form

| | | | |
|---|---|---|---|
| BNB-1230 | -0.0000000000000142 | ○ No ◉ Yes | |
| BNB-PERP | 0.0000000000000355 | ○ No ◉ Yes | |
| BTC | 131.14320416924053 | ◉ No ○ Yes | 140.647694240 |
| BTC-0325 | 0.0000000000000028 | ○ No ◉ Yes | |
| BTC-0624 | 0.0000000000000142 | ○ No ◉ Yes | |
| BTC-1230 | -1.56030000000011 | ○ No ◉ Yes | |
| BTC-20210625 | 0.000000000 | ○ No ◉ Yes | |
| BTC-20211231 | 0.000000000 | ○ No ◉ Yes | |
| BTC-PERP | -164.246799999999 | ○ No ◉ Yes | |
| DOGE | 626.802830498754 | ○ No ◉ Yes | |
| DOGE-PERP | 0.000000000 | ○ No ◉ Yes | |
| ETH | 18.07108366875155 | ○ No ◉ Yes | |
| ETH-0325 | -0.0000000000000284 | ○ No ◉ Yes | |
| ETH-0624 | -0.0000000000004547 | ○ No ◉ Yes | |
| ETH-0930 | 0.0000000000006821 | ○ No ◉ Yes | |
| ETH-1230 | 349.094000000001 | ○ No ◉ Yes | |
| ETH-20210625 | 0.000000000 | ○ No ◉ Yes | |
| ETH-20211231 | 0.0000000000000213 | ○ No ◉ Yes | |
| ETH-PERP | 159.061000000003 | ○ No ◉ Yes | |
| ETHW | 0.0000222197532269 | ○ No ◉ Yes | |
| FTT | 53,009.38095500045 | ○ No ◉ Yes | |
| FTT-PERP | -52,012.800000000 | ○ No ◉ Yes | |
| LOOKS-PERP | 0.000000000 | ○ No ◉ Yes | |
| LTC | 0.1817324385210613 | ○ No ◉ Yes | |
| LTC-0624 | 0.000000000 | ○ No ◉ Yes | |

| | | | |
|---|---|---|---|
| LTC-20210924 | 0.0000000000002274 | ○ No | ◉ Yes |
| LTC-PERP | 0.0000000000003553 | ○ No | ◉ Yes |
| SNX-PERP | 0.000000000 | ○ No | ◉ Yes |
| SOL | 0.9603639039378156 | ○ No | ◉ Yes |
| SOL-0930 | 0.000000000 | ○ No | ◉ Yes |
| SOL-1230 | -0.0000000000027827 | ○ No | ◉ Yes |
| SOL-PERP | 0.0000000000186446 | ○ No | ◉ Yes |
| SRM | 49.271363530 | ○ No | ◉ Yes |
| SRM_LOCKED | 1,168.131922950 | ○ No | ◉ Yes |
| USDT | 0.8000000089668508 | ○ No | ◉ Yes |
| USDT-PERP | 0.000000000 | ○ No | ◉ Yes |
| XRP | -0.2381411700098174 | ○ No | ◉ Yes |
| XRP-0624 | 0.000000000 | ○ No | ◉ Yes |
| XRP-20210924 | 0.000000000 | ○ No | ◉ Yes |
| XRP-PERP | 0.000000000 | ○ No | ◉ Yes |

**Do you want to add any coin not previously listed?**

◉ No
○ Yes

## Loaned Crypto

### Loaned Quantity of Crypto

**Do you want to add any coin not previously listed?**

◉ No
○ Yes

## NFTs

### NFTs (non-fungible tokens)

**Do you want to add any NFTs not previously listed?**

◉ No
○ Yes

## Customer Claims related to any Other Activity on the FTX Exchanges

**Do you have Customer Claims related to any Other Activity on the FTX Exchanges? Other Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.**

◉ No
○ Yes

## File a Proof of Claim

To file a proof of claim electronically, please enter the creditor's name and an email address (where filing confirmation will be sent) in the fields below.

Creditor Name

STARBOARD DIGITAL STRATEGIES

Email Address

ftx1_h7xih6vby3uk@clyw2c26z7k4.oom

## EPOC Agreement

The information requested on the proof of claim form is being collected for the purposes of facilitating a voluntary petition for relief under the Bankruptcy Code and processing any claim you may have against the Debtors.

**YOUR PROOF OF CLAIM FORM MUST NOT CONTAIN ANY OF THE FOLLOWING:** (i) medical records, (ii) complete social security numbers or tax identification numbers, (iii) a complete birth date, (iv) the name of a minor or (v) a financial account number. The information requested on the proof of claim form is being collected for the purposes of facilitating a debtor's voluntary petition for relief under the U.S. Bankruptcy Code and processing any claim you may have against such debtor. When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services to avoid the disclosure of confidential health care information.
**SOME OR ALL OF THE INFORMATION YOU PROVIDE ON THE PROOF OF CLAIM FORM WILL BE PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE DEBTOR'S CASE WEBSITE HOSTED BY KROLL RESTRUCTURING ADMINISTRATION (FORMERLY KNOWN AS PRIME CLERK) PURSUANT TO APPLICABLE LAW AND/OR COURT ORDER.** Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM.**

**ALL DOCUMENTS SUBMITTED, INCLUDING ANY MEDICAL RECORDS, WILL BE MADE PUBLICLY AVAILABLE ON THE DEBTOR'S CASE WEBSITE AND/OR THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

The information you provide on the proof of claim form will be retained by or on behalf of the Bankruptcy Court, the debtor and Kroll Restructuring Administration for as long as necessary for the purposes described above, as needed to resolve disputes or protect legal rights as they relate to such claim, or as otherwise required by law. Some or all of the information you provide on the proof of claim form will be displayed and/or accessible on the debtor's case website hosted by Kroll Restructuring Administration pursuant to applicable law and/or court order. Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Kroll Restructuring Administration and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Kroll Restructuring Administration and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Kroll Restructuring Administration or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Kroll Restructuring Administration and the Clerk of the Court are authorized but not obligated, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

Submission of Claim Data

By using this Site and loading any information to the Site, you agree to release us from any claim or liability with respect to the public display of personal or private information, including but not limited to the types of information listed above.
Claims and creditor information ("Claim Data") must be submitted by a human being and not a script, program, or other method that may be construed as a "bot." Claim Data must be submitted by the creditor or someone authorized to submit such Claim Data on behalf of the creditor. Claim Data must be correct to the best of the creditor's/submitter's knowledge. Filing Claim Data on this Site grants no guarantee of payment.

You represent and warrant that Claim Data submitted by you:

• shall be true, accurate, and complete;
• shall not contain any personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) or other sensitive or potentially embarrassing information, including health care information;
• shall not violate the rights of any third party, including, but not limited to, other proprietary and/or intellectual property rights, or rights of publicity or privacy; shall not violate any law; shall not contain any viruses, Trojan horses, worms, time bombs, bots, or other computer programming routines that are intended to damage, interfere with, or expropriate any system or information; and
• shall not create liability for us or interfere with the operation of the Site.
All information, including information relating to your Claim Data, that is filed electronically, including through this Site, is subject to the same conditions and restrictions as paper based proofs of claim filed with a Bankruptcy Court and are subject to court orders, rules, procedures and applicable law relating to the bankruptcy case in which Claims Data are filed.

Not Legal Advice

WE CANNOT PROVIDE ANY LEGAL ADVICE REGARDING CLAIM DATA OR ON ANY OTHER TOPIC. IF YOU REQUIRE ADVICE REGARDING YOUR RIGHTS OR ANY BANKRUPTCY CASE YOU MAY WISH TO SEEK LEGAL COUNSEL FROM A LICENSED ATTORNEY. USERS OF THIS SITE SHOULD NOT TAKE OR REFRAIN FROM TAKING ANY ACTION BASED UPON CONTENT INCLUDED IN THE SITE. KROLL RESTRUCTURING ADMINISTRATION IS NOT IN THE BUSINESS OF PROVIDING PROFESSIONAL OR LEGAL ADVICE AND INFORMATION CONTAINED ON THIS SITE SHOULD NOT BE RELIED ON AS A SUBSTITUTE FOR FINANCIAL, LEGAL OR OTHER PROFESSIONAL ADVICE. ANY RELIANCE ON THE INFORMATION CONTAINED ON THIS SITE IS SOLELY AT YOUR RISK.

Electronic Signatures

When you submit Claim Data or other information to us, you may be asked to electronically "sign" a form that will set forth certain terms and conditions related to such submission. You hereby agree that your electronic signature in respect of any such submission complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as your original signature.

For our Terms of Use please click Terms of Use.

Filing Fraudulent Claims

FILING A FRAUDULENT CLAIM IS PUNISHABLE BY A FINE UP TO $500,000 AND/OR IMPRISONMENT FOR UP TO 5 YEARS (18 U.S.C. 152, 157, AND 3571).

BY SELECTING "I AGREE", YOU CONSENT TO ALL INFORMATION SUBMITTED BEING PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE CASE WEBSITE AND THE BANKRUPTCY COURT'S CLAIMS REGISTER.

By selecting I agree below, I confirm that I have read, understand and agree to be bound by the foregoing as well as the Terms of Use.

◉ I Agree
○ Reject

**Instructions**

**Claim Information**

**1. Who is the current Creditor?**
Name of the current creditor (the person or entity to be paid for this claim)

Is the current Creditor an Individual?
◉ No
○ Yes

Creditor Name

STARBOARD DIGITAL STRATEGIES

Other names the creditor used with the debtor (if any)

ftx1_h7xh6vby3ok@dtyw2c26z7k4.com

Do you know the creditor's FTX customer main account number?
○ No
◉ Yes

FTX customer main account number:

8272256

Do you know the creditor's FTX customer email address that was used at sign up?
○ No
◉ Yes

FTX customer email address used at account sign up:

ftx1_h7xh6vby3ok@dtyw2c26z7k4.com

**2. Has this claim been acquired from someone else?**
◉ No
○ Yes

**3. Where should notices and payments to the creditor be sent?**
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

Name:

STARBOARD DIGITAL STRATEGIES

Address 1 (Street address, "Care of:", or "Attention To:"):

Care of: Maricorp Services Ltd

Address 2:

31 The Strand, 46 Canal Point Drive

Address 3:

Address 4:

City:

Grand Cayman

State or Province (use 2-letter abbreviation if US or Canada):

Zip Code | Postal Code:

KY1-1105

**Is the creditor address outside of the US?**

O No
◉ Yes

Country (if outside of the US):

Cayman Islands

Contact phone:

+40728854882

Contact email:

dh@giafkacapital.com

Should payments go to a different address?

O No
◉ Yes

**Where should payments to the creditor be sent? (if different)**

Name:

STARBOARD DIGITAL STRATEGIES

Address 1 (Street address, "Care of:", or "Attention To:"):

Care of: Samuel Bratchie, IFINA (UK) Limited

Address 2:

6 The Court, Holywell Business Park

Address 3:

Address 4:

City:

Southam

State or Province (use 2-letter abbreviation if US or Canada):

Warwickshire

Zip Code | Postal Code:

CV47 0FS

Is the creditor address outside of the US?

O No
◉ Yes

Country (if outside of the US):

United Kingdom

Contact phone:

+447831539548

Contact email:

sbratchie@rfina.com

**Would you like to add any additional addresses for receiving notices about this proof of claim?**

◉ No
○ Yes

**4. Does this claim amend one already filed?**

◉ No
○ Yes

**5. Do you know if anyone else has filed a proof of claim for this claim?**

◉ No
○ Yes

## Additional Claim Information

**6. Did you participate in the FTX Earn program (available via Blockfolio app) as of November 11, 2022?**

◉ No
○ Yes

**7. Please refer to the 'Scheduled Claim Information' section above for information on question 7.**

**8.** Do you have Customer Claims related to any Other Activity on the FTX Exchanges? Other Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.

◉ No
○ Yes

## E-Sign

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

○ I am the creditor.
◉ I am the creditor's attorney or authorized agent.
○ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of
Claim serves as an acknowledgment that when calculating the
amount of the claim, the creditor gave the debtor credit for any
payments received toward the debt.

I have examined the information in this Proof of Claim and
have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and
correct.

Executed on date (Calculated in UTC)

09/28/2023

**Name of the person who is completing and signing this claim:**

First Name/Middle Name/Last Name:

DIMITRIOS CHATZISARROS

E-Signature:

DIMITRIOS CHATZISARROS

I certify that I have completed my Proof of Claim form on the
Kroll Restructuring Administration Portal. I hereby agree that
my electronic signature herein complies with the ESIGN Act,
and accordingly shall have the same legal effect as my original
signature.

☑ I agree

Title/Company:

DIRECTOR, STARBOARD DIGITAL STRATEGIES

Address 1:

31 The Strand, 46 Canal Point Drive

Address 2:


City:

Grand Cayman

State or Province (use 2-letter abbreviation if US or Canada):


Zip Code | Postal Code:

KY1-1105

Is this address outside of the US?

○ No
◉ Yes

Country (if outside of the US):

Cayman Islands

Contact phone:

+40728854882

Contact email:

dh@glafkacapital.com

Customer Claim Form

## Attachments

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**

◉ I have supporting documentation
○ I do not have supporting documentation

**Attach a single PDF attachment that is less than 5 megabytes in size**

🅐 PROOF OF CLAIM STARBOARD DIGITAL STRATEGIES.pdf                              1 MB

**File Name**

PROOF OF CLAIM STARBOARD DIGITAL STRATEGIES.pdf


## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as an identification number confirming receipt of your claim ("Confirmation ID").


## Confirmation of Submission

### Your Form has been successfully submitted...

DOCUMENT ID

623488721e19ab85a6669d2ead74272abc44e3b4

Status

Submitted

Submitted Date Time

2023-09-28T20:26:20.077Z

CONFIRMATION ID

3265-70-UUFIC-245484947

**Exhibit B**

PROOF OF CLAIM

Customer: STARBOARD DIGITAL STRATEGIES

Account ID: 8272256

### 1. The USD cash amount which appears in the schedule is understated by USD500,000.

This amount was requested on November 8 for withdrawal. It entered the withdrawal queue and it was removed from the account balances. This withdrawal was NOT PROCESSED. This amount must be added to the cash claim.

### 2. The BTC amount which appears in the schedule is understated by 40 BTC

This amount was requested on November 10 for withdrawal. It entered the withdrawal queue and it was removed from the account balances. This withdrawal was NOT PROCESSED. This amount must be added to the cash claim.

<u>Below there is an accumulation of proofs related to the above discrepancies:</u>

A: screenshot from the FTX claims portal Sep 28, 2023. The amounts appear as processed.



B: Screenshot from the FTX UI, Nov 11 2022



**C: Screenshot from the FTX claims platform-generated csv file of withdrawals, showing the two NOT PROCESSED withdrawals**



**D. another screenshot from the FTX UI, on Nov 12, 2022. Shows again clearly the amounts stuck in the withdrawals queue.**



**Exhibit C**

## Joslyn Smith

| | |
|---|---|
| **From:** | FTX Noticing <ftxnoticing@ra.kroll.com> |
| **Sent:** | Monday, May 13, 2024 3:26 PM |
| **To:** | Dimitris Hatzisarros |
| **Subject:** | Partial Claim Amount Acknowledgment for Amounts Relating to Prepetition Processing Withdrawals |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

CAUTION: This email originated from outside of Glafka Capital. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Customer Code: 00431032

Proof of Claim Number: 78987

Recognized Proof of Claim Amount re: Prepetition Processing Withdrawal: $500,000.00

You are receiving this email because you, as a current claim owner or a prior claim owner to the above referenced proof of claim ("Proof of Claim"), submitted a customer proof of claim through the Claims Agent's electronic proof of claim platform. As part of this Proof of Claim, you asserted, among other things, amounts related to requested, but unpaid, processing withdrawals from the FTX exchange prior to the Chapter 11 filing (the "Processing Withdrawal Assertion").

Based on your Proof of Claim and upon further diligence performed by the Debtors, the Debtors acknowledge that the Processing Withdrawal Assertion amount of $500,000.00 associated with your Proof of Claim remains unprocessed and therefore, to the extent your Proof of Claim includes the Asserted Processed Withdrawal, the Debtors will not contest that Asserted Processed Withdrawal portion of the Proof of Claim on the basis that the withdrawal was received. This letter serves as confirmation that the Debtors do not intend to dispute the Processing Withdrawal Assertion amount.

Importantly, the Debtors continue to evaluate all proofs of claim in the ordinary course and **this letter does not serve as a notice that Proof of Claim Number 78987 in its entirety is allowed and/or will ultimately receive a distribution.** There can be many reasons why a proof of claim will not be allowed or otherwise entitled to receive a distribution with respect to such Proof of Claim including, but not limited to, a failed KYC process or other facts or circumstances related to the Proof of Claim, which is an ongoing evaluation process.

FTX Noticing

Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055

Unsubscribe

## *ITES*
## *VICE* ®

# PRIORITY® MAIL

for domestic use.

) of insurance (restrictions apply).*

for domestic and many international destinations.

oms declaration form is required.

details regarding claims exclusions see the

*usps.com* for availability and limitations of coverage.

# =LOPE

# RED

EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**FROM:**

Law Office of
J.R. Smith, PLLC
4805 Neptune Ct.
Flower Mound, Texas 75022

**TO:**

Office of the Clerk of the United
Bankruptcy Court for the District of
Delaware
824 Market Street, 3rd floor,
Wilmington, Delaware 19801