IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| FTX Trading Ltd., *et al.*, | ) Case No. 22-11068 (JTD) |
| Debtors. | ) (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Oroboros FTX I, LLC**                                 **Contrarian Funds, LLC**

Name of Transferor                                       Name of Transferee

Name and current address of transferor:        Name and address where notices and payments to transferee should be sent:

Oroboros FTX I, LLC
245 Michigan Avenue LG4
Miami, FL 33139

Contrarian Funds, LLC
Attn: Keith McCormack
411 West Putnam Avenue, Suite 425
Greenwich, CT 06830
Email: tradeclaimsgroup@contrariancapital.com

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No.: 2886 Confirmation ID: 3265-69-RGHKL-730652851 | Oroboros FTX I, LLC | $280,250 | Alameda Aus Pty Ltd | 22-11104 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Kit McCormack                                Date: 7/23/24
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Local Form 138

| Debtor | Alameda Research Ltd | | Case number (if known): 22-11067 (JTD) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.209 | State what the contract or lease is for and the nature of the debtor's interest | FIAT INTEGRATION AND REVOLVING LOAN AGREEMENT DATED 10/16/2020 | iFinex Inc.<br>c/o SHRM Trustees (BVI) Limited<br>Attn: Legal Department<br>P.O. Box 4301, Trinity Chambers<br>Road Town, Tortola, VG1110<br>BRITISH VIRGIN ISLANDS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.210 | State what the contract or lease is for and the nature of the debtor's interest | MARKET MAKING AGREEMENT DATED 3/1/2022 | Infinity Conflomerate Group<br>House Of Francis<br>Room 303, Mahe<br>Ile Du Por<br><br>SEYCHELLES |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.211 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT AGREEMENT TO EQUITY INVESTMENT AGREEMENT DATED 9/30/2020 | Insane Solutions OÜ<br>Narva mnt 36<br>Tallinn, 10152<br>ESTONIA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.212 | State what the contract or lease is for and the nature of the debtor's interest | ITB SERVICES AGREEMENT DATED 3/28/2022 | Into The Block Corp<br>16192 Coastal Highway<br>Lewes, DE 19958 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.213 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT DATED 7/26/2021 | Iris Energy Pty Ltd<br>60 Margaret Stree<br>Level 21<br>NSW<br>Sydney, 2000<br>AUSTRALIA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.214 | State what the contract or lease is for and the nature of the debtor's interest | INFLUENCER MARKETING PARTNERSHIP AGREEMENT DATED 6/5/2019 | JAMES STEWART<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED 12/20/2020 | Jason Mo<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the District of Delaware ("Court")
AND TO: Alameda Aus Pty Ltd ("Debtor")
Case No. 22-11104 ("Case")

**Claim #**: 2886; Electronic Submission Conf. ID 3265-69-RGHKL-730652851
**Debtor's Schedules**: FTX Trading Ltd. Schedule G Line 2.210 [Dkt. No. 2291]

**OROBOROS FTX I, LLC** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**CONTRARIAN FUNDS, LLC**
Attn: Keith McCormack
411 West Putnam Avenue, Suite 425
Greenwich, CT 06830

Email: tradeclaimsgroup@contrariancapital.com

and its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed: (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case; and (f) to any amounts listed on Debtor's schedules, including in connection with FTX Trading Ltd.'s Schedule G Line 2.210 [Dkt. No. 2291] ("Claim"), in an amount not less than $280,250, which represents 100% of the total claim amount against Debtor in the Court, or any other court with jurisdiction over Debtor's Case.

Seller hereby waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated as of November 27, 2023.

| **OROBOROS FTX I, LLC** | **CONTRARIAN FUNDS, LLC** |
|---|---|
| By: _Michael Bottjer_ (DocuSigned) | By: _Keith McCormack_ |
| Name: Michael Bottjer | Name: Keith McCormack |
| Title: Partner | Title: Authorized Signatory |