IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FTX Trading Ltd., *et al.*, | ) Case No. 22-11068 (JTD) |
| Debtors. | ) |
| | ) (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Oroboros FTX I, LLC | Contrarian Funds, LLC |
|---|---|
| Name of Transferor | Name of Transferee |
| Name and current address of transferor: | Name and address where notices and payments to transferee should be sent: |
| Oroboros FTX I, LLC<br>245 Michigan Avenue LG4<br>Miami, FL 33139 | Contrarian Funds, LLC<br>Attn: Keith McCormack<br>411 West Putnam Avenue, Suite 425<br>Greenwich, CT 06830<br>Email: tradeclaimsgroup@contrariancapital.com |

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No.: 2915<br>Confirmation ID: 3265-69-QSEGT-479563470 | Oroboros FTX I, LLC | $280,250 | Alameda Research KK | 22-11106 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Keith McCormack*   Date: 7/23/24
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

Local Form 138

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the District of Delaware ("Court")

AND TO: Alameda Research KK ("Debtor")
Case No. 22-11106 ("Case")

Claim #: 2915; Electronic Submission Conf. ID 3265-69-QSEGT-479563470

OROBOROS FTX I, LLC ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**CONTRARIAN FUNDS, LLC**
Attn: Keith McCormack
411 West Putnam Avenue, Suite 425
Greenwich, CT 06830
Email: tradeclaimsgroup@contrariancapital.com

and its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed: (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case; and (f) to any amounts listed on Debtor's schedules, in an amount not less than $280,250 ("Claim"), which represents 100% of the total claim amount against Debtor in the Court, or any other court with jurisdiction over Debtor's Case.

Seller hereby waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated as of November 27, 2023.

| OROBOROS FTX I, LLC | CONTRARIAN FUNDS, LLC |
|---|---|
| By: _Michael Bottjer_ (DocuSigned) | By: _Kit McCormack_ |
| Name: Michael Bottjer | Name: Keith McCormack |
| Title: Partner | Title: Authorized Signatory |