# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF STEVEN P. COVERICK IN SUPPORT OF DEBTORS' OBJECTION TO EDEN PROTOCOL LIMITED'S MOTION FOR ENTRY OF AN ORDER (I) GRANTING RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(D)(1), (II) WAIVING BANKRUPTCY RULE 4001, AND (III) GRANTING RELATED RELIEF

I, Steven P. Coverick, hereby declare under penalty of perjury:

1. I am a Managing Director at Alvarez & Marsal North America, LLC ("A&M"),[2] a restructuring advisory services firm specializing in interim management, crisis management, turnaround consulting, operational due diligence, creditor advisory services and financial and operation restructuring.

2. I have more than 10 years of restructuring and financial advisory experience across various industries, including energy, technology, media, telecommunications, logistics, and healthcare. I have a Bachelor's Degree from the Kelley School of Business at Indiana University, am a CFA® charterholder, and am recognized as a Certified Turnaround Professional by the Turnaround Management Association.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Defined terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

3. Since joining A&M, I have been involved in numerous Chapter 11 restructurings, including Seadrill Limited, iHeart Media Inc., White Star Petroleum Holdings, LLC, Templar Energy LLC, and Expro International Group Holdings Limited.

4. I submit this declaration (the "Declaration") in support of the *Debtors' Objection to Eden Protocol Limited's Motion for Entry of an Order (i) Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1), (ii) Waiving Bankruptcy Rule 4001, and (iii) Granting Related Relief* (the "Objection"), and to place before the Court certain documents referred to in the Objection and my Declaration.

5. I am not being compensated separately for this testimony other than through payments received by A&M as financial advisor retained by FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors").

6. Except as otherwise indicated herein, all of the facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, information provided to me by A&M professionals involved in advising the Debtors in the above-captioned case, or information provided to me by the Debtors. If called upon to testify, I could and would testify to the facts set forth herein on that basis. I am authorized to submit this Declaration on behalf of the Debtors.

7. I understand that, prior to the Petition Date, entities within the FTX Group made numerous speculative investments in different cryptocurrency ventures by means of equity investments, token purchases, and other transactions.

8. The Debtors and their retained restructuring professionals (including A&M) are currently analyzing the Debtors' contracts, including those relating to cryptocurrency investments, to determine whether, in the Debtors' business judgement, they should be assumed

or rejected in accordance the requirements of the Bankruptcy Code. If the Court lifts the automatic stay to allow Eden Protocol to pursue termination of the TPA, there is a meaningful risk that other parties will seek similar relief to avoid fulfilling contractual obligations that could add value to the Debtors' estates.

9. In October 2021, Alameda Ventures Ltd. (n/k/a Maclaurin Investments Ltd.) signed the TPA with Eden Protocol and paid $500,000 for the right to receive 16,666,667 MAGIC tokens one year after Eden Protocol's Network Launch pursuant to the terms of the Token Purchase Agreement attached hereto as Exhibit A.

10. Based on my general knowledge of the Debtors' pre-petition finances, Alameda Ventures Ltd. had access to capital from intercompany borrowings via its parent company, Alameda Research Ltd., which had access to capital from multiple sources, including loan financing.

11. I understand from public reports that, in June 2022, Eden Protocol raised $130 million in a Series B funding round that valued the company at approximately $1.6 billion. (*See* Exhibit B attached hereto.)

12. In August 2022, Alameda Research Ventures LLC (n/k/a Clifton Bay Investments LLC) purchased 860,192 shares of Euclid Labs, Inc., the parent entity of Eden Protocol, for $10 million in a secondary sale with two of Eden Protocol's co-founders. (*See* Exhibits C and D attached hereto.)

13. On September 26, 2022, Alameda Ventures Ltd. changed its name to Maclaurin Investments Ltd. (*See* Exhibit H attached hereto.)

14. Based on a side letter agreement executed contemporaneously with the purchase of these shares, I understand that, besides providing Clifton Bay with equity in Eden

Protocol, this investment entitled Clifton Bay to receive an allocation of MAGIC tokens at launch, calculated as Clifton Bay's proportionate stake in Magic Eden equity at launch multiplied by the total number of MAGIC tokens reserved for the "Company Allocation," defined to include all tokens allocated to Euclid Labs or its insiders and/or shareholders. (*See* Exhibit E attached hereto.) Depending on the total number of tokens allocated to insiders and shareholders, the Debtors are entitled to a potentially substantial number of additional MAGIC tokens.

15. Based on recent reports regarding Eden Protocol's business, the Debtors have reason to believe that their entitlements to MAGIC tokens represent valuable estate assets. (*See, e.g.*, Exhibits F and G attached hereto.)

16. Attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| Token Purchase Agreement between Eden Protocol and Alameda Ventures Ltd. (n/k/a Maclaurin Investments Ltd.) | Exhibit A |
| Press release titled "Magic Eden Closes $130M Series B Round Co-Led by Electric Capital and Greylock at $1.6B Valuation," dated June 21, 2022 and available at https://www.prnewswire.com/news-releases/magic-eden-closes-130m-series-b-round-co-led-by-electric-capital-and-greylock-at-1-6b-valuation-301571902.html | Exhibit B |
| Stock Transfer Agreement between Alameda Research Ventures LLC (n/k/a Clifton Bay Investments LLC), Tan Lu, and Euclid Labs, Inc., dated August 2, 2022. | Exhibit C |
| Stock Transfer Agreement between Alameda Research Ventures LLC (n/k/a Clifton Bay Investments LLC), Zhuojie Zhou, and Euclid Labs, Inc., dated August 2, 2022. | Exhibit D |
| Side Letter Agreement between Alameda Research Ventures LLC (n/k/a Clifton Bay Investments LLC) and Euclid Labs, Inc., dated August 2, 2022. | Exhibit E |
| Article titled "They sold $400m in NFTs last month, made $8m, broke $200m valuation during Series A," dated May 24, 2024 and available at https://blog.getlatka.com/they-sold-400m-in-nfts-last-month-made-8m-broke-200m-valuation-during-series-a/ | Exhibit F |
| Article titled "Eden is Dominated the NFT Market," dated April 23, 2024 and available at https://medium.com/@GhostWrt/the-rise-of-a-giant-how-magic-eden-is-dominating-the-nft-market-a9d2d3441e54. | Exhibit G |


-5-

| | |
|---|---|
| Maclaurin's Certificate of Incorporation of Change of Name. | Exhibit H |

17. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 26, 2024                   */s/ Steven P. Coverick*
                                                           Steven P. Coverick
                                                           Alvarez & Marsal North America, LLC
                                                            Managing Director