UNITED STATES BANKRUPTCY
COURT DISTRICT OF DELAWARE



In re:

    FTX Trading Ltd., *et al.*

        Debtors

Chapter 11
Case No. 22-11068
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| [CONFIDENTIAL CREDITOR] | FTX CLAIMS SPV LLC |

Transferor's Address:

    [Address on File]

Transferee's address for notices and payment:

    475 Sansome St, Suite 730

    San Francisco, CA 94111

    Attn: Anh Le

    ftx@spvtrading.com

| Schedule/Claim No. | Creditor Name | % Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Schedule Number: 6494791<br>Confirmation ID: 3265-70-NURFZ-163041409<br>(submitted on or about 07/17/2023) | Name (Redacted) | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____

    Transferee / Transferee's Agent

Date:   7/22/2024

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EXHIBIT A

## SCHEDULED CLAIM(S)

**Excerpt from Schedule F (March 2023):**

| | |
|---|---|
| 01891574 | ALGO[546.64023259000000000],APE[19.21121384000000000],ATOM[27.37943551000000000],AVAX[17.07215634393939314],AXS[6.07324348000000000],BF_POINT[400.000000000000000000],BIT[121.426672250000000000],BNB[0.31391534000000000],BTC[0.27188790100000000],CRO[140.070673240000000000],CRV[353.171186780000000000],CVX[35.962 7265100000000],DOT[40.63689275000000000],ENJ[149.62499795000000000],ETH[0.83520243450000000],EUR[488.40167213008993983],FTM[1085.33241367000000000],FTT[34.7628406000000000],FXS[22.64384374000000000],GALA[9368.367495730000000000],GENE[20.89009738000000000],GT[4.88974318000000000],HT[3.082301240000000000],IMX[ 446.525159500000000000],MANA[127.40364125000000000],MATIC[593.426832160000000000],NEAR[43.52878180000000000],POLIS[223.88078650000000000],RUNE[30.51432922000000000],SAND[99.52318189000000000],SPELL[10702.181294040000000000],STETH[1.47064328066840922],STG[248.910077960000000000],STSOL[27.798883469668255],T RX[1.00000000000000000],USD[0.15934563035044671],USDT[0.00000001055597065],YGG[25.34385402000000000] |

**Excerpt from Amended Schedule F (June 2023):**

| | | |
|---|---|---|
| 01891574 | ALGO[546.64023259], APE[19.21121384], ATOM[27.37943551], AVAX[17.07215634], AXS[6.07324348], BF_POINT[400], BIT[121.42667225], BNB[.31391534], BTC[0.27188790], CRO[140.07067324], CRV[353.17118678], CVX[35.96272651], DOT[40.63689275], ENJ[149.62499795], ETH[0.83520243], EUR[488.40], FTM[1085.33241367], FTT[34.7628406], FXS[22.64384374], GALA[9368.36749573], GENE[20.89009738], GT[4.88974318], HT[3.08230124], IMX[446.5251595], MANA[127.40364125], MATIC[593.42683216], NEAR[43.5287818], POLIS[223.8807865], RUNE[30.51432922], SAND[99.52318189], SPELL[10702.18129404], STETH[1.47064328], STG[248.91007796], STSOL[27.79888346], TRX[1], USD[0.16], USDT[0.00000001], YGG[25.34385402] | Yes |

**Excerpt from Kroll Website:**



### Creditor Information - Schedule # 6494791

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Name on File | FTX Trading Ltd. | n/a |
| Address on File | **Date Filed** | **Schedule Number** |
| | n/a | 6494791 |
| | | **Confirmation ID** |
| | | 3265-70-NURFZ-163041409 |