**Exhibit B**

**Summary and Detailed Description of AlixPartners' Expenses**

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:     Expenses
Code:   20008100PN00001.1.32

| Date | Description | Amount |
|---|---|---:|
| 05/31/2024 | Client Research Lewis Beischer - Monthly subscription to access blockchain nodes to facilitate financial statement reconstruction | $ 316.47 |
| 06/12/2024 | Subscriptions/Books Matthew Birtwell Time Machine | 15.00 |
| 06/20/2024 | Client Research Travis Phelan - Monthly subscription to access blockchain nodes to facilitate financial statement reconstruction | 15.14 |
| 06/30/2024 | Client Research Travis Phelan - Monthly subscription to access blockchain nodes to facilitate financial statement reconstruction | 299.00 |
| 06/30/2024 | Client Research Lewis Beischer - Monthly subscription to access blockchain nodes to facilitate financial statement reconstruction | 306.65 |
| | | **$ 952.26** |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Client: 20008100Pn0001

| **Expenses** | **Amount** |
|---|---:|
| Client Research | 952.26 |
| **Total Disbursements** | **$ 952.26** |