## EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref. No.__** |

**ORDER (I) AUTHORIZING THE DEBTORS TO FILE UNDER SEAL**
**(A) DEBTORS' OBJECTION TO PROOF OF CLAIM FILED BY**
**ICC BUSINESS CORPORATION FZ LLC AND (B) ACCOMPANYING**
**DECLARATION AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of FTX Trading Ltd. and its affiliated debtors and

debtors-in-possession (collectively, the "Debtors"), for entry of an order (this "Order") authorizing

the Debtors to file under seal their objection to the proof of claim filed by ICC Business

Corporation FZ LLC ("ICC") (the "Objection") and Exhibit 1 of Coverick Declaration; and this

Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the

Amended Standing Order of Reference from the United States District Court for the District of

Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with

Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion

in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core

proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively.  Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]  Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as otherwise ordered herein, no other or further notice is necessary; and objections (if any) to relief on the Motion having been withdrawn, resolved or overruled on the merits; and upon the record of the hearing and all of the proceedings had before this Court; and this Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      The Debtors are authorized to file the Objection and Exhibit 1 of the Coverick Declaration under seal.

3.      Absent further order of the Court, the Objection and Exhibit 1 of the Coverick Declaration shall remain under seal and not be made available to anyone except for the Court, the Debtors and ICC.

4.      The Debtors and ICC are authorized to file Confidential Information under seal as needed with respect to any other documents in connection with the Objection.

5.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.      The Debtors are authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

7.      This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the interpretation or implementation of this Order.


Dated: _____, 2024
      Wilmington, Delaware

**THE HONORABLE JOHN T. DORSEY**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**