# EXHIBIT 1





































































































# EXHIBIT 2

Log In

# ICC Mens T20 World Cup 2022

45 T20s  ·  Oct 16 - Nov 13

| Home | Matches | News | Videos | Table | Squads | Specials | Photos | Stats | Venues |
|------|---------|------|--------|-------|--------|----------|--------|-------|--------|

Team       Venues
ALL         ALL

**Sun, 16 Oct 2022**

1st Match, Group A • Geelong, Simonds Stadium

NAM        163-7 (20)

SL         108 (19)

Namibia won by 55 runs

2nd Match, Group A • Geelong, Simonds Stadium

UAE        111-8 (20)

NED        112-7 (19.5)

Netherlands won by 3 wkts

**Mon, 17 Oct 2022**

3rd Match, Group B • Hobart, Bellerive Oval

SCO        160-5 (20)

WI         118 (18.3)

Scotland won by 42 runs

4th Match, Group B • Hobart, Bellerive Oval

ZIM        174-7 (20)

IRE        143-9 (20)

Zimbabwe won by 31 runs

| Home | Matches | Series | Videos | News |
|------|---------|--------|--------|------|

https://m.cricbuzz.com/cricket-series/3961/icc-mens-t20-world-cup-2022/matches                                    1/8

5th Match, Group A • Geelong, Simonds Stadium

| NAM | 121-6 (20) |
| NED | 122-5 (19.3) |

Netherlands won by 5 wkts

6th Match, Group A • Geelong, Simonds Stadium

| SL | 152-8 (20) |
| UAE | 73 (17.1) |

Sri Lanka won by 79 runs

**Wed, 19 Oct 2022**

7th Match, Group B • Hobart, Bellerive Oval

| SCO | 176-5 (20) |
| IRE | 180-4 (19) |

Ireland won by 6 wkts

8th Match, Group B • Hobart, Bellerive Oval

| WI | 153-7 (20) |
| ZIM | 122 (18.2) |

West Indies won by 31 runs

**Thu, 20 Oct 2022**

9th Match, Group A • Geelong, Simonds Stadium

| SL | 162-6 (20) |
| NED | 146-9 (20) |

Sri Lanka won by 16 runs

10th Match, Group A • Geelong, Simonds Stadium

| UAE | 148-3 (20) |
| NAM | 141-8 (20) |

United Arab Emirates won by 7 runs

**Fri, 21 Oct 2022**

Home          Matches          Series          Videos          News

WI                              146-5 (20)

IRE                             150-1 (17.3)

Ireland won by 9 wkts

12th Match, Group B • Hobart, Bellerive Oval

SCO                             132-6 (20)

ZIM                             133-5 (18.3)

Zimbabwe won by 5 wkts

**Sat, 22 Oct 2022**

13th Match, Super 12 Group 1 • Sydney, Sydney Cricket Ground

NZ                              200-3 (20)

AUS                             111 (17.1)

New Zealand won by 89 runs

14th Match, Super 12 Group 1 • Perth, Perth Stadium

AFG                             112 (19.4)

ENG                             113-5 (18.1)

England won by 5 wkts

**Sun, 23 Oct 2022**

15th Match, Super 12 Group 1 • Hobart, Bellerive Oval

IRE                             128-8 (20)

SL                              133-1 (15)

Sri Lanka won by 9 wkts

16th Match, Super 12 Group 2 • Melbourne, Melbourne Cricket Ground

PAK                             159-8 (20)

IND                             160-6 (20)

India won by 4 wkts

**Mon, 24 Oct 2022**

| Home | Matches | Series | Videos | News |

🇳🇱 NED                          135 (20)

Bangladesh won by 9 runs

18th Match, Super 12 Group 2 • Hobart, Bellerive Oval

🇿🇼 ZIM                          80-5 (9)

🇿🇦 RSA                          51-0 (3)

No result

**Tue, 25 Oct 2022**

19th Match, Super 12 Group 1 • Perth, Perth Stadium

🇱🇰 SL                           157-6 (20)

🇦🇺 AUS                          158-3 (16.3)

Australia won by 7 wkts

**Wed, 26 Oct 2022**

20th Match, Super 12 Group 1 • Melbourne, Melbourne Cricket Ground

🇮🇪 IRE                          157 (19.2)

🏴 ENG                          105-5 (14.3)

Ireland won by 5 runs (DLS method - due to rain)

21st Match, Super 12 Group 1 • Melbourne, Melbourne Cricket Ground

 NZ

 AFG

Match abandoned without a ball being bowled due to rain (no toss)

**Thu, 27 Oct 2022**

22nd Match, Super 12 Group 2 • Sydney, Sydney Cricket Ground

🇿🇦 RSA                          205-5 (20)

🇧🇩 BAN                          101 (16.3)

South Africa won by 104 runs

23rd Match, Super 12 Group 2 • Sydney, Sydney Cricket Ground

🇮🇳 IND                          179-2 (20)

ICC Mens T20 World Cup 2022 schedule, live scores and results | Cricbuzz.com

India won by 56 runs

24th Match, Super 12 Group 2 • Perth, Perth Stadium

| | ZIM | 130-8 (20) |
|---|---|---|
| | PAK | 129-8 (20) |

Zimbabwe won by 1 run

**Fri, 28 Oct 2022**

25th Match, Super 12 Group 1 • Melbourne, Melbourne Cricket Ground

AFG

IRE

Match abandoned without a ball being bowled due to rain (no toss)

26th Match, Super 12 Group 1 • Melbourne, Melbourne Cricket Ground

ENG

AUS

Match abandoned without a ball being bowled due to rain (no toss)

**Sat, 29 Oct 2022**

27th Match, Super 12 Group 1 • Sydney, Sydney Cricket Ground

| | NZ | 167-7 (20) |
|---|---|---|
| | SL | 102 (19.2) |

New Zealand won by 65 runs

**Sun, 30 Oct 2022**

28th Match, Super 12 Group 2 • Brisbane, The Gabba

| | BAN | 150-7 (20) |
|---|---|---|
| | ZIM | 147-8 (20) |

Bangladesh won by 3 runs

29th Match, Super 12 Group 2 • Perth, Perth Stadium

| | NED | 91-9 (20) |
|---|---|---|
| | PAK | 95-4 (12.5) |

| Home | Matches | Series | Videos | News |
|---|---|---|---|---|

30th Match, Super 12 Group 2 • Perth, Perth Stadium

| | | |
|---|---|---|
| 🇮🇳 IND | 133-9 (20) | |
| 🇿🇦 RSA | 137-5 (19.4) | |

South Africa won by 5 wkts

---

**Mon, 31 Oct 2022**

31st Match, Super 12 Group 1 • Brisbane, The Gabba

| | | |
|---|---|---|
| 🇦🇺 AUS | 179-5 (20) | |
| ☘️ IRE | 137 (18.1) | |

Australia won by 42 runs

---

**Tue, 01 Nov 2022**

32nd Match, Super 12 Group 1 • Brisbane, The Gabba

| | | |
|---|---|---|
| 🇦🇫 AFG | 144-8 (20) | |
| 🇱🇰 SL | 148-4 (18.3) | |

Sri Lanka won by 6 wkts

---

33rd Match, Super 12 Group 1 • Brisbane, The Gabba

| | | |
|---|---|---|
| 🏴󠁧󠁢󠁥󠁮󠁧󠁿 ENG | 179-6 (20) | |
| 🇳🇿 NZ | 159-6 (20) | |

England won by 20 runs

---

**Wed, 02 Nov 2022**

34th Match, Super 12 Group 2 • Adelaide, Adelaide Oval

| | | |
|---|---|---|
| 🇿🇼 ZIM | 117 (19.2) | |
| 🇳🇱 NED | 120-5 (18) | |

Netherlands won by 5 wkts

---

35th Match, Super 12 Group 2 • Adelaide, Adelaide Oval

| | | |
|---|---|---|
| 🇮🇳 IND | 184-6 (20) | |
| 🇧🇩 BAN | 145-6 (16) | |

India won by 5 runs - 2nd inns reduced to 16 overs (DLS method) - Target 151

---

| Home | Matches | Series | Videos | News |
|---|---|---|---|---|

36th Match, Super 12 Group 2 • Sydney, Sydney Cricket Ground

| | | |
|---|---|---|
| ☪ PAK | | 185-9 (20) |
| 🇿🇦 RSA | | 108-9 (14) |

Pakistan won by 33 runs - 2nd inns reduced to 14 overs (DLS method) - Target 142

**Fri, 04 Nov 2022**

37th Match, Super 12 Group 1 • Adelaide, Adelaide Oval

| | | |
|---|---|---|
| 🇳🇿 NZ | | 185-6 (20) |
| ☘ IRE | | 150-9 (20) |

New Zealand won by 35 runs

38th Match, Super 12 Group 1 • Adelaide, Adelaide Oval

| | | |
|---|---|---|
| 🇦🇺 AUS | | 168-8 (20) |
| AFG | | 164-7 (20) |

Australia won by 4 runs

**Sat, 05 Nov 2022**

39th Match, Super 12 Group 1 • Sydney, Sydney Cricket Ground

| | | |
|---|---|---|
| 🇱🇰 SL | | 141-8 (20) |
| 🏴 ENG | | 144-6 (19.4) |

England won by 4 wkts

**Sun, 06 Nov 2022**

40th Match, Super 12 Group 2 • Adelaide, Adelaide Oval

| | | |
|---|---|---|
| 🇳🇱 NED | | 158-4 (20) |
| 🇿🇦 RSA | | 145-8 (20) |

Netherlands won by 13 runs

41st Match, Super 12 Group 2 • Adelaide, Adelaide Oval

| | | |
|---|---|---|
| 🇧🇩 BAN | | 127-8 (20) |
| ☪ PAK | | 128-5 (18.1) |

Home          Matches          Series          Videos          News

42nd Match, Super 12 Group 2 • Melbourne, Melbourne Cricket Ground

| | | |
|---|---|---|
| 🇮🇳 IND | | 186-5 (20) |
| 🇿🇼 ZIM | | 115 (17.2) |

India won by 71 runs

**Wed, 09 Nov 2022**

1st Semi-Final • Sydney, Sydney Cricket Ground

| | | |
|---|---|---|
| 🇳🇿 NZ | | 152-4 (20) |
| ☪ PAK | | 153-3 (19.1) |

Pakistan won by 7 wkts

**Thu, 10 Nov 2022**

2nd Semi-Final • Adelaide, Adelaide Oval

| | | |
|---|---|---|
| 🇮🇳 IND | | 168-6 (20) |
| ✚ ENG | | 170-0 (16) |

England won by 10 wkts

**Sun, 13 Nov 2022**

Final • Melbourne, Melbourne Cricket Ground

| | | |
|---|---|---|
| ☪ PAK | | 137-8 (20) |
| ✚ ENG | | 138-5 (19) |

England won by 5 wkts

# EXHIBIT 3

| | |
|---|---|
| **From:** | Nick Pinder <nick.pinder@icc-cricket.com> |
| **Sent:** | Friday, November 25, 2022 5:00 AM |
| **To:** | charis; Jayesh |
| **Cc:** | Sybil Fernandes; Manav Devaraj; Karan Colaco |
| **Subject:** | RE: FTX branding elements |

Charis & Jayesh,

In light of the on-going situation and in line with your request to remove all elements of FTX branding associated with our Partnership, this is to confirm that we will be proceeding to do across the entire ICC digital estate including website and app.

Many thanks,

Nick

**From:** Charis Law <charis@ftx.com>
**Sent:** Thursday, 10 November 2022 4:50 AM
**To:** Sybil Fernandes <Sybil.Fernandes@icc-cricket.com>; Jayesh <Jayesh@ftx.com>
**Cc:** Nick Pinder <nick.pinder@icc-cricket.com>; Manav Devaraj <Manav.Devaraj@icc-cricket.com>; Karan Colaco <Karan.Colaco@icc-cricket.com>
**Subject:** Re: FTX branding elements

[EXTERNAL EMAIL] Do not click links or open attachments unless you recognize the sender and know the content is safe.

And noted on all the removals as indicated.

Again, much appreciated.

—
Charis Law

> On November 10, 2022 at 8:49 AM GMT+8 charis@ftx.com wrote:
>
> If we can can we pull from the bracket challenge prize - sorry I am not in any position to speak about company's status and won't be able to promise if we can oblige to the prize T&Cs, so if we can pull out to a certain extend, please do so.
>
> We already talked to Nium separately re our charity match to remove branding and such.
>
> —
> Charis Law

>> On November 10, 2022 at 8:04 AM GMT+8 sybil.fernandes@icc-cricket.com wrote:
>>
>> Hi Jayesh, Charis

Hope you are both well.

To ensure we have everything in place for the SF match this evening and in preparation for the Final, would you please confirm in blue comments below?

Kind regards, Sybil

---

**From:** Karan Colaco <Karan.Colaco@icc-cricket.com>
**Sent:** Wednesday, November 9, 2022 9:51 PM
**To:** Jayesh <Jayesh@ftx.com>; charis <charis@ftx.com>; Manav Devaraj <Manav.Devaraj@icc-cricket.com>
**Cc:** Nick Pinder <nick.pinder@icc-cricket.com>; Sybil Fernandes <Sybil.Fernandes@icc-cricket.com>; Ania Shefford <ashefford@teamwass.com>; Jack Ryan <jryan@teamwass.com>
**Subject:** FTX branding elements

Hi both apologies but putting this all on one email for your confirmation. Im sure you have plenty going on but if you can please give us an answer tonight would be greatly appreciated:

- LED perimeter – live and non-live – this will come off for the remaining two games

- LED sightscreen – live and non-live – this will come off for the remaining two games
- Replay screen content – live and non-live - this will come off for the remaining two games
- FTX branded flags in stadia – these will come off for the remaining two games
- Final stage and other elements yet to be produced with the partner block - these will NOT have the FTX logo
- Final match programme advert – may have an opportunity to pull it out - this will come off if we are able to
- Broadcast graphic  - to continue as is
- ICC platforms digital content activation – generic diamond hands fielding content (match footage) to continue. We will stop the crowd catches content
  - Please let us know if you also want to pull the bracket challenge prize? If so @Manav Devaraj will need to check with legal
- All digital block applications (website, app and any yet to be produced marketing collateral) – to continue as is

Additionally. physical printed assets will remain as is

- all sponsor block applications, like fence branding, hospitality branding, semi-final match programme etc

- Mid wicket painted logo

Cricket match with Nium, please can you let us know what your decision is with respect to:

- LED & Big screen branding

- Putting up a team

- Providing the donation

**Karan Colaco**
ICC Partnerships Manager
International Cricket Council

2

Tel: +971 4 3828800
DD: +971 4 3828617
Fax: +971 4 3828600
Mobile: +971 50 6408752
www.icc-cricket.com

Sh Mohammed Bin Zayed Road
Dubai Sports City
Street 69
PO Box 500070
Dubai, UAE

# EXHIBIT 4

CRYPTOCURRENCY

# ICC puts FTX T20 World Cup sponsorship on hold amid crypto exchange crisis

**DAVID ADAMS**    NOVEMBER 11, 2022



SOURCE: MATT TURNER / AAP IMAGE

The future of the International Cricket Council's global partnership with crumbling cryptocurrency exchange FTX appears uncertain after the global sporting body confirmed the suspension of FTX branding and promotions at Australia's ongoing men's T20 World Cup.

FTX, the crypto trading platform valued at US$32 billion in January this year, saw its valuation collapse this week in one of the most dramatic downfalls of the so-called 'crypto winter'.

After the platform suffered a liquidity crunch and barred most users from withdrawing their funds, the ICC, which penned a global sponsorship deal with FTX in late 2021, confirmed will put the partnership on hold.

"The ICC's partnership with FTX is under review until there is greater clarity over the future of the company," a spokesperson told *SmartCompany* on Friday.

"As a consequence of this, where practical, all FTX branding and promotions at the ICC Men's T20 World Cup 2022 have been removed."

In October 2021, the ascendant FTX penned a global sponsorship deal with the ICC covering not just the T20 World Cup, which is currently taking place in Australia, but "all ICC properties".

"It is an honour to be a part of the men's and women's cricket tournaments and we look forward to building a strong relationship with the International Cricket Council in the years to come," FTX CEO Sam Bankman-Fried said at the time.

As the FTX crisis unfolded this week, its branding remained on display at T20 World Cup matches, including Pakistan's semifinal win over New Zealand in Sydney on Wednesday.



Case 22-11068-JTD   Doc 21732-1   Filed 07/26/24   Page 68 of 90



**MrQuick_**
@MrQuick_ · **Follow**

From last night :)

6:14 PM · Nov 9, 2022 ⓘ

❤ 37    💬 Reply    ⬆ Share

**Read 1 reply**

At the time of writing, FTX is still listed as an official partner on the ICC website.

"Diamond hand" match highlight clips also remain online, with 'diamond hands' a crypto-community term for holding on to assets even as their valuation plummets.

But with Sunday's final between England and Pakistan likely to draw millions of viewers worldwide, the decision will remove FTX branding from one of the most-watched sporting events of the year.



While the valuation of the ICC deal was not disclosed, cryptocurrency firms have splashed out on hugely expensive sports sponsorships in recent years as digital tokens burst into the mainstream.

Beyond the global cricket deal, FTX also committed to a 19-year, US$135 million deal for the naming rights to the Miami Heat's NBA stadium in 2021.

And as the FTX crisis sparked a review at the ICC, Miami-Dade County, the Florida municipality which owns The FTX Arena, is now on high alert.

"We are closely monitoring it. We are exploring all possible avenues to prepare ourselves," Miami-Dade Mayor Daniella Levine Cava told local reporters this week.

# Partnership on hold after FTX crisis

This crisis began with a _Coindesk_ report that FTX's sister company, the trading firm Alameda Research, held an enormous proportion of its assets in FTX's own bespoke FTT token.

Concerns over the proportion of FTT held by Alameda Research caused rival exchange Binance to announce a liquidation of its own sizable FTT holdings.

That news unsettled the market, convincing even more FTT holders to exchange their holdings. The rush caused a liquidity crisis at FTX, which eventually barred user withdrawals.

The situation worsened through the week as further reports exposed complex ties between FTX and Alameda Research.

_The Wall Street Journal_ reports that Sam Bankman-Fried, the chief executive officer of FTX and founder of Alameda Research, admitted to investors that FTX loaned capital to Alameda Research using funds everyday users deposited on the exchange.

The total size of Alameda Research's debt to FTX: US$10 billion, Bankman-Fried reportedly said.

After Binance backed out of a deal that would have seen it acquire the floundering FTX, Sequoia Capital, which invested $150 million into FTX.com and separate entity FTX.us, this week wrote down the value of its holdings to $0.

---

## HANDPICKED FOR YOU





### Many brands are already entering the metaverse, but the cybersecurity threat is real

Concerns around security in the metaverse are exacerbated by the huge skills shortage in the cybersecurity sector.



### Crypto crackdowns, investment scams and greenwashing targets at ASIC's Annual Forum

ASIC has revealed its enforcement priorities with suspicious crypto companies, investment scams and greenwashing at the top of its hit list.

## SIMILAR TOPICS

crypto    ftx    what happened to ftx

## COMMENTS

ⓘ The *SmartCompany* comment section is members-only content. Please login to leave a comment.

## TRENDING



### Five Aussie startups that raised $54.4 million this week

**STARTUP NEWS   ELOISE KEATING**
7 JUNE 2024



### PsiQuantum deal under microscope: Senate estimates raise more concerns

**FUNDING   TEGAN JONES**
6 JUNE 2024



### Funding provider Tractor Ventures unveils all-women C-suite to "open door" for women leaders

**FUNDING   SIMON CRERAR**

Learn more about five Australian startups that collectively raised more than $54 million in new funding this week to help grow their ventures.

A Senate estimates hearing has intensified scrutiny over the $1 billion PsiQuantum investment, questioning the government's due diligence process.

6 JUNE 2024

Tech startup funding provider Tractor Ventures has moved to an all-women C-suite as Jodie Imam becomes CEO, alongside COO April Enright and CFO Francine Hackett.

### Uncertainty over instant asset write-off leaves SMEs and accountants in the lurch

LEGAL  **TEGAN JONES**

### Dog handlers make skilled priority migration list, some tradies left out

CONSTRUCTION & ENGINEERING
**MOEMINA SHUKUR**

### Reejig now has 50 AI workers and is saving $1.5 million a month

ARTIFICIAL INTELLIGENCE
**TEGAN JONES**



EXHIBIT 5

Latest ∨          Events ∨          Directory          Podcast          Jobs          Agency of the year

in

**FEATURED** | **NEWS**
posted on Oct. 05, 2023 at 1:30 pm

# Emirates named ICC's Cricket World Cup airline partner

Sonia Majumder

> Hosted across ten cities in India, the tournament will bring together ten teams from across cricket-playing nations



*Image Credit: Emirates*

Emirates has announced it is the official airline partner of the ICC Men's Cricket World Cup 2023.

The tournament starts today and runs until 19 November.

ADVERTISING

**Make summer memories with Nespresso coffee made for ice.**

Discover More

Nespresso · Sponsored

Kicking off the 13th edition of the tournament, the airline brand shares its excitement for the game with a video featuring Indian batsman, Dinesh Karthik.

Hosted across ten cities in India, the tournament will bring together ten teams from across cricket-playing nations, including England to battle it out for the Cricket World Cup trophy. The silver and gold trophy has already made its way to India ahead of the tournament.

As Official Airline Partner of the 2023 Men's Cricket World Cup, fans of the sport traveling onboard Emirates flights during the tournament can tune into Sport 24 and Sport 24 Extra.

At the 48 matches taking place across India, Emirates will have a strong presence at the stadiums, with hospitality and ticketing rights, in addition to select in-stadium activations.

Cricket lovers can follow #CWC23 as well as the ICC's Instagram and Facebook pages to see a new Emirates Fly Better Moment of the Day, capturing the best catches, hit and runs outs and more after each match.

Case 22-11068-JTD   Doc 21732-1   Filed 07/26/24   Page 75 of 90

❝

**View this post on Instagram**

A post shared by Emirates (@emirates)

The Men's Cricket World Cup is held every four years. This edition will be the first to be held solely in India and will feature Dinesh Karthik making his debut in a World Cup.

The ICC partnership also sees Emirates featured on the official kit of the ICC Elite and International Panels of Umpires, having been the main sponsor since 2002.

Latest ∨    Events ∨    Directory    Podcast    Jobs    Agency of the year

Emirates logo across the official representation theme of ICC cricket balance. To add to the branding and media exposure to cricket fans around the world, the airline brand also transports umpires and referees to international events as the Global Partner of the ICC.

**Connecting cricket lovers globally**

Emirates is committed to supporting cricket worldwide, connecting with fans and communities across Asia, Australasia and the UK.

Besides its major partnership with the ICC and associated events, Emirates also engages with cricket lovers through its long-standing partnership with Durham County Cricket Club in the UK, since 2010, and as title sponsor of the Durham Lancashire Emirates Trophy.

The airline also began a ten-year naming rights sponsorship in 2013 for Emirates Old Trafford, one of England's most historic and premier cricket grounds also home to Lancashire County Cricket Club.

**The second Campaign Saudi Briefing event of the year will be taking place in Riyadh on 12th October 2023. A variety of panels and speakers will be discussing the themes of media and marketing. For more details, click here.**

Tags:  Cricket   Dinesh Karthik   Durham Lancashire Emirates Trophy   Emirates
Emirates Old Trafford   ICC Men's Cricket World Cup 2023   Lancashire County Cricket Club

‹ PREVIOUS ARTICLE

Building a city within a city

NEXT ARTICLE ›

Saudi Airlines Catering revamps its brand identity

# YOU MIGHT ALSO LIKE

# EXHIBIT 6



| BENCHMARKS **CLOSED** | FEATURED FUNDS ★★★★★ 5Y RETURN | Q Search Stock Quotes, News, Mutual Funds and more |
| **Nifty** 24,286.50 ▲ 162.66 | **Canara Robeco Flexi Ca...** 18.53 % **INVEST NOW** | |

## THE ECONOMIC TIMES | Industry

English Edition ▾ |

Home  BUDG**ET**'24   ETPrime  Markets   Market Data  News  **Industry**  Rise  Politics  Wealth  MF  Tech  Careers  Opinion  NRI  Panache  Spotlight

Auto ▾  Banking/Finance ▾  Cons. Products ▾  Energy ▾  Renewables ▾  Ind1 Goods/Svs ▾  Healthcare/Biotech ▾  Services ▾  Media/Entertainment ▾  More ▾

Business News › Industry › Banking/Finance › Finance › Mastercard signs up as ICC sponsor for 2023 World Cup

# Mastercard signs up as ICC sponsor for 2023 World Cup

By Javed Farooqui, ET Bureau   Last Updated: Aug 24, 2023, 07:07:00 AM IST

FOLLOW US   SHARE   FONT SIZE   SAVE

**Synopsis**

Mastercard chief marketing and communications officer Raja Rajamannar said the company will be spending a significant sum to get the right kind of visibility during the World Cup. Incidentally, Mastercard was also the title sponsor for all bilateral matches played in India until March.



According to sources, a global partnership requires an investment of $10 million per year.

MUMBAI: **Digital payments** company **Mastercard** has signed up as one of International Cricket Council's (ICC) top-tier sponsors for the **2023 World Cup** in India, which will be held between October 5 and November 19. With this, Mastercard joins **ICC**'s other global partners **MRF Tyres**, **Booking.com**, Aramco and Emirates.

According to sources, a global partnership requires an investment of $10 million per year.

── NEXT STORY ──

# Anant Ambani seeks blessings from RSS chief Mohan Bhagwat by touching his feet

ET Special   Last Updated: Jun 29, 2024, 01:59:00 PM IST

FOLLOW US   SHARE   FONT SIZE   SAVE

**Synopsis**

EXHIBIT 7



Login

Get App

| News | Exclusives | Leaders Speak | Events | Awards | Webinars | Brand Solutions | More |

| Digital | Advertising | Media | Cannes Lions 2024 | Interviews | Martequity |

Alia Bhatt: Sparkling 'Eternal...
**From groundbreaking roles to shaping global fashion...**


ET Rajasthan Awards 2024
**Entries open for Government | Health | Retail | BFSI | Realt...**


Brand World Sun
We live in an age
networked econc

Advertising    1 Min Read

# Polycab becomes official partner of ICC

The partnership will include Polycab's sponsorship of all major men's and women's ICC g
events scheduled until the end of 2023, including the ICC Women's T20 World Cup in Sou
Africa, the ICC World Test Championship Final in the United Kingdom, and the ICC Men's
Cricket World Cup 2023 scheduled in India.





B    **BE Staff** , · ETBrandEquity
Updated On Feb 10, 2023 at 04:08 P
Read by:
2677 Industry Professionals

Read by
2677 Industry Professionals





Polycab

Polycab India, the electrical goods company, has announced an official partnership with the International Cricket Council (ICC).

The partnership will include Polycab's sponsorship of all major men's and women's ICC global events scheduled until the end of 2023, including the ICC Women's T20 World Cup in South Africa, the ICC World Test Championship Final in the United Kingdom, and the ICC Men's Cricket World Cup 2023 scheduled in India.

ET BRAND EQUITY.com ET BRAND EQUITY.com

Get App

News      Exclusives      Leaders      Events      Awards      Webinars      Brand          More
                          Speak                                              Solutions

Digital      Advertising      Media      Cannes      Interviews      Martequity
                                         Lions
                                         2024

Nilesh Malani, president and chief marketing officer, Polycab said, "It is a matter of great pride for Polycab to partner with the International Cricket Council. The game is a passion for millions of fans worldwide, and being driven by the same philosophy, we at Polycab understand the importance of connecting with our customers through their passion. We are delighted to partner with ICC to support cricket and together we will create a memorable experience for our patrons."

Anurag Dahiya, chief commercial officer, ICC said, "We are pleased to confirm that Polycab will be an official partner for ICC events up until the end of 2023. We look forward to collaborating with them on our upcoming events, as we deliver our vision of more fans enjoying our sport."



AWARD
**ET Rajasthan Awards 2024**

**Know More**

EVENT
**Future of Retail Marketing**

Thu, 11 Jul 2024
**Register Now**

Bengaluru |...

Jul 2024

WEBINAR
**Eliminat with AI**

Thu, 18 Ju
**Register**

# EXHIBIT 8

**Cape Town, 9 February 2023:**
Continuing its commitment to bring people together through a shared passion for sports, Emirates is returning as the official airline sponsor of the ICC Women's T20 World Cup in South Africa running from 10 February through 26 February 2023. Emirates continues to be a steadfast supporter of the sport through its wider association with the International Cricket Council (ICC) and all their major events. Using sports to give back to communities and offer girls a chance to learn from the legends, Emirates will also be hosting a coaching clinic to encourage and empower girls to try their hand at the sport.

Starting 1 February 2023, the airline recently ramped up its operations by introducing a second daily passenger flight service to Cape Town giving even more access to cricket fans from around the world to and from Cape Town.

The ICC Women's T20 World Cup is the biennial international championship for women's Twenty20 International cricket. Currently in its eighth edition, the tournament will deliver some of the most electrifying cricket performances, welcoming some of the very best teams in the world.

Born out of its commitment to connect with fans and communities of cricket playing nations across the globe, Emirates directly serves 9 of the 10 nations participating in the ICC T20 Women's Cricket World Cup including South Africa, Australia, England, India, New Zealand, Pakistan, Sri Lanka, Bangladesh and Ireland.

Along with a strong brand presence, Emirates will be activating its world-class hospitality. At the semi-finals and final match, the multicultural Emirates cabin

crew will engage with the fans onsite to click Polaroid photos placed in limited edition T20 frames as a memento of the day. They will hand out 4 and 6 cards for fans to use during the match. Emirates cabin crew members will also be part of the final winning team celebratory moment on the pitch straight after the final match.

Empowering upcoming generations of female athletes, Emirates supports the ICC Women's T20 World Cups and the ICC Women's Cricket World Cup as well as the World Test Championships Final in 2023.

Emirates has been the Official Global Partner of the International Cricket Council and its teams of match officials since 2002, and a sponsor of its major tournaments including the ICC Cricket World Cup since 1999. In 2007, it became the official Airline and Global Partner of the International Cricket Council (ICC). The airline also sponsors the ICC Men's Cricket World Cup 2023, which will be held in India this year.

Emirates currently serves South Africa with 35 weekly flights across three gateways including: twice daily to Johannesburg; twice daily to Cape Town; and a daily service to Durban. Emirates has been invested in South Africa for 27 years, and has connected millions of travellers to and from South Africa via Dubai and beyond to its global network, firmly establishing the airline as a long-term partner of South African aviation, tourism, and trade.

EXHIBIT 9

BENCHMARKS **CLOSED**
Nifty 24,286.50   162.66

FEATURED FUNDS ★★★★★   5Y RETURN
Canara Robeco Flexi Ca...   18.53 %   **INVEST NOW**

🔍 Search Stock Quotes, News, Mutual Funds and more

# THE ECONOMIC TIMES | News

Subscribe   Sign In

Monsoon Offer is Live

English Edition ▼ |

Home BUDGET'24   ETPrime   Markets   Market Data   **News**   Industry   Rise   Politics   Wealth   MF   Tech   Careers   Opinion   NRI   Panache   Spotlight

India   Decoded   Web Stories   Morning Brief Podcast   Newsblogs   Economy ▼   Industry   ET Explains   Politics   More ▼

News › News › Sports › ICC may earn up to $150 million in World Cup sponsorship fee

# ICC may earn up to $150 million in World Cup sponsorship fee

By Javed Farooqui, ET Bureau · Last Updated: Oct 04, 2023, 03:56:00 PM IST

FOLLOW US   SHARE   FONT SIZE   SAVE   PRINT   COMMENT

## Synopsis

The world cricket governing body has 20 sponsors and partners for ICC World Cup 2023. It has six global partners that are paying $8-10 million for these sponsorship slots. The global partners include MRF Tyres, Booking.com, IndusInd Bank, MasterCard, Aramco and Emirates. IndusInd and MasterCard have come in as global partners following the exit of Byju's and BharatPe.



IndusInd and MasterCard have come in as global partners following the exit of Byju's and BharatPe. Both Byju's and BharatPe gave up ICC sponsorship due to their financial woes.

The International Cricket Council (ICC) is expected to earn $120-150 million in sponsorship revenue from the more than six-week-long **ICC** Men's Cricket World Cup, which begins in India on October 5, people aware of the development told ET.

The world cricket governing body has 20 sponsors and partners for **ICC World Cup 2023**. It has six global partners who are paying $8-10 million for these sponsorship slots. The global partners include **MRF Tyres**, **Booking.com**, **IndusInd Bank**, **MasterCard**, **Aramco** and **Emirates.**

IndusInd and MasterCard have come in as global partners followi[ng] Byju's and BharatPe. Both Byju's and BharatPe gave up ICC spons[orship due to] their financial woes.



Powered By
2023 GDP: $1.8 TRILLION
2035 GDP: $2.5 TRILLION
2050 GDP: $3.4 TRILLION

**YOU MAY LIKE**                    SPONSORED LINKS

**Johns Hopkins MPH Holders Save Lives Millions at a Time**

Johns Hopkins Bloomberg School of Public Health

Learn More





**UK Elections: Labour set to win record majority**

**Russia starts energy supplies to Pakistan**

The deals with eight official partners, which include Bira91, **Polycab**, Thums-Up, Upstox, Nissan, Nium, Oppo, and DP World, have been signed for $6-8 million, said experts.

Then there are category partners like Royal Stag, Dream11, Jacob's Creek, Near Foundation, Fan Craze and Tyka, who will be forking out anywhere between $3 and $4 million.

Nikhil Bardia, head of sponsorship sales and talent at RISE Worldwide, said this World Cup has set benchmarks that have not been noticed previously.

**Amazon Top Deals**


POWERED BY
amazon.in

Powered By





8% OFF

LG 32 L Convection Microwave Oven...

₹21,999 ₹23,999

Buy Now

VIEW TODAY'S TOP DEALS ON AMAZON »



## Latest from ET

1. Government forms Cabinet committees, allies accommodated

2. Russia becomes high-income economy despite war

3. Bezos to sell $5 bn of Amazon as shares hit new high

TOP TRENDING NEWS

Powered By

Mann Ki Baat Highlights

US Presidential Debate



"The ICC Men's Cricket World Cup offers a massive landscape for brands to connect with their target audience across geographies," Bardia said.

"A cricket World Cup is always marketed as a festival, and with India touted as one of the front-runners in the tournament, it has catalysed interest. Brands across categories and spending pedigrees have found their relevant opportunities with the plethora of opportunities in-stadia and on-screen. The sheer impact of having it in India has been huge, with brands and sponsors flocking for visibility."

A query sent to ICC remained unanswered till as of press time.

Booking.com country manager for India, Sri Lanka, the Maldives and Indonesia, Santosh Kumar, said the World Cup will allow the brand to communicate its mission and values in a relevant and timely manner.

"The ICC Men's Cricket World Cup 2023 will be an incredible sporting and cultural event and an amazing opportunity to engage with our consumers," he said. "With this, we are reaching out to our customers and cricket fans to make travel memorable for them."

MasterCard chief marketing and communications officer Raja Rajamannar had recently told ET that the ICC sponsorship deal is a no-brainer since it is the biggest sporting event happening in India this year.

"Cricket is something that we are very keen on, and we will leverage the ICC sponsorship deal in markets where we are present and where cricket has reached a critical mass," he had said.

For the fiscal year ending December 2022, the ICC reported a net surplus and total revenue of $208 million and $432 million, respectively.

Vinit Karnik, head of sports, esports and entertainment, GroupM South Asia, had earlier said that the Indian sports industry's advertising revenue is expected to reach Rs 16,000 crore in 2023 on the back of the ICC Men's Cricket World Cup and sponsorship deal signings by the Board of Control for Cricket in India (BCCI), among others.

**YOU MAY LIKE**                                    SPONSORED LINKS BY TABOOLA

**Collier on Bankruptcy**
For pricing and more information on this title, call us at 1-877-394-8826. Discounts may be ava
customers that subscribe to both online research and print products. The preeminent bankrup
LexisNexis Store

Powered By

**Amazon's Worst Nightmare: Thousands Canceling Prime for This Clever Hack**



**YOU MAY LIKE**                SPONSORED LINKS

**5 Ways to Upgrade Your Trading with Futures**
Find out how futures trading lets you avoid shorting restrictions and day trading
NinjaTrader                    Learn More

**Top VPNs of 2024: Secure Your Online World**
Discover the top VPN choices for 2024, rigorously tested and selected by our
CNET                           Learn More

by Taboola