IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>**Related D.I. 20342** |

**CERTIFICATE OF NO OBJECTION REGARDING EXAMINER'S MOTION
TO AMEND THE COST OF PHASE I EXAMINATION**

I, Michael D. DeBaecke, an attorney with the law firm of Ashby & Geddes, P.A., Delaware counsel to Robert J. Cleary in his capacity as the examiner appointed in the above-captioned Chapter 11 bankruptcy cases (the "Examiner"), hereby certifies the following:

1. On July 12, 2024, Robert J. Cleary, as Examiner, filed the *Examiner's Motion to Amend the Cost of Phase I of Examination* [D.I. 20342] (the "Motion").

2. Pursuant to the notice of motion, any objections or responses to the Motion were to be filed with the Court and served by July 26, 2024, at 4:00 p.m. (Eastern Time).

3. As of the date hereof, the undersigned counsel has not been served with or otherwise received any responses in opposition to the Motion. A review of the Court's docket indicates that, as of this date, no responses or objections have been filed.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of Debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{02037814;v1 }

WHEREFORE, the Examiner respectfully requests entry of the proposed form of order attached to the Motion at the Court's earliest convenience.

Dated: July 29, 2024    **ASHBY & GEDDES, P.A.**

*/s/ Michael D. DeBaecke*
Michael D. DeBaecke (No. 3186)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19801
Tel: (302) 504-3728
Email: mdebaecke@ashbygeddes.com

*and*

**PATTERSON BELKNAP WEBB & TYLER LLP**
Daniel A. Lowenthal (admitted *pro hac vice*)
Kimberly Black (admitted *pro hac vice*)
1133 Avenue of the Americas
New York, NY  10036
Tel: (212) 336-2720
Email: dalowenthal@pbwt.com
         kblack@pbwt.com

*Counsel for Robert J. Cleary, solely in his capacity as Examiner appointed in the Chapter 11 Cases*
