**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**



In re:

    FTX Trading Ltd., *et al.*

        Debtors

Chapter 11
Case No. 22-11068
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor

Name of Transferee

**[CONFIDENTIAL CREDITOR]**

**CDOF IV Master Fund, L.P.**
By: Canyon Capital Advisors LLC, its Investment Advisor

Transferor's Address:

Transferee's address for notices and payment:

    [Address on File]

        c/o Canyon Capital Advisors LLC

        2000 Avenue of the Stars, 11th Floor

        Los Angeles, CA 90067

        Attn: James Pagnam; Legal

        Email: Jpagnam@canyonpartners.com;
              legal@canyonpartners.com

| Schedule/Claim No. | Creditor Name | % of Transferor's Interest Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 74990 Confirmation ID: 3265-70-JTDPM-842749731 (submitted on or about 09/14/2023) | Name (Redacted) | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: ___07/22/2024___
         DocuSigned by:
         54E116612E2642A...
    Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

Docusign Envelope ID: 4808D235-F212-4EC6-BAB6-2552F8850D0B

**EXHIBIT A**

**SCHEDULED CLAIM(S) / PROOF(S) OF CLAIM**

**Excerpt from Schedule F:**

| 06989632 | BCH[75.7708856600000000],BTC[6.0976181800000000],BTT[6524650.2322520400000000],DOGE[45125.2147450200000000],ETH[42.0720476600000000],XRP[299838.9834052500000000] |
|---|---|

**Excerpt from Amended Schedule F (2023):**

| 06989632 | | BCH[75.77088566], BTC[6.09761818], BTT[6524650.23225204], DOGE[45125.21474502], ETH[42.07204766], XRP[299838.98340525] | Yes |
|---|---|---|---|

**Excerpt from Kroll Website:**

# KROLL

## Creditor Data Details - Claim # 74990

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
09/14/2023

**Claim Number**
74990
**Schedule Number**
6684383
**Confirmation ID**
3265-70-JTDPM-842749731

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign