UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



In re:

FTX Trading Ltd., *et al.*

Debtors

Chapter 11
Case No. 22-11068
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **Advanced Legal P.C.** as Assignee of *Seoung Man Hong* | **CDOF IV Master Fund, L.P.**<br>By: Canyon Capital Advisors LLC, its Investment Advisor |
| Transferor's Address:<br><br>258 Steilen Avenue<br><br>Ridgewood, NJ 07450, USA<br><br>Attn: Woong Kyu Sung<br><br>Email: contact@ftxlegalclinic.com | Transferee's address for notices and payment:<br><br>c/o Canyon Capital Advisors LLC<br><br>2000 Avenue of the Stars, 11th Floor<br><br>Los Angeles, CA 90067<br><br>Attn: James Pagnam; Legal<br><br>Email: Jpagnam@canyonpartners.com; legal@canyonpartners.com |

| Schedule/Claim No. | Creditor Name | % of Transferor's Interest Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 25119<br>Confirmation ID: 3265-70-IDFHE-015924049<br>(submitted on or about 07/26/2023) | Advanced Legal P.C. | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *James Pagnam* (DocuSigned, 54E116612E2642A...)    Date: 07/22/2024

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Annex A

# EVIDENCE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE

TO: Clerk, United States Bankruptcy Court, District of Delaware

**Advanced Legal P.C.,** assignee of Seoung Man Hong, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, do hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to **CDOF IV Master Fund, L.P.,** its successors and assigns, ("Buyer"), all right, title and interest in and to the claim(s) the ("Claim") of Seller, identified below, against FTX Trading Ltd., et al., in the United States Bankruptcy Court, District of Delaware, Case No. 22-11068.

| Schedule/Claim No. | Creditor Name | % of Transferor's Interest Transferred | Debtor | Case No. | Claim Amount |
|---|---|---|---|---|---|
| Claim No. 25119<br>Confirmation ID: 3265-70-IDFHE-015924049<br>(submitted on or about 07/26/2023) | Advanced Legal P.C. | 100% | FTX Trading Ltd. | 22-11068 | See Exhibit A |

Seller hereby unconditionally waives any objection to this transfer and unconditionally waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.

**Buyer:**

**CDOF IV Master Fund, L.P.**
By: Canyon Capital Advisors LLC, its Investment Advisor

By: *James Pagnam* (DocuSigned)
Name: James Pagnam
Title: Authorized Signatory
Address: 2000 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067
Email: jpagnam@canyonpartners.com
Date: 07/22/2024

**Seller:**

**Advanced Legal P.C.**

By: *(signature)* (DocuSigned)
Name: Woong Kyu Sung
Title: Managing Partner
Address: 258 Steilen Avenue, Ridgewood, NJ 07450, USA
Email: contact@ftxlegalclinic.com
Date: 07/22/2024

**EXHIBIT A**

**SCHEDULED CLAIM(S) / PROOF(S) OF CLAIM**

**Excerpt from Schedule F:**

| 06900794 | BTC[0.0000028500000000],BUSD[103397.4088633700000000] |
|---|---|

**Excerpt from Amended Schedule F (2023):**

| 06900794 | BTC[.00000285], USD[103397.41] | Yes |
|---|---|---|

**Excerpt from Kroll Website:**



### Creditor Data Details - Claim # 25119

**Creditor**
Advanced Legal P.C. as Transferee of Name on File
Address on file

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
07/26/2023

**Claim Number**
25119
**Schedule Number**
7572842
**Confirmation ID**
3265-70-IDFHE-015924049

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign