IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref Nos. 8048, 9547, 9883, 13627, 15538, 20342** |

**ORDER AMENDING**
**THE COST OF PHASE I EXAMINATION**

Upon the motion (the "<u>Motion</u>")[2] of the examiner Robert J. Cleary (the "<u>Examiner</u>") for entry of an order (this "<u>Order</u>") to amend the cost of the Phase I Examination [D.I. No. 20342]; this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Federal Rules of Bankruptcy Procedure, and that, except as otherwise ordered herein, no other or further notice is necessary; and objections (if any) to the Motion having been withdrawn, resolved or overruled on the merits; and this Court having found and determined

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

{02037814;v1 }

that the relief set forth in this Order is in the best interests of the Debtors and their estates; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Except as explicitly set forth herein, the Examination Scope Order and the Amended Scope Order remain in full force and effect.

3. The cost of the Phase I Examination shall not exceed $3,313,355 for the fees of the Examiner and professionals retained by the Examiner. The fees and expenses of the Examiner and any professionals retained by the Examiner shall be subject to 11 U.S.C. § 330.

4. The Examiner may take all actions necessary to effectuate the relief granted by this Order.

5. This Order shall be effective and enforceable immediately upon entry.

6. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: July 31st, 2024**  
**Wilmington, Delaware**

**JOHN T. DORSEY**  
**UNITED STATES BANKRUPTCY JUDGE**

{02037814;v1 }   2