UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FTX TRADING LTD., *et al.*, | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice

Name of Transferor:

Name and Current Address of Transferor:

Name of Transferee:

117 Partners LTD

Name and Address where notices and payments to transferee should be sent:

117 Partners LTD
Thomas Braziel
tom@117partners.com
6.20 World Trade Center, 6 Bayside Road, GX11 1AA

Updated Claim Value:

| Claim No. / Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Confirmation ID: 3265-70-VVUIN-540899139  Schedule ID: 221106805365122 | | As described on schedule F | FTX Trading Ltd | 22-11068 |
| Debtor Schedule No: 06824711  Account ID: 152675696 | | As described on schedule F | FTX Trading Ltd | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  Thomas Braziel (Nov 22, 2023 11:59 CST)    Date: 22 November 2023

Transferee/Transferee's Agent

## EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, ▓▓▓ ("Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to 117 Partners Ltd ("Purchaser") all of Seller's right, title, and interest in and to Kroll Customer Number 06824711, FTX AccountID 152675696, Scheduled ID 221106805365122 (the "Proof of Claim") filed against FTX Trading Ltd. et al. (the "Debtor") in the amount of ▓▓▓ in In re FTX Trading Ltd. et al (Case No. 22-11068) pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Proof of Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Proof of Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on 16 November, 2023.



FTX Trading Ltd. Amended Customer Claim Schedule