UNITED STATES BANKRUPTCY
COURT DISTRICT OF DELAWARE



In re:

    FTX Trading Ltd., *et al.*

        Debtors

Chapter 11
Case No. 22-11068
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| [CONFIDENTIAL CREDITOR] | FTX CLAIMS SPV LLC |

Transferor's Address:

[Address on File]

Transferee's address for notices and payment:

475 Sansome St, Suite 730

San Francisco, CA 94111

Attn: Anh Le

ftx@spvtrading.com

| Schedule/Claim No. | Creditor Name | % Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Schedule Number: 6853266<br>Unique Customer Code: 01404834 | Name (Redacted) | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 7/30/2024

    Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT A**

**SCHEDULED CLAIM(S)**

**Excerpt from Schedule F (March 2023):**

| 01404834 | | BIT[0.0060400000000000],BNB[24.30130158035811194],BTC[2.36022980863719000],ETH-[32.90365083842856088],ETHW[32.15717347891333141],FTT[205.60835130000000000],RAY[526.614849024229637],SOL[78.827141348310076200],SRM[643.35718907000000000],SRM_LOCKED[11.151201470000000000],TRX[0.000946000000000000],USD[94.2450405343429541000000000],USDT[6471.7398428829281787] | |

**Excerpt from Amended Schedule F (June 2023):**

| 01404834 | Contingent | ANC-PERP[0], APE-PERP[0], AVAX-PERP[0], BIT[.00604], BIT-PERP[0], BNB[24.30130158], BTC[2.36022980], BTC-20211231[0], BTC-PERP[0.00100000], C98-PERP[0], CRO-PERP[0], DYDX-PERP[0], ENJ-PERP[0], ETH[32.90365083], ETH-20211231[0], ETH-PERP[0], ETHW[32.15717347], FTM-PERP[1300], FTT[205.6083513], LOOKS-PERP[0], LUNC-PERP[0], ONE-PERP[0], RAY[526.6148489], RAY-PERP[0], SOL[78.82714134], SOL-PERP[0], SRM[643.35718907], SRM_LOCKED[11.15120147], SRM-PERP[0], TRX[.000946], USD[-169.08], USDT[6471.73984288], USTC-PERP[0] | | RAY[220.02704332], SOL[34.46578631] |

**Excerpt from Amended Schedule F (January 2024):**

| 01404834 | | ANC-PERP[0], APE-PERP[0], AVAX-PERP[0], BIT[.00604], BIT-PERP[0], BNB[24.30130158], BTC-20211231[0], BTC[2.36022980], BTC-PERP[0.00100000], C98-PERP[0], CRO-PERP[0], DYDX-PERP[0], ENJ-PERP[0], ETH-20211231[0], ETH[32.90365083], ETH-PERP[0], ETHW[32.15717347], FTM-PERP[1300], FTT[205.6083513], LOOKS-PERP[0], LUNC-PERP[0], ONE-PERP[0], RAY[526.6148489], RAY-PERP[0], SOL[78.82714134], SOL-PERP[0], SRM[643.35718907], SRM_LOCKED[11.15120147], SRM-PERP[0], TRX[.000946], USD[-169.08], USDT[6471.73984288], USTC-PERP[0] | | RAY[220.02704332], SOL[34.46578631] |

**Excerpt from Kroll Website:**



## Creditor Data Details - Claim # 18287

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
07/19/2023

**Claim Number**
18287

**Schedule Number**
6853266

**Confirmation ID**
3265-70-TEDUW-488645210

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign