## Exhibit B

### Disbursements

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Repro - B&W Copies | 6/4/2024 | Atamian, Stepan G. | 3426.0 | $0.10 | $342.60 | Repro - B&W Copies |
| Repro - B&W Copies | 6/5/2024 | Schlossberg, Harrison | 8.0 | $0.10 | $0.80 | Repro - B&W Copies |
| Repro - B&W Copies | 6/5/2024 | Atamian, Stepan G. | 968.0 | $0.10 | $96.80 | Repro - B&W Copies |
| Repro - B&W Copies | 6/5/2024 | Schlossberg, Harrison | 21.0 | $0.10 | $2.10 | Repro - B&W Copies |
| Repro - B&W Copies | 6/10/2024 | Schlossberg, Harrison | 37.0 | $0.10 | $3.70 | Repro - B&W Copies |
| Repro - B&W Copies | 6/17/2024 | DeCamp, Justin J. | 1.0 | $0.10 | $0.10 | Repro - B&W Copies |
| Repro - B&W Copies | 6/26/2024 | Rosario, Dario A. | 901.0 | $0.10 | $90.10 | Repro - B&W Copies |
| **Repro - B&W Copies Total** | | | | | **$536.20** | |
| Repro - Color Copies | 6/4/2024 | Wheeler, Stephanie G. | 60.0 | $0.20 | $12.00 | Repro - Color Copies |
| Repro - Color Copies | 6/5/2024 | Schlossberg, Harrison | 392.0 | $0.20 | $78.40 | Repro - Color Copies |
| Repro - Color Copies | 6/10/2024 | Schlossberg, Harrison | 525.0 | $0.20 | $105.00 | Repro - Color Copies |
| Repro - Color Copies | 6/17/2024 | DeCamp, Justin J. | 38.0 | $0.20 | $7.60 | Repro - Color Copies |
| **Repro - Color Copies Total** | | | | | **$203.00** | |
| Delivery/Courier | 6/20/2024 | Schlossberg, Harrison | 1.0 | $44.97 | $44.97 | Delivery/Courier |
| Delivery/Courier | 6/24/2024 | Simpson, Evan S. | 1.0 | $24.76 | $24.76 | Delivery/Courier |
| Delivery/Courier | 6/24/2024 | Simpson, Evan S. | 1.0 | $25.51 | $25.51 | Delivery/Courier |
| Delivery/Courier | 6/25/2024 | Rosario, Dario A. | 1.0 | $58.25 | $58.25 | Delivery/Courier |
| Delivery/Courier | 6/25/2024 | Rosario, Dario A. | 1.0 | $43.47 | $43.47 | Delivery/Courier |
| Delivery/Courier | 6/25/2024 | Rosario, Dario A. | 1.0 | $62.34 | $62.34 | Delivery/Courier |
| Delivery/Courier | 6/25/2024 | Rosario, Dario A. | 1.0 | $48.37 | $48.37 | Delivery/Courier |
| **Delivery/Courier Total** | | | | | **$307.67** | |
| Local Transportation | 6/3/2024 | O'Hara, Daniel P. | 1.0 | $68.33 | $68.33 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 6/4/2024 | Blaisdell, Jackson T. | 1.0 | $62.85 | $62.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:36; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 6/4/2024 | Wadhawan, Subhah | 1.0 | $83.09 | $83.09 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 6/4/2024 | O'Hara, Daniel P. | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 6/4/2024 | Zahn, Arnold | 1.0 | $34.60 | $34.60 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:58; Purpose: OT Travel |
| Local Transportation | 6/5/2024 | Blaisdell, Jackson T. | 1.0 | $63.42 | $63.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:23; Purpose: OT Travel |
| Local Transportation | 6/5/2024 | Foote, Isaac S. | 1.0 | $60.98 | $60.98 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:09; Purpose: OT Travel |
| Local Transportation | 6/7/2024 | Simonds, Charles G. | 1.0 | $72.00 | $72.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:10; Purpose: OT Travel |
| Local Transportation | 6/10/2024 | Parsons, Olivia G. | 1.0 | $50.53 | $50.53 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:15; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 6/10/2024 | Foote, Isaac S. | 1.0 | $62.85 | $62.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:50; Purpose: OT Travel |
| Local Transportation | 6/10/2024 | Zahn, Arnold | 1.0 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:02; Purpose: OT Travel |
| Local Transportation | 6/11/2024 | Toobin, Adam J. | 1.0 | $106.36 | $106.36 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:30; Purpose: OT Travel |
| Local Transportation | 6/12/2024 | Rosen, Celia S. | 1.0 | $91.67 | $91.67 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:07; Purpose: OT Travel |
| Local Transportation | 6/12/2024 | Zahn, Arnold | 1.0 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:35; Purpose: OT Travel |
| Local Transportation | 6/13/2024 | Keenan, Thomas A. | 1.0 | $79.35 | $79.35 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:26; Purpose: OT Travel |
| Local Transportation | 6/13/2024 | Clarke, Stephen H. | 1.0 | $171.28 | $171.28 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:14; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 6/17/2024 | Dunne, Christopher J. | 1.0 | $179.28 | $179.28 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:01; Purpose: OT Travel |
| Local Transportation | 6/18/2024 | Zahn, Arnold | 1.0 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:05; Purpose: OT Travel |
| Local Transportation | 6/20/2024 | Clarke, Stephen H. | 1.0 | $168.83 | $168.83 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:48; Purpose: OT Travel |
| Local Transportation | 6/24/2024 | Foote, Isaac S. | 1.0 | $62.85 | $62.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:06; Purpose: OT Travel |
| Local Transportation | 6/25/2024 | Foote, Isaac S. | 1.0 | $62.85 | $62.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:27; Purpose: OT Travel |
| Local Transportation | 6/26/2024 | Tagliabue, Giada G. | 1.0 | $73.11 | $73.11 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:48; Purpose: OT Travel |
| Local Transportation | 6/26/2024 | Foote, Isaac S. | 1.0 | $62.85 | $62.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:35; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 6/27/2024 | Zahn, Arnold | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:12; Purpose: OT Travel |
| Local Transportation | 5/28/2024 | Croke, Jacob M. | 1.0 | $65.12 | $65.12 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:02; Purpose: OT Travel |
| Local Transportation | 5/29/2024 | Croke, Jacob M. | 1.0 | $103.13 | $103.13 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:46; Purpose: OT Travel |
| Local Transportation | 5/30/2024 | Croke, Jacob M. | 1.0 | $114.90 | $114.90 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:15; Purpose: OT Travel |
| Local Transportation | 6/3/2024 | Kim, HyunKyu | 1.0 | $81.52 | $81.52 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:53; Purpose: OT Travel |
| Local Transportation | 6/4/2024 | Croke, Jacob M. | 1.0 | $101.25 | $101.25 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:10; Purpose: OT Travel |
| Local Transportation | 6/6/2024 | Croke, Jacob M. | 1.0 | $111.93 | $111.93 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:52; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 6/10/2024 | Croke, Jacob M. | 1.0 | $104.76 | $104.76 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:41; Purpose: OT Travel |
| Local Transportation | 6/11/2024 | Croke, Jacob M. | 1.0 | $105.67 | $105.67 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:27; Purpose: OT Travel |
| Local Transportation | 6/13/2024 | Kim, HyunKyu | 1.0 | $116.16 | $116.16 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:14; Purpose: OT Travel |
| Local Transportation | 6/13/2024 | Croke, Jacob M. | 1.0 | $92.00 | $92.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:50; Purpose: OT Travel |
| Local Transportation | 6/17/2024 | Croke, Jacob M. | 1.0 | $97.95 | $97.95 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:48; Purpose: OT Travel |
| Local Transportation | 6/25/2024 | Croke, Jacob M. | 1.0 | $110.96 | $110.96 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:00; Purpose: OT Travel |
| Local Transportation | 6/26/2024 | Croke, Jacob M. | 1.0 | $121.95 | $121.95 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:53; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| **Local Transportation Total** | | | | | **$3,231.60** | |
| Travel and expenses | 6/24/2024 | Kranzley, Alexa J. | 1.0 | $350.00 | $350.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Alexa J. Kranzley; Hotel Name: Hotel DuPont; Location: Wilmington, DE; Arrival Date: 06/24/2024 + Departure Date: 06/25/2024; Room Charge: 450.00 + Taxes: 45.00; Business Purpose: Attend disclosure statement hearing |
| Travel and expenses | 6/24/2024 | Weinberg Crocco, Fabio | 1.0 | $350.00 | $350.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Fabio Weinberg Crocco; Hotel Name: Hotel DuPont; Location: Wilmington, DE; Arrival Date: 06/24/2024 + Departure Date: 06/25/2024; Room Charge: 450.00 + Taxes: 45.00; Business Purpose: Attend disclosure statement hearing |
| Travel and expenses | 6/24/2024 | Dietderich, Andrew G. | 1.0 | $350.00 | $350.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Andrew G. Dietderich; Hotel Name: Hotel DuPont; Location: Wilmington, DE; Arrival Date: 06/24/2024 + Departure Date: 06/25/2024; Room Charge: 450.00 + Taxes: 45.00; Business Purpose: Attend disclosure statement hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and expenses | 6/24/2024 | Glueckstein, Brian D. | 1.0 | $350.00 | $350.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Brian D. Glueckstein; Hotel Name: Hotel DuPont; Location: Wilmington, DE; Arrival Date: 06/24/2024 + Departure Date: 06/25/2024; Room Charge: 450.00 + Taxes: 45.00; Business Purpose: Attend disclosure statement hearing |
| Travel and expenses | 6/24/2024 | Zonenshayn, Benjamin | 1.0 | $350.00 | $350.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Benjamin Zonenshayn; Hotel Name: Hotel DuPont; Location: Wilmington, DE; Arrival Date: 06/24/2024 + Departure Date: 06/25/2024; Room Charge: 450.00 + Taxes: 45.00; Business Purpose: Attend disclosure statement hearing |
| Travel and expenses | 6/25/2024 | Kranzley, Alexa J. | 1.0 | $25.00 | $25.00 | Travel and expenses - Expense Type: Breakfast - Out of Town; Location: Wilmington, DE; Business Purpose: Attend disclosure statement hearing |
| Travel and expenses | 6/24/2024 | Glueckstein, Brian D. | 1.0 | $25.00 | $25.00 | Travel and expenses - Expense Type: Breakfast - Out of Town; Location: Wilmington, DE; Business Purpose: Attend disclosure statement hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and expenses | 5/23/2024 | Glueckstein, Brian D. | 1.0 | $290.70 | $290.70 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Brian D. Glueckstein; Business Purpose: Attend omnibus hearing |
| Travel and expenses | 6/24/2024 | Dietderich, Andrew G. | 1.0 | $290.70 | $290.70 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Andrew G. Dietderich; Business Purpose: Attend disclosure statement hearing |
| Travel and expenses | 6/24/2024 | Weinberg Crocco, Fabio | 1.0 | $325.80 | $325.80 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Fabio Weinberg Crocco; Business Purpose: Attend disclosure statement hearing |
| Travel and expenses | 6/24/2024 | Zonenshayn, Benjamin | 1.0 | $325.80 | $325.80 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Benjamin Zonenshayn; Business Purpose: Attend disclosure statement hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and expenses | 6/24/2024 | Kranzley, Alexa J. | 1.0 | $290.70 | $290.70 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Alexa J. Kranzley; Business Purpose: Attend disclosure statement hearing |
| Travel and expenses | 6/24/2024 | Glueckstein, Brian D. | 1.0 | $290.70 | $290.70 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Brian D. Glueckstein; Business Purpose: Attend disclosure statement hearing |
| Travel and expenses | 6/25/2024 | Bromley, James L. | 1.0 | $218.00 | $218.00 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: James L. Bromley; Business Purpose: Attend disclosure statement hearing |
| Travel and expenses | 5/23/2024 | Glueckstein, Brian D. | 1.0 | $154.79 | $154.79 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Home; End Point: Train Station (NY); Business Purpose: Attend omnibus hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and expenses | 6/25/2024 | Dietderich, Andrew G. | 1.0 | $49.41 | $49.41 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Home; End Point: Train Station (NY); Business Purpose: Attend disclosure statement hearing |
| Travel and expenses | 6/24/2024 | Kranzley, Alexa J. | 1.0 | $36.48 | $36.48 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Home; End Point: Train Station (NY); Business Purpose: Attend disclosure statement hearing |
| Travel and expenses | 6/24/2024 | Glueckstein, Brian D. | 1.0 | $72.02 | $72.02 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: S&C; End Point: Train Station (NY); Business Purpose: Attend disclosure statement hearing |
| Travel and expenses | 6/24/2024 | Glueckstein, Brian D. | 1.0 | $21.88 | $21.88 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Train Station (DE); End Point: Meeting; Business Purpose: Attend disclosure statement hearing |
| Travel and expenses | 6/24/2024 | Weinberg Crocco, Fabio | 1.0 | $7.91 | $7.91 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Train Station (DE); End Point: Meeting; Business Purpose: Attend disclosure statement hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and expenses | 6/24/2024 | Weinberg Crocco, Fabio | 1.0 | $54.32 | $54.32 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Home; End Point: Train Station (NY); Business Purpose: Attend disclosure statement hearing |
| Travel and expenses | 6/25/2024 | Kranzley, Alexa J. | 1.0 | $54.16 | $54.16 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Train Station (NY); End Point: Home; Business Purpose: Attend disclosure statement hearing |
| Travel and expenses | 6/25/2024 | Kranzley, Alexa J. | 1.0 | $10.39 | $10.39 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Hotel; End Point: Train Station (DE); Business Purpose: Attend disclosure statement hearing |
| **Travel and Expenses Total** | | | | | **$4,293.76** | |
| Meals - Overtime | 6/3/2024 | Shure, Harrison B. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 6/3/2024 | Strand, Matthew L. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022, 00035 |
| Meals - Overtime | 6/4/2024 | O'Hara, Daniel P. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029, 00033 |
| Meals - Overtime | 6/4/2024 | Bennett, Mark C. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00029 |
| Meals - Overtime | 6/4/2024 | Wadhawan, Subhah | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 6/4/2024 | Zahn, Arnold | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00029 |
| Meals - Overtime | 6/4/2024 | Ciafone, Jacob W. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00025 |
| Meals - Overtime | 6/4/2024 | Blaisdell, Jackson T. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00025 |
| Meals - Overtime | 6/4/2024 | Fradin, Daniel E. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 6/5/2024 | Saevitzon, Jamie G. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 6/5/2024 | Foote, Isaac S. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 6/5/2024 | Blaisdell, Jackson T. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00025 |
| Meals - Overtime | 6/6/2024 | Dunne, Christopher J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00022, 00029, 00033, 00035 |
| Meals - Overtime | 6/7/2024 | Simonds, Charles G. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022 |
| Meals - Overtime | 6/10/2024 | Zahn, Arnold | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00029 |
| Meals - Overtime | 6/10/2024 | Bennett, Mark C. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00019, 00022, 00029, 00035 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 6/10/2024 | Foote, Isaac S. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00026 |
| Meals - Overtime | 6/10/2024 | Wadhawan, Subhah | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022 |
| Meals - Overtime | 6/11/2024 | Bennett, Mark C. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00019, 00029 |
| Meals - Overtime | 6/11/2024 | Rossin, Devin I. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 6/12/2024 | Zahn, Arnold | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00029 |
| Meals - Overtime | 6/12/2024 | Ciafone, Jacob W. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00023 |
| Meals - Overtime | 6/12/2024 | Kranzley, Alexa J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00015, 00016, 00020, 00023, 00025, 00027, 00041 |
| Meals - Overtime | 6/12/2024 | Rosen, Celia S. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 6/13/2024 | Dunne, Christopher J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00016, 00022, 00029 |
| Meals - Overtime | 6/13/2024 | Clarke, Stephen H. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022, 00025 |
| Meals - Overtime | 6/13/2024 | Keenan, Thomas A. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 6/18/2024 | Ciafone, Jacob W. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 6/18/2024 | Zahn, Arnold | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00029 |
| Meals - Overtime | 6/18/2024 | Dunne, Christopher J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00029 |
| Meals - Overtime | 6/20/2024 | Clarke, Stephen H. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 6/20/2024 | Dunne, Christopher J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00022, 00025, 00029, 00033, 00035, 00046 |
| Meals - Overtime | 6/24/2024 | Foote, Isaac S. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00026, 00029, 00033 |
| Meals - Overtime | 6/25/2024 | Foote, Isaac S. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00026, 00033 |
| Meals - Overtime | 6/26/2024 | Foote, Isaac S. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00026, 00033 |
| Meals - Overtime | 6/26/2024 | Shehada, Emile R. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019, 00025, 00026 |
| Meals - Overtime | 6/26/2024 | Zahn, Arnold | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00029 |
| Meals - Overtime | 6/27/2024 | Saevitzon, Jamie G. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 6/2/2024 | Strand, Matthew L. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend]; Project Code(s): 00035 |
| Meals - Overtime | 6/16/2024 | Strand, Matthew L. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend]; Project Code(s): 00035 |
| **Meals - Overtime Total** | | | | | **$800.00** | |
| **GRAND TOTAL** | | | | | **$9,372.23** | |