## Exhibit B

**Disbursements**

| Cost Type | Work Date | Quantity | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| Service of process | 6/26/2023 | 1.00 | 331.36 | 331.36 | Court Support, Inc. - #11807-00001/Service of Process - 6/26/2023 |
| Service of process | 6/26/2023 | 1.00 | 242.72 | 242.72 | Court Support, Inc. - #11807-00001/Service of Process - 6/26/2023 |
| E-Filing Fee | 4/10/2024 | 1.00 | 10.00 | 10.00 | FILE & SERVEXPRESS, LLC - 11807-00001/File & ServeXpress - Per Page Statutory Filing Fees Invoice 1/1/24-3/31/24 |
| Travel | 5/7/2024 | 1.00 | 30.99 | 30.99 | Uber Technologies, Inc - #11807-00001/Sascha Rand/ 5/7/2024 |
| Travel | 5/7/2024 | 1.00 | 154.99 | 154.99 | Uber Technologies, Inc - #11807-00001/Sascha Rand/ 5/7/2024 |
| Local meals | 5/7/2024 | 1.00 | 274.23 | 274.23 | GrubHub Holdings Inc. - Local meals -Sabrina Tucker #11807-00001/ Sasha Rand - Meeting on 05/07/2024 |
| Local meals | 5/7/2024 | 1.00 | 229.92 | 229.92 | GrubHub Holdings Inc. - Local meals -Sinem Susuz #11807-00001/ Sascha Rand/Jaclyn Palmerson - Interview Prep on 05/07/2024 |
| Local meals | 5/7/2024 | 1.00 | 144.54 | 144.54 | GrubHub Holdings Inc. - Local meals - Sabrina Tucker #11807-00001/ Sasha Rand / Bill Burck Interview Prep 05/07/2024 |
| Document Reproduction | 6/3/2024 | 115.00 | 0.10 | 11.50 | Document Reproduction |
| Document Reproduction | 6/3/2024 | 13.00 | 0.10 | 1.30 | Document Reproduction |
| Document Reproduction | 6/3/2024 | 13.00 | 0.10 | 1.30 | Document Reproduction |
| Color Document Reproduction | 6/3/2024 | 52.00 | 0.25 | 13.00 | Color Document Reproduction |
| Color Document Reproduction | 6/3/2024 | 2.00 | 0.25 | 0.50 | Color Document Reproduction |
| Color Document Reproduction | 6/3/2024 | 2.00 | 0.25 | 0.50 | Color Document Reproduction |
| Velobind | 6/3/2024 | 1.00 | 3.03 | 3.03 | Velobind |
| Word processing | 6/4/2024 | 0.10 | 0.00 | 0.00 | Word processing |
| Document Reproduction | 6/5/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 6/5/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Lexis Courtlink - Off Contract | 6/6/2024 | 1.00 | 0.75 | 0.75 | COURTLINK ALERT |
| Document Reproduction | 6/6/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 6/6/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 6/6/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 6/6/2024 | 14.00 | 0.10 | 1.40 | Document Reproduction |
| Document Reproduction | 6/6/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 6/6/2024 | 14.00 | 0.10 | 1.40 | Document Reproduction |
| Color Document Reproduction | 6/6/2024 | 5.00 | 0.25 | 1.25 | Color Document Reproduction |
| Color Document Reproduction | 6/6/2024 | 5.00 | 0.25 | 1.25 | Color Document Reproduction |

| | | | | | |
|---|---|---|---|---|---|
| Color Document Reproduction | 6/6/2024 | 6.00 | 0.25 | 1.50 | Color Document Reproduction |
| Color Document Reproduction | 6/6/2024 | 5.00 | 0.25 | 1.25 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 6/9/2024 | 1.00 | 0.75 | 0.75 | COURTLINK ALERT |
| Document Reproduction | 6/10/2024 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| Document Reproduction | 6/11/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 6/11/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Services | 6/11/2024 | 2.00 | 5.00 | 10.00 | Array - Drilling/J Palmerson/NY24060086 |
| Document Services | 6/11/2024 | 4.00 | 2.12 | 8.48 | Array - Spiral Bind/J Palmerson/NY24060086 |
| Document Services | 6/11/2024 | 2.00 | 2.07 | 4.14 | Array - Letter Size Folders/J Palmerson/NY24060086 |
| Document Services | 6/11/2024 | 1.00 | 13.30 | 13.30 | Array - Tax/J Palmerson/NY24060086 |
| Document Services | 6/11/2024 | 554.00 | 0.07 | 38.78 | Array - Prints/J Palmerson/NY24060086 |
| Document Services | 6/11/2024 | 118.00 | 0.75 | 88.50 | Array - Color Prints/J Palmerson/NY24060086 |
| Document Reproduction | 6/12/2024 | 10.00 | 0.10 | 1.00 | Document Reproduction |
| Document Reproduction | 6/12/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 6/12/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Word processing | 6/12/2024 | 1.20 | 0.00 | 0.00 | Word processing |
| Document Services | 6/12/2024 | 1.00 | 14.87 | 14.87 | Array - Tax/J Palmerson/NY24060089 |
| Document Services | 6/12/2024 | 900.00 | 0.07 | 63.00 | Array - Prints/J Palmerson/NY24060089 |
| Document Services | 6/12/2024 | 5.00 | 2.12 | 10.60 | Array - Spiral Bind/J Palmerson/NY24060089 |
| Document Services | 6/12/2024 | 2.00 | 5.00 | 10.00 | Array - Drilling/J Palmerson/NY24060089 |
| Document Services | 6/12/2024 | 112.00 | 0.75 | 84.00 | Array - Color Prints/J Palmerson/NY24060089 |
| Word processing | 6/17/2024 | 0.80 | 0.00 | 0.00 | Word processing |
| Word processing | 6/18/2024 | 0.20 | 0.00 | 0.00 | Word processing |
| Document Reproduction | 6/19/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 6/19/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Lexis Courtlink - Off Contract | 6/21/2024 | 1.00 | 0.75 | 0.75 | COURTLINK ALERT |
| Document Reproduction | 6/25/2024 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| Document Reproduction | 6/25/2024 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| Lexis Courtlink - Off Contract | 6/26/2024 | 1.00 | 0.75 | 0.75 | COURTLINK ALERT |
| Document Reproduction | 6/26/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Word processing | 6/26/2024 | 0.10 | 0.00 | 0.00 | Word processing |
| Document Reproduction | 6/28/2024 | 50.00 | 0.10 | 5.00 | Document Reproduction |
| Color Document Reproduction | 6/28/2024 | 1.00 | 0.25 | 0.25 | Color Document Reproduction |
| Color Document Reproduction | 6/28/2024 | 6.00 | 0.25 | 1.50 | Color Document Reproduction |
| Word processing | 6/28/2024 | 0.10 | 0.00 | 0.00 | Word processing |
| Word processing | 6/28/2024 | 0.20 | 0.00 | 0.00 | Word processing |
| Velobind | 6/28/2024 | 1.00 | 3.03 | 3.03 | Velobind |

| | | | | | |
|---|---|---|---|---|---|
| Tabs | 6/28/2024 | 4.00 | 0.75 | 3.00 | Tabs |
| Online Research - Off Contract | 6/30/2024 | 1.00 | 0.00 | 0.00 | Online Research - Off Contract |
| Online Research - Tax | 6/30/2024 | 1.00 | 0.00 | 0.00 | Online Research - Tax |
| Online Research | 6/30/2024 | 1.00 | 0.00 | 0.00 | Online Research |
| Online Research | 6/30/2024 | 1.00 | 0.00 | 0.00 | Online Research |
| Online Research | 6/30/2024 | 1.00 | 0.00 | 0.00 | Online Research |

| Cost Type | Sum of Amount | Sum of Quantity |
|---|---|---|
| Color Document Reproduction | $21.00 | 84 |
| Document Reproduction | $30.10 | 301 |
| Document Services | $345.67 | 1701 |
| E-Filing Fee | $10.00 | 1 |
| Lexis Courtlink - Off Contract | $3.00 | 4 |
| Local meals | $648.69 | 3 |
| Online Research | $0.00 | 3 |
| Online Research - Off Contract | $0.00 | 1 |
| Online Research - Tax | $0.00 | 1 |
| Service of process | $574.08 | 2 |
| Tabs | $3.00 | 4 |
| Travel | $185.98 | 2 |
| Velobind | $6.06 | 2 |
| Word processing | $0.00 | 2.7 |
| **Grand Total** | **$1,827.58** | **2111.7** |