## Exhibit B

**Disbursements**

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Activity ID E102 Outside printing** | | | | | |
| 1368.002 | 06/18/2024 | | | 13.32 | Outside printing DLS Discovery - Invoice 190257 |
| 1368.002 | 06/18/2024 | | | 13.56 | Outside printing DLS Discovery - Invoice 190258 |
| 1368.002 | 06/20/2024 | | | 285.30 | Outside printing Parcels, Inc. - Invoice 1089054 |
| 1368.002 | 06/21/2024 | | | 494.90 | Outside printing Parcels, Inc. - Invoice 1089334 |
| 1368.002 | 06/24/2024 | | | 100.00 | Outside printing Parcels, Inc. - Invoice 1089449 |
| 1368.002 | 06/24/2024 | | | 28.40 | Outside printing Parcels, Inc. - Invoice 1089481 |
| 1368.002 | 06/25/2024 | | | 21.25 | Outside printing Parcels, Inc. - Invoice 1089651 |
| 1368.002 | 06/25/2024 | | | 2,063.99 | Outside printing Parcels, Inc. - Invoice 1089668 |
| 1368.002 | 06/25/2024 | | | 5,313.85 | Outside printing Parcels, Inc. - Invoice 1089671 |
| 1368.002 | 06/26/2024 | | | 116.25 | Outside printing Parcels, Inc. - Invoice 1089805 |
| 1368.002 | 06/28/2024 | | | 6,688.15 | Outside printing Parcels, Inc. - Invoice 1090310 |
| **Total for Activity ID E102** | | | Billable | 15,138.97 | Outside printing |
| **Activity ID E106 Online research** | | | | | |
| 1368.002 | 06/30/2024 | | | 847.37 | Online research Relx Inc. DBA LexisNexis - Invoice 3095177948 |
| **Total for Activity ID E106** | | | Billable | 847.37 | Online research |
| **Activity ID E107 Delivery services/messengers** | | | | | |
| 1368.002 | 06/24/2024 | | | 90.00 | Delivery services/messengers Parcels, Inc. - Invoice 1089722 |
| 1368.002 | 06/25/2024 | | | 183.00 | Delivery services/messengers Parcels, Inc. - Invoice 1089918 |
| 1368.002 | 06/25/2024 | | | 183.00 | Delivery services/messengers Parcels, Inc. - Invoice 1089923 |
| **Total for Activity ID E107** | | | Billable | 456.00 | Delivery services/messengers |
| **Activity ID E111 Meals** | | | | | |
| 1368.002 | 06/12/2024 | | | 23.00 | Meals DiMeo's Pizza - NEJ working dinner |
| 1368.002 | 06/21/2024 | | | 19.20 | Meals DECO - GAW working dinner |
| 1368.002 | 06/24/2024 | | | 121.41 | BJs: Meal Supplements - J. Ray, S&C (7), A&M (5), LRC (3) |
| 1368.002 | 06/24/2024 | | | 273.89 | Meals Manhattan Bagel - Breakfast for J. Ray, S&C (7), A&M (5), LRC (3) |
| 1368.002 | 06/24/2024 | | | 417.86 | Meals Toscana Catering - Dinner for J. Ray, S&C (7), A&M (5), LRC (3) |
| 1368.002 | 06/24/2024 | | | 276.95 | Meals Caffe Gelato - Lunch for J. Ray, S&C (7), A&M (5), LRC (3) |
| 1368.002 | 06/24/2024 | | | 77.00 | Meals DiMeo's Pizza - NEJ, GAW, MR working dinner |
| 1368.002 | 06/25/2024 | | | 286.80 | Meals Manhattan Bagel - Breakfast for J. Ray, S&C (7), A&M (5), LRC (3), Wilkinson (1), Brimmer Katchen (2) |
| **Total for Activity ID E111** | | | Billable | 1,496.11 | Meals |
| **Activity ID E208 Document Retrieval** | | | | | |
| 1368.002 | 06/30/2024 | | | 187.40 | Docket Retrieval - PACER |
| **Total for Activity ID E208** | | | Billable | 187.40 | Document Retrieval |
| **Activity ID E214 Filing Fee** | | | | | |
| 1368.002 | 06/04/2024 | | | 350.00 | Filing Fee Clerk, US Bankruptcy Court |
| 1368.002 | 06/21/2024 | | | 199.00 | Filing Fee Clerk, US Bankruptcy Court |
| **Total for Activity ID E214** | | | Billable | 549.00 | Filing Fee |
| **Activity ID E218 Hearing Transcripts** | | | | | |
| 1368.002 | 06/25/2024 | | | 688.00 | Hearing Transcripts Reliable Wilmington - Invoice WL117606 |
| **Total for Activity ID E218** | | | Billable | 688.00 | Hearing Transcripts |
| **Activity ID E219 Service Fees** | | | | | |
| 1368.002 | 06/24/2024 | | | 2,460.02 | Service Fees Parcels, Inc. - Invoice 1089426 |
| 1368.002 | 06/25/2024 | | | 470.85 | Service Fees Parcels, Inc. - Invoice 1089589 |
| **Total for Activity ID E219** | | | Billable | 2,930.87 | Service Fees |

**GRAND TOTALS**

| | | | Billable | 22,293.72 | |
|---|---|---|---|---|---|