UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.,*<br><br>Debtors | Chapter 11<br><br>No. 22-11068 (JTD)<br><br>(Jointly Administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Tradecraft Autonomy Fund, LP, assignee of Name (Redacted)**

Name of Transferee:

**SP Multi Claims Holdings, LLC**

Name and Current Address of Transferor:
**Tradecraft Autonomy Fund, LP,
assignee of Name (Redacted)
Attn: John K. Ryan
Email: jake@tradecraft.capital
94 Solaris Avenue, Camana Bay
P.O. Box 1348, Grand Cayman KY1-1108**

Name and Address where notices and payments to transferee should be sent:
**SP Multi Claims Holdings, LLC
Attn: Operations
Email: rbeacher@pryorcashman.com
2 Greenwich Plaza, Suite 1
Greenwich, CT 06830**

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule No. 6813192 | Tradecraft Autonomy Fund, LP, assignee of Name (Redacted) | as described on Register (attached) | FTX Trading Ltd. | 22-11068 |
| Confirmation ID No. 3265-70-XZKQL-924626727 | Tradecraft Autonomy Fund, LP, assignee of Name (Redacted) | Unliquidated (stated in crypto) | FTX Trading Ltd. | 22-11068 |
| Customer Code No. 02092376 | Tradecraft Autonomy Fund, LP, assignee of Name (Redacted) | as described on Schedule F (attached) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: July 31, 2024



## Creditor Information - Schedule # 6813192

**Creditor**
Name on File
Address on File

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
n/a

**Claim Number**
n/a
**Schedule Number**
6813192
**Confirmation ID**
3265-70-XZKQL-924626727

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign



| | |
|---|---|
| 02092376 | AAVE-PERP[0], ADA-PERP[0], ALGO-PERP[0], ANC-PERP[0], APE-PERP[0], AR-PERP[0], ATOM-PERP[0], AVAX-PERP[0], AXS-PERP[0], BCH-PERP[0], BNB-PERP[0], BSV-PERP[0], BTC[6], BTC-PERP[0], CEL-PERP[0], CHR[.5], CHR-PERP[0], CHZ-PERP[0], COMP-PERP[0], CREAM-PERP[0], CRO-PERP[0], CRV-PERP[0], CVC-PERP[0], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], EDEN-PERP[0], EGLD-PERP[0], ENJ-PERP[0], ENS-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH-PERP[0], FIL-PERP[0], FLOW-PERP[0], FTM-PERP[0], FTT-PERP[0], FXS-PERP[0], GALA-PERP[0], GMT-PERP[0], HBAR-PERP[0], HNT-PERP[0], HT-PERP[0], ICP-PERP[0], IMX-PERP[0], KNC-PERP[0], KSHIB-PERP[0], LEO-PERP[0], LINK-PERP[0], LOOKS-PERP[0], LTC-PERP[0], LUNA2[124.1682085], LUNA2_LOCKED[289.7258199], LUNC-PERP[0], MANA-PERP[0], MATIC-PERP[0], MKR-PERP[0], MTL-PERP[0], NEAR-PERP[0], NEO-PERP[0], OP-PERP[0], PAXG[.000501], PERP-PERP[0], REEF-PERP[0], RNDR[89777.31598], RUNE-PERP[0], RVN-PERP[0], SAND-PERP[0], SHIT-PERP[0], SNX-PERP[0], SOL[2500.00950958], SOL-PERP[0], SRM-PERP[0], SUSHI-PERP[0], TRX-PERP[0], UNI-PERP[0], USD[188437.41], USDT[.13908577], WAVES-PERP[0], XLM-PERP[0], XRP-PERP[0], YFI-PERP[0], ZEC-PERP[0] |



Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

