# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No: 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 20300** |

## NOTICE OF WITHDRAWAL OF
## EDEN PROTOCOL LIMITED'S MOTION FOR ENTRY OF AN ORDER
## (I) GRANTING RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)(1), (II) WAIVING BANKRUPTCY RULE 4001, AND (III) GRANTING RELATED RELIEF

PLEASE TAKE NOTICE that undersigned counsel for Eden Protocol Limited hereby withdraws, without prejudice, *Eden Protocol Limited's Motion for Entry of an Order (I) Granting Relief from the Automatic Stay Under 11 U.S.C. §362(d)(1), (II) Waiving Bankruptcy Rule 4001, and (III) Granting Related Relief* [Docket No. 20300], filed on July 12, 2024.

Dated: August 1, 2024

**COLE SCHOTZ P.C.**

*/s/ Melissa M. Hartlipp*
Melissa M. Hartlipp (No. 7063)
500 Delaware Avenue, Ste. 1410
Wilmington, Delaware 19801
Tel: (302) 651.2011
mhartlipp@coleschotz.com

-and-

Jacob S. Frumkin (admitted *pro hac vice*)
Court Plaza North
25 Main Street
Hackensack, NJ 07601
Tel: (201) 489-3000
jfrumkin@coleschotz.com

*Attorneys for Eden Protocol Limited*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.