IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX Trading LTD., et al.,[1] | ) | Case No. 22-11068 (JTD) |
| | ) | |
| Debtors. | ) | (Joint Administration) |
| | ) | |

**NOTICE OF APPEARANCE BY THE
COMMODITY FUTURES TRADING COMMISSION
AND CERTIFICATION OF U.S. GOVERNMENT ATTORNEYS**

PLEASE TAKE NOTICE THAT, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned attorneys are appearing on behalf of the Commodity Futures Trading Commission, an agency of the United States government. Notices and papers that are required to be served on the Commodity Futures Trading Commission should be served upon them at the following addresses (including email addresses):

| | |
|---|---|
| Alex T. Case<br>Senior Assistant General Counsel<br>Commodity Futures Trading Commission<br>1155 21st Street, NW<br>Washington, D.C. 20581<br>(202) 418-5651<br>acase@cftc.gov | Carlin Metzger<br>Senior Trial Attorney<br>Commodity Futures Trading Commission<br>77 West Jackson Blvd.<br>Suite 800<br>Chicago, IL 60604<br>(312) 596-0536<br>cmetzger@cftc.gov |

PLEASE TAKE FURTHER NOTICE that the above-named attorneys hereby submit the following certifications of a U.S. Government Attorney in compliance with Local Rule 9010-1(e)(i):

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to a large number of debtor entities in these Chapter 11 cases, a complete list of the debtors and the last four digits of their tax identification numbers is not provided herein. But a complete list can be obtained on the website of the claims and noticing agent at https://cases.ra.kroll.com/FTX.

1. Mr. Case is admitted to the bars of the Supreme Court of the United States, the United States District Court for the District of Colorado, and the State of Michigan (Michigan Bar No. 70150). Mr. Metzger is admitted to the bars of the United States District Court for the Northern District of Illinois, and the State of Illinois (Illinois Bar No. 6275516).

2. Mr. Case and Mr. Metzger are in good standing all jurisdictions where they are admitted.

3. Mr. Case and Mr. Metzger will be bound by the Local Rules of the United States Bankruptcy Court for the District of Delaware, and submit to the jurisdiction of this Court for disciplinary purposes.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Certification of Government Attorney does not waive rights to (i) have final orders in non-core matters entered only after de novo review by a district judge; (ii) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, setoffs, recoupments to which the Commodity Futures Trading Commission may be entitled.

/s/Alex T. Case
Alex T. Case
Senior Assistant General Counsel
Commodity Futures Trading Commission
1155 21st Street, NW
Washington, D.C. 20581
(202) 418-5651 | acase@cftc.gov

/s/Carlin Metzger
Carlin Metzger
Senior Trial Attorney
Commodity Futures Trading Commission
77 West Jackson Blvd., Suite 800
Chicago, IL 60604
(312) 596-0536 | cmetzger@cftc.gov

**CERTIFICATE OF SERVICE**

On August 1, 2024, I caused a copy of the foregoing to be served electronically by the Court's ECF system on persons who have entered an appearance in this proceeding.

*/s/Alex T. Case*