## EXHIBIT B

Disbursements

| Category | Work Date | Timekeeper Name | Amount | Cost Description |
|---|---|---|---|---|
| Local Travel and Fares | 4/30/2024 | Lauren S. Potter | $25.42 | POTTER, LAUREN S. - LAUREN POTTER-Local Taxi / Car Service-04/30/2024-Taxi home after working late on FTX report.-5415 TKID |
| Local Travel and Fares | 5/14/2024 | Robert J. Cleary | $51.58 | CLEARY, ROBERT - ROBERT CLEARY-Local Taxi / Car Service-05/14/2024-Uber home after late evening work-5415 TKID |
| Local Travel and Fares | 5/15/2024 | Robert J. Cleary | $112.57 | CLEARY, ROBERT - ROBERT CLEARY-Local Taxi / Car Service-05/15/2024-Uber home from evening work-5415 TKID |
| Local Travel and Fares | 5/16/2024 | Robert J. Cleary | $32.28 | CLEARY, ROBERT - ROBERT CLEARY-Local Taxi / Car Service-05/16/2024-Taxi - Evening work-7055 TKID |
| Local Travel and Fares | 5/18/2024 | Robert J. Cleary | $35.35 | CLEARY, ROBERT - ROBERT CLEARY-Local Taxi / Car Service-05/18/2024-Taxi home- Evening work-7055 TKID |
| Local Travel and Fares | 5/19/2024 | Robert J. Cleary | $33.60 | CLEARY, ROBERT - ROBERT CLEARY-Local Taxi / Car Service-05/19/2024-Taxi - Evening work-7055 TKID |
| Local Travel and Fares | 6/30/2024 | Ian Eppler | $66.90 | American Express - Uber May 2024 Statement, Eppler, Uber home from evening work, Date: 05-20-24 |
| Local Travel and Fares | 6/30/2024 | Rachel Holliday | $50.55 | American Express - Uber May 2024 Statement, Holliday, Uber home from evening work, Date: 05-14-24 |
| Local Travel and Fares | 6/30/2024 | Johanna-Sophie Dikkers | $57.77 | American Express - Uber May 2024 Statement, Dikkers, Uber home from evening work, Date: 05-20-24 |
| **TOTAL LOCAL TRAVEL AND FARES** | | | **$466.02** | |
| PBWT – Overtime | 5/23/2024 | Carmen Noboa | $383.73 | Patterson Belknap Webb & Tyler LLP – Misc. – 5.23.24 zero voucher – F0115-000002, ST &amp; OT WK of 5/25/24 – Carmen Noboa, TK# 5131, 5/18/24, 7.08hrs |

| Category | Work Date | Timekeeper Name | Amount | Cost Description |
|---|---|---|---|---|
| **TOTAL PBWT - OVERTIME** | | | **$383.73** | |
| Meals - Overtime | 5/2/2024 | Johanna-Sophie Dikkers | $20.00 | Grubhub Holdings Inc. - ACH - Inv. SL-84-248, Inv. Date 05/05/24 - Order Number - 166226052762871 Order Time - 2024-05-02 19:08:05 EDT Johanna-Sophie Dikkers Vendor Name: Shake Shack |
| Meals - Overtime | 5/9/2024 | Johanna-Sophie Dikkers | $20.00 | Grubhub Holdings Inc. - ACH - Inv. SL-84-249, Inv. Date 05/12/24 - Order Number - 983326129306014 Order Time - 2024-05-09 18:52:07 EDT Johanna-Sophie Dikkers Vendor Name: Sakura of Japan |
| Meals - Overtime | 5/9/2024 | Jason Vitullo | $20.00 | Grubhub Holdings Inc. - ACH - Inv. SL-84-249, Inv. Date 05/12/24 - Order Number - 743526121445381 Order Time - 2024-05-09 18:18:14 EDT Jason Vitullo Vendor Name: Chopt Creative Salad Co. |
| Meals - Overtime | 5/14/2024 | Robert J. Cleary | $20.00 | CLEARY, ROBERT - ROBERT CLEARY-Local Meals-05/14/2024-Dinner (evening work). (there is a $20.00 cap on meals-FTX)-ROBERT CLEARY-5415 TKID |
| Meals - Overtime | 5/15/2024 | Robert J. Cleary | $17.52 | CLEARY, ROBERT - ROBERT CLEARY-Local Meals-05/15/2024-Dinner- Evening work-ROBERT CLEARY-7055 TKID |
| Meals - Overtime | 5/15/2024 | Ian Eppler | $20.00 | Grubhub Holdings Inc. - ACH - Inv. SL-84-250, Inv. Date 05/19/24 - Order Number - 139526187841373 Order Time - 2024-05-15 18:52:29 EDT Ian Eppler Vendor Name: Akdeniz Mediterranean Cuisine |
| Meals - Overtime | 5/16/2024 | Robert J. Cleary | $15.54 | CLEARY, ROBERT - ROBERT CLEARY-Local Meals-05/16/2024-Meal - Evening work-ROBERT CLEARY-7055 TKID |

| Category | Work Date | Timekeeper Name | Amount | Cost Description |
|---|---|---|---|---|
| Meals - Overtime | 5/17/2024 | Robert J. Cleary | $18.13 | CLEARY, ROBERT - ROBERT CLEARY-Local Meals-05/17/2024-Dinner- Evening work-ROBERT CLEARY-7055 TKID |
| Meals - Overtime | 5/19/2024 | Robert J. Cleary | $15.54 | CLEARY, ROBERT - ROBERT CLEARY-Local Meals-05/19/2024-Dinner- Evening work-ROBERT CLEARY-7055 TKID |
| Meals - Overtime | 5/20/2024 | Robert J. Cleary | $138.28 | Dinner for Robert J. Cleary, Daniel A. Lowenthal, Lauren S. Potter, Jason Vitullo, Alvin Li, Ian Eppler, William Hayes, Johanna-Sophie Dikkers. Cost per person approximately $17.25. |
| **TOTAL MEALS – OVERTIME** | | | **$305.01** | |
| Conference Room Dining | 4/12/2024 | Johanna-Sophie Dikkers | $160.81 | Restaurant Associates - ACH - Date: 4/12/2024, Location: 24C, Host: Dikkers, Josie (x2231), Event Name: External Meeting, Guests: 1 |
| Conference Room Dining | 4/22/2024 | Kimberly Black | $27.22 | Restaurant Associates - ACH - Date: 4/22/2024, Location: 24E, Host: Black, Kimberly (x2511), Event Name: External, Guests: 1 |
| Conference Room Dining | 4/23/2024 | Daniel A. Lowenthal | $21.78 | Restaurant Associates - ACH - Date: 4/23/2024, Location: 24E, Host: Lowenthal, Daniel A. (x2720), Event Name: External Meeting, Guests: 1 |
| Conference Room Dining | 5/8/2024 | Johanna-Sophie Dikkers | $183.78 | Restaurant Associates - ACH - Date: 5/8/2024, Location: 24C, Host: Dikkers, Josie (x2231), Event Name: External, Guests: 1, Items: Beverages - Assorted Soda, Coffee, Tea & Hot Beverages - Starbucks Coffee Service, The Legal Sandwich Luncheon (Min. 4 Guests) |
| Conference Room Dining | 6/12/2024 | Lauren S. Potter | $97.66 | Restaurant Associates - ACH - Date: 6/12/2024, Location: 24E, Host: Potter, Lauren Schorr (x2117), Event Name: FTX Meeting, Guests: 1, Items: Basic Snack Basket (Min. 4 Guests), Sliced |

| Category | Work Date | Timekeeper Name | Amount | Cost Description |
|---|---|---|---|---|
| | | | | Fresh Fruit Platter, Coffee, Tea & Hot Beverages - Starbucks Coffee Service |
| **TOTAL CONFERENCE ROOM DINING** | | | **$491.25** | |
| Reproduction – Copies | 5/14/2024 | Maritza Garcia | $1.00 | Reproduction – B/W Copies – Date: 5/14/2024, Page Count: 10 pages ($0.10 per page), Maritza Garcia |
| Reproduction – Copies | 5/21/2024 | Carmen Espinal | $18.10 | Reproduction – B/W Copies – Date: 5/21/2024, Page Count: 181 pages ($0.10 per page), Carmen Espinal |
| Reproduction – Copies | 5/21/2024 | Carmen Espinal | $11.50 | Reproduction – Color Copies – Date: 4/28/2024, Page Count: 46 pages ($0.25 per page), Carmen Espinal |
| **TOTAL REPRODUCTION – COPIES** | | | **$30.60** | |
| Online Research | 4/30/2024 | Matthew Finnegan | $10.10 | PACER document retrieval fees |
| Online Research | 4/30/2024 | Matthew Finnegan | $20.00 | PACER document retrieval fees |
| Online Research | 4/30/2024 | Matthew Finnegan | $20.90 | PACER document retrieval fees |
| Online Research | 5/12/2024 | Matthew Finnegan | $85.05 | PACER document retrieval fees |
| Online Research | 5/31/2024 | Matthew Finnegan | $156.50 | PACER document retrieval fees |
| Online Research | 5/31/2024 | Matthew Finnegan | $6.00 | PACER document retrieval fees |
| Online Research | 5/31/2024 | Matthew Finnegan | $549.60 | PACER document retrieval fees |
| Online Research | 5/31/2024 | Matthew Finnegan | $9.20 | PACER document retrieval fees |
| **ONLINE RESEARCH** | | | **$857.35** | |
| Litigation Support Vendor | 6/10/2024 | N/A | $7,946.38 | Deloitte Trans. and Bus. Analytics - ACH - Deloitte Transactions and Business- Invoice 8004880003 - Date 06/10/2024 - Re: Discovery Services for Project Neutrino_F0115, April 2024 |

| Category | Work Date | Timekeeper Name | Amount | Cost Description |
|---|---|---|---|---|
| **LITIGATION SUPPORT VENDOR** | | | **$7,946.38** | |
| **GRAND TOTAL** | | | **$10,480.34** | |