## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, 1 | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Defective Transfer of Claim, to be served via First Class Mail and/or Email on the date and upon the Transferor and Transferee, as set forth on the Defective Transfer Service List attached hereto as **Exhibit A**.

*[Remainder of page intentionally left blank]*

---

1 The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: July 31, 2024

*/s/ Thomas Evangelista*
Thomas Evangelista


State of New York
County of New York


Subscribed and sworn (or affirmed) to me on July 31, 2024, by Thomas Evangelista, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

**Exhibit A**

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 8965 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>8000 Miramonte Drive, Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 6/21/2024 |
| 9575 | Name on File | DOIP II Luxembourg LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 6/18/2024 |
| 11205 | Name on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT, 06830<br>Email: 12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 6/7/2024 |
| 11567 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/21/2024 |
| 11961 | Name on File<br>Address on File<br>Email Address on File | Arceau 507 II LLC<br>Attn: Michael Bottjer<br>4 lakeside drive, Chobham lakes<br>Woking, Surrey, GU248BD United<br>Kingdom | 6/18/2024 |
| 13111 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY, 82001<br>Email: claims@ftxcreditor.com | 6/7/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 13761 | Name on File<br>Address on File<br>Email Address on File | Trup Recovery LLC<br>Attn: Stephen Golden<br>c/o Riva Ridge Capital Management LP<br>55 Fifth Avenue, 18th Floor<br>New York, NY, 10003<br>Email: sgolden@rivalp.com | 6/7/2024 |
| 14363 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 14579 | Name on File<br>Address on File<br>Email Address on File | Federico Natali<br>221 W 9th St<br>Wilmington, DE, 19801<br>Email: paxtibi.xyz@gmail.com | 6/7/2024 |
| 14631 | Name Not Provided by Transferee | FTX Creditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 14639 | Name on File<br>Address on File<br>Email Address on File | FTX Creditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY, 82001<br>Email: claims@ftxcreditor.com | 6/7/2024 |
| 14662 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY, 82001<br>Email: claims@ftxcreditor.com | 6/7/2024 |
| 14683 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY, 82001<br>Email: claims@ftxcreditor.com | 6/7/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 14797 | Name Not Provided by Transferee | FTXCREDITOR, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 14837 | Name on File<br>Address on File<br>Email Address on File | Federico Natali<br>P.O. Box Number 75719<br>Dubai, ,  United Arab Emirates<br>Email:<br>paxtibi.xyz+recovery@gmail.com | 6/7/2024 |
| 14842 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY, 82001<br>Email: claims@ftxcreditor.com | 6/7/2024 |
| 14863 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY, 82001<br>Email: claims@ftxcreditor.com | 6/7/2024 |
| 14883 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY, 82001<br>Email: claims@ftxcreditor.com | 6/7/2024 |
| 14905 | Name on File<br>Address on File<br>Email Address on File | FTX CREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY, 82001<br>Email: claims@ftxcreditor.com | 6/7/2024 |
| 14907 | Name on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT, 06830<br>Email: rbeacher@pryorcashman.com | 6/7/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 14999 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 15119 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY, 82001<br>Email: claims@ftxcreditor.com | 6/7/2024 |
| 15124 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 15134 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY, 82001<br>Email: claims@ftxcreditor.com | 6/7/2024 |
| 15214 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY, 82001<br>Email: claims@ftxcreditor.com | 6/7/2024 |
| 15223 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY, 82001<br>Email: claims@ftxcreditor.com | 6/7/2024 |
| 15234 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 15239 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY, 82001<br>Email: claims@ftxcreditor.com | 6/7/2024 |
| 15245 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY, 82001<br>Email: claims@ftxcreditor.com | 6/7/2024 |
| 15270 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: rbeacher@pryorcashman.com,<br>12017192157@tls.ldsprod.com | 6/18/2024 |
| 15273 | Name on File<br>Address on File<br>Email Address on File | CDOF IV Master Fund, L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: legal@canyonpartners.com,<br>Jpagnam@canyonpartners.com | 6/18/2024 |
| 15280 | Name on File<br>Address on File<br>Email Address on File | CHARTER GROUP HOLDINGS LTD.<br>PO BOX 1657<br>Suite 212, Second Floor<br>Block A, Unity House<br>Victoria, Mahé,  Seychelles<br>Email: sc.make@gmail.com | 6/7/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 15374 | Name Not Provided by Transferee | 117 Partners LLC<br>Attention: Thomas Braziel and Bruce Tan<br>5 Greyhen Ln<br>Savannah, GA 31411<br>Email: tom@117partners.com, bruce@117partners.com | 6/18/2024 |
| 15516 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY, 82001<br>Email: claims@ftxcreditor.com | 6/7/2024 |
| 15574 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY, 82001<br>Email: claims@ftxcreditor.com | 6/7/2024 |
| 15580 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 15589 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY, 82001<br>Email: claims@ftxcreditor.com | 6/7/2024 |
| 15637 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 15639 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY, 82001<br>Email: claims@ftxcreditor.com | 6/7/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 15745 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/21/2024 |
| 15752 | Name on File<br>Address on File<br>Email Address on File | DCP Master Investments XV LLC<br>c/o Diameter Capital Partners, LP<br>1301 Avenue of the Americas, 34th Floor<br>55 Hudson Yards, Suite 29B<br>New York, NY, 10001<br>Email: srao@diametercap.com | 6/7/2024 |
| 15753 | Name on File | DCP Master Investments XV LLC<br>c/o Diameter Capital Partners, LP<br>55 Hudson Yards, Suite 29B<br>New York, NY 10001<br>Email: srao@diametercap.com | 6/18/2024 |
| 15759 | Name on File<br>Address on File<br>Email Address on File | Svalbard Holdings Limited<br>Attention: Steve Gillies<br>c/o Attestor Limited<br>7 Seymour Street<br>London, WIH7JW United Kingdom<br>Email: mweinstein@hudsonbaycapital.com | 6/21/2024 |
| 15792 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 15830 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|------------|------------|-----------------|
| 15847 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 15851 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 15905 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 15925 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 15935 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 15937 | Name on File<br>Address on File<br>Email Address on File | FTX Creditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 16097 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|-----------|-----------|-----------------|
| 16098 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 16106 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/21/2024 |
| 16107 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 16161 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: rbeacher@pryorcashman.com,<br>12017192157@tls.ldsprod.com | 6/21/2024 |
| 16168 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: rbeacher@pryorcashman.com,<br>12017192157@tls.ldsprod.com | 6/21/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 16176 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 6/18/2024 |
| 16185 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors, L.L.C.<br>Attn: Michael Linn<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com | 6/18/2024 |
| 16187 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors, L.L.C.<br>Attn: Michael Linn<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com | 6/18/2024 |
| 16193 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors, L.L.C.<br>Attn: Michael Linn<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com | 6/18/2024 |
| 16206 | Name on File | Azure Tide Holdings Pte Ltd<br>Attn: Benjamin Zhu<br>80 Marine Parade Road<br>#16-09 Parkway Parade<br>Singapore, 449269<br>Email: claims@aztide.com | 6/18/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 16207 | Name on File | Azure Tide Holdings Pte Ltd<br>Attn: Benjamin Zhu<br>80 Marine Parade Road<br>#16-09 Parkway Parade<br>Singapore, 449269<br>Email: claims@aztide.com | 6/18/2024 |
| 16209 | Name on File<br>Address on File<br>Email Address on File | Azure Distressed Opportunities Corporation<br>Attn: Ngeow Wu Tien<br>4th Floor, Harbour Place,<br>103 South, Church Street<br>Grand Cayman, KY1-1002<br>Email: adoc_legal@aztide.com | 6/18/2024 |
| 16210 | Name on File<br>Address on File<br>Email Address on File | Azure Distressed Opportunities Corporation<br>Attn: Ngeow Wu Tien<br>4th Floor, Harbour Place<br>103 South<br>Church Street, Grand Cayman, KY1-1002 Cayman Islands<br>Email: adoc_legal@aztide.com | 6/18/2024 |
| 16211 | Name on File<br>Address on File<br>Email Address on File | Azure Distressed Opportunities Corporation<br>Attn: Ngeow Wu Tien<br>4th Floor, Harbour Place<br>103 South Church Street<br>Grand Cayman, KY1-1002 Cayman Islands<br>Email: adoc_legal@aztide.com | 6/18/2024 |
| 16214 | Name on File<br>Address on File<br>Email Address on File | FTX Claims SPV LLC<br>Attn: Anh Le<br>475 Sansome St<br>Suite 730<br>San Francisco, CA 94111<br>Email: ftx@spvtrading.com | 6/18/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 16218 | Name on File<br>Address on File<br>Email Address on File | FTX Claims SPV LLC<br>Attn: Anh Le<br>475 Sansome St<br>Suite 730<br>San Francisco, CA 94111<br>Email: ftx@spvtrading.com | 6/21/2024 |
| 16254 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 16257 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 16260 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 16261 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 16264 | Name on File<br>Address on File<br>Email Address on File | PAXTIBI LLP<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 6/21/2024 |
| 16270 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 16271 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 16274 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 16275 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 16276 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 16277 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 16360 | Name on File<br>Address on File<br>Email Address on File | Canyon Distressed TX (A) LLC<br>Attn: James Pagnam<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 6/18/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 16361 | Name on File<br>Address on File<br>Email Address on File | Canyon ESG Master Fund, L.P.<br>Attn: James Pagnam<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 6/18/2024 |
| 16363 | Name on File<br>Address on File<br>Email Address on File | CDOF IV Master Fund, L.P.<br>Attn: James Pagnam<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 6/18/2024 |
| 16369 | Not Provided by Transferee | Stonex Credit Trading Inc.<br>Attn: Henry Tavarez<br>230 Park Avenue<br>10th Floor<br>New York, NY 10169<br>Email: Henry.tavarez@stonex.com | 6/21/2024 |
| 16408 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/21/2024 |
| 16415 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/21/2024 |
| 16417 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/21/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 16418 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 16420 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/21/2024 |
| 16433 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 16446 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 16462 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 16526 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 16575 | Name on File<br>Address on File<br>Email Address on File | FTX Creditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 16576 | Name on File<br>Address on File<br>Email Address on File | FTX Creditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 16581 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 16745 | Name on File<br>Address on File<br>Email Address on File | FTX Creditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/18/2024 |
| 16747 | Name on File<br>Address on File<br>Email Address on File | FTX Creditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/21/2024 |
| 16765 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors, LLC<br>Attn: Michael Linn<br>One Maritime Plaza<br>Suite 2100<br>San Francisco, CA 94111<br>Email: mlinn@farcap.com | 6/18/2024 |
| 16796 | Name on File<br>Address on File<br>Email Address on File | Figure Markets Inc.<br>Attn: Dan Grueter<br>650 California St<br>Suite 2700<br>San Francisco, CA 24108 | 6/18/2024 |
| 16804 | Name on File<br>Address on File<br>Email Address on File | DCP Master Investments XV LLC<br>Attn: General Counsel<br>c/o Diameter Capital Partner, LP<br>55 Hudson Yards, Suite 29B<br>New York, NY 10001<br>Email: srao@diametercap.com | 6/18/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 16808 | Name on File<br>Address on File | DCP Master Investments XV LLC<br>c/o Diameter Capital Partner, LP<br>55 Hudson Yards<br>Suite 29B<br>New York, NY 10001<br>Email: srao@diametercap.com | 6/18/2024 |
| 16828 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/21/2024 |
| 16831 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/21/2024 |
| 16839 | Name on File<br>Address on File | Livello Capital Special Opportunities<br>Master Fund LP<br>Attn: Joseph Salegna<br>c/o Livello Capital Management LP<br>104 West 40th Street 19th floor<br>New York, NY 10018<br>Email: jsalegna@livellocap.com | 6/18/2024 |
| 16840 | Name on File<br>Address on File<br>Email Address on File | Livello Capital Special Opportunities<br>Master Fund LP<br>Attn: Joseph Salegna<br>c/o Livello Capital Management LP<br>104 W 40th Street 19th FL<br>New York, NY 10018<br>Email: jsalegna@livellocap.com | 6/18/2024 |
| 16856 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/21/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 16867 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/21/2024 |
| 16869 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/21/2024 |
| 16999 | Name on File<br>Address on File<br>Email Address on File | FTX Claims SPV LLC<br>Attn: Anh Le<br>475 Sansome St<br>Suite 730<br>San Francisco, CA 94111<br>Email: ftx@spvtrading.com | 6/21/2024 |
| 17009 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/21/2024 |
| 17011 | Name on File<br>Address on File<br>Email Address on File | FTX Creditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/21/2024 |
| 17014 | Name on File<br>Address on File<br>Email Address on File | FTX Creditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/21/2024 |
| 17015 | Name on File<br>Address on File<br>Email Address on File | FTX Creditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/21/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 17018 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/21/2024 |
| 17019 | Name on File<br>Address on File<br>Email Address on File | FTX Creditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/21/2024 |
| 17158 | Name on File<br>Address on File<br>Email Address on File | Sameer Moolana<br>Saidra 1, Villa 53, Dubai Hills Estate<br>Saidra 1, Villa 53<br>Dubai Hills Estate<br>Dubai, United Arab Emirates<br>Email:<br>Sameer.moolana@protonmail.com | 6/21/2024 |
| 17159 | Name on File<br>Address on File<br>Email Address on File | Sameer Moolana<br>Sidra 1, Villa 53<br>Sidra 1, Villa 53<br>Dubai Hills Estate<br>Dubai, United Arab Emirates<br>Email:<br>Sameer.moolana@protonmail.com | 6/21/2024 |
| 17160 | Name on File<br>Address on File | Sameer Moolana<br>Saidra 1, Villa 53<br>Dubai Hills Estate<br>Dubai, United Arab Emirates<br>Email:<br>Sameer.moolana@protonmail.com | 6/21/2024 |
| 17167 | Name on File<br>Address on File<br>Email Address on File | Canyon Balanced Master Fund, Ltd.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: legal@canyonpartners.com,<br>Jpagnam@canyonpartners.com | 6/21/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 17169 | Name on File<br>Address on File<br>Email Address on File | Canyon ESG Master Fund, L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: legal@canyonpartners.com,<br>Jpagnam@canyonpartners.com | 6/21/2024 |
| 17172 | Name on File<br>Address on File<br>Email Address on File | Canyon IC Credit Master Fund L.P.<br>c/o Canyon Capital Advisors LLC<br>Attn: James Pagnam and Legal<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: legal@canyonpartners.com,<br>Jpagnam@canyonpartners.com | 6/21/2024 |
| 17175 | Name on File<br>Address on File<br>Email Address on File | Canyon-ASP Fund, L.P<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: legal@canyonpartners.com,<br>Jpagnam@canyonpartners.com | 6/21/2024 |
| 17200 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/21/2024 |
| 17233 | Name on File<br>Address on File<br>Email Address on File | DCP Master Investments XV LLC<br>c/o Diameter Capital Partners, LP<br>55 Hudson Yards, Suite 29B<br>New York, NY 10001<br>Email: srao@diametercap.com | 6/21/2024 |
| 17249 | Name on File<br>Address on File | DCP Master Investments XV LLC<br>c/o Diameter Capital Partners, LP<br>55 Hudson Yards<br>Suite 29B<br>New York, NY 10001 | 6/21/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 17316 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/21/2024 |
| 17330 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 6/21/2024 |
| 17352 | Name on File<br>Address on File | Hudson Bay Claim Fund LLC<br>Attention: Matthew Weinstein and Chad Flick<br>c/o Hudson Bay Capital Management LP<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830<br>Email: mweinstein@hudsonbaycapital.com, cflick@hudsonbaycapital.com | 6/21/2024 |
| 17353 | Name on File<br>Address on File | Hudson Bay Claim Fund LLC<br>Attn: Matthew Weinstein and Chad Flick<br>c/o Hudson Bay Capital Management LP<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830<br>Email: mweinstein@hudsonbaycapital.com, cflick@hudsonbaycapital.com | 6/21/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 17463 | Name on File<br>Address on File<br>Email Address on File | Svalbard Holdings Limited<br>Attention: Steve Gillies<br>Attestor Value Master Fund LP1, c/o<br>Attestor Limited<br>7 Seymour Street<br>London, WIH 7JW United Kingdom<br>Email:<br>settlements@attestorcapital.com | 6/21/2024 |
| 17663 | Name on File<br>Address on File<br>Email Address on File | FTX CLAIMS SPV LLC<br>Attn: Anh Le<br>475 Sansome St, Suite 730<br>San Francisco, CA 94111<br>Email: ftx@spvtrading.com | 6/21/2024 |
| 17675 | Name on File<br>Address on File<br>Email Address on File | FTX CLAIMS SPV LLC<br>Attn: Anh Le<br>475 Sansome St<br>Suite 730<br>San Francisco, CA 94111<br>Email: ftx@spvtrading.com | 6/21/2024 |
| 17781 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: rbeacher@pryorcashman.com,<br>12017192157@tls.ldsprod.com | 6/21/2024 |