IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
AUGUST 6, 2024 AT 2:00 P.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY
AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF
DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR,
COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

**\*\*AS NO MATTERS ARE GOING FORWARD, THIS HEARING HAS BEEN
CANCELLED WITH PERMISSION FROM THE COURT\*\***

## RESOLVED MATTERS:

1. Debtors' Motion for Entry of an Order (A) Authorizing the Debtors' Entry Into, and Performance Under, the Proposed Settlement with the United States Commodity Futures Trading Commission, (B) Approving the Proposed Settlement and (C) Granting Related Relief [D.I. 20344, filed on July 12, 2024]

   Response Deadline: July 26, 2024 at 4:00 p.m. (ET)

   Responses Received: None.

   Related Documents:

   A.    Certificate of No Objection [D.I. 22120, filed on August 1, 2024]

   Status: A certificate of no objection has been filed and an order uploaded for entry. Accordingly, a hearing regarding this matter is not required.

2. Motion of LayerZero Labs Ltd., Ari Litan, and Skip & Goose LLC Pursuant to Bankruptcy Rule 3018(a) for Estimation and Temporary Allowance of Claims for Purposes of Voting to Accept or Reject the Plan [D.I. 20628, filed on July 16, 2024]

---

[1] The last four digits of FTX Trading Ltd.'s FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Response Deadline: July 30, 2024 at 4:00 p.m. (ET)

Responses Received:

A.  Debtors' Objection to the Motion of LayerZero Labs Ltd., Ari Litan and Skip & Goose LLC Pursuant to Bankruptcy Rule 3018(a) for Estimation and Temporary Allowance of Claims for Purposes of Voting to Accept or Reject the Plan [D.I. 21944, filed on July 30, 2024]

Related Documents: None.

Status: The motion has been consensually resolved by the parties. Accordingly, a hearing regarding this matter is not required.

Dated: August 2, 2024
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
        brown@lrclaw.com
        pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
        bromleyj@sullcrom.com
        gluecksteinb@sullcrom.com
        kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*