# **EXHIBIT A**

**Fees**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600  TAX I.D. NO. 51-0082644  (302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial  Writer's E-Mail
(302) 571-6646  mlunn@ycst.com

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors | Invoice Date: | July 15, 2024 |
| 200 Park Avenue | Invoice Number: | 50053637 |
| New York, NY 10166 | Matter Number: | 102750.1001 |

Re: FTX
Billing Period through June 30, 2024

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 60,008.50 |
| Disbursements | $ | 317.50 |
| Total Due This Invoice | $ | 60,326.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | July 15, 2024 |
| Billing Period through June 30, 2024 | | | Invoice Number: | | 50053637 |
| | | | Matter Number: | | 102750.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 06/04/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.40 | 150.00 |
| 06/05/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel - Chapter 15 pleadings | B001 | 0.40 | 154.00 |
| 06/05/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.50 | 187.50 |
| 06/06/24 | DLASK | Review docket, update critical dates memo | B001 | 0.40 | 154.00 |
| 06/06/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.30 | 112.50 |
| 06/06/24 | MLUNN | Review revised and updated critical deadline memo | B001 | 0.20 | 222.00 |
| 06/10/24 | JMART | Review and evaluate incoming pleadings | B001 | 0.10 | 37.50 |
| 06/11/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.30 | 112.50 |
| 06/12/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.30 | 112.50 |
| 06/13/24 | JMART | Review and evaluate incoming pleadings; circulate same | B001 | 0.30 | 112.50 |
| 06/17/24 | CWALL | Circulate recently filed pleadings | B001 | 0.70 | 262.50 |
| 06/18/24 | CWALL | Circulate recently filed pleadings | B001 | 0.20 | 75.00 |
| 06/19/24 | MLUNN | Review media intervener objection to file transfer schedules under seal | B001 | 0.10 | 111.00 |
| 06/20/24 | CWALL | Circulate recently filed pleadings | B001 | 0.50 | 187.50 |
| 06/21/24 | CWALL | Circulate recently filed pleadings | B001 | 0.20 | 75.00 |
| 06/24/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.40 | 154.00 |
| 06/24/24 | DLASK | Update critical dates memo | B001 | 0.20 | 77.00 |
| 06/25/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.30 | 115.50 |
| 06/26/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.30 | 115.50 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | July 15, 2024 |
| Billing Period through June 30, 2024 | | | Invoice Number: | | 50053637 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 06/27/24 | DLASK | Update critical dates memo | B001 | 0.40 | 154.00 |
| 06/27/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.40 | 154.00 |
| 06/10/24 | MLUNN | Correspondence with K. Pasquale re: June 13th hearing | B002 | 0.10 | 111.00 |
| 06/11/24 | MLUNN | Correspondence with K. Pasquale re: June 13 hearing | B002 | 0.10 | 111.00 |
| 06/11/24 | RFPOP | Review agenda for June 13th hearing | B002 | 0.10 | 98.50 |
| 06/21/24 | DLASK | Assemble pleadings for disclosure statement hearing preparation | B002 | 0.70 | 269.50 |
| 06/21/24 | RFPOP | Review debtors agenda for June 25th hearing | B002 | 0.10 | 98.50 |
| 06/24/24 | DLASK | Assemble and prepare hearing binders and materials for disclosure statement approval hearing | B002 | 1.80 | 693.00 |
| 06/24/24 | MLUNN | Review amended agenda re June 25th hearing | B002 | 0.10 | 111.00 |
| 06/24/24 | RFPOP | Email from counsel for MDL counsel (Mary Calloway) re: exhibit list for contested disclosure statement hearing, and review exhibit list re: same; review outstanding disclosure statement objections in preparation for contested disclosure statement hearing | B002 | 1.30 | 1,280.50 |
| 06/25/24 | DLASK | Assist disclosure statement hearing preparation | B002 | 0.70 | 269.50 |
| 06/25/24 | RFPOP | Prepare for, including review related pleadings and meet and strategize with Paul Hastings (1.7), and attend (2.7) contested disclosure statement hearing | B002 | 4.40 | 4,334.00 |
| 06/01/24 | RFPOP | Review and analyze debtors notice of sale of Anthropic shares | B006 | 0.20 | 197.00 |
| 06/04/24 | RFPOP | Email from counsel for debtors (Brad Harsch) re: small estate claims settlements, and review and analyze summary of same | B006 | 0.10 | 98.50 |
| 06/05/24 | RFPOP | Review and analyze debtors motion to approve partial settlement agreement with Wang and Singh for Bahamian properties | B006 | 0.40 | 394.00 |
| 06/06/24 | MLUNN | Review summary of proposed de minimis sales | B006 | 0.10 | 111.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | July 15, 2024 |
| Billing Period through June 30, 2024 | | | Invoice Number: | | 50053637 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 06/06/24 | RFPOP | Email from PWP (Emil Tu) re: de minimis asset sale offers for debtors venture portfolio | B006 | 0.10 | 98.50 |
| 06/10/24 | MLUNN | Review reply and declaration in support of motion to approve repayment of intercompany payables | B006 | 0.20 | 222.00 |
| 06/10/24 | RFPOP | Review and analyze debtors reply to objections to debtors motion to authorize payment of FTX intercompany payables and debtors related supporting declaration | B006 | 0.50 | 492.50 |
| 06/12/24 | MLUNN | Review proposed de minimis sale and related documentation | B006 | 0.10 | 111.00 |
| 06/12/24 | RFPOP | Email from counsel for debtors (Jeffrey MacDonald) re: proposed de minimis asset sale | B006 | 0.10 | 98.50 |
| 06/12/24 | RFPOP | Review and analyze cash flow update from FTI, and email from FTI (Max Dawson) re: same | B006 | 0.20 | 197.00 |
| 06/14/24 | MLUNN | Review cash flow update | B006 | 0.20 | 222.00 |
| 06/17/24 | RFPOP | Email from Jefferies (Sebastian Carri) re: sale de minimis asset sale and FTX Japan sale issues | B006 | 0.10 | 98.50 |
| 06/19/24 | MLUNN | Review sale process update and issues from Jefferies | B006 | 0.30 | 333.00 |
| 06/20/24 | MLUNN | Review motion to sell FTX Japan and dismiss chapter 11 case (.3) and review APA (.3) | B006 | 0.60 | 666.00 |
| 06/21/24 | RFPOP | Review and analyze debtors motion to sell FTX Japan | B006 | 0.60 | 591.00 |
| 06/21/24 | RFPOP | Email from PWP (Emil Tu) re: de minimis asset sale offers for debtors venture portfolio | B006 | 0.10 | 98.50 |
| 06/24/24 | RFPOP | Email from counsel for debtors (Brady Harsch) re: small estate claims settlements | B006 | 0.10 | 98.50 |
| 06/28/24 | MLUNN | Review summary of proposed de minimis asset sale | B006 | 0.10 | 111.00 |
| 06/28/24 | RFPOP | Email from PWP (Emil Tu) re: de minimis asset sale offers for venture portfolio | B006 | 0.10 | 98.50 |
| 06/04/24 | MLUNN | Review and analyze 9019 motion, order and statement re: settlement with IRS | B007 | 0.70 | 777.00 |
| 06/04/24 | RFPOP | Review and analyze debtors motion to approve settlement agreement with IRS re: IRS tax claims | B007 | 0.40 | 394.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | July 15, 2024 |
| Billing Period through June 30, 2024 | | | Invoice Number: | | 50053637 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 06/19/24 | MLUNN | Review claim objections (43rd objection through 53rd objection) | B007 | 0.50 | 555.00 |
| 06/24/24 | RFPOP | Briefly review and analyze debtors forty-third through fifty-third omnibus claims objections | B007 | 0.90 | 886.50 |
| 06/24/24 | RFPOP | Review and analyze Play Magnus motion to file late claim | B007 | 0.10 | 98.50 |
| 06/25/24 | RFPOP | Review and analyze Kuvari motion to certify class of claimants and consider related issues | B007 | 0.20 | 197.00 |
| 06/26/24 | MLUNN | Review MAPS, OXY and SRM token valuation opinion | B007 | 0.90 | 999.00 |
| 06/11/24 | RFPOP | Review materials from Paul Hastings in preparation for weekly committee meeting and email from (Leonie Koch) re: same | B008 | 0.10 | 98.50 |
| 06/12/24 | MLUNN | Review materials in preparation for UCC meeting (.3) and call with UCC members, PH, FTI, Jefferies and R. Poppiti (.4) | B008 | 0.70 | 777.00 |
| 06/12/24 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks | B008 | 0.40 | 394.00 |
| 06/24/24 | MLUNN | Call with PH, FTI, Jefferies and R. Poppiti re update on various case issues and discussion/preparation for UCC call | B008 | 0.30 | 333.00 |
| 06/24/24 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams re: case update and strategy and upcoming deadlines and tasks | B008 | 0.30 | 295.50 |
| 06/25/24 | MLUNN | Correspondence from L. Koch re UCC member meeting | B008 | 0.10 | 111.00 |
| 06/26/24 | MLUNN | Review materials in preparation for UCC call (.2) and call with UCC members, PH, Jefferies, FTI and R. Poppiti (.5) | B008 | 0.70 | 777.00 |
| 06/26/24 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks (.5), and review materials from Paul Hastings and FTI and email from Paul Hastings (Leonie Koch) in preparation for committee meeting (.2) | B008 | 0.70 | 689.50 |
| 06/06/24 | MLUNN | Review Celsius Litigation Administrator motion for relief from stay | B009 | 0.30 | 333.00 |
| 06/06/24 | RFPOP | Review and analyze Celsius stay relief motion | B009 | 0.40 | 394.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | July 15, 2024 |
| Billing Period through June 30, 2024 | | | Invoice Number: | | 50053637 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 06/24/24 | RFPOP | Review and analyze Houghton motion to serve debtors third-party subpoenas | B009 | 0.10 | 98.50 |
| 06/27/24 | RFPOP | Review and analyze debtors tolling agreement with Celsius plan administrator re: Celsius stay relief motion | B009 | 0.10 | 98.50 |
| 06/04/24 | RFPOP | Review and analyze debtors adversary complaint against MDL plaintiffs | B011 | 0.50 | 492.50 |
| 06/05/24 | DLASK | Review and update electronic docket in Chernyavsky adversary | B011 | 0.30 | 115.50 |
| 06/05/24 | DLASK | Review and respond to counsel regarding Chernyavsky adversary pleadings | B011 | 0.20 | 77.00 |
| 06/05/24 | RFPOP | Review and analyze debtors motion to further extend deadline to remove actions | B011 | 0.20 | 197.00 |
| 06/05/24 | RFPOP | Review and analyze debtors motion for preliminary injunction against defendants in MDL adversary proceeding and memorandum of law in support thereof | B011 | 0.70 | 689.50 |
| 06/07/24 | MLUNN | Review and analyze declaratory judgment complaint against MDL | B011 | 0.90 | 999.00 |
| 06/11/24 | RFPOP | Review and analyze Bankman-Fried answer to complaint in Platform Life Sciences adversary proceeding | B011 | 0.60 | 591.00 |
| 06/25/24 | RFPOP | Review and analyze debtors motion to approve settlement of Burgess adversary proceeding | B011 | 0.40 | 394.00 |
| 06/03/24 | MLUNN | Call with PH, FTI, Jefferies and R. Poppiti re: various case updates, including plan settlement and issues | B012 | 0.20 | 222.00 |
| 06/03/24 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams re: Plan settlement and related case issues | B012 | 0.20 | 197.00 |
| 06/03/24 | RFPOP | Email from Paul Hastings (Ken Pasquale) re: chapter 11 plan issues | B012 | 0.10 | 98.50 |
| 06/04/24 | MLUNN | Review Disclosure Statement objection from L. Singh Srova | B012 | 0.10 | 111.00 |
| 06/04/24 | RFPOP | Review and comment on draft further amended plan from debtors and review and analyze comments from Paul Hastings to same, and emails to and from Paul Hastings (Ken Pasquale and Isaac Sasson) re: same | B012 | 0.60 | 591.00 |
| 06/05/24 | MLUNN | Review and analyze revised versions of chapter 11 plan | B012 | 0.70 | 777.00 |
| 06/05/24 | MLUNN | Review NJ Bureau of Securities reservation of rights to Disclosure Statement and Plan | B012 | 0.10 | 111.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | July 15, 2024 |
| Billing Period through June 30, 2024 | | | Invoice Number: | | 50053637 |
| | | | Matter Number: | | 102750.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 06/05/24 | MLUNN | Review Layer Zero Group objection to disclosure statement | B012 | 0.30 | 333.00 |
| 06/05/24 | MLUNN | Review TX Securities Disclosure Statement objection and reservation of rights | B012 | 0.10 | 111.00 |
| 06/05/24 | MLUNN | Review and analyze MDL plaintiffs Disclosure Statement objection | B012 | 0.50 | 555.00 |
| 06/05/24 | MLUNN | Review SEC reservation of rights re: Disclosure Statement and Plan | B012 | 0.10 | 111.00 |
| 06/05/24 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale) re: disclosure statement objections and committee plan support letter | B012 | 0.20 | 197.00 |
| 06/06/24 | MLUNN | Review 3 Arrows objection to Disclosure Statement | B012 | 0.10 | 111.00 |
| 06/06/24 | MLUNN | Review S. Kavuri et al., objection to disclosure statement | B012 | 0.40 | 444.00 |
| 06/06/24 | MLUNN | Review objection of Center for Applied Rationality to disclosure statement | B012 | 0.10 | 111.00 |
| 06/06/24 | MLUNN | Review Celsius objection to the Disclosure Statement | B012 | 0.20 | 222.00 |
| 06/06/24 | RFPOP | Review and analyze objections to debtors disclosure statement | B012 | 1.40 | 1,379.00 |
| 06/08/24 | RFPOP | Review and analyze Foundation and Maps Vault objections to debtors disclosure statement (.4); review and analyze debtors proposed order for debtors solicitation procedures motion (.8) | B012 | 1.20 | 1,182.00 |
| 06/10/24 | MLUNN | Review revised solicitation pleading, including review revised Class 5A ballot (.3); review revised solicitation and voting procedures (.3); and review revised solicitation procedures order (.4); revised notice of confirmation hearing (.1); revised impaired and unimpaired creditor notices (.1) and revised forms of ballots (.3) | B012 | 1.50 | 1,665.00 |
| 06/10/24 | MLUNN | Correspondence with K. Pasquale re: plan issues update and strategy for advisory committee | B012 | 0.10 | 111.00 |
| 06/10/24 | RFPOP | Email from Paul Hastings (Ken Pasquale) re: chapter 11 plan issues | B012 | 0.10 | 98.50 |
| 06/12/24 | MLUNN | Review Maps and Oxy Foundations and Map Vault Limited objections to disclosure statement | B012 | 0.40 | 444.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | July 15, 2024 |
| Billing Period through June 30, 2024 | | | Invoice Number: | | 50053637 |
| | | | Matter Number: | | 102750.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 06/12/24 | RFPOP | Email from Paul Hastings (Kristin Catalano) re: disclosure statement objections | B012 | 0.10 | 98.50 |
| 06/13/24 | RFPOP | Review and analyze UST objection to debtors disclosure statement | B012 | 0.40 | 394.00 |
| 06/14/24 | MLUNN | Review UST Disclosure Statement objection | B012 | 0.40 | 444.00 |
| 06/14/24 | RFPOP | Email from Paul Hastings (Kristin Catalano) re: UST objection to debtors disclosure statement | B012 | 0.10 | 98.50 |
| 06/17/24 | MLUNN | Work with R. Poppiti re: disclosure statement and plan issues | B012 | 0.10 | 111.00 |
| 06/17/24 | RFPOP | Review and comment on draft committee statement in support of debtors solicitation procedures motion and disclosure statement, and email from Paul Hastings (Ken Pasquale) re: same | B012 | 0.10 | 98.50 |
| 06/17/24 | RFPOP | Review and comment on draft committee plan support letter, and email from Paul Hastings( Ken Pasquale) re: same | B012 | 0.20 | 197.00 |
| 06/17/24 | RFPOP | Call with M. Lunn re: objections to debtors disclosure statement and solicitation procedures motion | B012 | 0.10 | 98.50 |
| 06/18/24 | MLUNN | Review and provide comments to draft statement re: disclosure statement and solicitation procedures | B012 | 0.30 | 333.00 |
| 06/18/24 | RFPOP | Email from Paul Hastings (Ken Pasquale) re: committee statement in support of debtors disclosure statement and solicitation procedures motion | B012 | 0.10 | 98.50 |
| 06/19/24 | MLUNN | Review and provide comment to draft statement to creditors re: support for plan | B012 | 0.50 | 555.00 |
| 06/20/24 | CWALL | File and coordinate service of Committee's statement in support of disclosure statement | B012 | 0.50 | 187.50 |
| 06/20/24 | MLUNN | Correspondence with K. Pasquale and R. Poppiti re: finalizing statement in support of disclosure statement and plan (.1); review and finalize statement (.3) | B012 | 0.40 | 444.00 |
| 06/20/24 | RFPOP | Emails to and from M. Lunn and Paul Hastings (Ken Pasquale) re: committee statement in support of debtors disclosure statement and solicitation procedures motion | B012 | 0.10 | 98.50 |
| 06/21/24 | MLUNN | Review and analyze Debtors' reply in support of disclosure statement | B012 | 1.20 | 1,332.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | July 15, 2024 |
| Billing Period through June 30, 2024 | | | Invoice Number: | | 50053637 |
| | | | Matter Number: | | 102750.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 06/21/24 | MLUNN | Creditor inquiry re: plan and recovery | B012 | 0.10 | 111.00 |
| 06/21/24 | MLUNN | Correspondence with K. Pasquale and R. Poppiti re: letter in support of plan | B012 | 0.30 | 333.00 |
| 06/21/24 | RFPOP | Review and analyze debtors reply in support of debtors disclosure statement and solicitation procedures motion (1.6); review LayerZero supplemental objection to debtors disclosure statement (.1) | B012 | 1.70 | 1,674.50 |
| 06/21/24 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale) re: committee letter in support of debtors chapter 11 plan | B012 | 0.20 | 197.00 |
| 06/24/24 | DLASK | Finalize for filing and coordinate service of committee letter in support of approval of disclosure statement | B012 | 0.40 | 154.00 |
| 06/24/24 | MLUNN | Review revised chapter 11 plan | B012 | 0.90 | 999.00 |
| 06/24/24 | MLUNN | Review revised order approving Disclosure Statement and related notices | B012 | 0.90 | 999.00 |
| 06/24/24 | MLUNN | Review LayerZero objection to disclosure statement and proposed inserts for Disclosure Statement | B012 | 0.20 | 222.00 |
| 06/24/24 | MLUNN | Review revised Disclosure Statement | B012 | 1.30 | 1,443.00 |
| 06/24/24 | MLUNN | Correspondence with K. Pasquale and R. Poppiti re letter supporting plan from UCC | B012 | 0.10 | 111.00 |
| 06/24/24 | MLUNN | Review ad hoc committee statement in support of plan and approval of Disclosure Statement | B012 | 0.20 | 222.00 |
| 06/24/24 | RFPOP | Review and finalize for filing committee letter in support of debtors chapter 11 plan and notice of same, and emails to and from D. Laskin and Paul Hastings (Ken Pasquale and Jack Iaffaldano) and call from counsel for debtors (Matt Pierce) re: same | B012 | 0.40 | 394.00 |
| 06/24/24 | RFPOP | Review and analyze debtors amended plan, disclosure statement and solicitation procedures order | B012 | 0.80 | 788.00 |
| 06/24/24 | RFPOP | Review and analyze ad hoc customer group reply in support of debtors disclosure statement and solicitation procedures motion | B012 | 0.10 | 98.50 |
| 06/25/24 | MLUNN | Correspondence with R. Poppiti re Disclosure Statement hearing summary and ruling | B012 | 0.10 | 111.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | July 15, 2024 |
| Billing Period through June 30, 2024 | | | Invoice Number: | | 50053637 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 06/25/24 | RFPOP | Email to and from counsel for debtors (Alexa Kranzley) re: committee plan support letter | B012 | 0.10 | 98.50 |
| 06/26/24 | RFPOP | Review and analyze motion to further extend exclusivity deadline filed by Emergent debtor | B012 | 0.10 | 98.50 |
| 06/26/24 | RFPOP | Review and analyze court memorandum/opinion re: debtors coin estimation/valuation motion, and consider related issues re: same | B012 | 1.20 | 1,182.00 |
| 06/26/24 | RFPOP | Review and analyze debtors position statement in connection with SBF forfeiture proceedings | B012 | 0.40 | 394.00 |
| 06/26/24 | RFPOP | Review and analyze redlines of debtors further amended plan and disclosure statement and debtors certification of counsel for revised proposed order approving debtors solicitation procedures motion | B012 | 0.40 | 394.00 |
| 06/27/24 | MLUNN | Review further revised Disclosure Statement and Plan | B012 | 0.40 | 444.00 |
| 06/27/24 | RFPOP | Review and analyze debtors confirmation hearing notice | B012 | 0.10 | 98.50 |
| 06/27/24 | RFPOP | Emails from Paul Hastings (Ken Pasquale) and counsel for debtors (Alexa Kranzley) re: committee plan support letter | B012 | 0.10 | 98.50 |
| 06/28/24 | RFPOP | Email from Paul Hastings (Ken Pasquale) re: solicitation version of committee plan support letter | B012 | 0.10 | 98.50 |
| 06/03/24 | DLASK | File certificate of no objection for FTI's fee application | B017 | 0.30 | 115.50 |
| 06/03/24 | DLASK | Update interim fee application for committee's professionals | B017 | 0.40 | 154.00 |
| 06/03/24 | JKOCH | Email correspondence with M. Gray re: CNO for FTI fee application | B017 | 0.10 | 63.00 |
| 06/04/24 | JKOCH | Review and revise sixth interim fee request and YCST supplement thereto | B017 | 1.20 | 756.00 |
| 06/04/24 | MLUNN | Review interim fee order and correspondence with J. Kochenash | B017 | 0.20 | 222.00 |
| 06/05/24 | JKOCH | Review and revise sixth interim fee request and YCST supplement thereto | B017 | 0.60 | 378.00 |
| 06/05/24 | JKOCH | Review fifth interim fee order (.1); email correspondence with UCC professionals re: same (.1) | B017 | 0.20 | 126.00 |

| | Official Committee of Unsecured Creditors | | Invoice Date: | | July 15, 2024 |
|---|---|---|---|---|---|
| | Billing Period through June 30, 2024 | | Invoice Number: | | 50053637 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 06/06/24 | JKOCH | Email correspondence (multiple) with co-counsel and debtors' counsel re: fifth interim fee order | B017 | 0.20 | 126.00 |
| 06/06/24 | MLUNN | Correspondence from and to E. Trox re: amended claim and Kroll contact info | B017 | 0.10 | 111.00 |
| 06/06/24 | MLUNN | Correspondence with J. Kochenash re: proposed interim fee order | B017 | 0.10 | 111.00 |
| 06/11/24 | DLASK | Finalize for filing and coordinate service of supplemental declaration in support of Paul Hastings retention | B017 | 0.40 | 154.00 |
| 06/11/24 | DLASK | Update, finalize for filing and coordinate service of FTI's April fee application | B017 | 0.40 | 154.00 |
| 06/11/24 | DLASK | Update notices, finalize for filing, coordinate service of monthly fee applications for Jefferies - February, March and April | B017 | 1.00 | 385.00 |
| 06/11/24 | DLASK | Update interim fee application for committee professionals | B017 | 0.30 | 115.50 |
| 06/11/24 | MLUNN | Review 15th, 16th and 17th fee applications of Jefferies and correspondence with S. Schrag and correspondence with D. Laskin re: same | B017 | 0.20 | 222.00 |
| 06/11/24 | MLUNN | Correspondence with L. Koch and Paul Hastings team re: supplemental disclosure affidavit and call with L. Koch re: sealing issues | B017 | 0.30 | 333.00 |
| 06/13/24 | DLASK | Update FTI's supplement to interim fee application | B017 | 0.30 | 115.50 |
| 06/13/24 | MLUNN | Work with D. Laskin re: finalizing UCC interim fee request (.2) and correspondence with UCC professionals re: same (.2) | B017 | 0.40 | 444.00 |
| 06/14/24 | DLASK | Draft certificates of no objection for fee applications of Young Conaway and Paul Hastings | B017 | 0.40 | 154.00 |
| 06/14/24 | DLASK | Finalize for filing and coordinate service of interim fee application of committee professionals and related supplements for Paul Hastings, Young Conaway, Jefferies and FTI | B017 | 1.00 | 385.00 |
| 06/14/24 | MLUNN | Review interim fee requests re: Jefferies and FTI and correspondence with D. Laskin re: finalizing same for filing | B017 | 0.30 | 333.00 |
| 06/21/24 | CWALL | Obtain approval of CNO re: Paul Hastings 17th monthly fee application and file same | B017 | 0.30 | 112.50 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | July 15, 2024 |
| Billing Period through June 30, 2024 | | | Invoice Number: | | 50053637 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 06/21/24 | MLUNN | Correspondence with C. Walls re: PH and YCST 17th fee application CNOs | B017 | 0.10 | 111.00 |
| 06/04/24 | DLASK | Update supplement to Young Conaway's interim fee application | B018 | 0.30 | 115.50 |
| 06/05/24 | RFPOP | Review and revise draft YCST sixth interim fee application (.2) and supplement for same (.4), and emails to and from J. Kochenash and D. Laskin (.1) re: same | B018 | 0.70 | 689.50 |
| 06/14/24 | RFPOP | Revise and finalize for filing YCST supplement for sixth interim fee application, and email to and from D. Laskin re: same | B018 | 0.30 | 295.50 |
| 06/19/24 | MLUNN | Confidentiality review of May fee statement in preparation for submission | B018 | 0.40 | 444.00 |
| 06/21/24 | CWALL | Obtain approval of CNO re: YCST 17th monthly fee application and file same | B018 | 0.20 | 75.00 |
| 06/21/24 | RFPOP | Review invoice for YCST May 2024 fee application re: confidentiality and local rule compliance | B018 | 0.20 | 197.00 |
| 06/24/24 | DLASK | Prepare Young Conaway's May fee application | B018 | 1.00 | 385.00 |
| 06/28/24 | DLASK | Update cumulative fees and expenses chart | B018 | 0.30 | 115.50 |
| 06/06/24 | MLUNN | Correspondence with K. Pasquale re: expanding examiner scope | BNK016 | 0.10 | 111.00 |
| 06/06/24 | RFPOP | Email from Paul Hastings (Ken Pasquale) re: examiner recommendation of topics for further investigation | BNK016 | 0.10 | 98.50 |
| 06/07/24 | RFPOP | Email from Paul Hastings (Ken Pasquale) re: examiner recommendation of topics for further investigation; email from counsel for examiner (Michael DeBaecke) re: anticipated motion to expand scope of investigation | BNK016 | 0.20 | 197.00 |
| 06/10/24 | MLUNN | Review motion of Examiner re: expanded investigation | BNK016 | 0.30 | 333.00 |
| 06/10/24 | RFPOP | Review and analyze examiner motion to expand cost, scope and duration of examiner investigation | BNK016 | 0.50 | 492.50 |
| 06/26/24 | MLUNN | Review supplemental annotations to examiner's report | BNK016 | 0.30 | 333.00 |
| | | | **Total** | **69.80** | **$60,008.50** |

| | | Invoice Date: | July 15, 2024 |
|---|---|---|---|
| Official Committee of Unsecured Creditors | | Invoice Number: | 50053637 |
| Billing Period through June 30, 2024 | | Matter Number: | 102750.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| CWALL | Casey Walls | Paralegal | 2.60 | 375.00 | 975.00 |
| DLASK | Debbie Laskin | Paralegal | 13.00 | 385.00 | 5,005.00 |
| JKOCH | Jared W. Kochenash | Associate | 2.30 | 630.00 | 1,449.00 |
| JMART | Jorge L. Martinez | Paralegal | 2.20 | 375.00 | 825.00 |
| MLUNN | Matthew B. Lunn | Partner | 22.40 | 1,110.00 | 24,864.00 |
| RFPOP | Robert F. Poppiti | Partner | 27.30 | 985.00 | 26,890.50 |
| **Total** | | | **69.80** | | **$60,008.50** |

| Official Committee of Unsecured Creditors | Invoice Date: | July 15, 2024 |
|---|---|---|
| Billing Period through June 30, 2024 | Invoice Number: | 50053637 |
| | Matter Number: | 102750.1001 |

## Task Summary

**Task Code:B001**  **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.30 | 1,110.00 | 333.00 |
| Casey Walls | Paralegal | 1.60 | 375.00 | 600.00 |
| Debbie Laskin | Paralegal | 2.80 | 385.00 | 1,078.00 |
| Jorge L. Martinez | Paralegal | 2.20 | 375.00 | 825.00 |
| **Total** | | **6.90** | | **2,836.00** |

**Task Code:B002**  **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.30 | 1,110.00 | 333.00 |
| Robert F. Poppiti | Partner | 5.90 | 985.00 | 5,811.50 |
| Debbie Laskin | Paralegal | 3.20 | 385.00 | 1,232.00 |
| **Total** | | **9.40** | | **7,376.50** |

**Task Code:B006**  **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 1.60 | 1,110.00 | 1,776.00 |
| Robert F. Poppiti | Partner | 2.60 | 985.00 | 2,561.00 |
| **Total** | | **4.20** | | **4,337.00** |

**Task Code:B007**  **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 2.10 | 1,110.00 | 2,331.00 |
| Robert F. Poppiti | Partner | 1.60 | 985.00 | 1,576.00 |
| **Total** | | **3.70** | | **3,907.00** |

**Task Code:B008**  **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 1.80 | 1,110.00 | 1,998.00 |
| Robert F. Poppiti | Partner | 1.50 | 985.00 | 1,477.50 |
| **Total** | | **3.30** | | **3,475.50** |

**Task Code:B009**  **Stay Relief Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.30 | 1,110.00 | 333.00 |
| Robert F. Poppiti | Partner | 0.60 | 985.00 | 591.00 |
| **Total** | | **0.90** | | **924.00** |

| Official Committee of Unsecured Creditors | Invoice Date: | July 15, 2024 |
| --- | --- | --- |
| Billing Period through June 30, 2024 | Invoice Number: | 50053637 |
| | Matter Number: | 102750.1001 |

**Task Code:B011**  **Other Adversary Proceedings**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Matthew B. Lunn | Partner | 0.90 | 1,110.00 | 999.00 |
| Robert F. Poppiti | Partner | 2.40 | 985.00 | 2,364.00 |
| Debbie Laskin | Paralegal | 0.50 | 385.00 | 192.50 |
| **Total** | | **3.80** | | **3,555.50** |

**Task Code:B012**  **Plan and Disclosure Statement**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Matthew B. Lunn | Partner | 12.30 | 1,110.00 | 13,653.00 |
| Robert F. Poppiti | Partner | 10.70 | 985.00 | 10,539.50 |
| Casey Walls | Paralegal | 0.50 | 375.00 | 187.50 |
| Debbie Laskin | Paralegal | 0.40 | 385.00 | 154.00 |
| **Total** | | **23.90** | | **24,534.00** |

**Task Code:B017**  **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Matthew B. Lunn | Partner | 1.70 | 1,110.00 | 1,887.00 |
| Jared W. Kochenash | Associate | 2.30 | 630.00 | 1,449.00 |
| Casey Walls | Paralegal | 0.30 | 375.00 | 112.50 |
| Debbie Laskin | Paralegal | 4.50 | 385.00 | 1,732.50 |
| **Total** | | **8.80** | | **5,181.00** |

**Task Code:B018**  **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Matthew B. Lunn | Partner | 0.40 | 1,110.00 | 444.00 |
| Robert F. Poppiti | Partner | 1.20 | 985.00 | 1,182.00 |
| Casey Walls | Paralegal | 0.20 | 375.00 | 75.00 |
| Debbie Laskin | Paralegal | 1.60 | 385.00 | 616.00 |
| **Total** | | **3.40** | | **2,317.00** |

**Task Code:BNK016**  **Examiner Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Matthew B. Lunn | Partner | 0.70 | 1,110.00 | 777.00 |
| Robert F. Poppiti | Partner | 0.80 | 985.00 | 788.00 |
| **Total** | | **1.50** | | **1,565.00** |

# **EXHIBIT B**

**Expenses**

31874284.1

| | | Invoice Date: | July 15, 2024 |
|---|---|---|---|
| Official Committee of Unsecured Creditors | | Invoice Number: | 50053637 |
| Billing Period through June 30, 2024 | | Matter Number: | 102750.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 05/02/24 | Docket Retrieval / Search | 1,127.00 | 112.70 |
| 05/07/24 | Docket Retrieval / Search | 27.00 | 2.70 |
| 05/08/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/14/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/16/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/17/24 | Docket Retrieval / Search | 54.00 | 5.40 |
| 05/21/24 | Docket Retrieval / Search | 439.00 | 43.90 |
| 05/22/24 | Docket Retrieval / Search | 60.00 | 6.00 |
| 05/23/24 | Docket Retrieval / Search | 9.00 | 0.90 |
| 05/24/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/28/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/29/24 | Docket Retrieval / Search | 95.00 | 9.50 |
| 05/30/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/31/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/04/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/05/24 | Docket Retrieval / Search | 214.00 | 21.40 |
| 06/06/24 | Docket Retrieval / Search | 41.00 | 4.10 |
| 06/10/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/11/24 | Docket Retrieval / Search | 69.00 | 6.90 |
| 06/11/24 | Reproduction Charges | 15.00 | 1.50 |
| 06/12/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/13/24 | Docket Retrieval / Search | 60.00 | 6.00 |
| 06/17/24 | Docket Retrieval / Search | 20.00 | 2.00 |
| 06/18/24 | Docket Retrieval / Search | 7.00 | 0.70 |
| 06/20/24 | Docket Retrieval / Search | 110.00 | 11.00 |
| 06/21/24 | Docket Retrieval / Search | 22.00 | 2.20 |
| 06/23/24 | Docket Retrieval / Search | 19.00 | 1.90 |
| 06/24/24 | Docket Retrieval / Search | 80.00 | 8.00 |
| 06/25/24 | Docket Retrieval / Search | 163.00 | 16.30 |
| 06/26/24 | Docket Retrieval / Search | 32.00 | 3.20 |
| 06/27/24 | Docket Retrieval / Search | 212.00 | 21.20 |
| | **Total** | | **$317.50** |

| Official Committee of Unsecured Creditors | Invoice Date: | July 15, 2024 |
|---|---|---|
| Billing Period through June 30, 2024 | Invoice Number: | 50053637 |
| | Matter Number: | 102750.1001 |

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| Docket Retrieval / Search | 316.00 |
| Reproduction Charges | 1.50 |
| **Total** | **$317.50** |