**Exhibit 3**

**List of Wind Down Board Members**

1. John J. Ray, III
2. Judge Joseph Farnan (ret.)
3. Matthew Doheny
4. Mitchell Sonkin
5. Matthew Rosenberg
6. Rishi Jain
7. Brian C. Simms
8. Peter Greaves
9. Paul Copley