**Exhibit 4**

**List of Advisory Committee Members**

1. Paul Copley
2. Susan Atkins
3. Michael Wartell