**Exhibit 5**

**List of Excluded Customer Preference Actions**

In accordance with section 5.5 of the *Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 19139] (as may be amended, modified or supplemented from time to time, the "Plan"),[1] the Debtors designate Customer Preference Actions against the following Persons[2] and any subsequent transferees of such Persons as Excluded Customer Preference Actions:

| | |
|---|---|
| 1. | All Insiders of the Debtors or of any current or former Affiliate of the Debtors; |
| 2. | All current or former employees, officers or directors of the Debtors or of any current or former Affiliate of the Debtors; |
| 3. | All defendants or named plaintiffs in any pending litigations brought by any Debtor; |
| 4. | Name on File |
| 5. | Name on File |
| 6. | Name on File |
| 7. | Name on File |
| 8. | Name on File |
| 9. | Name on File |
| 10. | Name on File |
| 11. | Name on File |
| 12. | Name on File |
| 13. | Name on File |
| 14. | Name on File |
| 15. | Name on File |
| 16. | Name on File |
| 17. | Name on File |
| 18. | Name on File |
| 19. | Name on File |
| 20. | Name on File |
| 21. | Name on File |
| 22. | Name on File |
| 23. | Name on File |
| 24. | Name on File |
| 25. | Name on File |
| 26. | Name on File |
| 27. | Name on File |
| 28. | Name on File |
| 29. | Name on File |

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

[2]    Names of customers are redacted in accordance with the Fourth Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers [D.I. 16165].

-2-

| 30. | Name on File |
|-----|--------------|
| 31. | Name on File |
| 32. | Name on File |
| 33. | Name on File |
| 34. | Name on File |
| 35. | Name on File |
| 36. | Name on File |
| 37. | Name on File |
| 38. | Name on File |
| 39. | Name on File |
| 40. | Name on File |
| 41. | Name on File |
| 42. | Name on File |
| 43. | Name on File |
| 44. | Name on File |
| 45. | Name on File |
| 46. | Name on File |
| 47. | Name on File |
| 48. | Name on File |
| 49. | Name on File |
| 50. | Name on File |
| 51. | Name on File |
| 52. | Name on File |
| 53. | Name on File |
| 54. | Name on File |
| 55. | Name on File |
| 56. | Name on File |
| 57. | Name on File |
| 58. | Name on File |
| 59. | Name on File |
| 60. | Name on File |
| 61. | Name on File |
| 62. | Name on File |
| 63. | Name on File |
| 64. | Name on File |
| 65. | Name on File |
| 66. | Name on File |
| 67. | Name on File |
| 68. | Name on File |
| 69. | Name on File |
| 70. | Name on File |
| 71. | Name on File |
| 72. | Name on File |
| 73. | Name on File |
| 74. | Name on File |
| 75. | Name on File |

4881-1475-3237 v.2

-3-

| | |
|---|---|
| 76. | Name on File |
| 77. | Name on File |
| 78. | Name on File |
| 79. | Name on File |
| 80. | Name on File |
| 81. | Name on File |
| 82. | Name on File |
| 83. | Name on File |
| 84. | Name on File |
| 85. | Name on File |
| 86. | Name on File |
| 87. | Name on File |
| 88. | Name on File |
| 89. | Name on File |
| 90. | Name on File |
| 91. | Name on File |
| 92. | Name on File |
| 93. | Name on File |
| 94. | Name on File |
| 95. | Name on File |
| 96. | Name on File |
| 97. | Name on File |
| 98. | Name on File |
| 99. | Name on File |
| 100. | Name on File |
| 101. | Name on File |
| 102. | Name on File |
| 103. | Name on File |
| 104. | Name on File |
| 105. | Name on File |
| 106. | Name on File |
| 107. | Name on File |
| 108. | Name on File |
| 109. | Name on File |
| 110. | Name on File |
| 111. | Name on File |
| 112. | Name on File |
| 113. | Name on File |
| 114. | Name on File |
| 115. | Name on File |
| 116. | Name on File |
| 117. | Name on File |
| 118. | Name on File |
| 119. | Name on File |
| 120. | Name on File |
| 121. | Name on File |

-3-

4881-1475-3237 v.2

| | |
|---|---|
| 122. | Name on File |
| 123. | Name on File |
| 124. | Name on File |
| 125. | Name on File |
| 126. | Name on File |
| 127. | Name on File |
| 128. | Name on File |
| 129. | Name on File |
| 130. | Name on File |
| 131. | Name on File |
| 132. | Name on File |
| 133. | Name on File |
| 134. | Name on File |
| 135. | Name on File |
| 136. | Name on File |
| 137. | Name on File |
| 138. | Name on File |
| 139. | Name on File |
| 140. | Name on File |
| 141. | Name on File |
| 142. | Name on File |
| 143. | Name on File |
| 144. | Name on File |
| 145. | Name on File |
| 146. | Name on File |
| 147. | Name on File |
| 148. | Name on File |
| 149. | Name on File |
| 150. | Name on File |
| 151. | Name on File |
| 152. | Name on File |
| 153. | Name on File |
| 154. | Name on File |
| 155. | Name on File |
| 156. | Name on File |
| 157. | Name on File |
| 158. | Name on File |
| 159. | Name on File |
| 160. | Name on File |
| 161. | Name on File |
| 162. | Name on File |
| 163. | Name on File |
| 164. | Name on File |
| 165. | Name on File |
| 166. | Name on File |
| 167. | Name on File |

4881-1475-3237 v.2

168.    Name on File
169.    Name on File
170.    Name on File
171.    Name on File
172.    Name on File
173.    Name on File
174.    Name on File
175.    Name on File
176.    Name on File
177.    Name on File
178.    Name on File
179.    Name on File
180.    Name on File
181.    Name on File
182.    Name on File
183.    Name on File
184.    Name on File
185.    Name on File
186.    Name on File
187.    Name on File
188.    Name on File
189.    Name on File
190.    Name on File
191.    Name on File
192.    Name on File
193.    Name on File
194.    Name on File
195.    Name on File
196.    Name on File
197.    Name on File
198.    Name on File
199.    Name on File
200.    Name on File
201.    Name on File
202.    Name on File
203.    Name on File
204.    Name on File
205.    Name on File
206.    Name on File
207.    Name on File
208.    Name on File
209.    Name on File
210.    Name on File
211.    Name on File
212.    Name on File
213.    Name on File

4881-1475-3237 v.2

-6-

| | |
|---|---|
| 214. | Name on File |
| 215. | Name on File |
| 216. | Name on File |
| 217. | Name on File |
| 218. | Name on File |
| 219. | Name on File |
| 220. | Name on File |
| 221. | Name on File |
| 222. | Name on File |
| 223. | Name on File |

4881-1475-3237 v.2