**Exhibit 6**

**Wind Down Budget**

The Wind Down Budget includes expected costs to administer the Wind Down Entities over the three-year Wind Down Period. These costs are expected to decrease over the duration of the Wind Down Period in line with the overall size of the Consolidated Wind Down Trust. The following cost estimates are included in the Wind Down Budget:

| $ in Millions | Notes | Estimated Expenses Low | High |
|---|---|---|---|
| Operating Costs | (i) | $ (187) | $ (187) |
| Litigation and Avoidance Actions Costs | (ii) | (147) | (147) |
| Admininistrative & Legal Costs | (iii) | (80) | (80) |
| Governance | (iv) | (34) | (34) |
| **Wind Down Budget** | | **$ (448)** | **$ (449)** |

1. Operating Costs: primarily (i) salaries and contractor costs of team required to support the Plan Administrator, (ii) maintaining necessary IT services post-confirmation, including server management of FTX data and its crypto portfolio, maintenance of the customer portal and miscellaneous cloud-based storage needs, (iii) management of crypto currency and other digital asset holdings including custody fees and (iv) insurance.

2. Litigation and Avoidance Action Costs: primarily costs to identify and pursue litigation relating to Fraudulent Transfers and other Causes of Action. Recoveries from litigation and avoidance actions are estimated to exceed total costs.

3. Administrative & Legal Costs: primarily tax compliance, claims reconciliation and other support required to liquidate the Wind Down Entities.

4. Governance: primarily costs of the Plan Administrator, the Wind Down Board and the Creditor Advisory Committee.