**Exhibit 7**

**List Assumed Executory Contracts and Unexpired Leases**

All contracts and leases listed in this schedule include any and all amendments, addenda and schedules to such contracts and leases. Neither the exclusion nor the inclusion of any contract or lease in this schedule, nor anything contained in this schedule shall constitute an admission by the Debtors that any contract or lease is in fact an Executory Contract or Unexpired Lease, or that any Debtor has any liability thereunder. This schedule remains subject to ongoing review and revision by the Debtors in all respects. The Debtors reserve the right to alter, amend, modify, or supplement this schedule at any time before the Effective Date, or any such other date as may be provided for by the Plan or by order of the Bankruptcy Court, including to add or remove any contract or lease to or from this schedule. Nothing in this schedule: (a) is intended or shall be deemed to constitute an admission as to the validity of any claim against the Debtors or their estates; (b) shall impair, prejudice, waive, or otherwise affect the rights of the Debtors or their estates to contest the validity, priority, or amount of any claim against the Debtors or their estates; or (c) shall impair, prejudice, waive, or otherwise affect the rights of the Debtors or their estates with respect to any and all Claims or Causes of Action against any third party. The Debtors expressly reserve the right to contest any Claim asserted in connection with assumption or rejection of any contract or lease and to assert and bring any Avoidance Action or Cause of Action relating to any contract or lease against any third party at any time.

| # | Debtor(s) | Counterparty | Description of Contract or Lease |
|---|---|---|---|
| 1. | Alameda Research KK | Tricor K.K. | PROFESSIONAL SERVICES AGREEMENT DATED 3/19/2018 |
| 2. | Alameda Research LLC | Aaron Gertler | Employee Invention Assignment And Confidentiality Agreement Dated 8/16/2018 |
| 3. | Alameda Research LLC | Alex Gordon-Brown | INVENTION ASSIGNMENT AND CONFIDENTIALITY AGREEMENT |
| 4. | Alameda Research LLC | Allison Paul | PROPRIETARY INFORMATION AND INVENTIONS AGREEMENT DATED 2/4/2018 |
| 5. | Alameda Research LLC | Andrew Croghan | PROPRIETARY INFORMATION AND INVENTIONS AGREEMENT DATED 9/9/2018 |
| 6. | Alameda Research LLC | Andrew Hirschl | PROPRIETARY INFORMATION AND INVENTIONS AGREEMENT DATED 1/7/2018 |
| 7. | Alameda Research LLC | Andy Croghan | EMPLOYEE INVENTION ASSIGNMENT AND CONFIDENTIALITY AGREEMENT DATED 9/9/2018 |
| 8. | Alameda Research LLC | Armani Ferrante | EMPLOYEE INVENTION ASSIGNMENT AND CONFIDENTIALITY AGREEMENT |
| 9. | Alameda Research LLC | Armani Ferrante | PROPRIETARY INFORMATION AND INVENTIONS AGREEMENT DATED 2/1/2018 |
| 10. | Alameda Research LLC | Ashwin Acharya | PROPRIETARY INFORMATION AND INVENTIONS AGREEMENT DATED 12/19/2017 |
| 11. | Alameda Research LLC | Asya Bergal | EMPLOYEE INVENTION ASSIGNMENT AND CONFIDENTIALITY AGREEMENT |
| 12. | Alameda Research LLC | Autun Dyudin | EMPLOYEE INVENTION ASSIGNMENT AND CONFIDENTIALITY AGREEMENT |
| 13. | Alameda Research LLC | Bailey Korell | EMPLOYEE INVENTION ASSIGNMENT AND CONFIDENTIALITY AGREEMENT DATED 12/22/2021 |

-2-

| #   | Debtor(s)           | Counterparty              | Description of Contract or Lease |
|-----|---------------------|---------------------------|----------------------------------|
| 14. | Alameda Research LLC | Ben West                  | PROPRIETARY INFORMATION AND INVENTIONS AGREEMENT DATED 2/18/2018 |
| 15. | Alameda Research LLC | Benjamin Goldhaber        | Employee Invention Assignment And Confidentiality Agreement Dated 7/12/2018 |
| 16. | Alameda Research LLC | Benjamin Xie              | Employee Invention Assignment And Confidentiality Agreement Dated 6/19/2021 |
| 17. | Alameda Research LLC | Benjamin Xie              | Employee Invention Assignment And Confidentiality Agreement Dated 6/19/2021 |
| 18. | Alameda Research LLC | Carlos Mahomar            | EMPLOYEE INVENTION ASSIGNMENT AND CONFIDENTIALITY AGREEMENT DATED 8/3/2021 |
| 19. | Alameda Research LLC | Caroline Ellison          | EMPLOYEE INVENTION ASSIGNMENT AND CONFIDENTIALITY AGREEMENT DATED 8/16/2018 |
| 20. | Alameda Research LLC | Caroline Ellison          | PROPRIETARY INFORMATION AND INVENTIONS AGREEMENT DATED 3/27/2018 |
| 21. | Alameda Research LLC | Chad Jens                 | Proprietary Information And Inventions Agreement Dated 1/28/2018 |
| 22. | Alameda Research LLC | Curtis Morales            | PROPRIETARY INFORMATION AND INVENTIONS AGREEMENT DATED 2/19/2018 |
| 23. | Alameda Research LLC | David Anand Ratiney       | Employee Invention Assignment And Confidentiality Agreement Dated 1/29/2020 |
| 24. | Alameda Research LLC | David Hazarian            | EMPLOYMENT OFFER DATED 8/23/2022 |
| 25. | Alameda Research LLC | Diana Ma                  | Employee Invention Assignment And Confidentiality Agreement Dated 12/17/2021 |
| 26. | Alameda Research LLC | Folkvang, Srl             | Proprietary Information And Inventions Agreement Dated 3/3/2018 |
| 27. | Alameda Research LLC | Matrix Trust Company      | CUSTODIAL ACCOUNT AGREEMENT DATED 1/1/2020 |
| 28. | Alameda Research LLC | Human Interest, Inc       | CUSTODIAL ACCOUNT AGREEMENT DATED 1/1/2020 |
| 29. | Alameda Research LLC | Human Interest Advisors LLC | CUSTODIAL ACCOUNT AGREEMENT DATED 1/1/2020 |
| 30. | Alameda Research LLC | Human Interest, Inc.      | MASTER SERVICES AGREEMENT DATED 3/7/2019 |
| 31. | Alameda Research LLC | Human Interest Advisors LLC | HUMAN INTEREST SERVICES AGREEMENT DATED 11/20/2020 |
| 32. | Alameda Research LLC | Human Interest Inc.       | HUMAN INTEREST SERVICES AGREEMENT DATED 11/20/2020 |
| 33. | Alameda Research LLC | Igor Terzic               | EMPLOYEE INVENTION ASSIGNMENT AND CONFIDENTIALITY AGREEMENT |
| 34. | Alameda Research LLC | Igor Terzic               | PROPRIETARY INFORMATION AND INVENTIONS AGREEMENT DATED 1/30/2018 |
| 35. | Alameda Research LLC | Jacob Fauman              | EMPLOYEE INVENTION ASSIGNMENT AND CONFIDENTIALITY AGREEMENT DATED 8/16/2018 |
| 36. | Alameda Research LLC | Jacob Wilson              | EMPLOYEE INVENTION ASSIGNMENT AND CONFIDENTIALITY AGREEMENT |
| 37. | Alameda Research LLC | Jacob Wilson              | PROPRIETARY INFORMATION AND INVENTIONS AGREEMENT DATED 12/22/2017 |
| 38. | Alameda Research LLC | James Drain               | Employee Invention Assignment & Confidentiality Agreement Dated 1/23/2019 |
| 39. | Alameda Research LLC | Jay Mithani               | Employee Invention Assignment & Confidentiality Agreement Dated 11/28/2020 |
| 40. | Alameda Research LLC | John Trabucco             | Proprietary Information And Inventions Agreement Dated 10/28/2018 |

| #   | Debtor(s)            | Counterparty              | Description of Contract or Lease                                                          |
|-----|----------------------|---------------------------|-------------------------------------------------------------------------------------------|
| 41. | Alameda Research LLC | Ketan Ramakrishnan        | Employee Invention Assignment And Confidentiality Agreement Dated 3/23/2022               |
| 42. | Alameda Research LLC | Lena Ngoy                 | EMPLOYEE INVENTION ASSIGNMENT AND CONFIDENTIALITY AGREEMENT DATED 6/23/2019               |
| 43. | Alameda Research LLC | Lena Ngoy                 | EMPLOYEE INVENTION ASSIGNMENT AND CONFIDENTIALITY AGREEMENT DATED 5/7/2019                |
| 44. | Alameda Research LLC | Leopold Aschenbrenner     | Employee Invention Assignment And Confidentiality Agreement Dated 2/23/2022               |
| 45. | Alameda Research LLC | Lucas Friss               | Employee Invention Assignment And Confidentiality Agreement                               |
| 46. | Alameda Research LLC | Maria Alovert             | Proprietary Information And Inventions Agreement Dated 1/4/2018                           |
| 47. | Alameda Research LLC | Mark Hurwich              | Proprietary Information And Inventions Agreement Dated 10/28/2018                         |
| 48. | Alameda Research LLC | Mary Wilcox               | Proprietary Information And Inventions Agreement Dated 1/2/2018                           |
| 49. | Alameda Research LLC | Nate Parke                | Employee Invention Assignment And Confidentiality Agreement Dated 10/19/2018              |
| 50. | Alameda Research LLC | Ngoy Ngoy                 | EMPLOYEE INVENTION ASSIGNMENT AND CONFIDENTIALITY AGREEMENT DATED 8/19/2018               |
| 51. | Alameda Research LLC | Niel Bowerman             | Proprietary Information And Inventions Agreement Dated 12/19/2017                         |
| 52. | Alameda Research LLC | Nishad Singh              | PROPRIETARY INFORMATION AND INVENTIONS AGREEMENT DATED 1/16/2018                          |
| 53. | Alameda Research LLC | Peter Mcintyre            | Employee Invention Assignment And Confidentiality Agreement                               |
| 54. | Alameda Research LLC | Peter Mcintyre            | PROPRIETARY INFORMATION AND INVENTIONS AGREEMENT DATED 3/3/2018                           |
| 55. | Alameda Research LLC | Ramnik Arora              | EMPLOYEE INVENTION ASSIGNMENT AND CONFIDENTIALITY AGREEMENT DATED 8/26/2020               |
| 56. | Alameda Research LLC | Roxanne Heston            | Proprietary Information And Inventions Agreement Dated 12/21/2017                         |
| 57. | Alameda Research LLC | Ryan Ngoy                 | Proprietary Information And Inventions Agreement Dated 12/21/2017                         |
| 58. | Alameda Research LLC | Ryan Salame               | Employee Invention Assignment And Confidentiality Agreement Dated 6/6/2019                |
| 59. | Alameda Research LLC | Sam Trabucco              | EMPLOYEE INVENTION ASSIGNMENT AND CONFIDENTIALITY AGREEMENT DATED 10/28/2018              |
| 60. | Alameda Research LLC | Stephanie W Zolayvar      | Employee Invention Assignment And Confidentiality Agreement                               |
| 61. | Alameda Research LLC | Stephanie Zolayvar        | Proprietary Information And Inventions Agreement Dated 2/6/2018                           |
| 62. | Alameda Research LLC | Takashi Hidaka            | Proprietary Information And Inventions Agreement Dated 3/13/2018                          |
| 63. | Alameda Research LLC | Takashi Hidaka            | Employee Invention Assignment And Confidentiality Agreement Dated 8/17/2018               |
| 64. | Alameda Research LLC | Tim WIlson                | EMPLOYEE INVENTION ASSIGNMENT AND CONFIDENTIALITY AGREEMENT DATED 7/14/2022               |
| 65. | Alameda Research LLC | Toby Consulting Services, Inc. | Employee Invention Assignment And Confidentiality Agreement Dated 9/29/2022          |
| 66. | Alameda Research LLC | Tricor K. K.              | PROFESSIONAL SERVICES AGREEMENT AMENDMENT DATED 10/3/2018                                 |
| 67. | Alameda Research LLC | Tricor K.K.               | SCOPE OF SERVICES AND OUR CHARGES DATED 4/5/2018                                          |

| # | Debtor(s) | Counterparty | Description of Contract or Lease |
|---|---|---|---|
| 68. | Alameda Research LLC | Tricor K.K. | SCOPE OF SERVICES AND OUR CHARGES DATED 5/2/2018 |
| 69. | Alameda Research LLC | Tricor Tax Corporation | SCOPE OF SERVICES AND OUR CHARGES TAX SERVICES DATED 3/29/2018 |
| 70. | Alameda Research LLC | Tristan Pascal Yver | Employee Invention Assignment And Confidentiality Agreement Dated 3/21/2020 |
| 71. | Alameda Research LLC | Troy Tsui | EMPLOYEE INVENTION ASSIGNMENT AND CONFIDENTIALITY AGREEMENT DATED 10/29/2018 |
| 72. | Alameda Research LLC | Troy Tsui | PROPRIETARY INFORMATION AND INVENTIONS AGREEMENT DATED 10/29/2018 |
| 73. | Alameda Research LLC | Victor Xu | PROPRIETARY INFORMATION AND INVENTIONS AGREEMENT DATED 1/30/2018 |
| 74. | Alameda Research LLC | Zach Marc | Employee Invention Assignment And Confidentiality Agreement Dated 8/7/2022 |
| 75. | Alameda Research LLC | Zhi Low | EMPLOYEE INVENTION ASSIGNMENT AND CONFIDENTIALITY AGREEMENT DATED 9/11/2018 |
| 76. | Alameda Research LLC | Zhi-He Low | Proprietary Information And Inventions Agreement Dated 9/11/2018 |
| 77. | Blockfolio, Inc. | Alec Ziupsnys | PROPRIETARY INFORMATION AND INVENTIONS AGREEMENT DATED 1/7/2020 |
| 78. | Blockfolio, Inc. | Charles Mason | Confirmatory Assignment Agreement Dated 10/9/2020 |
| 79. | Blockfolio, Inc. | Charles Mason | Proprietary Information And Inventions Agreement Dated 6/20/2018 |
| 80. | Blockfolio, Inc. | David Hoover | Proprietary Information And Inventions Agreement Dated 11/15/2018 |
| 81. | Blockfolio, Inc. | Edward Moncada | Confirmatory Assignment Agreement Dated 10/9/2020 |
| 82. | Blockfolio, Inc. | Edward Moncada | Proprietary Information And Inventions Agreement Dated 6/19/2018 |
| 83. | Blockfolio, Inc. | Kenneth Feldman | Confirmatory Assignment Agreement Dated 10/9/2020 |
| 84. | Blockfolio, Inc. | Kenneth Feldman | Proprietary Information And Inventions Agreement Dated 6/19/2018 |
| 85. | Blockfolio, Inc. | Peter Lau | Confirmatory Assignment Agreement Dated 10/9/2020 |
| 86. | Blockfolio, Inc. | Peter Lau | Proprietary Information And Inventions Agreement Dated 6/19/2018 |
| 87. | Deck Technologies Inc. | Maxwell Wood | EMPLOYEE PROPRIETARY INFORMATION AND INVENTIONS ASSIGNMENT AGREEMENT DATED 8/1/2022 |
| 88. | FTX Japan Holdings K.K. | Circle Internet Financial, LLC | MULTISIGNATURE WALLET AGREEMENT DATED 3/14/2022 |
| 89. | FTX Property Holdings, Ltd. | 3B Tetris Ltd. | Indenture And Deed Of Conveyance - Unit No. 2E In The Marina Residences At Albany Building 4 Condominium, Albany Subdivision, Western District, New Providence, The Bahamas Dated 5/30/2022 |
| 90. | FTX Property Holdings, Ltd. | 3B Tetris Ltd. | Sale And Purchase Agreement - Unit No. 2E In The Marina Residences At Albany Building 4 Condominium, Albany Situate Dated 2/15/2022 |
| 91. | FTX Property Holdings, Ltd. | Albany Developer, Ltd. | Letter Agreement - Re: Construction Of "Ftx House" At Albany Dated 12/6/2021 |
| 92. | FTX Property Holdings, Ltd. | Albany Community Association, Ltd. | Indenture And Deed Of Conveyance, Duplex 2, Albany Situate, New Providence, The Bahamas Dated 12/21/2021 |

4881-1475-3237 v.2

| # | Debtor(s) | Counterparty | Description of Contract or Lease |
|---|---|---|---|
| 93. | FTX Property Holdings, Ltd. | Albany Community Association, Ltd. | Indenture And Deed Of Conveyance - Unit 6, Albany Situate, New Providence, Bahamas Dated 1/18/2022 |
| 94. | FTX Property Holdings, Ltd. | Albany Community Association, Ltd. | Indenture And Deed Of Conveyance - Unit No. Id, Building 9, Gemini, Marina Residences At Albany Subdivision, Western District, New Providence, The Bahamas Dated 6/9/2022 |
| 95. | FTX Property Holdings, Ltd. | Albany Community Association, Ltd. | Indenture And Deed Of Conveyance - Unit No. 2E In The Marina Residences At Albany Building 4 Condominium, Albany Subdivision, Western District, New Providence, The Bahamas Dated 5/30/2022 |
| 96. | FTX Property Holdings, Ltd. | Albany Community Association, Ltd. | Indenture And Deed Of Conveyance - Unit 1A, Albany Situate, New Providence, The Bahamas Dated 9/13/2022 |
| 97. | FTX Property Holdings, Ltd. | Albany Community Association, Ltd. | Indenture And Deed Of Conveyance - Unit 2C, Building 1, Albany Subdivision, Western District, New Providence, The Bahamas Dated 8/2/2022 |
| 98. | FTX Property Holdings, Ltd. | Albany Community Association, Ltd. | Indenture And Deed Of Conveyance - Lot 44, Albany, New Providence, Bahamas Dated 2/16/2022 |
| 99. | FTX Property Holdings, Ltd. | Albany Community Association, Ltd. | Assignment Of Purchase Agreement - Unit 4A In The Marina Residences At Albany Building 10 Condominium In The Development Known As Albany Situate Dated 12/15/2021 |
| 100. | FTX Property Holdings, Ltd. | Albany Community Association, Ltd. | Membership Interest Transfer Agreement with Lumina Domus Holdings Limited dated 25th April, 2022 |
| 101. | FTX Property Holdings, Ltd. | Albany Community Association, Ltd. | Membership Interest Transfer Agreement with Milos Raonic 2nd August, 2022 |
| 102. | FTX Property Holdings, Ltd. | Albany Community Association, Ltd. | Membership Interest Transfer Agreement with 3B Tetris Ltd. - undated |
| 103. | FTX Property Holdings, Ltd. | Albany Community Association, Ltd. | Conveyance with Gold Blossom Estate Ltd. dated 28th July, 2022, unrecorded |
| 104. | FTX Property Holdings, Ltd. | Albany Community Association, Ltd. | Membership Interest Transfer Agreement with Stamford House Limited dated 18th January, 2022 |
| 105. | FTX Property Holdings, Ltd. | Albany Community Association, Ltd. | Agreement with Park ridge Securities Corp. dated 5th November, 2021 |
| 106. | FTX Property Holdings, Ltd. | Albany Community Association, Ltd. | Purchase Agreement with Albany Land Company, Ltd. dated 24th November, 2021 |
| 107. | FTX Property Holdings, Ltd. | Albany Condominium, Ltd C/O Glinton Sweeting O'Brien | Purchase Agreement- Unit 2C Dated 12/20/2021 |
| 108. | FTX Property Holdings, Ltd. | Albany Condominium, Ltd. | Indenture And Deed Of Conveyance - Unit 3E In The Marina Residences At Albany Building 1 Condominium (Honeycomb), Albany Subdivision, Western District, New Providence, The Bahamas Dated 4/11/2022 |
| 109. | FTX Property Holdings, Ltd. | Albany Condominium, Ltd. | Sale And Purchase Agreement - Unit No. 3D In The Marina Residences At Albany Building 4 Condominium, Albany Situate Dated 11/5/2021 |
| 110. | FTX Property Holdings, Ltd. | Albany Condominium, Ltd. | Purchase And Sale Agreement - Unit No. 3E In The Marina Residences At Albany Building 1 Condominium, Albany Situate Dated 3/8/2022 |
| 111. | FTX Property Holdings, Ltd. | Albany Condominium, Ltd. | Sale And Purchase Agreement - Unit No. 2A In The Marina Residences At Albany Building 1 Condominium, Albany Situate Dated 12/6/2021 |
| 112. | FTX Property Holdings, Ltd. | Albany Condominium, Ltd. | Letter Agreement Re: Purchase Of Unit 2C, Building 7-Coral In Albany Dated 12/16/2021 |
| 113. | FTX Property Holdings, Ltd. | Albany Condominium, Ltd. | Sale And Purchase Agreement - Unit No. 2C In The Marina Residences At Albany Building 7 Condominium, Albany Situate Dated 12/16/2021 |

4881-1475-3237 v.2

| # | Debtor(s) | Counterparty | Description of Contract or Lease |
|---|---|---|---|
| 114. | FTX Property Holdings, Ltd. | Albany Condominium, Ltd. | Sale And Purchase Agreement - Unit No. 3B In The Marina Residences At Albany Building 8 Condominium, Albany Situate |
| 115. | FTX Property Holdings, Ltd. | Albany Condominium, Ltd. | Albany Bldg. 1 Unit 2A (Honeycomb) - Purchaser's Closing Statement |
| 116. | FTX Property Holdings, Ltd. | Albany Condominium, Ltd. | Albany Bldg. 1 Unit 2A (Honeycomb) - Purchase Agreement (fully executed) |
| 117. | FTX Property Holdings, Ltd. | Albany Condominium, Ltd. | Albany Bldg. 4 Unit 3D (Tetris) - Purchase Agreement [fully executed] |
| 118. | FTX Property Holdings, Ltd. | Albany Condominium, Ltd. | Indenture and deed of conveyance 2021-12-21 Fully Executed Conveyance- 3D-B4 Albany Bldg. 4 Unit 3D (Tetris) |
| 119. | FTX Property Holdings, Ltd. | Albany Condominium, Ltd. | Indenture and deed of conveyance 2022-01-18 Fully Executed Conveyance 2A-B1 Albany Bldg. 1 Unit 2A (Honeycomb) |
| 120. | FTX Property Holdings, Ltd. | Albany Condominium, Ltd. | Indenture and deed of conveyance 2021-11-19 Fully Executed Conveyance 3B-B8 Albany Bldg. 8 Unit 3B (Orchid) |
| 121. | FTX Property Holdings, Ltd. | Albany Condominium, Ltd. C/O Glinton Sweeting O'Brien | Purchase Agreement- Unit 2E Dated 3/8/2022 |
| 122. | FTX Property Holdings, Ltd. | Albany Home Services, Ltd. | Albany Property Services Agreement |
| 123. | FTX Property Holdings, Ltd. | Albany Land Company, Ltd | Letter Agreement - Re: Construction Of "Ftx House" At Albany Dated 12/6/2021 |
| 124. | FTX Property Holdings, Ltd. | Albany Land Company, Ltd. | Indenture And Deed Of Conveyance - Lot 44, Albany, New Providence, Bahamas Dated 2/16/2022 |
| 125. | FTX Property Holdings, Ltd. | Albany Land Company, Ltd. | Albany Lot #44 - Conch Shack - Completion Statement & Closing Statement |
| 126. | FTX Property Holdings, Ltd. | Albany Land Company, Ltd. | Albany Lot #44 - Conch Shack - Purchase Agreement |
| 127. | FTX Property Holdings, Ltd. | Albany Land Company, Ltd. C/O Glinton Sweeting O'Brien | Albany Purchase Agreement- Unit 44 Dated 11/24/2021 |
| 128. | FTX Property Holdings, Ltd. | Albany Resort Operator, Ltd. | Rental Management Agreement - Unit 3E, Building 1 Dated 3/8/2022 |
| 129. | FTX Property Holdings, Ltd. | Albany Resort Operator, Ltd. | Rental Management Agreement - Unit 2C, Building 7 Dated 12/16/2021 |
| 130. | FTX Property Holdings, Ltd. | Alshehail and Alsheikh | Albany Bldg. 4 Unit D2 (Tetris) - Purchaser's Closing Statement |
| 131. | FTX Property Holdings, Ltd. | Any Name Is Fine Limited | Sale And Purchase Agreement - Unit No. 4A In The Marina Residences At Albany Building 10 Condominium, Albany Situate Dated 10/21/2021 |
| 132. | FTX Property Holdings, Ltd. | Any Name Is Fine Limited | Supplemental Agreement - Unit No. 4A In The Marina Residences At Albany Building 10 Condominium, Albany, New Providence, The Bahamas Dated 10/31/2021 |
| 133. | FTX Property Holdings, Ltd. | Any Name Is Fine Limited | Assignment Of Purchase Agreement - Unit 4A In The Marina Residences At Albany Building 10 Condominium In The Development Known As Albany Situate Dated 12/15/2021 |
| 134. | FTX Property Holdings, Ltd. | Any Name Is Fine Limited | Sale And Purchase Agreement - Unit No. 4A In The Marina Residences At Albany Building 10 Condominium, Albany Situate Dated 12/16/2021 |
| 135. | FTX Property Holdings, Ltd. | ANY NAME IS FINE Ltd. | Albany Bldg. 10 Unit 4A (Charles) - Supplemental Agreement |
| 136. | FTX Property Holdings, Ltd. | ANY NAME IS FINE Ltd. Albany Condominium Ltd. | Albany Bldg. 10 Unit 4A (Charles) - Purchasers' Closing statement, wire transfer instructions, purchaser's completion statement and amended purchaser's |

-7-

| # | Debtor(s) | Counterparty | Description of Contract or Lease |
|---|---|---|---|
| | | | completion statement |
| 137. | FTX Property Holdings, Ltd. | Bayside Estates Ltd. | Sale And Purchase Agreement - Tract Of Land Comprising 4.95 Acres Situate On West Bay Street And West Of Blake Road In The Island Of New Providence Dated 10/6/2021 |
| 138. | FTX Property Holdings, Ltd. | Between Bayside Estates Ltd. | Conveyance Agreement Dated 1/19/2022 |
| 139. | FTX Property Holdings, Ltd. | Bryson Aldrich-Dechambeau | Sale And Purchase Agreement - Unit No. 1B In The Marina Residences At Albany Building 3 Condominium, Albany Situate Dated 10/13/2021 |
| 140. | FTX Property Holdings, Ltd. | Bryson Aldrich-Dechambeau | Albany Bldg. 3 Unit 1B (Cube) - Purchaser's Completion Statement |
| 141. | FTX Property Holdings, Ltd. | Bryson Aldrich-Dechambeau C/O Glinton Sweeting O'Brien | Albany Purchase Agreement- Unit 1B Dated 10/14/2021 |
| 142. | FTX Property Holdings, Ltd. | Clement T. Maynard & Company | Purchaser's Completion Statement |
| 143. | FTX Property Holdings, Ltd. | Dave Doherty | Sale And Purchase Agreement - Unit Number 207 Of The Condominium Known As "One Cable Beach" Situate In The Western District Of The Island Of New Providence Dated 5/30/2022 |
| 144. | FTX Property Holdings, Ltd. | Dave Doherty | Real Estate Agreement Dated 5/1/2022 |
| 145. | FTX Property Holdings, Ltd. | Dave Doherty | Sale And Purchase Agreement - Unit Number 207 Of The Condominium Known As "One Cable Beach" Situate In The Western District Of The Island Of New Providence Dated 5/30/2022 |
| 146. | FTX Property Holdings, Ltd. | Dino Global Ltd | Purchaser's Completion Statement |
| 147. | FTX Property Holdings, Ltd. | Dino Global Ltd | Indenture And Deed Of Conveyance - Unit 1A, Albany Situate, New Providence, The Bahamas Dated 9/13/2022 |
| 148. | FTX Property Holdings, Ltd. | Dino Global Ltd. C/O Sean B. Callender & Co. | Purchase Agreement- Unit 1A Dated 6/17/2022 |
| 149. | FTX Property Holdings, Ltd. | Dino Global Ltd. C/O Sean B. Callender & Co. | Purchase Agreement- Unit 1A Dated 9/1/2022 |
| 150. | FTX Property Holdings, Ltd. | Gold Blossom Estate Ltd. | Sale And Purchase Agreement - Unit No. 5A In The Marina Residences At Albany Building 10 Condominium, Albany Situate Dated 2/8/2022 |
| 151. | FTX Property Holdings, Ltd. | Gold Blossom Estate Ltd., Albany Community Association, Ltd., The Marina Residences At Albany Building 10 Condominium Association | Albany Bldg. 10 Unit 4A (Charles) - Indenture and deed of conveyance (28 July 2022) |
| 152. | FTX Property Holdings, Ltd. | Gregory And Gabriella Curry | Conveyance Agreement Dated 5/19/2022 |
| 153. | FTX Property Holdings, Ltd. | Gregory L. Curry And Gabriella A. Curry | Real Estate Agreement Dated 5/20/2022 |
| 154. | FTX Property Holdings, Ltd. | Gregory L. Curry and Gabriella A. Curry | Assignment of Chattels from Gregory and Gabriella Curry dated 18th May, 2022, unrecorded |
| 155. | FTX Property Holdings, Ltd. | Gregory L. Curry and Gabriella A. Curry | Conveyance with Gregory and Gabriella Curry dated 19th May, 2022, Vol. 13853, Pgs. 570-581 |
| 156. | FTX Property Holdings, Ltd. | Gregory L. Curry and Gabriella A. Curry | Sale and Purchase Agreement 2022-03-28 Agreement For Sale [Executed By Purchaser] Old Fort Bay Lots 5A & 5B - Fincastle Island |

| # | Debtor(s) | Counterparty | Description of Contract or Lease |
|---|---|---|---|
| 157. | FTX Property Holdings, Ltd. | Hewatt Holdings Ltd | Offer To Purchase - One Cable Beach – Unit 502 Dated 4/19/2022 |
| 158. | FTX Property Holdings, Ltd. | Hussam Sultan M. Alshehail & Haifa M.A. Alsheikh | Sale And Purchase Agreement - Unit No. Duplex 2 In The Marina Residences At Albany Building 4 Condominium, Albany Situate Dated 11/16/2021 |
| 159. | FTX Property Holdings, Ltd. | Hussam Sultan M. Alshehail And Haifa M. A. Alsheikh | Indenture And Deed Of Conveyance, Duplex 2, Albany Situate, New Providence, The Bahamas Dated 12/21/2021 |
| 160. | FTX Property Holdings, Ltd. | Jmk Investments Inc. | Deed Of Conveyance Dated 7/15/2022 |
| 161. | FTX Property Holdings, Ltd. | Jmk Investments Inc. | Sale And Purchase Agreement - Unit Number G12 Of The Condominium Known As "One Cable Beach" Situate In The Western District Of The Island Of New Providence Dated 5/30/2022 |
| 162. | FTX Property Holdings, Ltd. | JMK Investments Inc. | One Cable Beach Unit G12 - Sale and Purchase Agreement [23 pages in total] |
| 163. | FTX Property Holdings, Ltd. | Kevway Limited | Sale And Purchase Agreement - Unit Number 39 Of "Turnberry Development" Dated 10/18/2021 |
| 164. | FTX Property Holdings, Ltd. | Lemina Domus Holdings Limited | Indenture And Deed Of Conveyance - Unit No. Id, Building 9, Gemini, Marina Residences At Albany Subdivision, Western District, New Providence, The Bahamas Dated 6/9/2022 |
| 165. | FTX Property Holdings, Ltd. | Long Island Diamonds Limited | Conveyance Agreement Dated 6/15/2022 |
| 166. | FTX Property Holdings, Ltd. | Long Island Diamonds Limited | Real Estate Agreement Dated 3/8/2022 |
| 167. | FTX Property Holdings, Ltd. | Long Island Diamonds Limited | Agreement Dated 3/4/2022 |
| 168. | FTX Property Holdings, Ltd. | Lumina Domus Holdings Limited | Sale And Purchase Agreement - Unit No. 1D In The Marina Residences At Albany Building 9 Condominium, Albany Situate Dated 4/12/2022 |
| 169. | FTX Property Holdings, Ltd. | Lumina Domus Holdings Limited C/O Glinton Sweeting O'Brien | Purchase Agreement- Unit 1D Dated 3/31/2022 |
| 170. | FTX Property Holdings, Ltd. | Lumina Domus Holdings Ltd.; Albany Community Association, Ltd.; The marina residences at Albany Buildings 9 Condominium Association | Indenture and deed of conveyance2022-06-09 Conveyance - Lumina Domus to FTX-Unit 1D-B9 - FULLY EXECUTED Albany Bldg. 9 Unit 1D (Gemini) |
| 171. | FTX Property Holdings, Ltd. | Milos Raonic | Indenture And Deed Of Conveyance - Unit 2C, Building 1, Albany Subdivision, Western District, New Providence, The Bahamas Dated 8/2/2022 |
| 172. | FTX Property Holdings, Ltd. | Milos Raonic | Sale And Purchase Agreement - Unit No. 2C In The Marina Residences At Albany Building 1 Condominium, Albany Situate |
| 173. | FTX Property Holdings, Ltd. | Milos Raonic | Sale And Purchase Agreement - Unit No. 2C In The Marina Residences At Albany Building 1 Condominium, Albany Situate Dated 6/8/2022 |
| 174. | FTX Property Holdings, Ltd. | Ocean Terrace (By Sterling) Ltd | Real Estate Agreement Dated 3/8/2022 |
| 175. | FTX Property Holdings, Ltd. | Ocean Terrace (By Sterling) Ltd | Sale And Purchase Agreement - 5.295 Acres, Caves West Bay Street And East Of Blake Road Dated 11/12/2021 |
| 176. | FTX Property Holdings, Ltd. | Ocean Terrace (By Sterling) Ltd | Conveyance with Ocean Terrace (By Sterling) Ltd. dated 8th March, 2022, Vol. 13805, Pgs. 317-325 |

| # | Debtor(s) | Counterparty | Description of Contract or Lease |
|---|---|---|---|
| 177. | FTX Property Holdings, Ltd. | Ocean Terrace (By Sterling) Ltd | Assignment of Leases & Rents with Ocean Terrace (By Sterling) Ltd. dated 8th March, 2022 |
| 178. | FTX Property Holdings, Ltd. | Ocean Terrace (By Sterling) Ltd. | Real Estate Agreement Dated 11/12/2021 |
| 179. | FTX Property Holdings, Ltd. | Ocean Terrace (by Sterling) Ltd. | Sale and Purchase Agreement 2021-11-18 Agreement For Sale Ocean Terraces Fully Executed Ocean Terrace (Entire complex) |
| 180. | FTX Property Holdings, Ltd. | One Cable Beach Association | Deed Of Conveyance Dated 7/18/2022 |
| 181. | FTX Property Holdings, Ltd. | One Cable Beach Association | Deed Of Conveyance Dated 7/15/2022 |
| 182. | FTX Property Holdings, Ltd. | One Cable Beach Association | Conveyance with Dave Dohetry Dated 5th July, 2022, Vol. 13901 Pgs. 262-273 |
| 183. | FTX Property Holdings, Ltd. | One Cable Beach Association | Offer to Purchase dated 19th April, 2022 |
| 184. | FTX Property Holdings, Ltd. | One Cable Beach Association | Conveyance with JMK Investments Inc. dated 15th July, 2022, Vol. 13901, Pgs. 228-239 |
| 185. | FTX Property Holdings, Ltd. | Park Ridge Securities Corp | Letter Agreement - Re: Construction Of "Ftx House" At Albany Dated 12/6/2021 |
| 186. | FTX Property Holdings, Ltd. | Park Ridge Securities Corp. | Letter Agreement Re: Purchase Of Unit 2A, Building 1-Honeycomb In Albany Dated 12/6/2021 |
| 187. | FTX Property Holdings, Ltd. | Park Ridge Securities Corp. | Letter Agreement Re: Purchase Of Unit 3D. Building 4-Tetris In Albany Dated 11/5/2021 |
| 188. | FTX Property Holdings, Ltd. | Park Ridge Securities Corp. | Letter Agreement Re: Purchase Of Unit Ib. Building 3 Cube In Albany Dated 10/14/2021 |
| 189. | FTX Property Holdings, Ltd. | Park Ridge Securities Corp. | Letter Agreement Re: Purchase Of Unit 3B, Building 8-Orchid In Albany Dated 10/15/2021 |
| 190. | FTX Property Holdings, Ltd. | Park Ridge Securities Corp. | Letter Agreement Re: Purchase Of Unit 2C, Building 7-Coral In Albany Dated 12/16/2021 |
| 191. | FTX Property Holdings, Ltd. | Pbm Albany LLC | Sale And Purchase Agreement - Unit No. 3B In The Marina Residences At Albany Building 10 Condominium, Albany Situate Dated 2/11/2022 |
| 192. | FTX Property Holdings, Ltd. | Pbm Albany LLC C/O Clinton Sweeting O'Brien | Albany Purchase Agreement- Unit 3B Dated 2/14/2022 |
| 193. | FTX Property Holdings, Ltd. | Pineapple House Investments Ltd. | Real Estate Agreement Dated 2/28/2022 |
| 194. | FTX Property Holdings, Ltd. | Pineapple House Investments Ltd. | Sale Agreement2022-03-09 Agreement For Sale [Fully Executed] (1) Pineapple House (Building #10) |
| 195. | FTX Property Holdings, Ltd. | Pineapple House Investments Ltd.; Offices at Old Fort Bay Association Ltd. | Deed of conveyance2022-07-22-Conveyance- Pineapple House Investments to FTX Property FULLY EXECUTED Pineapple House (Building #10) |
| 196. | FTX Property Holdings, Ltd. | Samco Bahamas Ltd. | Deed Of Conveyance Dated 7/18/2022 |
| 197. | FTX Property Holdings, Ltd. | Samco Bahamas Ltd. | Real Estate Agreement Dated 4/1/2022 |
| 198. | FTX Property Holdings, Ltd. | Stamford House Limited | Real Estate Agreement -Unit No.6 Of The Marina Residences At Albany Building 8 Condominium, Albany Situate Dated 11/1/2021 |
| 199. | FTX Property Holdings, Ltd. | Stamford House Limited | Supplemental Agreement |
| 200. | FTX Property Holdings, Ltd. | Stamford House Limited | Sale And Purchase Agreement - Unit No. 6 Of The Marina Residences At Albany Building 8 Condominium, |

| # | Debtor(s) | Counterparty | Description of Contract or Lease |
|---|---|---|---|
| | | | Albany Situate Dated 1/31/2022 |
| 201. | FTX Property Holdings, Ltd. | Stamford House Limited | Supplemental Agreement - Unit No.6 Of The Marina Residences At Albany, Building 8 Dated 11/15/2021 |
| 202. | FTX Property Holdings, Ltd. | Stamford House Limited C/O Lennox Paton | Purchase Agreement- Unit No. 6 Of The Marina Residences At Albany Building 8 Condominium Dated 11/1/2021 |
| 203. | FTX Property Holdings, Ltd. | Stamford House Ltd. | Indenture And Deed Of Conveyance - Unit 6, Albany Situate, New Providence, Bahamas Dated 1/18/2022 |
| 204. | FTX Property Holdings, Ltd. | The Marina Residences At Albany Building 1 Condominium Association | Indenture And Deed Of Conveyance - Unit 2C, Building 1, Albany Subdivision, Western District, New Providence, The Bahamas Dated 8/2/2022 |
| 205. | FTX Property Holdings, Ltd. | The Marina Residences At Albany Building 4 Condominium Association | Indenture And Deed Of Conveyance, Duplex 2, Albany Situate, New Providence, The Bahamas Dated 12/21/2021 |
| 206. | FTX Property Holdings, Ltd. | The Marina Residences At Albany Building 4 Condominium Association | Indenture And Deed Of Conveyance - Unit No. 2E In The Marina Residences At Albany Building 4 Condominium, Albany Subdivision, Western District, New Providence, The Bahamas Dated 5/30/2022 |
| 207. | FTX Property Holdings, Ltd. | The Marina Residences At Albany Building 8 Condominium Association | Indenture And Deed Of Conveyance - Unit 6, Albany Situate, New Providence, Bahamas Dated 1/18/2022 |
| 208. | FTX Property Holdings, Ltd. | The Marina Residences At Albany Building 9 Condominium Association | Indenture And Deed Of Conveyance - Unit No. Id, Building 9, Gemini, Marina Residences At Albany Subdivision, Western District, New Providence, The Bahamas Dated 6/9/2022 |
| 209. | FTX Property Holdings, Ltd. | Veridian Corporate Center Association Ltd. | Conveyance For All Those Units Numbered 18, 24, 25, 26, 27 And 30 Dated 12/2/2021 |
| 210. | FTX Property Holdings, Ltd. | Veridian Corporate Center Association Ltd. | Conveyance Agreement - Unit 23 Veridian Corporate Centre Dated 4/8/2022 |
| 211. | FTX Property Holdings, Ltd. | Veridian Corporate Center Association Ltd. | Addendum Agreement For Sale Dated 8/23/2022 |
| 212. | FTX Property Holdings, Ltd. | Veridian Corporate Center Association Ltd. | Sale Agreement Dated 6/22/2022 |
| 213. | FTX Property Holdings, Ltd. | Veridian Corporate Center Association Ltd. | Lease of Easements with Veridian Corporate Center Association dated 2nd December, 2021, Vol. 13785, Pgs. 567-582 |
| 214. | FTX Property Holdings, Ltd. | Veridian Corporate Center Association Ltd. | Sales Agreement with Veridian Development Group and Veridian Corporate Center Association Ltd. 9th Oct. 2021 |
| 215. | FTX Property Holdings, Ltd. | Veridian Corporate Center Association Ltd. Bahamas First General Insurance Company Limited | Veridian Corporate Center #1-17, 19-22, 28, 29 - Renewal policy schedule |
| 216. | FTX Property Holdings, Ltd. | Veridian Corporate Center LLC | Conveyance Agreement - Unit 23 Veridian Corporate Centre Dated 4/8/2022 |
| 217. | FTX Property Holdings, Ltd. | Veridian Corporate Center LLC | Agreement For Sale Dated 1/21/2021 |
| 218. | FTX Property Holdings, Ltd. | Veridian Corporate Center LLC | Sale And Purchase Agreement - Unit No. 23, Veridian Corporate Center, Situate In The Western District Of The Island Of New Providence Dated 1/21/2022 |
| 219. | FTX Property Holdings, Ltd. | Veridian Corporate Center LLC | Veridian Corporate Center #1-17, 19-22, 28, 29 - Commercial Property Insurance Policy details |

4881-1475-3237 v.2

-11-

| # | Debtor(s) | Counterparty | Description of Contract or Lease |
|---|---|---|---|
| 220. | FTX Property Holdings, Ltd. | Veridian Development Group Ltd | Indenture-Unit 27 Veridian (As Assigned To Ftx Property Holdings Ltd. From Technology Services Bahamas Limited Dated 8/17/2021) Dated 6/1/2021 |
| 221. | FTX Property Holdings, Ltd. | Veridian Development Group Ltd | Addendum Agreement For Sale Dated 8/23/2022 |
| 222. | FTX Property Holdings, Ltd. | Veridian Development Group Ltd. | Sale Agreement Dated 10/1/2021 |
| 223. | FTX Property Holdings, Ltd. | Veridian Development Group Ltd. | Conveyance For All Those Units Numbered 18, 24, 25, 26, 27 And 30 Dated 12/2/2021 |
| 224. | FTX Property Holdings, Ltd. | Veridian Development Group Ltd. | Conveyance Agreement - Unit 23 Veridian Corporate Centre Dated 4/8/2022 |
| 225. | FTX Property Holdings, Ltd. | Veridian Development Group Ltd. | Sale Agreement Dated 6/22/2022 |
| 226. | FTX Property Holdings, Ltd. | Veridian Development Group Ltd. | Sale And Purchase Agreement - "Veridian Corporate Center" Office Units Numbered 18, 24,25,26,27 & 30 Dated 10/7/2021 |
| 227. | FTX Property Holdings, Ltd. | Veridian Development Group Ltd. | Sale And Purchase Agreement - "Veridian Corporate Center", Twenty-Two (22) Units Numbered 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 19, 20, 21, 22, 28 And 29 Dated 6/17/2022 |
| 228. | FTX Property Holdings, Ltd. | Winchester Realty Ltd | Sale and Purchase Agreement 2022-06-10 Agreement For Sale [Fully Executed] One Cable Beach Unit 603 |
| 229. | FTX Property Holdings, Ltd. | Winchester Realty Ltd. | Sale And Purchase Agreement - Unit Number 603 Of The Condominium Known As "One Cable Beach "Situate In The Western District Of The Island Of New Providence Dated 6/8/2022 |
| 230. | FTX Property Holdings, Ltd. | Winchester Realty Ltd. C/O Simon Lowe | Letter Agreement Re: Unit 603 Of One Cable Beach Dated 6/8/2022 |
| 231. | FTX Property Holdings, Ltd. | Winchester Realty Ltd.; One Cable Beach Association | Deed of conveyance OCB Unit 603 2022-08-11 Conveyance One Cable Beach Unit 603 |
| 232. | FTX Property Holdings, Ltd. | Winchester Realty, Ltd.; One Cable Beach Association | One Cable Beach Unit G12 - Deed of conveyance |
| 233. | FTX Property Holdings, Ltd. | Wynn Development Limited | Sale Agreement- Unit 228, Cable Beach, West Bay Street, New Providence, The Bahama Dated 2/22/2022 |
| 234. | FTX Property Holdings, Ltd. | Wynn Development Limited | Sale Agreement - Unit 232, Cable Beach, West Bay Street, New Providence, The Bahama Dated 2/22/2022 |
| 235. | FTX Property Holdings, Ltd. | Wynn Development Limited | Sale Agreement - Unit 337 Cable Beach, West Bay Street, New Providence, The Bahamas Dated 2/22/2022 |
| 236. | FTX Property Holdings, Ltd. | Wynn Development Limited | Sale Agreement - Unit 113 Cable Beach, West Bay Street, New Providence, The Bahamas Dated 4/3/2022 |
| 237. | FTX Property Holdings, Ltd. | Wynn Development Limited | Sale And Purchase Agreement - Unit Number 113 Of The Condominium Building Known As "The Residences At Goldwynn" To Be Constructed On The Condominium Parcel Situate In Cable Beach, West Bay Street, New Providence, The Bahamas Dated 2/28/2022 |
| 238. | FTX Property Holdings, Ltd. | Wynn Development Limited | Sale And Purchase Agreement - Unit Number 436 Of The Condominium Building Known As "The Residences At Goldwynn" In Cable Beach, West Bay Street, New Providence, The Bahamas Dated 2/22/2022 |
| 239. | FTX Property Holdings, Ltd. | Wynn Development Limited | Sale And Purchase Agreement - Unit Number 235 Of The Condominium Building Known As "The Residences At Goldwynn" In Cable Beach, West Bay Street, New Providence, The Bahamas Dated 2/22/2022 |
| 240. | FTX Property Holdings, Ltd. | Wynn Development Limited | Sale And Purchase Agreement - Unit Number 434 Of The Condominium Building Known As "The Residences At Goldwynn" In Cable Beach, West Bay Street, New Providence, The Bahamas Dated 2/22/2022 |

| # | Debtor(s) | Counterparty | Description of Contract or Lease |
|---|---|---|---|
| 241. | FTX Property Holdings, Ltd. | Wynn Development Limited | Sale And Purchase Agreement - Unit Number 114 Of The Condominium Building Known As "The Residences At Goldwynn" In Cable Beach, West Bay Street, New Providence, The Bahamas Dated 2/22/2022 |
| 242. | FTX Trading Ltd. | Alvarez & Marsal | Restructuring Advisory |
| 243. | FTX Trading Ltd. | Arthur George Bryan Thomas | Employee Invention Assignment And Confidentiality Agreement Dated 3/17/2020 |
| 244. | FTX Trading Ltd. | CHENG YIN BEI | SETTLEMENT AGREEMENT AND RELEASE DATED 10/11/2022 |
| 245. | FTX Trading Ltd. | Citadel Securities Americas LLC - Heath Tarbert, Jessica Fricke | CONFIDENTIAL GLOBAL SETTLEMENT AGREEMENT DATED 1/13/2022 |
| 246. | FTX Trading Ltd. | Darren Wong | SCREENING QUESTIONNAIRE |
| 247. | FTX Trading Ltd. | HYLAND SOFTWARE, INC. | ONLINE HOSTED SOLUTION AGREEMENT FOR PILOT PERIOD |
| 248. | FTX Trading Ltd. | John Stossel | Domain Name Purchase And Transfer Agreement Dated 2/24/2020 |
| 249. | FTX Trading Ltd. | Justworks Employment Group LLC | Customer Service Agreement |
| 250. | FTX Trading Ltd. | Justworks Employment Group LLC | Customer Service Agreement |
| 251. | FTX Trading Ltd. | Maxim Lott | Domain Name Purchase And Transfer Agreement Dated 2/24/2020 |
| 252. | FTX Trading Ltd. | Neil Patel | Employee Invention Assignment Agreement Dated 10/18/2021 |
| 253. | FTX Trading Ltd. | Owl Hill Advisory, LLC | Engagement Letter |
| 254. | FTX Trading Ltd. | Sullivan And Cromwell LLP | Legal |
| 255. | FTX Trading Ltd. | TRANSACTIVE SYSTEMS UAB | CONTRACT FOR PAYMENT / E-MONEY SERVICES DATED 12/8/2021 |
| 256. | Good Luck Games, LLC | John Conbere | EMPLOYEE INVENTION ASSIGNMENT AND CONFIDENTIALITY AGREEMENT DATED 3/1/2022 |
| 257. | Ledger Holdings Inc. | Abaas Khorrami | Proprietary Information And Inventions Agreement Dated: June 9, 2020 |
| 258. | Ledger Holdings Inc. | Alexa Dexter | Proprietary Information And Inventions Agreement Dated: April 23, 2018 |
| 259. | Ledger Holdings Inc. | Brandon Kotara | Proprietary Information And Inventions Agreement Dated: January 25, 2020 |
| 260. | Ledger Holdings Inc. | Brian G. Mulherin | Proprietary Information And Inventions Agreement Dated: April 1, 2020 |
| 261. | Ledger Holdings Inc. | Christopher Day | Proprietary Information And Inventions Agreement Dated: April 4, 2022 |
| 262. | Ledger Holdings Inc. | Dexter J. Fish | Proprietary Information And Inventions Agreement Dated: May 5, 2021 |
| 263. | Ledger Holdings Inc. | Dorothy Zielinski | Proprietary Information And Inventions Agreement Dated: April 7, 2022 |
| 264. | Ledger Holdings Inc. | Erin Schwartz | Proprietary Information And Inventions Agreement Dated: August 2, 2022 |
| 265. | Ledger Holdings Inc. | Gabriel Camella | Proprietary Information And Inventions Agreement Dated: January 18, 2022 |
| 266. | Ledger Holdings Inc. | Jaad Coles | Proprietary Information And Inventions Agreement Dated: November 14, 2019 |
| 267. | Ledger Holdings Inc. | James Frederick Outen | Proprietary Information And Inventions Agreement Dated: November 4, 2021 |
| 268. | Ledger Holdings Inc. | Jonathan Deruiter | Proprietary Information And Inventions Agreement Dated: November 15, 2021 |

| # | Debtor(s) | Counterparty | Description of Contract or Lease |
|---|---|---|---|
| 269. | Ledger Holdings Inc. | Joshua Markou | Proprietary Information And Inventions Agreement Dated: March 11, 2021 |
| 270. | Ledger Holdings Inc. | Mary K. Principe | Proprietary Information And Inventions Agreement Dated: February 9, 2021 |
| 271. | Ledger Holdings Inc. | Rahul Sharma | Proprietary Information And Inventions Agreement Dated: May 3, 2021 |
| 272. | Ledger Holdings Inc. | Tyler Brady | Proprietary Information And Inventions Agreement Dated: October 31, 2021 |
| 273. | Ledger Holdings Inc. | Veronica Jedzejec | Proprietary Information And Inventions Agreement Dated: May 13, 2021 |
| 274. | Ledger Holdings Inc. | William Bradley | Proprietary Information And Inventions Agreement Dated: June 28, 2021 |
| 275. | Ledger Holdings Inc. | Zachary Dexter | Proprietary Information And Inventions Agreement Dated: February 19, 2014 |
| 276. | Quoine Pte Ltd | Jason Gunn | ADDENDUM TO EMPLOYMENT AGREEMENT DATED 6/1/2020 |
| 277. | Quoine Pte Ltd | Jason Gunn | ADDENDUM TO EMPLOYMENT AGREEMENT DATED 7/1/2021 |
| 278. | Quoine Pte Ltd | Jason Gunn | ADDENDUM TO EMPLOYMENT AGREEMENT DATED 10/1/2019 |
| 279. | Quoine Pte Ltd | Jason Gunn | HEAD OF CUSTOMER SERVICE EMPLOYMENT AGREEMENT DATED 9/1/2018 |
| 280. | Quoine Pte Ltd | Jered Geoffrey Masters | ADDENDUM TO EMPLOYMENT AGREEMENT DATED 7/1/2021 |
| 281. | Quoine Pte Ltd | Jered Geoffrey Masters | ADDENDUM TO EMPLOYMENT AGREEMENT DATED 10/1/2021 |
| 282. | Quoine Pte Ltd | Jered Masters | SALARY ADJUSTMENT AND ONE-TIME BONUS DATED 10/31/2022 |
| 283. | Quoine Pte Ltd | Jered Masters | DEVELOPER EMPLOYMENT AGREEMENT DATED 12/3/2018 |
| 284. | Quoine Pte Ltd | Kita, Ma. Rochelle B | OPERATIONS SPECIALIST EMPLOYMENT AGREEMENT DATED 3/1/2021 |
| 285. | Quoine Pte Ltd | OP SASCO LLC | ASSIGNMENT AGREEMENT DATED 10/26/2021 |
| 286. | West Realm Shires Financial Services Inc. | Paul Forest | EMPLOYEE INVENTION ASSIGNMENT AND CONFIDENTIALITY AGREEMENT DATED 3/15/2022 |
| 287. | West Realm Shires Financial Services Inc. | Peter Muzzonigro | EMPLOYEE INVENTION ASSIGNMENT AND CONFIDENTIALITY AGREEMENT DATED 3/25/2022 |
| 288. | West Realm Shires Financial Services Inc. | Taylor Terry | Employee Invention Assignment And Confidentiality Agreement Dated 7/5/2022 |
| 289. | West Realm Shires Inc. | Andrew Franklin | Employee Invention Assignment And Confidentiality Agreement Dated 9/14/2021 |
| 290. | West Realm Shires Inc. | Citadel Securities Americas LLC - Heath Tarbert, Jessica Fricke | CONFIDENTIAL GLOBAL SETTLEMENT AGREEMENT DATED 1/13/2022 |
| 291. | West Realm Shires Inc. | Jenny Jin A Bong | Employee Invention Assignment And Confidentiality Agreement |
| 292. | West Realm Shires Inc. | Nishad Singh | Assignment Of Technology Agreement Dated 1/12/2021 |
| 293. | West Realm Shires Inc. | Sam Bankman-Fried | Assignment Of Technology Agreement Dated 1/12/2021 |
| 294. | West Realm Shires Inc. | Zixiao Wang | Assignment Of Technology Agreement Dated 1/12/2021 |
| 295. | West Realm Shires Services Inc. | Adam Kalinich | Employee Invention Assignment And Confidentiality Agreement Dated 8/30/2021 |
| 296. | West Realm Shires Services Inc. | Adrienne During | Employee Invention Assignment And Confidentiality Agreement Dated 2/23/2022 |
| 297. | West Realm Shires Services Inc. | Aja Savon Johnson | Employee Invention Assignment And Confidentiality Agreement Dated 8/25/2022 |

4881-1475-3237 v.2

| # | Debtor(s) | Counterparty | Description of Contract or Lease |
|---|---|---|---|
| 298. | West Realm Shires Services Inc. | Alexis Elisabeth Janson | Employee Invention Assignment And Confidentiality Agreement Dated 4/26/2022 |
| 299. | West Realm Shires Services Inc. | Alfred Xue | Employee Invention Assignment And Confidentiality Agreement Dated 12/16/2021 |
| 300. | West Realm Shires Services Inc. | Alian Fernandez Mora | Employee Invention Assignment And Confidentiality Agreement Dated 3/23/2022 |
| 301. | West Realm Shires Services Inc. | Allen Clark | Employee Invention Assignment And Confidentiality Agreement Dated 9/27/2021 |
| 302. | West Realm Shires Services Inc. | Andrew Parnell | Employee Invention Assignment And Confidentiality Agreement Dated 2/14/2022 |
| 303. | West Realm Shires Services Inc. | Andrew Rasch | Employee Invention Assignment And Confidentiality Agreement Dated 4/8/2022 |
| 304. | West Realm Shires Services Inc. | Antonio Scott-Vargas | Employee Invention Assignment And Confidentiality Agreement Dated 1/31/2022 |
| 305. | West Realm Shires Services Inc. | Ashley Jaynes | Employee Invention Assignment And Confidentiality Agreement Dated 8/9/2021 |
| 306. | West Realm Shires Services Inc. | Austin Huff | Employee Invention Assignment And Confidentiality Agreement Dated 1/25/2022 |
| 307. | West Realm Shires Services Inc. | Avi Dabir | Employee Invention Assignment And Confidentiality Agreement Dated 7/11/2021 |
| 308. | West Realm Shires Services Inc. | Balaji Varadaraju Mudaliyar | Employee Invention Assignment And Confidentiality Agreement Dated 10/30/2021 |
| 309. | West Realm Shires Services Inc. | Bert Scott | Employee Invention Assignment And Confidentiality Agreement Dated 2/10/2022 |
| 310. | West Realm Shires Services Inc. | Brandon Nelson | Employee Invention Assignment And Confidentiality Agreement Dated 3/1/2022 |
| 311. | West Realm Shires Services Inc. | Brett Harrison | EMPLOYEE INVENTION ASSIGNMENT AND CONFIDENTIALITY AGREEMENT DATED 5/15/2021 |
| 312. | West Realm Shires Services Inc. | Caroline Papadopoulos | Employee Invention Assignment And Confidentiality Agreement Dated 10/19/2021 |
| 313. | West Realm Shires Services Inc. | Chase Branham | Employee Invention Assignment And Confidentiality Agreement Dated 1/21/2021 |
| 314. | West Realm Shires Services Inc. | Cheuk Ying (Josephine) Sun | Employee Invention Assignment And Confidentiality Agreement Dated 8/9/2021 |
| 315. | West Realm Shires Services Inc. | Collin Sheehan | Employee Invention Assignment And Confidentiality Agreement Dated 7/15/2021 |
| 316. | West Realm Shires Services Inc. | Daniel Chapsky | Employee Invention Assignment And Confidentiality Agreement Dated 6/10/2021 |
| 317. | West Realm Shires Services Inc. | Danielle Cloud | Employee Invention Assignment And Confidentiality Agreement Dated 10/11/2021 |
| 318. | West Realm Shires Services Inc. | Delaney Ornelas | Employee Invention Assignment And Confidentiality Agreement Dated 9/7/2021 |
| 319. | West Realm Shires Services Inc. | Devon Bernard | Employee Invention Assignment And Confidentiality Agreement Dated 10/19/2021 |
| 320. | West Realm Shires Services Inc. | Deyvis Gonzalez | Employee Invention Assignment And Confidentiality Agreement Dated 9/6/2021 |
| 321. | West Realm Shires Services Inc. | Domenic Fiore | Employee Invention Assignment And Confidentiality Agreement Dated 9/14/2021 |
| 322. | West Realm Shires Services Inc. | Ege Mihmanli | Employee Invention Assignment And Confidentiality Agreement Dated 4/13/2022 |
| 323. | West Realm Shires Services Inc. | Eliora Katz | Employee Invention Assignment And Confidentiality Agreement Dated 3/20/2022 |
| 324. | West Realm Shires Services Inc. | Elvia Delgadillo | Employee Invention Assignment And Confidentiality Agreement Dated 5/28/2021 |
| 325. | West Realm Shires Services Inc. | Emma D'Alessio | Employee Invention Assignment And Confidentiality Agreement Dated 10/24/2022 |
| 326. | West Realm Shires Services Inc. | Evgeny Glinskiy | Employee Invention Assignment And Confidentiality Agreement Dated 8/9/2021 |

-15-

| # | Debtor(s) | Counterparty | Description of Contract or Lease |
|---|---|---|---|
| 327. | West Realm Shires Services Inc. | Fabrizio Cecchettini | Employee Invention Assignment And Confidentiality Agreement Dated 9/2/2021 |
| 328. | West Realm Shires Services Inc. | Felix Chidi Okocha | Employee Invention Assignment And Confidentiality Agreement Dated 7/15/2021 |
| 329. | West Realm Shires Services Inc. | Genevieve St-Michel | Employee Invention Assignment And Confidentiality Agreement Dated 3/6/2022 |
| 330. | West Realm Shires Services Inc. | Heather Huston | Employee Invention Assignment And Confidentiality Agreement Dated 8/6/2021 |
| 331. | West Realm Shires Services Inc. | Hyland Software, Inc | ONLINE HOSTED SOLUTION AGREEMENT |
| 332. | West Realm Shires Services Inc. | Hyung Kyu Jun | Employee Invention Assignment And Confidentiality Agreement Dated 10/21/2022 |
| 333. | West Realm Shires Services Inc. | Jack Roberts | EMPLOYEE INVENTION ASSIGNMENT AND CONFIDENTIALITY AGREEMENT DATED 11/4/2021 |
| 334. | West Realm Shires Services Inc. | Jacob Halter | Employee Invention Assignment And Confidentiality Agreement Dated 9/26/2021 |
| 335. | West Realm Shires Services Inc. | Jason Huang | Employee Invention Assignment And Confidentiality Agreement Dated 3/23/2022 |
| 336. | West Realm Shires Services Inc. | Javed Bartlett | Employee Invention Assignment And Confidentiality Agreement Dated 1/14/2022 |
| 337. | West Realm Shires Services Inc. | Jeffrey Alan Aziz | Employee Invention Assignment And Confidentiality Agreement Dated 9/5/2022 |
| 338. | West Realm Shires Services Inc. | Jeremy Cranford | Employee Invention Assignment And Confidentiality Agreement Dated 1/31/2022 |
| 339. | West Realm Shires Services Inc. | Jessica Moser | EMPLOYEE INVENTION ASSIGNMENT AND CONFIDENTIALITY AGREEMENT DATED 9/8/2021 |
| 340. | West Realm Shires Services Inc. | Joe Bankman | Employee Invention Assignment And Confidentiality Agreement Dated 12/28/2021 |
| 341. | West Realm Shires Services Inc. | John Conbere | Employee Invention Assignment And Confidentiality Agreement Dated 3/1/2022 |
| 342. | West Realm Shires Services Inc. | Jordan Dunne | Employee Invention Assignment And Confidentiality Agreement Dated 12/28/2021 |
| 343. | West Realm Shires Services Inc. | Joshua Leyton | Employee Invention Assignment And Confidentiality Agreement Dated 3/1/2022 |
| 344. | West Realm Shires Services Inc. | Karim Claros | Employee Invention Assignment And Confidentiality Agreement Dated 3/29/2022 |
| 345. | West Realm Shires Services Inc. | Karista Vaeth | Employee Invention Assignment And Confidentiality Agreement Dated 8/8/2021 |
| 346. | West Realm Shires Services Inc. | Keesan Nam | Employee Invention Assignment And Confidentiality Agreement Dated 10/10/2021 |
| 347. | West Realm Shires Services Inc. | Kiernan Fitzsimons | Employee Invention Assignment And Confidentiality Agreement Dated 8/29/2021 |
| 348. | West Realm Shires Services Inc. | Lionel Williams | Employee Invention Assignment And Confidentiality Agreement Dated 5/29/2021 |
| 349. | West Realm Shires Services Inc. | Lotta Blumberg | Employee Invention Assignment And Confidentiality Agreement Dated 5/13/2022 |
| 350. | West Realm Shires Services Inc. | Louis Frangella | Employee Invention Assignment And Confidentiality Agreement Dated 8/30/2021 |
| 351. | West Realm Shires Services Inc. | Luis Guinand Mckinstry | Employee Invention Assignment And Confidentiality Agreement Dated 12/16/2021 |
| 352. | West Realm Shires Services Inc. | Luis Scott-Vargas | Employee Invention Assignment And Confidentiality Agreement Dated 3/1/2022 |
| 353. | West Realm Shires Services Inc. | Maria Gabriela Montero | Employee Invention Assignment And Confidentiality Agreement Dated 2/25/2022 |
| 354. | West Realm Shires Services Inc. | Maria Shaikh | Employee Invention Assignment And Confidentiality Agreement Dated 5/29/2021 |
| 355. | West Realm Shires Services Inc. | Marissa Macdonald | Employee Invention Assignment And Confidentiality Agreement Dated 3/1/2022 |

4881-1475-3237 v.2

| # | Debtor(s) | Counterparty | Description of Contract or Lease |
|---|---|---|---|
| 356. | West Realm Shires Services Inc. | Mark Khalil | Employee Invention Assignment And Confidentiality Agreement Dated 4/1/2022 |
| 357. | West Realm Shires Services Inc. | Matthew Lackey | Employee Invention Assignment And Confidentiality Agreement Dated 2/9/2022 |
| 358. | West Realm Shires Services Inc. | Matthew Nass | EMPLOYEE INVENTION ASSIGNMENT AND CONFIDENTIALITY AGREEMENT DATED 3/1/2022 |
| 359. | West Realm Shires Services Inc. | Matthew Place | EMPLOYEE INVENTION ASSIGNMENT AND CONFIDENTIALITY AGREEMENT DATED 3/1/2022 |
| 360. | West Realm Shires Services Inc. | Megan Mason | Employee Invention Assignment And Confidentiality Agreement Dated 12/17/2021 |
| 361. | West Realm Shires Services Inc. | Mikael Keussen | Employee Invention Assignment And Confidentiality Agreement Dated 7/2/2021 |
| 362. | West Realm Shires Services Inc. | Mike Hart | Employee Invention Assignment And Confidentiality Agreement Dated 9/8/2021 |
| 363. | West Realm Shires Services Inc. | Monika Karam | Employee Invention Assignment And Confidentiality Agreement Dated 11/6/2022 |
| 364. | West Realm Shires Services Inc. | Morgan Eattock | EMPLOYEE INVENTION ASSIGNMENT AND CONFIDENTIALITY AGREEMENT |
| 365. | West Realm Shires Services Inc. | Nevin Aragam | EMPLOYEE INVENTION ASSIGNMENT AND CONFIDENTIALITY AGREEMENT DATED 6/3/2022 |
| 366. | West Realm Shires Services Inc. | Nick Beckstead | Employee Invention Assignment And Confidentiality Agreement Dated 11/25/2021 |
| 367. | West Realm Shires Services Inc. | Nicole Janeway Bills | Employee Invention Assignment And Confidentiality Agreement Dated 7/7/2022 |
| 368. | West Realm Shires Services Inc. | Nils Molina | Employee Invention Assignment And Confidentiality Agreement Dated 10/12/2021 |
| 369. | West Realm Shires Services Inc. | Oscar Messina Jr. | Employee Invention Assignment And Confidentiality Agreement Dated 10/26/2021 |
| 370. | West Realm Shires Services Inc. | Paul Nathan Clancy | Employee Invention Assignment And Confidentiality Agreement Dated 7/6/2021 |
| 371. | West Realm Shires Services Inc. | Phuong Linh Nguyen | Employee Invention Assignment And Confidentiality Agreement Dated 9/17/2021 |
| 372. | West Realm Shires Services Inc. | Rebecca Lowe | Employee Invention Assignment And Confidentiality Agreement |
| 373. | West Realm Shires Services Inc. | Ryan Baron | Employee Invention Assignment And Confidentiality Agreement Dated 2/13/2022 |
| 374. | West Realm Shires Services Inc. | Ryan Mendel | Employee Invention Assignment And Confidentiality Agreement Dated 3/16/2022 |
| 375. | West Realm Shires Services Inc. | Ryne Miller | Employee Invention Assignment And Confidentiality Agreement Dated 6/28/2021 |
| 376. | West Realm Shires Services Inc. | Sam Pardee | Employee Invention Assignment And Confidentiality Agreement Dated 4/13/2022 |
| 377. | West Realm Shires Services Inc. | Savannah Alberty | Employee Invention Assignment And Confidentiality Agreement Dated 1/27/2022 |
| 378. | West Realm Shires Services Inc. | Scott Nagamine | Employee Invention Assignment And Confidentiality Agreement Dated 8/19/2021 |
| 379. | West Realm Shires Services Inc. | Scott R Forrester-Sims | Employee Invention Assignment And Confidentiality Agreement Dated 4/14/2022 |
| 380. | West Realm Shires Services Inc. | Sebastian Ramirez | Employee Invention Assignment And Confidentiality Agreement Dated 1/24/2022 |
| 381. | West Realm Shires Services Inc. | Shannon Goerig | Employee Invention Assignment And Confidentiality Agreement Dated 6/16/2022 |
| 382. | West Realm Shires Services Inc. | Shawndea Dunzy | Employee Invention Assignment And Confidentiality Agreement Dated 5/28/2021 |
| 383. | West Realm Shires Services Inc. | Sheena Hart | Employee Invention Assignment And Confidentiality Agreement Dated 9/8/2021 |
| 384. | West Realm Shires Services Inc. | Sherwayne Allen | Employee Invention Assignment And Confidentiality Agreement Dated 8/12/2021 |

4881-1475-3237 v.2

| # | Debtor(s) | Counterparty | Description of Contract or Lease |
|---|---|---|---|
| 385. | West Realm Shires Services Inc. | Steven Sadin | Employee Invention Assignment And Confidentiality Agreement Dated 2/11/2022 |
| 386. | West Realm Shires Services Inc. | Trevor Harron | Employee Invention Assignment And Confidentiality Agreement Dated 7/7/2022 |
| 387. | West Realm Shires Services Inc. | Trevor Levine | Employee Invention Assignment And Confidentiality Agreement Dated 8/8/2021 |
| 388. | West Realm Shires Services Inc. | Tristan Yver | Employee Invention Assignment And Confidentiality Agreement Dated 9/2/2021 |
| 389. | West Realm Shires Services Inc. | Venu Palaparthi | Employee Invention Assignment And Confidentiality Agreement Dated 4/6/2022 |
| 390. | West Realm Shires Services Inc. | William Katz | Employee Invention Assignment And Confidentiality Agreement Dated 5/20/2022 |
| 391. | West Realm Shires Services Inc. | Yevgeny Gurevich | Employee Invention Assignment And Confidentiality Agreement Dated 6/1/2022 |
| 392. | West Realm Shires Services Inc. | Zhengxun Wu | Employee Invention Assignment And Confidentiality Agreement Dated 10/22/2022 |
| 393. | West Realm Shires Services Inc. | Zirui Zhang | Employee Invention Assignment And Confidentiality Agreement Dated 9/21/2021 |

4881-1475-3237 v.2