**Exhibit 8**

**List of Excluded Entities**

1. FTX Turkey Teknoloji ve Ticaret Anonim Şirketi
2. SNG Investments Yatırım ve Danışmanlık Anonim Şirketi
3. FTX Exchange FZE
4. Liquid Financial USA, Inc.
5. LiquidEX, LLC
6. Zubr Exchange Limited
7. DAAG Trading, DMCC
8. FTX Switzerland GmbH
9. FTX Trading GmbH
10. FTX EU Ltd.
11. FTX Certificates GmbH
12. FTX Structured Products AG
13. FTX Crypto Services Ltd.
14. FTX Products (Singapore) Pte Ltd.
15. Liquid Securities Singapore Pte Ltd.
16. Analisya Pte Ltd.
17. Quoine Vietnam Co. Ltd.
18. Alameda Aus Pty Ltd.
19. Alameda Research Pte Ltd.
20. Innovatia Ltd.
21. FTX Japan Services K.K.
22. Quoine India Pte Ltd.
23. FTX Japan K.K.

24. FTX Europe AG

4881-1475-3237 v.2