**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**VERIFIED STATEMENT OF GELLERT SEITZ BUSENKELL & BROWN LLC, THE MOSKOWITZ LAW FIRM, AND BOIES SCHILLER FLEXNER LLP PURSUANT TO BANKRUPTCY RULE 2019**

Gellert Seitz Busenkell & Brown LLC ("GSBB"), The Moskowitz Law Firm ("Moskowitz Law"), and Boies Schiller Flexner LLP ("Boies Schiller" and collectively with GSBB and Moskowitz Law, "Counsel"), counsel to those individuals identified on **Exhibit A** (collectively, the "MDL FTX Customers") annexed hereto, submit this verified statement (the "Verified Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Rule 2019") and respectfully state as follows:[2]

1. Each MDL FTX Customer has individually retained Moskowitz Law and Boies Schiller (or executed a consent to associate form if an MDL FTX Customer signed an engagement letter with another MDL member law firm) to represent him or her as counsel in connection with claims asserted in the multi-district litigation matter captioned *In re FTX Cryptocurrency Exchange Collapse Litigation*, Case No. 23-md-03076, pending in the U.S. District Court for the

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Counsel does not represent the MDL FTX Customers as a "committee" or a "group" (as such terms are used in the Bankruptcy Code and the Bankruptcy Rules) and maintains that Rule 2019 is not applicable to the MDL FTX Customers. However, at the request of the above-captioned debtors (collectively, the "Debtors"), and out of an abundance of caution, Counsel submits this Verified Statement.

Southern District of Florida (the "MDL Action"), in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and in connection with that certain adversary proceeding pending in the Chapter 11 Cases, captioned *FTX Trading Ltd., et al. v. Chernyavsky, et al.*, Adv. Pro. No. 24-50072 (JTD) (the "MDL Adversary Proceeding").

2. For purposes of the Chapter 11 Cases and the MDL Adversary Proceeding, Counsel represent each MDL FTX Customer in their individual capacity, each MDL FTX Customer in their capacity as a named plaintiff and putative class representative in the MDL Action, and the putative class of FTX victims in the MDL Action (where certification of a settlement class is currently pending)

3. The name of each MDL FTX Customer, as of the date of this Verified Statement, together with the disclosable economic interests held by each of them in relation to the Chapter 11 Cases, is set forth in **Exhibit A** annexed hereto. Counsel will provide under seal the home address for each MDL FTX Customer to (1) the Court and the United States Trustee upon request and (2) to counsel to the Debtors and counsel to the Official Committee of Unsecured Creditors upon request and subject to appropriate confidentiality protections or protective orders.

4. The information set forth on **Exhibit A** is based upon information provided to undersigned counsel by the MDL FTX Customers and is intended only to comply with Rule 2019 and is not intended for any other purpose.

5. Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of any of the MDL FTX Customer to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of any of the MDL FTX Customers to have any and all final orders in any and all non-core matters entered only after *de novo* review by a

United States District Judge; (iii) consent to the jurisdiction of the Bankruptcy Court over any matter; (iv) an election of remedy; (v) a waiver or release of any rights any of the MDL FTX Customers may have to a jury trial; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be (or may have been) commenced in these Chapter 11 Cases against or otherwise involving any of the MDL FTX Customers; or (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs, or recoupments to which any of the MDL FTX Customers are or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs, or recoupments being expressly reserved.

6.  Counsel reserves the right to amend or supplement this Verified Statement in accordance with the requirements set forth in Rule 2019 at any time in the future.

7.  The undersigned verify that the foregoing is true and correct to the best of their knowledge.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated:  August 2, 2024 | GELLERT SEITZ BUSENKELL & BROWN, LLC |

*/s/ Ronald Gellert*
Ronald S. Gellert (DE 4259)
Bradley P. Lehman (DE 5921)
1201 N. Orange St., Ste. 300
Wilmington, Delaware 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
rgellert@gsbblaw.com
blehman@gsbblaw.com

By: */s/ David Boies*
David Boies
Alexander Boies
Brooke A. Alexander
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
914-749-8200
dboies@bsfllp.com
aboies@bsfllp.com
balexander@bsfllp.com

By: */s/ Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
Joseph M. Kaye
Florida Bar No. 117520
THE MOSKOWITZ LAW FIRM, PLLC
Continental Plaza
3250 Mary Street, Suite 202
Coconut Grove, FL 33133
Office: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com
service@moskowitz-law.com

*Counsel to the FTX MDL Customers*

**EXHIBIT A**

| FTX MDL CUSTOMER NAME | CUSTOMER ENTITLEMENT AMOUNT[1] |
|---|---:|
| Alexander Chernyavsky | $101,627.14 |
| Brandon Orr | $1,105.35 |
| Edwin Garrison | $318.66 |
| Gregg Podalsky | $87,467.18 |
| Julie Papadakis | $643,024.83 |
| Kyle Rupprecht | $207,137.00 |
| Leandro Cabo | $89,040.09 |
| Michael Livieratos | $52,922.74 |
| Michael Norris | $8,000.00 |
| Ryan Henderson | $10,493.16 |
| Sunil Kavuri | $1,732,175.77 |
| Vijeth Shetty | $20,971.17 |
| Chukwudozie Ezeokoli[2] | - |
| Shengyun Huang[3] | - |

---

[1] The Consumer Entitlement Amount is calculated based on the amount reported on the Debtors' claim portal.
[2] Counsel will file a supplemental Rule 2019 with the amount. However, such amount is known to the Debtors.
[3] Counsel will file a supplemental Rule 2019 with the amount. However, such amount is known to the Debtors.

4879-9938-3252.5 30239.001