**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) <br> (Jointly Administered) |
| Debtors.[1] | RE: Doc. No. 18898 |
| SUNIL KAVURI, AHMED ABD-EL-RAZEK, <br> NOIA CAPITAL SÀRL and PAT RABITTE, | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 24-50012 (JTD) |
| FTX TRADING, LTD, *et al*., | |
| Defendants. | |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that Plaintiffs Sunil Kavuri, Ahmed Abd-El-Razek and Pat Rabitte,

hereby withdraw their pending Motion to Certify Class, Appoint Class Representative(s) and Appoint

Class Counsel [Doc. No. 18898], which was inadvertently filed on June 25, 2024.

Respectfully submitted,

Dated: August 5, 2024            **McCARTER & ENGLISH, LLP**

*/s/ Shannon D. Humiston*
Shannon D. Humiston (No. 5740)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300 (phone)
(302) 984-6399 (fax)
shumiston@mccarter.com
-and-

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the affiliated debtors (collectively, "Debtors") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

ME1 49328395v.1

David Adler, Esq. (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Ave., 31st Floor
New York, NY 10019
(212) 609-6847 (phone)
(212) 609-6921 (fax)
dadler@mccarter.com

*Counsel to Sunil Kavuri, Ahmed Abd El-Razek and Pat Rabbitte*