## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | : : : : : : : : : : : : : : : | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br><br>**Hearing Date:  August 15, 2024 at 1:00 p.m.**<br>**(prevailing Eastern Time) (proposed)**<br>**Obj. Deadline:  August 13, 2024, at 4:00 p.m.**<br>**(prevailing Eastern Time) (proposed)** |

## MOTION TO AMEND ORDER (I) GRANTING THE EXAMINER AUTHORITY TO CONDUCT ADDITIONAL INVESTIGATIONS AND (II) ESTABLISHING THE SCOPE, COST, DEGREE, AND DURATION OF THE SECOND PHASE OF THE EXAMINATION AND GRANTING RELATED RELIEF

Robert J. Cleary, as the examiner ("Examiner") appointed in the above-captioned bankruptcy cases (the "Chapter 11 Cases") of FTX Trading Ltd. and certain of its affiliates (collectively, the "Debtors"), files this motion (the "Motion") pursuant to sections 105 and 1104(c)(2) of title 11 of the United States Code (the "Bankruptcy Code") seeking entry of an order amending the *Order (I) Granting the Examiner Authority to Conduct Additional Investigations and (II) Establishing the Scope, Cost, Degree, and Duration of the Second Phase of the Examination and Granting Related Relief*, ECF No. 19061 (the "Phase II Scope Order") to extend the deadline for filing the Phase II Report (as defined herein) under seal to September 20,

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

2024 and extend the deadline for filing the Phase II Report publicly to September 27, 2024, and respectfully states as follows:

## JURISDICTION, VENUE, AND STANDING

1.      This Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the amended standing order of reference issued by the United States District Court for the District of Delaware, dated February 29, 2012.  This is a core proceeding pursuant to 28 U.S.C. §157(b).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory bases and other authority for the relief requested herein are sections 105 and 1104(c)(2) of the Bankruptcy Code.  Paragraph 10 of the Phase II Scope Order authorizes the Examiner to seek this amendment.

4.      Pursuant to Local Rule 9013-1(f), the Examiner consents to this Court's entry of a final order in connection with this Motion to the extent it is later determined the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

## BACKGROUND

5.      On November 11 and 14, 2022, the Debtors filed voluntary chapter 11 petitions in the United States Bankruptcy Court for the District of Delaware (the "Court").  On December 15, 2022, the United States Trustee for Region 3 (the "U.S. Trustee") appointed an official committee of unsecured creditors in the Debtors' cases (the "Committee").  *See* ECF No. 231.

6.      On December 1, 2022, the U.S. Trustee filed the *Motion of the United States Trustee for Entry of an Order Directing the Appointment of an Examiner*, ECF No. 176 (the "<u>Examiner Motion</u>").

7.      On February 21, 2023, the Court entered the *Order Denying Motion for the Appointment of an Examiner*, ECF No. 746 (the "<u>Examiner Order</u>").  On March 6, 2023, the U.S. Trustee filed a notice of appeal of the Examiner Order, ECF No. 805, and on January 19, 2024, the United States Court of Appeals for the Third Circuit issued an opinion reversing the Examiner Order.

8.      On February 23, 2024, the Court entered an order directing the U.S. Trustee to appoint an examiner in the Debtors' cases.  *See* ECF No. 7909.

9.      On February 27, 2024, the U.S. Trustee filed the *Notice of Appointment of Examiner*, ECF No. 8047, and the *(I) Application of the United States Trustee for Order Approving the Appointment of Robert J. Cleary, Esq. as Examiner; (II) Motion for Entry of an Order (A) Establishing the Scope, Cost, Degree, and Duration of the Initial Phase of the Examination and (B) Granting Relief; and (III) Motion to File Certain Information Regarding Potential Parties in Interest Under Seal*, ECF No. 8048.

10.     On March 20, 2024, the Court approved Mr. Cleary's appointment as Examiner in these Chapter 11 Cases.  *See* ECF No. 9882.  The Court also entered the *Order (I) (A) Establishing the Scope, Cost, Degree, and Duration of the Examination and (B) Granting Related Relief; and (II) Permitting the Filing of Certain Information Regarding Potential Parties in Interest Under Seal*, ECF No. 9883, which set out the scope, cost, degree, and duration of the Examiner's initial investigation and required the Examiner to file a report summarizing the same (the "<u>Phase I Report</u>").

11.     On May 20, 2024, the Examiner filed his Phase I Report under seal.  *See* ECF No. 15271.  On May 23, 2024, the Examiner filed the Phase I Report on the docket publicly.  *See* ECF No. 15545.  The Phase I Report recommended three areas for additional investigation.

12.     On June 26, 2024, the Court entered the Phase II Scope Order granting the Examiner authority to conduct the recommended additional investigations (the "Phase II Examination").  *See* ECF No. 19061.  The Phase II Scope Order directs the Examiner to file a report summarizing his Phase II Examination (the "Phase II Report") within 70 days after entry of the order.  Therefore, the Examiner's current deadline to file the Phase II Report is September 4, 2024.  Pursuant to the Phase II Scope Order, the Phase II Report shall be filed under seal initially and provided to the Court, counsel to the Debtors, counsel to the Committee, and counsel to the U.S. Trustee so that those parties may discuss potential redactions.  Pursuant to the Phase II Scope Order, the Phase II Report will be made available to the public within 77 days after entry of the order—September 11, 2024—though this public version of the Phase II Report may reflect redactions requested by the parties.  The Phase II Scope Order then sets out various provisions for the approval of any such redactions.

## **RELIEF REQUESTED**

13.     Through this Motion, the Examiner seeks entry of an order substantially in the form attached hereto as Exhibit A (i) amending the Phase II Scope Order to (A) extend the deadline for filing the Phase II Report under seal to September 20, 2024, and (B) extend the deadline for filing a public version of the Phase II Report to September 27, 2024, and (ii) granting such other and further relief as deemed just and proper.

**<u>ARGUMENT</u>**

14.     Section 1104(c) authorizes the Court to order the Examiner to conduct an investigation of the Debtors "as is appropriate."  The Third Circuit has made clear that this Court has broad discretion to determine the scope, duration, degree, and cost of this Examination.  *See In re FTX Trading Ltd.*, 91 F.4th 148, 156 (3d Cir. 2024).

15.     The Examiner is diligently working on the Phase II Examination.  The Examiner and his team have received and are reviewing tens of thousands of documents as efficiently and expeditiously as possible.  The Examiner has also interviewed several witnesses and has additional interviews scheduled for early August.

16.     However, there are certain timing issues beyond the Examiner's control. For example, the Examiner is still seeking relevant documents from various parties in interest and attempting to schedule interviews of key witnesses.  In many instances, the Examiner believes that the relevant parties will cooperate with the Phase II Examination.  But the Examiner might need to pursue documents and information pursuant to rule 2004 of the Federal Rules of Bankruptcy Procedure.  In the meantime, the deadline to file the Phase II Report is rapidly approaching.  In order to fully discharge his duties as Examiner, the Examiner is seeking to extend his deadline to file the Phase II Report, so he has additional time to obtain, review and analyze the necessary documents and information, schedule and conduct witness interviews, and draft a thorough and complete report.

17.     The Examiner seeks 16 additional days, until September 20, 2024, to conclude the Phase II Examination and file the Phase II Report under seal.  The Phase II Scope Order provides the Parties with one week to discuss redactions before filing a public version of the Phase II Report.  The Examiner is not seeking to modify this one-week timeline and seeks

authorization to file the public version of the Phase II Report, along with any necessary sealing motions, by September 27, 2024. By this Motion, the Examiner is not seeking to increase his budget or modify any other provision of the Phase II Scope Order.

18.     The Examiner believes this request is in the best interests of the estates and the public because it will result in a thorough investigation into the areas identified in the Phase II Scope Order. The Examiner has previewed this request with the Debtors, the Committee, and the U.S. Trustee, and they have not objected to the requested extension.

## NOTICE

19.     Notice of this Motion has been given to (a) the U.S. Trustee; (b) the Debtors; (c) the Committee; (d) the ad hoc committee of non-U.S. customers of FTX.com; (e) the joint provisional liquidators of FTX Digital Markets Ltd.; and (f) all parties that have filed requests for notices in these Chapter 11 Cases. In light of the nature of the relief requested, the Examiner submits that no other or further notice need be provided.

## PRIOR REQUEST

20.     No request for the relief sought herein has been made by the Examiner to this or any other court.

WHEREFORE the Examiner respectfully requests entry of the proposed order attached hereto as Exhibit A (i) amending the Phase II Scope Order to (A) amend the deadline for filing the Phase II Report under seal to September 20, 2024, and (B) amend the deadline for filing a public version of the Phase II Report to September 27, 2024, and (ii) granting such other and further relief as deemed just and proper.

Dated: August 5, 2024

Respectfully submitted,

**ASHBY & GEDDES, P.A.**

By:___/s/ Michael D. DeBaecke_____

Michael D. DeBaecke (Bar No. 3186)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Tel: (302) 654-1888
Email: mdebaecke@ashbygeddes.com

*-and-*

**PATTERSON BELKNAP WEBB & TYLER LLP**

Daniel A. Lowenthal (admitted *pro hac vice*)
Kimberly A. Black (admitted *pro hac vice*)
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
Email: dalowenthal@pbwt.com
Email: kblack@pbwt.com

*Counsel to Robert J. Cleary in his capacity as Examiner appointed in the Chapter 11 Cases*