**EXHIBIT A**

PROPOSED ORDER

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 19061** |

**ORDER SHORTENING NOTICE OF
EXAMINER'S MOTION TO AMEND ORDER (I) GRANTING THE
EXAMINER AUTHORITY TO CONDUCT ADDITIONAL INVESTIGATIONS
AND (II) ESTABLISHING THE SCOPE, COST, DEGREE, AND DURATION OF THE
SECOND PHASE OF THE EXAMINATION AND GRANTING RELATED RELIEF**

Upon the motion (the "Motion to Shorten")[2] of the examiner Robert J. Cleary (the "Examiner") for entry of an order (this "Order") shortening the time for notice to consider the *Examiner's Motion to Amend Order (I) Granting the Examiner Authority to Conduct Additional Investigations and (II) Establishing the Scope, Cost, Degree, and Duration of the Second Phase of the Examination and Granting Related Relief* (the "Motion to Amend"); this Court having jurisdiction to consider the Motion to Shorten pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and venue of these Chapter 11 Cases and the Motion to Shorten in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that the

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion to Shorten.

2

relief requested by the Motion to Shorten is appropriate and in the best interests of the Debtors and their estates; and that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is **GRANTED** as set forth herein with respect to the Motion to Amend.

2. The Motion to Amend shall be heard at the hearing scheduled for August 15, 2024, at 1:00 p.m. (Prevailing Eastern Time).

3. Objections to the relief requested in the Motion to Amend, if any, must be filed on or before August _____, 2024, at 4:00 p.m. (Prevailing Eastern Time).

4. This Order shall be effective and enforceable immediately upon entry.

5. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.