**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**FIFTH SUPPLEMENTAL DECLARATION OF EDGAR W. MOSLEY II IN SUPPORT OF
DEBTORS' APPLICATION TO EMPLOY AND RETAIN ALVAREZ & MARSAL NORTH
AMERICA, LLC AS FINANCIAL ADVISORS TO THE DEBTORS AND DEBTORS IN
POSSESSION PURSUANT TO SECTIONS 327(A) AND 328
OF THE BANKRUPTCY CODE NUNC PRO TUNC TO THE PETITION DATE**

Edgar W. Mosley II, being duly sworn, hereby states as follows:

1.      I am a Managing Director with Alvarez & Marsal North America, LLC (together
with employees of its affiliates (all of which are wholly-owned by its parent company and employees),
its wholly owned subsidiaries, and independent contractors, "A&M"), a restructuring advisory services
firm with numerous offices throughout the world.  I submit this declaration (this "Fifth Supplemental
Declaration") to supplement my prior declarations that have been submitted in connection with A&M's
retention in these chapter 11 cases. Except as otherwise noted,[2] I have personal knowledge of the matters
set forth herein.

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063
respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the
last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information
may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The
principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex,
Friars Hill Road, St. John's, Antigua and Barbuda.

[2]     Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at A&M and are
based on information provided by them.

2.      On November 11, 2022 and November 14, 2022 (as applicable, the "Petition Date"),[3] FTX Trading Ltd. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") commenced these cases by filing voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

3.      On December 21, 2022, the Debtors filed the *Application for an Order Authorizing the Retention and Employment of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code Nunc Pro Tunc to the Petition Date* (the "Application") and attached thereto was my declaration of support of the Application (the "Original Declaration").

4.      On January 19, 2023, the Debtors filed the *First Supplemental Declaration of Edgar W. Mosley II in Support of Debtors' Application to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisors to Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code Nunc Pro Tunc to the Petition Date* (the "First Supplemental Declaration").

5.      On January 19, 2023, the Court entered the *Order Authorizing the Retention and Employment of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code Nunc Pro Tunc to the Petition Date* (the "Order")

6.      On June 23, 2023, the Debtors filed the *Second Supplemental Declaration of Edgar W. Mosley II in Support of Debtors' Application to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisors to Debtors and Debtors in Possession Pursuant to Sections 327(a)*

---

[3]      November 11, 2022 is the Petition Date for all Debtors, except for Debtor West Realm Shires Inc.

*and 328 of the Bankruptcy Code Nunc Pro Tunc to the Petition Date* (the "Second Supplemental Declaration").

7.    On December 28, 2023, the Debtors filed the *Third Supplemental Declaration of Edgar W. Mosley II in Support of Debtors' Application to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisors to Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code Nunc Pro Tunc to the Petition Date* (the "Third Supplemental Declaration").

8.    On March 18, 2024, the Debtors filed the *Fourth Supplemental Declaration of Edgar W. Mosley II in Support of Debtors' Application to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisors to Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code Nunc Pro Tunc to the Petition Date* (the "Fourth Supplemental Declaration" and together with the First, Second, and Third Supplemental Declarations and the Original Declaration, the "Prior Declarations").

9.    I submit this Fifth Supplemental Declaration to disclose certain additional information since the filing of the Prior Declarations. Capitalized terms used herein and not otherwise defined have their respective meanings set forth in the Prior Declarations.

**Additional Disclosures**

10.    On June 5, 2024, the Celsius Litigation Administrator filed an *Objection to Debtors' Motion for Approval of Disclosure Statement and Related Solicitation Procedures* (the "Celsius Objection").  As set forth in the Fourth Supplemental Declaration, A&M's role related to Celsius was reduced post effective date and does not include services in connection with any potential claims against the Debtors (including the Celsius Objection) other than to respond to requests for customer transaction data that is handled by A&M on behalf of Celsius.  A&M has been asked to

provide certain analysis to the Debtors in connection with their response to the Celsius Objection.  In an abundance of caution, A&M will not provide those services using A&M personnel who are or have been providing services to Celsius.

### <u>Additional Potential Parties in Interest</u>

11.     In connection with its proposed retention by the Debtors in this case, A&M has undertaken an ongoing analysis to determine whether any material relevant facts or relationships have arisen or been discovered.   It has come to A&M's attention that the entities identified on Schedule A hereto ("<u>New Parties</u>") are parties involved in the Debtors' chapter 11 cases who were not identified on Schedule A to the Prior Declarations.  The New Parties together with the parties identified on Schedule A to the Prior Declarations (as applicable) are hereinafter referred to as the "<u>Potential Parties in Interest</u>".

12.     Based on the Firm Procedures described in the Original Declaration, the relationships with the New Parties are identified on Schedule B hereto.

13.     Based on the results of its review, to the best of my knowledge, except as set forth herein or in the Prior Declarations, A&M does not have an active relationship with any of Potential Parties in Interest in matters relating to the Debtors' chapter 11 cases.

14.     To the extent any information disclosed herein requires amendment or modification upon A&M's completion of further review or as additional party-in-interest information becomes available to it, a further supplemental declaration reflecting such amended or modified information will be submitted to the Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated this 5th day of August 2024

By: *Edgar W. Mosley II*
Edgar W. Mosley II
Managing Director

**Schedule A**

### 363 Sale Parties

7percent Ventures II
Alliance Labs
Alpha Square
Anysphere
Arceau Capital
Athos Capital
Atomic Vaults
Augment Collective
Bitflyer USA Inc
Caisse de dépôt et placement du Québec (CDPQ)
Children's Healthcare of Atlanta
Coins PH
Collab Fund (LTSE)
Craig Falls
CVC Capital Partners
Demvest Equities
Dominet
EquiLibre Technologies
Ethereal Ventures
Fidelity Management & Research
Figure Group
Fund FG-AGV, a Series of Forge Investments LLC
Fund FG-BLU, a Series of Forge Investments LLC
FYI.FYI
Georgian + Northleaf + IVP + Parkwood + Flossbach
Goanna Capital
Golden Arc
GVH Venture
Hiive
HOF Capital
ID Funds
Industry Ventures
Jane Street
Jared Perlin Revocable Trust
K16 Ventures
Keygen Labs
Lennertz & Co.
Liberty Mutual
Lux Ventures
Manhattan West
Market One Capital
Mubadala
Omidyar Network Fund
Ouroboros
Picton Mahoney Asset Management
Pixel Curators
QW Ventures
Race Capital
Raffles Fund
Richard Falk-Wallace
Rockaway X
Stacey Perlin Labell Revocable Trust
Telesoft
The Ford Foundation
The Nathan Cummings Foundation
The Venture Collective

TrekLabs
TrueBridge
Twenty-Second Century Dora Technology Holdings
Type One Ventures
WH Investment Partners
X-Margin

### Banks/Lender/UCC Lien Parties/Administrative Agents

First Bank & Trust
Key Bank
MVB Bank
PNC Bank
Truist Bank
US Bank

### Claims Trader

117 Partners LLC
117 Partners Ltd
507 Investment Fund LLC
8 Golden Fish Investments Ltd
Advanced Legal P.C.
Arceau 507 II LLC
Arceau X LLC
ATLS 5, Ltd.
Azure Distressed Opportunities Corporation
Azure Tide Holdings Pte Ltd
BC Racing, LLC
Ben Van Hool
BFCP IV LLC
Blockforce Capital Vesper DeFi Growth Fund
Blue Basin Ventures LLC
Blue Square Group Limited
Bluefin Energy, LLC
Boway Holdings, LLC
Bradford Capital Holdings, LP
Canyon Balanced Master Fund, Ltd
Canyon Distresed Opportunity Master Fund III, L.P.
Canyon Distressed TX (A) LLC
Canyon Distressed TX (B) LLC
Canyon ESG Master Fund, L.P.
Canyon IC Credit Master Fund L.P.
Canyon NZ-DOF Investing, L.P.
Canyon Value Realization Fund, L.P.
Canyon-ASP Fund, L.P.
CDOF IV Master Fund L.P.
Ceratosaurus Investors LLC
Cherokee Debt Acquisition, LLC
Chingari Holdings LTD
Chua Soon Guan
Circle US Holdings, LLC
Contrarian Funds, LLC
CRCM Institutional Master Fund (BVI), Ltd
David Edwards
DCP Master Investments XIV LLC
Diamond Family Investments LLC
DRQC LLC
EFRA Ditgital Assets Inc
FC Cayman A, LLC
Federico Natali

Fire Bourvardia, LLC
FTX Bidco LLC
FTX Claims SPV LLC
FTX Creditor, LLC
FTX1 SPV Ltd
FTXCREDITOR, LLC
Fulcrum Credit Partners LLC
Goldman Sachs Lending Partners LLC
Grand Teton C I, LLC
GWEI Assets Limited
Hain Capital Investors Master Fund, LTD
HBK Master Fund L.P.
Hudson Bay Claim Fund LLC
HXRO Foundation
J Digital 6 Cayman Ltd.
Jared Lewthwaite
Jonathan Accelnorm
Kingdon Capital Ventures VII, LLC
Kratos Studio Limited
Lavanda Sands, LLC
Livello Capital Special Opportunites Master Fund LP
Maps Vault Limited
Mempool Flying Club Ltd
Nexxus Participation Vehicle III LLC
Northway Housing, LLC
Oaktree Opportunities Fund XI Holdings (Cayman), L.P.
Oaktree Phoenix Investment Fund, L.P.
Oaktree Value Opportunities Fund Holdings, L.P.
Oaktree-Copley Investments, LLC
Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP
Omar Kurdi
Opps CY Holdings, LLC
Oroboros FTX I, LLC
Park Walk Credit Partners LLC
Paxtibi LLP
Phantasm Trading LLC
Philadelphia Indemnity Insurance Company
Philip Bonello
Phoenix Digital LLC
PHOENIX TF, LLC
PNGME
Red River Digital Trading LLC
Safe Eagle Holding Limited
Seaport Loan Products LLC
Sheridan Investment Holdings LLC
SHZ Aviation LLC
SP Multi Claims Holdings, LLC
SPCP Group, LLC
SPCP Institutional Group, LLC
Svalbard Holdings Limited
Terrapin International Foundation
The Canyon Value Realization Master Fund, L.P.
Third Web Capital Management, LLC
Tower Square Capital Limited
TRC Master Fund LLC
Treschow-Fritzoe AS

Trup Recovery LLC
TURNER'S PLACE LLC
Uluwatu Research LLC
VegaX Holdings, Inc.
White Star Capital International Limited
Wireless Mouse I, LLC
Yudu Pang

### *Known Affiliates - JV*
Cottonwood Management Company Limited
Dappbase Pty Ltd
Dappbase Ventures Limited
FTX Ventures Bahamas Limited
LP Digital Asset Opportunities Fund Successor, LLC
MPC Technologies Pte Ltd
PT Triniti Investama Berkat

### *Ordinary Course Professionals*
Analysis Group
Anthony Waddy Astaphan
Baker & Hostetler LLP
Brookmane LLC
David Allison KC
Peter Burgess

**Schedule B**

**Current and Former Clients of A&M and/or its Affiliates** [1]

Baker & Hostetler
Bitflyer USA Inc
Caisse de depot et placement du Quebec (CDPQ)
CVC Capital Partners
DT & DWF Cayman Ltd.
Fidelity Management & Research
First Bank & Trust
Georgian + Northleaf + IVP + Parkwood + Flossbach
Goldman Sachs Lending Partners LLC
HBK Master Fund L.P.
Key Bank
Liberty Mutual
Mubadala
Oaktree Opportunities Fund XI Holdings (Cayman), L.P.
PNC Bank
SPCP Group, LLC
Telesoft
Truist Bank
US Bank

**Significant Equity Holders of Current and Former A&M Clients** [2]

Caisse de depot et placement du Quebec (CDPQ)
CVC Capital Partners
Edwards, David
Fidelity Management & Research
Georgian + Northleaf + IVP + Parkwood + Flossbach
Goldman Sachs Lending Partners LLC
HOF Capital

Industry Ventures
Jane Street
Kingdon Capital Ventures VII, LLC
Liberty Mutual
Lux Ventures
Mubadala
Oaktree Opportunities Fund XI Holdings (Cayman), L.P.
Omidyar Network Fund
PNC Bank
SPCP Group, LLC
Stacey Perlin Labell Revocable Trust
Telesoft
TrueBridge
Truist Bank
US Bank
White Star Capital International Limited

**Professionals & Advisors** [3]

Analysis Group
Baker & Hostetler
Fidelity Management & Research
PNC Bank
Truist Bank

**Significant Joint Venture Partners** [4]

Goldman Sachs Lending Partners LLC
Mubadala

**A&M Vendors** [5]

Fidelity Management & Research

---

[1] A&M and/ or an affiliate is currently providing or has previously provided certain consulting or interim management services to these parties or their affiliates (or, with respect to those parties that are investment funds or trusts, to their portfolio or asset managers or their affiliates) in wholly unrelated matters.

[2] These parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds or trusts managed by such managers) are significant equity holders of clients or former clients of A&M or its affiliates in wholly unrelated matters.

[3] These professionals have represented clients in matters where A&M was also an advisor (or provided interim management services) to the same client. In certain cases, these professionals may have engaged A&M on behalf of such client.

[4] These parties or their affiliates are significant joint venture partners of other clients or former clients of A&M or its affiliates in wholly unrelated matters.

[5] These parties or their affiliates provide or have provided products, goods and/or services (including but not limited to legal representation) to A&M and/or its affiliates