UNITED STATES BANKRUPTCY
COURT DISTRICT OF DELAWARE

In re:

    FTX Trading Ltd., *et al.*

        Debtors

Chapter 11
Case No. 22-11068
(Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| [CONFIDENTIAL CREDITOR] | FTX CLAIMS SPV LLC |
| Transferor's Address: | Transferee's address for notices and payment: |
| [Address on File] | 475 Sansome St, Suite 730<br>San Francisco, CA 94111<br>Attn: Anh Le<br>ftx@spvtrading.com |

| Schedule/Claim No. | Creditor Name | % Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Schedule Number: 5309436<br>Confirmation ID: 3265-70-SJXFE-134059913<br>(submitted on or about 09/29/2023) | Name (Redacted) | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 7/30/2024

    Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT A**

SCHEDULED CLAIM(S)

**Excerpt from Schedule F (March 2023):**

| | |
|---|---|
| 00853278 | AAVE[17.81066436250000],AVAX[88.12800707000000],BNB[13.21845930140000],BTC[0.00950000000000],ETH[2.36502120000000],ETHW[2.36502119696530],LINK[58.54000000000000],LTC[10.99000000000000],MATIC[4390.46088917700000],SAND[9483.89802729706196520],SOL[65.15208877400000],UNI[210.0117997395000000],USDT[-7774.31218232025331194],USDT[132.72550500000000],XRP[9088.12474139025000000],YFI[0.17116185310000000] |

**Excerpt from Amended Schedule F (June 2023):**

| | |
|---|---|
| 00853278 | AAVE[17.81066438], AVAX[88.12800707], BNB[13.21845930], BTC[.0095], ETH[2.3650212], ETHW[2.36502119], LINK[58.54], LTC[10.99], LUNC-PERP[0], MATIC[4390.46088917], SAND[9483.89802729], SOL[65.15208877], UNI[210.01179973], USDT[-7774.31], USDT[132.725505], XRP[9088.12474139], YFI[0.17116185] |

**Excerpt from Kroll Website:**

**KROLL**

**Creditor Data Details - Claim # 81199**

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Name on file | FTX Trading Ltd. | 81199 |
| Address on file | **Date Filed** | **Schedule Number** |
| | 09/29/2023 | 5309436 |
| | | **Confirmation ID** |
| | | 3265-70-SJXFE-134059913 |

**Claim Amounts**

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign