IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors.<br><br>---<br><br>MAPS VAULT LIMITED,<br><br>*Appellants*,<br><br>v.<br><br>FTX TRADING LTD., *et al.*, and THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>*Appellees*. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>U.S. District Court<br><br>Civil Action No. 1:24-cv-00804-CFC |

**APPELLEES FTX DEBTORS' AND OFFICIAL COMMITTEE OF
UNSECURED CREDITORS' COUNTER-DESIGNATION OF
ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellees, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "FTX Debtors") and the Official Committee of Unsecured Creditors appointed in the above-captioned cases (the "Chapter 11 Cases"), by and through their undersigned counsel, respectfully submit, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, this counter-designation of items to be included in the record on appeal

---

[1] The last four digits of Alameda Research LLC's tax identification number is 4063. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

(the "Counter-Designation") with respect to the appeal by Appellant Maps Vault Limited from the *Memorandum Opinion and Order* (the "Estimation Order") [Bankr. D.I. 19069] before the United State District Court for the District of Delaware (the "Appeal"). Pursuant to the Court's standing order dated November 9, 2015, titled *Designations of Records in Bankruptcy Appeals*, Appellees hereby file this Counter-Designation with the District Court.

### COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

1. Appellees counter-designate the following items to be included in the record on Appeal:

| No. | Docket No. | Date | Description |
|---|---|---|---|
| 1. | 6908 | 2/2/2024 | *Transcript of Hearing Held January 31, 2024* |
| 2. | 22165 | 8/2/2024 | *First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* |

### RESERVATION OF RIGHTS

Appellees expressly reserve the right to supplement the record on Appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to the Appeal from the Estimation Order.

| | |
|---|---|
| Dated: August 6, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>       brown@lrclaw.com<br>       pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (*pro hac vice* pending)<br>James L. Bromley (*pro hac vice* pending)<br>Brian D. Glueckstein (*pro hac vice* pending)<br>Alexa J. Kranzley (*pro hac vice* pending)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>       bromleyj@sullcrom.com<br>       gluecksteinb@sullcrom.com<br>       kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |

| | |
|---|---|
| Dated: August 6, 2024<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Robert F. Poppiti, Jr.*<br>Matthew B. Lunn (No. 4119)<br>Robert F. Poppiti, Jr. (No. 5052)<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mlunn@ycst.com<br>         rpoppiti@ycst.com<br><br>-and-<br><br>**PAUL HASTINGS LLP**<br>Kristopher M. Hansen (*pro hac vice* pending)<br>Kenneth Pasquale (*pro hac vice* pending)<br>Isaac S. Sasson (*pro hac vice* pending)<br>Leonie Koch (*pro hac vice* pending)<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:  (212) 318-6000<br>Facsimile:  (212) 319-4090<br>Email: krishansen@paulhastings.com<br>         kenpasquale@paulhastings.com<br>         isaacsasson@paulhastings.com<br>         leoniekoch@paulhastings.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |