## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>     Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| FONDATION SERENDIPITY,<br>FONDATION ELEMENTS,<br>SERENDIPITY NETWORK LTD., and<br>LIQUIDITY NETWORK LTD,<br><br>     *Appellants*,<br><br>v.<br><br>FTX TRADING LTD., *et al.*<br><br>     *Appellees*. | U.S. District Court<br><br>Civil Action No. 1:24-cv-00806-CFC |

### APPELLEES FTX DEBTORS' AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS' COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Appellees, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "FTX Debtors") and the Official Committee of Unsecured Creditors appointed in the above-captioned cases (the "Chapter 11 Cases"), by and through their undersigned counsel, respectfully submit, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, this counter-designation of items to be included in the record on appeal

---

[1] The last four digits of Alameda Research LLC's tax identification number is 4063. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

(the "Counter-Designation") with respect to the appeal by Appellants, Fondation Serendipity, Fondation Elements, Serendipity Network Ltd., and Liquidity Network Ltd., from the *Memorandum Opinion and Order* (the "Estimation Order") [Bankr. D.I. 19069] before the United State District Court for the District of Delaware (the "Appeal").  Pursuant to the Court's standing order dated November 9, 2015, titled *Designations of Records in Bankruptcy Appeals*, Appellees hereby file this Counter-Designation with the District Court.

### COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

1.    Appellees counter-designate the following items to be included in the record on Appeal:

| No. | Docket No. | Date | Description |
|-----|-----------|------|-------------|
| 1. | 6908 | 2/2/2024 | *Transcript of Hearing Held January 31, 2024* |
| 2. | 22165 | 8/2/2024 | *First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* |

### RESERVATION OF RIGHTS

Appellees expressly reserve the right to supplement the record on Appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to the Appeal from the Estimation Order.

Dated: August 6, 2024
   Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
   brown@lrclaw.com
   pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**

Andrew G. Dietderich (*pro hac vice* pending)
James L. Bromley (*pro hac vice* pending)
Brian D. Glueckstein (*pro hac vice* pending)
Alexa J. Kranzley (*pro hac vice* pending)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
   bromleyj@sullcrom.com
   gluecksteinb@sullcrom.com
   kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

Dated: August 6, 2024
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Robert F. Poppiti, Jr.*
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mlunn@ycst.com
      rpoppiti@ycst.com

-and-

**PAUL HASTINGS LLP**
Kristopher M. Hansen (*pro hac vice* pending)
Kenneth Pasquale (*pro hac vice* pending)
Isaac S. Sasson (*pro hac vice* pending)
Leonie Koch (*pro hac vice* pending)
200 Park Avenue
New York, NY 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090
Email: krishansen@paulhastings.com
      kenpasquale@paulhastings.com
      isaacsasson@paulhastings.com
      leoniekoch@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*