**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | : | Case No. 22-11068 (JTD) |
| Debtors. | : | (Jointly Administered) |
|  | : | **Hearing Date:  August 15, 2024, at 1:00 p.m.** |
|  | : | **(prevailing Eastern Time)** |
|  | : | **Obj. Deadline:  August 13, 2024, at 4:00 p.m.** |
|  | : | **(prevailing Eastern Time)** |

**NOTICE OF EXAMINER'S MOTION TO AMEND ORDER (I) GRANTING THE
EXAMINER AUTHORITY TO CONDUCT ADDITIONAL INVESTIGATIONS AND (II)
ESTABLISHING THE SCOPE, COST, DEGREE, AND DURATION OF THE SECOND
PHASE OF THE EXAMINATION AND GRANTING RELATED RELIEF**

     **PLEASE TAKE NOTICE** that on August 5, 2024, Robert J. Cleary, in his capacity as examiner appointed in the above-captioned bankruptcy cases (the "Chapter 11 Cases"), filed the *Examiner's Motion to Amend Order (I) Granting the Examiner Authority to Conduct Additional Investigations and (II) Establishing the Scope, Cost, Degree, and Duration of the Second Phase of the Examination and Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  Contemporaneous with the Motion, the Examiner also filed a motion to shorten notice.

     **PLEASE TAKE FURTHER NOTICE** that by order of the Court, a hearing on the Motion has been scheduled for **August 15, 2024, at 1:00 p.m. (Prevailing Eastern Time)**

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

before the Honorable John T. Dorsey, United States Bankruptcy Judge for the District of

Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion must be in

writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, Third Floor,

Wilmington, Delaware 19801, and served upon the undersigned, so as to be received on or

before **August 13, 2024, at 4:00 p.m. (prevailing Eastern Time)**.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE**

**COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: August 6, 2024

**ASHBY & GEDDES, P.A.**

By:___ /s/ Michael D. DeBaecke_____
Michael D. DeBaecke (Bar No. 3186)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Tel: (302) 654-1888
Email: mdebaecke@ashbygeddes.com

-and-

**PATTERSON BELKNAP WEBB &
TYLER LLP**
Daniel A. Lowenthal (admitted *pro hac vice*)
Kimberly A. Black (admitted *pro hac vice*)
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
Email: dalowenthal@pbwt.com
Email: kblack@pbwt.com

*Counsel to Robert J. Cleary in his capacity
as Examiner appointed in the Chapter 11
Cases*