

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX Trading Ltd., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | Jointly Administered |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**SP Multi Claims Holdings, LLC**         **REDACTED**
Name of Transferee        Name and current address of Transferor

**Name and Address where notices and payment to transferee should be sent**:
SP Multi Claims Holdings, LLC
2 Greenwich Plaza
Suite 1
Greenwich, CT 06830
Attn: Operations
12017192157@tls.ldsprod.com -and- rbeacher@pryorcashman.com

| Claim Information | Creditor Name | Amount | Debtor | Case Number |
|---|---|---|---|---|
| Schedule No. 6802529 | Redacted | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Customer Code No. 03619194 | Redacted | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SP Multi Claims Holdings, LLC
By: Silver Point Capital, L.P., its manager

By: _____
Transferee/Transferee's Agent
Andrew Opel
Authorized Signatory
Date: August 6, 2024

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357

| | | |
|---|---|---|
| 03619194 | | AAVE[682.38248068], AAVE-PERP[232.83], ADA-PERP[85846], APE[18623.28298049], APE-PERP[0], APT[0.39280760], APT-PERP[13609], ATOM[1830.06550182], ATOM-PERP[4996.09999999], AVAX[0.26392257], AVAX-PERP[3681.10000000], AXS[1787.62102790], AXS-PERP[0], BNB[0], BNB-PERP[179.70000000], BTC[11.90743918], BTC-PERP[0.57679999], CHZ[301629.9952], CHZ-PERP[323660], DOGE[309838.93323745], DOGE-PERP[1062196], DOT[0], DOT-PERP[1953.39999999], EOS-PERP[41347.09999999], ETC-PERP[3478.2], ETH[0.00230949], ETH-PERP[-1.22700000], ETHW[2.16508171], FIL-PERP[905.30000000], FTM[82640.40412803], FTM-PERP[283102], FTT[25386.0331135], GMT[5644.56890787], GMT-PERP[-87201], LINK[0], LINK-PERP[8585.19999999], LTC[2128.89796525], LTC-PERP[-39.15000000], LUNA2[0.18243274], LUNA2_LOCKED[0.42567641], LUNC[.00127175], LUNC-PERP[0], MANA[.77], MATIC[190575.94764277], MATIC-PERP[122625], NEAR[45063.9129985], NEAR-PERP[23925.80000000], NFT (518327273435425072/Magic Eden Pass)[1], OP-PERP[62622], RUNE[0.00353449], RUNE-PERP[0], SAND[59650.80704], SAND-PERP[-4903], SHIB-PERP[0], SOL[0.00095480], SOL-PERP[0], SPELL[32678919.584], SPELL-PERP[-12434000], SRM[78.88241814], SRM_LOCKED[1243.99758186], TRX[15.47651542], TRX-PERP[0], TRYB[-9076535.13727536], TRYB-PERP[296521], USD[3574104.76], USDT[100000], WAVES[11471.75814], WAVES-PERP[26157], XRP[3.39430491], XRP-PERP[36600], ZIL-PERP[395420] |

# KROLL

## Creditor Information - Schedule # 6802529

**Creditor**
Name on File
Address on File

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
n/a

**Claim Number**
n/a
**Schedule Number**
6802529
**Confirmation ID**
n/a

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

**IDENTITY OF TRANSFEROR**

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.