IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
FTX TRADING LTD., et al.,¹                              :   Case No. 22-11068 (JTD)
                                                        :
           Debtors.                                     :   (Jointly Administered)
                                                        :
------------------------------------------------------- x
```

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that on August 7, 2024, counsel to Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives of Three Arrows Capital, Ltd. caused the (i) the *Foreign Representatives of Three Arrows Capital, Ltd.'s Second Set of Requests for the Production of Documents Directed to the Debtors*, (ii) the *Foreign Representatives of Three Arrows Capital, Ltd.'s Second Set of Interrogatories Directed to the Debtors*, and (iii) the *Foreign Representatives of Three Arrows Capital, Ltd.'s First Set of Requests for Admission Directed to the Debtors*, to be served via email upon the following counsel of record for the Debtors:

Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801

– and –

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

Brian Gluckstein
Benjamin Beller
Sienna Liu
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Dated: August 7, 2024
      Wilmington, Delaware

Christopher Harris (admitted *pro hac vice*)
Adam J. Goldberg (admitted *pro hac vice*)
Nacif Taousse (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  chris.harris@lw.com
         adam.goldberg@lw.com
         nacif.taousse@lw.com

– and –

Nima H. Mohebbi (admitted *pro hac vice*)
Tiffany M. Ikeda (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email:  nima.mohebbi@lw.com
         tiffany.ikeda@lw.com

– and –

/s/ *John W. Weiss*
John W. Weiss (No. 4160)
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
**PASHMAN STEIN WALDER HAYDEN, P.C.**
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Facsimile: (732) 852-2482
Email:  jweiss@pashmanstein.com
         jbarsalona@pashmanstein.com
         agambale@pashmanstein.com

*Counsel to the Foreign Representatives of Three Arrows Capital, Ltd.*