## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| | (Jointly Administered) |
| Debtors. | **Re: D.I. 9463, 9465** |

### FEE EXAMINER'S SUPPLEMENTAL REPORT ON FIFTH INTERIM FEE APPLICATION OF PAUL HASTINGS LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

TO:    THE HONORABLE JOHN T. DORSEY
         UNITED STATES BANKRUPTCY JUDGE:

The Fee Examiner appointed in the above-captioned chapter 11 cases (the "Fee Examiner") submits this supplemental report, following the *Fee Examiner's Summary Report On Fee Review Process and Fifth Interim Fee Applications* [D.I. 16172] (the "Fifth Interim Summary Report").

    1.    On March 15, 2024, Paul Hastings LLP ("Paul Hastings") filed the *Fifth Interim Fee Request of Paul Hastings LLP* [D.I. 9463] and the *Supplement to the Fifth Interim Fee Application of Paul Hastings* [D.I. 9465] (together the "Paul Hastings Fifth Fee Application"), seeking $5,950,867.25 in fees and $206,325.25 in expenses.

    2.    In a Letter Report to Paul Hastings, the Fee Examiner identified several areas of concern, including but not limited to potential staffing and rate inefficiencies, excessive meeting

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification number is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryon's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

attendance, and technical and procedural deficiencies in certain time entries (including vague and lumped task descriptions).

3. Paul Hastings has agreed to fee adjustments that adequately address the Fee Examiner's concerns, and the Fee Examiner now recommends the Paul Hastings Fifth Fee Application for Court approval on an interim basis with the adjustments outlined on the attached **Exhibit A**.

## NOTICE

4. Pursuant to ¶ 9(g) of the Fee Examiner Order, the Fee Examiner will serve this Supplemental Summary Report by e-mail on counsel for the Debtors, on counsel for the Committee, and each Applicant. The Fee Examiner will also serve this Supplemental Summary Report upon the U.S. Trustee by e-mail and first-class mail. A copy of this report is available on the website of the Debtors' notice and claims agent at https://restructuring.ra.kroll.com/FTX/. The Fee Examiner submits that, in light of the nature of this report, no other or further notice need be given.

## CONCLUSION

**WHEREFORE**, the Fee Examiner respectfully requests the entry of an order, to be submitted under certification, granting the relief requested and such other and further relief as the Court may deem just and proper.

Dated: August 7, 2024.

**GODFREY & KAHN, S.C.**

By */s/ Mark W. Hancock*
Mark W. Hancock (*Pro Hac Vice*)
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 297-3911
E-mail: mhancock@gklaw.com

*Counsel for Fee Examiner*

Katherine Stadler
ftxfeeexaminer@gklaw.com
*Fee Examiner*

# EXHIBIT A

In re: FTX Trading Ltd., et al.
DEB Case No. 22-11068 (JTD)

**Exhibit A**

**Fifth Interim Fee Period Application Recommended**

| | Applicant | Compensation Period Docket Index Filed Date | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| *Fifth Interim Fee Period (November 1, 2023 - January 31, 2024)* | | | | | | | | |
| 1 | **Paul Hastings LLP** *Counsel to the Official Committee of Unsecured Creditors* | 11/1/2023 - 1/31/2024 D.I. 9463, 9465 3/15/2024 | $5,950,867.25 | $128,879.80 | $206,325.25 | $105.10 | $5,821,987.45 | $206,220.15 |