IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) |
| FTX TRADING LTD., et al., | ) Case No. 22-11068 (JTD) <br> ) |
| Debtors. | ) (Jointly Administered) <br> ) <br> ) Hearing Date: September 12, 2024 at 1:00 P.M. <br> ) <br> ) Ref No. 19186 |

Attached hereto is Exhibit "3" Account Summary (including emails of Edward Moncada, then President of Blockfolio of February 1, 2021 and Harold Boo, attorney for Blockfolio of July 16, 2021 and CoinMarketCap screenshot showing FTT token value as of November 2, 2022, the day after the last distribution).

# Exhibit "3"

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) |
| FTX TRADING LTD., et al., | ) Case No. 22-11068 (JTD) <br> ) |
| Debtors. | ) (Jointly Administered) <br> ) <br> ) Hearing Date: September 12, 2024 at 1:00 P.M. <br> ) <br> ) Ref No. 19186 |

## Account Summary

The transaction between FTX Trading and Blockfolio closed on October 15, 2020. 51% of Weissman & Weissman 401k PSP FBO Robert A. Weissman (the "Claimant")'s Blockfolio equity converted to a token grant. Claimant held 37,913 shares of Blockfolio common stock prior to the acquisition.  19,335 were sold at closing for a total of $103,357.844 in FTT consideration, which translated to 31,230 FTT which was pegged at $3.30 per FTT token. Claimant's total FTT grant of 31,320 FTT, was subject to a 10% heldback to be unlocked after 1 year of the acquisition (to cover any potential unknown liabilities from prior to the acquisition that may arise).  The heldback portion was never unlocked nor distributed.  The other 90% was to be distributed in 1/24 tranches monthly beginning on May 1, 2021 and continuing until the entirety of your post-hold back FTT token grant is fully distributed.

At the time the distribution began on May 1, 2021, the FTT token price was $11.54, so the value of the FTT grant was now $361,432.80.  In addition, Claimant continued to own 49% of its Blockfolio shares which were to convert to FTX shares 2 years after the first closing. The conversion never occurred due to the FTX bankruptcy.  Claimant held 37,913 shares of Blockfolio common stock prior to the acquisition.  19,335 were sold at closing for a total of $103,357.844 in FTT consideration, which translated to 31,230 FTT.  Claimant was to receive $99,311 in consideration for its remaining 18,578 Blockolio shares during the put/call phase of the transaction.  This will translate into 55,855 shares of FTX common stock.  This amount was never received.

Claimant received a total of 22,185 of the 31,320 FTT tokens prior to the FTX bankruptcy, not receiving 9.135 FTT tokens.  The total value of the undistributed FTT tokens as of November 2, 2022, the date of the last distribution was $228,649.05 (9,135 x $25.03)(see attached CoinMarketCap screenshot).

Total loss from FTT stock never issued (at time of initial sale and valuation)     $99,311

Total loss from FTT tokens never distributed at November 2, 2022 valuation)     $228,649.05

**Total Claim**     **$327,960.05\***

\* claim was initially estimated and filed at $250,000 without the benefit of the above information and calculations

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 7, 2024, at Westlake Village, California.

Robert A. Weissman

**From:** Edward Moncada <edward@blockfolio.com>
**Sent:** Monday, February 1, 2021 12:33 PM
**To:** Robert A. Weissman <raw4law@verizon.net>
**Cc:** BlockfolioTransaction@fenwick.com
**Subject:** Re: FW: Blockfolio $150M Acquisition - Consideration and DocuSign

Hi Robert,

Sorry for the delay on this.

The transaction closed on Oct 15th 2020. 51% of your Blockfolio equity converts to a token grant. The total value of your FTT consideration at the time of closing was $103,357, which was pegged at $3.30 per FTT. Your total FTT grant is for 31,320 FTT, but keep in mind there is a 10% holdback that is unlocked after 1 year of the acquisition (to cover any potential unknown liabilities from prior to the acquisition that may arise).  The other 90% is distributed in 1/24 tranches monthly beginning on May 1, 2021 and continuing until the entirety of your post-hold back FTT token grant is fully distributed.

The FTT token price is currently trading at $11.54 which is considerably more than the $3.30 our was pegged at, so the value of the FTT grant is now $361,432.80.  Also keep in mind you still own 49% of your Blockfolio shares which will convert to FTX shares 2 years after the first closing.

Thanks,

-Ed

# Robert A. Weissman

| | |
|---|---|
| **From:** | Harold Boo <harold@blockfolio.com> |
| **Sent:** | Friday, July 16, 2021 1:12 PM |
| **To:** | Robert Weissman |
| **Subject:** | Re: New Wallet |
| **Attachments:** | Information Statement.pdf |

Hi Robert,

While you sold roughly half of your Blockfolio stock for FTT back in October, the rest of your stock won't be exchanged for FTX stock until the put/call phase of the transaction in 2022 or 2023. The options are described in the Stockholders Agreement and Merger Agreement section of the Information Statement, beginning on page 41. You should have received a copy of the Information Statement last fall, but I've attached one just in case.

You held 37,913 shares of Blockfolio common stock prior to the acquisition. 19,335 were sold at closing for a total of $103,357.844 in FTT consideration, which translated to 31,230 FTT. These are currently vesting. You will receive $99,311 in consideration for your remaining 18,578 Blockolio shares during the put/call phase of the transaction. This will translate into 55,855 shares of FTX common stock. But this won't happen until next October at the earliest.

If you have any questions, please let me know.

Harold

On Wed, Jul 14, 2021 at 9:38 PM Robert Weissman <raw4law@verizon.net> wrote:
Harold:

I'm wondering about my stock in FTX. I've never seen anything and it's been over a year. I don't know how many shares I have or what their value is. Just curious. Not planning on selling any time soon.

If you haven't read this yet I'm sure you'll be interested: https://amp.ft.com/content/c8ffb228-1dbe-4e8a-b30b-be7203d71e7d?__twitter_impression=true

Robert A. Weissman
Weissman & Weissman
2660 Townsgate Road
Suite 350
Westlake Village, CA 91361
(805) 371-0500 x1
(805) 371-0511 (fax)
raw4law@verizon.net

Please consider the environment before printing this e-mail.

1

12:22

FTT

**Overview**  Community  News  Markets  Yield

> ⓘ The FTX bankruptcy proceedings are underway. The FTT token no longer has any use, and may be liquidated by the estate to pay creditors. Please proceed with caution.

Nov 2, 2022 at 17:00

**$25.03**    ▼ 29.01%

⇅ 0.001241 B  ▼ 86.99%    Volume(24h) $96.04 M

1h   24h   7d   30d   90d   1y   All

81.5390

53.3486

25.1582

1.5414  CoinMarketCap

Price  MarketCap                Draw

| 24 hours | 7 days | 30 days | 90 days | YTD |
|---|---|---|---|---|
| ▼ 6.91% | ▼ 11.89% | ▲ 3.30% | ▼ 33.52% | ▼ 61.25% |

**Statistics**    See All

Low / High    24h  30d  1y

$1.209                $1.323