UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  Chapter  11

Case No.  22 - 11068  (JTD)

Debtor:  FTX TRADING LTD., et al. (Jointly Administered)

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  Amir A. Isaiah of Morgan & Morgan P.A.

to represent  the 321 named Interested Parties listed on Exhibit A (collectively, the "M&M Group of FTX Claimants") in this action.

/s/ Christopher Lee

Firm Name: Morgan & Morgan P.A.
Address: 1000 North West Street, Ste. 1260
Wilmington, DE 19801-1266
Phone: (302) 648-9140
Email: clee@forthepeople.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  the State of Florida  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ Amir A. Isaiah

Firm Name: Morgan & Morgan P.A.
Address: 20 North Orange Avenue, 16th FL
Orlando, FL 32801
Phone: (407) 867-4825
Email: Isaiah@forthepeople.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: August 8th, 2024
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

Local Form 105