# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 22-11068 (JTD)<br>)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: October 7, 2024, at 10:00 a.m. (ET)**<br>) **Obj. Deadline: August 16, 2024, at 4:00 p.m. (ET)** |

## SUPPLEMENTAL AMENDMENT TO LIMITED OBJECTION OF KIHYUK NAM

KIHYUK NAM, a customer and creditor in the ongoing Chapter 11 bankruptcy proceedings of FTX Trading Ltd., hereby submits this supplemental amendment to the Limited Objection filed on August 5, 2024. The original objection incorrectly referenced the Motion of Debtors to Estimate Claims Based on Digital Assets [D.I. 5202] as the target of the objection. This supplemental amendment is to correct the target of the objection to the Chapter 11 Plan of Reorganization [D.I. 18975]

Dated: August 6, 2024
Incheon, South Korea

Respectfully submitted,

**KIHYUK NAM**

*/s/ Kihyuk Nam*
Kihyuk Nam

---

[1] Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.