**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re FTX Trading Ltd., et al., | ) |
|  | )    Chapter 11 |
|          Debtors. | ) |
|  | )    Case No. 22-11068 (JTD) |
|  | )    (Jointly Administered) |
|  | ) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Name of Transferee</u>

Svalbard Holdings Limited

Name and Address where notices to transferee should be sent:

<u>Attestor Value Master Fund LP[1]</u>
c/o Attestor Limited
7 Seymour Street
WIH 7JW
London, United Kingdom
Attention: Steve Gillies
Email:  settlements@attestorcapital.com
Phone:  +44(0)20 7074 9653

<u>Name of Transferor</u>

FTXCREDITOR, LLC

Last known address:

Michael Bottjer
1509 Bent Ave
Cheyenne, WY 82001

claims@ftxcreditor.com

**PORTION OF CLAIM TRANSFERRED: 100%**

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Kroll Schedule | Redacted | Described in Schedule F | FTX Trading Ltd. | **22-11068** |
| Claim No. 33417 Debtor Schedule F No: 00185845 | Redacted | Described in Schedule F | FTX Trading Ltd. | **22-11068** |
|  |  |  |  |  |

Name and Address where transferee payments should be sent (if different from above):  N/A

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any right to receive notice or hearing under Bankruptcy Rule 3001.

---

[1] Any payments on account of the claim referenced in this evidence and notice shall be made to the order of Attestor Value Master Fund LP.

Doc ID: b419a565eb4ba13d38d4fedd828903efe54c3967

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 8 August, 2024
     Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571*

Doc ID: b419a565eb4ba13d38d4fedd828903efe54c3967

0018845

0018847

00185

1INCH-PERP[0], AAVE-PERP[0], ALGO-PERP[0], ASD-PERP[0], ATOM-PERP[0], BAL-PERP[0], BAND-PERP[0], BCH-PERP[0], BSV-PERP[0], BTC[0.00005869], BTC-0325[0], BTC-0624[0], BTC-20210326[0], BTC-PERP[0], BTTPRE-PERP[0], CRO-PERP[0], DASH-PERP[0], DOT-PERP[0], EGLD-PERP[0], EOS-PERP[0], ETH-20210326[0], ETH-20210625[0], FIL-PERP[0], FTT[33.48403677], GENE[163.4], GRT-20210326[0], GRT-PERP[0], HT[95.83622665], HT-PERP[0], LTC-20210326[0], LTC-PERP[0], MATIC-PERP[0], MTA-PERP[0], NEO-PERP[0], OKB-20210326[0], OKB-PERP[0], OMG-PERP[0], QTUM-PERP[0], RAY-PERP[0], SOL-PERP[-1552.43], SXP-20210326[0], SXP-PERP[0], TRX-PERP[0], UNI-20200925[0], USDJ382616.29], USDT[38858.54191539], WBTC[7.62557232], XRP-PERP[0], XTZ-PERP[0], YFI-PERP[0], BTC-MOVE-20200304[0], BTC-MOVE-20200305[0], SUSHI-PERP[0], USDJ-4.52], USDT[15389241]

## EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTORS AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, and pursuant to an Assignment of Claim, dated as of 20 February, 2024, **FTXCREDITOR, LLC** ("**Seller**") has unconditionally and irrevocably sold, transferred, and assigned to Svalbard Holdings Limited ("**Purchaser**") all of Seller's right, title, and interest in and to all "claims" (as defined in 11 U.S.C. § 101(5)) (the "**Claim**") of the customer identified by Schedule F Claim No # 00185845, including without limitation the claims referenced in Claim No. 33417, against the debtor(s) in *re: FTX Trading Ltd.* (Case No. 22-bk-11068) pending in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

Seller hereby waives any objection to the transfer of the Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on 8 August. 2024.


*Michael Bottger*
_____
**By: FTXCREDITOR, LLC**

DB1/ 147195401.1                         3

Doc ID: b419a565eb4ba13d38d4fedd828903efe54c3967

 **Dropbox** Sign

Audit trail

| | |
|---|---|
| **Title** | Untitled_08082024_110354 |
| **File name** | Untitled_08082024_110354.pdf |
| **Document ID** | b419a565eb4ba13d38d4fedd828903efe54c3967 |
| **Audit trail date format** | DD / MM / YYYY |
| **Status** | ● Signed |

## Document history

SENT
**08 / 08 / 2024**
14:33:44 UTC+1

Sent for signature to Christopher Guth
(christopher.guth@attestorcapital.com) from
ops@attestorcapital.com
IP: 82.150.96.12

VIEWED
**08 / 08 / 2024**
14:54:41 UTC+1

Viewed by Christopher Guth
(christopher.guth@attestorcapital.com)
IP: 195.210.97.213

SIGNED
**08 / 08 / 2024**
14:54:55 UTC+1

Signed by Christopher Guth
(christopher.guth@attestorcapital.com)
IP: 82.150.96.12

COMPLETED
**08 / 08 / 2024**
14:54:55 UTC+1

The document has been completed.

Powered by **Dropbox** Sign