IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (JTD) ) ) (Jointly Administered) )
| Debtors. | ) Hearing Date: October 7, 2024, at 10:00 a.m. (ET) ) Obj. Deadline: August 16, 2024, at 4:00 p.m. (ET) |

## SUPPLEMENTAL AMENDMENT TO LIMITED OBJECTION OF KIHYUK NAM TO THE CHAPTER 11 PLAN OF REORGANIZATION

KIHYUK NAM, a customer and creditor in the ongoing Chapter 11 bankruptcy proceedings of FTX Trading Ltd., hereby submits this supplemental amendment to clarify and update the Limited Objection originally filed on August 5, 2024, and subsequently amended on August 6, 2024.

### BACKGROUND

The initial limited objection of KIHYUK NAM was directed at the estimation motion [D.I. 5202] and was subsequently amended to address the Chapter 11 Plan of Reorganization as filed under [D.I. 18975]. This supplemental amendment further clarifies that the objection should be applied to the First Amended Chapter 11 Plan, as reflected in [D.I. 22165], which supersedes previous versions of the Chapter 11 Plan of Reorganization such as [D.I. 18975] and [D.I. 19139].

---

[1] Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

## CLARIFICATION

1. **Updated Target:** This amendment updates the reference to the objection target from [D.I. 18975] to [D.I. 22165], ensuring that the objections are directed at the most current and operative version of the plan under consideration.

2. **Maintain Original Grounds:** The original objection concerning the classification and valuation of FTT tokens remains valid and is now applied to the provisions in the latest amended plan.

3. **Nature and Amount of Claim:** In compliance with the objection guidelines on the Notice of Confirmation Hearing [D.I. 19150], I, KIHYUK NAM, hereby state that my claim contains 507,727.64961741 FTT tokens.

## CONCLUSION

For the reasons stated herein and in the original objection, KIHYUK NAM respectfully requests that the Honorable Court consider the objection as applied to the First Amended Chapter 11 Plan [D.I. 22165] and grant such relief as is just and proper.

Dated: August 7, 2024
Incheon, South Korea

Respectfully submitted,

**KIHYUK NAM**

*/s/ Kihyuk Nam*
Kihyuk Nam
107 Haedoji-ro, Building 2, 2404
Yeonsu-gu, Incheon 21997
South Korea
Telephone: (+82) 10-2914-4866
Facsimile: (+82) 508-911-8431
E-mail: kihyuknam@hanyang.ac.kr

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 22-11068 (JTD) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) Hearing Date: October 7, 2024, at 10:00 a.m. (ET) <br> ) Obj. Deadline: August 16, 2024, at 4:00 p.m. (ET) <br> ) <br> ) <br> ) |
| FTX TRADING LTD., *et al.*,[1] | |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, KIHYUK NAM, hereby certify that on August 7, 2024, a true and correct copy of the following documents:

1. **LIMITED OBJECTION OF KIHYUK NAM TO THE VALUATION OF FTT IN MOTION OF DEBTORS TO ESTIMATE CLAIMS BASED ON DIGITAL ASSETS AND REQUEST FOR FAIR TREATMENT OF FTT HOLDERS**

2. **SUPPLEMENTAL AMENDMENT TO LIMITED OBJECTION OF KIHYUK NAM**

3. **SUPPLEMENTAL AMENDMENT TO LIMITED OBJECTION OF KIHYUK NAM TO THE CHAPTER 11 PLAN OF REORGANIZATION**

were (i) delivered to the United States Bankruptcy Court for the District of Delaware and (ii) served separately on the parties listed below via electronic mail.

---

[1] Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Sullivan & Cromwell LLP
125 Broad Street,
New York, NY 10004
Attn: Andrew G. Dietderich, Esq.
Brian D. Glueckstein, Esq.
Alexa J. Kranzley, Esq.
Email: dietdericha@sullcrom.com
Email: gluecksteinb@sullcrom.com
Email: kranzleya@sullcrom.com

The Office of the United States Trustee
for the District of Delaware
Attn: Linda Richenderfer, Esq.
Email: linda.richenderfer@usdoj.gov
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Attn: Matthew B. Lunn, Esq.
Robert F. Poppiti, Jr. , Esq.
Email: mlunn@ycst.com
Email: rpoppiti@ycst.com

Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Attn: Kris Hansen, Esq.
Ken Pasquale, Esq.
Email: krishansen@paulhastings.com
Email: kenpasquale@paulhastings.com

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
Wilmington, Delaware 19801
Attn: Matthew B. Harvey, Esq.
Email: mharvey@morrisnichols.com

Dated: August 7, 2024
       Incheon, South Korea

Richard, Layton, and Finger P.A.
One Rodency Square
920 N. King Street
Wilmington, Delaware
19801, Attn: Brendan
Schlauch, Esq.
Paul N. Heath, Esq.
Email: schlauch@rlf.com
Email: heath@rlf.com

Eversheds Sutherland (US) LLP
227 West Monroe Street, Suite 6000
Chicago, Illinois 60606
Attn: Erin E. Broderick, Esq.
Email: erinbroderick@eversheds-sutherland.com

White & Case LLP
1221 Avenue of the Americas,
New York, New York 10020,
Attn: Brett Bakemeyer, Esq.
Brian D. Pfeiffer, Esq.
Email: brett.bakemeyer@whitecase.com
Email: brian.pfeiffer@whitecase.com

Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Attn: Adam G. Landis, Esq.
Kimberly A. Brown, Esq.
Email: landis@lrclaw.com
Email: brown@lrclaw.com

**KIHYUK NAM**

*/s/ Kihyuk Nam*
Kihyuk Nam
107 Haedoji-ro, Building 2, 2404
Yeonsu-gu, Incheon 21997
South Korea
Telephone: (+82) 10-2914-4866
Facsimile: (+82) 508-911-8431
E-mail: kihyuknam@hanyang.ac.kr