## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 282, 432, 747, 1196, 1443, 1529, 1905, 3387, 5209 & 9014** |

### NOTICE OF FILING OF NINTH AMENDED OCP LIST

**PLEASE TAKE NOTICE** that on December 21, 2022, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the *Motion of Debtors for Entry of an Order Implementing Certain Procedures to Retain, Compensate and Reimburse Professionals Utilized in the Ordinary Course of Business* [D.I. 282].

**PLEASE TAKE FURTHER NOTICE** that on January 9, 2023, the Court entered the *Order Authorizing Procedures to Retain, Compensate and Reimburse Professionals Utilized in the Ordinary Course of Business* [D.I. 432] (the "OCP Order"), and attached to the OCP Order as Exhibit 1 is the authorized list of ordinary course professionals.

**PLEASE TAKE FURTHER NOTICE** that on February 21, 2023, the Debtors filed the *First Amended OCP List* [D.I. 747] (the "First Amended OCP List").

**PLEASE TAKE FURTHER NOTICE** that on March 30, 2023, the Debtors filed the *Second Amended OCP List* [D.I. 1196] (the "Second Amended OCP List").

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

**PLEASE TAKE FURTHER NOTICE** that on May 5, 2023, the Debtors filed the *Third Amended OCP List* [D.I. 1443] (the "Third Amended OCP List").

**PLEASE TAKE FURTHER NOTICE** that on May 24, 2023, the Debtors filed the *Fourth Amended OCP List* [D.I. 1529] (the "Fourth Amended OCP List").

**PLEASE TAKE FURTHER NOTICE** that on July 25, 2023, the Debtors filed the *Fifth Amended OCP List* [D.I. 1905] (the "Fifth Amended OCP List").

**PLEASE TAKE FURTHER NOTICE** that on October 26, 2023, the Debtors filed the *Sixth Amended OCP List* [D.I. 3387] (the "Sixth Amended OCP List").

**PLEASE TAKE FURTHER NOTICE** that on December 27, 2023, the Debtors filed the *Seventh Amended OCP List* [D.I. 5209] (the "Seventh Amended OCP List").

**PLEASE TAKE FURTHER NOTICE** that on March 11, 2024, the Debtors filed the *Eighth Amended OCP List* [D.I. 9014] (the "Eighth Amended OCP List").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a further revised list of ordinary course professionals (the "Ninth Amended OCP List") attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that a blackline of the Ninth Amended OCP List marked against the Eighth Amended OCP List is attached hereto as **Exhibit B**.

4855-5631-8166 v.2

Dated: August 8, 2024
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kimberly A. Brown*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**

Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*