UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



In re:

    FTX Trading Ltd., et al.

        Debtors

Chapter 11
Case No. 22-11068
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor

Newworld One Bay Street Limited d/b/a
Margaritaville Beach Resort

Transferor's address:

Suite 700, Financial Tower, Park Avenue, One Bay
Nassau, Bahamas 64291

Name of Transferee

**VONWIN TRUST LP**

Transferee's address for notices and payment:

80 West 40th Street
3rd Floor
New York, NY 10018

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim(s) | Alameda Research LLC | 22-11066 | Schedule #: 5258702 | As described on Schedule F |
| | Alameda Research Ltd | 22-11067 | Proof of Claim #: 4299 | As described on Proof of Claim |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
    Transferee/Transferee's Agent

Date: _____

By: _____
    Transferor/Seller

Date: 08/05/2024

If you are interested in selling your claim, please contact 212-889-1354.