## EXHIBIT A

### July 2024 De Minimis Asset and Fund Asset Sales

| Sale Date | De Minimis Asset or Fund Asset | Debtor (Silo) | Purchaser(s) | Purchaser Relationship to Debtors | Purchase Price | Confirmed Investment Value | Commissions, Fees or Other Expenses | Funded Capital Commitment | Unfunded Capital Commitment |
|---|---|---|---|---|---|---|---|---|---|
| July 26, 2024 | Yacht slip membership at the Albany Yacht Club, pertaining to yacht slip #68 | FTX Property Holdings Ltd (Dotcom Silo) | Albany Marina Property, Ltd. | None | $3,801,652.89 | $3,630,000 | None | N/A | N/A |