# Exhibit A

**Settlements Consummated Pursuant to the
Small Estate Claims Settlement Procedures Order
July 2024**

| Settling Party | Settled Value |
| --- | --- |
| Julius John Balisanyuka-Smith | $2,500 |
| European Summer Program on Rationality & Epistea | $809,000 to $3,200,000 |
| Matthew van der Merwe | $9,641 |
| Princeton University | $125,000 |
| Sebastián Sánchez | $15,464 |
| Tanya Singh | $21,400 |
| Space Futures Initiative | $71,000 |
| Topos Institute | $24,676 |