IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors | Case No. 22-11068 (JTD)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Related Docket Nos.  17789, 22113, 22119, 22579, 22580, and 22603** |

**NOTICE OF WITHDRAWAL OF LIMITED OMNIBUS
OBJECTIONS TO CERTAIN MONTHLY FEE STATEMENTS**

**PLEASE TAKE NOTICE** that, on July 25, 2024, in accordance with the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 435] (the "Interim Compensation Order"), the MDL FTX Customers served the *Limited Omnibus Objection of MDL FTX Customers to Professionals' Monthly Fee Statements* (the "First Monthly Fee Objection"). Pursuant to the First Monthly Fee Objection, the MDL FTX Customers objected to the payment of fees requested by, among other professionals, Ashby & Geddes, P.A., Delaware counsel to the Examiner [Docket No. 17789].

**PLEASE TAKE FURTHER NOTICE** that, on August 6, 2024, in accordance with the Interim Compensation Order, the MDL FTX Customers served the *Second Limited Omnibus Objection of MDL FTX Customers to Professionals' Monthly Fee Statements* (the "Second Monthly Fee Objection"). Pursuant to the Second Monthly Fee Objection, the MDL FTX Customers objected to the payment of fees requested by, among other professionals, Patterson Belknap Webb & Tyler LLP, counsel to the Examiner [Docket No. 22119].

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

4853-5051-1575.1 30239.001

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Order, the MDL FTX Customers met and conferred with counsel to the Examiner subsequent to serving the First Monthly Fee Objection and Second Monthly Fee Objection.

**PLEASE TAKE FURTHER NOTICE** that the MDL FTX Customers hereby withdraw the First Monthly Fee Objection and Second Monthly Fee Objection with respect to Docket Nos. 17789 and 22119.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: August 9, 2024 | GELLERT SEITZ BUSENKELL & BROWN, LLC |

*/s/ Bradley P. Lehman*
Ronald S. Gellert (DE 4259)
Bradley P. Lehman (DE 5921)
1201 N. Orange St., Ste. 300
Wilmington, Delaware 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
rgellert@gsbblaw.com
blehman@gsbblaw.com

By: */s/ David Boies*
David Boies
Alexander Boies
Brooke A. Alexander
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
914-749-8200
dboies@bsfllp.com
aboies@bsfllp.com
balexander@bsfllp.com

By: */s/ Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
Joseph M. Kaye
Florida Bar No. 117520
THE MOSKOWITZ LAW FIRM, PLLC
Continental Plaza
3250 Mary Street, Suite 202
Coconut Grove, FL 33133
Office: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com
service@moskowitz-law.com

*Counsel to the MDL FTX Customers*