Lukas Bartusek

Narodni obrany 3, 16000 Prague, Czechia

+420910126350

Lukass741@gmail.com

RECEIVED

2024 AUG -8 AM 9:08

CLERK
U.S. BANKRUPTCY COURT

To: United States Bankruptcy Court for the District of Delaware

In re.: FTX TRADING LTD.

Response to:

Debtors' Forty-Eighth (Substantive) Omnibus Objection to Certain Overstated and/or Partially Unliquidated Proofs of Claim (Customer Claims). Hearing Scheduled for September 12, 2024 at 1:00 p.m. (prevailing Eastern Time). Objections due by July 24, 2024 at 4:00 p.m. (prevailing Eastern Time) [Docket No. 17634]

Name of claimant: Lukas Bartusek

Claim number: 90041

Description of the basis for the amount of the claim:

My claimed amounts of:

BTC 25.979702054478933

DASH 260.440041540000000

DOT 36,214.657375500000000

ETH 0.000445839680000

ETHW 9.163615739680000

EUR 1,562,736.591070560000000

FTT 10,010.147020000000000

HKD 421.313060000000000

JPY 109,870,596.800552000000000

LTC 9,088.623180914000000

LUNA2 16.532726490000000

LUNA2_LOCKED 38.576361800000000

LUNC 3,600,036.000000000000000

NFLX 0.004500000000000

QASH 521,110.211418000000000

SOL 2,075.802033530000000

SRM 155.676324430000000

SRM_LOCKED 1,653.973675570000000

TRX 0.001775000000000

USD 346,697.710720000000000

USDT 20.083165253075000

XRP 1,114,053.184110000000000

Consist of:

- my ftx.com account lukass741@gmail.com (account id: 6129729)
- my liquid.com account lukass741@gmail.com (account id: 10606)
- 2000 SOL transaction that I sent on 23.10.2023 within transaction id JcHJjDLiqFeX8KXBuSnLHmyeGmA4cEfTE6rNFeaAjp4hjH2y8jtp1Yd9EeVqau5o93ndjcq3u8F8py NkrGJ4D45 to my SOL deposit address HH1yjLREzpwbxF1TJTysqw9XP6H47kdmQHZDD5sqiEXj which was assigned to my FTX account lukass741@gmail.com. This was an erroneous transaction which wasn't deposit to FTX since it was sent over a year after FTX declared bankruptcy. Considering this erroneous transaction wasn't deposit to my account nor gift to other creditors I claim this particular amount of 2000 SOL in full.

The Debtor stated my quantities are grossly overstated and modified the quantity only to amounts held on my ftx.com account.

I disagree with this because in my claim I ticked both FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) and Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161) and edited the ASSERTED QUANTITY FIAT amounts to sum of my ftx.com account plus my liquid.com account plus 2000 SOL. I also stated this in the description of the claim.

Case 22-11068-JTD    Doc 22777    Filed 08/08/24    Page 3 of 3

LUKAS BARTUSEK
NARODNI OBRANY 3
16000 PRAGUE
CZECHIA



16000 Praha 6

RR917981355CZ
10.07.24 251 875    0.014kg  127.00
PR

ČESKÁ REPUBLIKA CZECH REPUBLIC ČESKÁ REPUBLIKA CZECH REPUBLIC



160 00 Praha 6
RR 91798135 5 CZ

OFFICE OF THE CLERK OF THE
UNITED STATES BANKRUPTCY COUR
FOR THE DISTRICT OF DELA
824 MARKET STREET, 3RD F(
WILMINGTON
DELAWARE 19801
U. S. A.

1980183024 C012