**EXHIBIT A**

# Customer Claim Form

## File a Proof of Claim

To file a proof of claim electronically, please enter the creditor's name and an email address (where filing confirmation will be sent) in the fields below.

| Creditor Name | Email Address |
|---|---|
| Blooming Triumph International Limited | vs.chernyy@chiron.management |

## EPOC Agreement

The information requested on the proof of claim form is being collected for the purposes of facilitating a voluntary petition for relief under the Bankruptcy Code and processing any claim you may have against the Debtors.

**YOUR PROOF OF CLAIM FORM <u>MUST NOT CONTAIN</u> ANY OF THE FOLLOWING:** (i) medical records, (ii) complete social security numbers or tax identification numbers, (iii) a complete birth date, (iv) the name of a minor or (v) a financial account number. The information requested on the proof of claim form is being collected for the purposes of facilitating a debtor's voluntary petition for relief under the U.S. Bankruptcy Code and processing any claim you may have against such debtor. When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services to avoid the disclosure of confidential health care information.

**SOME OR ALL OF THE INFORMATION YOU PROVIDE ON THE PROOF OF CLAIM FORM WILL BE PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE DEBTOR'S CASE WEBSITE HOSTED BY KROLL RESTRUCTURING ADMINISTRATION (FORMERLY KNOWN AS PRIME CLERK) PURSUANT TO APPLICABLE LAW AND/OR COURT ORDER.** Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM.**

**ALL DOCUMENTS SUBMITTED, INCLUDING ANY MEDICAL RECORDS, WILL BE MADE PUBLICLY AVAILABLE ON THE DEBTOR'S CASE WEBSITE AND/OR THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

The information you provide on the proof of claim form will be retained by or on behalf of the Bankruptcy Court, the debtor and Kroll Restructuring Administration for as long as necessary for the purposes described above, as needed to resolve disputes or protect legal rights as they relate to such claim, or as otherwise required by law. Some or all of the information you provide on the proof of claim form will be displayed and/or accessible on the debtor's case website hosted by Kroll Restructuring Administration pursuant to applicable law and/or court order. Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Kroll Restructuring Administration and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Kroll Restructuring Administration and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Kroll Restructuring Administration or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Kroll Restructuring Administration and the Clerk of the Court are authorized but not obligated, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

<u>Submission of Claim Data</u>

By using this Site and loading any information to the Site, you agree to release us from any claim or liability with respect to the public display of personal or private information, including but not limited to the types of information listed above.

Claims and creditor information ("Claim Data") must be submitted by a human being and not a script, program, or other method that may be construed as a "bot." Claim Data must be submitted by the creditor or someone authorized to submit such Claim Data on behalf of the creditor. Claim Data must be correct to the best of the creditor's/submitter's knowledge. Filing Claim Data on this Site grants no guarantee of payment.

You represent and warrant that Claim Data submitted by you:

• shall be true, accurate, and complete;
• shall not contain any personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) or other sensitive or potentially embarrassing information, including health care information;
• shall not violate the rights of any third party, including, but not limited to, other proprietary and/or intellectual property rights, or rights of publicity or privacy; shall not violate any law; shall not contain any viruses, Trojan horses, worms, time bombs, bots, or other computer programming routines that are intended to damage, interfere with, or expropriate any system or information; and
• shall not create liability for us or interfere with the operation of the Site.
All information, including information relating to your Claim Data, that is filed electronically, including through this Site, is subject to the same conditions and restrictions as paper based proofs of claim filed with a Bankruptcy Court and are subject to court orders, rules, procedures and applicable law relating to the bankruptcy case in which Claims Data are filed.

Not Legal Advice

WE CANNOT PROVIDE ANY LEGAL ADVICE REGARDING CLAIM DATA OR ON ANY OTHER TOPIC. IF YOU REQUIRE ADVICE REGARDING YOUR RIGHTS OR ANY BANKRUPTCY CASE YOU MAY WISH TO SEEK LEGAL COUNSEL FROM A LICENSED ATTORNEY. USERS OF THIS SITE SHOULD NOT TAKE OR REFRAIN FROM TAKING ANY ACTION BASED UPON CONTENT INCLUDED IN THE SITE. KROLL RESTRUCTURING ADMINISTRATION IS NOT IN THE BUSINESS OF PROVIDING PROFESSIONAL OR LEGAL ADVICE AND INFORMATION CONTAINED ON THIS SITE SHOULD NOT BE RELIED ON AS A SUBSTITUTE FOR FINANCIAL, LEGAL OR OTHER PROFESSIONAL ADVICE. ANY RELIANCE ON THE INFORMATION CONTAINED ON THIS SITE IS SOLELY AT YOUR RISK.

Electronic Signatures

When you submit Claim Data or other information to us, you may be asked to electronically "sign" a form that will set forth certain terms and conditions related to such submission. You hereby agree that your electronic signature in respect of any such submission complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as your original signature.

For our Terms of Use please click Terms of Use.

Filing Fraudulent Claims

FILING A FRAUDULENT CLAIM IS PUNISHABLE BY A FINE UP TO $500,000 AND/OR IMPRISONMENT FOR UP TO 5 YEARS (18 U.S.C. 152, 157, AND 3571).

**BY SELECTING "I AGREE", YOU CONSENT TO ALL INFORMATION SUBMITTED BEING PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE CASE WEBSITE AND THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

**By selecting I agree below, I confirm that I have read, understand and agree to be bound by the foregoing as well as the Terms of Use.**

◉ I Agree
○ Reject

# Instructions

# Claim Information

## 1. Who is the current Creditor?
Name of the current creditor (the person or entity to be paid for this claim)

Is the current Creditor an Individual?

◉ No
○ Yes

Creditor Name

> Blooming Triumph International Limited

Other names the creditor used with the debtor (if any)

> 

Do you know the creditor's FTX customer main account number?

○ No
◉ Yes

FTX customer main account number:

> 4025503

Do you know the creditor's FTX customer email address that was used at sign up?

○ No
◉ Yes

FTX customer email address used at account sign up:

> operations@alacriscapital.com

**2. Has this claim been acquired from someone else?**

○ No
◉ Yes

Name

> Bequant Prime Limited

**3. Where should notices and payments to the creditor be sent?**
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

Name:

> Blooming Triumph International Limited

Address 1 (Street address, "Care of:", or "Attention To:"):

> 3rd floor, J&C building

Address 2:

> 

Address 3:

> 

Address 4:

> 

City:

> Road Town

State or Province (use 2-letter abbreviation if US or Canada):

> 

Zip Code | Postal Code:

> VG1110

**Is the creditor address outside of the US?**

○ No
◉ Yes

Country (if outside of the US):

British Virgin Islands

Contact phone:

Contact email:

jake.cormack@chiron.xyz

Should payments go to a different address?

◉ No
◯ Yes

**Would you like to add any additional addresses for receiving notices about this proof of claim?**

◉ No
◯ Yes

**4. Does this claim amend one already filed?**

◉ No
◯ Yes

**5. Do you know if anyone else has filed a proof of claim for this claim?**

◉ No
◯ Yes

# Additional Claim Information

**Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held.  If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange.  Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7).  Please see Question 8 for additional instructions for asserting claims related to Other Activity.**

◉ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)
◯ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd. d/b/a "FTX EU") (Case No. 22-11166)
◯ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102)
◯ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
◯ West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071)

## 6. Did you participate in the FTX Earn program (available via Blockfolio app) as of November 11, 2022?

◉ No
◯ Yes

**7. List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account (s) along with the unique identification code.**

- Note that the "USD Rate" is the ratio of the Local Currency to U.S. Dollars.
- If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, please populate the Loaned Quantity column.

Customer Claim Form

## Fiat

### ASSERTED QUANTITY FIAT

| Fiat (Ticker / Abbreviation) | USD Rate | Total Asserted Quantity of Fiat (Local Currency) | Total Asserted Quantity of Fiat (Converted to USD) |
|---|---|---|---|
| US Dollar(USD) USD/USD = 1.00000 | 1.000000000 | | |
| Argentinian Peso (ARS) ARS/USD = 0.006236 | 0.006236000 | | |
| Australian Dollar (AUD) AUD/USD = 0.661900 | 0.661900000 | | |
| Brazilian Real (BRL) BRL/USD = 0.187100 | 0.187100000 | | |
| British Pound Sterling (GBP) GBP/ USD = 1.169200 | 1.169200000 | | |
| Canadian Dollar (CAD) CAD/USD = 0.750600 | 0.750600000 | | |
| Euro (EUR) EUR/USD = 1.021000 | 1.021000000 | | |
| Ghanaian cedi (GHS) GHS/USD = 0.069324 | 0.069324000 | | |
| Hong Kong Dollar (HKD) HKD/USD = 0.127500 | 0.127500000 | | |
| Japanese Yen (JPY) JPY/USD = 0.007093 | 0.007093000 | | |
| Mexican Peso (MXN) MXN/USD = 0.051767 | 0.051767000 | | |
| Singapore Dollar (SGD) SGD/USD = 0.723500 | 0.723500000 | | |
| Swiss Franc (CHF) CHF/USD = 1.038000 | 1.038000000 | | |
| Turkish Lira (TRY) TRY/USD = 0.054091 | 0.054091000 | | |
| South African rand (ZAR) ZAR/USD = 0.057580 | 0.057580000 | | |
| Vietnamese dong (VND) VND/USD = 0.000040 | 0.000040000 | | |
| West African CFA franc (XOF) VXOF/USD = 0.001531 | 0.001531000 | | |

Customer Claim Form

Do you want to add any other fiat not previously listed?

- ⦿ Yes
- ○ No

| Other Fiat not previously listed (please specify) | Please provide the Other Fiat Quantity here. |
|---|---|
| See supporting documentation (its last pages) | |
| | |
| | |
| | |

## Loaned Fiat

### LOANED QUANTITY FIAT

| Fiat (Ticker / Abbreviation) | USD Rate | Loaned Quantity of Fiat (Local Currency) | Total Loaned Quantity of Fiat (Converted to USD) |
|---|---|---|---|
| US Dollar (USD) USD/USD = 1.00000 | 1.000000000 | | |
| Argentinian Peso (ARS) ARS/USD = 0.006236 | 0.006236000 | | |
| Australian Dollar (AUD) AUD/USD = 0.661900 | 0.661900000 | | |
| Brazilian Real (BRL) BRL/USD = 0.187100 | 0.187100000 | | |
| British Pound Sterling (GBP) GBP/USD = 1.169200 | 1.169200000 | | |
| Canadian Dollar (CAD) CAD/USD = 0.750600 | 0.750600000 | | |
| Euro (EUR) EUR/USD = 1.021000 | 1.021000000 | | |
| Ghanaian cedi (GHS) GHS/USD = 0.069324 | 0.069324000 | | |
| Hong Kong Dollar (HKD) HKD/USD = 0.127500 | 0.127500000 | | |
| Japanese Yen (JPY) JPY/USD = 0.007093 | 0.007093000 | | |
| Mexican Peso (MXN) MXN/USD = 0.051767 | 0.051767000 | | |
| Singapore Dollar (SGD) SGD/USD = 0.723500 | 0.723500000 | | |
| Swiss Franc (CHF) CHF/USD = 1.038000 | 1.038000000 | | |
| Turkish Lira (TRY) TRY/USD = 0.054091 | 0.054091000 | | |
| South African rand (ZAR) ZAR/USD = 0.057580 | 0.057580000 | | |
| Vietnamese dong (VND) VND/USD = 0.000040 | 0.000040000 | | |
| West African CFA franc (XOF) VXOF/USD = 0.001531 | 0.001531000 | | |

Do you want to add any other fiat not previously listed?

- ○ Yes
- ○ No

Customer Claim Form

## Asserted Crypto

**Asserted Crypto Tokens**

| Crypto (Ticker / Abbreviation) | Asserted Quantity of Crypto |
|---|---|
| 3X Long Bitcoin Token (BULL) | |
| 3X Long Cardano Token (ADABULL) | |
| 3X Long Dogecoin Token (DOGEBULL) | |
| 3X Long Ethereum Token (ETHBULL) | |
| 3X Long XRP Token (XRPBULL) | |
| Aave (AAVE) | |
| Akropolis (AKRO) | |
| ApeCoin (APE) | |
| ATLAS (ATLAS) | |
| Atom (ATOM) | |
| Aurory (AURY) | |
| Avalanche (AVAX) | |
| BaoToken (BAO) | |
| Basic Attention Token (BAT) | |
| Binance Coin (BNB) | |
| Bitcoin (BTC) | |
| Bitcoin Cash (BCH) | |
| Brazilian Digital Token (BRZ) | |
| Celsius Token (CEL) | |
| ChainLink Token (LINK) | |
| Chiliz (CHZ) | |
| Compound USDT (CUSDT) | |
| Cope (COPE) | |
| Crypto.com Coin (CRO) | |
| Decentraland (MANA) | |
| Dent (DENT) | |
| Dogecoin (DOGE) | |
| Ethereum (ETH) | |

Customer Claim Form

| | |
|---|---|
| EthereumPoW (ETHW) | |
| Fantom (FTM) | |
| FTX Token (FTT) | |
| Gala (GALA) | |
| Immutable X Token (IMX) | |
| Kin (KIN) | |
| Litecoin (LTC) | |
| Luna 2.0 (LUNA2) | |
| Luna Classic (LUNC) | |
| Matic (MATIC) | |
| POLIS (POLIS) | |
| Polkadot (DOT) | |
| Raydium (RAY) | |
| Reserve Rights (RSR) | |
| Serum (SRM) | |
| Shiba Inu (SHIB) | |
| Solana (SOL) | |
| Spell Token (SPELL) | |
| Step Finance (STEP) | |
| SushiSwap (SUSHI) | |
| Swipe (SXP) | |
| Terra Classic USD (Wormhole) (USTC) | |
| The Graph (GRT) | |
| The Sandbox (SAND) | |
| Thorchain (RUNE) | |
| TON Coin (TONCOIN) | |
| TRON (TRX) | |
| Uniswap Protocol Token (UNI) | |
| UpBots (UBXT) | |
| USD Coin (USDC) | |
| USD Tether (USDT) | |

| XRP (XRP) | |
|---|---|

Do you want to add any coin not previously listed?

◉ Yes
○ No

| Other Crypto not previously listed (please specify) | Please provide the Asserted Quantity of Crypto here. |
|---|---|
| See supporting documentation (its last pages) | |
| | |
| | |
| | |

## Loaned Crypto

### Loaned Quantity of Crypto

| Crypto (Ticker / Abbreviation) | Loaned Quantity of Crypto |
|---|---|
| 3X Long Bitcoin Token (BULL) | |
| 3X Long Cardano Token (ADABULL) | |
| 3X Long Dogecoin Token (DOGEBULL) | |
| 3X Long Ethereum Token (ETHBULL) | |
| 3X Long XRP Token (XRPBULL) | |
| Aave (AAVE) | |
| Akropolis (AKRO) | |
| ApeCoin (APE) | |
| ATLAS (ATLAS) | |
| Atom (ATOM) | |
| Aurory (AURY) | |
| Avalanche (AVAX) | |
| BaoToken (BAO) | |
| Basic Attention Token (BAT) | |
| Binance Coin (BNB) | |
| Bitcoin (BTC) | |
| Bitcoin Cash (BCH) | |
| Brazilian Digital Token (BRZ) | |
| Celsius Token (CEL) | |

| | |
|---|---|
| ChainLink Token (LINK) | |
| Chiliz (CHZ) | |
| Compound USDT (CUSDT) | |
| Cope (COPE) | |
| crypto-loan.com Coin (CRO) | |
| Decentraland (MANA) | |
| Dent (DENT) | |
| Dogecoin (DOGE) | |
| Ethereum (ETH) | |
| EthereumPoW (ETHW) | |
| Fantom (FTM) | |
| FTX Token (FTT) | |
| Gala (GALA) | |
| Immutable X Token (IMX) | |
| Kin (KIN) | |
| Litecoin (LTC) | |
| Luna 2.0 (LUNA2) | |
| Luna Classic (LUNC) | |
| Matic (MATIC) | |
| POLIS (POLIS) | |
| Polkadot (DOT) | |
| Raydium (RAY) | |
| Reserve Rights (RSR) | |
| Serum (SRM) | |
| Shiba Inu (SHIB) | |
| Solana (SOL) | |
| Spell Token (SPELL) | |
| Step Finance (STEP) | |
| SushiSwap (SUSHI) | |
| Swipe (SXP) | |
| Terra Classic USD (Wormhole) (USTC) | |

| | |
|---|---|
| The Graph (GRT) | |
| The Sandbox (SAND) | |
| Thorchain (RUNE) | |
| TON Coin (TONCOIN) | |
| TRON (TRX) | |
| Uniswap Protocol Token (UNI) | |
| UpBots (UBXT) | |
| USD Coin (USDC) | |
| USD Tether (USDT) | |
| XRP (XRP) | |

Do you want to add any coin not previously listed?

○ Yes
○ No

## Staked Crypto

### Staked Crypto

| Crypto (Ticker / Abbreviation) | Staked Quantity of Crypto |
|---|---|
| 3X Long Bitcoin Token (BULL) | |
| 3X Long Cardano Token (ADABULL) | |
| 3X Long Dogecoin Token (DOGEBULL) | |
| 3X Long Ethereum Token (ETHBULL) | |
| 3X Long XRP Token (XRPBULL) | |
| Aave (AAVE) | |
| Akropolis (AKRO) | |
| ApeCoin (APE) | |
| ATLAS (ATLAS) | |
| Atom (ATOM) | |
| Aurory (AURY) | |
| Avalanche (AVAX) | |
| BaoToken (BAO) | |
| Basic Attention Token (BAT) | |
| Binance Coin (BNB) | |

Customer Claim Form

| | |
|---|---|
| Bitcoin (BTC) | |
| Bitcoin Cash (BCH) | |
| Brazilian Digital Token (BRZ) | |
| Celsius Token (CEL) | |
| ChainLink Token (LINK) | |
| Chiliz (CHZ) | |
| Compound USDT (CUSDT) | |
| Cope (COPE) | |
| crypto-stak.com Coin (CRO) | |
| Decentraland (MANA) | |
| Dent (DENT) | |
| Dogecoin (DOGE) | |
| Ethereum (ETH) | |
| EthereumPoW (ETHW) | |
| Fantom (FTM) | |
| FTX Token (FTT) | |
| Gala (GALA) | |
| Immutable X Token (IMX) | |
| Kin (KIN) | |
| Litecoin (LTC) | |
| Luna 2.0 (LUNA2) | |
| Luna Classic (LUNC) | |
| Matic (MATIC) | |
| POLIS (POLIS) | |
| Polkadot (DOT) | |
| Raydium (RAY) | |
| Reserve Rights (RSR) | |
| Serum (SRM) | |
| Shiba Inu (SHIB) | |
| Solana (SOL) | |
| Spell Token (SPELL) | |

Customer Claim Form

| | |
|---|---|
| Step Finance (STEP) | |
| SushiSwap (SUSHI) | |
| Swipe (SXP) | |
| Terra Classic USD (Wormhole) (USTC) | |
| The Graph (GRT) | |
| The Sandbox (SAND) | |
| Thorchain (RUNE) | |
| TON Coin (TONCOIN) | |
| TRON (TRX) | |
| Uniswap Protocol Token (UNI) | |
| UpBots (UBXT) | |
| USD Coin (USDC) | |
| USD Tether (USDT) | |
| XRP (XRP) | |

Do you want to add any coin not previously listed?

○ Yes
○ No

## NFTs

### NFTs (non-fungible tokens)

| NFT Description | NFT Identifier | Quantity of NFT | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**8.** **Do you have Customer Claims related to any Other Activity on the FTX Exchanges? Other Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.**

◉ No
○ Yes

Customer Claim Form

## E-Sign

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

- ◉ I am the creditor.
- ○ I am the creditor's attorney or authorized agent.
- ○ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
- ○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

09/29/2023

**Name of the person who is completing and signing this claim:**

First Name/Middle Name/Last Name:

Jake Cormack

E-Signature:

Jake Cormack

I certify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree that my electronic signature herein complies with the ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

Title/Company:

Director of Blooming Triumph International Limited

Address 1:

3rd floor, J&C Building

Address 2:

City:

Road Town

State or Province (use 2-letter abbreviation if US or Canada):

Zip Code | Postal Code:

VG1110

Is this address outside of the US?

○ No
◉ Yes

Country (if outside of the US):

British Virgin Islands

Contact phone:

Contact email:

jake.cormack@chiron.xyz

## Attachments

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**

◉ I have supporting documentation
○ I do not have supporting documentation

**Attach a single PDF attachment that is less than 5 megabytes in size**

| Final Albus (Direct claims).pdf | 725 KB |
|---|---|

**File Name**

Final Albus (Direct claims).pdf

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as an identification number confirming receipt of your claim ("Confirmation ID").

## Confirmation of Submission

**Your Form has been successfully submitted...**

| DOCUMENT ID | Submitted Date Time |
|---|---|
| 8cf2273c147021e0dbb51fa8d36c7d33509fc190 | 2023-09-29T04:41:17.94Z |

| Status | CONFIRMATION ID |
|---|---|
| Submitted | 3265-70-ZJMPV-133250138 |

<u>Addendum In Support of Proof of Claim of Blooming Triumph International Limited</u>

The claims currently held by Blooming Triumph International Limited ("Blooming") were initially claims held by Albus Capital SPC ("Albus"). Below sets forth a transaction history explaining how Blooming became the holder of these claims.

<u>Transaction History</u>

Documentation for each of the below transactions is set forth as attachments to this addendum. As explained below, Blooming is the final secondary holder of all claims held by Albus directly at FTX.

On December 5, 2022, Albus transferred and assigned certain assets to its broker, Bequant Prime Limited ("Bequant"), via two (2) assignment instruments. The first assignment, which is of relevance here, related to the funds Albus held directly at FTX.

On May 19, 2023, Blooming (as a successor to Albus assets) and Bequant terminated the Albus-Bequant assignments and reverted the Albus assets, including its direct claims against FTX, back to Blooming, making Blooming the final holder of Albus direct claims.

<u>Reservation of Rights</u>

Blooming reserves the right to amend or supplement this proof of claim for any reason, including, without limitation, to update the statement of the amounts due, or for any other purpose for which a proof of claim filed in this proceeding could be amended. Blooming reserves all rights accruing to it, and the filing of this proof of claim is not intended to be and shall not be construed as: (a) an election of a remedy; (b) a waiver of any past, present or future defaults or events of default; (c) a waiver or limitation of any rights or defenses; (d) a waiver of any of Blooming's claims against FTX US or any of its subsidiaries or affiliates; or (e) a waiver of any of Blooming's claims against any other parties liable to it. Blooming reserves the right to seek interest, fees, charges, collection costs and expenses, and attorneys' fees and disbursements pursuant to Section 506(b) of the Bankruptcy Code, as applicable. Blooming reserves all rights accruing to it at law, in equity, and otherwise, including, without limitation, its rights and claims against FTX US, any affiliate or insider the same and all other creditors of FTX US and such other parties.

## ASSIGNMENT OF CLAIM

Pursuant to this assignment (the "Assignment") dated as of December 5, 2022, Albus Capital SPC, a company incorporated in Cayman Islands with company number 353770 and its registered office at Bell Rock Group Financial Services Ltd, Centennial Towers, Suite 205C, 2454 West Bay Road, Grand Cayman, Cayman Islands, KY1- 1303 ("Assignor") hereby convey, transfer, and assign unto Bequant Prime Limited ("Assignee"), a limited liability company registered in Seychelles, all rights, title, and interest in and to Assignor's claims as set out in Appendix 1 (which equals USD **9,946,549.53** as of November 11th at 00UTC/8pm EST) (the "Claims") against FTX Trading Ltd., and/or any of its 101 affiliated debtors (collectively, the "Debtors"), the Debtors having each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware and being jointly administered under Case No. 22-11068.  Assignor and Assignee are each a "Party" with both entities being referred to as the "Parties".

The purpose and intent of this Assignment is Assignor's transfer of the Claims to Assignee so that Assignee may use its good faith best efforts to efficiently manage the Claims and pursue the best and otherwise highest recovery on the Claims from the Debtors.  If and when Assignee receives any recovery on the Claims, Assignor shall be entitled to receipt and the benefit of all such recoveries.  Upon the full recovery of the Claims, or at any time upon written notice by Assignor to Assignee, this Assignment shall be terminated, and all rights, title, and interest in the Claims shall revert to Assignor.  In the event Assignor desires to pursue recovery on the Claims in a manner that Assignee determines is inappropriate or not in the best interest of Assignee, Assignee may immediately terminate this Assignment upon written notice to Assignor, and all rights, title, and interest in the Claims shall revert to Assignor.

In connection with this Assignment, it is the further intention of the Parties, and Assignee expressly reserves the right, for the Assignee to seek payment from Assignor for Assignee's costs and fees, including Assignee's professional fees, incurred in connection with seeking recovery on the Claims as set forth herein provided that Assignee shall provide an estimate of costs and seek the Assignor's prior approval before seeking payment for such costs.  In the event that Assignor fails to provide Assignee with advance funding requested by Assignee, or prompt payment of

Assignee's invoices in accordance with said invoice's terms, Assignee reserves all rights to immediately terminate the Assignment upon written notice by Assignee to Assignor, and all rights, title, and interest in the Claims shall revert to Assignor.  Assignee expressly reserves any and all rights Assignee has against Assignor to recover its costs and fees incurred in connection with this Assignment and Assignee's pursuit of recovery on the Claims.

This Assignment shall be binding upon and shall inure to the benefit of the Parties hereto and their respective successors and assigns.

This Agreement and any dispute or controversy arising out of or relating to this Agreement shall be governed by and construed in accordance with the laws of the State of New York, without regard to the conflict of law principles thereof.

[SIGNATURE PAGE FOLLOWS]

2

IN WITNESS WHEREOF, the Parties have duly executed and delivered this Assignment as of the date first above written.

| **ASSIGNOR:** | **ASSIGNEE:** |
|---|---|
| **ALBUS CAPITAL SPC** | **Bequant Prime Limited** |
| | *Georgy Zarya* |
| Name:          Position: | Name:          Position: |
| | Georgy Zarya          CEO |

**Appendix 1**

**Breakdown of the Claim**

| Coin | Amount | USD Amount | Exchange Rate |
|------|-------:|-----------:|--------------:|
| AAVE | 24.44 | $1,660.00 | 67.92 |
| ALCX | 2.05 | $38.74 | 18.88 |
| ALGO | 3,345.00 | $1,068.76 | 0.32 |
| APE | 60.70 | $214.29 | 3.53 |
| APT | 8.20 | $45.88 | 5.60 |
| ATLAS | 22,339.70 | $71.20 | 0.00 |
| ATOM | 401.71 | $4,874.73 | 12.14 |
| AUDIO | 1,327.45 | $221.63 | 0.17 |
| BADGER | 50.27 | $144.46 | 2.87 |
| BAT | 2,970.00 | $798.18 | 0.27 |
| BCH | 1,937.90 | $199,242.80 | 102.81 |
| BNB | 882.64 | $268,511.33 | 304.21 |
| BOBA | 176.89 | $42.48 | 0.24 |
| BTC | 2.52 | $43,975.85 | 17,416.42 |
| CEL | 43,914.46 | $28,773.92 | 0.66 |
| CHR | 3,555.34 | $426.00 | 0.12 |
| CHZ | 22,542.25 | $4,789.63 | 0.21 |
| CITY | 40.14 | $192.00 | 4.78 |
| CRO | 175,911.00 | $16,793.91 | 0.10 |
| CRV | 1,092.85 | $753.39 | 0.69 |
| DAI | 5,168.36 | $5,168.36 | 1.00 |
| DFL | 5,841.03 | $6.50 | 0.00 |
| DOGE | 36,996.39 | $3,324.62 | 0.09 |
| DYDX | 287.23 | $495.34 | 1.72 |
| ENJ | 1,112.59 | $495.34 | 0.45 |
| ETH | 110.34 | $143,394.50 | 1,299.52 |
| ETHW | 172.17 | $742.91 | 4.31 |
| FIDA | 206.03 | $51.98 | 0.25 |

| | | | |
|---|---:|---:|---:|
| FRONT | 2,012.30 | $376.30 | 0.19 |
| FTM | 2,035.43 | $424.13 | 0.21 |
| FTT | 8,916.44 | $26,301.79 | 2.95 |
| LINK | 746.82 | $5,385.25 | 7.21 |
| LTC | 185.51 | $11,195.75 | 60.35 |
| LUNA2 | 28.80 | $35.19 | 1.22 |
| LUNA2_LOCKED | 67.20 | $82.13 | 1.22 |
| LUNC | 6,271,399.69 | $1,216.74 | 0.00 |
| MATIC | 8,437.34 | $9,518.48 | 1.13 |
| MKR | 1.04 | $881.80 | 844.92 |
| MOB | 10.14 | $6.56 | 0.65 |
| NEAR | 1,580.90 | $3,669.28 | 2.32 |
| OMG | 202.31 | $267.11 | 1.32 |
| PERP | 79.25 | $30.72 | 0.39 |
| REEF | 3,247.48 | $12.78 | 0.00 |
| SAND | 1,185.18 | $798.37 | 0.67 |
| SHIB | 64,590,587.00 | $659.70 | 0.00 |
| SLP | 4,987.29 | $13.40 | 0.00 |
| SOL | 179.96 | $3,170.02 | 17.62 |
| SPELL | 60,000.00 | $42.82 | 0.00 |
| SRM | 773.15 | $310.82 | 0.40 |
| SRM_LOCKED | 368.05 | $147.95 | 0.40 |
| SUN | 31,425.65 | $180.08 | 0.01 |
| SUSHI | 280.00 | $346.75 | 1.24 |
| SXP | 658.54 | $159.87 | 0.24 |
| TLM | 26.62 | $0.42 | 0.02 |
| TOMO | 817.89 | $22.56 | 0.03 |
| TONCOIN | 67.87 | $123.00 | 1.81 |
| TRX | 7,695,660.53 | $412,649.00 | 0.05 |
| UNI | 422.05 | $2,675.00 | 6.34 |
| USD | 8,506,903.12 | $8,506,903.12 | 1.00 |
| USDT | 76,062.33 | $76,062.33 | 1.00 |
| VGX | 503.37 | $220.55 | 0.44 |

| | | | |
|---|---|---|---|
| XRP | 394,889.98 | $154,870.00 | 0.39 |
| YFI | 0.19 | $1,471.03 | 7,807.83 |
| Total | | **$9,946,549.53** | |

**Total value:** USD $ 9,946,549.53

**Source of Exchange rate:** https://cointracking.info/calculator.php

DocuSign Envelope ID: B6E788E0-95DC-4C1C-B945-49C804FE8CB9

**TERMINATION DEED**

This termination deed (the "**Deed**") is made as of 19 May 2023 (the "**Effective Date**") by and between:

A.  Blooming Triumph International Limited, a private limited company incorporated in the BVI with company number 2069838 and whose registered office is at VG1110, 3rd Floor J&C Building, Road Town Tortola, Tortola, BVI (the "**Blooming**");

and

B.  Bequant Prime Limited, a private limited company incorporated in Seychelles with company number 218593 and whose registered office is at House of Francis Room 303, Ile Du Port, Mahe, Seychelles (the "**Bequant**");

collectively referred to as the "**Parties**", and each, a "**Party**".

**WHEREAS**:

(1) Albus Capital SPC (the "**Albus**") and Bequant concluded the two Assignment of Claims dated 5 December 2022 for the amounts of USD$9,946,549.53 and USD$7,259,152.42 (together, the "**Agreements**").

(2) The Parties, by entering into this Deed, desire to terminate the Agreements.

**NOW, THEREFORE**, in consideration of the terms and conditions set forth in this Deed and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties hereby agree as follows:

1. All capitalised terms not defined in this Deed shall have the same meaning as in the Agreements.

2. It is acknowledged and agreed by Bequant that Blooming is a successor to Albus' assets (including, *inter alia*, those held within Bequant sub-accounts with FTX), including, specifically, the Claims and all rights, title and interest to those assets.

3. By this Deed, the Parties hereby agree and acknowledge that the Agreements are terminated on the Effective Date with the effect that Bequant is no longer a representative of Albus (or Blooming as its successor) in connection with the FTX bankruptcy proceedings and as such, Blooming shall be the owner of the Claims (including all related rights, title and interest).

4. The Parties hereby acknowledge and agree that no consideration of any kind is due from either Party with respect to the Agreements.

5. This Deed constitutes the entire agreement and understanding between the Parties with respect to the subject matter hereof and shall supersede all prior oral and written agreements or understandings of the Parties relating hereto.

6. If any part or provision of this Deed shall be held to be invalid or unenforceable, the other provisions of this Deed shall nonetheless remain valid. In this case, the invalid or unenforceable provision shall be replaced by a substitute provision that best reflects the intentions of the Parties without being unenforceable, and each Party shall execute all

DocuSign Envelope ID: B6E788E0-95DC-4C1C-B945-49C804FE8CB9

agreements and documents required in this connection. The same shall apply in case of any gap in this Deed.

7. This Deed may be executed in one or more counterparts, each of which will be deemed to be an original, but all of which together will constitute one and the same instrument, without necessity of production of the others. An executed signature delivered via facsimile transmission or electronic signature shall be deemed as effective as an original executed signature.

8. This Deed, and any dispute, controversy, proceedings or claim of whatever nature arising out of or in any way relating to this Deed or its formation (including any non-contractual disputes or claims), shall be governed by and construed in accordance with the law of England and Wales, to the exclusion of conflicts of laws principles thereof.

9. Each Party to this Deed irrevocably agrees that the courts of England and Wales shall have exclusive jurisdiction to hear, settle and/ or determine any dispute, controversy or claim (including any non-contractual dispute, controversy or claim) arising out of or in connection with this Deed, including any issue regarding its existence, validity, formation or termination.

*[Remainder of page intentionally left blank]*

## SIGNATURE PAGE TO THE DEED

### ACKNOWLEDGED AND AGREED BY

**Signed for and on behalf of Blooming:**

By: Jake Cormack     UTGL  International  Limited

Title: Director

.................................
*Authorized Signature(s)*

By: UTGL International Limited, Director of Rich Destiny International Limited

Witness: Carol Choi

Occupation: Associate Director

Address: 1/F., Energy Plaza, 92 Granville Road, Tsim Sha Tsui East, Kowloon, Hong Kong

**Signed for and on behalf of Bequant:**

By: George Zarya

Title: Director

By:

Witness: Huong Hauduc

Occupation: Solicitor

Address: 99a Mews Street, St Katharine Docks, London, E1W 1BD, United Kingdom

## Account balances (Albus Direct claims)

| id | Coin | Balance |
|---|---|---|
| 1INCH | 1NCH Token | 180.5004718 |
| AAVE | Aave | 926.5798689 |
| ALGO | Algorand | 637.9968145 |
| APE | ApeCoin | 97.06697926 |
| APT | Aptos | 4.02486886 |
| ATOM | Atom | 3,660.30 |
| AVAX | Avalanche | 4.65340642 |
| AXS | Axie Infinity | -42.02150483 |
| BADGER | Badger | 0.3576716 |
| BCH | Bitcoin Cash | 1,561.19388793 |
| BNB | Binance Coin | 7.07588616 |
| BOBA | Boba | 462.09738828 |
| BTC | Bitcoin | 121.55033426 |
| CEL | Celsius Token | 16,635.836446 |
| CRO | Crypto.com Coin | 105,592.4599 |
| CRV | Curve DAO Token | 0.01 |
| DAI | Dai | 500,005 |
| DOGE | Dogecoin | 4,472.87976365 |
| ENJ | Enjin Coin | 2.41225 |
| ETH | Ethereum | 0.20572046 |
| ETHW | Ethereum (Proof of work) | 75.28531465 |
| FIDA | Bonfida Token | 0.00476 |
| FTM | Fantom | 1,242.49975853 |
| FTT | FTT | 59,226.383102 |
| GRT | Graph Token | 2,249.985769 |
| LINK | ChainLink Token | 6,986.59144452 |
| LTC | Litecoin | 212.20647219 |
| LUNA2_LOCKED | Locked Luna2 | 2,247.13972467 |
| LUNC | Luna Classic | 132,275,253.944 |
| MANA | Decentraland | 246.51022012 |
| MATIC | Matic | 12,764.18689 |
| MKR | Maker | -0.18763131 |
| MOB | MobileCoin | 729.237138 |
| OMG | OMG Network | 478.67332001 |
| PERP | Perpetual | 0.094103 |
| RSR | Reserve Rights | 369,955.0484 |
| RUNE | Thorchain | 252.158986 |
| SHIB | Shiba Inu | 34,376,465 |
| SOL | Solana | 30,166.1916888 |
| SPELL | Spell Token | 0.005 |

| | | |
|---|---|---|
| SRM | Serum | 101,791.70509589 |
| SRM_LOCKED | Locked Serum | 5,480.2224034 |
| SUSHI | Sushi | 77,278.18529 |
| SXP | Swipe | 43,262.31512 |
| TOMO | TomoChain | -139.268135 |
| TONCOIN | TON Coin | 1,790.500446 |
| TRX | TRON | 50.11094884 |
| UNI | Uniswap Protocol Token | 43,372.058925 |
| USD | USD | 5,341,286.42628444 |
| USDT | USD Tether | 78,266.88724474 |
| USTC | TerraUSD Classic | 200.96001 |
| WBTC | Wrapped BTC | 0.61495272 |
| XRP | XRP | -1,612.062505 |
| YFI | Yearn.Finance | 5.86196161 |
| LUNA2 | Luna 2.0 | 963.05988194 |
| LOOKS | LooksRare | -376.6401595 |
| OKB | OKB | 12.11771618 |
| XPLA | XPLA | 20,181.5402 |
| AKRO | Akropolis | 0.09122 |
| ALPHA | Alpha Finance | 1,464 |
| BAL | Balancer | 0.0014459 |
| BAND | Band Protocol | -428.8649979 |
| BNT | Bancor Network Token | -1,522.753119 |
| COMP | Compound Token | 54.1768 |
| DOT | Polkadot | 11,389.45 |
| EUR | Euro | 100,028.0488 |
| GMT | STEPN | -446.649613 |
| HT | Huobi Token | -4,724.998216 |
| KNC | Kyber Network | 790.21 |
| LEO | LEO | -8.98073806 |
| PAXG | PAX Gold | 0.61850445 |
| RAY | Raydium | 228.2424798 |
| REN | REN | -1,954.639264 |
| SNX | Synthetix Network Token | -124.7092205 |
| STETH | Lido Staked Ether | 0.0000001 |
| TRU | TrueFi | 82.00001 |
| WRX | WazirX Token | 707.990425 |
| XAUT | Tether Gold | -0.11090511 |