# **EXHIBIT B**

|  |  | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| | | | SUSHI | 0.000000005140640 | | 0.000000005140640 |
| | | | SXP | 0.000000010824099 | | 0.000000010824099 |
| | | | TRX | 0.000000002002804 | | 0.000000002002804 |
| | | | UNI | 0.000000010564898 | | 0.000000010564898 |
| | | | UNI-PERP | | | 0.000000000014551 |
| | | | USD | 798,453.489999220363902 | | 8,548,563.887534330000000 |
| | | | USDC | 7,750,110.397535110000000 | | 0.000000000000000 |
| | | | USDT | 0.000000008580938 | | 0.000000008580938 |
| | | | XRP | 100.000000012732930 | | 100.000000012733000 |
| | | | YFI | | | 0.000000002183143 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 81880* | Name on file | Quoine Pte Ltd | | | Quoine Pte Ltd | |
| | | | BTC | | | 3.828948540000000 |
| | | | CEL | | | 0.091000000000000 |
| | | | DRG | | | 152,540.200000000000000 |
| | | | IDH | | | 0.000044570000000 |
| | | | LCX | | | 951,996.477200060000000 |
| | | | QASH | | | 386,123.331537290000000 |
| | | | SNX | | | 21.986245000000000 |
| | | | USD | Undetermined* | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 80491 | Name on file | FTX Trading Ltd. | | | FTX Trading Ltd. | |
| | | | 1INCH | | | 180.500471778003000 |
| | | | 1INCH-PERP | | | -164.000000000000000 |
| | | | AAVE | 24.440000000000000 | | 926.579868904645000 |
| | | | AAVE-PERP | | | -0.870000000000775 |
| | | | ADA-PERP | | | -4,700.000000000000000 |
| | | | AKRO | | | 0.091220000000000 |
| | | | ALCX | 2.050000000000000 | | 0.000000000000000 |
| | | | ALGO | 3,345.000000000000000 | | 637.996814497254000 |
| | | | ALGO-PERP | | | -5,640.000000000000000 |
| | | | ALICE-PERP | | | 0.000000000058932 |
| | | | ALPHA | | | 1,464.000000000000000 |
| | | | ALPHA-PERP | | | -519.000000000000000 |
| | | | APE | 60.700000000000000 | | 97.066979269026200 |
| | | | APE-PERP | | | 13.600000000014500 |
| | | | APT | 8.200000000000000 | | 4.024868861635540 |
| | | | APT-PERP | | | -19.000000000000000 |
| | | | AR-PERP | | | -113.499999999995000 |
| | | | ATLAS | 22,339.700000000000000 | | 0.000000000000000 |
| | | | ATOM | 401.710000000000000 | | 3,660.300000000000000 |
| | | | ATOM-PERP | | | -493.520000000019000 |
| | | | AUDIO | 1,327.450000000000000 | | 0.000000000000000 |
| | | | AUDIO-PERP | | | 397.300000000004000 |
| | | | AVAX | | | 4.653406437845100 |
| | | | AVAX-PERP | | | 25.900000000004200 |
| | | | AXS | | | -42.021504827512900 |
| | | | AXS-PERP | | | -18.099999999995400 |
| | | | BADGER | 50.270000000000000 | | 0.357671600000000 |
| | | | BADGER-PERP | | | 21.319999999999300 |
| | | | BAL | | | 0.001445900000000 |
| | | | BAL-PERP | | | -0.000000000016598 |
| | | | BAND | | | -428.864997879718000 |

81880*: Claim is also included as a Surviving Claim in the Debtors' Fifty-Fourth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| | | | BAND-PERP | | | 219.700000000085000 |
| | | | BAT | 2,970.000000000000000 | | 0.000000000000000 |
| | | | BAT-PERP | | | -5,376.000000000000000 |
| | | | BCH | 1,937.900000000000000 | | 1,561.193887765480000 |
| | | | BCH-PERP | | | 0.089000000001000 |
| | | | BNB | 882.640000000000000 | | 7.075886164762740 |
| | | | BNB-PERP | | | -0.400000000007047 |
| | | | BNT | | | -1,522.753118980250000 |
| | | | BNT-PERP | | | -319.199999999988000 |
| | | | BOBA | 176.890000000000000 | | 462.097388280000000 |
| | | | BSV-PERP | | | -3.820000000003740 |
| | | | BTC | 2.520000000000000 | | 121.550334281841000 |
| | | | BTC-PERP | | | -0.006699999999971 |
| | | | C98-PERP | | | 206.000000000000000 |
| | | | CAKE-PERP | | | 24.499999999993000 |
| | | | CEL | 43,914.460000000000000 | | 16,635.836450847900000 |
| | | | CELO-PERP | | | 0.000000000016086 |
| | | | CEL-PERP | | | 47.800000000015600 |
| | | | CHR | 3,555.340000000000000 | | 0.000000000000000 |
| | | | CHR-PERP | | | -21,620.000000000000000 |
| | | | CHZ | 22,542.250000000000000 | | 0.000000000000000 |
| | | | CHZ-PERP | | | -8,520.000000000000000 |
| | | | CITY | 40.140000000000000 | | 0.000000000000000 |
| | | | COMP | | | 54.176800006500000 |
| | | | COMP-PERP | | | -0.661899999997964 |
| | | | CRO | 175,911.000000000000000 | | 105,592.459900000000000 |
| | | | CRV | 1,092.850000000000000 | | 0.010000000000000 |
| | | | CVC-PERP | | | 2.000000000000000 |
| | | | CVX-PERP | | | -122.600000000000000 |
| | | | DAI | 5,168.360000000000000 | | 500,005.000000000000000 |
| | | | DASH-PERP | | | -93.530000000000200 |
| | | | DENT-PERP | | | 13,900.000000000000000 |
| | | | DFL | 5,841.030000000000000 | | 0.000000000000000 |
| | | | DODO-PERP | | | 577.999999999878000 |
| | | | DOGE | 36,996.390000000000000 | | 4,472.879764086870000 |
| | | | DOGE-PERP | | | -30,351,432.000000000000000 |
| | | | DOT | | | 11,389.450000000000000 |
| | | | DOT-PERP | | | -4,130.599999999970000 |
| | | | DYDX | 287.230000000000000 | | 0.000000000000000 |
| | | | DYDX-PERP | | | 1.800000000029160 |
| | | | EGLD-PERP | | | -0.000000000000405 |
| | | | ENJ | 1,112.590000000000000 | | 2.412250000000000 |
| | | | ENS-PERP | | | -4.720000000006810 |
| | | | EOS-PERP | | | -587.499999999728000 |
| | | | ETC-PERP | | | 1.000000000017480 |
| | | | ETH | 110.340000000000000 | | 0.205720474534269 |
| | | | ETH-PERP | | | 0.000999999999015 |
| | | | ETHW | 172.170000000000000 | | 75.285314664534300 |
| | | | ETHW-PERP | | | -19.500000000000000 |
| | | | EUR | | | 100,028.048830000000000 |
| | | | FIDA | 206.030000000000000 | | 0.004760000000000 |
| | | | FIDA-PERP | | | -328.000000000000000 |
| | | | FIL-PERP | | | 3.900000000033290 |
| | | | FLOW-PERP | | | 96.859999999910700 |
| | | | FRONT | 2,012.300000000000000 | | 0.000000000000000 |
| | | | FTM | 2,035.430000000000000 | | 1,242.499758935700000 |
| | | | FTM-PERP | | | -11,484.000000000000000 |

|  | **Asserted Claims** | | | | **Modified Claim** | |
|---|---|---|---|---|---|---|
| **Claim Number** | **Name** | **Debtor** | **Tickers** | **Ticker Quantity** | **Debtor** | **Ticker Quantity** |
| | | | FTT | 8,916.440000000000000 | | 59,226.383101970000000 |
| | | | FTT-PERP | | | 0.000000000005854 |
| | | | GALA-PERP | | | 1,460.000000000000000 |
| | | | GMT | | | -446.649612961775000 |
| | | | GMT-PERP | | | -16.000000000000000 |
| | | | GRT | | | 2,249.985768725450000 |
| | | | GRT-PERP | | | -5,072.000000000000000 |
| | | | HBAR-PERP | | | -52,616.000000000000000 |
| | | | HNT-PERP | | | 0.000000000006366 |
| | | | HOT-PERP | | | 61,000.000000000000000 |
| | | | HT | | | -4,724.998215831510000 |
| | | | HT-PERP | | | 11,366.530000000000000 |
| | | | ICP-PERP | | | -206.030000000000000 |
| | | | IOST-PERP | | | -403,080.000000000000000 |
| | | | IOTA-PERP | | | -5,197.000000000000000 |
| | | | JASMY-PERP | | | 13,000.000000000000000 |
| | | | KAVA-PERP | | | -0.000000000105501 |
| | | | KNC | | | 790.210000000000000 |
| | | | KNC-PERP | | | -98.100000000101800 |
| | | | KSM-PERP | | | -75.199999999999200 |
| | | | LDO-PERP | | | -516.000000000000000 |
| | | | LEO | | | -8.980738052443600 |
| | | | LEO-PERP | | | -35.000000000000000 |
| | | | LINA-PERP | | | -1,790,010.000000000000000 |
| | | | LINK | 746.820000000000000 | | 6,986.591444185000000 |
| | | | LINK-PERP | | | 144.000000000024000 |
| | | | LOOKS | | | -376.640159441535000 |
| | | | LOOKS-PERP | | | -229.000000000000000 |
| | | | LTC | 185.510000000000000 | | 212.206472192700000 |
| | | | LTC-PERP | | | -42.659999999999900 |
| | | | LUNA2 | 28.800000000000000 | | 963.059881946000000 |
| | | | LUNA2_LOCKED | 67.200000000000000 | | 2,247.139724675000000 |
| | | | LUNC | 6,271,399.690000000000000 | | 132,275,253.979536000000000 |
| | | | LUNC-PERP | | | -0.000000023841863 |
| | | | MANA | | | 246.510220120000000 |
| | | | MANA-PERP | | | -3,441.000000000000000 |
| | | | MATIC | 8,437.340000000000000 | | 12,764.186888521000000 |
| | | | MATIC-PERP | | | -91.000000000000000 |
| | | | MINA-PERP | | | 143.000000000000000 |
| | | | MKR | 1.040000000000000 | | -0.187631304177018 |
| | | | MKR-PERP | | | 0.194000000000074 |
| | | | MOB | 10.140000000000000 | | 729.237137950431000 |
| | | | MOB-PERP | | | -110.600000000001000 |
| | | | NEAR | 1,580.900000000000000 | | 0.000000000000000 |
| | | | NEAR-PERP | | | -9.199999999870670 |
| | | | NEO-PERP | | | -12.500000000025600 |
| | | | OKB | | | 12.117716188997500 |
| | | | OKB-PERP | | | -6.360000000000410 |
| | | | OMG | 202.310000000000000 | | 478.673320018872000 |
| | | | OMG-PERP | | | -9.800000000027100 |
| | | | ONT-PERP | | | 246.000000000000000 |
| | | | PAXG | | | 0.618504450500000 |
| | | | PAXG-PERP | | | -0.009999999999952 |
| | | | PERP | 79.250000000000000 | | 0.094103000000000 |
| | | | PERP-PERP | | | 134.799999999999000 |
| | | | QTUM-PERP | | | 27.800000000056600 |
| | | | RAY | | | 228.242479761302000 |

| Claim Number | Name | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|
| | | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| | | | RAY-PERP | | | -255.000000000000000 |
| | | | REEF | 3,247.480000000000000 | | 0.000000000000000 |
| | | | REEF-PERP | | | 15,280.000000000000000 |
| | | | REN | | | -1,954.639264473590000 |
| | | | REN-PERP | | | -38,299.000000000000000 |
| | | | RNDR-PERP | | | -469.800000000025000 |
| | | | RSR | | | 369,955.048364456000000 |
| | | | RSR-PERP | | | -1,336,960.000000000000000 |
| | | | RUNE | | | 252.158986000000000 |
| | | | RUNE-PERP | | | 18.099999999991300 |
| | | | SAND | 1,185.180000000000000 | | 0.000000000000000 |
| | | | SAND-PERP | | | -835.000000000000000 |
| | | | SCRT-PERP | | | 124.000000000000000 |
| | | | SHIB | 64,590,587.000000000000000 | | 34,376,465.000000000000000 |
| | | | SHIB-PERP | | | -2,800,000.000000000000000 |
| | | | SKL-PERP | | | 8,435.000000000000000 |
| | | | SLP | 4,987.290000000000000 | | 0.000000000000000 |
| | | | SNX | | | -124.709220478678000 |
| | | | SNX-PERP | | | -1,082.399999999960000 |
| | | | SOL | 179.960000000000000 | | 30,166.191684087900000 |
| | | | SOL-PERP | | | -3,022.649999999960000 |
| | | | SPELL | 60,000.000000000000000 | | 0.005000000000000 |
| | | | SPELL-PERP | | | 102,700.000000000000000 |
| | | | SRM | 773.150000000000000 | | 101,791.705056310000000 |
| | | | SRM_LOCKED | 368.050000000000000 | | 5,480.222403690000000 |
| | | | SRM-PERP | | | 40.000000000000000 |
| | | | STETH | | | 0.000000100100554 |
| | | | STORJ-PERP | | | -16,338.799999997700000 |
| | | | SUN | 31,425.650000000000000 | | 0.000000000000000 |
| | | | SUSHI | 280.000000000000000 | | 77,278.185287473700000 |
| | | | SUSHI-PERP | | | 333.500000000000000 |
| | | | SXP | 658.540000000000000 | | 43,262.315122600000000 |
| | | | SXP-PERP | | | -618.784050000133000 |
| | | | THETA-PERP | | | -0.099999999996384 |
| | | | TLM | 26.620000000000000 | | 0.000000000000000 |
| | | | TLM-PERP | | | 2,605.000000000000000 |
| | | | TOMO | 817.890000000000000 | | -139.268134946844000 |
| | | | TOMO-PERP | | | 7,227.100000000010000 |
| | | | TONCOIN | 67.870000000000000 | | 1,790.500446000000000 |
| | | | TONCOIN-PERP | | | -0.000000000010004 |
| | | | TRU | | | 82.000010000000000 |
| | | | TRU-PERP | | | -3,093.000000000000000 |
| | | | TRX | 7,695,660.530000000000000 | | 50.110948844513200 |
| | | | TRX-PERP | | | 3,474.000000000000000 |
| | | | UNI | 422.050000000000000 | | 43,372.058924677500000 |
| | | | UNI-PERP | | | -12.199999999982800 |
| | | | USD | 8,506,903.120000000000000 | | 5,341,286.426005430000000 |
| | | | USDT | 76,062.330000000000000 | | 78,266.887246937600000 |
| | | | USTC | | | 200.960010000000000 |
| | | | VET-PERP | | | -74,986.000000000000000 |
| | | | VGX | 503.370000000000000 | | 0.000000000000000 |
| | | | WAVES-PERP | | | 26.000000000000000 |
| | | | WBTC | | | 0.614952730500000 |
| | | | WRX | | | 707.990425000000000 |
| | | | XAUT | | | -0.110905109571285 |
| | | | XAUT-PERP | | | 0.060000000000000 |
| | | | XEM-PERP | | | -80,894.000000000000000 |

| Claim Number | Name | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|
| | | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| | | | XLM-PERP | | | -243.000000000000000 |
| | | | XMR-PERP | | | 0.000000000001680 |
| | | | XPLA | | | 20,140.770100000000000 |
| | | | XRP | 394,889.980000000000000 | | -1,612.062504523270000 |
| | | | XRP-PERP | | | 25,585.000000000000000 |
| | | | XTZ-PERP | | | 0.000000000364252 |
| | | | YFI | 0.190000000000000 | | 5.861961619720120 |
| | | | YFII-PERP | | | -0.048999999999998 |
| | | | YFI-PERP | | | -0.046000000000005 |
| | | | ZEC-PERP | | | 0.500000000001154 |
| | | | ZIL-PERP | | | 2,950.000000000000000 |
| | | | ZRX-PERP | | | -9,438.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts.  Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 80785 | Name on file | FTX Trading Ltd. | | | FTX Trading Ltd. | |
| | | | 1INCH | 0.163521100000000 | | 0.163521100739852 |
| | | | AAVE | 0.010428650000000 | | 0.010428656501238 |
| | | | ALGO | 13.794130940000000 | | 13.794130944818000 |
| | | | ATOM | 0.208590890000000 | | 0.208590892598330 |
| | | | AVAX | -0.100436630000000 | | -0.100436638710452 |
| | | | AVAX-PERP | | | 0.000000000000454 |
| | | | BAL | 0.011388780000000 | | 0.011388780000000 |
| | | | BAND | 0.000000010000000 | | 0.000000015532255 |
| | | | BNB | -0.040439840000000 | | -0.040439844909189 |
| | | | BNB-PERP | | | -0.000000000002728 |
| | | | BNT | 0.025865970000000 | | 0.025865979523862 |
| | | | BOBA | -0.000697680000000 | | -0.000697680000000 |
| | | | BTC | 239.269514340000000 | | 239.269514349276000 |
| | | | BTC-0325 | | | -0.000000000000007 |
| | | | BTC-0624 | | | -0.000000000000006 |
| | | | BTC-0930 | | | 0.000000000000024 |
| | | | BTC-1230 | | | -0.000000000000008 |
| | | | BTC-PERP | | | 0.000000000000085 |
| | | | CHZ | 9.342350000000000 | | 9.342350000000000 |
| | | | COMP | 0.000009100000000 | | 0.000009100000000 |
| | | | CRV | 0.147819760000000 | | 0.147819760000000 |
| | | | CVC | 300.000000000000000 | | 300.000000000000000 |
| | | | DOGE | 0.177423710000000 | | 0.177423710698088 |
| | | | ENJ | 0.858434920000000 | | 0.858434920000000 |
| | | | ETH | 0.665975590000000 | | 0.665975593557477 |
| | | | ETH-0325 | | | -0.000000000000035 |
| | | | ETH-0624 | | | -0.000000000000021 |
| | | | ETH-0930 | | | -0.000000000000682 |
| | | | ETH-PERP | | | 0.000000000000710 |
| | | | ETHW | 0.088462740000000 | | 0.088462741477008 |
| | | | FTM | -0.655474430000000 | | -0.655474430523018 |
| | | | FTT | 189.146817820000000 | | 189.146817820000000 |
| | | | GRT | 0.531590530000000 | | 0.531590532614211 |
| | | | KNC | 0.090661380000000 | | 0.090661386580767 |
| | | | LINK | 1.124620500000000 | | 1.124620500000000 |
| | | | LRC | 1.875570000000000 | | 1.875570000000000 |
| | | | LTC | 0.007687930000000 | | 0.007687931359450 |
| | | | LUNA2 | 0.002215730000000 | | 0.002215734798000 |
| | | | LUNA2_LOCKED | 0.005170040000000 | | 0.005170047863000 |
| | | | MANA | 0.321704430000000 | | 0.32170443 |
| | | | MATIC | 6.019479080000000 | | 6.019479083162800 |