# EXHIBIT C

# Customer Claim Form

## File a Proof of Claim

To file a proof of claim electronically, please enter the creditor's name and an email address (where filing confirmation will be sent) in the fields below.

| Creditor Name | Email Address |
|---|---|
| Blooming Triumph International Limited | vs.chernyy@chiron.management |

## EPOC Agreement

The information requested on the proof of claim form is being collected for the purposes of facilitating a voluntary petition for relief under the Bankruptcy Code and processing any claim you may have against the Debtors.

**YOUR PROOF OF CLAIM FORM <u>MUST NOT CONTAIN</u> ANY OF THE FOLLOWING:** (i) medical records, (ii) complete social security numbers or tax identification numbers, (iii) a complete birth date, (iv) the name of a minor or (v) a financial account number. The information requested on the proof of claim form is being collected for the purposes of facilitating a debtor's voluntary petition for relief under the U.S. Bankruptcy Code and processing any claim you may have against such debtor. When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services to avoid the disclosure of confidential health care information.

**SOME OR ALL OF THE INFORMATION YOU PROVIDE ON THE PROOF OF CLAIM FORM WILL BE PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE DEBTOR'S CASE WEBSITE HOSTED BY KROLL RESTRUCTURING ADMINISTRATION (FORMERLY KNOWN AS PRIME CLERK) PURSUANT TO APPLICABLE LAW AND/OR COURT ORDER.** Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM.**

**ALL DOCUMENTS SUBMITTED, INCLUDING ANY MEDICAL RECORDS, WILL BE MADE PUBLICLY AVAILABLE ON THE DEBTOR'S CASE WEBSITE AND/OR THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

The information you provide on the proof of claim form will be retained by or on behalf of the Bankruptcy Court, the debtor and Kroll Restructuring Administration for as long as necessary for the purposes described above, as needed to resolve disputes or protect legal rights as they relate to such claim, or as otherwise required by law. Some or all of the information you provide on the proof of claim form will be displayed and/or accessible on the debtor's case website hosted by Kroll Restructuring Administration pursuant to applicable law and/or court order. Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Kroll Restructuring Administration and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Kroll Restructuring Administration and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Kroll Restructuring Administration or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Kroll Restructuring Administration and the Clerk of the Court are authorized but not obligated, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

<u>Submission of Claim Data</u>

By using this Site and loading any information to the Site, you agree to release us from any claim or liability with respect to the public display of personal or private information, including but not limited to the types of information listed above.

Claims and creditor information ("Claim Data") must be submitted by a human being and not a script, program, or other method that may be construed as a "bot." Claim Data must be submitted by the creditor or someone authorized to submit such Claim Data on behalf of the creditor. Claim Data must be correct to the best of the creditor's/submitter's knowledge. Filing Claim Data on this Site grants no guarantee of payment.

You represent and warrant that Claim Data submitted by you:

• shall be true, accurate, and complete;
• shall not contain any personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) or other sensitive or potentially embarrassing information, including health care information;
• shall not violate the rights of any third party, including, but not limited to, other proprietary and/or intellectual property rights, or rights of publicity or privacy; shall not violate any law; shall not contain any viruses, Trojan horses, worms, time bombs, bots, or other computer programming routines that are intended to damage, interfere with, or expropriate any system or information; and
• shall not create liability for us or interfere with the operation of the Site.
All information, including information relating to your Claim Data, that is filed electronically, including through this Site, is subject to the same conditions and restrictions as paper based proofs of claim filed with a Bankruptcy Court and are subject to court orders, rules, procedures and applicable law relating to the bankruptcy case in which Claims Data are filed.

<u>Not Legal Advice</u>

WE CANNOT PROVIDE ANY LEGAL ADVICE REGARDING CLAIM DATA OR ON ANY OTHER TOPIC. IF YOU REQUIRE ADVICE REGARDING YOUR RIGHTS OR ANY BANKRUPTCY CASE YOU MAY WISH TO SEEK LEGAL COUNSEL FROM A LICENSED ATTORNEY. USERS OF THIS SITE SHOULD NOT TAKE OR REFRAIN FROM TAKING ANY ACTION BASED UPON CONTENT INCLUDED IN THE SITE. KROLL RESTRUCTURING ADMINISTRATION IS NOT IN THE BUSINESS OF PROVIDING PROFESSIONAL OR LEGAL ADVICE AND INFORMATION CONTAINED ON THIS SITE SHOULD NOT BE RELIED ON AS A SUBSTITUTE FOR FINANCIAL, LEGAL OR OTHER PROFESSIONAL ADVICE. ANY RELIANCE ON THE INFORMATION CONTAINED ON THIS SITE IS SOLELY AT YOUR RISK.

<u>Electronic Signatures</u>

When you submit Claim Data or other information to us, you may be asked to electronically "sign" a form that will set forth certain terms and conditions related to such submission. You hereby agree that your electronic signature in respect of any such submission complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as your original signature.

For our Terms of Use please click [Terms of Use](Terms of Use).

<u>Filing Fraudulent Claims</u>

<u>FILING A FRAUDULENT CLAIM IS PUNISHABLE BY A FINE UP TO $500,000 AND/OR IMPRISONMENT FOR UP TO 5 YEARS (18 U.S.C. 152, 157, AND 3571).</u>

**BY SELECTING "I AGREE", YOU CONSENT TO ALL INFORMATION SUBMITTED BEING PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE CASE WEBSITE AND THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

**By selecting I agree below, I confirm that I have read, understand and agree to be bound by the foregoing as well as the Terms of Use.**

◉ I Agree
○ Reject

# Instructions

# Claim Information

**1. Who is the current Creditor?**
Name of the current creditor (the person or entity to be paid for this claim)

Is the current Creditor an Individual?

◉ No
○ Yes

Creditor Name

Blooming Triumph International Limited

Other names the creditor used with the debtor (if any)

Do you know the creditor's FTX customer main account number?
◉ No
○ Yes

Do you know the creditor's FTX customer email address that was used at sign up?
◉ No
○ Yes

**2. Has this claim been acquired from someone else?**
○ No
◉ Yes

Name

CTL CA LLC

**3. Where should notices and payments to the creditor be sent?**
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

Name:

Blooming Triumph International Limited

Address 1 (Street address, "Care of:", or "Attention To:"):

3rd floor, J&C building

Address 2:

Address 3:

Address 4:

City:

Road Town

State or Province (use 2-letter abbreviation if US or Canada):

Zip Code | Postal Code:

VG1110

**Is the creditor address outside of the US?**
○ No
◉ Yes

Country (if outside of the US):

British Virgin Islands

Contact phone:

+852 9130 3153

Contact email:

jake.cormack@chiron.xyz

Should payments go to a different address?

◉ No
◯ Yes

**Would you like to add any additional addresses for receiving notices about this proof of claim?**

◉ No
◯ Yes

**4. Does this claim amend one already filed?**

◉ No
◯ Yes

**5. Do you know if anyone else has filed a proof of claim for this claim?**

◉ No
◯ Yes

## Additional Claim Information

**Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held.  If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange.  Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7).  Please see Question 8 for additional instructions for asserting claims related to Other Activity.**

◉ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)
◯ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd. d/b/a "FTX EU") (Case No. 22-11166)
◯ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102)
◯ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
◯ West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071)

### 6. Did you participate in the FTX Earn program (available via Blockfolio app) as of November 11, 2022?

◉ No
◯ Yes

**7. List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account (s) along with the unique identification code.**

- Note that the "USD Rate" is the ratio of the Local Currency to U.S. Dollars.
- If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, please populate the Loaned Quantity column.

## Fiat

| ASSERTED QUANTITY FIAT | | | |
|---|---|---|---|
| **Fiat (Ticker / Abbreviation)** | **USD Rate** | **Total Asserted Quantity of Fiat (Local Currency)** | **Total Asserted Quantity of Fiat (Converted to USD)** |

Customer Claim Form

| | | | |
|---|---|---|---|
| US Dollar(USD) USD/USD = 1.00000 | 1.000000 000 | | |
| Argentinian Peso (ARS) ARS/USD = 0.006236 | 0.006236 000 | | |
| Australian Dollar (AUD) AUD/USD = 0.661900 | 0.661900 000 | | |
| Brazilian Real (BRL) BRL/USD = 0.187100 | 0.187100 000 | | |
| British Pound Sterling (GBP) GBP/ USD = 1.169200 | 1.169200 000 | | |
| Canadian Dollar (CAD) CAD/USD = 0.750600 | 0.750600 000 | | |
| Euro (EUR) EUR/USD = 1.021000 | 1.021000 000 | | |
| Ghanaian cedi (GHS) GHS/USD = 0.069324 | 0.069324 000 | | |
| Hong Kong Dollar (HKD) HKD/USD = 0.127500 | 0.127500 000 | | |
| Japanese Yen (JPY) JPY/USD = 0.007093 | 0.007093 000 | | |
| Mexican Peso (MXN) MXN/USD = 0.051767 | 0.051767 000 | | |
| Singapore Dollar (SGD) SGD/USD = 0.723500 | 0.723500 000 | | |
| Swiss Franc (CHF) CHF/USD = 1.038000 | 1.038000 000 | | |
| Turkish Lira (TRY) TRY/USD = 0.054091 | 0.054091 000 | | |
| South African rand (ZAR) ZAR/USD = 0.057580 | 0.057580 000 | | |
| Vietnamese dong (VND) VND/USD = 0.000040 | 0.000040 000 | | |
| West African CFA franc (XOF) VXOF/USD = 0.001531 | 0.001531 000 | | |

Do you want to add any other fiat not previously listed?
◉ Yes
○ No

| Other Fiat not previously listed (please specify) | Please provide the Other Fiat Quantity here. |
|---|---|
| | |

| See supporting documentation (its last pages) - please note that this form does not have enough lines to fill in our balances; we followed the same approach in relation to our another filling (3265-70-ZJMPV-133250138) | |
| --- | --- |
| | |
| | |
| | |

## Loaned Fiat

**LOANED QUANTITY FIAT**

| Fiat (Ticker / Abbreviation) | USD Rate | Loaned Quantity of Fiat (Local Currency) | Total Loaned Quantity of Fiat (Converted to USD) |
| --- | --- | --- | --- |
| US Dollar (USD) USD/USD = 1.00000 | 1.000000000 | | |
| Argentinian Peso (ARS) ARS/USD = 0.006236 | 0.006236000 | | |
| Australian Dollar (AUD) AUD/USD = 0.661900 | 0.661900000 | | |
| Brazilian Real (BRL) BRL/USD = 0.187100 | 0.187100000 | | |
| British Pound Sterling (GBP) GBP/USD = 1.169200 | 1.169200000 | | |
| Canadian Dollar (CAD) CAD/USD = 0.750600 | 0.750600000 | | |
| Euro (EUR) EUR/USD = 1.021000 | 1.021000000 | | |
| Ghanaian cedi (GHS) GHS/USD = 0.069324 | 0.069324000 | | |
| Hong Kong Dollar (HKD) HKD/USD = 0.127500 | 0.127500000 | | |
| Japanese Yen (JPY) JPY/USD = 0.007093 | 0.007093000 | | |
| Mexican Peso (MXN) MXN/USD = 0.051767 | 0.051767000 | | |
| Singapore Dollar (SGD) SGD/USD = 0.723500 | 0.723500000 | | |
| Swiss Franc (CHF) CHF/USD = 1.038000 | 1.038000000 | | |
| Turkish Lira (TRY) TRY/USD = 0.054091 | 0.054091000 | | |
| South African rand (ZAR) ZAR/USD = 0.057580 | 0.057580000 | | |
| Vietnamese dong (VND) VND/USD = 0.000040 | 0.000040000 | | |
| West African CFA franc (XOF) VXOF/USD = 0.001531 | 0.001531000 | | |

Do you want to add any other fiat not previously listed?
○ Yes
○ No

Customer Claim Form

## Asserted Crypto

**Asserted Crypto Tokens**

| Crypto (Ticker / Abbreviation) | Asserted Quantity of Crypto |
|---|---|
| 3X Long Bitcoin Token (BULL) | |
| 3X Long Cardano Token (ADABULL) | |
| 3X Long Dogecoin Token (DOGEBULL) | |
| 3X Long Ethereum Token (ETHBULL) | |
| 3X Long XRP Token (XRPBULL) | |
| Aave (AAVE) | |
| Akropolis (AKRO) | |
| ApeCoin (APE) | |
| ATLAS (ATLAS) | |
| Atom (ATOM) | |
| Aurory (AURY) | |
| Avalanche (AVAX) | |
| BaoToken (BAO) | |
| Basic Attention Token (BAT) | |
| Binance Coin (BNB) | |
| Bitcoin (BTC) | |
| Bitcoin Cash (BCH) | |
| Brazilian Digital Token (BRZ) | |
| Celsius Token (CEL) | |
| ChainLink Token (LINK) | |
| Chiliz (CHZ) | |
| Compound USDT (CUSDT) | |
| Cope (COPE) | |
| Crypto.com Coin (CRO) | |
| Decentraland (MANA) | |
| Dent (DENT) | |
| Dogecoin (DOGE) | |
| Ethereum (ETH) | |

Customer Claim Form

| | |
|---|---|
| EthereumPoW (ETHW) | |
| Fantom (FTM) | |
| FTX Token (FTT) | |
| Gala (GALA) | |
| Immutable X Token (IMX) | |
| Kin (KIN) | |
| Litecoin (LTC) | |
| Luna 2.0 (LUNA2) | |
| Luna Classic (LUNC) | |
| Matic (MATIC) | |
| POLIS (POLIS) | |
| Polkadot (DOT) | |
| Raydium (RAY) | |
| Reserve Rights (RSR) | |
| Serum (SRM) | |
| Shiba Inu (SHIB) | |
| Solana (SOL) | |
| Spell Token (SPELL) | |
| Step Finance (STEP) | |
| SushiSwap (SUSHI) | |
| Swipe (SXP) | |
| Terra Classic USD (Wormhole) (USTC) | |
| The Graph (GRT) | |
| The Sandbox (SAND) | |
| Thorchain (RUNE) | |
| TON Coin (TONCOIN) | |
| TRON (TRX) | |
| Uniswap Protocol Token (UNI) | |
| UpBots (UBXT) | |
| USD Coin (USDC) | |
| USD Tether (USDT) | |

| XRP (XRP) | |
|---|---|

Do you want to add any coin not previously listed?

◉ Yes
○ No

| Other Crypto not previously listed (please specify) | Please provide the Asserted Quantity of Crypto here. |
|---|---|
| See supporting documentation (its last pages) - please note that this form does not have enough lines to fill in our balances; we followed the same approach in relation to our another filling (3265-70-ZJMPV-133250138) | |
| | |
| | |
| | |

## Loaned Crypto

### Loaned Quantity of Crypto

| Crypto (Ticker / Abbreviation) | Loaned Quantity of Crypto |
|---|---|
| 3X Long Bitcoin Token (BULL) | |
| 3X Long Cardano Token (ADABULL) | |
| 3X Long Dogecoin Token (DOGEBULL) | |
| 3X Long Ethereum Token (ETHBULL) | |
| 3X Long XRP Token (XRPBULL) | |
| Aave (AAVE) | |
| Akropolis (AKRO) | |
| ApeCoin (APE) | |
| ATLAS (ATLAS) | |
| Atom (ATOM) | |
| Aurory (AURY) | |
| Avalanche (AVAX) | |
| BaoToken (BAO) | |
| Basic Attention Token (BAT) | |
| Binance Coin (BNB) | |
| Bitcoin (BTC) | |
| Bitcoin Cash (BCH) | |
| Brazilian Digital Token (BRZ) | |

Customer Claim Form

| | |
|---|---|
| Celsius Token (CEL) | |
| ChainLink Token (LINK) | |
| Chiliz (CHZ) | |
| Compound USDT (CUSDT) | |
| Cope (COPE) | |
| crypto-loan.com Coin (CRO) | |
| Decentraland (MANA) | |
| Dent (DENT) | |
| Dogecoin (DOGE) | |
| Ethereum (ETH) | |
| EthereumPoW (ETHW) | |
| Fantom (FTM) | |
| FTX Token (FTT) | |
| Gala (GALA) | |
| Immutable X Token (IMX) | |
| Kin (KIN) | |
| Litecoin (LTC) | |
| Luna 2.0 (LUNA2) | |
| Luna Classic (LUNC) | |
| Matic (MATIC) | |
| POLIS (POLIS) | |
| Polkadot (DOT) | |
| Raydium (RAY) | |
| Reserve Rights (RSR) | |
| Serum (SRM) | |
| Shiba Inu (SHIB) | |
| Solana (SOL) | |
| Spell Token (SPELL) | |
| Step Finance (STEP) | |
| SushiSwap (SUSHI) | |
| Swipe (SXP) | |

Customer Claim Form

| | |
|---|---|
| Terra Classic USD (Wormhole) (USTC) | |
| The Graph (GRT) | |
| The Sandbox (SAND) | |
| Thorchain (RUNE) | |
| TON Coin (TONCOIN) | |
| TRON (TRX) | |
| Uniswap Protocol Token (UNI) | |
| UpBots (UBXT) | |
| USD Coin (USDC) | |
| USD Tether (USDT) | |
| XRP (XRP) | |

Do you want to add any coin not previously listed?

○ Yes
○ No

## Staked Crypto

### Staked Crypto

| Crypto (Ticker / Abbreviation) | Staked Quantity of Crypto |
|---|---|
| 3X Long Bitcoin Token (BULL) | |
| 3X Long Cardano Token (ADABULL) | |
| 3X Long Dogecoin Token (DOGEBULL) | |
| 3X Long Ethereum Token (ETHBULL) | |
| 3X Long XRP Token (XRPBULL) | |
| Aave (AAVE) | |
| Akropolis (AKRO) | |
| ApeCoin (APE) | |
| ATLAS (ATLAS) | |
| Atom (ATOM) | |
| Aurory (AURY) | |
| Avalanche (AVAX) | |
| BaoToken (BAO) | |
| Basic Attention Token (BAT) | |

| | |
|---|---|
| Binance Coin (BNB) | |
| Bitcoin (BTC) | |
| Bitcoin Cash (BCH) | |
| Brazilian Digital Token (BRZ) | |
| Celsius Token (CEL) | |
| ChainLink Token (LINK) | |
| Chiliz (CHZ) | |
| Compound USDT (CUSDT) | |
| Cope (COPE) | |
| crypto-stak.com Coin (CRO) | |
| Decentraland (MANA) | |
| Dent (DENT) | |
| Dogecoin (DOGE) | |
| Ethereum (ETH) | |
| EthereumPoW (ETHW) | |
| Fantom (FTM) | |
| FTX Token (FTT) | |
| Gala (GALA) | |
| Immutable X Token (IMX) | |
| Kin (KIN) | |
| Litecoin (LTC) | |
| Luna 2.0 (LUNA2) | |
| Luna Classic (LUNC) | |
| Matic (MATIC) | |
| POLIS (POLIS) | |
| Polkadot (DOT) | |
| Raydium (RAY) | |
| Reserve Rights (RSR) | |
| Serum (SRM) | |
| Shiba Inu (SHIB) | |
| Solana (SOL) | |

Customer Claim Form

| | |
|---|---|
| Spell Token (SPELL) | |
| Step Finance (STEP) | |
| SushiSwap (SUSHI) | |
| Swipe (SXP) | |
| Terra Classic USD (Wormhole) (USTC) | |
| The Graph (GRT) | |
| The Sandbox (SAND) | |
| Thorchain (RUNE) | |
| TON Coin (TONCOIN) | |
| TRON (TRX) | |
| Uniswap Protocol Token (UNI) | |
| UpBots (UBXT) | |
| USD Coin (USDC) | |
| USD Tether (USDT) | |
| XRP (XRP) | |

Do you want to add any coin not previously listed?
○ Yes
○ No

## NFTs

### NFTs (non-fungible tokens)

| NFT Description | NFT Identifier | Quantity of NFT | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**8.** Do you have Customer Claims related to any Other Activity on the FTX Exchanges? Other Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.
◉ No
○ Yes

## E-Sign

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

- ◉ I am the creditor.
- ○ I am the creditor's attorney or authorized agent.
- ○ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
- ○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

09/29/2023

**Name of the person who is completing and signing this claim:**

First Name/Middle Name/Last Name:

Jake Cormack

E-Signature:

Jake Cormack

I certify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree that my electronic signature herein complies with the ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

Title/Company:

Director of Blooming Triumph International Limited

Address 1:

3rd floor, J&C building

Address 2:

City:

Road Town

State or Province (use 2-letter abbreviation if US or Canada):

Zip Code | Postal Code:

VG1110

Customer Claim Form

Is this address outside of the US?

○ No
● Yes

Country (if outside of the US):

British Virgin Islands

Contact phone:

+852 9130 3153

Contact email:

jake.cormack@chiron.xyz

## Attachments

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**

● I have supporting documentation
○ I do not have supporting documentation

**Attach a single PDF attachment that is less than 5 megabytes in size**

| 📄 Final Crosstower claims.pdf | 4 MB |
|---|---|

**File Name**

Final Crosstower claims.pdf

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as an identification number confirming receipt of your claim ("Confirmation ID").

## Confirmation of Submission

**Your Form has been successfully submitted...**

DOCUMENT ID

16be93c726c294b0496c1183e318bd96c6f0df6e

Status

Submitted

Submitted Date Time

2023-09-29T06:45:45.385Z

CONFIRMATION ID

3265-70-CTFYZ-634957795

Addendum In Support of Proof of Claim of Blooming Triumph International Limited

The claims currently held by Blooming Triumph International Limited ("Blooming") were initially claims held by CrossTower Bermuda Ltd. ("Crosstower"). Below sets forth a transaction history explaining how Blooming became the holder of these claims.

Transaction History

Documentation of each of the below transactions is set forth as attachments to this addendum. As explained below, Blooming is the final secondary holder of all claims held by Crosstower.

On December 2, 2022, Crosstower assigned its FTX claims to CTL CA LLC, which is Crosstower's special purpose vehicle ("CTL").

On December 3, 2022, Crosstower and CTL amended and restated the assignment.

On January 8, 2023, CTL transferred and assigned the claims to Blooming, making Blooming the final holder of Crosstower claims.

Reservation of Rights

Blooming reserves the right to amend or supplement this proof of claim for any reason, including, without limitation, to update the statement of the amounts due, or for any other purpose for which a proof of claim filed in this proceeding could be amended. Blooming reserves all rights accruing to it, and the filing of this proof of claim is not intended to be and shall not be construed as: (a) an election of a remedy; (b) a waiver of any past, present or future defaults or events of default; (c) a waiver or limitation of any rights or defenses; (d) a waiver of any of Blooming's claims against FTX US or any of its subsidiaries or affiliates; or (e) a waiver of any of Blooming's claims against any other parties liable to it. Blooming reserves the right to seek interest, fees, charges, collection costs and expenses, and attorneys' fees and disbursements pursuant to Section 506(b) of the Bankruptcy Code, as applicable. Blooming reserves all rights accruing to it at law, in equity, and otherwise, including, without limitation, its rights and claims against FTX US, any affiliate or insider the same and all other creditors of FTX US and such other parties.

# ASSIGNMENT OF CLAIM

Pursuant to this assignment (the "Assignment") dated as of December 2, 2022, CrossTower Bermuda Ltd. and its affiliated entities ("Assignor") hereby convey, transfer, and assign unto CTL CA LLC ("Assignee"), a Delaware LLC, all rights, title, and interest in and to Assignor's claims of (1) $17,506,181.40 in USD and (2) 92.65022 WBTC (which equals USD 1,579,593.67 as of November 11th at 00UTC/8pm EST) (the "Claims") against FTX Trading Ltd., and/or any of its 101 affiliated debtors (collectively, the "Debtors"), the Debtors having each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware and being jointly administered under Case No. 22-11068.  Assignor and Assignee are each a "Party" with both entities being referred to as the "Parties".

The purpose and intent of this Assignment is Assignor's transfer of the Claims to Assignee so that Assignee may use its good faith best efforts to efficient manage the Claims and pursue the best and otherwise highest recovery on the Claims from the Debtors.  If and when Assignee receives any recovery on the Claims, Assignor shall be entitled to receipt and the benefit of all such recoveries.  Upon the full recovery of the Claims, or at any time upon written notice by Assignor to Assignee, this Assignment shall be terminated, and all rights, title, and interest in the Claims shall revert to Assignor.  In the event Assignor desires to pursue recovery on the Claims in a manner that Assignee determines is inappropriate or not in the best interest of Assignee, Assignee may immediately terminate this Assignment upon written notice to Assignor, and all rights, title, and interest in the Claims shall revert to Assignor.

In connection with this Assignment, it is the further intention of the Parties, and Assignee expressly reserves the right, for the Assignee to seek payment from Assignor for Assignee's costs and fees, including Assignee's professional fees, incurred in connection with seeking recovery on the Claims as set forth herein.  In the event that Assignor fails to provide Assignee with advance funding requested by Assignee, or prompt payment of Assignee's invoices in accordance with said invoice's terms, Assignee reserves all rights to immediately terminate the Assignment upon written notice by Assignee to Assignor, and all rights, title, and interest in the Claims shall revert to Assignor.  Assignee expressly reserves any and all rights Assignee has against Assignor to recover

its costs and fees incurred in connection with this Assignment and Assignee's pursuit of recovery on the Claims.

      This Assignment shall be binding upon and shall inure to the benefit of the Parties hereto and their respective successors and assigns.

      This Agreement and any dispute or controversy arising out of or relating to this Agreement shall be governed by and construed in accordance with the laws of the State of New York, without regard to the conflict of law principles thereof.

[SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, the Parties have duly executed and delivered this Assignment as of the date first above written.

| **ASSIGNOR:** | **ASSIGNEE:** |
|---|---|
| **CROSSTOWER BERMUDA INC.** | **CTL CA LLC** |
| DocuSigned by: *Kristin Boggiano* | DocuSigned by: *Kristin Boggiano* |
| 84958D1357B542E... | 84958D1357B542E... |
| Kristin Boggiano | Kristin Boggiano |
| President | President |

3

# Amended and Restated Assignment of Claim

This Amended and Restated Assignment of Claim (the "Assignment") is made and entered into as of December 3, 2022, by and between CrossTower Bermuda Ltd. and its affiliated entities (hereinafter referred to as the "Assignor") and CTL CA LLC, a Delaware limited liability company (hereinafter referred to as the "Assignee").

WHEREAS, the Parties had previously executed an original assignment agreement dated December 2, 2022; and

WHEREAS, the Parties now mutually agree to amend and restate the original assignment agreement;

NOW, THEREFORE, in consideration of the premises and mutual covenants contained herein, the Parties hereby agree as follows:

Assignment of Claims: Assignor hereby conveys, transfers, and assigns to Assignee all rights, title, and interest in and to Assignor's claims against FTX Trading Ltd., and/or any of its affiliated debtors (collectively referred to as the "Debtors"). The specified claims are as follows: (1) a claim in the amount of 17,506,181.40 USD and (2) a claim in the amount of 92.65022 WBTC, which is equivalent to 1,579,593.67 USD as of November 11th at 00UTC/8:00 PM EST. These claims arise from the Debtors' voluntary petitions for relief under Chapter 11 of the US Bankruptcy Code filed in the United States Bankruptcy Court for the District of Delaware, with joint administration under Case No. 22-11068.

Parties: For the purposes of this Assignment, Assignor and Assignee shall collectively be referred to as the "Parties."

Exclusive Rights: The intent of this Assignment is to grant Assignee the exclusive right to perform all necessary tasks for the pursuit of the aforementioned Claims. In consideration for this Assignment, Assignor grants Assignee the rights to any and all recoveries resulting from these Claims.

Binding Agreement: This Assignment shall be binding upon and shall inure to the benefit of the Parties hereto and their respective successors and assigns.

Governing Law: This Assignment and any dispute or controversy arising out of or relating to this Agreement shall be governed by and construed in accordance with the laws of the State of New York, without regard to the conflict of law principles thereof.

IN WITNESS WHEREOF, the Parties have duly executed and delivered this Assignment as of the date first above written.

| Assignor:<br>CrossTower Bermuda Ltd. | Assignee:<br>CTL CA LLC |
|---|---|
| Kristin Boggiano<br>President | Kristin Boggiano<br>President |

# ASSIGNMENT AGREEMENT

This assignment agreement (the "**Agreement**") is made as of January 8, 2023 (the "**Effective Date**") by and between:

A.    **CTL CA LLC**, a limited liability company incorporated in the State of Delaware with file number 7165675 and whose registered office is at 3411 Silverside Rd Ste 104 Tatnall Bldg., Wilmington, New Castle, Delaware (the "**CTL**");

and

B.    **Blooming Triumph International Limited**, a private limited company incorporated in the British Virgin Islands with company number 2069838 and whose registered office is at VG1110, 3rd Floor J&C Building, Road Town, Tortola, British Virgin Islands (the "**Blooming**");

collectively referred to as the "**Parties**", and each, a "**Party**".

**WHEREAS:**

(1) CTL wishes to convey, transfer, and assign to Blooming all of its rights, titles, and interests in and to the Claims (as defined below).

(2) Blooming wishes to be the assignee and transferee of such rights, titles, and interests in consideration of the Claims.

**NOW, THEREFORE**, in consideration of the terms and conditions set forth in this Agreement and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties hereby agree as follows:

1.    **ASSIGNMENT OF CLAIMS**

1.1.    CTL hereby irrevocably transfers and assigns to Blooming, and Blooming hereby acquires from CTL all of CTL's rights, titles, and interests in and to CTL's claims of (1) $17,506,181.40 in USD and (2) 92.65022 WBTC (which equals USD 1,579,593.67 as of November 11th at 00 UTC/ 8pm EST) (the "**Claims**") against FTX Trading Ltd., and/ or any of its 101 affiliated debtors (collectively, the "**Debtors**"); the Debtors having each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware and being jointly administered under Case No. 22-11068. The intent of this Agreement is to grant Blooming the exclusive right to perform all necessary tasks for the pursuit of the aforementioned Claims. In consideration for this Assignment, CTL grants Blooming the rights to any and all recoveries resulting from these Claims.

1.2.    CTL irrevocably assigns all rights that relate to the Claims and/ or the exercise of rights under the Claims.

2.    **REPRESENTATIONS**

2.1.    CTL represents that it has not engaged in the kind of conduct that would lead to the disallowance or subordination of the Claims.

2.2.    CTL is duly organized, solvent, validly existing and in good standing under the laws of the jurisdiction of its formation.

2.3.    CTL has the full power and authority to enter, deliver and perform its obligations under the Agreement.

1

2.4.  CTL represents that the execution, delivery and performance of its obligations will not violate, conflict with, require consent under or result in any breach or default under its organizational documents, any applicable law or any of the provisions of any contract or agreement to which it is a party or to which any of its material assets are bound.

2.5.  CTL represents that the Agreement is legal, valid, binding, and enforceable in accordance with its terms.

## 3.  EFFECTIVENESS

3.1.  This Agreement shall be effective as of the Effective Date set forth above.

## 4.  AMENDMENT

4.1.  No alteration, amendment, modification, termination, discharge, or waiver of any provision of this Agreement or consent to or any departure by either Party therefrom, shall be effective unless given in writing and signed by the Party or Parties sought to be charged or bound by the alteration, amendment, modification, termination, discharge, or waiver.

## 5.  ENTIRE AGREEMENT; INTEGRATION

5.1.  This Agreement constitutes the entire agreement between the Parties relating to the subject matter hereof and thereof, and supersede any and all previous agreements and understandings, oral or written, relating to the subject matter hereof and thereof.

5.2.  Each term, sheet, or any exhibit, schedule, and similar addition to this Agreement is hereby incorporated by this reference as though fully set forth herein.

## 6.  SEVERABILITY

6.1.  If any provision of this Agreement shall be held to be invalid or unenforceable by any court or regulatory agency or body, such invalidity or unenforceability shall attach only to such provision. The validity of the remaining provisions shall not be affected, and this Agreement shall be carried out as if any such invalid or unenforceable provisions have never existed.

## 7.  GOVERNING LAW AND JURISDICTION

7.1.  This Agreement and all claims or causes of action (whether in contract, tort or statute) that may be based upon, arise out of or relate to this Agreement, or the negotiation, execution or performance of this Agreement (including any claim or cause of action based upon, arising out of or related to any representation or warranty made in or in connection with this Agreement or as an inducement to enter into this Agreement), shall be governed by, and enforced in accordance with, the laws of the State of New York (including its statutes of limitations), to the exclusion of conflict of laws rules thereof.

7.2.  Each Party to this Agreement irrevocably agrees that the courts of the State of New York shall have exclusive jurisdiction to hear, settle and/ or determine any dispute, controversy or claim (including any non-contractual dispute, controversy or claim) arising out of or in connection with this Agreement, including any question regarding its existence, validity, formation or termination.

2

## 8.    COUNTERPART EXECUTION

8.1.   This Agreement may be executed in any number of counterparts, each of which, when executed and delivered, shall be deemed to be an original, and all of which, when taken together, shall constitute one and the same Agreement.

8.2.   Delivery of an executed counterpart of this Agreement by email or other electronic method of transmission (including by DocuSign) shall be equally as effective as delivery of an original executed counterpart. Failure to deliver an original executed counterpart shall not affect the validity, enforceability, and binding effect of this Agreement.

# SIGNATURE PAGE

**Signed for and on behalf of <u>CTL CA LLC</u>:**

By: Kristin Boggiano
Title: President

**Signed for and on behalf of <u>Blooming Triumph International Limited</u>:**

By: Jake Barry Cormack
Title: Director

4

## SIGNATURE PAGE

**Signed for and on behalf of <u>CTL CA LLC</u>:**

By: Kristin Boggiano
Title: President


**Signed for and on behalf of <u>Blooming Triumph International Limited</u>:**

By: Jake Barry Cormack
Title: Director

4

## Account balances (Crosstower claims)

| CrossTower - 01255028 | | |
|---|---|---|
| **id** | **Coin** | **Amount** |
| 1INCH | 1NCH Token | 0.1635211 |
| AAVE | Aave | 0.01042865 |
| ALGO | Algorand | 13.79413094 |
| ALGO-0325 | | 0 |
| ALGO-PERP | | 0 |
| ATOM | Cosmos | 0.20859089 |
| ATOM-PERP | | 0 |
| AVAX | Avalanche | -0.10043663 |
| AVAX-0325 | | 0 |
| AVAX-PERP | | 0 |
| BAL | Balancer | 0.01138878 |
| BAND | Band Protocol | 0.00000001 |
| BNB | Binance Coin | -0.04043984 |
| BNB-PERP | | 0 |
| BNT | Bancor Network Token | 0.02586597 |
| BOBA | Boba | -0.00069768 |
| BTC | Bitcoin | 239.26951434 |
| BTC-0325 | | 0 |
| BTC-0624 | | 0 |
| BTC-0930 | | 0 |
| BTC-1230 | | 0 |
| BTC- 20210924 | | 0 |
| BTC-PERP | | 0 |
| CHZ | Chiliz | 9.34235 |
| CHZ-PERP | | 0 |
| COMP | Compound Token | 0.0000091 |
| CRV | Curve DAO Token | 0.14781976 |
| CVC | Civic | 300 |
| DOGE | Dogecoin | 0.17742371 |
| DOGE-PERP | | 0 |
| ENJ | Enjin Coin | 0.85843492 |
| ETH | Ethereum | 0.66597559 |
| ETH-0325 | | 0 |
| ETH- 0624 | | 0 |
| ETH-0930 | | 0 |
| ETH-PERP | | 0 |
| ETHW | Ethereum (Proof of work) | 0.08846274 |
| FTM | Fantom | -0.65547443 |
| FTM-PERP | | 0 |

| FTT | FTT | 189.14681782 |
|---|---|---|
| GRT | Graph Token | 0.53159053 |
| KNC | Kyber Network | 0.09066138 |
| LINK | ChainLink Token | 1.1246205 |
| LINK-PERP | | 0 |
| LRC | Loopring | 1.87557 |
| LTC | Litecoin | 0.00768793 |
| LUNA2 | Luna 2.0 | 0.00221573 |
| LUNA2_LOCKED | Locked Luna2 | 0.00517004 |
| LUNC-PERP | | 0 |
| MANA | Decentraland | 0.32170443 |
| MATIC | Matic | 6.01947908 |
| MATIC-PERP | | 0 |
| MKR | Maker | 0.00082393 |
| OMG | OMG Network | 0.1284874 |
| RAY | Raydium | 1,383.62158339 |
| REN | REN | 39.40402904 |
| RUNE | Thorchain | 0.00008 |
| SHIB | Shiba Inu | 8.5 |
| SKL | SKALE | 121.9 |
| SNX | Synthetix | 0.09792996 |
| SOL | Solana | -0.97929392 |
| SOL-0325 | | 0 |
| SOL-PERP | | 0 |
| STG | Stargate Finance | 0.008215 |
| SUSHI | Sushi | 0.21684166 |
| UNI | Uniswap Protocol Token | 0.05607176 |
| UNI-PERP | | 0 |
| USD | USD | 13,037,659.72 |
| USDT | USD Tether | 0.00000002 |
| USTC | TerraUSD Classic | 0.31364797 |
| USTC-PERP | | 0 |
| WBTC | Wrapped BTC | 120.75582342 |
| XRP | XRP | 14.00990549 |
| YFI | Yearn.Finance | 0.00269086 |
| ZRX | 0x Protocol | 0.07759802 |