**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068-JTD |
| Debtor(s). | (Jointly Administered) |

### CERTIFICATION OF SERVICE

JENNY R. KASEN, of full age, hereby certifies as follows:

On August 12, 2024, I caused a copy of the following document(s) to be served upon the parties listed and in the manner indicated below:

*Creditor Blooming Triumph International Limited's Objection to Debtors' Fifty-Sixth Objection to Customer Claims with Respect to Claim Number 80491*

I hereby certify that the foregoing statements made by me are true. I am aware that if any of said statements are willfully false, I am subject to punishment.

Dated: August 12, 2024          KASEN & KASEN, P.C.

/s/ Jenny R. Kasen
Jenny R. Kasen, Esquire (DE Bar No. 5849)
1213 N. King Street, Suite 2
Wilmington, DE 19801
Telephone: (302) 652-3300
Facsimile: (856) 424-7565
E-Mail: jkasen@kasenlaw.com

*Counsel to Blooming Triumph International Limited*

## Service List

**Via Email:**

FTX TRADING LTD., et al.
c/o Sullivan & Cromwell LLP
Attn: Alexa J. Kranzley
125 Broad Street
New York, New York 10004
kranzleya@sullcrom.com

FTX TRADING LTD., et al.
c/o Landis Rath & Cobb LLP
Attn: Adam G. Landis
Kimberly A. Brown
919 Market Street, Suite 1800
Wilmington, Delaware 19801
landis@lrclaw.com
brown@lrclaw.com