# EXHIBIT A

**Celsius Proof of Claim**

# FTX Non Customer Proof of Claim Form

## Electronic Proof of Claim ID

If you have an EPOC ID please enter it below and select next to proceed with your claim submission. EPOC IDs can be located on the pre-printed proof of claim forms sent via first-class mail.

EPOC ID

EPOC IDs are not required to submit a claim. If you cannot locate your EPOC ID or do not have an EPOC ID, please select next to continue with your claim submission.

## Instructions

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**This claim form should not be used to assert claims against Emergent Fidelity Technologies Ltd.**

**Fill in all the information about the claim as of November 14, 2022 for Debtor West Realm Shires Inc. and as of November 11, 2022 for all other Debtors.**

☑ Check here to see further instructions on completing your claim form:

## Debtor Selection

Check the box to identify the Debtor against whom you assert a claim (select only one Debtor per claim form):

- ○ FTX Trading Ltd. (Case No. 22-11068)
- ○ Alameda Aus Pty Ltd (Case No. 22-11104)
- ○ Alameda Global Services Ltd. (Case No. 22-11134)
- ○ Alameda Research (Bahamas) Ltd (Case No. 22-11105)
- ○ Alameda Research Holdings Inc. (Case No. 22-11069)
- ○ Alameda Research KK (Case No. 22-11106)
- ○ Alameda Research LLC (Case No. 22-11066)
- ⦿ Alameda Research Ltd (Case No. 22-11067)
- ○ Alameda Research Pte Ltd (Case No. 22-11107)
- ○ Alameda Research Yankari Ltd (Case No. 22-11108)
- ○ Alameda TR Ltd (Case No. 22-11078)
- ○ Alameda TR Systems S. de R. L. (Case No. 22-11109)
- ○ Allston Way Ltd (Case No. 22-11079)
- ○ Analisya Pte Ltd (Case No. 22-11080)
- ○ Atlantis Technology Ltd. (Case No. 22-11081)
- ○ Bancroft Way Ltd (Case No. 22-11082)
- ○ Blockfolio, Inc. (Case No. 22-11110)
- ○ Blue Ridge Ltd (Case No. 22-11083)
- ○ Cardinal Ventures Ltd (Case No. 22-11084)
- ○ Cedar Bay Ltd (Case No. 22-11085)
- ○ Cedar Grove Technology Services, Ltd. (Case No. 22-11162)
- ○ Clifton Bay Investments LLC (Case No. 22-11070)
- ○ Clifton Bay Investments Ltd (Case No. 22-11111)
- ○ Cottonwood Grove Ltd (Case No. 22-11112)
- ○ Cottonwood Technologies Ltd (Case No. 22-11136)
- ○ Crypto Bahamas LLC (Case No. 22-11113)
- ○ DAAG Trading, DMCC (Case No. 22-11163)
- ○ Deck Technologies Holdings LLC (Case No. 22-11138)
- ○ Deck Technologies Inc. (Case No. 22-11139)
- ○ Deep Creek Ltd (Case No. 22-11114)
- ○ Digital Custody Inc. (Case No. 22-11115)
- ○ Euclid Way Ltd (Case No. 22-11141)
- ○ FTX (Gibraltar) Ltd (Case No. 22-11116)
- ○ FTX Canada Inc (Case No. 22-11117)
- ○ FTX Certificates GmbH (Case No. 22-11164)
- ○ FTX Crypto Services Ltd. (Case No. 22-11165)
- ○ FTX Digital Assets LLC (Case No. 22-11143)
- ○ FTX Digital Holdings (Singapore) Pte Ltd (Case No. 22-11118)
- ○ FTX EMEA Ltd. (Case No. 22-11145)
- ○ FTX Equity Record Holdings Ltd (Case No. 22-11099)
- ○ FTX EU Ltd. (Case No. 22-11166)
- ○ FTX Europe AG (Case No. 22-11075)
- ○ FTX Exchange FZE (Case No. 22-11100)
- ○ FTX Hong Kong Ltd (Case No. 22-11101)
- ○ FTX Japan Holdings K.K. (Case No. 22-11074)
- ○ FTX Japan K.K. (Case No. 22-11102)
- ○ FTX Japan Services KK (Case No. 22-11103)
- ○ FTX Lend Inc. (Case No. 22-11167)
- ○ FTX Marketplace, Inc. (Case No. 22-11168)
- ○ FTX Products (Singapore) Pte Ltd (Case No. 22-11119)
- ○ FTX Property Holdings Ltd (Case No. 22-11076)
- ○ FTX Services Solutions Ltd. (Case No. 22-11120)
- ○ FTX Structured Products AG (Case No. 22-11122)
- ○ FTX Switzerland GmbH (Case No. 22-11169)
- ○ FTX Trading GmbH (Case No. 22-11123)
- ○ FTX US Services, Inc. (Case No. 22-11171)
- ○ FTX US Trading, Inc. (Case No. 22-11149)
- ○ FTX Ventures Ltd. (Case No. 22-11172)
- ○ FTX Zuma Ltd (Case No. 22-11124)
- ○ GG Trading Terminal Ltd (Case No. 22-11173)
- ○ Global Compass Dynamics Ltd. (Case No. 22-11125)
- ○ Good Luck Games, LLC (Case No. 22-11174)
- ○ Goodman Investments Ltd. (Case No. 22-11126)

- ○ Hannam Group Inc (Case No. 22-11175)
- ○ Hawaii Digital Assets Inc. (Case No. 22-11127)
- ○ Hilltop Technology Services LLC (Case No. 22-11176)
- ○ Hive Empire Trading Pty Ltd (Case No. 22-11150)
- ○ Innovatia Ltd (Case No. 22-11128)
- ○ Island Bay Ventures Inc (Case No. 22-11129)
- ○ Killarney Lake Investments Ltd (Case No. 22-11131)
- ○ Ledger Holdings Inc. (Case No. 22-11073)
- ○ LedgerPrime Bitcoin Yield Enhancement Fund, LLC (Case No. 22-11177)
- ○ LedgerPrime Bitcoin Yield Enhancement Master Fund, LP (Case No. 22-11155)
- ○ LedgerPrime Digital Asset Opportunities Fund, LLC (Case No. 22-11156)
- ○ LedgerPrime Digital Asset Opportunities Master Fund LP (Case No. 22-11157)
- ○ LedgerPrime LLC (Case No. 22-11158)
- ○ LedgerPrime Ventures, LP (Case No. 22-11159)
- ○ Liquid Financial USA Inc. (Case No. 22-11151)
- ○ Liquid Securities Singapore Pte Ltd (Case No. 22-11086)
- ○ LiquidEX LLC (Case No. 22-11152)
- ○ LT Baskets Ltd. (Case No. 22-11077)
- ○ Maclaurin Investments Ltd. (Case No. 22-11087)
- ○ Mangrove Cay Ltd (Case No. 22-11088)
- ○ North Dimension Inc (Case No. 22-11153)
- ○ North Dimension Ltd (Case No. 22-11160)
- ○ North Wireless Dimension Inc. (Case No. 22-11154)
- ○ Paper Bird Inc (Case No. 22-11089)
- ○ Pioneer Street Inc. (Case No. 22-11090)
- ○ Quoine India Pte Ltd (Case No. 22-11091)
- ○ Quoine Pte Ltd (Case No. 22-11161)
- ○ Quoine Vietnam Co. Ltd (Case No. 22-11092)
- ○ Strategy Ark Collective Ltd. (Case No. 22-11094)
- ○ Technology Services Bahamas Limited (Case No. 22-11095)
- ○ Verdant Canyon Capital LLC (Case No. 22-11096)
- ○ West Innovative Barista Ltd. (Case No. 22-11097)
- ○ West Realm Shires Financial Services Inc. (Case No. 22-11072)
- ○ West Realm Shires Inc. (Case No. 22-11183)
- ○ West Realm Shires Services Inc. (Case No. 22-11071)
- ○ Western Concord Enterprises Ltd. (Case No. 22-11098)
- ○ Zubr Exchange Ltd (Case No. 22-11132)

## Part 1: Identify the Claim

**1. Who is the current Creditor?**
Name of the current creditor (the person or entity to be paid for this claim)

Is the current Creditor an Individual?

- ⦿ No
- ○ Yes

Creditor Name

| Celsius Network Limited |

Other names the creditor used with the debtor

|                         |

Email the creditor used with the debtor

|                         |

**2. Has this claim been acquired from someone else?**

- ⦿ No
- ○ Yes

From whom?

|                         |

**3. Where should notices and payments to the Creditor be sent?**
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

**Where should notices to the Creditor be sent?**

Name:

| Celsius Network Limited |

Address 1 (Street address, "Care of:", or "Attention To:"):

| Care of: Joshua A. Sussberg, P.C. |

Address 2:

| Kirkland & Ellis, LLP |

Address 3:

| 601 Lexington Avenue |

Address 4:

|  |

City:

| New York |

State or Province (use 2-letter abbreviation if US or Canada):

| NY |

Zip Code | Postal Code:

| 10022 |

**Is the creditor address outside of the US?**

● No
○ Yes

Contact phone:

| 212 446-4800 |

Contact email:

| Joshua.sussberg@kirkland.com |

**Should payments go to a different address?**

● No
○ Yes

**Would you like to add any additional noticing addresses?**

● No
○ Yes

**4. Does this claim amend one already filed?**

● No
○ Yes

Claim number on court claims registry (if known)

|  |

**5. Do you know if anyone else has filed a Proof of Claim for this claim?**

● No
○ Yes

Who made the earlier filing?

|  |

Part 2a: Give Information About the Claim as of the Date the Case Was Filed

6. Do you have any number you use to identify the debtor?

◉ No
○ Yes

Last 4 digits of the debtor's account or any number you use to identify the debtor:

### If filing a claim for cryptocurrency, please fill in 7b.

7a. How much is the claim?

| $ | See attached. |

Does this amount include interest or other charges?

○ No
◉ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

If asserted liability is in a currency other than U.S. dollars or cryptocurrency, provide:

(i) the currency type:

(ii) the amount in such currency

(iii) a conversion rate to U.S. dollars

7b. List the number of each type and quantity of each coin owed as of the date the case was filed (November 11, 2022)

Please use only numerals and decimals in the Count fields, up to a maximum of 21 digits or 20 digits and 1 decimal.

| Coin List | Count | Coin List | Count |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Part 2b: Give Information About the Claim as of the Date the Case Was Filed

8. What is the basis of the claim?

Loans, see attached addendum.

9. Is all or part of the claim secured?

○ No
◉ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate
☐ Motor vehicle
☑ Other

Describe:

Digital asset. See attached.

Basis for perfection:

**Value of property (all amounts in US $ dollars):**

Variable

**Amount of the claim that is secured (all amounts in US $ dollars):**

Variable

**Amount of the claim that is unsecured (all amounts in US $ dollars):**

Variable

**Amount necessary to cure any default as of the date of the petition (all amounts in US $ dollars):**

Variable

Annual Interest Rate (when case was filed) % -

◉ Fixed
○ Variable

Annual Interest Rate (when case was filed) %:

9.5%

**10. Is this claim based on a lease?**

◉ No
○ Yes

**Amount necessary to cure any default as of the date of the petition (all amounts in US $ dollars).**

**11. Is this claim subject to a right of setoff?**

◉ No
○ Yes

Identify the property.

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

◉ No
○ Yes

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,350 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $15,150) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

◉ No
○ Yes.

Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the date of commencement of the above case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. If claim is for both goods and services, provide your total claim amount (goods & services) in section 7a. and the value of the goods here. Attach documentation supporting such claim. See the instructions above on what further information is required.

## Part 3: Electronic Signature

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.

18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

- ◉ I am the creditor.
- ○ I am the creditor's attorney or authorized agent.
- ○ I am the trustee, or the Debtor, or their authorized agent. Bankruptcy Rule 3004.
- ○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

06/29/2023

Signature



I certify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree that my electronic signature herein complies with the ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

Name of the person who is completing and signing this claim:

First Name/Middle Name/Last Name:

Christopher Ferraro

Title/Company:

CRO, CFO and Interim CEO Celsius Network Limited

**Address 1:**

50 Harrison Street

**Address 2:**

**City:**

Hoboken

**State or Province (use 2-letter abbreviation if US or Canada):**

New Jersey

**Zip Code | Postal Code:**

07030

**Is this address outside of the US?**

◉ No
○ Yes

**Contact phone:**

(212) 446-4800

**Contact email:**

Joshua.sussberg@kirkland.com

## Supporting Documentation

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**

◉ I have supporting documentation
○ I do not have supporting documentation

**Attach a single PDF attachment that is less than 5 megabytes in size**

Attachment to Loan Claim FINAL.pdf — 112 KB

**Attachment Filename**

Attachment to Loan Claim FINAL.pdf

**ATTACHMENT TO PROOF OF CLAIM**

Celsius Network Limited, a company established under the laws of England and Wales ("Celsius") hereby asserts a secured claim against Debtor Alameda Research, Ltd. (Case No. 22-11067) ("Alameda") in the amount of $14,176,995.81, or 10,000,000 ADA, 83,553 LTC, 1,303,482 EOS, and 3,125,000 MATIC, whichever is greater in value, plus interest, taxes, Borrow Fees[1], Late Fees and any other fees and penalties.

In addition, Celsius asserts a claim for the value of any tokens that it is entitled to pursuant to a Hard Fork or an Applicable Airdrop.

In addition, Celsius demands, pursuant to section 9.2 of the MLA, additional amounts, to be determined, for all "direct and reasonable costs and expenses, including, without limitation, reasonable legal fees and court costs incurred by Lender in connection with the enforcement of its right" under the MLA.

The claim is based upon that certain First Amended and Restated Master Loan Agreement dated December 8, 2021, as amended and supplemented thereafter, including, but limited to one Loan Term Sheet dated June 29, 2021 and three additional Loan Term Sheets dated June 10, 2022 (collectively, the "MLA") between Celsius and Alameda which granted Celsius a pre-petition security interest in certain Collateral. The MLA is incorporated into this claim by reference.

The first Loan Term Sheet is dated June 29, 2021 and relates to the loan of 10,000,000 ADA or $13,900,000.00 with a Borrow Fee of 7% annually, calculated and charged monthly. The Collateral Asset is FTT with a Collateral Amount of 509,717.64 FTT Coin or $13,900,000.00.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the MLA.

The second Loan Term Sheet is dated June 10, 2022 and relates to the loan of 83,552.63 LTC Coin or $4,784,223.59 with a Borrow Fee of 3.50% annually, calculated and charged monthly. The Collateral Asset is FTT with a Collateral Amount of 174,107.88 FTT Coin or $4,784,223.59.

The third Loan Term Sheet is also dated June 10, 2022 and relates to the loan of 1,303,482.24 EOC Coin or $1,564,178.69 with a Borrow Fee of 9.50% annually, calculated and charged monthly. The Collateral Asset is FTT with a Collateral Amount of 56,265.42 FTT Coin or $1,564,178.68.

The fourth Loan Term Sheet is also dated June 10, 2022 and relates to the loan of 3,125,000.00 MATIC or $1,875,000 with a Borrow Fee of 8.0% annually, calculated and charged monthly. The Collateral Asset is SRM with a Collateral Amount of 2,008,928.57 SRM Coin or $1,875,000.

Due to the terms contained therein, the MLA and the four Loan Term Sheets are not attached hereto, but they are being emailed on the date of filing of this proof of claim to Adam G. Landis (landis@lrclaw.com); Kimberly A. Brown (brown@lrclaw.com); and Matthew R. Pierce (pierce@lrclaw.com).

To the extent that the Collateral securing the loans does not total $14,176,995.81, or 10,000,000 ADA, 83,553 LTC, 1,303,482 EOS, and 3,125,000 MATIC, whichever is greater in value, plus interest, taxes, fees and penalties, then Celsius Network asserts an unliquidated, general unsecured claim for the amount of the deficiency against Alameda.

Celsius expressly reserves the right to assert additional claims against Alameda of any nature for any other amounts and to amend, modify, increase and/or supplement this proof of claim and to file additional claims against additional Debtors in connection with the MLA and related

loan term sheets. Celsius denies any liability to the Alameda or any other party in connection herewith. However, to the extent that Alameda or any other party may take any action that would give rise to a right of setoff, recoupment, counterclaim, or other rights or claims, Celsius reserves all rights in this regard, including, but not limited to, the right to amend this claim, if necessary, by virtue of any right of setoff or recoupment against any claims, defenses, or setoffs that the Debtors or any other party may assert against the claimant.

FTX Non Customer Proof of Claim Form

## Confirmation of Submission

**Your Form has been successfully submitted...**

| DOCUMENT ID | Submitted Date Time |
|---|---|
| 6a49c9e631cd922e1a45ffa48845754222b9a6a8 | 2023-06-29T14:04:33.39Z |

| Status | CONFIRMATION ID |
|---|---|
| Submitted | 3265-69-UESDT-736829555 |

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as your Confirmation ID.

Orbeon Forms 2022.1.3.202304130216 PE