# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LLC, FTX TRADING LTD., WEST REALM SHIRES, INC., AND WEST REALM SHIRES SERVICES INC. (D/B/A FTX.US),<br><br>    Plaintiffs,<br><br>v.<br><br>DANIEL FRIEDBERG,<br><br>    Defendant. | Adv. Pro. No. 23-50419 (JTD) |
| FTX TRADING LTD., ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., WEST REALM SHIRES SERVICES, INC., and NORTH DIMENSION INC.,<br><br>    Plaintiffs,<br><br>- against -<br><br>CENTER FOR APPLIED RATIONALITY, LIGHTCONE INFRASTRUCTURE, INC., LIGHTCONE ROSE GARDEN LLC and FTX FOUNDATION,<br><br>    Defendants. | Adv. Pro. No. 24-50066 (JTD) |

---

[1] The last four digits of FTX Trading Ltd.'s FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

| | |
|---|---|
| FTX TRADING LTD., *et al.*,<br><br>                      Plaintiffs,<br><br>        -against-<br><br>ALEXANDER CHERNYAVSKY, BRANDON ORR, CHUKWUDOZIE EZEOKOLI, EDWIN GARRISON, GREGG PODALSKY, JULIE PAPADAKIS, KYLE RUPPRECHT, LEANDRO CABO, MICHAEL LIVIERATOS, MICHAEL NORRIS, RYAN HENDERSON, SHENGYUN HUANG, SUNIL KAVURI, VIJETH SHETTY, VITOR VOZZA, and WARREN WINTER,<br><br>                      Defendants. | Adv. Pro. No. 24-50072 (JTD) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
AUGUST 15, 2024 AT 1:00 P.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY
AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF
DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR,
COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

**ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING
TO PRESENT AT THE HEARING AND WITNESSES, MUST BE PHYSICALLY
PRESENT IN THE COURTROOM. ANY NON-PARTICIPANT MAY OBSERVE
THE HEARING REMOTELY BY REGISTERING IN ADVANCE AT THE LINK BELOW
NO LATER THAN AUGUST 14, 2024 AT 4:00 P.M. (ET).**

**To attend this hearing remotely, please register using the eCourt Appearances tool on the
Court's website at www.deb.uscourts.gov.**

**ADJOURNED MATTERS:**

1. Notice of Pretrial Conference in an Adversary Proceeding [*Alameda Research LLC et al. v. Friedberg*, Adv. No. 23-50419 (JTD) – Adv. D.I. 7, filed on July 26, 2023]

    Status: This matter is adjourned to a date to be determined.

2. Motion of Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP to Require Debtors' Claims and Noticing Agent to Recognize and Record Transfer of Claim to Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP [D.I. 9289, filed on March 13, 2024]

    Status: This matter is adjourned to the next omnibus hearing.

3. Notice of Pretrial Conference in Adversary Proceeding [*FTX Trading Ltd. et al. v. Center for Applied Rationality et al.*, Adv. No. 24-50066 (JTD) – Adv. D.I. 3, filed on May 17, 2024]

   Status: This matter is adjourned to a date to be determined.

**WITHDRAWN MATTERS:**

4. Eden Protocol Limited's Motion for Entry of an Order (I) Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(D)(1), (II) Waiving Bankruptcy Rule 4001, And (III) Granting Related Relief [D.I. 20300, filed on July 12, 2024]

   Status: This matter was withdrawn on August 1, 2024.

**RESOLVED MATTERS:**

5. Examiner's Motion to Amend the Cost of Phase I of Examination [D.I. 20342, filed on July 12, 2024]

   Status: On July 31, 2024, the Court entered an order granting the requested relief. Accordingly, a hearing regarding this matter is not required.

6. Motion of the Debtors for Entry of an Order (A) Authorizing the Debtors to Enter Into, and Perform Under, the Stipulation with Paxos, (B) Approving the Stipulation, and (C) Granting Related Relief [D.I. 20792, filed on July 18, 2024]

   Status: On August 5, 2024, the Court entered an order granting the requested relief. Accordingly, a hearing regarding this matter is not required.

7. Motion of the Debtors for Entry of an Order (A) Authorizing the Debtors to Enter into Stipulation with Phala Ltd. (B) Approving the Stipulation, and (C) Granting Related Relief [D.I. 21053, filed on July 22, 2024]

   Status: On August 7, 2024, the Court entered an order granting the requested relief. Accordingly, a hearing regarding this matter is not required.

**MATTERS GOING FORWARD:**

8. Notice of Filing of Limited Omnibus Objection of MDL FTX Customers to Professionals' Monthly Fee Statements [D.I. 22113, filed on August 1, 2024]

   Response Deadline: N/A

   Responses Received:

   A. Debtors' Response to Limited Omnibus Objection of MDL FTX Customers to Professionals' Monthly Fee Statements [D.I. 22579, filed on August 8, 2024]

B. Objection and Response of Paul Hastings LLP and Young Conaway Stargatt & Taylor, LLP, and Joinder in the Debtors' Response, to Limited Omnibus Objection of MDL FTX Customers to Professionals' Monthly Fee Statements [D.I. 22580, filed on August 8, 2024]

Related Documents:

A. Notice of Withdrawal of Limited Omnibus Objections to Certain Monthly Fee Statements [D.I. 22616, filed on August 9, 2024]

Status: This matter is going forward.

9. Motion to Amend Order (I) Granting the Examiner Authority to Conduct Additional Investigations and (II) Establishing the Scope, Cost, Degree, and Duration of the Second Phase of the Examination and Granting Related Relief [D.I. 22294, filed on August 5, 2024]

Response Deadline: August 13, 2024 at 4:00 p.m.

Responses Received: None.

Related Documents:

A. Order Shortening Notice of Examiner's Motion to Amend Order (I) Granting the Examiner Authority to Conduct Additional Investigations and (II) Establishing the Cost, Degree and Duration of the Second Phase of the Examination and Granting Related Relief [D.I. 22342, entered on August 6, 2024]

B. Notice of Examiner's Motion to Amend Order (I) Granting the Examiner Authority to Conduct Additional Investigations and (II) Establishing the Cost, Degree and Duration of the Second Phase of the Examination and Granting Related Relief [D.I. 22344, filed on August 6, 2024]

Status: This matter is going forward.

**PRETRIAL/STATUS CONFERENCE:**

10. Notice of Pretrial Conference in Adversary Proceeding [*FTX Trading Ltd. v. Chernyavsky et al.*, Adv. No. 24-50072 (JTD) – Adv. D.I. 8, filed on June 26, 2024]

Status: This matter is going forward.

| | |
|---|---|
| Dated: August 13, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>       brown@lrclaw.com<br>       pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>       bromleyj@sullcrom.com<br>       gluecksteinb@sullcrom.com<br>       kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |