IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>  Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Ref. No. 6365 |

**CERTIFICATION OF COUNSEL**

I, Matthew R. Pierce, counsel to FTX Trading Ltd. ("FTX Trading") and its affiliated debtors and debtors-in-possession (the "Debtors"), hereby certify to the best of my knowledge, information and belief as follows:

1. On January 24, 2024, the Court entered the *Order Authorizing and Approving the Debtors and FTX DM's Entry Into, and Performance of Their Obligations Under, (I) the Global Settlement Agreement and (II) the Loan Agreement* [D.I. 6365] (the "GSA Order") authorizing, among other things, the Debtors' and FTX Digital Markets Ltd.'s ("FTX DM") entry into the Global Settlement Agreement (the "Global Settlement Agreement"), dated as of December 19, 2023.

2. On August 12, 2024, the Debtors and FTX DM entered into the *First Amendment and Restatement to Global Settlement Agreement* (the "Amendment") amending the Global Settlement Agreement as set forth therein.

3. Pursuant to the GSA Order, the Global Settlement Agreement "and any related agreements, documents or instruments may be modified, supplemented or waived by the

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0076896.2}

parties thereto in accordance with the terms thereof, in each case without further order of the Court." GSA ¶ 4.

4. While Court approval of the Amendment is not required under the GSA Order, the Debtors respectfully request that the Court enter the proposed form of order attached hereto as Exhibit A (the "Order") approving the Debtors' entry into, and performance of their obligations under, the Amendment. A copy of the Amendment is attached as Exhibit 1 to the proposed Order.

5. A copy of the Order has been circulated to counsel to the joint official liquidators ("JOLs") of FTX DM and the JOLs do not object to entry of the Order. The Debtors understand the JOLs contemporaneously are requesting approval of the Amendment in FTX DM's Chapter 15 case.

6. Accordingly, the Debtors respectfully request that the Court enter the Order at its earliest convenience. In accordance with the Court's electronic order processing procedures, a clean copy of the Order shall be uploaded to CM/ECF.

| | |
|---|---|
| Dated: August 13, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>         brown@lrclaw.com<br>         pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>         bromleyj@sullcrom.com<br>         gluecksteinb@sullcrom.com<br>         kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |