## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Justin Lewenson, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 25, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served by first class mail on the Service List attached hereto as **Exhibit A**:

- Notice to Disregard Materials Relating to Claims Against FTX Europe AG, a copy of which is attached hereto as **Exhibit B** (the "***FTX Europe AG Notice***")

On July 25, 2024, at my direction and under my supervision, employees of Kroll caused the FTX Europe AG Notice to be served via email on 2 interested parties whose names and addresses have been redacted in the interest of privacy.

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: August 12, 2024

*/s/ Justin Lewenson*
Justin Lewenson

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 12, 2024, by Justin Lewenson, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

SRF 81061

**<u>Exhibit A</u>**

Exhibit A
Europe AG Claims Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Aristaflow GMBH | Martin Jurisch - CEO | Talfinger Str. 7 | | | Ulm | | 89073 | Germany |
| Calico Capital Limited (Formerly TigerWit Limited) | ADDRESS ON FILE | | | | | | | |
| CM-Equity AG | Kaufinger Str. 20 | | | | Munich | | 80331 | Germany |
| DELOITTE LIMITED | 24 SPYROU KYPRIANOU AVENUE | P.O.BOX 21675 | | | NICOSIA | | CY-1075 | CYPRUS |
| Google LLC | White and Williams LLP | c/o James Vandermark | 1650 Market Street, One Liberty Place | Suite 1800 | Philadelphia | PA | 19103 | |
| Google LLC | White and Williams LLP | c/o James Vandermark | 1650 Market Street, One Liberty Place | Suite 1800 | Philadelphia | PA | 19103 | |
| Google LLC | White and Williams LLP | c/o James Vandermark | 1650 Market Street, One Liberty Place | Suite 1800 | Philadelphia | PA | 19103 | |
| Lewis Silkin LLP | Arbor | 255 Blackfriars Road | | | London | | SE1 AX | United Kingdom |
| NAME ON FILE | ADDRESS ON FILE | | | | | | | |
| Loyens & Loeff CVBA/SCRL | Tervurenlaan 2 | | | | Etterbeek | | 1040 | Belgium |
| MarketVector Indexes GmbH | Voltastr. 1 | | | | Frankfurt am Main | | 60486 | Germany |
| NAME ON FILE | ADDRESS ON FILE | | | | | | | |

**Exhibit B**

SRF 81061

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE TO DISREGARD MATERIALS RELATING
## TO CLAIMS AGAINST FTX EUROPE AG

**PLEASE TAKE NOTICE** that on June 26, 2024, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan* [D.I. 19068] (the "Solicitation Procedures Order").  Among other things, the Solicitation Procedures Order approved the adequacy of the *Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Affiliated Debtors and Debtors-in-Possession* (as may be amended, modified or supplemented from time to time, the "Disclosure Statement"), voting and solicitation procedures and established the timeline to confirm the *Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* (as may be amended, modified or supplemented from time to time, the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE THAT** on or prior to July 10, 2024, in accordance with the Solicitation Procedures Order, you received solicitation materials relating to your Claim(s) against Debtor FTX Europe AG (the "FTX Europe AG Solicitation Materials").

**PLEASE TAKE FURTHER NOTICE THAT** in accordance with the terms of the Plan and as described in the Disclosure Statement, FTX Europe AG ("FTX Europe") is being treated as an Excluded Entity for the purposes of the Plan.  As a result, any Claims or purported Claims against FTX Europe will not be addressed through the Plan.

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]    Capitalized terms used but not defined in this notice shall have the meaning ascribed to them in the Plan or the Disclosure Statement, as applicable.

SRF 81061

**PLEASE TAKE FURTHER NOTICE THAT** as a result of the foregoing election to treat FTX Europe as an Excluded Entity, you should disregard the FTX Europe AG Solicitation Materials.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Plan, the Plan Supplement, the Disclosure Statement and the Solicitation Procedures Order, as well as all other documents filed in these Chapter 11 Cases, may be obtained (i) for a nominal fee from the Court's electronic docket for the Debtors' Chapter 11 Cases at https://ecf.deb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or (ii) free of charge by accessing the website of Kroll Restructuring Administration, LLC (the "Solicitation Agent"), https://restructuring.ra.kroll.com/FTX.    In addition, the Debtors will, at their expense, provide paper copies of the Plan, Disclosure Statement or Solicitation Procedures Order to any party submitting a request for such paper copies by (a) calling the Solicitation Agent at (888) 482-0049 (toll-free) or +1 (646) 440-4176 (international); (b) e-mailing the Solicitation Agent at ftxinfo@ra.kroll.com with a reference to "In re: FTX - Solicitation Inquiry" in the subject line; or (c) writing to the Solicitation Agent at FTX Trading Ltd. Ballot Processing Center, c/o Kroll Restructuring Administration LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232.    Please be advised that the Solicitation Agent is authorized to answer questions about, and provide additional copies of, materials filed in these Chapter 11 Cases, but may not advise you as to whether you should object to the confirmation of the Plan or on matters relating to the Plan.

SRF 81061

Dated: July 25, 2024
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*