# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Ref. Nos. 6365 and 22802 |

### ORDER AUTHORIZING THE DEBTORS' ENTRY INTO, AND PERFORMANCE OF THEIR OBLIGATIONS UNDER, THE FIRST AMENDMENT AND RESTATEMENT TO GLOBAL SETTLEMENT AGREEMENT

Upon the *Certification of Counsel* (the "Certification of Counsel"),[2] and the Amendment entered into between the Debtors and FTX DM; and this Court having jurisdiction to consider the Certification of Counsel and the Amendment pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and it appearing that sufficient notice of the Amendment has been given; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Debtors' entry into, and performance of their obligations under, the *First Amendment and Restatement to Global Settlement Agreement* (the "Amendment"), a copy of which is attached hereto as Exhibit 1, is hereby APPROVED.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Certification of Counsel.

{1368.002-W0076896.2}

2.        Other than to the extent superseded by this Order's approval of the Amendment, the terms and conditions of the *Order Authorizing and Approving the Debtors and FTX DM's Entry Into, and Performance of Their Obligations Under, (I) the Global Settlement Agreement and (II) the Loan Agreement* [D.I. 6365] remain in full force and effect.

3.        The Debtors are authorized and empowered to execute and deliver such documents, and to take and perform all actions, necessary to implement and effectuate the relief granted in this Order.

4.        This Order is immediately effective and enforceable, notwithstanding the possible applicability of Bankruptcy Rule 6004(h) or otherwise.

5.        This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: August 14th, 2024  
Wilmington, Delaware

JOHN T. DORSEY  
UNITED STATES BANKRUPTCY JUDGE