RECEIVED
2024 AUG 13 PM 1:14
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(*Jointly Administered*)<br><br>Hearing Date: September 12, 2024 at 1:00 P.M. ET<br>Objection Deadline: July 24, 2024 at 4:00 P.M. ET |

## ADDITIONAL MATERIALS REGARDING
## "CLAIMANT No. 53449's AND No. 53486's RESPONSE TO THE DEBTORS' FIFTIETH (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN CLAIMS FILED AGAINST THE INCORRECT DEBTOR"

| DOCKET NUMBER、DATE FILED<br>（文書番号、出願日） | Docket 17636、Filed 06/14/24 |
|---|---|
| THE NAME OF THE CLAIMANT<br>（請求者の氏名） | NAGASAKA, TAKUYA<br>（長坂　拓哉） |
| THE CLAIM NUMBER（請求番号） | (1) 53449　　　　(2) 53486 |
| A DESCRIPTION OF THE BASIS FOR THE AMOUNT OF THE CLAIM<br>（請求額の根拠の説明） | (1) 2.92772803 BTC　(2) 1.01748088 USD<br><br>This case is about FTX Trading's failure to transfer the account to FTX Japan, even though FTX Trading should have done so.<br><br>Moreover, the claimant (creditor) has no deficiencies whatsoever.<br><br>Since Japanese residents are required by Japanese law to maintain segregated accounts and to return assets in kind, not in US dollars, the BTC and US dollars must be transferred from FTX Trading to FTX Japan, and then the BTC and US dollars must be delivered to the claimant (creditor). |

# 追 加 資 料

1．The Schedules and Statements of the claimant (creditor) in this case

The following is a March 29, 2023 email notice from Kroll Restructuring Administration LLC to the claimant (creditor) in this case.



The claimant (creditor) in this case was recorded on the books of FTX Trading. The basis for the debtor's current claim is based on this record.

The claimant (creditor) in this case had been conducting FTX Earn via the FTX JP mobile app, but stopped FTX Earn on November 9, 2022, Japan time.

The following records were verified through the FTX Customer Claims Portal.



FTX Trading's terms of service stipulated that all residents of Japan were to use FTX Earn through their FTX Japan accounts. If the debtor's claim is accepted, it would violate FTX Trading's terms and conditions.

**FTX Trading's latest Terms of Service stipulated that Japanese residents using FTX Earn must be FTX Japan accounts.**

2．The Schedules and Statements for accounts opened through FTX Japan's web browser service after the transfer date

I found something new when I compared the claimant (creditor) in this case with another account.

After the transfer date (April 4, 2022), the following was recorded for the account of a Japanese resident, different from the claimant (creditor) in this case, who had completed the opening of a new account through the FTX Japan web browser service and then FTX Earn via the FTX JP mobile application The following was recorded.



To my surprise, this account was also recorded on the FTX Trading statement (ledger). It was treated the same as the claimant (creditor) in this case.

The history of this account is very simple. It is as follows, Japan time.

April         4, 2022    FTX Japan began service.
September 11, 2022   Application to open a new account.
September 11, 2022   JPY is deposited into FTX Japan.
September 15, 2022   BTC is purchased.
September 15, 2022   FTX Earn starts via FTX JP mobile app.
November  9, 2022    FTX Earn ceased to be used.

The client's assets on this account were returned by FTX Japan in March 2023.

After the transfer date (April 4, 2022), Japanese residents could only create accounts at FTX Japan, so it is only natural that FTX Japan would return the assets. However, the problem is that for some reason they were recorded on FTX Trading's books.

This violates FTX Trading's terms of service, since FTX Trading's terms of service stipulate that all residents of Japan use FTX Earn through their FTX Japan account.

This should be considered improper asset management on the part of the debtor.

We can only assume that the assets handled by the FTX JP mobile app were controlled by FTX Trading's books, with or without the KYC process (identity verification). At the very least, the books maintained by FTX Trading show that the FTX Japan account was mixed in.

There is no doubt that FTX Trading's books are unreliable.

The following records were verified through the FTX Customer Claims Portal.



Both the record of new accounts opened after the transfer date (April 4, 2022) using FTX EARN and the record of the claimant's (creditor's) account in this case using FTX EARN were recorded as "FTX App Earn".

Both of these accounts were using FTX EARN via the FTX JP mobile app. You can see that the process is exactly the same nature.

3. **The Schedules and Statements for accounts opened through the FTX JP mobile app after the transfer date**

There is a malicious case by FTX Japan. For Japanese residents who opened new accounts through the FTX JP mobile app after the transfer date (April 4, 2022), FTX Japan attempted to refuse to return their assets.

| | | |
|---|---|---|
| April | 2022 | FTX Japan started service. |
| August | 2022 | New account opened through FTX JP mobile app. |
| February 2023 | February 2023 | FTX Japan refused to return the assets. |
| February 2023 | | Victim's clients strongly protested, reporting the incident to Japanese regulators. |
| March | 2023 | FTX Japan returned the assets without any explanation. |

**FTX Japan's argument that the assets were not eligible for return was that the transfer from FTX Trading to the FTX Japan account had not taken place.**

This victim (customer) strongly protested. He made the following allegations (1) through (4) and reported them to the Japanese regulator, which resulted in the return of his assets.

(1) Opening a new account through the FTX JP mobile app after the transfer date (April 4, 2022).
(2) FTX Japan has notified that the KYC process (identity verification) has been completed.
(3) After the transfer date (April 4, 2022), Japanese residents may not open accounts at FTX Trading.
(4) It is a violation of Japanese law that new accounts opened in August 2022 are not FTX Japan.



https://twitter.com/yakiginnan13/status/1624665827218948096







https://twitter.com/yakiginnan13/status/1625687484872134656



In this instance, FTX Japan was suddenly sent a notice of return of assets without any explanation to its clients. <u>The FTX Japan was then recorded on FTX Trading's books in the bankruptcy petition filed in the Delaware Court of Chancery in the US.</u>



- 11 -





This case shows that FTX Japan admitted the following (1) to (2).

(1) <u>Assets handled by the FTX JP mobile app were managed by FTX Trading, not FTX Japan.</u>

(2) <u>FTX Japan admitted its mistake and returned the assets.</u>

4．Conclusion of Additional Materials

The following is what we have learned from the additional documents in this case.

(1) The assets of the FTX JP mobile app were maintained in the books of FTX Trading.
(2) Despite the fact that Japanese law required that FTX JP mobile app assets handled by Japanese residents be kept on FTX Japan's books, this was not done in practice.
(3) The same process was performed on FTX Trading's books, with or without the KYC process (identity verification).

FTX Japan had a prior arrangement with all Japanese residents to manage their assets as FTX Japan accounts. Nevertheless, FTX Japan has changed its method of determining whether an account is an FTX Japan account or not based on the existence of a KYC process (identity verification) since the filing of the bankruptcy petition in the US court.

<u>To date, there is still no explanation from the debtor's side as to why the criteria for judgment was changed to something different from the prior arrangement.</u> However, there is no doubt that the current debtor's claim was a very convenient idea for the debtor. We have to assess that this is because the debtor did not want to take responsibility and started making selfish claims.

<u>The Debtor's argument that the accounts currently recorded on FTX Trading's books are FTX Trading accounts cannot be trusted at all.</u>

I hope that the court will make a just and appropriate decision with reference to this additional material.

Dated: August 6, 2024

/s/ NAGASAKA, TAKUYA

NAGASAKA, TAKUYA（長坂 拓哉）
50-15 TSUTSUMINE
KAWASAKI SHI KAWASAKI KU
KANAGAWA

Postal code : 210-0026
Name of Country : JAPAN
Phone : +81-90-5777-1202
E-mail: : nag.t1202@gmail.com

# EMS 国際スピード郵便

06.08.24

**JAPAN POST**

## EMS 国際スピード郵便

送り状 (Dispatch Note)　　　書類用 (Business Papers)

JAPAN　騒権により開くことがあります　JAPAN POST　お問い合わせ番号 (item number)　EN 335...

*EN 3355

| From (Sender) Name & Address | 受付年月日 Date mailed | | | 受付時刻 Time mailed | 時 (hour) | 分 (Minute) |
|---|---|---|---|---|---|---|
| Takuya Nagasaka<br>50-15 TSUTSUMINE<br>KAWASAKI SHI KAWASAKI KU<br>Kanagawa | 年 (Year)<br>2024 | 月 (Month)<br>08 | 日 (Date)<br>06 | 総重量<br>Total gross weight | 108 | 55 g |

To (Addressee) Name & Address
The United States Bankruptcy Court for the
824 North Market Street
3rd Floor
Wilmington

Postal Code 210-0026
TEL +81-90-5777-1202　FAX

DELAWARE
Country UNITED STATES OF AMERICA

JAPAN

※書類用のため内容品欄はありません

**The Fastest and Most Reliable International Postal Service**