## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors | Case No. 22-11068 (JTD)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Related Docket Nos. 17789, 22113, 22119, 22579, 22580, 22603, and 22616** |

### NOTICE OF WITHDRAWAL OF LIMITED OMNIBUS OBJECTIONS TO CERTAIN MONTHLY FEE STATEMENTS

**PLEASE TAKE NOTICE** that, on July 25, 2024, in accordance with the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 435] (the "Interim Compensation Order"), the MDL FTX Customers[2] served the *Limited Omnibus Objection of MDL FTX Customers to Professionals' Monthly Fee Statements* (the "First Monthly Fee Objection").[3]

**PLEASE TAKE FURTHER NOTICE** that, on August 6, 2024, in accordance with the Interim Compensation Order, the MDL FTX Customers served the *Second Limited Omnibus Objection of MDL FTX Customers to Professionals' Monthly Fee Statements* (the "Second

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] "MDL FTX Customers" means: Alexander Chernyavsky, Brandon Orr, Chukwudozie Ezeokoli, Edwin Garrison, Gregg Podalsky, Julie Papadakis, Kyle Rupprecht, Leandro Cabo, Michael Livieratos, Michael Norris, Ryan Henderson, Shengyun Huang, Sunil Kavuri, and Vijeth Shetty. The FTX Customers are also the named plaintiffs in the multi-district litigation matter captioned *In re FTX Cryptocurrency Exchange Collapse Litigation*, Case No. 23-md-03076, pending in the U.S. District Court for the Southern District of Florida.

[3] A capitalized term used but not defined herein shall have the meaning ascribed to it in the First Monthly Fee Objection.

Monthly Fee Objection" and together with the First Monthly Fee Objection, the "Monthly Fee Objections").

**PLEASE TAKE FURTHER NOTICE** that, on August 8, 2024, (1) the Debtors filed their *Response to Limited Omnibus Objection of MDL FTX Customers to Professionals' Monthly Fee Statements* [Docket No. 22579] and (2) counsel to the Official Committee of Unsecured Creditors filed the *Objection ad Response of Paul Hastings LLP and Young Conaway Stargatt & Taylor LLP, and Joinder in the Debtors' Response, to Limited Omnibus Objection of MDL FTX Customers to Professionals' Monthly Fee Statements* [Docket No. 22580].

**PLEASE TAKE FURTHER NOTICE** that, on August 9, 2024, the MDL FTX Customers withdrew the Monthly Fee Objections as to the monthly fee statements filed by counsel to the Examiner. *See* Docket Nos. 17789, 22119, and 22616.

**PLEASE TAKE FURTHER NOTICE** that the MDL FTX Customers hereby withdraw the Monthly Fee Objections in their entirety, without prejudice. The MDL FTX Customers reserve all rights to (1) object to any further monthly fee statements served by any Professional, (2) object to any interim and final fee applications submitted by any Professional, and (3) seek disgorgement of any fees and expenses paid by the Debtors' estates during the pendency of these Chapter 11 Cases to any Professional.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: August 14, 2024 | GELLERT SEITZ BUSENKELL & BROWN, LLC |

*/s/ Ronald S. Gellert*
Ronald S. Gellert (DE 4259)
Bradley P. Lehman (DE 5921)
1201 N. Orange St., Ste. 300
Wilmington, Delaware 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
rgellert@gsbblaw.com
blehman@gsbblaw.com

By: */s/ David Boies*
David Boies
Alexander Boies
Brooke A. Alexander
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
914-749-8200
dboies@bsfllp.com
aboies@bsfllp.com
balexander@bsfllp.com

By: */s/ Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
Joseph M. Kaye
Florida Bar No. 117520
THE MOSKOWITZ LAW FIRM, PLLC
Continental Plaza
3250 Mary Street, Suite 202
Coconut Grove, FL 33133
Office: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com
service@moskowitz-law.com

*Counsel to the MDL FTX Customers*