# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (JTD) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE,** Kariya Kayamori ("Mr. Kayamori") hereby appears by and through his counsel, Orrick, Herrington & Sutcliffe LLP and Klehr Harrison Harvey Branzburg LLP (collectively, "Counsel"). Counsel hereby enters their appearance pursuant to sections 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the undersigned be added to the official mailing matrix and service lists in the above-captioned case. Counsel requests, pursuant to Bankruptcy Rules 2002, 3017, 9007, and 9010 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

11100172.v1

and served upon Mr. Kayamori through service upon Counsel, at the address, telephone, and electronic mail set forth below:

| | |
|---|---|
| **ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>Laura Metzger, Esq.<br>Michael Trentin, Esq.<br>51 West 52nd Street<br>New York, New York 10019-6142<br>Telephone: (212) 506-5000<br>Email:  lmetzger@orrick.com<br>           mtrentin@orrick.com | **KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Richard M. Beck, Esq.<br>Domenic E. Pacitti, Esq.<br>Sally E. Veghte, Esq.<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware  19801-3062<br>Telephone:  (302) 426-1189<br>Email:  rbeck@klehr.com<br>           dpacitti@klehr.com<br>           sveghte@klehr.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints and demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service* shall not be deemed or construed to be a waiver of any of the rights of Mr. Kayamori including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in these cases, or any case, controversy, or adversary proceeding related to these cases, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Mr. Kayamori may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

11100172.v1

**PLEASE TAKE FURTHER NOTICE** that the aforementioned Counsel requests that they be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in these chapter 11 cases.

| | |
|---|---|
| Dated: August 14, 2024<br>Wilmington, Delaware | */s/ Richard M. Beck*<br>Richard M. Beck (DE Bar No. 3370)<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Sally E. Veghte (DE Bar No. 4762)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 Market Street, Suite 1000<br>Wilmington, Delaware, 19801-3062<br>Telephone: (302) 426-1189<br>Email: rbeck@klehr.com<br>      dpacitti@klehr.com<br>      sveghte@klehr.com<br><br>-and-<br><br>Laura Metzger (*pro hac vice* pending)<br>Michael Trentin (*pro hac vice* pending)<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>51 West 52nd Street<br>New York, New York  10019-6142<br>Telephone: (212) 506-5000<br>Email: lmetzger@orrick.com<br>      mtrentin@orrick.com<br><br>*Counsel to Kariya Kayamori* |

11100172.v1