IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>          Debtors. | )<br>) Chapter 11<br>)<br>) Case No. 22-11068 (JTD)<br>)<br>) (Jointly Administered)<br>) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Michael Trentin, Esquire of Orrick, Herrington & Sutcliffe LLP, to represent Kariya Kayamori in the above-captioned cases and any and all adversary proceedings in this action.

       /s/ Richard M. Beck
       Richard M. Beck (DE Bar No. 3370)
       KLEHR HARRISON HARVEY BRANZBURG LLP
       919 N. Market Street, Suite 1000
       Wilmington, Delaware 19801
       Telephone: (302) 552-5501
       Email:  rbeck@klehr.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York and New Jersey and submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this proceeding. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for the District Court.

       /s/ Michael Trentin
       Michael Trentin, Esq.
       ORRICK, HERRINGTON & SUTCLIFFE LLP
       51 West 52nd Street
       New York, New York 10019-6142
       Telephone: (212) 506-5000
       Email:  mtrentin@orrick.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: August 14th, 2024**
**Wilmington, Delaware**

       **JOHN T. DORSEY**
       **UNITED STATES BANKRUPTCY JUDGE**