IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>   Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>**Related D.I. 22294** |

**CERTIFICATE OF NO OBJECTION REGARDING EXAMINER'S
MOTION TO AMEND ORDER (I) GRANTING THE EXAMINER
AUTHORITY TO CONDUCT ADDITIONAL INVESTIGATIONS AND
(II) ESTABLISHING THE SCOPE, COST, DEGREE, AND DURATION OF THE
SECOND PHASE OF THE EXAMINATION AND GRANTING RELATED RELIEF**

I, Michael D. DeBaecke, an attorney with the law firm of Ashby & Geddes, P.A., Delaware counsel to Robert J. Cleary in his capacity as the examiner appointed in the above-captioned Chapter 11 bankruptcy cases (the "Examiner"), hereby certifies the following:

1. On August 3, 2024, Robert J. Cleary, as Examiner, filed the *Examiner's Motion to Amend Order (I) Granting the Examiner Authority to Conduct Additional Investigations and (II) Establishing the Scope, Cost, Degree, and Duration of the Second Phase of the Examination and Granting Related Relief* [D.I. 22294] (the "Motion").

2. Pursuant to prior order of the Court and the related notice served in connection with the Motion, any objections or responses to the Motion were to be filed with the Court and served by August 13, 2024, at 4:00 p.m. (Eastern Time).

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of Debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{02042383;v1 }

...

3. As of the date hereof, the undersigned counsel has not been served with or otherwise received any responses in opposition to the relief requested by the Motion. A review of the Court's docket indicates that, as of this date, no responses or objections have been filed.

WHEREFORE, the Examiner respectfully requests entry of the proposed form of order attached to the Motion, a copy of which will be uploaded contemporaneously herewith.[2]

Dated: August 14, 2024

ASHBY & GEDDES, P.A.

*/s/ Michael D. DeBaecke*
Michael D. DeBaecke (No. 3186)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19801
Tel: (302) 504-3728
Email: mdebaecke@ashbygeddes.com

and

**PATTERSON BELKNAP WEBB & TYLER LLP**
Daniel A. Lowenthal (admitted *pro hac vice*)
Kimberly Black (admitted *pro hac vice*)
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2720
Email: dalowenthal@pbwt.com
         kblack@pbwt.com

*Counsel for Robert J. Cleary, solely in his capacity as Examiner appointed in the Chapter 11 Cases*

---

[2] The form of proposed order filed with the Motion inadvertently contained a duplicate paragraph (*see* former and identical paragraphs 8 and 11 of the proposed order, addressing retention of jurisdiction). A corrected form of proposed order will be uploaded. Other than removal of duplicate paragraph 8, the form of order filed with the Motion is unchanged.