UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



In re:

FTX Trading Ltd., *et al.*

                Debtors

Chapter 11
Case No. 22-11068
(Jointly Administered)

### NOTICE OF WITHDRAWAL OF NOTICE OF TRANSFER OF CLAIM

Xclaim Inc. hereby withdraws the following Notices of Transfer of Claim:

| Filing Date | Docket # | Transferee |
| --- | --- | --- |
| August 14, 2024 | 22959 | Federico Natali |

**Xclaim Inc.**

By: */s/ Evan Sedigh*
Evan Sedigh
2261 Market Street #4385
San Francisco, CA 94114

Email: evan@x-claim.com

June 24, 2024