**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Hearing Date: N/A<br>Obj. Deadline: July 25, 2024 at 4:00 p.m. (ET)<br><br>Ref. No. 19614 |

**CERTIFICATE OF NO OBJECTION**

The *Nineteenth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2024 Through and Including May 31, 2024* [D.I. 19614] (the "Monthly Fee Statement") was filed on July 5, 2024. On August 14, 2024, the MDL FTX Customers (as defined in the Notice of Withdrawal) filed the *Notice of Withdrawal of Limited Omnibus Objections to Certain Monthly Fee Statements* [D.I. 22950] (the "Notice of Withdrawal") withdrawing the Monthly Fee Objections (as defined in the Notice of Withdrawal) in their entirety.

The undersigned hereby certifies that, as of the date hereof, he has received no pending answer, objection or other responsive pleading to the Monthly Fee Statement. The undersigned further certifies that he has reviewed the Court's docket in these cases and no pending answer, objection or other responsive pleading to the Monthly Fee Statement appears thereon. Pursuant to

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0076706.}

the notice, responses, if any, to the relief requested in the Monthly Fee Statement were to be filed and served on or before July 25, 2024 at 4:00 p.m. (ET).

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 435], the Debtors are now authorized to pay 80% ($5,562,671.44) of the requested fees ($6,953,339.30) and 100% ($10,625.02) of the requested expenses on an interim basis without further Court order.

| | |
|---|---|
| Dated: August 14, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>         brown@lrclaw.com<br>         pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>         bromleyj@sullcrom.com<br>         gluecksteinb@sullcrom.com<br>         kranzleya@sullcrom.com<br><br>*Counsel for the Debtors<br>and Debtors-in-Possession* |