IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Re D.I. Nos. 22573** |

## STATEMENT OF SUPPORT FOR THE LIMITED OBJECTION OF KIHYUK NAM

JON BOND ("Supporter") is a holder of FTT tokens and a creditor in the Chapter 11 bankruptcy proceedings of FTX Trading Ltd. and its affiliates. The Supporter submits this statement in support of the Limited Objection of KIHYUK NAM to the Valuation of FTT in Motion of Debtors to Estimate Claims Based on Digital Assets and Request for Fair Treatment of FTT Holders [D.I. 22573], and its related supplemental amendments.

## CLARIFICATION

The Supporter fully endorses the arguments presented in KIHYUK NAM's objection and supplemental amendments. Specifically, the Supporter agrees with the assertion that the FTT tokens were unfairly valued at zero and that FTT holders are being treated unfairly compared to other creditors. Additionally, the Supporter strongly supports the argument that FTT tokens should be revalued according to their market value and that FTT holders should receive fair treatment.

---

[1] Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

## NATURE AND AMOUNT OF CLAIM

In compliance with the objection guidelines, the Supporter hereby provides the following information regarding my claim:

1. Account ID: 4306564
2. Unique Customer Code: 5F0D-CCA7-814E-E3BC
3. Platform: FTX.COM
4. Total FTT Holdings: 154.7 FTT

## CONCLUSION

For the reasons stated herein, the Supporter respectfully requests that the Court carefully consider the objection filed by KIHYUK NAM and its supplemental amendments, ensuring that the rights of FTT holders are protected and that they receive fair treatment.

Dated: August 10, 2024

                                                             Respectfully submitted,

                                                              JON BOND

                                                              /s/ Jon Bond
                                                             Jon Bond

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, JON BOND, hereby certify that on August 10, 2024, a true and correct copy of **STATEMENT OF SUPPORT FOR THE LIMITED OBJECTION OF KIHYUK NAM** was (i) delivered to the United States Bankruptcy Court for the District of Delaware and (ii) served on the parties listed below via electronic mail.

---

[1] Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Sullivan & Cromwell LLP
125 Broad Street,
New York, NY 10004
Attn: Andrew G. Dietderich. Esq.
Brian D. Glueckstein. Esq.
Alexa J. Kranzley. Esq.
Email: dietdericha@sullcrom.com
Email: gluecksteinb@sullcrom.com
Email: kranzleya@sullcrom.com

The Office of the United States Trustee
for the District of Delaware
Attn: Linda Richenderfer, Esq.
Email: linda.richenderfer@usdoj.gov
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Attn: Matthew B. Lunn. Esq.
Robert F. Poppiti, Jr. . Esq.
Email: mlunn@ycst.com
Email: rpoppiti@ycst.com

Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Attn: Kris Hansen. Esq.
Ken Pasquale. Esq.
Email: krishansen@paulhastings.com
Email: kenpasquale@paulhastings.com

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
Wilmington, Delaware 19801
Attn: Matthew B. Harvey. Esq.
Email: mharvey@morrisnichols.com

Dated: August 13, 2024

Richard, Layton, and Finger P.A.
One Rodeney Square
920 N. King Street
Wilmington, Delaware 19801,
Attn: Brendan Schlauch. Esq.
Paul N. Heath. Esq.
Email: schlauch@rlf.com
Email: heath@rlf.com

Eversheds Sutherland (US) LLP 227
West Monroe Street, Suite 6000
Chicago, Illinois 60606
Attn: Erin E. Broderick. Esq.
Email: erinbroderick@eversheds-sutherland.com

White & Case LLP
1221 Avenue of the Americas,
New York, New York 10020,
Attn: Brett Bakermeyer. Esq.
Brian D. Pfeiffer, Esq.
Email: brett.bakemeyer@whitecase.com
Email: brian.pfeiffer@whitecase.com

Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Attn: Adam G. Landis. Esq.
Kimberly A. Brown. Esq.
Email: landis@lrclaw.com
Email: brown@lrclaw.com

**JON BOND**

*/s/ Jon Bond*
Jon Bond