## EXHIBIT A

## Owl Hill Advisory, LLC

**Summary of Staffing and Functions – FTX Trading Ltd.,** *et al.*
**for the Period from July 1, 2024 through July 31, 2024**

| Name and Title | Function/Role |
|---|---|
| **Staffing – Officer Positions** ||
| John J. Ray III | Chief Executive Officer |
| **Staffing – Non-Officer Positions** ||
| N/A | N/A |

**The following Compensation Report includes
services performed by Owl Hill on behalf of the Debtors
for the period from July 1, 2024 through July 31, 2024**

**Summary of Services Provided**

1.      John J. Ray III is the only professional staffed by Owl Hill on the engagement.  As the CEO for the Debtors, Mr. Ray has assumed in all respects the management of the Debtors' businesses.  In addition, as described in the First Day Declarations, Mr. Ray has provided oversight and support to the Debtors' other professionals in connection with execution of the five core objectives of these Chapter 11 Cases:

  (a)   Implementation of Controls:  the implementation of accounting, audit, cash management, cybersecurity, human resources, risk management, data protection and other systems that did not exist, or did not exist to an appropriate degree, prior to Mr. Ray's appointment;

  (b)   Asset Protection & Recovery:  the location and security of property of the estate, a substantial portion of which may be missing or stolen;

  (c)   Transparency and Investigation:  the pending, comprehensive, transparent and deliberate investigation into claims against Mr. Samuel Bankman-Fried, the other co-founders of the Debtors and third parties, in coordination with regulatory stakeholders in the United States and around the world;

  (d)   Efficiency and Coordination:  cooperation and coordination with insolvency proceedings of subsidiary companies in other jurisdictions; and

  (e)   Maximization of Value:  the maximization of value for all stakeholders through the eventual reorganization or sale of the Debtors 'complex array of businesses, investments and digital and physical property.

2.      During the Reporting Period, Mr. Ray directed and oversaw the Debtors' businesses and worked with the Debtors' retained professionals on these five objectives.  This work included periodic meetings and numerous communications with the independent board of directors and attending regular weekly telephonic and in person board meetings to manage and coordinate the Debtors' operations and restructuring efforts.  Mr. Ray led weekly calls with the

lead professionals related to the overall direction and management of the case as well as broader weekly meetings with the professional firms that are critical to the day-to-day management of these Chapter 11 Cases. Additionally, Mr. Ray has worked to establish and maintain internal controls, address and manage employees and employee concerns, interacted with management in Japan, Europe and other locations throughout the world and managed cash, other assets and investments, data and systems related issues with respect to all Debtors. Mr. Ray also provided oversight related to the Debtors' public relations and communications plans.

3. Mr. Ray also spent significant time managing the Debtors' Chapter 11 Cases. Mr. Ray has dedicated his time to various issues related to asset recovery and security, engagement and meeting with the Committee and monitoring the status of the Debtors' chapter 11 filings and professional retentions. In connection with the review of professional retentions, Mr. Ray coordinated with the Debtors' professionals to avoid the unnecessary duplication of services. In addition to work related to claims and creditor management, Mr. Ray provided oversight and assistance with the evaluation of potential avoidance actions, the consideration of the sale of certain businesses and investments and the development of restructuring strategies. Mr. Ray is involved day to day with respect to the management and disposition of the Debtors' coins and tokens. During the period, Mr. Ray devoted time to coordinating with the Joint Provisional Liquidators in the Bahamas to ensure a seamless post confirmation distribution process. Additionally, Mr. Ray has been directly involved with furthering the plan and steps toward confirmation. Mr. Ray has also been involved with the resolution of certain actions and plan matters.

### Summary of Compensation and Expenses

| Period | Fees | Expenses | Total |
|---|---|---|---|
| July 1, 2024 – July 31, 2024 | $319,882.50 | $80.93 | $319,963.43 |

### Summary of Expense by Category

| Expense Category | Total Expenses |
|---|---|
| Travel – Lodging | $0.00 |
| Travel – Airfare | $0.00 |
| Travel – Transportation (other) | $0.00 |
| Travel – Meals | $0.00 |
| Other Expenses | $80.93 |
| **Total Amount for Period:** | $80.93 |

### Summary of Time and Fees by Professional

| Name of Professional | Function/Role | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| John J. Ray III | Chief Executive Officer | $1,575.00 | 203.1 | $319,882.50 |
| | **50% adjustment for non-working travel:** | | 0.0 | ($0.00) |
| | **Total Amount for Period:** | | | $319,882.50 |

**Time Detail Activity by Professional**

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 7/1/24 | Analysis of litigation matter | John J. Ray III | 1.3 | $2,047.50 |
| 7/1/24 | Review of weekly token sales and holdings | John J. Ray III | 0.5 | $787.50 |
| 7/1/24 | Call with A&M (D Johnson and others) and S&C (E Simpson and others) related to Japan | John J. Ray III | 0.5 | $787.50 |
| 7/1/24 | Call with potential counsel related to litigation matter | John J. Ray III | 0.5 | $787.50 |
| 7/1/24 | Review and assist creditor with claims matter | John J. Ray III | 0.5 | $787.50 |
| 7/1/24 | Review and approve CPSA related to token sale | John J. Ray III | 0.5 | $787.50 |
| 7/1/24 | Review of outstanding and pending work streams | John J. Ray III | 1.0 | $1,575.00 |
| 7/1/24 | Review and execute documents related to Lithuania matter | John J. Ray III | 0.5 | $787.50 |
| 7/1/24 | Review and revise draft term sheet | John J. Ray III | 0.8 | $1,260.00 |
| 7/1/24 | Review and comment on distribution agent deck | John J. Ray III | 1.5 | $2,362.50 |
| 7/1/24 | Review tear sheets related to creditor matrix | John J. Ray III | 0.3 | $472.50 |
| 7/2/24 | Call with S&C (A Kranzley and others), W&C (B Bakemeyer and others), and JOLs related to pending claims matter | John J. Ray III | 0.5 | $787.50 |
| 7/2/24 | Call with E&Y (T Shea and others) and S&C (D Hariton and others) related to tax matters | John J. Ray III | 0.8 | $1,260.00 |
| 7/2/24 | Review communications related to tax matters and comment on same | John J. Ray III | 1.3 | $2,047.50 |
| 7/2/24 | Review and comment on term sheet draft | John J. Ray III | 0.8 | $1,260.00 |
| 7/2/24 | Review potential settlement related to property funded by FTX | John J. Ray III | 0.8 | $1,260.00 |
| 7/2/24 | Review and approve professional fees | John J. Ray III | 0.8 | $1,260.00 |

---

[1] Non-working travel is charged at a 50% discount to the standard rate.

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 7/2/24 | Review venture capital investment communications related to new developments | John J. Ray III | 0.8 | $1,260.00 |
| 7/3/24 | Call and emails with creditors related to post confirmation matters | John J. Ray III | 1.0 | $1,575.00 |
| 7/3/24 | Communicate with candidate related to post confirmation | John J. Ray III | 0.8 | $1,260.00 |
| 7/3/24 | Review of proposal from venture investment | John J. Ray III | 0.8 | $1,260.00 |
| 7/3/24 | Review of unsecured claim analysis | John J. Ray III | 1.8 | $2,835.00 |
| 7/3/24 | Review updates related to Japan | John J. Ray III | 1.3 | $2,047.50 |
| 7/3/24 | Review and sign off on NDA changes | John J. Ray III | 0.5 | $787.50 |
| 7/4/24 | Calls with candidates related to post confirmation matters | John J. Ray III | 1.0 | $1,575.00 |
| 7/4/24 | Review communications from JOLs related to token transfer | John J. Ray III | 0.3 | $472.50 |
| 7/5/24 | Review of Japan matters and provide direction and approvals | John J. Ray III | 0.5 | $787.50 |
| 7/5/24 | Review communications related to venture investment | John J. Ray III | 0.5 | $787.50 |
| 7/5/24 | Review status of reimbursement matter | John J. Ray III | 0.3 | $472.50 |
| 7/5/24 | Communicate with PWP related to investment sale | John J. Ray III | 0.3 | $472.50 |
| 7/5/24 | Review token investment status and communicate with A&M (K Ramanathan) re same | John J. Ray III | 0.8 | $1,260.00 |
| 7/6/24 | Review motion filed re MDL | John J. Ray III | 0.3 | $472.50 |
| 7/6/24 | Review status of Japan sale process and provide direction | John J. Ray III | 0.5 | $787.50 |
| 7/7/24 | Review multiple (3) claims objection motions and provide comments | John J. Ray III | 1.5 | $2,362.50 |
| 7/7/24 | Review updates related to venture asset | John J. Ray III | 0.5 | $787.50 |
| 7/7/24 | Review status of litigation matter | John J. Ray III | 0.3 | $472.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 7/7/24 | Review and approve trading reports | John J. Ray III | 0.5 | $787.50 |
| 7/8/24 | Review Japan update materials and provide comments | John J. Ray III | 0.8 | $1,260.00 |
| 7/8/24 | Call with A&M (D Johnson and others) and S&C (E Simpson and others) related to Japan bid process, intracompany settlement payments | John J. Ray III | 0.8 | $1,260.00 |
| 7/8/24 | Review weekly trading summary | John J. Ray III | 0.8 | $1,260.00 |
| 7/8/24 | Attend communications call related to Plan and Disclosure Statement | John J. Ray III | 0.3 | $472.50 |
| 7/8/24 | Call with A&M (K Ramanathan and other) and creditor representatives related to token and coin sales, and management | John J. Ray III | 0.5 | $787.50 |
| 7/8/24 | Review and revise proposal related to Emergent and communicate same | John J. Ray III | 0.8 | $1,260.00 |
| 7/8/24 | Prepare Board agenda and materials | John J. Ray III | 0.5 | $787.50 |
| 7/8/24 | Review property issue related to FTX propco Bahamas | John J. Ray III | 0.5 | $787.50 |
| 7/8/24 | Review and approve CPSA amendments | John J. Ray III | 0.5 | $787.50 |
| 7/8/24 | Call with interested party related to term sheet, including A&M (E Mosely and others) and S&C (A Dietderich and others) | John J. Ray III | 0.5 | $787.50 |
| 7/8/24 | Call with QE (S Rand) related to pending litigation matter | John J. Ray III | 1.3 | $2,047.50 |
| 7/8/24 | Review Bahamas portal communications and comment on same | John J. Ray III | 0.8 | $1,260.00 |
| 7/8/24 | Revise settlement proposal emergent and communicate same | John J. Ray III | 0.5 | $787.50 |
| 7/8/24 | Review token documents and execute same | John J. Ray III | 1.3 | $2,047.50 |
| 7/9/24 | Review open items related to EU | John J. Ray III | 0.8 | $1,260.00 |
| 7/9/24 | Review communications related to MDL matter | John J. Ray III | 0.3 | $472.50 |
| 7/9/24 | Review cash positions and receivables | John J. Ray III | 0.5 | $787.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 7/9/24 | Call with S&C (A Dietderich and others) and A&M (E Mosely and others) and PWP (B Mendelsohn and others) related to weekly steering committee call | John J. Ray III | 1.0 | $1,575.00 |
| 7/9/24 | Review and execute letter related to Lithuania cash | John J. Ray III | 0.3 | $472.50 |
| 7/9/24 | Attend Board call including S&C (A Dietderich and others), A&M (E Mosely and others), and PWP (B Mendelsohn and others) | John J. Ray III | 1.0 | $1,575.00 |
| 7/9/24 | Review and approve/comment on multiple (4) claims objections | John J. Ray III | 1.5 | $2,362.50 |
| 7/9/24 | Respond to creditor inquiry | John J. Ray III | 0.3 | $472.50 |
| 7/9/24 | Review communications from S&C (B Glueckstein) related to rulings and next steps | John J. Ray III | 0.3 | $472.50 |
| 7/9/24 | Review and revise proposed terms related to pending motion and revise same | John J. Ray III | 2.0 | $3,150.00 |
| 7/9/24 | Participate in tax call with E&Y (T Shea and others) and A&M (S Coverick and others) | John J. Ray III | 1.0 | $1,575.00 |
| 7/9/24 | Review professional fees | John J. Ray III | 1.0 | $1,575.00 |
| 7/9/24 | Review and provide direction related to token and coin matters | John J. Ray III | 0.8 | $1,260.00 |
| 7/10/24 | Review of venture asset structure | John J. Ray III | 1.3 | $2,047.50 |
| 7/10/24 | Review and revise draft term sheet related to settlement matter | John J. Ray III | 1.3 | $2,047.50 |
| 7/10/24 | Review multiple (5) claim objection motions | John J. Ray III | 1.5 | $2,362.50 |
| 7/10/24 | Review ACH documents related to Plan supplement | John J. Ray III | 0.5 | $787.50 |
| 7/10/24 | Review and revise materials related to MDL matters | John J. Ray III | 1.5 | $2,362.50 |
| 7/10/24 | Review claims matters related to employee claims | John J. Ray III | 0.3 | $472.50 |
| 7/10/24 | Review cash positions | John J. Ray III | 0.3 | $472.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 7/10/24 | Review draft distribution agreement and comment | John J. Ray III | 2.8 | $4,410.00 |
| 7/10/24 | Review tax withholding Q&As | John J. Ray III | 0.3 | $472.50 |
| 7/10/24 | Review additional (3) claim objections motions | John J. Ray III | 1.3 | $2,047.50 |
| 7/10/24 | Further review and edit settlement term sheet | John J. Ray III | 0.8 | $1,260.00 |
| 7/10/24 | Review diligence requests and underlying materials | John J. Ray III | 0.8 | $1,260.00 |
| 7/10/24 | Review materials for distribution to the Board re CFTC | John J. Ray III | 0.5 | $787.50 |
| 7/11/24 | Review materials related to Japan | John J. Ray III | 1.8 | $2,835.00 |
| 7/11/24 | Review revised assumed contract analysis | John J. Ray III | 3.0 | $4,725.00 |
| 7/11/24 | Review and provide direction related to coins and tokens | John J. Ray III | 1.3 | $2,047.50 |
| 7/11/24 | Review materials related to distribution agent and claims portal guide related to claims and voting and KYC | John J. Ray III | 2.3 | $3,622.50 |
| 7/12/24 | Review Japan proposal and provide follow up questions and direction | John J. Ray III | 1.3 | $2,047.50 |
| 7/12/24 | Review final CFTC documents and execute same | John J. Ray III | 1.5 | $2,362.50 |
| 7/12/24 | Review MDL matter and discuss with S&C (B Glueckstein) and QE (S Rand) and provide direction re same | John J. Ray III | 2.8 | $4,410.00 |
| 7/12/24 | Review several matters related to coins and tokens including data and tax withholding (0.5), token consent review and execution (0.8), distribution agent selection (0.5) | John J. Ray III | 1.8 | $2,835.00 |
| 7/12/24 | Review JOL data requests and permissions | John J. Ray III | 0.5 | $787.50 |
| 7/12/24 | Review data transfer agreement with JOLs | John J. Ray III | 1.3 | $2,047.50 |
| 7/12/24 | Review Japan offer and provide direction related to next steps | John J. Ray III | 0.8 | $1,260.00 |
| 7/13/24 | Review of bid for Japan | John J. Ray III | 0.8 | $1,260.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 7/14/24 | Call with UCC professionals related to post confirmation matters | John J. Ray III | 0.5 | $787.50 |
| 7/15/24 | Call with A&M (D Johnston and others) and S&C (E Simpson and others) related to Japan | John J. Ray III | 0.5 | $787.50 |
| 7/15/24 | Call with UCC member and committee re post confirmation matters | John J. Ray III | 0.5 | $787.50 |
| 7/15/24 | Call with J Frank regarding Plan communications | John J. Ray III | 0.5 | $787.50 |
| 7/15/24 | Call with committee professionals and A&M (K Ramanathan and others) related to coins and tokens | John J. Ray III | 0.8 | $1,260.00 |
| 7/15/24 | Review revised settlement terms and comment on same | John J. Ray III | 1.8 | $2,835.00 |
| 7/15/24 | Review of coin and token sales | John J. Ray III | 0.5 | $787.50 |
| 7/15/24 | Review of administrative expense allocations | John J. Ray III | 1.8 | $2,835.00 |
| 7/15/24 | Call with A&M (K Ramanathan and D Sagan) related to coins and token summary | John J. Ray III | 0.5 | $787.50 |
| 7/15/24 | Review and revise NDAs | John J. Ray III | 0.8 | $1,260.00 |
| 7/15/24 | Review of Embed status | John J. Ray III | 0.3 | $472.50 |
| 7/15/24 | Review and revise JOL meeting agenda | John J. Ray III | 0.5 | $787.50 |
| 7/15/24 | Review voting tabulation format and information | John J. Ray III | 0.3 | $472.50 |
| 7/15/24 | Review updated related to Japan sale | John J. Ray III | 0.5 | $787.50 |
| 7/16/24 | Steering committee call with S&C (A Kranzley and others), A&M (E Mosely and others), and PWP (K Cofsky and others) | John J. Ray III | 1.0 | $1,575.00 |
| 7/16/24 | Review and comment on settlement term sheet | John J. Ray III | 2.5 | $3,937.50 |
| 7/16/24 | Call with tax professionals E&Y (T Shea and others) and A&M (K Ramanathan and others) | John J. Ray III | 0.3 | $472.50 |
| 7/16/24 | Review and provide direction related to crypto matters and distribution processes and documentation | John J. Ray III | 2.8 | $4,410.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 7/16/24 | Review and execute sales documentation | John J. Ray III | 0.3 | $472.50 |
| 7/16/24 | Review of revised administrative expense allocation | John J. Ray III | 1.8 | $2,835.00 |
| 7/16/24 | Call with JOLs, A&M (E Mosley and others) and S&C (B Glueckstein and others) related to pending matters | John J. Ray III | 0.8 | $1,260.00 |
| 7/17/24 | Review and execute documents related to Japan sale | John J. Ray III | 0.5 | $787.50 |
| 7/17/24 | Revise draft NDA and communicate to counter party | John J. Ray III | 0.5 | $787.50 |
| 7/17/24 | Review of current work streams and provide direction | John J. Ray III | 4.5 | $7,087.50 |
| 7/17/24 | Review communication from VC investment and provide direction | John J. Ray III | 0.5 | $787.50 |
| 7/17/24 | Review outstanding items related to coins and tokens and plan distribution mechanics | John J. Ray III | 1.3 | $2,047.50 |
| 7/17/24 | Review revised term sheet related to settlement of Plan matters | John J. Ray III | 0.8 | $1,260.00 |
| 7/17/24 | Review diligence requests and responses | John J. Ray III | 0.5 | $787.50 |
| 7/17/24 | Review distribution agreement draft and provide comments | John J. Ray III | 0.5 | $787.50 |
| 7/18/24 | Review GSA amended agreement and provide comments | John J. Ray III | 1.0 | $1,575.00 |
| 7/18/24 | Review SAFE notes conversion and execute documents related to same | John J. Ray III | 1.3 | $2,047.50 |
| 7/18/24 | Review coins and tokens status and provide direction | John J. Ray III | 0.8 | $1,260.00 |
| 7/18/24 | Review documentation of distribution agreements and processes and provide comments and direction | John J. Ray III | 1.3 | $2,047.50 |
| 7/18/24 | Mark up GSA agreement with comments | John J. Ray III | 0.8 | $1,260.00 |
| 7/18/24 | Review settlement proposal and provide comments | John J. Ray III | 0.8 | $1,260.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 7/18/24 | Review locked token agreement | John J. Ray III | 0.8 | $1,260.00 |
| 7/19/24 | Review of asset tracing related to FTX accounts and execute direction letter | John J. Ray III | 1.0 | $1,575.00 |
| 7/19/24 | Review of interim voting | John J. Ray III | 0.5 | $787.50 |
| 7/19/24 | Review and comment on matters related to Japan closing | John J. Ray III | 2.0 | $3,150.00 |
| 7/19/24 | Review and comment on token term sheet | John J. Ray III | 0.8 | $1,260.00 |
| 7/19/24 | Communications with A&M (K Ramanathan) related to master balloting | John J. Ray III | 0.5 | $787.50 |
| 7/19/24 | Review and develop issues list related to VC investment | John J. Ray III | 1.3 | $2,047.50 |
| 7/19/24 | Review of GSA mark up | John J. Ray III | 1.3 | $2,047.50 |
| 7/20/24 | Review communications related to FTX propco | John J. Ray III | 0.5 | $787.50 |
| 7/20/24 | Further review of GSA changes | John J. Ray III | 0.8 | $1,260.00 |
| 7/21/24 | Communicate with Ad hoc committee related to post confirmation matters | John J. Ray III | 0.5 | $787.50 |
| 7/22/24 | Call with A&M (D Johnston and others) and S&C (E Simpson and others) related to Japan closing matters | John J. Ray III | 0.8 | $1,260.00 |
| 7/22/24 | Call with J Frank related to Plan communications | John J. Ray III | 0.3 | $472.50 |
| 7/22/24 | Weekly call with Galaxy and UCC professionals and A&M (K Ramanathan and others) | John J. Ray III | 0.8 | $1,260.00 |
| 7/22/24 | Review and comment on distribution agreements and confidentiality agreements related to same | John J. Ray III | 1.8 | $2,835.00 |
| 7/22/24 | Call with creditor related to Plan status | John J. Ray III | 1.0 | $1,575.00 |
| 7/22/24 | Prepare Board agenda | John J. Ray III | 0.5 | $787.50 |
| 7/22/24 | Review and execute EU AG financial statements | John J. Ray III | 2.8 | $4,410.00 |
| 7/22/24 | Review of crypto and summary holdings | John J. Ray III | 1.3 | $2,047.50 |
| 7/22/24 | Review of indemnity matter | John J. Ray III | 0.8 | $1,260.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 7/22/24 | Review of draft data transfer agreement | John J. Ray III | 1.3 | $2,047.50 |
| 7/23/24 | Review of block developments | John J. Ray III | 0.3 | $472.50 |
| 7/23/24 | Review of PMO matters | John J. Ray III | 0.5 | $787.50 |
| 7/23/24 | Steering committee call with S&C (A Dietderich and others), PWP (B Mendelson and others) and A&M (E Mosely and others) | John J. Ray III | 1.0 | $1,575.00 |
| 7/23/24 | Prepare for Board call and assemble materials | John J. Ray III | 1.0 | $1,575.00 |
| 7/23/24 | Conduct Board call | John J. Ray III | 0.8 | $1,260.00 |
| 7/23/24 | Review cash balances by institution | John J. Ray III | 0.5 | $787.50 |
| 7/23/24 | Review of proposal related to litigation matter | John J. Ray III | 1.3 | $2,047.50 |
| 7/23/24 | Review of materials to assist fee examiner | John J. Ray III | 0.8 | $1,260.00 |
| 7/23/24 | Coordinate meeting for VC investment | John J. Ray III | 0.3 | $472.50 |
| 7/23/24 | Call with token issuer | John J. Ray III | 0.8 | $1,260.00 |
| 7/23/24 | Review, comment and approve settlement term sheet | John J. Ray III | 1.3 | $2,047.50 |
| 7/23/24 | Review of preliminary voting | John J. Ray III | 0.3 | $472.50 |
| 7/24/24 | Review and approve data transfer agreement | John J. Ray III | 0.8 | $1,260.00 |
| 7/24/24 | Review crypto and token status | John J. Ray III | 0.8 | $1,260.00 |
| 7/24/24 | Prepare NDAs for advisory committee members | John J. Ray III | 0.8 | $1,260.00 |
| 7/24/24 | Review and approve distribution agreement documentation | John J. Ray III | 0.8 | $1,260.00 |
| 7/24/24 | Follow up with counsel related to investigation of avoidance action | John J. Ray III | 0.5 | $787.50 |
| 7/24/24 | Call with ad hoc members related to Plan matters | John J. Ray III | 1.5 | $2,362.50 |
| 7/24/24 | Review draft settlement agreement | John J. Ray III | 1.0 | $1,575.00 |
| 7/24/24 | Review and approve Japan transition plan | John J. Ray III | 1.3 | $2,047.50 |
| 7/24/24 | Review status of omnibus ballots | John J. Ray III | 0.5 | $787.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 7/24/24 | Review status of certain claims pending KYC | John J. Ray III | 0.8 | $1,260.00 |
| 7/25/24 | Review status of distribution agent agreements and work plan | John J. Ray III | 0.8 | $1,260.00 |
| 7/25/24 | Follow up with counsel related to future avoidance actions | John J. Ray III | 0.3 | $472.50 |
| 7/25/24 | Review status of KYC pending | John J. Ray III | 1.0 | $1,575.00 |
| 7/25/24 | Review status of pending dispute with adverse party holding assets | John J. Ray III | 0.5 | $787.50 |
| 7/25/24 | Review and provide direction related to Japan matters | John J. Ray III | 3.0 | $4,725.00 |
| 7/25/24 | Review PPI calculations | John J. Ray III | 1.8 | $2,835.00 |
| 7/25/24 | Review banking matters re Japan and transitions | John J. Ray III | 0.5 | $787.50 |
| 7/25/24 | Review communications from S&C (B Glueckstein) related to filed motion | John J. Ray III | 0.5 | $787.50 |
| 7/26/24 | Call with A&M (S Coverick and others) and S&C (B Glueckstein and others) related to BlockFi claim | John J. Ray III | 0.5 | $787.50 |
| 7/26/24 | Review of claims subject to objection | John J. Ray III | 0.8 | $1,260.00 |
| 7/26/24 | Review and assist related to EU post sale matters | John J. Ray III | 0.5 | $787.50 |
| 7/26/24 | Review and execute Japan Interco termination agreement | John J. Ray III | 0.5 | $787.50 |
| 7/26/24 | Review of further GSA amendment changes | John J. Ray III | 0.5 | $787.50 |
| 7/26/24 | Review of trust agreement and administration agreement and provide comments | John J. Ray III | 2.8 | $4,410.00 |
| 7/26/24 | Review reply to stay relief motion | John J. Ray III | 0.5 | $787.50 |
| 7/26/24 | Review and provide direction and approvals related to distribution process and agreements | John J. Ray III | 2.0 | $3,150.00 |
| 7/26/24 | Review and approve diligence request | John J. Ray III | 0.5 | $787.50 |
| 7/27/24 | Review updates related to Japan post sale window | John J. Ray III | 0.8 | $1,260.00 |
| 7/27/24 | Review Plan supplement draft language | John J. Ray III | 1.3 | $2,047.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 7/28/24 | Further update related to Japan post sale wind down | John J. Ray III | 0.8 | $1,260.00 |
| 7/29/24 | Review of Board resolutions and certificates and execute same, deliver to counsel | John J. Ray III | 0.8 | $1,260.00 |
| 7/29/24 | Review status of Japan post sale wind down (0.5) and call with A&M (D Johnston and others) and S&C (E Simpson) regarding same (0.5) | John J. Ray III | 1.0 | $1,575.00 |
| 7/29/24 | Assist creditor with ballot and claims questions | John J. Ray III | 0.8 | $1,260.00 |
| 7/29/24 | Follow up with EU buyer related to post closing matters | John J. Ray III | 0.8 | $1,260.00 |
| 7/29/24 | Review Embed status and follow up related to cash balances | John J. Ray III | 0.5 | $787.50 |
| 7/29/24 | Call with J Frank related to Plan communications | John J. Ray III | 0.5 | $787.50 |
| 7/29/24 | Call with A&M (K Ramanathan and others) and creditor representatives related to China token sales status | John J. Ray III | 1.3 | $2,047.50 |
| 7/29/24 | Review sales of coins and token and reports regarding same | John J. Ray III | 0.8 | $1,260.00 |
| 7/29/24 | Review agenda for JOL meeting and supplement same | John J. Ray III | 0.3 | $472.50 |
| 7/29/24 | Review communications related to BlockFi claims, and communicate with S&C related to same | John J. Ray III | 1.3 | $2,047.50 |
| 7/29/24 | Review PMO matters and follow up | John J. Ray III | 1.0 | $1,575.00 |
| 7/29/24 | Review voting results to date | John J. Ray III | 0.3 | $472.50 |
| 7/29/24 | Review GSA amendment drafts | John J. Ray III | 0.3 | $472.50 |
| 7/29/24 | Review materials to distribute to advisory committee | John J. Ray III | 0.5 | $787.50 |
| 7/30/24 | Review latest draft of trust agreement and PA and provide comments | John J. Ray III | 1.3 | $2,047.50 |
| 7/30/24 | Review MDL filings | John J. Ray III | 0.8 | $1,260.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 7/30/24 | Weekly steering committee call with S&C (A Dietderich and others), A&M (E Mosley and others), and PWP (B Mendelsohn and others) | John J. Ray III | 1.0 | $1,575.00 |
| 7/30/24 | Call with JOLs related to status, including S&C (A Dietderich and other) and A&M (E Mosley and others) | John J. Ray III | 1.0 | $1,575.00 |
| 7/30/24 | Review and comment on draft Plan supplement | John J. Ray III | 0.8 | $1,260.00 |
| 7/30/24 | Review diligence requests and respond to same | John J. Ray III | 0.5 | $787.50 |
| 7/30/24 | Provide direction related to distribution agents process and agreements | John J. Ray III | 0.8 | $1,260.00 |
| 7/30/24 | Review draft distribution services agreement for non-institutional | John J. Ray III | 1.8 | $2,835.00 |
| 7/30/24 | Review draft emergent agreement | John J. Ray III | 1.3 | $2,047.50 |
| 7/30/24 | Call with S&C (J Croke and B Glueckstein) related to token matter and resolution status | John J. Ray III | 0.5 | $787.50 |
| 7/30/24 | Review interest calculations | John J. Ray III | 0.8 | $1,260.00 |
| 7/31/24 | Review ballot questions and respond to creditor regarding same | John J. Ray III | 0.8 | $1,260.00 |
| 7/31/24 | Review interest calculations and discuss matter with creditor and calls with S&C (A Dietderich) | John J. Ray III | 1.8 | $2,835.00 |
| 7/31/24 | Review then consent agreement and authorize same | John J. Ray III | 1.3 | $2,047.50 |
| 7/31/24 | Review status of K5 investments and materials related to holdings (1.3), and conduct call with K5 and PWP (B Mendelsohn and others) (1.3) | John J. Ray III | 2.6 | $4,095.00 |
| 7/31/24 | Further review of ballot questions and facilitate responses to creditors | John J. Ray III | 1.3 | $2,047.50 |
| 7/31/24 | Review communications related to pending motions and replies | John J. Ray III | 0.8 | $1,260.00 |
| | | **Total Amount for Period:** | 203.1 | $319,882.50 |

**Owl Hill Expense Report – Detail by Day, by Category**

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 7/29/24 | Overnight shipping of documents to S&C | | | | | $80.93 | John J. Ray III |
| | **Total Amount for Period:** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$80.93** | |