## Schedule 1

## Updated Interested Parties List

**_363 Sale Parties_**
7percent Ventures II
Alliance Labs
Alpha Square
Anysphere
Arceau Capital
Athos Capital
Atomic Vaults
Augment Collective
Bitflyer USA Inc
Caisse de dépôt et placement du Québec (CDPQ)
Children's Healthcare of Atlanta
Coins PH
Collab Fund (LTSE)
Craig Falls
CVC Capital Partners
Demvest Equities
Dominet
EquiLibre Technologies
Ethereal Ventures
Fidelity Management & Research
Figure Group
Fund FG-AGV, a Series of Forge Investments LLC
Fund FG-BLU, a Series of Forge Investments LLC
FYI.FYI
Georgian + Northleaf + IVP + Parkwood + Flossbach
Goanna Capital
Golden Arc
GVH Venture
Hiive
HOF Capital
ID Funds
Industry Ventures
Jane Street
Jared Perlin Revocable Trust
K16 Ventures
Keygen Labs
Lennertz & Co.
Liberty Mutual
Lux Ventures
Manhattan West
Market One Capital
Mubadala
Omidyar Network Fund
Ouroboros
Picton Mahoney Asset Management
Pixel Curators
QW Ventures
Race Capital
Raffles Fund
Richard Falk-Wallace
Rockaway X
Stacey Perlin Labell Revocable Trust
Telesoft
The Ford Foundation
The Nathan Cummings Foundation
The Venture Collective
TrekLabs
TrueBridge
Twenty-Second Century Dora Technology Holdings
Type One Ventures
WH Investment Partners
X-Margin

**_Banks/Lender/UCC Lien Parties/Administrative Agents_**
First Bank & Trust
Key Bank
MVB Bank
PNC Bank
Truist Bank
US Bank

**_Claims Trader_**
117 Partners LLC
117 Partners Ltd
507 Investment Fund LLC
8 Golden Fish Investments Ltd
Advanced Legal P.C.
Arceau 507 II LLC
Arceau X LLC
ATLS 5, Ltd.
Azure Distressed Opportunities Corporation
Azure Tide Holdings Pte Ltd
BC Racing, LLC
Ben Van Hool
BFCP IV LLC
Blockforce Capital Vesper DeFi Growth Fund
Blue Basin Ventures LLC
Blue Square Group Limited
Bluefin Energy, LLC
Boway Holdings, LLC
Bradford Capital Holdings, LP

Canyon Balanced Master Fund, Ltd
Canyon Distressed Opportunity Master Fund III, L.P.
Canyon Distressed TX (A) LLC
Canyon Distressed TX (B) LLC
Canyon ESG Master Fund, L.P.
Canyon IC Credit Master Fund L.P.
Canyon NZ-DOF Investing, L.P.
Canyon Value Realization Fund, L.P.
Canyon-ASP Fund, L.P.
CDOF IV Master Fund L.P.
Ceratosaurus Investors LLC
Cherokee Debt Acquisition, LLC
Chingari Holdings LTD
Chua Soon Guan
Circle US Holdings, LLC
Contrarian Funds, LLC
CRCM Institutional Master Fund (BVI), Ltd
David Edwards
DCP Master Investments XIV LLC
Diamond Family Investments LLC
DRQC LLC
EFRA Ditgital Assets Inc
FC Cayman A, LLC
Federico Natali
Fire Bourvardia, LLC
FTX Bidco LLC
FTX Claims SPV LLC
FTX Creditor, LLC
FTX1 SPV Ltd
FTXCREDITOR, LLC
Fulcrum Credit Partners LLC
Goldman Sachs Lending Partners LLC
Grand Teton C I, LLC
GWEI Assets Limited
Hain Capital Investors Master Fund, LTD
HBK Master Fund L.P.
Hudson Bay Claim Fund LLC
HXRO Foundation
J Digital 6 Cayman Ltd.
Jared Lewthwaite
Jonathan Accelnorm
Kingdon Capital Ventures VII, LLC
Kratos Studio Limited
Lavanda Sands, LLC
Livello Capital Special Opportunities Master Fund LP
Maps Vault Limited
Mempool Flying Club Ltd
Nexxus Participation Vehicle III LLC
Northway Housing, LLC
Oaktree Opportunities Fund XI Holdings (Cayman), L.P.
Oaktree Phoenix Investment Fund, L.P.
Oaktree Value Opportunities Fund Holdings, L.P.
Oaktree-Copley Investments, LLC
Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP
Omar Kurdi
Opps CY Holdings, LLC
Oroboros FTX I, LLC
Park Walk Credit Partners LLC
Paxtibi LLP
Phantasm Trading LLC
Philadelphia Indemnity Insurance Company
Philip Bonello
Phoenix Digital LLC
PHOENIX TF, LLC
PNGME
Red River Digital Trading LLC
Safe Eagle Holding Limited
Seaport Loan Products LLC
Sheridan Investment Holdings LLC
SHZ Aviation LLC
SP Multi Claims Holdings, LLC
SPCP Group, LLC
SPCP Institutional Group, LLC
Svalbard Holdings Limited
Terrapin International Foundation
The Canyon Value Realization Master Fund, L.P.
Third Web Capital Management, LLC
Tower Square Capital Limited
TRC Master Fund LLC
Treschow-Fritzoe AS
Trup Recovery LLC
TURNER'S PLACE LLC
Uluwatu Research LLC
VegaX Holdings, Inc.

-6-

   White Star Capital International Limited
   Wireless Mouse I, LLC
   Yudu Pang

***Known Affiliates - JV***
   Cottonwood Management Company Limited
   Dappbase Pty Ltd
   Dappbase Ventures Limited
   FTX Ventures Bahamas Limited
   LP Digital Asset Opportunities Fund Successor, LLC
   MPC Technologies Pte Ltd
   PT Triniti Investama Berkat

***Ordinary Course Professionals***
   Analysis Group
   Anthony Waddy Astaphan
   Baker & Hostetler LLP
   Brookmane LLC
   David Allison KC
   Peter Burgess

4857-4159-0224 v.2