## Schedule 2

**Updated Current S&C Clients**

| Entity | Relationship to Debtor | S&C Relationship |
|---|---|---|
| Athos Capital | 363 Sale Parties | Current Client |
| Caisse de dépôt et placement du Québec (CDPQ) | 363 Sale Parties | Current Client |
| Canyon Balanced Master Fund, Ltd | Claims Trader | Ultimate Parent is Current Client |
| Canyon Distressed Opportunity Master Fund III, L.P. | Claims Trader | Ultimate Parent is Current Client |
| Canyon Distressed TX (A) LLC | Claims Trader | Ultimate Parent is Current Client |
| Canyon Distressed TX (B) LLC | Claims Trader | Ultimate Parent is Current Client |
| Canyon ESG Master Fund, L.P. | Claims Trader | Ultimate Parent is Current Client |
| Canyon IC Credit Master Fund L.P. | Claims Trader | Ultimate Parent is Current Client |
| Canyon NZ-DOF Investing, L.P. | Claims Trader | Ultimate Parent is Current Client |
| Canyon Value Realization Fund, L.P. | Claims Trader | Ultimate Parent is Current Client |
| Canyon-ASP Fund, L.P. | Claims Trader | Ultimate Parent is Current Client |
| CDOF IV Master Fund L.P. | Claims Trader | Ultimate Parent is Current Client |
| CVC Capital Partners | 363 Sale Parties | Current Client |
| Fidelity Management & Research | 363 Sale Parties | Ultimate Parent is Current Client |
| Goldman Sachs Lending Partners LLC | Claims Trader | Current Client |
| GVH Venture | 363 Sale Parties | Ultimate Parent is Current Client |
| Jane Street | 363 Sale Parties | Current Client |
| Key Bank | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| Oaktree Opportunities Fund XI Holdings (Cayman), L.P. | Claims Trader | Ultimate Parent is Current Client |
| Oaktree Phoenix Investment Fund, L.P. | Claims Trader | Ultimate Parent is Current Client |
| Oaktree Value Opportunities Fund Holdings, L.P. | Claims Trader | Ultimate Parent is Current Client |
| Oaktree-Copley Investments, LLC | Claims Trader | Ultimate Parent is Current Client |
| Philadelphia Indemnity Insurance Company | Claims Trader | Ultimate Parent is Current Client |

| Entity | Relationship to Debtor | S&C Relationship |
|---|---|---|
| PNC Bank | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| The Canyon Value Realization Master Fund, L.P. | Claims Trader | Ultimate Parent is Current Client |
| Truist Bank | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| US Bank | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |