## Schedule 3

**Updated Former S&C Clients**

4857-4159-0224 v.2

| Entity | Relationship to Debtor | S&C Relationship |
|---|---|---|
| HBK Master Fund L.P. | Claims Trader | Ultimate Parent is Former Client |
| Hudson Bay Claim Fund LLC | Claims Trader | Ultimate Parent is Former Client |
| Mubadala | 363 Sale Parties | Former Client |

4857-4159-0224 v.2