**EXHIBIT A**

**[Ashby & Geddes Invoice for Period June 1, 2024, through July 31, 2024]**

{02042026;v1 }

# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

STATEMENT

TELEPHONE
302-654-1888

FED ID#23-2193414

August 8, 2024
Billed through  07/31/24
Account:  CLEARY-00001  -MDD          84873

Daniel A. Lowenthal, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036

Robert J. Cleary, Esq., as court appointed Examiner in FTX bankruptcy cases (In re: FTX Trading Ltd.)

PROFESSIONAL SERVICES RENDERED

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 06/04/24 | MDD | 23 | D. Lowenthal email update (motion for authority for additional investigations) (.1); | 0.10 | $73.00 |
| 06/05/24 | MDD | 23 | Overview multiple filed objections to proposed disclosure statement (.7); review letter from law firm requesting corrections to Report, review report regarding same (.4); | 1.10 | $803.00 |
| 06/06/24 | MDD | 11 | Review and edits to draft CNO for Patterson Belknap first monthly fee statement, email to Patterson team regarding same (.1); | 0.10 | $73.00 |
| 06/06/24 | KMJ | 11 | Prepare CNO regarding PBWT's first monthly fee statement (.2); | 0.20 | $67.00 |
| 06/06/24 | MDD | 23 | D. Lowenthal reply emails to inquiries from parties in interest regarding contents of Report (.2); review and comments to draft motion and proposed order (Phase II recommendations) (1.0); emails with Patterson Belknap team (.1); | 1.30 | $949.00 |
| 06/07/24 | MDD | 23 | Multiple emails with Patterson Belknap team (motion papers) (.6); internal emails with K. Jones regarding possible filing and | 4.10 | $2,993.00 |

{02041244;v1 }

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                         |      |          |
|------------|-----|-----|---|---|
|            |     | service today (motion papers) (.1); review and comments to revised draft motion and proposed order (.8); call with Debtors' counsel (A. Landis) (scheduling) (.1); email updates with Patterson Belknap team (.3); status update call with D. Lowenthal (.3); prepare draft scheduling email to chambers, email same for Patterson Belknap review (.5); review case docket, emails with Examiner regarding scheduling (.5); overview additional filings in response to proposed disclosure statement (.5); additional emails with Patterson Belknap team (.2); emails to chambers (scheduling) (.2); | | |
| 06/08/24 MDD | 23  | Overview proposed disclosure statement approval order and proposed confirmation schedule (.2); | 0.20 | $146.00 |
| 06/10/24 KMJ | 07  | Finalize and file CNO regarding PBWT first fee statement (.2); finalize and file Motion for Authority (Phase II) (.4); download and send email service (.2); | 0.80 | $268.00 |
| 06/10/24 MDD | 11  | K. Black reply email (.1); review and finalize CNO regarding Patterson Belknap first monthly fee statement (.1); | 0.20 | $146.00 |
| 06/10/24 MDD | 23  | Email reply from chambers (scheduling) (.1); email updates with Patterson Belknap team (motion; filing and service) (.2); review and comments to final proposed drafts of Examiner's Phase II motion and order (.6); follow up emails with Patterson Belknap (.1); | 1.00 | $730.00 |
| 06/11/24 KMJ | 11  | Begin to prepare draft of Ashby's First Monthly Fee Statement (1.0); | 1.00 | $335.00 |
| 06/12/24 MDD | 07  | Review June 13 hearing agenda (.1); | 0.10 | $73.00 |
| 06/12/24 MDD | 11  | Review and edits, draft Ashby Geddes first monthly fee statement and related materials (1.3), email to Patterson Belknap team regarding | 2.50 | $1,825.00 |

| Date | Tkpr | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | same (.1); review and comments to Patterson Belknap first quarterly fee application and related materials (.8), review interim compensation procedures order and case schedule regarding same (.2), email to Patterson Belknap (K. Black) regarding same (.1); | | |
| 06/12/24 | KMJ | 11 | Finalized first draft of Ashby's First Monthly Fee Statement (.5); make additional comments and reformat (.3); | 0.80 | $268.00 |
| 06/12/24 | MDD | 23 | Update call with D. Lowenthal (Report and errata changes) (.1); | 0.10 | $73.00 |
| 06/13/24 | MDD | 11 | Further review of interim compensation procedures order (.1), internal emails with K. Jones regarding same (.1); further review and drafting of Ashby first monthly fee statement (.3), email to Patterson Belknap team regarding same (.1), discuss open issues with K. Jones (.1); | 0.70 | $511.00 |
| 06/13/24 | KMJ | 11 | Emails with M. DeBaecke regarding additional changes, service of first monthly fee statement and communications with fee examiner regarding required formatting (.5); make changes/comments (.2); | 0.70 | $234.50 |
| 06/14/24 | MDD | 11 | Patterson Belknap emails (revised first quarterly fee application) (.2), emails with K. Jones regarding same (.1); review and edits, finalize same, prepare for filing and service (.5); | 0.80 | $584.00 |
| 06/14/24 | KMJ | 11 | Assistance with finalizing PBWT first interim fee application and prepared COS (.6); filed interim fee application with court (.2); download, send email service and coordinate mail service of notice (.2); | 1.00 | $335.00 |
| 06/14/24 | MDD | 23 | D. Lowenthal email reply and update to counsel for party in interest (Report) (.1); | 0.10 | $73.00 |

| Date/Tkpr | Task | Description | Hours | Amount |
|---|---|---|---|---|
| 06/17/24 KMJ | 11 | Finalize and file Ashby's First Monthly Fee Statement (.5); download and send email service to notice parties (.2); | 0.70 | $234.50 |
| 06/17/24 MDD | 23 | Emails with/call to OUST counsel (B. Hackman) (motion for Phase II) (.2); | 0.20 | $146.00 |
| 06/18/24 MDD | 11 | Internal emails with K. Jones regarding fee examiner submission (Ashby fee statement) (.1); overview memorandum received from fee examiner (.1); K. Jones and fee examiner emails (.1); | 0.30 | $219.00 |
| 06/18/24 KMJ | 11 | Send LEDES data file to Fee Examiner pursuant to Order (.3); phone call with Fee Examiner (.1); | 0.40 | $134.00 |
| 06/20/24 KMJ | 07 | Email to Fee Examiner regarding txt file to support Ashby's fee application (.2); emails with M. DeBaecke regarding Notice of Supplemental Annotations (.2); file Notice of Supplemental Annotations with Court (.2); download, send email service and coordinate mail service (.3); | 0.90 | $301.50 |
| 06/20/24 MDD | 23 | K. Black email update (Report updates) (.1); review and comments to drafts of same (.4); emails with Patterson Belknap team (.2), discussion with K. Jones (.1); overview Debtor and creditors' committee reply papers filed in support of disclosure statement (.4); | 1.20 | $876.00 |
| 06/21/24 MDD | 07 | Review June 25 hearing agenda (.1); | 0.10 | $73.00 |
| 06/25/24 KMJ | 07 | Prepared draft CNO to motion for authority (Phase II) (.3); send draft to co-counsel (.1); filed CNO w/ Court and uploaded proposed order (.2); download and send copies to chambers (.2); | 0.80 | $268.00 |
| 06/25/24 MDD | 23 | Email updates with D. Lowenthal (motion for Phase II) (.1); review and comments to draft CNO and proposed order, emails with K. Jones | 0.30 | $219.00 |

| Date | Tkpr | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | regarding same (.2); | | |
| 06/26/24 | MDD | 07 | Overview Court's opinion regarding estimation of digital asset claims (.3); | 0.30 | $219.00 |
| 06/26/24 | KMJ | 07 | Download Order approving Phase II motion and send copies to co-counsel (.3); | 0.30 | $100.50 |
| 06/26/24 | MDD | 11 | Email request from Debtors' counsel (W-9 form, wire instructions) (.1); | 0.10 | $73.00 |
| 06/26/24 | MDD | 23 | Review and process/calendar relevant dates (approval order on Phase II motion) (.1); | 0.10 | $73.00 |
| 07/02/24 | MDD | 07 | Status update call with D. Lowenthal, discuss open issues, next steps (.3); review original examination scope order and first amended examination scope order (.3); | 0.60 | $438.00 |
| 07/02/24 | MDD | 11 | Email from OUST (L. Thomas) (fee apps) (.1); | 0.10 | $73.00 |
| 07/02/24 | KMJ | 11 | Email to OUST enclosing Ledes/.txt file for Ashby's first fee application (.2); | 0.20 | $67.00 |
| 07/08/24 | KMJ | 11 | Prepared CNO regarding Ashby's first monthly fee statement (.2); | 0.20 | $67.00 |
| 07/09/24 | MDD | 11 | Review and edits to CNO (Ashby first monthly fee statement) (.1); | 0.10 | $73.00 |
| 07/09/24 | MDD | 23 | Status update and strategy call with D. Lowenthal (next steps) (.3); | 0.30 | $219.00 |
| 07/10/24 | MDD | 23 | Email updates with D. Lowenthal (Phase II) (.2); | 0.20 | $146.00 |
| 07/11/24 | MDD | 23 | Email from Patterson Belknap (K. Black) (.1); review and comments to draft motion to amend Phase I budget and related proposed order, emails to Patterson Belknap team regarding same (.5); follow up emails with Patterson Belknap team (.3); | 0.90 | $657.00 |
| 07/12/24 | MDD | 23 | Multiple emails with Patterson Belknap team (motion to amend Phase I budget) (.5); review further | 1.10 | $803.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| | | | revised draft motion papers and proposed order, provide further comments regarding same (.5); D. Lowenthal email update (.1); | |
| 07/25/24 | MDD | 07 | Status update discussion with K. Jones, discuss next steps (Phase II; fee applications; pending motion to amend) (.2); | 0.20  $146.00 |
| 07/25/24 | MDD | 11 | Review MDL FTX customers' informal omnibus objection to various professionals' May 2024 monthly fee apps Including Ashby) (.1); | 0.10  $73.00 |
| 07/26/24 | KMJ | 07 | Prepared CNO regarding motion to amend phase I budget and send draft to M. DeBaecke (.4); | 0.40  $134.00 |
| 07/26/24 | MDD | 23 | Review and edits to draft CNO (motion to amend Phase I budget) (.1); | 0.10  $73.00 |
| 07/29/24 | MDD | 23 | Emails with Patterson Belknap team (motion to increase Phase I budget; CNO) (.2); guidance and instructions to K. Wilford (.1); | 0.30  $219.00 |
| 07/31/24 | MDD | 11 | Review and comments to draft Patterson Belknap second monthly fee statement (.6); | 0.60  $438.00 |
| 07/31/24 | MDD | 23 | Emails with D. Lowenthal (.1); review and process signed order amending cost of Phase I (.1); | 0.20  $146.00 |

Total fees   $17,268.00

DISBURSEMENTS

| | | |
|---|---|---|
| 07/20/24 | Parcels Inc. (Inv. No. 1092370, 7/15/24 Document Duplication and Mail-Out) | 38.15 |
| 07/31/24 | Photocopies | 24.30 |
| 07/31/24 | Postage | 19.41 |
| 07/31/24 | Pacer Service - Court On-Line Docket System Charges | 24.90 |
| 07/31/24 | Parcels Inc. - Delivery & Copy Service | 40.87 |

Total disbursements                                                                        $147.63

Bill number    CLEARY 84873                                                              PAGE    7

## BILLING SUMMARY

| | | |
|---|---|---|
| DeBaecke, Michael D. | 19.80 hrs 730.00/hr | $14,454.00 |
| Jones, Kristy M | 8.40 hrs 335.00/hr | $2,814.00 |

| | | |
|---|---|---|
| TOTAL FEES | 28.20 hrs | $17,268.00 |
| TOTAL DISBURSEMENTS | | $147.63 |
| TOTAL CHARGES FOR THIS BILL | | $17,415.63 |
| PAST DUE BALANCE | | $11,512.40 |
| TOTAL BALANCE NOW DUE FOR THIS MATTER | | $28,928.03 |

## RECAP BY TIMEKEEPER

| | | | | |
|---|---|---|---|---|
| MDD | DeBaecke, Michael D. | 19.80 hrs | 730/hr | $14,454.00 |
| KMJ | Jones, Kristy M | 8.40 hrs | 335/hr | $2,814.00 |
| TOTAL | | | | $17,268.00 |

## RECAP BY TASK

| | | | |
|---|---|---|---|
| 07 | Case Administration | 4.50 hours | $2,021.00 |
| 11 | Employment and Fee Apps | 10.80 hours | $5,830.00 |
| 23 | Investigation | 12.90 hours | $9,417.00 |

## RECAP BY EXPENSE CODE

| | | | |
|---|---|---|---|
| PC | Photocopies | 243.00 | $24.30 |
| PCR | Pacer Service - Court On-Line | 24.90 | $24.90 |
| PI | Parcels Inc. - Delivery Servi | 79.02 | $79.02 |
| POS | Postage | 19.41 | $19.41 |

{02041244;v1 }