# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 21159 |
| | Hearing Date: September 12, 2024, at 1:00 p.m. ET |

**CERTIFICATE OF NO OBJECTION REGARDING FIFTH CONSOLIDATED MONTHLY AND FIFTH INTERIM APPLICATION OF THE FEE EXAMINER AND GODFREY & KAHN, S.C., COUNSEL TO THE FEE EXAMINER FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2024 THROUGH APRIL 30, 2024**

The undersigned hereby certifies as follows:

1. On July 23, 2024, Godfrey & Kahn, S.C., counsel to the Fee Examiner in the above-entitled matter (the "**Fee Examiner Counsel**") filed the *Fifth Consolidated Monthly and Fifth Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner for Allowance of Compensation for Services rendered and Reimbursement of Expenses for the Period from February 1, 2024 through April 30, 2024* [D.I. 21159] (the "**Fifth Consolidated Monthly and Fifth Interim Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2. The deadline for objections to the relief requested the Fifth Consolidated Monthly and Fifth Interim Application was 4:00 p.m. (ET) on August 13, 2024.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification number is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

3. On August 6, 2024, the MDL FTX Customers served the Fee Examiner and the Fee Examiner Counsel with the Second Limited Omnibus Objection of MDL FTX Customers to Professionals Monthly Fee Statements, which included a limited objection to the Fifth Consolidated Monthly and Fifth Interim Application. On August 14, 2024, the MDL FTX Customers withdrew their limited objection to the Fifth Consolidated Monthly and Fifth Interim Application. *See Notice of Withdrawal of Limited Omnibus Objections to Certain Monthly Fee Statements* [D.I. 22950].

4. No other objections or responses regarding the Fifth Consolidated Monthly and Fifth Interim Application were received by Fee Examiner Counsel or filed on the Court's docket.

5. Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 435] (the "**Interim Compensation Order**"), the above-captioned debtors are authorized to pay the Fee Examiner and Fee Examiner Counsel 80 percent of the fees and 100 percent of the expenses for the period February 1, 2024 through April 30, 2024. A summary of the fees and expenses sought by the Fee Examiner and Fee Examiner Counsel are attached as **Exhibit A**.

Dated: August 15, 2024

GODFREY & KAHN, S.C.

*/s/ Mark W. Hancock*
Mark W. Hancock, *Admitted Pro Hac Vice*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: mhancock@gklaw.com

*Counsel to the Fee Examiner*

# Exhibit A

| Fee Examiner Stadler and Counsel to the Fee Examiner Godfrey & Kahn, S.C. | Total Fees | Total Expenses |
|---|---|---|
| D.I. 21159<br>Fifth Fee Period February 1, 2024 through April 30, 2024 | $485,893.20<br>(80% of $607,366.50) | $3,195.31 |

31654656.1