# EXHIBIT A

**Proposed Order**

4877-8253-7175 v.3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., et al.,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. No. __ |

**ORDER EXTENDING DEADLINE TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS**

Upon the motion (the "Motion")[2] of FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "FTX Debtors") and Emergent Fidelity Technologies Ltd, as debtor and debtor-in-possession (the "Emergent Debtor" and together with the FTX Debtors, collectively, the "Debtors"), for entry of an order (this "Order") extending the deadline for filing a complaint to determine the dischargeability of a debt (the "Determination Deadline"), to the extent applicable in these Chapter 11 Cases, for domestic governmental units (the "Government Entities") with respect to the Debtors and for Artz Fund Investments PTE Ltd. ("Artz") with respect to the FTX Debtors, from August 15, 2024 through and including the earlier of (x) December 13, 2024 and (y) the Effective Date (as such term is defined in the FTX Debtor's *First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 22165] (as the same may be amended, supplemented or modified from time to time, the "FTX Plan")), without prejudice to the ability of the Debtors or any other party

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Unless otherwise noted, capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

2

in interest, including, without limitation, the United States of America, any federal departments and agencies and Artz, to request further extensions; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as otherwise ordered herein, no other or further notice is necessary; and this Court having previously extended the Government Determination Deadline and the Determination Deadline for Artz, without prejudice to the ability of the Debtors, Artz and the Government Entities to seek further extensions; and objections (if any) to the Motion having been withdrawn, resolved or overruled on the merits; and upon the record of the hearing and all of the proceedings had before this Court; and this Court having found and determined that the relief set forth in this Order is in the best interests of the Debtors and their estates; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The deadline by which the Government Entities or Artz must file any complaints or take other action that may be required in these Chapter 11 Cases to determine the dischargeability of any claims (a) arising from any civil actions by a Government Entity against the Debtors, pursuant to section 1141(d)(6) of the Bankruptcy Code (to the extent that section

3

523(c) or Bankruptcy Rule 4007 applies), or (b) held by Artz against the FTX Debtors pursuant to section 523(c) of the Bankruptcy Code, shall, in each case, be the earlier of (x) December 13, 2024 and (y) the Effective Date (as such term is defined in the FTX Plan), or such later date as may be ordered by the Court.

3. All rights to seek further extensions of the Determination Deadline are reserved.

4. Nothing in this Order constitutes a determination that section 523(c) of the Bankruptcy Code or Bankruptcy Rule 4007(c) apply, or that any deadline exists for a Government Entity to seek a determination of dischargeability under section 1141(d)(6) of the Bankruptcy Code.

5. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Order.

Dated: _____
      Wilmington, Delaware

_____
The Honorable John T. Dorsey
Chief United States Bankruptcy Judge

4877-8253-7175 v.3