# EXHIBIT C
## (Public Ellex Connections)

| Entity | Relationship to Debtors |
|---|---|
| APPSFLYER INC\|C-Corp | Vendors |
| Thoma Bravo | Contract Counter-Parties |
| Revolut Ltd | Vendors |
| Facebook/Meta | Vendors |