## EXHIBIT D
### (Non-Public Consenting Ellex Connections)

| Entity | Relationship to Debtors |
|---|---|
| ███ | Banks/Lender/UCC Lien Parties/Administrative Agents |
| ███ | Banks/Lender/UCC Lien Parties/Administrative Agents |
| ███ | Vendors |
| ███ | Banks/Lender/UCC Lien Parties/Administrative Agents |
| ███ | Utilities |