# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX, et al. | Case No. 22-11068(JTD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION BY SYLVIE ROBINSON, MISSISSIPPI DEPARTMENT OF REVENUE ATTORNEY

Pursuant to Local Rule 9010-1(e)(1) for the admittance of government counsel to represent the United States of America (or any officer or agency or any state or local government for any office or agency thereof), the undersigned counsel hereby certifies the following in order the satisfy the requirement to appear to represent the Mississippi Department of Revenue in this action:

1. I am a Senior Attorney for the Mississippi Department of Revenue.

2. I admitted to the United States Bankruptcy Courts for the Northern and Southern Districts of Mississippi.

3. I am in good standing as a member of the Bar of the State of Mississippi, the only jurisdiction in which I am admitted.

4. I will be bound by the Local Rules of the Bankruptcy Court – District of Delaware.

5. I submit to the jurisdiction of this Court for disciplinary purposes.

Dated: August 16, 2024

Signed: /s/Sylvie Robinson
Sylvie Robinson (MSB# 8931)
Senior Attorney
Mississippi Department of Revenue
Post Office Box 22828

Jackson, MS 39225
Phone: 601-923-7412
Email:<Sylvie.Robinson@dor.ms.gov>