**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## **CERTIFICATE OF SERVICE**

I, David M. Klauder, hereby certify that on August 16, 2024, the *Limited Objection and Reservation of Rights Regarding the First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* was served via CM/ECF on the relevant parties in this case and via electronic mail on the parties on the attached Service List.

Dated: August 16, 2024
Wilmington, Delaware

**BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, Delaware 19801
Tel: (302) 803-4600
dklauder@bk-legal.com

-and-

Amelia B. Valenzuela, Esq.
QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Tel: 602-229-5200
Fax: 602-229-5690
amelia.valenzuela@quarles.com

*Attorneys for BetDEX Labs, Inc. and BetDEX Labs, Ltd.*