## SERVICE LIST

Counsel to the Debtors: (i) Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004 via email to:
Andrew G. Dietderich: dietdericha@sullcrom.com;
Brian D. Glueckstein: gluecksteinb@sullcrom.com;
Alexa J. Kranzley: kranzleya@sullcrom.com;

Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801 via email to:
Adam G. Landis: landis@lrclaw.com;
Kimberly A. Brown: brown@lrclaw.com;

The Office of the United States Trustee for the District of Delaware, Attn: Linda Richenderfer, Esq. via email to linda.richenderfer@usdoj.gov;

Counsel to the Official Committee of Unsecured Creditors: (i) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166, via email to:
Kris Hansen: krishansen@paulhastings.com;
Ken Pasquale: kenpasquale@paulhastings.com;

Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, via email to:
Matthew B. Lunn: mlunn@ycst.com;
Robert F. Poppiti, Jr.: rpoppiti@ycst.com;

Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com: (i) Eversheds Sutherland (US) LLP, 227 West Monroe Street, Suite 6000, Chicago, Illinois 60606, via email to:
Erin E. Broderick: erinbroderick@evershedssutherland.com;

Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, Wilmington, Delaware 19801, via email to:
Matthew B. Harvey (mharvey@morrisnichols.com);

Counsel to the Joint Official Liquidators and Foreign Representatives of FTX Digital Markets Ltd.: (White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020, via email to:
J. Christopher Shore: cshore@whitecase.com;
Brian D. Pfeiffer: brain.pfeiffer@whitecase.com;

Richard, Layton, and Finger P.A., One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801 via email to:
Kevin Gross gross@rlf.com; and
Paul N. Heath heath@rlf.com.