# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX Trading, Ltd., *et al*., | Case No. 22-11068-JTD |
| Debtor. | |

### CERTIFICATE OF SERVICE

I, Christine Tomlin, Paralegal, hereby certify that on August 16, 2024, I caused a true and correct copy of the Objection of ELD Capital LLC to Confirmation of Debtors' Joint Chapter 11 Plan of Reorganization and Reservation of Rights to be served by email upon all Parties listed on the attached Service List and by CM/ECF to all parties requesting such notice.

Dated:   August 16, 2024               /s/ Christine Tomlin
                                       Christine Tomlin

#124564936v1

FTX Trading Ltd., *et al*.
22-11068 (JTD)

| Entity | Name | Email |
|---|---|---|
| Counsel for Debtor | Andrew G. Dietderich, Esq. | dietdericha@sullcrom.com |
| | Brian D. Glueckstein, Esq. | gluecksteinb@sullcrom.com |
| | Alexa J. Kranzley, Esq. | kranzleya@sullcrom.com |
| | Adam G. Landis, Esq. | landis@lrclaw.com |
| | Kimberly A. Brown, Esq.` | brown@lrclaw.com |
| | | |
| Official Committee of Unsecured Creditors | Kris Hansen, Esq. | krishansen@paulhastings.com |
| | Ken Pasquale, Esq. | kenpasquale@paulhastings.com |
| | Matthew B. Lunn, Esq. | mlunn@ycst.com |
| | Robert F. Poppiti, Jr., Esq. | rpoppiti@ycst.com |
| | | |
| Office of the United States Trustee | Linda Richenderfer, Esq. | linda.richenderfer@usdoj.gov |
| | | |
| Counsel the the Ad Hoc Committee of Non-US Customers of FTX.com | Erin E. Broderick, Esq. | erinbroderick@eversheds-sutherland.com |
| | Matthew B. Harvey, Esq. | mharvey@morrisnichols.com |
| | | |
| Counsel to the Joint Official Liquidators and Foreign Representatives of FTX Digital Markets Ltd. | Brett Bakemeyer, Esq. | brett.bakemeyer@whitecase.com |
| | Brian D. Pfeiffer, Esq. | brian.pfeiffer@whitecase.com |
| | Brendan Schlauch, Esq. | schlauch@rlf.com |
| | Paul N. Heath, Esq. | heath@rlf.com |
| | | |
| All parties requesting notice through CM/ECF pursuant to Bankruptcy Rule 2002. | | |

124564836.1