**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 8, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the United States Trustee and Unsecured Creditors Committee Service List attached hereto as **Exhibit A**:

- Debtors' Response to Limited Omnibus Objection of MDL FTX Customers to Professionals' Monthly Fee Statements [Docket No. 22579] (the ***"Omnibus Objection Response"***)

- Notice of Filing of Ninth Amended OCP List [Docket No. 22581]

- Declaration [Docket No. 22583]

- Declaration [Docket No. 22584]

On August 8, 2024, at my direction and under my supervision, employees of Kroll caused the Omnibus Objection Response to be served (1) via email on Godfrey & Kahn, S.C., Attn: Katherine Stadler, kstadler@gklaw.com and (2) on the Fee Objection Service List attached hereto as **Exhibit B**.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: August 14, 2024

        */s/ Amy Castillo*
        Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 14, 2024, by Amy Castillo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**Exhibit A**

## Exhibit A
United States Trustee and Unsecured Creditors Committee Service List
Served via email

| Name | Address1 | Email |
|---|---|---|
| LANDIS RATH & COBB LLP | ATTENTION: ADAM G. LANDIS, KIMBERLY A. BROWN | LANDIS@LRCLAW.COM; BROWN@LRCLAW.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JON LIPSHIE, BENJAMIN A. HACKMAN, DAVID GERARDI | BENJAMIN.A.HACKMAN@USDOJ.GOV; DAVID.GERARDI@USDOJ.GOV; JON.LIPSHIE@USDOJ.GOV |
| PAUL HASTINGS | ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, EREZ E. GILAD, SAMANTHA MARTIN | GABESASSON@PAULHASTINGS.COM; KRISHANSEN@PAULHASTINGS.COM; KENPASQUALE@PAULHASTINGS.COM; EREZGILAD@PAULHASTINGS.COM; LUCDESPINS@PAULHASTINGS.COM; SAMANTHAMARTIN@PAULHASTINGS.COM |
| SULLIVAN & CROMWELL LLP | ATTN: ALEXA J. KRANZLEY | KRANZLEYA@SULLCROM.COM |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR. | MLUNN@YCST.COM; RPOPPITI@YCST.COM |

In re: FTX Trading Ltd., et al.
Case No. 22-11068 (JTD)

Page 1 of 1

**Exhibit B**

## Exhibit B
Fee Objection Service List
Served via email

| Name | Email |
| --- | --- |
| BOIES SCHILLER FLEXNER LLP | DBOIES@BSFLLP.COM; ABOIES@BSFLLP.COM; BALEXANDER@BSFLLP.COM |
| GELLERT SEITZ BUSENKELL & BROWN, LLC | RGELLERT@GSBBLAW.COM; BLEHMAN@GSBBLAW.COM |
| THE MOSKOWITZ LAW FIRM, PLLC | ADAM@MOSKOWITZ-LAW.COM; JOSEPH@MOSKOWITZ-LAW.COM; SERVICE@MOSKOWITZ-LAW.COM |

In re: FTX Trading Ltd., et al.
Case No. 22-11068 (JTD)

Page 1 of 1