IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD, et al. | Case No. 22-11068(JTD) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I hereby certify that on this day I caused the foregoing Objection of the Mississippi Department of Revenue to Confirmation of the Debtor's First Amended Chapter 11 Plan of Reorganization to be served by email upon all parties listed below and by CM/ECF to all parties requesting such notice.

*Counsel for Debtor*
Andrew G. Dietderich, Esq. dietdericha@sullcrom.com
Brian D. Glueckstein, Esq. gluecksteinb@sullcrom.com
Alexa J. Kranzley, Esq. kranzleya@sullcrom.com
Adam G. Landis, Esq. landis@lrclaw.com
Kimberly A. Brown, Esq.` brown@lrclaw.com

*Official Committee of Unsecured Creditors*
Kris Hansen, Esq. krishansen@paulhastings.com
Ken Pasquale, Esq. kenpasquale@paulhastings.com
Matthew B. Lunn, Esq. mlunn@ycst.com
Robert F. Poppiti, Jr., Esq. rpoppiti@ycst.com

*Office of the United States Trustee Linda Richenderfer, Esq.*
linda.richenderfer@usdoj.gov
*Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com*
Erin E. Broderick, Esq. erinbroderick@eversheds-sutherland.com
Matthew B. Harvey, Esq. mharvey@morrisnichols.com

*Counsel to the Joint Official Liquidators and Foreign Representatives of FTX Digital Markets Ltd.*
Brett Bakemeyer, Esq. brett.bakemeyer@whitecase.com
Brian D. Pfeiffer, Esq. brian.pfeiffer@whitecase.com
Brendan Schlauch, Esq. schlauch@rlf.com

Paul N. Heath, Esq. heath@rlf.com

| | |
|---|---|
| SO CERTIFIED, this August 16, 2024. | *Sylvie D. Robinson* <br> Sylvie D. Robinson |