## CERTIFICATE OF SERVICE

I, John W. Weiss hereby certify that on August 16, 2024. I caused a copy of the foregoing *LIMITED OBJECTION AND RESERVATION OF RIGHTS OF THE FOREIGN REPRESENTATIVES OF THREE ARROWS CAPITAL, LTD.'S (IN LIQUIDATION) TO THE FTX DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING THE ADEQUACY OF THE PLAN* to be served on all parties who are scheduled to receive notice through the Court's ECF system and the parties listed on **Exhibit A** via email.

*/s/ John W. Weiss*
John W. Weiss (DE ID No. 4160)
**PASHMAN STEIN WALDER HAYDEN, P.C.**
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Facsimile: (732) 852-2482
Email:  jweiss@pashmanstein.com

## **EXHIBIT A**

| | |
|---|---|
| SULLIVAN & CROMWELL LLP<br>125 Broad Street, New York, NY 10004<br>Attn: Andrew G. Dietderich<br>     Brian D. Glueckstein<br>     Alexa J. Kranzley<br>Email: dietdericha@sullcrom.com,<br>     gluecksteinb@sullcrom.com<br>     kranzleya@sullcrom.com | LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800,<br>Wilmington, Delaware 19801,<br>Attn: Adam G. Landis<br>     Kimberly A. Brown<br>Email: landis@lrclaw.com<br>     brown@lrclaw.com |
| The Office of the United States Trustee for the District of Delaware,<br>Attn: Linda Richenderfer, Esq.<br>Email: linda.richenderfer@usdoj.gov | PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>Attn: Kris Hansen<br>     Ken Pasquale<br>Email: krishansen@paulhastings.com<br>     kenpasquale@paulhastings.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square,<br>1000 North King Street,<br>Wilmington, Delaware 19801<br>Attn: Matthew B. Lunn<br>     Robert F. Poppiti, Jr<br>Email: mlunn@ycst.com<br>     rpoppiti@ycst.com | EVERSHEDS SUTHERLAND (US) LLP<br>227 West Monroe Street, Suite 6000<br>Chicago, Illinois 60606,<br>Attn: Erin E. Broderick<br>Email: erinbroderick@eversheds-sutherland.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street, 16th Floor,<br>Wilmington, Delaware 19801,<br>Attn: Matthew B. Harvey<br>Email: mharvey@morrisnichols.com | WHITE & CASE LLP<br>1221 Avenue of the Americas,<br>New York, New York 10020<br>Attn: Brett Bakemeyer<br>     Brian D. Pfeiffer<br>Email: brett.bakemeyer@whitecase.com<br>     brain.pfeiffer@whitecase.com |
| RICHARD, LAYTON, AND FINGER P.A.,<br>One Rodney Square,<br>920 N. King Street,<br>Wilmington, Delaware 19801<br>Attn: Brendan Schlauch<br>     Paul N. Heath<br>Email: schlauch@rlf.com<br>     heath@rlf.com | |