## **Exhibit A**[1]

| Name/Address[2] | Nature of Equity Interests | # of Shares |
|---|---|---|
| Steadview Capital Management<br>30 Berkeley Square, 6th Floor<br>London, W1J 6EX | West Realm Shires, Inc. Series A Preferred Shares | 6, 564,551 |
| | FTX Trading Ltd. Series C Preferred Shares | 539,353 |
| Tribe Capital Management, LLC<br>2700 19th Street<br>San Francsico, CA 94110 | West Realm Shires, Inc. Series A Preferred Shares | 8,205,689 |
| | FTX Trading Ltd. Series B Preferred Shares | 381,535 |
| | FTX Trading Ltd. Series B-1 Preferred Shares | 15,262 |
| | FTX Trading Ltd. Series C Preferred Shares | 134,838 |
| | FTX Trading Ltd. Common Shares | 62,685 |
| Vetamer Capital Management<br>1300 El Camino Real, Suite 100<br>Menlo Park, CA 94025 | West Realm Shires, Inc. Series A Preferred Shares | 163,000 |
| | FTX Trading Ltd. Series B-1 Preferred Shares | 7,631 |
| | FTX Trading Ltd. Common Shares | 30,524 |
| Tiger Global Management, LLC<br>9 West 57th Street, 35th Floor<br>New York, NY 10019 | West Realm Shires, Inc. Series A Preferred Shares | 6,564,551 |
| | FTX Trading Ltd. Series B-1 Preferred Shares | 59,141 |
| | FTX Trading Ltd. Series C Preferred Shares | 323,612 |
| | FTX Trading Ltd. Common Shares | 236,565 |
| | FTX US Common Shares | 1,269,000 |

---

[1] This Exhibit A to the Verified Statement reflects the nature and amount of equity interests of the Preferred Equity Holders as of the close of business on August 15, 2024 as disclosed to Counsel.

[2] Entities that hold (whether directly or beneficially through managers or investment advisors, sub-advisors, or mangers of discretionary accounts or funds that are holders) equity interests.