**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| FTX TRADING LTD., et al.,[1] | ) ) Case No. 22-11068 (JTD) |
| Debtors. | ) ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, David M. Klauder, hereby certify that on August 16, 2024, a true and correct copy of the foregoing *Verified Statement of Schulte Roth & Zabel LLP and Bielli & Klauder, LLC Pursuant to Federal Rule of Bankruptcy 2019* was furnished to all ECF Participants via the CM/ECF system.

Dated: August 16, 2024
Wilmington, Delaware

**BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Telephone: (302) 803-4600
dklauder@bk-legal.com

*Local Counsel to the Preferred Equity Holders*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.