IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FTX TRADING LTD., et al.,[1] | ) Case No. 22-11068 (JTD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 22165** |
| | ) |

**RESERVATION OF RIGHTS OF CERTAIN PREFERRED EQUITY HOLDERS TO FIRST AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF FTX TRADING LTD. AND ITS DEBTOR AFFILIATES [D.I. 22165]**

An ad hoc group of preferred equity holders (the "**Preferred Equity Group**"), by and through its undersigned counsel, hereby submits this reservation of rights (this "**Reservation of Rights**") with respect to the Debtors' *First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 22165] (the "**Plan**"). In support of this Reservation of Rights, the Preferred Equity Group respectfully states as follows:

## BACKGROUND

1. On November 11, 2022 and November 14, 2022, FTX Trading Ltd. and 101 affiliated debtors (collectively, the "**Debtors**") filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). [2]

2. On May 19, 2023, the Court set June 30, 2023 at 4:00 PM (ET) as the last date and time to submit a Proof of Interest (the "**Proof of Interest Bar Date**"). See *Order (I)(A) Establishing Deadlines for Filing Non-Customer and Government Proofs of Claim and Proofs*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Defined terms used but not defined herein shall have the meaning given to them in the Plan (as defined below).

1

*of Interest and (B) Approving the Form and Manner of Notice Thereof and (II) Granting Related Relief* (D.I. 1519).

3.     On August 2, 2024, the Debtors filed the Plan**.**

4.     The Preferred Equity Group has been working in good faith with the Debtors and their advisors to address certain issues in respect of the Plan and their Preferred Equity Interests. These issues remain unresolved—though the parties continue to work to address them.

## **RESERVATION OF RIGHTS**

5.     In connection with the foregoing, the members of the Preferred Equity Group hereby reserve all of their rights with respect to the Debtors' Plan, including but not limited to, the right to opt out of the third-party release in the Plan and the right to object to the Debtors' Plan prior to or at the hearing scheduled for October 7, 2024 at 10:00 a.m. ET.

6.     Additionally, the Preferred Equity Group expressly reserves the right to supplement or amend this Reservation of Rights at any time.

Dated: August 16, 2024
Wilmington, Delaware

Respectfully submitted,

**BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Telephone: (302) 803-4600
dklauder@bk-legal.com

*Local Counsel to the Preferred Equity Holders*

and

**SCHULTE ROTH & ZABEL**

Douglas S. Mintz
555 Thirteenth Street, N.W., Suite 6E
Washington, D.C. 20004
Telephone: (202) 729-7482
douglas.mintz@srz.com

Reuben E. Dizengoff
919 Third Avenue
New York, NY 10022
Telephone: 212-756-2000
Reuben.dizengoff@srz.com

*Counsel to the Preferred Equity Group*