# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING, LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | RE: Doc. No. 22165 |

## JOINDER OF SETH MELAMED TO THE OBJECTIONS TO THE PLAN RAISED BY THE RETAIL CUSTOMERS AND RESERVATION OF RIGHTS

Seth Melamed ("Melamed"), by and through undersigned counsel, hereby submits this joinder and reservation of rights (the "Joinder") to the *Objection of the Retail Creditors* [D.I. 23162] to the *First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 22165] (the "Plan"), and in support thereof states as follows:

### PRELIMINARY STATEMENT[2]

1. Melamed joins in the objection of the Retail Customers to the Plan. In addition, in the event any amount of Melamed's claims are subordinated, Melamed reserves his rights with respect to the treatment of classes of unsecured creditors involving the payment of interest and the determination of the rate if such payments of interest is allowed.

### JURISDICTION AND STANDING

2. Pursuant to (i) 28 U.S.C. § 1334, (ii) applicable order(s) of the United States District Court for the District of Delaware issued pursuant to 28 U.S.C. § 157(a), and (iii) 28 U.S.C. § 157(b)(2)(A), this Court has jurisdiction to hear and determine this Objection.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases (collectively, the "Debtors"), a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] All capitalized terms used but not otherwise defined in this Preliminary Statement shall have the same meaning ascribed to them as subsequently defined *infra*.

3.      Melamed is a creditor of the Debtors.  As such, he has standing to be heard on this Objection and Joinder pursuant to 11 U.S.C. § 1109(b).

## FACTUAL BACKGROUND

4.      On and after November 11, 2022, the Debtors filed voluntary petitions for relief under title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

5.       On November 22, 2022, the Court entered the *Interim Order (I) Authorizing the Debtors To (A) Pay Prepetition Compensation And Benefits And (B) Continue Compensation And Benefits And (II) Granting Certain Related Relief* [D.I. 138]

6.      On December 15, 2022, the U.S. Trustee appointed an official committee of unsecured creditors (the "Committee").  D.I. 231.

7.      On May 19, 2023, the Court entered the *Order (I)(A) Establishing Deadlines for Filing Non-Customer and Government Proofs of Claim and Proofs of Interest and (B) Approving the Form and Manner of Notice Thereof and (II) Granting Related Relief* [D.I. 1519] (the "Non-Customer Bar Date Order"). The Non-Customer Bar Date Order established, among other things, the deadline of June 30, 2023 to file non-Customer Claims against the Debtors.

8.      On June 30, 2023, Melamed filed six (6) proofs of claim (the "Claims") in this case as follows:

| Claim Number | Claim Amount | Debtor | Nature of Claim |
|---|---|---|---|
| Claim 3385 | $35,613,112.19 | FTX Trading | Sale of Liquid Shares to FTX |
| Claim 3353<br>Claim 3956<br>Claim 4578 | $52,500.00 | FTX Singapore<br>FTX Japan<br>FTX Japan Holdings | Services fee from September and October of 2022 |
| Claim 3244<br>Claim 4470 | $200,000 | FTX Japan Holdings<br>FTX Japan | Bonus Payment |

9.      On July 10, 2024, the Debtors filed their *Objection to Proofs of Claim Filed by Seth Melamed* [D.I. 20051] along with the *Declaration of Steven P. Coverick* [D.I. 20052],

seeking to subordinate Melamed's claims under § 510(b). The response to the objection of the claim is due on August 16, 2024.

10. On December 16, 2023, the Debtors filed the *Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [Doc. No. 4861]; the *Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Affiliated Debtors and Debtors-in-Possession* [Doc. No. 4862]; and the Approval and Procedures Motion [Doc. No. 4863].

11. On May 22, 2024, the Debtors filed the *Joint Chapter 11 Plan of Reorganization of FTX Trading LTD. and its Debtor Affiliates* [Doc. No. 15520] (the "Plan") and *Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. And Its Affiliated Debtors and Debtors-in-Possession* [Doc. No. 15521] (the "Disclosure Statement") and *Notice of Filing of Blacklines of Revised Plan and Revised Disclosure Statement* [Doc. No. 15522] (the "Blacklines").

12. On May 23, 2024, the Debtors filed the *Notice of Rescheduled Hearing Regarding Motion of Debtors for Entry of an Order (I) Authorizing and Approving Entry Into, and Performance Under, the Collateral Claim Settlement Agreement, the Inter-Debtor Restructuring Agreement and the Restructuring Payment Agreement and (II) Granting Related Relief* [Doc. No. 15655] (the "Disclosure Statement Hearing Notice").

13. On June 26, 2024, the Court entered the *Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan* [D.I. 19068] (the "Solicitation Procedures Order"). Among other things, the Solicitation Procedures Order approved the adequacy of the Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Affiliated Debtors and Debtors-in-Possession (as

3

may be amended, modified or supplemented from time to time, the "Disclosure Statement"), voting and solicitation procedures and established the timeline to consider confirmation of a joint chapter 11 plan.

14. On August 2, 2024, the Debtors filed the Plan [D.I. 22165] and the Plan Supplement [D.I. 22163].

## ARGUMENT

**A. Reservation of Rights in the Event Any Amount of Melamed's Claims Are Subordinated**

15. In the event any amount of Melamed's claims are subordinated, Melamed reserves his rights with respect to the treatment of general unsecured claims and the proposed payment of interest to them. The Plan proposes to pay several of the creditors' classes of claims (i.e., Class 5A; Class 5B; 6A; Class 6B; Class 7A; Class 7B; Class 7C) at 100% plus interest which in some instances is the Consensus Rate (i.e., 9%, according to Plan 2.1.38), as in the case of Classes 5A and 5B, and in other instances it is the "lower of the Consensus Rate [9%.], the applicable Contract Rate or such other rate determined by the Court…" Section 4.3.9 of the Plan (Treatment of Class 6A). The Debtors acknowledge in the Disclosure Statement that the Bankruptcy Code "prevents the payment of postpetition interest to customers and other unsecured creditors." DS at p. 97. The Debtors also acknowledge that they are not solvent. Id. The Court, therefore, would need to decide at confirmation whether the payment of interest in this case is appropriate under the Code in connection with the requirements imposed by § 1129, and, assuming it is, the Court would also need to decide the appropriate rate of interest.

**B.    Joinder to the Objection Filed by the Retail Customers**

16. Melamed joins in the objections filed by the Retail Customers and incorporates those objections herein.

## RESERVATION OF RIGHTS

Melamed reserves all rights to supplement this Objection based upon further amendments that may be made to the Disclosure Statement, and any decision from Court with respect to the Debtors' objection to Melamed's claim and further reserves all rights to object to confirmation of the Plan and the provisions therein on any grounds.

## CONCLUSION

For the reasons stated herein, Melamed respectfully request that the Court grant the relief requested in this Joinder and provide such other relief as is just and proper.

Dated: August 16, 2024
       Wilmington, Delaware

    MCCARTER & ENGLISH, LLP

    /s/ *Shannon D. Humiston*
    Shannon D. Humiston (No. 5740)
    Renaissance Centre
    405 North King Street, 8th Floor
    Wilmington, DE I 9801
    Telephone: (302) 984-6300
    Facsimile (302) 984-6399
    shumiston@mccarter.com

    -    and  -

    LAW OFFICE OF EDUARDO GLAS P.C.
    Eduardo J. Glas, Esq. (pro hac vice admission to be filed)
    500 E. 83rd Street, #9H
    New York, New York 10028
    Tel: 917-864-1461
    eglas@glasattorneys.com
    Counsel to Seth Melamed