# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on Monday, August 19, 2024, *Philadelphia Indemnity Insurance Company's Limited Objection and Reservation of Rights to the First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* (the "Objection") was e-filed and served via CM/ECF on all parties registered to receive notification of such filings. Additionally, the Objection was served by e-mail on the following parties:

| | |
|---|---|
| Adam G. Landis<br>Kimberly A. Brown<br>Matthew R. Pierce<br>**Landis Rath & Cobb LLP**<br>landis@lrclaw.com<br>brown@lrclaw.com<br>pierce@lrclaw.com<br><br>*Counsel to the Debtors and Debtors-In-Possession* | Andrew G. Dietderich<br>James L. Bromley<br>Brian D. Glueckstein<br>Alex J. Kranzley<br>**Sullivan & Cromwell LLP**<br>dietdericha@sullcrom.com<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com<br><br>*Co-Counsel to the Debtors and Debtors-In-Possession* |

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent.

| | |
|---|---|
| Linda Richenderfer<br>**The Office of the United States Trustee**<br>**For the District of Delaware**<br>Linda.richenderfer@usdoj.gov<br><br>*U.S. Trustee* | Kris Hansen<br>Ken Pasquale<br>**Paul Hastings LLP**<br>krishansen@paulhastings.com<br>kenpasquale@paulhastings.com<br><br>*Counsel to the Committee* |
| Matthew B. Lunn<br>Robert F. Poppiti, Jr.<br>**Young, Conaway, Stargatt & Taylor, LLP**<br>mlunn@ycst.com<br>rpoppiti@ycst.com<br><br>*Co-Counsel to the Committee* | Erin E. Broderick<br>**Eversheds Sutherland (US) LLP**<br>erinbroderick@eversheds-sutherland.com<br><br>*Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com* |
| Matthew B. Harvey<br>**Morris, Nichols, Arsht & Tunnell LLP**<br>mharvey@morrisnichols.com<br><br>*Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com* | Brett Bakemeyer<br>Brian D. Pfeiffer<br>**White & Case LLP**<br>Brett.bakemeyer@whitecase.com<br>Brian.pfeiffer@whitecase.com<br><br>*Counsel to the Joint Official Liquidators and Foreign Representatives of FTX Digital Markets Ltd.* |
| Brendan Schlauch<br>Paul N. Heath<br>**Richards, Layton & Finger P.A.**<br>schlauch@rlf.com<br>heath@rlf.com<br><br>*Co-Counsel to the Joint Official Liquidators and Foreign Representatives of FTX Digital Markets Ltd.* | |

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

Dated:  August 19, 2024

 */s/ Gary D. Bressler*
Gary D. Bressler, Esq. (No. 5544)

*Counsel to Philadelphia Indemnity Insurance Company*