# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Re D.I. Nos. 22573** |

## **STATEMENT OF SUPPORT FOR THE LIMITED OBJECTION OF KIHYUK NAM**

Murali Balasubramani ("Supporter") is a holder of FTT tokens and a creditor in the Chapter 11 bankruptcy proceedings of FTX Trading Ltd. and its affiliates. The Supporter submits this statement in support of the Limited Objection of KIHYUK NAM to the Valuation of FTT in Motion of Debtors to Estimate Claims Based on Digital Assets and Request for Fair Treatment of FTT Holders [D.I. 22573], and its related supplemental amendments.

## **CLARIFICATION**

The Supporter fully endorses the arguments presented in KIHYUK NAM's objection and supplemental amendments. Specifically, the Supporter agrees with the assertion that the FTT tokens were unfairly valued at zero and that FTT holders are being treated unfairly compared to other creditors. Additionally, the Supporter strongly supports the argument that FTT tokens should be revalued according to their market value and that FTT holders should receive fair treatment.

---

[1] Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

## NATURE AND AMOUNT OF CLAIM

In compliance with the objection guidelines, the Supporter hereby provides the following information regarding my claim:

1. Account ID: 2832
2. Unique Customer Code: 01315885
3. Platform: Ftx.com
4. Total FTT Holdings: 4398.9 FTT

## CONCLUSION

For the reasons stated herein, the Supporter respectfully requests that the Court carefully consider the objection filed by KIHYUK NAM and its supplemental amendments, ensuring that the rights of FTT holders are protected and that they receive fair treatment.

Dated: August 15, 2024

Respectfully submitted,
Murali Balsubramani.

Murali B
bmuralibalu06@gmail.com