UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



In re:

FTX TRADING LTD., *et al.,*

Debtors

Chapter 11

No. 22-11068 (JTD)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Name (Redacted)**

Name and Current Address of Transferor:
**Name (Redacted)**

Name of Transferee:

**Silk Road Network, LLC**

Name and Address where notices and payments to transferee should be sent:
**Silk Road Network, LLC**
**2880w West Oakland Park Boulevard**
**Oakland Park, FL 33311**

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 42007 | Name (Redacted) | Unliquidated (stated in crypto) | FTX Trading Ltd. | 22-11068 |
| Schedule No. 7459834 | Name (Redacted) | as described on Register (attached) | FTX Trading Ltd. | 22-11068 |
| Confirmation ID No. 3265-70-PHPUS-783549750 | Name (Redacted) | Unliquidated (stated in crypto) | FTX Trading Ltd. | 22-11068 |
| Customer Code No. 00183879 | Name (Redacted) | as described on Schedule F (attached) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: August  19  , 2024



# Creditor Data Details - Claim # 42007

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
08/20/2023

**Claim Number**
42007

**Schedule Number**
7459834

**Confirmation ID**
3265-70-PHPUS-783549750

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

| | | | |
|---|---|---|---|
| 00183879 | | ADA-0325[0], ADA-0624[0], ADA-0930[0], ADA-1230[ -30799], ADA-20211231[0], ADA-PERP[10385], BCH-0325[0], BCH-0624[0], BCH-0930[0], BCH-1230[ -1417.284], BCH-20211231[0], BCH[4724.09581341], BCH-PERP[ -2000.437], BTC-0325[0], BTC-0331[1.8039], BTC-0624[0], BTC-0930[0], BTC-1230[ -1.2803], BTC-20211231[0], BTC[264.87669421], BTC-PERP[ -36.00190000], DOGE[60], DOT-0325[0], DOT-0624[0], DOT-0930[0], DOT-1230[ -660.5], DOT-20211231[0], DOT[49439.00716163], EOS-0325[0], EOS-0624[0], EOS-0930[0], EOS-1230[ -35303], EOS-20211231[0], EOS-PERP[800625], ETH-0325[0], ETH-0331[ -281.595], ETH-0624[0], ETH-0930[0], ETH-1230[ -0.59500000], ETH-20211231[0], ETH[465.69088348], ETH-PERP[63.24700000], ETHW[22.43000938], FTT[1008.998571], LINK-0325[0], LINK-0624[0], LINK-0930[0], LINK-1230[ -19835.1], LINK[169570.23073034], LINK-20211231[0], LINK-PERP[ -121.40000000], LTC-0325[0], LTC-0624[0], LTC-0930[0], LTC[10541.03144645], LTC-1230[ -1603.16], LTC-20211231[0], LTC-PERP[24.53999999], NFT (37184342493794147/Magic Eden Pass)[1], SOL[0.03230345], SOL-0325[0], SOL-0624[0], SOL-0930[0], SOL-1230[64.02], SOL-20211231[0], SOL-PERP[ -295.27000000], SRM[23.50340499], SRM_LOCKED[256.33659501], SUN[1108.00508108], TRX-0325[0], TRX-0624[0], TRX-0930[0], TRX[10773023.42150020], TRX-1230[ -1150967], TRX-20211231[0], TRX-PERP[ -15730068], USD[6780976.18], USDT[ -2241665.69652162], USDT-PERP[ -20012], XLM-PERP[7961], XMR-PERP[977.64], XRP-0325[0], XRP-0624[0], XRP-0930[0], XRP[ -113945.08198885], XRP-1230[ -510967], XRP-20211231[0], XRP-PERP[1100851] | | BCH[1295.13420609], DOT[43938], ETH[310], LINK[70000], LTC[9790], USD[2500000.00] |

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.