# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## SIXTH SUPPLEMENTAL DECLARATION OF
## MATTHEW EVANS OF ALIXPARTNERS, LLP

Pursuant to 28 U.S.C. § 1746, I, Matthew Evans, state under penalty of perjury, that:

1. I am a Partner and Managing Director of AlixPartners, LLP ("AlixPartners"),[2] which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3. I submit this supplemental declaration in the cases of the above-captioned debtors (collectively, the "Debtors") to supplement the disclosures set forth in my original declaration dated December 21, 2022 [Docket No. 277] (the "Original Declaration"), my first supplemental declaration dated January 17, 2023 [Docket No. 506], my second supplemental declaration dated October 6, 2024 [Docket No. 3022], my third supplemental declaration dated December 15, 2023 [Docket No. 4793], my fourth supplemental declaration dated June 7, 2024 [Docket No. 16996] and my fifth supplemental declaration dated June 10, 2024 [Docket No. 17178].

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms used herein shall have meanings ascribed to them in the Original Declaration.

4. Unless otherwise noted, references to AP below collectively refer to AlixPartners, AP Holdings and each of their respective subsidiaries. AlixPartners would like to disclose the following:

- As set forth in the Original Declaration, AP follows a practice to solicit from the members of its Boards their connections to the parties in interest independent of AP. In response, one or more of the members of its Boards have offered the following disclosures:

    o CVC Capital Partners is a 363 sale party to the Debtors. An AP investor or one of its affiliates has an investment in CVC Capital Partners VIII Limited, CVC Capital Partners VII Limited and CVC Capital Partners VI Limited. An affiliate of an AP investor has an ownership stake in an affiliate of CVC Credit Partners. An AP board member is a member of the advisory board of CVC Capital Partners VII (A) L.P., CVC Capital Partners Strategic Opportunities II L.P., and CVC Capital Partners Strategic Opportunities D L.P.

    o US Bank, a bank/lender/UCC lien party/administrative agent to the Debtors, is a vendor to an AP investor or one of its affiliates.

- Analysis Group, an ordinary course professional to the Debtors, is a professional to current and former AP clients in matters unrelated to the Debtors. Analysis Group is a former employer of current AP employees.

- Baker & Hostetler LLP ("BakerHostetler"), an ordinary course professional to the Debtors, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors. BakerHostetler is a current and former AP client in matters unrelated to the Debtors.

- Caisse de dépôt et placement du Québec (CDPQ), a 363 sale party to the Debtors, and affiliated entities ("CDPQ"), are lenders, adverse litigation parties and parent companies to current and former AP clients in matters unrelated to the Debtors. CDPQ is a current and former AP client in matters unrelated to the Debtors.

- Canyon Balanced Master Fund, Ltd, Canyon Distressed Opportunity Master Fund III, L.P., Canyon Distressed TX (A) LLC, Canyon Distressed TX (B) LLC, Canyon ESG Master Fund, L.P., Canyon IC Credit Master Fund L.P., Canyon NZ-DOF Investing, L.P., Canyon Value Realization Fund, L.P., Canyon-ASP Fund, L.P., CDOF IV Master Fund L.P. and The Canyon Value Realization Master Fund, L.P., claims traders to the Debtors, and affiliated entities ("Canyon"), are bondholders, lenders, lienholders, adverse litigation parties, parent companies, lessors and shareholders to current and former AP clients in matters unrelated to the Debtors. Canyon is a former AP client in matters unrelated to the Debtors.

- Contrarian Funds, LLC, a claims trader to the Debtors, and affiliated entities, are adverse litigation parties, lenders and bondholders to current and former AP clients in matters unrelated to the Debtors.

- CVC Capital Partners, a 363 sale party to the Debtors, and affiliated entities ("CVC"), are investors, related parties, affiliates, lenders and parent companies to current and former AP clients in matters unrelated to the Debtors. CVC is a current and former AP client in matters unrelated to the Debtors.

- DCP Master Investments XIV LLC, a claims trader to the Debtors, and affiliated entities ("DCP"), are parent companies to current and former AP clients in matters unrelated to the Debtors. DCP is a former AP client in matters unrelated to the Debtors.

- First Bank & Trust, a bank/lender/UCC lien party/administrative agent to the Debtors, and affiliated entities, are lenders and adverse litigation parties to former AP clients in matters unrelated to the Debtors.

- Georgian + Northleaf + IVP + Parkwood + Flossbach, a 363 sale party to the Debtors, and affiliated entities, are bondholders to current and former AP clients in matters unrelated to the Debtors.

- Goldman Sachs Lending Partners LLC, a claims trader to the Debtors, and affiliated entities ("Goldman Sachs"), are associated companies, bondholders, litigation parties, non-adverse litigation parties, lenders, lessors, lienholders, parent companies, director-affiliated companies, adverse litigation parties, limited partners, professionals and shareholders to current and former AP clients in matters unrelated to the Debtors. Goldman Sachs is a current and former AP client in matters unrelated to the Debtors. Goldman Sachs is a former employer of current AP employees.

- Hain Capital Investors Master Fund, LTD, a claims trader to the Debtors, and affiliated entities, are bondholders to a current AP client in matters unrelated to the Debtors.

- HBK Master Fund L.P., a claims trader to the Debtors, and affiliated entities, are bondholders, adverse litigation parties, lenders and shareholders to current and former AP clients in matters unrelated to the Debtors.

- Hudson Bay Claim Fund LLC, a claims trader to the Debtors, and affiliated entities, are bondholders, lenders and shareholders to current and former AP clients in matters unrelated to the Debtors.

- Key Bank, a bank/lender/UCC lien party/administrative agent to the Debtors, and affiliated entities ("Key"), are bondholders, litigation parties, adverse litigation parties, lessors, lienholders, shareholders and lenders to current and former AP

- clients in matters unrelated to the Debtors. Key is a former employer of a current AP employee.

- Kingdon Capital Ventures VII, LLC, a claims trader to the Debtors, and affiliated entities, are bondholders and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Liberty Mutual, a 363 sale party to the Debtors, and affiliated entities ("Liberty"), are bondholders, adverse litigation parties, litigation parties, lessors, non- adverse litigation parties and lenders to current and former AP clients in matters unrelated to the Debtors. Liberty is a current and former AP client in matters unrelated to the Debtors. Liberty is an insurance provider to AP.

- Livello Capital Special Opportunities Master Fund LP, a claims trader to the Debtors, and affiliated entities, are lenders to former AP clients in matters unrelated to the Debtors.

- Lux Ventures, a 363 sale party to the Debtors, and affiliated entities, are adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Mubadala, a 363 sale party to the Debtors, and affiliated entities ("Mubadala"), are parent companies to current and former AP clients in matters unrelated to the Debtors. Mubadala is a current and former AP client in matters unrelated to the Debtors.

- Oaktree Opportunities Fund XI Holdings (Cayman), L.P., Oaktree Phoenix Investment Fund, L.P., Oaktree Value Opportunities Fund Holdings, L.P. and Oaktree-Copley Investments, LLC, claims traders to the Debtors, and affiliated entities ("Oaktree"), are bondholders, adverse litigation parties, investors, lenders, parent companies and shareholders to current and former AP clients in matters unrelated to the Debtors. Oaktree is a current and former AP client in matters unrelated to the Debtors.

- PNC Bank, a bank/lender/UCC lien party/administrative agent to the Debtors, and affiliated entities ("PNC"), are bondholders, lenders, lessors, lienholders, litigation parties, adverse litigation parties, professionals and shareholders to current and former AP clients in matters unrelated to the Debtors. PNC is a former employer of a current AP employee.

- Sheridan Investment Holdings LLC, a claims trader to the Debtors, and affiliated entities, are affiliates and lessors to current and former AP clients in matters unrelated to the Debtors.

- SPCP Group, LLC and SPCP Institutional Group, LLC, claims traders to the Debtors, are lenders and professionals to current and former AP clients in matters unrelated to the Debtors.

- The Ford Foundation, a 363 sale party to the Debtors, is an investor and limited partner to former AP clients in matters unrelated to the Debtors.

- Truist Bank, a bank/lender/UCC lien party/administrative agent to the Debtors, and affiliated entities, are adverse litigation parties, bondholders, lenders and shareholders to current and former AP clients in matters unrelated to the Debtors.

- US Bank, a bank/lender/UCC lien party/administrative agent to the Debtors, and affiliated entities ("US Bank"), are bondholders, adverse litigation parties, lienholders, litigation parties, lessors, shareholders, professionals and lenders to current and former AP clients in matters unrelated to the Debtors. US Bank is a current and former AP client in matters unrelated to the Debtors. US Bank is a member of the official committee of unsecured creditors that retained AP in iMedia Brands, Inc., a current bankruptcy matter unrelated to the Debtors. US Bank was a member of the official committee of unsecured creditors that retained AP in Tops Holding II Corporation and Western Global Airlines, Inc., former bankruptcy matters unrelated to the Debtors.

5. AlixPartners does not believe that the supplemental disclosures above impact its disinterestedness. I continue to reserve the right to supplement AlixPartners' disclosures in the event that AlixPartners learns of any additional connections that require disclosure. If any new material relevant facts or relationships are discovered or arise, AlixPartners will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: August 19, 2024         AlixPartners, LLP
       New York, NY


                               */s/ Matthew Evans*
                               Matthew Evans
                               Partner & Managing Director