UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re:<br>FTX Trading Ltd. (d/b/a "FTX")<br><br>Debtors | Chapter 11<br>22-11068<br><br>(Jointly Administered) |
|---|---|

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor:<br>Phoenix Digital LLC as Transferee of<br>███████<br><br>Name and Current Address of Transferor:<br>Phoenix Digital LLC 42 W 33rd St 27B New York, NY 10001 as Transferee of<br>███████ | Name of Transferee:<br>FTXCREDITOR, LLC<br><br>Name and Address where notices and payments to transferee should be sent:<br>FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001,<br>claims@ftxcreditor.com |
|---|---|

| Claim No./Schedule | Original Creditor Name | Amount | Debtor |
|---|---|---|---|
| Kroll Schedule: 221106805871164<br>Debtor Schedule F: 01259504 | ███████ | Described on Schedule F | FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) |
| Claim Number: 2031 | ███████ | Described on Schedule F | FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Name: Michael Bottjer
Transferee / Transferee's Agent
Date: 4/4/2024

Signature: *Michael Bottjer* (DocuSigned)

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

*EVIDENCE OF TRANSFER OF CLAIM*

*TO: Clerk, United States Bankruptcy Court, Southern District of New York, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, **Phoenix Digital LLC**, has unconditionally and irrevocably sold, transferred and assigned to FTXCREDITOR, LLC, its successors and assigns, all right, title and interest in and to the claim(s) identified below, against FTX Trading LTD et al.*

| Schedule F #: | 01259504 |
|---|---|
| Claim Amount: | as detailed on Schedule F |

*Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim.*

*You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.*

Date: 4/4/2024

| BUYER:<br>FTXCREDITOR, LLC<br><br>*Michael Bottjer*<br>CA2272A6B6CB4B3...<br><br>Name: Michael Bottjer<br>Email: claims@ftxcreditor.com<br>Title: President | SELLER:<br>Phoenix Digital LLC as Transferee of<br><br>*Tian Zeng*<br>061C6135A32A402...<br><br>Name: Tian Zeng<br>Email: tzeng@nirvana-cap.com<br>Title: Founder |
|---|---|

Schedule F:

Your Unique Customer Code is 01259504
Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:

BTC[0.0935004694314477]
ETH[1.7192649252357534]
ETHW[0.0000000052357534]
FTM[0.0000000033000991]
GBP[111872.9634702027082768]
SOL[656.0551654266576535]
USD[0.0000000095067747]