## UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Delaware

In Re. Emergent Fidelity Technologies Ltd

§
§
§
§

Debtor(s)

Case No.  23-10149

Lead Case No.   22-11068

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2024

Petition Date: 02/03/2023

Months Pending: 18

Industry Classification: | 5 | 2 | 3 | 9 |

Reporting Method:                    Accrual Basis ◯          Cash Basis ⦿

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):                    0

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒        Statement of cash receipts and disbursements
☒        Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒        Statement of operations (profit or loss statement)
☐        Accounts receivable aging
☐        Postpetition liabilities aging
☐        Statement of capital assets
☒        Schedule of payments to professionals
☒        Schedule of payments to insiders
☒        All bank statements and bank reconciliations for the reporting period
☐        Description of the assets sold or transferred and the terms of the sale or transfer

/s/

Signature of Responsible Party

08/19/2024
Date

Toni Shukla, Joint Liquidator

Printed Name of Responsible Party

3rd Floor, Commerce House, PO Box 3339, Road Town,
Tortola, British Virgin Islands, VG1110
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R.
§ 1320.4(a)(2) applies.

Debtor's Name Emergent Fidelity Technologies Ltd

Case No.  23-10149

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $681,167 | |
| b.   Total receipts (net of transfers between accounts) | $0 | $0 |
| c.   Total disbursements (net of transfers between accounts) | $0 | $320,478 |
| d.   Cash balance end of month (a+b-c) | $681,167 | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.   Total disbursements for quarterly fee calculation (c+e) | $0 | $320,478 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a.   Accounts receivable (total net of allowance) | $0 | |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c.   Inventory   (Book ⦿   Market ◯   Other ◯   (attach explanation)) | $0 | |
| d   Total current assets | $627,122,292 | |
| e.   Total assets | $627,122,292 | |
| f.   Postpetition payables (excluding taxes) | $15,304,187 | |
| g.   Postpetition payables past due (excluding taxes) | $15,191,077 | |
| h.   Postpetition taxes payable | $0 | |
| i.   Postpetition taxes past due | $0 | |
| j.   Total postpetition debt (f+h) | $15,304,187 | |
| k.   Prepetition secured debt | $664,496,883 | |
| l.   Prepetition priority debt | $0 | |
| m.   Prepetition unsecured debt | $6,855,146 | |
| n.   Total liabilities (debt) (j+k+l+m) | $686,656,216 | |
| o.   Ending equity/net worth (e-n) | $-59,533,924 | |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $0 | |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.   Gross profit (a-b) | $0 | |
| d.   Selling expenses | $0 | |
| e.   General and administrative expenses | $0 | |
| f.   Other expenses | $0 | |
| g.   Depreciation and/or amortization (not included in 4b) | $0 | |
| h.   Interest | $0 | |
| i.   Taxes (local, state, and federal) | $0 | |
| j.   Reorganization items | $113,110 | |
| k.   Profit (loss) | $-113,110 | $-5,354,951 |

Debtor's Name  Emergent Fidelity Technologies Ltd                                          Case No.  23-10149

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | $0 | $320,478 | $0 | $320,478 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| i | Morgan Lewis Bockius LLP | Lead Counsel | $0 | $320,478 | $0 | $320,478 |
| ii | Quantuma | Other | $0 | $0 | $0 | $0 |
| iii | Lake, Kentish & Bennett Inc | Local Counsel | $0 | $0 | $0 | $0 |
| iv | David Joseph KC | Local Counsel | $0 | $0 | $0 | $0 |
| v | Forbes Hare | Local Counsel | $0 | $0 | $0 | $0 |
| vi | Kroll | Other | $0 | $0 | $0 | $0 |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  Emergent Fidelity Technologies Ltd          Case No.  23-10149

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  Emergent Fidelity Technologies Ltd                                    Case No.  23-10149

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  Emergent Fidelity Technologies Ltd                                    Case No.  23-10149

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name Emergent Fidelity Technologies Ltd          Case No. 23-10149

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name Emergent Fidelity Technologies Ltd                                              Case No.  23-10149

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.   Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.   Postpetition employer payroll taxes accrued | $0 | $0 |
| d.   Postpetition employer payroll taxes paid | $0 | $0 |
| e.   Postpetition property taxes paid | $0 | $0 |
| f.   Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.   Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.   Were any payments made on prepetition debt?  (if yes, see Instructions)       Yes ○     No ◉

b.   Were any payments made outside the ordinary course of business       Yes ○     No ◉
without court approval?  (if yes, see Instructions)

c.   Were any payments made to or on behalf of insiders?       Yes ○     No ◉

d.   Are you current on postpetition tax return filings?       Yes ○     No ◉

e.   Are you current on postpetition estimated tax payments?       Yes ○     No ◉

f.   Were all trust fund taxes remitted on a current basis?       Yes ○     No ◉

g.   Was there any postpetition borrowing, other than trade credit?       Yes ○     No ◉
(if yes, see Instructions)

h.   Were all payments made to or on behalf of professionals approved by       Yes ○     No ○   N/A ◉
the court?

i.   Do you have:        Worker's compensation insurance?       Yes ○     No ◉

          If yes, are your premiums current?       Yes ○     No ○   N/A ◉   (if no, see Instructions)

      Casualty/property insurance?       Yes ○     No ◉

          If yes, are your premiums current?       Yes ○     No ○   N/A ◉   (if no, see Instructions)

      General liability insurance?       Yes ○     No ◉

          If yes, are your premiums current?       Yes ○     No ○   N/A ◉   (if no, see Instructions)

j.   Has a plan of reorganization been filed with the court?       Yes ○     No ◉

k.   Has a disclosure statement been filed with the court?       Yes ○     No ◉

l.   Are you current with quarterly U.S. Trustee fees as       Yes ◉     No ○
set forth under 28 U.S.C. § 1930?

| Debtor's Name | Emergent Fidelity Technologies Ltd | Case No. 23-10149 |
|---|---|---|

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/

| | |
|---|---|
| Signature of Responsible Party | Toni Shukla |
| | Printed Name of Responsible Party |
| Joint Liquidator | 08/19/2024 |
| Title | Date |

Debtor's Name  Emergent Fidelity Technologies Ltd

Case No.  23-10149



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  Emergent Fidelity Technologies Ltd                    Case No.  23-10149



Bankruptcy1to50

Bankruptcy51to100



NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Emergent Fidelity Technologies Ltd                    Case No.  23-10149



PageThree



PageFour

**Notes to the Monthly Operating Reports ("MOR"): July Report**

**General Notes:**

On February 3, 2023 (the "Petition Date"), Emergent Fidelity Technologies Ltd (the "Debtor"), under the control of Angela Barkhouse and Toni Shukla as the Joint Provisional Liquidators pursuant to the Appointment Order[1] of the Eastern Caribbean Supreme Court, High Court of Justice, Antigua and Barbuda (the "Antigua Court"), dated December 5, 2022, filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "Court") (the "Emergent Chapter 11 Case"). On March 23, 2023, the Antigua Court entered an order converting the provisional liquidation into a full liquidation pursuant to the International Business Corporation Act, Cap 222, and appointed Angela Barkhouse and Toni Shukla as the Joint Liquidators ("JLs")[2] of the Debtor.

On April 10, 2023, the Court entered an interim order authorizing the joint administration of the Emergent Chapter 11 Case with the chapter 11 cases of FTX Trading Ltd. and its affiliated debtors and debtors-in-possession, *In re FTX Trading, Ltd., et. al*, Case No. 22-11068 (JTD).

On May 10, 2023, the Court entered a final order authorizing the joint administration of the Emergent Chapter 11 Case with the chapter 11 cases of FTX Trading Ltd. and its affiliated debtors and debtors-in-possession, *In re FTX Trading, Ltd., et. al*, Case No. 22-11068 (JTD).

The following notes should be referred to, and referenced, in connection with any review of the MOR:

**Accuracy:**

The financial information disclosed herein was unaudited and preliminary and not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder.  In preparing the MOR, the Debtor relied on financial data and other information derived from its books and records and pursuant to the JLs' ongoing investigation of the Debtor's affairs that were available at the time of preparation.  The Debtor hereby reserves the right to challenge or otherwise dispute the validity, status, or enforceability nature of any claim amount, representation, or other statement in this MOR, and reserves the right to amend or supplement this MOR if necessary.

**Reporting Period:**

Unless otherwise noted herein, this MOR generally reflects the Debtor's books and records and financial activity occurring during the current reporting period, i.e., from July 1 through July

---

[1] The Appointment Order is attached as Exhibit B to the *Declaration of Angela Barkhouse in Support of the Debtor's Chapter 11 Petition* [D.I. 3, Case No. 23-10149].

[2] As of the Petition Date, Angela Barkhouse and Toni Shukla were employed by Quantuma (Cayman) Limited and Quantuma (BVI) Limited (together, "Quantuma"), respectively. Angela Barkhouse and Toni Shukla recently became employed by Kroll Advisory (Cayman) Ltd. and Kroll Advisory (BVI) Limited (together, "Kroll"), respectively.

31.  Except as otherwise noted, no adjustments have been made for activity occurring after the close of the reporting period.

## Part 1: Cash Receipts and Disbursements – Cash Balance

The Debtor does not have any cash on hand to be reported in Part 1; however, out of an abundance of caution, the Debtor included in Line (a) the aggregate balance of retainers held by professionals retained by the Debtor in the U.S. and the JLs in Antigua (collectively, the "Professionals") as of the time of chapter 11 filing on February 3, 2023, less the retainer amount released to the Debtor's U.S. counsel pursuant to the Court Order dated September 20, 2023 [D.I. 2647].

## Part 2: Assets and Liability Status – Total Assets

On or about August 31, 2023, the Department of Justice, with the consent of the parties in interest, sold the Robinhood shares that it had seized, and thus the Robinhood assets consist entirely of cash, which the DOJ continues to hold.  *See United States v. Samuel Bankman-Fried*, Case No. 1:22-cr-00673 (LAK), ECF 242 (S.D.N.Y. Sept. 1, 2023).  Accordingly, Line (d) and Line (e) include (i) the aggregate sale proceeds of the Robinhood shares and (ii) the aggregate balance of retainers held by the Professionals.

## Part 2: Assets and Liability Status – Postpetition Payables

Part 2, Line (f) includes (i) all fees and expenses accrued by the Professionals that have not yet been paid and (ii) all obligations that became due and payable after the filing of this chapter 11 case under the prepetition financing documents. The Antiguan Professionals, including the JLs, are subject to engagement and a fee approval process pursuant to an order of the Antigua Court.

## Part 2: Assets and Liability Status – Prepetition Secured Debt

Part 2, Line (k) includes, among other things, the aggregate amount of the claims of the BlockFi entities.  The Debtor disputes such claims in all respects.

## Part 4: Income Statement – Reorganization Items

Part 4, Line (j) includes all fees accrued by the Professionals during the current reporting period.

## Part 5: Professional Fees and Expenses

Part 5 provides a list of the Professionals retained by the Debtor in the U.S. and the JLs in Antigua. Kroll has been added as a Professional, on account of the JLs' change in employment as noted in footnote 2, above. No payments have been made from the Debtor's estate to either Quantuma or Kroll.

**Supporting Documentation: Bank Account**

As previously reported, the JLs on behalf of the Debtor opened a debtor-in-possession bank account with Axos Bank.  There is no cash deposited in the account and there has been no transfer of any cash or proceeds in and out of that bank account.

**Supporting Documentation: Payments to Insiders**

No payments were made to insiders during the current reporting period.

**Emergent Fidelity Technologies Limited - in Liquidation (Debtor in Possession)**
**Statement of Cash Receipts & Disbursements as at July 31, 2024**

|  | $ |
|---|---|
| **Opening Cash Balance** | 1,001,645 |
| Receipts | - |
| Disbursements | 320,478 |
| **Ending Cash Balance** | **681,167** |

**Emergent Fidelity Technologies Limited - in Liquidation (Debtor in Possession)**
**Balance Sheet as at July 31, 2024**

| ASSETS | |
|---|---|
| | **$** |
| Cash Held by DOJ | 20,746,713.67 |
| Retainer Funds Held by MLB | - |
| Retainer Funds Held by Other Professionals | 681,166.94 |
| Net proceeds of sale of shares (Robinhood Inc.) Held by DOJ | 605,694,411.59 |
| **Total Assets** | **627,122,292.20** |

| LIABILITIES | |
|---|---|
| Pre-petition Secured Creditors (disputed) | (660,000,000.00) |
| Pre-petition Secured Creditors | (4,496,882.88) |
| Pre-petition Unsecured Creditors | (6,855,145.96) |
| Pre-petition FTX Inc & AI Creditors | Uncertain |
| Post-petition Accrued Unpaid Costs | (5,354,950.84) |
| Post-petition Accrued Unpaid Funding Costs | (9,949,236.48) |
| Total Liabilities | **(686,656,216.17)** |
| **NET ASSETS** | **(59,533,923.97)** |

**Stockholders' Equity**

| | |
|---|---|
| Samuel Bankman-Fried - 900 Stocks | (53,580,531.57) |
| Zixiao "Gary" Wang - 100 Stocks | (5,953,392.40) |
| **STOCKHOLDERS' EQUITY** | **(59,533,923.97)** |

**Emergent Fidelity Technologies Limited - in Liquidation (Debtor in Possession)**
**Statement of Income & Expenditure as at July 31, 2024**

|  | $ |
|---|---|
| **Revenue** |  |
|  | - |
| **Total - Revenue** | **-** |
|  |  |
| **Expenses** |  |
| Other Operating Expenses | 5,354,950.84 |
| **Total - Expenses** | **5,354,950.84** |
|  |  |
| **Net Income Before Tax** |  |
| Revenue | - |
| Expenses | 5,354,950.84 |
| **Net Income Before Tax** | **5,354,950.84** |
|  |  |
| **Income Tax Provision - Not Applicable** |  |
| Total - Tax Provision | - |
| **Income Tax Provision** | **-** |
|  |  |
| **Net Income (Loss)** | **5,354,950.84** |

**Emergent Fidelity Technologies Limited (Debtor in Possession)**
**Bank Account as of July 31, 2024**

| Entity Name | Bank Name | Account Type | Account Number (Last Four Digits) | Period-End Bank Balance |
|---|---|---|---|---|
| Emergent Fidelity Technologies Ltd | Axos Bank | DIP Account | 1488 | USD $0 |

**Emergent Fidelity Technologies Limited - in Liquidation (Debtor in Possession)**
**Schedule of Payments to Professionals as of July 31, 2024**

| Professional | Role | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| Morgan, Lewis & Bockius LLP | Debtor's counsel in chapter 11 | $0 | $320,477.60 | $0 | $320,477.60 |
| Quantuma | JLs | $0 | $0 | $0 | $0 |
| Lake, Kentish & Bennett Inc. | JLs' local counsel in Antigua | $0 | $0 | $0 | $0 |
| David Joseph KC | JLs' local counsel in Antigua | $0 | $0 | $0 | $0 |
| Forbes Hare | JLs' local counsel | $0 | $0 | $0 | $0 |
| Kroll | JLs | $0 | $0 | $0 | $0 |

**Emergent Fidelity Technologies Limited (Debtor in Possession)**
**Payments to Insiders as of July 31, 2024**

| Insider Name | Title | Amount of Payment | Description | Date |
|---|---|---|---|---|
| None | None | None | None | None |

No payments were made to insiders during the current reporting period.