# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 13, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Venable LLP, (ADRID: 13010780), Attn: Jeffrey S. Sabin, Xochitl S. Strohbehn, Carol A. Weiner, Arie A. Peled, 151 W 42nd St Fl 4R, New York, NY, 10036-6635:

- Order Sustaining Debtors' Thirty-Seventh (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [Docket No. 18035]

- Order (A) Authorizing Debtors' Entry into, and Performance Under, the Settlement with the United States of America Regarding Federal Taxes; (B) Approving the Settlement; and (C) Granting Related Relief [Docket No. 18036]

- Order (A) Authorizing the Debtors to Enter into Partial Settlements with Zixiao "Gary" Wang and Nishad Singh and (B) Approving the Settlement Agreements [Docket No. 18037]

- Order Granting Motion of Debtors Further Extending the Time Period within which the Debtors may File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Rules 9027 and 9006 of the Federal Rules of Bankruptcy Procedure [Docket No. 18038]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

- Debtors' Omnibus Reply in Support of Motion of Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan [Docket No. 18083]

- Declaration of Alexa J. Kranzley in Support of Debtors' Omnibus Reply in Support of Motion of Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan [Docket No. 18084]

On August 14, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Venable LLP, (ADRID: 18181984), Attn: Jeffrey S. Sabin, Xochitl S. Strohbehn, Carol A. Weiner, Arie A. Peled, 151 W 42nd St Fl 4r, New York, NY, 10036-6635:

- Notice of Proposed Sale of Certain Assets Free and Clear of Any Liens, Claims, Interests and Encumbrances [Docket No. 19195]

- Debtors' Sixty-Third (Substantive) Omnibus Objection to Certain Misclassified Claims (Non-Customer Claims) [Docket No. 20050]

- Notice of Agenda for Hearing Scheduled for July 17, 2024 at 1:00 p.m. (ET), before the Honorable John T. Dorsey at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801 [Docket No. 20473]

[*Remainder of page intentionally left blank*]

Dated: August 20, 2024

                                                                    */s/ Paul Pullo*
                                                                    Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 20, 2024, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025