## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX TRADING LTD., *et al.*,[1]<br>　　　　　　　Debtors. | Chapter 11<br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br>Hearing Date: October 7, 2024 at 10:00 a.m. (ET)<br>Objection Deadline: September 4, 2024 at 4:00 p.m. (ET)<br>Re: Docket No. 23160 |

**NOTICE OF MOTION FOR ENTRY OF AN
ORDER AUTHORIZING THE FILING OF DECLARATION
OF JORDAN E. SAZANT IN SUPPORT OF THE OBJECTION OF LAYERZERO
LABS LTD., ARI LITAN, AND SKIP & GOOSE LLC TO CONFIRMATION
OF THE FIRST AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION
OF FTX TRADING LTD. AND ITS DEBTOR AFFILIATES UNDER SEAL**

**PLEASE TAKE NOTICE** that LayerZero Labs Ltd. ("LayerZero"), Ari Litan, and Skip & Goose LLC ("Skip & Goose", and collectively with LayerZero and Ari Litan, the "LayerZero Group") filed the attached *Motion for Entry of an Order Authorizing the Filing of Declaration of Jordan E. Sazant in Support of the Objection of LayerZero Labs Ltd., Ari Litan, and Skip & Goose LLC to Confirmation of the First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates Under Seal* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua Barbuda.

11706736v.1

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801, on or before **September 4, 2024 at 4:00 p.m. (ET)** (the "Objection Deadline"), and served upon and received by the undersigned counsel for LayerZero Group.

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before the Honorable John T. Dorsey at the Bankruptcy Court, 824 N. Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801 on **October 7, 2024 at 10:00 a.m. (ET).**

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

*[Remainder of page intentionally left blank]*

11706736v.1

| | |
|---|---|
| Dated: August 21, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ R. Stephen McNeill*<br>M. Blake Cleary (No. 3614)<br>R. Stephen McNeill (No. 5210)<br>Sameen Rizvi (No. 6902)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: bcleary@potteranderson.com<br>       rmcneill@potteranderonl.com<br>       srizvi@potteranderson.com<br><br>-and-<br><br>Brian S. Rosen (*pro hac vice* pending)<br>Dylan J. Marker (*pro hac vice* pending)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, New York 10036-8299<br>Telephone: (212) 969-3000<br>Email: brosen@proskauer.com<br><br>-and-<br><br>Jordan E. Sazant (DE Bar No. 6515)<br>**PROSKAUER ROSE LLP**<br>70 West Madison, Suite 3800<br>Chicago, Illinois 60602-4342<br>Telephone: (312) 962-3550<br>Email: jsazant@proskauer.com<br><br>*Counsel to LayerZero Group* |