# EXHIBIT A

**(Proposed Order)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>R: Docket No. |

**ORDER AUTHORIZING THE FILING OF DECLARATION
OF JORDAN E. SAZANT IN SUPPORT OF THE OBJECTION OF LAYERZERO
LABS LTD., ARI LITAN, AND SKIP & GOOSE LLC TO CONFIRMATION
OF THE FIRST AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION
OF FTX TRADING LTD. AND ITS DEBTOR AFFILIATES UNDER SEAL**

Upon consideration of the *Motion for Entry of an Order Authorizing the Filing of Declaration of Jordan E. Sazant in Support of the Objection of LayerZero Labs Ltd., Ari Litan, and Skip & Goose LLC to Confirmation of the First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates Under Seal* (the "Motion to Seal")[2] filed by the LayerZero Group, pursuant to sections 107 of the Bankruptcy Code and Bankruptcy Rule 9018; the Court finds that it has jurisdiction over this matter; due and proper notice of the Motion to Seal has been given, and no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Motion to Seal establish just cause for the relief granted herein; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the venue of this proceeding and this Motion to Seal is proper

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Seal.

pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation, and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion to Seal is **GRANTED** as set forth herein.

2. The LayerZero Group is authorized to file the Sazant Declaration under seal, and to file a redacted version of the same available for public viewing.

3. Unredacted copies of the Sazant Declaration shall not be made available to anyone except for this Court, the Debtors, the U.S. Trustee, and others solely upon agreement of the LayerZero Group or further Court order.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.