**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 22165 |

**DECLARATION OF JORDAN E. SAZANT
IN SUPPORT OF THE OBJECTION OF LAYERZERO
LABS LTD., ARI LITAN, AND SKIP & GOOSE LLC TO
CONFIRMATION OF THE FIRST AMENDED JOINT CHAPTER 11 PLAN OF
REORGANIZATION OF FTX TRADING LTD. AND ITS DEBTOR AFFILIATES**

I, Jordan E. Sazant, hereby declare under penalty of perjury, pursuant to section 1746 of title 28 of the United States Code, as follows:

1. I am a licensed attorney at law and am an Associate with the firm of Proskauer Rose LLP ("Proskauer"), counsel of record for the LayerZero Labs Ltd. ("LayerZero"), Ari Litan, and Skip & Goose LLC ("Skip & Goose", and collectively with LayerZero and Ari Litan, the "LayerZero Group") in the above-captioned action, currently pending before this Court. I submit this declaration (the "Declaration") in support of the *Objection of LayerZero Labs Ltd., Ari Litan, and Skip & Goose LLC to Confirmation of the First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* (the "Confirmation Objection"), filed concurrently with this Declaration.[2]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms used but not defined herein shall have the meanings given to them in the Confirmation Objection.

2. Ari Litan received a ballot in Class 7B in the voting amount of $164 and a ballot in Class 5B in the voting amount of $1. *See* Ex. A hereto.

3. Skip & Goose received a ballot in Class 5B in the voting amount of $1. *See* Ex. B hereto.

4. LayerZero received ballots in Class 6A in the voting amount of $1,449,864 and $1 and a ballot in Class 5A in the voting amount of $11,459,230. *See* Ex. C hereto.

5. Attached hereto are true and correct copies of the following documents:

| Document | Exhibit |
| --- | --- |
| Ari Litan Ballots | A |
| Skip & Goose Ballot | B |
| LayerZero Ballots | C |
| FTX Terms of Service | D |
| FTX.US User Agreement | E |
| LayerZero Labs Ltd. Warrant to Purchase Stargate Tokens | F |
| LayerZero Labs Ltd. Warrant to Purchase ZRO Tokens | G |
| Share Transfer Agreement | H |
| Cancellation and Rescission Agreement and Mutual Release | I |
| Territory of the British Virgin Islands the BVI Business Companies Act (as Amended) Company Limited by Shares | J |

| | |
|---|---|
| Memorandum and Articles of Association of LayerZero Labs Ltd.<br><br>-and-<br><br>Territory of the British Virgin Islands the BVI Business Companies Act (as Amended) Company Limited by Shares Articles of Association of LayerZero Labs Ltd. | |

6. Upon information and belief, the STG Tokens were launched in March 2023.

7. Upon information and belief, the ZRO Tokens were launched in June 2024.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated: August 16, 2024                                  Respectfully submitted,

                                                        */s/ Jordan E. Sazant*
                                                        Jordan E. Sazant

3