## CERTIFICATE OF SERVICE

      I, R. Stephen McNeill, do hereby certify that on August 21, 2024, a copy of the foregoing *Declaration of Jordan E. Sazant in Support of the Objection of LayerZero Labs Ltd., Ari Litan, and Skip & Goose LLC to Confirmation of the First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* was served on the parties listed on the attached service list in the manner indicated.

                                                                                               /s/ R. Stephen McNeill
                                                                                               R. Stephen McNeill (No. 5210)

# SERVICE LIST

**Counsel to the Debtors**

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Kimberly A. Brown, Esq.
Matthew R. Pierce, Esq.
LANDIS RATH & COBB LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801
Email: landis@lrclaw.com
          mcguire@lrclaw.com
          brown@lrclaw.com
          pierce@lrclaw.com

**By Email**

Linda Richenderfer, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street
Suite 2207
Wilmington, DE 19801
Email: linda.richenderfer@usdoj.gov

**By Email**

**Counsel to the Official Committee of Unsecured Creditors**

Matthew B. Lunn, Esq.
Robert F. Poppiti, Jr. Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street
Wilmington, DE 19801
Email: mlunn@ycst.com
          rpoppiti@ycst.com

**By Email**

**Counsel to the Debtors**

Andrew G. Dietderich, Esq.
James L. Bromley, Esq.
Brian D. Glueckstein, Esq.
Alexa J. Kranzley, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Email: dietdericha@sullcrom.com
          bromleyj@sullcrom.com
          gluecksteinb@sullcrom.com
          kranzleya@sullcrom.com

**By Email**

**Counsel to the Official Committee of Unsecured Creditors**

Kristopher M. Hansen, Esq.
Ken Pasquale, Esq.
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Email: krishansen@paulhastings.com
          kenpasquale@paulhastings.com

**By Email**

**Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com**

Erin E. Broderick, Esq.
Eversheds Sutherland (US) LLP,
227 West Monroe Street, Suite 6000
Chicago, Illinois 60606
Email: erinbroderick@eversheds-sutherland.com

**By Email**

**Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com**

Matthew B. Harvey, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP,
1201 North Market Street, 16thFloor,
Wilmington, Delaware 19801
Email: mharvey@morrisnichols.com

**By Email**

**Counsel to the Joint Official Liquidators and Foreign Representatives of FTX Digital Markets Ltd.**

Brendan Schlauch, Esq.
Paul N. Heath, Esq.
RICHARD, LAYTON & FINGER P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Email: schlauch@rlf.com
          heath@rlf.com

**By Email**

**Counsel to the Joint Official Liquidators and Foreign Representatives of FTX Digital Markets Ltd.**

Brett Bakemeyer, Esq.
Brian D. Pfeiffer, Esq.
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Email:  brett.bakemeyer@whitecase.com
          brain.pfeiffer@whitecase.com

**By Email**

11706798v.1