Exhibit A

**Ordinary Course Professionals List Subject to Tier 1 OCP $200,000 Cap Amount**

| ORDINARY COURSE PROFESSIONAL | FEES PAID DURING THE STATEMENT PERIOD | EXPENSES PAID DURING THE STATEMENT PERIOD | TOTAL AMOUNT PAID DURING THE STATEMENT PERIOD | DESCRIPTION OF SERVICES | SERVICE PERIODS PAID |
|---|---|---|---|---|---|
| Abrams & Bayliss LLP | $0 | $0 | $0 | Delaware local counsel providing support in the Grayscale litigation | |
| Anderson Mori & Tomotsune | $106,321.65 | $35.66 | $106,357.31 | Japanese local counsel providing support regarding Japanese local law | April 2024 - June 2024 |
| Antis Triantafyllides & Sons LLC | $7,087.50 | $22.00 | $7,109.50 | Cyprus local counsel providing support regarding Cyprus local law | April 2024 - June 2024 |
| Baker & Hostetler LLP | $3,184.50 | $0 | $3,184.50 | Legal advice regarding August 2023 Kroll security incident | April 2024 - June 2024 |
| BlackOak LLC | $55,693.55 | $228.36 | $55,921.91 | Singapore local counsel providing support regarding Singapore local law | March 2024 - June 2024 |
| Covington & Burling LLP | $0 | $0 | $0 | Pool counsel | |
| David Allison KC | $48,123.61 | $0 | $48,123.61 | English law advice in connection with plan and adversary proceeding issues | March 2024 - April 2024 |
| King & Wood Mallesons | $45,601.00 | $504.20 | $46,105.20 | Hong Kong local counsel providing support regarding Hong Kong local law | April 2024 - June 2024 |
| Lenz & Staehelin | $340,580.02 | $10,303.60 | $350,883.62 | Switzerland local counsel providing support regarding Switzerland local law | April 2024 - June 2024 |
| Peter D. Maynard, Counsel & Attorneys | $242,140.00 | $24,314.00 | $266,454.00 | Bahamas local counsel providing support regarding Bahamas local law | April 2024 - May 2024 |

| ORDINARY COURSE PROFESSIONAL | FEES PAID DURING THE STATEMENT PERIOD | EXPENSES PAID DURING THE STATEMENT PERIOD | TOTAL AMOUNT PAID DURING THE STATEMENT PERIOD | DESCRIPTION OF SERVICES | SERVICE PERIODS PAID |
|---|---|---|---|---|---|
| Tricor Services Limited | $176,070.00 | $11,768.00 | $187,838.00 | Accounting and financial services provider in Hong Kong and Singapore | February 2024 - May 2024 |
| Walkers (Cayman) LLP | $33,747.50 | $849.95 | $34,597.45 | British Virgin Islands/Cayman Islands local counsel providing support regarding British Virgin Islands/Cayman Islands local law | March 2024 - May 2024 |

**Ordinary Course Professionals List Subject to Tier 2 OCP $100,000 Cap Amount**

| ORDINARY COURSE PROFESSIONAL | FEES PAID DURING THE STATEMENT PERIOD | EXPENSES PAID DURING THE STATEMENT PERIOD | TOTAL AMOUNT PAID DURING THE STATEMENT PERIOD | DESCRIPTION OF SERVICES | SERVICE PERIODS PAID |
|---|---|---|---|---|---|
| CDB Legal Services | $0 | $0 | $0 | Antigua local counsel providing support regarding Antigua local law | |
| Clayton Utz | $7,559.83 | $21.07 | $7,580.90 | Australia local counsel providing support regarding Australia local law | April 2024 - June 2024 |
| Durukan Fadillioglu Attorney Partnership, DBA Durukan+Partners | $51,994.89 | $0 | $51,994.89 | Turkey local counsel providing support regarding Turkey local law | April 2024 - June 2024 |
| Hamel-Smith Caribbean | $0 | $0 | $0 | Antigua local counsel providing support regarding Antigua local law | |
| McCarthy Tétrault LLP | $0 | $0 | $0 | Canada local counsel providing support regarding Canada local law | |
| Peter Burgess | $4,705.04 | $0 | $4,705.04 | English law advice in connection with plan and adversary proceeding issues | April 2024 |

**Ordinary Course Professionals List Subject to Tier 3 OCP $50,000 Cap Amount**

| ORDINARY COURSE PROFESSIONAL | FEES PAID DURING THE STATEMENT PERIOD | EXPENSES PAID DURING THE STATEMENT PERIOD | TOTAL AMOUNT PAID DURING THE STATEMENT PERIOD | DESCRIPTION OF SERVICES | SERVICE PERIODS PAID |
|---|---|---|---|---|---|
| Advokatur Sprenger+Partner | $0 | $0 | $0 | Liechtenstein local counsel providing support regarding Liechtenstein local law | |
| Ali Budiardjo Nugroho Reksodiputro Counsellors at Law | $14,479.95 | $0 | $14,479.95 | Indonesia local counsel providing support regarding Indonesia local law | May 2024 |
| Anthony Waddy Astapahan | $0 | $0 | $0 | Antigua local counsel providing support regarding Antigua local law | |
| Appleby | $3,360.00 | $330.80 | $3,690.80 | Seychelles local counsel providing support regarding Seychelles local law | April 2024 |
| Arias, Fábrega & Fábrega | $3,448.09 | $0 | $3,448.09 | Panama local counsel providing support regarding Panama local law | June 2024 |
| Arthur Cox LLP | $0 | $0 | $0 | Ireland local counsel providing support regarding Ireland local law | |
| Bowmans | $0 | $0 | $0 | South Africa local counsel providing support regarding South Africa local law | |
| Ellex Valiūnas | $0 | $0 | $0 | Lithuania local counsel providing support regarding Lithuania local law, including assistance with recovery of funds | |

| ORDINARY COURSE PROFESSIONAL | FEES PAID DURING THE STATEMENT PERIOD | EXPENSES PAID DURING THE STATEMENT PERIOD | TOTAL AMOUNT PAID DURING THE STATEMENT PERIOD | DESCRIPTION OF SERVICES | SERVICE PERIODS PAID |
|---|---|---|---|---|---|
| Gorriceta Africa Cauton & Saavedra | $0 | $0 | $0 | Philippines local counsel providing support regarding Philippines local law | |
| Grant Thornton | $3,606.91 | $0 | $3,606.91 | Accounting and tax advisor in Vietnam | April 2024 - June 2024 |
| Groom Law Group | $9,701.50 | $0 | $9,701.50 | ERISA advice | April 2024 - June 2024 |
| Hadef & Partners LLC | $0 | $0 | $0 | United Arab Emirates local counsel providing support regarding United Arab Emirates local law | |
| Harney Westwood & Riegels LLP | $0 | $0 | $0 | Cayman Islands local counsel providing support regarding Cayman Islands local law | |
| Harris Kyriakides | $0 | $0 | $0 | Cyprus local counsel providing support regarding Cyprus local law | |
| Imogen Beltrami | $0 | $0 | $0 | English law advice in connection with plan and adversary proceeding issues | |
| Kantenwein Zimmermann Spatscheck & Partner | $0 | $0 | $0 | Advise and represent Debtors in German litigation | |
| Khaitan & Co. LLP | $0 | $0 | $0 | India local counsel providing support regarding India local law | |
| Kim & Chang | $0 | $0 | $0 | South Korea local counsel providing support regarding South Korea local law | |

| ORDINARY COURSE PROFESSIONAL | FEES PAID DURING THE STATEMENT PERIOD | EXPENSES PAID DURING THE STATEMENT PERIOD | TOTAL AMOUNT PAID DURING THE STATEMENT PERIOD | DESCRIPTION OF SERVICES | SERVICE PERIODS PAID |
|---|---|---|---|---|---|
| Ladas & Parry LLP | $13,858.66 | $32,484.34 | $46,343.00 | Trademark portfolio maintenance and prosecution | April 2024 - June 2024 |
| Lane IP | $0 | $0 | $0 | Trademark maintenance and prosecution in the UK and EU | |
| Lexcomm Vietnam LLC | $0 | $0 | $0 | Vietnam local counsel providing support regarding Vietnam local law | |
| Link Partners Law Firm | $8,848.30 | $401.88 | $9,250.18 | Japanese local counsel providing support regarding Japan local law | April 2024 - June 2024 |
| Olaniwun Ajayi LP | $0 | $0 | $0 | Nigeria local counsel providing support regarding Nigeria local law | |
| S&N Partners | $1,725.73 | $0 | $1,725.73 | Japanese local counsel providing support regarding Japan local law | April 2024 - June 2024 |
| Schurti Partners Attorneys at Law Ltd | $9,604.10 | $11.42 | $9,615.51 | Liechtenstein local counsel providing support regarding Liechtenstein local law | March 2024 - June 2024 |
| Shardul Amarchand Mangaldas & Co | $0 | $0 | $0 | India local counsel providing support regarding India local law | |
| TSN Limited | $25,346.32 | $144.65 | $25,490.97 | Gibraltar local counsel providing support regarding Gibraltar local law | April 2024 - June 2024 |