IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Hearing Date: October 7, 2024 at 10:00 a.m.<br>Objection Deadline: Sept. 5, 2024 at 4:00 p.m. |

**NOTICE OF MOTION OF KARIYA KAYAMORI FOR ENTRY OF AN ORDER AUTHORIZING THE FILING OF CERTAIN PLEADINGS UNDER SEAL**

**PLEASE TAKE NOTICE** that Kariya Kayamori ("Kayamori") filed the attached *Motion for Entry of an Order Authorizing the Filing of Certain Pleadings Under Seal* (the "Motion") with the Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before the Honorable John T. Dorsey at the Bankruptcy Court, 824 N. Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801 on October 7, 2024 at 10:00 a.m. (ET).

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

11112115.v1

| | |
|---|---|
| Dated: August 22, 2024<br>Wilmington, Delaware | */s/ Sally E. Veghte*<br>Richard M. Beck (DE Bar No. 3370)<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Sally E. Veghte (DE Bar No. 4762)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 Market Street, Suite 1000<br>Wilmington, Delaware, 19801-3062<br>Telephone: (302) 426-1189<br>Email: rbeck@klehr.com<br>dpacitti@klehr.com<br>sveghte@klehr.com<br><br>-and-<br><br>Laura Metzger, Esq. (admitted *pro hac vice*)<br>Michael Trentin, Esq. (admitted *pro hac vice*)<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>51 West 52nd Street<br>New York, New York 10019-6142<br>Telephone: (212) 506-5000<br>Email: lmetzger@orrick.com<br>mtrentin@orrick.com<br><br>*Counsel for Kariya Kayamori* |

11112115.v1