## **CERTIFICATE OF SERVICE**

I, Sally E. Veghte, do hereby certify that on August 22, 2024, a copy of the foregoing *Motion of Kariya Kayamori for Entry of an Order Authorizing the Filing of Certain Pleadings Under Seal* was served on the parties listed on the attached service list via electronic mail.

>  */s/ Sally E. Veghte*
>  Sally E. Veghte (DE Bar No. 4762)

11112116.v1

**SERVICE LIST**

Andrew G. Dietderich, Esq.
James L. Bromley, Esq.
Brian D. Glueckstein, Esq.
Alexa J. Kranzley, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Email: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Kimberly A. Brown, Esq.
Matthew R. Pierce, Esq.
LANDIS RATH & COBB LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801
Email: landis@lrclaw.com
mcguire@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

Linda Richenderfer, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street
Suite 2207
Wilmington, DE 19801
Email: linda.richenderfer@usdoj.gov

Kristopher M. Hansen, Esq.
Ken Pasquale, Esq.
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Email: krishansen@paulhastings.com
kenpasquale@paulhastings.com

Matthew B. Lunn, Esq.
Robert F. Poppiti, Jr. Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street
Wilmington, DE 19801
Email: mlunn@ycst.com
rpoppiti@ycst.com

Erin E. Broderick, Esq.
Eversheds Sutherland (US) LLP,
227 West Monroe Street, Suite 6000
Chicago, Illinois 60606
Email: erinbroderick@eversheds-sutherland.com

Matthew B. Harvey, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP,
1201 North Market Street, 16thFloor,
Wilmington, Delaware 19801
Email: mharvey@morrisnichols.com

Brett Bakemeyer, Esq.
Brian D. Pfeiffer, Esq.
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Email: brett.bakemeyer@whitecase.com
brain.pfeiffer@whitecase.com

Brendan Schlauch, Esq.
Paul N. Heath, Esq.
RICHARD, LAYTON & FINGER P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Email: schlauch@rlf.com
heath@rlf.com