# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

      I hereby certify that on August 23, 2024, I caused to be served a copy of the *Objection of the United States Trustee to Confirmation of First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading, Ltd. and its Debtor Affiliates* in the above-entitled action through the CM/ECF notification system, with courtesy copies upon the following via e-mail:

Ashby & Geddes, P.A.
Ricardo Palacio
Gregory Taylor
Michael D. Debaecke
500 Delaware Avenue, 8th Floor
Wilmington DE 19899-1150
rpalacio@ashbygeddes.com;
gtaylor@ashbygeddes.com;
mdebaecke@ashbygeddes.com

Eversheds Sutherland (US) LLP
Andrea L. Gordon
700 Sixth Street NW, Suite 700
Washington DC 20001
andreagordon@eversheds-sutherland.com

Eversheds Sutherland (US) LLP
Erin E. Broderick
227 West Monroe Street, Suite 6000
Chicago IL 60606
erinbroderick@eversheds-sutherland.com

Eversheds Sutherland (US) LLP
Mark D. Sherrill
1001 Fannin Street, Suite 3700
Houston TX 77002
marksherrill@eversheds-sutherland.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

| | |
|---|---|
| Eversheds Sutherland (US) LLP<br>Peter A. Ivanick<br>Sarah E. Paul<br>Philip H. Ehrlich<br>Lynn W. Holbert<br>The Grace Building, 40th Floor<br>1114 Avenue of the Americas<br>New York NY 10036<br>peterivanick@eversheds-sutherland.com;<br>sarahpaul@eversheds-sutherland.com;<br>philipehrlich@eversheds-sutherland.com;<br>lynnholbert@eversheds-sutherland.com | Landis Rath & Cobb LLP<br>Adam G. Landis<br>Kimberly A. Brown<br>Matthew R. Pierce<br>Nicolas E. Jenner,<br>George A. Williams III<br>Matthew McGuire<br>Howard W. Robertson IV<br>919 Market Street, Suite 1800<br>Wilmington DE 19801<br>landis@lrclaw.com; brown@lrclaw.com;<br>pierce@lrclaw.com; jenner@lrclaw.com;<br>williams@lrclaw.com; mcguire@lrclaw.com;<br>robertson@lrclaw.com |
| Morris, Nichols, Arsht & Tunnell LLP<br>Donna L. Culver<br>Daniel B. Butz<br>Matthew B. Harvey<br>1201 North Market Street, 16th Floor<br>Wilmington DE 19899-1347<br>dculver@morrisnichols.com;<br>dbutz@morrisnichols.com<br>mharvey@morrisnichols.com | Paul Hastings LLP<br>Gabe E. Sasson<br>Kristopher M. Hansen<br>Kenneth Pasquale<br>Luc A. Despins<br>Erez E. Gilad<br>Samantha Martin<br>200 Park Avenue<br>New York NY 10166<br>gabesasson@paulhastings.com;<br>krishansen@paulhastings.com;<br>kenpasquale@paulhastings.com;<br>erezgilad@paulhastings.com;<br>lucdespins@paulhastings.com;<br>samanthamartin@paulhastings.com |
| Sullivan & Cromwell LLP<br>Andrew G. Dietderich<br>James L. Bromley<br>Brian D. Glueckstein<br>Alexa J. Kranzley<br>Steven L. Holley<br>Stephen Ehrenberg<br>Christopher J. Dunne<br>125 Broad Street<br>New York NY 10004<br>dietdericha@sullcrom.com;<br>bromleyj@sullcrom.com;<br>gluecksteinb@sullcrom.com;<br>kranzleya@sullcrom.com;<br>petifordj@sullcrom.com;<br>holleys@sullcrom.com;<br>ehrenbergs@sullcrom.com;<br>dunnec@sullcrom.com | White & Case LLP<br>Jessica C. Lauria<br>J. Christopher Shore<br>Brian D. Pfeiffer<br>Mark Franke<br>Brett Bakemeyer<br>1221 Avenue of the Americas<br>New York NY 10020-1095<br>jessica.lauria@whitecase.com;<br>cshore@whitecase.com;<br>brian.pfeiffer@whitecase.com;<br>mark.franke@whitecase.com;<br>brett.bakemeyer@whitecase.com |

| | |
|---|---|
| White & Case LLP<br>Thomas E Lauria<br>Richard S. Kebrdle<br>200 South Biscayne Blvd., Suite 4900<br>Southeast Financial Center<br>Miami FL 33131<br>tlauria@whitecase.com;<br>rkebrdle@whitecase.com | Young Conaway Stargatt & Taylor, LLP<br>Matthew B. Lunn<br>Robert F. Poppiti, Jr.<br>1000 North King Street<br>Wilmington DE 19801<br>mlunn@ycst.com;<br>rpoppiti@ycst.com |
| Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F. Street NE<br>Washington DC 20549<br>secbankruptcy@sec.gov | Securities & Exchange Commission - NY Office<br>Attn: Bankruptcy Dept<br>Brookfield Place<br>200 Vesey Street, Ste 400<br>New York NY 10281-1022<br>bankruptcynoticeschr@sec.gov;<br>nyrobankruptcy@sec.gov |
| U.S. Department of Justice<br>Stanton C. McManus<br>Seth A. Shapiro<br>Civil Division<br>1100 L Street, NW, Room 7208<br>Washington DC 20005<br>stanton.c.mcmanus@usdoj.gov;<br>seth.shapiro@usdoj.gov | U.S. Department of Justice<br>Attn: Ward W. Benson<br>P.O. Box 227<br>Ben Franklin Station<br>Washington DC 20044<br>ward.w.benson@usdoj.gov |
| U.S. Department of Justice, Tax Division<br>Ari D. Kunofsky<br>P.O. Box 227<br>Washington DC 20044<br>ari.d.kunofsky@usdoj.gov | U.S. Department of Justice<br>The Internal Revenue Service<br>Elisabeth M. Bruce<br>Stephanie A. Sasarak<br>P.O. Box 227<br>Washington DC 20044<br>elisabeth.m.bruce@usdoj.gov;<br>stephanie.a.sasarak@usdoj.gov |
| US Attorney for the District of Delaware<br>David C. Weiss<br>1007 Orange St Ste 700<br>P.O. Box 2046<br>Wilmington DE 19899-2046<br>usade.ecfbankruptcy@usdoj.gov | Richards, Layton & Finger, P.A.<br>Brendan Schlauch<br>Paul N. Heath<br>One Rodney Square<br>920 N King Street<br>Wilmington DE 19801<br>schlauch@rlf.com<br>heath@rlf.com |

Dated: August 23, 2024
    Wilmington, Delaware      */s/ Linda Richenderfer*
                Linda Richenderfer (DE #4138)