# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Ref. Nos. 9463, 9465, 16172, 22511 & ____ |

### ORDER APPROVING FIFTH INTERIM FEE APPLICATION OF PAUL HASTINGS LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon consideration of the Certification of Counsel, the *Fifth Interim Fee Request of Paul Hastings LLP* [D.I. 9463] and the *Supplement to the Fifth Interim Fee Application of Paul Hastings* [D.I. 9465] (together as the "Interim Application")[2] submitted by Paul Hastings LLP ("Paul Hastings"), counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), for allowance of compensation and reimbursement of expenses for the period set forth in the Interim Application, which was filed pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 435] and the *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [D.I. 834]; and upon the *Fee Examiner's Summary Report on Fee Review Process and Fifth Interim Fee Applications* [D.I. 16172] and the *Fee Examiner's Supplemental Report on Fifth Interim Fee Application of Paul Hastings LLP as Counsel to the*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Interim Application.

{1368.002-W0076898.2}

*Official Committee of Unsecured Creditors* [D.I. 22511]; and it appearing to the Court that all of the requirements, as applicable, of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code (as amended or modified, the "<u>Bankruptcy Code</u>"), as well as rule 2016 of the Federal Rules of Bankruptcy Procedure and rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the expenses incurred were reasonable and necessary; and that notice of the Interim Application was appropriate; and after due deliberation and sufficient good cause appearing therefor;

    IT IS HEREBY ORDERED THAT:

1. The Interim Application is hereby APPROVED in the amount set forth on **<u>Exhibit 1</u>** attached hereto.

2. The Interim Application is granted on an interim basis in the respective amount set forth as approved on **<u>Exhibit 1</u>** hereto, including any and all holdbacks.

3. The Debtors are authorized to remit payment to Paul Hastings in the amount set forth on **<u>Exhibit 1</u>**, less any monies previously paid on account of such fees and expenses.

4. All fees and expenses allowed herein shall be subject to final allowance by the Court without regard to whether such amounts have been paid to Paul Hastings.

5. This Court shall retain jurisdiction to hear and determine any and all matters arising from or related to the interpretation or implementation of this Order.

Date: August ___, 2024
      Wilmington, Delaware

                                      THE HONORABLE JOHN T. DORSEY
                                      CHIEF UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT 1**


**FTX TRADING LTD.,** *ET AL.*
Case No. 22-11068 (JTD)
Chart of Fees and Expenses for the *Fifth Interim Fee Request of Paul Hastings LLP*

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Paul Hastings LLP** *Counsel to the Official Committee of Unsecured Creditors* | 11/1/2023 - 1/31/2024 D.I. 9463, 9465 Filed 3/15/2024 | $5,950,867.25 | $453,879.80[1] | $206,325.25 | $105.10 | $5,496,987.45 | $206,220.15 |

---

[1] The recommended fee adjustment is partially attributable to the agreed resolution of Second, Third, and Fourth Interim Reserved Issues.

{1368.002-W0076898.2}