UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



In re:

FTX TRADING LTD., *et al.,*

Debtors

Chapter 11

No. 22-11068 (JTD)

(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Name (Redacted)**

Name of Transferee:

**Oaktree London Liquid Value Opportunities Fund (VOF), L.P.**

Name and Current Address of Transferor:
**Name (Redacted)**

Name and Address where notices and payments to transferee should be sent:
**Oaktree London Liquid Value Opportunities Fund (VOF), L.P.**
**Attn: Colin McLafferty**
**Email: CMcLafferty@oaktreecapital.com**
**1301 6th Ave., 34th Floor**
**New York, NY 10019**

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 84658 | Name (Redacted) | Unliquidated (stated in crypto) | FTX Trading Ltd. | 22-11068 |
| Customer Code No. 00889274 | Name (Redacted) | as described on Schedule F (attached) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Date: August 20, 2024

**OAKTREE LONDON LIQUID VALUE OPPORTUNITIES FUND (VOF), L.P.**

By:     Oaktree London Liquid Value Opportunities Fund (VOF) GP, L.P.
Its:     General Partner

By:     Oaktree London Liquid Value Opportunities GP Ltd.
Its:     General Partner

By:     Oaktree Capital Management, L.P.
Its:     Director


By:     *Colin McLafferty*
Name: Colin McLafferty
Title: Vice President


By:     *Steven Tesoriere*
        Steven Tesoriere (Aug 21, 2024 16:15 EDT)
Name: Steven Tesoriere
Title: Managing Director

# Creditor Data Details - Claim # 84658

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
09/27/2023

**Claim Number**
84658
**Schedule Number**
n/a
**Confirmation ID**
n/a

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | Unliquidated | U | $0.00 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | | | | | **$0.00** | |
| | | | | | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 00889274 | | 1INCH[0], 1INCH-PERP[0], AAVE[0], AAVE-0624[0], AAVE-PERP[0], ADA-PERP[0], AGLD-PERP[0], ALCX-PERP[0], ALGO-PERP[0], ALICE-PERP[0], ALPHA[0], ALPHA-PERP[0], ALT-PERP[0], ANC-PERP[0], APE[.00000001], APE-PERP[0], APT-PERP[0], AR-PERP[0], ATLAS-PERP[0], ATOM[.1], ATOM-PERP[0], AUDIO-PERP[0], AVAX-PERP[0], AXS-PERP[0], BADGER-PERP[0], BAL-PERP[0], BAND[0], BAND-PERP[0], BAO-PERP[0], BAT-PERP[0], BCH-PERP[0], BNB[0], BNB-PERP[0], BNT[0], BNT-PERP[0], BOBA-PERP[0], BSV-PERP[0], BTC[0], BTC-0331[0], BTC-0624[0], BTC-0930[0], BTC-1230[0], BTC-20210625[0], BTC-20210924[0], BTC-PERP[0], C98-PERP[0], CAKE-PERP[0], CEL[0], CEL-0930[0], CELO-PERP[0], CEL-PERP[0], CHR-PERP[0], CHZ-PERP[0], CLV-PERP[0], COMP[0], COMP-PERP[0], CREAM-PERP[0], CRO-PERP[0], CRV-PERP[0], CVC-PERP[0], CVX-PERP[0], DASH-PERP[0], DAWN-PERP[0], DEFI-PERP[0], DENT-PERP[0], DODO-PERP[0], DOGE[0], DOGE-20211231[0], DOGE-PERP[0], DOT-20211231[0], DOT-PERP[0], DYDX[.00000001], DYDX-PERP[0], EGLD-PERP[0], ENJ-PERP[0], ENS-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[0], ETH-0331[0], ETH-0624[0], ETH-0930[0], ETH-1230[0], ETH-20210924[0], ETH-PERP[0], EXCH-PERP[0], FIL-PERP[0], FLM-PERP[0], FLOW-PERP[0], FTM-PERP[0], FTT[1000.32170037], FTT-PERP[-799], FXS-PERP[0], GALA-PERP[0], GMT-PERP[0], GRT[0], GRT-PERP[0], GST-0930[0], GST-PERP[0], HBAR-PERP[0], HNT-PERP[0], HOLY-PERP[0], HOT-PERP[0], HT[0], HT-PERP[0], ICP-PERP[0], ICX-PERP[0], IMX-PERP[0], IOTA-PERP[0], KAVA-PERP[0], KIN-PERP[0], KNC[0], KNC-PERP[0], KSM-PERP[0], LDO-PERP[0], LEO-PERP[0], LINA-PERP[0], LINK[0], LINK-PERP[0], LOOKS-PERP[0], LRC-PERP[0], LTC[0], LTC-PERP[0], LUNC-PERP[0], MANA-PERP[0], MAPS-PERP[0], MATIC[0], MATIC-PERP[0], MEDIA-PERP[0], MINA-PERP[0], MKR[0], MKR-PERP[0], MNGO-PERP[0], MTL-PERP[0], MVDA10-PERP[0], MVDA25-PERP[0], NEAR-PERP[0], NEO-PERP[0], OKB[0], OKB-PERP[0], OMG-PERP[0], ONE-PERP[0], ONT-PERP[0], OP-PERP[0], PAXG-PERP[0], PERP-PERP[0], POLIS-PERP[0], PRIV-PERP[0], PROM-PERP[0], PUNDIX-PERP[0], QTUM-PERP[0], RAMP-PERP[0], RAY-PERP[0], REEF-PERP[0], REN[0], REN-PERP[0], RNDR-PERP[0], RON-PERP[0], RSR[0], RSR-PERP[0], RUNE[0], RUNE-PERP[0], RVN-PERP[0], SAND-PERP[0], SC-PERP[0], SCRT-PERP[0], SHIB-PERP[0], SHIT-PERP[0], SKL-PERP[0], SLP-PERP[0], SNX[0], SNX-PERP[0], SOL[0], SOL-PERP[0], SOS-PERP[0], SPELL-PERP[0], SRM[48.44298084], SRM_LOCKED[2989.65870373], SRM-PERP[0], STEP-PERP[0], STMX-PERP[0], STORJ-PERP[0], STX-PERP[0], SUSHI[0], SUSHI-PERP[0], SXP[0], SXP-PERP[0], THETA-PERP[0], TLM-PERP[0], TOMO[0], TOMO-PERP[0], TONCOIN-PERP[0], TRU-PERP[0], TRX[0], TRX-PERP[0], TRYB[0], TRYB-PERP[0], UNI-20210924[0], UNI-20211231[0], UNI-PERP[0], USD[617923.98], USDT[1.40000000], USTC-PERP[0], VET-PERP[0], WAVES-PERP[0], XAUT-PERP[0], XEM-PERP[0], XLM-PERP[0], XMR-PERP[0], XRP[0], XRP-PERP[0], XTZ-PERP[0], YFI[0], YFI-PERP[0], ZEC-PERP[0], ZIL-PERP[0], ZRX-PERP[0] | | |
| 00889283 | | BNB[0.00214911], BTC[0.00000460], FTT[.053088], LUNA2_LOCKED[933.0876062], MATIC[8.75944585], REN[.72739], RUNE[0.05607908], SOL[.0011765], SRM[4.56591285], SRM_LOCKED[22.43408715], USD[0.00], USDT[0.17839250], USTC[0] | | |

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.