# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., et al.,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND
## MAILING ADDRESS FOR COUNSEL TO GABRIEL RECCHIA

**PLEASE TAKE NOTICE** that Ann M. Kashishian, counsel to Gabriel Recchia, is no longer affiliated with Kashishian Law LLC and is now a partner at Lewis Brisbois Bisgaard & Smith, LLP. As such, all future pleadings, notices and/or correspondence in this case, including the Court's electronic notification list, should be sent to the following address:

Ann M. Kashishian
Lewis Brisbois Bisgaard & Smith LLP
500 Delaware Avenue, Suite 700
Wilmington, DE 19801
T: (302) 985-6000
E: Ann.Kashishian@LewisBrisbois.com

Dated: August 27, 2024

Respectfully submitted,

 /s/ *Ann M. Kashishian*
Ann M. Kashishian (#5622)
Lewis Brisbois Bisgaard Smith LLP
500 Delaware Ave., Suite 700
Wilmington, Delaware 19801
302-985-6000
Ann.Kashishian@LewisBrisbois.com

*Counsel to Gabriel Recchia*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

144783938.1