**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors | Chapter 11<br><br>No. 22-11068 (JTD)<br><br>(Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee: | Name of Transferor: |
|---|---|
| **Sameer Moolana** | ▮ |

| Name and Current Address of Transferee: | Name and Address where notices and payments to transferor should be sent: |
|---|---|
| **Sameer Moolana**<br>**Sidra 1, Villa 53, Dubai HillsEstate Dubai,**<br>**United ArabEmirates**<br>**Email: sameer.moolana@protonmail.com**<br>**Phone: +971 54 322 1438** | ▮ |

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Electronic Proof of Claim Confirmation ID 3265-70-RHSUT-345833384 | [Confidential] | See Customer Claim Form attached. | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  _____
Transferee/Transferee's Agent

Date: 26th Aug, 2024

ANNEX A

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the District of Delaware (the "**Court**")

AND TO: FTX Trading Ltd. and its affiliated debtors and debtors in possession ("**Debtor**")

Case No. 22-11068 (JTD) (the "**Case**")

▇▇▇▇▇▇▇▇▇▇▇▇▇ ("**Seller**"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and novate unto:

**Purchaser's name: Mr. Sameer Moolana**
**Address: Unit 1358 DMCC Business Center, PO Box 48800, 2710 MBL Residence, cluster K, Dubai, UAE**

its successors and assigns ("**Purchaser**"), all rights, title, benefit, obligations, liabilities and interest in and to the claim (the "**Claim**") of Seller against the Debtor, the Court, or any other court with jurisdiction over Debtor's Case.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the U.S. Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the Claim and recognizing the Purchaser as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Purchaser.

Each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorised representative dated October 31st, 2023.

**SIGNED** for and on behalf of
▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Director duly authorised

**SIGNED** for and on behalf of
**Mr. Sameer Moolana**

*Sameer Moolana* (DocuSigned by, DAC5B28A85B6419...)
Duly authorised person

10

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.