UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors | Chapter 11<br><br>No. 22-11068 (JTD)<br><br>(Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:

**Sameer Moolana**

Name of Transferor:

[redacted]

Name and Current Address of Transferee:
**Sameer Moolana**
**Sidra 1, Villa 53, Dubai Hills Estate Dubai,**
**United Arab Emirates**
**Email: sameer.moolana@protonmail.com**
**Phone: +971 54 322 1438**

Name and Address where notices and payments to transferor should be sent:

[redacted]

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Electronic Proof of Claim Confirmation ID 3265-70-UUPZN-839809788 | [Confidential] | | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  _____
Transferee/Transferee's Agent

Date: 26th Aug, 2024

# EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR FTX TRADING LTD. AND THE BANKRUPTCY COURT

███████████████████ ("Assignor") hereby certifies that, for value received, the adequacy and sufficiency of which are hereby acknowledged, Assignor has sold, transferred and assigned to Sameer Moolana ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code). Reflected in Electronic Proof of Claim Confirmation ID 3265-70-UUPZN-839809788 with the unique customer code 00151022 for FTX Account ID Number 1265366 against FTX Trading Ltd. (the "Debtor"), a debtor in Chapter 11 Case No. 22-11068 (JTD) (Jointly Administered), pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), including any and all proofs of claim have been or may be filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS AUGUST 15TH, 2024.

By:_███████████████████_____

**Sameer Moolana**

By:_____✎_____

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.