# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re: | ) Chapter 11 |
|   | ) |
| FTX Trading Ltd. | ) Case No. 22-11068 |
|   | ) |
| Debtor. | ) |

## AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Hain Capital Investors Master Fund, LTD**  
Name of Transferee

**Name (Redacted)**  
Name of Transferor

Name and Address where notices to transferee should be sent:

Last known address:

**Hain Capital Investors Master Fund, LTD**  
**301 Route 17 North, Suite 816A**  
**Rutherford, NJ 07070**

**Address on file with Debtors**

| Schedule/Claim Info | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Customer Code: 02412644<br><br>Schedule #: 6172742<br><br>Proof of Claim Number: 92598<br><br>Confimation ID: 3265-70-YTQRF-121422365 | Name (Redacted) | As stated on Schedule F | FTX Trading, Ltd. | 22-11068 |

Phone: (201) 896 - 6100  
Last Four Digits of Acct #:

Phone:  
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

Local Form 138

Phone:
Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:___Keenan Austin_____           Date:_____08/28/24_____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## Schedule

| 02412644 | ALGO-PERP[0], BNB-PERP[0], BTC[0], BTC-PERP[0], CHR-PERP[0], ETH[143.52542307], ETH-0325[0], ETH-PERP[0], FTT[128135.40479232], FTT-PERP[-124062.5], GALA[306798.57257219], LINA-PERP[0], LUNC-PERP[0], MANA[26240.65931801], OMG-PERP[0], SNX[0], SUSHI[0], THETA-PERP[0], USD[490175.29], USDT[0], USTC[0] |
|---|---|

## Name of Transferee

Transferee has in its possession an Evidence of Transfer of Claim that has been signed by both the transferee and transferor.

To protect the identity of the Transferor, the Transferee has not disclosed the Transforers name and address, and has not attached the signed Evidence of Transfer of claim to this Notice of Transfer of Claim.

Upon written request, the Transferee is prepared to provide a copy of the signed Evidence of Transfer of Clim to the Bankruptcy Court, the Debtors, and the appropriate professionals.