**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**



In re:

FTX Trading Ltd., *et al.*

               Debtors

Chapter 11
Case No. 22-11068
(Jointly Administered)

## NOTICE OF WITHDRAWAL OF NOTICE OF TRANSFER OF CLAIM

Xclaim Inc. hereby withdraws the following Notices of Transfer of Claim:

| Filing Date | Docket # | Transferee |
|---|---|---|
| July 15, 2024 | 20475 | DCP Master Investments XV LLC |

**Xclaim Inc.**

By: */s/ Evan Sedigh*
Evan Sedigh
2261 Market Street #4385
San Francisco, CA 94114

Email: evan@x-claim.com

July 15, 2024