# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

      I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

      On August 21, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Office of The United States Trustee, Attn: Benjamin A. Hackman, David Gerardi, Jon Lipshie, Linda Richenderfer, benjamin.a.hackman@usdoj.gov, david.gerardi@usdoj.gov, jon.lipshie@usdoj.gov; linda.richenderfer@usdoj.gov:

- Chapter 11 Monthly Operating Report for Case Number 23-10149 (Emergent Fidelity Technologies Ltd.) for the Month Ending: 07/31/2024 [Docket No. 23443]

- Chapter 11 Monthly Operating Report for Case Number 22-11068 (FTX Trading Ltd.) for the Month Ending: 07/31/2024 [Docket No. 23455]

- Chapter 11 Monthly Operating Report for Case Number 22-11134 (Alameda Global Services Ltd.) for the Month Ending: 07/31/2024 [Docket No. 23456]

- Chapter 11 Monthly Operating Report for Case Number 22-11105 (Alameda Research (Bahamas) Ltd) for the Month Ending: 07/31/2024 [Docket No. 23457]

- Chapter 11 Monthly Operating Report for Case Number 22-11069 (Alameda Research Holdings Inc.) for the Month Ending: 07/31/2024 [Docket No. 23458]

- Chapter 11 Monthly Operating Report for Case Number 22-11106 (Alameda Research KK) for the Month Ending: 07/31/2024 [Docket No. 23459]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

- Chapter 11 Monthly Operating Report for Case Number 22-11066 (Alameda Research LLC) for the Month Ending: 07/31/2024 [Docket No. 23460]

- Chapter 11 Monthly Operating Report for Case Number 22-11067 (Alameda Research Ltd) for the Month Ending: 07/31/2024 [Docket No. 23461]

- Chapter 11 Monthly Operating Report for Case Number 22-11108 (Alameda Research Yankari Ltd) for the Month Ending: 07/31/2024 [Docket No. 23462]

- Chapter 11 Monthly Operating Report for Case Number 22-11078 (Alameda TR Ltd) for the Month Ending: 07/31/2024 [Docket No. 23463]

- Chapter 11 Monthly Operating Report for Case Number 22-11109 (Alameda TR Systems S. de R. L.) for the Month Ending: 07/31/2024 [Docket No. 23464]

- Chapter 11 Monthly Operating Report for Case Number 22-11079 (Allston Way Ltd) for the Month Ending: 07/31/2024 [Docket No. 23465]

- Chapter 11 Monthly Operating Report for Case Number 22-11081 (Atlantis Technology Ltd.) for the Month Ending: 07/31/2024 [Docket No. 23466]

- Chapter 11 Monthly Operating Report for Case Number 22-11082 (Bancroft Way Ltd) for the Month Ending: 07/31/2024 [Docket No. 23467]

- Chapter 11 Monthly Operating Report for Case Number 22-11110 (Blockfolio, Inc.) for the Month Ending: 07/31/2024 [Docket No. 23468]

- Chapter 11 Monthly Operating Report for Case Number 22-11083 (Blue Ridge Ltd) for the Month Ending: 07/31/2024 [Docket No. 23469]

- Chapter 11 Monthly Operating Report for Case Number 22-11084 (Cardinal Ventures Ltd) for the Month Ending: 07/31/2024 [Docket No. 23470]

- Chapter 11 Monthly Operating Report for Case Number 22-11085 (Cedar Bay Ltd) for the Month Ending: 07/31/2024 [Docket No. 23472]

- Chapter 11 Monthly Operating Report for Case Number 22-11162 (Cedar Grove Technology Services, Ltd.) for the Month Ending: 07/31/2024 [Docket No. 23473]

- Chapter 11 Monthly Operating Report for Case Number 22-11070 (Clifton Bay Investments LLC) for the Month Ending: 07/31/2024 [Docket No. 23474]

- Chapter 11 Monthly Operating Report for Case Number 22-11111 (Clifton Bay Investments Ltd) for the Month Ending: 07/31/2024 [Docket No. 23475]

- Chapter 11 Monthly Operating Report for Case Number 22-11112 (Cottonwood Grove Ltd) for the Month Ending: 07/31/2024 [Docket No. 23476]

- Chapter 11 Monthly Operating Report for Case Number 22-11136 (Cottonwood Technologies Ltd) for the Month Ending: 07/31/2024 [Docket No. 23477]

- Chapter 11 Monthly Operating Report for Case Number 22-11113 (Crypto Bahamas LLC) for the Month Ending: 07/31/2024 [Docket No. 23478]

- Chapter 11 Monthly Operating Report for Case Number 22-11138 (Deck Technologies Holdings LLC) for the Month Ending: 07/31/2024 [Docket No. 23479]

- Chapter 11 Monthly Operating Report for Case Number 22-11139 (Deck Technologies Inc.) for the Month Ending: 07/31/2024 [Docket No. 23480]

- Chapter 11 Monthly Operating Report for Case Number 22-11114 (Deep Creek Ltd) for the Month Ending: 07/31/2024 [Docket No. 23481]

- Chapter 11 Monthly Operating Report for Case Number 22-11115 (Digital Custody Inc.) for the Month Ending: 07/31/2024 [Docket No. 23482]

- Chapter 11 Monthly Operating Report for Case Number 22-11141 (Euclid Way Ltd) for the Month Ending: 07/31/2024 [Docket No. 23483]

- Chapter 11 Monthly Operating Report for Case Number 22-11116 (FTX (Gibraltar) Ltd) for the Month Ending: 07/31/2024 [Docket No. 23484]

- Chapter 11 Monthly Operating Report for Case Number 22-11117 (FTX Canada Inc) for the Month Ending: 07/31/2024 [Docket No. 23485]

- Chapter 11 Monthly Operating Report for Case Number 22-11143 (FTX Digital Assets LLC) for the Month Ending: 07/31/2024 [Docket No. 23486]

- Chapter 11 Monthly Operating Report for Case Number 22-11118 (FTX Digital Holdings (Singapore) Pte Ltd) for the Month Ending: 07/31/2024 [Docket No. 23487]

- Chapter 11 Monthly Operating Report for Case Number 22-11145 (FTX EMEA Ltd.) for the Month Ending: 07/31/2024 [Docket No. 23488]

- Chapter 11 Monthly Operating Report for Case Number 22-11099 (FTX Equity Record Holdings Ltd) for the Month Ending: 07/31/2024 [Docket No. 23489]

- Chapter 11 Monthly Operating Report for Case Number 22-11166 (FTX EU Ltd.) for the Month Ending: 07/31/2024 [Docket No. 23490]

- Chapter 11 Monthly Operating Report for Case Number 22-11075 (FTX Europe AG) for the Month Ending: 07/31/2024 [Docket No. 23491]

- Chapter 11 Monthly Operating Report for Case Number 22-11101 (FTX Hong Kong Ltd) for the Month Ending: 07/31/2024 [Docket No. 23492]

- Chapter 11 Monthly Operating Report for Case Number 22-11074 (FTX Japan Holdings K.K.) for the Month Ending: 07/31/2024 [Docket No. 23493]

- Chapter 11 Monthly Operating Report for Case Number 22-11102 (FTX Japan K.K.) for the Month Ending: 07/31/2024 [Docket No. 23494]

- Chapter 11 Monthly Operating Report for Case Number 22-11167 (FTX Lend Inc.) for the Month Ending: 07/31/2024 [Docket No. 23495]

- Chapter 11 Monthly Operating Report for Case Number 22-11168 (FTX Marketplace, Inc.) for the Month Ending: 07/31/2024 [Docket No. 23498]

- Chapter 11 Monthly Operating Report for Case Number 22-11076 (FTX Property Holdings Ltd) for the Month Ending: 07/31/2024 [Docket No. 23500]

- Chapter 11 Monthly Operating Report for Case Number 22-11120 (FTX Services Solutions Ltd.) for the Month Ending: 07/31/2024 [Docket No. 23502]

- Chapter 11 Monthly Operating Report for Case Number 22-11171 (FTX US Services, Inc.) for the Month Ending: 07/31/2024 [Docket No. 23504]

- Chapter 11 Monthly Operating Report for Case Number 22-11149 (FTX US Trading, Inc.) for the Month Ending: 07/31/2024 [Docket No. 23506]

- Chapter 11 Monthly Operating Report for Case Number 22-11172 (FTX Ventures Ltd) for the Month Ending: 07/31/2024 [Docket No. 23507]

- Chapter 11 Monthly Operating Report for Case Number 22-11124 (FTX Zuma Ltd) for the Month Ending: 07/31/2024 [Docket No. 23509]

- Chapter 11 Monthly Operating Report for Case Number 22-11173 (GG Trading Terminal Ltd) for the Month Ending: 07/31/2024 [Docket No. 23510]

- Chapter 11 Monthly Operating Report for Case Number 22-11125 (Global Compass Dynamics Ltd.) for the Month Ending: 07/31/2024 [Docket No. 23511]

- Chapter 11 Monthly Operating Report for Case Number 22-11174 (Good Luck Games, LLC) for the Month Ending: 07/31/2024 [Docket No. 23512]

- Chapter 11 Monthly Operating Report for Case Number 22-11126 (Goodman Investments Ltd.) for the Month Ending: 07/31/2024 [Docket No. 23513]

- Chapter 11 Monthly Operating Report for Case Number 22-11175 (Hannam Group Inc) for the Month Ending: 07/31/2024 [Docket No. 23514]

- Chapter 11 Monthly Operating Report for Case Number 22-11127 (Hawaii Digital Assets Inc.) for the Month Ending: 07/31/2024 [Docket No. 23515]

- Chapter 11 Monthly Operating Report for Case Number 22-11176 (Hilltop Technology Services LLC) for the Month Ending: 07/31/2024 [Docket No. 23517]

- Chapter 11 Monthly Operating Report for Case Number 22-11150 (Hive Empire Trading Pty Ltd) for the Month Ending: 07/31/2024 [Docket No. 23518]

- Chapter 11 Monthly Operating Report for Case Number 22-11129 (Island Bay Ventures Inc) for the Month Ending: 07/31/2024 [Docket No. 23519]

- Chapter 11 Monthly Operating Report for Case Number 22-11131 (Killarney Lake Investments Ltd) for the Month Ending: 07/31/2024 [Docket No. 23520]

- Chapter 11 Monthly Operating Report for Case Number 22-11155 (LedgerPrime Bitcoin Yield Enhancement Master Fund LP) for the Month Ending: 07/31/2024 [Docket No. 23521]

- Chapter 11 Monthly Operating Report for Case Number 22-11159 (LedgerPrime Ventures, LP) for the Month Ending: 07/31/2024 [Docket No. 23522]

- Chapter 11 Monthly Operating Report for Case Number 22-11073 (LH Successor Inc.) for the Month Ending: 07/31/2024 [Docket No. 23523]

- Chapter 11 Monthly Operating Report for Case Number 22-11177 (LP Bitcoin Yield Enhancement Fund Successor, LLC) for the Month Ending: 07/31/2024 [Docket No. 23524]

- Chapter 11 Monthly Operating Report for Case Number 22-11156 (LP Digital Asset Opportunities Fund Successor, LLC) for the Month Ending: 07/31/2024 [Docket No. 23525]

- Chapter 11 Monthly Operating Report for Case Number 22-11157 (LP Digital Asset Opportunities Master Fund Successor LP) for the Month Ending: 07/31/2024 [Docket No. 23526]

- Chapter 11 Monthly Operating Report for Case Number 22-11158 (LP Successor Entity LLC) for the Month Ending: 07/31/2024 [Docket No. 23527]

- Chapter 11 Monthly Operating Report for Case Number 22-11077 (LT Baskets Ltd.) for the Month Ending: 07/31/2024 [Docket No. 23528]

- Chapter 11 Monthly Operating Report for Case Number 22-11087 (Maclaurin Investments Ltd.) for the Month Ending: 07/31/2024 [Docket No. 23529]

- Chapter 11 Monthly Operating Report for Case Number 22-11088 (Mangrove Cay Ltd) for the Month Ending: 07/31/2024 [Docket No. 23530]

- Chapter 11 Monthly Operating Report for Case Number 22-11153 (North Dimension Inc) for the Month Ending: 07/31/2024 [Docket No. 23531]

- Chapter 11 Monthly Operating Report for Case Number 22-11160 (North Dimension Ltd) for the Month Ending: 07/31/2024 [Docket No. 23532]

- Chapter 11 Monthly Operating Report for Case Number 22-11154 (North Wireless Dimension Inc.) for the Month Ending: 07/31/2024 [Docket No. 23533]

- Chapter 11 Monthly Operating Report for Case Number 22-11089 (Paper Bird Inc) for the Month Ending: 07/31/2024 [Docket No. 23534]

- Chapter 11 Monthly Operating Report for Case Number 22-11090 (Pioneer Street Inc.) for the Month Ending: 07/31/2024 [Docket No. 23535]

- Chapter 11 Monthly Operating Report for Case Number 22-11161 (Quoine Pte Ltd) for the Month Ending: 07/31/2024 [Docket No. 23536]

- Chapter 11 Monthly Operating Report for Case Number 22-11094 (Strategy Ark Collective Ltd.) for the Month Ending: 07/31/2024 [Docket No. 23537]

- Chapter 11 Monthly Operating Report for Case Number 22-11095 (Technology Services Bahamas Limited) for the Month Ending: 07/31/2024 [Docket No. 23538]

- Chapter 11 Monthly Operating Report for Case Number 22-11096 (Verdant Canyon Capital LLC) for the Month Ending: 07/31/2024 [Docket No. 23539]

- Chapter 11 Monthly Operating Report for Case Number 22-11097 (West Innovative Barista Ltd.) for the Month Ending: 07/31/2024 [Docket No. 23540]

- Chapter 11 Monthly Operating Report for Case Number 22-11072 (West Realm Shires Financial Services Inc.) for the Month Ending: 07/31/2024 [Docket No. 23541]

- Chapter 11 Monthly Operating Report for Case Number 22-11183 (West Realm Shires Inc.) for the Month Ending: 07/31/2024 [Docket No. 23542]

- Chapter 11 Monthly Operating Report for Case Number 22-11071 (West Realm Shires Services Inc.) for the Month Ending: 07/31/2024 [Docket No. 23543]

- Chapter 11 Monthly Operating Report for Case Number 22-11098 (Western Concord Enterprises Ltd.) for the Month Ending: 07/31/2024 [Docket No. 23544]

Dated: August 28, 2024

*/s/ Amy Castillo*
Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 28, 2024, by Amy Castillo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025