# **EXHIBIT 1**

FTX TRADING LTD., *ET AL*.
Case No. 22-11068 (JTD)
Chart of Fees and Expenses for the *Fifth Interim Fee Request of Paul Hastings LLP*

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Paul Hastings LLP** *Counsel to the Official Committee of Unsecured Creditors* | 11/1/2023 - 1/31/2024 D.I. 9463, 9465 Filed 3/15/2024 | $5,950,867.25 | $453,879.80[1] | $206,325.25 | $105.10 | $5,496,987.45 | $206,220.15 |

---

[1] The recommended fee adjustment is partially attributable to the agreed resolution of Second, Third, and Fourth Interim Reserved Issues.

{1368.002-W0076898.2}