# EXHIBIT A

# (Proposed Order)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>Ref no. _____ |

### ORDER GRANTING MOTION OF ROBERT J. CLEARY AS THE EXAMINER FOR ENTRY OF AN ORDER AUTHORIZING AND DIRECTING EXAMINATION UNDER OATH OF LYNN NGUYEN

Upon consideration of the *Motion of Robert J. Cleary as the Examiner for Entry of an Order Authorizing and Directing Examination Under Oath of Lynn Nguyen* (the "Motion")[2]; and after considering the facts, circumstances, and record regarding the Motion and the relief requested therein; and after considering any submissions and arguments in favor of and in opposition to the Motion and the relief requested therein; and the Court having found (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that due, sufficient and proper notice of the Motion has been provided; and after finding good and sufficient cause exists to grant the relief requested in the Motion pursuant

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

to sections 105 and 1106 of the Bankruptcy Code, Bankruptcy Rule 2004, and the provisions of the Phase II Scope Order;

    **IT IS HEREBY ORDERED**:

1. The relief requested in the Motion is GRANTED as set forth herein.

2. Pursuant to Bankruptcy Rule 2004, the examination under oath of Lynn Nguyen (a/k/a Phuong Linh Nguyen) shall take place and Ms. Nguyen is directed to appear either via Zoom or in person at such other location as mutually agreed upon by the Examiner and Ms. Nguyen at 10:00 a.m. (Prevailing Eastern Time) on September 11, 2024 or such other date and time as mutually agreed by the Examiner and Ms. Nguyen.  The examination shall continue from day to day, excluding weekends and holidays, until completed.

3. Nothing in this Order shall be deemed to limit or restrict the Examiner's right to seek from any other person or entity, additional documents, information, and examinations pursuant to the Bankruptcy Code, Bankruptcy Rules, or other applicable law.

4. The Examiner is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

5. The Court shall retain jurisdiction to interpret and enforce the terms of this Order.