Docusign Envelope ID: 9C11723A-9177-46D9-B6F7-C65B7FA53D21

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



In re:

    FTX Trading Ltd., *et al.*

    Debtors

Chapter 11
Case No. 22-11068
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor

**[CONFIDENTIAL CREDITOR]**

Name of Transferee

**WEI QIANG**

Transferor's Address:

    [Address on File]

Transferee's address for notices and payment:

    38 Cherry St, Tower 3 42D

    Tai Kok Tsui, Hong Kong

    Attn: Wei Qiang

    wq88614@gmail.com

| Schedule/Claim No. | Creditor Name | % Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 78384<br>Confirmation ID: 3265-70-XSKTM-756029338<br>(submitted on or about 09/28/2023) | Name (Redacted) | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Wei Qiang* (Signed by, 039546157DF3472...)     Date: 08/26/2024

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

**EXHIBIT A**

**SCHEDULED CLAIM(S) / PROOF(S) OF CLAIM**

**Excerpt from Schedule F:**

| 02455227 | | AVAX[48.991180000000000],BNB[0.0041900700000000],BTC[0.00000589000000000],DOT[0.0183999900000000],ETH[0.0000000100000000],LTC[0.0049068800000000],LUNA2[5.8634018050000000],LUNA2_LOCKED[13.6812708800000000],LUNC[18.8882972000000000],TRX[0.0000003000000000],USD[7.2468400000000000],USDT[21322.8238845174000000] |

**Excerpt from Amended Schedule F (2023):**

| 02455227 | Contingent | AVAX[48.99118], BNB[.00419007], BTC[.00000589], DOT[.01839999], ETH[.00000001], LTC[.00490688], LUNA2[5.86340180], LUNA2_LOCKED[13.68127088], LUNC[18.8882972], TRX[.000003], USD[7.25], USDT[21322.82388451] |

**Excerpt from Amended Schedule F (2024):**

| 02455227 | | AVAX[48.99118], BNB[.00419007], BTC[.00000589], DOT[.01839999], ETH[.00000001], LTC[.00490688], LUNA2[5.86340180], LUNA2_LOCKED[13.68127088], LUNC[18.8882972], TRX[.000003], USD[7.25], USDT[21322.82388451] |

**Excerpt from Kroll Website:**



## Creditor Data Details - Claim # 78384

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
09/28/2023

**Claim Number**
78384

**Schedule Number**
7454752

**Confirmation ID**
3265-70-XSKTM-756029338

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign