**Exhibit B**

**Disbursements**

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Repro - B&W Copies | 7/5/2024 | Luke W. Ross | 88.0 | $0.10 | $8.80 | Repro - B&W Copies |
| Repro - B&W Copies | 7/8/2024 | Elina Sen-Ghosh | 272.0 | $0.10 | $27.20 | Repro - B&W Copies |
| Repro - B&W Copies | 7/8/2024 | Elina Sen-Ghosh | 3712.0 | $0.10 | $371.20 | Repro - B&W Copies |
| Repro - B&W Copies | 7/8/2024 | Lauren A. Elmer | 32.0 | $0.10 | $3.20 | Repro - B&W Copies |
| Repro - B&W Copies | 7/10/2024 | Emily A. Kopp | 1348.0 | $0.10 | $134.80 | Repro - B&W Copies |
| Repro - B&W Copies | 7/11/2024 | Lauren A. Elmer | 119.0 | $0.10 | $11.90 | Repro - B&W Copies |
| Repro - B&W Copies | 7/19/2024 | Dario A. Rosario | 90.0 | $0.10 | $9.00 | Repro - B&W Copies |
| Repro - B&W Copies | 7/23/2024 | Bright S. Boafo | 1003.0 | $0.10 | $100.30 | Repro - B&W Copies |
| Repro - B&W Copies | 7/26/2024 | Elina Sen-Ghosh | 164.0 | $0.10 | $16.40 | Repro - B&W Copies |
| **Repro - B&W Copies Total** | | | | | **$682.80** | |
| Repro - Color Copies | 7/5/2024 | Luke W. Ross | 18.0 | $0.20 | $3.60 | Repro - Color Copies |
| Repro - Color Copies | 7/8/2024 | Lauren A. Elmer | 779.0 | $0.20 | $155.80 | Repro - Color Copies |
| Repro - Color Copies | 7/10/2024 | Emily A. Kopp | 1769.0 | $0.20 | $353.80 | Repro - Color Copies |
| Repro - Color Copies | 7/11/2024 | Lauren A. Elmer | 858.0 | $0.20 | $171.60 | Repro - Color Copies |
| Repro - Color Copies | 7/26/2024 | Elina Sen-Ghosh | 384.0 | $0.20 | $76.80 | Repro - Color Copies |
| **Repro - Color Copies Total** | | | | | **$761.60** | |
| Local Transportation | 6/27/2024 | Jacob M. Croke | 1.0 | $123.95 | $123.95 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:59; Purpose: OT Travel |
| Local Transportation | 7/1/2024 | Samuel G. Darby | 1.0 | $33.92 | $33.92 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:34; Purpose: OT Travel |
| Local Transportation | 7/2/2024 | Christopher J. Dunne | 1.0 | $182.47 | $182.47 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:02; Purpose: OT Travel |
| Local Transportation | 7/2/2024 | Isaac S. Foote | 1.0 | $60.98 | $60.98 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:46; Purpose: OT Travel |
| Local Transportation | 7/2/2024 | Aaron M. Levine | 1.0 | $156.52 | $156.52 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:56; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 7/2/2024 | Jamie G. Saevitzon | 1.0 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:30; Purpose: OT Travel |
| Local Transportation | 7/2/2024 | Jacob M. Croke | 1.0 | $96.99 | $96.99 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:12; Purpose: OT Travel |
| Local Transportation | 7/2/2024 | Samuel G. Darby | 1.0 | $34.00 | $34.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:27; Purpose: OT Travel |
| Local Transportation | 7/8/2024 | Stephen H. Clarke | 1.0 | $150.38 | $150.38 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:56; Purpose: OT Travel |
| Local Transportation | 7/9/2024 | Nathaniel J. DeMelis | 1.0 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:22; Purpose: OT Travel |
| Local Transportation | 7/9/2024 | Christopher J. Dunne | 1.0 | $181.21 | $181.21 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 7/9/2024 | Arnold Zahn | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:55; Purpose: OT Travel |
| Local Transportation | 7/9/2024 | Mark C. Bennett | 1.0 | $15.93 | $15.93 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:51; Purpose: OT Travel |
| Local Transportation | 7/9/2024 | Samuel G. Darby | 1.0 | $32.97 | $32.97 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:50; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 7/10/2024 | Isaac S. Foote | 1.0 | $60.40 | $60.40 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:01; Purpose: OT Travel |
| Local Transportation | 7/10/2024 | Hattie R. Middleditch | 1.0 | $61.00 | $61.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:14; Purpose: OT Travel |
| Local Transportation | 7/10/2024 | Giada G. Tagliabue | 1.0 | $74.79 | $74.79 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:03; Purpose: OT Travel |
| Local Transportation | 7/11/2024 | HyunKyu Kim | 1.0 | $85.46 | $85.46 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:03; Purpose: OT Travel |
| Local Transportation | 7/15/2024 | Samuel G. Darby | 1.0 | $35.91 | $35.91 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:26; Purpose: OT Travel |
| Local Transportation | 7/16/2024 | Samuel G. Darby | 1.0 | $37.91 | $37.91 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:28; Purpose: OT Travel |
| Local Transportation | 7/17/2024 | Arnold Zahn | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:32; Purpose: OT Travel |
| Local Transportation | 7/17/2024 | Samuel G. Darby | 1.0 | $35.92 | $35.92 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:12; Purpose: OT Travel |
| Local Transportation | 7/17/2024 | Jacob M. Croke | 1.0 | $109.99 | $109.99 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:21; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 7/18/2024 | Jacob M. Croke | 1.0 | $113.98 | $113.98 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:14; Purpose: OT Travel |
| Local Transportation | 7/22/2024 | Christopher J. Dunne | 1.0 | $182.30 | $182.30 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 7/22/2024 | Shihui Xiang | 1.0 | $16.79 | $16.79 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:20; Purpose: OT Travel |
| Local Transportation | 7/23/2024 | Arnold Zahn | 1.0 | $78.77 | $78.77 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:01; Purpose: OT Travel |
| Local Transportation | 7/23/2024 | Benjamin Zonenshayn | 1.0 | $99.25 | $99.25 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:36; Purpose: OT Travel |
| Local Transportation | 7/23/2024 | Isaac S. Foote | 1.0 | $62.85 | $62.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:02; Purpose: OT Travel |
| Local Transportation | 7/23/2024 | Benjamin Zonenshayn | 1.0 | $83.76 | $83.76 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 02:39; Purpose: OT Travel |
| Local Transportation | 7/23/2024 | Samuel G. Darby | 1.0 | $34.44 | $34.44 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:18; Purpose: OT Travel |
| Local Transportation | 7/23/2024 | Jacob M. Croke | 1.0 | $99.36 | $99.36 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:29; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 7/24/2024 | Christopher J. Dunne | 1.0 | $182.30 | $182.30 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 7/25/2024 | Isaac S. Foote | 1.0 | $60.98 | $60.98 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:25; Purpose: OT Travel |
| Local Transportation | 7/25/2024 | Joshua M. Hazard | 1.0 | $149.37 | $149.37 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:37; Purpose: OT Travel |
| Local Transportation | 7/25/2024 | Giada G. Tagliabue | 1.0 | $57.48 | $57.48 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:15; Purpose: OT Travel |
| Local Transportation | 7/25/2024 | Samuel G. Darby | 1.0 | $38.15 | $38.15 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:46; Purpose: OT Travel |
| Local Transportation | 7/29/2024 | Kanishka Kewlani | 1.0 | $63.42 | $63.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 7/29/2024 | Jacob M. Croke | 1.0 | $97.98 | $97.98 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:38; Purpose: OT Travel |
| Local Transportation | 7/30/2024 | Joshua M. Hazard | 1.0 | $138.89 | $138.89 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:00; Purpose: OT Travel |
| Local Transportation | 7/30/2024 | Jacob M. Croke | 1.0 | $75.94 | $75.94 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:45; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 7/30/2024 | Samuel G. Darby | 1.0 | $34.94 | $34.94 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:05; Purpose: OT Travel |
| Local Transportation | 7/31/2024 | Christopher J. Dunne | 1.0 | $182.47 | $182.47 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| **Local Transportation Total** | | | | | **$3,647.26** | |
| Travel and expenses | 6/25/2024 | Meng Yu | 1.0 | $205.20 | $205.20 | Travel and expenses - Train; Starting Point: Wilmington, DE; End Point: New York, NY; Passenger Name: Meng Yu; Business Purpose: Attend disclosure statement hearing |
| Travel and expenses | 6/25/2024 | James L. Bromley | 1.0 | $33.52 | $33.52 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Home; End Point: Train Station (NY); Business Purpose: Attend disclosure statement hearing |
| Travel and expenses | 6/25/2024 | Meng Yu | 1.0 | $344.72 | $344.72 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Train Station (NY); End Point: Wilmington, DE; Business Purpose: Attend disclosure statement hearing |
| Travel and expenses | 6/25/2024 | Meng Yu | 1.0 | $51.93 | $51.93 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Train Station (NY); End Point: Home; Business Purpose: Attend disclosure statement hearing |
| Travel and expenses | 6/25/2024 | Meng Yu | 1.0 | $41.72 | $41.72 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Home; End Point: Train Station (NY); Business Purpose: Attend disclosure statement hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and expenses | 6/26/2024 | Fabio Weinberg Crocco | 1.0 | $26.95 | $26.95 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Train Station (NY); End Point: Home; Business Purpose: Attend disclosure statement hearing |
| **Travel and Expenses Total** | | | | | **$704.04** | |
| Meals - Overtime | 6/11/2024 | Arthur D. Courroy | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00017 |
| Meals - Overtime | 6/26/2024 | Giada G. Tagliabue | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00015, 00016 |
| Meals - Overtime | 7/1/2024 | Stephen H. Clarke | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00022, 00025, 00026 |
| Meals - Overtime | 7/2/2024 | Samuel G. Darby | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00026, 00029 |
| Meals - Overtime | 7/2/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00012, 00013, 000015, 00016, 00019, 00022, 00029, 00033, 00035, 00036, 00039, 00040, 00046 |
| Meals - Overtime | 7/2/2024 | Jamie G. Saevitzon | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 7/2/2024 | Isaac S. Foote | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022, 00025, 00026, 00033 |
| Meals - Overtime | 7/2/2024 | Giada G. Tagliabue | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00016, 00025, 00035 |
| Meals - Overtime | 7/3/2024 | Elina Sen-Ghosh | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019, 00029, 00033, 00036, 00046 |
| Meals - Overtime | 7/3/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00012, 00013, 000015, 00016, 00019, 00022, 00029, 00033, 00035, 00036, 00039, 00040, 00046 |
| Meals - Overtime | 7/8/2024 | Stephen H. Clarke | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00022, 00025, 00026 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 7/9/2024 | Samuel G. Darby | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00026, 00029 |
| Meals - Overtime | 7/9/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00012, 00013, 000015, 00016, 00019, 00022, 00029, 00033, 00035, 00036, 00039, 00040, 00046 |
| Meals - Overtime | 7/9/2024 | Arnold Zahn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00012, 00013, 00016, 00029, 00033 |
| Meals - Overtime | 7/10/2024 | Samuel G. Darby | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00026, 00029 |
| Meals - Overtime | 7/10/2024 | Isaac S. Foote | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022, 00025, 00026, 00033 |
| Meals - Overtime | 7/10/2024 | Mac L. Brice | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019, 00020, 00036 |
| Meals - Overtime | 7/10/2024 | Giada G. Tagliabue | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00016, 00025, 00035 |
| Meals - Overtime | 7/12/2024 | Michael X. Baldini | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 7/15/2024 | Samuel G. Darby | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):  |
| Meals - Overtime | 7/15/2024 | Mac L. Brice | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019, 00020, 00036 |
| Meals - Overtime | 7/17/2024 | Kira R. Setren | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00012, 00029, 00033 |
| Meals - Overtime | 7/17/2024 | Samuel G. Darby | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00026, 00029 |
| Meals - Overtime | 7/17/2024 | Arnold Zahn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00012, 00013, 00016, 00029, 00033 |
| Meals - Overtime | 7/18/2024 | Federico Ferdinandi | 1.0 | $19.48 | $19.48 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00011, 00015, 00041 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 7/22/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00012, 00013, 000015, 00016, 00019, 00022, 00029, 00033, 00035, 00036, 00039, 00040, 00046 |
| Meals - Overtime | 7/22/2024 | Benjamin Zonenshayn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00016, 00023, 00025, 00041 |
| Meals - Overtime | 7/22/2024 | Shihui Xiang | 1.0 | $9.45 | $9.45 | Meals - Overtime (capped at $20); Project Code(s): 00041 |
| Meals - Overtime | 7/23/2024 | Isaac S. Foote | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022, 00025, 00026, 00033 |
| Meals - Overtime | 7/23/2024 | Mac L. Brice | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019, 00020, 00036 |
| Meals - Overtime | 7/23/2024 | Samuel G. Darby | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00026, 00029 |
| Meals - Overtime | 7/24/2024 | Samuel G. Darby | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00026, 00029 |
| Meals - Overtime | 7/24/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00012, 00013, 000015, 00016, 00019, 00022, 00029, 00033, 00035, 00036, 00039, 00040, 00046 |
| Meals - Overtime | 7/24/2024 | Mac L. Brice | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019, 00020, 00036 |
| Meals - Overtime | 7/25/2024 | Joshua M. Hazard | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 7/25/2024 | Isaac S. Foote | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022, 00025, 00026, 00033 |
| Meals - Overtime | 7/25/2024 | Sebastian D. Morris-Dyer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 7/25/2024 | Giada G. Tagliabue | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00016, 00025, 00035 |
| Meals - Overtime | 7/29/2024 | Jacob W. Ciafone | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00012, 00016, 00022, 00033, 00046 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 7/30/2024 | Samuel G. Darby | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00026, 00029 |
| Meals - Overtime | 7/30/2024 | Joshua M. Hazard | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 7/30/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00012, 00013, 000015, 00016, 00019, 00022, 00029, 00033, 00035, 00036, 00039, 00040, 00046 |
| Meals - Overtime | 7/31/2024 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00012, 00013, 000015, 00016, 00019, 00022, 00029, 00033, 00035, 00036, 00039, 00040, 00046 |
| Meals - Overtime | 7/31/2024 | Aidan W. Foley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00016, 00019, 00020, 00022, 00025, 00036, 00037 |
| Meals - Overtime | 7/31/2024 | Samuel G. Darby | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00026, 00029 |
| **Meals - Overtime Total** | | | | | **$888.93** | |
| Other Professionals | 7/26/2024 | Christopher J. Howard | 1.0 | $10,976.29 | $10,976.29 | Other Professionals - Professional Fees of Mr. Peter Burgess (South Square Barristers) - 6/28/24-7/26/24 |
| **Other Professionals Total** | | | | | **$10,976.29** | |
| **GRAND TOTAL** | | | | | **$17,660.92** | |