**<u>Exhibit B</u>**

**Disbursements**

| Cost Type | Work Date | Quantity | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| Outside record production | 6/1/2024 | 1.00 | 1.50 | 1.50 | COURTHOUSE NEWS SERVICE - Outside record production |
| PACER Services | 7/1/2024 | 1.00 | 0.00 | 0.00 | U.S. Courts: PACER - Legal Research Charges from [insert date range] - Account # [insert account] |
| PACER Services | 7/1/2024 | 1.00 | 0.00 | 0.00 | U.S. Courts: PACER - Legal Research Charges from [insert date range] - Account # [insert account] |
| Document Services | 7/1/2024 | 1.00 | 113.75 | 113.75 | Array - Delivery/J Pozo/NY24070008 |
| Lexis Courtlink - Off Contract | 7/2/2024 | 1.00 | 0.77 | 0.77 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 7/6/2024 | 1.00 | 0.77 | 0.77 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 7/8/2024 | 1.00 | 0.77 | 0.77 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 7/9/2024 | 1.00 | 0.77 | 0.77 | COURTLINK ALERT |
| Document Reproduction | 7/10/2024 | 15.00 | 0.10 | 1.50 | Document Reproduction |
| Lexis Courtlink - Off Contract | 7/11/2024 | 1.00 | 0.76 | 0.76 | COURTLINK ALERT |
| Outside record production | 7/17/2024 | 1.00 | 1.50 | 1.50 | COURTHOUSE NEWS SERVICE - Outside record production/ #11807-00001/ Courthouse News Download & Tracking Costs - 5/01/24 - 5/31/24 |
| Lexis Courtlink - Off Contract | 7/21/2024 | 1.00 | 0.76 | 0.76 | COURTLINK ALERT |
| Other | 7/23/2024 | 1.00 | 3.20 | 3.20 | Miscellaneous - Jason Sternberg - Pacer Fees 07/23/24 |
| Lexis Courtlink - Off Contract | 7/24/2024 | 1.00 | 0.76 | 0.76 | COURTLINK ALERT |
| Word processing | 7/25/2024 | 2.90 | 0.00 | 0.00 | Word processing |
| Document Reproduction | 7/29/2024 | 63.00 | 0.10 | 6.30 | Document Reproduction |
| Document Reproduction | 7/29/2024 | 63.00 | 0.10 | 6.30 | Document Reproduction |
| Document Reproduction | 7/30/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Color Document Reproduction | 7/30/2024 | 9.00 | 0.25 | 2.25 | Color Document Reproduction |
| Color Document Reproduction | 7/30/2024 | 11.00 | 0.25 | 2.75 | Color Document Reproduction |
| Color Document Reproduction | 7/30/2024 | 14.00 | 0.25 | 3.50 | Color Document Reproduction |
| Color Document Reproduction | 7/30/2024 | 36.00 | 0.25 | 9.00 | Color Document Reproduction |
| Color Document Reproduction | 7/30/2024 | 8.00 | 0.25 | 2.00 | Color Document Reproduction |
| Online Research - Off Contract | 7/31/2024 | 1.00 | 0.00 | 0.00 | Online Research - Off Contract |
| Online Research - Off Contract | 7/31/2024 | 1.00 | 0.00 | 0.00 | Online Research - Off Contract |
| Online Research - Off Contract | 7/31/2024 | 1.00 | 0.00 | 0.00 | Online Research - Off Contract |
| Online Research - Tax | 7/31/2024 | 1.00 | 0.00 | 0.00 | Online Research - Tax |
| Online Research | 7/31/2024 | 1.00 | 0.00 | 0.00 | Online Research |
| Online Research | 7/31/2024 | 1.00 | 0.00 | 0.00 | Online Research |

| | | | | | |
|---|---|---|---|---|---|
| Online Research | 7/31/2024 | 1.00 | 0.00 | 0.00 | Online Research |
| Document Reproduction | 7/31/2024 | 52.00 | 0.10 | 5.20 | Document Reproduction |
| Document Reproduction | 7/31/2024 | 28.00 | 0.10 | 2.80 | Document Reproduction |

| Cost Type | Sum of Amount | Sum of Quantity |
|---|---:|---:|
| Color Document Reproduction | $19.50 | 78.00 |
| Document Reproduction | $22.20 | 222.00 |
| Document Services | $113.75 | 1.00 |
| Lexis Courtlink - Off Contract | $5.36 | 7.00 |
| Online Research | $0.00 | 3.00 |
| Online Research - Off Contract | $0.00 | 3.00 |
| Online Research - Tax | $0.00 | 1.00 |
| Other | $3.20 | 1.00 |
| Outside record production | $3.00 | 2.00 |
| PACER Services | $0.00 | 2.00 |
| Word processing | $0.00 | 2.90 |
| **Grand Total** | **$167.01** | **322.90** |