# Exhibit B

**Summary and Detailed Description of AlixPartners' Expenses**

# AlixPartners

John J. Ray III  
Chief Executive Officer  
FTX Trading Ltd. and its affiliated debtors-in-possession  
c/o Sullivan & Cromwell LLP  
125 Broad Street  
New York, New York 10004

Re: Expenses  
Code: 20008100PN00001.1.32

| Date | Description | Amount |
|---|---|---:|
| 07/01/2024 | Group Meal - Engagement Team - Lunch - Travis Phelan; Thomas Hofner; Ganesh Gopalakrishnan; Linna Jia (in-person team meetings) | $ 140.00 |
| 07/09/2024 | Client Research Lewis Beischer - Monthly subscription to access blockchain nodes to facilitate financial statement reconstruction | 1,986.60 |
| 07/18/2024 | Taxi/Car Service Griffin Shapiro AlixPartners Boston Office to Home (overtime) | 42.22 |
| 07/20/2024 | Client Research Travis Phelan | 15.14 |
| 07/23/2024 | Taxi/Car Service Griffin Shapiro AlixPartners Boston Office to Home (overtime) | 30.09 |
| 07/24/2024 | Taxi/Car Service Griffin Shapiro AlixPartners Boston Office to Home (overtime) | 29.37 |
| 07/25/2024 | Taxi/Car Service Griffin Shapiro AlixPartners Boston Office to Home (overtime) | 31.21 |
| 07/31/2024 | Client Research Lewis Beischer - Monthly subscription to access blockchain nodes to facilitate financial statement reconstruction | 312.10 |
| 07/31/2024 | Client Research Travis Phelan - Monthly subscription to access blockchain nodes to facilitate financial statement reconstruction | 299.00 |
| | | $ 2,885.73 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Client: 20008100Pn0001

| **Expenses** | | **Amount** |
|---|---|---|
| Client Research | $ | 2,612.84 |
| Ground Transportation | | 132.89 |
| Meals | | 140.00 |
| **Total Disbursements** | **$** | **2,885.73** |