**Exhibit B**

**Disbursements**

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Activity ID E101 Inhouse Copying** | | | | | |
| 1368.002 | 07/01/2024 | 0.100 | 299.00 | 29.90 | Inhouse Copying |
| 1368.002 | 07/02/2024 | 0.100 | 196.00 | 19.60 | Inhouse Copying |
| 1368.002 | 07/03/2024 | 0.100 | 48.00 | 4.80 | Inhouse Copying |
| 1368.002 | 07/05/2024 | 0.100 | 32.00 | 3.20 | Inhouse Copying |
| 1368.002 | 07/08/2024 | 0.100 | 2,601.00 | 260.10 | Inhouse Copying |
| 1368.002 | 07/09/2024 | 0.100 | 627.00 | 62.70 | Inhouse Copying |
| 1368.002 | 07/10/2024 | 0.100 | 13.00 | 1.30 | Inhouse Copying |
| 1368.002 | 07/11/2024 | 0.100 | 38.00 | 3.80 | Inhouse Copying |
| 1368.002 | 07/12/2024 | 0.100 | 35.00 | 3.50 | Inhouse Copying |
| 1368.002 | 07/15/2024 | 0.100 | 340.00 | 34.00 | Inhouse Copying |
| 1368.002 | 07/18/2024 | 0.100 | 43.00 | 4.30 | Inhouse Copying |
| 1368.002 | 07/19/2024 | 0.100 | 14.00 | 1.40 | Inhouse Copying |
| 1368.002 | 07/22/2024 | 0.100 | 242.00 | 24.20 | Inhouse Copying |
| 1368.002 | 07/24/2024 | 0.100 | 680.00 | 68.00 | Inhouse Copying |
| 1368.002 | 07/25/2024 | 0.100 | 436.00 | 43.60 | Inhouse Copying |
| 1368.002 | 07/29/2024 | 0.100 | 664.00 | 66.40 | Inhouse Copying |
| 1368.002 | 07/30/2024 | 0.100 | 390.00 | 39.00 | Inhouse Copying |
| **Total for Activity ID E101** | | | Billable | 669.80 | Inhouse Copying |
| **Activity ID E102 Outside printing** | | | | | |
| 1368.002 | 07/01/2024 | | | 3,635.80 | Outside printing Parcels, Inc. - Invoice 1090586 |
| **Total for Activity ID E102** | | | Billable | 3,635.80 | Outside printing |
| **Activity ID E106 Online research** | | | | | |
| 1368.002 | 07/31/2024 | | | 1,823.60 | Online research Relx Inc. DBA LexisNexis - Invoice 3095231284 |
| **Total for Activity ID E106** | | | Billable | 1,823.60 | Online research |
| **Activity ID E111 Meals** | | | | | |
| 1368.002 | 07/01/2024 | | | 68.91 | Meals DiMeo's Pizza - KAB, GAW, CRW working dinner |
| 1368.002 | 07/05/2024 | | | 34.00 | Meals Chelsea Tavern - GAW and JLF working dinner |
| **Total for Activity ID E111** | | | Billable | 102.91 | Meals |
| **Activity ID E208 Document Retrieval** | | | | | |
| 1368.002 | 07/31/2024 | | | 66.90 | Docket Retrieval - PACER July |
| **Total for Activity ID E208** | | | Billable | 66.90 | Document Retrieval |

**GRAND TOTALS**

| | Billable | 6,299.01 |
|---|---|---|