## **EXHIBIT A**

**Fees**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

(302) 571-6600

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6646

Writer's E-Mail
mlunn@ycst.com

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors | Invoice Date: | August 9, 2024 |
| 200 Park Avenue | Invoice Number: | 50054224 |
| New York, NY 10166 | Matter Number: | 102750.1001 |

Re: FTX
   Billing Period through July 31, 2024

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 51,224.50 |
| Disbursements | $ | 473.50 |
| Total Due This Invoice | $ | 51,698.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through July 31, 2024

| | |
|---|---|
| Invoice Date: | August 9, 2024 |
| Invoice Number: | 50054224 |
| Matter Number: | 102750.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 07/02/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.30 | 115.50 |
| 07/03/24 | MLUNN | Review notice filed by UST re: UCC composition | B001 | 0.10 | 111.00 |
| 07/03/24 | RFPOP | Emails to and from M. Lunn and Paul Hastings (Ken Pasquale) re: committee member resignation | B001 | 0.20 | 197.00 |
| 07/05/24 | DLASK | Update critical dates | B001 | 0.30 | 115.50 |
| 07/05/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 38.50 |
| 07/05/24 | MLUNN | Correspondence with UST and K. Pasquale re: UCC member resignations | B001 | 0.20 | 222.00 |
| 07/05/24 | RFPOP | Email from Paul Hastings (Ken Pasquale) re: committee member resignation, and consider related issues and review UST amended notice of committee appointment re: same | B001 | 0.20 | 197.00 |
| 07/08/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.30 | 115.50 |
| 07/08/24 | MLUNN | Correspondence with R. Poppiti re: UCC members and call with UST | B001 | 0.10 | 111.00 |
| 07/08/24 | RFPOP | Call with Paul Hastings (Ken Pasquale and Gabe Sasson) and UST re: committee member resignation and related issues (.5), and follow-up emails to and from Ken Pasquale (.2) re: same | B001 | 0.70 | 689.50 |
| 07/09/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 77.00 |
| 07/10/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.70 | 269.50 |
| 07/11/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.50 | 192.50 |
| 07/11/24 | DLASK | Update critical dates | B001 | 0.20 | 77.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through July 31, 2024

Invoice Date:            August 9, 2024
Invoice Number:          50054224
Matter Number:           102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 07/12/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.50 | 192.50 |
| 07/15/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.40 | 154.00 |
| 07/15/24 | DLASK | Update critical dates | B001 | 0.20 | 77.00 |
| 07/15/24 | MLUNN | Review updated critical deadline memo | B001 | 0.10 | 111.00 |
| 07/16/24 | RFPOP | Review critical dates memo | B001 | 0.10 | 98.50 |
| 07/17/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.40 | 154.00 |
| 07/18/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.40 | 154.00 |
| 07/23/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.40 | 154.00 |
| 07/24/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.30 | 115.50 |
| 07/24/24 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale) and counsel for debtors (Matt Pierce) re: withdrawal of debtors and committee joint 2004 motion for Silicon Valley Accountants, Silvergate Bank and Evolve Bank, and review draft notice of withdrawal re: same | B001 | 0.20 | 197.00 |
| 07/26/24 | DLASK | Update critical dates | B001 | 0.40 | 154.00 |
| 07/26/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.30 | 115.50 |
| 07/27/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 77.00 |
| 07/29/24 | MLUNN | Review updated and revised critical deadline memo | B001 | 0.10 | 111.00 |
| 07/30/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 77.00 |
| 07/15/24 | MLUNN | Review July 17th hearing agenda | B002 | 0.10 | 111.00 |

Official Committee of Unsecured Creditors re: FTX    Invoice Date:        August 9, 2024
Billing Period through July 31, 2024                 Invoice Number:           50054224
                                                     Matter Number:          102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 07/15/24 | RFPOP | Review agenda for July 17th hearing | B002 | 0.10 | 98.50 |
| 07/30/24 | MLUNN | Correspondence re: August 6th hearing | B002 | 0.10 | 111.00 |
| 07/03/24 | RFPOP | Review and analyze debtors de minimis asset sale notice for Albany Marina Property | B006 | 0.10 | 98.50 |
| 07/10/24 | RFPOP | Review and analyze debtors notice of small estate claims settlements consummated in June 2024; email from counsel for debtors (Brad Harsch ) re: proposed small estate claims settlement, and review and analyze summary of same | B006 | 0.10 | 98.50 |
| 07/11/24 | MLUNN | Review cash flow update | B006 | 0.20 | 222.00 |
| 07/11/24 | RFPOP | Review and analyze cash flow update from FTI, and email from Max Dawson re: same | B006 | 0.20 | 197.00 |
| 07/12/24 | MLUNN | Review proposed miscellaneous asset sale | B006 | 0.10 | 111.00 |
| 07/12/24 | RFPOP | Email from PWP (Emil Tu) re: de minimis asset sale offers for debtors venture portfolio | B006 | 0.10 | 98.50 |
| 07/15/24 | RFPOP | Review and analyze debtors certification of counsel for revised proposed order for debtors motion to sell debtors interests in FTX Japan | B006 | 0.10 | 98.50 |
| 07/17/24 | MLUNN | Review Japan asset sale update | B006 | 0.10 | 111.00 |
| 07/17/24 | RFPOP | Email from Jefferies (Jared Robinson) re: debtors FTX Japan sale | B006 | 0.10 | 98.50 |
| 07/18/24 | RFPOP | Review and analyze debtors motion to approve settlement with Paxos | B006 | 0.40 | 394.00 |
| 07/23/24 | RFPOP | Review and analyze debtors motion to approve settlement with Phala Ltd. | B006 | 0.20 | 197.00 |
| 07/26/24 | MLUNN | Review objection MDL plaintiff customers to payment of professional fees | B006 | 0.20 | 222.00 |
| 07/29/24 | MLUNN | Confer with R. Poppiti re: objection to payment of professional fees and related procedure and process, including debtors' position | B006 | 0.20 | 222.00 |
| 07/29/24 | RFPOP | Call from counsel for debtors (Matt Pierce) (.2) and discussion with M. Lunn (.2) re: MDL customer property issues, and review related materials (.2) re: same | B006 | 0.60 | 591.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through July 31, 2024

Invoice Date:                   August 9, 2024
Invoice Number:                      50054224
Matter Number:                 102750.1001

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 07/30/24 | MLUNN | Analysis of customer property issues (.4); call with R. Poppiti re: strategy re: same (.6); call with K. Pasquale, G. Sasson, I. Sasson and R. Poppiti re: same (.6); call with A. Landis, M. Pierce and R. Poppiti re: customer property issues and strategy and response to same (.4); follow-up with R. Poppiti (.2) and follow-up with K. Pasquale, G. Sasson and R. Poppiti (.2) | B006 | 2.00 | 2,220.00 |
| 07/30/24 | RFPOP | Calls with M. Lunn (.6 and .2), calls with M. Lunn and Paul Hastings team (.6 and .2), and call with M. Lunn and counsel for debtors (Adam Landis and Kim Brown) (.4) re: customer property issues | B006 | 2.00 | 1,970.00 |
| 07/02/24 | RFPOP | Review and analyze debtors fifty-forth through sixty-second omnibus claims objections | B007 | 1.40 | 1,379.00 |
| 07/09/24 | MLUNN | Review objection to Three Arrows Joint Liquidator claims | B007 | 0.20 | 222.00 |
| 07/09/24 | MLUNN | Review objection to Celsius claims | B007 | 0.20 | 222.00 |
| 07/09/24 | RFPOP | Review and analyze debtors objection to Three Arrows Capital claims | B007 | 0.30 | 295.50 |
| 07/09/24 | RFPOP | Review and analyze debtors objection to Celsius claims | B007 | 0.40 | 394.00 |
| 07/10/24 | RFPOP | Review and analyze debtors objection to SC30 Inc. claim and related declaration (.3), Cal Bears Sports claim and related declaration (.4), ICC Business claim and related declaration (.3), and North Field claim and related declaration (.3) | B007 | 1.30 | 1,280.50 |
| 07/11/24 | RFPOP | Review and analyze Three Arrows Capital 30(b)(6) deposition notice to debtors | B007 | 0.10 | 98.50 |
| 07/11/24 | RFPOP | Review and analyze debtors sixty-third omnibus claims objection | B007 | 0.30 | 295.50 |
| 07/11/24 | RFPOP | Email to and from Paul Hastings (Jack Iaffaldano) re: committee joinders to debtors objections to Celsius and Alex Mashinsky and Krissy Meehan claims and Celsius stay relief motion, and consider related issues re: same | B007 | 0.20 | 197.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through July 31, 2024

| | Invoice Date: | August 9, 2024 |
|---|---|---|
| | Invoice Number: | 50054224 |
| | Matter Number: | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 07/11/24 | RFPOP | Review and analyze debtors objection to Tai Mo Shan Limited claims (.3), to IPV FTX Co-Invest claims (.3), to Alex Mashinsky and Krissy Meehan claims (.4), to Artz Fund Investments claims (.3), to Kayamori claims (.3), and to Seth Melamed claims (.3) | B007 | 1.90 | 1,871.50 |
| 07/12/24 | DLASK | Finalize for filing and coordinate service of joinder of committee to objection to claims of Celsius | B007 | 0.30 | 115.50 |
| 07/12/24 | DLASK | Finalize for filing and coordinate service of joinder of committee to objection to claims of Mashinsky and Meehan | B007 | 0.30 | 115.50 |
| 07/12/24 | MLUNN | Review objection to claim filed by Tai Mo Shan | B007 | 0.10 | 111.00 |
| 07/12/24 | MLUNN | Review objection to IPV claims | B007 | 0.10 | 111.00 |
| 07/12/24 | MLUNN | Review objection to Mashinsky and Meehan claims (.3) and related joinder (.1) | B007 | 0.40 | 444.00 |
| 07/12/24 | MLUNN | Review objection to Art Fund Investments claim | B007 | 0.20 | 222.00 |
| 07/12/24 | MLUNN | Review objection to Kayamori claim | B007 | 0.20 | 222.00 |
| 07/12/24 | MLUNN | Review objection to claims filed by Melamed | B007 | 0.30 | 333.00 |
| 07/12/24 | MLUNN | Review objection to claims filed by North Field Investments | B007 | 0.20 | 222.00 |
| 07/12/24 | MLUNN | Review objection filed to claim of ICC Business | B007 | 0.10 | 111.00 |
| 07/12/24 | RFPOP | Review and finalize for filing committee joinders (3x) to debtors objections to Celsius and Alex Mashinsky and Krissy Meehan claims and Celsius stay relief motion | B007 | 0.40 | 394.00 |
| 07/12/24 | RFPOP | Email from counsel for Three Arrows Capital (Nacif Taousse) re: discovery and scheduling issues re: debtors objection to Three Arrows Capital | B007 | 0.10 | 98.50 |
| 07/13/24 | MLUNN | Correspondence from 3AC re: consent to shorten notice for adjournment of claim objection | B007 | 0.10 | 111.00 |
| 07/13/24 | RFPOP | Emails from counsel for debtors (Brian Glueckstein) and counsel for Three Arrows Capital (Nacif Taousse) re: discovery and scheduling issues re: debtors objection to Three Arrows Capital | B007 | 0.20 | 197.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through July 31, 2024

Invoice Date:            August 9, 2024
Invoice Number:              50054224
Matter Number:           102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 07/14/24 | RFPOP | Emails from counsel for debtors (Brian Glueckstein) re: discovery and scheduling issues re: debtors objection to Three Arrows Capital | B007 | 0.10 | 98.50 |
| 07/15/24 | MLUNN | Review motion to approve settlement with CFTC | B007 | 0.30 | 333.00 |
| 07/15/24 | RFPOP | Review and analyze debtors motion to approve settlement with re: CFTC claim | B007 | 0.40 | 394.00 |
| 07/16/24 | RFPOP | Review and analyze responses to claims objections from Kohen, Tripier, Ribeyre, and Bissels | B007 | 0.20 | 197.00 |
| 07/19/24 | MLUNN | Review Paxson stipulation and related 9019 motion | B007 | 0.10 | 111.00 |
| 07/19/24 | RFPOP | Review and analyze response to debtors claims objections from Zut, Momentum Trading, Nagasakam, Griffiths, and Yokoyama | B007 | 0.40 | 394.00 |
| 07/23/24 | RFPOP | Review and analyze Auros Tech and Arguc responses to debtors omnibus claims objection | B007 | 0.20 | 197.00 |
| 07/24/24 | MLUNN | Review responses filed by (i) Starboard Digital; (ii) Auros Tech and Takuya Yokoyama to claim objections | B007 | 0.20 | 222.00 |
| 07/29/24 | MLUNN | Review objection to ICC claim | B007 | 0.20 | 222.00 |
| 07/08/24 | MLUNN | Advisor update and call in preparation for UCC meeting | B008 | 0.30 | 333.00 |
| 07/08/24 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams re: case update and strategy and upcoming deadlines and tasks in preparation for bi-weekly committee call | B008 | 0.30 | 295.50 |
| 07/10/24 | MLUNN | Review materials in preparation for call (.1) and call with UCC members, PH, FTI, Jefferies and R. Poppiti (.8) | B008 | 0.90 | 999.00 |
| 07/10/24 | RFPOP | Call with Paul Hastings, FTI and Jefferies teams and committee re: case update and strategy and upcoming deadlines and tasks (.8), and review and analyze materials from Paul Hastings and email from Paul Hastings (Leonie Koch) re: same (.1) | B008 | 0.90 | 886.50 |
| 07/22/24 | MLUNN | Advisor update and prep call with PH, FTI, Jefferies and R. Poppiti | B008 | 0.40 | 444.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through July 31, 2024

Invoice Date:                August 9, 2024
Invoice Number:                  50054224
Matter Number:               102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 07/22/24 | RFPOP | Call with M. Lunn and Paul Hastings, FTI and Jefferies teams re: case update and strategy and upcoming deadlines and tasks in preparation for bi-weekly committee call | B008 | 0.40 | 394.00 |
| 07/24/24 | MLUNN | Review materials in preparation for UCC meeting (.3) and call with UCC members, PH, Jefferies, FTI and R. Poppiti (.3) | B008 | 0.60 | 666.00 |
| 07/24/24 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams and committee re: case update and strategy and upcoming deadlines and tasks (.3), and review and analyze materials from Paul Hastings and FTI and emails from Paul Hastings (Leonie Koch) in preparation for same (.3) | B008 | 0.60 | 591.00 |
| 07/09/24 | MLUNN | Review DM objection to Celsius stay relief motion (.3) and review declarations in support of same (.1) | B009 | 0.40 | 444.00 |
| 07/09/24 | MLUNN | Review Debtors' objection to Celsius stay relief motion | B009 | 0.40 | 444.00 |
| 07/09/24 | RFPOP | Review and analyze debtors objection to Celsius stay relief motion | B009 | 0.70 | 689.50 |
| 07/12/24 | DLASK | Finalize for filing and coordinate service of joinder of committee to debtors' objection to Celsius lift stay motion | B009 | 0.30 | 115.50 |
| 07/12/24 | RFPOP | Review and analyze Eden Protocol stay relief motion | B009 | 0.40 | 394.00 |
| 07/12/24 | RFPOP | Review and analyze Celsius amended notices for Celsius stay relief motions | B009 | 0.10 | 98.50 |
| 07/15/24 | MLUNN | Review Eden Protocol motion for stay relief | B009 | 0.20 | 222.00 |
| 07/29/24 | MLUNN | Review debtors' objection to Eden Protocol stay relief motion | B009 | 0.20 | 222.00 |
| 07/29/24 | RFPOP | Review and analyze debtors objection to Eden Protocol Limited stay relief motion and related declaration | B009 | 0.40 | 394.00 |
| 07/30/24 | MLUNN | Review MDL Plaintiffs objection to motion to enforce automatic stay enjoining MDL actions | B009 | 0.90 | 999.00 |
| 07/02/24 | DLASK | Review and update electronic adversary matter dockets | B011 | 0.60 | 231.00 |
| 07/10/24 | MLUNN | Review Maps notice of appeal | B011 | 0.10 | 111.00 |
| 07/12/24 | MLUNN | Review Foundation Serendipity notice of appeal | B011 | 0.10 | 111.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through July 31, 2024

Invoice Date:                    August 9, 2024
Invoice Number:                   50054224
Matter Number:                 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 07/30/24 | RFPOP | Review and analyze MDL plaintiffs objection to debtors motion for preliminary injunction and enforcement of automatic stay | B011 | 0.90 | 886.50 |
| 07/01/24 | MLUNN | Correspondence from M. Gray re: distribution agent | B012 | 0.10 | 111.00 |
| 07/01/24 | RFPOP | Review and analyze distribution agent materials from debtors, and email from FTI (Michael Gray) re: same | B012 | 0.20 | 197.00 |
| 07/08/24 | RFPOP | Email from FTI (Michael Gray) re: plan distribution agent issues | B012 | 0.10 | 98.50 |
| 07/09/24 | MLUNN | Review distribution agent correspondence from M. Gray | B012 | 0.10 | 111.00 |
| 07/10/24 | RFPOP | Review and analyze Maps Vault notice of appeal of order for debtors coin estimation/valuation motion and related notice of docketing of appeal and consider related appellate issues re: same; review and analyze Foundation notice of appeal of order for debtors coin estimation/valuation motion | B012 | 0.40 | 394.00 |
| 07/10/24 | RFPOP | Review creditor letter seeking reconsideration of order for debtors coin estimation/valuation motion as to FTT | B012 | 0.10 | 98.50 |
| 07/17/24 | DLASK | Prepare pro hac motions for Maps appeal | B012 | 0.40 | 154.00 |
| 07/17/24 | MLUNN | Review LayerZero Rule 3018 motion | B012 | 0.20 | 222.00 |
| 07/17/24 | RFPOP | Review and analyze LayerZero plan voting estimation motion | B012 | 0.50 | 492.50 |
| 07/19/24 | MLUNN | Correspondence from K. Pasquale re: plan advisory committee | B012 | 0.10 | 111.00 |
| 07/19/24 | RFPOP | Emails from Paul Hastings (Ken Pasquale) and committee re: post-effective date advisory board issues | B012 | 0.20 | 197.00 |
| 07/22/24 | MLUNN | Call with plan advisory committee candidate and UCC members, PH and FTI | B012 | 0.40 | 444.00 |
| 07/23/24 | MLUNN | Attend calls (x2) with potential plan oversight committee members | B012 | 0.60 | 666.00 |
| 07/24/24 | MLUNN | Review Maps Vault statement of issues on appeal and record | B012 | 0.30 | 333.00 |
| 07/24/24 | RFPOP | Review and analyze Maps Vault statement of issues and designation of record on appeal of order approving debtors coin estimation/valuation motion | B012 | 0.30 | 295.50 |

Official Committee of Unsecured Creditors re: FTX | Invoice Date: | August 9, 2024
Billing Period through July 31, 2024 | Invoice Number: | 50054224
| Matter Number: | 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 07/25/24 | MLUNN | Review correspondence from the ad hoc committee and correspondence from K. Pasquale re: plan oversight committee members and proposed designated director | B012 | 0.20 | 222.00 |
| 07/25/24 | MLUNN | Review Foundation Serendipity statement of issues on appeal and designation of record | B012 | 0.20 | 222.00 |
| 07/25/24 | RFPOP | Emails from Paul Hastings (Ken Pasquale) and committee member re: post-effective date advisory committee issues | B012 | 0.20 | 197.00 |
| 07/25/24 | RFPOP | Review and analyze Foundation statement of issues and designation of record on appeal, and consider related issues re: same | B012 | 0.30 | 295.50 |
| 07/30/24 | MLUNN | Review objection to LayerZero 3018 motion | B012 | 0.20 | 222.00 |
| 07/30/24 | RFPOP | Review and analyze debtors objection to Layer Zero motion to estimate claim for plan voting purposes | B012 | 0.30 | 295.50 |
| 07/30/24 | RFPOP | Call from counsel for debtors (Kim Brown) re: liquidating trust issues (.3), and consider related issues (.2) re: same | B012 | 0.50 | 492.50 |
| 07/31/24 | KNORT | Work with V. Thomas re: research re: designating a Delaware Statutory Trust ("DST") as a Qualified Settlement Fund, related risks (.3); research re: same (4.6) | B012 | 4.90 | 2,891.00 |
| 07/31/24 | MLUNN | Review and provide comments to draft liquidating trust agreement | B012 | 2.10 | 2,331.00 |
| 07/31/24 | MLUNN | Work with R. Poppiti re: DE trust issues for trust agreement | B012 | 0.20 | 222.00 |
| 07/31/24 | RFPOP | Begin to review and comment on draft liquidating trust agreement (.4), and call from M. Lunn (.2) re: same | B012 | 0.60 | 591.00 |
| 07/31/24 | RFPOP | Call with counsel for debtors (Adam Landis and Kim Brown) re: liquidating trust tax issues (.2), and consider related issues and brief research re: recent precedent (.7) re: same | B012 | 0.90 | 886.50 |
| 07/31/24 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale) and counsel for debtors (Brian Glueckstein) re: MAPS and Foundation appeals of order approving debtors coin estimation/valuation motion | B012 | 0.20 | 197.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through July 31, 2024

Invoice Date:                    August 9, 2024
Invoice Number:                   50054224
Matter Number:               102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 07/01/24 | DLASK | Draft certificates of no objection for fee applications of FTI (April) and Jefferies (February - April) | B017 | 0.60 | 231.00 |
| 07/05/24 | MLUNN | Review Customers' objection to interim fee applications | B017 | 0.10 | 111.00 |
| 07/05/24 | RFPOP | Review objection of FTX customers to interim fee applications | B017 | 0.20 | 197.00 |
| 07/12/24 | DLASK | Update certificates of no objection for Jefferies' fee applications | B017 | 0.20 | 77.00 |
| 07/12/24 | DLASK | Review and assemble Paul Hastings' fee application for May for filing | B017 | 0.40 | 154.00 |
| 07/12/24 | DLASK | Finalize for filing, file certificates of no objection for fee applications of FTI and Jefferies for February through April | B017 | 0.60 | 231.00 |
| 07/12/24 | DLASK | Finalize for filing and coordinate service of Young Conaway's May fee application | B017 | 0.30 | 115.50 |
| 07/12/24 | DLASK | Finalize for filing and coordinate service of Paul Hastings' May fee application | B017 | 0.30 | 115.50 |
| 07/12/24 | RFPOP | Emails to and from D. Laskin and Paul Hastings (Leonie Koch) re: Paul Hastings May 2024 fee application | B017 | 0.10 | 98.50 |
| 07/15/24 | DLASK | Draft 7th interim fee application for committee's professionals | B017 | 0.40 | 154.00 |
| 07/18/24 | DLASK | Review, update and assemble FTI's fee application | B017 | 0.40 | 154.00 |
| 07/18/24 | DLASK | Finalize for filing and coordinate service of FTI's fee application | B017 | 0.40 | 154.00 |
| 07/18/24 | RFPOP | Review and finalize for filing FTI May 2024 fee application | B017 | 0.20 | 197.00 |
| 07/24/24 | MLUNN | Review Godfrey fee application | B017 | 0.10 | 111.00 |
| 07/25/24 | RFPOP | Review and analyze MDL plaintiffs objection to professional fee statements | B017 | 0.10 | 98.50 |
| 07/26/24 | DLASK | Draft certificates of no objection for fee applications of Young Conaway and Paul Hastings | B017 | 0.30 | 115.50 |
| 07/26/24 | MLUNN | Correspondence from UST re: informal objection to May fee app and correspondence with R. Poppiti re: same | B017 | 0.20 | 222.00 |
| 07/26/24 | RFPOP | Email from UST re: YCST May 2024 fee application | B017 | 0.10 | 98.50 |
| 07/12/24 | DLASK | Update May fee application | B018 | 0.20 | 77.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through July 31, 2024

| | Invoice Date: | August 9, 2024 |
| --- | --- | --- |
| | Invoice Number: | 50054224 |
| | Matter Number: | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 07/12/24 | RFPOP | Revise and finalize for filing YCST May 2024 fee application, and email to and from D. Laskin re: same | B018 | 0.20 | 197.00 |
| 07/23/24 | MLUNN | Confidentiality review of June fee statement in preparation for submission | B018 | 0.50 | 555.00 |
| 07/25/24 | DLASK | Update cumulative fees and expenses chart | B018 | 0.30 | 115.50 |
| 07/25/24 | DLASK | Prepare June fee application | B018 | 0.80 | 308.00 |
| 07/25/24 | RFPOP | Review invoice for YCST June 2024 fee application re: confidentiality and local rule compliance | B018 | 0.20 | 197.00 |
| 07/09/24 | RFPOP | Review and analyze JOL objection to Celsius stay relief motion and supporting declarations | BN014 | 0.70 | 689.50 |
| 07/11/24 | MLUNN | Correspondence from K. Pasquale re: examiner fees for phase 1 | BNK016 | 0.10 | 111.00 |
| 07/11/24 | RFPOP | Email from Paul Hastings (Ken Pasquale) re: examiner issues | BNK016 | 0.10 | 98.50 |
| 07/15/24 | MLUNN | Review Examiner motion to amend cost of Phase I | BNK016 | 0.10 | 111.00 |
| 07/16/24 | RFPOP | Review and analyze examiner motion to amend cost of phase one investigation | BNK016 | 0.20 | 197.00 |
| | | | **Total** | **60.00** | **$51,224.50** |

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | Invoice Date: | August 9, 2024 |
| Billing Period through July 31, 2024 | Invoice Number: | 50054224 |
| | Matter Number: | 102750.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| DLASK | Debbie Laskin | Paralegal | 13.40 | 385.00 | 5,159.00 |
| KNORT | Kenneth L. Norton | Associate | 4.90 | 590.00 | 2,891.00 |
| MLUNN | Matthew B. Lunn | Partner | 16.80 | 1,110.00 | 18,648.00 |
| RFPOP | Robert F. Poppiti | Partner | 24.90 | 985.00 | 24,526.50 |
| **Total** | | | **60.00** | | **$51,224.50** |

Official Committee of Unsecured Creditors re: FTX
Billing Period through July 31, 2024

Invoice Date:                    August 9, 2024
Invoice Number:                   50054224
Matter Number:                  102750.1001

**Task Summary**

**Task Code:B001**             **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 0.60 | 1,110.00 | 666.00 |
| Robert F. Poppiti | Partner | 1.40 | 985.00 | 1,379.00 |
| Debbie Laskin | Paralegal | 6.30 | 385.00 | 2,425.50 |
| **Total** | | **8.30** | | **4,470.50** |

**Task Code:B002**             **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 0.20 | 1,110.00 | 222.00 |
| Robert F. Poppiti | Partner | 0.10 | 985.00 | 98.50 |
| **Total** | | **0.30** | | **320.50** |

**Task Code:B006**             **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 2.80 | 1,110.00 | 3,108.00 |
| Robert F. Poppiti | Partner | 3.90 | 985.00 | 3,841.50 |
| **Total** | | **6.70** | | **6,949.50** |

**Task Code:B007**             **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 2.90 | 1,110.00 | 3,219.00 |
| Robert F. Poppiti | Partner | 7.90 | 985.00 | 7,781.50 |
| Debbie Laskin | Paralegal | 0.60 | 385.00 | 231.00 |
| **Total** | | **11.40** | | **11,231.50** |

**Task Code:B008**             **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 2.20 | 1,110.00 | 2,442.00 |
| Robert F. Poppiti | Partner | 2.20 | 985.00 | 2,167.00 |
| **Total** | | **4.40** | | **4,609.00** |

**Task Code:B009**             **Stay Relief Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 2.10 | 1,110.00 | 2,331.00 |
| Robert F. Poppiti | Partner | 1.60 | 985.00 | 1,576.00 |
| Debbie Laskin | Paralegal | 0.30 | 385.00 | 115.50 |
| **Total** | | **4.00** | | **4,022.50** |

### Task Code:B011          Other Adversary Proceedings

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 0.20 | 1,110.00 | 222.00 |
| Robert F. Poppiti | Partner | 0.90 | 985.00 | 886.50 |
| Debbie Laskin | Paralegal | 0.60 | 385.00 | 231.00 |
| **Total** | | **1.70** | | **1,339.50** |

### Task Code:B012          Plan and Disclosure Statement

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 4.70 | 1,110.00 | 5,217.00 |
| Robert F. Poppiti | Partner | 4.80 | 985.00 | 4,728.00 |
| Kenneth L. Norton | Associate | 4.90 | 590.00 | 2,891.00 |
| Debbie Laskin | Paralegal | 0.40 | 385.00 | 154.00 |
| **Total** | | **14.80** | | **12,990.00** |

### Task Code:B017          Retention of Professionals/Fee Issues

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 0.40 | 1,110.00 | 444.00 |
| Robert F. Poppiti | Partner | 0.70 | 985.00 | 689.50 |
| Debbie Laskin | Paralegal | 3.90 | 385.00 | 1,501.50 |
| **Total** | | **5.00** | | **2,635.00** |

### Task Code:B018          Fee Application Preparation

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 0.50 | 1,110.00 | 555.00 |
| Robert F. Poppiti | Partner | 0.40 | 985.00 | 394.00 |
| Debbie Laskin | Paralegal | 1.30 | 385.00 | 500.50 |
| **Total** | | **2.20** | | **1,449.50** |

### Task Code:BN014          FTX Digital Chapter 15 Proceeding

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Robert F. Poppiti | Partner | 0.70 | 985.00 | 689.50 |
| **Total** | | **0.70** | | **689.50** |

### Task Code:BNK016          Examiner Matters

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 0.20 | 1,110.00 | 222.00 |
| Robert F. Poppiti | Partner | 0.30 | 985.00 | 295.50 |
| **Total** | | **0.50** | | **517.50** |

# EXHIBIT B

**Expenses**

| | | | |
|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | Invoice Date: | August 9, 2024 |
| Billing Period through July 31, 2024 | | Invoice Number: | 50054224 |
| | | Matter Number: | 102750.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|------|-------------|---------:|-------:|
| 06/24/24 | Photocopy Charges Duplication BW | 14.00 | 1.40 |
| 06/24/24 | Photocopy Charges Duplication BW | 337.00 | 33.70 |
| 06/24/24 | Photocopy Charges Duplication BW | 315.00 | 31.50 |
| 06/24/24 | Photocopy Charges Duplication BW | 47.00 | 4.70 |
| 06/24/24 | Photocopy Charges Duplication BW | 11.00 | 1.10 |
| 06/24/24 | Photocopy Charges Duplication BW | 24.00 | 2.40 |
| 06/24/24 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 06/24/24 | Photocopy Charges Duplication BW | 298.00 | 29.80 |
| 06/24/24 | Photocopy Charges Duplication BW | 743.00 | 74.30 |
| 06/24/24 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 06/24/24 | Photocopy Charges Duplication BW | 226.00 | 22.60 |
| 06/24/24 | Photocopy Charges Duplication BW | 169.00 | 16.90 |
| 06/24/24 | Photocopy Charges Duplication BW | 16.00 | 1.60 |
| 06/24/24 | Photocopy Charges Duplication BW | 54.00 | 5.40 |
| 06/25/24 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 06/25/24 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 06/25/24 | Parcels, Inc. - Brew HaHa 1089916 - Delivery Charge for lunch on 6/25/24 for co-counsel and YCST team (4 people) | 1.00 | 60.00 |
| 06/25/24 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 06/25/24 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 06/25/24 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 06/25/24 | Parcels, Inc. - Brew HaHa 1089916 - Working lunch for co-counsel and YCST team in preparation for hearing (4 people) | 1.00 | 87.50 |
| 07/02/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/02/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/02/24 | Docket Retrieval / Search | 18.00 | 1.80 |
| 07/02/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/02/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/02/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 07/02/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/02/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/02/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/02/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/02/24 | Docket Retrieval / Search | 8.00 | 0.80 |
| 07/02/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/02/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/02/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/02/24 | Docket Retrieval / Search | 2.00 | 0.20 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through July 31, 2024

Invoice Date: August 9, 2024
Invoice Number: 50054224
Matter Number: 102750.1001

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 07/02/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/02/24 | Docket Retrieval / Search | 9.00 | 0.90 |
| 07/02/24 | Docket Retrieval / Search | 10.00 | 1.00 |
| 07/02/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/02/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/02/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/02/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/02/24 | Docket Retrieval / Search | 7.00 | 0.70 |
| 07/02/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/02/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/02/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/02/24 | Docket Retrieval / Search | 10.00 | 1.00 |
| 07/02/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/02/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/02/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/02/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/02/24 | Docket Retrieval / Search | 7.00 | 0.70 |
| 07/02/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/02/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/02/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 07/02/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/02/24 | Docket Retrieval / Search | 10.00 | 1.00 |
| 07/02/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 07/02/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/02/24 | Docket Retrieval / Search | 16.00 | 1.60 |
| 07/02/24 | Docket Retrieval / Search | 14.00 | 1.40 |
| 07/02/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/10/24 | Docket Retrieval / Search | 13.00 | 1.30 |
| 07/10/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/10/24 | Docket Retrieval / Search | 12.00 | 1.20 |
| 07/10/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/10/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/10/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 07/11/24 | Docket Retrieval / Search | 17.00 | 1.70 |
| 07/11/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 07/11/24 | Docket Retrieval / Search | 25.00 | 2.50 |
| 07/11/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/11/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/11/24 | Docket Retrieval / Search | 4.00 | 0.40 |

| | | | |
|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | Invoice Date: | August 9, 2024 |
| Billing Period through July 31, 2024 | | Invoice Number: | 50054224 |
| | | Matter Number: | 102750.1001 |

| Date | Description | Quantity | Amount |
|------|-------------|---------:|-------:|
| 07/11/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/11/24 | Docket Retrieval / Search | 15.00 | 1.50 |
| 07/11/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/11/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/12/24 | Docket Retrieval / Search | 13.00 | 1.30 |
| 07/12/24 | Docket Retrieval / Search | 22.00 | 2.20 |
| 07/12/24 | Docket Retrieval / Search | 11.00 | 1.10 |
| 07/12/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/12/24 | Docket Retrieval / Search | 12.00 | 1.20 |
| 07/12/24 | Docket Retrieval / Search | 17.00 | 1.70 |
| 07/12/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/12/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 07/12/24 | Docket Retrieval / Search | 11.00 | 1.10 |
| 07/12/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/15/24 | Docket Retrieval / Search | 24.00 | 2.40 |
| 07/15/24 | Docket Retrieval / Search | 13.00 | 1.30 |
| 07/15/24 | Docket Retrieval / Search | 24.00 | 2.40 |
| 07/15/24 | Docket Retrieval / Search | 13.00 | 1.30 |
| 07/15/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/15/24 | Docket Retrieval / Search | 17.00 | 1.70 |
| 07/17/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/17/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 07/17/24 | Docket Retrieval / Search | 20.00 | 2.00 |
| 07/17/24 | Photocopy Charges Duplication BW | 20.00 | 2.00 |
| 07/18/24 | Docket Retrieval / Search | 12.00 | 1.20 |
| 07/18/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/18/24 | Docket Retrieval / Search | 16.00 | 1.60 |
| 07/18/24 | Docket Retrieval / Search | 12.00 | 1.20 |
| 07/23/24 | Docket Retrieval / Search | 15.00 | 1.50 |
| 07/23/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/23/24 | Docket Retrieval / Search | 29.00 | 2.90 |
| 07/23/24 | Docket Retrieval / Search | 11.00 | 1.10 |
| 07/23/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 07/24/24 | Docket Retrieval / Search | 23.00 | 2.30 |
| 07/26/24 | Docket Retrieval / Search | 12.00 | 1.20 |
| 07/27/24 | Docket Retrieval / Search | 9.00 | 0.90 |
| 07/27/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 07/30/24 | Docket Retrieval / Search | 17.00 | 1.70 |
| 07/31/24 | Photocopy Charges Duplication BW | 43.00 | 4.30 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through July 31, 2024

Invoice Date:           August 9, 2024
Invoice Number:              50054224
Matter Number:            102750.1001

| Date | Description | Quantity | Amount |
|------|-------------|---------:|-------:|
| 07/31/24 | Photocopy Charges Duplication BW | 7.00 | 0.70 |

| | | | |
|---|---|---|---|
| | | **Total** | **$473.50** |

Official Committee of Unsecured Creditors re: FTX
Billing Period through July 31, 2024

| | |
|---|---|
| Invoice Date: | August 9, 2024 |
| Invoice Number: | 50054224 |
| Matter Number: | 102750.1001 |

**Cost Summary**

| <u>Description</u> | <u>Amount</u> |
|---|---:|
| Docket Retrieval / Search | 87.70 |
| Reproduction Charges | 238.30 |
| Working Meals | 147.50 |
| **Total** | **$473.50** |