## **EXHIBIT B**

Disbursements

| Category | Work Date | Timekeeper Name | Amount | Cost Description |
|---|---|---|---|---|
| Reproduction – Copies | 7/17/2024 | Lauren Doxey | $16.40 | Reproduction – Copies – Date: 7/17/2024, Page Count: 164 pages ($0.10 per page), Lauren Doxey |
| **REPRODUCTION TOTAL:** | | | **$16.40** | |
| Litigation Vendor Support | 3/2024 | N/A | $7,275.30 | Deloitte Trans. and Bus. Analytics - ACH - Deloitte Transactions and Business-Discovery Services for Project Neutrino_F0115, March 2024 |
| Litigation Vendor Support | 5/2024 | N/A | $6,611.49 | Deloitte Trans. and Bus. Analytics - ACH - Deloitte Transactions and Business-Discovery Services for Project Neutrino_F0115, May 2024 |
| Litigation Vendor Support | 6/2024 | N/A | $2,285.00 | Deloitte Trans. and Bus. Analytics - ACH - Deloitte Transactions and Business-Discovery Services for Project Neutrino_F0115, June 2024 |
| **LITIGATION VENDOR SUPPORT TOTAL:** | | | **$16,171.79** | |
| **GRAND TOTAL:** | | | **$16,188.19** | |

15221473v.3