IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | | | |
|---|---|---|---|
| Name of Transferee: | **Svalbard II Holdings Limited** | Name of Transferor: | **Svalbard Holdings Limited** |
| Name and Address where notices and payments to transferee should be sent: | **Svalbard II Holdings Limited[1]**<br>**c/o Attestor Limited**<br>**7 Seymour Street**<br>**W1H 7JW**<br>**London, United Kingdom** | Last known address: | **Svalbard Holdings Limited[2]**<br>**c/o Attestor Limited**<br>**7 Seymour Street**<br>**W1H 7JW**<br>**London, United Kingdom** |
| Email: | **Attn: Steve Gillies**<br>**settlements@attestorcapital.com** | | **Attn: Steve Gillies**<br>**settlements@attestorcapital.com**<br>**+44(0)20 7074 9653** |
| Phone: | **+44(0)20 7074 9653** | Proof of Claim Confirmation #: | 3265-70-IHJKG-207609820 |
| | | Kroll Unique Customer Code: | 00860445 |

---

[1] Any payments on account of the claim referenced in this evidence and notice shall be made to the order of Svalbard Holdings Limited.

[2] Any payments on account of the claim referenced in this evidence and notice shall be made to the order of Svalbard Holdings Limited.

Local Form 138

| | |
|---|---|
| Amount of Claim: | **100%** |
| Date Claim Filed: | **2023-09-25** |
| Phone: | **+44(0)20 7074 9653** |
| Last Four Digits of Acct #: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/_____      Date: 30 August 2024
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Doc ID: 09fc72f257fff2579916c47e351cd9bbb2e4fdc3

## EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTORS AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, and pursuant to an Assignment of Claim, dated as of 6 August 2024, **Svalbard Holdings Limited** ("**Seller**") has unconditionally and irrevocably sold, transferred, and assigned to **Svalbard II Holdings Limited** ("**Purchaser**") all of Seller's right, title, and interest in and to its "claim" or "claims" (as defined in 11 U.S.C. § 101(5)) (the "**Claim**") as set forth in the proof of claim filed as Proof of Claim Confirmation Number: 3265-70-IHJKG-207609820 / Kroll Unique Customer Code: 00860445 against the debtor(s) in *re: FTX Trading Ltd.* (Case No. 22-bk-11068) pending in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

Seller hereby waives any objection to the transfer of the Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on 30 August 2024.

**By: Svalbard Holdings Limited**

Doc ID: 09fc72f257fff2579916c47e351cd9bbb2e4fdc3

 Audit trail

| | |
|---|---|
| Title | FTX Notices of Transfer Svalbard I to Svalbard II |
| File name | Evidence_of_Trans...__Unredacted_.pdf |
| Document ID | 09fc72f257fff2579916c47e351cd9bbb2e4fdc3 |
| Audit trail date format | DD / MM / YYYY |
| Status | ● Signed |

## Document history

**30 / 08 / 2024**
16:36:43 UTC+1
SENT — Sent for signature to Christopher Guth (christopher.guth@attestorcapital.com) from ops@attestorcapital.com
IP: 82.150.96.12

**30 / 08 / 2024**
19:52:29 UTC+1
VIEWED — Viewed by Christopher Guth (christopher.guth@attestorcapital.com)
IP: 154.29.102.23

**30 / 08 / 2024**
19:52:48 UTC+1
SIGNED — Signed by Christopher Guth (christopher.guth@attestorcapital.com)
IP: 145.224.90.43

**30 / 08 / 2024**
19:52:48 UTC+1
COMPLETED — The document has been completed.

Powered by Dropbox Sign