IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FTX TRADING LTD., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br><br> (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | | | |
|---|---|---|---|
| Name of Transferee: | **Svalbard II Holdings Limited** | Name of Transferor: | **Svalbard Holdings Limited** |
| Name and Address where notices and payments to transferee should be sent: | **Svalbard II Holdings Limited[1]** <br> **c/o Attestor Limited** <br> **7 Seymour Street** <br> **W1H 7JW** <br> **London, United Kingdom** | Last known address: | **Svalbard Holdings Limited[2]** <br> **c/o Attestor Limited** <br> **7 Seymour Street** <br> **W1H 7JW** <br> **London, United Kingdom** |
| Email: | **Attn: Steve Gillies** <br> **settlements@attestorcapital.com** | | **Attn: Steve Gillies** <br> **settlements@attestorcapital.com** <br> **+44(0)20 7074 9653** |
| Phone: | **+44(0)20 7074 9653** | Proof of Claim #: | **71334** |
| | | Debtor: <br> Case #: | **West Realm Shire Services Inc.** <br> **22-11071** |

---

[1] Any payments on account of the claim referenced in this evidence and notice shall be made to the order of Svalbard Holdings Limited.

[2] Any payments on account of the claim referenced in this evidence and notice shall be made to the order of Svalbard Holdings Limited.

Local Form 138

Doc ID: aa00342267fa7e0211c17e5f1e2d7683b3413eda

| | |
|---|---|
| Kroll Unique Customer Code: | 07518119 |
| Amount of Claim: | **Transferor owns 50% of Claim # and Transfers its full Share to Transferee** |
| Date Claim Filed: | **2023-09-26** |
| Phone: | **+44(0)20 7074 9653** |
| Last Four Digits of Acct #: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/_____    Date: 30 August 2024
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

2

Doc ID: aa00342267fa7e0211c17e5f1e2d7683b3413eda

## EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTORS AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, and pursuant to an Assignment of Claim, dated as of 6 August 2024, **Svalbard Holdings Limited** ("**Seller**") has unconditionally and irrevocably sold, transferred, and assigned to **Svalbard II Holdings Limited** ("**Purchaser**") all of Seller's right, title, and interest in and to its "claim" or "claims" (as defined in 11 U.S.C. § 101(5)) (the "**Claim**") as set forth in the proof of claim filed as Proof of Claim Number: 71334 / Kroll Unique Customer Code: 07518119 against the debtor(s) in *re: FTX Trading Ltd.* (Case No. 22-bk-11068) pending in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

Seller hereby waives any objection to the transfer of the Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on 30 August 2024.

**By: Svalbard Holdings Limited**