IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE



RECEIVED
2024 AUG 30 PM 2:43
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FTX TRADING LTD., ET AL., | Case No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Paxtibi LLP
221 W 9th St.
Wilmington, DE 19801
Tel: +971 504209612
Email: paxtibi.xyz@gmail.com

Name of Transferor

[name and address on file]

| Schedule/Claim No. | Creditor Name | % Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 50012, 86269 | [REDACTED] | 100% | FTX Trading Ltd. | 22-11068 |
| Kroll Schedule 7576349 | [REDACTED] | 100% | FTX Trading Ltd. | 22-11068 |
| Customer Code 02897274 | [REDACTED] | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

DocuSigned by:
*Federico Natali*
D5041B50C4DD4BD...

Role: Transferee Transferee's Agent
Name: Federico Natali

### Identity of Transferor/Seller

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee Buyer has not disclosed the Transferor's Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

Generated: Aug 30, 2024 12:54PM

Page 1/1



# U.S. Bankruptcy Court

### Delaware Bankruptcy - Wilmington

Receipt Date: Aug 30, 2024 12:54PM

Paxtibi LLP

| Rcpt. No: 10095170 | | Trans. Date: Aug 30, 2024 12:54PM | | | Cashier ID: #CH |
|---|---|---|---|---|---|
| **CD** | **Transaction** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| TOC | TransferofClaim$ | 22-11068-JTD | 20 | 28.00 | 560.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CC | CREDIT | | | | $560.00 |
| | Total Due Prior to Payment: | | | | $560.00 |
| | Total Tendered: | | | | $560.00 |
| | Total Cash Received: | | | | $0.00 |
| | Cash Change Amount: | | | | $0.00 |

**Debtor:** FTX Trading Ltd

Exact change only.

```
           COURTS/USBC-DE-T
           824  MARKET  ST
           WILMINGTON,  DE  19801
           (302)  252-2900

                SALE

                       REF#:  00000005
Batch  #:  243001      RRN:  590100001
08/30/24                      13:02:04
APPR  CODE:  113541
MASTERCARD             Manual  CP
************1225              **/**

AMOUNT           $560.00

              APPROVED


           CUSTOMER  COPY
```