**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., et al.,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref. No. 23135** |

**ORDER EXTENDING DEADLINE TO FILE A COMPLAINT TO DETERMINE
DISCHARGEABILITY OF CERTAIN DEBTS**

Upon the motion (the "Motion")[2] of FTX Trading Ltd. and its affiliated debtors

and debtors-in-possession (collectively, the "FTX Debtors") and Emergent Fidelity Technologies

Ltd, as debtor and debtor-in-possession (the "Emergent Debtor" and together with the FTX

Debtors, collectively, the "Debtors"), for entry of an order (this "Order") extending the deadline

for filing a complaint to determine the dischargeability of a debt (the "Determination Deadline"),

to the extent applicable in these Chapter 11 Cases, for domestic governmental units (the

"Government Entities") with respect to the Debtors and for Artz Fund Investments PTE Ltd.

("Artz") with respect to the FTX Debtors, from August 15, 2024 through and including the

earlier of (x) December 13, 2024 and (y) the Effective Date (as such term is defined in the FTX

Debtor's *First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its

Debtor Affiliates* [D.I. 22165] (as the same may be amended, supplemented or modified from

time to time, the "FTX Plan")), without prejudice to the ability of the Debtors or any other party

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]    Unless otherwise noted, capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

in interest, including, without limitation, the United States of America, any federal departments

and agencies and Artz, to request further extensions; and this Court having jurisdiction to

consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of*

*Reference* from the United States District Court for the District of Delaware, dated February 29,

2012; and this Court being able to issue a final order consistent with Article III of the United

States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being

proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant

to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion

and the relief requested therein has been provided in accordance with the Bankruptcy Rules and

the Local Rules, and that, except as otherwise ordered herein, no other or further notice is

necessary; and this Court having previously extended the Government Determination Deadline

and the Determination Deadline for Artz, without prejudice to the ability of the Debtors, Artz

and the Government Entities to seek further extensions; and objections (if any) to the Motion

having been withdrawn, resolved or overruled on the merits; and upon the record of the hearing

and all of the proceedings had before this Court; and this Court having found and determined that

the relief set forth in this Order is in the best interests of the Debtors and their estates; and that

the legal and factual bases set forth in the Motion establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      The deadline by which the Government Entities or Artz must file any

complaints or take other action that may be required in these Chapter 11 Cases to determine the

dischargeability of any claims (a) arising from any civil actions by a Government Entity against

the Debtors, pursuant to section 1141(d)(6) of the Bankruptcy Code (to the extent that section

523(c) or Bankruptcy Rule 4007 applies), or (b) held by Artz against the FTX Debtors pursuant

to section 523(c) of the Bankruptcy Code, shall, in each case, be the earlier of (x) December 13,

2024 and (y) the Effective Date (as such term is defined in the FTX Plan), or such later date as

may be ordered by the Court.

3.    All rights to seek further extensions of the Determination Deadline are

reserved.

4.    Nothing in this Order constitutes a determination that section 523(c) of the

Bankruptcy Code or Bankruptcy Rule 4007(c) apply, or that any deadline exists for a

Government Entity to seek a determination of dischargeability under section 1141(d)(6) of the

Bankruptcy Code.

5.    This Court shall retain jurisdiction with respect to any matters, claims,

rights or disputes arising from or related to the Motion or the implementation of this Order.

**Dated: September 3rd, 2024**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**