# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re FTX Trading Ltd., et al.,<br><br>                   Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF
## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Hudson Bay Claim Fund LLC, by its undersigned counsel, hereby withdraws the following Notice of Transfer of Claim Other Than for Security, which was filed incorrectly:

Docket Number 21162 (filed July 23, 2024)

Dated: September 3, 2024

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Jody C. Barillare*
Jody C. Barillare (Bar No. 5107)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: (302) 574-3000
Facsimile: (302) 574-3001
jody.barillare@morganlewis.com

*Attorneys for Hudson Bay Claim Fund LLC*