IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>                     Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br>Re: Docket No. 23161 |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION
OF LAYERZERO LABS LTD., ARI LITAN, AND SKIP & GOOSE LLC
TO EXTEND VOTING AND PREFERENCE ELECTION DEADLINE
SET FORTH IN CONFIRMATION SCHEDULING ORDER**

The undersigned hereby certifies that on August 16, 2024, LayerZero Labs Ltd. ("LayerZero"), Ari Litan, and Skip & Goose LLC ("Skip & Goose", and collectively with LayerZero and Ari Litan, the "LayerZero Group") filed the *Motion of LayerZero Labs Ltd., Ari Litan, and Skip & Goose LLC to Extend Voting and Preference Election Deadline Set Forth in Confirmation Scheduling Order* [Docket No. 23161] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). Attached to the Motion as Exhibit A was a proposed form of order approving the relief requested in the Motion (the "Proposed Order"). Any objection or response to the relief requested in the Motion was to be filed and served so as to be received by no later than August 30, 2024 at 4:00 p.m. (ET) (the "Objection Deadline").

The undersigned further certifies that as of the Objection Deadline, no answer, objection, or other responsive pleading to the Motion was received by the undersigned counsel or has appeared on the Court's docket in these cases.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua Barbuda.

11719980v.1

**WHEREFORE**, the undersigned counsel respectfully requests that the Proposed Order, attached to the Motion as <u>Exhibit A</u>, be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: September 3, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Sameen Rizvi*<br>M. Blake Cleary (No. 3614)<br>R. Stephen McNeill (No. 5210)<br>Sameen Rizvi (No. 6902)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: bcleary@potteranderson.com<br>         rmcneill@potterandersonl.com<br>         srizvi@potteranderson.com<br><br>-and-<br><br>Brian S. Rosen (*pro hac vice* pending)<br>Dylan J. Marker (*pro hac vice* pending)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, New York 10036-8299<br>Telephone: (212) 969-3000<br>Email: brosen@proskauer.com<br>         dmarker@porskauer.com<br><br>-and-<br><br>Jordan E. Sazant (DE Bar No. 6515)<br>**PROSKAUER ROSE LLP**<br>70 West Madison, Suite 3800<br>Chicago, Illinois 60602-4342<br>Telephone: (312) 962-3550<br>Email: jsazant@proskauer.com<br><br>*Counsel to LayerZero Group* |