# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 23161** |

## ORDER EXTENDING VOTING AND PREFERENCE ELECTION DEADLINE SET FORTH IN CONFIRMATION SCHEDULING ORDER

Upon consideration of the motion (the "Motion")[2] of LayerZero Labs Ltd., Ari Litan, and Skip & Goose LLC for the entry of an order, pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rules 9006 and 9014, and Local Rules 7026-1, 9006-1, and 9006-2, extending the deadline for the LayerZero Group to vote and opt into the Customer Preference Settlement; and upon consideration of the record of the Chapter 11 Cases; and the Court having found that due and proper notice of the Motion has been given and no other or further notice of the Motion is required; and the Court having found that it has jurisdiction to consider the Motion under 28 U.S.C. §§ 1334 and 157, and the Amended Standing Order; and the Court having found that its consideration of the Motion and the relief requested therein is a core proceeding under 28 U.S.C. § 157(b) and that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of these proceedings and the Motion is proper pursuant to 28 U.S.C.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

§§ 1408 and 1409; and the Court having found and determined that the relief requested in the Motion and provided for herein is in the best interest of the Debtors, their estates, and their creditors; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to Bankruptcy Rule 9006, the deadline set forth in the Confirmation Scheduling Order for submitting a ballot to accept or reject the Plan and opt into the Customer Preference Settlement is extended, solely as to the LayerZero Group's claims, until the date that is seven (7) days following the entry of a final order adjudicating the Complaint in the Adversary Proceeding.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: September 4th, 2024  
Wilmington, Delaware

**JOHN T. DORSEY**  
**UNITED STATES BANKRUPTCY JUDGE**