# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., et al., | Case No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

**FILED 2024 SEP -4 AM 5:51 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE**

## NOTICE OF TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**NAME OF TRANSFEREE**

Jesse Manning Anderson

**NAME OF TRANSFEROR**



**Address for all Notices and Payments:**

Email: anderj017@gmail.com
51 Eastbourne Avenue
Culburra Beach NSW 2540
Australia

**Address:**



| Schedule/Claim | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Customer Code: 02767629 | XXXXXX | As described on Schedule F (attached) | FTX Trading Ltd. | 22-11068 |
| Confirmation ID: 3265-70-KPDHW-946388295 | XXXXXX | Entire Claim | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Anderson                                    Date: August 29, 2024
Jesse Manning Anderson
Transferee

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor.

To protect the identity of the Transferor, the Transferor's name or address has not been disclosed and the signed Evidence of Transfer of Claim has not been attached to this Notice of Transfer of Claim.

Upon written request to Transferee, Transferee is prepared to provide a copy of the signed Evidence of Transfer of Claim to the clerk of the United States Bankruptcy Court for the District of Delaware, the Debtors, the Debtors' claims agent, and relevant professionals.