

# TRANSFER OF CLAIM AGREEMENT

Date: _09/03/2024_____

The undersigned buyer (together with its successors and assigns, "Buyer") and seller ("Seller") (each a "Party" and, together, the "Parties") hereby enter into this TRANSFER OF CLAIM AGREEMENT (this "Agreement") as of the date first set forth above (the "Effective Date") to effect the sale from Seller to Buyer of all of Seller's right, title and interest in and to the claims described below (each a "Claim" and collectively, the "Claims") and the other Assigned Rights. Except as expressly set forth below, this Agreement is subject to and incorporates as if fully set forth herein, the Standard Trading Terms and Conditions published by Xclaim Inc. ("Xclaim") and made available to the Parties as of the Effective Date (the "Standard Terms") without modification other than as set forth below. Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Standard Terms. In the event of any conflict or inconsistency between this Agreement and the Standard Terms, this Agreement shall govern and control.

## Transfer Terms

<table>
<tr><td>Debtors</td><td colspan="3">FTX Trading Ltd. and certain affiliates and related entities (the "US Debtors") subject to proceedings pending in the Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") jointly administered under the caption In re FTX Trading Ltd., et al., Chapter 11 Case No. 22-11068 (JTD) (the "Bankruptcy Case") and FTX Digital Markets Ltd. ("FTX Digital", together with the US Debtors, the "Debtors") subject to that certain provisional liquidation under the Companies (Winding Up Act) pending in the Supreme Court, Commercial Division, of the Commonwealth of The Bahamas (the "FTX Digital Bahamas Case") and that certain ancillary bankruptcy proceeding pending in the Bankruptcy Court under the caption In re FTX Digital Markets Ltd. (in Provisional Liquidation), Chapter 15 Case No 22-11068 (JTD) (together with the Bankruptcy Case and the FTX Digital Bahamas Case, the "Bankruptcy Cases").</td></tr>
<tr><td rowspan="2">Claim(s)</td><td>Debtor</td><td>Case No.</td><td>Claim Identifier(s)</td></tr>
<tr><td>West Realm Shires Services Inc.</td><td>22-11071</td><td>Schedule #: 5752940<br>Confirmation ID: 3265-70-KSLUE-051041399<br>Customer Code: 08511975</td></tr>
<tr><td>Minimum Claim Amount</td><td colspan="3">As specified on **Schedule I**</td></tr>
<tr><td>Notice and Payment Instructions</td><td colspan="3">As specified on **Schedule II**</td></tr>
<tr><td>Modifications to Standard Terms</td><td colspan="3">None</td></tr>
</table>

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the Effective Date.

**Buyer:**

**BRADFORD CAPITAL HOLDINGS, LP**

By: _____Brian L. Brager_____
      DocuSigned by: 858F5F65980341E...
Name:   Brian L. Brager
Title:   Authorized Signatory

**Seller:**

**AKSHAT AGHA**

By: _____Akshat Agha_____
      Signed by: F091EF0796E7444...
Name:   Akshat Agha
Title:   Claim Holder

## SCHEDULE I

### MINIMUM CLAIM AMOUNT AND PURCHASE PRICE

| Coin/Currency | Quantity | Petition Date Price | Petition Date Value | Purchase Rate | Purchase Price |
|---|---|---|---|---|---|
| Ethereum (ETH) | 2.6367205 | $1,258.84 | $3,319.21 | 100% | $3,319.21 |
| USD (USD) | 2.98596489 | $1.0000 | $2.99 | 100% | $2.99 |
| Bitcoin (BTC) | 0.1901928 | $16,871.63 | $3,208.86 | 100% | $3,208.86 |
| Solana (SOL) | 73.6577646 | $16.2471144 | $1,196.73 | 100% | $1,196.73 |
| Ethereum Proof of Work (ETHW) | 2.6367205 | $4.1505988 | $10.94 | 100% | $10.94 |
| Dogecoin (DOGE) | 100741.5059 | $0.082852300 | $8,346.67 | 100% | $8,346.67 |
| Shiba Inu (SHIB) | 114856536 | $0.000009800 | $1,125.59 | 100% | $1,125.59 |
| Sushi (SUSHI) | 1642.02085 | $1.237495200 | $2,031.99 | 100% | $2,031.99 |

**Total Amount of Claim ("Minimum Claim Amount"):**    $19,242.98    **Total Purchase Price ("Purchase Price"):**    $19,242.98

Docusign Envelope ID: 4AB95785-0681-4557-B55C-723C9A794BF1

## DISCLOSED WITHDRAWALS

All completed withdrawals of fiat, stablecoin or crypto from the FTX platform made within 90 days prior to the Petition Date as disclosed to Buyer in connection with entry into this Agreement and documented in the spreadsheet attached hereto (the "Disclosed Withdrawals").

| Time | Coin | Amount | Destination | Status | Transaction ID | fee |
|------|------|--------|-------------|--------|----------------|-----|

# SCHEDULE II

## INSTRUCTIONS FOR NOTICES AND PAYMENT

| Seller's Address | Seller's Payment Instructions |
|---|---|
| **309 Trailside CT**<br>**Thousand Oaks**<br>**CA 91320** | Bank Name: **WELLS FARGO BANK, N.A.**<br>Bank Swift Code: **WFBIUS6S**<br>Bank ABA Number: **121000248**<br>Beneficiary Account Name: **AKSHAT AGHA**<br>Beneficiary Account Number: **3847161654** |

Docusign Envelope ID: 4AB95785-0681-4557-B55C-723C9A794BF1

**SCHEDULE III**

MODIFICATION TO STANDARD TERMS

**EXHIBIT A**

SCHEDULED CLAIM(S) / PROOF(S) OF CLAIM

**Excerpt from Schedule F:**

| 08511975 | BTC[0.190192806000000000],DOGE[100741.505900000000000],ETH[2.636720500000000000],ETHW[2.636720500000000000],SHIB[114856536.000000000000000000],SOL[73.657764600000000000],SUSHI[1642.020850000000000000],USD[2.985964895501000000] |
|---|---|

**Excerpt from Amended Schedule F (2023):**

| 08511975 | | BTC[0.19019280], DOGE[100741.5059], ETH[2.6367205], ETHW[2.6367205], SHIB[114856536], SOL[73.6577646], SUSHI[1642.02085], USD[2.99] |
|---|---|---|

**Excerpt from Kroll Website:**



## Creditor Information - Schedule # 5752940

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Name on File | West Realm Shires Services Inc. | n/a |
| Address on File | **Date Filed** | **Schedule Number** |
| | n/a | 5752940 |
| | | **Confirmation ID** |
| | | 3265-70-KSLUE-051041399 |

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**



In re:

    FTX Trading Ltd., *et al.*

          Debtors

Chapter 11
Case No. 22-11068
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor

Name of Transferee

**[CONFIDENTIAL CREDITOR]**

**BRADFORD CAPITAL HOLDINGS, LP**

Transferor's Address:

Transferee's address for notices and payment:

    [Address on File]

        P.O. Box 4353

        Clifton, NJ  07012

        Attn: Brian L. Brager

        bbrager@bradfordcapitalmgmt.com

| Schedule/Claim No. | Creditor Name | % Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Schedule #: 5752940 | Name (Redacted) | 100% | West Realm Shires Services Inc. | 22-11071 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Brian L. Brager_         Date:   **09/03/2024**

DocuSigned by:
858F5F65980341E...

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Annex A

## EVIDENCE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE

TO:  Clerk, United States Bankruptcy Court, District of Delaware

**AKSHAT AGHA,** for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, do hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to **BRADFORD CAPITAL HOLDINGS, LP**, its successors and assigns, ("Buyer"), all right, title and interest in and to the claim(s) the ("Claim") of Seller, identified below, against FTX Trading Ltd., et al., in the United States Bankruptcy Court, District of Delaware, Case No. 22-11068.

| Schedule/Claim No. | Creditor Name | % Transferred | Debtor | Case No. | Claim Amount |
|---|---|---|---|---|---|
| Schedule #: 5752940 | Akshat Agha | 100% | West Realm Shires Services Inc. | 22-11071 | See Exhibit A |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.

**Buyer:**

**BRADFORD CAPITAL HOLDINGS, LP**

By: _Brian L. Brager_
858F5F65980341E...

Name: Brian L. Brager

Title: Authorized Signatory

Address: P.O. Box 4353
Clifton, NJ  07012

Email: bbrager@bradfordcapitalmgmt.com

Date: 09/03/2024

**Seller:**

**AKSHAT AGHA**

By: _Akshat Agha_
F091EF0796E7444...

Name: Akshat Agha

Title: Claim Holder

Address: 309 Trailside CT
Thousand Oaks, CA 91320

Email: akshatagha@gmail.com

Date: 08/30/2024

Annex B

**AKSHAT AGHA**
309 Trailside CT
Thousand Oaks
CA 91320

## NOTICE OF CHANGE OF ADDRESS

Date: ___08/30/2024___

Sullivan and Cromwell LLP
125 Broad Street
New York, NY 10004-2498
Attn: Andrew G. Dietderich

Re: FTX Trading Ltd., et al., Case No. 22-11068, Schedule #: 5752940

To Whom It May Concern:

Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claim(s) should be sent to the following address:

**Bradford Capital Holdings, LP**

Address:
P.O. Box 4353
Clifton, NJ  07012

Attn:    Brian L. Brager
Tel:     862-249-1349
Email:   bbrager@bradfordcapitalmgmt.com

You are hereby directed to send all future distributions and correspondence to the address stated above.  This change of address should also be reflected on the official claims register for the above-referenced Case.

 Very truly yours,

**AKSHAT AGHA**

Signed by:
*Akshat Agha*
By: _____
F091EF0796E7444...
Name: Akshat Agha

Cc:

| | |
|---|---|
| Alvarez & Marsal North America, LLC | Kroll Restructuring Administration LLC |
| 600 Madison Avenue | 850 3rd Avenue |
| 8th Floor | Suite 412 |
| New York, NY 10022 | Brooklyn, NY 11232 |
| Attn: Edgar W. Mosley II | |

Annex C

# POWER OF ATTORNEY

Date: 08/30/2024

| | |
|---|---|
| Debtor: FTX Trading Ltd. et al. | Case Number: 22-11068 |
| Bankruptcy Court: United States Bankruptcy Court for the District of Delaware | Petition Date: 11/11/2022 |
| All above-referenced debtors each a "Debtor" and, collectively, the "Debtors") | Debtors' cases filed in the Bankruptcy Court administered under the above-referenced Case Numbers, each a "Case", and collectively the "Cases" |

Solely in connection with and under the conditions set forth in that certain Transfer of Claim Agreement ("Agreement"), dated as of the date first written above between the undersigned seller ("Seller") and buyer ("Buyer"), Seller hereby authorizes Buyer, as attorney in fact for the Seller and with full power of substitution, to:

1. Demand, sue for, compromise and recover all such amounts which are, or may hereafter become, due and payable for or on account of each Claim;

2. Vote on any question that may be lawfully submitted to creditors, interest holders in each Case;

3. Attend any meetings, calls or presentations of the Debtors in the place of Seller;

4. Receive dividends and distributions or other payments in connection with each Case; and

5. Otherwise take any steps that it considers necessary or desirable in connection with the Assignment (including, without limitation, preparing, submitting and/or amending any proof of claim or other document substantiating or evidencing each Claim in each Case).

Buyer agrees that any actions it takes in the Seller's name, place and stead shall fully comply with all applicable laws and regulations, including, without limitation, all the laws applicable to any Debtor.

**SELLER:**

**AKSHAT AGHA**

Signed by:
*Akshat Agha*
F001EF0706E7444...

By: _____

Name:    Akshat Agha

Title:    Claim Holder

**BUYER:**

**BRADFORD CAPITAL HOLDINGS, LP**

DocuSigned by:
*Brian L. Brager*
858F5F65980341E...

By: _____

Name:    Brian L. Brager

Title:    Authorized Signatory