**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FTX TRADING LTD., *et al.*,[1] | : | Case No. 22-11068 (JTD) |
| | : | (Jointly administered) |
| Debtors. | : | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 4, 2024, I caused to be served a copy of the *United States Trustee's Objection to and Reservation of Rights with Respect to the Celsius Litigation Administrator's Motion for Authority to File Under Seal the Transfer Schedules Containing Confidential Information* in the above-entitled action through the CM/ECF notification system, with courtesy copies upon the following via e-mail:

ASHBY & GEDDES, P.A.
ATTN: MICHAEL D. DEBAECKE
500 DELAWARE AVENUE, 8TH FLOOR
WILMINGTON, DE 19899-1150
MDEBAECKE@ASHBYGEDDES.COM

ASHBY & GEDDES, P.A.
ATTN: RICARDO PALACIO
GREGORY A. TAYLOR
500 DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
WILMINGTON, DE 19899
RPALACIO@ASHBYGEDDES.COM;
GTAYLOR@ASHBYGEDDES.COM

EVERSHEDS SUTHERLAND (US) LLP
ATTN: ANDREA L. GORDON
700 SIXTH STREET NW, SUITE 700
WASHINGTON, D.C. 20001
ANDREAGORDON@EVERSHEDS-SUTHERLAND.COM

EVERSHEDS SUTHERLAND (US) LLP
ATTN: ERIN E. BRODERICK
227 WEST MONROE STREET, SUITE 6000
CHICAGO, IL 60606
ERINBRODERICK@EVERSHEDS-SUTHERLAND.COM

EVERSHEDS SUTHERLAND (US) LLP
ATTN: MARK D. SHERRILL
1001 FANNIN STREET, SUITE 3700
HOUSTON, TX 77002
MARKSHERRILL@EVERSHEDS-SUTHERLAND.COM

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively.  Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

EVERSHEDS SUTHERLAND (US) LLP
ATTN: PETER A. IVANICK
SARAH E. PAUL
PHILIP H. EHRLICH
LYNN W. HOLBERT
THE GRACE BUILDING, 40TH FLOOR
1114 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PETERIVANICK@EVERSHEDS-SUTHERLAND.COM;
SARAHPAUL@EVERSHEDS-SUTHERLAND.COM;
PHILIPEHRLICH@EVERSHEDS-SUTHERLAND.COM;
LYNNHOLBERT@EVERSHEDS-SUTHERLAND.COM

LANDIS RATH & COBB LLP
ATTN: ADAM G. LANDIS
KIMBERLY A. BROWN
MATTHEW R. PIERCE
NICOLAS E. JENNER
GEORGE A. WILLIAMS III
MATTHEW MCGUIRE
HOWARD W. ROBERTSON IV
919 MARKET STREET, SUITE 1800
WILMINGTON, DE 19801
LANDIS@LRCLAW.COM;
BROWN@LRCLAW.COM;
PIERCE@LRCLAW.COM;
JENNER@LRCLAW.COM;
WILLIAMS@LRCLAW.COM;
MCGUIRE@LRCLAW.COM;
ROBERTSON@LRCLAW.COM

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ATTN: DONNA L. CULVER, DANIEL B. BUTZ
1201 NORTH MARKET STREET, 16TH FLOOR
P.O. BOX 1347
WILMINGTON, DE 19899-1347
DCULVER@MORRISNICHOLS.COM;
DBUTZ@MORRISNICHOLS.COM

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ATTN: MATTHEW B. HARVEY
1201 NORTH MARKET STREET, 16TH FLOOR
WILMINGTON, DE 19801
MHARVEY@MORRISNICHOLS.COM

PAUL HASTINGS
ATTN: GABE E. SASSON
KRISTOPHER M. HANSEN
KENNETH PASQUALE
LUC A. DESPINS
EREZ E. GILAD
SAMANTHA MARTIN
200 PARK AVENUE
NEW YORK, NY 10166
GABESASSON@PAULHASTINGS.COM;
KRISHANSEN@PAULHASTINGS.COM;
KENPASQUALE@PAULHASTINGS.COM;
EREZGILAD@PAULHASTINGS.COM;
LUCDESPINS@PAULHASTINGS.COM;
SAMANTHAMARTIN@PAULHASTINGS.COM

RICHARDS, LAYTON, AND FINGER P.A.
ONE RODNEY SQUARE
920 N. KING STREET
WILMINGTON, DE 19801
ATTN: PAUL N. HEATH
BRENDAN SCHLAUCH
HEATH@RLF.COM
SCHLAUCH@RLF.COM

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F. STREET NE
WASHINGTON, D.C. 20549
SECBANKRUPTCY@SEC.GOV

SECURITIES & EXCHANGE COMMISSION - NY OFFICE
ATTN: BANKRUPTCY DEPT
BROOKFIELD PLACE
200 VESEY STREET, STE 400
NEW YORK, NY 10281-1022
BANKRUPTCYNOTICESCHR@SEC.GOV;
NYROBANKRUPTCY@SEC.GOV

SULLIVAN & CROMWELL LLP
ATTN: ANDREW G. DIETDERICH
JAMES L. BROMLEY
BRIAN D. GLUECKSTEIN
ALEXA J. KRANZLEY
STEVEN L. HOLLEY
STEPHEN EHRENBERG
CHRISTOPHER J. DUNNE
125 BROAD STREET
NEW YORK, NY 10004
DIETDERICHA@SULLCROM.COM;
BROMLEYJ@SULLCROM.COM;
GLUECKSTEINB@SULLCROM.COM;
KRANZLEYA@SULLCROM.COM;
PETIFORDJ@SULLCROM.COM;
HOLLEYS@SULLCROM.COM;
EHRENBERGS@SULLCROM.COM;
DUNNEC@SULLCROM.COM

U.S. DEPARTMENT OF JUSTICE
ATTN: STANTON C. MCMANUS
SETH SHAPIRO
CIVIL DIVISION
1100 L STREET, NW, ROOM 7208
WASHINGTON DC 20005
STANTON.C.MCMANUS@USDOJ.GOV;
SETH.SHAPIRO@USDOJ.GOV

U.S. DEPARTMENT OF JUSTICE
ATTN: WARD W. BENSON
P.O. BOX 227, BEN FRANKLIN STATION
WASHINGTON DC 20044
WARD.W.BENSON@USDOJ.GOV

U.S. DEPARTMENT OF JUSTICE, TAX DIVISION
ATTN: ARI D. KUNOFSKY
P.O. BOX 227
WASHINGTON DC 20044
ARI.D.KUNOFSKY@USDOJ.GOV

U.S. DEPARTMENT OF JUSTICE, THE INTERNAL REVENUE SERVICE
ATTN: ELISABETH M. BRUCE, STEPHANIE A. SASARAK
P.O. BOX 227
WASHINGTON DC 20044
ELISABETH.M.BRUCE@USDOJ.GOV;
STEPHANIE.A.SASARAK@USDOJ.GOV

US ATTORNEY FOR THE DISTRICT OF DELAWARE
ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS
1007 ORANGE ST STE 700
P.O. BOX 2046
WILMINGTON DE 19899-2046
USADE.ECFBANKRUPTCY@USDOJ.GOV

KATIE TOWNSEND
THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS
1156 15TH STREET NW, SUITE 1020
WASHINGTON, DC 20005
202.795.9300
KTOWNSEND@RCFP.ORG

WHITE & CASE LLP
ATTN: JESSICA C. LAURIA
J. CHRISTOPHER SHORE
BRIAN D. PFEIFFER
MARK FRANKE
BRETT BAKEMEYER
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1095
JESSICA.LAURIA@WHITECASE.COM;
CSHORE@WHITECASE.COM;
BRIAN.PFEIFFER@WHITECASE.COM;
MARK.FRANKE@WHITECASE.COM;
BRETT.BAKEMEYER@WHITECASE.COM

WHITE & CASE LLP
ATTN: THOMAS E LAURIA
RICHARD S. KEBRDLE
200 SOUTH BISCAYNE BLVD., SUITE 4900
SOUTHEAST FINANCIAL CENTER
MIAMI FL 33131
TLAURIA@WHITECASE.COM;
RKEBRDLE@WHITECASE.COM

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR.
1000 NORTH KING STREET
WILMINGTON DE 19801
MLUNN@YCST.COM;
RPOPPITI@YCST.COM

COLE SCHOTZ P.C.
JUSTIN R. ALBERTO
PATRICK J. REILLEY
MELISSA M. HARTLIPP
500 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE 19801
EMAIL:
JALBERTO@COLESCHOTZ.COM
PREILLEY@COLESCHOTZ.COM
MHARTLIPP@COLESCHOTZ.COM

PRYOR CASHMAN LLP
SETH H. LIEBERMAN
RICHARD LEVY, JR.
ANDREW S. RICHMOND
7 TIMES SQUARE, 40TH FLOOR
NEW YORK, NEW YORK 10036
EMAIL:
SLIEBERMAN@PRYORCASHMAN.COM
RLEVY@PRYORCASHMAN.COM
ARICHMOND@PRYORCASHMAN.COM

| | |
|---|---|
| Dated: September 4, 2024<br>Wilmington, Delaware | **ANDREW R. VARA**<br>**UNITED STATES TRUSTEE,**<br>**REGIONS 3 and 9**<br><br>By: */s/ Benjamin Hackman*<br>Benjamin A. Hackman<br>Trial Attorney<br>Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491 (Phone)<br>(302) 573-6497 (Fax)<br>benjamin.a.hackman@usdoj.gov |