# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No: 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 24212** |

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2024, a true and correct copy of *The Celsius Litigation Administrator's Reply in Further Support of the Motion for Relief from the Automatic Stay* [Docket No. 24212] was served upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service was made via electronic mail on the parties listed on the attached service list.

Dated: September 5, 2024

**COLE SCHOTZ P.C.**

*/s/ Melissa M. Hartlipp*
Melissa M. Hartlipp (No. 7063)
500 Delaware Avenue, Ste. 1410
Wilmington, Delaware 19801
Telephone: (302) 651.2011
mhartlipp@coleschotz.com

*Counsel to the Celsius Litigation Administrator*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

68022/0001-48411971v1

## SERVICE LIST

A. M. SACCULLO LEGAL, LLC
ATTN: ANTHONY M. SACCULLO
MARY E. AUGUSTINE
27 CRIMSON KING DRIVE
BEAR, DE 19701

ASHBY & GEDDES, P.A.
ATTN: MICHAEL D. DEBAECKE
500 DELAWARE AVENUE, 8TH FLOOR
WILMINGTON, DE 19899-1150

ASHBY & GEDDES, P.A.
ATTN: RICARDO PALACIO
GREGORY A. TAYLOR
500 DELAWARE AVENUE, 8TH FLOOR
WILMINGTON, DE 19899

BALLARD SPAHR LLP
ATTN: JAMES V. MASELLA, III
1675 BROADWAY, 19TH FLOOR
NEW YORK, NY 10019-5820

BALLARD SPAHR LLP
ATTN: NICHOLAS J. BRANNICK
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801-3034

BIELLI & KLAUDER, LLC
ATTN: DAVID M. KLAUDER
1204 N. KING STREET
WILMINGTON, DE 19801

BLANK ROME LLP
ATTN: JOSEF W. MINTZ
1201 MARKET STREET, SUITE 800
WILMINGTON, DE 19801

BLANK ROME LLP
ATTN: RICK ANTONOFF
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

BOERSCH & ILLOVSKY LLP
ATTN: SHARON FRASE
1611 TELEGRAPH AVE., SUITE 806
OAKLAND, CA 94612

BROWN RUDNICK LLP
ATTN: KENNETH J. AULET
JEFFREY L. JONAS
MICHAEL WINOGRAD
ALEXANDER F. KASNETZ
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BROWN RUDNICK LLP
ATTN: TRISTAN G. AXELROD
SHARI I. DWOSKIN
MATTHEW A. SAWYER
ONE FINANCIAL CENTER
BOSTON, MA 02111

BROWNELL LAW GROUP LLC
ATTN: FELICIA BROWNELL
252 MARINERS WAY
BEAR, DE 19701

BUCHALTER, A PROFESSIONAL
CORPORATION
ATTN: SHAWN M. CHRISTIANSON, ESQ.
425 MARKET STREET, SUITE 2900
SAN FRANCISCO, CA  94105-3493

BUTLER SNOW LLP
ATTN: JAMES E. BAILEY III
ROBERT CAMPBELL HILLYER
CRESCENT CENTER, SUITE 500
6075 POPLAR AVENUE
P.O. BOX 171443
MEMPHIS, TN 38187

BUTLER SNOW LLP
ATTN: MARTIN SOSLAND
2911 TURTLE CREEK BLVD., SUITE 1400
DALLAS, TX 75219

CARR MALONEY P.C.
ATTN: J. PETER GLAWS, IV, ESQ.
2000 PENNSYLVANIA AVE, NW, STE. 8001
WASHINGTON, D.C. 20006

CARTER LEDYARD & MILBURN LLP
ATTN: AARON R. CAHN
28 LIBERTY STREET, 41ST FLOOR
NEW YORK, NY 10005

CHAMBERLAINS LAW FIRM
ATTN: STIPE VULETA
LACHLAN MCBRIDE
SEBASTIAN BRODOWSKI
SAM KEYS-ASGILL
LEVEL 12 59 GOULBURN STREET
SYDNEY, NSW, 2002
AUSTRALIA

CLARK HILL PLC
ATTN: KAREN M. GRIVNER
824 N. MARKET STREET, SUITE 710
WILMINGTON, DE 19801

CLARK HILL PLC
ATTN: KEVIN H. MORSE
130 E. RANDOLPH STREET, SUITE 3900
CHICAGO, IL 60601

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JANE VANLARE
BRANDON M. HAMMER
ONE LIBERTY PLAZA
NEW YORK, NY 10006

COMMODITY FUTURES TRADING
COMMISSION
ATTN: MARTIN B. WHITE, SENIOR ASSISTANT
GENERAL COUNSEL
1155 21ST STREET NW
WASHINGTON, D.C. 20581

COOLEY LLP
ATTN: AUDREY MOTT-SMITH
3 EMBARCADERO CENTER, 20TH FLOOR
SAN FRANCISCO, CA 94111

COOLEY LLP
ATTN: CULLEN D. SPECKHART
1299 PENNSYLVANIA AVENUE NW, SUITE 700
WASHINGTON, D.C. 20004

COOLEY LLP
ATTN: MICHAEL KLEIN
ARIC WU
CAROLINE PIGNATELLI
ERICA J. RICHARDS
PHILIP M. BOWMAN, ESQ.
55 HUDSON YARDS
NEW YORK, NY 10001

COUSINS LAW LLC
SCOTT D. JONES, ESQ.
BRANDYWINE PLAZA WEST
1521 CONCORD PIKE, SUITE 301
WILMINGTON, DE 19801

COZEN O'CONNOR
ATTN: FREDERICK SCHMIDT
3WTC, 175 GREENWICH STREET, 55TH FLOOR
NEW YORK, NY 10007

COZEN O'CONNOR
ATTN: THOMAS J. FRANCELLA
1201 N. MARKET STREET, SUITE 1001
WILMINGTON, DE 19801

CROSS & SIMON LLC
ATTN: KEVIN S. MANN
CHRISTOPHER P. SIMON
1105 NORTH MARKET STREET, SUITE 901
WILMINGTON, DE 19801

CROWELL & MORING LLP
ATTN: FREDERICK HYMAN
590 MADISON AVE
NEW YORK, NY 10022

DEBEVOISE & PLIMPTON LLP
ATTN: SIDNEY P. LEVINSON
JASMINE BALL
66 HUDSON BOULEVARD
NEW YORK, NY 10001

DELAWARE DIVISION OF REVENUE
ATTN: ZILLAH FRAMPTON
820 N FRENCH ST
WILMINGTON, DE 19801

DELAWARE SECRETARY OF STATE
CORPORATIONS FRANCHISE TAX
P.O. BOX 898
DOVER, DE 19903

DELAWARE STATE TREASURY
ATTN: BANKRUPTCY DEPT
820 SILVER LAKE BLVD, STE 100
DOVER, DE 19904

DILWORTH PAXSON LLP
ATTN: PETER C. HUGHES, ESQ.
800 N KING STREET, SUITE 202
WILMINGTON, DE 19801

DLA PIPER LLP
ATTN: AARON S. APPLEBAUM
1201 NORTH MARKET STREET, SUITE 2100
WILMINGTON, DE 19801

DLA PIPER LLP (US)
ATTN: DENNIS C. O'DONNELL
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

DLA PIPER LLP (US)
ATTN: JEFFREY TOROSIAN
444 W. LAKE STREET, SUITE 900
CHICAGO, IL 60606

DOSHI LEGAL GROUP, P.C.
ATTN: AMISH R. DOSHI
1979 MARCUS AVENUE, SUITE 210E
LAKE SUCCESS, NY 11042

| | |
|---|---|
| EMMET, MARVIN & MARTIN, LLP<br>ATTN: THOMAS A. PITTA, ESQ.<br>120 BROADWAY, 32ND FLOOR<br>NEW YORK, NY 10271 | GIBBONS P.C.<br>ATTN: ROBERT K. MALONE, ESQ.<br>BRETT S. THEISEN, ESQ.<br>KYLE P. MCEVILLY, ESQ.<br>ONE GATEWAY CENTER<br>NEWARK, NJ 07102-5310 |
| EVERSHEDS SUTHERLAND (US) LLP<br>ATTN: ANDREA L. GORDON<br>700 SIXTH STREET NW, SUITE 700<br>WASHINGTON, D.C. 20001 | GOETZ FITZPATRICK LLP<br>ATTN: SCOTT D. SIMON, ESQ.<br>ONE PENN PLAZA, SUITE 3100<br>NEW YORK, NY 10119 |
| EVERSHEDS SUTHERLAND (US) LLP<br>ATTN: ERIN E. BRODERICK<br>227 WEST MONROE STREET, SUITE 6000<br>CHICAGO, IL 60606 | GREENBERG GLUSKER FIELDS CLAMAN &<br>MACHTINGER LLP<br>ATTN: BRIAN DAVIDOFF<br>2049 CENTURY PARK EAST, STE 2600<br>LOS ANGELES, CA 90067-4590 |
| EVERSHEDS SUTHERLAND (US) LLP<br>ATTN: MARK D. SHERRILL<br>1001 FANNIN STREET, SUITE 3700<br>HOUSTON, TX 77002 | HAYNES AND BOONE, LLP<br>ATTN: RICHARD D. ANIGIAN<br>CHARLES M. JONES II<br>2323 VICTORY AVENUE, SUITE 700<br>DALLAS, TX 75219 |
| EVERSHEDS SUTHERLAND (US) LLP<br>ATTN: PETER A. IVANICK<br>SARAH E. PAUL<br>LYNN W. HOLBERT<br>THE GRACE BUILDING, 40TH FLOOR<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | HAYNES AND BOONE, LLP<br>ATTN: RICHARD KANOWITZ<br>30 ROCKEFELLER PLAZA, 26TH FLOOR<br>NEW YORK, NY 10112 |
| FOLEY & LARDNER LLP<br>ATTN: MICHAEL J. SMALL<br>321 NORTH CLARK STREET, SUITE 3000<br>CHICAGO, IL 60654 | HOGAN LOVELLS US LLP<br>ATTN: DENNIS H. TRACEY, III<br>JOHN D. BECK<br>MAYA JUMPER<br>390 MADISON AVENUE<br>NEW YORK, NY 10017 |
| FOLEY & LARDNER LLP<br>ATTN: SAMANTHA RUPPENTHAL<br>90 PARK AVENUE<br>NEW YORK, NY 10016 | HOLLAND & KNIGHT LLP<br>ATTN: WARREN E. GLUCK, ESQ.<br>MARIE E. LARSEN, ESQ.<br>DAVID W. WIRT<br>JESSICA MAGEE<br>SHARDUL DESAI<br>31 W. 52ND STREET<br>NEW YORK, NY 10019 |
| GEBHARDT & SMITH LLP<br>ATTN: DAVID V. FONTANA<br>1000 N. WEST STREET, SUITE 1200<br>WILMINGTON, DE 19081 | |
| GELLERT SCALI BUSENKELL & BROWN, LLC<br>ATTN: MICHAEL BUSENKELL<br>1201 NORTH ORANGE STREET, SUITE 300<br>WILMINGTON, DE 19801 | HUGH SMITH ESQUIRE<br>LEVEL 8 224 BUNDA STREET<br>CANBERRA CITY, ACT, 2601<br>AUSTRALIA |
| GIBBONS P.C.<br>ATTN: CHRISTOPHER VICECONTE, ESQ.<br>300 DELAWARE AVENUE, SUITE 1015<br>WILMINGTON, DE 19801-1671 | JOYCE, LLC<br>ATTN: MICHAEL J. JOYCE, ESQ.<br>1225 KING STREET, SUITE 800<br>WILMINGTON, DE 19801 |

68022/0001-48411971v1

K&L GATES LLP
ATTN: BRIAN D. KOOSED, ESQ.
1602 K STREET NW
WASHINGTON, D.C. 20006-1600

K&L GATES LLP
ATTN: ROBERT T. HONEYWELL, ESQ.
599 LEXINGTON AVENUE
NEW YORK, NY 10022-6030

K&L GATES LLP
ATTN: STEVEN L. CAPONI, ESQ.
MATTHEW B. GOELLER, ESQ.
MEGAN E. O'CONNER, ESQ.
600 N. KING STREET, SUITE 901
WILMINGTON, DE 19801

KASHISHIAN LAW LLC
ATTN: ANN M. KASHISHIAN
501 SILVERSIDE ROAD, SUITE 85
WILMINGTON, DE 19809

KELLER BENVENUTTI KIM LLP
ATTN: JANE KIM
GABRIELLE L. ALBERT
650 CALIFORNIA ST. #1900
SAN FRANCISCO, CA 94108

KELLY HART & HALLMAN LLP
ATTN: LOUIS M. PHILLIPS
301 MAIN ST., SUITE 1600
BATON ROUGE, LA 70801

KELLY HART & HALLMAN LLP
ATTN: MICHAEL D. ANDERSON
201 MAIN STREET, SUITE 2500
FORT WORTH, TX 76102

LANDIS RATH & COBB LLP
ATTN: ADAM G. LANDIS
KIMBERLY A. BROWN
MATTHEW R. PIERCE
GEORGE A. WILLIAMS III
MATTHEW MCGUIRE
HOWARD W. ROBERTSON IV
919 MARKET STREET, SUITE 1800
WILMINGTON, DE 19801

LATHAM & WATKINS LLP
ATTN: ADAM J. GOLDBERG
BRIAN S. ROSEN
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: KEITH KODOSKY, ESQUIRE
600 PEACHTREE NE, SUITE 4700
ATLANTA, GA 30308

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: MINYAO WANG, ESQUIRE
77 WATER STREET, SUITE 2100
NEW YORK, NY 10005

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: PHILIP HINSON, ESQUIRE
521 EAST MOREHEAD STREET, SUITE 250
CHARLOTTE, NC 28202

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: SCOTT D. COUSINS
RAFAEL X. ZAHRALDDIN-ARAVENA
500 DELAWARE AVE, SUITE 700
WILMINGTON, DE 19801

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: SEAN P. SHECTER, ESQUIRE
110 SE 6TH STREET, SUITE 2600
FORT LAUDERDALE, FL 33301

LOCKE LORD LLP
ATTN: IRA S. GREENE
200 VESEY STREET
NEW YORK, NY 10281

LOWENSTEIN SANDLER LLP
ATTN: ANDREW BEHLMANN
COLLEEN M. RESTEL
ONE LOWENSTEIN DRIVE
ROSELAND, NJ 07068

LOWENSTEIN SANDLER LLP
ATTN: DANIEL B. BESIKOF, ESQ.
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

MANIER HEROD, P.C.
ATTN: JEFFREY S. PRICE
MELISSA J. LEE
SCOTT C. WILLIAMS
1201 DEMONBREUN STREET, SUITE 900
NASHVILLE, TN 37213

MCCARTER & ENGLISH LLP
ATTN: DAVID ADLER ESQ.
WORLDWIDE PLAZA
825 EIGHTH AVE., 31ST FLOOR
NEW YORK, NY 10019

MCCARTER & ENGLISH LLP
ATTN: KATE ROGGIO BUCK
MATTHEW J. RIFINO
SHANNON D. HUMISTON
RENAISSANCE CENTRE
405 N. KING STREET, 8TH FLOOR
WILMINGTON, DE 19801

MCCARTER & ENGLISH LLP
ATTN: LISA S. BOSSALL
PHILLIP S. PAVLICK
FOUR GATEWAY CENTER
100 MULBERYY STREET
NEWARK, NJ 07102

MCDERMOTT WILL & EMERY LLP
ATTN: DARREN AZMAN
JOHN J. CALANDRA
JOSEPH B. EVANS
ELIZABETH RODD
ONE VANDERBILT AVENUE
NEW YORK, NY 10017-3852

MCDERMOTT WILL & EMERY LLP
ATTN: MARIS J. KANDESTIN
THE NEMOURS BUIDLING
1007 NORTH ORANGE STREET, 10TH FLOOR
WILMINGTON, DE 19801

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: GARY D. BRESSLER
DAVID P. PRIMACK
GASTON P. LOOMIS
300 DELAWARE AVENUE, SUITE 1014
WILMINGTON, DE 19801

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: JEFFREY BERNSTEIN
570 BROAD STREET, SUITE 1401
NEWARK, NJ 07102

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: MICHAEL R. MORANO, ESQ.
1300 MT. KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NJ 07962

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: NICOLE LEONARD
225 LIBERTY STREET, 36TH FLOOR
NEW YORK, NY 10281

MIAMI-DADE OFFICE OF THE TAX COLLECTOR
BANKRUPTCY UNIT
200 NW 2ND AVENUE, #430
MIAMI, FL 33128

MILLER SHAH LLP
ATTN: ALEC J. BERIN, ESQ.
1845 WALNUT STREET, SUITE 806
PHILADELPHIA, PA 19103

MILLER SHAH LLP
ATTN: JAMES E. MILLER, ESQ.
65 MAIN STREET
CHESTER, CT 06412

MISSOURI DEPARTMENT OF REVENUE
MO BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER, GENERAL COUNSEL
PO BOX 475
JEFFERSON CITY, MO 65105-0475

MORGAN, LEWIS & BOCKIUS LLP
ATTN: JODY C. BARILLARE
1201 N. MARKET STREET, SUITE 2201
WILMINGTON, DE 19801

MORGAN, LEWIS & BOCKIUS LLP
ATTN: JOHN C. GOODCHILD III
MATTHEW C. ZIEGLER
1701 MARKET STREET
PHILADELPHIA, PA 19103

MORGAN, LEWIS & BOCKIUS LLP
ATTN: JOSHUA DORCHAK
DAVID K. SHIM
101 PARK AVENUE
NEW YORK, NY 10178

MORRIS JAMES LLP
ATTN: ERIC J. MONZO
SARAH M. ENNIS
TARA C. PAKROUH
CHRISTOPHER M. DONNELLY
500 DELAWARE AVENUE, SUITE 1500
WILMINGTON, DE 19801

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ATTN: DONNA L. CULVER
DANIEL B. BUTZ
MATTHEW B. HARVEY
1201 NORTH MARKET STREET, 16TH FLOOR
P.O. BOX 1347
WILMINGTON, DE 19899-1347

MORRISON COHEN LLP
ATTN: JOSEPH T. MOLDOVAN
HEATH D. ROSENBLAT
JASON P. GOTTLIEB
MICHAEL MIX
909 THIRD AVENUE, 27TH FLOOR
NEW YORK, NY 10022

NATIONAL ASSOCIATION OF ATTORNEYS GENERAL
ATTN: KAREN CORDRY
1850 M ST., NW 12TH FLOOR
WASHINGTON, D.C. 20036

OFFICE OF THE ATTORNEY GENERAL OF GEORGIA
ATTN: AMY L. PATTERSON
40 CAPITOL SQUARE, S.W.
ATLANTA, GA 30334

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
BANKRUPTCY & COLLECTIONS DIVISION
ATTN: ROMA N. DESAI
LAYLA D. MILLIGAN
ABIGAIL R. RYAN
P.O. BOX 12548 MC008
AUSTIN, TX 78711-2548

OFFICE OF THE ILLINOIS ATTORNEY GENERAL
ATTN: JOHN P. REDING
100 W. RANDOLPH ST., SUITE 13-225
CHICAGO, IL 60601

OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
ATTN: ROBERT J. ROCK
THE CAPITOL
ALBANY, NY 12224-0341

OFFICE OF THE TN ATTORNEY GENERAL
BANKRUPTCY DIVISION
ATTN: Laura L. McCloud
PO BOX 20207
NASHVILLE, TN 37202-0207

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: BENJAMIN A. HACKMAN
LINDA RICHENDERFER
DAVID GERARDI
JON.LIPSHIE
844 KING STREET, ROOM 2207
LOCKBOX #35
WILMINGTON, DE 19899-0035

PACHULSKI STANG ZIEHL & JONES LLP
ATTN: LAURA DAVIS JONES
PETER J. KEANE
EDWARD A. CORMA
JASON H. ROSELL
COLIN R. ROBINSON
919 N. MARKET STREET, 17TH FLOOR
WILMINGTON, DE 19801

PACHULSKI STANG ZIEHL & JONES LLP
ATTN: TEDDY M. KAPUR
10100 SANTA MONICA BLVD., 13TH FLOOR
LOS ANGELES, CA 90067-4003

PACHULSKI STANG ZIEHL & JONES LLP
ATTN: JASON H. ROSELL
MARY F. CALOWAY
ONE SANSOME STREET, SUITE 3430
SAN FRANCISCO, CA 94104

PASHMAN STEIN WALDER HAYDEN, P.C.
ATTN: JOHN W. WEISS
ALEXIS R. GAMBALE
1007 NORTH ORANGE STREET, 4TH FLOOR, SUITE 183
WILMINGTON, DE 19801

PAUL HASTINGS
ATTN: GABE E. SASSON
KRISTOPHER M. HANSEN
KENNETH PASQUALE
LUC A. DESPINS
EREZ E. GILAD
SAMANTHA MARTIN
200 PARK AVENUE
NEW YORK, NY 10166

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: ELIZABETH WANG
DANIEL A. MASON
1313 NORTH MARKET STREET, SUITE 806
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: WILLIAM A. CLAREMAN
GREGORY F. LAUFER
KENNETH S. ZIMAN
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: RANDALL S. LUSKEY<br>535 MISSION STREET, 24TH FLOOR<br>SAN FRANCISCO, CA 94105 | RIMON, P.C.<br>ATTN: FREDERICK CHANG<br>506 2ND AVE., SUITE 1400<br>SEATTLE, WA 98104 |
| POTTER ANDERSON & CORROON LLP<br>ATTTN: M. BLAKE CLEARY<br>R. STEPHEN MCNEILL<br>SAMEEN RIZVI, ESQ.<br>1313 N. MARKET STREET, 6TH FLOOR<br>WILMINGTON, DE 19801 | RIMON, P.C.<br>ATTN: JACQUELYN H. CHOI<br>2029 CENTURY PARK EAST, SUITE 400N<br>LOS ANGELES, CA 90067 |
| | ROBINSON & COLE LLP<br>ATTN: JAMIE L. EDMONSON<br>1201 N. MARKET STREET, SUITE 1406<br>WILMINGTON, DE 19801 |
| PROSKAUER ROSE LLP<br>ATTN: BRIAN S. ROSEN<br>DYLAN J. MARKER<br>ELEVEN TIMES SQUARE<br>NEW YORK, NY 10036-8299 | SAUL EWING LLP<br>ATTN: LUCIAN B. MURLEY<br>1201 NORTH MARKET STREET, SUITE 2300<br>P.O. BOX 1266<br>WILMINGTON, DE 19899 |
| PROSKAUER ROSE LLP<br>ATTN: JORDAN E. SAZANT<br>70 WEST MADISON STREET, SUITE 3800<br>CHICAGO, IL 60602-4342 | SCHULTE ROTH & ZABEL LLP<br>ATTN: DOUGLAS S. MINTZ<br>555 13TH STREET, NW, SUITE 6W<br>WASHINGTON, D.C. 20004 |
| PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD.<br>ATTN: BRIAN SIMMS K.C.<br>KEVIN CAMBRIDGE<br>PETER GREAVES<br>3 BAYSIDE EXECUTIVE PARK<br>WEST BAY STREET & BLAKE ROAD<br>PO BOX N-4875<br>NASSAU, THE BAHAMAS | SCHULTE ROTH & ZABEL LLP<br>ATTN: REUBEN E. DIZENGOFF<br>919 THIRD AVENUE<br>NEW YORK, NY 10022 |
| | SECURITIES & EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>100 F. STREET NE<br>WASHINGTON, D.C. 20549 |
| REED SMITH LLP<br>ATTN: AARON JAVIAN<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | SECURITIES & EXCHANGE COMMISSION - NY OFFICE<br>ATTN: BANKRUPTCY DEPT<br>BROOKFIELD PLACE<br>200 VESEY STREET, STE 400<br>NEW YORK, NY 10281-1022 |
| REED SMITH LLP<br>ATTN: KURT F. GWYNNE<br>1201 N. MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801 | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE<br>ATTN: BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD, STE 520<br>PHILADELPHIA, PA 19103 |
| REICH REICH & REICH, P.C.<br>ATTN: NICHOLAS A. PASALIDES, ESQ.<br>235 MAIN STREET, SUITE 450<br>WHITE PLAINS, NY 10601 | |
| RICHARDS, LAYTON & FINGER, P.A.<br>ATTN: KEVIN GROSS<br>PAUL N. HEATH<br>DAVID T. QUEROLI<br>BRENDAN J. SCHLAUCH<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON, DE 19801 | STATE OF DELAWARE ATTORNEY GENERAL<br>ATTN: BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON, DE 19801 |

68022/0001-48411971v1

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: DANIEL M. PEREIRA
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DE 19801

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: DEBORAH A. REPEROWITZ
100 PARK AVENUE, SUITE 2000
NEW YORK, NY 10017

STREUSAND, LANDON, OZBURN & LEMMON, LLP
ATTN: SABRINA L. STREUSAND
ANH NGUYEN
1801 S. MOPAC EXPRESSWAY, SUITE 320
AUSTIN, TX 78746

SULLIVAN & CROMWELL LLP
ATTN: ANDREW G. DIETDERICH
JAMES L. BROMLEY
BRIAN D. GLUECKSTEIN
ALEXA J. KRANZLEY
STEVEN L. HOLLEY
STEPHEN EHRENBERG
CHRISTOPHER J. DUNNE
125 BROAD STREET
NEW YORK, NY 10004

SULLIVAN HAZELTINE ALLINSON LLC
ATTN: WILLIAM D. SULLIVAN
919 NORTH MARKET STREET, SUITE 420
WILMINGTON, DE 19801

TARTER KRINSKY & DROGIN LLP
ATTN: DAVID H. WANDER
ALEXANDER R. TIKTIN
1350 BROADWAY, 11TH FLOOR
NEW YORK, NY 10018

THE DALEY LAW FIRM
ATTN: DARRELL DALEY
SAMANTHA NEAL
4845 PEARL EAST CIRCLE, SUITE 101
BOULDER, CO 80301

THE SECURITIES COMMISSION OF THE BAHAMAS
ATTN: PRESIDENT OR GENERAL COUNSEL
POINCIANA HOUSE, NORTH BUILDING, 2ND FLOOR 31A
EAST BAY STREET, P.O. BOX N-8347
NASSAU, THE BAHAMAS

TROUTMAN PEPPER HAMILTON SANDERS LLP
ATTN: EVELYN J. MELTZER
HERCULES PLAZA, SUITE 5100
1313 N. MARKET STREET
WILMINGTON, DE 19899-1709

U.S. DEPARTMENT OF JUSTICE
ATTN: STANTON C. MCMANUS
SETH B. SHARPIRO
CIVIL DIVISION
1100 L STREET, NW, ROOM 7208
WASHINGTON, D.C. 20005

U.S. DEPARTMENT OF JUSTICE
ATTN: WARD W. BENSON
P.O. BOX 227, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044

U.S. DEPARTMENT OF JUSTICE – CIVIL DIVISION
ATTN: RUTH A. HARVEY
MARGARET M. NEWELL
SETH B. SHAPIRO
STANTON C. MCMANUS
COMMERCIAL LITIGATION BRANCH
P.O. BOX 875, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044-0875

U.S. DEPARTMENT OF JUSTICE, TAX DIVISION
ATTN: ARI D. KUNOFSKY
P.O. BOX 227
WASHINGTON, D.C. 20044

U.S. DEPARTMENT OF JUSTICE
THE INTERNAL REVENUE SERVICE
ATTN: ELISABETH M. BRUCE
STEPHANIE A. SASARAK
P.O. BOX 227
WASHINGTON, D.C. 20044

US ATTORNEY FOR DELAWARE
ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS
1007 ORANGE ST., STE 700
P.O. BOX 2046
WILMINGTON, DE 19899-2046

VENABLE LLP
ATTN: ANDREW J. CURRIE
600 MASSACHUSETTS AVENUE, NW
WASHINGTON, D.C. 20001

VENABLE LLP
ATTN: DANIEL A. O'BRIEN
1201 N. MARKET ST., SUITE 1400
WILMINGTON, DE 19801

68022/0001-48411971v1

VENABLE LLP
ATTN: JEFFREY S. SABIN
XOCHITL S. STROHBEHN
CAROL A. WEINER
ARIE A. PELED
1270 AVENUE OF THE AMERICAS, 24TH FLOOR
NEW YORK, NY 10020

VENABLE LLP
ATTN: JEFFREY S. SABIN
XOCHITL S. STROHBEHN
CAROL A. WEINER
ARIE A. PELED
151 WEST 42ND ST., 48TH FLOOR
NEW YORK, NY 10036

VERMONT DEPARTMENT OF FINANCIAL REGULATION
ATTN: JENNIFER ROOD
89 MAIN STREET, THIRD FLOOR
MONTPELIER, VT 05620

VORYS, SATER, SEYMOUR AND PEASE LLP
ATTN: TIFFANY STRELOW COBB, ESQ.
52 EAST GAY STREET
P.O. BOX 1008
COLUMBUS, OH 43216-1008

WHITE & CASE LLP
ATTN: JESSICA C. LAURIA
J. CHRISTOPHER SHORE
BRIAN D. PFEIFFER
MARK FRANKE
BRETT BAKEMEYER
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1095

WHITE & CASE LLP
ATTN: THOMAS E LAURIA
RICHARD S. KEBRDLE
200 SOUTH BISCAYNE BLVD., SUITE 4900
SOUTHEAST FINANCIAL CENTER
MIAMI, FL 33131

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTN: PETER G. NEIMAN
NICHOLAS WERLE
7 WORLD TRADE CENTER
150 GREENWICH STREET
NEW YORK, NY 10007

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: MATTHEW B. LUNN
ROBERT F. POPPITI, JR.
1000 NORTH KING STREET
WILMINGTON, DE 19801

68022/0001-48411971v1