## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WEST REALM SHIRES SERVICES INC.<br>And FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | | | |
|---|---|---|---|
| Name of Transferee: | **Svalbard II Holdings Limited** | Name of Transferor: | **Svalbard Holdings Limited** |
| Name and Address where notices and payments to transferee should be sent: | **Attestor Value Master Fund LP[1]<br>c/o Attestor Limited<br>7 Seymour Street<br>W1H 7JW<br>London, United Kingdom**<br><br>**Attn: Steve Gillies<br>settlements@attestorcapital.com** | Last known address: | **Attestor Value Master Fund LP[2]<br>c/o Attestor Limited<br>7 Seymour Street<br>W1H 7JW<br>London, United Kingdom<br>Attn: Steve Gillies<br>settlements@attestorcapital.com** |

---

[1]    Any payments on account of the claim referenced in this evidence and notice shall be made to the order of Attestor Value Master Fund LP.

[2]    Any payments on account of the claim referenced in this evidence and notice shall be made to the order of Attestor Value Master Fund LP.

Local Form 138

Phone:       **+44(0)20 7074 9653**

Transferor Holds 50% Share in the below Claim and Transfers its entire share to transferee

| Claim(s) | Debtor | Case No. | Claim Identifiers | Claim Amount |
|---|---|---|---|---|
| | West Realm Shires Services Inc. | 22-11071 | Amended Schedule E/F line number 3.89 | As described on Amended Schedule E/F |
| | West Realm Shires Services Inc. | 22-11071 | Proof of Claim #: 4174 (ePOC 221107105258818) Filed 06/06/2023 | As described on Proof of Claim |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____          Date: 5 September 2024

     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Doc ID: 33047c06ec63c5523a5f0d5b3bb42d677c37a14a

## EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTORS AND THE BANKRUPTCY COURT:

     For value received, the sufficiency of which is hereby acknowledged, and pursuant to an Assignment of Claim, dated as of September 3, 2024, **Svalbard Holdings Limited** ("**Seller**") has unconditionally and irrevocably sold, transferred, and assigned to **Svalbard II Holdings Limited** ("**Purchaser**") all of Seller's right, title, and interest in and to its "claim" or "claims" (as defined in 11 U.S.C. § 101(5)) (the "**Claim**") identified below, against the debtor(s) in *re: FTX Trading Ltd.* (Case No. 22-bk-11068) pending in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

Transferor Holds 50% Share in the below Claim and Transfers its entire share to transferee

| Claim(s) | Debtor | Case No. | Claim Identifiers | Claim Amount |
|---|---|---|---|---|
| | West Realm Shires Services Inc. | 22-11071 | Amended Schedule E/F line number 3.89 | As described on Schedule E/F(see Exhibit A for Supporting Documents) |
| | West Realm Shires Services Inc. | 22-11071 | Proof of Claim #: 4174 (ePOC 221107105258818) Filed 06/06/2023 | As described on Proof of Claim(see Exhibit A for Supporting Documents) |

     Seller hereby waives any objection to the transfer of the Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on September 5, 2024.

**By: Svalbard Holdings Limited**

Doc ID: 33047c06ec63c5523a5f0d5b3bb42d677c37a14a

**EXHIBIT A**

**SCHEDULED CLAIM(S) / PROOF(S) OF CLAIM**

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|
| | NORTH AMERICA LEAGUE OF LEGENDS CHAMPIONSHIP SERIES, LLC<br>ATTN: MATTHEW ARCHAMBAULT<br>1233 W. OLYMPIC BLVD.<br>LOS ANGELES, CA 90064 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Sponsorship Agreement | | |
| | **Date or dates debt was incurred**       11/10/22<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

## KROLL

📄 Proof of Claim PDF

### Creditor Data Details - Claim # 4174

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| North America League of Legends Championship Series, LLC<br>Attn: Dan Chang<br>12333 W. Olympic Blvd.<br>Los Angeles, CA 90064 | West Realm Shires Services Inc.<br>**Date Filed**<br>06/27/2023 | 4174<br>**Schedule Number**<br>n/a<br>**Confirmation ID**<br>3265-69-IAFPS-033781779 |

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $87,202,010.87 | | $87,202,010.87 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | $684,931.51 | | $684,931.51 | Asserted |
| Admin Priority | | | $1,643,835.62 | | $1,643,835.62 | Asserted |
| **Total** | $0.00 | | $89,530,778.00 | | $89,530,778.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the

🗗 Open in new window