IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>**Hearing Date: Sept. 12, 2024, at 1:00 p.m.**<br>**Objections Due: Sept. 5, 2024, at 4:00 p.m.**<br><br>**Re: D.I. 23986** |

**RESERVATION OF RIGHTS OF THE UNITED STATES TRUSTEE
TO DEBTORS' AND COMMITTEE'S FIFTH JOINT MOTION TO REDACT
OR WITHHOLD CERTAIN CONFIDENTIAL INFORMATION OF CUSTOMERS**

Andrew R. Vara, the United States Trustee for Region 3 (the "U.S. Trustee"), through his undersigned attorneys, hereby files this reservation of rights ("ROR") to *Fifth Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers* [D.I. 23986] (the "Motion") and respectfully states:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

**JURISDICTION & STANDING**

1. Under (i) 28 U.S.C. § 1334; (ii) applicable order(s) of the United States District Court for the District of Delaware issued pursuant to 28 U.S.C. § 157(a); and (iii) 28 U.S.C. § 157(b)(2)(A), this Court has jurisdiction to hear and determine the Motion and this ROR.

2. Under 28 U.S.C. § 586, the U.S. Trustee is charged with overseeing the administration of Chapter 11 cases filed in this judicial district. This duty is part of the U.S. Trustee's overarching responsibility to enforce the bankruptcy laws as written by Congress and interpreted by the courts. *See Morgenstern v. Revco D.S., Inc. (In re Revco D.S., Inc.)*, 898 F.2d 498, 500 (6th Cir. 1990) (describing the U.S. Trustee as a "watchdog").

3. Under 11 U.S.C. § 307, the U.S. Trustee has standing to be heard on the Motion. *See United States Trustee v. Columbia Gas Sys., Inc. (In re Columbia Gas Sys., Inc.),* 33 F.3d 294, 295-96 (3d Cir. 1994) (noting that U.S. Trustee has "public interest standing" under 11 U.S.C. § 307, which goes beyond mere pecuniary interest).

**BACKGROUND**

4. On November 11 and 14, 2022, the above-captioned debtors (the "Debtors") filed chapter 11 petitions in this Court.

5. On December 15, 2022, the U.S. Trustee appointed an official committee of unsecured creditors (the "Committee").

6. On January 20, 2023, the Court entered the *Final Order (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on a Final Basis and (III) Granting Certain*

*Related Relief* [D.I. 545].  That order generally authorized the Debtors to redact the names of all customers, and the names, addresses, and e-mail addresses of customers who are not natural persons, from all public filings until April 20, 2023.  D.I. 545 ¶ 4.

7. Since the entry of that order, the Debtors and Committee have sought several extensions of the redaction of customer information.  D.I. 1324, 6153, & 14727.

8. On February 12, 2024, the parties filed a stipulation, under certification of counsel, that the Court may rule on the third extension motion based on the existing record of the prior hearings and the pleadings filed to date, without prejudice to any of the parties' rights, claims, arguments, and defenses in this matter and in the media intervenors' appeal.  D.I. 7305.

9. A similar stipulation was reached for the fourth extension motion.  D.I. 16147.

10. On August 28, 2024, the Debtors and Committee filed the Motion.  The Motion seeks a fifth extension of the customer redaction deadline, from August 28, 2024, to the earlier of (a) 90 days after entry of an order approving the Motion, and (b) the effective date of a confirmed plan.  The Debtors and Committee indicate they will discuss with the U.S. Trustee and the media intervenors about resolving the Motion without a hearing.  Mot. ¶ 3.

11. On June 10, 2024, the Celsius Litigation Administrator filed *The Celsius Litigation Administrator's Motion for Entry of an Order for Authority to File under Seal the Transfer Schedules Containing Confidential Information* [D.I. 17182] (the "Celsius Seal Motion").

12. On September 4, 2024, the U.S. Trustee filed an objection to the Celsius Seal Motion.  D.I. 24215.

**RESERVATION OF RIGHTS**

13. The U.S. Trustee continues to reserve its rights with respect to the Court's order entered on January 20, 2023 [D.I. 545] regarding the redaction of FTX customers' names. D.I. 16164. The U.S. Trustee does not oppose proceeding with the Motion via certification of counsel. However, no discussions have taken place yet involving the U.S. Trustee about such a certification. The U.S. Trustee reserves all rights to review and comment on, and if necessary object to, the form of such stipulation.

14. To the extent the Motion implicates the Celsius Seal Motion, or would provide an independent basis to redact material that is subject to the Celsius Seal Motion, the U.S. Trustee incorporates his objection to the Celsius Seal Motion herein by reference, and respectfully submits that the Court's adjudication of the Motion should be subject to, and not prejudice the parties' arguments with respect to, the Celsius Seal Motion and the Court's ruling thereon.

**[Continued on next page – space intentionally left blank]**

Respectfully submitted,

Dated: September 5, 2024
Wilmington, Delaware

**ANDREW R. VARA,**
**UNITED STATES TRUSTEE**
**REGIONS 3 AND 9**

By: */s/ Benjamin Hackman*
Linda Richenderfer (DE # 4138)
Benjamin A. Hackman
Jonathan W. Lipshie
Trial Attorneys
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
benjamin.a.hackman@usdoj.gov
linda.richenderfer@usdoj.gov
jon.lipshie@usdoj.gov