IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 23450 |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR ENTRY
OF AN ORDER AUTHORIZING THE FILING OF DECLARATION OF
JORDAN E. SAZANT IN SUPPORT OF THE OBJECTION OF LAYERZERO LABS
LTD., ARI LITAN, AND SKIP & GOOSE LLC TO CONFIRMATION OF THE
FIRST AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF
FTX TRADING LTD. AND ITS DEBTOR AFFILIATES UNDER SEAL**

The undersigned hereby certifies that on August 16, 2024, LayerZero Labs Ltd. ("LayerZero"), Ari Litan, and Skip & Goose LLC ("Skip & Goose", and collectively with LayerZero and Ari Litan, the "LayerZero Group") filed the *Motion for Entry of an Order Authorizing the Filing of Declaration of Jordan E. Sazant in Support of the Objection of LayerZero Labs Ltd., Ari Litan, and Skip & Goose LLC to Confirmation of the First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates Under Seal* [Docket No. 23450] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). Attached to the Motion as Exhibit A was a proposed form of order approving the relief requested in the Motion (the "Proposed Order"). Any objection or response to the relief requested in the Motion was to be filed and served so as to be received by no later than September 4, 2024 at 4:00 p.m. (ET) (the "Objection Deadline").

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua Barbuda.

11725243v.1

The undersigned further certifies that as of the Objection Deadline, no answer, objection, or other responsive pleading to the Motion was received by the undersigned counsel or has appeared on the Court's docket in these cases.

**WHEREFORE**, the undersigned counsel respectfully requests that the Proposed Order, attached to the Motion as Exhibit A, be entered at the earliest convenience of the Court.

Dated: September 5, 2024
Wilmington, Delaware

Respectfully submitted,

*/s/ Sameen Rizvi*
M. Blake Cleary (No. 3614)
R. Stephen McNeill (No. 5210)
Sameen Rizvi (No. 6902)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: bcleary@potteranderson.com
rmcneill@potterandersonl.com
srizvi@potteranderson.com

-and-

Brian S. Rosen (admitted *pro hac vice*)
Dylan J. Marker (admitted *pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, New York 10036-8299
Telephone: (212) 969-3000
Email: brosen@proskauer.com
dmarker@porskauer.com

-and-

Jordan E. Sazant (DE Bar No. 6515)
**PROSKAUER ROSE LLP**
70 West Madison, Suite 3800
Chicago, Illinois 60602-4342
Telephone: (312) 962-3550
Email: jsazant@proskauer.com

*Counsel to LayerZero Group*

11725243v.1