**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) (Jointly Administered) |
| Debtors. | **Re: D.I. 17623, 17624, 17625, 17626, 17628, 17640, 17652, 17659, 17662, 17665, 17671, 17693, 17694, 17696** |
| | **Hearing Date: September 12, 2024, at 1:00 p.m. ET** |

**FEE EXAMINER'S SUMMARY REPORT**
**ON FEE REVIEW PROCESS AND SIXTH INTERIM FEE APPLICATIONS**

TO:    THE HONORABLE JOHN T. DORSEY
       UNITED STATES BANKRUPTCY JUDGE:

The Fee Examiner appointed in the above-captioned chapter 11 cases (the "Fee Examiner") submits this summary report (the "Report") pursuant to the *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [D.I. 834] (the "Fee Examiner Order") to advise the Court on the status of the fee review process and to recommend the Court's approval of the fees and expenses outlined on the attached **Exhibit A** on an *interim* basis, as discussed in detail below. The Fee Examiner is continuing productive discussions with the applicant listed on **Exhibit B**, requesting adjournment of that application to a subsequent hearing date.

***Summary of Recommendations***

The Fee Examiner has reached consensual agreements, subject to Court approval, with

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification number is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryon's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

most applicants for the Sixth Interim Fee Period (February 1, 2024-April 30, 2024).  The Fee Examiner's recommended adjustments—all consensual—are outlined on the attached **Exhibit A**.

***Status of Reserved Issues***

As noted in prior reports, some concerns remain "Reserved Issues" that may benefit from longer-term, retrospective analysis, including matters addressed in the *Report of Robert J. Cleary, Examiner* [D.I. 15545] (the "Examiner Report").

***Kroll Security Incident***

As noted in the *Fee Examiner's Summary Report on Fee Review Process and Fourth Interim Fee Applications* [D.I. 9157] (the "Fourth Report") and the *Fee Examiner's Summary Report on Fee Review Process and Fifth Interim Fee Applications* [D.I. 16172] (the "Fifth Report"), on Saturday, August 19, 2023, the Debtors' claims and noticing agent, Kroll Restructuring Administration ("Kroll"), suffered a security breach during which attackers gained access to certain files containing personal information of claimants.  *See* https://www.kroll.com/en/about-us/news/security-incident.  Upon learning of the incident, the Debtors immediately engaged Sullivan and Cromwell LLP ("S&C") and Alvarez & Marsal North America, LLC ("A&M") to assist in responding to the incident, which included assessing the scope and extent of the incident and notifying and addressing inquiries from interested parties and regulators.   The Fee Examiner concluded that the Debtors' estates should not bear ultimate responsibility for the fees and expenses associated with remediating the data breach, and the impacted professionals agreed to a 20 percent holdback of the fees incurred for their work responding to this incident during the Fourth and Fifth Interim Fee Periods.  Additional holdbacks related to the issue are included in the recommended adjustments discussed below and enumerated on **Exhibit A**.

As detailed in the *Motion of the Debtors for Entry of an Order (A) Authorizing the Debtors' Entry Into, and Performance Under, the Settlement Agreement with Kroll Restructuring Administration LLC (B) Approving the Settlement Agreement, and (C) Granting Related Relief* [D.I. 24016] (the "9019 Motion"), the Debtors and Kroll have reached an agreement whereby Kroll will reimburse the estates for "the full amount of losses, costs, and damages incurred by the Debtors as a direct result of the Security Incident, without any discount or other reduction." 9019 Motion at ¶ 2.  The Fee Examiner anticipates recommending the release of all holdbacks related to the Kroll data breach issue after the deadline for objection has passed and the Court has ruled on the 9019 Motion.

## UNCONTESTED APPLICATIONS RECOMMENDED FOR INTERIM COURT APPROVAL WITH ADJUSTMENTS AND RESERVATIONS OF RIGHTS

### DEBTOR PROFESSIONALS

### *Sullivan & Cromwell LLP*

1.      On June 14, 2024, S&C filed the *Sixth Interim Fee Application of Sullivan & Cromwell LLP* for the period from February 1, 2024 through April 30, 2024 [D.I. 17665] (the "S&C Sixth Fee Application"), seeking $26,877,397.90 in fees and $98,979.37 in expenses.

2.      During the Sixth Interim Fee Period, S&C advised the Debtors on a wide variety of matters, including preparing, drafting, and negotiating the revised Chapter 11 plan and disclosure statement.

3.      The Fee Examiner identified a number of areas of concern, including possible overstaffing, apparently excessive meeting and hearing attendance, too many attorneys billing to monitor the Bankman-Fried sentencing proceedings, and work related to the firm's own defense in the FTX multidistrict litigation pending in the Southern District of Florida.  After an extensive exchange of information and discussion, the stipulated adjustments to fees and expenses outlined

on **Exhibit A** are sufficient to address the Fee Examiner's concerns, with two continuing Reserved Issues: (1) fees incurred to prepare interim reports and (2) fees devoted to the investigation and prosecution of avoidance actions that may not have been described with sufficient detail to allow for a determination of which avoidance matters they relate to.  With those express reservations, the Fee Examiner now recommends Court approval of the S&C Sixth Fee Application, subject to the Reserved Issues and as adjusted and outlined on **Exhibit A**.

*Alvarez & Marsal North America, LLC*

4.       On June 14, 2024, A&M filed the *Sixth Interim Fee Application of Alvarez & Marsal North America, LLC* [D.I. 17693] for the period from February 1, 2024, through April 30**,** 2024 (the "A&M Sixth Fee Application"), seeking $36,201,995.50 in fees and $914,225.54 in expenses.

5.       During the Sixth Interim Fee Period, A&M continued performing services related to the Debtors' business operations, claims reconciliation, asset sales, and avoidance actions. A&M professionals expended significant time supporting the preparation and negotiation of the amended plan and disclosure statement.

6.       The Fee Examiner identified potentially top-heavy staffing, apparently excessive meeting attendance, improperly documented expenses, and various technical and procedural deficiencies with respect to some time entries (including vague and lumped entries).  After an extensive exchange of information and discussion, the stipulated adjustments to fees and expenses are sufficient to address the Fee Examiner's concerns, with no Reserved Issues.  The Fee Examiner recommends the approval of the A&M Sixth Fee Application as adjusted and outlined on **Exhibit A**.

*AlixPartners, LLP*

7.     On June 14, 2024, AlixPartners, LLP ("AlixPartners") filed the *Sixth Interim Application of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-In-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2024, through April 30, 2024* [D.I. 17659] (the "AlixPartners Sixth Fee Application"), seeking $6,623,756.00 in fees and $87,281.01 in expenses.

8.     As the Debtors' forensic investigation consultant, AlixPartners continued its forensic analysis of financial and accounting data, trading records, and other associated data; the review and analysis of Debtors' historical organizational documents, policies and procedures; construction of retrospective financial statements and other documents.

9.     The Fee Examiner identified a number of areas of concern, including time devoted to fee applications and potentially routine timekeeping tasks, possible over-attendance at meetings, and inadequately documented expenses.  After an extensive exchange of information and discussion, the stipulated adjustments to fees and expenses are sufficient to address the Fee Examiner's concerns, with no Reserved Issues.  The Fee Examiner is satisfied that the agreed adjustments adequately address all identified issues and now recommends Court approval of the AlixPartners Sixth Fee Application, as adjusted and outlined on **Exhibit A**.

*Quinn Emanuel Urquhart & Sullivan, LLP*

10.     On June 14, 2024, Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") filed the *Sixth Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP* [D.I. 17694] for the period from February 1, 2024, through April 30, 2024 (the "Quinn Emanuel Sixth Fee Application"), seeking $4,607,885.47 in fees and $15,892.98 in expenses.

11.     As special counsel to the Debtors, Quinn Emanuel continued its work conducting investigations into business operations, asset analysis and recovery, avoidance action analysis, and bankruptcy litigation during the Sixth Interim Fee Period.

12.     The Fee Examiner identified a number of areas of concern, including time devoted to fee applications and potentially routine timekeeping tasks, possible overstaffing, apparently excessive meeting or hearing attendance, and various technical and procedural deficiencies with respect to certain time entries (including vague and lumped entries).  After an extensive exchange of information and discussion, the stipulated adjustments to fees and expenses are sufficient to address the Fee Examiner's concerns, with two continuing Reserved Issues:  (1) fees incurred to investigate and draft complaints that may not have been described sufficiently in the time records to allow the Fee Examiner to determine which estate claims the work relates to; and (2) research and litigation work related to the same vaguely-described causes of action.  The Fee Examiner now recommends Court approval of the Quinn Emanuel Sixth Fee Application, subject to the Reserved Issues and as adjusted and outlined on **Exhibit A**.

### *Landis Rath & Cobb LLP*

13.     On June 14, 2024, Landis Rath & Cobb LLP ("LRC") filed the *Sixth Interim Fee Application of Landis Rath & Cobb LLP* [D.I. 17662] for the period from February 1, 2024, through April 30, 2024 (the "LRC Sixth Fee Application"), seeking $1,733,654.25 in fees and $27,648.38 in expenses.

14.     During the Sixth Interim Fee Period, LRC continued to support the work of other Debtor professionals as Delaware counsel.

15.     The Fee Examiner identified a number of areas of concern, including potentially excessive time entry review and time spent reviewing conflicts reports related to claims objections.  LRC has agreed to adjustments to fees that adequately address the Fee Examiner's

concerns, with no Reserved Issues.  The Fee Examiner now recommends the LRC Sixth Fee Application for Court approval on an interim basis, with the adjustments outlined on the attached **Exhibit A**.

### *Kroll Restructuring Administration LLC*

16.     On June 14, 2024, Kroll filed the *Second Interim Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for the Period From February 1, 2024 Through April 30, 2024* [D.I. 17640] (the "Kroll Second Fee Application"), requesting $35,363.68 in fees and no expenses.

17.     The Fee Examiner's letter report to Kroll identified several areas of concern, including potential over-attendance at meeting times and failure to record time in tenth-hour increments.  Kroll has agreed to adjustments to fees that adequately address the Fee Examiner's concerns, and the Fee Examiner now recommends the Kroll Second Fee Application for Court approval on an interim basis with the adjustments outlined on **Exhibit A**.

### UCC PROFESSIONALS

### *Paul Hastings LLP*

18.     On June 14, 2023, Paul Hastings LLP ("Paul Hastings") filed the *Sixth Interim Fee Request of Paul Hastings LLP* [D.I. 17623] and the *Supplement to the Sixth Interim Fee Application of Paul Hastings* [D.I. 17624] (together the "Paul Hastings Sixth Fee Application"), seeking $3,869,053.75 in fees and $325,468.21 in expenses.

19.     The Fee Examiner identified some issues of concern, including transitory timekeepers, vague and block-billed tasks, potential over-attendance at meetings and mediation, and apparent staffing inefficiencies.

20.     After extensive information exchange and discussion, Paul Hastings has agreed to adjustments to fees that adequately address the Fee Examiner's concerns, and the Fee Examiner

now recommends the Paul Hastings Sixth Fee Application for Court approval on an interim basis with the adjustments outlined on **Exhibit A**.

*FTI Consulting, Inc.*

21.     On June 14, 2024, FTI Consulting, Inc. ("FTI") filed the *Sixth Interim Fee Request of FTI Consulting, Inc.* [D.I. 17623] and the *Supplement to the Sixth Interim Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period February 1, 2024 Through April 30, 2024* [D.I. 17626] (the "FTI Sixth Fee Application"), seeking $6,144,925.25 in fees and $9,484.04 in reimbursement for expenses.

22.     During the Sixth Interim Fee Period, FTI continued in its role as financial advisor to the UCC.

23.     The Fee Examiner identified a number of areas of concern, including various technical and procedural deficiencies with respect to some time entries (including vague entries).

24.     After an exchange of information and discussion about the FTI Sixth Fee Application, the Fee Examiner has resolved all identified issues.  As such, the Fee Examiner now recommends Court approval of the FTI Sixth Fee Application on an interim basis, as adjusted and outlined on **Exhibit A**.

*Young Conaway Stargatt & Taylor, LLP*

25.     On June 14, 2024, Young Conaway Stargatt & Taylor, LLP ("Young Conaway") filed the *Sixth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP* [D.I. 17623] and the *Supplement to Sixth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP* [D.I. 17625] (together the "Young Conaway Sixth Fee Application"), seeking $286,678.50 in fees and $1,828.38 in expenses.

26.     During the Sixth Interim Fee Period, Young Conaway continued in its role as Delaware counsel to the UCC.

27.     The Fee Examiner identified a number of areas of concern, including potentially duplicative attendance on calls and at meetings.  After an extensive exchange of information and discussion, Young Conaway has agreed to adjustments that adequately address the Fee Examiner's concerns.  The Fee Examiner now recommends the Young Conaway Sixth Fee Application for Court approval on an interim basis, with the adjustments outlined on the attached **Exhibit A**.

AD HOC COMMITTEE PROFESSIONALS

*Eversheds Sutherland (US) LLP*

28.     On June 14, 2024, Eversheds Sutherland (US) LLP ("Eversheds") filed the *Third Interim Fee Application of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the Period from February 1, 2024, Through April 30, 2024* [D.I. 17696] (the "Eversheds Third Fee Application"), seeking $1,370,631.50 in fees and $29,013.39 in expenses.

29.     During the Sixth Interim Fee Period, Eversheds advised the *Ad Hoc* Committee (the "AHC") on a wide variety of matters, including the development of the amended plan and disclosure statement and the claim notice transfer and reconciliation process.

30.     The Fee Examiner identified several areas of concern, including but not limited to potential staffing and rate inefficiencies, apparently excessive fee application time, excessive meeting attendance, and various technical and procedural deficiencies with respect to some time entries (including vague and lumped entries).

31.    Eversheds has agreed to fee adjustments that adequately address the Fee Examiner's concerns, and the Fee Examiner now recommends the Eversheds Third Fee Application for Court approval on an interim basis, with the adjustments outlined on the attached **Exhibit A**.

***Morris, Nichols, Arsht & Tunnell LLP***

32.    On June 14, 2024, Morris, Nichols, Arsht & Tunnell LLP ("<u>Morris Nichols</u>") filed the *Combined Third Monthly and Third Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period from February 1, 2024, Through and Including April 30, 2024* [D.I. 17652] (the "<u>Morris Nichols Third Fee Application</u>"), seeking $488,645.50 in fees and $4,197.24 in expenses.

33.    During the Sixth Interim Fee Period, Morris Nichols—as Delaware co-counsel—continued to support the *Ad Hoc* Committee in advancing its objectives.

34.    The Fee Examiner identified several areas of concern, including but not limited to apparently excessive hearing attendance and undocumented expenses.

35.    Morris Nichols has agreed to fee and expense adjustments that adequately address the Fee Examiner's concerns, and the Fee Examiner now recommends the Morris Nichols Third Fee Application for Court approval on an interim basis, with the adjustments outlined on the attached **Exhibit A**.

### CHAPTER 11 EXAMINER PROFESSIONALS

***Patterson Belknap Webb & Tyler LLP***

36.    On February 23, 2024, the Court entered the *Order Directing Appointment of Examiner* [D.I. 7909], directing the U.S. Trustee to appoint an examiner in these Chapter 11

Cases.  On March 20, 2024, the Court entered the *Order Approving the Appointment of Examiner* [D.I. 9882] and the *Order (I) (A) Establishing the Scope, Cost, Degree, and Duration of the Examination and (B) Granting Related Relief; and (II) Permitting the Filing of Certain Information Regarding Potential Parties in Interest Under Seal* [D.I. 9883] (the "<u>Examiner Scope Order</u>").

37.     On April 19, 2024, the Court entered the *Order Authorizing (I) the Examiner's Retention and Employment of Patterson Belknap Webb & Tyler LLP as Counsel Nunc Pro Tunc to the Appointment Date and (II) the Filing Under Seal of Certain Information Regarding Potential Parties in Interest* [D.I. 12256] (the " <u>Patterson Belknap Retention Order</u>"), authorizing Patterson Belknap to represent and assist the Chapter 11 Examiner in the discharge of his duties.

38.     On June 14, 2024, Patterson Belknap filed the *First Interim Fee Application of Patterson Belknap Webb & Tyler LLP* [D.I. 17628] (the "<u>Patterson Belknap First Fee Application</u>"), seeking $1,709,349.30 in fees and $826.05 in expenses.

39.     After verifying that the fees and expenses requested were consistent with the Examiner Scope Order and the *Order Amending the Cost of Phase I Examination* [D.I. 22029], the Fee Examiner's letter report to Patterson Belknap questioned several staffing decisions and the fees charged for routine timekeeping activities.

40.     Patterson Belknap provided sufficient explanations about these issues to adequately address the Fee Examiner's concerns, and the Fee Examiner now recommends the Patterson Belknap First Fee Application for Court approval on an interim basis, as outlined on the attached **Exhibit A.**

### INTERIM FEE APPLICATION RECOMMENDED FOR DEFERRAL

41.     On June 14, 2024, Ernst & Young LLP ("<u>EY</u>") filed the *Second Interim Fee Application of Ernst & Young LLP* [D.I. 17671] (the "<u>EY Second Fee Application</u>"), requesting $4,184,211.75 in fees and $43,766.03 in expenses.

42.     The Fee Examiner identified several irregularities in the EY Second Fee Application, including very late fee submissions, undisclosed revisions to the scope of work, work performed by EY affiliates and "member firms" not explicitly authorized to provide services in the firm's retention order, and unusual professional titles and billing rates.

43.     EY and the Fee Examiner have agreed to defer consideration of the EY Second Fee Application until the identified irregularities have been addressed such that the Fee Examiner and counsel can complete their review and report to the Court on the results.

44.     The Fee Examiner now requests that the EY Second Fee Application be deferred to a future hearing date, as outlined on **<u>Exhibit B</u>**.

### NOTICE

45.     Pursuant to ¶ 9(g) of the Fee Examiner Order, the Fee Examiner will serve this Summary Report by e-mail on counsel for the Debtors, on counsel for the Committee, and each Applicant.  The Fee Examiner will also serve this Summary Report upon the U.S. Trustee by e-mail and first-class mail.  A copy of this report is available on the website of the Debtors' notice and claims agent at https://restructuring.ra.kroll.com/FTX/.  The Fee Examiner submits that, in light of the nature of this report, no other or further notice need be given.

## CONCLUSION

**WHEREFORE**, the Fee Examiner respectfully requests the entry of an order, to be submitted by Debtors' counsel under certification, granting the relief requested and such other and further relief as the Court may deem just and proper.

Dated:  September 5, 2024.

**GODFREY & KAHN, S.C.**

By  */s/ Mark W. Hancock*
Mark W. Hancock (*Pro Hac Vice*)
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 297-3911
E-mail: mhancock@gklaw.com

*Counsel for Fee Examiner*

Katherine Stadler
ftxfeeexaminer@gklaw.com
*Fee Examiner*

31758786.3

# EXHIBIT A

**Exhibit A**

Sixth Interim Fee Period Applications Recommended

| | Applicant | Compensation Period Docket Index Filed Date | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|---|
| | *Sixth Interim Fee Period (February 1, 2024 - April 30, 2024)* | | | | | | | | | |
| 1 | **AlixPartners, LLP** *Forensic Investigation Consultant to the Debtors* | 2/1/2024 - 4/30/2024 D.I. 17659 6/14/2024 | $6,623,756.00 | $108,109.63 | | $87,281.01 | $12,859.78 | | $6,515,646.37 | $74,421.23 |
| 2 | **Alvarez & Marsal North America, LLC** *Financial Advisors to the Debtors* | 2/1/2024 - 4/30/2024 D.I. 17693 6/14/2024 | $36,201,995.50 | $258,947.53 | | $914,225.54 | $21,052.47 | | $35,943,047.97 | $893,173.07 |
| 3 | **Eversheds Sutherland (US) LLP** *Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com* | 2/1/2024 - 4/30/2024 D.I. 17696 6/14/2024 | $1,370,631.50 | $41,751.07 | | $29,013.39 | $4,818.66 | | $1,328,880.43 | $24,194.73 |
| 4 | **FTI Consulting, Inc.** *Financial Advisor to the Official Committee of Unsecured Creditors* | 2/1/2024 - 4/30/2024 D.I. 17623, 17626 6/14/2024 | $6,144,925.25 | $40,339.20 **FN1** | | $9,484.04 | $0.00 | | $6,104,586.05 | $9,484.04 |
| 5 | **Kroll Restructuring Administration LLC** *Administrative Advisor to the Debtors* | 2/1/2024 - 4/30/2024 D.I. 17640 6/14/2024 | $35,363.68 | $1,581.45 | | $0.00 | $0.00 | | $33,782.23 | $0.00 |
| 6 | **Landis Rath & Cobb LLP** *Delaware Counsel to the Debtors* | 2/1/2024 - 4/30/2024 D.I. 17662 6/14/2024 | $1,733,654.25 | $29,650.00 | | $27,648.38 | $0.00 | | $1,704,004.25 | $27,648.38 |
| 7 | **Morris, Nichols, Arsht & Tunnell LLP** *Delaware Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com* | 2/1/2024 - 4/30/2024 D.I. 17652 6/14/2024 | $488,645.50 | $1,622.00 **FN2** | | $4,197.24 | $130.66 | | $487,023.50 | $4,066.58 |
| 8 | **Patterson Belknap Webb & Tyler LLP** *Counsel to the Examiner, Robert J. Cleary* | 3/20/2024 - 4/30/2024 D.I. 17628 6/14/2024 | $1,709,349.30 | $0.00 | | $826.05 | $0.00 | | $1,709,349.30 | $826.05 |
| 9 | **Paul Hastings LLP** *Counsel to the Official Committee of Unsecured Creditors* | 2/1/2024 - 4/30/2024 D.I. 17623, 17624 6/14/2024 | $3,869,053.75 | $445,000.00 **FN3** | | $325,468.21 | $0.00 | | $3,424,053.75 | $325,468.21 |
| 10 | **Quinn Emanuel Urquhart & Sullivan, LLP** *Special Counsel to the Debtors* | 2/1/2024 - 4/30/2024 D.I. 17694 6/14/2024 | $4,607,885.47 | $60,000.00 | | $15,892.98 | $345.41 | | $4,547,885.47 | $15,547.57 |
| 11 | **Sullivan & Cromwell LLP** *Counsel to the Debtors* | 2/1/2024 - 4/30/2024 D.I. 17665 6/14/2024 | $26,877,397.90 | $450,000.00 | | $98,979.37 | $35,922.74 **FN4** | | $26,427,397.90 | $63,056.63 |
| 12 | **Young Conaway Stargatt & Taylor, LLP** *Delaware Counsel to the Official Committee of Unsecured Creditors* | 2/1/2024 - 4/30/2024 D.I. 17623, 17625 6/14/2024 | $286,678.50 | $10,347.00 | | $1,828.38 | $0.00 | | $276,331.50 | $1,828.38 |

**FN1** - The total recommended fee adjustment incorporates an agreed reduction requested by the U.S. Trustee.

**FN2** - The total recommended fee adjustment incorporates an agreed reduction requested by the U.S. Trustee.

**FN3** - The recommended fee adjustment is partially attributable to the agreed resolution of Second, Third, and Fourth Interim Reserved Issues.

**FN4** - The Fee Examiner has agreed to defer consideration of $35,062.89 of Sullivan & Cromwell's sixth interim expenses subject to the production of additional supporting information.

# EXHIBIT B

In re: FTX Trading Ltd., et al.

DEB Case No. 22-11068 (JTD)

**Exhibit B**

**Second Interim Fee Period Application Deferred**

| | Applicant | Compensation Period Docket Index Filed Date | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| *Second Interim Fee Period (February 1, 2023 - April 30, 2023)* | | | | | | | | |
| 1 | **Ernst & Young LLP** *Tax Services Provider to the Debtors* | 2/1/2023 - 4/30/2023 D.I. 17671 6/14/2024 | $4,184,211.75 | | $43,766.03 | | | |