## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re FTX Trading Ltd., et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 22-11068 (JTD) |
| ) | (Jointly Administered) |
| ) | |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **Svalbard II Holdings Limited** | **Svalbard Holdings Limited** |

| Name and Address where notices to transferee should be sent: | Last known address: |
|---|---|
| Attestor Value Master Fund LP[1]<br>c/o Attestor Limited<br>7 Seymour Street<br>WIH 7JW<br>London, United Kingdom<br>Attention: Steve Gillies<br>Email: settlements@attestorcapital.com<br>Phone: +44(0)20 7074 9653<br>Unique Customer Code: | Attestor Value Master Fund LP<br>c/o Attestor Limited<br>7 Seymour Street, WIH 7JW<br>London, United Kingdom<br><br>Attention: Steve Gillies<br>Email: settlements@attestorcapital.com<br>Phone: _____ +44(0)20 7074 9653 |

### PORTION OF CLAIM TRANSFERRED: 100%

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Kroll Schedule. 221106806813101 | Redacted | As referenced in Proof of Claim | FTX Trading Ltd. | 22-11068 |
| Proof of Claim Confirmation ID No. 3265-70-XDZOE-803948432 | Redacted | As stated in Customer Claim Form | FTX Trading Ltd. | 22-11068 |
| Schedule F No. 00241270 | Redacted | As stated on Debtors' Schedule F | FTX Trading Ltd. | 22-11068 |

Name and Address where transferee payments should be sent (if different from above): N/A

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any right to receive notice or hearing under Bankruptcy Rule 3001.

---

[1] Any payments on account of the claim referenced in this evidence and notice shall be made to the order of Attestor Value Master Fund LP.

DB1/ 147195401.1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/_____   Date: 5 September, 2024
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571*

Doc ID: c174be73ce87714a50121084b0fbfddd883aa56c0c

| 00241270 | |
|---|---|
| 00241274 | APE-PERPID, AUD0_0017002, AGLD-PERPID, BTC1.0000742Q, BTC-PERPID, COMP-0000002Q1, COMP-0000002Q1, DFL1.3008Q, DYDX-PERPID, ETHAV0.0000747Q, FIDA-PERPID, FL-PERPID, FLOW-PERPID, FTT2J.0400002Q, FTT-PERPID, GAL-PERPID, HT-PERPID, ICP-PERPID, JPYQ-0021.5Q, LINKAQ0.0010000Q, LUNAC_LOCKED00.0069919Q, MAPLE.0009Q, MCB-PERPID, OMG-PERPID, OXYJ.49000, SOL1.00002Q, SOL-PERPID, SRM011.0363724Q, SRM_LOCKED1130.3514270Q, SUN0.0007006Q, TOMO_LOCKED1Q, TOMO-PERPID, TRU-PERPID, TRX0223-0.013404Q, UNI-PERPID, USDJ0004271, USDTJ2.7910924Q, AAVE-PERPID, ADA-PERPID, AGLD-PERPID, ALICE-PERPID, AMPL-PERPID, APE-PERPID, AR-PERPID, AXS-PERPID, ATLAS-PERPID, ATOM-PERPID, AUDIO-PERPID, AVAX-PERPID, AXS-PERPID, BAL-PERPID, BAND-PERPID, 1INCH-0021.5210Q, 1INCH-PERPID |

## EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTORS AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, and pursuant to an Assignment of Claim, dated as of 3 September, 2024, **Svalbard Holdings Limited** ("**Seller**") has unconditionally and irrevocably sold, transferred, and assigned to **Svalbard II Holdings Limited** ("**Purchaser**") 100% of Seller's right, title, and interest in and to all "claims" (as defined in 11 U.S.C. § 101(5)) (the "**Claim**") of the customer identified by Unique Customer Code 00241270, including without limitation the claims referenced in Kroll Schedule No. 2211068068131O1, Confirmation ID No. 3265-70- XDZOE-803948432 and Debtor Scheduled F No. 00241270 against the debtor(s) in *re: FTX Trading Ltd.* (Case No. 22-bk-11068) pending in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

Seller hereby waives any objection to the transfer of the Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on 5 September, 2024.

_____

**By: Svalbard Holdings Limited**