## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> FTX TRADING LTD., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br> (Jointly Administered) |

**THIRD SUPPLEMENTAL DECLARATION OF DANIEL A. LOWENTHAL IN SUPPORT OF EXAMINER'S (I) APPLICATION FOR AN ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF PATTERSON BELKNAP WEBB & TYLER LLP AS COUNSEL TO THE EXAMINER, *NUNC PRO TUNC* TO THE APPOINTMENT DATE AND (II) MOTION TO FILE UNDER SEAL CERTAIN INFORMATION REGARDING POTENTIAL PARTIES IN INTEREST**

I, DANIEL A. LOWENTHAL, do hereby verify the following:

1. I am a partner at Patterson Belknap Webb & Tyler LLP ("Patterson Belknap" or the "Firm"). I have been admitted *pro hac vice* to practice before this Court in connection with the above-captioned chapter 11 cases (the "Chapter 11 Cases") of FTX Trading Ltd. and certain of its affiliates (the "Debtors"). I am an attorney admitted to practice and in good standing in the State of New York. I am also admitted to practice and in good standing in the United States District Courts for the Southern District of New York, Eastern District of New York, and Northern District of New York, as well as the United States Courts of Appeal for the Second and Third Circuits.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of Debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

2. I submit this third supplemental declaration (the "Third Supplemental Lowenthal Declaration") in connection with the Firm's retention in these Chapter 11 Cases. Unless otherwise stated, the facts set forth below are based upon my personal knowledge or discussions with other partners, associates, or professionals of Patterson Belknap, and client matter records of Patterson Belknap reviewed by me or my colleagues acting under my supervision and direction. I will supplement this declaration if additional information related to the matters addressed in this declaration becomes available during the pendency of the Chapter 11 Cases.

3. On March 20, 2024 (the "Appointment Date"), Robert J. Cleary was appointed examiner (the "Examiner") in these Chapter 11 Cases pursuant to section 1104 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2007.1 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

4. On April 1, 2024, the Examiner filed the *Examiner's (I) Application for an Order Authorizing the Retention and Employment of Patterson Belknap Webb & Tyler LLP as Counsel to the Examiner,* Nunc Pro Tunc *to the Appointment Date and (II) Motion to File Under Seal Certain Information Regarding Potential Parties in Interest*, ECF No.10870 (the "Application/Motion"). On April 19, 2024, the Court approved the Firm's retention as counsel to the Examiner. *See Order Authorizing the Retention and Employment of Patterson Belknap Webb & Tyler LLP as Counsel to the Examiner,* Nunc Pro Tunc *to the Appointment Date and (II) Motion to File Under Seal Certain Information Regarding Potential Parties in Interest*, ECF No. 12256.

5. I submitted a declaration in support of the Application/Motion attached thereto as Exhibit C (the "First Lowenthal Declaration"). On April 8, I submitted a supplemental declaration in further support of the Application/Motion. *See Supplemental Declaration of Daniel A. Lowenthal in Support of Examiner's (I) Application for an Order Authorizing the Retention and*

*Employment of Patterson Belknap Webb & Tyler LLP as Counsel to the Examiner,* Nunc Pro Tunc *to the Appointment Date and (II) Motion to File Under Seal Certain Information Regarding Potential Parties in Interest*, ECF No. 11469 (the "Supplemental Lowenthal Declaration"). On May 2, 2024, I submitted a second supplemental declaration in further support of the Application/Motion. *See Second Supplemental Declaration of Daniel A. Lowenthal in Support of Examiner's (I) Application for an Order Authorizing the Retention and Employment of Patterson Belknap Webb & Tyler LLP as Counsel to the Examiner,* Nunc Pro Tunc *to the Appointment Date and (II) Motion to File Under Seal Certain Information Regarding Potential Parties in Interest*, ECF No. 13745 (the "Second Supplemental Lowenthal Declaration," and together with the First Lowenthal Declaration and Supplemental Lowenthal Declaration, the "Lowenthal Declarations")

6. As disclosed in the Lowenthal Declarations, Patterson Belknap was provided with a list of potential parties in interest in these Chapter 11 Cases (the "Identified Parties"). Patterson Belknap personnel compared the Identified Parties with a database containing the names of all Patterson Belknap clients and former clients who were clients at any time since November 1, 2019, and related conflict information. Under my supervision and direction, Patterson Belknap personnel researched information about affiliates of the listed entities, distributed email inquiries to all Patterson Belknap attorneys, and made follow-up inquiries. The Lowenthal Declarations disclosed various connections (as that term is used in Bankruptcy Rule 2014) with the Identified Parties. *See e.g.,* Lowenthal Decl., ¶¶ 16-23; Supp. Lowenthal Decl. ¶ 8; Second Supp. Lowenthal Decl. ¶ 8.

7. I submit this third supplemental declaration to disclose potential additional connections with Identified Parties that have arisen since the filing of the Second Supplemental Lowenthal Declaration.

3

8.  In a matter unrelated to these Chapter 11 Cases, the Firm was retained by King & Spalding LLP to provide legal advice and services.

9.  In a matter unrelated to these Chapter 11 Cases, the Firm was retained by Apple Inc. to provide legal advice and services.

10. Except as disclosed herein and in the Lowenthal Declarations, I am unaware of any connections that are material and believe that none of them would prevent Patterson Belknap from being a "disinterested person," none would involve the holding or representation of an interest adverse to the Debtors' estates, and none would create a conflict of interest with respect to this matter.

*[Remainder of Page Left Blank Intentionally]*

I verify under penalty of perjury that the foregoing is true and correct to the best of my current knowledge, information, and belief.

Dated: September 6, 2024

/s/ Daniel A. Lowenthal

Daniel A. Lowenthal