## CERTIFICATE OF SERVICE

I, Stephen B. Gerald, do hereby certify that on the 6th day of September, 2024, I caused a copy of the foregoing **Notice of Appearance and Demand for Service of Notices and Papers** to be served upon the parties using the Court's CM/ECF System which reflects that an electronic notification of filing was served on all registered users of the CM/ECF System that have requested such notification in this proceeding.

*/s/ Stephen B. Gerald*
Stephen B. Gerald (DE No. 5857)