## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 16819, 17181** |

## NOTICE REGARDING EXHIBITS TO DECLARATION OF KENNETH EHRLER IN SUPPORT OF THE CELSIUS LITIGATION ADMINISTRATOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that Exhibit C attached to the *Declaration of Kenneth Ehrler in Support of the Celsius Litigation Administrator's Motion for Relief from the Automatic Stay* (the "Ehrler Declaration") [Docket Nos. 16819, 17181] is hereby withdrawn.

**PLEASE TAKE NOTICE** attached hereto as **Exhibit 1** is a revised, sealed Exhibit C to the Ehrler Declaration.

**PLEASE TAKE NOTICE** attached hereto as **Exhibit 2** is an unredacted Exhibit D to the Ehrler Declaration.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors (collectively, "FTX" or the "Debtors") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated:  September 6, 2024
       Wilmington, Delaware      **COLE SCHOTZ P.C.**

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
Patrick J. Reilley (No. 4451)
Melissa M. Hartlipp (No. 7063)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email:  jalberto@coleschotz.com
        preilley@coleschotz.com
        mhartlipp@coleschotz.com

-and-

**PRYOR CASHMAN LLP**
Seth H. Lieberman, Esq. (admitted *pro hac vice*)
Richard Levy, Jr., Esq. (admitted *pro hac vice*)
Andrew S. Richmond, Esq. (admitted *pro hac vice*)
7 Times Square, 40th Floor
New York, New York 10036
Telephone: (212) 421-4100
Facsimile: (212) 326-0806
Email: slieberman@pryorcashman.com
      rlevy@pryorcashman.com
      arichmond@pryorcashman.com

*Counsel to the Celsius Litigation Administrator*

## **EXHIBIT 1**

Sealed Exhibit C to Ehrler Declaration

[REDACTED]

## **EXHIBIT 2**

Unredacted Exhibit D to Ehrler Declaration

**Celsius Network Litigation Trust**
**FTX Schedule of Transfers**

| Initial Transferee | Date of Transfer | Asset | Amount of Asset | Transfer Amount (Value as of 5/7) | Rolling Initial Transferee Avoidance Balance (Value as of 5/7) |
|---|---|---|---|---|---|
| QUOINE PTE. LTD. (LIQUID) | 4/15/2022 | CEL | 8,937 | $2,234 | $2,234 |
| QUOINE PTE. LTD. (LIQUID) | 4/15/2022 | LINK | 75 | $1,046 | $3,280 |
| QUOINE PTE. LTD. (LIQUID) | 4/15/2022 | LTC | 1 | $80 | $3,360 |
| QUOINE PTE. LTD. (LIQUID) | 4/15/2022 | SNX | 26 | $69 | $3,429 |
| QUOINE PTE. LTD. (LIQUID) | 4/15/2022 | BTC | 23 | $1,431,610 | $1,435,038 |
| QUOINE PTE. LTD. (LIQUID) | 4/15/2022 | SNX | 10 | $25 | $1,435,064 |
| QUOINE PTE. LTD. (LIQUID) | 4/15/2022 | USDC | (128,161) | ($128,161) | $1,306,902 |
| QUOINE PTE. LTD. (LIQUID) | 4/16/2022 | XRP | 113,823 | $59,712 | $1,366,614 |
| QUOINE PTE. LTD. (LIQUID) | 4/16/2022 | DASH | 11 | $311 | $1,366,925 |
| QUOINE PTE. LTD. (LIQUID) | 4/16/2022 | BCH | (1) | ($659) | $1,366,266 |
| QUOINE PTE. LTD. (LIQUID) | 4/16/2022 | CEL | (12,525) | ($3,131) | $1,363,135 |
| QUOINE PTE. LTD. (LIQUID) | 4/16/2022 | LTC | 11 | $927 | $1,364,061 |
| QUOINE PTE. LTD. (LIQUID) | 4/16/2022 | ETH | (32) | ($95,917) | $1,268,144 |
| QUOINE PTE. LTD. (LIQUID) | 4/16/2022 | CEL | (2,081) | ($520) | $1,267,623 |
| QUOINE PTE. LTD. (LIQUID) | 4/16/2022 | LTC | (3) | ($270) | $1,267,354 |
| QUOINE PTE. LTD. (LIQUID) | 4/16/2022 | USDT ERC20 | 204,590 | $204,590 | $1,471,944 |
| QUOINE PTE. LTD. (LIQUID) | 4/16/2022 | DASH | (2) | ($49) | $1,471,895 |
| QUOINE PTE. LTD. (LIQUID) | 4/16/2022 | DASH | 0 | $5 | $1,471,900 |
| QUOINE PTE. LTD. (LIQUID) | 4/16/2022 | LTC | 1 | $59 | $1,471,959 |
| QUOINE PTE. LTD. (LIQUID) | 4/16/2022 | LTC | 0 | $3 | $1,471,962 |
| QUOINE PTE. LTD. (LIQUID) | 4/16/2022 | XLM | (4,973) | ($538) | $1,471,424 |
| QUOINE PTE. LTD. (LIQUID) | 4/17/2022 | LTC | (0) | ($1) | $1,471,423 |
| QUOINE PTE. LTD. (LIQUID) | 4/17/2022 | XLM | 3,168 | $342 | $1,471,765 |
| QUOINE PTE. LTD. (LIQUID) | 4/17/2022 | SNX | (106) | ($277) | $1,471,488 |
| QUOINE PTE. LTD. (LIQUID) | 4/17/2022 | BCH | 1 | $628 | $1,472,116 |
| QUOINE PTE. LTD. (LIQUID) | 4/17/2022 | DASH | 0 | $5 | $1,472,121 |
| QUOINE PTE. LTD. (LIQUID) | 4/17/2022 | DASH | 0 | $13 | $1,472,134 |
| QUOINE PTE. LTD. (LIQUID) | 4/17/2022 | CEL | (19,736) | ($4,934) | $1,467,200 |
| QUOINE PTE. LTD. (LIQUID) | 4/18/2022 | XLM | 966 | $104 | $1,467,305 |
| QUOINE PTE. LTD. (LIQUID) | 4/18/2022 | ETH | 22 | $66,312 | $1,533,617 |
| QUOINE PTE. LTD. (LIQUID) | 4/18/2022 | SNX | (41) | ($107) | $1,533,510 |
| QUOINE PTE. LTD. (LIQUID) | 4/18/2022 | XLM | 113 | $12 | $1,533,522 |
| QUOINE PTE. LTD. (LIQUID) | 4/18/2022 | UNI | 60 | $444 | $1,533,966 |
| QUOINE PTE. LTD. (LIQUID) | 4/18/2022 | LINK | 41 | $571 | $1,534,538 |
| QUOINE PTE. LTD. (LIQUID) | 4/18/2022 | SNX | 67 | $174 | $1,534,712 |
| QUOINE PTE. LTD. (LIQUID) | 4/18/2022 | DASH | 5 | $135 | $1,534,847 |
| QUOINE PTE. LTD. (LIQUID) | 4/18/2022 | LTC | 0 | $30 | $1,534,877 |
| QUOINE PTE. LTD. (LIQUID) | 4/18/2022 | BCH | 1 | $300 | $1,535,177 |
| QUOINE PTE. LTD. (LIQUID) | 4/18/2022 | XRP | (206,420) | ($108,288) | $1,426,889 |
| QUOINE PTE. LTD. (LIQUID) | 4/18/2022 | LINK | 11 | $150 | $1,427,039 |
| QUOINE PTE. LTD. (LIQUID) | 4/18/2022 | UNI | 19 | $143 | $1,427,182 |
| QUOINE PTE. LTD. (LIQUID) | 4/18/2022 | LINK | 2 | $21 | $1,427,204 |
| QUOINE PTE. LTD. (LIQUID) | 4/19/2022 | CEL | 11,141 | $2,785 | $1,429,989 |
| QUOINE PTE. LTD. (LIQUID) | 4/19/2022 | DASH | 2 | $46 | $1,430,035 |
| QUOINE PTE. LTD. (LIQUID) | 4/19/2022 | LTC | (1) | ($92) | $1,429,943 |
| QUOINE PTE. LTD. (LIQUID) | 4/19/2022 | SNX | 264 | $692 | $1,430,635 |
| QUOINE PTE. LTD. (LIQUID) | 4/20/2022 | USDC | 142,912 | $142,912 | $1,573,547 |
| QUOINE PTE. LTD. (LIQUID) | 4/20/2022 | XLM | (12,492) | ($1,350) | $1,572,197 |
| QUOINE PTE. LTD. (LIQUID) | 4/20/2022 | BCH | (5) | ($2,176) | $1,570,020 |
| QUOINE PTE. LTD. (LIQUID) | 4/20/2022 | XRP | 54,178 | $28,422 | $1,598,442 |
| QUOINE PTE. LTD. (LIQUID) | 4/20/2022 | BCH | (0) | ($64) | $1,598,378 |
| QUOINE PTE. LTD. (LIQUID) | 4/20/2022 | XRP | 12,064 | $6,329 | $1,604,706 |

**Celsius Network Litigation Trust**
**FTX Schedule of Transfers**

| Initial Transferee | Date of Transfer | Asset | Amount of Asset | Transfer Amount (Value as of 5/7) | Rolling Initial Transferee Avoidance Balance (Value as of 5/7) |
|---|---|---|---|---|---|
| QUOINE PTE. LTD. (LIQUID) | 4/20/2022 | BCH | 0 | $64 | $1,604,770 |
| QUOINE PTE. LTD. (LIQUID) | 4/20/2022 | LTC | 1 | $58 | $1,604,828 |
| QUOINE PTE. LTD. (LIQUID) | 4/20/2022 | XLM | 3,660 | $396 | $1,605,224 |
| QUOINE PTE. LTD. (LIQUID) | 4/20/2022 | BCH | (0) | ($64) | $1,605,160 |
| QUOINE PTE. LTD. (LIQUID) | 4/20/2022 | USDT ERC20 | (258,908) | ($258,908) | $1,346,252 |
| QUOINE PTE. LTD. (LIQUID) | 4/20/2022 | LINK | (4) | ($57) | $1,346,194 |
| QUOINE PTE. LTD. (LIQUID) | 4/20/2022 | UNI | (2) | ($15) | $1,346,179 |
| QUOINE PTE. LTD. (LIQUID) | 4/20/2022 | XRP | (7,961) | ($4,177) | $1,342,002 |
| QUOINE PTE. LTD. (LIQUID) | 4/20/2022 | SNX | (290) | ($760) | $1,341,243 |
| QUOINE PTE. LTD. (LIQUID) | 4/20/2022 | CEL | (11,133) | ($2,783) | $1,338,460 |
| QUOINE PTE. LTD. (LIQUID) | 4/21/2022 | BTC | (14) | ($844,143) | $494,317 |
| QUOINE PTE. LTD. (LIQUID) | 4/21/2022 | UNI | 5 | $38 | $494,354 |
| QUOINE PTE. LTD. (LIQUID) | 4/21/2022 | SNX | 210 | $550 | $494,904 |
| QUOINE PTE. LTD. (LIQUID) | 4/21/2022 | DASH | 6 | $174 | $495,078 |
| QUOINE PTE. LTD. (LIQUID) | 4/21/2022 | BCH | 0 | $178 | $495,256 |
| QUOINE PTE. LTD. (LIQUID) | 4/21/2022 | BCH | 0 | $59 | $495,315 |
| QUOINE PTE. LTD. (LIQUID) | 4/22/2022 | USDC | (62,522) | ($62,522) | $432,793 |
| QUOINE PTE. LTD. (LIQUID) | 4/22/2022 | LTC | (3) | ($278) | $432,515 |
| QUOINE PTE. LTD. (LIQUID) | 4/22/2022 | LINK | 3 | $44 | $432,559 |
| QUOINE PTE. LTD. (LIQUID) | 4/22/2022 | XLM | (1,188) | ($128) | $432,431 |
| QUOINE PTE. LTD. (LIQUID) | 4/22/2022 | XRP | 138,786 | $72,807 | $505,238 |
| QUOINE PTE. LTD. (LIQUID) | 4/22/2022 | CEL | 7,451 | $1,863 | $507,101 |
| QUOINE PTE. LTD. (LIQUID) | 4/22/2022 | USDT ERC20 | 120,416 | $120,416 | $627,516 |
| QUOINE PTE. LTD. (LIQUID) | 4/22/2022 | BTC | 16 | $1,003,124 | $1,630,641 |
| QUOINE PTE. LTD. (LIQUID) | 4/22/2022 | SNX | 48 | $125 | $1,630,765 |
| QUOINE PTE. LTD. (LIQUID) | 4/22/2022 | CEL | 2,444 | $611 | $1,631,376 |
| QUOINE PTE. LTD. (LIQUID) | 4/22/2022 | SNX | (29) | ($75) | $1,631,301 |
| QUOINE PTE. LTD. (LIQUID) | 4/22/2022 | DASH | 8 | $230 | $1,631,531 |
| QUOINE PTE. LTD. (LIQUID) | 4/23/2022 | BCH | (9) | ($4,232) | $1,627,299 |
| QUOINE PTE. LTD. (LIQUID) | 4/23/2022 | ETH | (59) | ($177,327) | $1,449,972 |
| QUOINE PTE. LTD. (LIQUID) | 4/23/2022 | XLM | 118,999 | $12,864 | $1,462,836 |
| QUOINE PTE. LTD. (LIQUID) | 4/23/2022 | UNI | 7 | $48 | $1,462,884 |
| QUOINE PTE. LTD. (LIQUID) | 4/23/2022 | BCH | 2 | $1,012 | $1,463,896 |
| QUOINE PTE. LTD. (LIQUID) | 4/23/2022 | LINK | 1 | $15 | $1,463,910 |
| QUOINE PTE. LTD. (LIQUID) | 4/23/2022 | XLM | 35,299 | $3,816 | $1,467,726 |
| QUOINE PTE. LTD. (LIQUID) | 4/23/2022 | LTC | 112 | $9,066 | $1,476,792 |
| QUOINE PTE. LTD. (LIQUID) | 4/23/2022 | CEL | (3,008) | ($752) | $1,476,040 |
| QUOINE PTE. LTD. (LIQUID) | 4/23/2022 | ZUSD | (1,015) | ($1,015) | $1,475,025 |
| QUOINE PTE. LTD. (LIQUID) | 4/23/2022 | BTC | (13) | ($785,843) | $689,182 |
| QUOINE PTE. LTD. (LIQUID) | 4/23/2022 | USDC | (89,966) | ($89,966) | $599,216 |
| QUOINE PTE. LTD. (LIQUID) | 4/23/2022 | DASH | 1 | $38 | $599,254 |
| QUOINE PTE. LTD. (LIQUID) | 4/23/2022 | ZUSD | 343 | $343 | $599,597 |
| QUOINE PTE. LTD. (LIQUID) | 4/24/2022 | SNX | (14) | ($37) | $599,560 |
| QUOINE PTE. LTD. (LIQUID) | 4/24/2022 | CEL | 1,176 | $294 | $599,854 |
| QUOINE PTE. LTD. (LIQUID) | 4/24/2022 | LTC | 14 | $1,166 | $601,020 |
| QUOINE PTE. LTD. (LIQUID) | 4/24/2022 | XLM | (8,365) | ($904) | $600,115 |
| QUOINE PTE. LTD. (LIQUID) | 4/24/2022 | XRP | (51,330) | ($26,928) | $573,188 |
| QUOINE PTE. LTD. (LIQUID) | 4/24/2022 | USDT ERC20 | (124,159) | ($124,159) | $449,029 |
| QUOINE PTE. LTD. (LIQUID) | 4/24/2022 | LTC | (9) | ($750) | $448,279 |
| QUOINE PTE. LTD. (LIQUID) | 4/24/2022 | LTC | 0 | $40 | $448,319 |
| QUOINE PTE. LTD. (LIQUID) | 4/24/2022 | DASH | 2 | $62 | $448,381 |
| QUOINE PTE. LTD. (LIQUID) | 4/25/2022 | USDC | 184,476 | $184,476 | $632,858 |

**Celsius Network Litigation Trust**
**FTX Schedule of Transfers**

| Initial Transferee | Date of Transfer | Asset | Amount of Asset | Transfer Amount (Value as of 5/7) | Rolling Initial Transferee Avoidance Balance (Value as of 5/7) |
|---|---|---|---|---|---|
| QUOINE PTE. LTD. (LIQUID) | 4/25/2022 | DASH | 1 | $20 | $632,878 |
| QUOINE PTE. LTD. (LIQUID) | 4/25/2022 | XLM | 3,336 | $361 | $633,239 |
| QUOINE PTE. LTD. (LIQUID) | 4/25/2022 | LINK | 5 | $74 | $633,313 |
| QUOINE PTE. LTD. (LIQUID) | 4/25/2022 | UNI | 2 | $15 | $633,328 |
| QUOINE PTE. LTD. (LIQUID) | 4/25/2022 | LTC | 5 | $379 | $633,707 |
| QUOINE PTE. LTD. (LIQUID) | 4/25/2022 | XLM | 283 | $31 | $633,738 |
| QUOINE PTE. LTD. (LIQUID) | 4/25/2022 | BCH | (0) | ($199) | $633,539 |
| QUOINE PTE. LTD. (LIQUID) | 4/25/2022 | DASH | 1 | $37 | $633,576 |
| QUOINE PTE. LTD. (LIQUID) | 4/26/2022 | XLM | (440) | ($48) | $633,528 |
| QUOINE PTE. LTD. (LIQUID) | 4/26/2022 | BTC | 19 | $1,210,323 | $1,843,851 |
| QUOINE PTE. LTD. (LIQUID) | 4/26/2022 | LINK | (4) | ($49) | $1,843,802 |
| QUOINE PTE. LTD. (LIQUID) | 4/26/2022 | UNI | (2) | ($12) | $1,843,790 |
| QUOINE PTE. LTD. (LIQUID) | 4/26/2022 | CEL | 2,832 | $708 | $1,844,498 |
| QUOINE PTE. LTD. (LIQUID) | 4/26/2022 | UNI | 77 | $573 | $1,845,071 |
| QUOINE PTE. LTD. (LIQUID) | 4/26/2022 | LTC | 21 | $1,702 | $1,846,773 |
| QUOINE PTE. LTD. (LIQUID) | 4/26/2022 | BTC | (9) | ($530,363) | $1,316,410 |
| QUOINE PTE. LTD. (LIQUID) | 4/26/2022 | ETH | 71 | $212,165 | $1,528,575 |
| QUOINE PTE. LTD. (LIQUID) | 4/26/2022 | DASH | (3) | ($99) | $1,528,476 |
| QUOINE PTE. LTD. (LIQUID) | 4/27/2022 | LTC | (1) | ($120) | $1,528,356 |
| QUOINE PTE. LTD. (LIQUID) | 4/27/2022 | LTC | (0) | ($7) | $1,528,349 |
| QUOINE PTE. LTD. (LIQUID) | 4/27/2022 | BCH | 7 | $3,251 | $1,531,600 |
| QUOINE PTE. LTD. (LIQUID) | 4/27/2022 | XLM | (2,945) | ($318) | $1,531,282 |
| QUOINE PTE. LTD. (LIQUID) | 4/27/2022 | UNI | (31) | ($231) | $1,531,051 |
| QUOINE PTE. LTD. (LIQUID) | 4/27/2022 | DASH | 4 | $110 | $1,531,161 |
| QUOINE PTE. LTD. (LIQUID) | 4/27/2022 | BCH | (1) | ($467) | $1,530,694 |
| QUOINE PTE. LTD. (LIQUID) | 4/27/2022 | SNX | 630 | $1,649 | $1,532,343 |
| QUOINE PTE. LTD. (LIQUID) | 4/27/2022 | ZUSD | 16,906 | $16,894 | $1,549,237 |
| QUOINE PTE. LTD. (LIQUID) | 4/27/2022 | USDT ERC20 | (244,193) | ($244,193) | $1,305,044 |
| QUOINE PTE. LTD. (LIQUID) | 4/28/2022 | CEL | (30,326) | ($7,581) | $1,297,463 |
| QUOINE PTE. LTD. (LIQUID) | 4/28/2022 | XRP | 18,843 | $9,885 | $1,307,348 |
| QUOINE PTE. LTD. (LIQUID) | 4/28/2022 | LINK | 1,160 | $16,237 | $1,323,585 |
| QUOINE PTE. LTD. (LIQUID) | 4/28/2022 | ETH | (36) | ($108,935) | $1,214,650 |
| QUOINE PTE. LTD. (LIQUID) | 4/28/2022 | ZUSD | 178 | $178 | $1,214,828 |
| QUOINE PTE. LTD. (LIQUID) | 4/28/2022 | XLM | 5,626 | $608 | $1,215,437 |
| QUOINE PTE. LTD. (LIQUID) | 4/28/2022 | UNI | (1) | ($10) | $1,215,427 |
| QUOINE PTE. LTD. (LIQUID) | 4/28/2022 | LINK | (3) | ($47) | $1,215,380 |
| QUOINE PTE. LTD. (LIQUID) | 4/28/2022 | USDC | 83,290 | $83,290 | $1,298,670 |
| QUOINE PTE. LTD. (LIQUID) | 4/28/2022 | DASH | 29 | $841 | $1,299,511 |
| QUOINE PTE. LTD. (LIQUID) | 4/28/2022 | DASH | 7 | $206 | $1,299,716 |
| QUOINE PTE. LTD. (LIQUID) | 4/29/2022 | LTC | (9) | ($694) | $1,299,023 |
| QUOINE PTE. LTD. (LIQUID) | 4/29/2022 | SNX | 107 | $280 | $1,299,303 |
| QUOINE PTE. LTD. (LIQUID) | 4/29/2022 | DASH | (7) | ($195) | $1,299,109 |
| QUOINE PTE. LTD. (LIQUID) | 4/29/2022 | USDC | (106,879) | ($106,879) | $1,192,230 |
| QUOINE PTE. LTD. (LIQUID) | 4/29/2022 | LTC | 6 | $458 | $1,192,687 |
| QUOINE PTE. LTD. (LIQUID) | 4/29/2022 | XRP | (128,699) | ($67,515) | $1,125,172 |
| QUOINE PTE. LTD. (LIQUID) | 4/29/2022 | UNI | 75 | $555 | $1,125,727 |
| QUOINE PTE. LTD. (LIQUID) | 4/29/2022 | CEL | 30,187 | $7,547 | $1,133,274 |
| QUOINE PTE. LTD. (LIQUID) | 4/30/2022 | BCH | (2) | ($737) | $1,132,537 |
| QUOINE PTE. LTD. (LIQUID) | 4/30/2022 | XRP | 21,304 | $11,176 | $1,143,713 |
| QUOINE PTE. LTD. (LIQUID) | 4/30/2022 | ZUSD | 1,257 | $1,256 | $1,144,969 |
| QUOINE PTE. LTD. (LIQUID) | 4/30/2022 | XLM | (17,916) | ($1,937) | $1,143,032 |
| QUOINE PTE. LTD. (LIQUID) | 4/30/2022 | DASH | (3) | ($94) | $1,142,938 |

**Celsius Network Litigation Trust**
**FTX Schedule of Transfers**

| Initial Transferee | Date of Transfer | Asset | Amount of Asset | Transfer Amount (Value as of 5/7) | Rolling Initial Transferee Avoidance Balance (Value as of 5/7) |
|---|---|---|---|---|---|
| QUOINE PTE. LTD. (LIQUID) | 4/30/2022 | USDC | 95,412 | $95,412 | $1,238,350 |
| QUOINE PTE. LTD. (LIQUID) | 4/30/2022 | CEL | 4,821 | $1,205 | $1,239,555 |
| QUOINE PTE. LTD. (LIQUID) | 4/30/2022 | BCH | 1 | $406 | $1,239,962 |
| QUOINE PTE. LTD. (LIQUID) | 4/30/2022 | UNI | 25 | $185 | $1,240,147 |
| QUOINE PTE. LTD. (LIQUID) | 4/30/2022 | SNX | (763) | ($1,998) | $1,238,149 |
| QUOINE PTE. LTD. (LIQUID) | 4/30/2022 | ZUSD | (480) | ($480) | $1,237,669 |
| QUOINE PTE. LTD. (LIQUID) | 4/30/2022 | USDT ERC20 | 241,428 | $241,428 | $1,479,097 |
| QUOINE PTE. LTD. (LIQUID) | 4/30/2022 | DASH | 3 | $91 | $1,479,188 |
| QUOINE PTE. LTD. (LIQUID) | 4/30/2022 | DASH | 3 | $91 | $1,479,280 |
| QUOINE PTE. LTD. (LIQUID) | 4/30/2022 | DASH | 3 | $91 | $1,479,371 |
| QUOINE PTE. LTD. (LIQUID) | 5/1/2022 | BTC | (13) | ($804,922) | $674,449 |
| QUOINE PTE. LTD. (LIQUID) | 5/1/2022 | LTC | (64) | ($5,203) | $669,245 |
| QUOINE PTE. LTD. (LIQUID) | 5/1/2022 | XRP | (99,545) | ($52,221) | $617,024 |
| QUOINE PTE. LTD. (LIQUID) | 5/1/2022 | USDC | (98,082) | ($98,082) | $518,941 |
| QUOINE PTE. LTD. (LIQUID) | 5/1/2022 | SNX | (510) | ($1,335) | $517,606 |
| QUOINE PTE. LTD. (LIQUID) | 5/1/2022 | UNI | (1) | ($7) | $517,599 |
| QUOINE PTE. LTD. (LIQUID) | 5/1/2022 | LINK | (11) | ($151) | $517,448 |
| QUOINE PTE. LTD. (LIQUID) | 5/2/2022 | ZUSD | (1,345) | ($1,344) | $516,104 |
| QUOINE PTE. LTD. (LIQUID) | 5/2/2022 | LINK | (3) | ($42) | $516,062 |
| QUOINE PTE. LTD. (LIQUID) | 5/2/2022 | SNX | (100) | ($261) | $515,802 |
| QUOINE PTE. LTD. (LIQUID) | 5/2/2022 | ETH | 58 | $174,472 | $690,274 |
| QUOINE PTE. LTD. (LIQUID) | 5/2/2022 | DASH | 31 | $882 | $691,156 |
| QUOINE PTE. LTD. (LIQUID) | 5/2/2022 | CEL | (347) | ($87) | $691,069 |
| QUOINE PTE. LTD. (LIQUID) | 5/2/2022 | XRP | 84,906 | $44,541 | $735,611 |
| QUOINE PTE. LTD. (LIQUID) | 5/2/2022 | ZUSD | 154 | $154 | $735,765 |
| QUOINE PTE. LTD. (LIQUID) | 5/2/2022 | UNI | 2 | $15 | $735,779 |
| QUOINE PTE. LTD. (LIQUID) | 5/2/2022 | CEL | 587 | $147 | $735,926 |
| QUOINE PTE. LTD. (LIQUID) | 5/2/2022 | SNX | 49 | $129 | $736,055 |
| QUOINE PTE. LTD. (LIQUID) | 5/2/2022 | ZUSD | 711 | $710 | $736,766 |
| QUOINE PTE. LTD. (LIQUID) | 5/2/2022 | ZUSD | (30,538) | ($30,517) | $706,249 |
| QUOINE PTE. LTD. (LIQUID) | 5/2/2022 | LTC | 5 | $392 | $706,641 |
| QUOINE PTE. LTD. (LIQUID) | 5/2/2022 | SNX | (401) | ($1,049) | $705,592 |
| QUOINE PTE. LTD. (LIQUID) | 5/3/2022 | BCH | 26 | $12,390 | $717,982 |
| QUOINE PTE. LTD. (LIQUID) | 5/3/2022 | LINK | (152) | ($2,125) | $715,857 |
| QUOINE PTE. LTD. (LIQUID) | 5/3/2022 | USDC | 62,687 | $62,687 | $778,544 |
| QUOINE PTE. LTD. (LIQUID) | 5/3/2022 | BCH | 8 | $3,923 | $782,467 |
| QUOINE PTE. LTD. (LIQUID) | 5/3/2022 | USDT ERC20 | 436,295 | $436,295 | $1,218,762 |
| QUOINE PTE. LTD. (LIQUID) | 5/3/2022 | DASH | 8 | $216 | $1,218,978 |
| QUOINE PTE. LTD. (LIQUID) | 5/3/2022 | USDC | (89,747) | ($89,747) | $1,129,231 |
| QUOINE PTE. LTD. (LIQUID) | 5/3/2022 | LINK | (3) | ($45) | $1,129,186 |
| QUOINE PTE. LTD. (LIQUID) | 5/3/2022 | BCH | (1) | ($559) | $1,128,628 |
| QUOINE PTE. LTD. (LIQUID) | 5/3/2022 | CEL | (14,590) | ($3,648) | $1,124,980 |
| QUOINE PTE. LTD. (LIQUID) | 5/3/2022 | DASH | (4) | ($106) | $1,124,874 |
| QUOINE PTE. LTD. (LIQUID) | 5/3/2022 | XRP | 54,753 | $28,724 | $1,153,598 |
| QUOINE PTE. LTD. (LIQUID) | 5/4/2022 | ETH | (24) | ($72,667) | $1,080,931 |
| QUOINE PTE. LTD. (LIQUID) | 5/4/2022 | SNX | 93 | $243 | $1,081,174 |
| QUOINE PTE. LTD. (LIQUID) | 5/4/2022 | LTC | 70 | $5,653 | $1,086,828 |
| QUOINE PTE. LTD. (LIQUID) | 5/4/2022 | SNX | (60) | ($157) | $1,086,670 |
| QUOINE PTE. LTD. (LIQUID) | 5/4/2022 | UNI | (2) | ($15) | $1,086,656 |
| QUOINE PTE. LTD. (LIQUID) | 5/4/2022 | DASH | 1 | $20 | $1,086,676 |
| QUOINE PTE. LTD. (LIQUID) | 5/4/2022 | ZUSD | 30,584 | $30,562 | $1,117,238 |
| QUOINE PTE. LTD. (LIQUID) | 5/4/2022 | BCH | 8 | $3,555 | $1,120,792 |

**Celsius Network Litigation Trust**
**FTX Schedule of Transfers**

| Initial Transferee | Date of Transfer | Asset | Amount of Asset | Transfer Amount (Value as of 5/7) | Rolling Initial Transferee Avoidance Balance (Value as of 5/7) |
|---|---|---|---|---|---|
| QUOINE PTE. LTD. (LIQUID) | 5/4/2022 | SNX | (9) | ($22) | $1,120,770 |
| QUOINE PTE. LTD. (LIQUID) | 5/4/2022 | BCH | 2 | $1,143 | $1,121,914 |
| QUOINE PTE. LTD. (LIQUID) | 5/4/2022 | LTC | 25 | $2,043 | $1,123,957 |
| QUOINE PTE. LTD. (LIQUID) | 5/5/2022 | LINK | (1) | ($14) | $1,123,942 |
| QUOINE PTE. LTD. (LIQUID) | 5/5/2022 | XLM | 112,108 | $12,119 | $1,136,061 |
| QUOINE PTE. LTD. (LIQUID) | 5/5/2022 | SNX | 1 | $2 | $1,136,063 |
| QUOINE PTE. LTD. (LIQUID) | 5/5/2022 | BCH | 0 | $24 | $1,136,086 |
| QUOINE PTE. LTD. (LIQUID) | 5/5/2022 | ETH | 65 | $195,648 | $1,331,735 |
| QUOINE PTE. LTD. (LIQUID) | 5/5/2022 | LTC | 4 | $337 | $1,332,072 |
| QUOINE PTE. LTD. (LIQUID) | 5/5/2022 | USDT ERC20 | (294,087) | ($294,087) | $1,037,985 |
| QUOINE PTE. LTD. (LIQUID) | 5/5/2022 | CEL | 2,418 | $604 | $1,038,589 |
| QUOINE PTE. LTD. (LIQUID) | 5/5/2022 | XLM | 5,572 | $602 | $1,039,192 |
| QUOINE PTE. LTD. (LIQUID) | 5/6/2022 | CEL | (2,986) | ($747) | $1,038,445 |
| QUOINE PTE. LTD. (LIQUID) | 5/6/2022 | XLM | 7,246 | $783 | $1,039,228 |
| QUOINE PTE. LTD. (LIQUID) | 5/6/2022 | ZUSD | 401,396 | $401,115 | $1,440,343 |
| QUOINE PTE. LTD. (LIQUID) | 5/6/2022 | BCH | (1) | ($404) | $1,439,940 |
| QUOINE PTE. LTD. (LIQUID) | 5/6/2022 | LINK | 25 | $353 | $1,440,292 |
| QUOINE PTE. LTD. (LIQUID) | 5/6/2022 | ZUSD | (2,700) | ($2,698) | $1,437,594 |
| QUOINE PTE. LTD. (LIQUID) | 5/6/2022 | DASH | 8 | $230 | $1,437,825 |
| QUOINE PTE. LTD. (LIQUID) | 5/6/2022 | BCH | (0) | ($84) | $1,437,741 |
| QUOINE PTE. LTD. (LIQUID) | 5/6/2022 | BTC | 16 | $1,007,349 | $2,445,090 |
| QUOINE PTE. LTD. (LIQUID) | 5/6/2022 | UNI | (97) | ($720) | $2,444,371 |
| QUOINE PTE. LTD. (LIQUID) | 5/7/2022 | BCH | (0) | ($21) | $2,444,349 |
| QUOINE PTE. LTD. (LIQUID) | 5/7/2022 | LTC | 5 | $402 | $2,444,751 |
| QUOINE PTE. LTD. (LIQUID) | 5/7/2022 | XRP | 27,381 | $14,364 | $2,459,115 |
| QUOINE PTE. LTD. (LIQUID) | 5/7/2022 | ETH | 93 | $278,484 | $2,737,600 |
| QUOINE PTE. LTD. (LIQUID) | 5/7/2022 | DASH | 1 | $39 | $2,737,639 |
| QUOINE PTE. LTD. (LIQUID) | 5/7/2022 | CEL | 24,194 | $6,049 | $2,743,687 |
| QUOINE PTE. LTD. (LIQUID) | 5/7/2022 | SNX | (991) | ($2,593) | $2,741,094 |
| QUOINE PTE. LTD. (LIQUID) | 5/7/2022 | SNX | 14 | $36 | $2,741,130 |
| QUOINE PTE. LTD. (LIQUID) | 5/7/2022 | ZUSD | 5,407 | $5,403 | $2,746,533 |
| QUOINE PTE. LTD. (LIQUID) | 5/7/2022 | BTC | (17) | ($1,085,577) | $1,660,956 |
| QUOINE PTE. LTD. (LIQUID) | 5/8/2022 | USDC | 68,481 | $68,481 | $1,729,437 |
| QUOINE PTE. LTD. (LIQUID) | 5/8/2022 | LINK | 118 | $1,646 | $1,731,083 |
| QUOINE PTE. LTD. (LIQUID) | 5/8/2022 | LTC | (3) | ($216) | $1,730,867 |
| QUOINE PTE. LTD. (LIQUID) | 5/8/2022 | UNI | (9) | ($64) | $1,730,802 |
| QUOINE PTE. LTD. (LIQUID) | 5/8/2022 | XRP | (41,378) | ($21,707) | $1,709,095 |
| QUOINE PTE. LTD. (LIQUID) | 5/8/2022 | DASH | (37) | ($1,050) | $1,708,046 |
| QUOINE PTE. LTD. (LIQUID) | 5/8/2022 | SNX | (42) | ($110) | $1,707,935 |
| QUOINE PTE. LTD. (LIQUID) | 5/8/2022 | ETH | (56) | ($167,483) | $1,540,453 |
| QUOINE PTE. LTD. (LIQUID) | 5/9/2022 | USDC | (10,865) | ($10,865) | $1,529,587 |
| QUOINE PTE. LTD. (LIQUID) | 5/9/2022 | DASH | (3) | ($85) | $1,529,503 |
| QUOINE PTE. LTD. (LIQUID) | 5/9/2022 | BTC | 7 | $410,999 | $1,940,502 |
| QUOINE PTE. LTD. (LIQUID) | 5/9/2022 | LINK | 22 | $307 | $1,940,809 |
| QUOINE PTE. LTD. (LIQUID) | 5/9/2022 | LINK | 4 | $52 | $1,940,861 |
| QUOINE PTE. LTD. (LIQUID) | 5/9/2022 | SNX | 55 | $145 | $1,941,006 |
| QUOINE PTE. LTD. (LIQUID) | 5/9/2022 | USDT ERC20 | 738,620 | $738,620 | $2,679,627 |
| QUOINE PTE. LTD. (LIQUID) | 5/10/2022 | SNX | (1,305) | ($3,416) | $2,676,210 |
| QUOINE PTE. LTD. (LIQUID) | 5/10/2022 | ZUSD | 112,117 | $112,038 | $2,788,249 |
| QUOINE PTE. LTD. (LIQUID) | 5/10/2022 | SNX | (511) | ($1,337) | $2,786,912 |
| QUOINE PTE. LTD. (LIQUID) | 5/10/2022 | LINK | (18) | ($252) | $2,786,660 |
| QUOINE PTE. LTD. (LIQUID) | 5/10/2022 | UNI | (6) | ($45) | $2,786,614 |

**Celsius Network Litigation Trust**
**FTX Schedule of Transfers**

| Initial Transferee | Date of Transfer | Asset | Amount of Asset | Transfer Amount (Value as of 5/7) | Rolling Initial Transferee Avoidance Balance (Value as of 5/7) |
|---|---|---|---|---|---|
| QUOINE PTE. LTD. (LIQUID) | 5/10/2022 | XRP | (175,122) | ($91,869) | $2,694,745 |
| QUOINE PTE. LTD. (LIQUID) | 5/11/2022 | XRP | 95,375 | $50,034 | $2,744,779 |
| QUOINE PTE. LTD. (LIQUID) | 5/11/2022 | LINK | (5) | ($73) | $2,744,706 |
| QUOINE PTE. LTD. (LIQUID) | 5/11/2022 | DASH | (348) | ($9,954) | $2,734,752 |
| QUOINE PTE. LTD. (LIQUID) | 5/11/2022 | USDC | 167,927 | $167,927 | $2,902,679 |
| QUOINE PTE. LTD. (LIQUID) | 5/11/2022 | BCH | 21 | $9,686 | $2,912,365 |
| QUOINE PTE. LTD. (LIQUID) | 5/11/2022 | LTC | 86 | $6,917 | $2,919,282 |
| QUOINE PTE. LTD. (LIQUID) | 5/11/2022 | ZUSD | (15,550) | ($15,539) | $2,903,743 |
| QUOINE PTE. LTD. (LIQUID) | 5/11/2022 | CEL | (11,301) | ($2,825) | $2,900,917 |
| QUOINE PTE. LTD. (LIQUID) | 5/11/2022 | USDT ERC20 | 589,550 | $589,550 | $3,490,467 |
| QUOINE PTE. LTD. (LIQUID) | 5/11/2022 | ETH | 1,605 | $4,824,486 | $8,314,953 |
| QUOINE PTE. LTD. (LIQUID) | 5/11/2022 | LINK | (2,485) | ($34,783) | $8,280,169 |
| QUOINE PTE. LTD. (LIQUID) | 5/11/2022 | CEL | (77,594) | ($19,398) | $8,260,771 |
| QUOINE PTE. LTD. (LIQUID) | 5/11/2022 | SNX | (6,237) | ($16,322) | $8,244,449 |
| QUOINE PTE. LTD. (LIQUID) | 5/11/2022 | UNI | (915) | ($6,773) | $8,237,677 |
| QUOINE PTE. LTD. (LIQUID) | 5/11/2022 | XLM | (88,513) | ($9,568) | $8,228,108 |
| QUOINE PTE. LTD. (LIQUID) | 5/11/2022 | ZUSD | (94,394) | ($94,327) | $8,133,781 |
| QUOINE PTE. LTD. (LIQUID) | 5/12/2022 | ETH | 1,481 | $4,451,753 | $12,585,534 |
| QUOINE PTE. LTD. (LIQUID) | 5/12/2022 | XLM | 97,084 | $10,495 | $12,596,028 |
| QUOINE PTE. LTD. (LIQUID) | 5/12/2022 | LTC | 187 | $15,117 | $12,611,145 |
| QUOINE PTE. LTD. (LIQUID) | 5/12/2022 | DASH | 237 | $6,783 | $12,617,928 |
| QUOINE PTE. LTD. (LIQUID) | 5/12/2022 | SNX | 6,001 | $15,705 | $12,633,633 |
| QUOINE PTE. LTD. (LIQUID) | 5/12/2022 | UNI | 932 | $6,898 | $12,640,531 |
| QUOINE PTE. LTD. (LIQUID) | 5/12/2022 | USDC | 1,019,477 | $1,019,477 | $13,660,008 |
| QUOINE PTE. LTD. (LIQUID) | 5/12/2022 | XRP | 684,053 | $358,854 | $14,018,862 |
| QUOINE PTE. LTD. (LIQUID) | 5/12/2022 | ZUSD | 68,531 | $68,483 | $14,087,345 |
| QUOINE PTE. LTD. (LIQUID) | 5/12/2022 | CEL | 58,877 | $14,719 | $14,102,064 |
| QUOINE PTE. LTD. (LIQUID) | 5/12/2022 | LINK | 2,466 | $34,524 | $14,136,588 |
| QUOINE PTE. LTD. (LIQUID) | 5/12/2022 | BCH | 154 | $72,508 | $14,209,096 |
| QUOINE PTE. LTD. (LIQUID) | 5/12/2022 | BTC | 94 | $5,858,396 | $20,067,492 |
| QUOINE PTE. LTD. (LIQUID) | 5/12/2022 | USDT ERC20 | 1,779,213 | $1,779,213 | $21,846,705 |
| QUOINE PTE. LTD. (LIQUID) | 5/13/2022 | ETH | 1,354 | $4,070,724 | $25,917,428 |
| QUOINE PTE. LTD. (LIQUID) | 5/13/2022 | USDC | 1,168,233 | $1,168,233 | $27,085,661 |
| QUOINE PTE. LTD. (LIQUID) | 5/13/2022 | LTC | 215 | $17,341 | $27,103,002 |
| QUOINE PTE. LTD. (LIQUID) | 5/13/2022 | UNI | 1,368 | $10,125 | $27,113,128 |
| QUOINE PTE. LTD. (LIQUID) | 5/13/2022 | SNX | 8,920 | $23,342 | $27,136,470 |
| QUOINE PTE. LTD. (LIQUID) | 5/13/2022 | CEL | 92,884 | $23,221 | $27,159,691 |
| QUOINE PTE. LTD. (LIQUID) | 5/13/2022 | XLM | 140,243 | $15,160 | $27,174,851 |
| QUOINE PTE. LTD. (LIQUID) | 5/13/2022 | ZUSD | 109,450 | $109,373 | $27,284,224 |
| QUOINE PTE. LTD. (LIQUID) | 5/13/2022 | DASH | 272 | $7,777 | $27,292,002 |
| QUOINE PTE. LTD. (LIQUID) | 5/13/2022 | BTC | 108 | $6,760,215 | $34,052,217 |
| QUOINE PTE. LTD. (LIQUID) | 5/13/2022 | BCH | 178 | $83,657 | $34,135,874 |
| QUOINE PTE. LTD. (LIQUID) | 5/13/2022 | XRP | 783,866 | $411,216 | $34,547,090 |
| QUOINE PTE. LTD. (LIQUID) | 5/13/2022 | USDT ERC20 | 2,038,825 | $2,038,825 | $36,585,915 |
| QUOINE PTE. LTD. (LIQUID) | 5/13/2022 | LINK | 3,641 | $50,969 | $36,636,884 |
| QUOINE PTE. LTD. (LIQUID) | 5/15/2022 | ETH | 1,356 | $4,074,932 | $40,711,816 |
| QUOINE PTE. LTD. (LIQUID) | 5/15/2022 | BTC | 109 | $6,767,070 | $47,478,887 |
| QUOINE PTE. LTD. (LIQUID) | 5/15/2022 | XLM | 140,387 | $15,176 | $47,494,062 |
| QUOINE PTE. LTD. (LIQUID) | 5/15/2022 | LINK | 3,644 | $51,022 | $47,545,084 |
| QUOINE PTE. LTD. (LIQUID) | 5/15/2022 | CEL | 92,980 | $23,245 | $47,568,329 |
| QUOINE PTE. LTD. (LIQUID) | 5/15/2022 | UNI | 1,370 | $10,136 | $47,578,465 |
| QUOINE PTE. LTD. (LIQUID) | 5/15/2022 | SNX | 8,929 | $23,366 | $47,601,831 |

**Celsius Network Litigation Trust**
**FTX Schedule of Transfers**

| Initial Transferee | Date of Transfer | Asset | Amount of Asset | Transfer Amount (Value as of 5/7) | Rolling Initial Transferee Avoidance Balance (Value as of 5/7) |
|---|---|---|---|---|---|
| QUOINE PTE. LTD. (LIQUID) | 5/15/2022 | LTC | 215 | $17,358 | $47,619,189 |
| QUOINE PTE. LTD. (LIQUID) | 5/15/2022 | DASH | 272 | $7,785 | $47,626,975 |
| QUOINE PTE. LTD. (LIQUID) | 5/15/2022 | BCH | 178 | $83,747 | $47,710,721 |
| QUOINE PTE. LTD. (LIQUID) | 5/15/2022 | USDC | 1,169,436 | $1,169,436 | $48,880,157 |
| QUOINE PTE. LTD. (LIQUID) | 5/15/2022 | USDT ERC20 | 2,040,924 | $2,040,924 | $50,921,081 |
| QUOINE PTE. LTD. (LIQUID) | 5/15/2022 | ZUSD | 109,562 | $109,486 | $51,030,567 |
| QUOINE PTE. LTD. (LIQUID) | 5/15/2022 | XRP | 784,673 | $411,640 | $51,442,207 |
| QUOINE PTE. LTD. (LIQUID) | 5/15/2022 | SNX | 9,383 | $24,556 | $51,466,763 |
| QUOINE PTE. LTD. (LIQUID) | 5/15/2022 | UNI | 1,439 | $10,652 | $51,477,415 |
| QUOINE PTE. LTD. (LIQUID) | 5/15/2022 | LINK | 3,830 | $53,620 | $51,531,035 |
| QUOINE PTE. LTD. (LIQUID) | 5/15/2022 | CEL | 97,714 | $24,429 | $51,555,463 |
| QUOINE PTE. LTD. (LIQUID) | 5/15/2022 | XLM | 147,536 | $15,949 | $51,571,412 |
| QUOINE PTE. LTD. (LIQUID) | 5/15/2022 | LTC | 226 | $18,243 | $51,589,655 |
| QUOINE PTE. LTD. (LIQUID) | 5/15/2022 | ETH | 966 | $2,902,326 | $54,491,981 |
| QUOINE PTE. LTD. (LIQUID) | 5/15/2022 | DASH | 286 | $8,182 | $54,500,163 |
| QUOINE PTE. LTD. (LIQUID) | 5/15/2022 | BCH | 187 | $88,011 | $54,588,173 |
| QUOINE PTE. LTD. (LIQUID) | 5/15/2022 | BTC | 66 | $4,106,486 | $58,694,659 |
| QUOINE PTE. LTD. (LIQUID) | 5/15/2022 | USDT ERC20 | 2,002,303 | $2,002,303 | $60,696,962 |
| QUOINE PTE. LTD. (LIQUID) | 5/15/2022 | USDT ERC20 | 142,547 | $142,547 | $60,839,509 |
| QUOINE PTE. LTD. (LIQUID) | 5/15/2022 | ETH | 459 | $1,380,073 | $62,219,583 |
| QUOINE PTE. LTD. (LIQUID) | 5/15/2022 | ETH | 0 | $14 | $62,219,597 |
| QUOINE PTE. LTD. (LIQUID) | 5/15/2022 | BTC | 48 | $3,004,987 | $65,224,584 |
| QUOINE PTE. LTD. (LIQUID) | 5/15/2022 | USDC | 1,228,984 | $1,228,984 | $66,453,568 |
| QUOINE PTE. LTD. (LIQUID) | 5/16/2022 | XRP | 824,630 | $432,601 | $66,886,169 |
| QUOINE PTE. LTD. (LIQUID) | 5/19/2022 | XRP | 1,396 | $732 | $66,886,901 |
| QUOINE PTE. LTD. (LIQUID) | 5/19/2022 | ETH | 4 | $13,386 | $66,900,287 |
| QUOINE PTE. LTD. (LIQUID) | 5/19/2022 | XLM | 85 | $9 | $66,900,297 |
| QUOINE PTE. LTD. (LIQUID) | 5/19/2022 | USDT ERC20 | 11,350 | $11,350 | $66,911,647 |
| QUOINE PTE. LTD. (LIQUID) | 5/19/2022 | CEL | 258 | $65 | $66,911,711 |
| QUOINE PTE. LTD. (LIQUID) | 5/19/2022 | LINK | 4 | $53 | $66,911,765 |
| QUOINE PTE. LTD. (LIQUID) | 5/19/2022 | SNX | 67 | $174 | $66,911,939 |
| QUOINE PTE. LTD. (LIQUID) | 5/19/2022 | UNI | 2 | $15 | $66,911,954 |
| QUOINE PTE. LTD. (LIQUID) | 5/19/2022 | LTC | 0 | $24 | $66,911,977 |
| QUOINE PTE. LTD. (LIQUID) | 5/19/2022 | BTC | 0 | $4,964 | $66,916,942 |
| QUOINE PTE. LTD. (LIQUID) | 5/19/2022 | DASH | 0 | $8 | $66,916,949 |
| QUOINE PTE. LTD. (LIQUID) | 5/19/2022 | BCH | 0 | $78 | $66,917,027 |
| QUOINE PTE. LTD. (LIQUID) | 5/19/2022 | ZUSD | 115,481 | $115,401 | $67,032,428 |
| QUOINE PTE. LTD. (LIQUID) | 5/19/2022 | USDC | (115,482) | ($115,482) | $66,916,946 |
| QUOINE PTE. LTD. (LIQUID) | 5/20/2022 | USDC | 121,550 | $121,550 | $67,038,496 |
| | | **Total** | | | **$67,038,496** |

**Global Notes:**

- For ease of reference, and to provide a sense of the dollar value for the preference actions, with the exception of CEL Token where the Plan value was used to calculate its value, the Celsius Litigation Administrator has provided the market value of the various assets as of May 7, 2024. In doing so, Plaintiff does not waive, and expressly reserves, any and all arguments with respect to the proper valuation date of the preference actions or the form of recovery on any judgments.

- The Celsius Litigation Administrator reserves all rights to amend this schedule, including to add or remove transferees and/or transfers, and to revise, among other things, the calculation of a transferee's preference liability respect to additional transfers and/or reductions of transfers based on any defenses.