IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF CHRISTOPHER J. DUNNE IN SUPPORT OF EMERGENCY MOTION OF DEBTORS FOR ENTRY OF AN ORDER (I) ADJOURNING CERTAIN MATTERS SET FOR HEARING ON SEPTEMBER 12, 2024 AND (II) EXTENDING THE DEADLINE TO FILE A REPLY**

I, Christopher J. Dunne, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a member in good standing of the bars of New York and Connecticut and have been admitted *pro hac vice* to practice before this Court. I am a partner of Sullivan & Cromwell LLP and am one of the attorneys representing FTX Trading Ltd. ("FTX Trading") and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned cases. I submit this declaration in support of *Emergency Motion of Debtors for Entry of an Order (I) Adjourning Certain Matters Set for Hearing on September 12, 2024 and (II) Extending the Deadline For Debtors to File a Reply* (the "Motion"),[2] filed concurrently herewith.

2. On June 30, 2023, Melamed filed Claim 3244 against FTX Japan Holdings K.K., Claim 3353 against Quoine Pte Ltd., Claim 3385 against FTX Trading, Claim 3956 against

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

FTX Japan K.K., Claim 4470 against FTX Japan K.K., and Claim 4578 against FTX Japan Holdings K.K. (collectively, the "Claims").

3. The Claims collectively seek $35,865,612.19 in connection with the acquisition of Liquid Group, Inc. ("Liquid") by FTX Trading on November 19, 2021 pursuant to a share purchase agreement ("SPA"), and in connection with a March 31, 2022 Management Agreement between Melamed and FTX Japan Holdings K.K. (the "Management Agreement"). Among other things, Melamed claims he is entitled to $26,709,834.14 in connection with FTX common stock that he received pursuant to the SPA, and $8,903,278.05 in cryptocurrency consideration to which he was entitled under the SPA. Melamed also claims entitlement to $252,500.00 in compensation under the Management Agreement.

4. On July 10, 2024, Debtors filed the *Debtors' Objection to Proofs of Claim Filed by Seth Melamed* [D.I. 20051] (the "Melamed Objection").

5. On August 16, 2024, Melamed filed his *Opposition to Debtors' Objection to Proofs of Claim* [D.I. 23170] (the "Claim Opposition"), which included the *Declaration of Seth Melamed* (the "Melamed Declaration") and the *Declaration of Takane Hori* (the "Hori Declaration").

6. The Melamed Declaration totals 379 pages, including 82 paragraphs of factual assertions by Melamed and 28 exhibits comprising various agreements, side letters, financial statements, emails and other documents. The Melamed Declaration also makes numerous assertions of fact that bear on issues pertinent to the Claims, including about the value of Liquid and Melamed's asserted damages, alleged misrepresentations made to Melamed in connection with the Liquid acquisition, a "side letter" that purportedly required FTX Trading to pay him $8,903,278.05 in cryptocurrency consideration in April 2022 rather than in April 2023

and April 2024 as provided for in the SPA, and the basis for Melamed's claimed entitlement to a $200,000 bonus.

7. The Hori Declaration is signed by a licensed attorney in Tokyo, Japan, and makes several assertions about Japanese law that bear on the Claims, including about Melamed's claimed entitlement to cryptocurrency that Melamed values at $8,903,278.05 and Melamed's ability to pursue multiple legal theories for the same recovery.

8. The Claim Opposition argues that Claim 3385 against Debtor FTX Trading should be subject to arbitration pursuant to the SPA. The arbitration provision is governed by Singaporean law.

9. In order to fully and properly litigate the Claims, the Debtors require additional time to investigate the factual issues raised in the Claim Opposition and Melamed Declaration, to assess the claims concerning Japanese and Singaporean law presented in the Claim Opposition and Hori Declaration, and to consider the preparation of responses thereto.

10. Counsel for the Debtors reached out to counsel for Melamed on August 29, 2024, seeking consent for an adjournment of the Melamed Objection from the September Hearing to the October 22, 2024 omnibus hearing. Counsel for both parties met and conferred on September 4, 2024, where the Debtors again requested an adjournment. Counsel for Melamed did not provide a definitive answer, but suggested that Melamed did not wish to extend the deadline beyond the date of the Plan Confirmation Hearing.

11. Counsel met and conferred again on September 6, 2024. Melamed's counsel once again did not provide consent, stating that he was not authorized to agree to any adjournment that extended any hearing or deadline for the Debtors' reply on the Melamed Objection beyond the date of the Plan Confirmation Hearing. Counsel for Melamed did not

-4-

provide any explanation as to why the Melamed Objection must be heard before the Plan Confirmation Hearing.

I declare under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: September 9, 2024

Christopher J. Dunne
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dunnec@sullcrom.com