# **Exhibit A**

{1368.002-W0077238.3}

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. No. ____ |

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER SHORTENING THE TIME FOR THE EMERGENCY MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER (I) ADJOURNING CERTAIN MATTERS SET FOR HEARING ON SEPTEMBER 12, 2024 AND (II) EXTENDING THE DEADLINE TO FILE A REPLY**

Upon consideration of the motion of the above-captioned debtors and debtors-in-possession (the "Debtors" or "FTX"), for entry of an order shortening the time (the "Motion to Shorten") for notice to consider the *Emergency Motion of the Debtors for Entry of an Order (I) Adjourning Certain Matters Set for Hearing on September 12, 2024 and (II) Extending the Deadline to File a Reply* [D.I. 24427] (the "Motion to Adjourn"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and this Motion to Shorten in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Delaware; and the Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Shorten is GRANTED with respect to the Motion to Adjourn.

2. The Motion to Adjourn shall be heard at the hearing on September 12, 2024 at 1:00 p.m. (ET).

3. Objections to the relief requested in the Motion to Adjourn, if any, shall be filed before 1:00 p.m. (ET) on September 12, 2024.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to implementation or interpretation of this Order.

Dated: September __, 2024
Wilmington, Delaware

---
THE HONORABLE JOHN T. DORSEY
CHIEF UNITED STATES BANKRUPTCY JUDGE