**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 17182, 17830 & 24215** |

**STATEMENT OF THE DEBTORS IN SUPPORT OF THE CELSIUS
LITIGATION ADMINISTRATOR'S MOTION FOR ENTRY OF AN
ORDER FOR AUTHORITY TO FILE UNDER SEAL THE TRANSFER
SCHEDULES CONTAINING CONFIDENTIAL INFORMATION**

FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively,
the "Debtors") hereby submit this statement (this "Statement") in support of the *Celsius Litigation
Administrator's Motion for Entry of an Order for Authority to File Under Seal the Transfer
Schedules Containing Confidential Information* [D.I. 17182] (the "Sealing Motion") filed by
Mohsin Meghji, as Litigation Administrator (the "Celsius Administrator"), and in response to the
(i) *Media Intervenors' Objections to the Celsius Administrator's Motion for Entry of an Order for
Authority to File Under Seal the Transfer Schedules Containing Confidential Information* [D.I.
17830] (the "Media Intervenors' Objection"); and (ii) the *United States Trustee's Objection to and
Reservation of Rights With Respect to the Celsius Litigation Administrator's Motion for Entry of
an Order for Authority to File Under Seal the Transfer Schedules Containing Confidential
Information* [D.I. 24215] (the "UST Objection" and, together with the Media Intervenors'
Objection, the "Objections").  In support of this Statement, the Debtors submit the *Declaration of*

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and
4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the
Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list
of such information may be obtained on the website of the Debtors' claims and noticing agent at
https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is
Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

*Kumanan Ramanathan* (the "Ramanathan Declaration") attached hereto as Exhibit A and respectfully state as follows:

## STATEMENT

1.      The reason that the Celsius Administrator has purportedly submitted a list of customers to this Court is because it alleges those customers transferred assets onto the FTX Exchanges and hold Customer Entitlement Claims under the Debtors' proposed plan of reorganization.  Said differently, each of the named initial transferee parties listed in Exhibit C to the Transfer Schedules (as defined in the Sealing Motion) that the Celsius Administrator is seeking to seal, are alleged to be ***customers of the FTX Exchanges***.  Accordingly, in accordance with this Court's six prior orders,[2] the Celsius Administrator is authorized—and in fact required—to file Exhibit C to the Transfer Schedules under seal.

2.      The UST Objection argues that the Debtors must meet their burden to show that the FTX customer list in Exhibit C to the Transfer Schedules should be sealed, "despite the fact that they were already publicly disclosed as Celsius customers."  (*See* UST Obj. ¶ 26.)  While information regarding certain customers of Celsius have been disclosed publicly, *see In re Celsius Network LLC*, 644 B.R. 276 (Bankr. S.D.N.Y. 2022), the fact that the specific customers named on the list submitted to this Court are also customers of the FTX Exchanges has not been disclosed

---

[2]     *See* (i) *Interim Order (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on a Final Basis and (III) Granting Certain Related Relief* [D.I. 157]; (ii) *Final Order (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on a Final Basis and (III) Granting Certain Related Relief* [D.I. 545]; (iii) *Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals* [D.I. 1643]; (iv) *Second Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers* [D.I. 3353]; (v) *Third Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers* [D.I. 7315]; and (vi) *Fourth Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers* [D.I. 16165].

-3-

publicly.  Therefore, such customer information shall not be publicly disclosed and may be sealed in accordance with this Court's prior orders entered pursuant to section 107(b)(1) of the Bankruptcy Code.

3.     The Debtors have begun investigating the names listed on the Celsius Administrator's list of FTX Transferee Preference Actions and have already identified more than half of the names on the list as matching those of FTX Exchange customers.  (Ramanathan Decl. ¶ 6.)  More investigation and information to conclusively identify and link the list to FTX customers is required.  (*Id.*)  However, given the allegations interposed by Celsius and the Debtors' ongoing investigation, it is reasonable to conclude that other names on the list are likely in fact customers of the FTX Exchanges.  (*Id.*)  As a result, it would be detrimental to the Debtors and inconsistent with the Court's prior order to publicly reveal any of the names on this list now.

4.     The Debtors believe that, in light of the Court's prior orders, the Sealing Motion is superfluous, but given the oppositions to it that have been interposed support the relief requested and entry of an order granting the Sealing Motion so there is no ambiguity on this issue.

Dated: September 10, 2024
     Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kimberly A. Brown*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       mcguire@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*