**<u>Exhibit A</u>**

**Ramanathan Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF KUMANAN RAMANATHAN REGARDING THE STATEMENT OF THE DEBTORS IN SUPPORT OF THE CELSIUS LITIGATION ADMINISTRATOR'S MOTION FOR ENTRY OF AN ORDER FOR AUTHORITY TO FILE UNDER SEAL THE TRANSFER SCHEDULES CONTAINING CONFIDENTIAL INFORMATION**

I, Kumanan Ramanathan, hereby declare as follows:

1. I am a Senior Director at Alvarez & Marsal North America, LLC ("A&M"), a restructuring advisory services firm specializing in interim management, crisis management, turnaround consulting, operational due diligence, creditor advisory services and financial and operation restructuring.

2. I have more than 14 years of restructuring and financial advisory experience across various industries, including industrials, oil & gas, manufacturing, pharmaceutical, retail, mining, lending, healthcare, and consumer products. I have a Bachelor's Degree from the University of Toronto and am a Chartered Accountant (CA).

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

3. Since joining A&M, I have been involved in numerous Chapter 11 restructurings, including Philadelphia Energy Solutions (2019), Endo International, Gibson Brands, Inc., M&G USA Corporation and USA Discounters Ltd.

4. I submit this declaration (this "Declaration") regarding the *Statement of the Debtors in Support of the Celsius Litigation Administrator's Motion for Entry of an Order for Authority to File Under Seal the Transfer Schedules Containing Confidential Information* (the "Statement").[2]  I am not being compensated separately for this testimony other than through payments received by A&M as financial advisor retained by FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors").

5. Except as otherwise indicated herein, all of the facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, information provided to me by A&M professionals involved in advising the Debtors in the above-captioned cases or information provided to me by the Debtors. If called upon to testify, I could and would testify to the facts set forth herein on that basis. I am authorized to submit this Declaration on behalf of the Debtors.

6. Based on an initial review of the Debtors' books and records, the names of each of a majority of the transferee parties listed in Exhibit C to the Transfer Schedules match names of customers of the FTX Exchanges. The Debtors' investigation into the Celsius Administrator's list of transferee parties is ongoing, and more unique identifying information for these customers is necessary to conclusively match the names on the list. However, given Celsius's allegations and the Debtors investigation to date, it is reasonable to conclude that other names on the list are likely in fact customers of the FTX Exchanges.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Statement.

-3-

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: September 10, 2024

*/s/ Kumanan Ramanathan*
Kumanan Ramanathan
Alvarez & Marsal North America, LLC
Senior Director