# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LLC, FTX TRADING LTD., WEST REALM SHIRES, INC., AND WEST REALM SHIRES SERVICES INC. (D/B/A FTX.US),<br><br>    Plaintiffs,<br><br>    v.<br><br>DANIEL FRIEDBERG,<br><br>    Defendant. | Adv. Pro. No. 23-50419 (JTD) |
| FTX TRADING LTD., ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., WEST REALM SHIRES SERVICES, INC., and NORTH DIMENSION INC.,<br><br>    Plaintiffs,<br><br>    - against -<br><br>CENTER FOR APPLIED RATIONALITY, LIGHTCONE INFRASTRUCTURE, INC., LIGHTCONE ROSE GARDEN LLC and FTX FOUNDATION,<br><br>    Defendants. | Adv. Pro. No. 24-50066 (JTD) |

---

[1] The last four digits of FTX Trading Ltd.'s FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0077296.}

| | |
|---|---|
| FTX TRADING LTD., *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> ALEXANDER CHERNYAVSKY, BRANDON ORR, CHUKWUDOZIE EZEOKOLI, EDWIN GARRISON, GREGG PODALSKY, JULIE PAPADAKIS, KYLE RUPPRECHT, LEANDRO CABO, MICHAEL LIVIERATOS, MICHAEL NORRIS, RYAN HENDERSON, SHENGYUN HUANG, SUNIL KAVURI, VIJETH SHETTY, VITOR VOZZA, and WARREN WINTER, <br><br> Defendants. | Adv. Pro. No. 24-50072 (JTD) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC. <br><br> Plaintiffs, <br><br> -against- <br><br> ROCKET INTERNET CAPITAL PARTNERS II SCS, ROCKET INTERNET CAPITAL PARTNERS (EURO) II SCS, GFC GLOBAL FOUNDERS CAPITAL GMBH, GFC GLOBAL FOUNDERS CAPITAL GMBH & CO. BETEILIGUNGS KG NR. 1, WILLIAM HOCKEY LIVING TRUST, and 9YARDS CAPITAL INVESTMENTS II LP, <br><br> Defendants. | Adv. Pro. No. 23-50379 (JTD) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC., <br><br> Plaintiffs, <br><br> - against - <br><br> MICHAEL GILES, *et al.*, <br><br> Defendants. | Adv. Pro. No. 23-50380 (JTD) |

| | |
|---|---|
| ALAMEDA RESEARCH LTD. and FTX TRADING LTD., <br><br> Plaintiffs, <br><br> - against - <br><br> PLATFORM LIFE SCIENCES INC., LUMEN BIOSCIENCE, INC., GREENLIGHT BIOSCIENCES HOLDINGS, PBC, RIBOSCIENCE LLC, GENETIC NETWORKS LLC, 4J THERAPEUTICS INC., LATONA BIOSCIENCES GROUP, FTX FOUNDATION, SAMUEL BANKMAN-FRIED, ROSS RHEINGANS-YOO, and NICHOLAS BECKSTEAD, <br><br> Defendants. | Adv. Pro. No. 23-50444 (JTD) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR SEPTEMBER 12, 2024 AT 1:00 P.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

**ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING TO PRESENT AT THE HEARING AND WITNESSES, MUST BE PHYSICALLY PRESENT IN THE COURTROOM. ANY NON-PARTICIPANT MAY OBSERVE THE HEARING REMOTELY BY REGISTERING IN ADVANCE AT THE LINK BELOW NO LATER THAN SEPTEMBER 11, 2024 AT 4:00 P.M. (ET).**

**To attend this hearing remotely, please register using the eCourt Appearances tool on the Court's website at www.deb.uscourts.gov.**

**ADJOURNED MATTERS:**

1.  Notice of Pretrial Conference in an Adversary Proceeding [*Alameda Research LLC, et al. v. Friedberg*, Adv. No. 23-50419 (JTD) – Adv. D.I. 7, filed on July 26, 2023]

    Status: This matter is adjourned to a date to be determined.

2.  Notice of Pretrial Conference in Adversary Proceeding [*FTX Trading Ltd., et al. v. Center for Applied Rationality, et al.*, Adv. No. 24-50066 (JTD) – Adv. D.I. 3, filed on May 17, 2024]

    Status: This matter is adjourned to a date to be determined.

3. Notice of Pretrial Conference in Adversary Proceeding [*FTX Trading Ltd., et al., v. Chernyavsky, et al.*, Adv. No. 24-50072 (JTD) – Adv. D.I. 8, filed on June 26, 2024]

   Status: This matter is adjourned to the October 22, 2024 Omnibus Hearing.

4. Debtors' Objection to Proof of Claim Filed by Ross Rheingans-Yoo [D.I. 3409, filed on October 30, 2023]

   Status: This matter is adjourned to the December 12, 2024 Omnibus Hearing.

5. Motion of Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP to Require Debtors' Claims and Noticing Agent to Recognize and Record Transfer of Claim to Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP [D.I. 9289, filed on March 13, 2024]

   Status: This matter is adjourned to the October 22, 2024 Omnibus Hearing.

6. Debtors' Objection to Proofs of Claim Filed by the Joint Liquidators of Three Arrows Capital Ltd. [D.I. 19797, filed on July 8, 2024]

   Status: This matter is adjourned to the October 22, 2024 Omnibus Hearing.

7. Debtors' Objection to Proof of Claim Filed by SC30, Inc. [D.I. 19971, filed on July 10, 2024]

   Status: This matter is adjourned to the October 22, 2024 Omnibus Hearing.

8. Debtors' Objection to Proofs of Claim Filed by Cal Bears Sports Properties, LLC [D.I. 19975, filed on July 10, 2024]

   Status: This matter is adjourned to the November 20, 2024 Omnibus Hearing.

9. Debtors' Objection to Proof of Claim Filed by ICC Business Corporation FZ LLC [D.I. 20007 & 21731, filed on July 10 & 26, 2024]

   Status: This matter is adjourned to the October 22, 2024 Omnibus Hearing.

10. Debtors' Objection to Proofs of Claim Filed by North Field Technology Ltd. [D.I. 20017, filed on July 10, 2024]

    Status: This matter is adjourned to a date to be agreed by the Debtors and North Field Technology Ltd.

11. Debtors' Objection to Proofs of Claim Filed by Tai Mo Shan Limited [D.I. 20030, filed on July 10, 2024]

    Status: This matter is adjourned to a date to be determined.

12. Debtors' Objection to Proofs of Claim Filed by Alex Mashinsky and Krissy Meehan [D.I. 20044, filed on July 10, 2024]

   Status: This matter is adjourned to the October 22, 2024 Omnibus Hearing.

**WITHDRAWN MATTER**:

13. Motion of Robert J. Cleary as the Examiner for Entry of an Order Authorizing and Directing Examination Under Oath of Lynn Nguyen [D.I. 24014, filed on August 29, 2024]

   Status: This matter has been withdrawn.

**RESOLVED MATTERS**:

14. Sixth Motion of Debtors for Entry of an Order Extending Deadline to File a Complaint to Determine Dischargeability of Certain Debts [D.I. 23135, filed on August 15, 2024]

   Status: On September 3, 2024, the Court entered an order granting the requested relief. Accordingly, a hearing regarding this matter is not required.

15. Debtors' Forty-Third (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 17629 & 17641, filed on June 14, 2024]

   Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses. The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

16. Debtors' Forty-Fourth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 17630 & 17642, filed on June 14, 2024]

   Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses. The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

17. Debtors' Forty-Fifth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 17631 & 17643, filed on June 14, 2024]

   Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses. The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

18. Debtors' Forty-Sixth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 17632 & 17644, filed on June 14, 2024]

    Status:  The Debtors intend to file a certificate of no objection and submit an order for entry.  Accordingly, a hearing regarding this matter is not required unless the Court has questions.

19. Debtors' Forty-Seventh (Non-Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Customer Claims) [D.I. 17633 & 17645, filed on June 14, 2024]

    Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses.  The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing.  Accordingly, a hearing regarding this matter is not required unless the Court has questions.

20. Debtors' Forty-Eighth (Substantive) Omnibus Objection to Certain Overstated and/or Partially Unliquidated Proofs of Claim (Customer Claims) [D.I. 17634 & 17646, filed on June 14, 2024]

    Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses.  The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing.  Accordingly, a hearing regarding this matter is not required unless the Court has questions.

21. Debtors' Forty-Ninth (Substantive) Omnibus Objection to Certain Overstated and/or Partially Unliquidated Proofs of Claim (Customer Claims) [D.I. 17635 & 17647, filed on June 14, 2024]

    Status:  The Debtors intend to file a certificate of no objection and submit an order for entry.  Accordingly, a hearing regarding this matter is not required unless the Court has questions.

22. Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims) [D.I. 17636 & 17648, filed on June 14, 2024]

    Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses.  The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing.  Accordingly, a hearing regarding this matter is not required unless the Court has questions.

23. Debtors' Fifty-First (Substantive) Omnibus Objection to Certain Duplicate Proofs of Claim (Customer Claims) [D.I. 17637 & 17649, filed on June 14, 2024]

    Status:  The Debtors intend to file a certificate of no objection and submit an order for entry.  Accordingly, a hearing regarding this matter is not required unless the Court has questions.

24. Debtors' Fifty-Second (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) Debtors' Fifty-Second [D.I. 17638 & 17650, filed on June 14, 2024]

    Status:  The Debtors intend to file a certificate of no objection and submit an order for entry.  Accordingly, a hearing regarding this matter is not required unless the Court has questions.

25. Debtors' Fifty-Third (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 17639 & 17651, filed on June 14, 2024]

    Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses.  The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

26. Debtors' Fifty-Fourth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 19174 & 19183, filed on July 1, 2024]

    Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses.  The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

27. Debtors' Fifty-Fifth (Substantive) Omnibus Objection to Certain Duplicate Proofs of Claim (Customer Claims) [D.I. 19175 & 19184, filed on July 1, 2024]

    Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses.  The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

28. Debtors' Fifty-Sixth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 19176 & 19185, filed on July 1, 2024]

    Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses.  The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

29. Debtors' Fifty-Seventh (Non-Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Customer and Non-Customer Claims) [D.I. 19177 & 19186, filed on July 1, 2024]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses. The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

30. Debtors' Fifty-Eighth (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor [D.I. 19178 & 19187, filed on July 1, 2024]

Status: The Debtors intend to file a certificate of no objection and submit an order for entry. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

31. Debtors' Fifty-Ninth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 19179 & 19188, filed on July 1, 2024]

Status: The Debtors intend to file a certificate of no objection and submit an order for entry. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

32. Debtors' Sixtieth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) [D.I. 19180 & 19189, filed on July 1, 2024]

Status: The Debtors intend to file a certificate of no objection and submit an order for entry. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

33. Debtors' Sixty-First (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 19181 & 19190, filed on July 1, 2024]

Status: The Debtors intend to file a certificate of no objection and submit an order for entry. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

34. Debtors' Sixty-Second (Substantive) Omnibus Objection to Certain Duplicate Proofs of Claim (Customer Claims) [D.I. 19182 & 19191, filed on July 1, 2024]

Status: The Debtors intend to file a certificate of no objection and submit an order for entry. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

35. Debtors' Objection to Proof of Claim Filed by IPV FTX Co-Invest [D.I. 20042, filed on July 10, 2024]

Status: On August 27, 2024, the Court entered an order granting the related relief. Accordingly, a hearing regarding this matter is not required.

36. Debtors' Sixty-Third (Substantive) Omnibus Objection to Certain Misclassified Claims (Non-Customer Claims) [D.I. 20050, filed on July 10, 2024]

    Status: The omnibus claim objection as it relates to the claims filed by Celsius Network LLC and its affiliated debtors is adjourned to the omnibus hearing scheduled for October 22, 2024. A revised order with respect to all other claims was submitted under certification for entry. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

**MATTERS GOING FORWARD:**

37. The Celsius Litigation Administrator's Motion for Relief from the Automatic Stay [D.I. 16815, filed on June 5, 2024]

    Response Deadline: June 18, 2024 at 4:00 p.m. (ET); extended to July 8, 2024 at 4:00 p.m. (ET) for the Debtors' and FTX Digital Markets'

    Responses Received:

    A.  Debtors' Objection to the Celsius Litigation Administrator's Motion for Relief from the Automatic Stay [D.I. 19792, filed on July 8, 2024]

    B.  The Official Committee of Unsecured Creditors' Joinder to the Debtors' Objection to the Celsius Litigation Administrator's Motion for Relief from the Automatic Stay [D.I. 20291, filed on July 12, 2024]

    Related Documents:

    A.  [SEALED] Declaration of Kenneth Ehrler in Support of the Celsius Litigation Administrator's Motion for Relief from the Automatic Stay [D.I. 16819, filed on June 5, 2024]

    B.  [REDACTED] Declaration of Kenneth Ehrler in Support of the Celsius Litigation Administrator's Motion for Relief from the Automatic Stay [D.I. 17181, filed on June 10, 2024]

    C.  Order Approving Tolling Agreement [D.I. 19105, filed on June 27, 2024]

    D.  Amended Notice of Motion of the Celsius Litigation Administrator's Motion for Relief from the Automatic Stay [D.I. 19154, filed on June 28, 2024]

    E.  Amended Notice of Motion of the Celsius Litigation Administrator's Motion for Relief from the Automatic Stay [D.I. 20340, filed on July 12, 2024]

    F.  The Celsius Litigation Administrator's Reply in Further Support of the Motion for Relief from the Automatic Stay [D.I. 24212, filed on September 4, 2024]

    G.    [SEALED] Notice Regarding Exhibits to Declaration of Kenneth Ehrler in Support of the Celsius Litigation Administrator's Motion for Relief from the Automatic Stay [D.I. 24318, filed on September 6, 2024]

    H.    [REDACTED] Notice Regarding Exhibits to Declaration of Kenneth Ehrler in Support of the Celsius Litigation Administrator's Motion for Relief from the Automatic Stay [D.I. 24319, filed on September 6, 2024]

Status: This matter is going forward.

38. The Celsius Litigation Administrator's Motion for Entry of an Order for Authority to File Under Seal the Transfer Schedules Containing Confidential Information [D.I. 17182, filed on June 10, 2024]

Response Deadline: June 18, 2024 at 4:00 p.m. (ET).

Responses Received:

    A.    Media Intervenor's Objections to the Celsius Administrator's Motion for Entry of an Order for Authority to File Under Seal the Transfer Schedules Containing Confidential Information [D.I. 17830, filed on June 18, 2024]

    B.    United States Trustee's Objection to and Reservation of Rights with Respect to the Celsius Litigation Administrator's Motion for Entry of an Order for Authority to File Under Seal the Transfer Schedules Containing Confidential Information [D.I. 24215, filed on September 4, 2024]

Related Documents:

    A.    Amended Notice of the Celsius Litigation Administrator's Motion for Entry of an Order for Authority to File Under Seal the Transfer Schedules Containing Confidential Information [D.I. 19155, filed on June 28, 2024]

    B.    Amended Notice of the Celsius Litigation Administrator's Motion for Entry of an Order for Authority to File Under Seal the Transfer Schedules Containing Confidential Information [D.I. 20341, filed on July 12, 2024]

    C.    The Celsius Litigation Administrator's Reply in Further Support of the Celsius Litigation Administrator's Motion for Entry of an Order for Authority to File Under Seal the Transfer Schedules Containing Confidential Information [D.I. 24399, filed on September 9, 2024]

    D.    Statement of the Debtors in Support of the Celsius Litigation Administrator's Motion for Entry of an Order for Authority to File Under Seal the Transfer Schedules Containing Confidential Information [D.I. 24458, filed on September 10, 2024]

Status: This matter is going forward.

39. Debtors' Objection to Proofs of Claim Filed by Celsius Network LLC and Its Affiliated Debtors [D.I. 19795, filed on July 8, 2024]

    Response Deadline: August 12, 2024 at 4:00 p.m. (ET)

    Responses Received:

    A. The Celsius Litigation Administrator's Response to Debtors' Objection to Proofs of Claim filed by Celsius Network LLC and Its Affiliated Debtors [D.I. 22774, filed on August 12, 2024]

    Related Documents:

    A. The Official Committee of Unsecured Creditors' Joinder to the Debtors' Objection to Proofs of Claim Filed by Celsius Network LLC and Its Affiliated Debtors [D.I. 20292, filed on July 12, 2024]

    B. Debtors' (I) Reply to the Celsius Litigation Administrator's Response to Debtors' Objection to Proofs of Claim Filed by Celsius Network LLC and Its Affiliated Debtors; and (II) Initial Objection to Late-Filed Proofs of Claim Filed by Celsius Network LLC and Its Affiliated Debtors [D.I. 24408, filed on September 9, 2024]

    Status: This matter is going forward.

40. Debtors' Objection to Proofs of Claim Filed by Seth Melamed [D.I. 20051, filed on July 10, 2024]

    Response Deadline: August 16, 2024 at 4:00 p.m. (ET)

    Responses Received:

    A. Opposition to Debtors' Objection to Proofs of Claim [D.I. 23170, filed on August 16, 2024]

    B. Declaration of Takane Hori [D.I. 23171, filed on August 16, 2024]

    C. Declaration of Seth Melamed in Support of Opposition to Debtors' Objection to Proofs of Claim [D.I. 23172, filed on August 16, 2024]

    D. Corrected Declaration of Seth Melamed in Support of Opposition to Debtors' Objection to Proofs of Claim [D.I. 23173, filed on August 17, 2024]

Related Documents:

A. Emergency Motion of Debtors for Entry of an Order (I) Adjourning Certain Matters Set for Hearing on September 12, 2024 and (II) Extending the Deadline to File a Reply [D.I. 24427, filed on September 9, 2024]

B. Declaration of Christopher J. Dunne in Support of Emergency Motion of Debtors for Entry of an Order (I) Adjourning Certain Matters Set for Hearing on September 12, 2024 and (II) Extending the Deadline to File a Reply [D.I. 24428, filed on September 9, 2024]

C. Motion for Entry of an Order Shortening the Time for the Emergency Motion of the Debtors for Entry of an Order (I) Adjourning Certain Matters Set for Hearing on September 12, 2024 and (II) Extending the Deadline to File a Reply [D.I. 24455, filed on September 10, 2024]

Status: This matter is going forward.

41. Fifth Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers [D.I. 23986, filed on August 28, 2024]

Response Deadline: September 5, 2024 at 4:00 p.m.

Responses Received:

A. Reservation of Rights of the United States Trustee to Debtors' and Committee's Fifth Joint Motion to Redact or Withhold Certain Confidential Information of Customers [D.I. 24268, filed on September 5, 2024]

Related Documents:  None.

Status: This matter is going forward.

42. Motion of Morris James LLP to Withdraw as Counsel to Genetic Networks LLC [*Alameda Research Ltd., et al. v. Platform Life Sciences Inc., et al.*, Adv. No. 23-50444 (JTD) – Adv. D.I. 121, filed on August 21, 2024]

Response Deadline: N/A

Responses Received: None.

Related Documents:

A. Certificate of No Objection Regarding Motion of Morris James LLP to Withdraw as Counsel to Genetic Networks LLC [*Alameda Research Ltd., et al. v. Platform*

*Life Sciences Inc., et al.*, Adv. No. 23-50444 (JTD) – Adv. D.I. 122, filed on August 21, 2024]

Status: This matter is going forward.

**INTERIM FEE APPLICATIONS**:

43. Interim Fee Applications. *See* **Exhibit A** attached hereto.

    Response Deadline: August 13, 2024 at 4:00 p.m. (ET)

    Status: The Debtors intend to submit an omnibus fee order under certification of counsel in advance of the hearing.

**ORAL ARGUMENT**:

44. Defendants' Motion to Stay Adversary Proceedings Nos. 23-50379 (JTD) and 23-50380 (JTD) [Adv. D.I. 130 & 254, filed on August 23, 2024]

    Response Deadline: September 3, 2024 at 4:00 p.m. (ET)

    Responses Received:

    A. Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Stay Adversary Proceedings [Adv. D.I. 133 & 257, filed on September 3, 2024]

    B. Declaration of Matthew B. McGuire in Support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Stay Adversary Proceedings [Adv. D.I. 134 & 258, filed on September 3, 2024]

    Related Documents:

    A. Order Granting Defendants' Motion for Expedited Consideration of Defendants' Motion to Stay Adversary Proceedings and Request for Oral Argument [Adv. D.I. 132 & 256, entered on August 28, 2024]

    B. Notice of Hearing on Defendants' Motion to Stay [Adv. D.I. 135 & 259, filed on September 4, 2024]

    C. Defendants' Reply for Motion to Stay Adversary Proceedings [Adv. D.I. 136 & 260, filed on September 6, 2024]

    Status: This matter is going forward.

Dated: September 10, 2024
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*