**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## INDEX OF PLEADINGS – INTERIM FEE APPLICATIONS

1. Sixth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 17623, filed on June 14, 2024]

    Related Documents:

    A. Fifteenth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2024 through February 29, 2024 [D.I. 10886, filed on April 1, 2024]

    B. Certificate of No Objection [D.I. 12673, filed on April 23, 2024]

    C. Sixteenth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2024 through March 31, 2024 [D.I. 12847, filed on April 26, 2024]

    D. Certificate of No Objection [D.I. 15150, filed on May 17, 2024]

    E. Seventeenth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2024 through April 30, 2024 [D.I. 16357, filed on May 31, 2024]

    F. Supplement to Sixth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 17625, filed on June 14, 2024]

    G. Certificate of No Objection [D.I. 18415, filed on June 21, 2024]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

      H.      Limited Omnibus Objection of FTX Customers to Professionals' Interim Fee Applications [D.I. 19436, filed on July 5, 2024]

2.    Sixth Interim Fee Request of Paul Hastings LLP [D.I. 17623, filed on June 14, 2024]

    Related Documents:

      A.      Fifteenth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2024 through February 29, 2024 [D.I. 10885, filed on April 1, 2024]

      B.      Certificate of No Objection [D.I. 12674, filed on April 23, 2024]

      C.      Sixteenth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2024 through March 31, 2024 [D.I. 12846, filed on April 26, 2024]

      D.      Certificate of No Objection [D.I. 15149, filed on May 17, 2024]

      E.      Seventeenth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2024 through April 30, 2024 [D.I. 16355, filed on May 31, 2024]

      F.      Supplement to the Sixth Interim Fee Application of Paul Hastings LLP [D.I. 17624, filed on June 14, 2024]

      G.      Certificate of No Objection [D.I. 18414, filed on June 21, 2024]

      H.      Limited Omnibus Objection of FTX Customers to Professionals' Interim Fee Applications [D.I. 19436, filed on July 5, 2024]

3.    Sixth Interim Fee Request of FTI Consulting, Inc. [D.I. 17623, filed on June 14, 2024]

    Related Documents:

      A.      Fifteenth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period February 1, 2024 through February 29, 2024 [D.I. 12040, filed on April 18, 2024]

      B.      Sixteenth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation

|   |    |                                                                                                                                                                                                                                                                                                                                                 |
|---|----|-----|

- for Services Rendered and Reimbursement of Expenses for the Period March 1, 2024 through March 31, 2024 [D.I. 14506, filed on May 9, 2024]

    C.    Certificate of No Objection [D.I. 15357, filed on May 21, 2024]

    D.    Certificate of No Objection [D.I. 16540, filed on June 3, 2024]

    E.    Seventeenth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period April 1, 2024 through April 30, 2024 [D.I. 17231, filed on June 11, 2024]

    F.    Supplement to Sixth Interim Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period February 1, 2024 through April 30, 2024 [D.I. 17626, Filed on June 14, 2024]

    G.    Certificate of No Objection [D.I. 20304, filed on July 12, 2024]

    H.    Limited Omnibus Objection of FTX Customers to Professionals' Interim Fee Applications [D.I. 19436, filed on July 5, 2024]

4. Sixth Interim Fee Request of Jefferies LLC [D.I. 17623, filed on June 14, 2024]

    Related Documents:

    A.    Fifteenth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from February 1, 2024 to and including February 29, 2024 [D.I. 17219, filed on June 11, 2024]

    B.    Sixteenth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from March 1, 2024 to and including March 31, 2024 [D.I. 17220, filed on June 11, 2024]

    C.    Seventeenth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from April 1, 2024 to and including April 30, 2024 [D.I. 17221, filed on June 11, 2024]

|   |   |   |
|---|---|---|
| | D. | Supplement to Sixth Interim Fee Request of Jefferies LLC [D.I. 17627, filed on June 14, 2024] |
| | E. | Limited Omnibus Objection of FTX Customers to Professionals' Interim Fee Applications [D.I. 19436, filed on July 5, 2024] |
| | F. | Certificate of No Objection [D.I. 20306, filed on July 12, 2024] |
| | G. | Certificate of No Objection [D.I. 20307, filed on July 12, 2024] |
| | H. | Certificate of No Objection [D.I. 20308, filed on July 12, 2024] |
| 5. | | First Interim Fee Application of Patterson Belknap Webb & Tyler [D.I. 17628, filed on June 14, 2024] |

Related Documents:

| | A. | First Monthly Fee Statement of Patterson Belknap Webb & Tyler LLP as Counsel to the Examiner for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from March 20, 2024 through and including April 30, 2024 [D.I. 15090, filed on May 16, 2024] |
|---|---|---|
| | B. | Certificate of No Objection Regarding First Monthly Fee Statement of Patterson Belknap Webb & Tyler LLP, Lead Counsel to the Examiner, for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from March 20, 2024 through and including April 30, 2024 [D.I. 17157, filed on June 10, 2024] |
| 6. | | Second Interim Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for the Period from February 1, 2024 through April 30, 2024 [D.I. 17640, filed on June 14, 2024] |

Related Documents:

| | A. | Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from February 1, 2024 through February 29, 2024 [D.I. 9795, filed on March 20, 2024] |
|---|---|---|
| | B. | Certificate of No Objection [D.I. 11612, filed on April 10, 2024] |
| | C. | Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from March 1, 2024 through March 31, 2024 [D.I. 11963, filed on April 16, 2024] |

{1368.002-W0077224.}

|  |  |
|---|---|
| D. | Certificate of No Objection [D.I. 14232, filed on May 7, 2024] |
| E. | Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from April 1, 2024 through April 30, 2024 [D.I. 14909, filed on May 15, 2024] |
| F. | Certificate of No Objection [D.I. 16845, filed on June 5, 2024] |
| G. | Limited Omnibus Objection of FTX Customers to Professionals' Interim Fee Applications [D.I. 19436, filed on July 5, 2024] |

7. Combined Third Monthly and Third Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period February 1, 2024, through and including April 30, 2024 [D.I. 17652, filed on June 14, 2024]

   Related Documents:

   A. Certificate of No Objection Regarding Combined the Third Monthly Fee Application Portion of the Combined Third Monthly and Third Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period February 1, 2024, through and including April 30, 2024 [D.I. 19892, filed on July 9, 2024]

   B. Limited Omnibus Objection of FTX Customers to Professionals' Interim Fee Applications [D.I. 19436, filed on July 5, 2024]

8. Sixth Interim Application of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2024 through April 30, 2024 [D.I. 17659, filed on June 14, 2024]

   Related Documents:

   A. Fifteenth Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2024 through February 29, 2024 [D.I. 10659, filed on March 28, 2024]

   B. Certificate of No Objection [D.I. 12248, filed on April 18, 2024]

- C. Sixteenth Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2024 through March 31, 2024 [D.I. 12922, filed on April 26, 2024]

- D. Certificate of No Objection [D.I. 15143, filed on May 17, 2024]

- E. Seventeenth Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2024 through April 30, 2024 [D.I. 16372, filed on May 31, 2024]

- F. Certificate of No Objection [D.I. 18411, filed on June 21, 2024]

- G. Limited Omnibus Objection of FTX Customers to Professionals' Interim Fee Applications [D.I. 19436, filed on July 5, 2024]

9. Sixth Interim Fee Application of Landis Rath & Cobb LLP [D.I. 17662, filed on June 14, 2024]

   Related Documents:

   - A. Fifteenth Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2024 through and including February 29, 2024 [D.I. 10726, filed on March 28, 2024]

   - B. Certificate of No Objection [D.I. 12247, filed on April 18, 2024]

   - C. Sixteenth Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2024 through and including March 31, 2024 [D.I. 12929, filed on April 26, 2024]

   - D. Certificate of No Objection [D.I. 15145, filed on May 17, 2024]

   - E. Seventeenth Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2024 through and including April 30, 2024 [D.I. 16384, filed on May 31, 2024]

{1368.002-W0077224.}

      F.      Certificate of No Objection [D.I. 18412, filed on June 21, 2024]

      G.      Limited Omnibus Objection of FTX Customers to Professionals' Interim Fee Applications [D.I. 19436, filed on July 5, 2024]

10. Sixth Interim Fee Application of Sullivan & Cromwell LLP [D.I. 17665, filed on June 14, 2024]

    Related Documents:

      A.      Sixteenth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2024 through and including February 29, 2024 [D.I. 10725, filed on March 28, 2024]

      B.      Certificate of No Objection [D.I. 12245, filed on April 18, 2024]

      C.      Seventeenth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2024 through and including March 31, 2024 [D.I. 12927, filed on April 26, 2024]

      D.      Certificate of No Objection [D.I. 15142, filed May 17, 2024]

      E.      Eighteenth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2024 through and including April 30, 2024 [D.I. 16381, filed on May 31, 2024]

      F.      Certificate of No Objection [D.I. 18409, filed on June 21, 2024]

      G.      Limited Omnibus Objection of FTX Customers to Professionals' Interim Fee Applications [D.I. 19436, filed on July 5, 2024]

11. Third Interim Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-U.S. Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2024 through April 30, 2024 [D.I. 17666, filed on June 14, 2024]

Related Documents:

A. Fifth Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-U.S. Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the Period from February 1, 2024 through February 29, 2024 [D.I. 17653, filed on June 14, 2024]

B. Sixth Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-U.S. Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the Period from March 1, 2024 through March 31, 2024 [D.I. 17654, filed on June 14, 2024]

C. Seventh Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-U.S. Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2024 through April 30, 2024 [D.I. 17656, filed on June 14, 2024]

D. Certificate of No Objection Regarding Fifth Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the Period from February 1, 2024 through February 29, 2024 [D.I. 19889, filed on July 9, 2024]

E. Certificate of No Objection Regarding Sixth Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the Period from March 1, 2024 through March 31, 2024 [D.I. 19890, filed on July 9, 2024]

F. Certificate of No Objection Regarding Seventh Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the Period from April 1, 2024 through April 30, 2024 [D.I. 19891, filed on July 9, 2024]

12. Sixth Interim Fee Application of Perella Weinberg Partners LP [D.I. 17668, filed on June 14, 2024]

Related Documents:

A. Sixteenth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the

    Period from February 1, 2024 through and including February 29, 2024 [D.I. 13897, filed on May 3, 2024]

  B. Seventeenth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2024 through and including March 31, 2024 [D.I. 13902, filed on May 3, 2024]

  C. Eighteenth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2024 through and including April 30, 2024 [D.I. 14972, filed on May 15, 2024]

  D. Certificate of No Objection [D.I. 15826, filed on May 24, 2024]

  E. Certificate of No Objection [D.I. 15827, filed on May 24, 2024]

  F. Certificate of No Objection [D.I. 16865, filed on June 5, 2024]

  G. Limited Omnibus Objection of FTX Customers to Professionals' Interim Fee Applications [D.I. 19436, filed on July 5, 2024]

13. Sixth Interim Fee Application of Alvarez & Marsal North America, LLC [D.I. 17693, filed on June 14, 2024]

  Related Documents:

  A. Sixteenth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2024 through and including February 29, 2024 [D.I. 10666, filed on March 28, 2024]

  B. Certificate of No Objection [D.I. 12249, filed on April 18, 2024]

  C. Seventeenth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2024 through and including March 31, 2024 [D.I. 12923, filed on April 26, 2024]

  D. Certificate of No Objection [D.I. 15144, filed on May 17, 2024]

    E.    Eighteenth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2024 through and including April 30, 2024 [D.I. 16373, filed on May 31, 2024]

    F.    Certificate of No Objection [D.I. 18410, filed on June 21, 2024]

    G.    Limited Omnibus Objection of FTX Customers to Professionals' Interim Fee Applications [D.I. 19436, filed on July 5, 2024]

14.    Sixth Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 17694, filed on June 14, 2024]

    Related Documents:

    A.    Fifteenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2024 through and including February 29, 2024 [D.I. 10727, filed on March 28, 2024]

    B.    Certificate of No Objection [D.I. 12246, filed on April 18, 2024]

    C.    Sixteenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2024 through and including March 31, 2024 [D.I. 12928, filed on April 26, 2024]

    D.    Certificate of No Objection [D.I. 15146, filed on May 17, 2024]

    E.    Seventeenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2024 through and including April 30, 2024 [D.I. 16374, filed on May 31, 2024]

    F.    Certificate of No Objection [D.I. 18413, filed on June 21, 2024]

    G.    Limited Omnibus Objection of FTX Customers to Professionals' Interim Fee Applications [D.I. 19436, filed on July 5, 2024]

15.    Third Interim Fee Application of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of

Compensation and Reimbursement of All Actual and Necessary Expenses for the Period from February 1, 2024 through April 30, 2024 [D.I. 17696, filed on June 14, 2024]

Related Documents:

A. Fourth Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2024 through April 30, 2024 [D.I. 17695, filed on June 14, 2024]

B. Certificate of No Objection Regarding Fourth Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2024 through April 30, 2024 [D.I. 19973, filed on July 10, 2024]

C. Limited Omnibus Objection of FTX Customers to Professionals' Interim Fee Applications [D.I. 19436, filed on July 5, 2024]

16. Fifth Consolidated Monthly and Fifth Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from February 1, 2024 through April 30, 2024 [D.I. 21159, filed on July 23, 2024]

Related Documents:

A. Certificate of No Objection Regarding Fourth Consolidated Monthly and Fourth Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from November 1, 2023 through January 31, 2024 [D.I. 11470, filed on April 8, 2024]

17. Fee Examiner's Summary Report on Fee Review Process and Sixth Interim Fee Applications [D.I. 24274, filed on September 5, 2024]

{1368.002-W0077224.}