# Exhibit A

**Settlements Consummated Pursuant to the**
**Small Estate Claims Settlement Procedures Order**
**August 2024**

| Settling Party | Settled Value |
| --- | --- |
| American University | $54,000 |
| Pathfinder Initiatives Limited | $116,571 |
| David Skeffington | $26,400 |