IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FTX TRADING LTD., ET AL., | Case No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Paxtibi LLP
221 W 9th St.
Wilmington, DE 19801
Tel: +971 504209612
Email: paxtibi.xyz@gmail.com

Name of Transferor

[name and address on file]

| Schedule/Claim No. | Creditor Name | % Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Kroll Schedule 7564661 | [REDACTED] | 100% | FTX Trading Ltd. | 22-11068 |
| Customer Code 01539581 | [REDACTED] | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

DocuSigned by:
*Federico Natali*

Role: Transferee/Transferee's Agent
Name: Federico Natali

## Identity of Transferor/Seller

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

Generated: Sep 9, 2024 11:47AM                                                                                              Page 1/1



# U.S. Bankruptcy Court

### Delaware Bankruptcy - Wilmington

Paxtibi LLp                                                               Receipt Date: Sep 9, 2024 11:47AM

Rcpt. No: 10095188            Trans. Date: Sep 9, 2024 11:47AM              Cashier ID: #CH

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| TOC | TransferofClaim$ | 22-11068-JTD | 20 | 28.00 | 560.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CC | CREDIT | | | | $560.00 |

Total Due Prior to Payment: $560.00
Total Tendered: $560.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

Debtor: FTX Tradin

Exact change only.

```
COURTS/USBC-DE-T
   824 MARKET ST
 WILMINGTON, DE 19801
   (302) 252-2900

        SALE

                    REF#:  00000005
Batch #: 253001     RRN: 580100001
09/09/24                   11:55:39
APPR CODE: 113794
MASTERCARD          Manual  CP
************4225         **/**

AMOUNT          $560.00

         APPROVED

      CUSTOMER COPY
```