IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FTX TRADING LTD., ET AL., | Case No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Paxtibi LLP
221 W 9th St.
Wilmington, DE 19801
Tel: +971 504209612
Email: paxtibi.xyz@gmail.com

Name of Transferor

[name and address on file]

| Schedule/Claim No. | Creditor Name | % Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Kroll Schedule 7458060 | [REDACTED] | 100% | FTX Trading Ltd. | 22-11068 |
| Customer Code 00162769 | [REDACTED] | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

DocuSigned by:
*Federico Natali*
D5041B50C4DD4BD...

Role: Transferee/Transferee's Agent
Name: Federico Natali

## Identity of Transferor/Seller

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

Generated: Sep 9, 2024 11:47AM                                                                                          Page 1/1



# U.S. Bankruptcy Court

### Delaware Bankruptcy - Wilmington

Receipt Date: Sep 9, 2024 11:47AM

Paxtibi LLp

| Rcpt. No: 10095188 | | Trans. Date: Sep 9, 2024 11:47AM | | | Cashier ID: #CH |
|---|---|---|---|---|---|
| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
| TOC | TransferofClaim$ | 22-11068-JTD | 20 | 28.00 | 560.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | CREDIT | $560.00 |

Total Due Prior to Payment: $560.00
Total Tendered: $560.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

Debtor: FTX Tradin

Exact change only.

```
        COURTS/USBC-DE-T
           824 MARKET ST
         WILMINGTON, DE 19801
           (302) 252-2900

              SALE

                        REF#:  00000005
    Batch #: 253001     RRN: 580100001
    09/09/24                    11:55:39
    APPR CODE: 113794
    MASTERCARD              Manual CP
    ************4225            **/**

    AMOUNT         $560.00

             APPROVED


          CUSTOMER COPY
```