**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) ) ) | Case No. 22-11068 (JTD) |
| Debtors. | ) ) ) | (Jointly Administered) |

**COVER SHEET OF EIGHTEENTH MONTHLY FEE APPLICATION OF JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 1, 2024 TO AND INCLUDING MAY 31, 2024**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Order entered February 15, 2023 (effective as of December 23, 2022) [Docket No. 729] |
| Period for Which Compensation and Reimbursement Are Sought: | May 1, 2024 – May 31, 2024 |
| Amount of Compensation Requested: | $225,000.00 |
| Amount of Compensation Requested Immediately: | $180,000.00 |
| Amount of Compensation to be Held Back: | $45,000.00 |
| Amount of Expense Reimbursement Requested: | $1,018.00 |

This is a(n):  X  monthly     interim      final application

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

32064275.2

# EIGHTEENTH MONTHLY FEE APPLICATION OF JEFFERIES LLC

## HOURS BY PROFESSIONAL
## MAY 1, 2024 – MAY 31, 2024

**Jefferies LLC**
**Summary of Hours by Professional**
May 1, 2024 - May 31, 2024

| Name | Position | Hours |
|---|---|---|
| Michael O'Hara | Managing Director, Co-Head of US Debt Advisory and Restructuring | 11.5 |
| Ryan Hamilton | Senior Vice President, Debt Advisory and Restructuring | 23.0 |
| Daniel Homrich | Vice President, Debt Advisory and Restructuring | 16.5 |
| Jared Robinson | Associate, Debt Advisory and Restructuring | 10.5 |
| Lars Hultgren | Analyst, Debt Advisory and Restructuring | 38.0 |
| Sebastian Carri | Analyst, Debt Advisory and Restructuring | 54.5 |
| **Total** | | **154.0** |

# EIGHTEENTH MONTHLY FEE APPLICATION OF JEFFERIES LLC

## HOURS BY ACTIVITY
## MAY 1, 2024 – MAY 31, 2024

**Jefferies LLC**
**Summary of Hours by Category**
May 1, 2024 - May 31, 2024

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | 21.0 |
| 2 | Sale Process | - |
| 3 | Creditor Communication | 14.5 |
| 4 | Debtor Communication | 13.0 |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | - |
| 8 | Travel | - |
| 9 | Due Diligence / Analysis | 105.5 |
| 10 | Business Plan | - |
| 11 | Process Update and Case Strategy | - |
| **Total** | | **154.0** |

# EIGHTEENTH MONTHLY FEE APPLICATION OF JEFFERIES LLC

## EXPENSES BY CATEGORY
## MAY 1, 2024 – MAY 31, 2024

**Jefferies LLC**
Summary of Expenses by Category
May 1, 2024 - May 31, 2024

| Category | Expenses |
|---|---|
| Legal Fees | 1,018.00 |
| **Total** | **$1,018.00** |

32064275.2

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*,[1] | ) | Case No. 22-11068 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**EIGHTEENTH MONTHLY FEE APPLICATION OF JEFFERIES LLC
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM MAY 1, 2024 TO AND INCLUDING MAY 31, 2024**

Jefferies LLC ("Jefferies"), the investment banker for the official committee of unsecured creditors (the "Committee") in the chapter 11 cases of the above captioned debtors and debtors in possession (the "Debtors"), hereby submits this eighteenth monthly fee application (this "Monthly Fee Application"), pursuant to sections 328, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 435] (the "Interim Compensation Order"), requesting (a) allowance of compensation for professional services rendered on behalf of the Committee during the period from May 1, 2024 to and including May 31, 2024 (the "Compensation Period") in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

32064275.2

fees earned during the Compensation Period; and (c) allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with such services in the amount of $1,018.00.  In support of this Monthly Fee Application, Jefferies respectfully represents as follows:

## JURISDICTION AND VENUE

1. The United States Bankruptcy Court for the District of Delaware (this "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory and other bases for the relief requested in this Monthly Fee Application are sections 328(a), 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Rule 2016-2, and the Interim Compensation Order.

## BACKGROUND

3. On November 11 and November 14, 2022 (as applicable, the "Petition Date"), the Debtors filed their voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate their businesses and manage their properties as a debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

4. On January 15, 2022, the Office of the United States Trustee for Region 3 (the "U.S. Trustee") filed the *Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 231], and on December 20, 2022, the U.S. Trustee filed the *Amended Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 261].

5. On January 9, 2023, the Court entered the Interim Compensation Order, which generally sets forth the procedures for interim compensation and expense reimbursement for

32064275.2

retained professionals in the Debtors' chapter 11 cases. The Interim Compensation Order provides, among other things, that, after the twentieth (20th) day following service of a monthly fee application, the applicant may file a certificate of no objection with the Court, at which time the Debtors are authorized and directed to pay such professional eighty percent (80%) of the fees and 100 percent (100%) of the expenses requested in the monthly fee application that are not subject to an objection.

6. On January 18, 2023, the Committee filed an application to retain and employ Jefferies as its investment banker [Docket No. 520] (the "Retention Application"), effective as of December 23, 2022, pursuant to the terms of that certain engagement letter between Jefferies and the Committee, dated as of December 23, 2022 (the "Engagement Letter").[2] A copy of the Engagement Letter was appended to the Retention Order (as defined below) as Exhibit 1.

7. On February 15, 2023, the Court entered the order approving the Retention Application [Docket No. 729] (the "Retention Order"). The Retention Order, among other things, approved the Engagement Letter, as modified by the Retention Order, pursuant to section 328(a) of the Bankruptcy Code, and authorized the Debtors to pay, reimburse, and indemnify Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter.

## RELIEF REQUESTED

8. By this Monthly Fee Application, Jefferies requests (a) allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) allowance and

---

[2] Unless otherwise stated, all capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Engagement Letter.

32064275.2

3

reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with such services in the amount of $1,018.00.

9. The $225,000.00 in fees requested herein are on account of the $225,000.00 Monthly Fee payable to Jefferies on May 23, 2024 in accordance with the Engagement Letter.

10. Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order. Such time records are attached hereto as **Exhibit A**. During the Compensation Period, Jefferies professionals spent approximately 154.0 hours providing investment banking services to the Committee.

11. The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters. Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

12. There is no agreement or understanding between Jefferies and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in these chapter 11 cases.

## ACTUAL AND NECESSARY EXPENSES

13. Jefferies incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Engagement Letter. As set forth in detail on the attached **Exhibit B**, Jefferies' total expenses for the Compensation Period are $1,018.00.[3]

---

[3] The expense reimbursements requested herein may not include certain expenses incurred by Jefferies during the Compensation Period but not processed as of the date hereof. Any such expenses will be included in future monthly fee applications.

32064275.2

4

5

## CERTIFICATION OF COMPLIANCE

14. The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that, to the best of his knowledge, information and belief, this Monthly Fee Application complies with that rule.

[*Remainder of page intentionally left blank.*]

32064275.2

WHEREFORE, Jefferies respectfully requests (a) allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with such services in the amount of $1,018.00.

Dated: September 10, 2024  
New York, New York

JEFFERIES LLC

   */s/ Leon Szlezinger*  
Leon Szlezinger  
Managing Director and Joint Global Head of  
Debt Advisory & Restructuring  
JEFFERIES LLC

32064275.2

# Exhibit A

**Time Records of Jefferies Professionals**

**Jefferies LLC**
*May 1, 2024 - May 31, 2024*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 05/01/24 | Michael O'Hara | *Review of FTX Japan bids* | 0.5 | 9 |
| 05/04/24 | Michael O'Hara | *Review of FTX Japan bids* | 0.5 | 9 |
| 05/10/24 | Michael O'Hara | *Prepare for call with creditor* | 0.5 | 9 |
| 05/10/24 | Michael O'Hara | *Call with creditor* | 0.5 | 3 |
| 05/13/24 | Michael O'Hara | *Call with Paul Hastings re: plan questions* | 0.5 | 3 |
| 05/14/24 | Michael O'Hara | *Review Anthropic book* | 1.0 | 9 |
| 05/15/24 | Michael O'Hara | *Call with Debtors re: Anthropic* | 0.5 | 4 |
| 05/17/24 | Michael O'Hara | *Prepare for call with UCC* | 0.5 | 9 |
| 05/17/24 | Michael O'Hara | *Call with UCC* | 0.5 | 3 |
| 05/20/24 | Michael O'Hara | *Review Anthropic book* | 1.0 | 9 |
| 05/20/24 | Michael O'Hara | *Review FTX Japan bids* | 0.5 | 9 |
| 05/21/24 | Michael O'Hara | *Review Anthropic sale notice* | 0.5 | 9 |
| 05/21/24 | Michael O'Hara | *Call with Debtors and potential distribution agent* | 0.5 | 4 |
| 05/23/24 | Michael O'Hara | *Review FTX Japan bids* | 0.5 | 9 |
| 05/23/24 | Michael O'Hara | *Omnibus hearing* | 2.0 | 1 |
| 05/29/24 | Michael O'Hara | *Review Anthropic sale notice* | 0.5 | 9 |
| 05/29/24 | Michael O'Hara | *Prepare for call with debtors* | 0.5 | 9 |
| 05/29/24 | Michael O'Hara | *Call with debtors re: Anthropic sale* | 0.5 | 4 |
| | | **May 1, 2024 - May 31, 2024 Hours for Michael O'Hara** | **11.5** | |
| 05/01/24 | Ryan Hamilton | *Review of FTX Japan bids* | 0.5 | 9 |
| 05/02/24 | Ryan Hamilton | *Correspondence with Debtors / committee professionals re: de minimis assets* | 0.5 | 4 |
| 05/04/24 | Ryan Hamilton | *Review of FTX Japan bids* | 0.5 | 9 |
| 05/04/24 | Ryan Hamilton | *Review of de minimis assets* | 0.5 | 9 |
| 05/06/24 | Ryan Hamilton | *Review of de minimis assets* | 0.5 | 9 |
| 05/07/24 | Ryan Hamilton | *Correspondence with Paul Hastings re: litigation settlements* | 0.5 | 3 |
| 05/08/24 | Ryan Hamilton | *Correspondence with UCC advisors re: de minimis capital call* | 0.5 | 3 |
| 05/08/24 | Ryan Hamilton | *Correspondence with UCC advisors re: sale of de minimis assets* | 0.5 | 3 |
| 05/08/24 | Ryan Hamilton | *Review plan and disclosure statement* | 2.0 | 9 |
| 05/08/24 | Ryan Hamilton | *Review of de minimis assets* | 1.0 | 9 |
| 05/10/24 | Ryan Hamilton | *Prepare for call with creditor* | 0.5 | 9 |
| 05/10/24 | Ryan Hamilton | *Call with creditor* | 0.5 | 3 |
| 05/13/24 | Ryan Hamilton | *Call with Paul Hastings re: plan questions* | 0.5 | 3 |
| 05/14/24 | Ryan Hamilton | *Review disclosure statement presentation* | 0.5 | 9 |
| 05/14/24 | Ryan Hamilton | *Review Anthropic book* | 1.0 | 9 |
| 05/15/24 | Ryan Hamilton | *Call with Debtors re: Anthropic* | 0.5 | 4 |
| 05/17/24 | Ryan Hamilton | *Prepare for call with UCC* | 0.5 | 9 |
| 05/17/24 | Ryan Hamilton | *Call with UCC* | 0.5 | 3 |
| 05/20/24 | Ryan Hamilton | *Review Anthropic book* | 1.0 | 9 |
| 05/20/24 | Ryan Hamilton | *Review FTX Japan bids* | 0.5 | 9 |
| 05/20/24 | Ryan Hamilton | *Review plan related settlement disclosure* | 0.5 | 9 |
| 05/21/24 | Ryan Hamilton | *Call with Debtors and potential distribution agent* | 0.5 | 4 |
| 05/21/24 | Ryan Hamilton | *Review Anthropic sale notice* | 0.5 | 9 |
| 05/22/24 | Ryan Hamilton | *Internal call with D. Homrich, J. Robinson, L. Hultgren, S. Carri re: transition planning* | 0.5 | 4 |
| 05/23/24 | Ryan Hamilton | *Review FTX Japan bids* | 0.5 | 9 |
| 05/23/24 | Ryan Hamilton | *Correspondence with UCC re: venture assets* | 1.0 | 3 |
| 05/23/24 | Ryan Hamilton | *Omnibus hearing* | 2.0 | 1 |
| 05/24/24 | Ryan Hamilton | *Correspondence with FTI re: FTX Japan and venture assets* | 0.5 | 9 |
| 05/28/24 | Ryan Hamilton | *Review FTX Japan bids* | 2.0 | 9 |
| 05/29/24 | Ryan Hamilton | *Review note to UCC re: venture assets* | 0.5 | 9 |
| 05/29/24 | Ryan Hamilton | *Correspondance with debtors re: FTX Japan bids* | 0.5 | 9 |
| 05/29/24 | Ryan Hamilton | *Review Anthropic sale notice* | 0.5 | 9 |
| 05/29/24 | Ryan Hamilton | *Call with debtors re: Anthropic sale* | 0.5 | 4 |
| | | **May 1, 2024 - May 31, 2024 Hours for Ryan Hamilton** | **23.0** | |

**Jefferies LLC**
*May 1, 2024 - May 31, 2024*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 05/01/24 | Daniel Homrich | *Review of FTX Japan bids* | 0.5 | 9 |
| 05/04/24 | Daniel Homrich | *Review of FTX Japan bids* | 0.5 | 9 |
| 05/04/24 | Daniel Homrich | *Review of de minimis assets* | 0.5 | 9 |
| 05/06/24 | Daniel Homrich | *Correspondence with Paul Hastings re: de minmis assets* | 0.5 | 3 |
| 05/06/24 | Daniel Homrich | *Review of de minimis assets* | 0.5 | 9 |
| 05/07/24 | Daniel Homrich | *Correspondence with Paul Hastings re: litigation settlements* | 0.5 | 3 |
| 05/09/24 | Daniel Homrich | *Internal call with L. Hultgren and S. Carri re: diligence on litigation settlements* | 0.5 | 9 |
| 05/10/24 | Daniel Homrich | *Call with creditor* | 0.5 | 3 |
| 05/13/24 | Daniel Homrich | *Call with Paul Hastings re: plan questions* | 0.5 | 3 |
| 05/15/24 | Daniel Homrich | *Call with Debtors re: Anthropic* | 0.5 | 4 |
| 05/14/24 | Daniel Homrich | *Review Anthropic book* | 1.0 | 9 |
| 05/17/24 | Daniel Homrich | *Call with UCC* | 0.5 | 3 |
| 05/20/24 | Daniel Homrich | *Review Anthropic book* | 1.0 | 9 |
| 05/20/24 | Daniel Homrich | *Review FTX Japan bids* | 0.5 | 9 |
| 05/21/24 | Daniel Homrich | *Review Anthropic sale notice* | 0.5 | 9 |
| 05/21/24 | Daniel Homrich | *Call with Debtors and potential distribution agent* | 0.5 | 4 |
| 05/22/24 | Daniel Homrich | *Internal call with R. Hamilton, J. Robinson, L. Hultgren, S. Carri re: transition planning* | 0.5 | 4 |
| 05/23/24 | Daniel Homrich | *Review FTX Japan bids* | 0.5 | 9 |
| 05/23/24 | Daniel Homrich | *Omnibus hearing* | 2.0 | 1 |
| 05/28/24 | Daniel Homrich | *Review FTX Japan bids* | 2.0 | 9 |
| 05/29/24 | Daniel Homrich | *Review note to UCC re: venture assets* | 0.5 | 9 |
| 05/29/24 | Daniel Homrich | *Correspondance with debtors re: FTX Japan bids* | 0.5 | 9 |
| 05/29/24 | Daniel Homrich | *Review Anthropic sale notice* | 0.5 | 9 |
| 05/29/24 | Daniel Homrich | *Call with debtors re: Anthropic sale* | 0.5 | 4 |
| 05/29/24 | Daniel Homrich | *Internal call with J. Robinson, L. Hultgren, and S. Carri re: diligence on litigation settlements* | 0.5 | 9 |
| | | **May 1, 2024 - May 31, 2024 Hours for Daniel Homrich** | **16.5** | |
| 05/20/24 | Jared Robinson | *Review of FTX Japan bids* | 0.5 | 9 |
| 05/20/24 | Jared Robinson | *Review Anthropic book* | 1.0 | 9 |
| 05/20/24 | Jared Robinson | *Review FTX Japan bids* | 0.5 | 9 |
| 05/21/24 | Jared Robinson | *Review Anthropic sale notice* | 0.5 | 9 |
| 05/21/24 | Jared Robinson | *Call with Debtors and potential distribution agent* | 0.5 | 4 |
| 05/22/24 | Jared Robinson | *Internal call with R. Hamilton, D. Homrich, L. Hultgren, S. Carri re: transition planning* | 0.5 | 4 |
| 05/23/24 | Jared Robinson | *Review FTX Japan bids* | 0.5 | 9 |
| 05/23/24 | Jared Robinson | *Omnibus hearing* | 2.0 | 1 |
| 05/28/24 | Jared Robinson | *Review FTX Japan bids* | 2.0 | 9 |
| 05/29/24 | Jared Robinson | *Review note to UCC re: venture assets* | 0.5 | 9 |
| 05/29/24 | Jared Robinson | *Correspondance with debtors re: FTX Japan bids* | 0.5 | 9 |
| 05/29/24 | Jared Robinson | *Review Anthropic sale notice* | 0.5 | 9 |
| 05/29/24 | Jared Robinson | *Call with debtors re: Anthropic sale* | 0.5 | 4 |
| 05/29/24 | Jared Robinson | *Internal call with D. Homrich, L. Hultgren, and S. Carri re: diligence on litigation settlements* | 0.5 | 9 |
| | | **May 1, 2024 - May 31, 2024 Hours for Jared Robinson** | **10.5** | |

**Jefferies LLC**
*May 1, 2024 - May 31, 2024*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 05/01/24 | Lars Hultgren | Review of FTX Japan bids | 0.5 | 9 |
| 05/04/24 | Lars Hultgren | Review of FTX Japan bids | 0.5 | 9 |
| 05/04/24 | Lars Hultgren | Review of de minimis assets | 0.5 | 9 |
| 05/06/24 | Lars Hultgren | Review of de minimis assets | 0.5 | 9 |
| 05/07/24 | Lars Hultgren | Correspondence with Paul Hastings re: litigation settlements | 0.5 | 3 |
| 05/08/24 | Lars Hultgren | Correspondence with Paul Hastings re: litigation settlements | 0.5 | 3 |
| 05/08/24 | Lars Hultgren | Review Relativity database | 2.0 | 9 |
| 05/08/24 | Lars Hultgren | Call with Paul Hastings re: Relativity Database | 0.5 | 3 |
| 05/08/24 | Lars Hultgren | Review Relativity database | 1.0 | 9 |
| 05/09/24 | Lars Hultgren | Internal call with D. Homrich and S. Carri re: diligence on litigation settlements | 0.5 | 9 |
| 05/10/24 | Lars Hultgren | Call with creditor | 0.5 | 3 |
| 05/10/24 | Lars Hultgren | Review Relativity database | 1.0 | 9 |
| 05/13/24 | Lars Hultgren | Call with Paul Hastings re: plan questions | 0.5 | 3 |
| 05/13/24 | Lars Hultgren | Review Relativity database | 2.0 | 9 |
| 05/14/24 | Lars Hultgren | Correspondence with Debtors re: venture assets | 0.5 | 4 |
| 05/14/24 | Lars Hultgren | Review Relativity database | 2.0 | 9 |
| 05/14/24 | Lars Hultgren | Review Anthropic book | 1.0 | 9 |
| 05/15/24 | Lars Hultgren | Call with Debtors re: Anthropic | 0.5 | 4 |
| 05/15/24 | Lars Hultgren | Review Relativity database | 2.0 | 9 |
| 05/16/24 | Lars Hultgren | Review Relativity database | 2.0 | 9 |
| 05/17/24 | Lars Hultgren | Call with UCC | 0.5 | 3 |
| 05/20/24 | Lars Hultgren | Review Anthropic book | 1.0 | 9 |
| 05/20/24 | Lars Hultgren | Review FTX Japan bids | 0.5 | 9 |
| 05/20/24 | Lars Hultgren | Review Relativity database | 2.0 | 9 |
| 05/21/24 | Lars Hultgren | Review Anthropic sale notice | 0.5 | 9 |
| 05/21/24 | Lars Hultgren | Call with Debtors and potential distribution agent | 0.5 | 4 |
| 05/22/24 | Lars Hultgren | Internal call with R. Hamilton, D. Homrich, J. Robinson, S. Carri re: transition planning | 0.5 | 4 |
| 05/22/24 | Lars Hultgren | Review Relativity database | 2.0 | 9 |
| 05/23/24 | Lars Hultgren | Review FTX Japan bids | 0.5 | 9 |
| 05/23/24 | Lars Hultgren | Omnibus hearing | 2.0 | 1 |
| 05/24/24 | Lars Hultgren | Review Relativity database | 2.0 | 9 |
| 05/27/24 | Lars Hultgren | Review Relativity database | 2.0 | 9 |
| 05/28/24 | Lars Hultgren | Review FTX Japan bids | 2.0 | 9 |
| 05/29/24 | Lars Hultgren | Review note to UCC re: venture assets | 0.5 | 9 |
| 05/29/24 | Lars Hultgren | Correspondance with debtors re: FTX Japan bids | 0.5 | 9 |
| 05/30/24 | Lars Hultgren | Correspondance with Paul Hastings re: FTX Japan bids | 0.5 | 9 |
| 05/30/24 | Lars Hultgren | Review Anthropic sale notice | 0.5 | 9 |
| 05/29/24 | Lars Hultgren | Call with debtors re: Anthropic sale | 0.5 | 4 |
| 05/29/24 | Lars Hultgren | Internal call with D. Homrich, J. Robinson, and S. Carri re: diligence on litigation settlements | 0.5 | 9 |
| **May 1, 2024 - May 31, 2024 Hours for Lars Hultgren** | | | **38.0** | |

**Jefferies LLC**
*May 1, 2024 - May 31, 2024*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 05/01/24 | Sebastian Carri | Review of FTX Japan bids | 0.5 | 9 |
| 05/04/24 | Sebastian Carri | Review of FTX Japan bids | 0.5 | 9 |
| 05/04/24 | Sebastian Carri | Review of de minimis assets | 0.5 | 9 |
| 05/06/24 | Sebastian Carri | Review of de minimis assets | 0.5 | 9 |
| 05/07/24 | Sebastian Carri | Correspondence with Paul Hastings re: litigation settlements | 0.5 | 3 |
| 05/08/24 | Sebastian Carri | Prepare fee application | 1.0 | 1 |
| 05/08/24 | Sebastian Carri | Correspondence with Paul Hastings re: litigation settlements | 0.5 | 3 |
| 05/08/24 | Sebastian Carri | Call with Paul Hastings re: Relativity Database | 0.5 | 3 |
| 05/08/24 | Sebastian Carri | Review Relativity database | 2.0 | 9 |
| 05/08/24 | Sebastian Carri | Prepare fee application | 1.0 | 1 |
| 05/09/24 | Sebastian Carri | Internal call with D. Homrich and L. Hultgren re: diligence on litigation settlements | 0.5 | 9 |
| 05/09/24 | Sebastian Carri | Review Relativity database | 2.0 | 9 |
| 05/10/24 | Sebastian Carri | Call with creditor | 0.5 | 3 |
| 05/10/24 | Sebastian Carri | Review Relativity database | 2.0 | 9 |
| 05/13/24 | Sebastian Carri | Call with Paul Hastings re: plan questions | 0.5 | 3 |
| 05/13/24 | Sebastian Carri | Review Relativity database | 2.0 | 9 |
| 05/14/24 | Sebastian Carri | Review Anthropic book | 1.0 | 9 |
| 05/14/24 | Sebastian Carri | Review Relativity database | 2.0 | 9 |
| 05/15/24 | Sebastian Carri | Call with Debtors re: Anthropic | 0.5 | 4 |
| 05/15/24 | Sebastian Carri | Review Relativity database | 2.0 | 9 |
| 05/16/24 | Sebastian Carri | Review Relativity database | 2.0 | 9 |
| 05/17/24 | Sebastian Carri | Call with UCC | 0.5 | 3 |
| 05/17/24 | Sebastian Carri | Prepare fee application | 1.0 | 1 |
| 05/17/24 | Sebastian Carri | Review Relativity database | 2.0 | 9 |
| 05/20/24 | Sebastian Carri | Review Anthropic book | 1.0 | 9 |
| 05/20/24 | Sebastian Carri | Review Relativity database | 2.0 | 9 |
| 05/21/24 | Sebastian Carri | Call with Debtors and potential distribution agent | 0.5 | 4 |
| 05/21/24 | Sebastian Carri | Review Relativity database | 2.0 | 9 |
| 05/22/24 | Sebastian Carri | Internal call with R. Hamilton, D. Homrich, J. Robinson, and L. Hultgren re: transition planning | 0.5 | 4 |
| 05/22/24 | Sebastian Carri | Review Relativity database | 2.0 | 9 |
| 05/23/24 | Sebastian Carri | Review FTX Japan bids | 0.5 | 9 |
| 05/23/24 | Sebastian Carri | Omnibus hearing | 2.0 | 1 |
| 05/23/24 | Sebastian Carri | Prepare fee application | 3.0 | 1 |
| 05/23/24 | Sebastian Carri | Prepare fee application | 1.0 | 1 |
| 05/23/24 | Sebastian Carri | Review Relativity database | 2.0 | 9 |
| 05/24/24 | Sebastian Carri | Prepare fee application | 1.0 | 1 |
| 05/25/24 | Sebastian Carri | Prepare fee application | 1.0 | 1 |
| 05/25/24 | Sebastian Carri | Review Relativity database | 2.0 | 9 |
| 05/28/24 | Sebastian Carri | Review FTX Japan bids | 2.0 | 9 |
| 05/28/24 | Sebastian Carri | Correspondence with Debtors re: FTX Japan | 1.0 | 4 |
| 05/28/24 | Sebastian Carri | Review Relativity database | 2.0 | 9 |
| 05/29/24 | Sebastian Carri | Prepare note to UCC re: venture assets | 0.5 | 9 |
| 05/29/24 | Sebastian Carri | Correspondance with debtors re: FTX Japan bids | 0.5 | 9 |
| 05/29/24 | Sebastian Carri | Correspondance with Paul Hastings re: GDA | 0.5 | 3 |
| 05/29/24 | Sebastian Carri | Review Anthropic sale notice | 0.5 | 9 |
| 05/29/24 | Sebastian Carri | Call with debtors re: Anthropic sale | 0.5 | 4 |
| 05/29/24 | Sebastian Carri | Internal call with D. Homrich, J. Robinson, and L. Hultgren re: diligence on litigation settlements | 0.5 | 9 |

**May 1, 2024 - May 31, 2024 Hours for Sebastian Carri**     **54.5**

**Exhibit B**

**Expense Detail**

| Professional | User Date | Amount ($) | Expense Description |
|---|---|---|---|
| DENTONS | 6/14/2024 | 1,018.00 | LEGAL |
| **Total Expense** | | **$1,018.00** | |

32064275.2

![Dentons]

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Jefferies LLC
Attn: Cristina Passoni
520 Madison Avenue
New York NY 10022
United States

June 14, 2024

**Invoice No. 2758573**

Client/Matter: 09806540-000047

FTX Bankruptcy
8116

Payment Due Upon Receipt

Total This Invoice        $        1,018.00

Please return this page with your payment
To pay by E-Check - https://www.e-billexpress.com/ebpp/DentonsUS

Payments by check should be sent to:
Dentons US LLP
Dept. 3078
Carol Stream, IL  60132-3078

OR

Payment by wire transfer/ACH should be sent to:



**\*\*Please validate any request to change/update electronic payment instructions on file or mailing address by contacting Dentons US LLP directly\*\***

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
T. Labuda
at 1 312 876 8000

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Jefferies LLC
Attn: Cristina Passoni
520 Madison Avenue
New York NY 10022
United States

June 14, 2024

**Invoice No. 2758573**

Client/Matter:   09806540-000047

FTX Bankruptcy
8116

___

For Professional Services Rendered through May 31, 2024:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 05/29/24 | T. Labuda | 0.10 | 145.00 | Emails with Schrag and client re sixth interim fee statement. |
| 05/29/24 | S. Schrag | 0.10 | 97.00 | Review correspondence from J. Kochenash regarding fee statement and interim fee application. |
| 05/29/24 | S. Schrag | 0.50 | 485.00 | Draft fee statement. |
| 05/29/24 | S. Schrag | 0.30 | 291.00 | Confer with L. Hultgren regarding monthly and interim fee materials. |
| Total Hours | | 1.00 | | |
| Fee Amount | | | | $ 1,018.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| T. Labuda | $ 1,450.00 | 0.10 | $ 145.00 |
| S. Schrag | $ 970.00 | 0.90 | $ 873.00 |
| Totals | | 1.00 | $ 1,018.00 |

|   | Fee Total | $ | 1,018.00 |
|---|---|---|---|
|   | Invoice Total | $ | 1,018.00 |

2

**DENTONS**

Dentons US LLP  
233 South Wacker Drive  
Suite 5900  
Chicago, Illinois 60606-6361  

dentons.com

For your Information - Open Invoices

Jefferies LLC  
Attn: Cristina Passoni  
520 Madison Avenue  
New York NY 10022  
United States  
Client/Matter  #: 09806540-000047  
       FTX Bankruptcy  
       8116

June 14, 2024

## Statement of Account

According to our records, as of June 14, 2024, the amounts shown below are outstanding on this matter. If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 05/07/24 | 2748669 | $ 1,164.00 | $ 0.00 | $ 1,164.00 |
| 06/14/24 | 2758573 | $ 1,018.00 | $ 0.00 | $ 1,018.00 |
| | Total Outstanding Invoices | | | $ 2,182.00 |

Questions should be directed to:  
T. Labuda  
at 1 312 876 8000

Federal Tax I.D. Number 36-1796730

227748/065