## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FTX TRADING LTD., *et al.*,[1] | ) | Case No. 22-11068 (JTD) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

**COVER SHEET OF NINETEENTH MONTHLY FEE APPLICATION OF JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 1, 2024 TO AND INCLUDING JUNE 30, 2024**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Order entered February 15, 2023 (effective as of December 23, 2022) [Docket No. 729] |
| Period for Which Compensation and Reimbursement Are Sought: | June 1, 2024 – June 30, 2024 |
| Amount of Compensation Requested: | $225,000.00 |
| Amount of Compensation Requested Immediately: | $180,000.00 |
| Amount of Compensation to be Held Back: | $45,000.00 |
| Amount of Expense Reimbursement Requested: | $3,830.00 |

This is a(n):  X  monthly  ___  interim  ____  final application

---

[1]  The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

# NINETEENTH MONTHLY FEE APPLICATION OF JEFFERIES LLC

## HOURS BY PROFESSIONAL
## JUNE 1, 2024 – JUNE 30, 2024

**Jefferies LLC**
**Summary of Hours by Professional**
June 1, 2024 - June 30, 2024

| Name | Position | Hours |
|---|---|---|
| Michael O'Hara | Managing Director, Co-Head of US Debt Advisory and Restructuring | 9.5 |
| Gaurav Kittur | Managing Director, Co-Head of Global Internet Investment Banking | - |
| Ryan Hamilton | Senior Vice President, Debt Advisory and Restructuring | 19.0 |
| Daniel Homrich | Vice President, Debt Advisory and Restructuring | 3.5 |
| Jared Robinson | Associate, Debt Advisory and Restructuring | 19.5 |
| Lars Hultgren | Analyst, Debt Advisory and Restructuring | 5.0 |
| Sebastian Carri | Analyst, Debt Advisory and Restructuring | 36.0 |
| Chaz Jackson | Summer Analyst, Debt Advisory and Restructuring | 22.0 |
| **Total** | | **114.5** |

32064333.2

# NINETEENTH MONTHLY FEE APPLICATION OF JEFFERIES LLC

## HOURS BY ACTIVITY
## JUNE 1, 2024 – JUNE 30, 2024

**Jefferies LLC**
**Summary of Hours by Category**
June 1, 2024 - June 30, 2024

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | 15.0 |
| 2 | Sale Process | - |
| 3 | Creditor Communication | 6.5 |
| 4 | Debtor Communication | 5.0 |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | - |
| 8 | Travel | - |
| 9 | Due Diligence / Analysis | 88.0 |
| 10 | Business Plan | - |
| 11 | Process Update and Case Strategy | - |
| **Total** | | **114.5** |

**NINETEENTH MONTHLY FEE APPLICATION OF JEFFERIES LLC**

**EXPENSES BY CATEGORY**
**JUNE 1, 2024 – JUNE 30, 2024**

**Jefferies LLC**
Summary of Expenses by Category
June 1, 2024 - June 30, 2024

| Category | Expenses |
|---|---|
| Legal Fees | 3,830.00 |
| **Total** | **$3,830.00** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**NINETEENTH MONTHLY FEE APPLICATION OF JEFFERIES LLC
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM JUNE 1, 2024 TO AND INCLUDING JUNE 30, 2024**

Jefferies LLC ("Jefferies"), the investment banker for the official committee of unsecured creditors (the "Committee") in the chapter 11 cases of the above captioned debtors and debtors in possession (the "Debtors"), hereby submits this nineteenth monthly fee application (this "Monthly Fee Application"), pursuant to sections 328, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 435] (the "Interim Compensation Order"), requesting (a) allowance of compensation for professional services rendered on behalf of the Committee during the period from June 1, 2024 to and including June 30, 2024 (the "Compensation Period") in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

32064333.2

fees earned during the Compensation Period; and (c) allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with such services in the amount of $3,830.00.  In support of this Monthly Fee Application, Jefferies respectfully represents as follows:

**JURISDICTION AND VENUE**

1.    The United States Bankruptcy Court for the District of Delaware (this "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2.    The statutory and other bases for the relief requested in this Monthly Fee Application are sections 328(a), 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Rule 2016-2, and the Interim Compensation Order.

**BACKGROUND**

3.    On November 11 and November 14, 2022 (as applicable, the "Petition Date"), the Debtors filed their voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate their businesses and manage their properties as a debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

4.    On January 15, 2022, the Office of the United States Trustee for Region 3 (the "U.S. Trustee") filed the *Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 231], and on December 20, 2022, the U.S. Trustee filed the *Amended Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 261].

5.    On January 9, 2023, the Court entered the Interim Compensation Order, which generally sets forth the procedures for interim compensation and expense reimbursement for

retained professionals in the Debtors' chapter 11 cases.  The Interim Compensation Order provides, among other things, that, after the twentieth (20th) day following service of a monthly fee application, the applicant may file a certificate of no objection with the Court, at which time the Debtors are authorized and directed to pay such professional eighty percent (80%) of the fees and 100 percent (100%) of the expenses requested in the monthly fee application that are not subject to an objection.

6.      On January 18, 2023, the Committee filed an application to retain and employ Jefferies as its investment banker [Docket No. 520] (the "Retention Application"), effective as of December 23, 2022, pursuant to the terms of that certain engagement letter between Jefferies and the Committee, dated as of December 23, 2022 (the "Engagement Letter").[2]  A copy of the Engagement Letter was appended to the Retention Order (as defined below) as Exhibit 1.

7.      On February 15, 2023, the Court entered the order approving the Retention Application [Docket No. 729] (the "Retention Order").  The Retention Order, among other things, approved the Engagement Letter, as modified by the Retention Order, pursuant to section 328(a) of the Bankruptcy Code, and authorized the Debtors to pay, reimburse, and indemnify Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter.

## **RELIEF REQUESTED**

8.      By this Monthly Fee Application, Jefferies requests (a) allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) allowance and

---

[2]    Unless otherwise stated, all capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Engagement Letter.

reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with such services in the amount of $3,830.00.

9.      The $225,000.00 in fees requested herein are on account of the $225,000.00 Monthly Fee payable to Jefferies on June 23, 2024 in accordance with the Engagement Letter.

10.     Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order.  Such time records are attached hereto as **Exhibit A**.  During the Compensation Period, Jefferies professionals spent approximately 114.5 hours providing investment banking services to the Committee.

11.     The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters.  Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

12.     There is no agreement or understanding between Jefferies and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in these chapter 11 cases.

## ACTUAL AND NECESSARY EXPENSES

13.     Jefferies incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Engagement Letter.  As set forth in detail on the

attached **Exhibit B**, Jefferies' total expenses for the Compensation Period are $3,830.00.[3]

## CERTIFICATION OF COMPLIANCE

14.     The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies

that, to the best of his knowledge, information and belief, this Monthly Fee Application complies

with that rule.

*[Remainder of page intentionally left blank.]*

---

[3]   The expense reimbursements requested herein may not include certain expenses incurred by Jefferies during the Compensation Period but not processed as of the date hereof.  Any such expenses will be included in future monthly fee applications.

WHEREFORE, Jefferies respectfully requests (a) allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with such services in the amount of $3,830.00.


Dated: September 10, 2024                           JEFFERIES LLC
New York, New York


                                                    _/s/ Leon Szlezinger_____
                                                    Leon Szlezinger
                                                    Managing Director and Joint Global Head of
                                                    Debt Advisory & Restructuring
                                                    JEFFERIES LLC

**<u>Exhibit A</u>**

**Time Records of Jefferies Professionals**

32064333.2

**Jefferies LLC**
*June 1, 2024 - June 30, 2024*

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 06/03/24 | Michael O'Hara | Review of Debtors' Motion to Approve Settlement with IRS | 1.0 | 9 |
| 06/04/24 | Michael O'Hara | Review FTX Japan sale process update | 1.0 | 9 |
| 06/04/24 | Michael O'Hara | Review of litigation settlement asset performance | 1.0 | 9 |
| 06/05/24 | Michael O'Hara | Review FTX Japan sale process update | 1.0 | 9 |
| 06/07/24 | Michael O'Hara | Correspondence with UCC, Ad Hoc Group, and Debtors re: Anthropic | 0.5 | 9 |
| 06/11/24 | Michael O'Hara | Review of de minimis asset offer | 0.5 | 9 |
| 06/17/24 | Michael O'Hara | Review of plan support letter | 0.5 | 9 |
| 06/20/24 | Michael O'Hara | Review of FTX Japan sale motion | 0.5 | 9 |
| 06/20/24 | Michael O'Hara | Call with Debtors re: bi-weekly process update call | 0.5 | 4 |
| 06/24/24 | Michael O'Hara | Weekly call with UCC advisors | 0.5 | 3 |
| 06/25/24 | Michael O'Hara | Attend Disclosure Statement Hearing (electronically) | 2.0 | 1 |
| 06/28/24 | Michael O'Hara | Review of de minimis offer summary | 0.5 | 9 |
| | | **June 1, 2024 - June 30, 2024 Hours for Michael O'Hara** | **9.5** | |
| 06/03/24 | Ryan Hamilton | Review of Debtors' Motion to Approve Settlement with IRS | 1.0 | 9 |
| 06/04/24 | Ryan Hamilton | Internal call with D. Homrich, J. Robinson, L. Hultgren, and S. Carri re: venture portfolio | 0.5 | 9 |
| 06/04/24 | Ryan Hamilton | Review FTX Japan sale process update | 1.0 | 9 |
| 06/04/24 | Ryan Hamilton | Review of litigation settlement asset performance | 1.0 | 9 |
| 06/05/24 | Ryan Hamilton | Review FTX Japan sale process update | 1.0 | 9 |
| 06/05/24 | Ryan Hamilton | Review fee application | 1.0 | 1 |
| 06/07/24 | Ryan Hamilton | Internal call with J. Robinson, L. Hultgren, and S. Carri re: expenses | 0.5 | 9 |
| 06/10/24 | Ryan Hamilton | Review fee application | 1.0 | 1 |
| 06/11/24 | Ryan Hamilton | Review of de minimis asset offer | 0.5 | 9 |
| 06/12/24 | Ryan Hamilton | Review de minimis asset summary | 1.0 | 9 |
| 06/15/24 | Ryan Hamilton | Review de minimis asset summary | 1.0 | 9 |
| 06/17/24 | Ryan Hamilton | Review of plan support letter | 0.5 | 9 |
| 06/20/24 | Ryan Hamilton | Review of FTX Japan sale motion | 0.5 | 9 |
| 06/20/24 | Ryan Hamilton | Call with Debtors re: bi-weekly process update call | 0.5 | 4 |
| 06/20/24 | Ryan Hamilton | Correspondence with Paul Hastings re:  litigation settlement process update | 0.5 | 3 |
| 06/21/24 | Ryan Hamilton | Review de minimis asset materials | 0.5 | 9 |
| 06/24/24 | Ryan Hamilton | Review venture asset summary materials | 2.0 | 9 |
| 06/24/24 | Ryan Hamilton | Weekly call with UCC advisors | 0.5 | 3 |
| 06/24/24 | Ryan Hamilton | Correspondence with Paul Hastings re: FTX venture sales | 0.5 | 3 |
| 06/25/24 | Ryan Hamilton | Attend Disclosure Statement Hearing (electronically) | 2.0 | 1 |
| 06/25/24 | Ryan Hamilton | Correspondence with Paul Hastings re: FTX Japan | 0.5 | 3 |
| 06/28/24 | Ryan Hamilton | Review of de minimis offer summary | 0.5 | 9 |
| 06/28/24 | Ryan Hamilton | Correspondence with creditor | 0.5 | 3 |
| 06/28/24 | Ryan Hamilton | Internal discussion re: de minimis asset sale | | |
| 06/28/24 | Ryan Hamilton | Review de minimis asset materials | 0.5 | 9 |
| | | **June 1, 2024 - June 30, 2024 Hours for Ryan Hamilton** | **19.0** | |
| 06/03/24 | Daniel Homrich | Review of litigation settlement materials | 1.0 | 9 |
| 06/04/24 | Daniel Homrich | Internal call with R. Hamilton, J. Robinson, L. Hultgren, and S. Carri | 0.5 | 9 |
| 06/05/24 | Daniel Homrich | Review FTX Japan sale process update | 1.0 | 9 |
| 06/06/24 | Daniel Homrich | Call with Debtors re: venture assets | 1.0 | 4 |
| | | **June 1, 2024 - June 30, 2024 Hours for Daniel Homrich** | **3.5** | |
| 06/01/24 | Jared Robinson | Review of FTX Japan bids | 0.5 | 9 |
| 06/04/24 | Jared Robinson | Internal call with R. Hamilton, D. Homrich, L. Hultgren, and S. Carri | 0.5 | 9 |
| 06/04/24 | Jared Robinson | Review FTX Japan sale process update | 1.0 | 9 |
| 06/04/24 | Jared Robinson | Review of litigation settlement asset performance | 1.0 | 9 |
| 06/05/24 | Jared Robinson | Review FTX Japan sale process update | 1.0 | 9 |
| 06/07/24 | Jared Robinson | Internal call with R. Hamilton, L. Hultgren, and S. Carri re: expenses | 0.5 | 9 |
| 06/11/24 | Jared Robinson | Review of de minimis asset offer | 1.0 | 9 |
| 06/12/24 | Jared Robinson | Prepare de minimis asset summary | 2.0 | 9 |
| 06/15/24 | Jared Robinson | Prepare de minimis asset summary | 1.0 | 9 |
| 06/17/24 | Jared Robinson | Review of plan support letter | 0.5 | 9 |
| 06/20/24 | Jared Robinson | Review of FTX Japan sale motion | 0.5 | 9 |
| 06/20/24 | Jared Robinson | Call with Debtors re: bi-weekly process update call | 0.5 | 4 |
| 06/21/24 | Jared Robinson | Review de minimis asset materials | 0.5 | 9 |
| 06/23/24 | Jared Robinson | Prepare venture asset summary materials | 4.0 | 9 |
| 06/24/24 | Jared Robinson | Weekly call with UCC advisors | 0.5 | 3 |
| 06/24/24 | Jared Robinson | Prepare venture asset summary materials | 1.0 | 9 |
| 06/24/24 | Jared Robinson | Correspondence with Debtors re: FTX japan | 0.5 | 4 |
| 06/25/24 | Jared Robinson | Attend Disclosure Statement Hearing (electronically) | 2.0 | 1 |
| 06/28/24 | Jared Robinson | Review of de minimis offer summary | 0.5 | 9 |
| 06/28/24 | Jared Robinson | Review de minimis asset materials | 0.5 | 9 |
| | | **June 1, 2024 - June 30, 2024 Hours for Jared Robinson** | **19.5** | |
| 06/03/24 | Lars Hultgren | Review fee application | 1.0 | 1 |
| 06/04/24 | Lars Hultgren | Internal call with R. Hamilton, D. Homrich, J. Robinson, and S. Carri | 0.5 | 9 |
| 06/04/24 | Lars Hultgren | Review FTX Japan sale process update | 1.0 | 9 |
| 06/04/24 | Lars Hultgren | Review of litigation settlement asset performance | 1.0 | 9 |
| 06/05/24 | Lars Hultgren | Review FTX Japan sale process update | 1.0 | 9 |
| 06/07/24 | Lars Hultgren | Internal call with R. Hamilton, J. Robinson, and S. Carri re: expenses | 0.5 | 9 |
| | | **June 1, 2024 - June 30, 2024 Hours for Lars Hultgren** | **5.0** | |

**Jefferies LLC**
*June 1, 2024 - June 30, 2024*

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 06/03/24 | Sebastian Carri | *Review of litigation settlement materials* | 2.0 | 9 |
| 06/03/24 | Sebastian Carri | *Review Relativity database* | 2.0 | 9 |
| 06/03/24 | Sebastian Carri | *Prepare fee process application* | 2.0 | 1 |
| 06/04/24 | Sebastian Carri | *Review FTX Japan sale process update* | 1.0 | 9 |
| 06/04/24 | Sebastian Carri | *Internal call with R. Hamilton, D. Homrich, J. Robinson, and L. Hultgren* | 0.5 | 9 |
| 06/04/24 | Sebastian Carri | *Review of litigation settlement asset performance* | 1.0 | 9 |
| 06/04/24 | Sebastian Carri | *Review Relativity database* | 2.0 | 9 |
| 06/05/24 | Sebastian Carri | *Review FTX Japan sale process update* | 1.0 | 9 |
| 06/05/24 | Sebastian Carri | *Review Relativity database* | 2.0 | 9 |
| 06/07/24 | Sebastian Carri | *Internal call with R. Hamilton, J. Robinson, and L. Hultgren re: expenses* | 0.5 | 9 |
| 06/11/24 | Sebastian Carri | *Review of de minimis asset offer* | 1.0 | 9 |
| 06/11/24 | Sebastian Carri | *Review Relativity database* | 2.0 | 9 |
| 06/12/24 | Sebastian Carri | *Prepare de minimis asset summary* | 2.0 | 9 |
| 06/12/24 | Sebastian Carri | *Review Relativity database* | 2.0 | 9 |
| 06/14/24 | Sebastian Carri | *Correspondence with Paul Hastings re: FTX Japan and de minimis asset sale* | 0.5 | 3 |
| 06/15/24 | Sebastian Carri | *Prepare de minimis asset summary* | 1.0 | 9 |
| 06/13/24 | Sebastian Carri | *Internal discussion with C. Jackson re: venture portfolio assets* | 0.5 | 9 |
| 06/17/24 | Sebastian Carri | *Review of plan support letter* | 0.5 | 9 |
| 06/17/24 | Sebastian Carri | *Correspondence with Debtors re: FTX Japan and asset sale proceeds* | 0.5 | 4 |
| 06/20/24 | Sebastian Carri | *Review of FTX Japan sale motion* | 0.5 | 9 |
| 06/20/24 | Sebastian Carri | *Call with Debtors re: bi-weekly process update call* | 0.5 | 4 |
| 06/21/24 | Sebastian Carri | *Review de minimis asset materials* | 0.5 | 9 |
| 06/23/24 | Sebastian Carri | *Prepare venture asset summary materials* | 4.0 | 9 |
| 06/24/24 | Sebastian Carri | *Prepare venture asset summary materials* | 1.0 | 9 |
| 06/24/24 | Sebastian Carri | *Weekly call with UCC advisors* | 0.5 | 3 |
| 06/24/24 | Sebastian Carri | *Correspondence with Paul Hastings re: FTX venture sales* | 0.5 | 3 |
| 06/25/24 | Sebastian Carri | *Attend Disclosure Statement Hearing (electronically)* | 2.0 | 1 |
| 06/28/24 | Sebastian Carri | *Review of de minimis offer summary* | 0.5 | 9 |
| 06/28/24 | Sebastian Carri | *Prepare de minimis asset materials* | 2.0 | 9 |
| | | **June 1, 2024 - June 30, 2024 Hours for Sebastian Carri** | **36.0** | |
| | | | | |
| 06/11/24 | Chaz Jackson | *Review of de minimis asset offer* | 1.0 | 9 |
| 06/11/24 | Chaz Jackson | *Review Relativity database* | 2.0 | 9 |
| 06/12/24 | Chaz Jackson | *Prepare de minimis asset summary* | 2.0 | 9 |
| 06/12/24 | Chaz Jackson | *Review Relativity database* | 2.0 | 9 |
| 06/14/24 | Chaz Jackson | *Correspondence with Paul Hastings re: FTX Japan and de minimis asset sale* | 0.5 | 3 |
| 06/15/24 | Chaz Jackson | *Prepare de minimis asset summary* | 1.0 | 9 |
| 06/13/24 | Chaz Jackson | *Internal discussion with C. Jackson re: venture portfolio assets* | 0.5 | 9 |
| 06/17/24 | Chaz Jackson | *Review of plan support letter* | 0.5 | 9 |
| 06/17/24 | Chaz Jackson | *Correspondence with Debtors re: FTX Japan and asset sale proceeds* | 0.5 | 4 |
| 06/20/24 | Chaz Jackson | *Review of FTX Japan sale motion* | 0.5 | 9 |
| 06/20/24 | Chaz Jackson | *Call with Debtors re: bi-weekly process update call* | 0.5 | 4 |
| 06/21/24 | Chaz Jackson | *Review de minimis asset materials* | 0.5 | 9 |
| 06/23/24 | Chaz Jackson | *Prepare venture asset summary materials* | 4.0 | 9 |
| 06/24/24 | Chaz Jackson | *Prepare venture asset summary materials* | 1.0 | 9 |
| 06/24/24 | Chaz Jackson | *Weekly call with UCC advisors* | 0.5 | 3 |
| 06/24/24 | Chaz Jackson | *Correspondence with Paul Hastings re: FTX venture sales* | 0.5 | 3 |
| 06/25/24 | Chaz Jackson | *Attend Disclosure Statement Hearing (electronically)* | 2.0 | 1 |
| 06/28/24 | Chaz Jackson | *Review of de minimis offer summary* | 0.5 | 9 |
| 06/28/24 | Chaz Jackson | *Prepare de minimis asset materials* | 2.0 | 9 |
| | | **June 1, 2024 - June 30, 2024 Hours for Chaz Jackson** | **22.0** | |

**Exhibit B**

**Expense Detail**

**Expense Detail**
June 1 - June 30, 2024

| Professional | User Date | Amount ($) | Expense Description |
|---|---|---|---|
| DENTONS | 7/12/2024 | 3,830.00 | LEGAL |
| **Total Expense** | | **$3,830.00** | |

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

Jefferies LLC
Attn: Cristina Passoni                                                    July 12, 2024
520 Madison Avenue
New York NY 10022                                          **Invoice No. 2765617**
United States

Client/Matter: 09806540-000047

FTX Bankruptcy
8116

Payment Due Upon Receipt

Total This Invoice                                        $        3,830.00

Please return this page with your payment
To pay by E-Check - https://www.e-billexpress.com/ebpp/DentonsUS

Payments by check should be sent to:          Payment by wire transfer/ACH should be sent to:
Dentons US LLP                                        Citi Private Bank
Dept. 3078                          OR          227 West Monroe, Chicago, IL 60606
Carol Stream, IL  60132-3078                          ABA Transit # ▮▮▮▮▮
                                                      Account #: ▮▮▮▮▮
                                              Account Name: Dentons US LLP
                                              Swift Code: ▮▮▮▮▮
                                              Reference: Invoice # and/or client matter #

**\*\*Please validate any request to change/update electronic payment instructions on
file or mailing address by contacting Dentons US LLP directly\*\***

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
T. Labuda
at 1 312 876 8000

**DENTONS**

Dentons US LLP    dentons.com
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

Jefferies LLC                                                July 12, 2024
Attn: Cristina Passoni
520 Madison Avenue                                  **Invoice No. 2765617**
New York NY 10022
United States

Client/Matter:   09806540-000047

FTX Bankruptcy
8116

---

For Professional Services Rendered through June 30, 2024:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 06/05/24 | S. Schrag | 0.10 | 97.00 | Review proposed Fifth Interim Fee Application Order and confirm details with J. Kochenash. |
| 06/05/24 | S. Schrag | 0.10 | 97.00 | Confer with L. Hultgren and S. Carri regarding fee statements and interim application. |
| 06/11/24 | S. Schrag | 0.10 | 97.00 | Confer with J. Kochenash regarding fee statements. |
| 06/11/24 | S. Schrag | 0.10 | 97.00 | Confer with S. Carri regarding fee statements. |
| 06/11/24 | S. Schrag | 1.10 | 1,067.00 | Finalize fee statements. |
| 06/12/24 | S. Schrag | 0.40 | 388.00 | Prepare supplement to interim fee application. |
| 06/13/24 | S. Schrag | 0.20 | 194.00 | Analyze interim fee application. |
| 06/13/24 | S. Schrag | 0.20 | 194.00 | Confer with D. Laskin regarding interim fee application. |
| 06/13/24 | S. Schrag | 0.20 | 194.00 | Prepare interim fee application. |
| 06/17/24 | S. Schrag | 0.20 | 194.00 | Analyze timing of upcoming filings and objection periods and confer with T. Labuda. |
| 06/26/24 | T. Labuda | 0.10 | 145.00 | Conference with Szlezinger re case status. |
| 06/26/24 | T. Labuda | 0.10 | 145.00 | Emails with Schrag re monthly fee statement. |
| 06/26/24 | S. Schrag | 0.50 | 485.00 | Draft fee statement. |
| 06/26/24 | S. Schrag | 0.30 | 291.00 | Communicate with J. Robinson and S. Carri regarding fee statement and interim fee application. |
| 06/28/24 | T. Labuda | 0.10 | 145.00 | Emails with Schrag and client team re fee filings. |

| Total Hours | 3.80 | | |
|---|---|---|---|
| Fee Amount | | | $ 3,830.00 |

FTX Bankruptcy
8116

July 12, 2024

Matter: 09806540-000047
Invoice No.: 2765617

<u>TIME AND FEE SUMMARY</u>

| <u>Timekeeper</u> | | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|---|---|---|---|---|
| T. Labuda | | $ 1,450.00 | 0.30 | $ 435.00 |
| S. Schrag | | $ 970.00 | <u>3.50</u> | <u>$ 3,395.00</u> |
| Totals | | | 3.80 | $ 3,830.00 |
| | Fee Total | $ | 3,830.00 | |
| | | | _____ | |
| | Invoice Total | $ | <u>3,830.00</u> | |