# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**COVER SHEET OF TWENTIETH MONTHLY FEE APPLICATION OF JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2024 TO AND INCLUDING JULY 31, 2024**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Order entered February 15, 2023 (effective as of December 23, 2022) [Docket No. 729] |
| Period for Which Compensation and Reimbursement Are Sought: | July 1, 2024 – July 31, 2024 |
| Amount of Compensation Requested: | $225,000.00 |
| Amount of Compensation Requested Immediately: | $180,000.00 |
| Amount of Compensation to be Held Back: | $45,000.00 |
| Amount of Expense Reimbursement Requested: | $16,264.93 |

This is a(n):  __X__ monthly  ____ interim  ____ final application

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

32064365.1

# TWENTIETH MONTHLY FEE APPLICATION OF JEFFERIES LLC

## HOURS BY PROFESSIONAL
## JULY 1, 2024 – JULY 31, 2024

**Jefferies LLC**
**Summary of Hours by Professional**
July 1, 2024 - July 31, 2024

| Name | Position | Hours |
|---|---|---|
| Michael O'Hara | Managing Director, Co-Head of US Debt Advisory and Restructuring | 7.5 |
| Gaurav Kittur | Managing Director, Co-Head of Global Internet Investment Banking | 0.5 |
| Ryan Hamilton | Senior Vice President, Debt Advisory and Restructuring | 11.0 |
| Jared Robinson | Associate, Debt Advisory and Restructuring | 16.0 |
| Sebastian Carri | Analyst, Debt Advisory and Restructuring | 13.5 |
| Chaz Jackson | Summer Analyst, Debt Advisory and Restructuring | 13.5 |
| **Total** | | **62.0** |

# TWENTIETH MONTHLY FEE APPLICATION OF JEFFERIES LLC

## HOURS BY ACTIVITY
## JULY 1, 2024 – JULY 31, 2024

**Jefferies LLC**
**Summary of Hours by Category**
July 1, 2024 - July 31, 2024

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | - |
| 2 | Sale Process | - |
| 3 | Creditor Communication | 7.0 |
| 4 | Debtor Communication | 9.0 |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | - |
| 8 | Travel | - |
| 9 | Due Diligence / Analysis | 46.0 |
| 10 | Business Plan | - |
| 11 | Process Update and Case Strategy | - |
| **Total** | | **62.0** |

32064365.1

c

# TWENTIETH MONTHLY FEE APPLICATION OF JEFFERIES LLC

## EXPENSES BY CATEGORY
## JULY 1, 2024 – JULY 31, 2024

**Jefferies LLC**
Summary of Expenses by Category
July 1, 2024 - July 31, 2024

| Category | Expenses |
|---|---:|
| Dataroom Fees | 15,682.93 |
| Legal Fees | 582.00 |
| **Total** | **$16,264.93** |

32064365.1

d

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (JTD) |
| Debtors. | ) (Jointly Administered) |

**TWENTIETH MONTHLY FEE APPLICATION OF JEFFERIES LLC
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM JULY 1, 2024 TO AND INCLUDING JULY 31, 2024**

Jefferies LLC ("Jefferies"), the investment banker for the official committee of unsecured creditors (the "Committee") in the chapter 11 cases of the above captioned debtors and debtors in possession (the "Debtors"), hereby submits this twentieth monthly fee application (this "Monthly Fee Application"), pursuant to sections 328, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 435] (the "Interim Compensation Order"), requesting (a) allowance of compensation for professional services rendered on behalf of the Committee during the period from July 1, 2024 to and including July 31, 2024 (the "Compensation Period") in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

32064365.1

fees earned during the Compensation Period; and (c) allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with such services in the amount of $16,264.93. In support of this Monthly Fee Application, Jefferies respectfully represents as follows:

**JURISDICTION AND VENUE**

1. The United States Bankruptcy Court for the District of Delaware (this "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory and other bases for the relief requested in this Monthly Fee Application are sections 328(a), 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Rule 2016-2, and the Interim Compensation Order.

**BACKGROUND**

3. On November 11 and November 14, 2022 (as applicable, the "Petition Date"), the Debtors filed their voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as a debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

4. On January 15, 2022, the Office of the United States Trustee for Region 3 (the "U.S. Trustee") filed the *Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 231], and on December 20, 2022, the U.S. Trustee filed the *Amended Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 261].

5. On January 9, 2023, the Court entered the Interim Compensation Order, which generally sets forth the procedures for interim compensation and expense reimbursement for

32064365.1

retained professionals in the Debtors' chapter 11 cases. The Interim Compensation Order provides, among other things, that, after the twentieth (20th) day following service of a monthly fee application, the applicant may file a certificate of no objection with the Court, at which time the Debtors are authorized and directed to pay such professional eighty percent (80%) of the fees and 100 percent (100%) of the expenses requested in the monthly fee application that are not subject to an objection.

6. On January 18, 2023, the Committee filed an application to retain and employ Jefferies as its investment banker [Docket No. 520] (the "Retention Application"), effective as of December 23, 2022, pursuant to the terms of that certain engagement letter between Jefferies and the Committee, dated as of December 23, 2022 (the "Engagement Letter").[2] A copy of the Engagement Letter was appended to the Retention Order (as defined below) as Exhibit 1.

7. On February 15, 2023, the Court entered the order approving the Retention Application [Docket No. 729] (the "Retention Order"). The Retention Order, among other things, approved the Engagement Letter, as modified by the Retention Order, pursuant to section 328(a) of the Bankruptcy Code, and authorized the Debtors to pay, reimburse, and indemnify Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter.

**RELIEF REQUESTED**

8. By this Monthly Fee Application, Jefferies requests (a) allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) allowance and

---

[2] Unless otherwise stated, all capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Engagement Letter.

32064365.1

3

reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with such services in the amount of $16,264.93.

9. The $225,000.00 in fees requested herein are on account of the $225,000.00 Monthly Fee payable to Jefferies on July 23, 2024 in accordance with the Engagement Letter.

10. Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order. Such time records are attached hereto as **Exhibit A**. During the Compensation Period, Jefferies professionals spent approximately 62.0 hours providing investment banking services to the Committee.

11. The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters. Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

12. There is no agreement or understanding between Jefferies and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in these chapter 11 cases.

## ACTUAL AND NECESSARY EXPENSES

13. Jefferies incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Engagement Letter. As set forth in detail on the attached **Exhibit B**, Jefferies' total expenses for the Compensation Period are $16,264.93.[3]

---

[3] The expense reimbursements requested herein may not include certain expenses incurred by Jefferies during the Compensation Period but not processed as of the date hereof. Any such expenses will be included in future monthly fee applications.

32064365.1

4

## CERTIFICATION OF COMPLIANCE

14. The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that, to the best of his knowledge, information and belief, this Monthly Fee Application complies with that rule.

[*Remainder of page intentionally left blank.*]

WHEREFORE, Jefferies respectfully requests (a) allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with such services in the amount of $16,264.93.

Dated: September 10, 2024　　　　　　　　　JEFFERIES LLC
New York, New York

　　　　　　　　　　　　　　　　　　　　　　 */s/ Leon Szlezinger*
　　　　　　　　　　　　　　　　　　　　　　Leon Szlezinger
　　　　　　　　　　　　　　　　　　　　　　Managing Director and Joint Global Head of
　　　　　　　　　　　　　　　　　　　　　　Debt Advisory & Restructuring
　　　　　　　　　　　　　　　　　　　　　　JEFFERIES LLC

# Exhibit A

**Time Records of Jefferies Professionals**

**Jefferies LLC**

*July 1, 2024 - July 31, 2024*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 07/02/24 | Michael O'Hara | Call with UCC advisors re: committee members | 0.5 | 9 |
| 07/08/24 | Michael O'Hara | Review FTX Japan Update | 0.5 | 9 |
| 07/08/24 | Michael O'Hara | Call with S&C re: FTX Japan | 0.5 | 4 |
| 07/09/24 | Michael O'Hara | Prepare for call with UCC | 0.5 | 9 |
| 07/10/24 | Michael O'Hara | Call with UCC | 0.5 | 3 |
| 07/12/24 | Michael O'Hara | Review FTX Japan bids | 0.5 | 9 |
| 07/12/24 | Michael O'Hara | Review sale of de minimis assets | 0.5 | 9 |
| 07/13/24 | Michael O'Hara | Review FTX Japan bids | 0.5 | 9 |
| 07/15/24 | Michael O'Hara | Call with S&C re: FTX Japan | 0.5 | 4 |
| 07/15/24 | Michael O'Hara | Review update to UCC re: FTX Japan | 0.5 | 9 |
| 07/16/24 | Michael O'Hara | Review update to UCC re: FTX Japan | 0.5 | 9 |
| 07/18/24 | Michael O'Hara | Call with Debtors re: bi-weekly process update call | 0.5 | 4 |
| 07/22/24 | Michael O'Hara | Internal Call with G. Kittur, R. Hamilton, J. Robinson, S. Carri, and C. Jackson re: de minimis assets | 0.5 | 9 |
| 07/23/24 | Michael O'Hara | Discussion with constituents re: Advisory Committee | 0.5 | 3 |
| 07/29/24 | Michael O'Hara | Review of de minimis capital call | 0.5 | 9 |
| | **July 1, 2024 - July 31, 2024 Hours for Michael O'Hara** | | **7.5** | |
| 07/02/24 | Ryan Hamilton | Call with UCC advisors re: committee members | 0.5 | 9 |
| 07/08/24 | Ryan Hamilton | Call with S&C re: FTX Japan | 0.5 | 4 |
| 07/08/24 | Ryan Hamilton | Review FTX Japan Update | 0.5 | 9 |
| 07/09/24 | Ryan Hamilton | Prepare for call with UCC | 0.5 | 9 |
| 07/10/24 | Ryan Hamilton | Call with UCC | 0.5 | 3 |
| 07/11/24 | Ryan Hamilton | Correspondance with PWP re: FTX Japan | 0.5 | 4 |
| 07/12/24 | Ryan Hamilton | Review FTX Japan bids | 0.5 | 9 |
| 07/12/24 | Ryan Hamilton | Review sale of de minimis assets | 0.5 | 9 |
| 07/13/24 | Ryan Hamilton | Review FTX Japan bids | 0.5 | 9 |
| 07/15/24 | Ryan Hamilton | Call with S&C re: FTX Japan | 0.5 | 4 |
| 07/15/24 | Ryan Hamilton | Review update to UCC re: FTX Japan | 0.5 | 9 |
| 07/15/24 | Ryan Hamilton | Correspondance with Paul Hastings re: litigation settlement | 0.5 | 3 |
| 07/16/24 | Ryan Hamilton | Review update to UCC re: FTX Japan | 0.5 | 9 |
| 07/18/24 | Ryan Hamilton | Call with Debtors re: bi-weekly process update call | 0.5 | 4 |
| 07/18/24 | Ryan Hamilton | Correspondance with Paul Hastings re: venture assets | 0.5 | 3 |
| 07/22/24 | Ryan Hamilton | Internal Call with G. Kittur, M. O'Hara, J. Robinson, S. Carri, and C. Jackson re: de minimis assets | 0.5 | 9 |
| 07/22/24 | Ryan Hamilton | Call with potential Advisory Committee member | 0.5 | 3 |
| 07/22/24 | Ryan Hamilton | Call with potential Advisory Committee members | 1.0 | 3 |
| 07/23/24 | Ryan Hamilton | Discussion with constituents re: Advisory Committee | 0.5 | 3 |
| 07/23/24 | Ryan Hamilton | Correspondance with Debtors re: de minimis assets | 0.5 | 4 |
| 07/29/24 | Ryan Hamilton | Review of de minimis capital call | 0.5 | 9 |
| | **July 1, 2024 - July 31, 2024 Hours for Ryan Hamilton** | | **11.0** | |
| 07/02/24 | Jared Robinson | Call with UCC advisors re: committee members | 0.5 | 9 |
| 07/08/24 | Jared Robinson | Call with S&C re: FTX Japan | 0.5 | 4 |
| 07/08/24 | Jared Robinson | Review FTX Japan Update | 0.5 | 9 |
| 07/10/24 | Jared Robinson | Call with UCC | 0.5 | 3 |
| 07/10/24 | Jared Robinson | Review Relativity database | 1.0 | 9 |
| 07/12/24 | Jared Robinson | Review FTX Japan bids | 0.5 | 9 |
| 07/12/24 | Jared Robinson | Review sale of de minimis assets | 0.5 | 9 |
| 07/12/24 | Jared Robinson | Correspondance with Debtors re: de minimis assets | 0.5 | 4 |
| 07/12/24 | Jared Robinson | Review Relativity database | 1.0 | 9 |
| 07/13/24 | Jared Robinson | Review FTX Japan bids | 0.5 | 9 |
| 07/13/24 | Jared Robinson | Review Relativity database | 1.0 | 9 |
| 07/15/24 | Jared Robinson | Call with S&C re: FTX Japan | 0.5 | 4 |
| 07/15/24 | Jared Robinson | Prepare update to UCC re: FTX Japan | 2.0 | 9 |
| 07/15/24 | Jared Robinson | Review Relativity database | 1.0 | 9 |
| 07/16/24 | Jared Robinson | Prepare update to UCC re: FTX Japan | 0.5 | 9 |
| 07/16/24 | Jared Robinson | Correspondance with UCC re: FTX Japan | 0.5 | 3 |
| 07/16/24 | Jared Robinson | Review Relativity database | 1.0 | 9 |
| 07/18/24 | Jared Robinson | Call with Debtors re: bi-weekly process update call | 0.5 | 4 |
| 07/18/24 | Jared Robinson | Review Relativity database | 1.0 | 9 |
| 07/22/24 | Jared Robinson | Internal Call with G. Kittur, M. O'Hara, R. Hamilton, S. Carri, and C. Jackson re: de minimis assets | 0.5 | 9 |
| 07/22/24 | Jared Robinson | Review Relativity database | 1.0 | 9 |
| 07/29/24 | Jared Robinson | Review of de minimis capital call | 0.5 | 9 |
| | **July 1, 2024 - July 31, 2024 Hours for Jared Robinson** | | **16.0** | |

**Jefferies LLC**

*July 1, 2024 - July 31, 2024*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 07/02/24 | Sebastian Carri | Call with UCC advisors re: committee members | 0.5 | 9 |
| 07/02/24 | Sebastian Carri | Review Relativity database | 1.0 | 9 |
| 07/08/24 | Sebastian Carri | Call with S&C re: FTX Japan | 0.5 | 4 |
| 07/08/24 | Sebastian Carri | Review FTX Japan Update | 0.5 | 9 |
| 07/08/24 | Sebastian Carri | Review Relativity database | 1.0 | 9 |
| 07/10/24 | Sebastian Carri | Call with UCC | 0.5 | 3 |
| 07/10/24 | Sebastian Carri | Review Relativity database | 1.0 | 9 |
| 07/12/24 | Sebastian Carri | Review FTX Japan bids | 0.5 | 9 |
| 07/12/24 | Sebastian Carri | Review sale of de minimis assets | 0.5 | 9 |
| 07/12/24 | Sebastian Carri | Review Relativity database | 1.0 | 9 |
| 07/13/24 | Sebastian Carri | Review FTX Japan bids | 0.5 | 9 |
| 07/13/24 | Sebastian Carri | Review Relativity database | 1.0 | 9 |
| 07/15/24 | Sebastian Carri | Call with S&C re: FTX Japan | 0.5 | 4 |
| 07/15/24 | Sebastian Carri | Prepare update to UCC re: FTX Japan | 2.0 | 9 |
| 07/15/24 | Sebastian Carri | Correspondance with UCC advisors re: FTX Japan | 0.5 | 3 |
| 07/16/24 | Sebastian Carri | Prepare update to UCC re: FTX Japan | 0.5 | 9 |
| 07/18/24 | Sebastian Carri | Call with Debtors re: bi-weekly process update call | 0.5 | 4 |
| 07/22/24 | Sebastian Carri | Internal Call with G. Kittur, M. O'Hara, R. Hamilton, J. Robinson, and C. Jackson re: de minimis assets | 0.5 | 9 |
| 07/29/24 | Sebastian Carri | Review of de minimis capital call | 0.5 | 9 |
| | | **July 1, 2024 - July 31, 2024 Hours for Sebastian Carri** | **13.5** | |
| 07/02/24 | Chaz Jackson | Call with UCC advisors re: committee members | 0.5 | 9 |
| 07/02/24 | Chaz Jackson | Review Relativity database | 1.0 | 9 |
| 07/08/24 | Chaz Jackson | Call with S&C re: FTX Japan | 0.5 | 4 |
| 07/08/24 | Chaz Jackson | Review FTX Japan Update | 0.5 | 9 |
| 07/08/24 | Chaz Jackson | Review Relativity database | 1.0 | 9 |
| 07/10/24 | Chaz Jackson | Call with UCC | 0.5 | 3 |
| 07/10/24 | Chaz Jackson | Review Relativity database | 1.0 | 9 |
| 07/12/24 | Chaz Jackson | Review FTX Japan bids | 0.5 | 9 |
| 07/12/24 | Chaz Jackson | Review sale of de minimis assets | 0.5 | 9 |
| 07/12/24 | Chaz Jackson | Review Relativity database | 1.0 | 9 |
| 07/13/24 | Chaz Jackson | Review FTX Japan bids | 0.5 | 9 |
| 07/13/24 | Chaz Jackson | Review Relativity database | 1.0 | 9 |
| 07/15/24 | Chaz Jackson | Call with S&C re: FTX Japan | 0.5 | 4 |
| 07/15/24 | Chaz Jackson | Prepare update to UCC re: FTX Japan | 0.5 | 9 |
| 07/15/24 | Chaz Jackson | Review Relativity database | 1.0 | 9 |
| 07/16/24 | Chaz Jackson | Prepare update to UCC re: FTX Japan | 0.5 | 9 |
| 07/16/24 | Chaz Jackson | Review Relativity database | 1.0 | 9 |
| 07/18/24 | Chaz Jackson | Call with Debtors re: bi-weekly process update call | 0.5 | 4 |
| 07/22/24 | Chaz Jackson | Internal Call with G. Kittur, M. O'Hara, R. Hamilton, J. Robinson, and S. Carri re: de minimis assets | 0.5 | 9 |
| 07/29/24 | Chaz Jackson | Review of de minimis capital call | 0.5 | 9 |
| | | **July 1, 2024 - July 31, 2024 Hours for Chaz Jackson** | **13.5** | |
| | Gaurav Kittur | Internal Call with M. O'Hara, R. Hamilton, J. Robinson, S. Carri, and C. Jackson re: de minimis assets | 0.5 | 9 |
| | | **July 1, 2024 - July 31, 2024 Hours for Gaurav Kittur** | **0.5** | |

## Exhibit B

### Expense Detail

**Expense Detail**
July 1 - July 31, 2024

| Professional | User Date | Amount ($) | Expense Description |
|---|---|---|---|
| DATASITE | 7/9/2024 | 15,682.93 | DATAROOM INVOICE (RECEIVED JUL.) |
| DENTONS | 8/9/2024 | 582.00 | LEGAL |
| **Total Expense** | | **16,264.93** | |

32064365.1

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Jefferies LLC
Attn: Cristina Passoni
520 Madison Avenue
New York NY 10022
United States

August 9, 2024

**Invoice No. 2771973**

Client/Matter: 09806540-000047

FTX Bankruptcy
8116

Payment Due Upon Receipt

| | |
|---|---:|
| Total This Invoice | $ 582.00 |

Please return this page with your payment
To pay by E-Check - https://www.e-billexpress.com/ebpp/DentonsUS

Payments by check should be sent to:
Dentons US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

Payment by wire transfer/ACH should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit #: ▇▇▇▇▇▇
Account #: ▇▇▇▇▇▇
Account Name: Dentons US LLP
Swift Code: ▇▇▇▇▇▇
Reference: Invoice # and/or client matter #

**\*\*Please validate any request to change/update electronic payment instructions on
file or mailing address by contacting Dentons US LLP directly\*\***

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
T. Labuda
at 1 312 876 8000

**DENTONS**

Dentons US LLP  
233 South Wacker Drive  
Suite 5900  
Chicago, Illinois 60606-6361

dentons.com

Jefferies LLC  
Attn: Cristina Passoni  
520 Madison Avenue  
New York NY 10022  
United States

August 9, 2024

**Invoice No. 2771973**

Client/Matter:   09806540-000047

FTX Bankruptcy  
8116

___

For Professional Services Rendered through July 31, 2024:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 07/12/24 | S. Schrag | 0.10 | 97.00 | Confer with D. Laskin regarding CNOs re fee statements. |
| 07/12/24 | S. Schrag | 0.20 | 194.00 | Analyze CNOs re fee statements. |
| 07/23/24 | S. Schrag | 0.10 | 97.00 | Begin drafting June fee statement. |
| 07/29/24 | S. Schrag | 0.10 | 97.00 | Confer with W. Johnson regarding fee statement. |
| 07/30/24 | S. Schrag | 0.10 | 97.00 | Confer with W. Johnson regarding material in support of fee statement. |
| Total Hours | | 0.60 | | |
| Fee Amount | | | | $ 582.00 |

**TIME AND FEE SUMMARY**

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| S. Schrag | $ 970.00 | 0.60 | $ 582.00 |
| Totals | | 0.60 | $ 582.00 |

| | | |
|---|---|---|
| Fee Total | $ | 582.00 |
| Invoice Total | $ | 582.00 |

2