## SCHEDULE 1

**Claims to be Reclassified**

Schedule 1
Claims to be Reclassified

| Claim Number | Name | Misclassified Claims | | | Reclassified Claims[1] | | |
| | | Debtor | Priority Status | Amount | Debtor | Priority Status | Amount |
|---|---|---|---|---|---|---|---|
| 4297 | FC Cayman A, L.L.C. | Alameda Research Ltd | Secured | Undetermined* | Alameda Research Ltd | Unsecured | $ 51,371,549.59 |
| 4404 | Socios Technologies AG | Alameda Research Ltd | Secured | $ 9,316,869.77 | Alameda Research Ltd | Unsecured | $ 4,180,033.00* |
| 3156 | Tesseract Group Oy | Alameda Research Ltd | Secured | $ 6,799,380.20 | Alameda Research Ltd | Unsecured | $ 789,844.56 |
| 4292 | BITGO PRIME, LLC | Alameda Research Ltd | Secured | Undetermined* | Alameda Research Ltd | Unsecured | Undetermined* |
| 93452 | Compound Capital Partners | Alameda Research Ltd | Secured | $ 2,500,000.00 | Alameda Research Ltd | Unsecured | $ 2,500,000.00 |

*Indicates claim contains unliquidated and/or undetermined amounts
[1]The amount of the Reclassified Claims on account of digital assets are based on the values as set forth in the *Order Granting Motion of Debtors to Estimate Claims Based on Digital Assets* [D.I. 7090]