## **SCHEDULE 2**

**Claims to be Disallowed**

Schedule 2
Claims to be Disallowed

| | Disallowed Claims | | | | Surviving Claims | | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Amount | Claim Number | Name | Debtor | Amount |
| 3394 | Nodle Limited | Alameda Research Ltd | $ 424,800.00 | 3294 | Nodle Limited | Alameda TR Systems S. de R. L. | $ 424,800.00 |