# **EXHIBIT B**

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| IT Data Cost | | 4/30/2024 | IT Data | IT Data Hosting Cost covering the period April 1-30, 2024 | $ 65,020.00 |
| Cyprus | | 4/30/2024 | VAT | Value Added Tax - Cyprus for April 2024 | 4,763.85 |
| Total | | | | | $ 69,783.85 |

**The request herein is without prejudice to EY's right to seek additional compensation for Title III Services performed and expenses incurred during the Fee Period, which were not processed at the time of this Application.**