# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on September 10, 2024, counsel to LayerZero Labs Ltd. ("LayerZero"), Ari Litan ("Litan"), and Skip & Goose LLC ("Skip & Goose", and collectively with LayerZero and Ari Litan, the "LayerZero Group"), served a copy of the *Notice of Deposition of John J. Ray III* to be served upon the parties listed on the attached service list by electronic mail.

Dated: September 10, 2024
       Wilmington, Delaware

Respectfully submitted,

*/s/ Sameen Rizvi*
M. Blake Cleary (No. 3614)
R. Stephen McNeill (No. 5210)
Sameen Rizvi (No. 6902)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: bcleary@potteranderson.com
       rmcneill@potteranderson.com
       srizvi@potteranderson.com

-and-

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua Barbuda.

11731237v.1

Brian S. Rosen, Esq.
Dylan J. Marker, Esq.
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, New York 10036-8299
Telephone: (212) 969-3000
Email: brosen@proskauer.com
       dmarker@proskauer.com

-and-

Jordan E. Sazant (DE Bar No. 6515)
**PROSKAUER ROSE LLP**
70 West Madison, Suite 3800
Chicago, Illinois 60602-4342
Telephone: (312) 962-3550
Email: jsazant@proskauer.com

-and-

William D. Dalsen
Genesis G. Sanchez Tavarez
**PROSKAUER ROSE LLP**
One International Place
Boston, MA 02110-2600
Telephone:  (617) 526-9600
Facsimile:  (617) 526-9899
Email:  wdalsen@proskauer.com
       gsancheztavarez@proskauer.com

*Counsel to LayerZero Labs Ltd., Ari Litan, and Skip & Goose LLC*

2

# SERVICE LIST

**Counsel to the Debtors**

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Kimberly A. Brown, Esq.
Matthew R. Pierce, Esq.
LANDIS RATH & COBB LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801
Email: landis@lrclaw.com
 mcguire@lrclaw.com
 brown@lrclaw.com
 pierce@lrclaw.com

**By Email**

Linda Richenderfer, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street
Suite 2207
Wilmington, DE 19801
Email: linda.richenderfer@usdoj.gov

**By Email**

**Counsel to the Official Committee of Unsecured Creditors**

Matthew B. Lunn, Esq.
Robert F. Poppiti, Jr. Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street
Wilmington, DE 19801
Email: mlunn@ycst.com
 rpoppiti@ycst.com

**By Email**

**Counsel to the Debtors**

Andrew G. Dietderich, Esq.
James L. Bromley, Esq.
Brian D. Glueckstein, Esq.
Alexa J. Kranzley, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Email: dietdericha@sullcrom.com
 bromleyj@sullcrom.com
 gluecksteinb@sullcrom.com
 kranzleya@sullcrom.com

**By Email**

**Counsel to the Official Committee of Unsecured Creditors**

Kristopher M. Hansen, Esq.
Ken Pasquale, Esq.
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Email: krishansen@paulhastings.com
 kenpasquale@paulhastings.com

**By Email**

**Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com**

Erin E. Broderick, Esq.
Eversheds Sutherland (US) LLP,
227 West Monroe Street, Suite 6000
Chicago, Illinois 60606
Email: erinbroderick@eversheds-sutherland.com

**By Email**

11731237v.1

**Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com**

Matthew B. Harvey, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP,
1201 North Market Street, 16thFloor,
Wilmington, Delaware 19801
Email: mharvey@morrisnichols.com

**By Email**

**Counsel to the Joint Official Liquidators and Foreign Representatives of FTX Digital Markets Ltd.**

Kevin Gross, Esq.
Paul N. Heath, Esq.
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Email: gross@rlf.com
         heath@rlf.com

**By Email**

**Counsel to the Joint Official Liquidators and Foreign Representatives of FTX Digital Markets Ltd.**

J. Christopher Shore, Esq.
Brian D. Pfeiffer, Esq.
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Email:  cshore@whitecase.com
         brain.pfeiffer@whitecase.com

**By Email**

2