# **<u>EXHIBIT 1</u>**

{1368.002-W0077121.}

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Sullivan & Cromwell LLP** *Counsel to the Debtors and Debtors-In- Possession* | 2/1/24 – 4/30/24 D.I. 17665 Filed 6/14/24 | $26,877,397.90 | $450,000.00 | $98,979.37 | $35,922.74[1] | $26,427,397.90 | $63,056.63 |
| **Landis Rath & Cobb LLP** *Co-Counsel to the Debtors and Debtors-In- Possession* | 2/1/24 – 4/30/24 D.I. 17662 Filed 6/14/24 | $1,733,654.25 | $29,650.00 | $27,648.38 | $0.00 | $1,704,004.25 | $27,648.38 |
| **Perella Weinberg Partners LP**[2] *Investment Banker to the Debtors and Debtors-In- Possession* | 2/1/24 – 4/30/24 D.I. 17668 Filed 6/14/24 | $16,821,913.22 | N/A | $233,098.72 | N/A | $16,821,913.22 | $233,098.72 |
| **Alvarez & Marsal North America LLC** *Financial Advisors to the Debtors and Debtors-In- Possession* | 2/1/24 – 4/30/24 D.I. 17693 Filed 6/14/24 | $36,201,995.50 | $258,947.53 | $914,225.54 | $21,052.47 | $35,943,047.97 | $893,173.07 |
| **AlixPartners, LLP** *Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-In-Possession* | 2/1/24 – 4/30/24 D.I. 17659 Filed 6/14/24 | $6,623,756.00 | $108,109.63 | $87,281.01 | $12,859.78 | $6,515,646.37 | $74,421.23 |

---

[1] The Fee Examiner has agreed to defer consideration of $35,062.89 of Sullivan & Cromwell's sixth interim expenses subject to the production of additional supporting information.

[2] Pursuant to paragraph 3(iv) of the Fee Examiner Order, flat-fee professionals are not subject to Fee Examiner review and, as such, Perella Weinberg Partners LP's fees and expenses were not subject to review by the Fee Examiner.

{1368.002-W0077109.2}

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Quinn Emanuel Urquhart & Sullivan, LLP** *Special Counsel to the Debtors and Debtors-In-Possession* | 2/1/24 – 4/30/24 D.I. 17694 Filed 6/14/24 | $4,607,885.47 | $60,000.00 | $15,892.98 | $345.41 | $4,547,885.47 | $15,547.57 |
| **Paul Hastings LLP** *Counsel to the Official Committee of Unsecured Creditors* | 2/1/24 – 4/30/24 D.I. 17623, 17624 Filed 6/14/24 | $3,869,053.75 | $445,000.00[3] | $325,468.21 | $0.00 | $3,424,053.75 | $325,468.21 |
| **Young Conaway Stargatt & Taylor, LLP** *Co-Counsel for the Official Committee of Unsecured Creditors* | 2/1/24 – 4/30/24 D.I. 17623, 17625 Filed 6/14/24 | $286,678.50 | $10,347.00 | $1,828.38 | $0.00 | $276,331.50 | $1,828.38 |
| **FTI Consulting, Inc.** *Financial Advisor to the Official Committee of Unsecured Creditors* | 2/1/24 – 4/30/24 D.I. 17623, 17626 Filed 6/14/24 | $6,144,925.25 | $40,339.20 | $9,484.04 | $0.00 | $6,104,586.05 | $9,484.04 |
| **Jefferies LLC**[4] *Investment Banker for the Official Committee of Unsecured Creditors* | 2/1/24 – 4/30/24 D.I. 17623, 17627 Filed 6/14/24 | $675,000.00 | N/A | $7,946.10 | N/A | $675,000.00 | $7,946.10 |

---

[3]  The recommended fee adjustment is partially attributable to the agreed resolution of Second, Third, and Fourth Interim Reserved Issues.

[4]  Pursuant to paragraph 3(iv) of the Fee Examiner Order, flat-fee professionals are not subject to Fee Examiner review and, as such, Jefferies LLC's fees and expenses were not subject to review by the Fee Examiner.

{1368.002-W0077109.2}  2

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Eversheds Sutherland (US) LLP** *Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com* | 2/1/24 – 4/30/24 D.I. 17696 Filed 6/14/24 | $1,370,631.50 | $41,751.07 | $29,013.39 | $4,818.66 | $1,328,880.43 | $24,194.73 |
| **Morris, Nichols, Arsht & Tunnell LLP** *Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com* | 2/1/24 – 4/30/24 D.I. 17652 Filed 6/14/24 | $488,645.50 | $1,622.00 | $4,197.24 | $130.66 | $487,023.50 | $4,066.58 |
| **Rothschild & Co US Inc.[5]** *Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-U.S. Customers of FTX.com* | 2/1/24 – 4/30/24 D.I. 17666 Filed 6/14/24 | $525,000.00 | N/A | $11,923.91 | N/A | $525,000.00 | $11,923.91 |
| **Kroll Restructuring Administration LLC** *Administrative Advisor to the Debtors* | 2/1/24 – 4/30/24 D.I. 17640 Filed 6/14/24 | $35,363.68 | $1,581.45 | $0.00 | $0.00 | $33,782.23 | $0.00 |

---

[5] Pursuant to paragraph 3(iv) of the Fee Examiner Order, flat-fee professionals are not subject to Fee Examiner review and, as such, Rothschild & Co US Inc.'s fees and expenses were not subject to review by the Fee Examiner.

{1368.002-W0077109.2}                                   3

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Patterson Belknap Webb & Tyler** *Counsel to the Examiner* | 3/20/2024 – 4/30/24 D.I. 17628 Filed 6/14/24 | $1,709,349.30 | $0.00 | $826.05 | $0.00 | $1,709,349.30 | $826.05 |
| **Katherine Stadler and Godfrey & Kahn, S.C.** *Fee Examiner and Counsel* | 2/1/24 – 4/30/24 D.I. 21159 Filed 7/23/24 | $607,366.50 | N/A | $3,195.31 | N/A | $607,366.50 | $3,195.31 |

{1368.002-W0077109.2}                                            4