## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING, LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## RESERVATION OF RIGHTS
## OF NEW JERSEY BUREAU OF SECURITIES RELATED TO FIRST AMENDED
## JOINT CHAPTER 11 PLAN OF REORGANIZATION

The New Jersey Bureau of Securities (the "Bureau"), by and through its undersigned counsel, files this Reservation of Rights (the "Response") to the First Amended Joint Chapter 11 Plan of Reorganization [Doc. 22165] (and any amendments thereto) filed by FTX Trading Ltd. and its affiliated debtors (collectively, the "Debtors") and respectfully states the following:

### I.     PRELIMINARY STATEMENT

The Bureau has reached an agreement with the Debtors concerning treatment of the Bureau's claims and certain confirmation order language and files this Response to the Debtor's First Amended Joint Chapter 11 Plan of Reorganization out of an abundance of caution while the agreement is being finalized and remains subject to this Court's approval.

### II.    BACKGROUND AND PROCEDURAL HISTORY

1.     The Debtors filed bankruptcy petitions on November 11, 2022 and November 14, 2022.

2.     On September 28, 2023, the Bureau timely filed claims by the governmental bar date against certain of the Debtors (the "Bureau Claims.")[2]

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288.  Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent.

[2] The Bureau filed the following claims with the claims agent:  Claim Nos. 72790, 72788, 72750, 72789, 72754.

3.      On December 16, 2023, the Debtors filed: (a) the Joint Chapter 11 Plan of Reorganization [Doc. 4861], (b) the Disclosure Statement [Doc. 4862] and (c) the Approval Motion.  On May 7, 2024, the Debtors filed an amended Joint Chapter 11 Plan of Reorganization [Doc. 14300] and an amended Disclosure Statement [Doc. 14301].  On May 22, 2024, the Debtors filed a revised Joint Chapter 11 Plan of Reorganization [Doc. 15520] (along with any amendments thereto, the "Revised Plan") and a revised Disclosure Statement [Doc. 15521] (along with any amendments thereto, the "DS").

4.      On June 27, 2024, Debtors filed the solicitation version of the Revised Plan [Doc. 19139] (the "Solicitation Plan.").  On August 2, 2024, the Debtors filed the first amended version of the Solicitation Plan [Doc. 22165] (together with all schedules and exhibits thereto, and as may be amended, modified or supplemented from time to time, the "Plan").

5.      The Plan, like the previous versions, places the Bureau's claims in Class 10B which is for "Senior Subordinated Governmental Claims."   See Plan Article 4.3.19.     "Senior Subordinated Governmental Claims" are defined in Article 2.1.178 as

> (a) a Subordinated Tax Claim or (b) any other claim for regulatory fines and penalties, U.S. federal, state or local income or employment taxes, similar foreign taxes and any other Claim by a Governmental Unit that has been subordinated on the basis of structural subordination, equitable subordination, laws or policies subordinating recoveries to claims by victims of crime or fraud, or any other grounds available under applicable law, other than an Equitably Subordinated Claim, Senior Subordinated IRS Claim or Junior Subordinated IRS Claim.

## III.    RESERVATION OF RIGHTS

6.      The Bureau timely filed claims against the Debtors related to violations of the New Jersey Securities Law.  However,  the Bureau wants to ensure there is an optimal recovery for customers.   Towards that end, the Bureau is willing to voluntarily subordinate its claims for the benefit of customers. However, the Bureau opposes any provision in the plan, that would require

(or indicate that applicable law requires) that governmental units subordinate their claims without their consent.

7.      The Bureau, along with other regulatory agencies, have been in negotiations with the Debtors regarding language certain governmental units have requested be added to the confirmation order and regarding a stipulation on the treatment and classification of government claims under the Plan, among other negotiations.  A resolution has been reached on the regulatory language and the classification of claims subject to finalizing in writing and subject to this Court's approval.[3]

8.      As of the filing of this Response, the Bureau and the Debtors are in agreement with a form of stipulation regarding the deferral of distributions on the Claims.  However, such stipulation has not yet been presented to nor approved by the Court.  The Bureau files this Response to preserve its right to be heard at the hearing on confirmation of the Plan and to submit that the agreed upon language be added to the Confirmation Order and/or an appropriate stipulation.

9.      In addition, the Bureau is filing this Statement to preserve its rights and to be heard at any hearing on confirmation of the Plan to the extent that there are changes to the Plan and related documents that would affect the Bureau's rights.

10.     The Bureau reserves the right to, among other things, complement, supplement, augment, alter or modify this Response and to join in responses filed by other parties and to adopt such arguments as its own.

---

[3] The Debtors extended the deadline by which the Bureau could file a response to the Plan until September 11, 2024. The parties have an agreement in concept and are working on finalizing language to be added to the confirmation order and separate stipulation as to the treatment of claims, among other matters, subject to Bankruptcy Court approval.  The Debtors have also already agreed to add language to the proposed confirmation order that provides that New Jersey, in addition to certain other states, and their respective agencies, opts out of any and all releases provided in the Plan.

11.     The Bureau further reserves all of its rights to object to the details of subsequent versions of the Plan, and for such other and further relief as is appropriate.

**WHEREFORE**, The New Jersey Bureau of Securities respectfully requests entry of an Order consistent with the relief requested in this Response and for such other relief as the Court shall deem just and proper.

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

Dated: September 11, 2024          */s/ Gaston P. Loomis*
Gaston P. Loomis, Esq. (#4812)
300 Delaware Avenue, Suite 1014
Wilmington, DE 19801
Telephone: (302) 300-4510
E-mail: gloomis@mdmc-law.com

-AND-

Jeffrey Bernstein, Esq., admitted *pro hac vice*
McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
570 Broad Street
Newark, NJ 07102
Telephone: (973) 565-2183
E-mail: jbernstein@mdmc-law.com

*Counsel for the New Jersey Bureau of Securities*