**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING, LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## **CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that on Wednesday, September 11, 2024, the *Reservation of Rights of New Jersey Bureau of Securities Related to the First Amended Joint Chapter 11 Plan of Reorganization* (the "Reservation of Rights") was e-filed and served by CM/ECF on all parties registered to receive notification of such filings. Additionally, the Reservation of Rights was served by email on the following parties:

| | |
|---|---|
| Andrew G. Dietderich<br>Brian D. Glueckstein<br>Alexa J. Kranzley<br>**Sullivan & Cromwell LLP**<br>dietdericha@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com<br><br>*Counsel to Debtors* | Adam G. Landis<br>Kimberly A. Brown<br>**Landis Rath & Cobb LLP**<br>landis@lrclaw.com<br>brown@lrclaw.com<br><br>*Co-Counsel to Debtors* |

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent.

1

| | |
|---|---|
| Linda Richenderfer<br>**The Office of the United States Trustee for the District of Delaware**<br>Linda.richenderfer@usdoj.gov<br><br>*U.S. Trustee* | Kris Hansen<br>Erez Gilad<br>Gabriel Sasson<br>**Paul Hastings LLP**<br>krishansen@paulhastings.com<br>erezgilad@paulhastings.com<br>gabesasson@paulhastings.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |
| Matthew B. Lunn<br>Robert F. Poppiti, Jr.<br>**Young Conaway Stargatt & Taylor, LLP**<br>mlunn@ycst.com<br>rpoppiti@ycst.com<br><br>*Co-Counsel to the Official Committee of Unsecured Creditors* | Erin E. Broderick<br>**Eversheds Sutherland (US) LLP**<br>erinbroderick@eversheds-sutherland.com<br><br>*Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com* |
| Matthew B. Harvey<br>**Morris Nichols Arsht & Tunnell LLP**<br>mharvey@morrisnichols.com<br><br>*Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com* | Brett Bakemeyer<br>Brian D. Pfieffer<br>**White & Case LLP**<br>Brett.bakemeyer@whitecase.com<br>Brian.pfeiffer@whitecase.com<br><br>*Counsel to the Joint Official Liquidators and Foreign Representatives of FTX Digital Markets Ltd.* |
| Brendan Schlauch<br>Paul N. Heath<br>**Richards, Layton & Finger, P.A.**<br>schlauch@rlf.com<br>heath@rlf.com<br><br>*Co-Counsel to Joint Official Liquidators and Foreign Representatives of FTX Digital Markets Ltd.* | |

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

Dated: September 11, 2024

*/s/ Gaston P. Loomis*
Gaston P. Loomis, Esq. (#4812)
*Counsel for the New Jersey Bureau of Securities*