IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF THE TEXAS STATE SECURITIES BOARD, TEXAS DEPARTMENT OF BANKING, AND STATE OF TEXAS THROUGH THE CONSUMER PROTECTION DIVISION OF THE OFFICE OF THE TEXAS ATTORNEY GENERAL TO CONFRIMATION OF THE FIRST AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF FTX TRADING LTD. AND ITS AFFILIATED DEBTORS-IN-POSSESSION (D.E. 22165)**

The Texas State Securities Board ("SSB"), the Texas Department of Banking ("DOB"), and the State of Texas through the Consumer Protection Division of the Office of the Texas Attorney General ("CPD"), by and through the Office of the Texas Attorney General (together, "Texas"), hereby file this Limited Objection and Reservation of Rights (the "ROR") to confirmation of the *First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. And its Affiliated Debtors and Debtors-in-Possession* [D.E. 22165] (the "Plan") filed by FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors").[2] In support of the ROR, Texas respectfully states as follows:

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Debtors will request joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information will be made available on a website of the Debtors' proposed claims and noticing agent.

[2] Capitalized terms not otherwise defined or provided herein have the meanings ascribed to them in the Plan and references to the Bankruptcy Code mean sections of title 11 of the United States Code.

1

## I.     OVERVIEW

1. Texas, along with other governmental entities, has been in negotiations with the Debtors regarding language certain governmental units have requested be added to any order confirming the Plan, a stipulation on the treatment and classification of government claims under the Plan, and other objections to the Plan that have been raised with the Debtors. The parties have been in active negotiations and have reached an agreement, in principle, that would resolve Texas' objections to the Plan. However, the parties have not yet executed a stipulation, nor has any such stipulation been approved by the Court.

2. Accordingly, Texas files this ROR to preserve its right to be heard at a hearing on confirmation of the Plan and out of an abundance of caution while agreements are being finalized and remain subject to this Court's approval.

## II.     RELEVANT BACKGROUND

3. On November 11 and November 14, 2022, the Debtors filed their bankruptcy cases.

4. On May 19, 2023, the Court entered the *Order (I)(A) Establishing Deadlines for Filing Non-Customer and Government Proofs of Claim and Proofs of Interest, and (B) Approving the Form and Manner of Notice Thereof and (II) Granting Related Relief* (Docket No. 1519), which established September 30, 2023, as the date by which governmental units must have filed their proofs of claim.

5. On September 25, 28, and 29, 2023, Texas filed timely claims at Claim Nos. 79908, 79914, 85271 (as amended by 95242), and 85286 (collectively, "Texas' Claims") related to violations of various Texas statutes, rules, and regulations.

6. On June 26, 2024, the Court entered the *Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms of Ballots;*

*(IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures of the Confirmation of the Plan* [D.E. 19068] that provided August 16, 2024 as the deadline to object to confirmation of the Plan (the "Confirmation Objection Deadline"). The Confirmation Objection Deadline was extended to September 11, 2024, by mutual agreement between Texas and the Debtors.

7. On August 2, 2024, the Debtors filed the current Plan, which is the result of several amendments to previous versions. See D.E. 15520, 18536, 18975, and 19139.

8. Pursuant to the Plan, the Debtors classify Texas' Claims in Class 10B – Senior Subordinated Governmental Claims; a separate class that purports to treat Texas' Claims as subordinated to the recoveries of other creditors.

9. A hearing on confirmation of the Plan is scheduled to take place on October 7, 2024, at 10:00 am (EST) (the "Confirmation Hearing").

### III. OBJECTION & RESERVATION OF RIGHTS

10. Texas is committed to maximizing disbursements to customers who have claims against the Debtors, while preserving its rights under bankruptcy law. However, Texas opposes any provision in the Plan that relates to the involuntary subordination of Texas' Claims.

11. Texas, along with other governmental entities, have raised objections to the Plan with the Debtors, including as to the classification, treatment, and characterization of Texas' Claims and any provision that purports to, or would have the effect of, subordinating Texas' Claims without consent. Texas has also proposed that certain language be included in any Confirmation Order that would preserve governmental regulatory processes and procedures.

12. A resolution has been reached with respect to the requested language to be added to the Confirmation Order, but the parties are still working on finalizing a stipulation on the

treatment and classification of Texas' Claims under the Plan, which stipulation would be subject to approval by this Court.

13. Accordingly, Texas files this ROR to preserve its right to be heard at the Confirmation Hearing, raise objections to confirmation of the Plan, if necessary, including, without limitation, to the classification, treatment, and characterization of Texas' Claims under the Plan and any provision relating to subordination of Texas' Claims in the Plan, and submit language to be added to the Confirmation Order regarding the preservation of regulatory rights and procedures as provided by law.

14. Texas reserves the right to supplement this ROR, raise additional or further objections to confirmation of the Plan as necessary and appropriate, and/or join in any arguments raised by other parties in responses filed related to confirmation, and/or raised at any hearing on confirmation.

*[Remainder of page left intentionally blank.  Signature page follows.]*

| | |
|---|---|
| Dated: September 11, 2024 | Respectfully submitted,<br><br>**KEN PAXTON**<br>Attorney General of Texas<br><br>**BRENT WEBSTER**<br>First Assistant Attorney General<br><br>**RALPH MOLINA**<br>Deputy First Assistant Attorney General<br><br>**JAMES LLOYD**<br>Deputy Attorney General for Civil Litigation<br><br>**RACHEL R. Obaldo**<br>Chief for Bankruptcy & Collections Division<br><br>*/s/ Roma N. Desai*<br>ROMA N. DESAI<br>Texas Bar No. 24095553<br>LAYLA D. MILLIGAN<br>Texas State Bar No. 24026015<br>STEPHANIE EBERHARDT<br>Texas Bar No. 24084728<br>Assistant Attorneys General<br>Office of the Texas Attorney General<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, Texas 78711-2548<br>P: (512) 463-2173/F: (512) 936-1409<br>layla.milligan@oag.texas.gov<br>roma.desai@oag.texas.gov<br>stephanie.eberhardt@oag.texas.gov<br><br>ATTORNEYS FOR THE TEXAS STATE SECURITIES BOARD, THE TEXAS DEPARTMENT OF BANKING, AND THE STATE OF TEXAS THROUGH THE CONSUMER PROTECTION DIVISION OF THE OFFICE OF THE TEXAS ATTORNEY GENERAL |

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing has been served on the parties via email upon the parries below and via the Court's Electronic Filing System on all parties requesting notice in this proceeding on September 11, 2024.

*Counsel for Debtor*
Andrew G. Dietderich, Esq. dietdericha@sullcrom.com
Brian D. Glueckstein, Esq. gluecksteinb@sullcrom.com
Alexa J. Kranzley, Esq. kranzleya@sullcrom.com
Adam G. Landis, Esq. landis@lrclaw.com
Kimberly A. Brown, Esq.` brown@lrclaw.com

*Official Committee of Unsecured Creditors*
Kris Hansen, Esq. krishansen@paulhastings.com
Ken Pasquale, Esq. kenpasquale@paulhastings.com
Matthew B. Lunn, Esq. mlunn@ycst.com
Robert F. Poppiti, Jr., Esq. rpoppiti@ycst.com

*Office of the United States Trustee Linda Richenderfer, Esq.*
linda.richenderfer@usdoj.gov

*Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com*
Erin E. Broderick, Esq. erinbroderick@eversheds-sutherland.com
Matthew B. Harvey, Esq. mharvey@morrisnichols.com

*Counsel to the Joint Official Liquidators and Foreign Representatives of FTX Digital Markets Ltd.*
Brett Bakemeyer, Esq. brett.bakemeyer@whitecase.com
Brian D. Pfeiffer, Esq. brian.pfeiffer@whitecase.com
Brendan Schlauch, Esq. schlauch@rlf.com
Paul N. Heath, Esq. heath@rlf.com

                                            */s/ Roma N. Desai*
                                            Roma N. Desai
                                            Assistant Attorney General