## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of William D. Dalsen of Proskauer Rose LLP to represent LayerZero Labs Ltd. ("LayerZero"), Ari Litan ("Litan"), and Skip & Goose LLC ("Skip & Goose," and collectively with LayerZero and Ari Litan, the "LayerZero Group") in the above-captioned cases and any and all related adversary proceedings.

Dated: September 11, 2024
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ Sameen Rizvi*
Sameen Rizvi (No. 6902)
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
srizvi@potteranderson.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: September 11, 2024

**PROSKAUER ROSE LLP**

*/s/ William D. Dalsen*
William D. Dalsen
One International Place
Boston, MA 02110-2600
Telephone: (617) 526-9600
wdalsen@proskauer.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.