## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF THE WISCONSIN DEPARTMENT OF FINANCIAL INSTITUTIONS TO CONFRIMATION OF THE FIRST AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF FTX TRADING LTD. AND ITS AFFILIATED DEBTORS-IN-POSSESSION (D.E. 22165)**

The Wisconsin Department of Financial Institutions files this Limited Objection and Reservation of Rights (the "ROR") to confirmation of the *First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. And its Affiliated Debtors and Debtors-in-Possession* [D.E. 22165] (the "Plan") filed by FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors").[2]  In support of the ROR, Wisconsin respectfully states as follows:

### I.    RELEVANT BACKGROUND

1.    On November 11 and November 14, 2022, the Debtors filed their

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Debtors will request joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information will be made available on a website of the Debtors' proposed claims and noticing agent.

[2] Capitalized terms not otherwise defined or provided herein have the meanings ascribed to them in the Plan and references to the Bankruptcy Code mean sections of title 11 of the United States Code.

bankruptcy cases.

2.      On May 19, 2023, the Court entered the *Order (I)(A) Establishing Deadlines for Filing Non-Customer and Government Proofs of Claim and Proofs of Interest, and (B) Approving the Form and Manner of Notice Thereof and (II) Granting Related Relief* (Docket No. 1519), which established September 30, 2023 as the date by which governmental units must have filed their proofs of claim.

3.      On September 25, 2023, Wisconsin filed timely claims with Kroll, via their online Customer Claims Portal, and received confirmation of filing for Claim Numbers: 72749, 72745, 72751, 72753, 72756, and 72757.

4.      On June 26, 2024, the Court entered the *Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures of the Confirmation of the Plan* [D.E. 19068] that provided August 16, 2024 as the deadline to object to confirmation of the Plan (the "Confirmation Objection Deadline").  The Confirmation Objection Deadline was extended to September 11, 2024 by mutual agreement between Wisconsin and the Debtors.

5.      On August 2, 2024, the Debtors filed the current Plan, which is the result of several amendments to previous versions.  *See* D.E. 15520, 18536, 18975, and 19139

6.      A hearing on confirmation of the Plan is scheduled to take place on October 7, 2024, at 10:00 am (EST) (the "Confirmation Hearing").

## II.      OBJECTION & RESERVATION OF RIGHTS

7.      Wisconsin, along with other States and regulatory agencies, have raised objections to the Plan with the Debtors, including as to the classification, treatment, and characterization of Wisconsin's Claims and any provision that purports to, or would have the effect of, subordinating Wisconsin's Claims without consent.  Further, Texas, on behalf of the States, including Wisconsin, has also proposed that certain language be included in the Confirmation Order that would preserve regulatory processes and procedures.

8.      The parties have been in active negotiations and have reached an agreement, in principle, that would resolve Wisconsin's objections to the Plan. However, the parties have not yet finalized or entered into a stipulation, nor has any such stipulation been approved by the Court.

9.      Accordingly, Wisconsin files this ROR to preserve its right to be heard at the Confirmation Hearing, raise objections to confirmation of the Plan, if necessary, including, without limitation, to the classification, treatment, and characterization of Wisconsin's Claims under the Plan and any provision relating to subordination of Wisconsin's Claims in the Plan, and submit language to be added to the Confirmation Order regarding the

preservation of regulatory rights and procedures as provided by law.

10.     Wisconsin reserves the right to supplement this ROR, raise additional or further objections to confirmation of the Plan as necessary and appropriate, and/or join in any arguments raised by other parties in responses filed related to confirmation, and/or raised at any hearing on confirmation.

Respectfully submitted,

Dated this 11th day of September, 2024.

<div style="margin-left:40%">

JOSHUA L. KAUL
Attorney General of Wisconsin

Electronically signed by:

s/Michael D. Morris
MICHAEL D. MORRIS
Assistant Attorney General
State Bar #1112934

Attorneys for Wisconsin Department
of Financial Institutions

</div>

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-3936
(608) 294-2907 (Fax)
morrismd@doj.state.wi.us

5

CERTIFICATE OF SERVICE

I certify that on the below date I caused to be served the foregoing via the ECF system on the parties who are registered to receive ECF notification in this case. Dated: September 11, 2024.

> s/Michael D. Morris
> MICHAEL D. MORRIS
> Assistant Attorney General