## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 157, 545, 1643, 1690, 3353, 6153, 7315, 14727, 16165, 23986 & 24268** |

## <u>CERTIFICATION OF COUNSEL</u>

I, Kimberly A. Brown, counsel to the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>"), hereby certify as follows to the best of my knowledge, information and belief:

1.      On November 23, 2023, the Court entered the *Interim Order (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on an Interim Basis and (III) Granting Certain Related Relief* [D.I. 157] (the "<u>Interim Order</u>").

2.      On January 11, 2023, the Court entered the *Final Order (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on a Final Basis and (III) Granting Certain Related Relief* [D.I. 545] (the "<u>Final Order</u>").

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

3.      On June 15, 2023, the Court entered the *Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals* [D.I. 1643] (the "First Extension Order").

4.      On June 23, 2023, the Bloomberg L.P., Dow Jones & Company, Inc., The New York Times Company and The Financial Times Ltd (collectively, the "Media Intervenors") filed a notice of appeal regarding the First Extension Order [D.I. 1690].

5.      On October 24, 2023, the Court entered the *Second Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers* [D.I. 3353] (the "Second Extension Order").

6.      On each of January 11, 2023, June 8, 2023, June 9, 2023 and October 24, 2023 (collectively, the "Prior Hearings"), the Court held an evidentiary hearing during which the Debtors and/or the Official Committee of Unsecured Creditors appointed in the above-captioned cases (the "Committee"), as applicable, presented evidence on which the Court relied to enter the Orders.

7.      At the October 24, 2023 hearing, in connection with granting the Second Extension Order, the Court requested that the Debtors, the Committee, the United States Trustee for the District of Delaware (the "U.S. Trustee") and the Media Intervenors (together, the "Parties") find "some way to avoid another one of these hearings in 90 days where we don't have to go through and hear the same testimony again." (Oct. 24, 2023 Hr'g Tr. 59:16-18).

8.      On January 22, 2024, the Debtors filed the *Third Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers* [D.I. 6153] (the "Third Extension

Motion"), seeking entry of the *Third Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers*.

9.      On February 13, 2024, the Court entered the *Third Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers* [D.I. 7315] (the "Third Extension Order").

10.     On May 13, 2024, the Debtors filed the *Fourth Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers* [D.I. 14727] (the "Fourth Extension Motion"), seeking entry of the *Fourth Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers*.

11.     On May 30, 2024, the Court entered the *Fourth Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers* [D.I. 16165] (the "Fourth Extension Order" and, together with the Interim Order, Final Order, First Extension Order, Second Extension Order, and Third Extension Order, the "Orders").

12.     On August 28, 2024, the Debtors filed the *Fifth Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers* [D.I. 23986] (the "Fifth Extension Motion"), seeking entry of the *Fifth Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers*.

13.     On September 5, 2024, the U.S. Trustee filed the *Reservation of Rights of the United States Trustee to Debtors' and Committee's Fifth Joint Motion to Redact or Withhold Certain Confidential Information of Customers* [D.I. 24268] (the "Reservation of Rights").

14.     The Fifth Extension Motion is scheduled for a hearing on September 12, 2024.

15.     Consistent with the Court's directive at the October 24, 2023 hearing, the Parties

have entered into the *Stipulation Regarding the Fifth Joint Motion of the Debtors and the Official*

*Committee of Unsecured Creditors for an Order Authorizing the Movants to Redact or Withhold*

*Certain Confidential Information of Customers* (the "Stipulation"), a copy of which is attached

hereto as Exhibit A, which provides, among other things, that "the Parties agree that the Court may

rule on the Fifth Extension Motion based on the existing record of the Prior Hearings and the

pleadings filed to date." Stipulation, ¶1.

16.     Except as otherwise set forth in the Reservation of Rights and in the Stipulation,

the Debtors have not received any other responses to the relief requested in the Fifth Extension

Motion.

17.     A copy of the proposed form of order submitted with the Fifth Extension Motion is

attached hereto as Exhibit B (the "Fifth Extension Proposed Order").

18.     In accordance with the Court's electronic order processing procedures, copies of

the Fifth Extension Proposed Order and the order approving the Stipulation (the "Stipulated

Order") shall be uploaded to CM/ECF.

WHEREFORE the undersigned, on behalf of the Debtors, respectfully requests the Fifth

Extension Proposed Order and the Stipulated Order be entered at the Court's earliest convenience.

Dated: September 11, 2024
        Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kimberly A. Brown*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
        brown@lrclaw.com
        pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
        bromleyj@sullcrom.com
        gluecksteinb@sullcrom.com
        kranzleya@sullcrom.com

*Counsel for the Debtors
and Debtors-in-Possession*