## EXHIBIT A

## Owl Hill Advisory, LLC

**Summary of Staffing and Functions – FTX Trading Ltd.,** *et al.*
**for the Period from August 1, 2024 through August 31, 2024**

| Name and Title | Function/Role |
|---|---|
| **Staffing – Officer Positions** ||
| John J. Ray III | Chief Executive Officer |
| **Staffing – Non-Officer Positions** ||
| N/A | N/A |

**The following Compensation Report includes
services performed by Owl Hill on behalf of the Debtors
for the period from August 1, 2024 through August 31, 2024**

**Summary of Services Provided**

1. John J. Ray III is the only professional staffed by Owl Hill on the engagement. As the CEO for the Debtors, Mr. Ray has assumed in all respects the management of the Debtors' businesses. In addition, as described in the First Day Declarations, Mr. Ray has provided oversight and support to the Debtors' other professionals in connection with execution of the five core objectives of these Chapter 11 Cases:

    (a) <u>Implementation of Controls</u>: the implementation of accounting, audit, cash management, cybersecurity, human resources, risk management, data protection and other systems that did not exist, or did not exist to an appropriate degree, prior to Mr. Ray's appointment;

    (b) <u>Asset Protection & Recovery</u>: the location and security of property of the estate, a substantial portion of which may be missing or stolen;

    (c) <u>Transparency and Investigation</u>: the pending, comprehensive, transparent and deliberate investigation into claims against Mr. Samuel Bankman-Fried, the other co-founders of the Debtors and third parties, in coordination with regulatory stakeholders in the United States and around the world;

    (d) <u>Efficiency and Coordination</u>: cooperation and coordination with insolvency proceedings of subsidiary companies in other jurisdictions; and

    (e) <u>Maximization of Value</u>: the maximization of value for all stakeholders through the eventual reorganization or sale of the Debtors 'complex array of businesses, investments and digital and physical property.

2. During the Reporting Period, Mr. Ray directed and oversaw the Debtors' businesses and worked with the Debtors' retained professionals on these five objectives. This work included periodic meetings and numerous communications with the independent board of directors and attending regular weekly telephonic and in person board meetings to manage and coordinate the Debtors' operations and restructuring efforts. Mr. Ray led weekly calls with the

lead professionals related to the overall direction and management of the case as well as broader weekly meetings with the professional firms that are critical to the day-to-day management of these Chapter 11 Cases.  Additionally, Mr. Ray has worked to establish and maintain internal controls, address and manage employees and employee concerns, interacted with management in Japan, Europe and other locations throughout the world and managed cash, other assets and investments, data and systems related issues with respect to all Debtors.  Mr. Ray also provided oversight related to the Debtors' public relations and communications plans.

3. Mr. Ray also spent significant time managing the Debtors' Chapter 11 Cases.  Mr. Ray has dedicated his time to various issues related to asset recovery and security, engagement and meeting with the Committee and monitoring the status of the Debtors' chapter 11 filings and professional retentions.  In connection with the review of professional retentions, Mr. Ray coordinated with the Debtors' professionals to avoid the unnecessary duplication of services.  In addition to work related to claims and creditor management, Mr. Ray provided oversight and assistance with the evaluation of potential avoidance actions, the consideration of the sale of certain businesses and investments and the development of restructuring strategies.  Mr. Ray is involved day to day with respect to the management and disposition of the Debtors' coins and tokens.  During the period, Mr. Ray devoted time to coordinating with the Joint Provisional Liquidators in the Bahamas to ensure a seamless post-confirmation distribution process.  Additionally, Mr. Ray has been directly involved with furthering the Debtors' plan of reorganization and steps toward confirmation.  Mr. Ray has also been involved with the resolution of certain solicitation and ballot processes.

## Summary of Compensation and Expenses

| Period | Fees | Expenses | Total |
|---|---|---|---|
| August 1, 2024 – August 31, 2024 | $335,475.00 | $52.84 | $335,527.84 |

## Summary of Expense by Category

| Expense Category | Total Expenses |
|---|---|
| Travel – Lodging | $0.00 |
| Travel – Airfare | $0.00 |
| Travel – Transportation (other) | $0.00 |
| Travel – Meals | $0.00 |
| Other Expenses | $52.84 |
| **Total Amount for Period:** | $52.84 |

## Summary of Time and Fees by Professional

| Name of Professional | Function/Role | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| John J. Ray III | Chief Executive Officer | $1,575.00 | 213.0 | $335,475.00 |
| | **50% adjustment for non-working travel:** | | 0.0 | ($0.00) |
| | **Total Amount for Period:** | | | $335,475.00 |

**Time Detail Activity by Professional**

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 8/1/24 | Review of order re coin appeal and communicate with S&C re same | John J. Ray III | 0.3 | $472.50 |
| 8/1/24 | Review and comment on Plan supplement | John J. Ray III | 2.5 | $3,937.50 |
| 8/1/24 | Follow up related to Japan wind down | John J. Ray III | 0.8 | $1,260.00 |
| 8/1/24 | Review KYC matters | John J. Ray III | 0.8 | $1,260.00 |
| 8/1/24 | Review preference excluded list and provide comments | John J. Ray III | 1.3 | $2,047.50 |
| 8/1/24 | Review K5 holdings | John J. Ray III | 1.0 | $1,575.00 |
| 8/1/24 | Review and comment on distribution agreement and processes | John J. Ray III | 1.8 | $2,835.00 |
| 8/1/24 | Review changed pages related to Plan and provide comment | John J. Ray III | 0.8 | $1,260.00 |
| 8/1/24 | Review master ballot questions and assist Creditors with questions | John J. Ray III | 0.8 | $1,260.00 |
| 8/1/24 | Review comments on trust agreement and provide comments | John J. Ray III | 0.5 | $787.50 |
| 8/1/24 | Review GSA amendment and provide comments to S&C | John J. Ray III | 0.8 | $1,260.00 |
| 8/1/24 | Call with S&C (J Croke and others) and PWP (E Tu and others) related to venture matters | John J. Ray III | 1.3 | $2,047.50 |
| 8/2/24 | Review K5 structure and investments | John J. Ray III | 1.8 | $2,835.00 |
| 8/2/24 | Review Japan services liquidation agreements and execute same | John J. Ray III | 0.8 | $1,260.00 |
| 8/2/24 | Review Plan supplement changes re reimbursement | John J. Ray III | 0.5 | $787.50 |
| 8/2/24 | Review crypto services agreement | John J. Ray III | 0.8 | $1,260.00 |

---

[1] Non-working travel is charged at a 50% discount to the standard rate.

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 8/2/24 | Review Plan supplement re contracts for assumption and rejection | John J. Ray III | 1.5 | $2,362.50 |
| 8/2/24 | Review distribution agreement changes | John J. Ray III | 0.8 | $1,260.00 |
| 8/2/24 | Review updated GSA draft | John J. Ray III | 0.5 | $787.50 |
| 8/2/24 | Review and comment on revised Plan administration agreement | John J. Ray III | 0.8 | $1,260.00 |
| 8/3/24 | Review token launch agreements and execute consents re same | John J. Ray III | 1.3 | $2,047.50 |
| 8/4/24 | Review and execute token launch agreement | John J. Ray III | 0.8 | $1,260.00 |
| 8/4/24 | Review of draft settlement proposal | John J. Ray III | 0.8 | $1,260.00 |
| 8/5/24 | Review and execute series of documents related to Japan KK | John J. Ray III | 1.3 | $2,047.50 |
| 8/5/24 | Review of remaining balance summary for tokens and coins | John J. Ray III | 0.5 | $787.50 |
| 8/5/24 | Call with J Frank related to Plan communications | John J. Ray III | 0.5 | $787.50 |
| 8/5/24 | Weekly call with Galaxy, A&M (K Ramanathan and others) related sales of coins and tokens | John J. Ray III | 0.5 | $787.50 |
| 8/5/24 | Review of insurance matters | John J. Ray III | 0.8 | $1,260.00 |
| 8/5/24 | Review of communications from counsel related to pending litigation and responses | John J. Ray III | 1.5 | $2,362.50 |
| 8/5/24 | Review of voting matters and work through logistical matters related to master ballots | John J. Ray III | 2.3 | $3,622.50 |
| 8/5/24 | Review of draft distribution services agreement | John J. Ray III | 0.8 | $1,260.00 |
| 8/5/24 | Coordinate with counsel related to litigation matters | John J. Ray III | 0.5 | $787.50 |
| 8/5/24 | Call with PWP (B Mendelsohn and others) related to venture updates | John J. Ray III | 0.5 | $787.50 |
| 8/5/24 | Review of term sheet related to potential settlement and comment re same | John J. Ray III | 1.3 | $2,047.50 |
| 8/5/24 | Review Kroll filing related to reimbursement | John J. Ray III | 0.3 | $472.50 |
| 8/5/24 | Prepare Board agenda | John J. Ray III | 0.3 | $472.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 8/5/24 | Coordinate with A&M and counsel related to investigation for potential litigation | John J. Ray III | 0.5 | $787.50 |
| 8/6/24 | Review PMO and coordinate work streams | John J. Ray III | 1.3 | $2,047.50 |
| 8/6/24 | Call with S&C (C Delo) related to balloting matters | John J. Ray III | 0.5 | $787.50 |
| 8/6/24 | Steering committee call with A&M (E Mosely and others), S&C (A Kranzley and others), and PWP (B Mendelsohn and others) | John J. Ray III | 1.0 | $1,575.00 |
| 8/6/24 | Attend Board call | John J. Ray III | 1.0 | $1,575.00 |
| 8/6/24 | Review and provide direction related to coin and token matters | John J. Ray III | 0.8 | $1,260.00 |
| 8/6/24 | Review distribution agreement status and provide direction regarding changes and comments | John J. Ray III | 1.8 | $2,835.00 |
| 8/6/24 | Review master ballot questions and assist multiple creditors with process | John J. Ray III | 4.5 | $7,087.50 |
| 8/6/24 | Call with advisory committee member related to case matters | John J. Ray III | 1.0 | $1,575.00 |
| 8/6/24 | Review and approve diligence materials | John J. Ray III | 0.5 | $787.50 |
| 8/7/24 | Review master ballot issues and assist creditors with questions and claims reconciliation | John J. Ray III | 3.5 | $5,512.50 |
| 8/7/24 | Respond to holders related to inquiries related to Plan supplement | John J. Ray III | 3.5 | $5,512.50 |
| 8/7/24 | Review comments and direction related to proposed settlement | John J. Ray III | 0.8 | $1,260.00 |
| 8/7/24 | Call with insurance broker related to future insurance needs | John J. Ray III | 0.5 | $787.50 |
| 8/7/24 | Call with A&M (E Mosely and others) and S&C (J Croke and others) related to Plan supplement matter | John J. Ray III | 0.8 | $1,260.00 |
| 8/7/24 | Review GSA amendment | John J. Ray III | 0.3 | $472.50 |
| 8/7/24 | Review proposed token settlement and provide comments and feedback | John J. Ray III | 0.8 | $1,260.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 8/7/24 | Call with W&C (B Pfeifer and others), A&M (E Mosely and others), and Alix Partners (M Evans and others) related to litigation matter | John J. Ray III | 1.0 | $1,575.00 |
| 8/8/24 | Review master ballot issues and assist creditors with questions and claims reconciliation | John J. Ray III | 3.5 | $5,512.50 |
| 8/8/24 | Review and comment on distribution services agreement | John J. Ray III | 1.5 | $2,362.50 |
| 8/8/24 | Communicate with counsel related to avoidance action filings | John J. Ray III | 0.3 | $472.50 |
| 8/8/24 | Review and execute release agreement related to note payment | John J. Ray III | 0.5 | $787.50 |
| 8/8/24 | Provide direction related to settlement negotiations | John J. Ray III | 0.5 | $787.50 |
| 8/8/24 | Review professional fee payments | John J. Ray III | 0.8 | $1,260.00 |
| 8/8/24 | Review and comment on reply filings with respect to MDL | John J. Ray III | 0.8 | $1,260.00 |
| 8/8/24 | Review calculations related to claims | John J. Ray III | 0.5 | $787.50 |
| 8/8/24 | Review and comment on notice to master ballot holders | John J. Ray III | 0.3 | $472.50 |
| 8/9/24 | Managing balloting issues with holders | John J. Ray III | 2.8 | $4,410.00 |
| 8/9/24 | Review of and mark up of proposed litigation term sheet | John J. Ray III | 0.8 | $1,260.00 |
| 8/9/24 | Provide direction to professionals related to pending work streams | John J. Ray III | 2.5 | $3,937.50 |
| 8/11/24 | Review of tax matters | John J. Ray III | 0.8 | $1,260.00 |
| 8/12/24 | Communicate with parties related to insurance matters and updates | John J. Ray III | 0.5 | $787.50 |
| 8/12/24 | Provide assistance and review balloting and claim issues | John J. Ray III | 3.8 | $5,985.00 |
| 8/12/24 | Call with J Frank related to Plan communications | John J. Ray III | 0.5 | $787.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 8/12/24 | Review and provide input related to coins and tokens | John J. Ray III | 0.5 | $787.50 |
| 8/12/24 | Call with Galaxy and creditor representatives related to coins and tokens | John J. Ray III | 0.5 | $787.50 |
| 8/12/24 | Review of NFTs and designation of same | John J. Ray III | 0.5 | $787.50 |
| 8/12/24 | Review preliminary voting and coordinate with JOLs | John J. Ray III | 0.5 | $787.50 |
| 8/12/24 | Review and comment related to settlement structure of pending litigation | John J. Ray III | 1.3 | $2,047.50 |
| 8/12/24 | Review of claims update | John J. Ray III | 0.8 | $1,260.00 |
| 8/12/24 | Provide direction related to distribution services agreement | John J. Ray III | 0.8 | $1,260.00 |
| 8/12/24 | Review and approve settlement terms related to tokens | John J. Ray III | 0.5 | $787.50 |
| 8/12/24 | Review and provide comments related to proposed terms of litigation settlement matter | John J. Ray III | 0.5 | $787.50 |
| 8/12/24 | Review final terms regarding Emergent matter | John J. Ray III | 0.3 | $472.50 |
| 8/13/24 | Review and provide direction related to coins and tokens | John J. Ray III | 0.3 | $472.50 |
| 8/13/24 | Provide assistance and review balloting and claim issues | John J. Ray III | 4.8 | $7,560.00 |
| 8/13/24 | Review of excluded party list | John J. Ray III | 1.3 | $2,047.50 |
| 8/13/24 | Call with tax professionals E&Y (T Shea and others), S&C (D Hariton and others), and A&M (E Mosely and others) regarding open tax issues | John J. Ray III | 0.8 | $1,260.00 |
| 8/13/24 | Call with creditor related to ballot matters | John J. Ray III | 1.0 | $1,575.00 |
| 8/13/24 | Call with S&C (A Dietderich and others) and A&M (E Mosely and others) related to Plan matters (1.0) and continued conversation with interested party re same (0.8) | John J. Ray III | 1.8 | $2,835.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 8/13/24 | Review of professional payments | John J. Ray III | 0.5 | $787.50 |
| 8/13/24 | Review and provide comments related to proposed terms of litigation settlement matter | John J. Ray III | 0.5 | $787.50 |
| 8/14/24 | Call with representative of potential Venture buyer | John J. Ray III | 0.8 | $1,260.00 |
| 8/14/24 | Review and provide comments related to proposed terms of litigation settlement matter | John J. Ray III | 2.3 | $3,622.50 |
| 8/14/24 | Review and provide guidance related to coins and tokens and distribution matters | John J. Ray III | 0.8 | $1,260.00 |
| 8/14/24 | Call with W&C (B Pfeiffer and others) and A&M (K Ramanathan and others) related avoidance action | John J. Ray III | 0.8 | $1,260.00 |
| 8/14/24 | Call with W&C (B Pfeiffer and others), Alix Partners (M Evans and others), and A&M (K Ramanathan and others) related avoidance action | John J. Ray III | 1.0 | $1,575.00 |
| 8/14/24 | Call with Board member related to venture information | John J. Ray III | 0.3 | $472.50 |
| 8/14/24 | Provide assistance and review balloting and claim issues | John J. Ray III | 1.5 | $2,362.50 |
| 8/14/24 | Call with S&C (A Kranzley and others) and A&M (K Ramanathan and others) related to KYC | John J. Ray III | 0.5 | $787.50 |
| 8/14/24 | Review and execute final Emergent settlement agreement | John J. Ray III | 0.3 | $472.50 |
| 8/14/24 | Review of unliquidated claims and objection process | John J. Ray III | 1.0 | $1,575.00 |
| 8/14/24 | Review venture settlement proposal | John J. Ray III | 0.5 | $787.50 |
| 8/14/24 | Addressing additional ballot and voting questions | John J. Ray III | 2.0 | $3,150.00 |
| 8/15/24 | Review of claims reserves analysis | John J. Ray III | 1.5 | $2,362.50 |
| 8/15/24 | Review of proposed settlement agreement | John J. Ray III | 1.0 | $1,575.00 |
| 8/15/24 | Review of banking matters and allocations, provide direction | John J. Ray III | 0.8 | $1,260.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 8/15/24 | Review and execute documents related to non-debtor entities | John J. Ray III | 0.5 | $787.50 |
| 8/15/24 | Review of Plan communications | John J. Ray III | 0.3 | $472.50 |
| 8/15/24 | Call with A&M (S Coverick and others) and S&C (A Kranzley and others) related to claims reconciliation | John J. Ray III | 0.8 | $1,260.00 |
| 8/15/24 | Call with A&M (D Johnston and others) and RLKS (M Cilia and others) related to bank matters | John J. Ray III | 0.8 | $1,260.00 |
| 8/15/24 | Calls with multiple creditors related to master ballot matters | John J. Ray III | 1.5 | $2,362.50 |
| 8/15/24 | Review of further changes to settlement agreement | John J. Ray III | 0.8 | $1,260.00 |
| 8/15/24 | Review and provide direction related to balloting questions | John J. Ray III | 4.0 | $6,300.00 |
| 8/15/24 | Review of communications from defendant related to proposed settlement | John J. Ray III | 0.5 | $787.50 |
| 8/16/24 | Assist and provide direction related to ballots and voting process | John J. Ray III | 1.0 | $1,575.00 |
| 8/16/24 | Review final settlement agreement | John J. Ray III | 0.5 | $787.50 |
| 8/16/24 | Communicate with Board related to Plan developments | John J. Ray III | 0.8 | $1,260.00 |
| 8/16/24 | Communicate with QE (S Rand) related to Plan objections | John J. Ray III | 0.8 | $1,260.00 |
| 8/16/24 | Review and comment on banking presentation | John J. Ray III | 0.8 | $1,260.00 |
| 8/19/24 | Review voting results and communication of same | John J. Ray III | 0.3 | $472.50 |
| 8/19/24 | Review of third-party claim details | John J. Ray III | 1.0 | $1,575.00 |
| 8/19/24 | Review Board materials and provide direction | John J. Ray III | 0.5 | $787.50 |
| 8/19/24 | Communicate with counsel related to Plan objections | John J. Ray III | 2.0 | $3,150.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 8/19/24 | Review and sign off on NDA changes | John J. Ray III | 0.8 | $1,260.00 |
| 8/19/24 | Review comments and related document changes related to distribution agreement | John J. Ray III | 1.5 | $2,362.50 |
| 8/19/24 | Review and guidance related to diligence requests and responses | John J. Ray III | 0.8 | $1,260.00 |
| 8/19/24 | Review of voting results and communications | John J. Ray III | 0.5 | $787.50 |
| 8/19/24 | Review materials for creditor advisory committee | John J. Ray III | 0.8 | $1,260.00 |
| 8/19/24 | Review Board materials | John J. Ray III | 0.5 | $787.50 |
| 8/19/24 | Review settlement agreement mark up | John J. Ray III | 0.8 | $1,260.00 |
| 8/20/24 | Review NDA and comment on same | John J. Ray III | 0.5 | $787.50 |
| 8/20/24 | Review and comment on breach notice | John J. Ray III | 0.5 | $787.50 |
| 8/20/24 | Review and comment on settlement agreement | John J. Ray III | 2.8 | $4,410.00 |
| 8/20/24 | Participate in steering committee call with A&M (E Mosely and others), S&C (A Kranzley and others), and PWP (B Mendelsohn and others) | John J. Ray III | 1.0 | $1,575.00 |
| 8/20/24 | Prepare for (0.8) and attend Board call (1.0) | John J. Ray III | 1.8 | $2,835.00 |
| 8/20/24 | Call with Credit Advisory Committee member related to banking status | John J. Ray III | 0.5 | $787.50 |
| 8/20/24 | Call with Creditor Advisory Committee members on case status and next steps | John J. Ray III | 1.0 | $1,575.00 |
| 8/20/24 | Review and execute subsidiary governance documents | John J. Ray III | 0.8 | $1,260.00 |
| 8/20/24 | Review and provide direction related to crypto matters | John J. Ray III | 1.8 | $2,835.00 |
| 8/20/24 | Review and execute emergent settlement document | John J. Ray III | 0.8 | $1,260.00 |
| 8/20/24 | Review and provide guidance on Vault sale correspondence | John J. Ray III | 0.5 | $787.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 8/21/24 | Review of safe investment conversion documents | John J. Ray III | 0.8 | $1,260.00 |
| 8/21/24 | Review materials and attend calls with White & Case (B Pfeiffer and others) and A&M (K Ramanathan and others) related to litigation matter | John J. Ray III | 2.0 | $3,150.00 |
| 8/21/24 | Review and communicate settlement proposal to defendant | John J. Ray III | 1.0 | $1,575.00 |
| 8/21/24 | Review updated voting results | John J. Ray III | 0.5 | $787.50 |
| 8/21/24 | Review diligence requests and provide feedback on materials | John J. Ray III | 0.8 | $1,260.00 |
| 8/21/24 | Review and approve token re designation | John J. Ray III | 0.8 | $1,260.00 |
| 8/21/24 | Review settlement agreement and provide comments | John J. Ray III | 1.8 | $2,835.00 |
| 8/22/24 | Review NDA changes and approve same | John J. Ray III | 0.3 | $472.50 |
| 8/22/24 | Review investigations request and response | John J. Ray III | 0.5 | $787.50 |
| 8/22/24 | Review insurance renewal information | John J. Ray III | 0.5 | $787.50 |
| 8/22/24 | Call with A&M (K Ramanathan and others) and S&C (B Glueckstein and others) related to claims reconciliation | John J. Ray III | 0.8 | $1,260.00 |
| 8/22/24 | Call with S&C (A Dietderich and others) and A&M (E Mosely and others) related to settlement agreement drafting (0.8) and review of changes to the settlement agreement (1.8) | John J. Ray III | 2.6 | $4,095.00 |
| 8/22/24 | Review of financials related to venture investment | John J. Ray III | 1.5 | $2,362.50 |
| 8/22/24 | Review of potential preference matter | John J. Ray III | 0.5 | $787.50 |
| 8/22/24 | Review and approve professional fees and general administration of the case | John J. Ray III | 2.5 | $3,937.50 |
| 8/23/24 | Review and comment on draft settlement agreement and communicate questions related to the same | John J. Ray III | 2.0 | $3,150.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 8/23/24 | Review and provide guidance on crypto and token matters and distribution services | John J. Ray III | 1.5 | $2,362.50 |
| 8/23/24 | Review and approve final draft of settlement agreement | John J. Ray III | 0.5 | $787.50 |
| 8/23/24 | Review of draft settlement agreement mark up and provide feedback | John J. Ray III | 2.0 | $3,150.00 |
| 8/26/24 | Review of professional fee calculations | John J. Ray III | 0.8 | $1,260.00 |
| 8/26/24 | Review of draft settlement proposal | John J. Ray III | 0.8 | $1,260.00 |
| 8/26/24 | Review of work streams and status and provide direction re same | John J. Ray III | 2.8 | $4,410.00 |
| 8/26/24 | Review and provide direction related to distribution agent agreements | John J. Ray III | 0.8 | $1,260.00 |
| 8/26/24 | Review of tax matters | John J. Ray III | 0.5 | $787.50 |
| 8/27/24 | Review of Board minutes | John J. Ray III | 1.0 | $1,575.00 |
| 8/27/24 | Attend weekly steering committee call with A&M (E Mosely and others), S&C (B Glueckstein and others), and PWP (B Mendelsohn and others) | John J. Ray III | 1.0 | $1,575.00 |
| 8/27/24 | Call with advisory committee related to Plan matters | John J. Ray III | 1.3 | $2,047.50 |
| 8/27/24 | Call with JOLs and A&M (K Ramanathan and others) related to coordination on various matters | John J. Ray III | 0.5 | $787.50 |
| 8/27/24 | Review of investigations matter | John J. Ray III | 0.5 | $787.50 |
| 8/27/24 | Review of omnibus motions related to claims disallowance | John J. Ray III | 1.5 | $2,362.50 |
| 8/27/24 | Review of distribution agent status and provide direction | John J. Ray III | 1.5 | $2,362.50 |
| 8/27/24 | Review of claims matter and background date | John J. Ray III | 0.8 | $1,260.00 |
| 8/27/24 | Administration of cases related to Plan matters, trust documents and other Plan documents | John J. Ray III | 2.5 | $3,937.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 8/27/24 | Review and approve filing of Kroll reimbursement motion | John J. Ray III | 0.8 | $1,260.00 |
| 8/27/24 | Review of proposal received related to venture matter | John J. Ray III | 1.0 | $1,575.00 |
| 8/27/24 | Review and approve Singapore documents related to liquidation | John J. Ray III | 0.5 | $787.50 |
| 8/27/24 | Review changes to trust agreement and provide comments | John J. Ray III | 1.3 | $2,047.50 |
| 8/28/24 | Further review of trust agreement (1.0) and call with S&C (E Simpson and others) related to trust agreement comments (1.0) | John J. Ray III | 2.0 | $3,150.00 |
| 8/28/24 | Call with A&M (K Ramanathan and others) related to distribution agent agreement | John J. Ray III | 0.8 | $1,260.00 |
| 8/28/24 | Review of tax matters and planning related to post confirmation | John J. Ray III | 3.0 | $4,725.00 |
| 8/28/24 | Call with Board members, S&C (A Dietderich, D Harrison and others), and E&Y (T Shea) related to tax matters | John J. Ray III | 2.3 | $3,622.50 |
| 8/28/24 | Call with A&M (S Coverick) related to ballot matters | John J. Ray III | 0.3 | $472.50 |
| 8/28/24 | General case administration related to insurance, professional fee budget, and payments | John J. Ray III | 2.5 | $3,937.50 |
| 8/28/24 | Review of revised draft of the trust and Plan related documents | John J. Ray III | 2.0 | $3,150.00 |
| 8/29/24 | Review of distribution agreement and comment on same | John J. Ray III | 0.8 | $1,260.00 |
| 8/29/24 | Review settlement agreement (0.8) and call with S&C (B Glueckstein) regarding same (0.3) | John J. Ray III | 1.1 | $1,732.50 |
| 8/29/24 | Review and execute token securing agreement | John J. Ray III | 0.5 | $787.50 |
| 8/29/24 | Review forfeiture and settlement status | John J. Ray III | 0.8 | $1,260.00 |
| 8/29/24 | Review of revised trust agreement revisions | John J. Ray III | 0.8 | $1,260.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 8/29/24 | Review revised insurance materials | John J. Ray III | 0.8 | $1,260.00 |
| 8/29/24 | Review of Venture proposed settlement structure | John J. Ray III | 0.8 | $1,260.00 |
| 8/29/24 | Review and provide feedback related to various crypto items and distribution mechanics | John J. Ray III | 1.5 | $2,362.50 |
| 8/30/24 | Review offer for Albany property | John J. Ray III | 0.5 | $787.50 |
| 8/30/24 | Review of SCB claim | John J. Ray III | 0.5 | $787.50 |
| 8/30/24 | Review distribution agreement issues and proposed resolutions | John J. Ray III | 0.8 | $1,260.00 |
| 8/30/24 | Review of reporting materials | John J. Ray III | 2.0 | $3,150.00 |
| 8/30/24 | Review token agreement and execute documents re same | John J. Ray III | 0.8 | $1,260.00 |
| | | **Total Amount for Period:** | 213.0 | $335,475.00 |

**Owl Hill Expense Report – Detail by Day, by Category**

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 8/5/24 | Overnight shipping of documents to S&C | | | | | $52.84 | John J. Ray III |
| | **Total Amount for Period:** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$52.84** | |