**FTXCASE NAME:** *FTX Trading Ltd., et al.,*  **SIGN-IN SHEET**  **COURTROOM LOCATION: 5**
**CASE NO: 22-11068 (JTD)**  **DATE:** September 12, 2024 at 1:00 p.m. (ET)

| Name | Law Firm/Company | Client Representing |
|---|---|---|
| Adam G. Landis | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Matthew B. McGuire | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Kimberly A. Brown | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Brian D. Glueckstein | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Benjamin S. Beller | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Justin J. DeCamp | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |

# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 5

**CASE NUMBER(S):** 22-11068    **CASE NAME:** FTX Trading LTD.    **DATE:** 9/12/2024 (1:00 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Adam Marshall | RCFP | Media Intervenors |
| BRENDAN SCHLAUCH | RLF | FOREIGN REPS OF FTX DM |
| CHRIS SHORE | W&C | " |
| BRETT BAKEMEYER | W&C | " |
| DAVID KIM | W&C | " |
| HILLARY GABRIELE | W&C | " |
| Justin Alberto | Cole Schotz | Celsius Lit. Administrator |
| Patrick Reilley | " | " |
| Steve Klepper | " | " |
| Richard Levy | Pryor Cashman | " |
| Andrew Richmond | Pryor Cashman | " |
| Seth Lieberman | " | " |
| Benjamin Hackman | | UST |
| Shannon Humiston | McCarter + English | Seth Melamed |
| David Adler | " | " |
| Matthew Lunn | Y/CST | Committee |

# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 5

**CASE NUMBER(S):** 22-11068    **CASE NAME:** FTX Trading LTD.    **DATE:** 9/12/2024 (1:00 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Issac Sasson | Paul Hastings | Committee |
| Leoni Koch | " | " |
| Siena Cerra | Morris James | " |
| Erica Richards | Giles, et al. | |
| Aric Wu | " | |
| Lucian Murley | Saul Ewing | |

| FTX Trading Ltd. - Case No. 22-11068 | | | |
|---|---|---|---|
| First Name | Last Name | Firm | Rep |
| Robert | Kravitz | | |
| Randy | Luskey | | |
| John | Marcin | | |
| Vida | Robinson | | |
| Casey | Sandalow | | |
| Jack | Amed | | Creditor |
| Andrew | Ames | Foran Glennon | Interested Party |
| Fabio | Ames Windsor | Fabio Krishna Ames & Company, Inc. | Ames & Company, d/b/a AmesWindsor |
| Ellen | Bardash | ALM | |
| Daniel | Besikof | Lowenstein Sandler LLP | Various Celsius Defendants |
| Philip | Brendel | Bloomberg Intelligence | self |
| Daniel | Brenner | Pryor Cashman LLP | Silver Point Capital, L.P. |
| Erin | Broderick | Eversheds Sutherland | Ad Hoc Committee of Non-US Customers of FTX.com |
| Robert | Brown | | |
| Daniel | Carrigan | Baker Donelson, et al., PC | FSB/FSB Corp. |
| Matt | Chiappardi | Law360 (press/media) | none/observing |
| Charu | Chitwan | White & Case S.C. | Foreign Representatives of FTX Digital Markets Ltd |
| Steven | Church | | non party |
| Cameron | Crews | N/A | Creditor |
| Nathaniel | DeLoatch | Eversheds Sutherland | Ad Hoc Committee of Non-US Customers of FTX.com |
| Charles | Delo | Rothschild and Co. | Ad Hoc Committee of Non-US Customers of FTX.com |
| Roma | Desai | Office of the Texas Attorney General | TX State Securities Board, Dept of Banking, |
| Brenna | Dolphin | Morris, Nichols, Arsht & Tunnell LLP | Ad Hoc Committee of Non-U.S. Customers |
| Louis | Dorigny | | FTXCREDITOR |
| Stephanie | Eberhardt | Office of the Attorney General | SSB, DOB, State |
| Muhammad | Erliyanto | | |
| Reagan | Ernst | | |
| Carly | Everhardt | K&L Gates LLP | Alumni Ventures Defendants |
| Matthew | Ezersky | | |
| Chad | Flick | | |
| Erez | Gilad | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Michael | Giles | | adversary proc. litigant |

| First | Last | Firm | Representing |
|---|---|---|---|
| Adam | Goldberg | | Foreign Representatives of Three Arrows Capital |
| Peter | Greaves | PWC | Foreign Representatives of FTX Digital Markets Ltd |
| Alex | Grebnev | | |
| Christopher | Guth | Attestor Capital | Attestor Capital |
| Drew | Hainline | Alvarez and Marsal | |
| Matthew | Hamparyan | Schulte Roth & Zabel | |
| Mark | Hancock | Godfrey & Kahn, S.C. | Fee Examiner |
| Kristopher | Hansen | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Taylor | Harrison | | |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell | Ad Hoc Committee of Non-US Customers of FTX.com |
| Roman | Hemetsberger | Momentum Trading GmbH | Momentum Trading GmbH |
| Dennis | Hilkins | Attestor Capital | Attestor Capital |
| Bart | Hoyng | Attestor Capital | Attestor Capital |
| MUHAMMED | KARAKAYA | | CREDITOR |
| Kevin | Kearney | Alvarez & Marsal Private Equity Performance Improv | |
| Amol | Kendre | | |
| Dietrich | Knauth | | media, Reuters |
| Alexa | Kranzley | Sullivan & Cromwell LLP | The Debtors |
| MAXIMILIANO SER | LARRIBA HERRANZ | | Customer |
| Mathew | Laskowski | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Mike | Legge | | |
| Michael | Ligeti | A&O Shearman | |
| Daniel | Lowenthal | Patterson Belknap Webb & Tyler LLP | Examiner |
| Akiko | Matsuda | | Wall Street Journal |
| Anthony | Maurin | | |
| Keith | McCormack | | |
| Kyle | McKuhen | | |
| Colin | McLafferty | Oaktree Capital Management | Ad Hoc Group |
| Stanton | McManus | | United States |
| Cristina | Mendez | Cleary Gottlieb | |
| Carlin | Metzger | Commodity Futures Trading Commission | CFTC |
| Layla | Milligan | Office of the Attorney General of Texas | Texas SSB, DOB, CPD |
| Andrew | Morley | Rothschild and Co. | Ad Hoc Committee of Non-US Customers of FTX.com |
| Michael | Morris | Wisconsin Department of Justice | Wisconsin Department of Financial Institutions |

| | | | |
|---|---|---|---|
| Lorenzo | Munoz | Rothschild and Co. | Ad Hoc Committee of Non-US Customers of FTX.com |
| Tara | Pakrouh | Morris James LLP | Laurence Beal |
| Kenneth | Pasquale | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Sarah | Paul | Eversheds Sutherland | Ad Hoc Committee of Non-US Customers of FTX.com |
| Spencer | Payne | Silver Point Capital | |
| Marc | Phillips | Montgomery McCracken Walker & Rhoa | Sam Bankman-Fried |
| Andrew | Polansky | Eversheds Sutherland | Ad Hoc Committee of Non-US Customers of FTX.com |
| Rebekah | Presley | | Foreign Representatives of Three Arrows Capital |
| Mr. | Purple | | Creditors |
| Timothy | Reilly | | |
| NAthaniel | Reisenburg | | |
| Michael | Roberts | | |
| Samantha | Rodriguez | Morris James LLP | Laurence Beal |
| Michael | Rogers | Eversheds Sutherland | Ad Hoc Committee of Non-US Customers of FTX.com |
| Sophia | Rolle-Kapousouzogl | Lennox Paton | Foreign Representatives of FTX Digital Markets Ltd |
| Jason | Rosell | | Moskowitz Law Firm |
| Nathan | Rosenblum | | |
| Sari | Rosenfeld | AlixPartners, LLP | Debtors |
| Gabriel | Sasson | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Isaac | Sasson | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Brendan | Schlauch | Richards, Layton & Finger, P.A. | The Foreign Representatives of FTX D |
| Noah | Schottenstein | DLA Piper LLP (US) | Creditor |
| Eric | Schwartz | Morris Nichols Arsht & Tunnell | Ad Hoc Committee of Non-US Customers of FTX.com |
| Aagd | Seh | | Self |
| Yuhan | Shao | | |
| Patrick | Sibley | Pryor Cashman LLP | |
| Ian | Silverbrand | | |
| Matthew | Silverman | Pryor Cashman LLP | Litigation Oversight Committee |
| Matthew | Silverman | Pryor Cashman LLP | Litigation Oversight Committee of Celsius Network |
| Nicholas | Smargiassi | Saul Ewing LLP | Giles Defendants |
| Arun Kumar | Srinivasan | | |
| Alexander | Steiger | Richards, Layton & Finger, P.A. | JOLs of FTX Digital Markets Ltd. |
| Cullen | Stockmeyer | Alvarez & Marsal | 4045805928 |
| Andrew | Stott | EY Bermuda Ltd. | BlockFi International |

| | | | |
|---|---|---|---|
| Brian | Stout | Ash Breeze LLC | |
| Vince | Sullivan | Law360 | |
| Bruce | Tan | | |
| Nacif | Taousse | | Foreign Representatives of Three Arrows Capital |
| Adam | Titus | | Debtor |
| Michael | Trentin | Orrick | Observing |
| Ethan | Trotz | Katten Muchin Rosenman LLP | Creditor |
| Lauren | Walker | | |
| Robert | Weissman | | Weissman & Weissman 401K |
| Jonathan | Weyand | Morris Nichols Arsht & Tunnell | Ad Hoc Committee of Non-US Customers of FTX.com |
| Sam | White | | |
| Sarah | Wynn | | |
| Becky | Yerak | Wall Street Journal | News Corp |
| Zachary | Zabib | | |
| Alexandra | Zablocki | | K5 Defendants |
| romain | davis | | |
| michael | mccarney | | |
| effy | shi | | |