# EXHIBIT A

# EXHIBIT A
## SUMMARY OF FEES BY INIVIDUAL FOR THE APPLICATION PERIOD
### (MAY 1, 2024 THROUGH AND INCLUDING JULY 31, 2024)

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Arnett, Chris | Managing Director | $1,125 | 358.8 | $403,650.00 |
| Benson, Adam | Managing Director | $1,425 | 37.7 | $53,722.50 |
| Bowles, Carl | Managing Director | $1,100 | 28.3 | $31,130.00 |
| Chambers, Henry | Managing Director | $1,070 | 357.6 | $382,632.00 |
| Coverick, Steve | Managing Director | $1,075 | 541.7 | $582,327.50 |
| Cumberland, Brian | Managing Director | $1,495 | 2.7 | $4,036.50 |
| Farsaci, Alessandro | Managing Director | $1,150 | 5.1 | $5,865.00 |
| Fleming, Richard | Managing Director | $1,025 | 1.8 | $1,845.00 |
| Gordon, Robert | Managing Director | $1,150 | 279.9 | $321,885.00 |
| Grillo, Rocco | Managing Director | $1,150 | 40.0 | $46,000.00 |
| Grosvenor, Robert | Managing Director | $1,070 | 34.3 | $36,701.00 |
| Hershan, Robert | Managing Director | $1,100 | 2.4 | $2,640.00 |
| Hertzberg, Julie | Managing Director | $1,425 | 108.8 | $155,040.00 |
| Howe, Christopher | Managing Director | $1,475 | 340.0 | $501,500.00 |
| Iwanski, Larry | Managing Director | $1,150 | 37.6 | $43,240.00 |
| Jacobs, Kevin | Managing Director | $1,475 | 132.6 | $195,585.00 |
| Johnston, David | Managing Director | $1,100 | 464.7 | $511,170.00 |
| Kotarba, Chris | Managing Director | $1,425 | 11.1 | $15,817.50 |
| Liguori, Albert | Managing Director | $1,425 | 108.5 | $154,612.50 |
| Marshall, Jonathan | Managing Director | $1,150 | 4.7 | $5,405.00 |
| Mosley, Ed | Managing Director | $1,425 | 409.1 | $582,967.50 |
| Pedersen, Brian | Managing Director | $1,425 | 1.4 | $1,995.00 |
| Reynolds, Kristina Dautrich | Managing Director | $1,425 | 2.4 | $3,420.00 |
| Roche, Matthew | Managing Director | $1,425 | 57.8 | $82,365.00 |
| Ryan, Laureen | Managing Director | $1,150 | 146.1 | $168,015.00 |
| Schultz, John[1] | Managing Director | $1,475 | 2.5 | $3,687.50 |
| Schultz, John | Managing Director | $1,425 | 9.3 | $13,252.50 |
| Shanahan, Michael | Managing Director | $990 | 45.5 | $45,045.00 |
| Sielinski, Jeff | Managing Director | $1,100 | 515.3 | $566,830.00 |
| Sinnott, Brendan | Managing Director | $1,425 | 6.4 | $9,120.00 |
| Stegenga, Jeffery | Managing Director | $1,525 | 29.3 | $44,682.50 |
| Swerdlow, Jeff | Managing Director | $1,425 | 5.2 | $7,410.00 |
| Turner, Cari | Managing Director | $1,225 | 61.9 | $75,827.50 |
| Ulyanenko, Andrey | Managing Director | $1,425 | 235.9 | $336,157.50 |
| **Managing Director Total** | | | **4,426.4** | **$5,395,579.50** |
| Brewer, Kenneth | Senior Advisor | $1,425 | 62.8 | $89,490.00 |
| Cope, Charles | Senior Advisor | $1,425 | 1.4 | $1,995.00 |
| Klig, Steven | Senior Advisor | $1,425 | 16.2 | $23,085.00 |

---

[1] Reflects rate change for John Schultz from $1475 to $1425 which occurred during the Interim Period to correct a clerical error.

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---:|---:|---:|
| Seaway, Bill | Senior Advisor | $1,425 | 78.4 | $111,720.00 |
| Wiseberg, Stan | Senior Advisor | $1,425 | 51.5 | $73,387.50 |
| **Senior Advisor Total** | | | **210.3** | **299,677.50** |
| Arhos, Nikos | Senior Director | $1,050 | 186.5 | $195,825.00 |
| Blanks, David | Senior Director | $1,025 | 599.3 | $614,282.50 |
| Brantley, Chase | Senior Director | $950 | 494.7 | $469,965.00 |
| Broskay, Cole | Senior Director | $975 | 221.6 | $216,060.00 |
| Canale, Alex | Senior Director | $965 | 154.7 | $149,285.50 |
| Cornetta, Luke | Senior Director | $1,050 | 81.7 | $85,785.00 |
| Dusendschon, Kora | Senior Director | $965 | 46.4 | $44,776.00 |
| Edwards, Emily | Senior Director | $1,050 | 11.8 | $12,390.00 |
| Esposito, Rob | Senior Director | $975 | 516.8 | $503,880.00 |
| Evans, Charles | Senior Director | $900 | 11.1 | $9,990.00 |
| Johnson, Robert | Senior Director | $965 | 149.7 | $144,460.50 |
| Konig, Louis | Senior Director | $965 | 263.7 | $254,470.50 |
| Kwan, Peter | Senior Director | $965 | 369.5 | $356,567.50 |
| LeDonne, Haley | Senior Director | $1,050 | 297.2 | $312,060.00 |
| McBee, Nicolaus | Senior Director | $1,050 | 325.9 | $342,195.00 |
| Mohammed, Azmat | Senior Director | $975 | 503.9 | $491,302.50 |
| Pandey, Vishal | Senior Director | $975 | 52.7 | $51,382.50 |
| Ramanathan, Kumanan | Senior Director | $1,050 | 667.2 | $700,560.00 |
| Tarikere, Sriram | Senior Director | $975 | 108.7 | $105,982.50 |
| Titus, Adam | Senior Director | $1,025 | 665.2 | $681,830.00 |
| Zatz, Jonathan | Senior Director | $965 | 375.9 | $362,743.50 |
| Zimet, Lee | Senior Director | $1,050 | 37.9 | $39,795.00 |
| **Senior Director Total** | | | **6,142.1** | **$6,145,588.50** |
| Baker, Kevin | Director | $800 | 532.2 | $425,760.00 |
| Balmelli, Gioele | Director | $850 | 107.7 | $91,545.00 |
| Bell, Erik | Director | $925 | 232.4 | $214,970.00 |
| Best, Austin | Director | $925 | 135.1 | $124,967.50 |
| Casey, John | Director | $775 | 325.5 | $252,262.50 |
| Chamma, Leandro | Director | $800 | 419.7 | $335,760.00 |
| Cosgrove, Nicholas | Director | $925 | 19.9 | $18,407.50 |
| Dalgleish, Elizabeth | Director | $825 | 486.4 | $401,280.00 |
| Flynn, Matthew | Director | $850 | 565.0 | $480,250.00 |
| Ford, Abigail | Director | $925 | 192.7 | $178,247.50 |
| Glustein, Steven | Director | $825 | 730.2 | $602,415.00 |
| Gosau, Tracy | Director | $800 | 83.2 | $66,560.00 |
| Hainline, Drew | Director | $875 | 528.4 | $462,350.00 |
| Henness, Jonathan | Director | $925 | 591.8 | $547,415.00 |
| Hernandez, Dylan | Director | $900 | 29.8 | $26,820.00 |
| Kearney, Kevin | Director | $875 | 680.7 | $595,612.50 |
| Lambert, Leslie | Director | $800 | 100.5 | $80,400.00 |
| Lannan, Matthew | Director | $925 | 0.3 | $277.50 |

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Lee, Julian | Director | $800 | 66.2 | $52,960.00 |
| LeGuen, Jonathon | Director | $900 | 419.3 | $377,370.00 |
| Lewandowski, Douglas | Director | $875 | 524.8 | $459,200.00 |
| Lowe, Sam | Director | $715 | 99.0 | $70,785.00 |
| Lucas, Emmet | Director | $825 | 594.8 | $490,710.00 |
| McGoldrick, Hugh | Director | $825 | 16.9 | $13,942.50 |
| McGrath, Patrick | Director | $800 | 167.0 | $133,600.00 |
| Mennie, James | Director | $875 | 684.7 | $599,112.50 |
| Pekhman, Yuliya | Director | $800 | 0.3 | $240.00 |
| van den Belt, Mark | Director | $850 | 3.4 | $2,890.00 |
| Walia, Gaurav | Director | $900 | 306.6 | $275,940.00 |
| **Director Total** | | | **8,644.5** | **$7,382,050.00** |
| Teo, Benjamin | Senior Manager | $725 | 19.8 | $14,355.00 |
| **Senior Manager Total** | | | **19.8** | **$14,355.00** |
| Baker, Oliver | Manager | $875 | 254.3 | $222,512.50 |
| Baldwin, Evan | Manager | $875 | 51.8 | $45,325.00 |
| Blanchard, Madison | Operations Manager | $635 | 255.4 | $162,179.00 |
| Cloughesy, Kristina | Manager | $200 | 15.0 | $3,000.00 |
| Constantinou, Demetrios | Manager | $875 | 160.9 | $140,787.50 |
| Cox, Allison | Manager | $635 | 135.5 | $86,042.50 |
| Grussing, Bernice | Manager | $375 | 12.6 | $4,725.00 |
| Herring, Scott | Manager | $725 | 140.8 | $102,080.00 |
| Hoffer, Emily | Manager | $695 | 28.7 | $19,946.50 |
| Kos, Sandra | Manager | $200 | 17.0 | $3,400.00 |
| Kuruvilla, Daniel | Manager | $725 | 10.0 | $7,250.00 |
| Lam, James | Manager | $650 | 24.9 | $16,185.00 |
| Li, Summer | Manager | $725 | 220.6 | $159,935.00 |
| Pestano, Kyle | Manager | $700 | 629.3 | $440,510.00 |
| Primo, Michelle | Manager | $875 | 21.0 | $18,375.00 |
| Rybarczyk, Jodi | Manager | $725 | 193.2 | $140,070.00 |
| Sivapalu, Anan | Manager | $700 | 332.2 | $232,540.00 |
| Sloan, Austin | Manager | $695 | 14.5 | $10,077.50 |
| Tong, Crystal | Manager | $700 | 384.7 | $269,290.00 |
| Work, David | Manager | $725 | 338.5 | $245,412.50 |
| Zhang, Qi | Manager | $725 | 468.8 | $339,880.00 |
| **Manager Total** | | | **3,709.7** | **$2,669,523.00** |
| Arah, Alijah | Senior Associate | $660 | 235.9 | $155,694.00 |
| Braatelien, Troy | Senior Associate | $625 | 398.1 | $248,812.50 |
| Canady, Marissa | Senior Associate | $800 | 45.0 | $36,000.00 |
| Chan, Jon | Senior Associate | $580 | 548.9 | $318,362.00 |
| Cherry, Nicholas | Senior Associate | $775 | 317.2 | $245,830.00 |
| Dobbs, Aaron | Senior Associate | $580 | 158.5 | $91,930.00 |
| Ebrey, Mason | Senior Associate | $580 | 189.1 | $109,678.00 |
| Faett, Jack | Senior Associate | $700 | 529.7 | $370,790.00 |

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Garcia, Carolina | Senior Associate | $800 | 128.3 | $102,640.00 |
| Gibbs, Connor | Senior Associate | $650 | 90.3 | $58,695.00 |
| Heath, Peyton | Senior Associate | $775 | 688.1 | $533,277.50 |
| Helal, Aly | Senior Associate | $615 | 93.0 | $57,195.00 |
| Heric, Andrew | Senior Associate | $635 | 394.0 | $250,190.00 |
| Jones, Mackenzie | Senior Associate | $625 | 171.0 | $106,875.00 |
| Kaufman, Ashley | Senior Associate | $685 | 104.8 | $71,788.00 |
| Kolodny, Steven | Senior Associate | $625 | 103.1 | $64,437.50 |
| LaPosta, Logan | Senior Associate | $725 | 650.8 | $471,830.00 |
| Lei, Katie | Senior Associate | $775 | 48.3 | $37,432.50 |
| Montague, Katie | Senior Associate | $775 | 88.8 | $68,820.00 |
| Parker, Brandon | Senior Associate | $800 | 191.0 | $152,800.00 |
| Sagen, Daniel | Senior Associate | $775 | 512.8 | $397,420.00 |
| Sunkara, Manasa | Senior Associate | $580 | 356.4 | $206,712.00 |
| Todd, Patrick | Senior Associate | $685 | 231.3 | $158,440.50 |
| Trent, Hudson | Senior Associate | $725 | 687.1 | $498,147.50 |
| Willson, Jeanna | Senior Associate | $800 | 49.0 | $39,200.00 |
| Wilson, David | Senior Associate | $615 | 506.5 | $311,497.50 |
| Wu, Grace | Senior Associate | $625 | 190.9 | $119,312.50 |
| Yan, Jack | Senior Associate | $530 | 24.3 | $12,879.00 |
| Zabcik, Kathryn | Senior Associate | $625 | 444.9 | $278,062.50 |
| **Senior Associate Total** | | | **8,177.1** | **$5,574,748.50** |
| Beretta, Matthew | Associate | $525 | 202.3 | $106,207.50 |
| Butler, Liam | Associate | $560 | 38.7 | $21,672.00 |
| Chhuon, Sally | Associate | $675 | 329.1 | $222,142.50 |
| Collis, Jack | Associate | $550 | 80.5 | $44,275.00 |
| Francis, Luke | Associate | $650 | 842.6 | $547,690.00 |
| Gonzalez, Johnny | Associate | $700 | 741.0 | $518,700.00 |
| Jain, Heman | Associate | $450 | 116.7 | $52,515.00 |
| Jauregui, Stefon | Associate | $650 | 260.3 | $169,195.00 |
| Kane, Alex | Associate | $650 | 737.7 | $479,505.00 |
| Krautheim, Sean | Associate | $560 | 137.5 | $77,000.00 |
| Lowdermilk, Quinn | Associate | $580 | 417.3 | $242,034.00 |
| Mirando, Michael | Associate | $625 | 471.0 | $294,375.00 |
| Pon, Mark | Associate | $675 | 129.4 | $87,345.00 |
| Price, Breanna | Associate | $560 | 24.3 | $13,608.00 |
| Pryor, Trey | Associate | $675 | 56.7 | $38,272.50 |
| Quach, John | Associate | $675 | 41.4 | $27,945.00 |
| Radwanski, Igor | Associate | $580 | 474.7 | $275,326.00 |
| Shaari, Nadav | Associate | $625 | 60.8 | $38,000.00 |
| Slay, David | Associate | $625 | 702.0 | $438,750.00 |
| Smith, Cameron | Associate | $625 | 525.9 | $328,687.50 |
| Soto, Eric | Associate | $675 | 7.6 | $5,130.00 |
| Steers, Jeff | Associate | $625 | 236.5 | $147,812.50 |

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Taraba, Erik | Associate | $650 | 537.1 | $349,115.00 |
| Ward, Kyle | Associate | $556 | 528.0 | $293,568.00 |
| Warren, Matthew | Associate | $580 | 179.1 | $103,878.00 |
| Wiltgen, Charles | Associate | $650 | 705.0 | $458,250.00 |
| Witherspoon, Samuel | Associate | $650 | 622.9 | $404,885.00 |
| Zhang, Irene | Associate | $675 | 132.6 | $89,505.00 |
| **Associate Total** | | | **9,338.7** | **$5,875,388.50** |
| Burns, Zach | Consultant | $500 | 155.4 | $77,700.00 |
| **Consultant Total** | | | **155.4** | **$77,700.00** |
| Agarwal, Pulkit | Analyst | $475 | 313.1 | $148,722.50 |
| Arora, Rohan | Analyst | $475 | 157.6 | $74,860.00 |
| Avdellas, Peter | Analyst | $525 | 635.0 | $333,375.00 |
| Baranawal, Amisha | Analyst | $450 | 150.6 | $67,770.00 |
| Barry, Gerard | Analyst | $450 | 368.9 | $166,005.00 |
| Bolduc, Jojo | Analyst | $475 | 381.8 | $181,355.00 |
| Chowdhury, Arshia | Analyst | $450 | 108.7 | $48,915.00 |
| Clayton, Lance | Analyst | $525 | 808.0 | $424,200.00 |
| Duncan, Ryan | Analyst | $475 | 736.3 | $349,742.50 |
| Ernst, Reagan | Analyst | $475 | 732.5 | $347,937.50 |
| Gidoomal, Dhruv | Analyst | $500 | 145.2 | $72,600.00 |
| Goyal, Mehul | Analyst | $450 | 143.2 | $64,440.00 |
| Gupta, Kavya | Analyst | $450 | 129.1 | $58,095.00 |
| Haq, Kamran | Analyst | $500 | 184.3 | $92,150.00 |
| Hubbard, Taylor | Analyst | $500 | 493.4 | $246,700.00 |
| Karnik, Noorita | Analyst | $480 | 58.6 | $28,128.00 |
| Kaur, Jaspreet | Analyst | $450 | 140.0 | $63,000.00 |
| Khurana, Harshit | Analyst | $450 | 338.7 | $152,415.00 |
| Kumar, Aamaya | Analyst | $450 | 419.1 | $188,595.00 |
| Lockwood, Luke | Analyst | $525 | 544.1 | $285,652.50 |
| Mittal, Anuj | Analyst | $450 | 174.1 | $78,345.00 |
| Myers, Claire | Analyst | $500 | 550.0 | $275,000.00 |
| Paolinetti, Sergio | Analyst | $475 | 691.2 | $328,320.00 |
| Pasricha, Anshuman | Analyst | $450 | 119.7 | $53,865.00 |
| Ragan, Noah | Analyst | $500 | 182.0 | $91,000.00 |
| Ribman, Tucker | Analyst | $475 | 757.0 | $359,575.00 |
| Saraf, Nancy | Analyst | $450 | 177.0 | $79,650.00 |
| Sekera, Aryaki | Analyst | $450 | 387.4 | $174,330.00 |
| Selwood, Alexa | Analyst | $525 | 583.3 | $306,232.50 |
| Sharma, Khushboo | Analyst | $450 | 175.3 | $78,885.00 |
| Sharma, Rahul | Analyst | $450 | 121.7 | $54,765.00 |
| Simoneaux, Nicole | Analyst | $525 | 784.8 | $412,020.00 |
| Stockmeyer, Cullen | Analyst | $525 | 742.3 | $389,707.50 |
| Stolyar, Alan | Analyst | $500 | 476.2 | $238,100.00 |
| Tenney, Bridger | Analyst | $525 | 704.9 | $370,072.50 |

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---:|---:|---:|
| Thadani, Harshit | Analyst | $450 | 343.3 | $154,485.00 |
| Thomas, Izabel | Analyst | $450 | 411.6 | $185,220.00 |
| Uppal, Sadhika | Analyst | $450 | 160.2 | $72,090.00 |
| Yadav, Vijay | Analyst | $450 | 29.5 | $13,275.00 |
| Yang, Sharon | Analyst | $500 | 506.7 | $253,350.00 |
| **Analyst Total** | | | **15,066.4** | **$7,362,945.50** |
| **Prior Period Adjustment[2]** | | | | **($125.00)** |
| **TOTAL** | | | **55,890.4** | **$40,797,431.00** |

**Blended Hourly Rate:  $729.95**

---

[2] Reflects rate change for John Schultz from $1475 to $1425 which occurred during the Interim Period to correct a clerical error.

4863-8557-1410 v.3