# EXHIBIT C

**Exhibit C**
**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(MAY 1, 2024 THROUGH AND INCLUDING JULY 31, 2024)**

| Expense Summary | |
| --- | --- |
| **Expense Category** | **Amount** |
| License Fees | $812,364.28 |
| Airfare | $34,403.72 |
| Lodging | $33,868.46 |
| Meals | $7,111.84 |
| Transportation | $12,785.04 |
| Miscellaneous | $5,339.70 |
| **TOTAL** | **$905,873.04** |

4863-8557-1410 v.3