

RECEIVED
SEP 13 AM 10: 10
CLERK
U.S. BANKRUPTCY COURT
DIST. OF DELAWARE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., et al., | Case No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM**
**OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**NAME OF TRANSFEREE**

Nikolay Kuznetsov

**NAME OF TRANSFEROR**



**Address for all Notices and Payments:**



c/o counsel to Transferee:

Sam Ashuraey
Ashuraey Law PLLC
1325 6th Avenue, 28th Floor
New York, NY 10019
Email: sam@ashuraeylaw.com
Phone: 212-301-7607

**Address:**



| Schedule/Claim | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Customer Code: 01566880 | | As described on Schedule F (attached) | FTX Trading Ltd. | 22-11068 |

Doc ID: bb60863f79356a0108c40240a825538ce9fc317c

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Nikolay Kuznetsov*                                    Date: September 10, 2024

Nikolay Kuznetsov
Transferee

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor.

To protect the identity of the Transferor and the privacy of the Transferee, the Transferor's name and address and the Transferee's address have not been disclosed and the signed Evidence of Transfer of Claim has not been attached to this Notice of Transfer of Claim.

Upon written request to counsel to the Transferee, counsel to the Transferee is prepared to provide a copy of the signed Evidence of Transfer of Claim to the clerk of the United States Bankruptcy Court for the District of Delaware, the Debtors, the Debtors' claims agent, and relevant professionals.

| 17948493 | | BNB-PERP(3), BTC(USD-USD), BTC-PERP(3), ETH(ERC40742874), ETH-PERP(3), ETH-QUITE(NGN403), FTT(3 REQUEST), LINK-PERP(3), SAND-PERP(3), SOL-PERP(3), TRX-PERP(3), USD(43.74), USDT(.581414) | | |

DO NOT FILE

U.S. Bankruptcy Court
824 N. Market Street
Wilmington, DE 19801

**RE: Notice of Transfer in Case No. 22-11068**

To the Clerk's Office:

Attached please find a notice of transfer (3 pages).  Please file on the main
bankruptcy docket of FTX Trading Ltd. et al., Case No. 22-11068.

Also included is a check for the $28 filing fee.

Thank you.

Best regards,
Sam Ashuraey

 ASHURAEY LAW PLLC

(212) 301-7607 | sam@ashuraeylaw.com | www.ashuraeylaw.com
1325 Avenue of the Americas, 28th Floor,  New York, NY 10019



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

*Retail*

Y TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

US POSTAGE PAID

**$9.85**

Origin: 10019
09/10/24
3596550055-02

RITY MAIL®

0 Lb 2.20 Oz

**RDC 03**

DAY: 09/13/24

C012

T ST
DE 19801-3024

estinations.

TRACKING® #

7058 4254 5302 88

0 7058 4254 5302 88

kage Pickup,
code.

CKUP

how2recycle.info

PAPER
POUCH

tober 2023
! x 9 1/2

FROM:

Ashuraey Law PLLC
1325 6th Ave., 28th Floor
New York, NY 10019

TO:

U.S. Bankruptcy Court
824 N. Market St,
Wilmington, DE 19801



# U.S. Bankruptcy Court

### Delaware Bankruptcy - Wilmington

**THIS IS A COPY**

Receipt Date: Sep 13, 2024 2:05PM

Ashuraey Law PLLC
Operating Account
1325 6th Ave
New York, NY 10019

Rcpt. No: 10095197                    Trans. Date: Sep 13, 2024 2:05PM                    Cashier ID: #SP

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|----|-------------|----------------------|-----|-------|-----|
| TOC | TransferofClaim$ | 22-11068-JTD | 1 | 28.00 | 28.00 |

| CD | Tender | | | | Amt |
|----|--------|---|---|---|-----|
| CH | CHECK | #1005 | 09/13/2024 | | $28.00 |
| | | | Total Due Prior to Payment: | | $28.00 |
| | | | Total Tendered: | | $28.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Debtor**: FTX Trading Ltd.

Exact change only.