**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| FTX TRADING LTD., *et al.*, | : | 22-11068-JTD |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL AND REMOVAL OF**
**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

Boston Patriot Arlington St LLC, by its undersigned counsel, hereby withdraws the following

Notice of Transfer of Claim Other Than for Security:

     Docket Number 24380, filed on September 9, 2024.

In addition, Boston Patriot Arlington St LLC, by its undersigned counsel, hereby requests the

removal from the docket the document filed under such Docket Number.

Dated: September 13, 2024

        /s/ Edward J. Leen
        Edward J. Leen

        MANDEL, KATZ & BROSNAN LLP
        100 Dutch Hill Road, Unit 390
        Orangeburg, New York 10962
        (845) 639 7800

        *Attorneys for Boston Patriot Arlington St LLC*

032-8300/7133932.1