# **EXHIBIT A**

**Summary of Billing By Professional for the Application Period**

**SUMMARY OF BILLING BY PROFESSIONAL**
**MAY 1, 2024 THROUGH AND INCLUDING JULY 31, 2024**

| TIMEKEEPER | TITLE | YEAR OF LAW SCHOOL GRADUATION | YEAR OF ADMISSION | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Robert J. Cleary | Of Counsel | 1980 | 1982 | $2,235.00 | 206.5 | $461,527.50 |
| **Of Counsel Total** | | | | | **206.5** | **$461,527.50** |
| Peter Harvey | Partner | 1982 | 1984 | $2,080.00 | 2.4 | $4,992.00 |
| Daniel A. Lowenthal | Partner | 1987 | 1988 | $1,900.00 | 175.4 | $333,260.00 |
| H. Gregory Baker | Partner | 2004 | 2005 | $1,680.00 | 33.7 | $56,616.00 |
| Lauren S. Potter | Partner | 2009 | 2010 | $1,640.00 | 128.6 | $210,904.00 |
| Jason Vitullo | Partner | 2009 | 2010 | $1,640.00 | 91.6 | $150,224.00 |
| **Partner Total** | | | | | **431.7** | **$755,996.00** |
| Alvin Li | Associate | 2016 | 2017 | $1,340.00 | 86.4 | $115,776.00 |
| Kimberly Black | Associate | 2017 | 2018 | $1,310.00 | 133.1 | $174,361.00 |
| Ian Eppler | Associate | 2019 | 2019 | $1,230.00 | 115.2 | $141,696.00 |
| William Hayes | Associate | 2020 | 2021 | $1,150.00 | 86.2 | $99,130.00 |
| Johanna-Sophie Dikkers | Associate | 2020 | 2021 | $1,150.00 | 126.9 | $145,935.00 |
| Lauren Doxey | Associate | 2021 | In process | $1,045.00 | 34.2 | $35,739.00 |
| **Associate Total** | | | | | **582.0** | **$712,637.00** |
| David Erroll | Practice Area Associate | 2001 | 2003 | $840.00 | 156.5 | $131,460.00 |
| **Practice Area Associate Total** | | | | | **156.5** | **$131,460.00** |
| Kurt Maitland | Paralegal | N/A | N/A | $625.00 | 63.5 | $39,687.50 |
| Sean O'Shea | Paralegal | N/A | N/A | $625.00 | 22.2 | $13,875.00 |
| Maritza Garcia | Paralegal | N/A | N/A | $590.00 | 208.6 | $123,074.00 |
| Michael R. Dauenheimer | Paralegal | N/A | N/A | $515.00 | 34.3 | $17,664.50 |

| TIMEKEEPER | TITLE | YEAR OF LAW SCHOOL GRADUATION | YEAR OF ADMISSION | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Rachel Holliday | Project Assistant | N/A | N/A | $230.00 | 51.1 | $11,753.00 |
| Kimberly Pereyra-Monero | Project Assistant | N/A | N/A | $230.00 | 14.7 | $3,381.00 |
| Ianna Ramdhany-Correa | Project Assistant | N/A | N/A | $230.00 | 8.2 | $1,886.00 |
| Eduard Pinkhasov | Electronic Discovery | N/A | N/A | $515.00 | 0.4 | $206.00 |
| Stephanie Weng | Electronic Discovery | N/A | N/A | $505.00 | 4.2 | $2,121.00 |
| Juan Alvarez | Electronic Discovery | N/A | N/A | $440.00 | 3.7 | $1,628.00 |
| Roman Kosman-Rimskiy | Electronic Discovery | N/A | N/A | $440.00 | 2.5 | $1,100.00 |
| Samson Tilahun | Electronic Discovery | N/A | N/A | $440.00 | 3.1 | $1,364.00 |
| **Non-Legal Personnel Total** | | | | | 416.5 | $217,740.00 |
| **GRAND TOTAL** | | | | | 1,793.2 | $2,279,360.50 |
| **LESS 10% DISCOUNT** | | | | | | ($227,936.05) |
| **TOTAL AMOUNT DUE** | | | | | | $2,051,424.45 |

**Blended Hourly Rate: $1,144.00**[1]

---

[1] Calculated after application of the 10% discount discussed herein.

2