## EXHIBIT B

**Summary of Compensation by Project Category for the Application Period**

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY
## MAY 1, 2024 THROUGH AND INCLUDING JULY 31, 2024

| PROJECT CATEGORY | HOURS | FEE AMOUNT |
|---|---|---|
| Examiner Time | 206.5 | $461,527.50 |
| Court Hearings | 3.8 | $6,925.00 |
| Report Preparation and Drafting | 872 | $918,578.50 |
| Document Requests and Formal Discovery | 9.9 | $12,239.00 |
| General Case Administration | 193.8 | $247,445.50 |
| Examiner Investigation Work | 308 | $394,434.00 |
| Communications with Parties in Interest | 88.4 | $140,470.00 |
| Billing and Fee Applications | 110.8 | $97,741.00 |
| **TOTAL** | | **$2,279,360.50** |
| **LESS 10% DISCOUNT** | | **($227,936.05)** |
| **TOTAL AMOUNT DUE** | | **$2,051,424.45** |