# **EXHIBIT C**

**Expense Summary for the Application Period**

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES**
**MAY 1, 2024 THROUGH AND INCLUDING JULY 31, 2024**

| EXPENSE CATEGORY | SERVICE PROVIDER, IF APPLICABLE | AMOUNT |
|---|---|---|
| Local Travel and Expenses | N/A | $466.02 |
| PBWT - Overtime | N/A | $383.73 |
| Meals - Overtime | N/A | $305.01 |
| Conference Room Dining | N/A | $491.25 |
| Reproduction – Copies ($0.10 per standard page; $0.25 per page for color copies) | N/A | $47.00 |
| Online Research | N/A | $857.35 |
| Litigation Support Vendor | Deloitte | $24,118.17 |
| **TOTAL** | | **$26,668.53** |