# EXHIBIT D

**Customary and Comparable Compensation Disclosures**

| Category | FTX Trading LTD. May 1, 2024 through July 31, 2024 | Firm* Total Firm Bills Allocated to Non-Bankruptcy Matters from May 1, 2023 through May 1, 2024 |
|---|---|---|
| | **Blended Hourly Rate**** | **Blended Hourly Rate** |
| Of Counsel, Partner, Counsel | $1,716.97 | $1,305.69 |
| Associates | $1,028.69 | $907.91 |
| Non-Legal Personnel | $470.51 | $414.34 |
| **All Timekeepers Average** | **$1,144.00** | **$1,036.30** |

The blended rate for this matter is marginally higher than the blended rate for non-bankruptcy matters because of the complex and expedited nature of this assignment requiring greater reliance on more senior members of each attorney and non-attorney category. These timekeepers' experience and expertise allows for greater efficiency that compensates for their increased hourly rates. Given these factors, Patterson Belknap believes that the amounts billed are reasonable and comparable to those billed in non-bankruptcy matters.

* Includes all non-estate work by domestic timekeeper, excluding (i) exempt organization matters where significant discounts are provided to nonprofit clients and (ii) two longstanding clients that receive volume-based discounts.

** Calculated after application of the 10% discount discussed herein.