# EXHIBIT E

## Budget and Staffing Plan for the Application Period

**STAFFING PLAN FOR PATTERSON BELKNAP
WEBB & TYLER LLP, COUNSEL TO THE EXAMINER, FOR
THE PERIOD MAY 1, 2024 THROUGH AND INCLUDING JULY 31, 2024**

| TIMEKEEPER CATEGORY | NUMBER | RANGE OF RATES (FIRMWIDE) |
|---|---|---|
| Partners | 5 | $1,440 to $2,115 |
| Of Counsel | 1 | $1,345 to $2,310 |
| Counsel | 0 | $1,415 to $1,545 |
| Associates | 6 | $795 to $1,410 |
| Staff Attorneys | 0 | $650 to $855 |
| Practice Area Attorney | 1 | $710 to $1,175 |
| Trial Specialist | 0 | $640 |
| Paralegals | 4 | $370 to $650 |
| Project Assistant | 3 | $230 |
| Practice Support / Electronic Discovery | 5 | $440 to $785 |

**BUDGET FOR PATTERSON BELKNAP
WEBB & TYLER LLP, COUNSEL TO THE EXAMINER, FOR
THE PERIOD MAY 1, 2024 THROUGH AND INCLUDING JULY 31, 2024**

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| Examiner Time | 200 | $447,000 | 206.5 | $461,527.50 |
| Court Hearings | 0 | $0 | 3.8 | $6,925.00 |
| Report Preparation and Drafting | 850 | $950,000 | 872 | $918,578.50 |
| Document Requests and Formal Discovery | 5 | $15,000 | 9.9 | $12,239.00 |
| Non-Working Travel[1] | 0 | $0 | 0 | $0 |
| General Case Administration | 200 | $250,000 | 193.8 | $247,445.50 |
| Examiner Investigation Work | 300 | $400,000 | 308 | $394,434.00 |
| Communications with Parties in Interest | 75 | $130,000 | 88.4 | $140,470.00 |
| Billing and Fee Applications | 100 | $75,000 | 110.8 | $97,741.00 |
| **TOTAL** | **1730** | **$2,207,000.00** | **1,793.2** | **$2,279,360.50** |
| **LESS 10% DISCOUNT** | N/A | ($220,700.00) | N/A | ($227,936.05) |
| **TOTAL** | **1730** | **$1,986,300.00** | **1,793.2** | **$2,051,424.45** |

---

[1] 50% rate is used when time is charged for non-working travel.