UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                                        :     Chapter 11 Case No.
                                                             :
**FTX TRADING LTD.,** *et al.***,**                          :     22-11068-JTD
                                                             :
            Debtors.                                         :     (Jointly Administered)
---------------------------------------------------------------x

### NOTICE OF WITHDRAWAL AND REMOVAL OF
### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Boston Patriot Arlington St LLC, by its undersigned counsel, hereby withdraws the following Notice of Transfer of Claim Other Than for Security:

   Docket Number 24373, filed on September 9, 2024.

In addition, Boston Patriot Arlington St LLC, by its undersigned counsel, hereby requests the removal from the docket the document filed under such Docket Number.

Dated: September 13, 2024

/s/ Edward J. Leen
Edward J. Leen

MANDEL, KATZ & BROSNAN LLP
100 Dutch Hill Road, Unit 390
Orangeburg, New York 10962
(845) 639 7800

*Attorneys for Boston Patriot Arlington St LLC*

032-8300/7133932.1