UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **FTX TRADING LTD.**, *et al.*, | : | 22-11068-JTD |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL AND REMOVAL OF
NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

Boston Patriot Arlington St LLC, by its undersigned counsel, hereby withdraws the following Notice of Transfer of Claim Other Than for Security:

    Docket Number 24374, filed on September 9, 2024.

In addition, Boston Patriot Arlington St LLC, by its undersigned counsel, hereby requests the removal from the docket the document filed under such Docket Number.

Dated: September 13, 2024

                                                /s/ Edward J. Leen
                                                Edward J. Leen

                                                MANDEL, KATZ & BROSNAN LLP
                                                100 Dutch Hill Road, Unit 390
                                                Orangeburg, New York 10962
                                                (845) 639 7800

                                                *Attorneys for Boston Patriot Arlington St LLC*

032-8300/7133932.1