**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **FTX TRADING LTD.,** *et al.*, | : | 22-11068-JTD |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL AND REMOVAL OF**
**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

Boston Patriot Arlington St LLC, by its undersigned counsel, hereby withdraws the following Notice of Transfer of Claim Other Than for Security:

    Docket Number 24377, filed on September 9, 2024.

In addition, Boston Patriot Arlington St LLC, by its undersigned counsel, hereby requests the removal from the docket the document filed under such Docket Number.

Dated: September 13, 2024

                                            /s/ Edward J. Leen
                                            Edward J. Leen

                                            MANDEL, KATZ & BROSNAN LLP
                                            100 Dutch Hill Road, Unit 390
                                            Orangeburg, New York 10962
                                            (845) 639 7800

                                            *Attorneys for Boston Patriot Arlington St LLC*

032-8300/7133932.1