# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.,* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Hearing: December 12, 2024 at 1:00 pm (ET)<br>Obj. Deadline: October 3, 2024 at 4:00 pm (ET)[2] |

## SUPPLEMENT TO THE SEVENTH INTERIM FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2024 THROUGH JULY 31, 2024

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Order entered February 15, 2023, effective as of December 22, 2022 [Docket No. 730] |
| Period for which compensation and reimbursement are sought: | May 1, 2024 through July 31, 2024 (the "Application Period") |
| Amount of compensation sought as actual, reasonable, and necessary: | $3,540,856.50 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $4,205.00 |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] The objection deadline set forth herein is for all parties other than the Fee Examiner and the U.S. Trustee (each as defined in the Fee Examiner Order), whose objection deadline shall be governed by that certain *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [Docket No. 834] (the "Fee Examiner Order").

32078093.1

1

| | |
|---|---|
| Rates are higher than those approved or disclosed at retention? | Yes [3] |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $1,997,174.40 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $2,810.00 |
| Number of professionals included in this application: | 25 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period: | N/A |
| Number of professionals billing fewer than 15 hours to the case during this period: | 7 |

This is an:    ___ monthly   _X_ interim   ___ final application.

---

[3] Please refer to the Supplemental Declarations of FTI Consulting filed at D.I. 1132 and D.I. 3028 for more information.

## COMPENSATION BY TIMEKEEPER

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---:|---:|---:|
| Baldo, Diana | Director | Communications | 685 | 9.1 | 6,233.50 |
| Jasser, Riley | Sr Consultant | Communications | 550 | 22.8 | 12,540.00 |
| McNew, Steven | Sr Managing Dir | Cryptocurrency | 1,200 | 44.9 | 53,880.00 |
| de Brignac, Jessica | Managing Dir | Cryptocurrency | 910 | 53.2 | 48,412.00 |
| Jordan, Mason | Sr Consultant | Data & Analytics | 730 | 6.1 | 4,453.00 |
| Kimche, Livia | Consultant | Data & Analytics | 555 | 7.9 | 4,384.50 |
| Risler, Franck | Sr Managing Dir | Derivatives | 1,895 | 150.5 | 285,197.50 |
| Rousskikh, Valeri | Managing Dir | Derivatives | 1,515 | 139.3 | 211,039.50 |
| Diodato, Michael | Managing Dir | Derivatives | 1,430 | 312.1 | 446,303.00 |
| Kubali, Volkan | Managing Dir | Derivatives | 1,330 | 162.4 | 215,992.00 |
| Watson, Ching | Managing Dir | Derivatives | 1,430 | 3.2 | 4,576.00 |
| Majkowski, Stephanie | Senior Director | Derivatives | 1,245 | 186.3 | 231,943.50 |
| You, Can | Senior Director | Derivatives | 1,190 | 414.3 | 493,017.00 |
| Guo, Xueying | Director | Derivatives | 1,160 | 352.7 | 409,132.00 |
| Langer, Cameron | Director | Derivatives | 1,130 | 256.7 | 290,071.00 |
| Greenblatt, Matthew | Sr Managing Dir | Forensic Accounting | 1,390 | 1.0 | 1,390.00 |
| Baer, Laura | Senior Director | Forensic Accounting | 1,025 | 2.1 | 2,152.50 |
| Steven, Kira | Director | Forensic Accounting | 930 | 162.0 | 150,660.00 |
| Simms, Steven | Sr Managing Dir | Restructuring | 1,495 | 26.2 | 39,169.00 |
| Diaz, Matthew | Sr Managing Dir | Restructuring | 1,390 | 133.3 | 185,287.00 |
| Joffe, Steven | Sr Managing Dir | Restructuring | 1,390 | 10.9 | 15,151.00 |
| Bromberg, Brian | Managing Dir | Restructuring | 1,075 | 145.7 | 156,627.50 |
| Gray, Michael | Director | Restructuring | 875 | 112.9 | 98,787.50 |
| Dawson, Maxwell | Sr Consultant | Restructuring | 730 | 96.6 | 70,518.00 |
| Sveen, Andrew | Sr Consultant | Restructuring | 665 | 156.3 | 103,939.50 |
| **GRAND TOTAL** | | | | **2,968.5** | **$ 3,540,856.50** |

---

[4] Due to rate increases made in the ordinary course of FTI's business, certain professionals' billable rates increased during the Application Period. The rates above are each professional's blended rate for the Application Period.

# COMPENSATION BY PROJECT CATEGORY

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 36.9 | $ 42,309.00 |
| 2 | Cash & Liquidity Analysis | 100.1 | 86,062.00 |
| 10 | Analysis of Tax Issues | 11.6 | 16,124.00 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 109.8 | 107,582.00 |
| 16 | Analysis, Negotiate and Form of POR & DS | 435.7 | 486,578.00 |
| 18 | Potential Avoidance Actions & Litigation | 171.6 | 163,174.50 |
| 21 | General Meetings with UCC and UCC Counsel | 32.5 | 49,366.50 |
| 24 | Preparation of Fee Application | 115.8 | 89,359.50 |
| 26 | Cryptocurrency/Digital Assets Issues | 1,918.9 | 2,476,693.50 |
| 27 | Communications Planning & Execution | 31.9 | 18,773.50 |
| 30 | Investigative Examiner Matters | 3.7 | 4,834.00 |
| | **GRAND TOTAL** | **2,968.5** | **$ 3,540,856.50** |

**SUMMARY OF FEES**

1. The total number of hours expended by FTI professionals and paraprofessionals[5] in performing services for the Committee during the Application Period was 2,968.5 hours. Pursuant to the Retention Order, FTI is entitled to monthly compensation for its services provided to the Committee at its current hourly rates, plus reimbursement of necessary out of pocket expenses. The following paragraphs describe the primary services rendered by FTI during the Application Period.

*Code 16 – Analysis, Negotiate and Form of POR & DS (435.7 hours)*

2. During the Application Period, the Debtors filed, and sought approval for, a revised Disclosure Statement for solicitation purposes (the "Revised DS"). The Revised DS included revised estimates of recoveries for creditors, which FTI analyzed and sensitized to assess the achievability of these estimates as well as the likelihood and magnitude of continued movement. This included work by the Derivatives team to review the latest crypto asset pricing assumptions and liquidation / marketability discounts, as well as by the Restructuring team to understand movements in other asset and claim items.

3. In parallel with this process, the Debtors and UCC collaborated on various other solicitation-related workstreams. FTI reviewed several proposals from parties interested in serving as distribution agent for the Debtors. Evaluating the proposals required developing an understanding of the jurisdictions served by each proposed agent, the economics of each proposal, the currency or cryptocurrency in which distributions were to be denominated, the transaction fees that would need to be paid for claimants to receive distributions, and several other issues.

---

[5] Please refer to the *Supplement to the Second Interim Fee Application of FTI Consulting, Inc.* (D.I. 1653) for further detail on the roles and responsibilities of FTI's various professional segments.

32078093.1

4. During the Application Period, the parties reached an agreement on the Creditor Advisory Committee structure as documented in the current Plan and Revised DS. This required frequent communication with UCC counsel and the UCC itself, as well as the Debtors' advisors.

*Code 21 – General Meetings with UCC and UCC Counsel (32.5 hours)*

5. During the Application Period, FTI participated in meetings with the Committee and its advisors. In general, the entries in this task code correspond to weekly or bi-weekly standing Committee and advisor calls. The agendas of these calls vary widely and are based on the latest case developments and deliverables. The Committee calls are FTI's primary means of communicating important presentations and findings to the Committee, and the Committee advisor calls are key for the advisors to prioritize, strategize, and coordinate workstreams among professionals.

*Code 26 – Cryptocurrency / Digital Assets Issues (1,918.9 hours)*

6. During the Application Period, Galaxy Asset Management continued to monetize the Debtors' cryptocurrency and cryptocurrency trust assets pursuant to the Investment Services Agreement (authorized by the Court at D.I. 2504). Galaxy has worked with the Debtors, UCC, and AHC in connection with these efforts. FTI's Derivatives team has been heavily involved in evaluating the impact of market conditions on realizable value and the circumstances under which sales are reasonable.

7. For the coins which are still held by the estate, FTI has conducted technical analysis regarding opportunities to stake, hedge, or otherwise manage these holdings (including sophisticated stress testing) in a risk managed and value-maximizing fashion for creditor recovery. As market conditions evolve, this too has required ongoing negotiations, amendments, and changes to the originally intended plans. In light of several UCC members' expertise in the crypto markets,

FTI worked with the UCC to make recommendations to optimize value and minimize any potential slippage.

8. Furthermore, FTI's Derivatives team is primarily responsible on the UCC's side for valuing and evaluating the risks and value-maximizing management and monetization strategies of these remaining crypto holdings. Given the size of these positions, FTI prepared analysis to estimate the realizable value of these holdings, taking into account factors such as market volatility, liquidity, and trading volume on a token-by-token basis. As part of this work, FTI also reviewed the Debtors' valuation of cryptocurrency assets in their recovery analysis on a coin-by-coin and aggregate portfolio basis.

## SUMMARY OF EXPENSES

| Expense Type | Amount |
|---|---:|
| Electronic Subscriptions | $ 4,125.00 |
| Working Meals | 80.00 |
| **GRAND TOTAL** | **$ 4,205.00** |

**VERIFICATION PURSUANT TO DEL. BANKR. L.R. 2016-2(g) AND 28 U.S.C. § 1746**

I, Matthew Diaz, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, declare as follows:

1. I am a Senior Managing Director with the consulting firm FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI"). FTI has rendered professional services to the Official Committee of Unsecured Creditors (the "Committee") in these Chapter 11 cases.

2. I have read the foregoing statement of FTI for compensation and reimbursement of expenses (the "Fee Application"). To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the foregoing Fee Application are true and correct and materially comply with the applicable orders, rules, guidelines, and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del. Bankr. L.R. 2016-2, and the Executive Office for the United States Trustee.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, to the best of my information, knowledge, and belief.

Executed on: September 13, 2024         FTI CONSULTING, INC.

By: */s/ Matthew Diaz*
Matthew Diaz
1166 Ave of the Americas, 15th Floor
New York, NY 10036
Telephone: 212-499-3611
E-mail: matt.diaz@fticonsulting.com

Financial Advisors to the Official Committee of Unsecured Creditors of FTX Trading Ltd., *et al.*

32078093.1