IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Objection Deadline: October 3, 2024 at 4:00 p.m. (ET)**[2]<br>**Hearing Date: December 12, 2024 at 1:00 p.m. (ET)** |

**SUPPLEMENT TO**
**SEVENTH INTERIM FEE REQUEST OF JEFFERIES LLC**

Jefferies LLC ("**Jefferies**"), the investment banker to the Official Committee of Unsecured Creditors appointed in the above-captioned chapter 11 cases (the "**Committee**"), hereby supplements the *Seventh Interim Fee Request of Jefferies LLC* (the "**Interim Fee Request**") for the period from May 1, 2024 through and including July 31, 2024 (the "**Request Period**") by attaching, as **Exhibits A** through **C** hereto, certain schedules in support of the Interim Fee Request.

| | |
|---|---|
| Dated: September 13, 2024<br>New York, New York | JEFFERIES LLC<br><br> */s/ Leon Szlezinger*<br>Leon Szlezinger<br>Managing Director and Joint Global Head of<br>Debt Advisory & Restructuring<br>JEFFERIES LLC |

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] The objection deadline set forth herein is for all parties other than the Fee Examiner and the U.S. Trustee (each as defined in the Fee Examiner Order), whose objection deadline shall be governed by that certain *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [Docket No. 834] (the "Fee Examiner Order").

32079086.1

**EXHIBIT A**

| SUMMARY OF SEVENTH INTERIM APPLICATION ||
|---|---|
| Name of Applicant | Jefferies LLC |
| Name of Client | the Official Committee of Unsecured Creditors |
| Time period covered by Seventh Interim Application | May 1, 2024 through July 31, 2024 |
| Total compensation sought during the Application Period | $675,000.00 |
| Total expenses sought during the Application Period | $21,112.93 |
| Petition Date | November 11, 2022 |
| Retention Date | December 23, 2022 |
| Date of order approving employment | February 15, 2023 |
| Total compensation approved by interim order to date | $3,825,000.00 |
| Total expenses approved by interim order to date | $167,132.91 |
| Total allowed compensation paid to date | $3,825,000.00 |
| Total allowed expenses paid to date | $167,132.91 |
| Compensation sought in the Seventh Interim Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $540,000.00 |
| Expenses sought in the Seventh Interim Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $21,112.93 |
| Breakdown of compensation sought during the application period | May Monthly Fee: $225,000.00<br>June Monthly Fee: $225,000.00<br>July Monthly Fee: $225,000.00<br>Total Compensation Sought: $675,000.00[1] |

---

[1] Pursuant to that certain engagement letter between the Committee and Jefferies, dated as of December 23, 2022, Jefferies is entitled to a monthly fee equal to $225,000.00 each month that Jefferies is engaged by the Committee.

32079086.1

# EXHIBIT B

## HOURS BY PROFESSIONAL AND CATEGORY

### MAY 1, 2024 – JULY 31, 2024

**Jefferies LLC**
**Summary of Hours by Category**
May 1, 2024 - July 31, 2024

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | 36.0 |
| 2 | Sale Process | - |
| 3 | Creditor Communication | 28.0 |
| 4 | Debtor Communication | 27.0 |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | - |
| 8 | Travel | - |
| 9 | Due Diligence / Analysis | 239.5 |
| 10 | Business Plan | - |
| 11 | Process Update and Case Strategy | - |
| **Total** | | **330.5** |

**Jefferies LLC**
**Summary of Hours by Professional**
May 1, 2024 - July 31, 2024

| Name | Position | Hours |
|---|---|---|
| Michael O'Hara | Managing Director, Co-Head of US Debt Advisory and Restructuring | 28.5 |
| Gaurav Kittur | Managing Director, Co-Head of Global Internet Investment Banking | 0.5 |
| Ryan Hamilton | Senior Vice President, Debt Advisory and Restructuring | 53.0 |
| Daniel Homrich | Vice President, Debt Advisory and Restructuring | 20.0 |
| Jared Robinson | Associate, Debt Advisory and Restructuring | 46.0 |
| Lars Hultgren | Analyst, Debt Advisory and Restructuring | 43.0 |
| Sebastian Carri | Analyst, Debt Advisory and Restructuring | 104.0 |
| Chaz Jackson | Summer Analyst, Debt Advisory and Restructuring | 35.5 |
| **Total** | | **330.5** |

# EXHIBIT C

## EXPENSES BY CATEGORY

## MAY 1, 2024 – JULY 31, 2024

**Jefferies LLC**
Summary of Expenses by Category
May 1, 2024 - July 31, 2024

| Category | Expenses |
|---|---|
| Dataroom Fees | 15,682.93 |
| Legal Fees | 5,430.00 |
| **Total** | **$21,112.93** |

32079086.1