**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: October 3, 2024 at 4:00 p.m. (ET)**<br>**Hearing Date: Dec. 12, 2024 at 1:00 p.m. (ET)** |

### THIRD INTERIM FEE APPLICATION OF KROLL RESTRUCTURING ADMINISTRATION LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR THE PERIOD FROM MAY 1, 2024 THROUGH JULY 31, 2024

| | |
|---|---|
| Name of Applicant: | Kroll Restructuring Administration LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | January 20, 2023, *nunc pro tunc* to November 11, 2022 |
| Period for which compensation and reimbursement is sought: | May 1, 2024 through July 31, 2024 |

| Monthly Fee Application Filing Date; ECF No. | Period Covered | Total Fees Requested | Total Expenses Requested | Cert. of No Objection Filing Date; ECF No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| 6/17/24; ECF No. 17801 | 5/1/24 – 5/31/24 | $18,642.80 | $0.00 | 7/9/24; ECF No. 19887 | $14,914.24 | $0.00 | $3,728.56 |
| 7/17/24; ECF No. 20741 | 6/1/24 – 6/30/24 | $55,512.60 | $0.00 | 8/21/24; ECF No. 23503 | $44,410.08 | $0.00 | $11,102.52 |
| 8/16/24; ECF No. 23149 | 7/1/24 – 7/31/24 | $208,541.96 | $0.00 | 9/9/24; ECF No. 24416 | $166,833.57 | $0.00 | $41,708.39 |
| **Total:** | | **$282,697.36** | **$0.00** | | **$226,157.89** | **$0.00** | **$56,539.47** |

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.