# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: October 3, 2024 at 4:00 p.m. (ET)**<br>**Hearing Date: Dec. 12, 2024 at 1:00 p.m. (ET)** |

## NOTICE OF THIRD INTERIM FEE APPLICATION OF KROLL RESTRUCTURING ADMINISTRATION LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR THE PERIOD FROM MAY 1, 2024 THROUGH JULY 31, 2024

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) THE DEBTORS AND THEIR COUNSEL; (III) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; AND (IV) ALL OTHER PARTIES REQUIRED TO RECEIVE NOTICE PURSUANT TO THE INTERIM COMPENSATION ORDER.

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 435] (the "**Interim Compensation Order**"), Kroll Restructuring Administration LLC filed the attached *Third Interim Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for the Period from May 1, 2024 through July 31, 2024* (the "**Application**") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Interim Compensation Order, the Debtors were authorized to pay on an interim basis eighty percent (80%) of the amount of compensation requested and one hundred percent (100%) of the reimbursable expenses requested without further order from the Court upon the expiration of a 20-day objection period.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, must be filed on or before **October 3, 2024 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of any objection so as to be received by the following on or before the Objection Deadline: (i) the Notice Parties (as defined in the Interim Compensation Order) and (ii) Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, New York 10055, Attn: Adam M. Adler & Gabriel Brunswick.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**PLEASE TAKE FURTHER NOTICE** that a hearing ("**Hearing**") to consider approval of the Application will be held before the Honorable John T. Dorsey, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, on **December 12, 2024 at 1:00 p.m. (ET)**. Only objections made in writing and timely filed and received will be considered by the Court at such Hearing.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS ARE TIMELY FILED TO THE APPLICATION, THE COURT MAY ENTER AN ORDER GRANTING THE APPLICATION WITHOUT A HEARING.**

Dated: September 13, 2024
      New York, New York

      KROLL RESTRUCTURING ADMINISTRATION LLC

By: */s/ Adam M. Adler*
Adam M. Adler
Gabriel Brunswick
Kroll Restructuring Administration LLC
55 East 52nd Street, 17th Floor
New York, NY 10055
Phone: (212) 257-5450
adam.adler@kroll.com
gabriel.brunswick@kroll.com

*Administrative Advisor to the Debtors*