## **Exhibit B**

### **Expense Detail**

No expenses incurred during this application period

# Invoice



**Invoice:** # 05241ADH019  **Project Name:** Orchid

**Date:** May 1, 2024  **Project Number:** 325842

Attention:   Mary Cilia, CFO of the FTX Debtors

| | |
|---|---:|
| Monthly advisory fee: May 1, 2024 to May 31, 2024 (80%) | $140,000.00 |
| **Amount Due** | $140,000.00 |

*The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period. Disbursements and charges received after the closing date of this statement will be billed subsequently.*

**This invoice is due upon receipt**

Please transfer funds to:



Rothschild & Co US Inc            Tax ID:
1251 Avenue of the Americas       Phone:  (212) 403-3683
New York, NY  10020               Email:  NorthAmReceivables@rothschildandco.com
www.rothschildandco.com                   (for questions and remittances)

