## Exhibit A

**Charles Delo**

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 6/3/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 6/4/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/4/24 | Charles Delo | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with member |
| 6/4/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 6/6/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 6/6/24 | Charles Delo | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with member |
| 6/10/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 6/10/24 | Charles Delo | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with member |
| 6/11/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/11/24 | Charles Delo | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with member |
| 6/11/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with member |
| 6/11/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 6/11/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 6/11/24 | Charles Delo | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/12/24 | Charles Delo | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/12/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with member |
| 6/12/24 | Charles Delo | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/13/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 6/13/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with member |
| 6/14/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/14/24 | Charles Delo | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with member |
| 6/14/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/14/24 | Charles Delo | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/16/24 | Charles Delo | 1.0 | Internal calls / meetings | Internal meeting |
| 6/17/24 | Charles Delo | 0.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/17/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with member |
| 6/17/24 | Charles Delo | 1.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/17/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with member |
| 6/17/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 6/18/24 | Charles Delo | 0.5 | Internal calls / meetings | Call with Debtors |
| 6/18/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with member |
| 6/18/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/18/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 6/18/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with member |
| 6/18/24 | Charles Delo | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/18/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/18/24 | Charles Delo | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/19/24 | Charles Delo | 2.0 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/19/24 | Charles Delo | 0.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/19/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with member |
| 6/19/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 6/19/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with member |
| 6/19/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 6/19/24 | Charles Delo | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/20/24 | Charles Delo | 1.5 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/20/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with member |
| 6/20/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with member |

## Charles Delo

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 6/20/24 | Charles Delo | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/21/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/21/24 | Charles Delo | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/23/24 | Charles Delo | 0.5 | Meetings / calls with non-Executive Committee creditors | Internal meeting |
| 6/23/24 | Charles Delo | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/23/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with member |
| 6/23/24 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/24/24 | Charles Delo | 1.0 | Internal calls / meetings | Internal meeting |
| 6/24/24 | Charles Delo | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/24/24 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 6/25/24 | Charles Delo | 2.0 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/25/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 6/25/24 | Charles Delo | 0.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/25/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with member |
| 6/25/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with member |
| 6/25/24 | Charles Delo | 3.0 | Court hearings / filings | Internal meeting |
| 6/25/24 | Charles Delo | 0.5 | Meetings / calls with non-Executive Committee creditors | Internal meeting |
| 6/26/24 | Charles Delo | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/27/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 6/27/24 | Charles Delo | 1.0 | Executive Committee meetings / calls | Internal meeting |
| 6/27/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with member |
| 6/27/24 | Charles Delo | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/27/24 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with member |
| 6/27/24 | Charles Delo | 1.0 | Case administration | Time records |

**Andrew Morley**

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 6/3/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 6/4/24 | Andrew Morley | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 6/4/24 | Andrew Morley | 0.5 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/6/24 | Andrew Morley | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 6/10/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 6/11/24 | Andrew Morley | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 6/11/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/11/24 | Andrew Morley | 1.0 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 6/11/24 | Andrew Morley | 0.5 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/11/24 | Andrew Morley | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/12/24 | Andrew Morley | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/13/24 | Andrew Morley | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/14/24 | Andrew Morley | 0.5 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/14/24 | Andrew Morley | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/17/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 6/17/24 | Andrew Morley | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/18/24 | Andrew Morley | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 6/18/24 | Andrew Morley | 0.5 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/18/24 | Andrew Morley | 1.5 | Internal calls / meetings | Internal meeting |
| 6/18/24 | Andrew Morley | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/19/24 | Andrew Morley | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/19/24 | Andrew Morley | 1.0 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 6/19/24 | Andrew Morley | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/20/24 | Andrew Morley | 2.0 | Meetings / calls with non-Executive Committee creditors | Call with creditors |
| 6/20/24 | Andrew Morley | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/21/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/21/24 | Andrew Morley | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/23/24 | Andrew Morley | 0.5 | Meetings / calls with non-Executive Committee creditors | Internal meeting |
| 6/23/24 | Andrew Morley | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/24/24 | Andrew Morley | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 6/24/24 | Andrew Morley | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/25/24 | Andrew Morley | 1.0 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 6/25/24 | Andrew Morley | 2.0 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/25/24 | Andrew Morley | 0.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/25/24 | Andrew Morley | 3.0 | Court hearings / filings | Internal meeting |
| 6/25/24 | Andrew Morley | 0.5 | Meetings / calls with non-Executive Committee creditors | Internal meeting |
| 6/26/24 | Andrew Morley | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/27/24 | Andrew Morley | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 6/27/24 | Andrew Morley | 1.0 | Executive Committee meetings / calls | Internal meeting |
| 6/27/24 | Andrew Morley | 2.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/27/24 | Andrew Morley | 1.0 | Case administration | Time records |

**Lorenzo Munoz**

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 6/2/24 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/3/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 6/4/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/4/24 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 6/4/24 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/6/24 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 6/7/24 | Lorenzo Muñoz | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/10/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 6/11/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/11/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/11/24 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 6/11/24 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 6/11/24 | Lorenzo Muñoz | 4.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/12/24 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/13/24 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 6/14/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/14/24 | Lorenzo Muñoz | 4.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/17/24 | Lorenzo Muñoz | 4.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/17/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 6/18/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/18/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/18/24 | Lorenzo Muñoz | 0.5 | Internal calls / meetings | Call with Debtors |
| 6/18/24 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 6/18/24 | Lorenzo Muñoz | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/19/24 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 6/19/24 | Lorenzo Muñoz | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/20/24 | Lorenzo Muñoz | 1.5 | Meetings / calls with non-Executive Committee creditors | Call with creditors |
| 6/20/24 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 6/20/24 | Lorenzo Muñoz | 4.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/21/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/21/24 | Lorenzo Muñoz | 4.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/23/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with non-Executive Committee creditors | Internal meeting |
| 6/23/24 | Lorenzo Muñoz | 4.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/24/24 | Lorenzo Muñoz | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/24/24 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 6/25/24 | Lorenzo Muñoz | 2.0 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/25/24 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 6/25/24 | Lorenzo Muñoz | 3.0 | Court hearings / filings | Internal meeting |
| 6/25/24 | Lorenzo Muñoz | 0.5 | Meetings / calls with non-Executive Committee creditors | Internal meeting |
| 6/26/24 | Lorenzo Muñoz | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/27/24 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 6/27/24 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | Internal meeting |
| 6/27/24 | Lorenzo Muñoz | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/28/24 | Lorenzo Muñoz | 4.0 | Analysis / diligence / presentations / related items | Reviewing materials |

**Julia Walters**

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 6/2/24 | Julia Walters | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/3/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 6/3/24 | Julia Walters | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/4/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 6/4/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/5/24 | Julia Walters | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/6/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 6/10/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 6/11/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/11/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 6/11/24 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 6/11/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/11/24 | Julia Walters | 4.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/12/24 | Julia Walters | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/13/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 6/14/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/14/24 | Julia Walters | 4.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/17/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 6/17/24 | Julia Walters | 4.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/18/24 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 6/18/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/18/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/18/24 | Julia Walters | 0.5 | Internal calls / meetings | Call with Debtors |
| 6/18/24 | Julia Walters | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/19/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 6/19/24 | Julia Walters | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/20/24 | Julia Walters | 1.5 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/20/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 6/20/24 | Julia Walters | 4.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/21/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/21/24 | Julia Walters | 4.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/23/24 | Julia Walters | 4.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/24/24 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy |
| 6/24/24 | Julia Walters | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/25/24 | Julia Walters | 2.0 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 6/25/24 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Call with Debtors |
| 6/25/24 | Julia Walters | 3.0 | Court hearings / filings | Internal meeting |
| 6/25/24 | Julia Walters | 0.5 | Meetings / calls with non-Executive Committee creditors | Internal meeting |
| 6/26/24 | Julia Walters | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/27/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | Call with ExCo |
| 6/27/24 | Julia Walters | 1.0 | Executive Committee meetings / calls | Internal meeting |
| 6/27/24 | Julia Walters | 3.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/28/24 | Julia Walters | 2.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 6/28/24 | Julia Walters | 2.0 | Case administration | Time records |