## **Exhibit B**

### **Expense Detail**

| Professional | User Date | Amount ($) | Expense description |
|---|---|---|---|
| Debevoise & Plimpton | 6/30/2024 | $2,464.50 | Legal Fee |
| **Net Expenses** | | **$2,464.50** | |
| | | | |
| **Total Net Expenses** | | **$2,464.50** | |

Compensation requested immediately

| | |
|---|---:|
| 80% of Monthly fee | $140,000.00 |
| Total expenses | 2,464.50 |
| **Total requested** | **$142,464.50** |

# Invoice



**Invoice:** # 06241ADH019  **Project Name:** Orchid

**Date:** June 1, 2024  **Project Number:** 325842

Attention:   Mary Cilia, CFO of the FTX Debtors

| | |
|---|---:|
| Monthly advisory fee:  June 1, 2024 to June 30, 2024 (80%) | $140,000.00 |
| Out-of-pocket expenses: | $2,464.50 |
| **Amount Due** | $142,464.50 |

*The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period.  Disbursements and charges received after the closing date of this statement will be billed subsequently.*

**This invoice is due upon receipt**

Please transfer funds to:



Rothschild & Co US Inc  Tax ID: ▮▮▮▮▮▮▮▮
1251 Avenue of the Americas  Phone:  (212) 403-3683
New York, NY  10020  Email:   NorthAmReceivables@rothschildandco.com
www.rothschildandco.com  (for questions and remittances)





**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

July 10, 2024

Melissa Morvan
ROTHSCHILD & CO US INC.
1251 Avenue of the Americas
New York, NY  10020

Invoice #: 2471181                                                  Client Matter 21689.1146

**REMITTANCE SUMMARY**
(Payment Due Upon Receipt)

| | |
|---|---:|
| Fees | $2,464.50 |
| Charges and Disbursements | $0.00 |
| **TOTAL** | **$2,464.50** |

Check

Debevoise & Plimpton LLP
Accounting Department, 46th Floor
66 Hudson Boulevard
New York, N.Y.  10001

Wire Transfer

www.debevoise.com



**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

July 10, 2024

Melissa Morvan
ROTHSCHILD & CO US INC.
1251 Avenue of the Americas
New York, NY  10020

Invoice #: 2471181                                          Client Matter 21689.1146

FOR PROFESSIONAL SERVICES rendered through June 30, 2024 in connection with FTX AD HOC GROUP

| | |
|---|---:|
| Fees | $2,464.50 |
| Charges and Disbursements | $0.00 |
| **TOTAL** | **$2,464.50** |

Payment Due Upon Receipt

[redacted]

21689.1146 – FTX AD HOC GROUP                                                                   Invoice Number: 2471181

| Date | Timekeeper | Narrative | Hours |
| --- | --- | --- | --- |
| 06/12/24 | Kaluk, Nick S. III | Email with M. Carlson re third interim fee app and related monthlies. | 0.3 |
| 06/12/24 | Carlson, Mitchell | Review and comment on fifth, sixth and seventh monthly fee applications (0.5); review third interim fee application (0.6); review precedents in connection with same (0.1); correspond with N. Kaluk in connection with same (0.2); email J. Walters updated drafts of the same (0.1). | 1.5 |
| | | **Total Hours** | **1.8** |

21689.1146 – FTX AD HOC GROUP                                                                        Invoice Number: 2471181

**TIMEKEEPER SUMMARY**

| Title | Timekeeper | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Counsel | Kaluk, Nick S. III | | 0.3 | 1,640.00 | 492.00 |
| | | Counsel Total | 0.3 | | $492.00 |
| Associate | Carlson, Mitchell | | 1.5 | 1,315.00 | 1,972.50 |
| | | Associate Total | 1.5 | | $1,972.50 |
| | | **Matter Total** | **1.8** | | **$2,464.50** |