## Exhibit B

## Expense Detail

| Professional | User Date | Amount ($) | Expense description |
|---|---|---|---|
| Debevoise & Plimpton | 7/31/2024 | $8,758.00 | Legal Fee |
| **Net Expenses** | | $8,758.00 | |

| Total Net Expenses | $8,758.00 |
|---|---|

Compensation requested immediately

| | |
|---|---:|
| 80% of Monthly fee | $140,000.00 |
| Total expenses | 8,758.00 |
| **Total requested** | **$148,758.00** |

# Invoice



**Invoice:** # 07241ADH019     **Project Name:** Orchid

**Date:** July 1, 2024     **Project Number:** 325842

Attention:   Mary Cilia, CFO of the FTX Debtors

| | |
|---|---:|
| Monthly advisory fee:  July 1, 2024 to July 31, 2024 (80%) | $140,000.00 |
| Out-of-pocket expenses: | $8,758.00 |
| **Amount Due** | **$148,758.00** |

*The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period.  Disbursements and charges received after the closing date of this statement will be billed subsequently.*

**This invoice is due upon receipt**

Please transfer funds to:



Rothschild & Co US Inc     Tax ID: [redacted]
1251 Avenue of the Americas     Phone:  (212) 403-3683
New York, NY  10020     Email:  NorthAmReceivables@rothschildandco.com
www.rothschildandco.com     (for questions and remittances)





**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

August 9, 2024

Melissa Morvan
ROTHSCHILD & CO US INC.
1251 Avenue of the Americas
New York, NY  10020

Invoice #: 2473664                                                         Client Matter 21689.1146

FOR PROFESSIONAL SERVICES rendered through July 31, 2024 in connection with FTX AD HOC GROUP

| | |
|---|---:|
| Fees | $8,758.00 |
| Charges and Disbursements | $0.00 |
| **TOTAL** | **$8,758.00** |

Payment Due Upon Receipt

[redacted]

www.debevoise.com

21689.1146 – FTX AD HOC GROUP                                                                 Invoice Number: 2473664

| Date | Timekeeper | Narrative | Hours |
| --- | --- | --- | --- |
| 07/09/24 | Kaluk, Nick S. III | Call with E. Brokerick, M. Harvey and Rothschild team re reimbursement agreements and plan confirmation (0.5); prepare for same (0.2). | 0.7 |
| 07/11/24 | Kaluk, Nick S. III | Call with F. London re confirmation and fee app timeline and process. | 0.3 |
| 07/12/24 | Kaluk, Nick S. III | Email with C. Delo, RLF and Eversheds teams re revised reimbursement agreements. | 0.5 |
| 07/16/24 | Kaluk, Nick S. III | Call with M. Carlson re revised reimbursement agreement (0.1); email with C. Del re same (0.1). | 0.2 |
| 07/16/24 | Carlson, Mitchell | Correspond with N. Kaluk re A&R reimbursement agreement (0.3); draft the same (0.8); review of amended EL in connection with same (0.2); emails with Rothschild team re same (0.2). | 1.5 |
| 07/17/24 | Kaluk, Nick S. III | Review draft reimbursement agreement amendment (0.4); discuss same with M. Carlson (0.4). | 0.8 |
| 07/17/24 | Carlson, Mitchell | Meeting with N. Kaluk re revisions to draft A&R reimbursement agreement (0.4); further revise the same (0.5); emails with F. London and L. Munoz re same (0.2); proceeding docket in connection with same (0.2). | 1.3 |
| 07/23/24 | Carlson, Mitchell | Call with J. Weyand [MN] re A&R reimbursement agreement (0.2); further revise the same (0.2); correspond with C. Delo and F. London re same (0.2). | 0.6 |
| | | **Total Hours** | **5.9** |

21689.1146 – FTX AD HOC GROUP                                              Invoice Number: 2473664

**TIMEKEEPER SUMMARY**

| Title | Timekeeper | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Counsel | Kaluk, Nick S. III | | 2.5 | 1,640.00 | 4,100.00 |
| | | Counsel Total | 2.5 | | $4,100.00 |
| Associate | Carlson, Mitchell | | 3.4 | 1,370.00 | 4,658.00 |
| | | Associate Total | 3.4 | | $4,658.00 |
| | | **Matter Total** | **5.9** | | **$8,758.00** |



**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

---

August 9, 2024

Melissa Morvan
ROTHSCHILD & CO US INC.
1251 Avenue of the Americas
New York, NY  10020

| | | |
|---|---|---|
| Invoice #: 2473664 | **REMITTANCE SUMMARY** | Client Matter 21689.1146 |
| | (Payment Due Upon Receipt) | |

---

| | |
|---|---:|
| Fees | $8,758.00 |
| Charges and Disbursements | $0.00 |
| **TOTAL** | **$8,758.00** |

<u>Check</u>
Debevoise & Plimpton LLP
Accounting Department, 46th Floor
66 Hudson Boulevard
New York, N.Y.  10001

<u>Wire Transfer</u>
[redacted]

www.debevoise.com