**Exhibit A**

**Expense Detail**

**May 1st- July 31st**

| Professional | User Date | Amount ($) | Expense description |
|---|---|---|---|
| Debevoise & Plimpton | 6/30/2024 | $2,464.50 | Legal Fee |
| Debevoise & Plimpton | 7/31/2024 | $8,758.00 | Legal Fee |
| **Net Expenses** | | **$11,222.50** | |
| **Total Net Expenses** | | **$11,222.50** | |