## EXHIBIT B

**FTX TRADING, LTD.,** *et al.*,
**(Case No. 22-11068 (JTD))**

**May 1, 2024, through July 31, 2024**

| Expense Category | Total Expenses |
|---|---|
| In-House Printing - black & white | 613.75 |
| Pacer | 508.40 |
| In-House Printing - color | 89.25 |
| Photos/Art/Spec Duplicating-Out of Office | 72.78 |
| Computer Research - Westlaw | 331.20 |
| In-House Duplicating | 138.00 |
| In-House Duplicating - color | 74.00 |
| Courier/Delivery Service | 584.46 |
| Secretarial Overtime | 27.73 |
| **Grand Total Expenses** | **$2,439.57** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 05/06/24 | In-House Printing - color | 17.0 | 4.25 |
| 05/07/24 | Pacer | 72.0 | 7.20 |
| 05/09/24 | Pacer | 162.0 | 16.20 |
| 05/14/24 | In-House Printing - black & white | 85.0 | 4.25 |
| 05/14/24 | Pacer | 15.0 | 1.50 |
| 05/14/24 | In-House Printing - color | 52.0 | 13.00 |
| 05/16/24 | Pacer | 73.0 | 7.30 |
| 05/21/24 | Pacer | 1,851.0 | 185.10 |
| 05/24/24 | Pacer | 63.0 | 6.30 |
| 05/24/24 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL PRINTING B/W-PDFS - TABS PRE-PRINTED - BINDER, VIEW, 1.5" BLACK - 05/24/2024 | 1.0 | 72.78 |
| 05/28/24 | In-House Printing - color | 107.0 | 26.75 |
| 05/30/24 | Pacer | 35.0 | 3.50 |
| 06/03/24 | Computer Research - Westlaw | 1.0 | 27.60 |
| 06/04/24 | Pacer | 102.0 | 10.20 |
| 06/05/24 | In-House Printing - color | 88.0 | 22.00 |
| 06/06/24 | In-House Printing - black & white | 568.0 | 28.40 |
| 06/06/24 | In-House Printing - color | 21.0 | 5.25 |
| 06/07/24 | In-House Printing - color | 23.0 | 5.75 |
| 06/07/24 | In-House Printing - black & white | 85.0 | 4.25 |
| 06/10/24 | In-House Printing - color | 12.0 | 3.00 |
| 06/10/24 | Computer Research - Westlaw | 1.0 | 27.60 |
| 06/10/24 | Pacer | 94.0 | 9.40 |
| 06/11/24 | Pacer | 431.0 | 43.10 |
| 06/12/24 | Pacer | 378.0 | 37.80 |
| 06/12/24 | Computer Research - Westlaw | 1.0 | 220.80 |
| 06/12/24 | In-House Printing - black & white | 75.0 | 3.75 |
| 06/13/24 | Pacer | 577.0 | 57.70 |
| 06/14/24 | Pacer | 211.0 | 21.10 |
| 06/14/24 | In-House Printing - black & white | 134.0 | 6.70 |
| 06/18/24 | In-House Printing - black & white | 11.0 | 0.55 |
| 06/19/24 | In-House Printing - black & white | 21.0 | 1.05 |
| 06/24/24 | Pacer | 517.0 | 51.70 |
| 06/24/24 | In-House Printing - black & white | 10,998.0 | 549.90 |
| 06/24/24 | In-House Duplicating | 690.0 | 138.00 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 06/24/24 | In-House Duplicating - color | 148.0 | 74.00 |
| 06/24/24 | Secretarial Overtime (Cherie Hare) | 1.0 | 27.73 |
| 06/25/24 | In-House Printing - black & white | 86.0 | 4.30 |
| 06/25/24 | Pacer | 36.0 | 3.60 |
| 06/25/24 | Courier/Delivery Service - DELIVERY SERVICES FOR PERIOD ENDING 06/29/2024 | 1.0 | 153.26 |
| 06/26/24 | Pacer | 52.0 | 5.20 |
| 06/26/24 | Courier/Delivery Service - MAILOUT SERVICES, ENVELOPES SERVICES, POSTAGE, E-MAIL ELECTRONIC FILES, DRAFT & E-FILE COS - 06/26/2024 | 1.0 | 431.20 |
| 06/28/24 | Pacer | 96.0 | 9.60 |
| 07/01/24 | In-House Printing - black & white | 71.0 | 3.55 |
| 07/08/24 | Pacer | 54.0 | 5.40 |
| 07/09/24 | Pacer | 110.0 | 11.00 |
| 07/10/24 | Pacer | 33.0 | 3.30 |
| 07/10/24 | Computer Research - Westlaw | 1.0 | 55.20 |
| 07/12/24 | Pacer | 122.0 | 12.20 |
| 07/23/24 | In-House Printing - color | 12.0 | 3.00 |
| 07/31/24 | In-House Printing - color | 25.0 | 6.25 |
| 07/31/24 | In-House Printing - black & white | 141.0 | 7.05 |
| | **Total** | | **$2,439.57** |