# Exhibit C

## Interim Application Summary

## Cover Sheet of Fee Application (UST Guidelines Exh. E)

| **Interim Application Summary** | |
|---|---|
| Name of Applicant | Morris, Nichols, Arsht & Tunnell LLP |
| Name of Client | Ad Hoc Committee of Non-Us Customers of FTX.Com |
| Time period covered by Interim Application | May 1, 2024, through July 31, 2024 |
| Total compensation sought during Application Period | $439,247.50 |
| Total expenses sought during Application Period | $2,439.57 |
| Petition Date | November 11 and 14, 2023 |
| Date of Order approving Counsel Reimbursement Agreement | November 15, 2023 |
| Total allowed compensation paid to date | $1,431,941.85 |
| Total allowed expenses paid to date | $20,133.18 |
| Total compensation approved by interim order to date | $1,528,048.95 |
| Total expenses approved by interim order to date | $20,002.52 |
| Blended rate in the Interim Application for all partners | $1,215.86 |
| Blended rate in the Interim Application for all attorneys | $980.73 |
| Blended rate in the Interim Application for all timekeepers | $972.86 |

| | |
|---|---|
| Compensation sought in the Interim Application already paid pursuant to a monthly compensation certificate but not yet allowed on an interim basis | $0.00 |
| Expenses sought in the Interim Application already paid pursuant to a monthly compensation certificate but not yet allowed on an interim basis | $0.00 |
| Number of professionals included in Interim Application | 8 |
| If applicable, number of professionals in the Interim Application not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought for the Application Period | N/A |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 5 |
| Are any rates higher than those approved or disclosed at retention | Effective January 1, 2024, Morris Nichols has implemented firm-wide annual rate increases. These rate increases are consistent with the Engagement Letter, which provides that the rates included therein are adjusted from time to time and specifically at the beginning of each year. |