**<u>Exhibit E</u>**

**Budget**

**Application Period Budget**

| Project Category | Estimated Hours | Estimated Fees | Hours Billed | Amount Billed |
|---|---|---|---|---|
| Case Administration | 2 | 2,000.00 | 0.90 | 355.50 |
| Case Analysis/Pleading Review | 50 | 50,000.00 | 30.90 | 30,226.00 |
| Asset Disposition | 2 | 2,000.00 | 0.00 | 0.00 |
| External Stakeholder Communications | 2 | 2,000.00 | 0.70 | 822.00 |
| Court Hearings | 20 | 20,000.00 | 12.00 | 12,024.00 |
| Fee Applications | 40 | 40,000.00 | 39.40 | 28,127.50 |
| Contested Matters | 5 | 5,000.00 | 0.00 | 0.00 |
| General Litigation | 15 | 15,000.00 | 14.00 | 14,177.00 |
| AHC Committee Governance | 20 | 20,000.00 | 13.60 | 12,868.00 |
| AHC Member Communications & Meetings | 70 | 70,000.00 | 53.60 | 51,406.50 |
| KYC Process and Claims Administration | 20 | 20,000.00 | 8.40 | 8,772.50 |
| Plan and Disclosure Statement (Including Business Plan) | 325 | 325,000.00 | 269.60 | 272,956.00 |
| General Case Strategy | 20 | 20,000.00 | 6.50 | 5,296.00 |
| Section 1104 Examiner Related Issues | 10 | 10,000.00 | 1.90 | 2,216.50 |
| **Total** | **601** | **$601,000.00** | **451.50** | **$439,247.50** |