# EXHIBIT A

**Summary of Fees by Individual for the Application Period**
**(May 1, 2024, through and including July 31, 2024)**

| Name | Title | Practice Group; Date of First Admission | Hourly Rate | Hours Billed | Amount Billed |
|---|---|---|---|---|---|
| Broderick, Erin E. | Partner | Finance, 2008 | $1,300.00 | 367.00 | 477,100.00 |
| Buchanan, Randy | Partner | Tax, 1989 | $1,505.00 | 1.30 | 1,956.50 |
| Kodaman, Meltem | Partner | Capital Markets & Investments, 2002 | $1,140.00 | 1.00 | 1,140.00 |
| Paul, Sarah | Partner | Litigation, 2004 | $1,225.00 | 36.80 | 45,080.00 |
| Setliffe, Caroline | Partner | Tax, 1999 | $1,265.00 | 1.80 | 2,277.00 |
| | | | **Partner Total** | **407.90** | **527,553.50** |
| Polansky, Andrew J. | Senior Attorney | Litigation, 2018 | $780.00 | 65.00 | 50,700.00 |
| | | | **Senior Attorney Total** | **65.00** | **50,700.00** |
| Badio, Maritza | Associate | Finance, 2017 | $915.00 | 65.80 | 60,207.00 |
| DeLoatch, Nathaniel T. | Associate | Finance, 2019 | $815.00 | 19.40 | 15,811.00 |
| Monzon Woc, Ana Rocio | Associate | Litigation, 2018 | $755.00 | 10.80 | 8,154.00 |
| Rodgers, Jessica | Associate | Litigation, 2020 | $680.00 | 18.30 | 12,444.00 |
| Rogers, Michael A. | Associate | Finance, 2022 | $730.00 | 364.70 | 266,231.00 |
| | | | **Associate Total** | **479.00** | **362,847.00** |
| Hirsch, Devorah | Paralegal | Litigation | $355.00 | 104.50 | 37,097.50 |
| Wright, Charlene | Paralegal | Capital Markets & Investments | $440.00 | 2.30 | 1,012.00 |
| | | | **Paralegal Total** | **106.80** | **38,109.50** |
| **Grand Total** | | | | **1,058.70** | **$ 979,210.00** |

**Blended Hourly Rate: $925.00**