**EXHIBIT B**

**Summary of Compensation by Project Category**

| U.S. Trustee Task Code and Project Category | Hours Billed | Amount Billed |
|---|---:|---:|
| B110 Case Administration | 0.50 | 177.50 |
| B112 General Creditor Inquiries | 39.60 | 34,224.00 |
| B113 Case Analysis/Pleading Review | 84.70 | 88,447.50 |
| B155 Court Hearings | 7.60 | 8,170.00 |
| B160 Fee/Employment Applications | 71.90 | 61,178.50 |
| B260 Corporate Governance and Board Matters | 97.10 | 79,767.00 |
| B270 AHC Member Communications & Meetings | 256.40 | 241,915.00 |
| B310 KYC Process and Claims Administration | 108.60 | 97,206.50 |
| B320 Plan and Disclosure Statement (including Business Plan) | 333.30 | 313,832.00 |
| B410 General Case Strategy | 59.00 | 54,292.00 |
| **Grand Total** | **1,058.70** | **$ 979,210.00** |