## **EXHIBIT C**
**Expense Summary for the Application Period**

**Total:**            **$0.00**