# EXHIBIT D

## Eversheds Sutherland's Customary and Comparable Compensation Disclosures

| Timekeeper Rank | FTX - Ad Hoc Committee* July 2023 Through July 2024 | | Firm-wide** Total Firm Bills Allocated to Non-BK General Domestic Timekeepers from July 2023 Through July 2024 | |
|---|---|---|---|---|
| | Blended Hourly Rate | % Total Hours | Blended Hourly Rate | % Total Hours |
| Partners [1] | $1,269.00 | 34% | $944.00 | 55% |
| Associates [2] | $811.00 | 64% | $626.00 | 42% |
| Non-Lawyers [3] | $280.00 | 2% | $390.00 | 3% |
| **All Timekeepers** | **$884.00** | | **$755.00** | |

[1] Includes Of Counsel, Senior Counsel.

[2] Includes Special Counsel, Counsel, Senior Attorney, Staff Attorney, Contract Attorney.

[3] Excludes all non-comparable "non-lawyer" timekeepers.

\* Includes write-offs.

\*\* Includes non-BK work of BK timekeepers and all work of other domestic timekeepers, excluding litigation matters and all write-offs.