# EXHIBIT E
## Estimated Staffing and Budget Plan

**STAFFING PLAN FOR EVERSHEDS SUTHERLAND (US) LLP, COUNSEL TO THE AD HOC COMMITTEE OF NON-US CUSTOMERS OF FTX.COM, FOR THE PERIOD MAY 1, 2024, THROUGH JULY 31, 2024**

| Category of Timekeeper | Number of Timekeepers Expected to Work On the Matter During the Application Period [1] | Range of Rates |
|---|---|---|
| Partner [2] | 5 | $1,160.00 - $1,505.00 |
| Associate [3] | 6 | $680.00 - $915.00 |
| Other Professionals [4] | 2 | $240.00 - $515.00 |

(1) Estimate is for total number of timekeepers billing any substantial number of hours to matter.

(2) Includes Senior Counsel.

(3) Includes Special Counsel, Counsel, Senior Attorney, and Contract Attorney.

(4) Includes clerks, legal analysts and eDiscovery professionals.

**ESTIMATED BUDGET FOR EVERSHEDS SUTHERLAND (US) LLP, COUNSEL TO THE AD HOC COMMITTEE OF NON-US CUSTOMERS OF FTX.COM, FOR THE PERIOD FROM MAY 1, 2024, THROUGH JULY 31, 2024**

| U.S. Trustee Task Code and Project Category | Estimated Hours | Estimated Fees | Hours Billed | Amount Billed |
|---|---|---|---|---|
| B110 Case Administration | 20 | $20,000.00 | 0.50 | 177.50 |
| B112 General Creditor Inquiries | 100 | $100,000.00 | 39.60 | 34,224.00 |
| B113 Case Analysis/Pleading Review | 100 | $100,000.00 | 84.70 | 88,447.50 |
| B155 Court Hearings | 25 | $25,000.00 | 7.60 | 8,170.00 |
| B160 Fee/Employment Applications | 70 | $70,000.00 | 71.90 | 61,178.50 |
| B260 Corporate Governance and Board Matters | 125 | $125,000.00 | 97.10 | 79,767.00 |
| B270 AHC Member Communications & Meetings | 300 | $300,000.00 | 256.40 | 241,915.00 |
| B310 KYC Process and Claims Administration | 150 | $150,000.00 | 108.60 | 97,206.50 |
| B320 Plan and Disclosure Statement (including Business Plan) | 300 | $300,000.00 | 333.30 | 313,832.00 |
| B410 General Case Strategy | 70 | $70,000.00 | 59.00 | 54,292.00 |
| **Total** | **1,260.00** | **$1,260,000.00** | **1,058.70** | **$ 979,210.00** |