## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 2016-2

I, Sarah E. Paul, hereby certify as follows:

1. I am a partner in the applicant firm, Eversheds Sutherland (US) LLP, and have been admitted to the bar of the State of New York since 2006.

2. I have personally performed many of the legal services rendered by Eversheds Sutherland (US) LLP, as counsel for the Ad Hoc Committee, and I am generally familiar with all other work performed on behalf of the Ad Hoc Committee by the lawyers and paraprofessionals in the firm.

3. The facts set forth in the foregoing Monthly Fee Statement are true and correct to the best of my knowledge, information, and belief. Moreover, I have reviewed the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and respectfully submit that the Monthly Fee Statement complies with such requirements.

Dated: September 13, 2024
      New York, New York

*/s/ Sarah E. Paul*
**EVERSHEDS SUTHERLAND (US) LLP**
Sarah E. Paul
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 389-5000
Facsimile: (212) 389-5099
sarahpaul@eversheds-sutherland.com

*Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com*