## Exhibit B

**Disbursements**

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 6/4/2024 | Matt Rahmani | Late night / weekend meals | 20.00 | Meal working late in office |
| 6/6/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 6/6/2024 | Emil Tu | Late night / weekend transportation | 18.98 | Taxi home, working late in office |
| 6/6/2024 | Matt Rahmani | Late night / weekend transportation | 144.65 | Taxi home, working late in office |
| 6/7/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 6/10/2024 | Matt Rahmani | Late night / weekend meals | 20.00 | Meal working late in office |
| 6/11/2024 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late in office |
| 6/11/2024 | Matt Rahmani | Late night / weekend transportation | 123.95 | Taxi home, working late in office |
| 6/12/2024 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late in office |
| 6/12/2024 | Eduardo Ascoli | Late night / weekend transportation | 39.39 | Taxi home, working late in office |
| 6/13/2024 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late in office |
| 6/13/2024 | Eduardo Ascoli | Late night / weekend transportation | 31.89 | Taxi home, working late in office |
| 6/16/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 6/16/2024 | Emil Tu | Late night / weekend transportation | 36.76 | Taxi home, working late in office |
| 6/17/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 6/20/2024 | Matt Rahmani | Late night / weekend transportation | 131.97 | Taxi home, working late in office |
| 6/29/2024 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 7/8/2024 | Alexander Kalashnikov | Late night / weekend meals | 20.00 | Meal working late in office |
| 7/9/2024 | Alexander Kalashnikov | Late night / weekend meals | 20.00 | Meal working late in office |
| 7/10/2024 | Alexander Kalashnikov | Late night / weekend meals | 20.00 | Meal working late in office |
| 7/11/2024 | Alexander Kalashnikov | Late night / weekend meals | 20.00 | Meal working late in office |
| 7/15/2024 | Alexander Kalashnikov | Late night / weekend meals | 20.00 | Meal working late in office |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 7/15/2024 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 4,564.35 | Period ended June 30, 2024, FTX Chapter 11 Matter No: 22726417 |
| 7/18/2024 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late in office |
| 7/18/2024 | Eduardo Ascoli | Late night / weekend transportation | 30.97 | Taxi home, working late in office |
| 7/19/2024 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 3,002.00 | For professional services rendered and related expenses incurred in the above-referenced matter through June 2024 |
| 7/31/2024 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late in office |
| 8/8/2024 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 14,607.50 | For professional services rendered and related expenses incurred through July 2024 |
| 8/15/2024 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 4,060.35 | Period ended July 31, 2024, FTX Chapter 11 Matter No: 22726417 |
| **Total** | | | **$27,132.76** | |