**Exhibit C**

**Porter Hedges LLP Time and Expense Records**

**(June 1, 2024 through July 31, 2024)**

15562121

| Name of Applicant | *Porter Hedges LLP* |
|---|---|
| **Authorized to Provide Professional Services to:** | **Perella Weinberg Partners LP (Investment Banker to the Debtors)** |
| **Date of Retention:** | *nunc pro tunc* **to November 16, 2022** |
| **Period for which compensation and reimbursement is sought:** | **June 1, 2024 through July 31, 2024** |
| **Amount of Compensation sought as actual, reasonable and necessary:** | **$17,609.50** |
| **80% of Compensation sought as actual, reasonable and necessary:** | **n/a** |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | **$0** |

This is a(n) **X** monthly _____ interim _____ final application.  No prior application has been filed with respect to this Fee Period.

15562121

**PRIOR MONTHLY FEE STATEMENTS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 02/17/23 | Nov. 16, 2022 – Nov. 30, 2022 | $16,178.00 | $0 | $16,178.00 | $0 |
| 03/06/23 | Dec. 1, 2022 – Dec. 31, 2022 | $19,659.00 | $0 | $19,659.00 | $0 |
| 04/04/23 | Jan. 1, 2023 – Jan. 31, 2023 | $59,185.50 | $0 | $59,185.50 | $0 |
| 05/04/23 | Feb. 1, 2023 – Feb. 28, 2023 | $17,667.50 | $21.50 | $59,185.50 | $0 |
| 06/05/23 | Mar. 1, 2023 – Mar. 31, 2023 | $10,369.00 | $0 | $59,185.50 | $0 |
| 09/12/23 | Apr. 1, 2023 – Apr. 30, 2023 | $8,484.00 | $0 | $8,484.00 | $0 |
| 09/14/23 | May 1, 2023 – May 31, 2023 | $5,626.50 | $0 | $5,626.50 | $0 |
| 09/14/23 | June 1, 2023 – June 30, 2023 | $7,521.50 | $4.30 | $7,521.50 | $0 |
| 12/04/23 | July 1, 2023 – July 31, 2023 | $3,484.50 | $0 | $3,484.50 | $0 |
| 12/06/23 | August 1, 2023 – August 31, 2023 | $5,784.00 | $0 | $5,784.00 | $0 |
| 12/08/23 | Sept. 1 – Sept. 30, 2023 | $14,943.00 | $0 | $14,943.00 | $0 |
| 02/13/24 | Oct. 1 – Nov. 30, 2023 | $2,695.50 | $0 | $2,695.50 | $0 |
| 05/03/24 | Jan. 1 – Jan. 31, 2024 | $1,942.50 | $0 | $1,942.50 | $0 |
| 05/03/24 | Dec. 1 – 31, 2023 and Feb. 1 – 29, 2024 | $11,726.00 | $0 | $11,726.00 | $0 |
| 05/15/2024 | Mar. 1 – Mar. 31, 2024 | $6,400.00 | $0 | $6,400.00 | $0 |
| 07/05/2024 | Apr. 1 – Apr. 30, 2024 | $4,505.00 | $0 | $4,505.00 | $0 |

15562121

**SUMMARY OF BILLING BY PROFESSIONAL**
**JUNE 1, 2024 THROUGH AND INCLUDING JULY 31, 2024**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| **John F. Higgins** | **Partner** | **1983** | **1983** | **$1,050.00** | **1.9** | **$1,995.00** |
| **M. Shane Johnson** | **Partner** | **2012** | **2012** | **$835.00** | **0.2** | **$167.00** |
| **Megan N. Young-John** | **Partner** | **2013** | **2013** | **$725.00** | **10.1** | **$7,322.50** |
| **Partner Total** | | | | | **12.2** | **$9,482.50** |
| **James A. Keefe** | **Associate** | **2017** | **2017** | **$625.00** | **13.0** | **$8,125.00** |
| **Associate Total** | | | | | **13.0** | **$8,125.00** |
| **GRAND TOTAL** | | | | | **25.2** | **$17,609.50** |

**Blended Hourly Rate: $698.79**

**STATEMENT OF FEES BY PROJECT CATEGORY[1]**
**JUNE 1, 2024 THROUGH JULY 31, 2024**

| Project Name | Hours | Fee Amount |
|---|---|---|
| **PWP Retention & Compensation** | 25.2 | $17,609.50 |
| Total | 25.2 | $17,609.50 |

---

[1] The subject matter of certain time entries may be appropriate for more than one project category. In such instances, time entries generally have been included in the most appropriate category. Time entries do not appear in more than one category.

15562121

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510  
P.O. BOX 4346  
HOUSTON, TEXAS 77210-4346  

_____

TELEPHONE (713) 226-6000  
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 565889 |
| Date | 07/19/24 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

PERELLA WEINBERG PARTNERS \ TPH&CO.  
ATTN: JENNIE MILLER  
1111 BAGBY STREET, SUITE 4900  
HOUSTON, TX  77002

TAX ID# 74-2174193

**FTX Bankruptcy**

---

**Invoice Summary**

| | |
|---|---:|
| Professional Services | $3,002.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $3,002.00 |
| **TOTAL AMOUNT DUE** | **$3,002.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 565889 |
| Date | 07/19/24 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through June 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 06/03/24 | JFH | Email G. Williams regarding fee statement (.1); meeting with M. Young-John regarding fee application and engagement (.2). | 0.30 | 315.00 |
| 06/04/24 | MNY | Email PWP regarding timing of May fee statements. | 0.10 | 72.50 |
| 06/05/24 | MSJ | Discuss PWP transaction fee with M. Young-John. | 0.20 | 167.00 |
| 06/05/24 | MNY | Confirm no objections to fee statements with client team and email Debtors' counsel regarding same. | 0.20 | 145.00 |
| 06/06/24 | JFH | Email N. Jenner and M. Young-John regarding fee application and order. | 0.30 | 315.00 |
| 06/06/24 | MNY | Review and provide comments to order on fifth interim fee application. | 0.30 | 217.50 |
| 06/10/24 | MNY | Review expense questions from client and respond. | 0.30 | 217.50 |
| 06/14/24 | MNY | Finalize and send interim fee application for filing. | 0.60 | 435.00 |
| 06/25/24 | JAK | Meet with M. Young-John regarding coverage for fee filings (.5); review M. Young-John's email regarding PWP May fee statement (.1). | 0.60 | 375.00 |
| 06/25/24 | JFH | Email M. Young-John and PWP regarding fee statements. | 0.20 | 210.00 |
| 06/25/24 | MNY | Email client regarding status of May documents for fee statement. | 0.10 | 72.50 |
| 06/27/24 | MNY | Review documents from client for fee statement and email J. Keefe regarding same. | 0.20 | 145.00 |
| 06/28/24 | JFH | Email regarding fee statement; email regarding PWP estimate. | 0.30 | 315.00 |
| **Total Services** | | | **3.70** | **$3,002.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page 3
Inv# 565889
Date 07/19/24
017741-0001
JOHN F. HIGGINS

TAX ID# 74-2174193

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JFH | John F. Higgins | Partner | 1.10 | 1,050.00 | 1,155.00 |
| MNY | Megan N. Young-John | Partner | 1.80 | 725.00 | 1,305.00 |
| MSJ | M. Shane Johnson | Partner | 0.20 | 835.00 | 167.00 |
| JAK | James A. Keefe | Associate | 0.60 | 625.00 | 375.00 |

Total Disbursements $0.00

**Invoice Total** **$3,002.00**

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510  
P.O. BOX 4346  
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000  
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 566464 |
| Date | 08/08/24 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

PERELLA WEINBERG PARTNERS \ TPH&CO.  
ATTN: JENNIE MILLER  
1111 BAGBY STREET, SUITE 4900  
HOUSTON, TX  77002

TAX ID# 74-2174193

**FTX Bankruptcy**

---

### Invoice Summary

| | |
|---|---:|
| Professional Services | $14,607.50 |
| Disbursements | 0.00 |
| Total Current Invoice | $14,607.50 |
| **TOTAL AMOUNT DUE** | **$14,607.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346
_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page 2
Inv# 566464
Date 08/08/24
017741-0001
JOHN F. HIGGINS

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through July 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 07/02/24 | MNY | Prepare May monthly fee statement and email PWP team regarding questions on supporting documents. | 2.80 | 2,030.00 |
| 07/03/24 | MNY | Emails with PWP regarding expenses for May fee statement (.1); update fee statement and circulate to client for comments (1.5); circulate same to S&C for comments (.1). | 1.70 | 1,232.50 |
| 07/05/24 | MNY | Follow up with PWP regarding fee statement (.1); update with comments from S&C (.1); follow up with Mayer Brown regarding redactions for invoices (.1); compile and coordinate filing of PWP monthly fee statement for May (.6). | 0.90 | 652.50 |
| 07/17/24 | JAK | Review M. Young-John's email regarding meeting to discuss PWP June fee statement (.1); review M. Young-John's email regarding targeting 7/31 to file PWP June fee statement (.1). | 0.20 | 125.00 |
| 07/17/24 | MNY | Email client and coordinate with J. Keefe regarding preparation of fee statement. | 0.20 | 145.00 |
| 07/18/24 | JAK | Prepare for call with M. Young-John regarding drafting PWP's June fee statement (.2); attend call with M. Young-John regarding PWP's June fee statement (.5). | 0.70 | 437.50 |
| 07/18/24 | MNY | Meet with J. Keefe regarding review of PWP documents for June fee statement (.6); email PWP regarding questions on same (.1). | 0.70 | 507.50 |
| 07/19/24 | JAK | Review J. Darby's email requesting draft of June fee statement (.1); email M. Young-John regarding status of draft of June fee statement (.1); draft June fee statement (4.1); email June fee statement to M. Young-John to review (.1); review M. Young-John's email and comments regarding June fee statement (.2). | 4.60 | 2,875.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page 3
Inv# 566464
Date 08/08/24
017741-0001
JOHN F. HIGGINS

TAX ID# 74-2174193

---

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 07/19/24 | MNY | Call with E. Rosen regarding timing of PWP fee statement for June (.1); review drafts of June fee statement from J. Keefe and respond with comments (1.0). | 1.10 | 797.50 |
| 07/20/24 | JAK | Revise June fee statement (1.6); email draft to J. Darby and K. Flinn to review (.1); review J. Darby's and K. Flinn's emails approving the June fee statement and direction to send to B. Mendelsohn (.1); email M. Young-John regarding document type to send to B. Mendelsohn (.1); review Mayer Brown's invoices (.1); review M. Young-John's email and comments on Mayer Brown's invoices (.1); email June fee statement to B. Mendelsohn to review (.1). | 2.20 | 1,375.00 |
| 07/20/24 | MNY | Review proposed Mayer Brown invoice redactions (.1); email J. Keefe regarding fee statement (.1). | 0.20 | 145.00 |
| 07/21/24 | JAK | Review past Mayer Brown invoices included in PWP's fee statements and email M. Young-John on the same (.3); email Mayer Brown team regarding invoices to be filed in June fee statement (.1); review A. Pinedo's response thereto (.1); review B. Mendelsohn's email approving June fee statement (.1); edit Exhibit C to June fee statement (.1). | 0.70 | 437.50 |
| 07/21/24 | MNY | Email J. Keefe regarding status of fee statement. | 0.10 | 72.50 |
| 07/22/24 | JAK | Review and respond to M. Young-John's email regarding next steps for PWP's June fee statement, including sending draft to SC team to review (.1); email draft to SC team to review (.1); email M. Young-John regarding status of fee statement and review her response thereto (.1); review email from A. Kranzley approving exhibits and asking for redline of fee statement against May statement (.1); create redline and send to A. Kranzley (.2). | 0.60 | 375.00 |
| 07/22/24 | MNY | Coordinate with J. Keefe regarding finalizing fee statement. | 0.30 | 217.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page 4
Inv# 566464
Date 08/08/24
017741-0001
JOHN F. HIGGINS

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 07/24/24 | JAK | Review M. Young-John's email regarding contacting debtors' counsel for comments on PWP fee statement and do the same (.2); review A. Kranzley's email and comments on fee statement (.1); review issues raised by A. Kranzley and confer with M. Young-John (.4); create Simply Agree copy of fee statement for B. Mendelsohn to apply e-signature (.2); email A. Kranzley regarding fee percentages used for PWP (.1); email B. Mendelsohn regarding informing J. Ray about June fee statement and review response thereto (.1); email LRC team regarding filing fee statement in evening (.1); confer with M. Young-John regarding preparing fee statement, exhibits, and declaration for review by LRC and do the same (.4); confirm with A. Kranzley no issues with fee statement (.1); email fee statement to LRC for filing (.1); process Simply Agree version and upload to iManage (.2); review and respond to LRC email regarding confirming fee statement ready for filing (.1). | 2.10 | 1,312.50 |
| 07/24/24 | MNY | Email J. Keefe regarding S&C comments to fee statement. | 0.10 | 72.50 |
| 07/25/24 | JAK | Review G. Williams email regarding draft of CNO for May fee statement (.1); review the draft of the CNO and compare to past filed CNOs (.2); review docket for any objections (.1); email M. Young-John regarding CNO and contacting other professionals for any informal responses (.1). | 0.50 | 312.50 |
| 07/25/24 | JFH | Email regarding fee statement; review limited objection. | 0.30 | 315.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346
_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page 5
Inv# 566464
Date 08/08/24
017741-0001
JOHN F. HIGGINS

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 07/26/24 | JAK | Email PWP team regarding receipt of any objections to May fee statement (.1); review responses from PWP team regarding no objections received for fee statement (.1); review email from J. Higgins regarding possible objection filed yesterday (.1); review docket and email J. Higgins that no objection was filed (.2); email J. Higgins and M. Young-John regarding approving CNO for May fee statement (.1); email LRC team regarding filing CNO for May fee statement (.1). | 0.70 | 437.50 |
| 07/26/24 | JFH | Email regarding fee statement and objections. | 0.30 | 315.00 |
| 07/26/24 | MNY | Coordinate with J. Keefe and J. Higgins regarding CNO on May fee statement. | 0.20 | 145.00 |
| 07/30/24 | JAK | Review M. Young-John's email regarding updating billing entries by tomorrow morning. | 0.10 | 62.50 |
| 07/31/24 | JFH | Email regarding fee estimate (.1); email regarding filing fee statement (.1). | 0.20 | 210.00 |
| **Total Services** | | | **21.50** | **$14,607.50** |

**Timekeeper Summary**

| | Attorney/Legal Assistant | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JFH | John F. Higgins | Partner | 0.80 | 1,050.00 | 840.00 |
| MNY | Megan N. Young-John | Partner | 8.30 | 725.00 | 6,017.50 |
| JAK | James A. Keefe | Associate | 12.40 | 625.00 | 7,750.00 |

Total Disbursements $0.00

## PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page 6
Inv# 566464
Date 08/08/24
017741-0001
JOHN F. HIGGINS

TAX ID# 74-2174193

---

**Invoice Total** **$14,607.50**