## Exhibit D

**Mayer Brown LLP Time and Expense Records**

**(June 1, 2024 to July 31, 2024)**

15562121

| **Name of Applicant** | *Mayer Brown LLP* |
|---|---|
| Authorized to Provide Professional Services to: | Perella Weinberg Partners LP (Investment Banker to the Debtors) |
| Date of Retention: | *nunc pro tunc* to November 16, 2022 |
| Period for which compensation and reimbursement is sought: | June 1, 2024 through July 31, 2024 |
| Amount of Compensation sought as actual, reasonable and necessary: | $973.50 |
| 80% of Compensation sought as actual, reasonable and necessary: | n/a |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $7,651.20 |

This is a(n) **X** monthly ____ interim ____ final application. No prior application has been filed with respect to this Fee Period.

**PRIOR MONTHLY FEE STATEMENTS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 09/14/2023 | Dec. 1, 2022 to June 30, 2023 | $171,523.50 | $506.96 | $171,523.50 | $506.96 |
| 12/06/2023 | July 1, 2023 to July 31, 2023 | $215,428.50 | $9,971.41 | $215,428.50 | $9,971.41 |
| 12/06/2023 | August 1, 2023 to Sept. 30, 2023 | $26,842.50 | $1,625.46 | $26,842.50 | $1,625.46 |
| 12/08/2023 | Oct. 1, 2023 to Oct. 31, 2023 | $71,914.50 | $2.75 | $71,914.50 | $2.75 |
| 12/22/2023 | Nov. 1, 2023 to Nov. 30, 2023 | $41,097.50 | $26,087.24 | $41,097.50 | $26,087.24 |
| 05/03/2024 | Feb. 1, 2024 to Feb. 29, 2024 | $192,049.00 | $9,273.93 | $192,049.00 | $9,273.93 |
| 05/15/2024 | Mar. 1, 2024 to Mar. 31, 2024 | $2,661.50 | $6,076.17 | $2,661.50 | $6,076.17 |
| 07/05/2024 | June 1, 2023 to Apr. 30, 2024 | $249,851.50 | $6,482.69 | $249,851.50 | $6,482.69 |
| 07/24/2024 | May 1, 2024 to May 31, 2024 | $2,522.00 | $4,159.02 | Pending | Pending |

**SUMMARY OF BILLING BY PROFESSIONAL**
**JUNE 1, 2024 THROUGH AND INCLUDING JULY 31, 2024**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Anna V. Durham | Associate | 2021 | 2020 | $885.00 | 1.1 | $973.50 |
| **Associate Total** | | | | | **1.1** | **$973.50** |
| **GRAND TOTAL** | | | | | **1.1** | **$973.50** |

**Blended Hourly Rate:  $885.00**

15562121

**STATEMENT OF FEES BY PROJECT CATEGORY**
**JUNE 1, 2024 THROUGH AND INCLUDING JULY 31, 2024**

| Project Name | Hours | Fee Amount |
|---|---|---|
| ADVISORY SERVICES TO PWP AS INVESTMENT BANKER[2] | 1.1 | $973.50 |
| **Total** | **1.1** | **$973.50** |

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[3] if Applicable** | **Amount** |
| Professional Services (Data Management, Processing, and Storage) | Driven Inc d/b/a Innovative Driven | $7,651.20 |
| **TOTAL** | | **$7,651.20** |

---

[2] Mayer Brown LLP provides advisory services to PWP as Investment Banker to the Debtors. In such capacity, Mayer Brown LLP has advised PWP on a number of issues including, but not limited to, deal and sale process-related issues, investor and other case constituent relations, and consideration of conflict issues.

[3] Mayer Brown LLP may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

15562121

# MAYER | BROWN

July 15, 2024

**Invoice Number: 100226237**

Perella Weinberg Partners LP
1111 Bagby Street
Suite 4900
Houston, TX 77002

Attn: Jennie Miller

Mayer Brown LLP
311 West Monroe Street
Chicago, IL 60606-9908

T: +1 312 782 0600
F: +1 312 701 7711
mayerbrown.com

Firm Tax ID No: 36-1447220

For professional services rendered for the period ended June 30, 2024

**Re:** **FTX Chapter 11**
**Matter No: 22726417**

| | |
|---|---:|
| Fees | $531.00 |
| Disbursements | 4,033.35 |
| **Total Fees and Disbursements** | **$4,564.35** |

---

**Wire Transfer or ACH Credit Payments (Preferred)**
**Bank:** Bank of America  **Bank Address:** 135 South LaSalle Street, Chicago, IL 60603  **Account #**: 8765663350  **ACH ABA#:** 121000358
**Wire ABA #:** 026009593  **International Wires Swift Code:** BOFAUS3N  **Remittance Detail Email:** payments@mayerbrown.com

Mayer Brown LLP

Invoice No: 100226237  Page 2
Perella Weinberg Partners LP  Pinedo, Anna T.
22726417
FTX Chapter 11

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| 06/07/24 | **Durham, Anna V.**<br>Correspond with SullCrom team re FTX Embed review and next steps. | 0.10 |
| 06/17/24 | **Durham, Anna V.**<br>Correspond re FTX Embed production. | 0.20 |
| 06/18/24 | **Durham, Anna V.**<br>Correspond with vendor and SullCrom team re production. | 0.10 |
| 06/24/24 | **Durham, Anna V.**<br>Follow up with SullCrom team re Embed production. | 0.10 |
| 06/27/24 | **Durham, Anna V.**<br>Correspond re Embed production. | 0.10 |
| | **Total Hours** | **0.60** |

Mayer Brown LLP

Invoice No: 100226237     Page 3
Perella Weinberg Partners LP     Pinedo, Anna T.
22726417
FTX Chapter 11

**Disbursements**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 06/05/24 | **Professional Services**<br>VENDOR: Innovative Discovery LLC INVOICE#: 246995 DATE: 6/5/2024<br>Professional Services rendered through May 2024. | 1 | 4,033.35 |

| | | |
|---|---|---|
| **Total Disbursements** | | **$4,033.35** |

Mayer Brown LLP

Invoice No: 100226237  Page 4
Perella Weinberg Partners LP  Pinedo, Anna T.
22726417
FTX Chapter 11

TIMEKEEPER SUMMARY

| Name | Hours | Amount |
|---|---|---|
| Durham, Anna V. | 0.60 | 531.00 |
| **Total Legal Fees** | **0.60** | **$531.00** |

Mayer Brown LLP

Invoice No: 100226237  Page 5
Perella Weinberg Partners LP  Pinedo, Anna T.
22726417
FTX Chapter 11

## DISBURSEMENTS SUMMARY

| Disbursements | Amount |
|---|---:|
| Professional Services | 4,033.35 |
| **Total Disbursements** | **$4,033.35** |

**MAYER | BROWN**

August 15, 2024

Invoice Number: 100234767

Perella Weinberg Partners LP
1111 Bagby Street
Suite 4900
Houston, TX 77002

Attn: Jennie Miller

Mayer Brown LLP
311 West Monroe Street
Chicago, IL 60606-9908

T: +1 312 782 0600
F: +1 312 701 7711
mayerbrown.com

Firm Tax ID No: 36-1447220

---

For professional services rendered for the period ended July 31, 2024

**Re:    FTX Chapter 11
        Matter No: 22726417**

| | |
|---|---:|
| Fees | $442.50 |
| Disbursements | 3,617.85 |
| **Total Fees and Disbursements** | **$4,060.35** |

---

**Wire Transfer or ACH Credit Payments (Preferred)**
**Bank:** Bank of America  **Bank Address:** 135 South LaSalle Street, Chicago, IL 60603  **Account #:** 8765663350  **ACH ABA#:** 121000358
**Wire ABA #:** 026009593  **International Wires Swift Code:** BOFAUS3N  **Remittance Detail Email:** payments@mayerbrown.com

Mayer Brown LLP

Invoice No: 100234767     Page 2
Perella Weinberg Partners LP     Pinedo, Anna T.
22726417
FTX Chapter 11

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| 07/01/24 | **Durham, Anna V.**<br>Review and analyze correspondence with vendor and SullCrom team re Embed production. | 0.10 |
| 07/02/24 | **Durham, Anna V.**<br>Review and analyze correspondence with vendor and SullCrom team re Embed production. | 0.10 |
| 07/05/24 | **Durham, Anna V.**<br>Further correspondence with vendor and SullCrom team re Embed production finalization and export. | 0.10 |
| 07/22/24 | **Durham, Anna V.**<br>Correspond with Sullivan team re user licenses on workspace. | 0.10 |
| 07/29/24 | **Durham, Anna V.**<br>Follow up with SullCrom team re Embed production and workspace access. | 0.10 |
| | **Total Hours** | **0.50** |

Mayer Brown LLP

Invoice No: 100234767  Page 3
Perella Weinberg Partners LP  Pinedo, Anna T.
22726417
FTX Chapter 11

## Disbursements

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 07/10/24 | **Professional Services** <br> VENDOR: Driven Inc dba Innovative Driven INVOICE#: 248680 DATE: 7/10/2024 <br> processing data storage | 1 | 3,617.85 |
| **Total Disbursements** | | | **$3,617.85** |

Mayer Brown LLP

Invoice No: 100234767  Page 4
Perella Weinberg Partners LP  Pinedo, Anna T.
22726417
FTX Chapter 11

TIMEKEEPER SUMMARY

| Name | Hours | Amount |
|---|---|---|
| Durham, Anna V. | 0.50 | 442.50 |
| **Total Legal Fees** | **0.50** | **$442.50** |

Mayer Brown LLP

| | |
|---|---|
| Invoice No: 100234767 | Page 5 |
| Perella Weinberg Partners LP | Pinedo, Anna T. |
| 22726417 | |
| FTX Chapter 11 | |

## DISBURSEMENTS SUMMARY

| <u>Disbursements</u> | <u>Amount</u> |
|---|---|
| Professional Services | 3,617.85 |
| **Total Disbursements** | **$3,617.85** |