# Exhibit A

## Summary of Fees by Individual for the Application Period

**SUMMARY OF FEES BY INDIVIDUAL FOR THE APPLICATION PERIOD
(MAY 1, 2024 THROUGH AND INCLUDING JULY 31, 2024)[1]**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Ansari, Mehdi | Partner | 2009 | 2008 | $2,375.00 | 3.90 | $9,262.50 |
| Bander, Jeannette E. | Partner | 2012 | 2012 | $2,295.00 | 3.50 | $8,032.50 |
| Beatty, Chris | Partner | 2005 | 2004 | $2,375.00 | 0.30 | $712.50 |
| Beller, Benjamin S. | Partner | 2014 | 2013 | $1,695.00 | 59.20 | $100,344.00 |
| Birke, Max | Partner | 2000 | 1999 | $2,375.00 | 1.00 | $2,375.00 |
| Bromley, James L. | Partner | 1990 | 1989 | $1,188.00** | 4.00 | $4,752.00 |
| Bromley, James L. | Partner | 1990 | 1989 | $2,375.00 | 60.20 | $142,975.00 |
| Cohen, Audra D. | Partner | 1993 | 1992 | $2,375.00 | 3.40 | $8,075.00 |
| Croke, Jacob M. | Partner | 2011 | 2010 | $2,335.00 | 565.30 | $1,319,975.50 |
| De Leeuw, Marc | Partner | 1992 | 1992 | $2,375.00 | 18.80 | $44,650.00 |
| de Vito Piscicelli, Oderisio | Partner | 1998 | 1998 | $2,375.00 | 96.60 | $229,425.00 |
| DeCamp, Justin J. | Partner | 2006 | 2005 | $1,188.00** | 0.70 | $831.60 |
| DeCamp, Justin J. | Partner | 2006 | 2005 | $2,375.00 | 70.70 | $167,912.50 |
| Dietderich, Andrew G. | Partner | 1997 | 1995 | $1,188.00** | 3.00 | $3,564.00 |
| Dietderich, Andrew G. | Partner | 1997 | 1995 | $2,375.00 | 287.90 | $683,762.50 |
| Dunne, Christopher J. | Partner | 2006 | 2005 | $2,375.00 | 281.90 | $669,512.50 |
| Ehrenberg, Stephen | Partner | 2003 | 2002 | $2,375.00 | 110.10 | $261,487.50 |
| Friedlander, Nicole | Partner | 2002 | 2001 | $2,375.00 | 10.70 | $25,412.50 |
| Glueckstein, Brian D. | Partner | 2004 | 2003 | $1,188.00** | 2.70 | $3,207.60 |
| Glueckstein, Brian D. | Partner | 2004 | 2003 | $2,375.00 | 602.60 | $1,431,175.00 |
| Hariton, David P. | Partner | 1986 | 1985 | $2,375.00 | 409.60 | $972,800.00 |
| Hatano, Keiji | Partner | 2000 | 2000 | $2,375.00 | 3.20 | $7,600.00 |
| Hearn, Joseph A. | Partner | 2007 | 2006 | $2,375.00 | 0.10 | $237.50 |
| Holley, Steven L. | Partner | 1984 | 1983 | $2,375.00 | 2.60 | $6,175.00 |
| Howard, Christopher J. | Partner | 1996 | 1991 | $2,375.00 | 10.00 | $23,750.00 |
| Jones, Craig | Partner | 1996 | 1996 | $2,375.00 | 18.80 | $44,650.00 |
| Kadel Jr., Eric J. | Partner | 2000 | 1997 | $2,375.00 | 1.80 | $4,275.00 |
| Kent, Benjamin S.D. | Partner | 2010 | 2009 | $2,160.00 | 8.70 | $18,792.00 |
| Kranzley, Alexa J. | Partner | 2009 | 2008 | $1,080.00** | 3.80 | $4,104.00 |
| Kranzley, Alexa J. | Partner | 2009 | 2008 | $2,160.00 | 400.40 | $864,864.00 |
| Li, Ken | Partner | 2014 | 2013 | $2,160.00 | 19.20 | $41,472.00 |
| Lloyd, Jameson S. | Partner | 2014 | 2013 | $2,160.00 | 4.20 | $9,072.00 |
| McDonald, James M. | Partner | 2008 | 2007 | $2,375.00 | 39.70 | $94,287.50 |
| Mehta, Nirav N. | Partner | 2012 | 2011 | $1,975.00 | 59.10 | $116,722.50 |
| Menillo, Nicholas F. | Partner | 2013 | 2012 | $2,275.00 | 6.70 | $15,242.50 |
| O'Neill, Rita-Anne | Partner | 2004 | 2004 | $2,375.00 | 0.80 | $1,900.00 |
| Peikin, Steven R. | Partner | 1992 | 1991 | $2,375.00 | 5.70 | $13,537.50 |
| Perry, Ben | Partner | 1999 | 1999 | $2,375.00 | 0.30 | $712.50 |
| Reeder III, Robert W. | Partner | 1985 | 1984 | $2,375.00 | 0.40 | $950.00 |

---

[1] For certain timekeepers, his or her individual rate increased during the relevant fee period as a result of matriculation.

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Schollmeyer, Mario | Partner | 2012 | 2014 | $1,975.00 | 2.60 | $5,135.00 |
| Simmons, Rebecca J. | Partner | 1992 | 1991 | $2,375.00 | 0.30 | $712.50 |
| Simpson, Evan S. | Partner | 2011 | 2010 | $2,335.00 | 273.70 | $639,089.50 |
| Wall, Jeffrey B. | Partner | 2006 | 2003 | $2,375.00 | 1.00 | $2,375.00 |
| Wang, S. Eric | Partner | 2002 | 2001 | $2,375.00 | 0.30 | $712.50 |
| Wheeler, Stephanie G. | Partner | 1994 | 1993 | $2,375.00 | 226.60 | $538,175.00 |
| Woodall III, Samuel R. | Partner | 2001 | 2001 | $2,375.00 | 1.10 | $2,612.50 |
| Wu, Mimi | Partner | 2016 | 2015 | $1,695.00 | 8.20 | $13,899.00 |
| **Partner Total** | | | | | **3,695.40** | **$8,561,299.70** |
| Tomaino Jr., Michael T. | Of Counsel | 1990 | 1989 | $2,375.00 | 75.00 | $178,125.00 |
| Clarke, Stephen H. | Special Counsel | 2011 | 2010 | $1,675.00 | 257.30 | $430,977.50 |
| Devlin, Michael P. | Special Counsel | 2011 | 2010 | $1,675.00 | 0.20 | $335.00 |
| Harsch, Bradley A. | Special Counsel | 1998 | 1998 | $1,895.00 | 482.90 | $915,095.50 |
| Popovsky, Mark A. | Special Counsel | 2012 | 2011 | $1,675.00 | 2.20 | $3,685.00 |
| Sedlak, Jonathan M. | Special Counsel | 2005 | 2004 | $1,675.00 | 145.20 | $243,210.00 |
| Sutton, Jennifer L. | Special Counsel | 2004 | 2004 | $1,895.00 | 45.10 | $85,464.50 |
| Wagener, William H. | Special Counsel | 2004 | 2003 | $1,675.00 | 23.50 | $39,362.50 |
| Yeargan, Shane R. | Special Counsel | 2014 | 2013 | $1,675.00 | 16.20 | $27,135.00 |
| **Of Counsel + Special Counsel Total** | | | | | **1,047.60** | **$1,923,390.00** |
| Carrier, Rita M. | Practice Area Associate | 1984 | 1984 | $1,450.00 | 50.60 | $73,370.00 |
| Xiang, Shihui | Practice Area Associate | 2020 | 2019 | $860.00 | 48.20 | $41,452.00 |
| Anfang, Michael A. | Associate | 2024 | 2023 | $850.00 | 4.70 | $3,995.00 |
| Barnes, Grier E. | Associate | 2022 | 2021 | $1,295.00 | 8.60 | $11,137.00 |
| Bauer, Phinneas G. | Associate | 2024 | 2023 | $850.00 | 31.90 | $27,115.00 |
| Bekker, William V. | Associate | 2020 | 2019 | $1,450.00 | 2.10 | $3,045.00 |
| Bennett, Mark C. | Associate | 2018 | 2017 | $1,530.00 | 313.60 | $479,808.00 |
| Bierlein, Johanna Ruth | Associate | 2024 | 2023 | $850.00 | 28.70 | $24,395.00 |
| Blaisdell, Jackson T. | Associate | 2023 | 2023 | $850.00 | 137.10 | $116,535.00 |
| Brod, Andrew B. | Associate | 2023 | 2022 | $995.00 | 50.10 | $49,849.50 |
| Campbell, Craig A. | Associate | 2023 | 2023 | $850.00 | 18.90 | $16,065.00 |
| Charnell, Peter C. | Associate | 2021 | 2021 | $1,295.00 | 0.70 | $906.50 |
| Ciafone, Jacob W. | Associate | 2024 | 2023 | $850.00 | 316.30 | $268,855.00 |
| Courroy, Arthur D. | Associate | 2023 | 2022 | $995.00 | 147.60 | $146,862.00 |
| Darby, Samuel G. | Associate | 2018 | 2017 | $1,530.00 | 137.80 | $210,834.00 |
| De Vries, Saskia E.L. | Associate | 2024 | 2023 | $850.00 | 49.20 | $41,820.00 |
| Donnelly, Kathleen T. | Associate | 2019 | 2018 | $1,490.00 | 17.90 | $26,671.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Ellis, Samuel B. | Associate | 2024 | 2023 | $850.00 | 0.50 | $425.00 |
| Ferdinandi, Federico | Associate | 2021 | 2019 | $1,450.00 | 273.20 | $396,140.00 |
| Flegenheimer, Zoeth M. | Associate | 2019 | 2018 | $745.00** | 0.20 | $149.00 |
| Flegenheimer, Zoeth M. | Associate | 2019 | 2018 | $1,490.00 | 111.20 | $165,688.00 |
| Foote, Isaac S. | Associate | 2023 | 2022 | $995.00 | 188.20 | $187,259.00 |
| Fradin, Daniel E. | Associate | 2023 | 2022 | $995.00 | 46.70 | $46,466.50 |
| Greene, Brett M. | Associate | 2024 | 2023 | $850.00 | 9.80 | $8,330.00 |
| Haase, Michael A. | Associate | 2021 | 2017 | $1,530.00 | 3.40 | $5,202.00 |
| Handelsman, Dylan M. | Associate | 2019 | 2018 | $1,490.00 | 35.60 | $53,044.00 |
| Hearn, Zachary W.M. | Associate | 2021 | 2020 | $1,395.00 | 1.60 | $2,232.00 |
| Hill, Tyler W. | Associate | 2017 | 2016 | $1,575.00 | 42.80 | $67,410.00 |
| Holland, Alexander S. | Associate | 2021 | 2020 | $1,395.00 | 78.30 | $109,228.50 |
| Hoover, Ruth H. | Associate | 2022 | 2022 | $995.00 | 169.10 | $168,254.50 |
| Keeley, Julian M. | Associate | 2023 | 2022 | $995.00 | 1.80 | $1,791.00 |
| Kerin, Meaghan Chas | Associate | 2019 | 2018 | $1,490.00 | 7.70 | $11,473.00 |
| Kewlani, Kanishka | Associate | 2024 | 2023 | $850.00 | 224.80 | $191,080.00 |
| Kim, HyunKyu | Associate | 2022 | 2020 | $1,395.00 | 213.80 | $298,251.00 |
| Lavin, Phoebe A. | Associate | 2023 | 2022 | $995.00 | 173.90 | $173,030.50 |
| Lee, Jinny | Associate | 2023 | 2022 | $995.00 | 5.80 | $5,771.00 |
| Levin, Elizabeth D. | Associate | 2021 | 2020 | $1,395.00 | 2.60 | $3,627.00 |
| Levine, Aaron M. | Associate | 2018 | 2017 | $1,530.00 | 67.30 | $102,969.00 |
| Li, Alexandra | Associate | 2023 | 2023 | $850.00 | 144.30 | $122,655.00 |
| Li, Samantha | Associate | 2022 | 2021 | $1,295.00 | 13.20 | $17,094.00 |
| Lim, KJ | Associate | 2019 | 2020 | $1,490.00 | 1.40 | $2,086.00 |
| Liu, Sienna | Associate | 2021 | 2020 | $1,395.00 | 45.00 | $62,775.00 |
| Ljustina, Jessica | Associate | 2022 | 2021 | $1,295.00 | 0.90 | $1,165.50 |
| MacDonald, Jeffrey W. | Associate | 2018 | 2017 | $1,530.00 | 141.80 | $216,954.00 |
| Mandel, Robert H. | Associate | 2024 | 2023 | $850.00 | 52.90 | $44,965.00 |
| Materni, Michele C. | Associate | 2017 | 2016 | $1,575.00 | 57.70 | $90,877.50 |
| Mayberry, Keila M. | Associate | 2023 | 2022 | $995.00 | 308.80 | $307,256.00 |
| Mazumdar, Aneesa | Associate | 2023 | 2022 | $995.00 | 257.30 | $256,013.50 |
| Mazzarelli, Samantha M. | Associate | 2024 | 2023 | $850.00 | 96.10 | $81,685.00 |
| Merriam, William J. | Associate | 2024 | 2023 | $850.00 | 33.10 | $28,135.00 |
| Middleditch, Hattie R. | Associate | 2014 | 2017 | $1,530.00 | 67.20 | $102,816.00 |
| Millet, Tatum E. | Associate | 2023 | 2022 | $995.00 | 110.10 | $109,549.50 |
| Mishkin, Sarah H. | Associate | 2019 | 2018 | $1,490.00 | 0.70 | $1,043.00 |
| O'Hara, Daniel P. | Associate | 2021 | 2020 | $698.00** | 0.50 | $349.00 |
| O'Hara, Daniel P. | Associate | 2021 | 2020 | $1,395.00 | 287.50 | $401,062.50 |
| Pacia, Gabrielle N. | Associate | 2021 | 2020 | $1,395.00 | 0.70 | $976.50 |
| Pan, Yinran | Associate | 2022 | 2021 | $1,295.00 | 3.40 | $4,403.00 |
| Paranyuk, Julia E. | Associate | 2023 | 2021 | $1,295.00 | 12.60 | $16,317.00 |
| Patton, James A. | Associate | 2022 | 2021 | $1,295.00 | 39.50 | $51,152.50 |
| Plamondon, Marie-Ève | Associate | 2020 | 2019 | $1,450.00 | 0.20 | $290.00 |
| Polanun, Jean | Associate | 2024 | 2023 | $850.00 | 31.70 | $26,945.00 |
| Rosenfeld, Jared H. | Associate | 2019 | 2018 | $1,490.00 | 65.00 | $96,850.00 |
| Rosenthal, Samantha B. | Associate | 2022 | 2020 | $1,395.00 | 20.10 | $28,039.50 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Ross, Luke W. | Associate | 2023 | 2022 | $995.00 | 165.90 | $165,070.50 |
| Ruan, Ting | Associate | 2023 | 2023 | $995.00 | 105.30 | $104,773.50 |
| Rust, Maximilian W.G. | Associate | 2023 | 2022 | $995.00 | 15.10 | $15,024.50 |
| Saevitzon, Jamie G. | Associate | 2024 | 2023 | $850.00 | 258.40 | $219,640.00 |
| Scales, Manon T. | Associate | 2016 | 2016 | $1,575.00 | 56.80 | $89,460.00 |
| Schutt, Robert P. | Associate | 2023 | 2022 | $995.00 | 52.60 | $52,337.00 |
| Schwartz, Maxwell E. | Associate | 2020 | 2019 | $0.00* | 0.50 | $0.00 |
| Schwartz, Maxwell E. | Associate | 2020 | 2019 | $1,450.00 | 20.90 | $30,305.00 |
| Setren, Kira R. | Associate | 2024 | 2023 | $850.00 | 20.60 | $17,510.00 |
| Shehada, Emile R. | Associate | 2023 | 2022 | $995.00 | 239.90 | $238,700.50 |
| Shure, Harrison B. | Associate | 2024 | 2023 | $850.00 | 99.00 | $84,150.00 |
| Simpson, James G. | Associate | 2017 | 2016 | $1,575.00 | 0.50 | $787.50 |
| Stern, Corey J. | Associate | 2023 | 2022 | $995.00 | 4.60 | $4,577.00 |
| Strand, Matthew L. | Associate | 2020 | 2020 | $1,395.00 | 114.10 | $159,169.50 |
| Sullivan, Charles H. | Associate | 2019 | 2018 | $1,490.00 | 5.00 | $7,450.00 |
| Tagliabue, Giada G. | Associate | 2023 | 2021 | $1,295.00 | 126.90 | $164,335.50 |
| Toobin, Adam J. | Associate | 2023 | 2022 | $995.00 | 37.50 | $37,312.50 |
| Van Allen, Leanne M. | Associate | 2022 | 2021 | $1,295.00 | 9.90 | $12,820.50 |
| Van Holten, Luke H. | Associate | 2021 | 2020 | $1,395.00 | 345.20 | $481,554.00 |
| Wadhawan, Subhah | Associate | 2024 | 2023 | $850.00 | 117.00 | $99,450.00 |
| Wang, Lisa V. | Associate | 2024 | 2023 | $850.00 | 315.50 | $268,175.00 |
| Weinberg Crocco, Fabio | Associate | 2011 | 2017 | $765.00** | 3.70 | $2,830.50 |
| Weinberg Crocco, Fabio | Associate | 2011 | 2017 | $1,530.00 | 246.90 | $377,757.00 |
| Xu, Sam | Associate | 2024 | 2023 | $850.00 | 0.40 | $340.00 |
| Yu, Meng | Associate | 2021 | 2020 | $698.00** | 5.00 | $3,490.00 |
| Yu, Meng | Associate | 2021 | 2020 | $1,395.00 | 73.70 | $102,811.50 |
| Zahn, Arnold | Associate | 2023 | 2023 | $850.00 | 370.40 | $314,840.00 |
| Zhang, Naiquan | Associate | 2023 | 2022 | $995.00 | 1.10 | $1,094.50 |
| Zonenshayn, Benjamin | Associate | 2023 | 2022 | $498.00** | 4.00 | $1,992.00 |
| Zonenshayn, Benjamin | Associate | 2023 | 2022 | $995.00 | 165.70 | $164,871.50 |
| Cuesta Garayoa, Álvaro | Visiting Lawyer | 2020 | 2019 | $850.00 | 27.20 | $23,120.00 |
| Placanica, Umberto | Visiting Lawyer | 2021 | 2017 | $850.00 | 31.00 | $26,350.00 |
| Morris-Dyer, Sebastian D. | Trainee Solicitor | 2022 | 2021 | $550.00 | 27.30 | $15,015.00 |
| **Associate Total** | | | | | 7,881.60 | $8,899,105.50 |
| **Lawyers Total** | | | | | 12,624.60 | $19,383,795.20 |
| Ahn, Ju Hee | Summer Associate | | | $0.00* | 21.00 | $0.00 |
| Atlas, Jacob A. | Summer Associate | | | $0.00* | 12.20 | $0.00 |
| DeMelis, Nathaniel J. | Summer Associate | | | $0.00* | 101.40 | $0.00 |
| DiGerolamo, Nicholas A. | Summer Associate | | | $0.00* | 19.10 | $0.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Eisen, Benjamin J. | Summer Associate | | | $0.00* | 2.50 | $0.00 |
| Fink, Chloe L. | Summer Associate | | | $0.00* | 2.60 | $0.00 |
| Grabianski, Matthew C. | Summer Associate | | | $0.00* | 20.90 | $0.00 |
| Grodovich, Jessica E. | Summer Associate | | | $0.00* | 29.10 | $0.00 |
| Han, Joseph | Summer Associate | | | $0.00* | 25.10 | $0.00 |
| Huang, Frank J. | Summer Associate | | | $0.00* | 16.50 | $0.00 |
| Keenan, Thomas A. | Summer Associate | | | $0.00* | 39.80 | $0.00 |
| Lee, Ellis R. | Summer Associate | | | $0.00* | 3.20 | $0.00 |
| Malpass, Emily R. | Summer Associate | | | $0.00* | 4.40 | $0.00 |
| Nam, Sofia N. | Summer Associate | | | $0.00* | 35.10 | $0.00 |
| Paladino, Alexa N. | Summer Associate | | | $0.00* | 20.60 | $0.00 |
| Palmberg, Natalie I. | Summer Associate | | | $0.00* | 12.20 | $0.00 |
| Parsons, Olivia G. | Summer Associate | | | $0.00* | 28.50 | $0.00 |
| Quarles, Randal E. | Summer Associate | | | $0.00* | 6.90 | $0.00 |
| Rossin, Devin I. | Summer Associate | | | $0.00* | 16.70 | $0.00 |
| Sawires, Trevor K. | Summer Associate | | | $0.00* | 1.00 | $0.00 |
| Schwab, Adam J. | Summer Associate | | | $0.00* | 11.40 | $0.00 |
| Schweller, William E. | Summer Associate | | | $0.00* | 8.30 | $0.00 |
| Sege, Aaron M. | Summer Associate | | | $0.00* | 10.80 | $0.00 |
| Simonds, Charles G. | Summer Associate | | | $0.00* | 23.90 | $0.00 |
| Smith, Geneva J. | Summer Associate | | | $0.00* | 0.60 | $0.00 |
| Smith, William B. | Summer Associate | | | $0.00* | 22.00 | $0.00 |
| Sohnen, Julie R. | Summer Associate | | | $0.00* | 0.60 | $0.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Togni, Benjamin D. | Summer Associate | | | $0.00* | 31.20 | $0.00 |
| Wang, Lewen | Summer Associate | | | $0.00* | 4.50 | $0.00 |
| Baldini, Michael X. | Paralegal | | | $0.00* | 49.80 | $0.00 |
| Bjarnason, Maxim H. | Paralegal | | | $450.00 | 6.50 | $2,925.00 |
| Bowden, Karen E. | Paralegal | | | $650.00 | 6.90 | $4,485.00 |
| Brice, Mac L. | Paralegal | | | $0.00* | 62.50 | $0.00 |
| Brice, Mac L. | Paralegal | | | $450.00 | 76.80 | $34,560.00 |
| Ea, Choun F. | Paralegal | | | $650.00 | 11.30 | $7,345.00 |
| Elmer, Lauren A. | Paralegal | | | $450.00 | 1.10 | $495.00 |
| Foley, Aidan W. | Paralegal | | | $0.00* | 23.40 | $0.00 |
| Foley, Aidan W. | Paralegal | | | $450.00 | 15.40 | $6,930.00 |
| Ghatalia, Priyanka R. | Paralegal | | | $0.00* | 99.00 | $0.00 |
| Heuer, Maggie | Paralegal | | | $0.00* | 12.00 | $0.00 |
| Kohata, Michiko | Paralegal | | | $650.00 | 1.70 | $1,105.00 |
| Kopp, Emily A. | Paralegal | | | $0.00* | 28.60 | $0.00 |
| Kopp, Emily A. | Paralegal | | | $450.00 | 2.00 | $900.00 |
| Kopp, Emily A. | Paralegal | | | $565.00*** | 3.70 | $2,090.50 |
| Lupi, Francesca G. | Paralegal | | | $0.00* | 23.20 | $0.00 |
| Newman, Sumiko C. | Paralegal | | | $0.00* | 16.30 | $0.00 |
| O'Brien, Stella A. | Paralegal | | | $0.00* | 20.80 | $0.00 |
| Ontiveros, Virginia E. | Paralegal | | | $0.00* | 23.50 | $0.00 |
| Pytosh, Jordan A. | Paralegal | | | $0.00* | 17.00 | $0.00 |
| Rosen, Celia S. | Paralegal | | | $0.00* | 45.80 | $0.00 |
| Schlossberg, Harrison | Paralegal | | | $0.00* | 1.40 | $0.00 |
| Schlossberg, Harrison | Paralegal | | | $565.00 | 26.30 | $14,859.50 |
| Sen-Ghosh, Elina | Paralegal | | | $0.00* | 1.00 | $0.00 |
| Sen-Ghosh, Elina | Paralegal | | | $450.00 | 25.80 | $11,610.00 |
| Shahnazary, Victoria G. | Paralegal | | | $565.00 | 2.40 | $1,356.00 |
| Smith, Elise U. | Paralegal | | | $450.00 | 1.70 | $765.00 |
| Smusz, Nicholas | Paralegal | | | $0.00* | 21.70 | $0.00 |
| Vasylyk, Natalia | Paralegal | | | $0.00* | 5.60 | $0.00 |
| Wiley, Jack T. | Paralegal | | | $0.00* | 23.90 | $0.00 |
| Williams, Thursday K. | Paralegal | | | $450.00 | 10.10 | $4,545.00 |
| Yamasaki, Sonoko | Paralegal | | | $650.00 | 0.30 | $195.00 |
| Abad, Bonifacio J. | Legal Analyst - Litigation | | | $650.00 | 37.10 | $24,115.00 |
| Arebamen, Ehi G. | Legal Analyst - Litigation | | | $650.00 | 119.10 | $77,415.00 |
| Fukui, Terry M. | Legal Analyst - Litigation | | | $0.00* | 49.90 | $0.00 |
| Hazard, Joshua M. | Legal Analyst - Litigation | | | $650.00 | 39.40 | $25,610.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Hewitson, Sally | Legal Analyst - Litigation | | | $650.00 | 49.50 | $32,175.00 |
| Ragnanan, Nicolette S. | Legal Analyst - Litigation | | | $650.00 | 47.80 | $31,070.00 |
| Samuel, Dawn C. | Legal Analyst - Litigation | | | $650.00 | 35.50 | $23,075.00 |
| Zhong, Shan | Legal Analyst - Litigation | | | $0.00* | 89.40 | $0.00 |
| McMahon, Mary R. | Legal Analyst - Discovery | | | $650.00 | 2.70 | $1,755.00 |
| Dooley, Stephen P. | Electronic Discovery | | | $550.00 | 0.40 | $220.00 |
| Fanning, Carrie R. | Electronic Discovery | | | $550.00 | 0.40 | $220.00 |
| Gilday, Joseph F. | Electronic Discovery | | | $550.00 | 64.90 | $35,695.00 |
| Hossein, Saud M. | Electronic Discovery | | | $550.00 | 5.40 | $2,970.00 |
| Lopez, Nathaniel S. | Electronic Discovery | | | $550.00 | 3.90 | $2,145.00 |
| Mian, Ahmed A. | Electronic Discovery | | | $550.00 | 1.10 | $605.00 |
| Newman, Eric M. | Electronic Discovery | | | $550.00 | 1.30 | $715.00 |
| Schaffel, Brad | Electronic Discovery | | | $550.00 | 0.40 | $220.00 |
| Walther, Wayne M. | Electronic Discovery | | | $550.00 | 22.20 | $12,210.00 |
| Wolowski, Nicholas D. | Electronic Discovery | | | $550.00 | 27.20 | $14,960.00 |
| Ybanez, Jecamiah M. | Electronic Discovery | | | $525.00 | 7.90 | $4,147.50 |
| Yim, Eileen Y. L. | Electronic Discovery | | | $550.00 | 10.00 | $5,500.00 |
| Zevallos, Ralph | Electronic Discovery | | | $550.00 | 0.40 | $220.00 |
| **Non Legal Personnel Total** | | | | | 1,815.50 | $389,208.50 |
| **GRAND TOTAL** | | | | | 14,440.10 | $19,773,003.70 |

\* Zero rate appears wherever no fee was charged for work.
\*\* 50% rate appears where time is charged for non-working travel.
\*\*\* Reflects rate increases due to matriculation or promotion during the interim fee period.

**Blended Hourly Rate: $1,369.31**

4882-4685-9489 v.2