## Exhibit C

**Expense Summary for the Application Period**

**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(MAY 1, 2024 THROUGH AND INCLUDING JULY 31, 2024)**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[1] if Applicable** | **Amount** |
| Repro - B&W Copies | | $2,158.10 |
| Repro - Color Copies | | $1,152.40 |
| Delivery/Courier | | $500.00 |
| Local Transportation | | $10,924.67 |
| Travel and expenses | | $4,997.80 |
| Meals – Overtime | | $2,428.93 |
| Filing fees | | $10.37 |
| CT Corp/CSC[2] | | - $792.00 |
| Other Professionals[3] | TransPerfect | $5,301.61 |
| | **TOTAL** | **$26,681.88** |

---

[1] S&C may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

[2] This disbursement amount reflects a negative value due to a refund S&C received from CT. Corp that was deposited into S&C's account on May 14, 2024.

[3] After further review, S&C no longer requests payment of a disbursement related to professional fees incurred from South Square Barristers, originally included in the S&C July monthly fee statement. This amount has been removed from this "Other Professionals" total amount.

4882-4685-9489 v.2