# Exhibit D

## Customary and Comparable Compensation Disclosures

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

| Category | FTX Trading Ltd.[*] May 2024 through July 2024 | | Firm[**] Total Firm Bills Allocated to Non-BK General Domestic Timekeepers from July 2023 through July 2024 | |
|---|---|---|---|---|
| | Blended Hourly Rate | % of Total Hours | Blended Hourly Rate | % of Total Hours |
| Partners and Counsels [(1)] | $2,211 | 53% | $2,027 | 30% |
| Associate [(2)] | $1,129 | 45% | $1,059 | 60% |
| Non-Lawyer [(3)] | $214 | 2% | $559 | 10% |
| **All Timekeepers Average** | **$1,369** | **100%** | **$1,305** | **100%** |

[(1)] Includes Special Counsel, Of Counsel, Senior Counsel

[(2)] Includes Senior Associate (Level 5-8), Practice Area Associates, and Junior Associate (Level 1-4)

[(3)] Includes Summer Associate, Interns, Paralegals, Legal Analyst, Research Analyst, and Electronic Discovery

[*] Includes No Charge entries on various projects. No Charge entries were included on the fee applications with a $0 rate.

[**] Includes non-BK work of BK timekeepers and all work of other domestic timekeepers, excluding litigation matters and all write-offs (bills or collections less than 60% of standard rates).