## Exhibit E

**Estimated Staffing and Budget Plan**

4882-4685-9489 v.2

### STAFFING PLAN FOR SULLIVAN & CROMWELL LLP, COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD MAY 1, 2024 THROUGH JULY 31, 2024

| TIMEKEEPER CATEGORY | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE APPLICATION PERIOD (1) | RANGE OF RATES |
|---|---|---|
| Partners | 40 | $1,695.00-$2,375.00 |
| Special Counsel, Of Counsel, Associates | 110 | $850.00-$2,275.00 |
| Non-Legal Personnel (2) | 40 | $195.00-$650.00 |

(1) Estimate is for total number of timekeepers billing any substantial number of hours to matter (not F.T.E.s).
(2) Includes clerks, legal analysts and eDiscovery professionals.

### ESTIMATED BUDGET FOR SULLIVAN & CROMWELL, COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD MAY 1, 2024 THROUGH JULY 31, 2024

| PROJECT CATEGORY | ESTIMATED HOURS[1] | ESTIMATED FEES[2] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| ASSET ANALYSIS AND RECOVERY | 1,500.00 | $1,897,500.00 | 804.00 | $1,264,614.00 |
| ASSET DISPOSITION | 7,700.00 | $9,740,500.00 | 1,468.90 | $1,938,677.00 |
| ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | 500.00 | $632,500.00 | 161.70 | $205,020.00 |
| AVOIDANCE ACTION ANALYSIS | 2,500.00 | $3,162,500.00 | 255.90 | $391,873.00 |
| BUSINESS OPERATIONS | 600.00 | $759,000.00 | 36.80 | $64,682.50 |
| CASE ADMINISTRATION | 600.00 | $759,000.00 | 95.10 | $217,230.50 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 3,000.00 | $3,795,00.00 | 1,822.70 | $2,410,972.00 |
| CORPORATE GOVERNANCE AND BOARD MATTERS | 300.00 | $379,500.00 | 66.50 | $116,530.50 |
| EMPLOYEE BENEFITS AND PENSIONS | 300.00 | $379,500.00 | 17.50 | $27,634.50 |
| EMPLOYMENT AND FEE APPLICATIONS (S&C) | 450.00 | $569,250.00 | 265.10 | $287,368.50 |

---

[1] Estimated hours represent high-end of S&C's estimates of hours during the interim fee period.

[2] Estimated fees represent high-end of S&C's estimates of fees during the interim fee period.

| PROJECT CATEGORY | ESTIMATED HOURS[1] | ESTIMATED FEES[2] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | 225.00 | $284,625.00 | 70.60 | $87,738.50 |
| FINANCING AND CASH COLLATERAL | 60.00 | $75,900.00 | - | $0.00 |
| OTHER LITIGATION | 4,500.00 | $5,692,500.00 | 1,753.70 | $2,521,189.00 |
| MEETINGS AND COMMUNICATIONS WITH CREDITORS | 600.00 | $759,000.00 | 44.00 | $86,753.00 |
| NON-WORKING TRAVEL | 150.00 | $189,750.00 | 27.60 | $25,269.70 |
| PLAN AND DISCLOSURE STATEMENT | 4,500.00 | $5,692,500.00 | 2,100.60 | $3,071,364.50 |
| RELIEF FROM STAY AND ADEQUATE PROTECTION | 600.00 | $759,000.00 | 384.60 | $520,835.50 |
| TAX | 2,250.00 | $2,846,250.00 | 698.80 | $1,258,863.50 |
| VALUATION | 0.00 | $0.00 | - | $0.00 |
| DISCOVERY | 3,000.00 | $3,795,000.00 | 1,533.40 | $1,685,003.50 |
| HEARINGS | 300.00 | $379,500.00 | 21.50 | $38,901.50 |
| FIRST AND SECOND DAY MOTIONS | 0.00 | $0.00 | - | $0.00 |
| CLAIMS INVESTIGATION | 150.00 | $189,750.00 | - | $0.00 |
| GENERAL INVESTIGATION | 1,500.00 | $1,897,500.00 | 370.00 | $650,854.50 |
| SCHEDULES, SOFAS AND REPORTING | 45.00 | $56,925.00 | 1.40 | $3,024.00 |
| OTHER MOTIONS/APPLICATIONS | 1,200.00 | $1,518,000.00 | 278.30 | $439,520.50 |
| TIME ENTRY REVIEW | 1,800.00 | $2,277,000.00 | 615.30 | $0.00 |
| BUDGETING | 30.00 | $37,950.00 | 0.80 | $394.50 |
| GENERAL REGULATORY | 300.00 | $379,500.00 | 174.20 | $357,037.00 |
| BAHAMAS MATTERS | 300.00 | $379,500.00 | 46.90 | $79,604.00 |
| FOREIGN DEBTOR MATTERS | 3000.00 | $3,795,000.00 | 1,070.90 | $1,592,298.00 |
| COORDINATION WITH FOREIGN PROCEDURES | 450.00 | $569,250.00 | - | $0.00 |
| COORDINATION IN OTHER BANKRUPTCIES | 600.00 | $759,000.00 | 3.00 | $5,565.00 |
| INVESTIGATIVE REPORTS | 150.00 | $189,750.00 | - | $0.00 |
| CYBER ISSUES | 600.00 | $759,000.00 | 29.60 | $39,233.00 |
| EXAMINER PREP | 900.00 | $1,138,500.00 | 220.70 | $384,952.00 |
| **Total** | **44,660.00** | **$56,494,900.00** | **14,440.10** | **$19,773,003.70** |