# Exhibit A

## Summary of Fees by Individual for the Application Period

{1368.002-W0077292.3}

**SUMMARY OF FEES BY INDIVIDUAL FOR THE APPLICATION PERIOD**
**(MAY 1, 2024 THROUGH AND INCLUDING JULY 31, 2024)**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Adam G. Landis | Partner | NY 1992, MA 1992, DE 1996 | May, 1991 | $1,275.00 | 117.50 | $149,812.50 |
| Richard S. Cobb | Partner | DE 1993, PA 1994 | May, 1992 | $1,275.00 | 47.50 | $60,562.50 |
| Rebecca L. Butcher | Partner | PA 2000, DE 2001 | May, 1999 | $1,025.00 | 1.40 | $1,435.00 |
| Matthew B. McGuire | Partner | PA 2001, DE 2003 | May, 2000 | $1,025.00 | 146.40 | $150,060.00 |
| Kimberly A. Brown | Partner | DE 2008 | May, 2008 | $925.00 | 472.20 | $436,785.00 |
| Matthew R. Pierce | Partner | DE 2013 | May, 2013 | $750.00 | 364.40 | $273,300.00 |
| **Partner Total** | | | | | **1,149.40** | **$1,071,955.00** |
| Nicolas E. Jenner | Associate | DE 2018 | May, 2018 | $600.00 | 312.20 | $187,320.00 |
| Howard W. Robertson | Associate | PA 2020, DE 2022 | January, 2020 | $535.00 | 156.70 | $83,834.50 |
| Elizabeth A. Rogers | Associate | NY 2021, DE 2024 | May, 2019 | $535.00 | 111.10 | $59,438.50 |
| George A. Williams | Associate | DE 2022 | May, 2021 | $450.00 | 530.10 | $238,545.00 |
| Clifford R. Wood, Jr. | Associate | DE 2022, PA 2023 | May, 2022 | $395.00 | 233.70 | $92,311.50 |
| **Associate Total** | | | | | **1,343.80** | **$569,138.00** |
| **Lawyers Total** | | | | | **2,493.20** | **$1,641,093.00** |
| Melissa Ramirez | Paralegal | N/A | N/A | $350.00 | 188.90 | $66,115.00 |
| Mark P. Hitchens | Paralegal | N/A | N/A | $350.00 | 136.20 | $47,670.00 |
| Linda M. Rogers | Paralegal | N/A | N/A | $350.00 | 8.30 | $2,905.00 |
| Jennifer L. Ford | Paralegal | N/A | N/A | $350.00 | 26.20 | $9,170.00 |
| Joshua Huynh | Paralegal | N/A | N/A | $310.00 | 18.70 | $5,797.00 |
| Allison Strauss | Legal Assistant | N/A | N/A | $220.00 | 2.40 | $528.00 |
| **Non-Legal Personnel Total** | | | | | **380.70** | **$132,185.00** |
| **GRAND TOTAL** | | | | | **2,873.90** | **$1,865,589.50** |

**Blended Hourly Rate:  $617.03**

{1368.002-W0077292.3}