## Exhibit B

**Summary of Compensation by Project Category**

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY[1]
## (MAY 1, 2024 THROUGH AND INCLUDING JULY 31, 2024)

| Project Name | Hours | Fee Amount |
|---|---|---|
| B112 - Asset Disposition | 85.70 | $71,814.50 |
| B114 - Assumption/Rejection of Leases and Contracts | 2.10 | $1,742.50 |
| B120 - Business Operations | 42.30 | $27,225.50 |
| B122 - Case Administration | 141.10 | $70,843.50 |
| B124 - Claims Administration & Objections | 821.20 | $489,537.00 |
| B134 - Hearings | 209.90 | $115,108.00 |
| B135 - Litigation | 497.00 | $351,289.00 |
| B138 - Committee Meetings/Communications | 0.10 | $92.50 |
| B140 - Creditor Inquiries | 75.80 | $37,977.50 |
| B146 - Plan and Disclosure Statement (including Business Plan) | 479.50 | $359,968.00 |
| B150 - Relief from Stay/Adequate Protection Proceeding | 47.50 | $41,798.50 |
| B151 - Schedules/Operating Reports | 37.20 | $17,429.00 |
| B152 - Tax Issues | 10.60 | $8,980.00 |
| B154 - LRC Retention Applications & Disclosures | 19.60 | $11,200.50 |
| B155 - Non-LRC Retention Applications & Disclosures | 31.30 | $21,580.00 |
| B156 - LRC Fee Applications | 123.40 | $85,103.50 |
| B157 - Non-LRC Fee Applications | 211.10 | $116,980.50 |
| B160 - Examiner | 38.50 | $36,919.50 |
| **TOTAL** | **2,873.90** | **$1,865,589.50** |

---

[1] The subject matter of certain time entries may be appropriate for more than one project category. In such instances, time entries generally have been included in the most appropriate category. Time entries do not appear in more than one category.