# Exhibit C

**Expense Summary for the Application Period**

**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(MAY 1, 2024 THROUGH AND INCLUDING JULY 31, 2024)[1]**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[2] if Applicable** | **Amount** |
| Inhouse Copying | N/A | $943.00 |
| Outside Printing | Parcels, Inc.; DLS Discovery | $19,095.79 |
| Online Research | Relx Inc. DBA LexisNexis | $2,847.30 |
| Delivery Services/Messengers | Parcels, Inc. | $534.00 |
| Meals | Various | $1,905.42 |
| Document Retrieval | PACER | $335.00 |
| Filing Fees | N/A | $899.00 |
| Hearing Transcripts | Reliable | $1,016.00 |
| Service Fees | Parcels, Inc. | $3,091.67 |
| | **TOTAL** | **$30,667.18** |

---

[1] Certain service providers may invoice in arrears.  Therefore, this Application may include expenses incurred in a prior Application Period.

[2] LRC may use one or more service providers.  The service providers identified herein are the primary service providers for the categories described.