**Exhibit D**

**Customary and Comparable Compensation Disclosures**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**
**(May 1, 2024 – July 31, 2024)**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Firm-wide for Fiscal Year (FY2024) | Billed May 1, 2024 through July 31, 2024 |
| Partner | $955.23 | $952.56 |
| Associate | $516.90 | $504.27 |
| Paralegal | $345.41 | $347.90 |
| Aggregated | $710.86 | $689.17 |