# Exhibit E

## Estimated Staffing and Budget Plan

**STAFFING PLAN FOR LANDIS RATH & COBB LLP, BANKRUPTCY CO-COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD MAY 1, 2024 THROUGH JULY 31, 2024**

| POSITION | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE APPLICATION PERIOD | RANGE OF RATES |
|---|---|---|
| Partners | Six (6) | $750.00-$1,275.00 |
| Associates | Five (5) | $395.00-$600.00 |
| Paralegals | Five (5) | $310.00-$350.00 |
| Legal Assistants | Two (2) | $220.00 |

**ESTIMATED BUDGET FOR LANDIS RATH & COBB LLP, BANKRUPTCY CO-COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD MAY 1, 2024 THROUGH JULY 31, 2024**

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES[1] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| B110 - Asset Analysis and Recovery | 10.00 | $6,750.00 | 0.00 | $0.00 |
| B112 - Asset Disposition | 100.00 | $67,500.00 | 85.70 | $71,814.50 |
| B114 - Assumption/Rejection of Leases and Contracts | 5.00 | $3,375.00 | 2.10 | $1,742.50 |
| B116 - Avoidance Action Analysis | 10.00 | $6,750.00 | 0.00 | $0.00 |
| B118 - Board of Directors Matters | 5.00 | $3,375.00 | 0.00 | $0.00 |
| B119 - Budgeting | 0.00 | $0.00 | 0.00 | $0.00 |
| B120 - Business Operations | 50.00 | $33,750.00 | 42.30 | $27,225.50 |
| B122 - Case Administration | 100.00 | $67,500.00 | 141.10 | $70,843.50 |
| B124 - Claims Administration & Objections | 800.00 | $540,000.00 | 821.20 | $489,537.00 |
| B126 - Employee Benefits/Pensions | 5.00 | $3,375.00 | 0.00 | $0.00 |
| B128 - Fee/Employment Objections | 0.00 | $0.00 | 0.00 | $0.00 |
| B130 - Financing/Cash Collateral | 5.00 | $3,375.00 | 0.00 | $0.00 |
| B134 - Hearings | 200.00 | $135,000.00 | 209.90 | $115,108.00 |
| B135 - Litigation | 500.00 | $337,500.00 | 497.00 | $351,289.00 |
| B138 - Committee Meetings/Communications | 5.00 | $3,375.00 | 0.10 | $92.50 |
| B139 - Equity Committee | 5.00 | $3,375.00 | 0.00 | $0.00 |
| B140 - Creditor Inquiries | 75.00 | $50,625.00 | 75.80 | $37,977.50 |
| B141 - Lien Investigation | 0.00 | $0.00 | 0.00 | $0.00 |
| B142 - Non-Working Travel | 5.00 | $1,687.50 | 0.00 | $0.00 |
| B146 - Plan and Disclosure Statement (including Business Plan) | 500.00 | $337,500.00 | 479.50 | $359,968.00 |
| B148 - Real Estate | 0.00 | $0.00 | 0.00 | $0.00 |
| B149 - Valuation | 0.00 | $0.00 | 0.00 | $0.00 |

---

[1] Estimated fees based on an average hourly rate of $675.

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES[1] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| B150 - Relief from Stay/Adequate Protection Proceeding | 50.00 | $33,750.00 | 47.50 | $41,798.50 |
| B151 - Schedules/Operating Reports | 50.00 | $33,750.00 | 37.20 | $17,429.00 |
| B152 - Tax Issues | 15.00 | $10,125.00 | 10.60 | $8,980.00 |
| B154 - LRC Retention Applications & Disclosures | 20.00 | $13,500.00 | 19.60 | $11,200.50 |
| B155 - Non-LRC Retention Applications & Disclosures | 35.00 | $23,625.00 | 31.30 | $21,580.00 |
| B156 - LRC Fee Applications | 100.00 | $67,500.00 | 123.40 | $85,103.50 |
| B157 - Non-LRC Fee Applications | 180.00 | $121,500.00 | 211.10 | $116,980.50 |
| B160 - Examiner | 50.00 | $33,750.00 | 38.50 | $36,919.50 |
| **TOTAL** | **2,880.00** | **$1,944,000.00** | **2,873.90** | **$1,865,589.50** |