**Exhibit A**

**Summary of Fees by Individual for the Application Period**

**SUMMARY OF FEES BY INDIVIDUAL FOR THE APPLICATION PERIOD
(MAY 1, 2024 THROUGH AND INCLUDING JULY 31, 2024)**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| William A. Burck | Partner | 2001 | 1998 | $2,025.00 | 16.20 | $32,805.00 |
| Sascha Rand | Partner | 1998 | 1997 | $1,678.50 | 244.80 | $410,896.80 |
| Katherine Lemire | Partner | 1998 | 1997 | $1,678.50 | 62.30 | $104,570.55 |
| Anthony Alden | Partner | 2004 | 2003 | $1,561.50 | 129.10 | $201,589.65 |
| Robert Zink | Partner | 2006 | 2005 | $1,521.00 | 0.20 | $304.20 |
| Avi Perry | Partner | 2012 | 2010 | $1,431.00 | 0.30 | $429.30 |
| Isaac Nesser | Partner | 2003 | 2003 | $1,521.00 | 1.40 | $2,129.40 |
| Andrew S. Corkhill | Partner | 2007 | 2006 | $1,422.00 | 6.30 | $8,958.60 |
| Matthew R. Scheck | Partner | 2008 | 2007 | $1,422.00 | 37.60 | $53,467.20 |
| K. McKenzie Anderson | Partner | 2008 | 2007 | $1,422.00 | 1.90 | $2,701.80 |
| Emily Kapur | Partner | 2015 | 2015 | $1,354.50 | 12.60 | $17,066.70 |
| William Sears | Partner | 2015 | 2014 | $1,354.50 | 25.50 | $34,539.75 |
| Jason Sternberg | Partner | 2009 | 2009 | $1,354.50 | 7.20 | $9,752.40 |
| **Partner Total** | | | | | **545.40** | **$879,211.35** |
| Andrew Kutscher | Counsel | 2010 | 2009 | $1,296.00 | 27.70 | $35,899.20 |
| Heather K. Christenson | Counsel | 2014 | 2013 | $1,296.00 | 17.40 | $22,550.40 |
| Tyler Murray | Counsel | 2001 | 2000 | $1,296.00 | 180.40 | $233,798.40 |
| Jennifer Gindin | Counsel | 2014 | 2014 | $1,296.00 | 2.70 | $3,499.20 |
| Asia Lenard | Counsel | 2003 | 2001 | $1,296.00 | 0.20 | $259.20 |
| Robert True | Counsel | 2007 | 2006 | $1,296.00 | 10.00 | $12,960.00 |
| **Counsel Total** | | | | | **238.40** | **$308,966.40** |
| Justine Young | Associate | 2014 | 2013 | $1,251.00 | 94.50 | $118,219.50 |
| Nicholas Inns | Associate | 2010 | 2010 | $1,251.00 | 4.20 | $5,254.20 |
| Anil Makhijani | Associate | 2013 | 2012 | $1,251.00 | 37.00 | $46,287.00 |
| Jaclyn Palmerson | Associate | 2016 | 2016 | $1,246.50 | 142.60 | $177,750.90 |
| Isaac Saidel-Goley | Associate | 2017 | 2017 | $1,210.50 | 37.50 | $45,393.75 |
| Abbey Foote | Associate | 2018 | 2018 | $1,174.50 | 5.80 | $6,812.10 |
| Miao Xu | Associate | 2016 | 2015 | $1,120.50 | 116.40 | $130,426.20 |
| Sophie Hill | Associate | 2021 | 2020 | $1,075.50 | 549.40 | $590,879.70 |
| Kelsey Sullivan | Associate | 2021 | 2020 | $1,075.50 | 57.40 | $61,733.70 |
| Olivia Yeffet | Associate | 2020 | 2020 | $1,075.50 | 114.50 | $123,144.75 |
| Cameron Kelly | Associate | 2020 | 2020 | $1,075.50 | 28.20 | $30,329.10 |
| Brenna Ledvora | Associate | 2021 | 2021 | $985.50 | 105.50 | $103,970.25 |
| Sydney Snower | Associate | 2022 | 2021 | $985.50 | 42.20 | $41,588.10 |
| Tanmayi Sharma | Associate | 2022 | 2021 | $985.50 | 4.50 | $4,434.75 |
| Kiersten Whitfield | Associate | 2022 | 2022 | $985.50 | 12.80 | $12,614.40 |
| Jacob Denz | Associate | 2021 | 2021 | $985.50 | 0.30 | $295.65 |
| James Bailey | Associate | 2021 | 2019 | $936.00 | 14.20 | $13,291.20 |
| Jeffrey Boxer | Associate | 2022 | 2022 | $891.00 | 6.90 | $6,147.90 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Gavin Coyle | Associate | 2023 | 2022 | $891.00 | 19.80 | $17,641.80 |
| Jack Robbins | Associate | 2023 | 2022 | $891.00 | 1.20 | $1,069.20 |
| Ben Carroll | Associate | 2023 | 2022 | $891.00 | 202.60 | $180,516.60 |
| Elijah Turner | Associate | 2023 | 2022 | $891.00 | 28.70 | $25,571.70 |
| Jonathan Abrams | Associate | 2023 | 2022 | $891.00 | 87.80 | $78,229.80 |
| Cara Mund | Associate | 2022 | 2022 | $891.00 | 11.60 | $10,335.60 |
| Jillian Farley | Associate | 2024 | 2023 | $792.00 | 10.40 | $8,236.80 |
| Taylor Ross | Law Clerk | - | 2023 | $544.50 | 53.30 | $29,021.85 |
| Grace Heinerikson | Associate | 2024 | 2023 | $792.00 | 76.60 | $60,667.20 |
| Johnston Hill | Law Clerk | 2024 | 2023 | $544.50 | 69.90 | $38,060.55 |
| | Associate | | | $792.00 | 64.50 | $51,084.00 |
| Nash Santhanam | Associate | 2024 | 2023 | $792.00 | 51.00 | $40,392.00 |
| Erin Simmonds | Associate | 2023 | 2023 | $792.00 | 5.90 | $4,672.80 |
| Brendan Ferguson | Associate | 2024 | 2023 | $792.00 | 46.10 | $36,511.20 |
| **Associate, Law Clerk, & Attorney Total** | | | | | **2,103.30** | **$2,100,584.25** |
| **Lawyers Total** | | | | | **2,887.10** | **$3,288,762.00** |
| Connie Kim | Paralegal | - | - | $463.50 | 0.80 | $370.80 |
| Olga Garcia | Sr. Paralegal | - | - | $643.50 | 3.50 | $2,252.25 |
| **Non Legal Personnel Total** | | | | | **4.30** | **$2,623.05** |
| 50% Non-Working Travel | | | | | | -$0 |
| **GRAND TOTAL** | | | | | **2,891.40** | **$3,291,385.05** |

**Blended Hourly Rate:  $1,138.34**