**Exhibit C**

**Expense Summary for the Application Period**

**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(MAY 1, 2024 THROUGH AND INCLUDING JULY 31, 2024)**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[1] if Applicable** | **Amount** |
| Lexis Courtlink | Lexis | $20.66 |
| Outside Record Production | | $4.50 |
| Filing Fee | | $10.00 |
| Service of Process | | $574.08 |
| Messenger | | $25.00 |
| Document Reproduction ($.10/page) | | $226.20 |
| Color Document Reproduction ($.25/page) | | $76.75 |
| Corporate search | | $25.18 |
| Local meals | | $1,100.60 |
| Travel and Expenses | | $185.98 |
| Velobind | | $9.09 |
| Document Services | | $5,546.68 |
| Tabs | | $3.75 |
| Other | | $203.20 |
| | **TOTAL** | **$8,011.67** |

---

[1] Quinn Emanuel may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.