**Exhibit D**

**Customary and Comparable Compensation Disclosures**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**
**(MAY 1, 2024 THROUGH AND INCLUDING JULY 31, 2024)**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Firm-wide May 1, 2024 through July 31, 2024[1] | Billed to Debtors May 1, 2024 through July 31, 2024 |
| Partner | $1,629.09 | $1,612.05 |
| Counsel | $1,376.86 | $1,296.00 |
| Associate | $1,109.87 | $998.71 |
| Paraprofessional | $518.90 | $610.01 |
| Aggregated | $1,261.27 | $1,138.34 |

---

[1] The amounts in this column reflect the blended rate for all timekeepers at Quinn Emanuel in the firm's U.S. offices.