**Exhibit E**

**Estimated Staffing and Budget Plan**

**STAFFING PLAN FOR QUINN EMANUEL URQUHART & SULLIVAN, LLP,
SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD MAY 1, 2024 THROUGH JULY 31, 2024**

| PROFESSIONAL CATEGORY | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE APPLICATION PERIOD | RANGE OF RATES |
|---|---|---|
| Partners & Counsel | 20 | $1,296.00–$2,025.00 |
| Associates | 25 | $792.00–$1,251.00 |
| Paraprofessionals & Law Clerks | 3 | $157.50–$643.50 |

**ESTIMATED BUDGET FOR QUINN EMANUEL URQUHART & SULLIVAN, LLP,
SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD MAY 1, 2024 THROUGH JULY 31, 2024**

| PROJECT CATEGORY | EST. HOURS | EST. FEES | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| ASSET ANALYSIS AND RECOVERY | 441 | $500,000 | 35.00 | $46,014.30 |
| AVOIDANCE ACTION ANALYSIS | 265 | $300,000 | 21.20 | $29,598.75 |
| BANKRUPTCY LITIGATION | 441 | $500,000 | 158.40 | $206,026.65 |
| BOARD / CORPORATE GOVERNANCE | 66 | $75,000 | 16.30 | $25,970.85 |
| CASE ADMINISTRATION | 44 | $50,000 | 0.10 | $156.15 |
| EMPLOYMENT AND FEE APPLICATIONS | 132 | $150,000 | 108.90 | $136,674.45 |
| PLAN AND DISCLOSURE STATEMENT | 220 | $250,000 | 29.10 | $48,757.95 |
| INVESTIGATION | 882 | $1,000,000 | 2,012.60 | $2,136,083.40 |
| FRIEDBERG LITIGATION | 617 | $700,000 | 191.00 | $225,324.90 |
| BANKMAN/FRIED LITIGATION | 44 | $50,000 | 4.40 | $5,629.50 |
| EMBED/ROCKET LITIGATION | 44 | $50,000 | 1.70 | $2,279.25 |
| EXAMINER | 309 | $350,000 | 168.20 | $229,225.95 |
| MDL | n/a | n/a | 144.50 | $199,642.95 |
| NON-WORKING TRAVEL | 44 | $50,000 | 0.00 | $0.00 |
| CREDIT FOR 50% NON-WORKING TRAVEL | | -$25,000 | 0.00 | $0.00 |
| Total | 3,549 | $4,000,000 | 2,891.40 | $3,291,385.05 |