## Exhibit A

## Summary of Hours and Fees by Professional[1]

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Matthew Jacques | Partner & Managing Director | $1,410 | 3.6 | $ 5,076.00 |
| Matthew Evans | Partner & Managing Director | $1,410 | 30.7 | 43,287.00 |
| Charles Cipione | Partner & Managing Director | $1,320 | 138.9 | 183,348.00 |
| David J White | Partner & Managing Director | $1,225 | 110.5 | 135,362.50 |
| Anne Vanderkamp | Partner | $1,200 | 133.7 | 160,440.00 |
| John C LaBella | Partner | $1,200 | 152.2 | 182,640.00 |
| Lilly M Goldman | Partner | $1,200 | 22.4 | 26,880.00 |
| Thomas Hofner | Partner | $1,200 | 188.6 | 226,320.00 |
| Todd Toaso | Partner | $1,200 | 152.6 | 183,120.00 |
| Elizabeth S Kardos | Partner | $900 | 5.3 | 4,770.00 |
| Mark Cervi | Director | $1,125 | 54.5 | 61,312.50 |
| Travis Phelan | Director | $1,025 | 274.7 | 281,567.50 |
| Bennett F Mackay | Director | $960 | 272.9 | 261,984.00 |
| Kurt H Wessel | Director | $960 | 208.2 | 199,872.00 |
| Ganesh Gopalakrishnan | Senior Vice President | $910/$950 | 450.9 | 415,411.00 |
| Lewis Beischer | Senior Vice President | $855/$880 | 467.7 | 404,753.50 |
| Matthew Birtwell | Senior Vice President | $855/$880 | 530.6 | 457,515.50 |
| Ryan Griffith | Senior Vice President | $855/$880 | 203.7 | 174,246.00 |
| Takahiro Yamada | Senior Vice President | $855/$880 | 145.2 | 125,758.50 |
| Di Liang | Senior Vice President | $800/$825 | 183.5 | 147,612.50 |
| Jeffrey R Berg | Senior Vice President | $800/$825 | 345.3 | 279,905.00 |

*Table Continued on Next Page*

---

[1] AlixPartners' standard hourly rates are reviewed semi-annually and certain professionals' rates were adjusted as of July 1, 2024. Adjustments included reasonable, routine, across-the-board rate increases to reflect promotions and general market increases comparable to market rates of comparable firms performing similar services.

## Summary of Hours and Fees by Professional

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Sari Rosenfeld | Senior Vice President | $625 | 14.5 | 9,062.50 |
| Brooke Filler | Senior Vice President | $575 | 3.0 | 1,725.00 |
| Ryan Backus | Vice President | $770 | 252.7 | 194,579.00 |
| Chuanqi Chen | Vice President | $750 | 6.8 | 5,100.00 |
| Randi Self | Vice President | $690/$750 | 178.9 | 129,459.00 |
| Allyson Calhoun | Vice President | $640 | 478.3 | 306,112.00 |
| Eric Mostoff | Vice President | $640 | 205.9 | 131,776.00 |
| Linna Jia | Vice President | $640 | 262.9 | 168,256.00 |
| Sean Thompson | Vice President | $640 | 238.6 | 152,704.00 |
| Lisa Marie Bonito | Vice President | $550 | 68.5 | 37,675.00 |
| Jennifer Braverman | Vice President | $535 | 29.3 | 15,675.50 |
| Griffin Shapiro | Consultant | $555 | 440.5 | 244,477.50 |
| Jason Chin | Consultant | $555 | 261.2 | 144,966.00 |
| Olivia Braat | Consultant | $555 | 255.9 | 142,024.50 |
| Shengjia Kang | Consultant | $555 | 368.5 | 204,517.50 |
| **Total Hours and Fees for Professionals** | | | **7,141.2** | **$ 5,849,291.00** |
| Less 50% Travel Fees | | | | (14,643.00) |
| **Total Fees for Professionals** | | | | **5,834,648.00** |

**Average Billing Rate  $        817.04**