**Exhibit B**

**Summary of Hours and Fees by Matter Category**

| Code | Matter Category | Hours | Fees |
|---|---|---|---|
| 1.1 | Chapter 11 Process / Case Management | 9.0 | $ 10,354.50 |
| 1.2 | Communication & Meetings with Interested Parties | 49.1 | 53,192.50 |
| 1.3 | Communication with Regulatory Parties | - | - |
| 1.4 | U.S. Trustee / Court Reporting Requirements | - | - |
| 1.5 | Forensic Analysis | 37.4 | 25,156.50 |
| 1.6 | Document Review | - | - |
| 1.7 | Interviews | - | - |
| 1.8 | Public Data & Research | 34.4 | 19,134.00 |
| 1.9 | Claims Process | - | - |
| 1.10 | eDiscovery | 0.5 | 450.00 |
| 1.11 | Reporting & Presentation of Findings | 15.9 | 18,561.00 |
| 1.12 | Preparation for / Attend Court Hearings | - | - |
| 1.13 | Retention Applications & Relationship Disclosures | 33.4 | 18,453.00 |
| 1.14 | Fee Statements & Fee Applications | 163.8 | 106,155.00 |
| 1.15 | Financial Statement Reconstruction | 3,551.6 | 2,777,387.00 |
| 1.16 | Special Investigations | 94.1 | 79,153.50 |
| 1.17 | Solvency Analysis | 95.8 | 92,984.50 |
| 1.20 | Avoidance Actions | 3,018.2 | 2,619,023.50 |
| 1.31 | Travel Time | 38.0 | 14,643.00 |
| | **Total Hours and Fees by Matter Category** | **7,141.2** | **$ 5,834,648.00** |

**Average Billing Rate** $ 817.04