**Exhibit C**

**Summary of Expenses**

| Expense Category | Amount | |
|---|---|---|
| Airfare | $ | 1,293.46 |
| Client Research | | 4,523.61 |
| Data Storage Costs | | 29,816.46 |
| Ground Transportation | | 1,066.97 |
| Internet | | 8.00 |
| Lodging | | 2,350.00 |
| Meals | | 1,349.70 |
| **Total Expenses** | **$** | **40,408.20** |