## Exhibit A

**Summary of Billing by Individual for the Application Period**

**SUMMARY OF BILLING BY INDIVIDUAL FOR THE APPLICATION PERIOD**
**(MAY 1, 2024 THROUGH AND INCLUDING JULY 31, 2024)**

| Timekeeper Name | Position | Total Hours Billed |
|---|---|---|
| Bruce Mendelsohn | Partner | 67.5 |
| Kevin Cofsky | Partner | 76 |
| Timm Schipporeit | Partner | 4 |
| **Partner Total** | | **147.5** |
| Ema Betts | Managing Director | 91.5 |
| Matt Rahmani | Managing Director | 389.5 |
| **Managing Director Total** | | **481** |
| Nathaniel Nussbaum | Executive Director | 1 |
| Geoff Posess | Executive Director | 20 |
| Wasif Syed | Executive Director | 27 |
| **Executive Director Total** | | **48** |
| Kendyl Flinn | Director | 282.5 |
| **Director Total** | | **282.5** |
| Ryan Moon | Associate | 24 |
| Alexander Kalashnikov | Associate | 18 |
| Eduardo Ascioli | Associate | 77 |
| Donall O'Leary | Associate | 57.5 |
| Jack Ran | Associate (Summer) | 180 |
| **Associate Total** | | **356.5** |
| Emil Tu | Analyst | 446 |
| Jackson Darby | Analyst | 257.5 |
| Elan Rosen | Analyst (Summer) | 207 |
| **Analyst Total** | | **910.5** |
| **GRAND TOTAL** | | **2,226** |