## Exhibit C

**Expense Summary for the Application Period**

15565876v1

**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(MAY 1, 2024 THROUGH AND INCLUDING JULY 31, 2024)**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[1] if Applicable** | **Amount** |
| Air / Train Travel | n/a | $0 |
| Late Night / Weekend Transportation | n/a | $1,519.03 |
| Travel to Meetings / Out of Town | n/a | $0 |
| Late Night / Weekend Meals | n/a | $1,540.00 |
| Travel Meals | n/a | $17.65 |
| Misc. Expenses (supplies, wifi, etc.) | n/a | $0 |
| Counsel to PWP | Porter Hedges LLP & Mayer Brown LLP | $293,754.41 |
| | **TOTAL** | **$296,831.09** |

---

[1] Perella Weinberg Partners LP may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

15565876v1