## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING, LTD., *et al.* | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## <u>CERTIFICATE OF SERVICE</u>

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On September 13, 2024, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by electronic mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 09/13/2024 | 24727 | Monthly Application for Compensation // Eighth Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the period May 1, 2024 to May 31, 2024. Filed by Rothschild & Co US Inc. Objections due by 10/3/2024. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B) (Weyand, Jonathan) (Entered: 09/13/2024) |
| 09/13/2024 | 24730 | Monthly Application for Compensation // Ninth Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the period June 1, 2024 to June 30, 2024. Filed by Rothschild & Co US Inc. Objections due by 10/3/2024. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B) (Weyand, Jonathan) (Entered: 09/13/2024) |
| 09/13/2024 | 24733 | Monthly Application for Compensation // Tenth Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad IIoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the period July 1, 2024 to July 31, 2024. Filed by Rothschild & Co US Inc. Objections due by 10/3/2024. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B) (Weyand, Jonathan) (Entered: 09/13/2024) |
| 09/13/2024 | 24734 | Interim Application for Compensation // Fourth Interim Fee Application of Rothschild & Co US Inc., as Investment Banker to the |

| | | |
|---|---|---|
| | | Executive Committee of the Ad Hoc Committee of Non-U.S. Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the period May 1, 2024 to July 31, 2024. Filed by Rothschild & Co US Inc. Hearing scheduled for 12/12/2024 at 01:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 10/3/2024. (Attachments: # 1 Notice # 2 Exhibit A) (Weyand, Jonathan) (Entered: 09/13/2024) |
| 09/13/2024 | 24738 | Interim Application for Compensation // Combined Fourth Monthly and Fourth Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the period May 1, 2024 to July 31, 2024. Filed by Morris, Nichols, Arsht & Tunnell LLP. Hearing scheduled for 12/12/2024 at 01:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 10/3/2024. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E) (Weyand, Jonathan) (Entered: 09/13/2024) |
| 09/13/2024 | 24749 | Interim Application for Compensation // Fourth Interim Fee Application of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the period from May 1, 2024 to July 31, 2024 Filed by Eversheds Sutherland (US) LLP. Hearing scheduled for 12/12/2024 at 01:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 10/3/2024. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Exhibit F) (Weyand, Jonathan) (Entered: 09/13/2024) |
| 09/13/2024 | 24750 | Monthly Application for Compensation // Fifth Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the period from May 1, 2024 to July 31, 2024 Filed by Eversheds Sutherland (US) LLP. Objections due by 10/3/2024. (Attachments: # 1 Notice # 2 Exhibit A # 3 Certification) (Weyand, Jonathan) (Entered: 09/13/2024) |

Furthermore, on September 13, 2024, at my direction and under my supervision, employees of Reliable Companies caused to be served the following document by the method indicated on the service list attached hereto as Exhibit B:

| 09/13/2024 | 24727-1 | Monthly Application for Compensation // Eighth Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the period May 1, 2024 to May 31, 2024. Filed by Rothschild & Co US Inc. Objections due by 10/3/2024. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B) (Weyand, Jonathan) (Entered: 09/13/2024) |
|---|---|---|
| 09/13/2024 | 24730-1 | Monthly Application for Compensation // Ninth Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the period June 1, 2024 to June 30, 2024. Filed by Rothschild & Co US Inc. Objections due by 10/3/2024. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B) (Weyand, Jonathan) (Entered: 09/13/2024) |
| 09/13/2024 | 24733-1 | Monthly Application for Compensation // Tenth Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the period July 1, 2024 to July 31, 2024. Filed by Rothschild & Co US Inc. Objections due by 10/3/2024. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B) (Weyand, Jonathan) (Entered: 09/13/2024) |
| 09/13/2024 | 24734-1 | Interim Application for Compensation // Fourth Interim Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-U.S. Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the period May 1, 2024 to July 31, 2024. Filed by Rothschild & Co US Inc. Hearing scheduled for 12/12/2024 at 01:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 10/3/2024. (Attachments: # 1 Notice # 2 Exhibit A) (Weyand, Jonathan) (Entered: 09/13/2024) |
| 09/13/2024 | 24738-1 | Interim Application for Compensation // Combined Fourth Monthly and Fourth Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the period May 1, 2024 to July 31, 2024. Filed by Morris, Nichols, Arsht & Tunnell LLP. Hearing scheduled for |

| | | |
|---|---|---|
| | | 12/12/2024 at 01:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 10/3/2024. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E) (Weyand, Jonathan) (Entered: 09/13/2024) |
| 09/13/2024 | 24749-1 | Interim Application for Compensation // Fourth Interim Fee Application of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the period from May 1, 2024 to July 31, 2024 Filed by Eversheds Sutherland (US) LLP. Hearing scheduled for 12/12/2024 at 01:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 10/3/2024. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Exhibit F) (Weyand, Jonathan) (Entered: 09/13/2024) |
| 09/13/2024 | 24750-1 | Monthly Application for Compensation // Fifth Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the period from May 1, 2024 to July 31, 2024 Filed by Eversheds Sutherland (US) LLP. Objections due by 10/3/2024. (Attachments: # 1 Notice # 2 Exhibit A # 3 Certification) (Weyand, Jonathan) (Entered: 09/13/2024) |

Dated: September 13, 2024

/s/ Laurie Heggan
Laurie Heggan
Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801

# EXHIBIT A

**VIA ELECTRONIC MAIL**

Rothschild & Co US Inc.
1251 Avenue of the Americas
New York, NY 10020
Attn: Charles Delo
(Charles.Delo@rothschildandco.com)

**VIA ELECTRONIC MAIL**

Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Attn: Alexa J. Kranzley
(kranzleya@sullcrom.com)

**VIA ELECTRONIC MAIL**

Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, Delaware 19801
Attn: Adam G. Landis com (landis@lrclaw.com)
Kimberly A. Brown (brown@lrclaw.com)

**VIA ELECTRONIC MAIL**

Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Attn: Kris Hansen (krishansen@paulhastings.com),
Erez Gilad (erezgilad@paulhastings.com) and Gabriel
Sasson (gabesasson@paulhastings.com)

**VIA ELECTRONIC MAIL**

Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Attn: Matthew B. Lunn (mlunn@ycst.com) and Robert
F. Poppiti, Jr. (rpoppiti@ycst.com)

**VIA ELECTRONIC MAIL**
U.S. Trustee
844 King Street, Suite 2207
Wilmington, Delaware 19801
Attn: Benjamin A. Hackman
(benjamin.a.hackman@usdoj.gov)
Linda Richenderfer (linda.richenderfer@usdoj.gov) and
Jonathan Lipshie (jon.lipshie@usdoj.gov)

**VIA ELECTRONIC MAIL**

Godfrey & Kahn, S.C.
One East Main Street
Suite 500
Madison, Wisconsin 53703
Attn: Mark Hancock (mhancock@gklaw.com)

# EXHIBIT B

**VIA ELECTRONIC MAIL**
DLA PIPER LLP
ATTN: AARON S. APPLEBAUM 1201 NORTH MARKET
STREET SUITE 2100
WILMINGTON DE 19801
AARON.APPLEBAUM@US.DLAPIPER.COM

**VIA ELECTRONIC MAIL**
DLA PIPER LLP (US)
ATTN: AARON S. APPLEBAUM 1201 NORTH MARKET
STREET SUITE 2100
WILMINGTON DE 19801
AARON.APPLEBAUM@US.DLAPIPER.COM

**VIA ELECTRONIC MAIL**
LOWENSTEIN SANDLER LLP
ATTN: ANDREW BEHLMANN, COLLEEN M. RESTEL
ONE LOWENSTEIN DRIVE
ROSELAND NJ 07068
ABEHLMANN@LOWENSTEIN.COM
CRESTEL@LOWENSTEIN.COM

**VIA ELECTRONIC MAIL**
REED SMITH LLP
ATTN: AARON JAVIAN
599 LEXINGTON AVENUE NEW YORK NY 10022
AJAVIAN@REEDSMITH.COM

**VIA ELECTRONIC MAIL**
VENABLE LLP
ATTN: ANDREW J. CURRIE
600 MASSACHUSETTS AVENUE, NW
WASHINGTON DC 20001
AJCURRIE@VENABLE.COM

**VIA ELECTRONIC MAIL**
DOSHI LEGAL GROUP, P.C.
ATTN: AMISH R. DOSHI
1979 MARCUS AVENUE, SUITE 210E LAKE SUCCESS
NY 11042
AMISH@DOSHILEGAL.COM

**VIA ELECTRONIC MAIL**
KASHISHIAN LAW LLC
ATTN: ANN M. KASHISHIAN
501 SILVERSIDE ROAD, SUITE 85
WILMINGTON DE 19809
AMK@KASHISHIANLAW.COM

**VIA ELECTRONIC MAIL**
COOLEY LLP
ATTN: AUDREY MOTT-SMITH
3 EMBARCADERO CENTER
20TH FLOOR
SAN FRANCISCO CA 94111
AMOTTSMITH@COOLEY.COM

**VIA ELECTRONIC MAIL**
A. M. SACCULLO LEGAL, LLC
ATTN: ANTHONY M. SACCULLO, MARY E.
AUGUSTINE 27 CRIMSON KING DRIVE
BEAR DE 19701
AMS@SACCULLOLEGAL.COM
MEG@SACCULLOLEGAL.COM

**VIA ELECTRONIC MAIL**
EVERSHEDS SUTHERLAND (US) LLP
ATTN: ANDREA L. GORDON
700 SIXTH STREET NW, SUITE 700
WASHINGTON DC 20001
ANDREAGORDON@EVERSHEDS-
SUTHERLAND.COM

**VIA ELECTRONIC MAIL**
OFFICE OF THE ATTORNEY GENERAL OF GEORGIA
ATTN: AMY L. PATTERSON 40 CAPITOL SQUARE, S.W.
ATLANTA GA 30334
APATTERSON@LAW.GA.GOV

**VIA ELECTRONIC MAIL**
U.S. DEPARTMENT OF JUSTICE, TAX DIVISION
ATTN: ARI D. KUNOFSKY
P.O. BOX 227
WASHINGTON DC 20044
ARI.D.KUNOFSKY@USDOJ.GOV

**VIA ELECTRONIC MAIL**
STATE OF DELAWARE ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
CARVEL STATE OFFICE BLDG.
820 N. FRENCH ST. WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

**VIA ELECTRONIC MAIL**
CARTER LEDYARD & MILBURN LLP
ATTN: AARON R. CAHN 28 LIBERTY STREET
41ST FLOOR
NEW YORK NY 10005
BANKRUPTCY@CLM.COM

**VIA ELECTRONIC MAIL**
SECURITIES & EXCHANGE COMMISSION - NY
OFFICE
ATTN: BANKRUPTCY DEPT BROOKFIELD PLACE
200 VESEY STREET, STE 400
NEW YORK NY 10281-1022
BANKRUPTCYNOTICESCHR@SEC.GOV
NYROBANKRUPTCY@SEC.GOV

**VIA ELECTRONIC MAIL**
POTTER ANDERSON & CORROON LLP
ATTN: M. BLAKE CLEARY, R. STEPHEN MCNEILL,
SAMEEN RIZVI,
ESQ.
1313 N. MARKET STREET, 6TH FLOOR WILMINGTON
DE 19801
BCLEARY@POTTERANDERSON.COM
RMCNEILL@POTTERANDERSON.COM
SRIZVI@POTTERANDERSON.COM

**VIA ELECTRONIC MAIL**
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
ATTN: BRIAN DAVIDOFF 2049 CENTURY PARK EAST
STE 2600
LOS ANGELES CA 90067-4590
BDAVIDOFF@GREENBERGGLUSKER.COM

**VIA ELECTRONIC MAIL**
OFFICE OF THE UNITED STATES TRUSTEE
ATTN: BENJAMIN A. HACKMAN, DAVID GERARDI,
JON.LIPSHIE 844 KING STREET, ROOM 2207
LOCKBOX #35
WILMINGTON DE 19899-0035
BENJAMIN.A.HACKMAN@USDOJ.GOV
DAVID.GERARDI@USDOJ.GOV
JON.LIPSHIE@USDOJ.GOV

**VIA ELECTRONIC MAIL**
BALLARD SPAHR LLP
ATTN: NICHOLAS J. BRANNICK
919 N. MARKET STREET
11TH FLOOR
WILMINGTON DE 19801-3034
BRANNICKN@BALLARDSPAHR.COM

**VIA ELECTRONIC MAIL**
K&L GATES LLP
ATTN: BRIAN D. KOOSED, ESQ.
1602 K STREET NW
WASHINGTON DC 20006-1600
BRIAN.KOOSED@KLGATES.COM

**VIA ELECTRONIC MAIL**
PROSKAUER ROSE LLP
ATTN: BRIAN S. ROSEN, DYLAN J. MARKER ELEVEN
TIMES SQUARE
NEW YORK NY 10036-8299
BROSEN@PROSKAUER.COM
DMARKER@PROSKAUER.COM

**VIA ELECTRONIC MAIL**
PROVISIONAL LIQUIDATOR OF FTX DIGITAL
MARKETS LTD.
ATTN: BRIAN SIMMS, K.C., KEVIN CAMBRIDGE,
PETER GREAVES 3 BAYSIDE EXECUTIVE PARK,
WEST BAY STREET & BLAKE ROAD PO BOX N-4875
NASSAU THE BAHAMAS
BSIMMS@LENNOXPATON.COM
KEVIN.CAMBRIDGE@PWC.COM
PETER.GREAVES@HK.PWC.COM

**VIA ELECTRONIC MAIL**
SULLIVAN HAZELTINE ALLINSON LLC
ATTN: WILLIAM D. SULLIVAN
919 NORTH MARKET STREET, SUITE 420
WILMINGTON DE 19801
BSULLIVAN@SHA-LLC.COM

**VIA ELECTRONIC MAIL**
CROSS & SIMON, LLC
ATTN: CHRISTOPHER P. SIMON 1105 NORTH
MARKET STREET SUITE 901
WILMINGTON DE 19801
CSIMON@CROSSLAW.COM

**VIA ELECTRONIC MAIL**
COOLEY LLP
ATTN: CULLEN D. SPECKHART
1299 PENNSYLVANIA AVENUE NW SUITE 700
WASHINGTON DC 20004
CSPECKHART@COOLEY.COM

**VIA ELECTRONIC MAIL**
GIBBONS P.C.
ATTN: CHRISTOPHER VICECONTE, ESQ. 300
DELAWARE AVENUE
SUITE 1015
WILMINGTON DE 19801-1671
CVICECONTE@GIBBONSLAW.COM

**VIA ELECTRONIC MAIL**
MCCARTER & ENGLISH LLP
ATTN: DAVID ADLER ESQ.
WORLDWIDE PLAZA
825 EIGHTH AVE., 31ST FLOOR NEW YORK NY 10019
DADLER@MCARTER.COM

**VIA ELECTRONIC MAIL**
VENABLE LLP
ATTN: DANIEL A. O'BRIEN 1201 N. MARKET ST.
SUITE 1400
WILMINGTON DE 19801
DAOBRIEN@VENABLE.COM

**VIA ELECTRONIC MAIL**
THE DALEY LAW FIRM
ATTN: DARRELL DALEY, SAMANTHA NEAL 4845
PEARL EAST CIRCLE
SUITE 101
BOULDER CO 80301
DARRELL@DALEYLAWYERS.COM
SAMANTHA@DALEYLAWYERS.COM

**VIA ELECTRONIC MAIL**
MCDERMOTT WILL & EMERY LLP
ATTN: DARREN AZMAN, JOHN J. CALANDRA
JOSEPH B. EVANS, ELIZABETH RODD ONE
VANDERBILT AVENUE
NEW YORK NY 10017-3852
DAZMAN@MWE.COM
JCALANDRA@MWE.COM
JBEVANS@MWE.COM ERODD@MWE.COM

**VIA ELECTRONIC MAIL**
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ATTN: DONNA L. CULVER, DANIEL B. BUTZ 1201
NORTH MARKET STREET, 16TH FLOOR
P.O. BOX 1347
WILMINGTON DE 19899-1347
DCULVER@MORRISNICHOLS.COM
DBUTZ@MORRISNICHOLS.COM

**VIA ELECTRONIC MAIL**
MO BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER, GENERAL COUNSEL PO
BOX 475
JEFFERSON CITY MO 65105-0475
DEECF@DOR.MO.GOV

**VIA ELECTRONIC MAIL**
MASSACHUSETTS DEPARTMENT OF REVENUE
ATTN: CELINE E. DE LA FOSCADE-CONDON 100
CAMBRIDGE STREET, P.O. BOX 9565
BOSTON MA 02114
DELAFOSCAC@DOR.STATE.MA.US

**VIA ELECTRONIC MAIL**
DLA PIPER LLP (US)
ATTN: DENNIS C. O'DONNELL 1251 AVENUE OF THE
AMERICAS
NEW YORK NY 10020
DENNIS.ODONNELL@DLAPIPER.COM

**VIA ELECTRONIC MAIL**
HOGAN LOVELLS US LLP
ATTN: DENNIS H. TRACEY, III, JOHN D. BECK, MAYA
JUMPER 390 MADISON AVENUE
NEW YORK NY 10017
DENNIS.TRACEY@HOGANLOVELLS.COM
DENNIS.TRACEY@HOGANLOVELLS.COM
MAYA.JUMPER@HOGANLOVELLS.COM

**VIA ELECTRONIC MAIL**
SULLIVAN & CROMWELL LLP
ATTN: ANDREW G. DIETDERICH, JAMES L.
BROMLEY, BRIAN D. GLUECKSTEIN, ALEXA J.
KRANZLEY, STEVEN L. HOLLEY, STEPHEN
EHRENBERG, CHRISTOPHER J. DUNNE
125 BROAD STREET
NEW YORK NY 10004
DIETDERICHA@SULLCROM.COM
BROMLEYJ@SULLCROM.COM
GLUECKSTEINB@SULLCROM.COM

**VIA ELECTRONIC MAIL**
BIELLI & KLAUDER, LLC
ATTN: DAVID M. KLAUDER
1204 N. KING STREET WILMINGTON DE 19801
DKLAUDER@BK-LEGAL.COM

**VIA ELECTRONIC MAIL**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: ELIZABETH WANG, DANIEL A. MASON
500 DELAWARE AVENUE, SUITE 200, P.O. BOX 32
WILMINGTON DE 19899-0032
DMASON@PAULWEISS.COM
EWANG@PAULWEISS.COM

**VIA ELECTRONIC MAIL**
DELAWARE SECRETARY OF STATE
CORPORATIONS FRANCHISE TAX
P.O. BOX 898
DOVER DE 19903
DOSDOC_FTAX@STATE.DE.US

**VIA ELECTRONIC MAIL**
SCHULTE ROTH & ZABEL LLP
ATTN: DOUGLAS S. MINTZ
555 13TH STREET, NW, SUITE 6W
WASHINGTON DC 20004
DOUGLAS.MINTZ@SRZ.COM

**VIA ELECTRONIC MAIL**
STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: DANIEL M. PEREIRA 1000 N. WEST STREET
SUITE 1200
WILMINGTON DE 19801
DPEREIRA@STRADLEY.COM

**VIA ELECTRONIC MAIL**
STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: DEBORAH A. REPEROWITZ 100 PARK AVENUE
SUITE 2000
NEW YORK NY 10017
DREPEROWITZ@STRADLEY.COM

**VIA ELECTRONIC MAIL**
U.S. DEPARTMENT OF JUSTICE, THE INTERNAL
REVENUE SERVICE
ATTN: ELISABETH M. BRUCE, STEPHANIE A.
SASARAK
P.O. BOX 227
WASHINGTON DC 20044
ELISABETH.M.BRUCE@USDOJ.GOV
STEPHANIE.A.SASARAK@USDOJ.GOV

**VIA ELECTRONIC MAIL**
MORRIS JAMES LLP
ATTN: ERIC J. MONZO, SARAH M. ENNIS TARA C.
PAKROUTH
500 DELAWARE AVENUE, SUITE 1500
WILMINGTON DE 19801
EMONZO@MORRISJAMES.COM
SENNIS@MORRISJAMES.COM
TPAKROUH@MORRISJAMES.COM

**VIA ELECTRONIC MAIL**
MORRIS JAMES LLP
ATTN: ERIC J. MONZO, TARA C. PAKROUH,
CHRISTOPHER M.
DONNELLY
500 DELAWARE AVENUE SUITE 1500
WILMINGTON DE 19801
EMONZO@MORRISJAMES.COM
TPAKROUH@MORRISJAMES.COM
CDONNELY@MORRISJAMES.COM

**VIA ELECTRONIC MAIL**
EVERSHEDS SUTHERLAND (US) LLP
ATTN: ERIN E. BRODERICK
227 WEST MONROE STREET, SUITE 6000
CHICAGO IL 60606
ERINBRODERICK@EVERSHEDS-SUTHERLAND.COM

**VIA ELECTRONIC MAIL**
COZEN O'CONNOR
ATTN: FREDERICK SCHMIDT 3WTC, 175 GREENWICH
STREET
55TH FLOOR
NEW YORK NY 10007
ESCHMIDT@COZEN.COM

**VIA ELECTRONIC MAIL**
TROUTMAN PEPPER HAMILTON SANDERS LLP
ATTN: EVELYN J. MELTZER
HERCULES PLAZA, SUITE 5100
1313 N. MARKET STREET WILMINGTON DE 19899-
1709
EVELYN.MELTZER@TROUTMAN.COM

**VIA ELECTRONIC MAIL**
DELAWARE DIVISION OF REVENUE
ATTN: ZILLAH FRAMPTON 820 N FRENCH ST
WILMINGTON DE 19801
FASNOTIFY@STATE.DE.US

**VIA ELECTRONIC MAIL**
BROWNELL LAW GROUP LLC
ATTN: FELICIA BROWNELL 252 MARINERS WAY
BEAR DE 19701
FBROWNELL@BROWNELLLAWGROUP.COM

**VIA ELECTRONIC MAIL**
CROWELL & MORING LLP
ATTN: FREDERICK HYMAN 590 MADISON AVE
NEW YORK NY 10022
FHYMAN@CROWELL.COM

**VIA ELECTRONIC MAIL**
RIMON, P.C.
ATTN: FREDERICK CHANG 506 2ND AVE., SUITE 1400
SEATTLE WA 98104
FREDERICK.CHANG@RIMONLAW.COM

**VIA ELECTRONIC MAIL**
COINCIDENT CAPITAL INTERNATIONAL, LTD
C/O SUNIL SHAH
1805 N. CARSON CITY ST., SUITE X-108
CARSON CITY NV 89701
FTXCC@COINCIDENTCAPITAL.COM

**VIA ELECTRONIC MAIL**
PAUL HASTINGS
ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN,
KENNETH PASQUALE, LUC A. DESPINS, EREZ E.
GILAD AND SAMANTHA MARTIN
200 PARK AVENUE
NEW YORK NY 10166
GABESASSON@PAULHASTINGS.COM
KRISHANSEN@PAULHASTINGS.COM
KENPASQUALE@PAULHASTINGS.COM
EREZGILAD@PAULHASTINGS.COM

**VIA ELECTRONIC MAIL**
GEBHARDT & SMITH LLP
ATTN: GREGORY L. ARBOGAST
1000 N. WEST STREET SUITE 1200
WILMINGTON DE 19081
GARBOGAST@GEBSMITH.COM

**VIA ELECTRONIC MAIL**
MCELROY, DEUTSCH, MULVANEY & CARPENTER,
LLP
ATTN: GARY D. BRESSLER, DAVID P. PRIMACK 300
DELAWARE AVENUE
SUITE 1014
WILMINGTON DE 19801
GBRESSLER@MDMC-LAW.COM
DPRIMACK@MDMC-LAW.COM

**VIA ELECTRONIC MAIL**
RICHARDS, LAYTON & FINGER, P.A.
ATTN: KEVIN GROSS, PAUL N. HEATH, DAVID T.
QUEROLI,
BRENDAN J. SCHLAUCH ONE RODNEY SQUARE 920
NORTH KING STREET
WILMINGTON DE 19801
GROSS@RLF.COM HEATH@RLF.COM
QUEROLI@RLF.COM
SCHLAUCH@RLF.COM

**VIA ELECTRONIC MAIL**
HUGH SMITH ESQUIRE
LEVEL 8 224 BUNDA STREET CANBERRA CITY, ACT
2601 AUSTRALIA
HUGH.SMITH@CHAMBERLAINS.COM.AU

**VIA ELECTRONIC MAIL**
THE SECURITIES COMMISSION OF THE BAHAMAS
ATTN: PRESIDENT OR GENERAL COUNSEL
POINCIANA HOUSE, NORTH BUILDING, 2ND FLOOR
31A EAST BAY STREET, P.O. BOX N-8347
NASSAU THE BAHAMAS
INFO@SCB.GOV.BS

**VIA ELECTRONIC MAIL**
LOCKE LORD LLP
ATTN: IRA S. GREENE
200 VESEY STREET NEW YORK NY 10281
IRA.GREENE@LOCKELORD.COM

**VIA ELECTRONIC MAIL**
RIMON, P.C.
ATTN: JACQUELYN H. CHOI
2029 CENTURY PARK EAST, SUITE 400N LOS
ANGELES CA 90067
JACQUELYN.CHOI@RIMONLAW.COM

**VIA ELECTRONIC MAIL**
MCELROY, DEUTSCH, MULVANEY & CARPENTER,
LLP
ATTN: JEFFREY BERNSTEIN
570 BROAD STREET
SUITE 1401
NEWARK NJ 07102
JBERNSTEIN@MDMC-LAW.COM

**VIA ELECTRONIC MAIL**
BUTLER SNOW LLP
ATTN: JAMES E. BAILEY III, ROBERT CAMPBELL
HILLYER CRESCENT CENTER, SUITE 500
6075 POPLAR AVENUE, P.O. BOX 171443
MEMPHIS TN 38187
JEB.BAILEY@BUTLERSNOW.COM
CAM.HILLYER@BUTLERSNOW.COM

**VIA ELECTRONIC MAIL**
ROBINSON & COLE LLP
ATTN: JAMIE L. EDMONSON
1201 N. MARKET STREET SUITE 1406
WILMINGTON DE 19801
JEDMONSON@RC.COM

**VIA ELECTRONIC MAIL**
DLA PIPER LLP (US)
ATTN: JEFFREY TOROSIAN 444 W. LAKE STREET
SUITE 900
CHICAGO IL 60606
JEFFREY.TOROSIAN@DLAPIPER.COM

**VIA ELECTRONIC MAIL**
VERMONT DEPARTMENT OF FINANCIAL
REGULATION
ATTN: JENNIFER ROOD
89 MAIN STREET, THIRD FLOOR MONTPELIER VT
05620
JENNIFER.ROOD@VERMONT.GOV

**VIA ELECTRONIC MAIL**
WHITE & CASE LLP
ATTN: JESSICA C. LAURIA, J. CHRISTOPHER SHORE,
BRIAN D. PFEIFFER, MARK FRANKE, BRETT
BAKEMEYER
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1095
JESSICA.LAURIA@WHITECASE.COM
CSHORE@WHITECASE.COM
BRIAN.PFEIFFER@WHITECASE.COM
MARK.FRANKE@WHITECASE.COM

**VIA ELECTRONIC MAIL**
KELLER BENVENUTTI KIM LLP
ATTN: JANE KIM, GABRIELLE L. ALBERT 650
CALIFORNIA ST. #1900
SAN FRANCISCO CA 94108
JKIM@KBKLLP.COM GALBERT@KBKLLP.COM

**VIA ELECTRONIC MAIL**
MORRISON COHEN LLP
ATTN: JOSEPH T. MOLDOVAN, HEATH D.
ROSENBLAT; JASON P.
GOTTLIEB, MICHAEL MIX 909 THIRD AVENUE
27TH FLOOR
NEW YORK NY 10022
JMOLDOVAN@MORRISONCOHEN.COM
HROSENBLAT@MORRISONCOHEN.COM
JGOTTLIEB@MORRISONCOHEN.COM
MMIX@MORRISONCOHEN.COM

**VIA ELECTRONIC MAIL**
MORGAN, LEWIS & BOCKIUS LLP
ATTN: JODY C. BARILLARE 1201 N. MARKET STREET
SUITE 2201
WILMINGTON DE 19801
JODY.BARILLARE@MORGANLEWIS.COM

**VIA ELECTRONIC MAIL**
MORGAN, LEWIS & BOCKIUS LLP
ATTN: JOHN C. GOODCHILD III; MATTHEW C.
ZIEGLER 1701 MARKET STREET
PHILADELPHIA PA 19103
JOHN.GOODCHILD@MORGANLEWIS.COM
MATTHEW.ZIEGLER@MORGANLEWIS.COM

**VIA ELECTRONIC MAIL**
OFFICE OF THE ILLINOIS ATTORNEY GENERAL
ATTN: JOHN P. REDING 100 W. RANDOLPH ST. SUITE
13-225
CHICAGO IL 60601
JOHN.REDING@ILAG.GOV

**VIA ELECTRONIC MAIL**
BLANK ROME LLP
ATTN: JOSEF W. MINTZ 1201 MARKET STREET
SUITE 800
WILMINGTON DE 19801
JOSEF.MINTZ@BLANKROME.COM

**VIA ELECTRONIC MAIL**
MORGAN, LEWIS & BOCKIUS LLP
ATTN: JOSHUA DORCHAK; DAVID K. SHIM
101 PARK AVENUE
NEW YORK NY 10178
JOSHUA.DORCHAK@MORGANLEWIS.COM
DAVID.SHIM@MORGANLEWIS.COM

**VIA ELECTRONIC MAIL**
MANIER HEROD, P.C.
ATTN: JEFFREY S. PRICE, MELISSA J. LEE, SCOTT C.
WILLIAMS 1201 DEMONBREUN STREET
SUITE 900
NASHVILLE TN 37213
JPRICE@MANIERHEROD.COM
MLEE@MANIERHEROD.COM
SWILLIAMS@MANIERHEROD.COM

**VIA ELECTRONIC MAIL**
PACHULSKI STANG ZIEHL & JONES LLP
ATTN: JASON H. ROSELL, MARY F. CALOWAY ONE
SANSOME STREET
SUITE 3430
SAN FRANCISCO CA 94104
JROSELL@PSZJLAW.COM
MCALOWAY@PSZJLAW.COM

**VIA ELECTRONIC MAIL**
PROSKAUER ROSE LLP
ATTN: JORDAN E. SAZANT 70 WEST MADISON
STREET SUITE 3800
CHICAGO IL 60602-4342
JSAZANT@PROSKAUER.COM

**VIA ELECTRONIC MAIL**
VENABLE LLP
ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN,
CAROL A.
WEINER, ARIE A. PELED
1270 AVENUE OF THE AMERICAS
24TH FLOOR
NEW YORK NY 10020
JSSABIN@VENABLE.COM
XSSTROHBEHN@VENABLE.COM
CWEINERLEVY@VENABLE.COM

**VIA ELECTRONIC MAIL**
VENABLE LLP
ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN,
CAROL A.
WEINER, ARIE A. PELED
151 WEST 42ND ST., 48TH FLOOR
NEW YORK NY 10036
JSSABIN@VENABLE.COM
XSSTROHBEHN@VENABLE.COM
CWEINERLEVY@VENABLE.COM
AAPELED@VENABLE.COM

**VIA ELECTRONIC MAIL**
EMMET, MARVIN & MARTIN, LLP
ATTN: THOMAS A. PITTA, ESQ. JUDITH SWARTZ,
ESQ. 120 BROADWAY, 32ND FLOOR
NEW YORK NY 10271
JSWARTZ@EMMETMARVIN.COM
TPITTA@EMMETMARVIN.COM

**VIA ELECTRONIC MAIL**
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JANE VANLARE, BRANDON M. HAMMER ONE
LIBERTY PLAZA
NEW YORK NY 10006
JVANLARE@CGSH.COM BHAMMER@CGSH.COM

**VIA ELECTRONIC MAIL**
BROWN RUDNICK LLP
ATTN: KENNETH J. AULET, JEFFREY L. JONAS,
MICHAEL WINOGRAD, ALEXANDER F. KASNETZ
SEVEN TIMES SQUARE
NEW YORK NY 10036
KAULET@BROWNRUDNICK.COM
JJONAS@BROWNRUDNICK.COM
MWINOGRAD@BROWNRUDNICK.COM
AKASNETZ@BROWNRUDNICK.COM

**VIA ELECTRONIC MAIL**
MCCARTER & ENGLISH LLP
ATTN: KATE ROGGIO BUCK, MATTHEW J. RIFINO,
SHANNON D. HUMISTON
RENAISSANCE CENTRE
405 N. KING STREET, 8TH FLOOR
WILMINGTON DE 19801
KBUCK@MCCARTER.COM
MRIFINO@MCCARTER.COM
SHUMISTON@MCCARTER.COM

**VIA ELECTRONIC MAIL**
NATIONAL ASSOCIATION OF ATTORNEYS GENERAL
ATTN: KAREN CORDRY
1850 M ST., NW 12TH FLOOR
WASHINGTON DC 20036
KCORDRY@NAAG.ORG

**VIA ELECTRONIC MAIL**
CLARK HILL PLC
ATTN: KAREN M. GRIVNER
824 N. MARKET STREET SUITE 710
WILMINGTON DE 19801
KGRIVNER@CLARKHILL.COM

**VIA ELECTRONIC MAIL**
REED SMITH LLP
ATTN: KURT F. GWYNNE 1201 N. MARKET STREET
SUITE 1500
WILMINGTON DE 19801
KGWYNNE@REEDSMITH.COM

**VIA ELECTRONIC MAIL**
CROSS & SIMON LLC
ATTN: KEVIN S. MANN
1105 NORTH MARKET STREET SUITE 901
WILMINGTON DE 19801
KMANN@CROSSLAW.COM

**VIA ELECTRONIC MAIL**
CLARK HILL PLC
ATTN: KEVIN H. MORSE 130 E. RANDOLPH STREET
SUITE 3900
CHICAGO IL 60601
KMORSE@CLARKHILL.COM

**VIA ELECTRONIC MAIL**
LANDIS RATH & COBB LLP
ATTN: ADAM G. LANDIS, KIMBERLY A. BROWN,
MATTHEW R. PIERCE, NICOLAS E. JENNER, GEORGE
A. WILLIAMS III, MATTHEW MCGUIRE, HOWARD W.
ROBERTSON IV
919 MARKET STREET
SUITE 1800
WILMINGTON DE 19801
LANDIS@LRCLAW.COM BROWN@LRCLAW.COM
PIERCE@LRCLAW.COM JENNER@LRCLAW.COM

**VIA ELECTRONIC MAIL**
WINCENT INVESTMENT FUND PCC LTD
ATTN: CHARLES MELVIN, C/O WINCENT CAPITAL
MANAGEMENT OLD POLICE STATION
120B
IRISH TOWN GX11 1AA GIBRALTAR
LEGAL@WINCENT.CO

**VIA ELECTRONIC MAIL**
WINTERMUTE ASIA PTE. LTD
ATTN: LEGAL DEPARTMENT 24 EAN KIAM PLACE
429115 SINGAPORE
LEGAL@WINTERMUTE.COM

**VIA ELECTRONIC MAIL**
OFFICE OF THE UNITED STATES TRUSTEE
ATTN: LINDA RICHENDERFER, ESQ.
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207, LOCKBOX 35
WILMINGTON DE 19801
LINDA.RICHENDERFER@USDOJ.GOV

**VIA ELECTRONIC MAIL**
PACHULSKI STANG ZIEHL & JONES LLP
ATTN: LAURA DAVIS JONES, PETER J. KEANE 919 N.
MARKET STREET, 17TH FLOOR
P.O. BOX 8705
WILMINGTON DE 19899-8705
LJONES@PSZJLAW.COM PKEANE@PSZJLAW.COM

**VIA ELECTRONIC MAIL**
MCCARTER & ENGLISH LLP
ATTN: LISA S. BOSSALL, PHILLIP S. PAVLICK FOUR
GATEWAY CENTER
100 MULBERYY STREET
NEWARK NJ 07102
LLBONSALL@MCCARTER.COM
PPAVLICK@MCCARTER.COM

**VIA ELECTRONIC MAIL**
KELLY HART & HALLMAN LLP
ATTN: LOUIS M. PHILLIPS
301 MAIN ST., SUITE 1600 BATON ROUGE LA 70801
LOUIS.PHILLIPS@KELLYHART.COM

**VIA ELECTRONIC MAIL**
SAUL EWING LLP
ATTN: LUCIAN B. MURLEY
1201 NORTH MARKET STREET, SUITE 2300
P.O. BOX 1266
WILMINGTON DE 19899
LUKE.MURLEY@SAUL.COM

**VIA ELECTRONIC MAIL**
EVERSHEDS SUTHERLAND (US) LLP
ATTN: MARK D. SHERRILL
1001 FANNIN STREET, SUITE 3700
HOUSTON TX 77002
MARKSHERRILL@EVERSHEDS-SUTHERLAND.COM

**VIA ELECTRONIC MAIL**
BUTLER SNOW LLP
ATTN: MARTIN SOSLAND
2911 TURTLE CREEK BLVD., SUITE 1400
DALLAS TX 75219
MARTIN.SOSLAND@BUTLERSNOW.COM

**VIA ELECTRONIC MAIL**
BALLARD SPAHR LLP
ATTN: JAMES V. MASELLA, III 1675 BROADWAY
19TH FLOOR
NEW YORK NY 10019-5820
MASELLAJ@BALLARDSPAHR.COM

**VIA ELECTRONIC MAIL**
GELLERT SCALI BUSENKELL & BROWN, LLC
ATTN: MICHAEL BUSENKELL 1201 NORTH ORANGE
STREET SUITE 300
WILMINGTON DE 19801
MBUSENKELL@GSBBLAW.COM

**VIA ELECTRONIC MAIL**
ASHBY & GEDDES, P.A.
ATTN: MICHAEL D. DEBAECKE
500 DELAWARE AVENUE
8TH FLOOR
WILMINGTON DE 19899-1150
MDEBAECKE@ASHBYGEDDES.COM

**VIA ELECTRONIC MAIL**
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ATTN: MATTHEW B. HARVEY
1201 NORTH MARKET STREET, 16TH FLOOR
WILMINGTON DE 19801
MHARVEY@MORRISNICHOLS.COM

**VIA ELECTRONIC MAIL**
KELLY HART & HALLMAN LLP
ATTN: MICHAEL D. ANDERSON 201 MAIN STREET,
SUITE 2500
FORT WORTH TX 76102
MICHAEL.ANDERSON@KELLYHART.COM

**VIA ELECTRONIC MAIL**
PULSAR GLOBAL LTD
ATTN: MICHELE WAN AND JACKY YIP
UNIT 903-905, K11 ATELIER VICTORIA DOCKSIDE 18
SALISBURY ROAD
KOWLOON HONG KONG
MICHELE.WAN@PULSAR.COM
JACKY.YIP@PULSAR.COM

**VIA ELECTRONIC MAIL**
JOYCE, LLC
ATTN: MICHAEL J. JOYCE, ESQ. 1225 KING STREET
SUITE 800
WILMINGTON DE 19801
MJOYCE@MJLAWOFFICES.COM

**VIA ELECTRONIC MAIL**
MCDERMOTT WILL & EMERY LLP
ATTN: MARIS J. KANDESTIN THE NEMOURS
BUIDLING
1007 NORTH ORANGE STREET, 10TH FLOOR
WILMINGTON DE 19801
MKANDESTIN@MWE.COM

**VIA ELECTRONIC MAIL**
COOLEY LLP
ATTN: MICHAEL KLEIN, ARIC WU, CAROLINE
PIGNATELLI, ERICA J. RICHARDS
55 HUDSON YARDS
NEW YORK NY 10001
MKLEIN@COOLEY.COM AHWU@COOLEY.COM
CPIGNATELLI@COOLEY.COM
ERICHARDS@COOLEY.COM

**VIA ELECTRONIC MAIL**
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR.
1000 NORTH KING STREET
WILMINGTON DE 19801
MLUNN@YCST.COM RPOPPITI@YCST.COM

**VIA ELECTRONIC MAIL**
MCELROY, DEUTSCH, MULVANEY & CARPENTER,
LLP
ATTN: MICHAEL R. MORANO, ESQ. 1300 MT.
KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN NJ 07962
MMORANO@MDMC-LAW.COM

**VIA ELECTRONIC MAIL**
FOLEY & LARDNER LLP
ATTN: MICHAEL J. SMALL
321 NORTH CLARK STREET, SUITE 3000
CHICAGO IL 60654
MSMALL@FOLEY.COM

**VIA ELECTRONIC MAIL**
COMMODITY FUTURES TRADING COMMISSION
ATTN: MARTIN B. WHITE
SENIOR ASSISTANT GENERAL COUNSEL 1155 21ST
STREET NW
WASHINGTON DC 20581
MWHITE@CFTC.GOV

**VIA ELECTRONIC MAIL**
DEBEVOISE & PLIMPTON LLP
ATTN: M. NATASHA LABOVITZ, ESQ., ELIE J.
WORENKLEIN, ESQ.,
MICHAEL C. GODBE, ESQ. 66 HUDSON BOULEVARD
NEW YORK NY 10001
NLABOVITZ@DEBEVOISE.COM
EWORENKLEIN@DEBEVOISE.COM
MCGODBE@DEBEVOISE.COM

**VIA ELECTRONIC MAIL**
MCELROY, DEUTSCH, MULVANEY & CARPENTER,
LLP
ATTN: NICOLE LEONARD 225 LIBERTY STREET
36TH FLOOR
NEW YORK NY 10281
NLEONARD@MDMC-LAW.COM

**VIA ELECTRONIC MAIL**
REICH REICH & REICH, P.C.
ATTN: NICHOLAS A. PASALIDES, ESQ. 235 MAIN
STREET, SUITE 450
WHITE PLAINS NY 10601
NPASALIDES@REICHPC.COM

**VIA ELECTRONIC MAIL**
COLE SCHOTZ P.C.
ATTN: NORMAN L. PERNICK, ESQ., ANDREW J.
ROTH, ESQ. 500 DELAWARE AVENUE
SUITE 1410
WILMINGTON DE 19801
NPERNICK@COLESCHOTZ.COM AROTH-
MOORE@COLESCHOTZ.COM

**VIA ELECTRONIC MAIL**
OCTOPUS INFORMATION LTD
ATTN: LINFENG DONG, OMC CHAMBERS
WICKHAMS CAY 1
ROAD TOWN, TORTOLA BRITISH VIRGIN ISLANDS
OCTOPUS_FTX@TEAMB.CN

**VIA ELECTRONIC MAIL**
COOLEY LLP
ATTN: PHILIP M. BOWMAN, ESQ. 55 HUDSON YARDS
NEW YORK NY 10001
PBOWMAN@COOLEY.COM

**VIA ELECTRONIC MAIL**
CARR MALONEY P.C.
ATTN: J. PETER GLAWS, IV, ESQ.
2000 PENNSYLVANIA AVE, NW STE. 8001
WASHINGTON DC 20006
PETER.GLAWS@CARRMALONEY.COM

**VIA ELECTRONIC MAIL**
WILMER CUTLER PICKERING HALE AND DORR LLP
ATTN: PETER G. NEIMAN, NICHOLAS WERLE
7 WORLD TRADE CENTER
150 GREENWICH STREET
NEW YORK NY 10007
PETER.NEIMAN@WILMERHALE.COM
NICK.WERLE@WILMERHALE.COM

**VIA ELECTRONIC MAIL**
EVERSHEDS SUTHERLAND (US) LLP
ATTN: PETER A. IVANICK, SARAH E. PAUL, PHILIP H.
EHRLICH, LYNN
W. HOLBERT
THE GRACE BUILDING, 40TH FLOOR 1114 AVENUE
OF THE AMERICAS
NEW YORK NY 10036
PETERIVANICK@EVERSHEDS-SUTHERLAND.COM
SARAHPAUL@EVERSHEDS-SUTHERLAND.COM
PHILIPEHRLICH@EVERSHEDS-SUTHERLAND.COM

**VIA ELECTRONIC MAIL**
ZACHARY BRUCH
ATTN: PETER S. PARTEE, SR
HUNTON ANDREWS KURTH LLP 200 PARK AVE
NEW YORK NY 10166
PPARTEE@HUNTONAK.COM

**VIA ELECTRONIC MAIL**
MIAMI-DADE OFFICE OF THE TAX COLLECTOR
BANKRUPTCY UNIT
200 NW 2ND AVENUE, #430
MIAMI FL 33128
PRISCILLA.WINDLEY@MIAMIDADE.GOV
MDTCBKC@MIAMIDADE.GOV

**VIA ELECTRONIC MAIL**
SCHULTE ROTH & ZABEL LLP
ATTN: REUBEN E. DIZENGOFF 919 THIRD AVENUE
NEW YORK  NY 10022
REUBEN.DIZENGOFF@SRZ.COM

**VIA ELECTRONIC MAIL**
HAYNES AND BOONE, LLP
ATTN: RICHARD KANOWITZ 30 ROCKEFELLER
PLAZA
26TH FLOOR
NEW YORK NY 10112
RICHARD.KANOWITZ@HAYNESBOONE.COM

**VIA ELECTRONIC MAIL**
HAYNES AND BOONE, LLP
ATTN: RICHARD D. ANIGIAN, CHARLES M. JONES II
2323 VICTORY AVENUE
SUITE 700
DALLAS TX 75219
RICK.ANIGIAN@HAYNESBOONE.COM
CHARLIE.JONES@HAYNESBOONE.COM

**VIA ELECTRONIC MAIL**
BLANK ROME LLP
ATTN: RICK ANTONOFF
1271 AVENUE OF THE AMERICAS
NEW YORK NY 10020
RICK.ANTONOFF@BLANKROME.COM

**VIA ELECTRONIC MAIL**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN:RANDALL S. LUSKEY 535 MISSION STREET
24TH FLOOR
SAN FRANCISCO CA 94105
RLUSKEY@PAULWEISS.COM

**VIA ELECTRONIC MAIL**
GIBBONS P.C.
ATTN: ROBERT K. MALONE, ESQ., BRETT S.
THEISEN, ESQ.
KYLE P. MCEVILLY, ESQ.
ONE GATEWAY CENTER NEWARK NJ 07102-5310
RMALONE@GIBBONSLAW.COM
BTHEISEN@GIBBONSLAW.COM
KMCEVILLY@GIBBONSLAW.COM

**VIA ELECTRONIC MAIL**
K&L GATES LLP
ATTN: ROBERT T. HONEYWELL, ESQ. 599
LEXINGTON AVENUE
NEW YORK NY 10022-6030
ROBERT.HONEYWELL@KLGATES.COM

**VIA ELECTRONIC MAIL**
OFFICE OF THE NEW YORK STATE ATTORNEY
GENERAL
ATTN: ROBERT J. ROCK THE CAPITOL
ALBANY NY 12224-0341
ROBERT.ROCK@AG.NY.GOV

**VIA ELECTRONIC MAIL**
OFFICE OF THE ATTORNEY GENERAL OF TEXAS,
BANKRUPTCY & COLLECTIONS DIVISION
ATTN: ROMA N. DESAI, LAYLA D. MILLIGAN,
ABIGAIL R. RYAN
P.O. BOX 12548 MC008
AUSTIN TX 78711-2548
ROMA.DESAI@OAG.TEXAS.GOV
LAYLA.MILLIGAN@OAG.TEXAS.GOV
ABIGAIL.RYAN@OAG.TEXAS.GOV

**VIA ELECTRONIC MAIL**
ASHBY & GEDDES, P.A.
ATTN: RICARDO PALACIO, GREGORY A. TAYLOR 500
DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
WILMINGTON DE 19899
RPALACIO@ASHBYGEDDES.COM
GTAYLOR@ASHBYGEDDES.COM

**VIA ELECTRONIC MAIL**
BUCHALTER, A PROFESSIONAL CORPORATION
ATTN: SHAWN M. CHRISTIANSON, ESQ. 425 MARKET
STREET, SUITE 2900
SAN FRANCISCO CA 94105-3493
SCHRISTIANSON@BUCHALTER.COM

**VIA ELECTRONIC MAIL**
LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: SCOTT D. COUSINS
500 DELAWARE AVE
SUITE 700
WILMINGTON DE 19801
SCOTT.COUSINS@LEWISBRISBOIS.COM

**VIA ELECTRONIC MAIL**
COUSINS LAW LLC
ESQ., SCOTT D. JONES, ESQ. BRANDYWINE PLAZA
WEST 1521 CONCORD PIKE, SUITE 301
WILMINGTON DE 19801
SCOTT.JONES@COUSINS-LAW.COM

**VIA ELECTRONIC MAIL**
SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F. STREET NE WASHINGTON DC 20549
SECBANKRUPTCY@SEC.GOV

**VIA ELECTRONIC MAIL**
SECURITIES & EXCHANGE COMMISSION -
PHILADELPHIA OFFICE
ATTN: BANKRUPTCY DEPT ONE PENN CENTER
1617 JFK BLVD, STE 520
PHILADELPHIA PA 19103
SECBANKRUPTCY@SEC.GOV

**VIA ELECTRONIC MAIL**
BOERSCH & ILLOVSKY LLP
ATTN: SHARON FRASE 1611 TELEGRAPH AVE.,
SUITE 806
OAKLAND CA 94612
SHARON@BOERSCH-ILLOVSKY.COM

**VIA ELECTRONIC MAIL**
DEBEVOISE & PLIMPTON LLP
ATTN: SIDNEY P. LEVINSON, JASMINE BALL 66
HUDSON BOULEBARD
NEW YORK NY 10001
SLEVINSON@DEBEVOISE.COM
JBALL@DEBEVOISE.COM

**VIA ELECTRONIC MAIL**
FOLEY & LARDNER LLP
ATTN: SAMANTHA RUPPENTHAL 90 PARK AVENUE
NEW YORK NY 10016
SRUPPENTHAL@FOLEY.COM

**VIA ELECTRONIC MAIL**
GOETZ FITZPATRICK LLP
ATTN: SCOTT D. SIMON, ESQ. ONE PENN PLAZA
SUITE 3100
NEW YORK NY 10119
SSIMON@GOETZFITZ.COM

**VIA ELECTRONIC MAIL**
U.S. DEPARTMENT OF JUSTICE
ATTN: STANTON C. MCMANUS, SETH B. SHARPIRO
CIVIL DIVISION
1100 L STREET, NW, ROOM 7208
WASHINGTON DC 20005
STANTON.C.MCMANUS@USDOJ.GOV
SETH.SHAPIRO@USDOJ.GOV

**VIA ELECTRONIC MAIL**
U.S. DEPARTMENT OF JUSTICE – CIVIL DIVISION
ATTN: RUTH A. HARVEY, MARGARET M. NEWELL,
SETH B.
SHAPIRO, STANTON C. MCMANUS COMMERCIAL
LITIGATION BRANCH
P.O. BOX 875, BEN FRANKLIN STATION
WASHINGTON DC 20044-0875
STANTON.C.MCMANUS@USDOJ.GOV
SETH.SHAPIRO@USDOJ.GOV

**VIA ELECTRONIC MAIL**
DELAWARE STATE TREASURY
ATTN: BANKRUPTCY DEPT
820 SILVER LAKE BLVD STE 100
DOVER DE 19904
STATETREASURER@STATE.DE.US

**VIA ELECTRONIC MAIL**
OFFICE OF THE ATTORNEY GENERAL OF
WASHINGTON
ATTN: STEPHEN MANNING
P. O. BOX 40100 OLYMPIA WA 98504-4010
STEPHEN.MANNING@ATG.WA.GOV

**VIA ELECTRONIC MAIL**
K&L GATES LLP
ATTN: STEVEN L. CAPONI, ESQ., MATTHEW B.
GOELLER, ESQ. 600 N. KING STREET
SUITE 901
WILMINGTON DE 19801
STEVEN.CAPONI@KLGATES.COM
MATTHEW.GOELLER@KLGATES.COM

**VIA ELECTRONIC MAIL**
CHAMBERLAINS LAW FIRM
ATTN: STIPE VULETA, LACHLAN MCBRIDE,
SEBASTIAN BRODOWSKI, SAM KEYS-ASGILL
LEVEL 12 59 GOULBURN STREET
SYDNEY, NSW 2002 AUSTRALIA
STIPE.VULETA@CHAMBERLAINS.COM.AU
LACHLAN.MCBRIDE@CHAMBERLAINS.COM.AU
SEBASTIAN.BRODOWSKI@CHAMBERLAINS.COM.A
U
SAM.KEYSASGILL@CHAMBERLAINS.COM.AU

**VIA ELECTRONIC MAIL**
STREUSAND, LANDON, OZBURN & LEMMON, LLP
ATTN: SABRINA L. STREUSAND, ANH NGUYEN
1801 S. MOPAC EXPRESSWAY SUITE 320
AUSTIN TX 78746
STREUSAND@SLOLLP.COM NGUYEN@SLOLLP.COM

**VIA ELECTRONIC MAIL**
BROWN RUDNICK LLP
ATTN: TRISTAN G. AXELROD, SHARI I. DWOSKIN,
MATTHEW A.
SAWYER
ONE FINANCIAL CENTER
BOSTON MA 02111
TAXELROD@BROWNRUDNICK.COM
SDWOSKIN@BROWNRUDNICK.COM
MSAWYER@BROWNRUDNICK.COM

**VIA ELECTRONIC MAIL**
COZEN O'CONNOR
ATTN: THOMAS J. FRANCELLA
1201 N. MARKET STREET, SUITE 1001
WILMINGTON DE 19801
TFRANCELLA@COZEN.COM

**VIA ELECTRONIC MAIL**
PACHULSKI STANG ZIEHL & JONES LLP
ATTN: TEDDY M. KAPUR, JASON H. ROSELL, COLIN
R. ROBINSON 919 N. MARKET STREET
17TH FLOOR
WILMINGTON DE 19801
TKAPUR@PSZJLAW.COM JROSELL@PSZJLAW.COM
CROBINSON@PSZJLAW.COM

**VIA ELECTRONIC MAIL**
WHITE & CASE LLP
ATTN: THOMAS E LAURIA, RICHARD S. KEBRDLE
200 SOUTH BISCAYNE BLVD., SUITE 4900
SOUTHEAST FINANCIAL CENTER
MIAMI FL 33131
TLAURIA@WHITECASE.COM
RKEBRDLE@WHITECASE.COM

**VIA ELECTRONIC MAIL**
VORYS, SATER, SEYMOUR AND PEASE LLP
ATTN: TIFFANY STRELOW COBB, ESQ. 52 EAST GAY
STREET
P.O. BOX 1008
COLUMBUS OH 43216-1008
TSCOBB@VORYS.COM

**VIA ELECTRONIC MAIL**
US ATTORNEY FOR DELAWARE
ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS 1007
ORANGE ST STE 700
P.O. BOX 2046
WILMINGTON DE 19899-2046
USADE.ECFBANKRUPTCY@USDOJ.GOV

**VIA ELECTRONIC MAIL**
U.S. DEPARTMENT OF JUSTICE
ATTN: WARD W. BENSON
P.O. BOX 227, BEN FRANKLIN STATION
WASHINGTON DC 20044
WARD.W.BENSON@USDOJ.GOV

**VIA ELECTRONIC MAIL**
HOLLAND & KNIGHT LLP
ATTN: WARREN E. GLUCK, ESQ., MARIE E. LARSEN,
ESQ., DAVID W. WIRT, JESSICA MAGEE, S DESAI
31 W. 52ND STREET
NEW YORK NY 10019
WARREN.GLUCK@HKLAW.COM
MARIE.LARSEN@HKLAW.COM
DAVID.WIRT@HKLAW.COM
JESSICA.MAGEE@HKLAW.COM
SHARDUL.DESAI@HKLAW.COM

**VIA ELECTRONIC MAIL**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: WILLIAM A. CLAREMAN, GREGORY F.
LAUFER, KENNETH S. ZIMAN
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6064
WCLAREMAN@PAULWEISS.COM
GLAUFER@PAULWEISS.COM
KZIMAN@PAULWEISS.COM

**VIA FIRST CLASS MAIL**

ENVIRONMENTAL PROTECTION AGENCY
ATTN BANKRUPTCY DIVISION
290 BROADWAY
NEW YORK NY 10007-1866

**VIA FIRST CLASS MAIL**

BECKET & LEE LLP
ATTN: SHRADDHA BHARATIA
P.O. BOX 3001
MALVERN PA 19355-0701

**VIA FIRST CLASS MAIL**

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST MAIL STOP 5-Q30.133
PHILADELPHIA PA 19104-5016

**VIA FIRST CLASS MAIL**

ENVIRONMENTAL PROTECTION AGENCY
ATTN: GENERAL COUNSEL
OFFICE OF GENERAL COUNSEL 2310A

1200 PENNSYLVANIA AVE NW, 2310A WASHINGTON
DC 20460

**VIA FIRST CLASS MAIL**

OFFICE OF THE TN ATTORNEY GENERAL,
BANKRUPTCY DIVISION
ATTN: Laura L. McCloud PO BOX 20207
NASHVILLE TN 37202-0207

**VIA FIRST CLASS MAIL**

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346

PHILADELPHIA PA 19101-7346

**VIA FIRST CLASS MAIL**

UNITED STATES OF AMERICA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
US DEPT OF JUSTICE

950 PENNSYLVANIA AVE NW WASHINGTON DC
20530-0001