# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| In re:<br>FTX Trading Ltd. (d/b/a "FTX")<br><br>Debtors | Chapter 11<br>22-11068<br><br>(Jointly Administered) |
|---|---|

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice

| Name of Transferor: | Name of Transferee: |
|---|---|
| ▮▮▮▮▮ | **Grand Teton C II, LLC** |
| Name and Current Address of Transferor: | Name and Address where notices and payments to transferee should be sent: |
| Address:<br>▮▮▮▮▮ | Address:<br>**Grand Teton C II, LLC**<br>Michael Bottjer<br><br>1509 Bent Ave.<br><br>Cheyenne, WY 82001,<br><br>claims@ftxcreditor.com |

| Claim No./Schedule | Creditor Name | Amount | Debtor |
|---|---|---|---|
| Kroll Schedule<br>221106805998384 | ▮▮▮▮▮ | Described on Schedule F | FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) |
| Debtor Schedule F No:<br>00179680 | ▮▮▮▮▮ | Described on Schedule F | FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) |

**Transfer Agreement**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Michael Bottjer*
Transferee / Transferee's Agent

Date: 8/15/2024

Transfer Agreement

## Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

Schedule F:

| 00179680 | | AAVE-PERP[0], ADA-20200925[0], ADA-PERP[0], ALGO-20200925[0], ALGO-20201225[0], ALGO-PERP[0], ALT-20200925[0], ALT-20201225[0], ALT-PERP[0], AMPL[0], AMPL-PERP[0], ATOM-20201225[0], ATOM-PERP[0], BAL-PERP[0], BCH-20200925[0], BCH-PERP[0], BNB-20200925[0], BNB-20201225[0], BNB-PERP[0], BSV-20200925[0], BSV-20201225[0], BSV-PERP[0], BTC-20201225[0], BTC-PERP[0], COMP-20201225[0], COMP-PERP[0], DEFI-20200925[0], DEFI-PERP[0], EOS-20200925[0], EOS-PERP[0], ETH-PERP[-3.30600000], EXCH-20201225[0], EXCH-PERP[0], LINK-20200925[0], LINK-PERP[0], LTC-20200925[0], LTC-PERP[0], MATIC-20200925[0], MATIC-PERP[0], MID-20200925[0], MID-20201225[0], MID-PERP[0], OKB-20201225[0], SHIT-20200925[0], SHIT-20201225[0], SHIT-PERP[0], SOL-PERP[0], SUSHI-PERP[0], TOMO-20200925[0], TOMO-20201225[0], TOMO-PERP[0], TRX-20200925[0], TRX-20201225[0], TRX-PERP[0], TRYB-PERP[0], USD[9151.79], USDT[1.39195456], XRP-20200925[0], XRP-PERP[0], XTZ-20200925[0], XTZ-20201225[0], XTZ-PERP[0] |

Transfer Agreement

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, ███████████ has unconditionally and irrevocably sold, transferred and assigned to **Grand Teton C II, LLC**, its successors and assigns, all right, title and interest in and to the claim(s) identified below, against **FTX Trading LTD et al**.

| **Schedule F Claim #:** | 00179680 |
|---|---|
| **Claim Amount:** | as detailed on Schedule F |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim.

You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.

Date: 8/15/2024

| **BUYER:** <br> **Grand Teton C II, LLC** <br> Signed by: *Michael Bottjer* <br> CA2272A6B6CB4B3... | ████████████ |
|---|---|
| Name: Michael Bottjer | Name: ████████ |
| Email: claims@ftxcreditor.com | Email: ████████ |

Transfer Agreement