# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 24030 & 24031** |

## CERTIFICATE OF SERVICE

I, JENNIFER NOBLE, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 30, 2024, I caused to be served the:

    a. "Twentieth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period From July 1, 2024 Through July 31, 2024," dated August 30, 2024 [Docket No. 24030], and

    b. "Twentieth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period From July 1, 2024 Through July 31, 2024," dated August 30, 2024 [Docket No. 24031],

by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

*s/ Jennifer Noble*<br>
Jennifer Noble

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

**EXHIBIT A**

FTX TRADING LTD., et al.
Case No. 22-11068
Electronic Service List

| Name | Email |
|---|---|
| Sullivan & Cromwell LLP | kranzleya@sullcrom.com |
| Landis Rath & Cobb LLP | landis@lrclaw.com; brown@lrclaw.com |
| Paul Hastings LLP | krishansen@paulhastings.com; erezgilad@paulhastings.com; gabesasson@paulhastings.com |
| Young Conaway Stargatt & Taylor, LLP | mlunn@ycst.com; rpoppiti@ycst.com |
| U.S. Trustee | linda.richenderfer@usdoj.gov benjamin.a.hackman@usdoj.gov jon.lipshie@usdoj.gov; david.gerardi@usdoj.gov |