IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF
### APPEARANCE OF COUNSEL FOR SUNIL KAVURI

**PLEASE TAKE NOTICE** that undersigned counsel hereby withdraw their appearance for Sunil Kavuri in the above-captioned chapter 11 cases (collectively, the "Chapter 11 Cases") in Mr. Kavuri's individual capacity and as a former named plaintiff in the multi-district litigation matter captioned *In re FTX Cryptocurrency Exchange Collapse Litigation*, Case No. 23-md-03076, pending in the U.S. District Court for the Southern District of Florida (the "MDL Action").[2]

**PLEASE TAKE FURTHER NOTICE** that the undersigned certifies that Mr. Kavuri consents to this withdrawal of appearance.

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] On September 13, 2024, a *Notice of Voluntary Dismissal of Putative Class Representative Plaintiffs Sunil Kavuri, Vitor Vozza, and Warren Winter Without Prejudice* was filed in the MDL Action removing Sunil Kavuri as a named plaintiff in the MDL Action.

4865-1407-7413.1 30239.001

| | |
|---|---|
| Dated: September 17, 2024 | GELLERT SEITZ BUSENKELL & BROWN, LLC |

*/s/ Bradley P. Lehman*
Ronald S. Gellert (DE 4259)
Bradley P. Lehman (DE 5921)
1201 N. Orange St., Ste. 300
Wilmington, Delaware 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
rgellert@gsbblaw.com
blehman@gsbblaw.com

By: */s/ David Boies*
David Boies
Alexander Boies
Brooke A. Alexander
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
dboies@bsfllp.com
aboies@bsfllp.com
balexander@bsfllp.com

*By: /s/ Adam M. Moskowitz*
Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LAW FIRM, PLLC
Continental Plaza
3250 Mary Street, Suite 202
Coconut Grove, FL 33133
Telephone: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com
service@moskowitz-law.com

*Withdrawing Counsel to Sunil Kavuri*