UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: FTX TRADING LTD., et al.
                Debtors

Chapter 11
Case No. Case No. 22-11068
(Jointly Administered)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor

**Fulcrum Credit Partners LLC**
111 Congress Avenue, Suite 2550
Austin, Texas 78701-4044
Attn: Amelia Harris
Email: fulcrumtrading@fulcruminv.com  (with copies to mhamilton@fulcruminv.com, tbennett@fulcruminv.com, and aharris@fulcruminv.com)
Tel: (512) 852-3103

Name of Transferee

**SP Multi Claims Holdings, LLC**
2 Greenwich Plaza, Suite 1
Greenwich, CT 06830
Attn: Operations
Email: 12017192157@tls.ldsprod.com -and- rbeacher@pryorcashman.com
Tel: 203-542-4441

| Debtor | Case No. | Claim Information | Claim Amount |
|---|---|---|---|
| FTX Trading Ltd. | 22-11068 | Claim Number: 76475<br>Confirmation ID: 3265-70-SZLQI-433553864 | 100% of the Claim |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By _____
Transferee / Transferee's Agent

Date: 9/17/24

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____    _____
                                                  Clerk of the Court



## EVIDENCE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE

TO: Clerk, United States Bankruptcy Court, District of Delaware

**FULCRUM CREDIT PARTNERS LLC** ("SELLER") for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of that certain Downstream Purchase, Sale and Assignment Agreement dated as of the date hereof, do hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to **SP MULTI CLAIMS HOLDINGS, LLC,** its successors and assigns ("Buyer"), all right, title and interest in and to the claim(s) of Seller identified below (the "Claim"), against FTX TRADING LTD et al., in the United States Bankruptcy Court, District of Delaware, Case No. 22-11068.

| Debtor | Case No. | Claim Information | Claim Amount |
|---|---|---|---|
| FTX Trading Ltd. | 22-11068 | Claim Number: 76475<br>Confirmation ID: 3265-70-SZLQI-433553864 | 100% of the Claim |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.

**Buyer:**

**SP MULTI CLAIMS HOLDINGS, LLC**

By: _(signature)_
Name: Jennifer Poccia
Title: Authorized Signatory
Email:
Date: 9/3/24

**Seller:**

**FULCRUM CREDIT PARTNERS LLC**

By: Matthew Hamilton (Sep 3, 2024 13:55 CDT)
Name: Matthew Hamilton
Title: Authorized Signatory
Email: mhamilton@fulcruminv.com
Date: 9/3/2024