IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>Jointly Administered |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee:**<br>Marquette Partners Holdings LLC | **Name of Transferor:**<br>REDACTED<br>(Unique Customer Code 00372912) |
|---|---|
| **Address:**<br>1 East Erie Street, Suite 525-2305<br>Chicago, IL 60611 | **Address:**<br>REDACTED (on file with Debtor) |

| **Claim/Schedule No.** | **Creditor Name** | **Amount** | **Debtor** |
|---|---|---|---|
| Claim No. 43100 | REDACTED | As described on Claim No. 43100 | FTX Trading Ltd. (Case No. 22-11068) |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Wayne Remai* (DocuSigned)        Date: September 17, 2024
Transferee/Transferee's Agent

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer of Claim to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, District of Delaware, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, REDACTED (Unique Customer Code 00372912) has unconditionally and irrevocably sold, transferred and assigned to *Marquette Partners Holdings LLC*, its successors and assigns, all right, title and interest in and to the claim(s) identified below, against FTX Trading Ltd.

| Claim/Schedule No. | Creditor Name | Amount | Debtor |
|---|---|---|---|
| Claim No. 43100 | REDACTED | As described on Claim No. 43100 | FTX Trading Ltd. (Case No. 22-11068) |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim.

You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.

Date: September 17, 2024

| BUYER: | SELLER: |
|---|---|
| DocuSigned by: Wayne Remai (906E5DAB57C145E...) | (CCC2FBEB217E41F...) |
| Marquette Partners Holdings LLC | (Unique Customer Code 00372912) |
| Name: Wayne Remai | Name: [REDACTED] |
| Email: wremai@mqplp.com | Email: [REDACTED] |

37026695.1