## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, 1<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Defective Transfer of Claim, to be served via First Class Mail and/or Email on the date and upon the Transferor and Transferee, as set forth on the Defective Transfer Service List attached hereto as **Exhibit A**.

*[Remainder of page intentionally left blank]*

---

1 The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: September 17, 2024

*/s/ Thomas Evangelista*
Thomas Evangelista


State of New York
County of New York


Subscribed and sworn (or affirmed) to me on September 17, 2024, by Thomas Evangelista, proved to me on the bases of satisfactory evidence to be the person who executed  this affidavit.


*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 6360 | Name on File<br>Address on File<br>Email Address on File | Coleman S. Maher<br>790 Pacheco Street<br>San Francisco, CA 94116 | 5/9/2024 |
| 6978 | Name on File<br>Address on File<br>Email Address on File | Opps CY Holdings, LLC<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas, 34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com | 5/9/2024 |
| 7459 | Name on File<br>Address on File<br>Email Address on File | FTX Creditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/9/2024 |
| 7646 | Name on File<br>Address on File<br>Email Address on File | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598<br>Email: tross@trcmllc.com | 5/9/2024 |
| 7654 | Name on File<br>Address on File<br>Email Address on File | CDOF IV Master Fund, L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: Jpagnam@canyonpartners.com, legal@canyonpartners.com | 5/9/2024 |
| 8323 | Name on File<br>Address on File<br>Email Address on File | CDOF IV Master Fund, L.P.<br>Attn James Pagnam and Legal<br>C/O Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11 th Floor<br>Los Angeles, CA 90067<br>Email: Jpagnam@canyonpartners.com, legal@canyonpartners.com | 5/9/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 8574 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/9/2024 |
| 8681 | Name on File<br>Address on File | Nexxus Participation Vehicle III LLC<br>Tim Babich<br>800 Miramonte Drive<br>Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 5/15/2024 |
| 8792 | Name on File<br>Address on File | Nexxus Participation Vehicle III LLC<br>Tim Babich<br>800 Miramonte Drive<br>Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 5/15/2024 |
| 8797 | Name on File<br>Address on File | Nexxus Participation Vehicle III LLC<br>Tim Babich<br>800 Miramonte Drive<br>Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 5/15/2024 |
| 8813 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Attn: General Counsel<br>800 Miramonte Drive<br>Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 5/9/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 8848 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>800 Miramonte Drive<br>Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 5/9/2024 |
| 8908 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/9/2024 |
| 8943 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/9/2024 |
| 9048 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>8000 Miramonte Drive, Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 5/9/2024 |
| 9247 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109 | 5/9/2024 |
| 9420 | Name on File | Acquisen, LLC<br>PO Box 935190<br>Dubai United Arab Emirates<br>Email: acquisen@pm.me | 5/9/2024 |
| 9424 | Name on File<br>Email Address on File | 507 Investment Fund LLC<br>Attn: Thomas Braziel<br>5 Greyhen Lane<br>Savannah, GA 31411<br>Email: tom@117partners.com | 5/9/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 9474 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/9/2024 |
| 9593 | Name on File<br>Address on File<br>Email Address on File | 117 Partners Ltd<br>Thomas Braziel<br>6.20 World Trade Center<br>6 Bayside Road<br>GX11 1AA<br>Email: tom@117partners.com | 5/9/2024 |
| 9732 | Name on File<br>Address on File<br>Email Address on File | Canyon IC Credit Master Fund, L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: Jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 5/9/2024 |
| 10481 | Name on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 5/9/2024 |
| 10485 | Name on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 5/9/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 10487 | Name on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 5/9/2024 |
| 10670 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/9/2024 |
| 10748 | Name on File<br>Address on File<br>Email Address on File | Wireless Mouse I, LLC<br>Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704<br>Email: contact@transformerlabs.xyz | 5/9/2024 |
| 10891-1 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/9/2024 |
| 10892-2 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/9/2024 |
| 10892-5 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/9/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 10931 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/9/2024 |
| 11003 | Not Provided by Transferee | Opps CY Holdings, LLC<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Email:<br>cmclafferty@oaktreecapital.com | 5/9/2024 |
| 11016 | Name on File<br>Address on File<br>Email Address on File | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598<br>Email: tross@trcmllc.com | 5/9/2024 |
| 11049 | Name on File<br>Address on File<br>Email Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway<br>Suite 906<br>New York, NY 10018<br>Email: vjel@cherokeeacq.com | 5/9/2024 |
| 11168 | Not Provided by Transferee | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 5/9/2024 |
| 11184 | Name on File<br>Address on File | Ceratosaurus Investors, LLC<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | 5/9/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|------------|------------|-----------------|
| 11188 | Not Provided by Transferee | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 5/9/2024 |
| 11192 | Not Provided by Transferee | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 5/9/2024 |
| 11204 | Not Provided by Transferee | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 5/9/2024 |
| 11205 | Not Provided by Transferee | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 5/9/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 11308 | Not Provided by Transferee | Opps CY Holdings, LLC<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas, 34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com | 5/9/2024 |
| 11310 | Not Provided by Transferee | Opps CY Holdings, LLC<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas, 34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com | 5/9/2024 |
| 11493 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 5/9/2024 |
| 11551 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/9/2024 |
| 11554 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/9/2024 |
| 11570 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/9/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 11580 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/9/2024 |
| 11593 | Name on File<br>Address on File<br>Email Address on File | Opps CY Holdings, LLC<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Email:<br>cmclafferty@oaktreecapital.com | 5/9/2024 |
| 11605 | Name on File | Ceratosaurus Investors, LLC<br>Attn: Michael Linn<br>One Maritime Plaza<br>Suite 2100<br>San Francisco, CA 94111<br>Email: mlinn@farcap.com | 5/9/2024 |
| 11609 | Not Provided by Transferee | Canyon Balanced Master Fund, Ltd.<br>Attn: James Pagnam; Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: Jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 5/9/2024 |
| 11613 | Name on File<br>Address on File<br>Email Address on File | Canyon-ASP Fund, LP<br>c/o Canyon Capital Advisors LLC<br>Attn: James Pagnam and Legal<br>2000 Avenue of the Stars, Floor 11<br>Los Angeles, CA 90067<br>Email: Jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 5/9/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 11614 | Name on File<br>Address on File<br>Email Address on File | Canyon ESG Master Fund, L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, Floor 11<br>Los Angeles, CA 90067<br>Email: Jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 5/9/2024 |
| 11615 | Name on File<br>Address on File<br>Email Address on File | Canyon IC Credit Master Fund L.P<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, Floor 11<br>Los Angeles, CA 90067<br>Email: Jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 5/9/2024 |
| 11616 | Name on File<br>Address on File<br>Email Address on File | Canyon Value Realization Fund, L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, Floor 11<br>Los Angeles, CA 90067<br>Email: Jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 5/9/2024 |
| 11618 | Name on File<br>Address on File<br>Email Address on File | The Canyon Value Realization Master<br>Fund, L.P<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, Floor 11<br>Los Angeles, CA 90067<br>Email: Jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 5/9/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 11676 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 5/9/2024 |
| 11694 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne,, WY 82001<br>Email: claims@ftxcreditor.com | 5/9/2024 |
| 11751 | Name on File<br>Address on File<br>Email Address on File | The Canyon Value Realization Master Fund, L.P.<br>Attn: James Pagnam; Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: Jpagnam@canyonpartners.com, legal@canyonpartners.com | 5/9/2024 |
| 11752 | Name on File<br>Address on File<br>Email Address on File | Canyon-ASP Fund, L.P.<br>Attn: James Pagnam; Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: Jpagnam@canyonpartners.com, legal@canyonpartners.com | 5/9/2024 |
| 11753 | Name on File<br>Address on File<br>Email Address on File | Canyon Value Realization Fund, L.P.<br>Attn: James Pagnam; Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: Jpagnam@canyonpartners.com, legal@canyonpartners.com | 5/9/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|-----------|-----------|-----------------|
| 11754 | Name on File<br>Address on File<br>Email Address on File | Canyon Distressed TX (A) LLC<br>Attn: James Pagnam; Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: Jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 5/9/2024 |
| 11765 | Not Provided by Transferee | 117 Partners LLC<br>Attn: Thomas Braziel<br>5 Greyhen Ln<br>Savannah, GA 31411<br>Email: tom@117partners.com | 5/9/2024 |
| 11766 | Not Provided by Transferee | 117 Partners LLC<br>Attn: Thomas Braziel<br>5 Greyhen Ln<br>Savannah, GA 31411<br>Email: tom@117partners.com | 5/9/2024 |
| 11767 | Not Provided by Transferee | 117 Partners LLC<br>Attn: Thomas Braziel<br>5 Greyhen Ln<br>Savannah, GA 31411<br>Email: tom@117partners.com | 5/9/2024 |
| 11768 | Not Provided by Transferee | 117 Partners LLC<br>Attn: Thomas Braziel<br>5 Greyhen Ln<br>Savannah, GA 31411<br>Email: tom@117partners.com | 5/9/2024 |
| 11796 | Name on File<br>Address on File<br>Email Address on File | Canyon ESG Master Fund, L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: Jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 5/9/2024 |

In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (JTD)

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 11798 | Name on File<br>Address on File<br>Email Address on File | CDOF IV Master Fund, L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: Jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 5/9/2024 |
| 11813 | Not Provided by Transferee | Pheonix TF, LLC<br>Attn: General Counsel<br>418 Broadway Ste R<br>Albany, NY 12207<br>Email:<br>customerservice@pheonixtf.co.uk | 5/9/2024 |
| 11814 | Not Provided by Transferee | Pheonix TF, LLC<br>Attn: General Counsel<br>418 Broadway Ste R<br>Albany, NY 12207<br>Email:<br>customerservices@pheonixf.co.uk | 5/9/2024 |
| 11829 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/9/2024 |
| 11843 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/9/2024 |
| 11845 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/9/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 11873 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/9/2024 |
| 11899 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/9/2024 |
| 11905 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/9/2024 |
| 11943 | Name on File | Ceratosaurus Investors, L.L.C.<br>Attn: Michael Linn<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com | 5/9/2024 |
| 11951 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/9/2024 |
| 11952 | Name on File | Oaktree-Copley Investments, LLC<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com | 5/9/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 11953 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/9/2024 |
| 11986 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/9/2024 |
| 11987 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/22/2024 |
| 12002 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/9/2024 |
| 12026 | Name on File<br>Address on File<br>Email Address on File | DCP Master Investments XV LLC<br>Attn: General Counsel<br>55 Hudson Yards<br>Suite 29B<br>New York, NY 10001<br>Email: skim@diametercap.com | 5/9/2024 |
| 12027 | Name on File<br>Address on File<br>Email Address on File | Hudson Bay Claim Fund LLC<br>Attn: Matthew Weinstein / Chad Flick<br>c/o Hudson Bay Capital Management LP<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830<br>Email: mweinstein@hudsonbaycapital.com, cflick@hudsonbaycapital.com | 5/9/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 12034 | Name on File<br>Address on File<br>Email Address on File | Svalbard Holdings Limited<br>Attn: Steve Gillies<br>c/o Attestor Limited<br>7 Seymour Street<br>London W1H 7JW United Kingdom<br>Email:<br>settlements@attestorcapital.com | 5/9/2024 |
| 12038 | Name on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 5/9/2024 |
| 12041 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 5/9/2024 |
| 12043 | Name on File<br>Address on File<br>Email Address on File | 117 Partners Ltd<br>Attn: Thomas Braziel<br>6.20 World Trade Center<br>6 Bayside Road<br>Gibraltar GX11 1AA Gibraltar | 5/9/2024 |
| 12046 | Name on File<br>Address on File<br>Email Address on File | 117 Partners Ltd<br>Thomas Braziel<br>6.20 World Trade Center<br>6 Bayside Road<br>Gibraltar GX11 1AA Gibraltar<br>Email: tom@117partners.com | 5/9/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|------------|------------|-----------------|
| 12077 | Name on File<br>Address on File<br>Email Address on File | Canyon Balanced Master Fund, Ltd.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: legal@canyonpartners.com,<br>Jpagnam@canyonpartners.com | 5/22/2024 |
| 12186 | Name on File<br>Address on File<br>Email Address on File | Canyon-ASP Fund, L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: legal@canyonpartners.com,<br>Jpagnam@canyonpartners.com | 5/30/2024 |
| 12204 | Name on File<br>Address on File<br>Email Address on File | Canyon IC Credit Master Fund L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: legal@canyonpartners.com,<br>Jpagnam@canyonpartners.com | 5/30/2024 |
| 12206 | Name on File<br>Address on File<br>Email Address on File | Canyon ESG Master Fund, L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: legal@canyonpartners.com,<br>Jpagnam@canyonpartners.com | 5/30/2024 |
| 12228 | Name on File<br>Address on File | FTXCREDITOR, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/15/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 12269 | Name on File<br>Address on File<br>Email Address on File | Svalbard Holdings Limited<br>Attn: Steve Gillies<br>c/o Attestor Limited<br>7 Seymour Street<br>London W1H 7JW United Kingdom<br>Email:<br>settlements@attestorcapital.com | 5/9/2024 |
| 12270 | Name on File<br>Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/15/2024 |
| 12300 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/9/2024 |
| 12307 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/9/2024 |
| 12481 | Name on File<br>Address on File<br>Email Address on File | Azure Distressed Opportunities Corporation<br>Attn: Ngeow Wu Tien<br>4th Floor, Harbour Place<br>103 South Church Street<br>Grand Cayman KY1-1002 Cayman Islands<br>Email: adoc_legal@aztide.com | 5/9/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 12484 | Name on File<br>Address on File<br>Email Address on File | Azure Distressed Opportunities Corporation<br>Attn: Ngeow Wu Tien<br>4th Floor, Harbour Place<br>103 South Church Street<br>Grand Cayman KY1-1002 Cayman Islands<br>Email: adoc_legal@aztide.com | 5/9/2024 |
| 12487 | Name on File<br>Address on File<br>Email Address on File | Azure Distressed Opportunities Corporation<br>Attn: Ngeow Wu Tien<br>4th Floor, Harbour Place<br>103 South Church Street<br>Grand Cayman KY1-1002 Cayman Islands<br>Email: adoc_legal@aztide.com | 5/9/2024 |
| 12534 | Name on File<br>Address on File | FTXCREDITOR, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/15/2024 |
| 12543 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/9/2024 |
| 12597 | Name on File | Nexxus Participation Vehicle III<br>Attn: Tim Babich<br>c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 5/9/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 12630 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/9/2024 |
| 12676 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 5/9/2024 |
| 12678 | Name on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara,, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 5/9/2024 |
| 12697 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors, L.L.C<br>Attn: Michael Linn<br>c/o Farallon Capital Management, L.L.C<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: mlinn@FarallonCapital.com | 5/9/2024 |
| 12707 | Name on File<br>Address on File<br>Email Address on File | Hudson Bay Claim Fund LLC<br>Attn: Matthew Weinstein / Chad Flick<br>c/o Hudson Bay Capital Management LP<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830<br>Email: mweinstein@hudsonbaycapital.com, cflick@hudsonbaycapital.com | 5/9/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 12708 | Name on File<br>Address on File<br>Email Address on File | Hudson Bay Claim Fund LLC<br>Attn: Matthew Weinstein / Chad Flick<br>c/o Hudson Bay Capital Management LP<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830<br>Email:<br>mweinstein@hudsonbaycapital.com,<br>cflick@hudsonbaycapital.com | 5/9/2024 |
| 12754 | Name on File<br>Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/15/2024 |
| 12775 | Name on File<br>Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/15/2024 |
| 12788 | Name on File<br>Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 5/15/2024 |
| 12800 | Name on File | Opps CY Holdings, LLC<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Email:<br>cmclafferty@oaktreecapital.com | 5/15/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|-----------|-----------|-----------------|
| 12805 | Name on File<br>Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 5/15/2024 |
| 12811 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 5/22/2024 |
| 12826 | Name on File<br>Email Address on File | Hudson Bay Claim Fund LLC<br>Attn: Matthew Weinstein and Chad Flick<br>c/o Hudson Bay Capital Management LP<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830<br>Email: mweinstein@hudsonbaycapital.com, cflick@hudsonbaycapital.com | 5/9/2024 |
| 12861 | Name on File<br>Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/15/2024 |
| 12978 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/22/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 12980 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/9/2024 |
| 13121 | Name on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway<br>Suite 906<br>New York, NY 10018<br>Email: vjel@cherokeeacq.com | 5/15/2024 |
| 13131 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors, L.L.C.<br>Attn: Michael Linn<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com | 5/22/2024 |
| 13146 | Name on File<br>Address on File | Grand Teton C I, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/15/2024 |
| 13150 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/30/2024 |
| 13204 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/22/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 13216 | Name on File<br>Address on File | FTXCreditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/15/2024 |
| 13291 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/22/2024 |
| 13307 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/22/2024 |
| 13312 | Name on File<br>Address on File | FTXCreditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/15/2024 |
| 13363 | Name on File | 117 Partners LLC<br>Attention: Thomas Braziel, Bruce Tan<br>6.20 World Trade Center<br>6 Bayside Road<br>Gibraltar, GX11 1AA Gibraltar<br>Email: tom@117partners.com,<br>bruce@117partners.com | 5/30/2024 |
| 13406 | Name on File<br>Address on File | FTX CREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/15/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 13413 | Name on File<br>Address on File | FTXCreditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/15/2024 |
| 13416 | Name on File<br>Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/15/2024 |
| 13418 | Name on File<br>Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/15/2024 |
| 13419 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Lingstong Sun<br>2120 University Avenue, #607<br>Berkeley, CA 94704<br>Email: contact@transformerlabs.xyz | 5/15/2024 |
| 13420 | Name on File<br>Address on File | Wireless Mouse I, LLC<br>Lingstong Sun<br>2120 University Avenue, #607<br>Berkeley, CA 94704<br>Email: contact@transformerlabs.xyz | 5/15/2024 |
| 13425 | Name on File<br>Address on File | FTX Creditor, LLC<br>Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: contact@transformerlabs.xyz | 5/15/2024 |
| 13426 | Name on File<br>Address on File | FTXCreditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: contact@transformerlabs.xyz | 5/15/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 13529 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/22/2024 |
| 13572 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 5/22/2024 |
| 13578 | Name on File<br>Address on File<br>Email Address on File | FTX CREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/22/2024 |
| 13589 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/22/2024 |
| 13606 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/22/2024 |
| 13630 | Name on File<br>Address on File | FTX CREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/15/2024 |
| 13639 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/22/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 13642 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/22/2024 |
| 13645 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/22/2024 |
| 13747 | Name on File<br>Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/15/2024 |
| 13751 | Name on File<br>Address on File | FTX Creditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/15/2024 |
| 13757 | Name on File<br>Address on File<br>Email Address on File | FTX Creditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: contact@transformerlabs.xyz | 5/22/2024 |
| 13763 | Name on File<br>Address on File<br>Email Address on File | Canyon ESG Master Fund, L.P.<br>Attn: James Pagnam<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 5/30/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 13764 | Name on File<br>Address on File<br>Email Address on File | CDOF IV Master Fund, L.P.<br>Attn: James Pagnam<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 5/30/2024 |
| 13765 | Name on File<br>Address on File<br>Email Address on File | CDOF IV Master Fund, L.P.<br>Attn: James Pagnam<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 5/30/2024 |
| 13769 | Name on File<br>Address on File<br>Email Address on File | Canyon Distressed TX (A) LLC<br>Attn: James Pagnam<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 5/30/2024 |
| 13777 | Name on File<br>Address on File<br>Email Address on File | Canyon Value Realization Fund, L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: legal@canyonpartners.com,<br>Jpagnam@canyonpartners.com | 5/22/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 13781 | Name on File<br>Address on File<br>Email Address on File | The Canyon Value Realization Master Fund, L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: legal@canyonpartners.com,<br>Jpagnam@canyonpartners.com | 5/22/2024 |
| 13795 | Name on File<br>Address on File | FTX Creditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/15/2024 |
| 13810 | Name on File<br>Address on File<br>Email Address on File | FTX Claims SPV LLC<br>Anh Le<br>475 Sansome St<br>Suite 730<br>San Francisco, CA 94111<br>Email: ftx@spvtrading.com | 5/22/2024 |
| 13865 | Name on File<br>Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/15/2024 |
| 13868 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/30/2024 |
| 13875 | Name on File<br>Address on File<br>Email Address on File | FTX CREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/30/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 13879 | Name on File<br>Address on File | FTX CREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/15/2024 |
| 13884 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/22/2024 |
| 13888 | Name on File<br>Address on File<br>Email Address on File | FTX CREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/30/2024 |
| 13893 | Name on File<br>Address on File<br>Email Address on File | FTX CREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/30/2024 |
| 13895 | Name on File<br>Address on File<br>Email Address on File | FTX CREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/30/2024 |
| 14062 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 5/22/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 14162 | Name on File | Hudson Bay Claim Fund LLC<br>Attention: Matthew Weinstein and Chad Flick<br>c/o Hudson Bay Capital Management LP<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830<br>Email: cflick@hudsonbaycapital.com, mweinstein@hudsonbaycapital.com | 5/22/2024 |
| 14163 | Name on File | Hudson Bay Claim Fund LLC<br>Attn: Matthew Weinstein and Chad Flick<br>c/o Hudson Bay Capital Management LP<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830<br>Email: cflick@hudsonbaycapital.com, mweinstein@hudsonbaycapital.com | 5/22/2024 |
| 14169 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 5/30/2024 |
| 14211 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/30/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 14306 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/22/2024 |
| 14372 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/30/2024 |
| 14374 | Name on File<br>Address on File<br>Email Address on File | Hudson Bay Claim Fund LLC<br>Attention: Matthew Weinstein and Chad Flick<br>c/o Hudson Bay Capital Management LP<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830<br>Email: mweinstein@hudsonbaycapital.com, cflick@hudsonbaycapital.com | 5/30/2024 |
| 14376 | Name on File<br>Address on File | Livello Capital Special Opportunities Master Fund LP<br>Attn: General Counsel<br>104 W. 40th Street<br>19th Floor<br>New York, NY 10010 | 5/22/2024 |
| 14465 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/30/2024 |
| 14472 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/30/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 14484 | Name on File<br>Address on File<br>Email Address on File | Claim Nexus C I, LLC<br>Attn: Louis d'Origny<br>245 Michigan Avenue<br>Miami, FL 33139<br>Email: louis@arceaucapital.com | 5/22/2024 |
| 14486 | Name on File<br>Address on File<br>Email Address on File | Claim Nexus C I, LLC<br>Attn: Louis d'Origny<br>245 Michigan Avenue<br>Miami, FL 33139<br>Email: louis@arceaucapital.com | 5/22/2024 |
| 14509 | Name on File<br>Address on File<br>Email Address on File | Fulcrum Credit Partners LLC<br>Attn: Amelia Harris<br>111 Congress Avenue<br>Suite 2550<br>Austin, TX 78701-4044<br>Email:<br>fulcrumtrading@fulcruminv.com,<br>mhamilton@fulcruminv.com | 5/30/2024 |
| 14527 | Name on File<br>Address on File<br>Email Address on File | Fulcrum Credit Partners LLC<br>Attn: Amelia Harris<br>111 Congress Avenue<br>Suite 2550<br>Austin, TX 78701-4044<br>Email:<br>fulcrumtrading@fulcruminv.com,<br>mhamilton@fulcruminv.com | 5/30/2024 |
| 14528 | Name on File<br>Address on File<br>Email Address on File | Livello Capital Special Opportunities<br>Master Fund LP<br>Attn: Joseph Salegna<br>c/o Livello Capital Management LP<br>104 West 40th Street 19th Floor<br>New York, NY 10018<br>Email: jsalegna@livellocap.com | 5/30/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 14529 | Name on File<br>Address on File<br>Email Address on File | Livello Capital Special Opportunities Master Fund LP<br>Attn; Joseph Salegna<br>c/o Livello Capital Management LP<br>104 W 40th Street 19th FL<br>New York, NY 10018<br>Email: jsalegn@livellocap.com | 5/30/2024 |
| 14544 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/30/2024 |
| 14567 | Name on File<br>Address on File<br>Email Address on File | FC Cayman A, L.L.C.<br>Attn: Joseph G. Minias, Esq<br>c/o Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Email: jminias@willkie.com | 5/22/2024 |
| 14634 | Name on File<br>Address on File<br>Email Address on File | FTX Creditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/30/2024 |
| 14674 | Name on File<br>Address on File<br>Email Address on File | Opps CY Holdings, LLC<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com | 5/30/2024 |
| 14680 | Name on File | Oaktree-Copley Investments, LLC<br>Attention: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com | 5/30/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 14852 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/30/2024 |
| 14857 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/30/2024 |
| 14888 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/30/2024 |
| 14897 | Name on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 5/30/2024 |
| 14898 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/30/2024 |
| 14915 | Name on File<br>Address on File<br>Email Address on File | FTX CREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/30/2024 |
| 14975 | Name on File<br>Address on File<br>Email Address on File | FTX CREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/30/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 14984 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/30/2024 |
| 14991 | Name on File<br>Address on File<br>Email Address on File | Wireless Mouse I, LLC<br>Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704<br>Email: contact@transformerlabs.xyz | 5/30/2024 |
| 14996 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/30/2024 |
| 14997 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 5/30/2024 |