# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Defective Transfer of Claim, to be served via First Class Mail and/or Email on the date and upon the Transferor and Transferee, as set forth on the Defective Transfer Service List attached hereto as **Exhibit A**.

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: September 18, 2024

*/s/ Thomas Evangelista*
Thomas Evangelista

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 18, 2024, by Thomas Evangelista, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 11813 | Name on File<br>Address on File<br>Email Address on File | Pheonix TF, LLC<br>Attn: Jonathan Forsgren<br>418 Broadway Ste R<br>Albany, NY 12207<br>Email: customerservice@pheonixtf.co.uk | Transferee Email: 7/8/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 15511 | Name on File<br>Email Address on File | Oaktree-Copley Investments, LLC<br>Attention: Colin McLafferty<br>1301 Avenue of the Americas, 34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com | Transferee Email: 7/8/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 16364 | Name on File<br>Address on File<br>Email Address on File | CDOF IV Master Fund, L.P.<br>Attn: James Pagnam<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com, legal@canyonpartners.com | Transferee Email: 6/24/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 16862 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | Transferee Email: 6/24/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 17201 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | Transferee Email: 6/24/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 17242 | Name on File | DCP Master Investments XV LLC<br>Attn: Shailini Rao<br>c/o Diameter Capital Partners, LP<br>55 Hudson Yards, Suite 29B<br>New York, NY 10001<br>Email: srao@diametercap.com | Transferee Email: 6/24/24<br>First Class Mail: 7/8/24 |
| 17247 | Name on File | DCP Master Investments XV LLC<br>Attn: Shailini Rao<br>c/o Diameter Capital Partners, LP<br>55 Hudson Yards, Suite 29B<br>New York, NY 10001<br>Email: srao@diametercap.com | Transferee Email: 6/24/24<br>First Class Mail: 7/8/24 |
| 17332 | Name on File<br>Address on File<br>Email Address on File | Fire Bouvardia, LLC<br>Attention: Timothy Lin<br>c/o Crowell & Moring LLP<br>389 9th Ave, 44th Floor<br>New York, NY 10001<br>Email: tlin@crowell.com,<br>ftx@kingstreet.com | Transferee Email: 6/24/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 17392 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | Transferee Email: 6/24/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 17396 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | Transferee Email: 6/24/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 17409 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | Transferee Email: 6/24/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 17420 | Name on File<br>Address on File<br>Email Address on File | KIA II LLC<br>Attn: Daniel J. Weiner<br>c/o Wexford Capital LP<br>777 West Putnam Ave., First Floor<br>Greenwich, CT 06830<br>Email: legal@wexford.com | Transferee Email: 7/8/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 17584 | Name on File<br>Address on File<br>Email Address on File | Canyon-ASP Fund, LP<br>Attn: James Pagnam<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email:<br>jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | Transferee Email: 6/24/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 17585 | Name on File<br>Address on File<br>Email Address on File | Canyon Balanced Master Fund, Ltd.<br>Attn: James Pagnam<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email:<br>jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | Transferee Email: 6/24/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 17586 | Name on File<br>Address on File<br>Email Address on File | Canyon ESG Master Fund, LP<br>Attn: James Pagnam<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email:<br>jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | Transferee Email: 6/24/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 17587 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | Transferee Email: 7/8/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 17590 | Name on File<br>Address on File<br>Email Address on File | Canyon Value Realization Fund, L.P.<br>Attn: James Pagnam<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email:<br>jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | Transferee Email: 6/24/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 17592 | Name on File<br>Address on File<br>Email Address on File | The Canyon Value Realization Master Fund, LP<br>Attn: James Pagnam<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email:<br>jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | Transferee Email: 6/24/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 17605 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | Transferee Email: 7/8/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 17676 | Name on File<br>Address on File<br>Email Address on File | FTX CLAIMS SPV LLC<br>Attn: Anh Le<br>475 Sansome St<br>Suite 730<br>San Francisco, CA 94111<br>Email: ftx@spvtrading.com | Transferee Email: 7/8/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 17700 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | Transferee Email: 6/24/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 17704 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | Transferee Email: 6/24/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 17797 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | Transferee Email: 7/8/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 17814 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | Transferee Email: 6/24/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 17820 | Name on File<br>Address on File<br>Email Address on File | CDOF IV Master Fund , L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars 11th Floor<br>Los Angeles, CA 90067<br>Email: legal@canyonpartners.com | Transferee Email: 7/8/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 17822 | Name on File<br>Address on File<br>Email Address on File | CDOF IV Master Fund , L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars 11th Floor<br>Los Angeles, CA 90067<br>Email: legal@canyonpartners.com | Transferee Email: 7/8/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 17838 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | Transferee Email: 7/8/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 17847 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | Transferee Email: 7/8/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 17879 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | Transferee Email: 7/8/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 17903 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | Transferee Email: 7/8/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 18039 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | Transferee Email: 7/8/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 18048 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | Transferee Email: 7/8/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 18175 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | Transferee Email: 7/8/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 18195 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | Transferee Email: 7/8/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 18358 | Name on File<br>Address on File<br>Email Address on File | Wireless Mouse I, LLC<br>Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704<br>Email: contact@transformerlabs.xyz | Transferee Email: 7/8/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 18359 | Name on File<br>Address on File<br>Email Address on File | Wireless Mouse I, LLC<br>Lingtong Sun<br>2120 University Avenue<br>Berkeley, CA 94704<br>Email: contact@transformerlabs.xyz | Transferee Email: 7/8/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 18636 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | Transferee Email: 7/8/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 18705 | Name on File<br>Address on File<br>Email Address on File | CDOF IV Master Fund, L.P.<br>Attn: James Pagnam<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067<br>Email: pagnam@canyonpartners.com,<br>legal@canyonpartners.com | Transferee Email: 7/8/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 18706 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | Transferee Email: 7/8/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 18721 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | Transferee Email: 7/8/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 18732 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | Transferee Email: 7/8/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 18979 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | Transferee Email: 7/8/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 18987 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | Transferee Email: 7/8/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 18993 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | Transferee Email: 7/8/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |
| 19004 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | Transferee Email: 7/8/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 19015 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | Transferee Email: 7/8/24<br>Transferor Email: 7/8/24<br>First Class Mail: 7/8/24 |