# **<u>Schedule 1</u>**

***363 Sale Parties***
- 7percent Ventures II
- Alliance Labs
- Alpha Square
- Anysphere
- Arceau Capital
- Athos Capital
- Atomic Vaults
- Augment Collective
- Bitflyer USA Inc
- Caisse de dépôt et placement du Québec (CDPQ)
- Children's Healthcare of Atlanta
- Coins PH
- Collab Fund (LTSE)
- Craig Falls
- CVC Capital Partners
- Demvest Equities
- Dominet
- EquiLibre Technologies
- Ethereal Ventures
- Fidelity Management & Research
- Figure Group
- Fund FG-AGV, a Series of Forge Investments LLC
- Fund FG-BLU, a Series of Forge Investments LLC
- FYI.FYI
- Georgian + Northleaf + IVP + Parkwood + Flossbach
- Goanna Capital
- Golden Arc
- GVH Venture
- Hiive
- HOF Capital
- ID Funds
- Industry Ventures
- Jane Street
- Jared Perlin Revocable Trust
- K16 Ventures
- Keygen Labs
- Lennertz & Co.
- Liberty Mutual
- Lux Ventures
- Manhattan West
- Market One Capital
- Mubadala
- Omidyar Network Fund
- Ouroboros
- Picton Mahoney Asset Management
- Pixel Curators
- QW Ventures
- Race Capital
- Raffles Fund
- Richard Falk-Wallace
- Rockaway X
- Stacey Perlin Labell Revocable Trust
- Telesoft
- The Ford Foundation
- The Nathan Cummings Foundation
- The Venture Collective
- TrekLabs
- TrueBridge
- Twenty-Second Century Dora Technology Holdings
- Type One Ventures
- WH Investment Partners
- X-Margin

***Banks/Lender/UCC Lien Parties/Administrative Agents***
- First Bank & Trust
- Key Bank
- MVB Bank
- PNC Bank
- Truist Bank
- US Bank

***Claims Trader***
- 117 Partners LLC
- 117 Partners Ltd
- 507 Investment Fund LLC
- 8 Golden Fish Investments Ltd
- Advanced Legal P.C.
- Arceau 507 II LLC
- Arceau X LLC
- ATLS 5, Ltd.
- Azure Distressed Opportunities Corporation
- Azure Tide Holdings Pte Ltd
- BC Racing, LLC
- Ben Van Hool
- BFCP IV LLC
- Blockforce Capital Vesper DeFi Growth Fund
- Blue Basin Ventures LLC
- Blue Square Group Limited
- Bluefin Energy, LLC
- Boway Holdings, LLC
- Bradford Capital Holdings, LP
- Canyon Balanced Master Fund, Ltd
- Canyon Distresed Opportunity Master Fund III, L.P.
- Canyon Distressed TX (A) LLC
- Canyon Distressed TX (B) LLC
- Canyon ESG Master Fund, L.P.
- Canyon IC Credit Master Fund L.P.
- Canyon NZ-DOF Investing, L.P.
- Canyon Value Realization Fund, L.P.
- Canyon-ASP Fund, L.P.
- CDOF IV Master Fund L.P.
- Ceratosaurus Investors LLC
- Cherokee Debt Acquisition, LLC
- Chingari Holdings LTD
- Chua Soon Guan
- Circle US Holdings, LLC
- Contrarian Funds, LLC
- CRCM Institutional Master Fund (BVI), Ltd
- David Edwards

DCP Master Investments XIV LLC
Diamond Family Investments LLC
DRQC LLC
EFRA Ditgital Assets Inc
FC Cayman A, LLC
Federico Natali
Fire Bourvardia, LLC
FTX Bidco LLC
FTX Claims SPV LLC
FTX Creditor, LLC
FTX1 SPV Ltd
FTXCREDITOR, LLC
Fulcrum Credit Partners LLC
Goldman Sachs Lending Partners LLC
Grand Teton C I, LLC
GWEI Assets Limited
Hain Capital Investors Master Fund, LTD
HBK Master Fund L.P.
Hudson Bay Claim Fund LLC
HXRO Foundation
J Digital 6 Cayman Ltd.
Jared Lewthwaite
Jonathan Accelnorm
Kingdon Capital Ventures VII, LLC
Kratos Studio Limited
Lavanda Sands, LLC
Livello Capital Special Opportunites Master Fund LP
Maps Vault Limited
Mempool Flying Club Ltd
Nexxus Participation Vehicle III LLC
Northway Housing, LLC
Oaktree Opportunities Fund XI Holdings (Cayman), L.P.
Oaktree Phoenix Investment Fund, L.P.
Oaktree Value Opportunities Fund Holdings, L.P.
Oaktree-Copley Investments, LLC
Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP
Omar Kurdi
Opps CY Holdings, LLC
Oroboros FTX I, LLC
Park Walk Credit Partners LLC
Paxtibi LLP
Phantasm Trading LLC
Philadelphia Indemnity Insurance Company
Philip Bonello
Phoenix Digital LLC
PHOENIX TF, LLC
PNGME
Red River Digital Trading LLC
Safe Eagle Holding Limited
Seaport Loan Products LLC
Sheridan Investment Holdings LLC
SHZ Aviation LLC
SP Multi Claims Holdings, LLC

SPCP Group, LLC
SPCP Institutional Group, LLC
Svalbard Holdings Limited
Terrapin International Foundation
The Canyon Value Realization Master Fund, L.P.
Third Web Capital Management, LLC
Tower Square Capital Limited
TRC Master Fund LLC
Treschow-Fritzoe AS
Trup Recovery LLC
TURNER'S PLACE LLC
Uluwatu Research LLC
VegaX Holdings, Inc.
White Star Capital International Limited
Wireless Mouse I, LLC
Yudu Pang

***Known Affiliates - JV***
Cottonwood Management Company Limited
Dappbase Pty Ltd
Dappbase Ventures Limited
FTX Ventures Bahamas Limited
LP Digital Asset Opportunities Fund Successor, LLC
MPC Technologies Pte Ltd
PT Triniti Investama Berkat

***Ordinary Course Professionals***
Analysis Group
Anthony Waddy Astaphan
Baker & Hostetler LLP
Brookmane LLC
David Allison KC
Peter Burgess