# **Schedule 2**

| Name of Entity Searched | Relationship to Debtors | Name of Entity and/or Affiliate of Entity that is Client | Quinn Emanuel Relationship |
|---|---|---|---|
| Bluefin Energy, LLC | Investments / Acquisition | Bluefin Capital Management | Current Client |
| Caisse de dépôt et placement du Québec (CDPQ) | 363 Sale Parties | Caisse de dépôt et placement du Québec (CDPQ) | Current Client |
| Collab Fund (LTSE) | 363 Sale Parties | Collab Fund (LTSE) aka Collaborative Fund Management LLC | Former Client |
| CVC Capital Partners | 363 Sale Parties | CVC Credit Partners Europe | Former Client |
| David Edwards | Claims Trader | David Edwards (if related) | Former Client |
| Fidelity Management & Research | 363 Sale Parties | Fidelity Management & Research | Current Client |
| Figure Group | 363 Sale Parties | Figure AI Inc. | Current Client |
| Georgian + Northleaf + IVP + Parkwood + Flossbach | 363 Sale Parties | Georgian Bank | Current Client |
| | | Northleaf Capital Partners | Current Client |
| Hain Capital Investors Master Fund, LTD | Claims Trader | Hain Capital Investors Master Fund, LTD | Former Client |
| HBK Master Fund L.P. | Claims Trader | HBK Master Fund L.P. | Current Client |
| Hudson Bay Claim Fund LLC | Claims Trader | Hudson Bay Capital | Current Client |
| Jane Street | 363 Sale Parties | Jane Street | Current Client |
| K5 Global | Investments / Acquisition | K5 Global | Current Client |
| Key Bank | Banks/ Lenders/ UCC Lien Parties/ Administrative Agents | Key Bank | Former Client |
| Kingdon Capital Ventures VII, LLC | Claims Trader | Kingdon Capital Ventures VII, LLC | Former Client |
| Liberty Mutual | 363 Sale Parties | Liberty Mutual | Former Client |
| Lux Ventures | 363 Sale Parties | Lux Capital | Former Client |
| MPC Technologies Pte Ltd | Known Affiliates - JV | MPC Technologies Pte Ltd | Current Client |
| Mubadala | 363 Sale Parties | Mubadala | Current Client |
| Oaktree-Copley Investments, LLC | Claims Trader | Oaktree Capital Management | Current Client |

| Name of Entity Searched | Relationship to Debtors | Name of Entity and/or Affiliate of Entity that is Client | Quinn Emanuel Relationship |
|---|---|---|---|
| Oaktree Opportunities Fund XI Holdings (Cayman), L.P. | Claims Trader | Oaktree Capital Management | Current Client |
| Oaktree Phoenix Investment Fund, L.P. | Claims Trader | Oaktree Capital Management | Current Client |
| Oaktree Value Opportunities Fund Holdings, L.P. | Claims Trader | Oaktree Capital Management | Current Client |
| Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP | Claims Trader | Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP | Former Client |
| Omidyar Network Fund | 363 Sale Parties | Pierre Omidyar | Former Client |
| Picton Mahoney Asset Management | 363 Sale Parties | Picton Mahoney Asset Management | Former Client |
| Sheridan Investment Holdings LLC | Claims Trader | Sheridan Investment Holdings LLC | Former Client |
| SPCP Group, LLC | Claims Trader | SPCP Group, LLC | Former Client |
| SPCP Institutional Group, LLC | Claims Trader | SPCP Group, LLC | Former Client |
| US Bank | Banks/ Lenders/ UCC Lien Parties/ Administrative Agents | US Bank | Former Client |