# Exhibit A

## December 30, 2022 Bieda Declaration

72408358\10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING, LTD., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.  22-11068 (JTD)<br><br>(Jointly Administered) |

**DECLARATION OF ROMAN BIEDA**
Pursuant to 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, I, Roman Bieda, declare under penalty of perjury as follows:

1. My name is Roman Bieda. I am over 18 years old. I have personal knowledge of the facts herein, and if called and sworn as a witness, I could and would competently testify thereto.

2. I submit this declaration (the "Declaration") in support of the claim of North Field filed in the above-captioned jointly administered case and/or any of the cases being jointly administered.

**Educational Background and Prior Work Experience**

3. I gained experience as a Forensic Senior Data Analyst at PWC, both in Poland and UK; BI Consultant at INTENSE Group Sp. z o.o.; and Project Support at The Boston Consulting Group. I received a master's degree in Economics from The Krakow University of Economics. I am an MIT Certified Blockchain Expert. I was admitted as an expert in US federal court.

**Employment at Coinfirm**

4. I currently serve as the Head of Fraud Investigations of Coinfirm Ltd. ("Coinfirm").

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

I have worked at Coinfirm since 1st of July 2020 in this role. In my role as Head of Fraud Investigations, I'm the product owner of Coinfirm's Asset Tracking and Fraud Investigation tools and I lead Coinfirm's Asset Tracking & Investigations team on thousands of blockchain investigations. A true and correct copy of my resume is attached here as Appendix A.

**My Tracing Analysis**

5. Coinfirm deploys a Destination of Funds analysis to identify the digital wallet addresses that hold or have received funds originating from the wallet addresses identified in Tables 1 and 2 of this Court's Amended Final Default Judgment [ECF No. 157] and the Order for Asset Freeze Injunction and to Transfer the Stolen Bitcoin to Assignee ("Permanent Injunction") [ECF No. 177].

6. Our system uses "Pro Rata Distribution by All Outputs" tracing methodology ("primary methodology") supported by additional four different tracing methodologies: "First In First Out," "Last In First Out", "Pro Rata Distribution By Blocks", and "Taint Last" ("supporting methodologies") to trace fraudulent transactions.

7. Whether traced funds are received by a wallet controlled by a Virtual Asset Service Provider ("VASP"), which includes custodial cryptocurrency exchanges, digital asset trading platforms, and wallet services, has an impact on our tracing analysis. Once tainted funds are received by a VASP, they can no longer be traced because most VASPs operate pooling addresses used to store customer deposits and to execute transfers. When a user of the VASP wishes to transfer cryptocurrency from their exchange account, often the VASP will use cryptocurrency held in one of its pooling addresses to settle the transaction, rather than transfer the specific user's cryptocurrency to settle the transaction. The tracing of the Claimant's cryptocurrency, therefore, must stop once those funds are received by a wallet controlled by a VASP.

8.  Defrauded cryptocurrency funds are typically passed through complex layering/mixing schemes aimed at concealing the trail of funds. One method is using blockchain transaction mixers ("tumblers", "anonymizers", "CoinJoin"), which are services that attempt to confuse the trail of blockchain transactions. In most cases funds are divided into smaller, equal portions and are subsequently mixed at random with similarly sized portions of a number of "pool" or other users' funds. Coinfirm's algorithm, as the first of its kind, can trace crypto assets through the mixing transactions and provide the full evidence of the movement of stolen assets even once they have passed through a mixing service.

**My Tracing Conclusions**

9.  Coinfirm's tracing technology showed that on March 29, 2022, the entire corpus of the 11,325.0961 BTC Originally Identified Stolen Bitcoin listed in Table 1 of the Amended Final Default Judgment was transferred in increments of 15-18 BTC (with two transactions in increments of less than 1 BTC) from the addresses listed in Table 1 into over 650 new private wallet addresses (the "Intermediate Private Wallet Addresses"). These Intermediate Private Wallet Addresses had no prior transactional history before the assets were moved into them. Only a person who controlled the private keys to the original wallet addresses listed in Tables 1 and 2 could have executed these transfers. Therefore, I conclude that Paul Vernon, or someone working at his direction and/or under his control who had access to the private keys to the wallet addresses listed in Tables 1 and 2 of the Amended Final Default Judgment and Permanent Injunction, is/are responsible for these movements.

10. Since March 29, 2022, the person(s) involved have, on a daily bases, been actively transferring the Stolen Bitcoin and some of the Forked Digital Assets into the Intermediate Private Wallet Addresses and from the Intermediate Private Wallet Addresses into additional new private

wallets in a continuous effort to hide the Stolen Bitcoin. In addition, they have been moving the Stolen Bitcoin and some of the Forked Digital Assets onto various cryptocurrency exchanges to be liquidated. According to our tracing analysis, as of December 29, 2022, 34 BTC of the Stolen Bitcoin were deposited with FTX, as identified in Appendix B. This Appendix contains all of the FTX wallet addresses into which the 34 BTC have been deposited. Appendix C is a simplified[2] diagram showing the flow of the 34 BTC from the original Tables 1 & 2 wallet addresses listed in the Amended Final Default Judgment to FTX.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of December 2022.

*[signature]*

_____
Roman Bieda
Head of Fraud Investigations at Coinfirm

---

[2] Because the stolen BTC was transferred and split up so many times, condensing all the transaction information into one chart would be impractical. This chart do not depict all known transactions, or even all bitcoin addresses related to the activity depicted. Rather, it is meant to be illustration of the general flow of the stolen BTC from one point to another.

# APPENDIX A

## 1. Qualifications of Roman Bieda

Roman is Head of Fraud Investigations at Coinfirm. He is a recognized Fraud Investigator both in the traditional and blockchain space. He is the Product Owner of Coinfirm's Asset Tracking and Fraud Investigation tools, which were proven to be reliable and helpful in multiple investigations. Roman gained experience as a Forensic Senior Data Analyst at PWC both in Poland and UK; BI Consultant at INTENSE Group Sp. z o.o.; and Project Support at The Boston Consulting Group. He received a master's degree in Economics from The Krakow University of Economics.

**Coinfirm Limited – Head of Fraud Investigations** | Jul 2020 – Present
- Head of Asset Tracking & Investigations team,
- MIT Certified Blockchain Expert,
- Qualified as a cryptocurrency expert in criminal investigations,
- Leading hundreds of blockchain investigations – in total traced billions of USD in various cryptoassets,
- Cooperating with Corporates, Police Forces and other agencies from all over the world on forensic investigations including hack, fraud, murder, assault, child protection and terrorism,
- Development of Coinfirm's Asset Tracking and Fraud Investigation tools.

**PwC - Forensic Senior Data Analyst** | Apr 2017 – Jul 2020 (3 y 4 m)
- Forensic investigations (e-discovery, forensic data analysis, fraud, bribery, conflict of interest, tax fraud, AML),
- Development of forensic analytical tools using SQL, Alteryx, Tableau, VBA and Python,
- 8-month on-site project in Deutsche Bank in London.

**The Boston Consulting Group – Project Support** | Nov 2016 – Mar 2017 (5 m)
- Data collection and analysis,
- VBA programmer.

**INTENSE Group Sp. z o.o. - BI Consultant** | Jul 2015 – Oct 2016 (1 y 4 m)
- Business processes and workflow audit and development,
- Business intelligence system implementation.

**The Krakow University of Economics** | Oct 2011 – Jun 2016 (5 y)
- Master's degree in Economics (2014 - 2016),
- Bachelor's degree in Accounting and controlling (2011 – 2014).



# APPENDIX B

| Owner Name (Address To) | Address To | Transaction Hash | Transfer Date (UTC) | Assets under claim (average across the five tracing methodologies; in cryptocurrency unit) | Cryptocurrency Unit |
|---|---|---|---|---|---|
| FTX | 39thnkmyeMaccM1JWPubjZBwBp9hoYrbuh | f5b868622e10508a3c9164305d90908c062d45a62f102d0c84ae7f2ddfa594ad | 2022-11-08 19:01:56 | 0.31917444 | BTC |
| FTX | 39thnkmyeMaccM1JWPubjZBwBp9hoYrbuh | 91706c072df4d9456659997a978c6d7fe66e9a612d5a18e67f9d8145078779ba | 2022-10-03 15:10:24 | 0.12799647 | BTC |
| FTX | 39thnkmyeMaccM1JWPubjZBwBp9hoYrbuh | cad85cdc72e29a856a6bf3ec37ccac04d8fb476cc27b24c0cb9e593a6d28a2eb | 2022-09-27 18:19:35 | 0.06310501 | BTC |
| FTX | 39thnkmyeMaccM1JWPubjZBwBp9hoYrbuh | 58955533e2cab2541475d83ee94cd4770b324f27a8f470ecda74468edbf189f4 | 2022-09-27 18:11:41 | 0.04602263 | BTC |
| FTX | 39thnkmyeMaccM1JWPubjZBwBp9hoYrbuh | 2079d098b225498374d69f5f20657b7a0b16930a0693638a7ad19622f9dce062 | 2022-09-26 06:28:14 | 0.04193228 | BTC |
| FTX | 32WpVUiAXU63xokfi5HVCCoBD79XAQrdGf | 6ef4c0185fb5133079923ebc7794ffdc3222a629d5ce38743295affef0c45c68 | 2022-09-17 22:58:05 | 0.35115897 | BTC |
| FTX | 32WpVUiAXU63xokfi5HVCCoBD79XAQrdGf | fe5699211277451152abd2ae150af15d96e227730e4f2ace209b90bc086de908 | 2022-09-16 13:31:39 | 0.01959993 | BTC |
| FTX | 32WpVUiAXU63xokfi5HVCCoBD79XAQrdGf | 08ed7086b7c78129d5b206fc1bbaccfc1c6a1a9e8fd46c14f03e5e5beddbe4a3 | 2022-08-31 16:01:26 | 0.00675883 | BTC |
| FTX | 39thnkmyeMaccM1JWPubjZBwBp9hoYrbuh | 12bf60611ac0f27eb86044ec312cea67a807ea6e49a194c64afc658675c47d5e | 2022-08-30 10:51:51 | 0.01020380 | BTC |
| FTX | 3KsfrDb1DTN8hpY82iiS7rojWzj8RYD7tr | 7b5a04d5a8eb6f5f1989f112db0bbda2eda58470fd24fee409c189d4a7cc8b87 | 2022-08-26 21:53:47 | 0.00225836 | BTC |
| FTX | 3KsfrDb1DTN8hpY82iiS7rojWzj8RYD7tr | c0166dcfcc50784d79e36ea79ee8f8203a8eb2c1e1c677e07ae3073527a811c7 | 2022-08-23 16:00:02 | 0.00205927 | BTC |
| FTX | 3D3xYUnTFhY7Zn5Vug1cvQNhvJBRK7DZJy | 4b035bfa0498af7752a62e96abf4c2480ba6f8455b89c32c5a0c632a792e55b9 | 2022-08-23 02:14:22 | 0.06399730 | BTC |
| FTX | 3KsfrDb1DTN8hpY82iiS7rojWzj8RYD7tr | 2e3b25b3136c81f1a7e57537bda9c60c617c42e474a3628673ce5edf2abb731b | 2022-08-22 20:00:24 | 0.00227874 | BTC |
| FTX | 3KsfrDb1DTN8hpY82iiS7rojWzj8RYD7tr | a7f1b218b9ab00fdc6bfbe2e787b0c1cd280b043a2dfe7e15c906b428e0435cd | 2022-08-20 14:52:45 | 0.01379730 | BTC |
| FTX | 3MsmCtXpJLQt6BDN1WWYSc3gCuBBSVhQNA | f60183ccc8bd932aea8717eda941d92200e7c283e4a99cdfb3ed56e21e3089c6 | 2022-08-18 02:38:28 | 0.10405248 | BTC |
| FTX | 3LrBNkEKe6DDphXvfvVcnJYh6DpGnrHunU | a89761338bed35facf539bb8e6eef8b62ec1747dfad60a047628082424b8038a | 2022-08-16 07:00:55 | 0.02091770 | BTC |
| FTX | 3KsfrDb1DTN8hpY82iiS7rojWzj8RYD7tr | 2d8e80d96d9fa23a30bb217ec955b4e2a81e30665dad449a9a016386de2f471c | 2022-08-13 08:59:08 | 0.00244355 | BTC |
| FTX | 36h4sSPeR94eum9ogniruD1J2Q5HL556jU | 97d28fdd979e9a6dfe40c1a0da1205f2172378e8674ba582dcf66a0ecb38829b | 2022-08-10 12:02:32 | 0.00293079 | BTC |
| FTX | 36h4sSPeR94eum9ogniruD1J2Q5HL556jU | 44e2ec18c07ff73525accb8309f1058a5d4f0f6f67f162e316cfbe633ca0f7f3 | 2022-08-09 22:48:51 | 0.05623194 | BTC |
| FTX | 36h4sSPeR94eum9ogniruD1J2Q5HL556jU | 962fedd18d2470b8d4d1bf88baf1e88f8cb8e1212dabfd13210d2c78902da319 | 2022-08-09 19:51:01 | 0.05578052 | BTC |
| FTX | 36h4sSPeR94eum9ogniruD1J2Q5HL556jU | eda4c890f4f542149c1ac1c620e6d88e860412c233f10ae46999842f00d471b0 | 2022-08-09 15:30:57 | 0.00304628 | BTC |
| FTX | 36h4sSPeR94eum9ogniruD1J2Q5HL556jU | 65b39e355118f87efd40b8cc4415cd7dbdab8def1990f4648ae0ced6c48be3e3 | 2022-08-09 14:21:33 | 0.01354945 | BTC |
| FTX | 39thnkmyeMaccM1JWPubjZBwBp9hoYrbuh | 684e58d467ecdafa4c7b27613de6c30b1a6c15362ed2068b71fb758a209c23fd | 2022-08-04 03:21:39 | 0.03168881 | BTC |
| FTX | 3MYuJso1b2diitEPpXdx1mJy2gsck9w5jd | 1953beaad46f2459a4c77eec2caa4e9c8ccf5caef168408254fb072e1ee9f116 | 2022-08-02 21:40:26 | 0.00302934 | BTC |
| FTX | 3MYuJso1b2diitEPpXdx1mJy2gsck9w5jd | b552503bc5f48cf4efbd0c10c4059d444c12d227cd98085634c91f31ccae1d69 | 2022-08-01 16:42:35 | 0.08838985 | BTC |
| FTX | 3KsfrDb1DTN8hpY82iiS7rojWzj8RYD7tr | afd24e9c512f1a01b1a02ff01b544328fa83822536c446d4ddf805150e2231b7 | 2022-08-01 09:40:55 | 0.03635494 | BTC |
| FTX | 3D3xYUnTFhY7Zn5Vug1cvQNhvJBRK7DZJy | 48a5e45aad535c145a754683283341f9003c6c4252b33636bc7dcc00cdb86993b | 2022-08-01 07:50:10 | 0.07999051 | BTC |
| FTX | 35veeDkesY1f2Korq1gAgjohixQdyJtGdi | 74b2c17f2c6e220df248569792fa86e006de15d5f9e1a202baa7fd2054ec2d77 | 2022-07-27 16:11:29 | 0.00544034 | BTC |
| FTX | 3KsfrDb1DTN8hpY82iiS7rojWzj8RYD7tr | c2c5ebcf272529821aed16dc88f2c7467926958b38c83cade027b1a84c42b9a3 | 2022-07-26 19:13:21 | 0.01150863 | BTC |
| FTX | 3L66G7xCt4JzA84ncjVTaF58TZUizf6CCG | ee807541354f80a9303951a6e0dba9ae4db420f6c107d8797e0f680423887854 | 2022-07-26 15:23:26 | 0.03508778 | BTC |
| FTX | 3L66G7xCt4JzA84ncjVTaF58TZUizf6CCG | 7f6fc760a3d62c099b2ec97d0a5057e0208397cedd38657abf4f45c2cc975736 | 2022-07-26 12:06:02 | 0.03552171 | BTC |
| FTX | 3KsfrDb1DTN8hpY82iiS7rojWzj8RYD7tr | fc25f4f31e9a9a7c0f1da8082ac8cad490b459fbf6b44ce5af977ce28e1d78e0 | 2022-07-22 16:42:01 | 0.00220715 | BTC |
| FTX | 32MtMeT2tUhZeQUGCdLh34e3RBwxgf8e1r | 0bb5d7aec1963b4c7ba38d76acc463133850f6a8cf2fca5eb5f1c2007faabce8 | 2022-07-18 08:38:13 | 0.14036090 | BTC |
| FTX | 32MtMeT2tUhZeQUGCdLh34e3RBwxgf8e1r | 833479ac11d4ee020b4ccdcb9f8794296ea4a2cbe1d65a2b275006feadef9b91 | 2022-07-18 08:11:00 | 0.01912697 | BTC |
| FTX | 32WpVUiAXU63xokfi5HVCCoBD79XAQrdGf | 4f779e5f6218bffb68f4004de92307a5f98f91e29ca500a74987fe62dbee94cd | 2022-07-16 18:13:56 | 0.01857447 | BTC |
| FTX | 3JjfbbQbdPrh7gW4kEhRAQQdoFkTdUpxLA | e82ad3403db01cd06794be942a7732501c43975f327435f95ac4d82fe6f34371 | 2022-07-14 08:32:49 | 6.77968347 | BTC |
| FTX | 3JjfbbQbdPrh7gW4kEhRAQQdoFkTdUpxLA | b02c3b4ae9b59731c6c40c846b7856370742a2e0d5089303bda497e5c6798abf | 2022-07-14 08:04:09 | 0.03463987 | BTC |
| FTX | 3JjfbbQbdPrh7gW4kEhRAQQdoFkTdUpxLA | dc12311cfefbbaeb1cf3f80736d583f2aa9c314dec7f62a879de28d82b4c1991 | 2022-07-14 04:17:07 | 9.84953539 | BTC |

| Owner Name (Address To) | Address To | Transaction Hash | Transfer Date (UTC) | Assets under claim (average across the five tracing methodologies; in cryptocurrency unit) | Cryptocurrency Unit |
|---|---|---|---|---|---|
| FTX | 3JjfbbQbdPrh7gW4kEhRAQQdoFkTdUpxLA | a8f0d66531df271d7089e12682819ef229f24fcc9115a002fe5645346e21915d | 2022-07-14 03:40:33 | 0.01510508 | BTC |
| FTX | 35veeDkesY1f2Korq1gAgjohixQdyJtGdi | 24da00b12c4a2e8141c41eab0b94321cb4c82a492cc1c1355ff1bddb99436f60 | 2022-07-12 07:01:23 | 0.03274169 | BTC |
| FTX | 35veeDkesY1f2Korq1gAgjohixQdyJtGdi | 71ab5cd578c5f324a6b0fbdc3845f5a30228886f11b7b7aaceefffe0204942f3 | 2022-07-12 06:49:15 | 0.01608458 | BTC |
| FTX | 39thnkmyeMaccM1JWPubjZBwBp9hoYrbuh | ee2782d4038b2f2fa8084886f807700d578df2c9d8e655ed74ef384c463ac7e2 | 2022-07-08 06:45:35 | 0.03018711 | BTC |
| FTX | 33P4DefimwJyZuKeksn4WyzvD7mNsjbMn4 | 3d284950efb55b031bb44fdfcdbe7d0ab6b1a35f1fcefe27f6c9870b9b9233b3 | 2022-07-05 22:29:01 | 0.15366417 | BTC |
| FTX | 3KsfrDb1DTN8hpY82iiS7rojWzj8RYD7tr | 96743b295041a83826d767656a67f0105a7ff6a03ae618e71f3be47730ac23b9 | 2022-06-29 10:52:09 | 0.00317398 | BTC |
| FTX | 39thnkmyeMaccM1JWPubjZBwBp9hoYrbuh | 7287c362f88d82cbcc93b4787c3bada814882fcb05d11d5749f5eb93f465d6d1 | 2022-06-27 14:40:43 | 0.00391732 | BTC |
| FTX | 3MQVnNbJxGTqQ6gre3BxLFtmaa1kYVWTcs | d5cc627ab9ddcec73e5f121b0e955c5c83f9cf04eb88d9bd4ce262a7bf8e8372 | 2022-06-25 15:47:52 | 0.00273222 | BTC |
| FTX | 3MQVnNbJxGTqQ6gre3BxLFtmaa1kYVWTcs | 01c0ff8f62bb7718e94b3e912636412d487e504335f27e28c853572b7c08b6a3 | 2022-06-25 07:17:39 | 0.01093314 | BTC |
| FTX | 3KsfrDb1DTN8hpY82iiS7rojWzj8RYD7tr | 1d7f75089c488bc5524985eb3dd5817b8aa98afa9ed368ecf4f8abf12e0ee19c | 2022-06-18 07:22:03 | 0.00238939 | BTC |
| FTX | 34C4TZkPBX9PgJutLVuUKKgLSJhvanT6uM | 3c0fd250316228d9bad25a482461f582ec9db5b925b00002ac07e620f6ba4c7f | 2022-06-18 03:48:35 | 0.04646864 | BTC |
| FTX | 34C4TZkPBX9PgJutLVuUKKgLSJhvanT6uM | fc578e2873dadc53fa88915c8e1e1a9b7637e2f1eb3f70a8c2306712a6602645 | 2022-06-17 16:47:16 | 0.57078818 | BTC |
| FTX | 3KsfrDb1DTN8hpY82iiS7rojWzj8RYD7tr | 5ffa01d67e1a437b0a054606e97e37f8fd4dc43784548593dc26105345c3d9e3 | 2022-06-17 13:15:25 | 0.00247110 | BTC |
| FTX | 3QpwxoAxFRKX2Z8zCWBrFfeMom5Z9p9PLG | 44019fe7905d8bd775e37762eaeb98a4f6af1e6fbd83226c8e64a6a3a08cbb22 | 2022-06-13 15:15:54 | 0.04534646 | BTC |
| FTX | 3MYuJso1b2diitEPpXdx1mJy2gsck9w5jd | 3c4aa9cc58769815afa6c2d6c7591da2d8be8275556a8952ff4ee8f7f16dd86e | 2022-06-03 16:41:56 | 0.01053102 | BTC |
| FTX | 397HHyaGjGLaJwgjKt6iNxy2qJvKWpvCrz | 0345df7b61c1145cace710f9da2d418fa2ce4dabb7a95cca83a6163cb3221e9e | 2022-06-02 15:06:31 | 0.01687994 | BTC |
| FTX | 397HHyaGjGLaJwgjKt6iNxy2qJvKWpvCrz | f369a23044c0b9abf5c9b66ba5eefdc57af192afac1b063dd076970343f3c8f0 | 2022-06-01 00:40:10 | 0.01624202 | BTC |
| FTX | 3KuauMDo55mPCdyk5KYXvRboFffLHgSfU2 | bc4401db90ae997290bcb7019dfc46124c2f429bed9a10bdfeaf6cc3c0063dfe | 2022-05-31 20:38:24 | 0.03026857 | BTC |
| FTX | 397HHyaGjGLaJwgjKt6iNxy2qJvKWpvCrz | 59ab18cdad2767ddc249a41e0501d9b5302dfaad36fb6a77ec9b6518059c221e | 2022-05-30 15:22:45 | 0.01315633 | BTC |
| FTX | 3KsfrDb1DTN8hpY82iiS7rojWzj8RYD7tr | 043431fe75da724e2a7030dbdc08fcc388ecfb0d7b7a041b5f53174f01e72961 | 2022-05-28 08:58:31 | 0.00394413 | BTC |
| FTX | 397HHyaGjGLaJwgjKt6iNxy2qJvKWpvCrz | ba2ebb8671bee8b960f6c52066f1af3562454bca896a999d22e280e7ff6251eb | 2022-05-27 17:51:39 | 0.03690476 | BTC |
| FTX | 39thnkmyeMaccM1JWPubjZBwBp9hoYrbuh | de44e04e4156c09874dbd06b8ed548b816adc4c3dc1954d249c8ebb527ba44e3 | 2022-05-27 09:16:56 | 0.07770513 | BTC |
| FTX | 397HHyaGjGLaJwgjKt6iNxy2qJvKWpvCrz | cb74e90dab2865c080d16a93550bdcc9029dcbbe0052910b08a002a59563882b | 2022-05-25 17:27:40 | 0.03506577 | BTC |
| FTX | 3KsfrDb1DTN8hpY82iiS7rojWzj8RYD7tr | f81988abc1d94d3e172968fa02b19aeb7e2c43ec6e9f80b4d925108d27042e43 | 2022-05-25 11:43:33 | 0.00623821 | BTC |
| FTX | 397HHyaGjGLaJwgjKt6iNxy2qJvKWpvCrz | 8d0c6c42aca32ca20f07a4fcf6fe23f60ed4b9f6dba4941c69786db9a9a2bb5c | 2022-05-21 13:21:42 | 0.01354531 | BTC |
| FTX | 397HHyaGjGLaJwgjKt6iNxy2qJvKWpvCrz | 47ef02e04fa02265f58632647dcbcf2d6a4d97c1cf8f7fdaaf23ad503c16759e | 2022-05-20 23:23:49 | 0.01699937 | BTC |
| FTX | 3KsfrDb1DTN8hpY82iiS7rojWzj8RYD7tr | 0181cb30640a2e1456c9d55f73ceb3c73a37e0ab7d282627226ad14e19e4a318 | 2022-05-19 12:59:05 | 0.00296481 | BTC |
| FTX | 397HHyaGjGLaJwgjKt6iNxy2qJvKWpvCrz | f83efec967118af11133b44eaccfc5880570e4dc56d4fbb0870bceaf069a5f5a | 2022-05-18 13:20:13 | 0.01913531 | BTC |
| FTX | 397HHyaGjGLaJwgjKt6iNxy2qJvKWpvCrz | 50973b0b882cbc5b4ce8c35e05d55df2a997119974b6c0b7effdbd2cee0a5d2b5 | 2022-05-17 15:51:31 | 0.01543081 | BTC |
| FTX | 34C4TZkPBX9PgJutLVuUKKgLSJhvanT6uM | 54b0ca0de9d8b5be319526391c5fb84475f0a43634017a47319b2815408c1773 | 2022-05-12 04:15:13 | 0.09544502 | BTC |
| FTX | 34stWyQVuahKz9nzbiAzFoRaru9Ba38h5p | dbb658f7ddaa07a02ac00c3dce136befa0d0ee99d1340cdee127786ea40cf2f8 | 2022-05-11 21:58:51 | 0.10928963 | BTC |
| FTX | 342cYXX7RWCELAqu3djbwAdpzDBTGPXek7 | 34c55fae1ea11ace0e8e5cd3eef6a9eef5059c1329d5bbe57fd02ada78acae65 | 2022-05-11 15:57:55 | 0.01507657 | BTC |
| FTX | 342cYXX7RWCELAqu3djbwAdpzDBTGPXek7 | 5b2fbee5e1e2dc0aa65ecc6bd25ea851b4e149aec9e3b52424b71c8e4b883de5 | 2022-05-10 21:38:41 | 0.02640814 | BTC |
| FTX | 342cYXX7RWCELAqu3djbwAdpzDBTGPXek7 | 6baae28be14bf6be77134e55dc7d00476a1ceea957a748b5fec4c7bcfd303cfd | 2022-05-09 19:01:04 | 0.01754279 | BTC |
| FTX | 342cYXX7RWCELAqu3djbwAdpzDBTGPXek7 | eda0a0089e1c831c8b5576ad4afd290a08b44e13b7306a701bb8f538b49e49e5 | 2022-05-09 07:30:29 | 0.07575190 | BTC |
| FTX | 342cYXX7RWCELAqu3djbwAdpzDBTGPXek7 | cb76bd0260b2a4705b7f277e9b7443b8f4931a343f02eff674637a9913eff774 | 2022-05-05 17:43:45 | 0.06139365 | BTC |
| FTX | 342cYXX7RWCELAqu3djbwAdpzDBTGPXek7 | a46d374f1da63585b0fb8954611c2fc032a4b69b898b6b750692c45b17c48c33 | 2022-05-05 14:13:01 | 0.00638178 | BTC |
| FTX | 31uamNMQZkjGShvLz7AyZZpVKH5dcdzEbA | eb2243c29a198073841b2df2238b77b2c5fb05f1aa80bcdb828a43b649461861 | 2022-05-02 03:50:13 | 0.01599670 | BTC |

| Owner Name (Address To) | Address To | Transaction Hash | Transfer Date (UTC) | Assets under claim (average across the five tracing methodologies; in cryptocurrency unit) | Cryptocurrency Unit |
|---|---|---|---|---|---|
| FTX | 3L1ZcaaMZEpMdwv4JMD4KejKVcyFUBRaGC | 2c064e545a29a9e08f7c19373a3d33c406e0be038ce9530227e5b18c0ada9dd9 | 2022-04-29 04:09:53 | 0.01586673 | BTC |
| FTX | 3D3xYUnTFhY7Zn5Vug1cvQNhvJBRK7DZJy | a46f5e6b3215c793f3da3b63df9efe82c7d1c427f63b85ba6f906518bbe3bff6 | 2022-04-29 00:20:05 | 0.02989894 | BTC |
| FTX | 33P4DefimwJyZuKeksn4WyzvD7mNsjbMn4 | 5fd2c2c92f8064c99cf75c688d50be6e4188cbf05acfce6821ac770285687902 | 2022-04-28 22:54:53 | 0.47012560 | BTC |
| FTX | 3HDYas614NqTCh38yiRT22q1Rky8cRt61U | c5506e2529d7ff232f678ec1e1a1e52171a5d7c08e64d31ddf7b30e493aee0c2 | 2022-04-25 23:12:08 | 0.00762469 | BTC |
| FTX | 3L1ZcaaMZEpMdwv4JMD4KejKVcyFUBRaGC | 90f7dab80cc384590776dead8d1c8f108753fd28412e2342c684a1a701ee8411 | 2022-04-25 19:30:30 | 0.01668854 | BTC |
| FTX | 36uejukSwPLk5zQUt7HSxUizzvgERG92XY | 885a5a109856c76dd2af1d14ca4f4a25a13857b9ee3fc78a94fd0844af0a1495 | 2022-04-25 17:18:11 | 0.02205795 | BTC |
| FTX | 34uSDVoDZoKMyKh8zbF2VBYbzfhHMSXcoQ | e7b6a81a1c25bd797791e1e4b068b872884e8d2c2871e7fd5f673b5f628d5e75 | 2022-04-25 17:03:12 | 0.93568386 | BTC |
| FTX | 32knMH4uv9trWUMf1P87AHFE3Z9PzJuZg6 | 7c64e7e7fd8ef53968b414b25fc12c1dc19aba176e19e1e5e34f202eeee99c4ba | 2022-04-24 16:20:20 | 0.17935256 | BTC |
| FTX | 3HDYas614NqTCh38yiRT22q1Rky8cRt61U | b68fab407e739198174459f648fc04ed12da78ed9d3f6110eef0ab1d20a53b0d | 2022-04-22 22:09:04 | 0.01475248 | BTC |
| FTX | 35vK2uFCD9rFUKfdxRXvJgzu1u7f5gDhkm | 86269637f2e9cb5cd291833db7d504330cc8491e2bc831ff4d6d3cfdd1f7c65e | 2022-04-21 18:01:18 | 0.01082017 | BTC |
| FTX | 3HDYas614NqTCh38yiRT22q1Rky8cRt61U | 4b7d78f844aefaec61bb2d8cb69006c85f3fd04541fd2f2d7a1a636e734fddec | 2022-04-21 15:03:50 | 0.00654199 | BTC |
| FTX | 35cB8H3HTHZC2V3RBgTuHJivpMAp512hjx | f95bd8dd682004a06675fe24cb95e6c15f83497db1131028cf02494f7f0a963c | 2022-04-20 21:06:19 | 0.02293698 | BTC |
| FTX | 3BpuDwRKrLHLvoS73XA8igfE1yn37JRnne | 1c8a86ac4b47482d64a54343b3b7a708a794e80773e21da2e819f50c55efc5fe | 2022-04-20 05:24:56 | 0.00222154 | BTC |
| FTX | 3Aqx9j4V3hipZdCEkM5RaEoYbo8CvmKmrP | 0b733e240186e46165a364b9b423c80668294b5442ee4054ba45209a3d7d7883 | 2022-04-19 00:08:26 | 0.01817271 | BTC |
| FTX | 3JhdmwrxYfTZ8EFQv639tQrLozs7eKeJxP | 209d5f67de5ecf34770bf5d26e6df63cd9c44dd361e3485cffd7378d1edbf337 | 2022-04-18 02:30:42 | 2.04799889 | BTC |
| FTX | 35jAyRL5Bid9eaKvk2uifJBehJqSL48oNc | 240cfd2b185e7939df0452b1f44ef7554d91ea848745f574cbe3a7a19aa5162d | 2022-04-17 09:33:55 | 0.03199570 | BTC |
| FTX | 3BpuDwRKrLHLvoS73XA8igfE1yn37JRnne | bfcef47884605a23116758ce4dfd02861b458821e16f1651d98996c13e4ff24d | 2022-04-17 08:30:07 | 0.02694221 | BTC |
| FTX | 3L1ZcaaMZEpMdwv4JMD4KejKVcyFUBRaGC | b0a0b2c4497d16577045b422e7f24092d2514ab64e8a5b42bfb70ad00193f03e | 2022-04-16 04:22:23 | 0.00983475 | BTC |
| FTX | 3BpuDwRKrLHLvoS73XA8igfE1yn37JRnne | 65d89e1a9e1c670bc23e9ac7f6929e90aea936dcf71e02dd29e5b7c2829ad5ca | 2022-04-14 21:23:53 | 0.00810552 | BTC |
| FTX | 384SvqaC8HuUTTEiGKJbcNPRjweH45Ncck | 79053b3e2a67c218f83401f46dd3a8b549df2fcccfb0e9947188200fbaab5f62 | 2022-04-11 17:51:29 | 0.05899181 | BTC |
| FTX | 32p1yFa54bJxwEnRiciCvQWLA4dWS7vzZr | 5acfd7376cc7f3a25ea2db2a07dbce12564097244f4c30091e1221c9abf9a548 | 2022-04-11 07:16:56 | 0.70873244 | BTC |
| FTX | 31pPYDVM5HeHmmy8UuWKfCK28pKenDsbpi | 1cbf05d0d7f89bed4dcfeb3da7dd335e8ddb992279d0951f0593134c513df5e3 | 2022-04-08 16:12:00 | 0.04884463 | BTC |
| FTX | 3HDYas614NqTCh38yiRT22q1Rky8cRt61U | afea5e8ff79d23ee5926b105cb4cbf99041d1af59bf64eb0aacdaeda56ba51ca | 2022-04-08 06:21:02 | 0.28888614 | BTC |
| FTX | 3C57r1A9gfj5TGHWVW2NaReRFhSfbjXQky | 19e954677529e90064c2807e417b3918a6daee8c8c5b30404799fa58c088ce21f | 2022-04-07 02:17:31 | 0.01599442 | BTC |
| FTX | 3HDYas614NqTCh38yiRT22q1Rky8cRt61U | 4d1055d6a517f23121f1881decb4ebd348771cd99dd046c9ac70d47626ef08c0f | 2022-04-06 13:58:32 | 0.00365196 | BTC |
| FTX | 39ewULYNgyoCcgiddbnDGcMJ3UCeX92Ydv | d966b947b5a790117352171e168c85311b4ae772134887617b927137cd2960af | 2022-04-06 04:41:46 | 1.99000000 | BTC |
| FTX | 37WAYjqCgSdbcejUE98Ab51qe1cKUAmR1N | 748649589a454f5b3c4cf6e42c6a08a4a229e81e5ccd8f559a4e2ffb5a87acc6 | 2022-04-04 04:30:20 | 0.13206391 | BTC |
| FTX | 3LmNPNQRWt74qvVrsFZerUcSpkH4UZg5sA | 18e7e7c6812605b588fedbd552ba7f1b26b045f84bb4f6c215eb14dada3b1cbb | 2022-04-04 04:23:41 | 4.74989071 | BTC |
| FTX | 3HDYas614NqTCh38yiRT22q1Rky8cRt61U | 5b0e43c1434079fd16caa06e32fbb06caab27bfcc13ebaf311e47f1f8661d230 | 2022-03-30 16:15:42 | 0.08666247 | BTC |
| FTX | 3LmNPNQRWt74qvVrsFZerUcSpkH4UZg5sA | 7a31122829895b6240d673385414af3aac83c339b6866b578664bafffc9f588d | 2022-03-29 05:47:59 | 0.04834963 | BTC |
| FTX | 3Aqx9j4V3hipZdCEkM5RaEoYbo8CvmKmrP | 036f2605f0e51a98df63d10a31966c6b024bc38e0ac31ec0bf2d1037be492095 | 2022-03-27 17:22:49 | 0.04621954 | BTC |
| FTX | 3Aqx9j4V3hipZdCEkM5RaEoYbo8CvmKmrP | 0c43f65e010ea54d414eed0f35dcad91f447a4ebb8ffbdc9dc711655acbbc271 | 2022-03-27 12:39:23 | 0.00522805 | BTC |
| FTX | 3Aqx9j4V3hipZdCEkM5RaEoYbo8CvmKmrP | 025f3c1e31c93bb9f145047d5b0d0c1fdf1e975d0a79afc9ca707f4b049c346c | 2022-03-27 12:26:43 | 0.01388779 | BTC |
| FTX | 3LmNPNQRWt74qvVrsFZerUcSpkH4UZg5sA | cb36db77220aaf3e872899c60abc1d319f2b1580ccad70bc1f14543b68ef241e | 2022-03-26 18:27:57 | 2.14382194 | BTC |
| FTX | 3Lvr7473mA8fiJzpc6qf4oS7nAtGPTJ8ZA | 1988291a78b4da392634c665142ffc51cf0779a6f8651d21536c33daf839e343 | 2022-03-25 13:51:03 | 0.19399382 | BTC |
| FTX | 3LmNPNQRWt74qvVrsFZerUcSpkH4UZg5sA | 7f2453eb42f121aa29c74e422cb412caa0aceb4bc139f7703a99882867d70f13 | 2022-01-06 15:48:14 | 0.00743974 | BTC |
| | | | **TOTAL** | **34.59501771** | |

# APPENDIX C

