THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Re D.I. 20017, _____ |

**ORDER OVERRULING DEBTORS' OBJECTION TO PROOFS OF CLAIM FILED BY NORTH FIELD TECHNOLOGY, LTD.**

　　　　This matter coming before the Court on the *Debtors' Objection to Proofs of Claim Filed by North Field Technology, Ltd.* [D.I. 20017] (the "Objection"), and the *Response of North Field Technology Ltd. to Debtors' Objection to Proofs of Claim Filed by North Field Technology, Ltd.* (the "Response");[1] the Court having reviewed and considered the Objection and the Response, and after due deliberation, and good and sufficient cause appearing,

　　　　IT IS HEREBY **ORDERED** that the Objection is **OVERRULED** in its entirety and with prejudice; and

　　　　It is further **ORDERED** that the Claims shall be allowed as filed in these bankruptcy cases.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings provided in the Response.

72408358\10