THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Re D.I. 20017, 25076 |

**NOTICE OF FILING OF DECLARATION OF ROMAN BIEDA IN SUPPORT OF RESPONSE OF NORTH FIELD TECHNOLOGY LTD. TO DEBTORS' OBJECTION TO PROOFS OF CLAIM FILED BY NORTH FIELD TECHNOLOGY, LTD.**

**PLEASE TAKE NOTICE** that on September 18, 2024, substantially contemporaneously with the filing of this Notice, North Field Technology Ltd. ("North Field") filed its Response of North Field Technology Ltd. to Debtors' Objection to Proofs of Claim Filed by North Field Technology, Ltd. [Docket No. 25076] (the "Response").

North Field now files, as Exhibit "A" to this Notice, the *Declaration of Roman Bieda* in support of the Response.

Dated: September 18, 2024

COZEN O'CONNOR

By: _/s/ Simon E. Fraser_
Simon E. Fraser (DE No. 5335)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2000 Phone
sfraser@cozen.com

- and-
L. Barrett Boss
Samantha Rubin Stratford
COZEN O'CONNOR
1200 19th Street NW, Suite 300
Washington, DC 20036
Telephone: (202) 912-4818
bboss@cozen.com
sstratford@cozen.com

*Counsel to North Field Technology Ltd.*