# EXHIBIT "A"

 **Ren**

@renprotocol · Follow




April 11, 2023 –We wish to inform the Ren community that FTX Trading Ltd. (d.b.a. FTX.com), West Realm Shires Services Inc. (d.b.a. FTX US), Alameda Research LLC, Maclaurin Investments Ltd., and certain of their affiliates (together, the "FTX Debtors"), which had purchased the shares and all of the assets of the Ren Protocol entities, authorized and directed the Ren Protocol entities to transfer of all cryptocurrency assets into the FTX Debtors' cold storage wallets for safeguarding, in advance of possible shutdowns of infrastructure and systems. The cryptocurrency assets will be transferred to distinct segregated wallets cold storage wallets designated for these assets transferred by Ren, separate from the other Debtor cold storage wallets.

Case-related information can be found on the docket of the chapter 11 cases and on FTX Debtors' claims agent website at https://cases.ra.kroll.com/FTX/.

1:11 AM · Apr 12, 2023 

 315    Reply    Share

Read 88 replies