**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*[1] | ) | Case No. 22-11068 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **RE: D.I. ____** |

**ORDER GRANTING MOTION OF NORTH FIELD TECHNOLOGY LTD.
FOR ENTRY OF AN ORDER (I) GRANTING RELIEF FROM THE
AUTOMATIC STAY; (II) WAIVING BANKRUPTCY RULE 4001; AND
(III) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of North Field Technology Ltd. ("North Field") for entry of an order granting North Field relief from the automatic stay of section 362 of the Bankruptcy Code (the "Automatic Stay"), waiving Bankruptcy Rule 4001, and Granting Related Relief; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and that this Court may enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that North Field provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having found that

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] All capitalized terms not otherwise defined herein shall have the same definition set forth in the Motion.

no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having considered the entire record before the Court; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any oppositions to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient appearing therefor;

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to 11 U.S.C. § 362(d), North Field is hereby granted relief from the Automatic Stay to take any and all acts necessary or appropriate to enforce its rights with respect to the Ren BTC and any other assets of Ren, whether in the custody or possession of Ren, the Ren Entities, or any other entity, including the Debtors, including without limitation all rights pursuant to all orders issued by the United States District Court for the Southern District of Florida in *Leidel v. Project Invs., Inc.*, No. 9:16-CV-80060-KAM ("*Leidl*"), in any court of competent jurisdiction, against Ren, the Ren Entities, any other affiliates of the Debtors, and/or any of the Debtors. Such relief shall include without limitation the right to continue or commence judicial process against Ren, the Ren Entities, any other affiliates of the Debtors, and/or any of the Debtors seeking turnover of the Ren BTC, or any part thereof, or any other property or assets of Ren that any such entities may have in their possession, to prosecute such proceeding(s) to conclusion, and to execute any awards that North Field may receive in such proceeding(s) against Ren, the Ren Entities, any other affiliates of the Debtors, and/or any of the Debtors. For the sake of clarity, the Automatic Stay shall not prevent North Field from taking any acts necessary to collect the monetary

equivalent of the Ren BTC, or any part thereof, from Ren, the Ren Entities, and/or any other affiliate(s) of the Debtors in any court of competent jurisdiction.

3. Fed. R. Bankr. P. 4001(a)(3) is hereby waived such that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. North Field is authorized to take any and all actions necessary to effectuate the relief granted by this Order.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

LEGAL\72565322\7