# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX Trading Ltd. (d/b/a "FTX")<br><br>Debtors | Chapter 11<br>22-11068<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

*A CLAIM HAS BEEN FILED IN THIS CASE* or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| *Name of Transferor:*<br>FTXCREDITOR, LLC<br><br>*Name and Current Address of Transferor:*<br>1509 Bent Ave.,<br>Cheyenne, WY 82001<br><br>as Transferee of  [ Redacted ]<br>[ Redacted ] | *Name of Transferee:*<br>Svalbard II Holdings Limited<br><br>*Name and Address where notices and payments to transferee should be sent:*<br><br>Attestor Value Master Fund LP,<br>c/o Attestor Limited<br>7 Seymour Street<br>W1H 7JW<br>London, United Kingdom,<br>Attn: Steve Gillies |
|---|---|

| *Claim No./Schedule* | *Original Creditor Name* | Amount | Debtor |
|---|---|---|---|
| Kroll Schedule:<br>221106806784752<br>Debtor Schedule F:<br>00192169 | [ Redacted ] | *Described on Schedule F* | FTX Trading Ltd. (d/b/a "FTX")<br>(Case No. 22-11068) |
| Claim No:<br>39232 | [ Redacted ] | *Described on Schedule F* | FTX Trading Ltd. (d/b/a "FTX")<br>(Case No. 22-11068) |

*I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.*

Name: Christopher Guth

*Transferee / Transferee's Agent*

Date: Fri Sep 13 2024

Signature: *Signed by:* Christopher Guth
C72F80D5579B420...

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, FTXCREDITOR, LLC has unconditionally and irrevocably sold, transferred and assigned to Svalbard II Holdings Limited its successors and assigns, all right, title and interest in and to the claim(s) identified below, against FTX Trading LTD et al.

| | |
|---|---|
| Schedule F #: | 00192169 |
| Claim Amount: | as detailed on Schedule F |

*Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim.*

*You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.*

Date: Fri Sep 13 2024

| BUYER: | SELLER: |
|---|---|
| Svalbard II Holdings Limited | FTXCREDITOR, LLC |
| Signed by: *Christopher Guth* C72F80D5579B420... | Signed by: *Michael Bottjer* 03960BC85C4B484... |
| Name: Christopher Guth | Name: Michael Bottjer |
| Email: settlements@attestorcapital.com | Email: claims@ftxcreditor.com |
| Title: Authorized Signer | Title: President |