# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Ali Hamza, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 17, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on 1 Customer whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Debtors' Thirty-First (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [Docket No. 14594]

- Notice of Thirty-First Omnibus Objection to Proofs of Claim, which has been customized to include the name, claim number, debtor related to the claim, filed amount, ticker quantity, surviving claim number, name related to the surviving claim, debtor related to the surviving claim, ticker related to the surviving claim, and ticker quantity related to the surviving claim of the party; a blank copy of which has been attached hereto as **Exhibit A**

On September 17, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on 2 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Debtors' Forty-Fifth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [Docket No. 17631]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

- Notice of Forty-Fifth Omnibus Objection to Proofs of Claim which has been customized to include the name, claim number, debtor related to the claim, filed amount, ticker quantity, surviving claim number, name related to the surviving claim, debtor related to the surviving claim, ticker related to the surviving claim, and ticker quantity related to the surviving claim of the party; a blank copy of which has been attached hereto as **Exhibit B**

On September 17, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on 1 Customer whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [Docket No. 17636]

- Notice of Fiftieth Omnibus Objection to Proofs of Claim which has been customized to include the name, claim number, debtor related to the claim, and modified debtor related to the claim; a blank copy of which has been attached hereto as **Exhibit C**

Dated: September 18, 2024

                                                      */s/ Ali Hamza*
                                                      Ali Hamza

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 18, 2024, by Ali Hamza, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

*PRIVILEGED AND CONFIDENTIAL*
*ATTORNEY WORK PRODUCT*
*LRC DRAFT 5/10/2024*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: June 13, 2024 at 1:00 P.M. ET**<br>**Objection Deadline: May 31, 2024 at 4:00 P.M. ET** |
| | **Ref. No. 14594** |

### NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

> **YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 OF EXHIBIT A ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**
>
> **UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

**PLEASE TAKE NOTICE** that on May 10, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Thirty-First (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims)* (the "Omnibus Objection") [D.I. 14594].[2] Attached hereto as **Exhibit 1** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index. The Omnibus Objection can be found at docket number 14594.

*PRIVILEGED AND CONFIDENTIAL*
*ATTORNEY WORK PRODUCT*
*LRC DRAFT 5/10/2024*

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **May 31, 2024 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **June 13, 2024 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: May 10, 2024
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
         brown@lrclaw.com
         pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
         bromleyj@sullcrom.com
         gluecksteinb@sullcrom.com
         kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# **EXHIBIT 1**

**Exhibit B**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>  Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Hearing Date: September 12, 2024 at 1:00 P.M. ET**<br>**Objection Deadline: July 24, 2024 at 4:00 P.M. ET**<br><br>**Ref. No. 17631** |

### NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

> **YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 AND SCHEDULE 2 OF EXHIBIT A ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**
>
> **UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

   **PLEASE TAKE NOTICE** that on June 14, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Forty-Fifth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)* (the "Omnibus Objection") [D.I. 17631].[2] Attached hereto as **Exhibit 1** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index. The Omnibus Objection can be found at docket number 17631.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **July 24, 2024 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **September 12, 2024 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: June 14, 2024
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# **EXHIBIT 1**

{1368.002-W0076206.}

**Exhibit C**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Hearing Date: September 12, 2024 at 1:00 P.M. ET**<br>**Objection Deadline: July 24, 2024 at 4:00 P.M. ET**<br><br>**Ref. No. 17636** |

### NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

> **YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 OF EXHIBIT A ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**
>
> **UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

      **PLEASE TAKE NOTICE** that on June 14, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor* (the "Omnibus Objection") [D.I. 17636].[2] Attached hereto as **Exhibit 1** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]   A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index. The Omnibus Objection can be found at docket number 17636.

{1368.002-W0076210.}

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **July 24, 2024 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **September 12, 2024 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: June 14, 2024
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# **<u>EXHIBIT 1</u>**