## **CERTIFICATE OF SERVICE**

      I, Jody C. Barillare, hereby certify that on September 19, 2024, I caused to be served copies of the *Monthly Operating Report of Debtor Emergent Fidelity Technologies Ltd for August 2024* to all parties consenting to service through the Court's CM/ECF system.

Dated: September 19, 2024  
Wilmington, DE

**MORGAN, LEWIS & BOCKIUS LLP**

/s/  *Jody C. Barillare*  
Jody C. Barillare (Bar No. 5107)  
1201 N. Market Street, Suite 2201  
Wilmington, DE 19801  
Telephone: (302) 574-3000  
Email: jody.barillare@morganlewis.com