IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: Oct. 9, 2024 at 4:00 p.m. (ET)** |

**NOTICE OF MONTHLY FEE APPLICATION OF KROLL RESTRUCTURING ADMINISTRATION LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) THE DEBTORS AND THEIR COUNSEL; (III) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; AND (IV) ALL OTHER PARTIES REQUIRED TO RECEIVE NOTICE PURSUANT TO THE INTERIM COMPENSATION ORDER.

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 435] (the "**Interim Compensation Order**"), Kroll Restructuring Administration LLC ("**Kroll**") filed the attached *Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from August 1, 2024 through August 31, 2024* (the "**Application**").

**PLEASE TAKE FURTHER NOTICE** that the Application seeks allowance and approval of fees in the aggregate amount of $176,919.60 (of which Kroll seeks payment of 80% or $141,535.68) and reimbursement of expenses in the amount of $0.00.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Application must be filed on or before **October 9, 2024 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of any objection so as to be received by (i) the Notice Parties (as defined in the Interim

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

2

Compensation Order) and (ii) Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, New York 10055, Attn: Adam M. Adler & Gabriel Brunswick.

      **PLEASE TAKE FURTHER NOTICE** that only if an objection is properly and timely made in accordance with the procedures set forth in the Interim Compensation Order will a hearing be held on the Application.

Dated: September 19, 2024
       New York, New York

          KROLL RESTRUCTURING ADMINISTRATION LLC

By:   */s/ Adam M. Adler*
     Adam M. Adler
     Gabriel Brunswick
     Kroll Restructuring Administration LLC
     55 East 52nd Street, 17th Floor
     New York, NY 10055
     Phone: (212) 257-5450
     adam.adler@kroll.com
     gabriel.brunswick@kroll.com

     *Administrative Advisor to the Debtors*