**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**TRANSFER OF EQUITY INTEREST**

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| CDOF IV Master Fund, L.P. | ▮▮▮▮▮▮▮▮▮▮ |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent: | Last known address: |
|---|---|
| CDOF IV Master Fund, L.P.<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Attn: James Pagnam<br>Email:<br>jpagnam@canyonpartners.com;<br>legal@canyonpartners.com; FTX-Canyon@canyonpartners.com | ▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮ |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Type and Amount of Interest Transferred:

| FTX Series A Preferred | FTX Series B Preferred | FTX Series B-1 Preferred | FTX Series C Preferred |
|---|---|---|---|
| 0 | 96,730 | 11,056 | 7,814 |
| FTX Common | WRS Series A Preferred | WRS Class A Common | WRS Class B Common |
| 44,222 | 158,505 | 652,439 | 0 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _James Pagnam_    Date: September 18, 2024
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## IDENTITY OF TRANSFEROR

Transferee has in its possession an Evidence of Transfer executed by the Transferor. In order to protect the identity of the Transferor, Transferee has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.