**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FTX TRADING LTD., *et al.*[1] | ) Case No. 22-11068 (JTD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: 25076, 25105 |

## CERTIFICATE OF SERVICE

I, Simon E. Fraser, hereby certify that on the 18th day of September, 2024, I caused to be served a true and correct copy of the (i) *Response of North Field Technology Ltd. to Debtors' Objection to Proofs of Claim Filed By North Field Technology, Ltd.*, and (ii) *Notice of Filing of Declaration of Roman Bieda in Support of Response of North Field Technology Ltd. to Debtors' Objection to Proofs of Claim Filed by North Field Technology, Ltd.* on all parties registered to receive electronic notice in the above-captioned cases via the Court's CM/ECF electronic notification system; and on September 19th, 2024 on the parties listed on the attached service list in the manner indicated.

Dated: September 20, 2024

**COZEN O'CONNOR**

/s/ *Simon E. Fraser*
Simon E. Fraser (DE Bar No. 5335)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
E-mail: sfraser@cozen.com

*Attorneys for North Field Technology Ltd.*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

LEGAL\72943091\1

**Service List**

**VIA U.S. MAIL:**
SULLIVAN & CROMWELL LLP
Alexa J. Kranzley
Luke W. Ross
125 Broad Street
New York, NY 10004-2498

LANDIS RATH & COBB LLP
Kimberly A. Brown
Matthew R. Pierce
George A. Williams III
919 N. Market Street
Ste. 1800
P.O. Box 2087
Wilmington, DE 19899

Benjamin A. Hackman
OFFICE OF THE U.S. TRUSTEE
844 King Street, Ste. 2207
Lockbox 35
Wilmington, DE 19801

Linda Richenderfer
OFFICE OF THE U.S. TRUSTEE
U.S. TRUSTEE'S OFFICE
844 King Street, Ste. 2207
Wilmington, DE 19801

PAUL HASTINGS LLP
Erez Gilad
Kristopher M. Hansen
Gabriel Sasson
200 Park Avenue
New York, NY 10166

YOUNG CONAWAY
Jared W. Kochenash
Matthew Barry Lunn
Rodney Square
1000 N. King Street
Wilmington, DE 19801

LEGAL\72943091\1

**VIA EMAIL:**

| | |
|---|---|
| Matthew Pierce | pierce@lrclaw.com; |
| Alexa J. Kranzley | kranzleya@sullcrom.com; |
| Luke W. Ross | Rossl@wullcrom.com; |
| Kimberly Brown | brown@lrlaw.com; |
| George A. Williams III | williams@lrclaw.com; |
| Matthew Barry Lunn | mlunn@ycst.com; |
| Jared W. Kochenash | jkochenash@ycst.com; |
| Kristopher M. Hansen | krishansen@paulhastings.com; |
| Erez Gilad | erezgilad@paulhastings.com; |
| Gabriel Sasson | gabesasson@paulhastings.com; |
| Benjamin A. Hackman | Benjamin.a.hackman@usdoj.gov; |
| Linda Richenderfer | Linda.Richenderfer@usdoj.gov |

LEGAL\72943091\1