**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Defective Transfer of Claim, to be served via First Class Mail and/or Email on the date and upon the Transferor and Transferee, as set forth on the Defective Transfer Service List attached hereto as **Exhibit A**.

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: September 20, 2024

/s/ *Thomas Evangelista*
Thomas Evangelista

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 20, 2024, by Thomas Evangelista, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 16267-4 | Name on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 8/5/2024 |
| 16267-6 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 8/5/2024 |
| 16267-7 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 8/5/2024 |
| 16267-9 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 8/5/2024 |
| 16267-12 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 8/5/2024 |
| 16267-13 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 8/5/2024 |
| 16267-14 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 8/5/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 17445 | Name on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 8/5/2024 |
| 17889 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 8/5/2024 |
| 17894 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 8/5/2024 |
| 17904 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 8/5/2024 |
| 18085 | Not Provided by Transferee | Hudson Bay Claim Fund LLC<br>Attention: Matthew Weinstein and Chad Flick<br>c/o Hudson Bay Capital Management LP<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830<br>Email: mweinstein@hudsonbaycapital.com, cflick@hudsonbaycapital.com | 8/5/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 18086 | Not Provided by Transferee | Hudson Bay Claim Fund LLC<br>Attention: Matthew Weinstein and Chad Flick<br>c/o Hudson Bay Capital Management LP<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830<br>Email: mweinstein@hudsonbaycapital.com, cflick@hudsonbaycapital.com | 8/5/2024 |
| 18156 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 8/5/2024 |
| 18159 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 8/5/2024 |
| 18166 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 8/5/2024 |
| 18198 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 8/5/2024 |
| 18654 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 8/5/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 18663 | Not Provided by Transferee | KIA II LLC<br>Attn: Daniel J. Weiner<br>c/o Wexford Capital LP<br>777 West Putnam Ave., First Floor<br>Greenwich, CT 06830<br>Email: legal@wexford.com | 8/5/2024 |
| 18682 | Not Provided by Transferee | KIA II LLC<br>Attn: Daniel J. Weiner<br>c/o Wexford Capital LP<br>777 West Putnam Ave., First Floor<br>Greenwich, CT 06830<br>Email: legal@wexford.com | 8/5/2024 |
| 18834 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 8/5/2024 |
| 18943 | Name on File<br>Address on File<br>Email Address on File | 117 Partners LLC<br>Attn: Thomas Braziel<br>5 Greyhen LN<br>Savannah, GA 31411<br>Email: tom@117partners.com | 8/5/2024 |
| 18945 | Name on File<br>Address on File<br>Email Address on File | 117 Partners Ltd<br>Attn: Thomas Braziel<br>6.20 World Trade Center<br>6 Bayside Road<br>Gibraltar, GX11 1AA Gibraltar<br>Email: tom@117partners.com | 8/5/2024 |
| 19019 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com, rbeacher@pryorcashman.com | 8/23/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 19023 | Name on File<br>Address on File<br>Email Address on File | Phoenix TF, LLC<br>Attn: Jonathan Forsgren<br>418 Broadway Ste R<br>Albany, NY 12207<br>Email: customerservice@phoenixtf.co.uk | 8/5/2024 |
| 19027 | Name on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com, rbeacher@pryorcashman.com | 8/5/2024 |
| 19029 | Name on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com, rbeacher@pryorcashman.com | 8/5/2024 |
| 19045 | Name on File<br>Address on File | Hudson Bay Claim Fund LLC<br>Attention: Matthew Weinstein and Chad Flick<br>c/o Hudson Bay Capital Management LP<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830<br>Email: mweinstein@hudsonbaycapital.com, cflick@hudsonbaycapital.com | 8/5/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 19073 | Name on File<br>Address on File<br>Email Address on File | Stonex Credit Trading Inc<br>Attn: Henry Tavarez<br>230 Park Avenue<br>10th Floor<br>New York, NY 10169<br>Email: Henry.tavarez@stonex.com | 8/23/2024 |
| 19164 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC<br>Attn: Tim Babich<br>c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109<br>Email: tim.babich@nexxus-holdings.com | 8/5/2024 |
| 19171 | Not Provided by Transferee | 8 Golden Fish Investments LTD<br>Attn: Teresa Ho<br>27 Discovery Bay Road, Neo Horizons Block 2, 25/D<br>Discovery Bay,   Hong Kong<br>Email: 8.golden.fish.investments@gmail.com | 8/5/2024 |
| 19172 | Not Provided by Transferee | 8 Golden Fish Investments Ltd<br>Attn: Teresa Ho<br>27 Discovery Bay Road, Neo Horizons, Block 2, 25/D<br>Discovery Bay,   Hong Kong<br>Email: 8.golden.fish.investments@gmail.com | 8/5/2024 |
| 19173 | Not Provided by Transferee | 8 Golden Fish Investments Ltd<br>Attn: Teresa Ho<br>27 Discovery Bay Road, Neo Horizons, Block 2, 25/D<br>Discovery Bay,   Hong Kong<br>Email: 8.golden.fish.investments@gmail.com | 8/5/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 19277 | Name on File<br>Address on File<br>Email Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway<br>Suite 906<br>New York, NY 10018<br>Email: vjel@cherokeeacq.com | 8/5/2024 |
| 19318 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 8/23/2024 |
| 19324 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 8/5/2024 |
| 19380 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 8/5/2024 |
| 19441 | Name on File<br>Address on File<br>Email Address on File | FTX Claims SPV LLC<br>Anh Le<br>475 Sansome St<br>Suite 730<br>San Francisco, CA 94111<br>Email: ftx@spvtrading.com | 8/23/2024 |
| 19489 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 8/5/2024 |
| 19503 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 8/5/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 19632 | Name on File<br>Address on File<br>Email Address on File | FTX Creditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 8/5/2024 |
| 19809 | Name on File<br>Address on File<br>Email Address on File | DCP Master Investments XV LLC<br>55 Hudson Yards<br>Suite 29B<br>New York, NY 10001<br>Email: HKondapalli@Diametercap.com,<br>skim@diametercap.com | 8/5/2024 |
| 19854 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 8/23/2024 |
| 19989 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 8/5/2024 |
| 19990 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 8/5/2024 |
| 20058 | Not Provided by Transferee | 507 Investment Fund LLC<br>Attn: Thomas Braziel<br>5 Greyhen Lane<br>Savannah, GA 31411<br>Email: tom@117partners.com | 8/23/2024 |
| 20059 | Not Provided by Transferee | 507 Investment Fund LLC<br>Attn: Thomas Braziel<br>5 Greyhen Lane<br>Savannah, GA 31411<br>Email: tom@117partners.com | 8/23/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 20060 | Not Provided by Transferee | 507 Investment Fund LLC<br>Attn: Thomas Braziel<br>5 Greyhen Lane<br>Savannah, GA 31411<br>Email: tom@117partners.com | 8/23/2024 |
| 20110 | Name on File<br>Address on File<br>Email Address on File | Canyon Balanced Master Fund, Ltd<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 8/23/2024 |
| 20111 | Name on File<br>Address on File<br>Email Address on File | Canyon Distressed TX (A) LLC<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 8/23/2024 |
| 20112 | Name on File<br>Address on File<br>Email Address on File | Canyon ESG Master Fund, L.P<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 8/23/2024 |
| 20113 | Name on File<br>Address on File<br>Email Address on File | Canyon Balanced Master Fund, Ltd.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 8/23/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 20114 | Name on File<br>Address on File<br>Email Address on File | Canyon IC Credit Master Fund L.P<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 8/23/2024 |
| 20115 | Name on File<br>Address on File<br>Email Address on File | Canyon Distressed TX (A) LLC<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 8/23/2024 |
| 20116 | Name on File<br>Address on File<br>Email Address on File | Canyon Value Realization Fund, L.P<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 8/23/2024 |
| 20117 | Name on File<br>Address on File<br>Email Address on File | CDOF IV Master Fund, L.P<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 8/23/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 20118 | Name on File<br>Address on File<br>Email Address on File | Canyon ESG Master Fund, L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com, legal@canyonpartners.com | 8/23/2024 |
| 20119 | Name on File<br>Address on File<br>Email Address on File | Canyon IC Credit Master Fund L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com, legal@canyonpartners.com | 8/23/2024 |
| 20120 | Name on File<br>Address on File<br>Email Address on File | GCM SIG Holdings Nineteen, LLC<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com, legal@canyonpartners.com | 8/23/2024 |
| 20121 | Name on File<br>Address on File<br>Email Address on File | The Canyon Value Realization Master Fund, L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com, legal@canyonpartners.com | 8/23/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 20122 | Name on File<br>Address on File<br>Email Address on File | Canyon Value Realization Fund, L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 8/23/2024 |
| 20123 | Name on File<br>Address on File<br>Email Address on File | CANYON-ASP FUND, L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 8/23/2024 |
| 20124 | Name on File<br>Address on File<br>Email Address on File | CDOF IV Master Fund, L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 8/23/2024 |
| 20125 | Name on File<br>Address on File<br>Email Address on File | RIVER CANYON TOTAL RETURN BOND FUND<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 8/23/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 20126 | Name on File<br>Address on File<br>Email Address on File | GCM SIG Holdings Nineteen, LLC<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 8/23/2024 |
| 20127 | Name on File<br>Address on File<br>Email Address on File | CANYON-ASP FUND, L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 8/23/2024 |
| 20128 | Name on File<br>Address on File<br>Email Address on File | RIVER CANYON TOTAL RETURN BOND FUND<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 8/23/2024 |
| 20129 | Name on File<br>Address on File<br>Email Address on File | The Canyon Value Realization Master Fund, L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com,<br>legal@canyonpartners.com | 8/23/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 20335 | Name on File<br>Address on File<br>Email Address on File | Vigro Nightshade, L.L.C.<br>Attn: Timothy Lin<br>c/o Crowell & Moring LLP<br>389 9th Ave, 44th Floor<br>New York, NY 10001<br>Email: tlin@crowell.com,<br>ftx@kingstreet.com | 8/23/2024 |
| 20380 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 8/5/2024 |
| 20387 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 8/23/2024 |
| 20475 | Name on File<br>Address on File<br>Email Address on File | DCP Master Investments XV LLC<br>Attn: James Pagnam and Legal<br>55 Hudson Yards<br>Suite 29B<br>New York, NY 10001<br>Email: HKondapalli@Diametercap.com,<br>skim@diametercap.com | 8/23/2024 |
| 20508 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 8/5/2024 |
| 20735 | Name on File | DCP Master Investments XV LLC<br>c/o Diameter Capital Partners, LP<br>55 Hudson Yards, Suite 29B<br>New York, NY 10001<br>Email: srao@diametercap.com | 8/23/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 21160 | Name on File<br>Address on File | Hudson Bay Claim Fund LLC<br>Attention: Matthew Weinstein and Chad Flick<br>c/o Hudson Bay Capital Management LP<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830<br>Email: mweinstein@hudsonbaycapital.com, cflick@hudsonbaycapital.com | 8/23/2024 |
| 21470 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 8/23/2024 |
| 21569 | Name on File<br>Address on File | Contrarian Funds, LLC<br>Attn: Keith McCormack<br>411 West Putnam Avenue<br>Suite 425<br>Greenwich, CT 06830<br>Email: tradeclaimsgroup@contrariancapital.com | 8/23/2024 |