# Shyam Binani



12-00 Income at Raffles
16 Collyer Quay
Singapore 049318

BY REGISTERED POST A/D

Dated: 5th Sept 2024

United States Bankruptcy Court,
824 North Market Street,
3rd Floor, Wilmington,
Delaware 19801 (U.S.A)

**For Kind attn of: THE HONORABLE JOHN T. DORSEY, (CHIEF UNITED STATES BANKRUPTCY COURT JUDGE)**

Ref: Case no 22-11068 (JTD)
Sub: FTX Trading Ltd - Debtor's Objection
Hearing Date Scheduled for: 22nd Oct 2024 @ 1PM
Matter related to: DEBTORS' SEVENTY-SECOND (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN SUPERSEDED CLAIMS (CUSTOMER CLAIMS)

Your Honour,

I was a Customer of FTX Portal buying and selling Crypto and leaving my tokens on the FTX site (not shifting them to another wallet) when suddenly FTX went bankrupt on 11th-12th Nov 2022. At the time of closure of the FTX business and further to its filings for bankruptcy I had a few tokens which were lying with FTX portal.

On 29th March 2023, I received an email from Kroll Restructuring Administration LLc, wherein I was provided a <u>Unique Customer Code</u> [redacted] and the list of tokens which belonged to me on FTX was listed. I then checked my token holdings and filed a Proof Of Claim on 29th March 2023 with the Claims Processing Centre and my claim was registered under **claim no 1587**. A copy of the entire Proof of Claims filing and acknowledgement letter received by me on 3rd May 2023 is being attached for your ready reference.

During this period, I have received various communications from Lawyers on behalf of Administrators of FTX including one email on 19th Jun 24, which had asked, in case I wanted to file a claim under the Bahamas proceedings. I was unsure of what exactly was going on but I anyhow filed my claim on their portal also.

This was followed by email for Voting to Accept or Reject "the Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd and its debtor Affiliates". I had participated in the online

Voting process in July 2024 before the deadline and my vote was registered by Ballot Confirmation Number: 221106804151177 on Jul 11th, 2024.

I had voted against the plan, as the plan was to reimburse the value of tokens and not the crypto tokens itself. The compensation should have been to return the tokens of the customers, for which the claim was made and acknowledged.

*Now on 29th Aug 24, I have received another email informing about the upcoming hearing at your Honours Court wherein it has been found that, there are 2 similar claims for exactly the same quantity of tokens has been registered. The page no 8 of "Schedule 1 - Supersedes Claims" which has been filed by the Debtor shows my claim bearing no: 1587 is being disallowed while the Claim No: 61520 is being treated as a Surviving claim. The name of the customer has not been shown on this page. I have no clue how these 2 claims numbers have been generated and how a competing claim no 61520 has been also made, as I could not find any documentation related to this number.*

Your Honour, I would like you to please see that our rights are protected, as we are small customers of FTX. I am only aware of claim no 1587 and I could not find any communication where Claim no: 61520 was generated and provided to me. However, if both claims belong to me i.e. with my Customer Code: 03809507, then this is purely by accident **and I have no objection in the Debtor's disallowing my claim no: 61520 and retaining my claim 1587.** Claim no 1587 is the initial claim acknowledged by FTX as per their letter, the copy of which is provided in this letter.

Thanking you
Yours Sincerely

*(signature)*

(SHYAM BINANI)
Email:shyambinani@gmail.com
Ph: +65 65332627

enclo:
a) FTX Proof of Claim filing
b) Acknowledge of Proof of Claim

*Received by ma*
03 MAY 2023

FTX 3265 SRF 68641 PackID: 67 ADRID: 12244305 SVC: Batch 0007
BINANI, SHYAM
12-00, 16 COLLYER QUAY
SINGAPORE 049318
SINGAPORE

In re: FTX Trading, Ltd., et. al.
Case No. 22-11068 (JTD)
United States Bankruptcy Court for the District of Delaware

### KROLL RECEIVED YOUR PROOF OF CLAIM

This serves as confirmation that the proof of claim form you submitted in connection with the FTX Trading, Ltd. jointly administered chapter 11 bankruptcy cases has been received by Kroll Restructuring Administration LLC ("*Kroll*") on Wednesday, April 12, 2023.

Your claim has been assigned claim number ____1587____.

Please **do not** discard this letter as you may need to refer to it in the future.

**The processing of your claim by Kroll and your receipt of this letter is not an acknowledgement of the validity, nature or amount of your claim.**

# Shyam Binani

12-00 Income at Raffles
16 Collyer Quay
Singapore 049318

Dated : 29 March 2023

Claims Processing Centre
FTX Trading Ltd
c/o Kroll Restructuring Administration LLc
850, 3rd Avenue, Suite 412
Brooklyn, New York  NY 11232
U.S.A

Dear Sir,

Re: Filing of Claim – Proof of Claim Form 410
**Customer Code:** ▉▉▉▉▉▉

I refer to the email received today informing the details of the claim and my customer code.

I am enclosing herewith the Signed Hardcopy of the Proof of Claim Form B410 for your perusal and records, which may be submitted to the court as and when the Court sets a deadline for filing.

As a proof of my claim, I have attached the screenshot of the FTX website just before the same went down on 11th Nov 2022. The schedule of token lying on the website and shown by debtor's FTX Schedule matches. My claim is for the token lost in the custody of the FTX Exchange and the return of the same.

Please acknowledge a receipt of this letter either by mail or by email.

Thanking you

*[signature]*
(SHYAM BINANI)
Email:shyambinani@gmail.com
Ph: +65 65332627

Enclosed: Original Signed Form 410 & attachment

Fill in this information to identify the case:

Debtor 1: FTX TRADING LTD & its 101 AFFILIATES

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: District of Delaware

Case number: 22-11068 (JTD)

Official Form 410

# Proof of Claim
04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
SHYAM BINANI
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Mr SHYAM BINANI
Name
12-00, 16 COLLYER QUAY
Number      Street
SINGAPORE 049318
City        State       ZIP Code

Contact phone +65 6533 2627
Contact email shyambinani@gmail.com

Where should payments to the creditor be sent? (if different)

Name
Number      Street
City        State       ZIP Code

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___/___/_____
                                                                          MM  / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                           Proof of Claim                           page 1

### Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?**   $_____. **Does this amount include interest or other charges?**
☑ No
BTC 0.24995, ETH 0.49999, ETHW 0.4999, LUNA2 14.11891176, ☐ Yes. Attach statement itemizing interest, fees, expenses, or other
LUNA2_LOCKED 32.94412743, SOL 90.8738489, USD 0.1573 &    charges required by Bankruptcy Rule 3001(c)(2)(A).
USTC 1998.6002

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

**TOKENS LEFT ON FTX EXCHANGE ( SEE ATTACHMENTS)**

**9. Is all or part of the claim secured?**
☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____
**Amount of the claim that is secured:** $_____
**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No | |
|---|---|---|
| | ☐ Yes. Check one: | Amount entitled to priority |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  03/29/2023
                  MM / DD / YYYY

_[signature]_
Signature

Print the name of the person who is completing and signing this claim:

Name: SHYAM                                BINANI
      First name    Middle name            Last name

Title: _____

Company: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 12-00, Income at Raffles, 16 Collyer Quay, SINGAPORE 049318
         Number     Street
         SINGAPORE
         City                               State      ZIP Code

Contact phone  +65 65332627                Email  shyambinani@gmail.com

**ATTACHMENT TO FORM B410 – PROOF OF CLAIM**

THE SCREEN SHOT AS ON 11 NOV 2022 SHOWING THE BALANCE TOKEN LYING ON THE FTX EXCHANGE WALLET SHOWING THE QTY & VALUE ON 11th NOV 2022 AND A LIST OF US$ DEPOSITS MADE ON THE FTX TO PURCHASE THESE TOKENS ON VARIOUS DATES
THESE TOKEN DEPOSITS MATCHES WITH THE SCHDULE OF THE DEBTOR's.
MY CUSTOMER CODE PROVIDED IN THE SCHDULE OF DEBTOR IS 03809507







SINGAPORE
RPL2    $8.25



SINGAPORE
RC  61449989  1 SG

To.

United states Bankrupcy Court

824 North Market street

3rd Floor, Wilmington

Delaware 19801

U.S.A

AIR MAIL
PAR AVION

| Administration des postes d'origine / Postal administration of origin | AVIS de réception/de livraison/de paiement/d'inscription / ADVICE of receipt/of delivery/of payment/of entry | | CN 07 (ancien C5) (old C5) |
|---|---|---|---|
| Bureau de dépôt / Office of posting | Date: 06 Sep 2024 | **AR** | Service des postes / On postal service |
| Destinataire de l'envoi / Addressee of the item: United State Bankruptcy Court, 824 North Market Street, 3rd floor, Wilmington, Delaware 19801. U.S.A | | | Timbre du bureau renvoyant l'avis / Stamp of the office returning the advice [RAFFLES PLACE stamp, 6 SEP] **PAR AVION** |
| Nature de l'envoi / Nature of the item: Document | | | |
| Prioritaire/Priority/Lettre/Letter | Non prioritaire/Non priority/Imprimé/Printed paper | Colis/Parcel | Renvoyer/Return — Nom ou raison sociale / Name: Shri Shyam Binani |
| Recommandé/Registered N° de l'envoi/No of item | Livraison attestée/Recorded delivery | Valeur déclarée/Insured Montant/Amount | Rue et n° / Street and No: 16 Collyer Quay #12-00 |
| Mandat ordinaire/de versement Ordinary money order/Inpayment money ord | Chèque d'assignation Outpayment Cheque | Montant/Amount | Localité et pays / Locality and country: SINGAPORE 049318 |
| A compléter à destination / To be completed at the point of destination | | | |
| L'envoi mentionné ci-dessus a été dûment / The item mentioned above has been duly: remis/delivered — payé/paid | | inscrit en CCP / credited to giro account | |
| Date et signature / Date and signature | | | |

*Cet avis pourra être signé par le destinataire ou si les règlements du pays de destination le prévoient, par une autre personne autorisée ou par l'agent du bureau de destination
*This advice may be signed by the addressee or, if the regulations of the country of destination so provide, by another authorized person or by the official of the office of destination

KROLL RESTRUCTURING ADMINISTRATION
FDR Station, PO Box 5293
New York NY 10150-9998



LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

