# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered) |

## NOTICE OF PHASE II REPORT OF ROBERT J. CLEARY, EXAMINER

**PLEASE TAKE NOTICE** that on March 20, 2024, the Court entered the *Order Approving the Appointment of Examiner*, ECF No. 9882, which approved the appointment of Robert J. Cleary as examiner (the "Examiner") in the above-captioned bankruptcy cases (the "Chapter 11 Cases") of FTX Trading Ltd. and certain of its affiliates (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that on June 25, 2024, the Court entered the *Order (I) Granting the Examiner Authority to Conduct Additional Examinations, and (II) Establishing the Scope, Cost, Degree, and Duration of the Second Phase of the Examination and Granting Related Relief*, ECF No. 19061 (the "Phase II Scope Order"), which order sets out the

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{02053669;v1 }

scope, cost, degree, and duration of Phase II of the Examiner's investigations and requires the Examiner to file a report regarding same (the "Phase II Report").

**PLEASE TAKE FURTHER NOTICE** that the Phase II Scope Order was amended by order entered on August 15, 2024, ECF No. 23059.  The order amending the Phase II Scope Order provides in pertinent part that the Phase II Report is due to be filed initially, under seal, on September 20, 2024.

**PLEASE TAKE FURTHER NOTICE** that on September 20, 2024, the Examiner will file his Phase II Report under seal.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the provisions of the foregoing orders and previous related filings, the Examiner will provide unredacted copies of the Phase II Report to counsel for the Debtors, counsel for the official committee of unsecured creditors appointed in these Chapter 11 Cases, and counsel for the United States Trustee for Region 3.  In addition, the Court will have docket access to an unredacted copy of the Phase II Report. Thereafter, the Examiner and foregoing parties will follow the provisions of the Phase II Scope Order relating to any proposed redactions to be contained in a publicly filed Phase II Report.

Dated: September 20, 2024

Respectfully submitted,

**ASHBY & GEDDES, P.A.**

By: /s/ *Michael D. DeBaecke*
Michael D. DeBaecke (Bar No. 3186)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Tel: (302) 654-1888
Email: mdebaecke@ashbygeddes.com

-and-

**PATTERSON BELKNAP WEBB & TYLER LLP**

Daniel A. Lowenthal (admitted *pro hac vice*)
Kimberly A. Black (admitted *pro hac vice*)
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
Email: dalowenthal@pbwt.com
Email: kblack@pbwt.com

*Counsel to Robert J. Cleary in his capacity as the Examiner appointed in the Chapter 11 Cases*