# SCHEDULE 1

**Duplicate Portal Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**Fifty-First Omnibus Claims Objection**
**Schedule 1 - Substantive Duplicate Claims**

| Claims to be Disallowed | | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| 93251 | Name on file | FTX Trading Ltd. | BTC | 0.024995640000000 | 80694* | Name on file | FTX Trading Ltd. | ADA-PERP | 0.000000000000000 |
| | | | ETHW | 2.088882100000000 | | | | BTC | 0.024995644442310 |
| | | | EUR | 10,210.000000000000 | | | | BTC-PERP | 0.000000000000000 |
| | | | FTT | 16.800000000000000 | | | | CRO-PERP | 0.000000000000000 |
| | | | LTC | 5.120000000000000 | | | | DENT-PERP | 0.000000000000000 |
| | | | SOL | 4.929112600000000 | | | | DOT-PERP | 0.000000000000000 |
| | | | USD | 12,977.270000000000 | | | | ETH-PERP | 0.000000000000000 |
| | | | | | | | | ETHW | 2.088882100000000 |
| | | | | | | | | EUR | 10,000.000000000000 |
| | | | | | | | | FTT | 16.800000000000000 |
| | | | | | | | | LINK-PERP | 0.000000000000000 |
| | | | | | | | | LTC | 5.120000000000000 |
| | | | | | | | | LTC-PERP | 0.000000000000000 |
| | | | | | | | | SOL | 4.929112600000000 |
| | | | | | | | | SOL-PERP | 0.000000000000000 |
| | | | | | | | | USD | 12,977.267913644500000 |
| | | | | | | | | VET-PERP | 0.000000000000000 |
| | | | | | | | | XRP-PERP | 0.000000000000000 |
| | | | | | | | | XTZ-PERP | 0.000000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the Debtors' Fourteenth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|---|---|---|---|---|
| 91534 | Name on file | West Realm Shires Services Inc. | BCH | 0.000000010000000 | 56132* | Name on file | West Realm Shires Services Inc. | BCH | 0.000000010000000 |
| | | | BTC | 2,505.045100000000 | | | | BTC | 15.450304782658600 |
| | | | SOL | 0.000000020000000 | | | | SOL | 0.000000020000000 |
| | | | USD | 0.000000000000000 | | | | USD | -228,929.679439957000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the Debtors' Twelfth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|---|---|---|---|---|
| 91956 | Name on file | FTX Trading Ltd. | 1INCH-PERP | 0.000000000000000 | 15697* | Name on file | FTX Trading Ltd. | 1INCH-PERP | 0.000000000000000 |
| | | | AAVE-PERP | 0.000000000000005 | | | | AAVE-PERP | 0.000000000000005 |
| | | | APE-PERP | 0.000000000007275 | | | | APE-PERP | 0.000000000007276 |
| | | | ATLAS | 69,904.468000000000 | | | | ATLAS | 69,904.468000000000 |
| | | | ATOM-PERP | 0.000000000000000 | | | | ATOM-PERP | 0.000000000000000 |
| | | | AUDIO-PERP | 0.000000000000000 | | | | AUDIO-PERP | 0.000000000000000 |
| | | | AVAX-PERP | 0.000000000000000 | | | | AVAX-PERP | 0.000000000000000 |
| | | | AXS-0930 | 0.000000000000000 | | | | AXS-0930 | 0.000000000000000 |
| | | | AXS-PERP | -0.000000000000056 | | | | AXS-PERP | -0.000000000000057 |
| | | | BNB | 3.760000000000000 | | | | BNB | 3.760000000000000 |
| | | | BTC | 0.501288620000000 | | | | BTC | 0.501288620000000 |
| | | | BTC-0624 | 0.000000000000000 | | | | BTC-0624 | 0.000000000000000 |
| | | | BTC-0930 | 0.000000000000000 | | | | BTC-0930 | 0.000000000000001 |
| | | | BTC-PERP | 0.000000000000001 | | | | BTC-PERP | 0.000000000000002 |
| | | | CHR-PERP | 0.000000000000000 | | | | CHR-PERP | 0.000000000000000 |
| | | | CHZ-0624 | 0.000000000000000 | | | | CHZ-0624 | 0.000000000000000 |
| | | | CHZ-PERP | 0.000000000000000 | | | | CHZ-PERP | 0.000000000000000 |
| | | | DOGE-PERP | 0.000000000000000 | | | | DOGE-PERP | 0.000000000000000 |
| | | | DOT-PERP | -0.000000000000113 | | | | DOT-PERP | -0.000000000000114 |
| | | | ETH | 0.859000000000000 | | | | ETH | 0.859000000000000 |
| | | | ETH-0624 | 0.000000000000000 | | | | ETH-0624 | 0.000000000000000 |
| | | | ETH-PERP | -0.000000000000001 | | | | ETH-PERP | -0.000000000000002 |
| | | | GALA-PERP | 0.000000000000000 | | | | GALA-PERP | 0.000000000000000 |
| | | | HOT-PERP | 0.000000000000000 | | | | HOT-PERP | 0.000000000000000 |
| | | | KSHIB-PERP | 0.000000000000000 | | | | KSHIB-PERP | 0.000000000000000 |
| | | | LRC-PERP | 0.000000000000000 | | | | LRC-PERP | 0.000000000000000 |
| | | | LUNC-PERP | 0.000000000000000 | | | | LUNC-PERP | 0.000000000000000 |
| | | | NEAR-PERP | 0.000000000000000 | | | | NEAR-PERP | 0.000000000000000 |
| | | | SLP-PERP | 0.000000000000000 | | | | SLP-PERP | 0.000000000000000 |
| | | | SOL | 70.780000000000000 | | | | SOL | 70.780000000000000 |
| | | | SOL-0325 | 0.000000000000000 | | | | SOL-0325 | 0.000000000000000 |
| | | | SOL-PERP | -0.000000000000056 | | | | SOL-PERP | -0.000000000000057 |
| | | | SRN-PERP | 0.000000000000000 | | | | SRN-PERP | 0.000000000000000 |
| | | | STMX-PERP | 0.000000000000000 | | | | STMX-PERP | 0.000000000000000 |
| | | | THETA-PERP | 0.000000000000000 | | | | THETA-PERP | 0.000000000000000 |
| | | | TRX-PERP | 0.000000000000000 | | | | TRX-PERP | 0.000000000000000 |
| | | | USD | 996.006649786902021 | | | | USD | 0.006649786902022 |
| | | | USDT | 651,255.000000000000 | | | | USDT | 3,779.718521985000000 |
| | | | USDT-20211231 | 0.000000000000000 | | | | USDT-20211231 | 0.000000000000000 |
| | | | VET-PERP | 0.000000000000000 | | | | VET-PERP | 0.000000000000000 |
| | | | WAVES-PERP | 0.000000000000000 | | | | WAVES-PERP | 0.000000000000000 |
| | | | ZRX-PERP | 0.000000000000000 | | | | ZRX-PERP | 0.000000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the Debtors' Fifteenth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|---|---|---|---|---|
| 92951 | Name on file | FTX EU Ltd. | AAVE-PERP | 0.000000000000000 | 54893* | Name on file | FTX Trading Ltd. | AAVE-PERP | 0.000000000000000 |
| | | | ALGO-PERP | 178.000000000000000 | | | | ALGO-PERP | 178.000000000000000 |
| | | | ALT-PERP | 0.000000000000000 | | | | ALT-PERP | 0.000000000000000 |
| | | | APE | 0.000000020000000 | | | | APE | 0.000000020000000 |
| | | | APE-PERP | -0.000000000000085 | | | | APE-PERP | -0.000000000000085 |
| | | | AR-PERP | -0.000000000000067 | | | | AR-PERP | -0.000000000000068 |
| | | | ATLAS | 0.000000021468511 | | | | ATLAS | 0.000000021468511 |
| | | | ATOM | 0.000000000257129 | | | | ATOM | 0.000000000257129 |
| | | | ATOM-PERP | -0.000000000000047 | | | | ATOM-PERP | -0.000000000000048 |
| | | | AVAX | 0.000000015644559 | | | | AVAX | 0.000000015644559 |

80694*: Surviving Claim was ordered modified on the Debtors' Fourteenth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
56132*: Surviving Claim was ordered modified on the Debtors' Twelfth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
15697*: Surviving Claim was ordered modified on the Debtors' Fifteenth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
54893*: Surviving Claim was ordered modified on the Debtors' Twelfth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
54893*: Surviving Claim is also included as a Surviving Claim in the Debtors' Forty-Third (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)

| | | Claims to be Disallowed | | | | | Surviving Claims | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| | | | AVAX-PERP | 0.000000000000014 | | | | AVAX-PERP | 0.000000000000014 |
| | | | BAT | 0.000000001418000 | | | | BAT | 0.000000001418000 |
| | | | BNB | 0.000000026486870 | | | | BNB | 0.000000026486870 |
| | | | BNB-PERP | 0.000000000000000 | | | | BNB-PERP | 0.000000000000000 |
| | | | BOBA | 0.000000016355000 | | | | BOBA | 0.000000016355000 |
| | | | BOBA-PERP | 0.000000000000397 | | | | BOBA-PERP | 0.000000000000398 |
| | | | BTC | 0.003860000000000 | | | | BTC | 0.001783022456545 |
| | | | BTC-PERP | 0.005900000000000 | | | | BTC-PERP | 0.005900000000000 |
| | | | C98 | 0.000000008571369 | | | | C98 | 0.000000008571369 |
| | | | CAKE-PERP | 0.000000000000056 | | | | CAKE-PERP | 0.000000000000057 |
| | | | CEL | 0.000000003748032 | | | | CEL | 0.000000003748032 |
| | | | CHR | 0.000000003944943 | | | | CHR | 0.000000003944943 |
| | | | CHZ | 0.000000004838628 | | | | CHZ | 0.000000004838629 |
| | | | CHZ-PERP | 0.000000000000000 | | | | CHZ-PERP | 0.000000000000000 |
| | | | CREAM-PERP | 0.000000000000001 | | | | CREAM-PERP | 0.000000000000002 |
| | | | CRV-PERP | 0.000000000000000 | | | | CRV-PERP | 0.000000000000000 |
| | | | DEFI-PERP | 0.000000000000000 | | | | DEFI-PERP | 0.000000000000000 |
| | | | DENT | 0.000000005923246 | | | | DENT | 0.000000005923246 |
| | | | DOGE | 0.000000005168896 | | | | DOGE | 0.000000005168896 |
| | | | DOGE-PERP | 0.000000000000000 | | | | DOGE-PERP | 0.000000000000000 |
| | | | EDEN | 0.000000003389769 | | | | EDEN | 0.000000003389770 |
| | | | EGLD-PERP | 0.000000000000001 | | | | EGLD-PERP | 0.000000000000002 |
| | | | ENJ | 0.000000009679394 | | | | ENJ | 0.000000009679394 |
| | | | ENJ-PERP | 0.000000000000000 | | | | ENJ-PERP | 0.000000000000000 |
| | | | ENS | 0.000000006000000 | | | | ENS | 0.000000006000000 |
| | | | ENS-PERP | -0.000000000000036 | | | | ENS-PERP | -0.000000000000036 |
| | | | EOS-PERP | -0.000000000000056 | | | | EOS-PERP | -0.000000000000057 |
| | | | ETC-PERP | -0.000000000000007 | | | | ETC-PERP | -0.000000000000007 |
| | | | ETH | 0.049000000000000 | | | | ETH | 0.000000023054657 |
| | | | ETH-0930 | 0.000000000000000 | | | | ETH-0930 | 0.000000000000000 |
| | | | ETH-1230 | 0.000000000000000 | | | | ETH-1230 | 0.000000000000000 |
| | | | ETH-PERP | 0.000000000000000 | | | | ETH-PERP | 0.000000000000000 |
| | | | ETHW | 0.000000015369075 | | | | ETHW | 0.000000015369075 |
| | | | FIDA | 0.000000005587992 | | | | FIDA | 0.000000005587993 |
| | | | FLUX-PERP | 0.000000000000000 | | | | FLUX-PERP | 0.000000000000000 |
| | | | FTM | 0.000000086667251 | | | | FTM | 0.000000086667252 |
| | | | FTT | 0.083770000000000 | | | | FTT | 0.000000020880185 |
| | | | FTT-PERP | -0.000000000000142 | | | | FTT-PERP | -0.000000000000142 |
| | | | GLMR-PERP | 0.000000000000000 | | | | GLMR-PERP | 0.000000000000000 |
| | | | GODS | 0.000000011719203 | | | | GODS | 0.000000011719203 |
| | | | GOG | 0.000000004742935 | | | | GOG | 0.000000004742936 |
| | | | GRT | 0.000000008355000 | | | | GRT | 0.000000008355000 |
| | | | GRT-PERP | 0.000000000000000 | | | | GRT-PERP | 0.000000000000000 |
| | | | HNT | 0.000000008063137 | | | | HNT | 0.000000008063138 |
| | | | HNT-PERP | 0.000000000000767 | | | | HNT-PERP | 0.000000000000767 |
| | | | HOLY | 0.000000008749008 | | | | HOLY | 0.000000008749008 |
| | | | IMX | 0.000000011348074 | | | | IMX | 0.000000011348075 |
| | | | JASMY-PERP | 0.000000000000000 | | | | JASMY-PERP | 0.000000000000000 |
| | | | JOE | 0.000000006166220 | | | | JOE | 0.000000006166220 |
| | | | KAVA-PERP | 0.000000000000000 | | | | KAVA-PERP | 0.000000000000000 |
| | | | KIN | 0.000000012924153 | | | | KIN | 0.000000012924153 |
| | | | KSM-PERP | 0.000000000000015 | | | | KSM-PERP | 0.000000000000016 |
| | | | LINK | 0.000000027980692 | | | | LINK | 0.000000027980692 |
| | | | LINK-PERP | -0.000000000000039 | | | | LINK-PERP | -0.000000000000040 |
| | | | LRC-PERP | 0.000000000000000 | | | | LRC-PERP | 0.000000000000000 |
| | | | LTC | 0.000000006000000 | | | | LTC | 0.000000006000000 |
| | | | LUNA2 | 0.946782590000000 | | | | LUNA2 | 0.946782590000000 |
| | | | LUNA2_LOCKED | 2.209159376700000 | | | | LUNA2_LOCKED | 2.209159376700000 |
| | | | LUNC-PERP | 0.000000000000000 | | | | LUNC-PERP | 0.000000000000000 |
| | | | MANA | 0.000000004793416 | | | | MANA | 0.000000004793417 |
| | | | MANA-PERP | 0.000000000000000 | | | | MANA-PERP | 0.000000000000000 |
| | | | MATIC | 0.000000025062769 | | | | MATIC | 0.000000025062769 |
| | | | MATIC-PERP | 0.000000000000000 | | | | MATIC-PERP | 0.000000000000000 |
| | | | MBS | 0.000000003865200 | | | | MBS | 0.000000003865200 |
| | | | MER | 0.000000006666727 | | | | MER | 0.000000006666727 |
| | | | MINA-PERP | 0.000000000000000 | | | | MINA-PERP | 0.000000000000000 |
| | | | MNGO | 0.000000014177788 | | | | MNGO | 0.000000014177788 |
| | | | NEAR | 0.000000006197830 | | | | NEAR | 0.000000006197830 |
| | | | NEAR-1230 | 0.000000000000000 | | | | NEAR-1230 | 0.000000000000000 |
| | | | NEAR-PERP | -0.000000000000147 | | | | NEAR-PERP | -0.000000000000147 |
| | | | NEO-PERP | 0.000000000000000 | | | | NEO-PERP | 0.000000000000000 |
| | | | OKB-PERP | 0.000000000000014 | | | | OKB-PERP | 0.000000000000014 |
| | | | ONE-PERP | 0.000000000000000 | | | | ONE-PERP | 0.000000000000000 |
| | | | PERP | 0.000000015270441 | | | | PERP | 0.000000015270442 |
| | | | PERP-PERP | -0.000000000000227 | | | | PERP-PERP | -0.000000000000227 |
| | | | POLIS | 0.000000006474261 | | | | POLIS | 0.000000006474261 |
| | | | RAY | 0.000000007450039 | | | | RAY | 0.000000007450040 |
| | | | RAY-PERP | 0.000000000000000 | | | | RAY-PERP | 0.000000000000000 |
| | | | REEF-PERP | 0.000000000000000 | | | | REEF-PERP | 0.000000000000000 |
| | | | REN | 0.000000006400000 | | | | REN | 0.000000006400000 |
| | | | REN-PERP | 0.000000000000000 | | | | REN-PERP | 0.000000000000000 |
| | | | ROSE-PERP | 0.000000000000000 | | | | ROSE-PERP | 0.000000000000000 |
| | | | RSR-PERP | 0.000000002125959 | | | | RSR-PERP | 0.000000002125959 |
| | | | RUNE | 0.000000002125959 | | | | RUNE | 0.000000002125959 |
| | | | RUNE-PERP | 0.000000000000020 | | | | RUNE-PERP | 0.000000000000020 |

| | Claims to be Disallowed | | | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| | | | RVN-PERP | 0.000000000000000 | | | | | RVN-PERP | 0.000000000000000 |
| | | | SAND | 0.000000010243968 | | | | | SAND | 0.000000010243968 |
| | | | SAND-PERP | 0.000000000000000 | | | | | SAND-PERP | 0.000000000000000 |
| | | | SECO | 0.000000012742160 | | | | | SECO | 0.000000012742160 |
| | | | SHIB | 0.000000004695323 | | | | | SHIB | 0.000000004695324 |
| | | | SLRS | 0.000000014487078 | | | | | SLRS | 0.000000014487079 |
| | | | SNX | 0.000000005000000 | | | | | SNX | 0.000000005000000 |
| | | | SOL | 0.000000013889191 | | | | | SOL | 0.000000013889191 |
| | | | SOL-PERP | -0.000000000000006 | | | | | SOL-PERP | -0.000000000000006 |
| | | | SRM | 0.000000016534410 | | | | | SRM | 0.000000016534411 |
| | | | SRM-PERP | 0.000000000000000 | | | | | SRM-PERP | 0.000000000000000 |
| | | | STARS | 0.000000007931609 | | | | | STARS | 0.000000007931610 |
| | | | STEP | 0.000000015505206 | | | | | STEP | 0.000000015505206 |
| | | | STORJ-PERP | 0.000000000000000 | | | | | STORJ-PERP | 0.000000000000000 |
| | | | SUSHI-PERP | 0.000000000000000 | | | | | SUSHI-PERP | 0.000000000000000 |
| | | | TLM | 0.000000009600000 | | | | | TLM | 0.000000009600000 |
| | | | TONCOIN | 0.000000021352899 | | | | | TONCOIN | 0.000000021352900 |
| | | | TONCOIN-PERP | 0.000000000000245 | | | | | TONCOIN-PERP | 0.000000000000245 |
| | | | TRX | 0.000798000000000 | | | | | TRX | 0.000798000000000 |
| | | | TRX-PERP | 0.000000000000000 | | | | | TRX-PERP | 0.000000000000000 |
| | | | TULIP | 0.000000005438567 | | | | | TULIP | 0.000000005438567 |
| | | | UNI-PERP | 0.000000000000000 | | | | | UNI-PERP | 0.000000000000000 |
| | | | USD | 1,304.560000000000000 | | | | | USD | -164.775469367680000 |
| | | | USDT | 0.002716032793383 | | | | | USDT | 0.002716032793384 |
| | | | WAVES-0624 | 0.000000000000000 | | | | | WAVES-0624 | 0.000000000000000 |
| | | | WAVES-PERP | 0.000000000000000 | | | | | WAVES-PERP | 0.000000000000000 |
| | | | XMR-PERP | 0.000000000000000 | | | | | XMR-PERP | 0.000000000000000 |
| | | | YFI | 0.000000006000000 | | | | | YFI | 0.000000006000000 |
| | | | ZEC-PERP | -0.000000000000007 | | | | | ZEC-PERP | -0.000000000000007 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the Debtors' Twelfth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| 48712 | Name on file | FTX Trading Ltd. | ATLAS | 26.743048790000000 | | 48706 | Name on file | FTX Trading Ltd. | ATLAS | 26.743048790000000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | ETH | 0.000011680000000 | | | | | ETH | 0.000011680000000 |
| | | | ETHW | 0.000011680000000 | | | | | ETHW | 0.000011680000000 |
| | | | SOL | 0.004594300000000 | | | | | SOL | 0.004594300000000 |
| | | | SRM | 17.490766690000000 | | | | | SRM | 17.490766690000000 |
| | | | SRM_LOCKED | 59.175360230000000 | | | | | SRM_LOCKED | 59.175360230000000 |
| | | | USD | 0.094303170452320 | | | | | USD | 0.094303170452320 |
| | | | USDC | 9,589.060000000000000 | | | | | USDC | 9,589.060000000000000 |
| | | | USDT | 0.000000002500000 | | | | | USDT | 0.000000002500000 |
| | | | USDT-PERP | 0.000000000000000 | | | | | USDT-PERP | 0.000000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| 91366 | Name on file | FTX Trading Ltd. | BTC | 0.000034430000000 | | 79059* | Name on file | FTX Trading Ltd. | BTC | 0.000084940000000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | ETH | 0.000993140000000 | | | | | BTC-20210625 | 0.000000000000001 |
| | | | USD | 0.003104800000000 | | | | | BTC-PERP | 0.000000000000057 |
| | | | USDT | 2,284,267.134126900000000 | | | | | ETH | 0.000993142794902 |
| | | | | | | | | | ETH-PERP | -0.000000000000048 |
| | | | | | | | | | TRX | 518,981.000000000000000 |
| | | | | | | | | | USD | 0.172137232078666 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the Debtors' Twelfth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| 30599 | Name on file | FTX Trading Ltd. | TRX | 0.000049000000000 | | 30564 | Name on file | FTX Trading Ltd. | BTC | 0.569046800000000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | USD | 5,490.420000000000000 | | | | | ETH | 4.725748860000000 |
| | | | USDT | 4,332.980000000000000 | | | | | ETHW | 1.197080510000000 |
| | | | | | | | | | USD | 0.770000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

"79059": Surviving Claim was ordered modified on the Debtors· Twelfth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).