## SCHEDULE 1

**Superseded Claims**

FTX Trading Ltd. 22-11068 (JTD)
Fifty-Second Omnibus Claims Objection
Schedule 1 - Superseded Claims

| | | Claims to be Disallowed | | | | | Surviving Claims | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| 34148 | Name on file | FTX Trading Ltd. | ALEPH | 15,570.067850000000000 | 56734* | Name on file | FTX Trading Ltd. | 1INCH-PERP | 0.000000000000000 |
| | | | ATOM | 1,038.537078000000000 | | | | ALEPH | 15,570.067850000000000 |
| | | | AVAX | 4,233.007843460000000 | | | | ATLAS | 50,995.950000000000000 |
| | | | BNB | 499.599571810000000 | | | | ATOM | 1,038.537078000000000 |
| | | | BTC | 7.121306320000000 | | | | AVAX | 0.000000000000000 |
| | | | DOT | 4,501.569282200000000 | | | | AXS-PERP | 0.000000000000000 |
| | | | ETH | 1,399.990624720000000 | | | | BNB | 0.000000000000000 |
| | | | ETHW | 1,399.990624720000000 | | | | BNB-PERP | 0.000000000000000 |
| | | | FTM | 6,952.000000000000000 | | | | BTC | 0.000000000000000 |
| | | | FTT | 2,237.293296150000000 | | | | BTC-PERP | -0.000000000000037 |
| | | | GRT | 49,696.282800000000000 | | | | CONP-PERP | 0.000000000000000 |
| | | | HNT | 2,764.042248250000000 | | | | DEFI-PERP | 0.000000000000000 |
| | | | LINK | 6,324.042775670000000 | | | | DOT | 4,501.569282200000000 |
| | | | MANA | 735.517055060000000 | | | | ETH | 0.000000000000000 |
| | | | MATIC | 44,395.356376100000000 | | | | ETH-PERP | 0.000000000000000 |
| | | | RNDR | 4,241.400000000000000 | | | | ETHW | 1,397.803188922961200 |
| | | | RUNE | 12,894.987954500000000 | | | | FIL-PERP | 0.000000000000000 |
| | | | SAND | 97.344950000000000 | | | | FLOW-PERP | 0.000000000000000 |
| | | | SOL | 8,878.200385530000000 | | | | FTM | 6,952.000000000000000 |
| | | | SRM | 691.238799540000000 | | | | FTT | 2,237.293296151374800 |
| | | | SUSHI | 3,049.713125000000000 | | | | FTT-PERP | 0.000000000000000 |
| | | | UNI | 1,659.748800000000000 | | | | GRT | 49,696.282800000000000 |
| | | | USDT | 5,500.000000000000000 | | | | GRT-PERP | 0.000000000000000 |
| | | | | | | | | HNT | 2,764.042248250000000 |
| | | | | | | | | LINK | 6,324.042775670000000 |
| | | | | | | | | MANA | 735.517055060000000 |
| | | | | | | | | MATIC | 0.000000000000000 |
| | | | | | | | | MOB | 0.873650000000000 |
| | | | | | | | | RNDR | 4,241.400000000000000 |
| | | | | | | | | RUNE | 12,894.987954500000000 |
| | | | | | | | | SAND | 97.344950000000000 |
| | | | | | | | | SOL | 0.000000000000000 |
| | | | | | | | | SRM | 691.238799540000000 |
| | | | | | | | | SRM_LOCKED | 91.761200410000000 |
| | | | | | | | | STG | 29,351.117812500000000 |
| | | | | | | | | SUSHI | 3,049.713125000000000 |
| | | | | | | | | UNI | 1,659.748800000000000 |
| | | | | | | | | USD | -1,087,929.027824536000000 |
| | | | | | | | | USDT | 5,500.000000092110000 |
| 69128 | Name on file | FTX Trading Ltd. | | | 90879* | Name on file | FTX Trading Ltd. | | |
| | | | 1INCH | 100.000000000000000 | | | | 1INCH | 100.000000000000000 |
| | | | 1INCH-PERP | 76,426.000000000000000 | | | | 1INCH-PERP | 76,426.000000000000000 |
| | | | 51754695539085923S/OFFICIAL SOLANA | | | | | 51754695539085923S/OFFICIAL SOLANA | |
| | | | NFT | 1.000000000000000 | | | | NFT | 1.000000000000000 |
| | | | NFT | 1.000000000000000 | | | | NFT | 1.000000000000000 |
| | | | 5762427343543863S9/MAGIC EDEN PASS | | | | | 5762427343543863S9/MAGIC EDEN PASS | |
| | | | AAVE-PERP | -3,887.160000000002000 | | | | AAVE-PERP | -3,887.160000000002000 |
| | | | ADA-0325 | 0.000000000000000 | | | | ADA-0325 | 0.000000000000000 |
| | | | ADA-0624 | 0.000000000000000 | | | | ADA-0624 | 0.000000000000000 |
| | | | ADA-0930 | 0.000000000000000 | | | | ADA-0930 | 0.000000000000000 |
| | | | ADA-20210625 | 0.000000000000000 | | | | ADA-20210625 | 0.000000000000000 |
| | | | ADA-20210924 | 0.000000000000000 | | | | ADA-20210924 | 0.000000000000000 |
| | | | ADA-20211231 | 0.000000000000000 | | | | ADA-20211231 | 0.000000000000000 |
| | | | ADA-PERP | 958,766.000000000000000 | | | | ADA-PERP | 958,766.000000000000000 |
| | | | AGLD-PERP | 111,932.500000000000000 | | | | AGLD-PERP | 111,932.500000000000000 |
| | | | ALCX-PERP | -814.383999999990000 | | | | ALCX-PERP | -814.383999999990000 |
| | | | ALGO | 22.034220000000000 | | | | ALGO | 22.034220000000000 |
| | | | ALGO-PERP | -100,190.000000000000000 | | | | ALGO-PERP | -100,190.000000000000000 |
| | | | ALICE-PERP | 0.000000000088789 | | | | ALICE-PERP | 0.000000000088789 |
| | | | ALPHA-PERP | 0.000000000000000 | | | | ALPHA-PERP | 0.000000000000000 |
| | | | ALT-PERP | 0.000000000000000 | | | | ALT-PERP | 0.000000000000000 |
| | | | AMPL-PERP | 0.000000000000000 | | | | AMPL-PERP | 0.000000000000000 |
| | | | ANC-PERP | 0.000000000000000 | | | | ANC-PERP | 0.000000000000000 |
| | | | APE | 0.000000007776055 | | | | APE | 0.000000007776055 |
| | | | APE-PERP | -35,195.799999999960000 | | | | APE-PERP | -35,195.799999999960000 |
| | | | APT-PERP | 139,012.000000000000000 | | | | APT-PERP | 139,012.000000000000000 |
| | | | AR-PERP | -53,451.300000000000000 | | | | AR-PERP | -53,451.300000000000000 |
| | | | ATLAS-PERP | 0.000000000000000 | | | | ATLAS-PERP | 0.000000000000000 |
| | | | ATOM | 74,001.392231244030000 | | | | ATOM | 74,001.392231244030000 |
| | | | ATOM-PERP | 116,750.000000000000000 | | | | ATOM-PERP | 116,750.000000000000000 |
| | | | AUDIO-PERP | 528,861.300000000000000 | | | | AUDIO-PERP | 528,861.300000000000000 |
| | | | AVAX | 0.000000001848112 | | | | AVAX | 0.000000001848112 |
| | | | AVAX-PERP | 1,818.199999998663000 | | | | AVAX-PERP | 1,818.199999998663000 |
| | | | AXS | 4.247103670414672 | | | | AXS | 4.247103670414672 |
| | | | AXS-PERP | -51,152.700000000010000 | | | | AXS-PERP | -51,152.700000000010000 |
| | | | BADGER-PERP | 0.000000000021827 | | | | BADGER-PERP | 0.000000000021827 |
| | | | BAL-PERP | 0.000000000591109 | | | | BAL-PERP | 0.000000000591109 |
| | | | BAND-PERP | 376,509.700000000000000 | | | | BAND-PERP | 376,509.700000000000000 |

56734*: Surviving Claim included as the claim to be modified subject to the Debtors Fifty-Third (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
90879*: Surviving Claim included as the claim to be modified subject to the Debtors Fifty-Third (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)

| | | | Claims to be Disallowed | | | | | | Surviving Claims | |
|---|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| | | | BAO | 15,100,003.870000000000000 | | | | | BAO | 15,100,003.870000000000000 |
| | | | BAO-PERP | 0.000000000000000 | | | | | BAO-PERP | 0.000000000000000 |
| | | | BAT-PERP | 175,995.000000000000000 | | | | | BAT-PERP | 175,995.000000000000000 |
| | | | BCH | 361.184285279219300 | | | | | BCH | 361.184285279219300 |
| | | | BCH-0325 | -0.000000000000369 | | | | | BCH-0325 | -0.000000000000369 |
| | | | BCH-0624 | 0.000000000000051 | | | | | BCH-0624 | 0.000000000000051 |
| | | | BCH-20210625 | 0.000000000000220 | | | | | BCH-20210625 | 0.000000000000220 |
| | | | BCH-20210924 | -0.000000000000088 | | | | | BCH-20210924 | -0.000000000000088 |
| | | | BCH-20211231 | 0.000000000000824 | | | | | BCH-20211231 | 0.000000000000824 |
| | | | BCH-PERP | -4,644.994000000020000 | | | | | BCH-PERP | -4,644.994000000020000 |
| | | | BIT-PERP | 0.000000000000000 | | | | | BIT-PERP | 0.000000000000000 |
| | | | BNB | 24.542944688725420 | | | | | BNB | 24.542944688725420 |
| | | | BNB-PERP | -4,724.900000000010000 | | | | | BNB-PERP | -4,724.900000000010000 |
| | | | BNT-PERP | 11,297.399999999900000 | | | | | BNT-PERP | 11,297.399999999900000 |
| | | | BOBA | 0.051910740000000 | | | | | BOBA | 0.051910740000000 |
| | | | BOBA-PERP | 0.000000000000000 | | | | | BOBA-PERP | 0.000000000000000 |
| | | | BSV-PERP | 1,205.989999999980000 | | | | | BSV-PERP | 1,205.989999999980000 |
| | | | BTC | 895.672489728868400 | | | | | BTC | 895.672489728868400 |
| | | | BTC-0325 | -0.000000000000678 | | | | | BTC-0325 | -0.000000000000678 |
| | | | BTC-0331 | -17.900800000000000 | | | | | BTC-0331 | -17.900800000000000 |
| | | | BTC-0624 | -0.020299999999974 | | | | | BTC-0624 | -0.020299999999974 |
| | | | BTC-0930 | 0.000000000000177 | | | | | BTC-0930 | 0.000000000000177 |
| | | | BTC-1230 | -237.106100000000000 | | | | | BTC-1230 | -237.106100000000000 |
| | | | BTC-20210625 | -0.000000000000223 | | | | | BTC-20210625 | -0.000000000000223 |
| | | | BTC-20210924 | 0.000000000001818 | | | | | BTC-20210924 | 0.000000000001818 |
| | | | BTC-20211231 | -0.000000000000099 | | | | | BTC-20211231 | -0.000000000000099 |
| | | | BTC-PERP | -9.925600000000360 | | | | | BTC-PERP | -9.925600000000360 |
| | | | BTT-PERP | 0.000000000000000 | | | | | BTT-PERP | 0.000000000000000 |
| | | | BTTPRE-PERP | 0.000000000000000 | | | | | BTTPRE-PERP | 0.000000000000000 |
| | | | C98-PERP | 0.000000000000000 | | | | | C98-PERP | 0.000000000000000 |
| | | | CAKE-PERP | -0.000000000006714 | | | | | CAKE-PERP | -0.000000000006714 |
| | | | CEL | -10.842436554344488 | | | | | CEL | -10.842436554344488 |
| | | | CELO-PERP | -344,508.800000000000000 | | | | | CELO-PERP | -344,508.800000000000000 |
| | | | CEL-PERP | -25,581.599999999900000 | | | | | CEL-PERP | -25,581.599999999900000 |
| | | | CHR-PERP | 0.000000000000000 | | | | | CHR-PERP | 0.000000000000000 |
| | | | CHZ-PERP | 259,710.000000000000000 | | | | | CHZ-PERP | 259,710.000000000000000 |
| | | | CLV-PERP | 0.000000001877197 | | | | | CLV-PERP | 0.000000001877197 |
| | | | COMP | 0.000000000000000 | | | | | COMP | 0.000000000000000 |
| | | | COMP-PERP | 2,896.490300000040000 | | | | | COMP-PERP | 2,896.490300000040000 |
| | | | CONV-PERP | 0.000000000000000 | | | | | CONV-PERP | 0.000000000000000 |
| | | | CREAM-PERP | -7,108.310000000000000 | | | | | CREAM-PERP | -7,108.310000000000000 |
| | | | CRO-PERP | 7,499,150.000000000000000 | | | | | CRO-PERP | 7,499,150.000000000000000 |
| | | | CRV-PERP | 438,781.000000000000000 | | | | | CRV-PERP | 438,781.000000000000000 |
| | | | CVC-PERP | 0.000000000000000 | | | | | CVC-PERP | 0.000000000000000 |
| | | | CVX-PERP | -4,598.200000000010000 | | | | | CVX-PERP | -4,598.200000000010000 |
| | | | DASH-PERP | 1,247.110000000010000 | | | | | DASH-PERP | 1,247.110000000010000 |
| | | | DENT-PERP | -200.000000000000000 | | | | | DENT-PERP | -200.000000000000000 |
| | | | DODO-PERP | -26,391.000000001200000 | | | | | DODO-PERP | -26,391.000000001200000 |
| | | | DOGE | 5,661,717.448434954500000 | | | | | DOGE | 5,661,717.448434954500000 |
| | | | DOGE-1230 | -576,184.000000000000000 | | | | | DOGE-1230 | -576,184.000000000000000 |
| | | | DOGE-PERP | 54,837,580.000000000000000 | | | | | DOGE-PERP | 54,837,580.000000000000000 |
| | | | DOT | 112,456.045363982730000 | | | | | DOT | 112,456.045363982730000 |
| | | | DOT-0325 | 0.000000000001823 | | | | | DOT-0325 | 0.000000000001823 |
| | | | DOT-0624 | -0.000000000024670 | | | | | DOT-0624 | -0.000000000024670 |
| | | | DOT-20210625 | 0.000000000043655 | | | | | DOT-20210625 | 0.000000000043655 |
| | | | DOT-20210924 | -0.000000000041154 | | | | | DOT-20210924 | -0.000000000041154 |
| | | | DOT-20211231 | -0.000000000001827 | | | | | DOT-20211231 | -0.000000000001827 |
| | | | DOT-PERP | 162,244.299999990000000 | | | | | DOT-PERP | 162,244.299999990000000 |
| | | | DYDX | 4,631.642485500000000 | | | | | DYDX | 4,631.642485500000000 |
| | | | DYDX-PERP | -0.000000000170985 | | | | | DYDX-PERP | -0.000000000170985 |
| | | | EDEN-PERP | -0.000000000000694 | | | | | EDEN-PERP | -0.000000000000694 |
| | | | EGLD-PERP | -0.000000000000409 | | | | | EGLD-PERP | -0.000000000000409 |
| | | | ENJ-PERP | 0.000000000000000 | | | | | ENJ-PERP | 0.000000000000000 |
| | | | ENS-PERP | 21,037.540000000000000 | | | | | ENS-PERP | 21,037.540000000000000 |
| | | | EOS-0325 | -0.000000000077875 | | | | | EOS-0325 | -0.000000000077875 |
| | | | EOS-0624 | -0.000000000018189 | | | | | EOS-0624 | -0.000000000018189 |
| | | | EOS-20210924 | -0.000000000001913 | | | | | EOS-20210924 | -0.000000000001913 |
| | | | EOS-20211231 | -0.000000000025465 | | | | | EOS-20211231 | -0.000000000025465 |
| | | | EOS-PERP | 13,260.199999992400000 | | | | | EOS-PERP | 13,260.199999992400000 |
| | | | ETC-PERP | -2,755.000000000010000 | | | | | ETC-PERP | -2,755.000000000010000 |
| | | | ETH | -2,835.769841357991500 | | | | | ETH | -2,835.769841357991500 |
| | | | ETH-0325 | -0.000000000001335 | | | | | ETH-0325 | -0.000000000001335 |
| | | | ETH-0331 | 2,415.524000000000000 | | | | | ETH-0331 | 2,415.524000000000000 |
| | | | ETH-0624 | 0.000000000000606 | | | | | ETH-0624 | 0.000000000000606 |
| | | | ETH-0930 | -0.000000000002589 | | | | | ETH-0930 | -0.000000000002589 |
| | | | ETH-1230 | -209.751000000000000 | | | | | ETH-1230 | -209.751000000000000 |
| | | | ETH-20210625 | -0.000000000000270 | | | | | ETH-20210625 | -0.000000000000270 |
| | | | ETH-20210924 | 0.000000000003641 | | | | | ETH-20210924 | 0.000000000003641 |
| | | | ETH-20211231 | 0.000000000006625 | | | | | ETH-20211231 | 0.000000000006625 |
| | | | ETH-PERP | 37.473000000015900 | | | | | ETH-PERP | 37.473000000015900 |
| | | | ETHW | -3,007.394360604010000 | | | | | ETHW | -3,007.394360604010000 |
| | | | ETHW-PERP | 25,873.600000000000000 | | | | | ETHW-PERP | 25,873.600000000000000 |
| | | | FIDA-PERP | 0.000000000000000 | | | | | FIDA-PERP | 0.000000000000000 |
| | | | FIL-PERP | 66,949.700000000200000 | | | | | FIL-PERP | 66,949.700000000200000 |
| | | | FLM-PERP | 138,716.500000000000000 | | | | | FLM-PERP | 138,716.500000000000000 |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|---|---|---|---|---|
| | | | FLOW-PERP | -14,465.629999999000000 | | | | FLOW-PERP | -14,465.629999999000000 |
| | | | FLUX-PERP | 0.000000000000000 | | | | FLUX-PERP | 0.000000000000000 |
| | | | FTM | 1,054,397.628180005000000 | | | | FTM | 1,054,397.628180005000000 |
| | | | FTM-PERP | -901,239.000000000000000 | | | | FTM-PERP | -901,239.000000000000000 |
| | | | FTT | 115,748.396046540000000 | | | | FTT | 115,748.396046540000000 |
| | | | FTT-PERP | -27,137.999999999000000 | | | | FTT-PERP | -27,137.999999999000000 |
| | | | FXS-PERP | -0.000000000015889 | | | | FXS-PERP | -0.000000000015889 |
| | | | GALA-PERP | 3,089,580.000000000000000 | | | | GALA-PERP | 3,089,580.000000000000000 |
| | | | GAL-PERP | 0.000000000000026 | | | | GAL-PERP | 0.000000000000026 |
| | | | GLMR-PERP | 0.000000000000000 | | | | GLMR-PERP | 0.000000000000000 |
| | | | GMT-PERP | 54,064.000000000000000 | | | | GMT-PERP | 54,064.000000000000000 |
| | | | GRT-PERP | -58,584.000000000000000 | | | | GRT-PERP | -58,584.000000000000000 |
| | | | GST-PERP | 2,849,980.300000000000000 | | | | GST-PERP | 2,849,980.300000000000000 |
| | | | HBAR-PERP | 0.000000000000000 | | | | HBAR-PERP | 0.000000000000000 |
| | | | HNT-PERP | -2,758.100000003110000 | | | | HNT-PERP | -2,758.100000003110000 |
| | | | HOT-PERP | 0.000000000000000 | | | | HOT-PERP | 0.000000000000000 |
| | | | HT | 19,262.346474173440000 | | | | HT | 19,262.346474173440000 |
| | | | HT-PERP | 38,139.030000000000000 | | | | HT-PERP | 38,139.030000000000000 |
| | | | ICP-PERP | -7,143.240000000240000 | | | | ICP-PERP | -7,143.240000000240000 |
| | | | ICX-PERP | 0.000000000000000 | | | | ICX-PERP | 0.000000000000000 |
| | | | IMX-PERP | -46,509.000000000000000 | | | | IMX-PERP | -46,509.000000000000000 |
| | | | INJ-PERP | -91,386.000000000000000 | | | | INJ-PERP | -91,386.000000000000000 |
| | | | IOST-PERP | 0.000000000000000 | | | | IOST-PERP | 0.000000000000000 |
| | | | IOTA-PERP | 0.000000000000000 | | | | IOTA-PERP | 0.000000000000000 |
| | | | JASMY-PERP | 0.000000000000000 | | | | JASMY-PERP | 0.000000000000000 |
| | | | KAVA-PERP | 69,288.499999999000000 | | | | KAVA-PERP | 69,288.499999999000000 |
| | | | KIN-PERP | 0.000000000000000 | | | | KIN-PERP | 0.000000000000000 |
| | | | KLAY-PERP | 0.000000000000000 | | | | KLAY-PERP | 0.000000000000000 |
| | | | KLUNC-PERP | 175,381.000000000000000 | | | | KLUNC-PERP | 175,381.000000000000000 |
| | | | KNC-PERP | 13,704.500000000000000 | | | | KNC-PERP | 13,704.500000000000000 |
| | | | KSHIB-PERP | 118,446.250000000000000 | | | | KSHIB-PERP | 118,446.250000000000000 |
| | | | KSM-PERP | -0.000000000017291 | | | | KSM-PERP | -0.000000000017291 |
| | | | KSOS-PERP | -3,959,700.000000000000000 | | | | KSOS-PERP | -3,959,700.000000000000000 |
| | | | LDO | 348,525.130640000000000 | | | | LDO | 348,525.130640000000000 |
| | | | LDO-PERP | -347,494.000000000000000 | | | | LDO-PERP | -347,494.000000000000000 |
| | | | LEO-PERP | 0.000000000000000 | | | | LEO-PERP | 0.000000000000000 |
| | | | LINA-PERP | 0.000000000000000 | | | | LINA-PERP | 0.000000000000000 |
| | | | LINK | 12,408.327191618383800 | | | | LINK | 12,408.327191618383800 |
| | | | LINK-0325 | -0.000000000030468 | | | | LINK-0325 | -0.000000000030468 |
| | | | LINK-0624 | 0.000000000004774 | | | | LINK-0624 | 0.000000000004774 |
| | | | LINK-20210625 | -0.000000000094587 | | | | LINK-20210625 | -0.000000000094587 |
| | | | LINK-20210924 | 0.000000000002273 | | | | LINK-20210924 | 0.000000000002273 |
| | | | LINK-20211231 | -0.000000000007275 | | | | LINK-20211231 | -0.000000000007275 |
| | | | LINK-PERP | 31,961.900000000000000 | | | | LINK-PERP | 31,961.900000000000000 |
| | | | LOOKS | 30.371865000000000 | | | | LOOKS | 30.371865000000000 |
| | | | LOOKS-PERP | 3,522,798.000000000000000 | | | | LOOKS-PERP | 3,522,798.000000000000000 |
| | | | LRC-PERP | 289,650.000000000000000 | | | | LRC-PERP | 289,650.000000000000000 |
| | | | LTC | -7,113.571179470000000 | | | | LTC | -7,113.571179470000000 |
| | | | LTC-0325 | -0.000000000055513 | | | | LTC-0325 | -0.000000000055513 |
| | | | LTC-0624 | -0.000000000000170 | | | | LTC-0624 | -0.000000000000170 |
| | | | LTC-0930 | 0.000000000000136 | | | | LTC-0930 | 0.000000000000136 |
| | | | LTC-1230 | 42.879999999999900 | | | | LTC-1230 | 42.879999999999900 |
| | | | LTC-20210625 | 0.000000000004547 | | | | LTC-20210625 | 0.000000000004547 |
| | | | LTC-20210924 | 0.000000000000849 | | | | LTC-20210924 | 0.000000000000849 |
| | | | LTC-20211231 | 0.000000000002444 | | | | LTC-20211231 | 0.000000000002444 |
| | | | LTC-PERP | 54.680000000061500 | | | | LTC-PERP | 54.680000000061500 |
| | | | LUNA2 | 0.000087000000000 | | | | LUNA2 | 0.000087000000000 |
| | | | LUNA2_LOCKED | 2,154.066620000000000 | | | | LUNA2_LOCKED | 2,154.066620000000000 |
| | | | LUNA2-PERP | 0.000000000062527 | | | | LUNA2-PERP | 0.000000000062527 |
| | | | LUNC | 26,456.876544689454000 | | | | LUNC | 26,456.876544689454000 |
| | | | LUNC-PERP | 8,381,066.000000000000000 | | | | LUNC-PERP | 8,381,066.000000000000000 |
| | | | MANA-PERP | 0.000000000000000 | | | | MANA-PERP | 0.000000000000000 |
| | | | MAPS | 0.000405000000000 | | | | MAPS | 0.000405000000000 |
| | | | MAPS-PERP | 0.000000000000000 | | | | MAPS-PERP | 0.000000000000000 |
| | | | MASK | 0.015290000000000 | | | | MASK | 0.015290000000000 |
| | | | MASK-PERP | 0.000000000000000 | | | | MASK-PERP | 0.000000000000000 |
| | | | MATIC | 1,628,104.427510007800000 | | | | MATIC | 1,628,104.427510007800000 |
| | | | MATIC-PERP | -108,825.000000000000000 | | | | MATIC-PERP | -108,825.000000000000000 |
| | | | MINA-PERP | 0.000000000000000 | | | | MINA-PERP | 0.000000000000000 |
| | | | MKR | 0.009892454204750 | | | | MKR | 0.009892454204750 |
| | | | MKR-PERP | 0.000000000000026 | | | | MKR-PERP | 0.000000000000026 |
| | | | MNGO-PERP | 0.000000000000000 | | | | MNGO-PERP | 0.000000000000000 |
| | | | MTA-PERP | 0.000000000000000 | | | | MTA-PERP | 0.000000000000000 |
| | | | MTL-PERP | 0.000000000066052 | | | | MTL-PERP | 0.000000000066052 |
| | | | NEAR-PERP | 87,854.500000000000000 | | | | NEAR-PERP | 87,854.500000000000000 |
| | | | NEO-PERP | -0.000000000009492 | | | | NEO-PERP | -0.000000000009492 |
| | | | OKB-PERP | 9,850.290000000020000 | | | | OKB-PERP | 9,850.290000000020000 |
| | | | OMG | 0.000000006281811 | | | | OMG | 0.000000006281811 |
| | | | OMG-20211231 | 0.000000000047293 | | | | OMG-20211231 | 0.000000000047293 |
| | | | OMG-PERP | -0.000000008608636 | | | | OMG-PERP | -0.000000008608636 |
| | | | ONE-PERP | -5,978,940.000000000000000 | | | | ONE-PERP | -5,978,940.000000000000000 |
| | | | ONT-PERP | 0.000000000000000 | | | | ONT-PERP | 0.000000000000000 |
| | | | OP-PERP | 2,532.000000000000000 | | | | OP-PERP | 2,532.000000000000000 |
| | | | OXY-PERP | 0.000000000010913 | | | | OXY-PERP | 0.000000000010913 |
| | | | PEOPLE-PERP | 0.000000000000000 | | | | PEOPLE-PERP | 0.000000000000000 |

| Claims to be Disallowed | | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| | | | PERP-PERP | 288,789.20000000000000 | | | | PERP-PERP | 288,789.20000000000000 |
| | | | POLIS-PERP | 0.00000000000002273 | | | | POLIS-PERP | 0.00000000000002273 |
| | | | PROM-PERP | -0.00000000000000511 | | | | PROM-PERP | -0.00000000000000511 |
| | | | PUNDIX-PERP | 0.00000000005007298 | | | | PUNDIX-PERP | 0.00000000005007298 |
| | | | QTUM-PERP | 0.00000000001115686 | | | | QTUM-PERP | 0.00000000001115686 |
| | | | RAMP-PERP | 0.00000000000000000 | | | | RAMP-PERP | 0.00000000000000000 |
| | | | RAY | 0.23347500000000000 | | | | RAY | 0.23347500000000000 |
| | | | RAY-PERP | 0.00000000000000000 | | | | RAY-PERP | 0.00000000000000000 |
| | | | REEF-PERP | -6,302,250.00000000000000 | | | | REEF-PERP | -6,302,250.00000000000000 |
| | | | REN-PERP | 1,673,615.00000000000000 | | | | REN-PERP | 1,673,615.00000000000000 |
| | | | RNDR-PERP | -23,999.99999999900000 | | | | RNDR-PERP | -23,999.99999999900000 |
| | | | RON-PERP | -0.00000000000007275 | | | | RON-PERP | -0.00000000000007275 |
| | | | ROOK-PERP | -0.00000000000000227 | | | | ROOK-PERP | -0.00000000000000227 |
| | | | ROSE-PERP | -585,432.00000000000000 | | | | ROSE-PERP | -585,432.00000000000000 |
| | | | RSR-PERP | 0.00000000000000000 | | | | RSR-PERP | 0.00000000000000000 |
| | | | RUNE-PERP | 220,162.89999999900000 | | | | RUNE-PERP | 220,162.89999999900000 |
| | | | RVN-PERP | 0.00000000000000000 | | | | RVN-PERP | 0.00000000000000000 |
| | | | SAND-PERP | 0.00000000000000000 | | | | SAND-PERP | 0.00000000000000000 |
| | | | SC-PERP | 0.00000000000000000 | | | | SC-PERP | 0.00000000000000000 |
| | | | SCRT-PERP | 0.00000000000000000 | | | | SCRT-PERP | 0.00000000000000000 |
| | | | SHIB | 1.32847183000000000 | | | | SHIB | 1.32847183000000000 |
| | | | SHIB-PERP | -69,702,700,000.00000000000000 | | | | SHIB-PERP | -69,702,700,000.00000000000000 |
| | | | SKL-PERP | -5,010,393.00000000000000 | | | | SKL-PERP | -5,010,393.00000000000000 |
| | | | SLP | 13,625.10900000000000 | | | | SLP | 13,625.10900000000000 |
| | | | SLP-PERP | -630,150.00000000000000 | | | | SLP-PERP | -630,150.00000000000000 |
| | | | SNX-PERP | 0.00000000000190993 | | | | SNX-PERP | 0.00000000000190993 |
| | | | SOL | 30,344.95279059140000 | | | | SOL | 30,344.95279059140000 |
| | | | SOL-PERP | -273,085.15000000000000 | | | | SOL-PERP | -273,085.15000000000000 |
| | | | SOS-PERP | 0.00000000000000000 | | | | SOS-PERP | 0.00000000000000000 |
| | | | SPELL-PERP | 100.00000000000000000 | | | | SPELL-PERP | 100.00000000000000000 |
| | | | SRM | 1,684.39868970000000 | | | | SRM | 1,684.39868970000000 |
| | | | SRM_LOCKED | 35,547.50864530000000 | | | | SRM_LOCKED | 35,547.50864530000000 |
| | | | SRM-PERP | 0.00000000000000000 | | | | SRM-PERP | 0.00000000000000000 |
| | | | SRN-PERP | 0.00000000000000000 | | | | SRN-PERP | 0.00000000000000000 |
| | | | STEP-PERP | -0.00000000000545474 | | | | STEP-PERP | -0.00000000000545474 |
| | | | STG-PERP | 0.00000000000000000 | | | | STG-PERP | 0.00000000000000000 |
| | | | STMX-PERP | -13,045,520.00000000000000 | | | | STMX-PERP | -13,045,520.00000000000000 |
| | | | STORJ-PERP | -0.01604999877804 | | | | STORJ-PERP | -0.01604999877804 |
| | | | STX-PERP | 0.00000000000000000 | | | | STX-PERP | 0.00000000000000000 |
| | | | SUSHI | 236,411.70370014507000 | | | | SUSHI | 236,411.70370014507000 |
| | | | SUSHI-PERP | 218,425.50000000000000 | | | | SUSHI-PERP | 218,425.50000000000000 |
| | | | SXP-PERP | 415,579.28765000000000 | | | | SXP-PERP | 415,579.28765000000000 |
| | | | THETA-PERP | -0.00000000020817 | | | | THETA-PERP | -0.00000000020817 |
| | | | TLM-PERP | 0.00000000000000000 | | | | TLM-PERP | 0.00000000000000000 |
| | | | TOMO-PERP | -170,659.70000000000000 | | | | TOMO-PERP | -170,659.70000000000000 |
| | | | TONCOIN | 0.05124050000000000 | | | | TONCOIN | 0.05124050000000000 |
| | | | TONCOIN-PERP | 0.00000000020577 | | | | TONCOIN-PERP | 0.00000000020577 |
| | | | TRU-PERP | 0.00000000000000000 | | | | TRU-PERP | 0.00000000000000000 |
| | | | TRX | -1,543,817.18294000000000 | | | | TRX | -1,543,817.18294000000000 |
| | | | TRX-0930 | 0.00000000000000000 | | | | TRX-0930 | 0.00000000000000000 |
| | | | TRX-PERP | -79,141,685.00000000000000 | | | | TRX-PERP | -79,141,685.00000000000000 |
| | | | UNI | 29,873.99357266344000 | | | | UNI | 29,873.99357266344000 |
| | | | UNI-PERP | -0.00000000068212 | | | | UNI-PERP | -0.00000000068212 |
| | | | USD | 8,755,082.66848346400000 | | | | USD | 8,755,082.66848346400000 |
| | | | USDT | 19,657.73645876290000 | | | | USDT | 19,657.73645876290000 |
| | | | USDT-PERP | 261,250.00000000000000 | | | | USDT-PERP | 261,250.00000000000000 |
| | | | USTC | 0.00000000474161 | | | | USTC | 0.00000000474161 |
| | | | USTC-PERP | -4,530.00000000000000 | | | | USTC-PERP | -4,530.00000000000000 |
| | | | VET-PERP | 0.00000000000000000 | | | | VET-PERP | 0.00000000000000000 |
| | | | WAVES-PERP | 126,109.50000000000000 | | | | WAVES-PERP | 126,109.50000000000000 |
| | | | WBTC | 0.00000000851432 | | | | WBTC | 0.00000000851432 |
| | | | XAUT-PERP | -0.00000000000028 | | | | XAUT-PERP | -0.00000000000028 |
| | | | XEM-PERP | -1,638,978.00000000000000 | | | | XEM-PERP | -1,638,978.00000000000000 |
| | | | XLM-PERP | -495,041.00000000000000 | | | | XLM-PERP | -495,041.00000000000000 |
| | | | XMR-PERP | 1,084.29999999900000 | | | | XMR-PERP | 1,084.29999999900000 |
| | | | XRP | -2,048,471.37986646380000 | | | | XRP | -2,048,471.37986646380000 |
| | | | XRP-0325 | 0.00000000000000000 | | | | XRP-0325 | 0.00000000000000000 |
| | | | XRP-0624 | 0.00000000000000000 | | | | XRP-0624 | 0.00000000000000000 |
| | | | XRP-0930 | 0.00000000000000000 | | | | XRP-0930 | 0.00000000000000000 |
| | | | XRP-20210625 | 0.00000000000000000 | | | | XRP-20210625 | 0.00000000000000000 |
| | | | XRP-20210924 | 0.00000000000000000 | | | | XRP-20210924 | 0.00000000000000000 |
| | | | XRP-20211231 | 0.00000000000000000 | | | | XRP-20211231 | 0.00000000000000000 |
| | | | XRP-PERP | 94,810.00000000000000 | | | | XRP-PERP | 94,810.00000000000000 |
| | | | XTZ-PERP | 0.00000000023331034 | | | | XTZ-PERP | 0.00000000023331034 |
| | | | YFI | 0.00000000760240S | | | | YFI | 0.00000000760240S |
| | | | YFI-PERP | -105.28400000000000 | | | | YFI-PERP | -105.28400000000000 |
| | | | YFII-PERP | -46.98700000000100 | | | | YFII-PERP | -46.98700000000100 |
| | | | ZEC-PERP | 0.00000000000048999 | | | | ZEC-PERP | 0.00000000000048999 |
| | | | ZIL-PERP | 0.00000000000000000 | | | | ZIL-PERP | 0.00000000000000000 |
| | | | ZRX-PERP | 0.00000000000000000 | | | | ZRX-PERP | 0.00000000000000000 |