IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

### DECLARATION OF BRIAN D. GLUECKSTEIN IN SUPPORT OF MOTION OF DEBTORS FOR ENTRY OF AN ORDER QUASHING THE LAYERZERO PARTIES' NOTICE OF DEPOSITION OF JOHN J. RAY III

I, Brian D. Glueckstein, hereby declare under penalty of perjury:

    1.    I am a member in good standing of the Bar of the State of New York and have been admitted *pro hac vice* to practice before this Court. I am a partner of Sullivan & Cromwell LLP and am one of the attorneys representing FTX Trading Ltd. and the other Debtors and Debtors-in-Possession in the above-captioned proceedings. I submit this declaration in support of the *Motion of Debtors for Entry of an Order Quashing the LayerZero Parties' Notice of Deposition of John J. Ray III* ("Motion"), filed concurrently herewith, to place before the Court certain documents referenced in the Motion.[2]

    2.    Attached hereto as Exhibit A is a true and correct copy of LayerZero's *Notice of Deposition of John J. Ray III*, dated September 10, 2024.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Defined terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

3.      Attached hereto as <u>Exhibit B</u> is a true and correct copy of an email dated June 24, 2024, from William Dalsen to Brian Glueckstein, which served the attached *Defendants' Notice of Deposition of John J. Ray III*, dated June 24, 2024.

4.      Attached hereto as <u>Exhibit C</u> is a true and correct copy of an email dated September 10, 2024, from William Dalsen to Christopher Dunne.

5.      Attached hereto as <u>Exhibit D</u> is a true and correct copy of LayerZero's *Notice of Rule 30(b)(6) Deposition of FTX Trading Ltd. and its Affiliated Debtors and Debtors-in-Possession*, dated September 10, 2024.

6.      Attached hereto as <u>Exhibit E</u> is a true and correct copy of an email dated September 18, 2024, from William Dalsen to Stephen Clarke.

7.      Attached hereto as <u>Exhibit F</u> is a true and correct copy of an email dated September 10, 2024, from Melissa Romano to Adam Landis.

Dated: September 23, 2024            */s/ Brian D. Glueckstein*
                                            Brian D. Glueckstein