# **Exhibit E**

## Van Holten, Luke H.

| | |
|---|---|
| **From:** | Dalsen, William D. <wdalsen@proskauer.com> |
| **Sent:** | Wednesday, September 18, 2024 2:42 PM |
| **To:** | Clarke, Stephen H. |
| **Cc:** | Glueckstein, Brian D.; Croke, Jacob M.; Foote, Isaac S.; Rosen, Brian S.; Sazant, Jordan; Marker, Dylan J.; Sanchez Tavarez, Genesis G.; Dunne, Christopher J. |
| **Subject:** | [EXTERNAL] RE: *ELECTRONIC SERVICE - DISCOVERY **FTX Trading - 22-11068 (JTD) - Notices of Deposition by LayerZero Group |

Stephen –

Thanks for the call earlier today.

We do still intend to depose Mr. Ray. We understand you will seek relief from the Court in advance of the deposition noticed for September 24, and we will respond in due course.

For the Rule 30(b)(6) deposition, please advise if your witness is available on September 30 and/or October 1 in New York.

Thank you.

--Will

**William D. Dalsen**
Senior Counsel

Proskauer [proskauer.com]
One International Place
Boston, MA 02110-2600
d 617.526.9429
f  617.526.9899
wdalsen@proskauer.com

greenspaces
Please consider the environment before printing this email.

---

**From:** Dalsen, William D. <wdalsen@proskauer.com>
**Sent:** Tuesday, September 17, 2024 9:54 PM
**To:** Clarke, Stephen H. <clarkest@sullcrom.com>
**Cc:** Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Croke, Jacob M. <crokej@sullcrom.com>; Foote, Isaac S. <footei@sullcrom.com>; Rosen, Brian S. <brosen@proskauer.com>; Sazant, Jordan <JSazant@proskauer.com>; Marker, Dylan J. <DMarker@proskauer.com>; Sanchez Tavarez, Genesis G. <GSanchezTavarez@proskauer.com>; Dunne, Christopher J. <Dunnec@sullcrom.com>
**Subject:** Re: *ELECTRONIC SERVICE - DISCOVERY **FTX Trading - 22-11068 (JTD) - Notices of Deposition by LayerZero Group

No worries. Thanks, Stephen.

**William D. Dalsen**
Senior Counsel

Proskauer [proskauer.com]
One International Place
Boston, MA 02110-2600
d 617.526.9429
f  617.526.9899
wdalsen@proskauer.com

greenspaces
Please consider the environment before printing this email.

On Sep 17, 2024, at 9:52 PM, Clarke, Stephen H. <clarkest@sullcrom.com> wrote:

*This email sent by clarkest@sullcrom.com originated from outside the Firm.*

I misread your email.  Apologies for that.  4:00 p.m. works.  I'll send an invite.

**From:** Dalsen, William D. <wdalsen@proskauer.com>
**Sent:** Tuesday, September 17, 2024 9:50 PM
**To:** Clarke, Stephen H. <clarkest@sullcrom.com>
**Cc:** Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Croke, Jacob M. <crokej@sullcrom.com>; Foote, Isaac S. <footei@sullcrom.com>; Rosen, Brian S. <brosen@proskauer.com>; Sazant, Jordan <JSazant@proskauer.com>; Marker, Dylan J. <DMarker@proskauer.com>; Sanchez Tavarez, Genesis G. <GSanchezTavarez@proskauer.com>; Dunne, Christopher J. <Dunnec@sullcrom.com>
**Subject:** [EXTERNAL] Re: *ELECTRONIC SERVICE - DISCOVERY **FTX Trading - 22-11068 (JTD) - Notices of Deposition by LayerZero Group

Hi Stephen —

I'm not available at 2pm. How about 4 Eastern?

Thanks,

—Will

**William D. Dalsen**
Senior Counsel

Proskauer [proskauer.com]
One International Place
Boston, MA 02110-2600
d 617.526.9429
f  617.526.9899
wdalsen@proskauer.com

greenspaces
Please consider the environment before printing this email.

On Sep 17, 2024, at 9:29 PM, Clarke, Stephen H. <clarkest@sullcrom.com> wrote:

*This email sent by clarkest@sullcrom.com originated from outside the Firm.*

Will,

We're free for a meet and confer call tomorrow at 2:00 p.m. If that time works for you, I'll send around a Zoom link.

Regards,

Stephen Clarke
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004-2498
Office: (212) 558-3453 | Mobile: (917) 621-6683
clarkest@sullcrom.com

**From:** Dalsen, William D. <wdalsen@proskauer.com>
**Sent:** Tuesday, September 17, 2024 4:53 PM
**To:** Dunne, Christopher J. <Dunnec@sullcrom.com>
**Cc:** Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Croke, Jacob M. <crokej@sullcrom.com>; Clarke, Stephen H. <clarkest@sullcrom.com>; Foote, Isaac S. <footei@sullcrom.com>; Rosen, Brian S. <brosen@proskauer.com>; Sazant, Jordan <JSazant@proskauer.com>; Marker, Dylan J. <DMarker@proskauer.com>; Sanchez Tavarez, Genesis G. <GSanchezTavarez@proskauer.com>
**Subject:** [EXTERNAL] Re: *ELECTRONIC SERVICE - DISCOVERY **FTX Trading - 22-11068 (JTD) - Notices of Deposition by LayerZero Group

Stephen and Isaac —

I wanted to check in on a time to discuss tomorrow if that would be helpful. I'm available except 11-11:30 and 2-3 Eastern.

Thanks,

—Will

**William D. Dalsen**
Senior Counsel

Proskauer [proskauer.com]
One International Place
Boston, MA 02110-2600
d 617.526.9429
f  617.526.9899
wdalsen@proskauer.com

greenspaces
Please consider the environment before printing this email.

> On Sep 16, 2024, at 7:19 PM, Dalsen, William D. <wdalsen@proskauer.com> wrote:

3

Thanks, Chris.  Stephen and Isaac, let me know if you'd like to discuss on Wednesday this week.

Thanks,

--Will

**William D. Dalsen**
Senior Counsel

[Proskauer [proskauer.com]](proskauer.com)
One International Place
Boston, MA 02110-2600
d 617.526.9429
f  617.526.9899
[wdalsen@proskauer.com](mailto:wdalsen@proskauer.com)

**green**spaces
Please consider the environment before printing this email.

---

**From:** Dunne, Christopher J. <Dunnec@sullcrom.com>
**Sent:** Monday, September 16, 2024 7:16 PM
**To:** Dalsen, William D. <wdalsen@proskauer.com>
**Cc:** Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Croke, Jacob M. <crokej@sullcrom.com>; Clarke, Stephen H. <clarkest@sullcrom.com>; Foote, Isaac S. <footei@sullcrom.com>
**Subject:** RE: *ELECTRONIC SERVICE - DISCOVERY **FTX Trading - 22-11068 (JTD) - Notices of Deposition by LayerZero Group

*This email sent by dunnec@sullcrom.com originated from outside the Firm.*

Will:

Brian Glueckstein and our colleagues Stephen Clarke and Isaac Foote will be addressing the deposition notices you filed in the main proceeding.  I have copied them here.

I will be in touch concerning our adversary proceeding.

Thank you,
Chris

**Christopher J. Dunne**
+1 212 558 4115 (T) | +1 646 808 4467 (M)

---

**From:** Dalsen, William D. <wdalsen@proskauer.com>
**Sent:** Monday, September 16, 2024 6:56 PM
**To:** Dunne, Christopher J. <Dunnec@sullcrom.com>
**Subject:** [EXTERNAL] FW: *ELECTRONIC SERVICE - DISCOVERY **FTX Trading - 22-11068 (JTD) - Notices of Deposition by LayerZero Group
**Importance:** High

4

Hi Chris –

I wanted to reach out to coordinate on these confirmation-discovery depositions. I think both can be done on the same day, particularly if John Ray will be the designee.

I'm in Atlanta for a deposition in another case through tomorrow night, but could discuss on Wednesday if you're around.

Thanks,

--Will

**William D. Dalsen**
Senior Counsel

[Proskauer [proskauer.com]](Proskauer)
One International Place
Boston, MA 02110-2600
d 617.526.9429
f  617.526.9899
[wdalsen@proskauer.com](mailto:wdalsen@proskauer.com)

greenspaces
Please consider the environment before printing this email.

---

**From:** Romano, Melissa L. <mromano@potteranderson.com>
**Sent:** Tuesday, September 10, 2024 7:34 PM
**To:** landis@lrclaw.com; mcguire@lrclaw.com; brown@lrclaw.com; pierce@lrclaw.com; dietdericha@sullcrom.com; bromleyj@sullcrom.com; gluecksteinb@sullcrom.com; kranzleya@sullcrom.com; linda.richenderfer@usdoj.gov; krishansen@paulhastings.com; kenpasquale@paulhastings.com; mlunn@ycst.com; rpoppiti@ycst.com; erinbroderick@eversheds-sutherland.com; mharvey@morrisnichols.com; brett.bakemeyer@whitecase.com; brian.pfeiffer@whitecase.com; schlauch@rlf.com; heath@rlf.com
**Cc:** Rosen, Brian S. <brosen@proskauer.com>; Cleary, Blake <bcleary@potteranderson.com>; Marker, Dylan J. <DMarker@proskauer.com>; Sanchez Tavarez, Genesis G. <GSanchezTavarez@proskauer.com>; Sazant, Jordan <JSazant@proskauer.com>; McNeill, R. Stephen <rmcneill@potteranderson.com>; Rizvi, Sameen <srizvi@potteranderson.com>; Dalsen, William D. <wdalsen@proskauer.com>
**Subject:** *ELECTRONIC SERVICE - DISCOVERY **FTX Trading - 22-11068 (JTD) - Notices of Deposition by LayerZero Group
**Importance:** High

*This email sent by mromano@potteranderson.com originated from outside the Firm.*

Counsel,

Attached, please find the following:

1. **Notice of Deposition of John J. Ray III**

2. **Notice of Rule 30(b)(6) Deposition of FTX Trading Ltd. and Its Affiliated Debtors and Debtors-in-Possession**

Thank you

<image001.png> [potteranderson.com]

**Melissa L. Romano** | Paralegal

Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801
Office +1 302.984.6088

mromano@potteranderson.com | potteranderson.com [potteranderson.com]

The information contained in this email message and any attachments is intended only for the addressee and is privileged, confidential, and may be protected from disclosure. Please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this email message in error, please do not read this message or any attached items. Please notify the sender immediately and delete the email and all attachments, including any copies. This email message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which they are received and opened. However, it is the responsibility of the recipient to ensure that the email and any attachments are virus-free, and no responsibility is accepted by Potter Anderson & Corroon LLP for any loss or damage arising in any way from their use.

**********************************************************
**********************************************************
******************************************

This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
**********************************************************
**********************************************************
******************************************

**This is an external message from:** wdalsen@proskauer.com **

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.