# **Exhibit F**

# Clarke, Stephen H.

| | |
|---|---|
| **From:** | Romano, Melissa L. <mromano@potteranderson.com> |
| **Sent:** | Tuesday, September 10, 2024 7:34 PM |
| **To:** | zzext-landis; zzext-mcguire; zzExt-brown; zzext-pierce; Dietderich, Andrew G.; Bromley, James L.; Glueckstein, Brian D.; Kranzley, Alexa J.; linda.richenderfer@usdoj.gov; krishansen@paulhastings.com; zzext-kenpasquale; mlunn@ycst.com; rpoppiti@ycst.com; erinbroderick@eversheds-sutherland.com; mharvey@morrisnichols.com; brett.bakemeyer@whitecase.com; brian.pfeiffer@whitecase.com; schlauch@rlf.com; heath@rlf.com |
| **Cc:** | Brian Rosen; Cleary, Blake; Dylan Marker; Genesis Sanchez Tavarez; Jordan Sazant; McNeill, R. Stephen; Rizvi, Sameen; William Dalsen |
| **Subject:** | [EXTERNAL] *ELECTRONIC SERVICE - DISCOVERY **FTX Trading - 22-11068 (JTD) - Notices of Deposition by LayerZero Group |
| **Attachments:** | NOTICE - Deposition of John J. Ray III - LayerZero.pdf; FTX - NOTICE - 30(b)6) to FTX - LayerZero.pdf |
| **Importance:** | High |

Counsel,

Attached, please find the following:

- *Notice of Deposition of John J. Ray III*

- *Notice of Rule 30(b)(6) Deposition of FTX Trading Ltd. and Its Affiliated Debtors and Debtors-in-Possession*

Thank you


[potteranderson.com]

**Melissa L. Romano** | Paralegal

Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801-6108
Office +1 302.984.6088
mromano@potteranderson.com | potteranderson.com [potteranderson.com]

The information contained in this email message and any attachments is intended only for the addressee and is privileged, confidential, and may be protected from disclosure. Please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this email message in error, please do not read this message or any attached items. Please notify the sender immediately and delete the email and all attachments, including any copies. This email message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which they are received and opened. However, it is the responsibility of the recipient to ensure that the email and any attachments are virus-free, and no responsibility is accepted by Potter Anderson & Corroon LLP for any loss or damage arising in any way from their use.

**\*\*This is an external message from: mromano@potteranderson.com \*\***