IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Ref. Nos. 19068, 22163, 22165 & 25649 |

**NOTICE OF (I) EXECUTORY CONTRACTS AND UNEXPIRED LEASES
PROPOSED TO BE ASSUMED BY THE DEBTORS PURSUANT TO THE FIRST
AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF FTX TRADING
LTD. AND ITS DEBTOR AFFILIATES, (II) CURE AMOUNTS, IF ANY,
AND (III) RELATED PROCEDURES IN CONNECTION THEREWITH**

**PLEASE TAKE NOTICE** that on June 26, 2024, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the *Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan* [D.I. 19068] (the "Solicitation Procedures Order"). Among other things, the Solicitation Procedures Order approved voting and solicitation procedures and established the timeline to confirm the *Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* (as may be amended, modified or supplemented from time to time, the "Plan") and procedures in connection with the Debtors' assumption of Executory Contracts and Unexpired Leases pursuant to the Plan.[2]

**PLEASE TAKE FURTHER NOTICE** that on August 2, 2024, as contemplated under the Plan and the Solicitation Procedures Order, the Debtors filed a list of Executory Contracts and Unexpired Leases the Debtors proposed to assume in connection with the Plan (the "First Assumed Executory Contracts and Unexpired Leases Schedule") as Exhibit 7 to the *Notice of Filing of Plan Supplement* [D.I. 22163].

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms used but not defined in this notice shall have the meaning ascribed to them in the Plan.

**PLEASE TAKE FURTHER NOTICE** that on September 23, 2024, the Debtors filed an amended and restated list of Executory Contracts and Unexpired Leases the Debtors propose to assume in connection with the Plan (the "Amended and Restated Assumed Executory Contracts and Unexpired Leases Schedule") as Exhibit 1 to the *Notice of Filing of First Amended Plan Supplement* [D.I. 25649].

**PLEASE TAKE FURTHER NOTICE THAT YOU ARE RECEIVING THIS NOTICE BECAUSE YOU ARE A PARTY TO A CONTRACT OR LEASE THAT IS LISTED ON THE AMENDED AND RESTATED ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES SCHEDULE, WHICH WAS NOT PREVIOUSLY LISTED ON THE FIRST ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES SCHEDULE. THEREFORE, YOU ARE ADVISED TO REVIEW CAREFULLY THE INFORMATION CONTAINED IN THIS NOTICE (THE "ASSUMPTION NOTICE") AND THE RELATED PROVISIONS OF THE PLAN.** The Debtors are proposing to assume the Executory Contract(s) and Unexpired Lease(s) listed on **Exhibit A**, attached hereto, to which you are a party.[3] The Debtors reserve all rights to alter, amend, modify or otherwise supplement the list of Executory Contract(s) and Unexpired Lease(s) listed on **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that section 365(b)(1) of the Bankruptcy Code requires a chapter 11 debtor to cure, or provide adequate assurance that it will promptly cure, any defaults under executory contracts and unexpired leases at the time of assumption. Accordingly, the Debtors have conducted a thorough review of their books and records and have determined the amounts required to cure defaults (the "Cure Amount"), if any, under the Executory Contract(s) and Unexpired Lease(s), which amounts are listed in **Exhibit A**, attached hereto. Please note that if no amount is stated for a particular Executory Contract or Unexpired Lease, the Debtors believe that there is no Cure Amount outstanding for such contract or lease.

**PLEASE TAKE FURTHER NOTICE** that absent any pending dispute, the Cure Amount identified in **Exhibit A** attached hereto will be satisfied, pursuant to section 365(b)(1) of the Bankruptcy Code, by the Debtors' payment of the Cure Amount in Cash on or as soon as reasonably practicable after the Effective Date or in the ordinary course of the Debtors' or Wind Down Entities' operations. In the event of a dispute, however, payment of the Cure Amount will be made following the entry of a final order(s) resolving the dispute and approving the assumption. **Any objection by a non-Debtor Executory Contract or Unexpired**

---

[3] Neither the exclusion nor inclusion of any Executory Contract or Unexpired Lease on this Assumption Notice, any subsequent or supplemental Assumption Notice or the Assumed Contracts and Unexpired Leases Schedule, nor anything contained in the Plan or each Debtor's schedule of assets and liabilities, shall constitute an admission by or be deemed a determination of the Debtors that any such contract or lease is in fact an Executory Contract or Unexpired Lease capable of assumption, that any Wind Down Entity or the Debtors have any liability thereunder, or that such Executory Contract or Unexpired Lease is necessarily a binding and enforceable agreement. Further, the Debtors expressly reserve the right to (a) remove any Executory Contract or Unexpired Lease from the Assumed Contracts and Unexpired Leases Schedule and reject such Executory Contract or Unexpired Lease pursuant to the terms of the Plan, up until the Effective Date, (b) amend, modify or supplement this Cure Notice with an updated Cure Amount for a particular Executory Contract or Unexpired Lease, which updated Cure Amount may be lower than the original Cure Amount listed for such Executory Contract or Unexpired Lease and (c) dispute any Claim (or Cure Amount) asserted in connection with the assumption of any Executory Contract or Unexpired Lease.

**Lease counterparty to the assumption, the proposed cure amount, or the proposed adequate assurance must be filed, served, and actually received by the Debtors no later than October 7, 2024 at 4:00 p.m. prevailing Eastern Time (the "Cure Objection Deadline")**.  If you agree with the Cure Amount indicated on Exhibit A and have no objection to the assumption of such Executory Contract(s) or Unexpired Lease(s), you need not take any further action.

**PLEASE TAKE FURTHER NOTICE** that any objection to the proposed assumption of an Executory Contract or Unexpired Lease, the proposed Cure Amount or the proposed adequate assurance **must**:  (1) be in writing; (2) comply with the Bankruptcy Code, the Bankruptcy Rules and the Local Rules; (3) set forth the name of the objector, the nature and amount of the Claim held or asserted by the objector against the Debtors; (4) state the basis and the specific grounds therefor and (5) be filed with the Court, together with proof of service thereof, and served upon and received by each of the following parties (collectively, the "Notice Parties") no later than the **Cure Objection Deadline**.  **UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS ASSUMPTION NOTICE, IT MAY NOT BE CONSIDERED AND MAY BE OVERRULED BY THE BANKRUPTCY COURT.**

**Notice Parties**

(a) Counsel to the Debtors: (i) Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004, Attn: Andrew G. Dietderich (dietdericha@sullcrom.com), Brian D. Glueckstein (gluecksteinb@sullcrom.com) and Christian P. Jensen (jensenc@sullcrom.com) and (ii) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801, Attn: Adam G. Landis (landis@lrclaw.com) and Kimberly A. Brown (brown@lrclaw.com);

(b) The Office of the United States Trustee for the District of Delaware, Attn: Linda Richenderfer, Esq. (linda.richenderfer@usdoj.gov);

(c) Counsel to the Official Committee of Unsecured Creditors: (i) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166, Attn: Kris Hansen (krishansen@paulhastings.com) and Ken Pasquale (kenpasquale@paulhastings.com) and (ii) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Matthew B. Lunn (mlunn@ycst.com) and Robert F. Poppiti, Jr. (rpoppiti@ycst.com);

(d) Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com:  (i) Eversheds Sutherland (US) LLP, 227 West Monroe Street, Suite 6000, Chicago, Illinois 60606, Attn: Erin E. Broderick (erinbroderick@eversheds-sutherland.com) and (ii) Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, Wilmington,

        Delaware 19801, Attn: Matthew B. Harvey (mharvey@morrisnichols.com); and

    (e) Counsel to the Joint Official Liquidators and Foreign Representatives of FTX Digital Markets Ltd.: (i) White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020, Attn: Brett Bakemeyer (brett.bakemeyer@whitecase.com) and Brian D. Pfeiffer (brain.pfeiffer@whitecase.com) and (ii) Richard, Layton, and Finger P.A., One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801, Attn: Brendan Schlauch (schlauch@rlf.com) and Paul N. Heath (heath@rlf.com).

    **PLEASE TAKE FURTHER NOTICE that any counterparty to an Executory Contract or Unexpired Lease that fails to timely object to the proposed assumption of any Executory Contract or Unexpired Lease shall be forever barred, estopped, and enjoined from contesting the Debtors' assumption of the applicable Executory Contract or Unexpired Lease and from requesting payment of a Cure Amount that differs from the amounts paid or proposed to be paid by the Debtors or the Wind Down Entities, in each case without the need for any objection by the Debtors or the Wind Down Entities or any further notice to or action, order, or approval of the Bankruptcy Court.** The Wind Down Entities may settle any dispute regarding a Cure Amount without any further notice to or action, order, or approval of the Bankruptcy Court.

    **PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing to consider confirmation of the Plan, including the Debtors' proposed assumption of Executory Contracts and Unexpired Leases in connection with the Plan, beginning on **October 7, 2024 at 10:00 a.m. prevailing Eastern Time** (the "Confirmation Hearing"), which shall continue to the extent necessary on such additional dates as the Bankruptcy Court may designate. The Confirmation Hearing will be held before the Honorable Judge John T. Dorsey, United States Bankruptcy Court for the District of Delaware, located at 824 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

    **PLEASE TAKE FURTHER NOTICE that assumption of any Executory Contract or Unexpired Lease pursuant to the Plan, and payment of any applicable Cure Amount shall result in the full release and satisfaction of any Claims or defaults, whether monetary or nonmonetary, including defaults of provisions restricting the change in control or ownership interest composition or other bankruptcy-related defaults, arising under any assumed Executory Contract or Unexpired Lease at any time prior to the effective date of assumption. Any and all Proofs of Claim based upon Executory Contracts or Unexpired Leases that have been assumed in the Chapter 11 Cases, including pursuant to the Confirmation Order, shall be deemed disallowed and expunged as of the later of: (a) the date of entry of an order of the Bankruptcy Court (including the Confirmation Order) approving such assumption; (b) the effective date of such assumption; or (c) the Effective Date, in each case without the need for any objection by the Debtors or the Wind Down Entities or any further notice to or action, order, or approval of the Bankruptcy Court.**

**Obtaining Copies of Relevant Documents**

Copies of the Plan, the Plan Supplement, and the Solicitation Procedures Order, as well as other documents filed in these Chapter 11 Cases, may be obtained for free by visiting the Debtors' restructuring website, https://restructuring.ra.kroll.com/FTX/Home-Index, or for a fee via PACER at: http://pacer.psc.uscourts.gov.

Dated: September 23, 2024
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

 /s/ *Kimberly A. Brown*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       mcguire@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*