# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Ref. No. 20044 |

## CERTIFICATION OF COUNSEL

I, Matthew R. Pierce, counsel to the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby certify as follows to the best of my knowledge, information and belief:

1. Alexander Mashinsky ("Mashinsky"), Kristine Meehan, Koala1 LLC, Koala2 LLC, and AM Ventures Holdings Inc. (collectively, the "Claimants") filed the proofs of claim identified on Exhibit A (the "Proofs of Claim") attached to the Stipulation (defined below) asserting claims against the Debtors.

2. On July 10, 2024, the Debtors filed with the United States Bankruptcy Court for the District of Delaware (the "Court") their *Objection to Certain Proofs of Claim Filed by Alex Mashinsky and Krissy Meehan* [D.I. 20044] (the "Claims Objection").

3. The Claimants and the Debtors have reached an agreement to defer all litigation related to the Proofs of Claim and Claims Objection (collectively, the "Claims Litigation"), which is memorialized in the *Stipulation Staying Claims Litigation and Related Discovery With Respect to Proofs of Claim Filed by Alexander Mashinsky, Kristine Meehan, Koala1 LLC, Koala2 LLC*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

*and AM Ventures Holdings, Inc.* (the "Stipulation"). Attached hereto as Exhibit A is a proposed order (the "Proposed Order") approving the Stipulation. Attached as Exhibit 1 to the Proposed Order is the Stipulation, as agreed to by and among the Claimants and the Debtors.

4. The Claimants have no objection to the entry of the Proposed Order. In accordance with the Court's electronic order processing procedures, a copy of the Proposed Order shall be uploaded to CM/ECF.

5. Accordingly, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

| | |
|---|---|
| Dated: September 24, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>    mcguire@lrclaw.com<br>    brown@lrclaw.com<br>    pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Benjamin S. Beller (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>    bromleyj@sullcrom.com<br>    gluecksteinb@sullcrom.com<br>    bellerb@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |