IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., et al., | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee
Phoenix TF, LLC

Name and address where notices and payments
to transferee should be sent:
Phoenix TF, LLC
418 Broadway Ste R
Albany, NY 12207
Attention: Jonathan Forsgren
Email: customerservice@phoenixtf.co.uk

Name of Transferor
[REDACTED]

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule No. 6748505 | [REDACTED] | 25% | FTX Trading Ltd. | 22-11068 |
| Customer Code No. 00793453 | [REDACTED] | 25% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

_Jonathan Forsgren_                                   Date: 9/24/24
Transferee/Transferee's Agent

Case 22-11068-JTD  Doc 6204  Filed 01/23/24  Page 310 of 344

FTX Trading Ltd.  22-11068 (JTD)

| Customer Code | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Contingent, Unliquidated, or Disputed Indicator | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 00793453 | 1INCH-PERP[0], AAVE-PERP[-100], ADA-1230[-8000], ADA-PERP[0.878946], ALGO-PERP[-30000], ALGO[0.00000451], ANC-PERP[0], APE-PERP[-4500], AR-PERP[0], ASD-PERP[0], ATOM-1230[-100], ATOM-PERP[-250], AVAX[0.000189], AVAX-PERP[0], AXS-PERP[0], BAT-PERP[13000], BCH-PERP[0], BIT-PERP[0], BNB-PERP[-50], BNT-PERP[0], BOBA-PERP[0], BSV-PERP[0], BTC[0.00000125], BTC-MOVE-1013[0], BTC-PERP[0], BULL[0.00000451], C98-PERP[47978], CELO-PERP[-7000], CHR-PERP[0], CHZ-PERP[0], CLV-PERP[5485.6], CREAM-PERP[0], CRO-PERP[0], CRV-PERP[0], CVX-PERP[1638.8], DFL[6.0442176], DOGE-PERP[0], DOT[97.34758826], DOT-PERP[0], DYDX-PERP[-2000], EGLD-PERP[-25], EN-PERP[0], ENS-PERP[-2000], ETC-PERP[-250], ETH[0], ETHW-PERP[-18], ETHW-PERP[0], FIL-PERP[0], FLM-PERP[0], FLOW-PERP[0], FTM[-51166], FTM-PERP[30000], FTT[159.290285], FTT-PERP[150], GALA[15870.07935], GALA-PERP[0], GMT-PERP[-50000], GST-PERP[3500], HNT-PERP[3500], HOT-PERP[0], HT-PERP[0], ICP-PERP[2500], IMX-PERP[3000], JASMY-PERP[200000], KNC-PERP[-4784.2], KSHIB-PERP[-2496114], KSM-PERP[0], LDO-PERP[0], LEO-PERP[-1000], LINK-1230[-300], LINK-PERP[0], LOOKS-PERP[0], LRC[4746.02373], LRC-PERP[30000], LTC-PERP[-300], LUNA2[0.00463806], LUNA2_LOCKED[0.01082214], LUNC-PERP[0], MANA-PERP[0], MASK-PERP[0], MATIC-PERP[-22500], MEDIA-PERP[0], MINA-PERP[3000], MKR-PERP[0], MNGO-PERP[0], MTL-PERP[0], NEAR[158.400782], NEAR-PERP[1500], OKB-PERP[-150], OP-PERP[0], OXY-PERP[0], PEOPLE-PERP[0], PERP[28.5041425], PERP-PERP[30000], PROM-PERP[0], RAY-PERP[-5000], REAL[3773.5188675], REEF-PERP[0], RNDR-PERP[0], RON-PERP[0], RSR-PERP[0], RUNE-PERP[0], SAND-PERP[0], SCRT-PERP[-7500], SECO-PERP[0], SHIB-PERP[-360900000], SKL-PERP[200000], SOL[-0.0056425], SOL-1230[-100], SOL-PERP[0], SPELL-PERP[0], SRM[-54], SRM-PERP[0], STEP-PERP[0], STORJ-PERP[0], STX-PERP[0], SUSHI[345.5017275], SUSHI-PERP[-2233.5], SWEAT[4615.048075], SXP[7000.11], SXPBULL[2534215292], SXP-PERP[10000], THETA-PERP[0], TLM-PERP[0], TONCOIN[3273.6106715], TONCOIN-PERP[0], TRX[51.834696], TRX-PERP[0], UNI-PERP[0], USD[164469.53], USDT[458.72529], USTC[0.65654], USTC-PERP[0], WAVES-PERP[0], XEM-PERP[0], XLM-PERP[0], XRP-PERP[-42433], YFII-PERP[1], ZEC-PERP[0] | | | |

TO:         United States Bankruptcy Court
            for the District of Delaware ("Court")

AND:        FTX Trading Ltd. ("Debtor")
            Case No. 22-11068 (JTD) ("Case")

CLAIM:      Schedule No. 6748505 ("Schedule")
            Proof of Claim No. 77889 ("Proof of Claim")
            Unique Customer Code No. 00793453 ("Unique Customer Code")

███████████ ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged pursuant to the terms of an Assignment of Claim Agreement dated as of July 17, 2024, does hereby certify that he has unconditionally and irrevocably sold, transferred, and assigned to:

Phoenix TF, LLC
418 Broadway Ste R
Albany, NY 12207
Attention: Jonathan Forsgren
Email: customerservice@phoenixtf.co.uk

and its successors and assigns ("Buyer"), 25% of its rights, title, and interest in and to (a) the Proofs of Claim, (b) the Schedule, (c) the Confirmation IDs and (d) the Customer Code (collectively the "Claim") and all cash, principal, interest, and other property that may be distributed on account of the Claim.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Bankruptcy Case.  You are hereby directed to make all future payments and distributions on account of the Claim free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim, in each case to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have duly executed this Evidence of Transfer of Claim.

**SELLER:**                                    **BUYER:**

                                               **PHOENIX TF, LLC**

                                               By: *Austin Viny*
                                               Name: Austin Viny
                                               Title: Owner
                                               Date: 9/15/24