## **CERTIFICATE OF SERVICE**

I, R. Stephen McNeill, do hereby certify that on September 25, 2024, a copy of the foregoing *LayerZero Group's Opposition to FTX Trading's Motion for Entry of an Order Quashing the Notice of Deposition of John J. Ray III* was served on the parties listed on the attached service list in the manner indicated.

                                                    */s/ R. Stephen McNeill*
                                                    R. Stephen McNeill (No. 5210)

11753150v.1

**SERVICE LIST**

**Counsel to the Debtors**

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Kimberly A. Brown, Esq.
Matthew R. Pierce, Esq.
LANDIS RATH & COBB LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801
Email: landis@lrclaw.com
    mcguire@lrclaw.com
    brown@lrclaw.com
    pierce@lrclaw.com

**By Email**

Linda Richenderfer, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street
Suite 2207
Wilmington, DE 19801
Email: linda.richenderfer@usdoj.gov

**By Email**

**Counsel to the Official Committee of Unsecured Creditors**

Matthew B. Lunn, Esq.
Robert F. Poppiti, Jr. Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street
Wilmington, DE 19801
Email: mlunn@ycst.com
    rpoppiti@ycst.com

**By Email**

**Counsel to the Debtors**

Andrew G. Dietderich, Esq.
James L. Bromley, Esq.
Brian D. Glueckstein, Esq.
Alexa J. Kranzley, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Email: dietdericha@sullcrom.com
    bromleyj@sullcrom.com
    gluecksteinb@sullcrom.com
    kranzleya@sullcrom.com

**By Email**

**Counsel to the Official Committee of Unsecured Creditors**

Kristopher M. Hansen, Esq.
Ken Pasquale, Esq.
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Email: krishansen@paulhastings.com
    kenpasquale@paulhastings.com

**By Email**

**Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com**

Erin E. Broderick, Esq.
Eversheds Sutherland (US) LLP,
227 West Monroe Street, Suite 6000
Chicago, Illinois 60606
Email: erinbroderick@eversheds-sutherland.com

**By Email**

| | |
|---|---|
| **Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com**<br><br>Matthew B. Harvey, Esq.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP,<br>1201 North Market Street, 16thFloor,<br>Wilmington, Delaware 19801<br>Email: mharvey@morrisnichols.com<br><br>**By Email** | **Counsel to the Joint Official Liquidators and Foreign Representatives of FTX Digital Markets Ltd.**<br><br>Brett Bakemeyer, Esq.<br>Brian D. Pfeiffer, Esq.<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Email:  brett.bakemeyer@whitecase.com<br>          brain.pfeiffer@whitecase.com<br><br>**By Email** |
| **Counsel to the Joint Official Liquidators and Foreign Representatives of FTX Digital Markets Ltd.**<br><br>Brendan Schlauch, Esq.<br>Paul N. Heath, Esq.<br>RICHARD, LAYTON & FINGER P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Email: schlauch@rlf.com<br>         heath@rlf.com<br><br>**By Email** | |

11753150v.1