# **EXHIBIT A**

**[Ashby & Geddes Invoice for Period August 1, 2024, through August 31, 2024]**

{02054264;v1 }

# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

STATEMENT

TELEPHONE
302-654-1888

FED ID#23-2193414

September 20, 2024
Billed through  08/31/24
Account: CLEARY-00001  -MDD            85211

Daniel A. Lowenthal, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036

Robert J. Cleary, Esq., as court appointed Examiner in FTX
bankruptcy cases (In re: FTX Trading Ltd.)

PROFESSIONAL SERVICES RENDERED

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 08/01/24 | MDD | 11 | Research and respond to questions posed by Patterson Belknap (K. Black) (.8); review and comments to updated Patterson Belknap draft second monthly fee statement (.5); discussion with K. Jones regarding same (.2); additional email reply to K. Black regarding same (.3); review Debtors' notice with attachment (pending omnibus objection to May 2024 monthly fee applications) (.3); K. Black email update (Patterson Belknap fee statement) (.1), prepare for filing and service (.1); | 2.30 | $1,679.00 |
| 08/02/24 | MDD | 07 | Review August 6 hearing agenda (.1); | 0.10 | $73.00 |
| 08/02/24 | MDD | 23 | Email from K. Black (draft motion to amend Phase II report deadline) (.1); review and comments to draft motion to amend papers (.7); email reply to Patterson Belknap team regarding thoughts on scheduling, motion to shorten (.4); follow up emails (.1); | 1.30 | $949.00 |
| 08/05/24 | KMJ | 07 | Emails w/ M. DeBaecke re: motion to shorten (.3); finalize and file motion to amend re: Phase II | 1.70 | $569.50 |

{02053401;v1 }

| Date | Tkpr | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | examination (.3); finalize and file motion to shorten (.3); file same with Court and upload proposed order on motion to shorten (.3); download and send email service (.4); send courtesy copy of motion to shorten to chambers (.1); | | |
| 08/05/24 | MDD | 23 | K. Black email with attachments (.1); review and comments to draft motion to shorten regarding motion to amend Phase II order (.6); multiple follow up emails with Patterson Belknap team (.8), K. Jones (.1); review and comments to further drafts of motion to amend and motion to shorten (.7); reply emails from counsel for major parties (motion to shorten) (.1); finalize motion to amend and motion to shorten, prepare for filing and service (.2); | 2.60 | $1,898.00 |
| 08/06/24 | KMJ | 07 | Downloaded order shortening notice on motion to amend and send to co-counsel (.2); finalize notice of motion and file with court (.3); download and send email service of Order and Notice (.3); | 0.80 | $268.00 |
| 08/06/24 | MDD | 11 | review and process FTX Customers' second omnibus objection to fee applications (.2), email updates with D. Lowenthal regarding same (.2); | 0.40 | $292.00 |
| 08/06/24 | MDD | 23 | Review and process order on motion to shorten (motion to amend) (.1), prepare revised notice of motion (.1), emails with K. Jones regarding same (.1); email updates with Patterson Belknap team (.2); | 0.50 | $365.00 |
| 08/07/24 | KMJ | 07 | Email draft COS to co-counsel (.2); | 0.20 | $67.00 |
| 08/07/24 | MDD | 11 | Emails with D. Lowenthal (informal omnibus objections to monthly fee applications) (.3); call with A. Landis regarding same (.1); | 0.40 | $292.00 |
| 08/07/24 | MDD | 23 | Review and edits to combined COS for motion to amend, motion to shorten, | 0.20 | $146.00 |

| Date/Initials | Code | Description | Hours | Amount |
|---|---|---|---|---|
| | | order on motion to shorten, and notice of motion to amend (.2); | | |
| 08/08/24 KMJ | 07 | Filed COS re: Motion to Amend/Motion to Shorten, Order Shortening Notice and Notice of Motion (.2); meet with M. DeBaecke to discuss interim fee schedule (.3); | 0.50 | $167.50 |
| 08/08/24 MDD | 11 | Process pro formas and invoice for June/July, internal emails and discussion with K. Jones regarding Ashby fee applications (monthly, possible first interim) (.4); D. Lowenthal email updates (Customers' informal objections to monthly fee applications) (.2); review and process Debtors' and Creditors' Committee responses to Customers' objections to monthly fee applications (.4); | 1.00 | $730.00 |
| 08/08/24 MDD | 23 | Email from purported FTX customer (investigation) (.1); | 0.10 | $73.00 |
| 08/09/24 MDD | 11 | D. Lowenthal email updates (Customers' objection to monthly fee application) (.2); review draft notice of withdrawal (objection) (.1); emails with counsel for Customers (.1); | 0.40 | $292.00 |
| 08/11/24 MDD | 23 | Further emails from purported FTX customer (.1); | 0.10 | $73.00 |
| 08/12/24 MDD | 11 | Review and comments, additional drafting of Ashby second monthly fee statement (.9); docket research regarding same (.2); discussion with and guidance to K. Jones regarding same (.2); | 1.30 | $949.00 |
| 08/12/24 KMJ | 11 | Prepared draft of Ashby's Second monthly Fee Statement (.6); send draft to M. DeBaecke (.1); meeting with M. DeBaecke to discuss draft Second monthly Fee Statement (.3); | 1.00 | $335.00 |
| 08/13/24 MDD | 07 | Review August 15 hearing agenda (.1); | 0.10 | $73.00 |
| 08/13/24 KMJ | 07 | Download Agenda for 8/15 hearing (.2); prepare CNO regarding | 0.50 | $167.50 |

| Bill number | CLEARY 85211 | | | | PAGE 4 |
|---|---|---|---|---|---|
| | | | Examiner's Motion to Amend (.3); | | |
| 08/13/24 | MDD | 11 | Review and edits to revised draft Ashby second fee application (.4), discuss same with K. Jones (.1); | 0.50 | $365.00 |
| 08/13/24 | KMJ | 11 | Make adjustments to second monthly statement of A&G (.2); send revised draft to M. DeBaecke (.1); | 0.30 | $100.50 |
| 08/13/24 | MDD | 23 | Emails with D. Lowenthal, K. Jones (August 15 hearing, next steps) (.4); review and edits to draft CNO and proposed order on motion to amend Phase II Scope Order, email to and discussion with K. Jones regarding same (.4); reply email to D. Lowenthal regarding same (.1); | 0.90 | $657.00 |
| 08/14/24 | KMJ | 07 | Filed CNO re: Motion to Amend and uploaded proposed order (.4); download and send courtesy copy to chambers (.3); | 0.70 | $234.50 |
| 08/14/24 | MDD | 11 | Review further notice of withdrawal of FTX Customers' two objections to monthly fee applications (.1); | 0.10 | $73.00 |
| 08/14/24 | MDD | 23 | Prepare draft email to chambers (Motion to Amend; August 15 hearing) (.3); D. Lowenthal email update (.1); reply email to Debtors' counsel (CNO for motion to amend) (.1); emails with chambers (August 15 hearing; Zoom participation) (.1); call with Debtors' counsel (M. Pierce) (August 15 hearing) (.1); email update to Patterson Belknap (August 15 hearing) (.1); review further amended hearing agenda (.1); | 0.90 | $657.00 |
| 08/15/24 | MDD | 11 | Final review and edits to Ashby second monthly fee statement (.2); D. Lowenthal emails regarding same (.1); | 0.30 | $219.00 |
| 08/15/24 | KMJ | 11 | Email to co-counsel with Ashby's second monthly fee statement (.2); filed second monthly fee statement with court (.3); download and send email service to notice parties (.3); send LEDES file to Fee Examiner and UST (.2); | 1.00 | $335.00 |

{02053401;v1 }

| Bill number | CLEARY 85211 | | | | PAGE 5 |
|---|---|---|---|---|---|
| 08/16/24 | MDD | 23 | Overview multiple objections/responses to confirmation (8 total) (.7); | 0.70 | $511.00 |
| 08/21/24 | MDD | 11 | Review and comments to draft and revised draft CNO for Patterson Belknap second monthly fee statement (.2); | 0.20 | $146.00 |
| 08/21/24 | KMJ | 11 | Prepare draft CNO re: PBWT second monthly fee statement (.4); send draft to co-counsel (.1); | 0.50 | $167.50 |
| 08/21/24 | MDD | 23 | Emails with K. Black (potential Rule 2004 motion related to investigation, related motion to shorten) (.6); | 0.60 | $438.00 |
| 08/23/24 | MDD | 23 | Patterson Belknap (K. Black) and internal email updates (status of potential Rule 2004 motion) (.2); research and respond to emails, process sample motion papers (.6); overview OUST objection to confirmation (.3); | 1.10 | $803.00 |
| 08/26/24 | MDD | 23 | Review and process emails received from FTX customer (.2); overview additional papers received in service (.1); | 0.30 | $219.00 |
| 08/27/24 | MDD | 23 | K. Black email update (Rule 2004 motion) (.1); review and comments to Rule 2004 motion papers, related motion to shorten (.9); email replies to Patterson Belknap team regarding same (.4); | 1.40 | $1,022.00 |
| 08/28/24 | MDD | 23 | Internal email updates with K. Jones (Rule 2004 motion and motion to shorten) (.2); K. Black email update (.1); review and comments to further revised Rule 2004 motion and related motion to shorten (.4); D. Lowenthal email to counsel for major parties (.1); related emails with D. Lowenthal (.1); multiple additional Patterson Belknap team emails (.3); J. McMahon email reply (.1); K. Black email update (.1); D. Lowenthal follow up email to counsel for major parties (.1); | 1.50 | $1,095.00 |

{02053401;v1 }

| Bill number | CLEARY 85211 | | | | PAGE 6 |
|---|---|---|---|---|---|
| 08/29/24 | KMJ | 23 | Emails w/ M. DeBaecke re: 2004 motion/motion to shorten (.3); finalize and file motion to amend re: 2004 examination (.3); finalize and file motion to shorten (.3); file same with Court and upload proposed order on motion to shorten (.3); download and send email service (.4); send courtesy copy of motion to shorten to chambers (.1); | 1.70 | $569.50 |
| 08/29/24 | MDD | 23 | Patterson Belknap email updates (Rule 2004 motion) (.4); review and comments to final drafts of Rule 2004 motion and motion to shorten (.5); discuss filing and service of same with K. Jones (.1); | 1.00 | $730.00 |
| 08/30/24 | KMJ | 07 | Finalize and file PBWT's Third Monthly Fee Statement (.5); download and send email service to notice parties (.2); | 0.70 | $234.50 |
| 08/30/24 | MDD | 11 | K. Black email (Patterson third monthly fee statement) (.1), review and comments to same (.5); K. Black email updates (.2); final review of PB fee statement, prepare for filing and service (.2); | 1.00 | $730.00 |
| 08/30/24 | MDD | 23 | Email from chambers and email update to Patterson Belknap team (Rule 2004 motion hearing request) (.2); review SEC filed ROR in response to confirmation (.1); status update and strategy emails with Patterson Belknap (Ms. Nguyen) (.5); | 0.80 | $584.00 |
| 08/31/24 | MDD | 23 | K. Black email update (Ms. Nguyen) (.1); | 0.10 | $73.00 |

Total fees                                                             $19,422.00

DISBURSEMENTS

| 08/31/24 | Photocopies | 43.20 |
|---|---|---|
| 08/31/24 | Parcels Inc. - Delivery & Copy Service | 12.04 |
| 08/31/24 | Postage | 46.11 |
| 08/31/24 | Pacer Service - Court On-Line Docket System | 39.10 |

{02053401;v1 }

Bill number    CLEARY 85211                                                              PAGE    7

        Charges

Total disbursements                                                                      $140.45

BILLING SUMMARY

| | | |
|---|---|---|
| DeBaecke, Michael D. | 22.20 hrs 730.00/hr | $16,206.00 |
| Jones, Kristy M | 9.60 hrs 335.00/hr | $3,216.00 |

TOTAL FEES                               31.80 hrs                          $19,422.00

TOTAL DISBURSEMENTS                                                         $140.45

TOTAL CHARGES FOR THIS BILL                                                 $19,562.45

PAST DUE BALANCE                                                            $14,966.00

TOTAL BALANCE NOW DUE FOR THIS MATTER                                       $34,528.45

RECAP BY TIMEKEEPER

| | | | | |
|---|---|---|---|---|
| MDD | DeBaecke, Michael D. | 22.20 hrs | 730/hr | $16,206.00 |
| KMJ | Jones, Kristy M | 9.60 hrs | 335/hr | $3,216.00 |
| TOTAL | | | | $19,422.00 |

RECAP BY TASK

| | | | |
|---|---|---|---|
| 07 | Case Administration | 5.30 hours | $1,854.50 |
| 11 | Employment and Fee Apps | 10.70 hours | $6,705.00 |
| 23 | Investigation | 15.80 hours | $10,862.50 |

RECAP BY EXPENSE CODE

| | | | |
|---|---|---|---|
| PC | Photocopies | 432.00 | $43.20 |
| PCR | Pacer Service - Court On-Line | 39.10 | $39.10 |
| PI | Parcels Inc. - Delivery Servi | 12.04 | $12.04 |
| POS | Postage | 46.11 | $46.11 |

{02053401;v1 }