# UNITED STATES BANKRUPTCY COURT
## District of Delaware

In re <u>FTX Trading Ltd., et al.,</u> Debtors

Chapter 11
Case No. <u>22-11068</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Name of Transferor</u>



<u>Name of Transferee</u>
**Phoenix Digital LLC**
**Attn: Tian Zeng**
Email: **tzeng@nirvana-cap.com**
**42 W 33rd St, 27B**
**New York, NY 10001**

An undivided interest in **100%** of Seller's right, title, interest and obligations to the following claims:

| Claim No./Schedule | Creditor Name | Amount(s) | Debtor | Case No. |
|---|---|---|---|---|
| Confirmation ID # **[3265-70-BWOSS-962223519]** <br><br> Schedule # **[7049785]** <br><br> Claim # **[50528]** <br><br> FTX ID **[99572286]** <br><br> Unique Customer Code: **[4166]** | Name on File | 100% | FTX EU Ltd. | 22-11166 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

12331052.2 - 12/30/22

Date: July 28th, 2024

TRASNFEREE
[BUYER]

By *Tian Zeng*
Name: Tian Zeng
Title: Founder

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| | | |
|---|---|---|
| 00004166 | Unliquidated | ETH[0.00000003], EUR[344934.44], STETH[0], USDT[1.22361996] |

## Creditor Data Details - Claim # 50528

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Name on file | FTX EU Ltd. | 50528 |
| Address on file | Date Filed | Schedule Number |
| | 09/11/2023 | 7049785 |
| | | Confirmation ID |
| | | 3265-70-BWOSS-962223519 |

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

### Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | ETH | ASSERTED | 0.0000000345283501 | 0.0000000345283501 |
| CRYPTO | STETH | ASSERTED | 0.0000000070280219 | 0.0000000070280219 |
| CRYPTO | USDT | ASSERTED | 1.223619968503920 | 1.223619968503920 |
| FIAT | EUR | ASSERTED | 344934.444748535 | 344934.444748535 |

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

EVIDENCE OF TRANSFER OF CLAIM
TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮],] ("Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to [Phoenix Digital LLC] ("Purchaser") all of Seller's right, title, and interest in and **to Proof of Claim No.[3265-70-BWOSS-962223519] associated with Customer ID [99572286], Unique Customer Code of: [4166], Claim # [50528], Schedule # [7049785]** (the "Proof of Claim") filed against FTX Trading Ltd. FTX EU Ltd, and Alameda Research (the "Debtor In re FTX Trading Ltd. (Case No. 22-bk-11068) pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and Cypress. Seller hereby waives any objection to the transfer of the Proof of Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law.

Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Proof of Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on
**Date: [July 30th, 2024]**

