## EXHIBIT B

**Esposito Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF ROB ESPOSITO IN SUPPORT OF DEBTORS'
ONE HUNDRED FOURTEENTH (SUBSTANTIVE)
OMNIBUS OBJECTION TO CERTAIN OVERSTATED AND/OR
UNLIQUIDATED CLAIMS (CUSTOMER CLAIMS)**

I, Rob Esposito, hereby declare under penalty of perjury:

1.      I am a Senior Director at Alvarez & Marsal North America, LLC

("A&M"), a restructuring advisory services firm specializing in interim management, crisis

management, turnaround consulting, operational due diligence, creditor advisory services and

financial and operation restructuring.

2.      I have more than 15 years of restructuring experience across various

industries, including broadcasting, oil & gas, manufacturing, pharma, transportation, automotive,

retail, telecommunications, and healthcare.

3.      Since joining A&M, I have been involved in numerous Chapter 11

restructurings, including Alpha Natural Resources, Sandridge Energy, Westmoreland Coal, Endo

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

International, Cumulus Media, Coach America, Cooper-Standard Automotive, Ascena Retail and

Exide Technologies.

4.      I submit this declaration (the "Declaration") in support of the *Debtors'*

*One Hundred Fourteenth (Substantive) Omnibus Objection to Certain Overstated and/or*

*Unliquidated Claims (Customer Claims)* (the "Objection").[2]  I am not being compensated

separately for this testimony other than through payments received by A&M as financial advisor

retained by FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively,

the "Debtors").

5.      Except as otherwise indicated herein, all of the facts set forth in this

Declaration are based upon my personal knowledge, my review of relevant documents,

information provided to me by the Debtors' management, the Debtors and other Debtor

professionals, including the A&M team, involved in advising the Debtors in the above-captioned

case (the "Chapter 11 Case").  If called upon to testify, I could and would testify to the facts set

forth herein on that basis.  I am authorized to submit this Declaration on behalf of the Debtors.

6.      The Overstated and/or Unliquidated Claims subject to the Objection were

reviewed and analyzed in good faith using due diligence by appropriate personnel of the Debtors,

A&M, and the Claims Agent.  Indeed, the Debtors and their advisors have spent months

reviewing and analyzing proofs of claim and any supporting documentation filed against the

Debtors.  These efforts resulted in, among other things, identifying the Overstated and/or

Unliquidated Claims set forth in Schedule 1 to Exhibit A of the Objection.

---

[2]    Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Objection.

7.      Based on the Debtors' and their advisors' ongoing analysis and review, the

Debtors and their advisors have determined that the Overstated and/or Unliquidated Claims

allege incorrect quantities of cryptocurrencies and fiat held by such customer.  Based on this

review, each of the Overstated and/or Unliquidated Claims listed in Schedule 1 includes details

indicating that the claims are filed for amounts that differ from, and/or are greater than, the

amounts reflected in the Debtors' books and records.  I believe that certain Overstated and/or

Unliquidated Claims assert cryptocurrencies or claim amounts in excess of, and inconsistent

with those, as set forth in the Debtors' books and records.  In addition, certain Overstated and/or

Unliquidated Claims also assert a claim against a Debtor who is not responsible for the asserted

liability. Certain other Overstated and/or Unliquidated Claims are missing tickers/quantities

which were scheduled by the Debtors but not included in the Proof of Claim.  Moreover, certain

claims include tickers/quantities in supporting documentation.  Therefore, I believe that the

Overstated and/or Unliquidated Claims should be modified and reduced to the amount set forth

under the heading labeled "Modified Claims" consistent with the Debtors' books and records.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct to the best of my knowledge and belief.


Dated:  September 25, 2024                          */s/ Rob Esposito*
                                                    Rob Esposito
                                                    Alvarez & Marsal North America, LLC
                                                    Senior Director