**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF BETDEX, INC.'S LIMITED OBJECTION AND RESERVATION OF RIGHTS REGARDING THE FIRST AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF FTX TRADING LTD. AND ITS DEBTOR AFFILIATES**

Based upon FTX Trading LTD's, and its affiliated debtors and debtors-in-possession (collectively, the "**Debtors**"), filing of the *First Amended Plan Supplement* ("**Amended Plan Supplement**") [Dkt. No. 25649], BetDEX Labs, Inc. ("**BetDEX Inc.**") and BetDEX Labs, Ltd. ("**BetDEX Ltd.**" and together with BetDEX Inc., "**BetDEX**"), a creditor and party-in-interest in the above-captioned Chapter 11 cases of the Debtors, through its counsel, hereby **withdraws Docket No. 23139**, which is BetDEX's *Limited Objection and Reservation of Rights regarding the First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [Dkt. No. 23139].

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

| | |
|---|---|
| Dated: September 26, 2024<br>Wilmington, Delaware | **BIELLI & KLAUDER, LLC**<br><br>*/s/ David M. Klauder*<br>David M. Klauder (No. 5769)<br>1204 N. King Street<br>Wilmington, Delaware 19801<br>Tel: (302) 803-4600<br>dklauder@bk-legal.com<br><br>-and-<br><br>Amelia B. Valenzuela, Esq.<br>QUARLES & BRADY LLP<br>One Renaissance Square<br>Two North Central Avenue<br>Phoenix, Arizona  85004-2391<br>Tel:  602-229-5200<br>Fax:  602-229-5690<br>amelia.valenzuela@quarles.com<br><br>*Attorneys for BetDEX Labs, Inc. and BetDEX Labs, Ltd.* |