IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 22-11068 (JTD) |
| FTX TRADING LTD., *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **ELLIOTWAVE LIMITED** | **[REDACTED] [CUSTOMER CODE 00907320]** |
| Name of Transferee | Name of Transferor |
| **Address:** | **Name and Current Address of Transferor:** |
| 22 Stasikratous Street, Suite 102 – 104<br>1065 Nicosia, Cyprus<br>**Postal address**: P.O. Box 23664<br>1685 Nicosia, Cyprus<br>Attention: Maria Christodoulidou<br>Email: maria.christodoulidou@nordicfinance.eu | [Redacted / on file] |

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Unique Customer Code: 00907320 | [Redacted] | [As stated on Schedule below] | FTX Trading Ltd. | 22-11068 |
| Electronic Proof of Claim No. 3265-70-COBWT-041287263 | [Redacted] | [As stated on Schedule below] | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: */s/ Maria Christodoulidou*  Date: July 25, 2024
 for P.C Nordic Administration Limited, Director of Elliottwave Limited
         Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer of Claim to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and appropriate professionals.

CLOSE



# Creditor Data Details - Claim # 51079

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
09/12/2023

**Claim Number**
51079

**Schedule Number**
6847268

**Confirmation ID**
3265-70-COBWT-041287263

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | ALICE-PERP | ASSERTED | 0.0000000000109139 | 0.0000000000109139 |
| CRYPTO | APE-PERP | ASSERTED | 0.000000000003638 | 0.000000000003638 |
| CRYPTO | APT-PERP | ASSERTED | -5038.0 | -5038.0 |
| CRYPTO | ATLAS-PERP | ASSERTED | -25205730 | -25205730 |
| CRYPTO | AXS-PERP | ASSERTED | -1820.2 | -1820.2 |
| CRYPTO | BCH | ASSERTED | 49.88 | 49.88 |
| CRYPTO | BNB | ASSERTED | 0.1036909436619 | 0.1036909436619 |
| CRYPTO | BNB-PERP | ASSERTED | 285.5 | 285.5 |
| CRYPTO | BRZ | ASSERTED | 2759.6018053978587 | 2759.6018053978587 |
| CRYPTO | BTC | ASSERTED | 0.23019625788821073 | 0.23019625788821073 |



# Creditor Data Details - Claim # 51079

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
09/12/2023

**Claim Number**
51079

**Schedule Number**
6847268

**Confirmation ID**
3265-70-COBWT-041287263

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | ALICE-PERP | ASSERTED | 0.0000000000109139 | 0.0000000000109139 |
| CRYPTO | APE-PERP | ASSERTED | 0.000000000003638 | 0.000000000003638 |
| CRYPTO | APT-PERP | ASSERTED | -5038.0 | -5038.0 |
| CRYPTO | ATLAS-PERP | ASSERTED | -25205730 | -25205730 |
| CRYPTO | AXS-PERP | ASSERTED | -1820.2 | -1820.2 |
| CRYPTO | BCH | ASSERTED | 49.88 | 49.88 |
| CRYPTO | BNB | ASSERTED | 0.1036909436619 | 0.1036909436619 |
| CRYPTO | BNB-PERP | ASSERTED | 285.5 | 285.5 |
| CRYPTO | BRZ | ASSERTED | 2759.6018053978587 | 2759.6018053978587 |
| CRYPTO | BTC | ASSERTED | 0.23019625788210173 | 0.23019625788210173 |



# Creditor Data Details - Claim # 51079

### Creditor
Name on file
Address on file

### Debtor Name
FTX Trading Ltd.

### Date Filed
09/12/2023

### Claim Number
51079

### Schedule Number
6847268

### Confirmation ID
3265-70-COBWT-041287263

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | ALICE-PERP | ASSERTED | 0.0000000000109139 | 0.0000000000109139 |
| CRYPTO | APE-PERP | ASSERTED | 0.000000000003638 | 0.000000000003638 |
| CRYPTO | APT-PERP | ASSERTED | -5038.0 | -5038.0 |
| CRYPTO | ATLAS-PERP | ASSERTED | -25205730 | -25205730 |
| CRYPTO | AXS-PERP | ASSERTED | -1820.2 | -1820.2 |
| CRYPTO | BCH | ASSERTED | 49.88 | 49.88 |
| CRYPTO | BNB | ASSERTED | 0.1036909436619 | 0.1036909436619 |
| CRYPTO | BNB-PERP | ASSERTED | 285.5 | 285.5 |
| CRYPTO | BRZ | ASSERTED | 2759.6018053978587 | 2759.6018053978587 |
| CRYPTO | BTC | ASSERTED | 0.23019625788210173 | 0.23019625788210173 |



# Creditor Data Details - Claim # 51079

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
09/12/2023

**Claim Number**
51079

**Schedule Number**
6847268

**Confirmation ID**
3265-70-COBWT-041287263

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | ALICE-PERP | ASSERTED | 0.0000000000109139 | 0.0000000000109139 |
| CRYPTO | APE-PERP | ASSERTED | 0.000000000003638 | 0.000000000003638 |
| CRYPTO | APT-PERP | ASSERTED | -5038.0 | -5038.0 |
| CRYPTO | ATLAS-PERP | ASSERTED | -25205730 | -25205730 |
| CRYPTO | AXS-PERP | ASSERTED | -1820.2 | -1820.2 |
| CRYPTO | BCH | ASSERTED | 49.88 | 49.88 |
| CRYPTO | BNB | ASSERTED | 0.1036909436619 | 0.1036909436619 |
| CRYPTO | BNB-PERP | ASSERTED | 285.5 | 285.5 |
| CRYPTO | BRZ | ASSERTED | 2759.6018053978587 | 2759.6018053978587 |
| CRYPTO | BTC | ASSERTED | 0.23019625788821073 | 0.23019625788821073 |



# Creditor Data Details - Claim # 51079

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
09/12/2023

**Claim Number**
51079

**Schedule Number**
6847268

**Confirmation ID**
3265-70-COBWT-041287263

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | ALICE-PERP | ASSERTED | 0.0000000000109139 | 0.0000000000109139 |
| CRYPTO | APE-PERP | ASSERTED | 0.000000000003638 | 0.000000000003638 |
| CRYPTO | APT-PERP | ASSERTED | -5038.0 | -5038.0 |
| CRYPTO | ATLAS-PERP | ASSERTED | -25205730 | -25205730 |
| CRYPTO | AXS-PERP | ASSERTED | -1820.2 | -1820.2 |
| CRYPTO | BCH | ASSERTED | 49.88 | 49.88 |
| CRYPTO | BNB | ASSERTED | 0.1036909436619 | 0.1036909436619 |
| CRYPTO | BNB-PERP | ASSERTED | 285.5 | 285.5 |
| CRYPTO | BRZ | ASSERTED | 2759.6018053978587 | 2759.6018053978587 |
| CRYPTO | BTC | ASSERTED | 0.23019625788210173 | 0.23019625788210173 |