This docket was filed in error.

Please kindly remove docket # 25846 for case # 22-11068-JTD FTX Trading Ltd.

Thank you.

Sincerely,

Yienie Peng

September 26, 2024

| Docket # | Document Name | Date F |
|---|---|---|
| 25846 | Transfer/Assignment of Claim. Fee Amount $28 Transfer Agreement 3001 (e) 2 Transferor: Name (Redacted) To Ceratosaurus Investors, LLC. Filed by Ceratosaurus Investors, L.L.C.. Attachments: Related: | 09/26/202 |

*2024 SEP 26 PM 4: 07*