# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING, LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| | (Jointly Administered) |
| Debtors. | |
| | RE: Doc. No. 23169 |

## NOTICE OF WITHDRAWAL OF LIMITED OBJECTION AND RESERVATION OF RIGHTS OF CENTER FOR APPLIED RATIONALITY, LIGHTCONE INFRASTRUCTURE, INC., AND LIGHTCONE ROSE GARDEN LLC WITH RESPECT TO FIRST AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF FTX TRADING LTD. AND ITS DEBTOR AFFILIATES

The Center For Applied Rationality, Lightcone Infrastructure, Inc. and Lightcone Rose Garden LLC by and through their undersigned counsel, hereby withdraw the *Limited Objection and Reservation of Rights* filed at Docket No. 23169, with regard to the *First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates*.

**MCCARTER & ENGLISH, LLP**

Date: September 27, 2024

*/s/ Kate Roggio Buck*
Kate Roggio Buck (No. 5140)
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
Tel: 302-984-6300
Fax: 302-984-6399
Email: kbuck@mccarter.com

*Counsel for Center For Applied Rationality, Lightcone Infrastructure, Inc. and Lightcone Rose Garden LLC*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases (collectively, the "Debtors"), a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

1