IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEBTORS' ENTRY INTO PREFERRED SHAREHOLDER AGREEMENT**

**PLEASE TAKE NOTICE** that, on August 28, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") entered into an agreement (the "Preferred Shareholder Agreement") with certain holders of preferred equity interests in the Debtors (each holder of a preferred equity interest, a "Preferred Shareholder" and the Preferred Shareholders who have executed the Preferred Shareholder Agreement, the "Supporting Preferred Shareholders") concerning, among other things, their cooperation with respect to the release of forfeiture proceeds recovered or to be recovered by the Department of Justice in connection with criminal proceedings relating to certain former officers of the Debtors. A copy of the Preferred Shareholder Agreement is attached hereto as **Exhibit A**. The Debtors are not seeking Court approval of the Preferred Shareholder Agreement at this time, and it is being provided for informational purposes only.

**YOU ARE RECEIVING THIS NOTICE BECAUSE YOU ARE THE HOLDER OF A PREFERRED EQUITY INTEREST IN THE DEBTORS AND YOU MAY BE ENTITLED TO PARTICIPATE IN THE TRANSACTIONS CONTEMPLATED BY THE PREFERRED SHAREHOLDER AGREEMENT. YOU ARE ADVISED TO REVIEW CAREFULLY THE INFORMATION CONTAINED IN THIS NOTICE AND THE PREFERRED SHAREHOLDER AGREEMENT AND CONSULT AN ATTORNEY IF NECESSARY.**

**PLEASE TAKE FURTHER NOTICE** that any Preferred Shareholder that is not yet a party to the Preferred Shareholder Agreement may become a Supporting Preferred Shareholder by executing a signature page to the joinder form (the "Joinder Agreement") to the Preferred Shareholder Agreement attached hereto as **Exhibit B** and by delivering such executed Joinder Agreement to the Debtors via email to Christian P. Jensen (jensenc@sullcrom.com) and Benjamin Zonenshayn (zonenshaynb@sullcrom.com) at any time prior to the Court's entry of an order confirming the Debtors' *First Amended Joint Chapter 11 Plan of Reorganization of FTX*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

*Trading Ltd. and Its Debtor Affiliates* (as it may be amended, modified or supplemented, the "Plan"). Upon the delivery of such Joinder Agreement to the Debtors, such Preferred Shareholder shall have all the rights of a Supporting Preferred Shareholder under the Preferred Shareholder Agreement. Any executed Joinder Agreement received by the Debtors shall be irrevocable.

## Obtaining Copies of Relevant Documents

Copies of the Plan, the Preferred Shareholder Agreement, as well as other documents filed in these Chapter 11 Cases, may be obtained for free by visiting the Debtors' restructuring website, https://restructuring.ra.kroll.com/FTX/Home-Index, or for a fee via PACER at: http://pacer.psc.uscourts.gov.

| | |
|---|---|
| Dated: September 27, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>         mcguire@lrclaw.com<br>         brown@lrclaw.com<br>         pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>         bromleyj@sullcrom.com<br>         gluecksteinb@sullcrom.com<br>         kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |