**<u>Exhibit B</u>**

**Joinder Form**

## *JOINDER*

The undersigned ("**Joinder Party**") hereby acknowledges that it has read and understands the Settlement and Plan Support Agreement, dated as of August 28, 2024 (the "**Agreement**"),[1] by and among the Debtors and the Supporting Preferred Shareholders and agrees to be bound by the terms and conditions thereof to the extent the other Supporting Preferred Shareholders are thereby bound, and shall be deemed a Supporting Preferred Shareholder under the terms of the Agreement.

The Joinder Party specifically agrees to be bound by the terms and conditions of the Agreement and makes all representations and warranties contained therein as of the date of this joinder and any further date specified in the Agreement.

Date Executed:

_____
Name:
Title:

Address:

E-mail address(es):

|  | *Aggregate Amounts in Dollars Beneficially Owned or Managed on Account of:* |
|---|---|
| Series A preferred stock issued by West Realm Shires Inc. |  |
| Series B preferred stock issued by FTX Trading Ltd. |  |
| Series B-1 preferred stock issued by FTX Trading Ltd. |  |
| Series C preferred stock issued by FTX Trading Ltd. |  |
| Other Preferred Equity Interest: [*Please Specify*] |  |

---

[1] Capitalized terms not used but not otherwise defined in this joinder shall have the meanings ascribed to such terms in the Agreement.