| | |
|---|---|
| CASE NAME: <u>Alameda Research Ltd</u> | CASE NUMBER: <u>22-11067</u> |

# GENERAL NOTES

This periodic report (the "Periodic Report") has been prepared solely for the purpose of complying with Rule 2015.3 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). This Periodic Report contains certain financial information for certain non-debtor entities of a non-publicly traded corporations and in which an estate of a Debtor (as defined below) controls or owns at least a twenty percent (20%) interest (each, a "Controlled Non-Debtor Entity" and, collectively, the "Controlled Non-Debtor Entities"). The information provided in this Periodic Report has been provided by the Debtors' management.

## Description of these Chapter 11 Cases

On November 11 and November 14, 2022 (as applicable, the "Petition Date"), FTX Trading Ltd. and its affiliated debtors (each a "Debtor" and, collectively, the "Debtors")[1] each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors' chapter 11 cases (the "Chapter 11 Cases") are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and Rule 1015-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Delaware as approved by order of the Court on November 22, 2022 [D.I. 128]. On December 15, 2022, the United States Trustee appointed an official committee of unsecured creditors in the Chapter 11 Cases pursuant to section 1102(a)(1) of the Bankruptcy Code. On February 13, 2023, an order was entered at Docket No. 711 dismissing the cases of SNG Investments Yatirim Ve Danismanlik Anonim Sirketi (Case No. 22-11093) and FTX Turkey Teknoloji Ve Ticaret Anonim Sirketi (Case No. 22-11170). On August 18, 2023, an order was entered at Docket No. 2207 dismissing the case of FTX Exchange FZE (Case No. 22-11100). On November 13, 2023, an order was entered at Docket No. 3739 dismissing the cases of Liquid Financial USA, Inc. (Case No. 22-11151), LiquidEX LLC (Case No. 22-11152), Zubr Exchanged Ltd (Case No. 22-11132) and DAAG Trading, DMCC (Case No. 22-11163). On December 16, 2023, the Debtors filed (i) the *Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 4861] and (ii) the *Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Affiliated Debtors and Debtors-In-Possession* [D. I. 4862]. On March 18, 2024, the Court entered *an Order Authorizing and Approving (I) Entry Into, and Performance Under, the Share and Asset Purchase Agreement; (II) the Sale of the Shares of the Transferred Subsidiaries, Shares of the Minority Entities and Transferred Assets Free and Clear of All Liens, Claims, Interests and Encumbrances; and (III) Dismissing the Chapter 11 Cases of the FTX Europe Subsidiaries* [D.I. 9585] dismissing FTX Crypto Services Ltd. as of the date of the order and dismissing the Transferred Subsidiaries as of the Closing Date of the Share and Asset Purchase Agreement. Dismissal of FTX Switzerland GmbH, FTX Certificates GmbH, and FTX Structured Products AG was effective as of May 10, 2024. Dismissal of FTX Trading GmbH was effective as of May 24, 2024. As of the date of filing this report, FTX EU Ltd has not been dismissed from the Chapter 11 Cases. On April 19, 2024, the Court entered an *Order Authorizing and Approving the (I) Dismissal of the Chapter 11 Cases of the Foreign Wind Down Entities and (II) Equitization or Release of Certain Intercompany Claims and Making Related Capital Contributions* [D.I. 12660] dismissing Alameda Aus Pty Ltd, Alameda Research Pte Ltd, Analisya Pte Ltd, FTX Japan Services KK, FTX Products (Singapore) Pte Ltd, Innovatia Ltd, Liquid Securities Singapore Pte Ltd, Quoine India Pte Ltd, and Quoine Vietnam Co. Ltd. as of the date of the order. On July 16, 2024, the Court entered the *Order (I) Authorizing and Approving Sale of Debtors' Interests in FTX Japan K.K. Free and Clear of All Liens, Claims, Interests and Encumbrances; (II) Authorizing and Approving FTX Japan Holding K.K.'s Entry*

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/FTX.

*into, and Performance Under, the Purchase and Sale Agreement; (III) Dismissing the Chapter 11 Case of FTX Japan K.K. Effective as of Closing; and (IV) Granting Related Relief* [D.I. 20560] (the "FTX Japan Sale & Dismissal Order") dismissing FTX Japan K.K. ("FTX Japan") upon the transfer of all of the outstanding equity interests held by Debtor FTX Japan Holdings K.K. in FTX Japan, which occurred on July 26, 2024.

On March 18, 2024, the Bankruptcy Court entered the *Fourth Order Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof* [D.I. 9584] extending the Debtors' exclusive filing period to May 13, 2024 and extending the Debtors' exclusive solicitation period through July 11, 2024.  On June 26, 2024, the Court entered the *Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Form of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan* [D.I. 19068].  On June 27, 2024, the Debtors filed the solicitation versions of the Chapter 11 Plan of Reorganization - Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates [D.I. 19139] and the Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates and Debtors-in-Possession [D.I. 19143].  On August 2, 2024, the Debtors filed the First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading LTD. and Its Debtor Affiliates [D.I. 22165] along with the Notice of Filing of Plan Supplement [D.I. 22163].  Additional information about these Chapter 11 Cases, court filings, and claims information is available at the Debtors' restructuring website: https://restructuring.ra.kroll.com/FTX.

**<u>Financial Statements</u>**

The financial information contained herein is unaudited, limited in scope, and as such, has not been subject to procedures that typically would be applied to financial statements in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP") and are not intended to reconcile fully with any financial statements prepared under U.S. GAAP.

For financial reporting purposes, the Debtors prepare consolidated financial statements at Debtor Alameda Research LLC (Case Number 22-11066), which include information for the Controlled Non-Debtor Entities.  This Periodic Report only contains financial information of the Controlled Non-Debtor Entities.  The presentation in this Periodic Report does not include all the information and footnotes required by U.S. GAAP for complete financial statements.  The financial statements and supplemental information contained herein represent condensed information, are limited in scope, and cover a limited time period.  Unless otherwise noted, the Periodic Report generally reflects the Controlled Non-Debtor Entities' books and records and financial activity occurring during the time period covered by this Periodic Report.  Except as otherwise noted, no adjustments have been made for activity occurring after the close of the time period covered by this Periodic Report.

Although management made reasonable efforts to ensure that the financial information is accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to the information.  Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update this Periodic Report.  Nothing in this Periodic Report shall constitute a waiver of any rights of the Debtors, including the right to amend the information contained herein.  The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable nonbankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors, the Controlled Non-Debtor Entities, and the Debtors'

advisors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

This Periodic Report should not be relied upon by any persons for information relating to current or future financial condition, events, or performance of the Controlled Non-Debtor Entities or their affiliates, as the results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year, and may not necessarily reflect the combined results of operations, financial position, and schedule of receipts and disbursements in the future. Further, this Periodic Report is limited in scope, covers a limited time period, and has been prepared solely for purposes of fulfilling the requirements of Bankruptcy Rule 2015.3. Accordingly, the following notes, statements, and limitations should be referred to, and referenced in connection with, any review of this Periodic Report.

**SNG Investments Yatirim Ve Danismanlik Anonim Sirketi**

Shortly after the filing of these Chapter 11 Cases, as part of criminal proceedings initiated in Türkiye in connection with the investigations being conducted by the Turkish Financial Crimes Investigation Board ("MASAK"), Turkish authorities froze and seized substantially all the assets of FTX Turkey Teknoloji Ticaret Anonim Sirketi and SNG Investments Yatirim Ve Danismanlik Anonim Sirketi (the "Turkish Entities") (D.I. 589). The Turkish Entities currently have no ongoing operations or material assets in their control and it is not expected they will regain such control in a foreseeable future. Due to the lack of ongoing operational control and ongoing investigation by MASAK, the Debtors are unable to provide reasonable assurance that the financial statements provided by the Controlled Non-Debtor Entity are complete or accurate. As such, the Debtors have excluded financial data for the Controlled Non-Debtor Entity in the Periodic Report.

**Cottonwood Management Company Limited**

Non-Debtor Cottonwood Management Company Limited was formed post-petition in order to facilitate wind down procedures in the local jurisdiction.

**Intercompany Transactions**

Prior to the Petition Date the Debtors engaged in intercompany transactions with the SNG Investments Yatirim Ve Danismanlik Anonim Sirketieng. No intercompany transactions have occurred between SNG Investments Yatirim Ve Danismanlik Anonim Sirketi and Debtor entities during the pendency of these chapter 11 cases. SNG Investments Yatirim Ve Danismanlik Anonim Sirketi does not maintain a prepetition intercompany balance with any Debtor entity.

**Current Values**

The Debtors do not maintain fair market value or other bases of valuation for the Controlled Non-Debtor Entities, which may differ substantially from the net book value of these entities.

**Currency**

The amounts herein are presented in United States dollars, unless otherwise stated.

**Reservation of Rights**

Nothing contained in this Periodic Report shall constitute a waiver or admission by the Debtors in any respect, nor shall this Periodic Report or any information set forth herein waive or release any of the Debtors' rights or admissions with respect to these chapter 11 cases, or their estates, including with respect to, among other things, matters involving objections to claims, substantive consolidation,

**CASE NAME:** <u>Alameda Research Ltd</u>                                                                                                  **CASE NUMBER:** <u>22-11067</u>

equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code and/or causes of action under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.  The Debtors are reviewing the assets and liabilities of their affiliates on an ongoing basis, including, without limitation, with respect to intercompany claims and obligations, and nothing contained in this Periodic Report shall constitute a waiver of any of the Debtors' or their affiliates' rights with respect to such assets, liabilities, claims, and obligations that may exist.

| Fill in this information to identify the case: |
|---|
| Debtor Name: Alameda Research Ltd |
| United States Bankruptcy Court for the    District of Delaware |
| Case Number: 22-11067 |

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the Periodic Report as of | 06/30/2024 | on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

Alameda Research Ltd holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| See attached Exhibits | | |
| | | |
| | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), and a statement of changes in shareholders' or partners' equity *(deficit)* for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.

The undersigned, having reviewed the Entity Reports for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this Periodic Report and the attached Entity Reports are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

| | |
|---|---|
| **For non-individual Debtors:** | *Mary Cilia (Sep 27, 2024 15:04 CDT)* <br> Signature of Authorized individual <br> Mary Cilia <br> Printed name of Authorized Individual <br> Date 09 / 27 / 2024 <br>         MM / DD / YYYY |
| **For individual Debtors:** | Signature of Debtor 1           Signature of Debtor 2 <br> Printed name of Debtor 1        Printed name of Debtor 2 <br> Date _____             Date _____ <br>       MM / DD / YYYY                  MM / DD / YYYY |

| CASE NAME: Alameda Research Ltd | CASE NUMBER: 22-11067 |
|---|---|

**Exhibit A: Financial Statements for Controlled Non-Debtor Entities**

**Official Form 426**
United States Bankruptcy Court
District of Delaware

In re:
Alameda Research Ltd

Case No. 22-11067

| Name of Non-Debtor Entity | Interest of the Estate |
|---|---|
| SNG INVESTMENTS YATIRIM VE DANIŞMANLIK ANONİM ŞİRKETİ | 100% |
| Alameda Aus Pty Ltd | 100% |
| Alameda Research Pte Ltd | 100% |
| Cottonwood Management Company Limited | 100% |

| CASE NAME: Alameda Research Ltd | | | CASE NUMBER: 22-11067 |

**Exhibit A-1: Balance Sheet of Controlled Non-Debtor Entities as of 06/30/2024**

Official Form 426
United States Bankruptcy Court
District of Delaware

**Exhibit A-1: Balance Sheet of Non-Debtors**[1]

| | As of June 30, 2024 | | |
|---|---|---|---|
| In US $ Unless Otherwise Indicated | Cottonwood Management Company Limited | Alameda Aus Pty Ltd | Alameda Research Pte Ltd |
| **Assets** | | | |
| Cash and cash equivalents | $ - | $ - | $ - |
| **Total Assets** | - | - | - |
| | | | |
| **Liabilities and Stockholders' Equity** | | | |
| Intercompany payable | - | - | 24,152 |
| Related party payable | - | 1,500 | 1,500 |
| **Total Liabilities** | - | 1,500 | 25,652 |
| | | | |
| Capital stock and APIC | - | - | - |
| Retained earnings (deficit) | - | (1,000) | (4,768) |
| Current year net income | - | (500) | (20,884) |
| **Total Stockholders' Equity** | - | (1,500) | (25,652) |
| **Total Liabilities and Stockholders' Equity** | $ - | $ - | $ - |

(1) The Debtors are unable to provide reasonable assurance that the financial statements provided by SNG Investments Yatirim Ve Danismanlik Anonim Sirketi are complete or accurate. As such, the Debtors have excluded financial data for the Controlled Non-Debtor Entity from this Periodic Report.

CASE NAME: <u>Alameda Research Ltd</u>  CASE NUMBER: <u>22-11067</u>

**Exhibit A-2: Statement of Income (Loss) for Controlled Non-Debtor Entities for the period ended 06/30/2024**

Official Form 426
United States Bankruptcy Court
District of Delaware

Exhibit A-2: Statement of Income (Loss)[1]

|  | As of June 30, 2024 | | |
|---|---|---|---|
| In US $ Unless Otherwise Indicated | Cottonwood Management Company Limited | Alameda Aus Pty Ltd | Alameda Research Pte Ltd |
| **Revenues:** | | | |
| Other income | $ - | $ - | $ - |
| **Net Revenue** | - | - | - |
| | | | |
| **Expenses:** | | | |
| Corporate Services | - | - | 20,384 |
| Professional fees and services | - | 500 | 500 |
| **Total Expenses** | - | 500 | 20,884 |
| | | | |
| **Net Income (Loss) Before Taxes** | | | |
| Income tax benefit (loss) | - | - | - |
| **Net Income (Loss)** | $ - | $ (500) | $ (20,884) |

*(1) The Debtors are unable to provide reasonable assurance that the financial statements provided by SNG Investments Yatirim Ve Danismanlik Anonim Sirketi are complete or accurate. As such, the Debtors have excluded financial data for the Controlled Non-Debtor Entity from this Periodic Report.*

CASE NAME: Alameda Research Ltd | CASE NUMBER: 22-11067

**Exhibit A-3: Statement of Cash Flows for Controlled Non-Debtor Entities for the period ended 06/30/2024**

Official Form 426
United States Bankruptcy Court
District of Delaware

**Exhibit A-3: Statement of Cash Flows**[1]

|  | As of June 30, 2024 | | |
|---|---|---|---|
| In US $ Unless Otherwise Indicated | Cottonwood Management Company Limited | Alameda Aus Pty Ltd | Alameda Research Pte Ltd |
| **Cash Flows from Operating Activities** | | | |
| Net income / (loss) | $ - | $ (500) | $ (20,884) |
| Change in current liabilities | - | 500 | 20,884 |
| Net cash flows used by operating activities | - | - | - |
| **Cash Flows from Investing Activities** | | | |
| Cash flows used in investing activities | - | - | - |
| **Cash Flows from Financing Activities** | | | |
| Net cash flows from financing activities | - | - | - |
| Net Increase (Decrease) in cash and cash equivalents | - | - | - |
| Effect of exchange rate change on cash | - | - | - |
| Net cash and cash equivalents, beginning of year | - | - | - |
| Cash and cash equivalents, current | - | - | - |

*(1) The Debtors are unable to provide reasonable assurance that the financial statements provided by SNG Investments Yatirim Ve Danismanlik Anonim Sirketi are complete or accurate. As such, the Debtors have excluded financial data for the Controlled Non-Debtor Entity from this Periodic Report.*

| CASE NAME: Alameda Research Ltd | CASE NUMBER: 22-11067 |
|---|---|

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity *(Deficit)* for Controlled Non-Debtor Entities for the period ended 06/30/2024**

**Official Form 426**
United States Bankruptcy Court
District of Delaware

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (Deficit)** [1][2]

**Alameda Aus Pty Ltd Statement of Changes in Stockholders' Equity for the Year Ended June 30, 2024**

|  | Additional Paid-in Capital | Retained Deficit | Total Stockholders' Equity |
|---|---|---|---|
|  | Amount | Amount | Amount |
| BALANCE — January 1, 2024 | - | (1,000) | (1,000) |
| Net Loss |  | (500) | (500) |
| BALANCE — June 30, 2024 | $ - | $ (1,500) | $ (1,500) |

**Alameda Research Pte Ltd Statement of Changes in Stockholders' Equity for the Year Ended June 30, 2024**

|  | Additional Paid-in Capital | Retained Deficit | Total Stockholders' Equity |
|---|---|---|---|
|  | Amount | Amount | Amount |
| BALANCE — January 1, 2024 | - | (4,768) | (4,768) |
| Net Loss |  | (20,884) | (20,884) |
| BALANCE — June 30, 2024 | $ - | $ (25,652) | $ (25,652) |

**Cottonwood Management Company Limited Statement of Changes in Stockholders' Equity for the Year Ended June 30, 2024**

|  | Additional Paid-in Capital | Retained Deficit | Total Stockholders' Equity |
|---|---|---|---|
|  | Amount | Amount | Amount |
| BALANCE — January 1, 2024 | - | - | - |
| Net Loss |  | - | - |
| BALANCE — June 30, 2024 | $ - | $ - | $ - |

*(1) The Controlled Non-Debtor Entities do not prepare a consolidate statement of shareholders' equity at the Debtor parent.*
*(2) The Debtors are unable to provide reasonable assurance that the financial statements provided by SNG Investments Yatirim Ve Danismanlik Anonim Sirketi are complete or accurate. As such, the Debtors have excluded financial data for the Controlled Non-Debtor Entity from this Periodic Report.*

**CASE NAME:** Alameda Research Ltd  **CASE NUMBER:** 22-11067

**Exhibit B: Description of Operations for Controlled Non-Debtor Entities**

**Official Form 426**
United States Bankruptcy Court
District of Delaware

| Non-Debtor Entity | Description |
|---|---|
| SNG INVESTMENTS YATIRIM VE DANIŞMANLIK ANONİM ŞİRKETİ | Market making entity for Turkish exchange |
| Alameda Aus Pty Ltd | Entity created to facilitate AUD settlements |
| Alameda Research Pte Ltd | Holding company |
| Cottonwood Management Company Limited | Post-petition wind down entity |

**CASE NAME:** Alameda Research Ltd    **CASE NUMBER:** 22-11067

**Exhibit C: Description of Intercompany Claims**

**Official Form 426**
United States Bankruptcy Court
District of Delaware

The Controlled Non-Debtor Entities listed in this Periodic Report do not have any identified intercompany balances with any other Controlled Non-Debtor Entities based on the information available to the Debtors at the time of filing this Periodic Report. Since February 2023, the Debtors have paid $142.2k in legal and professional fees on behalf of SNG Investments Yatirim Ve Danismanlik Anonim Sirketi.

**CASE NAME:** Alameda Research Ltd    **CASE NUMBER:** 22-11067

**Exhibit D: Allocation of Tax Liabilities and Assets**

**Official Form 426**
United States Bankruptcy Court
District of Delaware

Debtor Alameda Research Ltd does not conduct an allocation of tax assets or liabilities to its Controlled Non-Debtor Entities. There has not been any allocation of tax attributes between the Controlled Non-Debtor Entities.

**CASE NAME:** <u>Alameda Research Ltd</u>             **CASE NUMBER:** <u>22-11067</u>

**Exhibit E:** Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor

**Official Form 426**
United States Bankruptcy Court
District of Delaware

No payments of administrative expenses, professional fees, or otherwise were paid by the Controlled Non-Debtor Entities that would have otherwise been payable by a Debtor Entity.