US Bankruptcy Court for the District of Delaware

| In re: | Chapter 11 |
|--------|-----------|
| FTX Trading Ltd., et. al. | No. 22-11068 JTD |
| Debtors | (Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Name (Redacted)**

Name and Current Address of Transferor:
**Name (Redacted)**

Name of Transferee:

Figure Markets, Inc.

Name and Address where notices and payments to transferee should be sent:
Figure Markets, Inc.
Dan Grueter
650 California Street
Suite 2700
San Francisco, CA 94108

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|--------------------|---------------|--------|--------|----------|
| Schedule No. 221106805336731 | Name (Redacted) | Unliquidated (stated in crypto) | FTX Trading Ltd. | 22-11068 JTD |
| Customer Code No. 06421844 | Name (Redacted) | As described on Schedule F | FTX Trading Ltd. | 22-11068 JTD |
| Claim No. N/A | Name (Redacted) | Unliquidated (stated in crypto) | FTX Trading Ltd. | 22-11068 JTD |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Dan Grueter_ 
Transferee/Transferee's Agent

Date: 9/25/2024

## Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.