Date: 7/10/2024

**Name of Court**: United States Bankruptcy Court for the District of Delaware

**Name of Debtor**: FTX TRADING LTD. Lead Case Number: 22-11068 (JTD)

**Title of Objection**: Debtors' Fifty-Seventh (Non-Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Customer and Non-Customer Claims)

**Name of Claimant**: NGUYEN, MAI QUYNH

**Address of Claimant**: 13291 Kelly St, Garden Grove, CA 92844

**Email of Claimant**: ocmai@protonmail.com

**Phone Number of Claimant**: 714-315-2265

**Claim Number**: 46391

**Description of the basis for the amount of the claim**: To reclaim my deposit of funds

**Amount of claim**: $150,000.00 (US dollars) or equivalent to 7.5 BTC as of November 2022.

I am writing to respond to your Omnibus Objection to my Claim No. **46391**. You have objected to my claim on the grounds of insufficient documentation. I originally filed for an amount of 218.2579 BTC because the Kroll website's instructions specified that I put the amount in my account before Nov 14th, 2022. Now I cannot log into the two websites that I had deposited money to (www.suremarketaid.com and www.suremarketexpert.com), I request to update the amount of the claim to be $150,000.00. The total deposit is 7.5 BTC, each BTC was priced approximately $20,000 USD at the time of deposit. Thus, the total is $150,000 US dollars.

I ask that the court overrule the objection and allow my claim for $150,000.00. My claim is valid and enforceable, and I have attached the following document to prove my case. Please update my claim amount to $150,000.00. I notice that the Kroll website still does not reflect my updated amount.

Please review the attached document and withdraw your objection. Please send instructions on how I can remotely attend the hearing on September 12th, 2024. I am unable to submit KYC at

the claims.ftx.com web site. Thus, I include screenshots of my driver license, 3 months of bank statements, and 3 months of utility bills as KYC evidence. I also include screenshots of my crypto.com USDT and BTC address as well as Binance.us USDT and BTC address, proof of deposits, my balance as of 8/2/2023, and email communications. The last four digits of my SSN is 6711. I had also sent a physical copy of my driver license to Kroll.

Please contact me at the below contact information if you have any questions or concerns.
Phone 714-315-2265
Email: ocmai@protonmail.com
Address: 13291 Kelly St, Garden Grove, CA 92844

Sincerely,
Mai Nguyen

Please read my entire case details below and help me reclaim my deposit of $150,000.00

I believe www.suremarketexpert.com is part of FTX. I believe it is part of "West Realm Shires Inc." because the petition date of Nov 14th, 2022 of the case "22-11183" matches with the date of the email from www.suremarketexpert.com stating that they completed their site maintenance (see page 17)

My sister Thi Nguyen (thi.a.nguyen@gmail.com, filed a claim no 34432 on Kroll website), opened account on www.suremarketaid.com (later becomes suremarketexpert.com). She made a withdrawal of $99.50 USD from the site showing it was from the FTX USDT address **0x2faf487a4414fe77e2327f0bf4ae2a264a776ad2** (see page 5)

I believe this is proof that https://www.suremarketexpert.com is part of FTX (please see page 5)

On Sept 11, 2022, I opened an account with https://www.suremarketaid.com and made 6 deposits of funds (bitcoin) to the site. On Sept 19, 2022, the site was upgraded to be https://www.suremarketexpert.com. On Nov 9, 2022, the new site underwent maintenance, and the maintenance was completed on Nov 14, 2022. After this date, the site paused trading activities on my account and required me to deposit 8.5% of my total trading profit to continue trading (this is a new requirement they added on Nov 14, 2022). I have requested to withdraw funds from the site multiple times, but unable to withdraw anything. I have asked the exchange to deduct the 8.5% from my profit balance directly and let me withdraw the rest but they refused. I also requested a refund of my deposit money only and they refused. Since opening the account, I was not able to withdraw any money.

The email I used to open an account with https://www.suremarketexpert.com is **ocmai@protonmail.com**. My username is **IAMMAI**. The last 4 digits of my SSN is **6711**. I made 6 deposits to both sites above. All deposits are in BTC. The total deposit is 7.5238054 BTC, each BTC was priced at around $20000 USD at the time of deposit. Thus, the total is $150,000 USD at the time. I have filed complaints with reportfraud.ftc.gov, https://www.cftc.gov/, and https://www.ic3.gov/

All my crypto transactions (see screenshots below) are immutable and can be verified by anyone who has access to the internet blockchain. Please research these transactions and help me find justice. These people have defrauded vulnerable investors including me and my sister. I am willing to testify in court and will be able to use my phone to log into my crypto.com and binance.us account to prove these transactions.

Below is the list of all transfers of my seed money from my crypto.com account and Binance.us. The address of all 6 withdrawals to (from my Binance and Crypto accounts) is:

**bc1qrx67wyp86kzugp8swlv3vzcv4fmzghq4j7rs2e**

Please see the blockchain browser to see all my transfers of BTC:
**https://blockchair.com/bitcoin/address/bc1qrx67wyp86kzugp8swlv3vzcv4fmzghq4j7rs2e**

**Deposits from Binance.US BTC Transaction ID**
On **Sept 27, 2022** Deposit amount is 0.05 BTC
0c1a7b984c513d992fc2c9c6e8e5860d1d99b96a51e5cc404fefdf06e6852c48

On **Sep 27, 2022** Deposit amount is 1.1 BTC
b0c0b11d47a3e2d4b44d555e0c34737d249ba78667c0bf3714e828afb6fad8b6

**Deposits from Crypto.com BTC Transaction ID**
On **Sep 15, 2022** Deposit amount is 0.0049792 BTC
35b7c95ad04ba20183bf55094ebd5a3d5223fc1868c501a7132d7b1167d236c1

On **Sep 15, 2022** Deposit amount is 2.4938952 BTC
7b8d70803d5f30305eb3fde38a40af90814cd579924c7ccd2efa4f7bcc2538a8

On **Sept 30, 2022** Deposit amount is 1.404 BTC
43caa6eb77216dfdee11b9f0cb25e3e825361121655b9f7d140131358277fb2f

On **Oct 25, 2022** Deposit amount is 2.470931 BTC
d0e5a4c3edf5c2fddacb9ad90c72632b5fd35b53834386ae4826923870dc1269

**Total BTC deposit:** 0.05 + 1.1 + 0.0049792 + 2.4938952 + 1.404 + 2.470931 = 7.5238054 ($150,000 USD)

Below are screenshots showing proof of my deposits (page 6-9), my KYC (page 10-16), and my email communications with suremarketaid.com and suremarketexpert.com (page 17-20)









7/16/2024 11:07:30 PM
Sept 27 2022, 1st withdrawal from my Binance.us account, and deposit to suremarketaid.com

**Transaction Details**

**BTC Withdrawal**

| | |
|---|---|
| Amount | -0.05 BTC |
| Status | Successful |
| Confirmations | 20 of 1 |
| Date | Sep 27 2022, 07:36:31 am |
| From | BTC Balance |
| Address | bc1qrx67wyp86kzugp8swlv3vzcv4fmzghq4j7rs2e |
| TxID | 0c1a7b984c513d992fc2c9c6e8e5860d1d99b96a51e5cc404fefdf06e6852c48 |
| Network | Bitcoin |
| Fee | 0.0002 BTC |



7/16/2024 11:08:22 PM
Sept 27 2022, 2nd withdrawl from my Binance.us account, and deposit to suremarketaid.com

Below are screenshots of my KYC







| | |
|---|---|
| 1131 N Blue Gum St | Account Number: 3-0676-1313706 |
| Anaheim CA 92806-240808 | Invoice Number: 0676-005580299 |
| Customer Service (714) 238-3300 | Invoice Date: May 21, 2024 |
| RepublicServices.com/Support | Previous Balance: $81.87 |
| | Payments/Adjustments: -$81.87 |
| **Important Information** | Current Invoice Charges: $84.43 |
| Effective July 1, 2024 current rates may be adjusted to reflect changes in CPI and Orange County disposal fees. | Autopayment: $84.43 — Payment Due Date: July 15, 2024 |

**PAYMENTS/ADJUSTMENTS**

| Description | Reference | Amount |
|---|---|---|
| Payment - Thank You 04/16 | 5555555 | -$81.87 |

**CURRENT INVOICE CHARGES**

| Description | Reference | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Mai Nguyen  13291 Kelly St | | | | |
| Garden Grove, CA  Contract: 9676313 (C3) | | | | |
| Current Svc Charges 06/01-08/31 | | | | $84.43 |
| **CURRENT INVOICE CHARGES**, AutoPayment due on July 15, 2024 | | | | **$84.43** |

Simple account access at your fingertips.
Download the Republic Services app or visit RepublicServices.com today.





1131 N Blue Gum St
Anaheim CA 92806-240808

Do not Pay
* Thank You For Your Automatic Payment *

| | |
|---|---|
| Autopayment | $84.43 |
| Payment Due Date | July 15, 2024 |
| Account Number | 3-0676-1313706 |
| Invoice Number | 0676-005580299 |

☐ For Billing Address Changes,
Check Box and Complete Reverse.

Make Checks Payable To:

Return Service Requested

MAI NGUYEN
13291 KELLY ST
GARDEN GROVE CA 92844-2033

REPUBLIC SERVICES #676
FOR RWS OF SOUTHERN CALIFORNIA
PO BOX 78829
PHOENIX AZ 85062-8829

3067613137060000005580299000008443000008443 0

 **REPUBLIC SERVICES**

1131 N Blue Gum St
Anaheim CA 92806-240808

Customer Service    (714) 238-3300
RepublicServices.com/Support

**Important Information**
Effective July 1, 2024 current rates may be adjusted to reflect changes in CPI and Orange County disposal fees.

| | |
|---|---|
| Account Number | 3-0676-1313706 |
| Invoice Number | 0676-005486279 |
| Invoice Date | February 21, 2024 |
| Previous Balance | $81.87 |
| Payments/Adjustments | -$81.87 |
| Current Invoice Charges | $81.87 |

| Autopayment | Payment Due Date |
|---|---|
| $81.87 | April 16, 2024 |

**PAYMENTS/ADJUSTMENTS**

| Description | Reference | Amount |
|---|---|---|
| Payment - Thank You 01/15 | 5555555 | -$81.87 |

**CURRENT INVOICE CHARGES**

| Description | Reference | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Mai Nguyen 13291 Kelly St | | | | |
| Garden Grove, CA   Contract: 9676313 (C3) | | | | |
| Current Svc Charges 03/01-05/31 | | | | $81.87 |
| **CURRENT INVOICE CHARGES**, AutoPayment due on April 16, 2024 | | | | **$81.87** |

Simple account access at your fingertips.
Download the Republic Services app or visit RepublicServices.com today.



---

 **REPUBLIC SERVICES**

1131 N Blue Gum St
Anaheim CA 92806-240808

Do not Pay
* Thank You For Your Automatic Payment *

| | |
|---|---|
| Autopayment | $81.87 |
| Payment Due Date | April 16, 2024 |
| Account Number | 3-0676-1313706 |
| Invoice Number | 0676-005486279 |

☐ For Billing Address Changes
Check Box and Complete Reverse

Make Checks Payable To:

Return Service Requested

MAI NGUYEN
13291 KELLY ST
GARDEN GROVE CA 92844-2033

REPUBLIC SERVICES #676
FOR RWS OF SOUTHERN CALIFORNIA
PO BOX 78829
PHOENIX AZ 85062-8829

3067613137060000005486279000000818700000081877


**REPUBLIC SERVICES**

1131 N Blue Gum St
Anaheim CA 92806-240808

**Customer Service** (714) 238-3300
RepublicServices.com/Support

**Important Information**
It's easy to go paperless! Sign up for Paperless Billing at RepublicServices.com and enjoy the convenience of managing your account anytime, anywhere, on any device.

| | |
|---|---|
| Account Number | 3-0676-1313706 |
| Invoice Number | 0676-005391210 |
| Invoice Date | November 21, 2023 |
| Previous Balance | $81.87 |
| Payments/Adjustments | -$81.87 |
| Current Invoice Charges | $81.87 |

| Autopayment | Payment Due Date |
|---|---|
| $81.87 | January 15, 2024 |

**PAYMENTS/ADJUSTMENTS**

| Description | Reference | Amount |
|---|---|---|
| Payment - Thank You 10/16 | 5555555 | -$81.87 |

**CURRENT INVOICE CHARGES**

| Description | Reference | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Mai Nguyen  13291 Kelly St | | | | |
| Garden Grove, CA  Contract: 9676313 (C3) | | | | |
| Current Svc Charges 12/01-02/29 | | | | $81.87 |
| **CURRENT INVOICE CHARGES**, AutoPayment due on January 15, 2024 | | | | $81.87 |



Simple account access at your fingertips.
Download the Republic Services app or visit RepublicServices.com today.

---


**REPUBLIC SERVICES**

1131 N Blue Gum St
Anaheim CA 92806-240808

Do not Pay
* Thank You For Your Automatic Payment *

Return Service Requested

MAI NGUYEN
13291 KELLY ST
GARDEN GROVE CA 92844-2033

| | |
|---|---|
| Autopayment | $81.87 |
| Payment Due Date | January 15, 2024 |
| Account Number | 3-0676-1313706 |
| Invoice Number | 0676-005391210 |

☐ For Billing Address Changes, Check Box and Complete Reverse.

Make Checks Payable To:

REPUBLIC SERVICES #676
FOR RWS OF SOUTHERN CALIFORNIA
PO BOX 78829
PHOENIX AZ 85062-8829

3067613137060000005391210000008187000081871

# SchoolsFirst
## FEDERAL CREDIT UNION

15442 Newport Avenue
Tustin, CA 92780
714/258-4000
www.SchoolsFirstfcu.org

**MAI Q NGUYEN**
**13291 KELLY ST**
**GARDEN GROVE CA 92844**

Account Number: ▓▓▓▓▓▓▓▓

Date: 06/01/24 - 06/30/24

PAGE: 1

| Posting Date | Eff. Date | Transaction Description | Pymt. Credit or Credit | Finance Charges | Fee or Charges | Trans. Amount | Balance |
|---|---|---|---|---|---|---|---|
| 06/01 | | ID 01 PRIMARY REGULAR SHARE ACCOUNT Balance Forward | | | | | 5.00 |
| 06/30 | | Ending Balance | | | | | 5.00 |
| | | Dividends Paid Year to Date | | | | 0.00 | |
| 06/01 | | ID 02 HUONG QUYNH NGUYEN Balance Forward | | | | | 2655.88 |
| 06/30 | | Deposit Dividend Tiered Rate | | | | 0.22 | 2656.10 |
| | | Annual Percentage Yield Earned 0.10% from 06/01/24 through 06/30/24 | | | | | |
| 06/30 | | Ending Balance | | | | | 2656.10 |
| | | Dividends Paid Year to Date | | | | 3.27 | |
| 06/01 | | ID 03 KIMTHANH NGUYEN Balance Forward | | | | | 6108.34 |
| 06/11 | | Withdrawal Online Banking | | | | 1175.00- | 4933.34 |
| | | To NGUYEN,THI 0000XXXX89 Share 70 | | | | | |
| 06/30 | | Deposit Dividend Tiered Rate | | | | 0.44 | 4933.78 |
| | | Annual Percentage Yield Earned 0.10% from 06/01/24 through 06/30/24 | | | | | |
| 06/30 | | Ending Balance | | | | | 4933.78 |
| | | Dividends Paid Year to Date | | | | 3.07 | |
| 06/01 | | ID 04 TUNG HOANG NGUYEN Balance Forward | | | | | 305.14 |
| 06/25 | | Deposit Online Banking Transfer From Share 71 | | | | 4000.00 | 4305.14 |
| 06/30 | | Deposit Dividend Tiered Rate | | | | 0.09 | 4305.23 |
| | | Annual Percentage Yield Earned 0.10% from 06/01/24 through 06/30/24 | | | | | |
| 06/30 | | Ending Balance | | | | | 4305.23 |
| | | Dividends Paid Year to Date | | | | 0.92 | |
| 06/01 | | ID 05 MAMA Balance Forward | | | | | 5.17 |
| 06/30 | | Ending Balance | | | | | 5.17 |
| | | Dividends Paid Year to Date | | | | 0.17 | |
| 06/01 | | ID 06 LIQUID ADVANTAGE MONEY MARKET Balance Forward | | | | | 0.01 |
| 06/30 | | Ending Balance | | | | | 0.01 |
| | | Dividends Paid Year to Date | | | | 0.00 | |
| 06/01 | | ID 41 13-MO PROMOTIONAL CERTIFICATE Balance Forward | | | | | 51108.36 |
| 06/30 | | Deposit Dividend 4.880% | | | | 205.39 | 51313.75 |
| | | Annual Percentage Yield Earned 5.00% from 06/01/24 through 06/30/24 | | | | | |
| 06/30 | | Ending Balance | | | | | 51313.75 |
| | | 13-MO PROMOTIONAL CERTIFICATE will mature on 01/20/25 | | | | | |
| | | Dividends Paid Year to Date | | | | 1233.47 | |

--- Continued on following page ---

# SCHOOLSFIRST
## FEDERAL CREDIT UNION

15442 Newport Avenue
Tustin, CA 92780
714/258-4000
www.SchoolsFirstfcu.org

MAI Q NGUYEN
13291 KELLY ST
GARDEN GROVE CA 92844

Account Number:

Date: 05/01/24 - 05/31/24

PAGE: 1

| Posting Date | Eff. Date | Transaction Description | Pymt. Credit or Credit | Finance Charges | Fee or Charges | Trans. Amount | Balance |
|---|---|---|---|---|---|---|---|
| 05/01 | | ID 01 PRIMARY REGULAR SHARE ACCOUNT Balance Forward | | | | | 5.00 |
| 05/31 | | Ending Balance | | | | | 5.00 |
| | | Dividends Paid Year to Date | | | | 0.00 | |
| 05/01 | | ID 02 HUONG QUYNH NGUYEN Balance Forward | | | | | 2655.65 |
| 05/31 | | Deposit Dividend Tiered Rate | | | | 0.23 | 2655.88 |
| | | Annual Percentage Yield Earned 0.10% from 05/01/24 through 05/31/24 | | | | | |
| 05/31 | | Ending Balance | | | | | 2655.88 |
| | | Dividends Paid Year to Date | | | | 3.05 | |
| 05/01 | | ID 03 KIMTHANH NGUYEN Balance Forward | | | | | 6107.82 |
| 05/31 | | Deposit Dividend Tiered Rate | | | | 0.52 | 6108.34 |
| | | Annual Percentage Yield Earned 0.10% from 05/01/24 through 05/31/24 | | | | | |
| 05/31 | | Ending Balance | | | | | 6108.34 |
| | | Dividends Paid Year to Date | | | | 2.63 | |
| 05/01 | | ID 04 TUNG HOANG NGUYEN Balance Forward | | | | | 305.11 |
| 05/31 | | Deposit Dividend Tiered Rate | | | | 0.03 | 305.14 |
| | | Annual Percentage Yield Earned 0.12% from 05/01/24 through 05/31/24 | | | | | |
| 05/31 | | Ending Balance | | | | | 305.14 |
| | | Dividends Paid Year to Date | | | | 0.83 | |
| 05/01 | | ID 05 MAMA Balance Forward | | | | | 5.17 |
| 05/31 | | Ending Balance | | | | | 5.17 |
| | | Dividends Paid Year to Date | | | | 0.17 | |
| 05/01 | | ID 06 LIQUID ADVANTAGE MONEY MARKET Balance Forward | | | | | 0.01 |
| 05/31 | | Ending Balance | | | | | 0.01 |
| | | Dividends Paid Year to Date | | | | 0.00 | |
| 05/01 | | ID 41 13-MO PROMOTIONAL CERTIFICATE Balance Forward | | | | | 50896.99 |
| 05/31 | | Deposit Dividend 4.880% | | | | 211.37 | 51108.36 |
| | | Annual Percentage Yield Earned 5.00% from 05/01/24 through 05/31/24 | | | | | |
| 05/31 | | Ending Balance | | | | | 51108.36 |
| | | 13-MO PROMOTIONAL CERTIFICATE will mature on 01/20/25 | | | | | |
| | | Dividends Paid Year to Date | | | | 1028.08 | |
| 05/01 | | ID 42 13-MO PROMOTIONAL CERTIFICATE Balance Forward | | | | | 10123.75 |
| 05/31 | | Deposit Dividend 4.880% | | | | 42.04 | 10165.79 |
| | | Annual Percentage Yield Earned 5.00% from 05/01/24 through 05/31/24 | | | | | |
| | | --- Continued on following page --- | | | | | |



**SCHOOLSFIRST**
FEDERAL CREDIT UNION

15442 Newport Avenue
Tustin, CA 92780
714/258-4000
www.SchoolsFirstfcu.org

MAI Q NGUYEN
13291 KELLY ST
GARDEN GROVE CA 92844

Account Number: ▓▓▓▓▓▓▓

Date: 05/01/24 - 05/31/24

PAGE: 1

| Posting Date | Eff. Date | Transaction Description | Pymt. Credit or Credit | Finance Charges | Fee or Charges | Trans. Amount | Balance |
|---|---|---|---|---|---|---|---|
| 05/01 | | ID 01 PRIMARY REGULAR SHARE ACCOUNT Balance Forward | | | | | 5.00 |
| 05/31 | | Ending Balance | | | | | 5.00 |
| | | Dividends Paid Year to Date | | | | 0.00 | |
| 05/01 | | ID 02 HUONG QUYNH NGUYEN Balance Forward | | | | | 2655.65 |
| 05/31 | | Deposit Dividend Tiered Rate | | | | 0.23 | 2655.88 |
| | | Annual Percentage Yield Earned 0.10% from 05/01/24 through 05/31/24 | | | | | |
| 05/31 | | Ending Balance | | | | | 2655.88 |
| | | Dividends Paid Year to Date | | | | 3.05 | |
| 05/01 | | ID 03 KIMTHANH NGUYEN Balance Forward | | | | | 6107.82 |
| 05/31 | | Deposit Dividend Tiered Rate | | | | 0.52 | 6108.34 |
| | | Annual Percentage Yield Earned 0.10% from 05/01/24 through 05/31/24 | | | | | |
| 05/31 | | Ending Balance | | | | | 6108.34 |
| | | Dividends Paid Year to Date | | | | 2.63 | |
| 05/01 | | ID 04 TUNG HOANG NGUYEN Balance Forward | | | | | 305.11 |
| 05/31 | | Deposit Dividend Tiered Rate | | | | 0.03 | 305.14 |
| | | Annual Percentage Yield Earned 0.12% from 05/01/24 through 05/31/24 | | | | | |
| 05/31 | | Ending Balance | | | | | 305.14 |
| | | Dividends Paid Year to Date | | | | 0.83 | |
| 05/01 | | ID 05 MAMA Balance Forward | | | | | 5.17 |
| 05/31 | | Ending Balance | | | | | 5.17 |
| | | Dividends Paid Year to Date | | | | 0.17 | |
| 05/01 | | ID 06 LIQUID ADVANTAGE MONEY MARKET Balance Forward | | | | | 0.01 |
| 05/31 | | Ending Balance | | | | | 0.01 |
| | | Dividends Paid Year to Date | | | | 0.00 | |
| 05/01 | | ID 41 13-MO PROMOTIONAL CERTIFICATE Balance Forward | | | | | 50896.99 |
| 05/31 | | Deposit Dividend 4.880% | | | | 211.37 | 51108.36 |
| | | Annual Percentage Yield Earned 5.00% from 05/01/24 through 05/31/24 | | | | | |
| 05/31 | | Ending Balance | | | | | 51108.36 |
| | | 13-MO PROMOTIONAL CERTIFICATE will mature on 01/20/25 | | | | | |
| | | Dividends Paid Year to Date | | | | 1028.08 | |
| 05/01 | | ID 42 13-MO PROMOTIONAL CERTIFICATE Balance Forward | | | | | 10123.75 |
| 05/31 | | Deposit Dividend 4.880% | | | | 42.04 | 10165.79 |
| | | Annual Percentage Yield Earned 5.00% from 05/01/24 through 05/31/24 | | | | | |
| | | --- Continued on following page --- | | | | | |

Email communcation with suremarketaid.com and suremarketexpert.com



### Nov 14 2022, I got email that asks me to deposit more money before I can withdraw fund/profits



### *Nov 14 2022, I asked to opt out of OTP (one-time passcode) feature*



Email from ocmai@protonmail.com to Sure Market Expert LLc <support@suremarketexpert.com>, Monday, November 14th, 2022 at 6:49 PM:

Hi,
I would like to opt out of the registration process, simply because I don't have more money. I borrow multiple loans to make the 150K deposit. I would like to withdraw without the OTP feature. Please let me know. I need to withdraw to pay back the loans asap.
Your help is greatly appreciated.

Thanks,
Mai Nguyen

Sent with Proton Mail secure email

### *Nov 14 2022, I asked them to deduct 8.5% from my profit as the fee to register the OTP*



Email from ocmai@protonmail.com to Sure Market Expert LLc <support@suremarketexpert.com>, Monday, November 14th, 2022 at 7:17 PM:

Hi,
I contacted support and they said it's not possible to opt out of the OTP registration. Please subtract the 8.5% from my total profit and let me withdraw.
My personal code is H1933AO.

Thanks,
Mai Nguyen

Sent with Proton Mail secure email.

### Dec 11 2022, they said a refund is not possible

From: Sure Market Expert LLc <support@suremarketexpert.com>
To: ocmai@protonmail.com
Sunday, December 11th, 2022 at 10:47 PM

A refund is not possible at this time. your account has already recorded trading with profits and losses. The only way forward is to register your transfer code

Thanks
Management

### As of 8/2/2023 (see date on lower right corner), my balance is 218.2579 BTC

