RECEIVED

2024 SEP 27  AM 11: 12

**Date**: 7/10/2024
**Name of Court**: United States Bankruptcy Court for the District of Delaware
**Name of Debtor**: FTX TRADING LTD. Lead Case Number: 22-11068 (JTD)
**Title of Objection**: <u>Debtors' Fifty-Seventh (Non-Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Customer and Non-Customer Claims)</u>

**Name of Claimant**: Thi Nguyen
**Address of Claimant**: 2565 W Rome Ave. Anaheim, CA, 92804
**Email of Claimant**: thi.a.nguyen@gmail.com
**Phone Number of Claimant**: 714-797-3713
**Claim Number**: 34432
**Description of the basis for the amount of the claim**: To reclaim my deposit of funds.
**Amount of claim**: $150,000.00 (US dollars) or equivalent to 7.5 BTC as of November 2022.

I am writing to respond to your Omnibus Objection to Claim No. 34432. You have objected to my claim on the grounds of insufficient documentation. I originally filed for an amount of 214 BTC because the Kroll website's instructions specified that I put the amount in my account before Nov 14th, 2022. Now I cannot log into the two websites (www.suremarketaid.com and www.suremarketexpert.com) that I had deposited money to, **I request to update the amount of the claim to be $150,000.00**. The total deposit is 7.5 BTC, each BTC was priced around $20000 USD at the time of deposit. Thus, the total is $150,000 US dollars.

I ask that the court overrule the objection and allow my claim for $150,000.00. My claim is valid and enforceable, and I have attached the following document to prove my case. Please update my claim amount to **$150,000.00**. I notice that the Kroll website still does not reflect my updated amount.

Please review the attached document and withdraw your objection. Please send instructions on how I can remotely attend the hearing on September 12th, 2024. I am unable to submit KYC at the claims.ftx.com web site. That is why I include screenshots of my driver license, 3 months of bank statements, and 3 months of gas bills as KYC evidence.  I

I also include screenshots of my crypto.com USDT and BTC address, proof of deposits, my current balance, and email communications. The last four digits of my SSN is 7423. I had also sent a physical copy of my driver license to Kroll.

Please contact me at the below contact information if you have any questions or concerns.
Phone 714-797-3713
Email: thi.a.nguyen@gmail.com
Address: 2565 W Rome Ave. Anaheim, CA, 92804
Sincerely, Thi Nguyen

**Please read my entire case details below and help me reclaim my deposit:**

I was scammed by a group of FTX staff that led me into signing up with www.suremarketaid.com. Then they allowed me to withdraw an initial amount of $100.00 that showed FTX as the sender address so that they could persuade me to believe they were part of a legitimate business. The staff that orchestrated these schemes belonged to the previous staff of FTX and their previous leadership. These crypto transactions are immutable and can be verified by anyone who has access to the internet blockchain. Please research these transactions and help me find justice. These people have defrauded vulnerable investors including me and my sister. I am willing to testify in court and will be able to use my phone to log into my crypto.com account to prove these transactions.

I have proof of the transaction of $100.00 from FTX because of a transfer to my crypto.com account showing sender as FTX USDT address. I believe it is part of "West Realm Shires Inc." because the petition date of November 14th 2022 matches with the date when I received two emails from www.suremarketexpert.com stating that they completed their site maintenance, and required me to deposit 8.5% of profit balance before I could withdraw any money. The www.suremarketaid.com and www.suremarketexpert.com websites are no longer up.
I have tried to request withdrawal through support@suremarketexpert.com many times but was declined. I have filed complaints with reportfraud.ftc.gov, www.cftc.gov.
My current balance on www.suremarketexpert.com is 214.0015 BTC. I obtained this balance from trading activities. My username on this website is iamthi. Now that I cannot log in anymore, I believe the Suremarket people have created these websites to defraud investors like me and my sister. I believe they are part of the previous staff at FTX.

The very first email I got from www.suremarketaid.com shows a US address: 675 Massachusetts Avenue, Cambridge, MA 02139.

My seed money that I transferred from my crypto.com account to Suremarket totals $150,000.00. I opened an account with www.suremarketaid.com and deposited money starting August 10th, 2022. After trading for a few weeks, I withdrew from Suremarketaid an amount of $100.00, which is equivalent to **99.5 in USDT** after fee (see page 12 and page 13), on September 9th, 2022, and confirmed the transfer showing sender as **FTX USDT address 0x2faf487a4414fe77e2327f0bf4ae2a264a776ad2. At that time FTX was in good status and had not started bankruptcy so I continued putting in money to trade. I was convinced that Suremarket was part of FTX because of this transfer.**
I then introduced my sister to the exchange after seeing the FTX address as good evidence that this exchange is legitimate. I invested a total of $150,000.00. She also invested $150,000.00. Her email with www.suremarketexpert.com is ocmai@protonmail.com. She also filed a claim. Her claim number is 46391.
On September 19th, 2022, I received an email from www.suremarketaid.com saying they were upgrading to a new system.

Then I received an email on September 21st, 2022, from the new www.suremarketexpert.com instructing me to register to this new site because they completed the upgrade.
Then they sent another email on November 9th , 2022, about maintenance on the site www.suremarketexpert.com and paused trading activities on my account because the profit limit passed a certain threshold and required me to deposit more money to continue to trade.
Then they did another upgrade on November 14th, 2022, and required me to deposit 8.5% of my profit balance before I could withdraw any money. I have asked support@suremarketexpert.com to deduct 8.5% 3 from my profit balance directly and let me withdraw the rest but they refused. I requested a refund of my seed money and they refused. I have all the screenshots and include the screenshots below.

**My BTC address from my account with crypto.com is 3Cr8gyKce64AnYsE3g2qURXw1WRQQL35fH**
**My USDT address from my account with crypto.com is 0xc968592a0c823ee4b64a3328feab0ebaa075611a**
**I can provide proof of ownership of my crypto.com account.  Please reach out to me anytime so I can prove it with a video conference meeting.**

1. Please see the transaction below shows a transfer of $100.00 from **FTX exchange USDT address 0x2faf487a4414fe77e2327f0bf4ae2a264a776ad2** to my USDT address 0xc968592a0c823ee4b64a3328feab0ebaa075611a
The transaction is: 0x811e7e0c0dbfe8c80e0177b38b28abd89acc6e9cacc8aafd21549d638234947a
TetherScan - Decentralized USDT blockchain explorer (usdtscan.com)
Address: 0x2faf487a4414fe77e2327f0bf4ae2a264a776ad2 (blockchain.com)  **This address shows FTX ownership.**



2. I was able to transfer $10,000 in profit one time from Suremarket to my crypto.com BTC address 3Cr8gyKce64AnYsE3g2qURXw1WRQQL35fH
Bitcoin address 3Cr8gyKce64AnYsE3g2qURXw1WRQQL35fH (blockchair.com)
• October 7th, 2022: 0.50000000 BTC
0e1c5dde4c03cbd2781d8a3bd7c8e9cb87db0afb1bbbb07d63502e874d28fac1

3. Below is the list of all transfers of my seed money from my crypto.com BTC account and CashApp BTC account to Suremarket BTC address
**bc1qrx67wyp86kzugp8swlv3vzcv4fmzghq4j7rs2e**

**Please see the blockchain browser to see all my transfer of BTC:**
**Bitcoin address bc1qrx67wyp86kzugp8swlv3vzcv4fmzghq4j7rs2e (blockchair.com)**

• October 19th, 2022: 2.57733400 BTC
eaa42f2ffd1bad609ac6a4eed3917cd906ca5d054f07a38723a23307e0376a02
 • September 13rd, 2022: 2.73060000 BTC
1a165e4e1b9913984974b482f1c7123c738899ccf189e35f65749dcd42aa5dd8
• August 25th, 2022: 1.37440000 BTC
09924b5f053a04a6d19344041c6257a2a13e39eb37f930d19859e329636c70fd
• August 22nd, 2022: 0.46580000 BTC
091d04f21a1ec6422deddbf839946534077660744648f2c94e843ee075921569
• August 18th, 2022: 0.02940000 BTC
1b735a9bf795862f94ce50f00d69149639b5c903dcd8a2b42a2b5599cea4ff7c

4. Below is the transfer of my seed money from my CashApp BTC account to Suremarket BTC address bc1qrx67wyp86kzugp8swlv3vzcv4fmzghq4j7rs2e 4
• August 16th, 2022: 0.04158536 BTC
699b68b633d9bb3fda1afd08e8270d62838d1d4cc97dea4d2552bb74b3b7ad6d
• August 11th, 2022: 0.0408447BTC
085e433ebf6874b0fa7b57521749b3b44bd8008107196053ff15c7263b72790f

KYC: California Driver License, and Gas bills for last 3 months





Gas bills:



**SoCalGas**

ACCOUNT NUMBER 172 310 5827 6

SERVICE FOR
THI A NGUYEN
2565 W ROME AVE
ANAHEIM CA 92804-4019

DATE MAILED Jul 1, 2024          Page 1 of 2

**1-800-427-2200** English
1-800-342-4545 Español
1-800-252-0259 TTY
M-F, 7am-8pm Sat, 7am-6pm
24 Hour Emergency Services Available
socalgas.com

## Account Summary

| | | | |
|---|---|---|---|
| Amount of Last Bill | | | $3.61 |
| Payment Received | 06/17/24 | THANK YOU | - 3.61 |
| Current Charges | | | + 34.36 |
| **Total Amount Due** | | | **$34.36** |



DATE DUE    Jul 22, 2024

AMOUNT DUE   $34.36

## Current Charges

**Rate:** GR - Residential     **Climate Zone:** 1    **Baseline Allowance:** 12 Therms

**Meter Number:** 16187988 (Next scheduled read date Jul 29 2024)    **Cycle:** 1

| Billing Period | Days | Meter Number | Current Reading | Previous Reading | Difference | Billing x Factor | BTU x Factor | Total Therms |
|---|---|---|---|---|---|---|---|---|
| 05/29/24 - 06/27/24 | 29 | 16187988 | 1054 | 1035 | 19 | 1.000 | 1.027 | 20 |

### GAS CHARGES
Amount($)
Customer Charge     29 Days x $.16438     4.77

Gas Transportation *(Details below)*     20 Therms

| | Baseline | Over Baseline |
|---|---|---|
| Therms used | 12 | 8 |
| Rate/Therm | $.92671 | $1.35332 |
| Charge | $11.12 | + $10.83 | = 21.95 |

Gas Commodity     20 Therms x $.23806     4.76
**Total Gas Charges $31.48**

*SoCalGas' gas commodity cost per therm for your billing period:*
Jul......$.27537   Jun........$.23913   May.......$.22361

### TAXES & FEES ON GAS CHARGES
Amount($)
State Regulatory Fee     20 Therms x $.00100     .02
Public Purpose Surcharge     20 Therms x $.14310     2.86
**Total Taxes and Fees on Gas Charges $2.88**

**Total Current Charges $34.36**

### Usage History *(Total Therms used)*



| | Jul 23 | Jun 24 | Jul 24 |
|---|---|---|---|
| Total Therms used | 51 | 18 | 20 |
| Daily average Therms | 1.8 | .6 | .7 |
| Days in billing cycle | 29 | 30 | 29 |

### Your Usage: 20 Therms



BASELINE
12 Therms
$1.16477 /Therm

OVER BASELINE
8 Therms
$1.59138 /Therm

The pricing illustrated above represents cost per therm for Baseline and Over Baseline. Actual prices may vary as some credits, discounts and taxes are not added.

Get more natural gas at a lower rate for medical needs with the Medical Baseline Allowance program. Learn more and start the application process today at socalgas.com/Medical

---

PLEASE KEEP THIS PORTION FOR YOUR RECORDS. (FAVOR DE GUARDAR ESTA PARTE PARA SUS REGISTROS.)
PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. (FAVOR DE DEVOLVER ESTA PARTE CON SU PAGO.)

**Save Paper &**
**Postage**
PAY ONLINE
socalgas.com

**SoCalGas.**

ACCOUNT NUMBER
172 310 5827 6

DATE DUE    Jul 22, 2024

AMOUNT DUE   $34.36



 **SoCalGas.**

ACCOUNT NUMBER 172 310 5827 6
SERVICE FOR
THI A NGUYEN
2566 W ROME AVE
ANAHEIM CA 92804-4019

DATE MAILED May 31, 2024        Page 1 of 2
1-800-427-2200 *English*
1-800-342-4545 *Español*
1-800-252-0259 *TTY*
M-F, 7am-8pm Sat, 7am-6pm
24 Hour Emergency Services Available
**socalgas.com**

---

You may use this message as proof of your excellent credit record with The Gas Company. You have been our valued customer since 05/27/05.

## Account Summary

| | |
|---|---|
| Amount of Last Bill | - $26.79 |
| Payment Received | - .00 |
| Current Charges | + 30.40 |
| **Total Amount Due** | **$3.61** |

 This bill reflects modified gas charges due to a rate change.

## Current Charges

**Rate:** GR - Residential        **Climate Zone:** 1        **Baseline Allowance:** 13 Therms
**Meter Number:** 16187988 (Next scheduled read date Jun 27 2024)        **Cycle:** 1

| Billing Period | Days | Meter Number | Current Reading | Previous Reading | Difference | Billing Factor | BTU Factor | Total Therms |
|---|---|---|---|---|---|---|---|---|
| 04/29/24 - 05/29/24 | 30 | 16187988 | 1035 | 1017 | 18 | 1.000 | 1.026 | 18 |

**GAS CHARGES**                                                     Amount($)
Customer Charge                30 Days x $.16438                      4.93

Gas Transportation *(Details below)*        18 Therms

| | Baseline | Over Baseline |
|---|---|---|
| Therms used | 13 | 5 |
| Rate/Therm | $.92671 | $1.35332 |
| Charge | $12.05 | • $6.77 | = 18.82

Gas Commodity                18 Therms x $.22478                      4.05
                                    **Total Gas Charges $27.80**

SoCalGas' gas commodity cost per therm for your billing period:
Jun..........$.23913   May..........$.22361   Apr..........$.25874

**TAXES & FEES ON GAS CHARGES**                                     Amount($)
State Regulatory Fee            18 Therms x $.00100                    .02
Public Purpose Surcharge        18 Therms x $.14310                   2.58
                          **Total Taxes and Fees on Gas Charges  $2.60**

(Continued on next page)

PLEASE KEEP THIS PORTION FOR YOUR RECORDS (FAVOR DE GUARDAR ESTA PARTE PARA SUS REGISTROS.)
PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (FAVOR DE DEVOLVER ESTA PARTE CON SU PAGO.)

 **SoCalGas.**

**Save Paper & Postage**
PAY ONLINE
socalgas.com

ACCOUNT NUMBER
172 310 5827 6

---

DATE DUE    Jun 20, 2024
AMOUNT DUE    $3.61

**Usage History** *(Total Therms used)*



| | Jun 23 | May 24 | Jun 24 |
|---|---|---|---|
| Total Therms used | 31 | 30 | 18 |
| Daily average Therms | 1.0 | 1.0 | .6 |
| Days in billing cycle | 30 | 31 | 30 |

**Your Usage: 18 Therms**

| BASELINE | OVER BASELINE |
|---|---|
| 13 Therms | 5 Therms |
| $1.15149 /Therm | $1.57810 /Therm |

The pricing illustrated above represents cost per therm for Baseline and Over Baseline. Actual prices may vary as some credits, discounts and taxes are not added.

June is National Safety Month and we have three tips to staying safe around natural gas: Look for damaged pipes, listen for a hissing sound, or the rotten egg smell of natural gas. More tips at socalgas.com/BeSafe

---

DATE DUE    Jun 20, 2024
AMOUNT DUE    $3.61



 **SoCalGas.**

ACCOUNT NUMBER 172 310 5827 6
SERVICE FOR
THI A NGUYEN
2565 W ROME AVE
ANAHEIM CA 92804-4019

DATE MAILED May 1, 2024          Page 1 of 2
**1-800-427-2200** *English*
1-800-342-4545 *Español*
1-800-252-0259 TTY
M-F, 7am-8pm Sat, 7am-6pm
24 Hour Emergency Services Available
socalgas.com

California is fighting climate change and so can you! Your bill includes a Climate Credit from a state program to cut carbon pollution while also reducing your energy costs. Find out how at www.cpuc.ca.gov/climatecredit.

> No payment is due.
> Your account has a credit balance of $26.79.

## Account Summary

| | | | |
|---|---|---|---|
| Amount of Last Bill | | | $41.17 |
| Payment Received | 04/17/24 | THANK YOU | - 41.17 |
| Current Charges | | | - 26.79 |
| **Total Account Balance** | | | **- $26.79** |

## Current Charges

**Rate:** GR - Residential          **Climate Zone:** 1          **Baseline Allowance:** 27 Therms

**Meter Number:** 16187988 *(Next scheduled read date May 29 2024)*          **Cycle:** 1

| Billing Period | Days | Meter Number | Current Reading | Previous Reading | Difference | Billing Factor | BTU Factor | Total Therms |
|---|---|---|---|---|---|---|---|---|
| 03/29/24 - 04/29/24 | 31 | 16187988 | 1017 | 0988 | 29 | 1.000 | 1.027 | 30 |

### GAS CHARGES

| | | Amount($) |
|---|---|---|
| Customer Charge | 31 Days x $.16438 | 5.10 |

Gas Transportation *(Details below)*          30 Therms

| | Baseline | Over Baseline | | |
|---|---|---|---|---|
| Therms used | 27 | 3 | | |
| Rate/Therm | $ .92671 | $1.35332 | | |
| Charge | $25.02 | + $4.06 | = | 29.08 |

| | | |
|---|---|---|
| Gas Commodity | 30 Therms x $.27083 | 8.12 |
| California Climate Credit | | -73.41 |
| | **Total Gas Charges** | **-$31.11** |

*SoCalGas' gas commodity cost per therm for your billing period*
May....... $.22361   Apr....... $.25874   Mar....... $.44610

### TAXES & FEES ON GAS CHARGES

| | | Amount($) |
|---|---|---|
| State Regulatory Fee | 30 Therms x $.00100 | .03 |
| Public Purpose Surcharge | 30 Therms x $.14310 | 4.29 |
| | **Total Taxes and Fees on Gas Charges** | **$4.32** |

*(Continued on next page)*



**Usage History** *(Total Therms used)*

| | May 23 | Apr 24 | May 24 |
|---|---|---|---|
| Total Therms used | 33 | 24 | 30 |
| Daily average Therms | 1.1 | .8 | 1.0 |
| Days in billing cycle | 31 | 29 | 31 |

**Your Usage: 30 Therms**

| BASELINE | OVER BASELINE |
|---|---|
| 27 Therms | 3 Therms |
| $1.19754 /Therm | $1.82415 /Therm |

The pricing illustrated above represents cost per therm for Baseline and Over Baseline. Actual prices may vary as some credits, discounts and taxes are not added.

You could save 20% off your monthly natural gas bill with the CARE program! See if you qualify at socalgas.com/CARE

¡Usted podría ahorrar un 20% de descuento en su factura mensual de gas natural con el programa CARE! Vea si califica en socalgas.com/CAREparami

PLEASE KEEP THIS PORTION FOR YOUR RECORDS. (FAVOR DE GUARDAR ESTA PARTE PARA SUS REGISTROS.)

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. (FAVOR DE DEVOLVER ESTA PARTE CON SU PAGO.)

 **SoCalGas.**

**Save Paper &
Postage**
PAY ONLINE
socalgas.com

ACCOUNT NUMBER
172 310 5827 6

> No payment is due.
> Your account has a credit balance of $26.79.

My bank statements:



## SCHOOLSFIRST

FEDERAL CREDIT UNION

P.O. Box 11547, Santa Ana, CA 92711-1547
11100 Newport Ave., Tustin, CA 92780-6468
800.462.8328 | schoolsfirstfcu.org

ADDRESS SERVICE REQUESTED

THI ANN NGUYEN
2565 WEST ROME AVENUE
ANAHEIM CA 92804

Property Address:   2565 W ROME AVE
ANAHEIM, CA 92804

### Home Equity Line of Credit

| | |
|---|---|
| Statement Closing Date: | 06/20/2024 |
| Payment Due Date: | 07/15/2024 |
| Loan Number: | 81 |
| Member Number: | XXXXXXX289 |
| Page: | 1 of 1 |

| Item Description | Amount |
|---|---|
| Credit Limit: | $150,000.00 |
| Available Credit: | $35,500.00 |
| Beginning Balance: | $109,500.00 |
| Ending Balance: | $114,500.00 |
| **Payment Information** | |
| Payment Amount: | $723.93 |
| Past Due: | $0.00 |
| Total Amount Now Due: | $723.93 |
| **Rate Information*** | |
| Annual Percentage Rate: | 7.750% |
| Periodic Rate: | .021232% |

### Activity Since Your Last Statement

| Tran Date | Post Date | Description | Total | Principal | Finance Charge | Late Charges/ Other Fees |
|---|---|---|---|---|---|---|
| 06/15 | 06/15 | Payments Transfer From Share 70 | -$588.79 | | $588.79 | |
| 06/18 | 06/18 | Loan Advance Online Banking Transfer To Share 70 | $5,000.00 | $5,000.00 | | |

### Important Information Concerning Your Account

The finance charge is determined by applying the periodic rate to the "actual daily balance" and by adding the finance charges for each day in the billing cycle on your account. To calculate the "actual daily balance", we take the beginning balance of your account each day, add any new advances and subtract any payments or credits and any unpaid finance charges. This gives us the "actual daily balance".

*The Annual Percentage Rate and the daily periodic rate may increase or decrease. Changes in the Annual Percentage Rate and the daily periodic rate will correspond to the index changes in the variable plan.

| | | | |
|---|---|---|---|
| Total Fees Charged This Period: | $0.00 | Total Fees Charged Year To Date: | $0.00 |
| Total Interest Charged This Period: | $588.79 | Total Interest Charged Year To Date: | $2,503.47 |

For prompt credit, return this coupon with your check in the enclosed envelope to the location shown below.
**If you are set up with auto payment transfer from your share account, you do not need to mail your payment.**

| Loan Description | | | Principal Balance | Payment Due Date |
|---|---|---|---|---|
| **RATE ADV HELOC** | | | **$114,500.00** | **07/15/2024** |
| Loan Payment | Amount Past Due | Late Charge | Total Payment Due | Amount Enclosed |
| **$723.93** | **$0.00** | **$0.00** | **$723.93** | |
| To avoid late charges, please pay within 15 days of the due date. | | | | |

Member Number: XXXXXXX289
THI ANN NGUYEN
2565 WEST ROME AVENUE
ANAHEIM CA 92804

SchoolsFirst Federal Credit Union
P.O. Box 11919
SANTA ANA, CA 92711-1919

0000000027126981000000000000723933



**SCHOOLSFIRST**
FEDERAL CREDIT UNION
P.O. Box 11547, Santa Ana, CA 92711-1547
1112 Newport Ave., Tustin, CA 92780-3468
800.462.8328 | schoolsfirstfcu.org

ADDRESS SERVICE REQUESTED

THI ANH NGUYEN
2565 WEST ROME AVENUE
ANAHEIM CA 92804

Property Address:  2565 W ROME AVE
ANAHEIM, CA 92804

### Home Equity Line of Credit

| | |
|---|---|
| Statement Closing Date: | 05/20/2024 |
| Payment Due Date: | 06/15/2024 |
| Loan Number: | 81 |
| Member Number: | XXXXXXX289 |
| Page: | 1 of 2 |

| Item Description | Amount |
|---|---|
| Credit Limit: | $150,000.00 |
| Available Credit: | $40,500.00 |
| Beginning Balance: | $94,000.00 |
| Ending Balance: | $109,500.00 |
| **Payment Information** | |
| Payment Amount: | $588.79 |
| Past Due: | $0.00 |
| Total Amount Now Due: | $588.79 |
| **Rate Information*** | |
| Annual Percentage Rate: | 7.750% |
| Periodic Rate: | .021232% |

**Activity Since Your Last Statement**

| Tran Date | Post Date | Description | Total | Principal | Finance Charge | Late Charges/ Other Fees |
|---|---|---|---|---|---|---|
| 04/22 | 04/22 | Loan Advance Online Banking Transfer To Share 70 | $1,000.00 | $1,000.00 | | |
| 05/02 | 05/02 | Loan Advance Online Banking Transfer To Share 70 | $5,000.00 | $5,000.00 | | |
| 05/06 | 05/06 | Loan Advance Online Banking Transfer To Share 70 | $2,000.00 | $2,000.00 | | |
| 05/14 | 05/14 | Loan Advance Online Banking Transfer To Share 70 | $7,000.00 | $7,000.00 | | |
| 05/15 | 05/15 | Payments Transfer From Share 70 | $511.08 | | $511.08 | |

**Important Information Concerning Your Account**

The finance charge is determined by applying the periodic rate to the "actual daily balance" and by adding the finance charges for each day in the billing cycle on your account. To calculate the "actual daily balance", we take the beginning balance of your account each day, add any new advances and subtract any payments or credits and any unpaid finance charges. This gives us the "actual daily balance".

*The Annual Percentage Rate and the daily periodic rate may increase or decrease. Changes in the Annual Percentage Rate and the daily periodic rate will correspond to the index changes in the variable plan.

| Total Fees Charged This Period: | $0.00 | Total Fees Charged Year To Date: | $0.00 |
|---|---|---|---|
| Total Interest Charged This Period: | $511.08 | Total Interest Charged Year To Date: | $1,914.68 |

For prompt credit, return this coupon with your check in the enclosed envelope to the location shown below.
**If you are set up with auto payment transfer from your share account, you do not need to mail your payment.**

| Loan Description | | | Principal Balance | Payment Due Date |
|---|---|---|---|---|
| RATE ADV HELOC | | | $109,500.00 | 06/15/2024 |
| **Loan Payment** | **Amount Past Due** | **Late Charge** | **Total Payment Due** | **Amount Enclosed** |
| $588.79 | $0.00 | $0.00 | $588.79 | |
| To avoid late charges, please pay within 15 days of the due date. | | | | |

Member Number: XXXXXXX289
THI ANH NGUYEN
2565 WEST ROME AVENUE
ANAHEIM CA 92804

SchoolsFirst Federal Credit Union
P.O. Box 11919
SANTA ANA, CA 92711-1919

00000000271289810000000000588799

**SCHOOLSFIRST** 
FEDERAL CREDIT UNION
P.O. Box 11547, Santa Ana, CA 92711-1547
1522 Newport Ave, Tustin, CA 92780-3408
800.462.8328 | schoolsfirstcu.org

ADDRESS SERVICE REQUESTED

THI ANH NGUYEN
2565 WEST ROME AVENUE
ANAHEIM CA 92804

### Home Equity Line of Credit

| | |
|---|---|
| Statement Closing Date: | 04/20/2024 |
| Payment Due Date: | 05/15/2024 |
| Loan Number: | 81 |
| Member Number: | XXXXXXX289 |
| Page: | 1 of 2 |

| Item Description | Amount |
|---|---|
| Credit Limit: | $190,000.00 |
| Available Credit: | $66,000.00 |
| Beginning Balance: | $73,000.00 |
| Ending Balance: | $84,000.00 |
| **Payment Information** | |
| Payment Amount: | $511.08 |
| Past Due: | $0.00 |
| Total Amount Now Due: | $511.08 |
| **Rate Information*** | |
| Annual Percentage Rate: | 7.750% |
| Periodic Rate: | .021232% |

Property Address:  2565 W ROME AVE
ANAHEIM, CA 92804

### Activity Since Your Last Statement

| Tran Date | Post Date | Description | Total | Principal | Finance Charge | Late Charges/ Other Fees |
|---|---|---|---|---|---|---|
| 03/22 | 03/22 | Loan Advance Online Banking Transfer To Share 70 | $2,000.00 | $2,000.00 | | |
| 04/04 | 04/04 | Loan Advance Online Banking Transfer To Share 70 | $2,000.00 | $2,000.00 | | |
| 04/09 | 04/09 | Loan Advance Online Banking Transfer To Share 70 | $3,000.00 | $3,000.00 | | |
| 04/15 | 04/15 | Payments Transfer From Share 70 | $432.51 | | $432.51 | |
| 04/15 | 04/15 | Loan Advance Online Banking Transfer To Share 70 | $2,000.00 | $2,000.00 | | |

### Important Information Concerning Your Account

The finance charge is determined by applying the periodic rate to the "actual daily balance" and by adding the finance charges for each day in the billing cycle on your account. To calculate the "actual daily balance", we take the beginning balance of your account each day, add any new advances and subtract any payments or credits and any unpaid finance charges. This gives us the "actual daily balance".

*The Annual Percentage Rate and the daily periodic rate may increase or decrease. Changes in the Annual Percentage Rate and the daily periodic rate will correspond to the index changes in the variable plan.

| Total Fees Charged This Period: | $0.00 | Total Fees Charged Year To Date: | $0.00 |
|---|---|---|---|
| Total Interest Charged This Period: | $432.51 | Total Interest Charged Year To Date: | $1,403.60 |

For prompt credit, return this coupon with your check in the enclosed envelope to the location shown below.
**If you are set up with auto payment transfer from your share account, you do not need to mail your payment.**

| Loan Description | | Principal Balance | Payment Due Date |
|---|---|---|---|
| RATE ADV HELOC | | $84,000.00 | 05/15/2024 |
| **Loan Payment** | **Amount Past Due** | **Late Charge** | **Total Payment Due** | **Amount Enclosed** |
| $511.08 | $0.00 | $0.00 | $511.08 | |

To avoid late charges, please pay within 15 days of the due date.

Member Number: XXXXXXX289
THI ANH NGUYEN
2565 WEST ROME AVENUE
ANAHEIM CA 92804

SchoolsFirst Federal Credit Union
P.O. Box 11919
SANTA ANA, CA 92711-1919

00000000271269810000000000511080

## My crypto.com USDT and BTC addresses:



13

**Transaction from FTX exchange USDT address to my crypto.com USDT address.**





Account Balance in www.suremarketexpert.com:

On the left: email from cs@suremarketaid.com about my withdraw of $100.00 from FTX USDT address to my crypto.com USDT address. On the right: email from cs@suremarketaid.com about the maintenance upgrade to www.suremarketexpert.com.



**On the left: email from cs@suremarketaid.com about upgrade completion and instruction to register with the new www.suremarketexpert.com.**
**On the right: email from support@suremarketexpert.com about maintenance**



On the left: email from me to support@suremarketexpert.com to ask about withdrawal. I contacted online chat support and was asked to set up otp (one-time passcode) before withdraw.
On the right: email from support@suremarketexpert.com about the 8.5% deposit of my profits balance before they can give me the otp code.



On the left: email from support@suremarketexpert.com about their completed maintenance and asked me to contact live chat support.
On the right: emails communication between me and support@suremarketexpert.com about otp feature and they said I must register the otp and deposit 8.5% of profit balance before I can withdraw.

**Email communications between me and support@suremarketexpert.com about my request for withdrawal and they insisted that I need to deposit money before I can request withdrawal.**



**Transfer from my crypto.com BTC address to suremarket BTC address**



**Transfer from my crypto.com BTC address to suremarket BTC address**



| | |
|---|---|
| Sending | 0.4658 BTC |
| Withdraw to | bc1qrx67wyp86kzugp8swlv3vzc v4fmzghq4j7rs2e |
| Network Type | Bitcoin |
| Fee | 0.0006 BTC |
| Total | 0.4664 BTC |

**Blockchain Details**

Transaction Hash

091d04f21a1ec6422deddbf8399465340 77660744648f2c94e843ee075921569

View on Explorer

**Transfer from my crypto.com BTC address to suremarket BTC address**



| | |
|---|---|
| Sending | 1.3744 BTC |
| Withdraw to | bc1qrx67wyp86kzugp8swlv3vzc v4fmzghq4j7rs2e |
| Network Type | Bitcoin |
| Fee | 0.0006 BTC |
| Total | 1.375 BTC |

Transfer from my crypto.com BTC address to suremarket BTC address



| | |
|---|---|
| **Withdraw BTC (BTC)** | Withdraw BTC (BTC) |
| Completed | |
| Sep 13, 2022 12:03 PM | Sep 13, 2022 12:03 PM |
| **2.7312** BTC | **2.7312** BTC |
| $54,746.20 USD | $54,746.20 USD |

Withdrawal details

| | |
|---|---|
| Sending | 2.7306 BTC |
| Withdraw to | bc1qrx67wyp86kzugp8swlv3vzc v4fmzghq4j7rs2e |
| Network Type | Bitcoin |
| Fee | 0.0006 BTC |
| Total | 2.7312 BTC |

**Blockchain Details** ×

Transaction Hash

1a165e4e1b9913984974b482f1c7123c
738899ccf189e35f65749dcd42aa5dd8

☐ View on Explorer

24

**Transfer from my crypto.com BTC address to suremarket BTC address**







Confirmation of email to reportfraud.ftc.gov



