**<u>EXHIBIT B</u>**

Disbursements

| Category | Work Date | Timekeeper Name | Amount | Cost Description |
|---|---|---|---|---|
| Meals - Overtime | 8/6/2024 | Lauren Doxey | $20.00 | Doxey, Lauren – Doxey, Lauren-Local Meals-08/6/2024-Dinner- Evening work |
| **MEALS OVERTIME:** | | | **$20.00** | |
| Reproduction – Copies | 8/5/2024 | N/A | 29.20 | Reproduction – Copies – Date: 8/5/2024, Page Count: 292 pages ($0.10 per page), David Erroll |
| Reproduction – Copies | 8/5/2024 | N/A | 25.30 | Reproduction – Copies – Date: 8/5/2024, Page Count: 253 pages ($0.10 per page), Kimberly Black |
| Reproduction – Copies | 8/6/2024 | N/A | 10.60 | Reproduction – Copies – Date: 8/6/2024, Page Count: 106 pages ($0.10 per page), Kimberly Black |
| Reproduction – Copies | 8/16/2024 | N/A | 162.40 | Reproduction – Copies – Date: 8/16/2024, Page Count: 1,624 pages ($0.10 per page), Kimberly Black |
| **REPRODUCTION TOTAL:** | | | **$227.50** | |
| **GRAND TOTAL:** | | | **$247.50** | |