# **Exhibit 5**

The Wayback Machine - https://web.archive.org/web/20221006082048/https://help.ftx.com/...



Sign in

FTX Exchange  >  Transfer Funds  >  Deposits & Withdraws



# Blockchain Deposits and Withdrawals

**FTX Crypto Derivatives Exchange**
Updated 2 days ago

---

### BROWSE

FTX User Guide: How to Deposit Crypto on FTX





FTX User Guide: How To Withdraw Cryptocurrency on…

## Fees

There are no fees on deposits and withdrawals, except for ETH, ERC-20 tokens, or small BTC withdrawals.  FTX users will pay the blockchain fees for all ETH, ERC20 tokens unless they have FTT staked.

| Tier | FTT Staked | No. of Erc20 withdrawals with fees waived per day |
|---|---|---|
| 0 | 0 | 0 |
| 1 | 25 | 1 |
| 2 | 150 | 3 |
| 3 | 1,000 | 10 |
| 4 | 10,000 | 30 |
| 5 | 50,000 | 100 |
| 6 | 250,000 | 300 |
| 7 | 1,000,000 | 1000 |

Note: For free withdrawals, however, in the case of a user whose fiat/stablecoin deposit/withdrawal volume exceeds their trading volume, we reserve the right to charge a withdrawal fee of up to 0.10%.  We will reach out to any users affected before applying this.

Small BTC withdrawal fees: BTC withdrawals > 0.01 BTC are free. BTC withdrawals < 0.01 BTC are charged withdrawal fees after your first free one per day.

# Fiat

See here for a description of fiat deposits/withdrawals at FTX!

# Deposit Speed

Blockchain confirmation(s):

| Token | Confirmation(s) Required |
|---|---|
| BTC | 2 |
| LTC | 2 |
| BCH | 2 |
| ETH | 10 |
| USDT (ERC20) | 10 |
| XRP | 1 |
| EOS | 1 |
| BNB | 1 |
| ETHW | 100 |

**We do not accept Tron, AVAX smart-contract deposits.

# Withdrawal Speed

FTX aims to process withdrawals promptly.  Most withdrawals are processed within a few minutes.  Larger withdrawals can require manual review and take up to a few hours.

Note that withdrawals of stablecoins can be limited by their creation and redemption speeds.  For larger withdrawals this can take up to 6 hours on weekdays and up to one day on weekends.

**Note: FTX will disable your withdrawals for the next 24h whenever:**

- You change your FTX account email
- You disable/ reset your 2fa
- You reset your password
- You disable/ reset your withdrawal password

## USD Stablecoins

USD, USDC, TUSD, USDP, and BUSD all count as "USD Stablecoin" balances.  Depositing any of those to your FTX wallet will credit you 1:1 with USD Stablecoins. Please note that PAXG has a 0.02% on-chain transaction fee.

You can withdraw USD Stablecoins 1:1 as any of USDC, TUSD, USDP, and BUSD with no conversion fee and no blockchain fee if you have 150ftt staked, otherwise you would be subject to blockchain fees for erc20 withdrawals. You can also transfer it to FTX's otc portal.

## USDT

USDT can be deposited or withdrawn as either ERC20, TRC20, BSC, AVAX or SPL.  You can find all your USDT deposit addresses in your wallet.  FTX will automatically detect which chain you are withdrawing USDT on based on the address you are sending it to.

## Wrong Address or Chain

FTX is not responsible if you send deposits or withdrawals to an incorrect address.  If you are withdrawing from FTX to an incorrect address, there is nothing FTX can do to recover the tokens.  If you deposit to an incorrect FTX address, we can attempt to recover it, but may charge a fee to do so, and *if we do not generally support the deposited token or method we may be unable to recover it at all.*

The chain that a crypto deposit is sent on is really important. If deposits are sent on the wrong chain we may attempt to recover it but this is in no way guaranteed. A minimum 5% fee will be charged but in many cases we will either not be able to recover the unsupported token or will require a significantly higher fee.

## Wrong Coin

FTX is not responsible if you send deposits of a coin that FTX does not list. If you deposit a coin that FTX does not support, even if it is on a chain that FTX does support, we may not be able to recover the coin and may not support returning it to you at all. If we are able to recover it and send it back to you, doing so will incur a significantly higher (than 5%).

## ETH deposits

FTX does automatically credit smart contract ETH deposits, although smart contract ETH deposits do take longer, there may be a 24 hour delay from when the deposit has 10 confirmations to when it will be credited to your account. Standard ETH blockchain transfers will be credited immediately after 10 confirmations.

## Tags

Some coins require a tag, or memo, to deposit; BNB is an example. If you deposit one of these coins to FTX, you have to include the tag as well. The tag is the only way for us to know who deposited the BNB, so if you don't, the coin won't be credited to your account. We can then attempt to recover it but will charge $200 to do so.

**All deposit recovery requests must be sent using https://ftx.com/support we will not respond to requests for this over email/social media/personal DMs**

Note: if funds are being borrowed as part of our spot margin borrowing program the expected fee for the next hour will be applied at the time of the withdrawal.

---

← Previous
Deposit to your FTX account to earn VIP status

Next →
Depositing & Withdrawing Fiat

### ARTICLES IN THIS SECTION

Deposit to your FTX account to earn VIP status

**Blockchain Deposits and Withdrawals**

Depositing & Withdrawing Fiat

### RELATED ARTICLES

Depositing & Withdrawing Fiat

FTT Staking

Converting

FTX Terms of Service

Contracts Specs

---

**PROMOTED ARTICLES**

Deposit to your FTX account to earn VIP status

FTX Features Overview

Ratelimits on FTX

Introducing New Fee and Ratelimit Tiers to the FTX VIP & Market Maker Program

VIP Program and Market Maker Policy

FTX partners with Paradigm for one-click futures spreads trading

Trade GMX to share a pool of 30,000 USD!

Trade MYC to share a pool of 360,000 MYC!

Level up your fee tier when you trade through Paradigm!

Trade SYN to share a pool of 30,000 SYN!

Trade WAXL to share a pool of 30,000 WAXL!

Deposit HBB to win up to 30,000 HBB!

---

### Didn't find what you were looking for?

Create a support ticket

---

### Community

   

## Was this article helpful?

- Yes
- No

20 out of 28 found this helpful



English (US)

FTX Services and FTX Token (FTT) are not available in the United States or other prohibited jurisdictions