**Exhibit A**

**FTX Trading Ltd.,** *et al.*
**Exhibit A - Voting Tabulation Summary**

| Class | Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|
| 3A | Secured Loan Claims | 2 / 100% | 0 / 0% | $250,000,000.00 / 100% | $0.00 / 0% | Accept |
| 5A | Dotcom Customer Entitlement Claims | 5802 / 94.48% | 339 / 5.52% | $6,831,512,856.76 / 97.16% | $199,706,523.40 / 2.84% | Accept |
| 5B | U.S. Customer Entitlement Claims | 188 / 89.10% | 23 / 10.90% | $60,994,302.11 / 97.50% | $1,566,878.94 / 2.50% | Accept |
| 6A | General Unsecured Claims | 1587 / 94.75% | 88 / 5.25% | $454,795,582.50 / 99.68% | $1,449,951.00 / 0.32% | Accept |
| 6B | Digital Asset Loan Claims | 15 / 93.75% | 1 / 6.25% | $524,415,140.36 / 99.72% | $1,449,864.00 / 0.28% | Accept |
| 7A | Dotcom Convenience Claims | 28544 / 95.88% | 1227 / 4.12% | $223,591,126.73 / 95.97% | $9,381,968.11 / 4.03% | Accept |
| 7B | U.S. Convenience Claims | 3120 / 95.01% | 164 / 4.99% | $15,175,395.13 / 95.40% | $732,307.91 / 4.60% | Accept |
| 7C | General Convenience Claims | 10 / 100% | 0 / 0% | $230,542.09 / 100% | $0.00 / 0% | Accept |
| 8B | Priority DM Claim | 1 / 100% | 0 / 0% | $256,291,221.47 / 100% | $0.00 / 0% | Accept |
| 8C | PropCo General Unsecured Claims | No creditors in this Class were entitled to vote on the Plan. As a result, per section 4.7 of the Plan of Reorganization, this Class shall be deemed eliminated from the Plan for voting purposes. | | | | |
| 10A | Senior Subordinated IRS Claims | No Ballots were returned by a Holder entitled to vote in this Class. Pursuant to section 4.8 of the Plan of Reorganization, this class is presumed to accept the Plan. | | | | |
| 10B | Senior Subordinated Governmental Claims | 1 / 100% | 0 / 0% | $8,700,000,000.00 / 100% | $0.00 / 0% | Accept |
| 10C | Junior Subordinated IRS Claims | No Ballots were returned by a Holder entitled to vote in this Class. Pursuant to section 4.8 of the Plan of Reorganization, this class is presumed to accept the Plan. | | | | |
| 12 | Preferred Equity Interests | 28 / 84.85% | 5 / 15.15% | $1,133,613,385.52 / 99.55% | $5,090,687.79 / 0.45% | Accept |