# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. Nos. 25637 & 25671 |

**DEBTORS' MOTION FOR LEAVE TO FILE REPLY TO LAYERZERO GROUP'S OPPOSITION TO FTX TRADING'S MOTION FOR ENTRY OF AN ORDER QUASHING THE NOTICE OF DEPOSITION OF JOHN J. RAY III**

FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), by and through their undersigned counsel, hereby submit this motion (the "Motion for Leave") for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Order"), granting (i) the Debtors leave and permission to file a reply in support of the *Motion of Debtors for Entry of an Order Quashing the LayerZero Parties' Notice of Deposition of John J. Ray III* [D.I. 25637] and (ii) related relief. In support of this Motion for Leave, the Debtors respectfully state as follows:

## JURISDICTION AND VENUE

1. The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this Motion for Leave pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0077560.3}

§ 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution.[2]  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory basis for the relief requested herein is section 105(a) of title 11 of chapter 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended or modified, the "Bankruptcy Code") and Local Rules 1001(c) and 9006-1(d).

## BACKGROUND

3. On September 23, 2024, the Debtors filed the *Motion of Debtors for Entry of an Order Quashing the LayerZero Parties' Notice of Deposition of John J. Ray III* [D.I. 25637] (the "Motion to Quash").  Pursuant to Local Rule 7026-1(b), the deadline to object to the Motion to Quash is September 30, 2024 at 4:00 p.m. (ET) (the "Objection Deadline").

4. On September 25, 2024, LayerZero filed *LayerZero Group's Opposition to FTX Trading's Motion for Entry of an Order Quashing the Notice of Deposition of John J. Ray III* [D.I. 25671] (the "Opposition").

5. A hearing on the Motion to Quash is scheduled for October 1, 2024 at 2:00 p.m. (ET) (the "Hearing").

## RELIEF REQUESTED

6. Through this Motion for Leave, the Debtors respectfully request entry of the proposed form of order, attached hereto as **Exhibit A**, granting the Debtors leave and permission to file the *Debtors' Reply in Support of the Motion of Debtors for Entry of an Order Quashing the LayerZero Parties' Notice of Deposition of John J. Ray III* (the "Reply"), filed contemporaneously

---

[2] Pursuant to Local Rule of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") 9013-1(f), the Debtors hereby confirm their consent to entry of a final order by this Court in connection with this Motion if it is later determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

herewith, and deeming such Reply as timely filed.

## BASIS FOR RELIEF

7. Pursuant to Local Rule 9006-1(d), "[r]eply papers by the movant … may be filed by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." Del. Bankr. L.R. 9006-1(d). The Court has the discretion to modify the Local Rules and deadlines established therein. *See* Del. Bankr. L.R. 1001(c) ("The application of these Local Rules in any case or proceeding may be modified by the Court in the interest of justice."). "The Court will consider [a] motion for leave [to file a late reply] at the hearing on the underlying motion papers[.]" Del. Bankr. L.R. 9006-1(d).

8. The Debtors were required to file the agenda for the Hearing on or before September 27, 2024 at 12:00 p.m. (ET) and, pursuant to Local Rule 9006-1(d), the deadline to file a reply to the Motion to Quash was September 26, 2024. However, in accordance with Local Rule 7026-1(b), the Objection Deadline is one business day before the Hearing. As a result, the default deadline under Local Rule 9006-1(d) was prior to the Objection Deadline and, absent leave of the Court, the Debtors would now be unable to file the Reply in advance of the Hearing.

9. By this Motion for Leave, the Debtors respectfully request that the Court grant the Debtors leave to file the Reply and to deem it timely filed. The Debtors submit that cause exists for leave from the deadline established by Local Rule 9006-1(d) and to permit the filing of the Reply under the circumstances. Moreover, the Debtors believe that the Reply will assist the Court in the consideration of the Motion to Quash and the Opposition, and will provide additional background and support for the relief requested in the Motion Quash.

## **NOTICE AND NO PRIOR REQUEST**

10. The Debtors have provided notice of this Motion for Leave to: (a) the U.S. Trustee; (b) counsel to the Committee; (c) any interested or affected governmental or regulatory entity, including the Internal Revenue Service, the Securities and Exchange Commission and the United States Department of Justice; (d) counsel for LayerZero; and, (e) any other party that has requested notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested in this Motion for Leave, the Debtors respectfully submit that no further notice is necessary.

11. No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE, the Debtors respectfully request that the Court enter the proposed order submitted herewith granting the Debtors leave and permission to file the Reply, and granting such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: September 30, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>       brown@lrclaw.com<br>       pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>       bromleyj@sullcrom.com<br>       gluecksteinb@sullcrom.com<br>       kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |