## Exhibit B

**Disbursements**

| Cost Type | Work Date | Quantity | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| Outside record production | 7/31/2024 | 1.00 | 1.00 | 1.00 | COURTHOUSE NEWS SERVICE - Outside record production/ #11807-00001/ Courthouse News Services for Complaint Downloads and Docket Tracking - 7/01/24 - 7/31/24 |
| Lexis Courtlink - Off Contract | 8/1/2024 | 1.00 | 1.22 | 1.22 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/1/2024 | 1.00 | 1.22 | 1.22 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/1/2024 | 1.00 | 0.64 | 0.64 | COURTLINK ALERT |
| Document Reproduction | 8/1/2024 | 28.00 | 0.10 | 2.80 | Document Reproduction |
| Document Reproduction | 8/1/2024 | 83.00 | 0.10 | 8.30 | Document Reproduction |
| Document Reproduction | 8/10/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 8/11/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Color Document Reproduction | 8/11/2024 | 33.00 | 0.25 | 8.25 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 8/12/2024 | 1.00 | 0.41 | 0.41 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/12/2024 | 1.00 | 0.41 | 0.41 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/15/2024 | 1.00 | 0.65 | 0.65 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 8/16/2024 | 1.00 | 0.00 | 0.00 | COURTLINK FREE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/16/2024 | 1.00 | 0.41 | 0.41 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/16/2024 | 1.00 | 0.00 | 0.00 | COURTLINK FREE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/16/2024 | 1.00 | 0.00 | 0.00 | COURTLINK FREE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/16/2024 | 1.00 | 0.41 | 0.41 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/16/2024 | 1.00 | 0.00 | 0.00 | COURTLINK FREE DOC VIEW |
| Document Reproduction | 8/20/2024 | 36.00 | 0.10 | 3.60 | Document Reproduction |
| Document Reproduction | 8/20/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 8/20/2024 | 50.00 | 0.10 | 5.00 | Document Reproduction |
| Color Document Reproduction | 8/20/2024 | 9.00 | 0.25 | 2.25 | Color Document Reproduction |
| Color Document Reproduction | 8/20/2024 | 2.00 | 0.25 | 0.50 | Color Document Reproduction |
| Velobind | 8/20/2024 | 1.00 | 3.03 | 3.03 | Velobind |
| Tabs | 8/20/2024 | 2.00 | 0.75 | 1.50 | Tabs |
| Lexis Courtlink - Off Contract | 8/26/2024 | 1.00 | 0.65 | 0.65 | COURTLINK ALERT |
| Document Reproduction | 8/26/2024 | 23.00 | 0.10 | 2.30 | Document Reproduction |
| Document Reproduction | 8/26/2024 | 48.00 | 0.10 | 4.80 | Document Reproduction |
| Document Reproduction | 8/26/2024 | 48.00 | 0.10 | 4.80 | Document Reproduction |
| Color Document Reproduction | 8/26/2024 | 25.00 | 0.25 | 6.25 | Color Document Reproduction |
| Color Document Reproduction | 8/26/2024 | 23.00 | 0.25 | 5.75 | Color Document Reproduction |
| Color Document Reproduction | 8/26/2024 | 25.00 | 0.25 | 6.25 | Color Document Reproduction |

| | | | | | |
|---|---|---|---|---|---|
| Outside record production | 8/31/2024 | 1.00 | 1.50 | 1.50 | COURTHOUSE NEWS SERVICE - Outside record production/ #11807-00001/ Monthly Download and Track Services - 8/01/24 - 8/31/24 |
| Online Research - Off Contract | 8/31/2024 | 1.00 | 0.00 | 0.00 | Online Research - Off Contract |
| Online Research - Tax | 8/31/2024 | 1.00 | 0.00 | 0.00 | Online Research - Tax |
| Online Research | 8/31/2024 | 1.00 | 0.00 | 0.00 | Online Research |
| Online Research | 8/31/2024 | 1.00 | 0.00 | 0.00 | Online Research |
| Online Research | 8/31/2024 | 1.00 | 0.00 | 0.00 | Online Research |

| Cost Type-Description | Sum of Quantity | Sum of Amount |
|---|---|---|
| Color Document Reproduction | 117 | $29.25 |
| Document Reproduction | 323 | $32.30 |
| Lexis Courtlink - Off Contract | 13 | $6.02 |
| Online Research | 3 | $0.00 |
| Online Research - Off Contract | 1 | $0.00 |
| Online Research - Tax | 1 | $0.00 |
| Outside record production | 2 | $2.50 |
| Tabs | 2 | $1.50 |
| Velobind | 1 | $3.03 |
| **Grand Total** | **463** | **$74.60** |