# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA FOR VIRTUAL HEARING SCHEDULED FOR OCTOBER 1, 2024 AT 2:00 P.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

**THIS PROCEEDING WILL BE CONDUCTED BY ZOOM ONLY.**

**PLEASE REFER TO JUDGE DORSEY'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE DORSEY'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**

**Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**To attend this hearing remotely, please register using the eCourt Appearances tool on the Court's website at www.deb.uscourts.gov.**

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

## MATTER GOING FORWARD:

1. Motion of Debtors for Entry of an Order Quashing the LayerZero Parties' Notice of Deposition of John J. Ray III [D.I. 25637, filed on September 23, 2024]

---

[1] The last four digits of FTX Trading Ltd.'s FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] **Amended items appear in bold.**

{1368.002-W0077559.2}

<u>Response Deadline</u>: September 30, 2024 at 4:00 p.m. (ET)

<u>Responses Received</u>:

A.  LayerZero Group's Opposition to FTX Trading's Motion for Entry of an Order Quashing the Notice of Deposition of John J. Ray III [D.I. 25671, filed on September 25, 2024]

<u>Related Documents</u>:

A.  Notice of Service of the Notice of Deposition of John J. Ray III [D.I. 24501, filed on September 10, 2024]

B.  Declaration of Brian D. Glueckstein in Support of Motion of Debtors for Entry of an Order Quashing the LayerZero Parties' Notice of Deposition of John J. Ray III [D.I. 25638, filed on September 23, 2024]

C.  Notice of Motion to the Motion of Debtors for Entry of an Order Quashing the LayerZero Parties' Notice of Deposition of John J. Ray III [D.I. 25672, filed on September 25, 2024]

D.  **Debtors' Reply in Support of the Motion of Debtors for Entry of an Order Quashing the LayerZero Parties' Notice of Deposition of John J. Ray III [D.I. 26046, filed on September 30, 2024]**

<u>Status</u>: This matter is going forward.

## **ADDITIONAL MATTER GOING FORWARD**:

2.  **Debtors' Motion for Leave to File Reply to LayerZero Group's Opposition to FTX Trading's Motion for Entry of an Order Quashing the Notice of Deposition of John J. Ray III [D.I. 26047, filed on September 30, 2024]**

    **<u>Response Deadline</u>: Before or at the hearing.**

    **<u>Responses Received</u>: None.**

    **<u>Related Documents</u>:**

    A.  **Debtors' Reply in Support of the Motion of Debtors for Entry of an Order Quashing the LayerZero Parties' Notice of Deposition of John J. Ray III [D.I. 26046, filed on September 30, 2024]**

    **<u>Status</u>: This matter is going forward.**

| | |
|---|---|
| Dated: September 30, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>         brown@lrclaw.com<br>         pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>         bromleyj@sullcrom.com<br>         gluecksteinb@sullcrom.com<br>         kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |