## Exhibit B

### Disbursements

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Repro - B&W Copies | 8/9/2024 | Lupi, Francesca G. | 26.0 | $0.10 | $2.60 | Repro - B&W Copies |
| Repro - B&W Copies | 8/13/2024 | Dunne, Christopher J. | 566.0 | $0.10 | $56.60 | Repro - B&W Copies |
| Repro - B&W Copies | 8/13/2024 | Sen-Ghosh, Elina | 1304.0 | $0.10 | $130.40 | Repro - B&W Copies |
| Repro - B&W Copies | 8/15/2024 | Aurora, Anchita | 98.0 | $0.10 | $9.80 | Repro - B&W Copies |
| Repro - B&W Copies | 8/17/2024 | Foley, Aidan W. | 1170.0 | $0.10 | $117.00 | Repro - B&W Copies |
| Repro - B&W Copies | 8/27/2024 | Aurora, Anchita | 526.0 | $0.10 | $52.60 | Repro - B&W Copies |
| **Repro - B&W Copies Total** | | | | | **$369.00** | |
| Repro - Color Copies | 8/9/2024 | Lupi, Francesca G. | 60.0 | $0.20 | $12.00 | Repro - Color Copies |
| Repro - Color Copies | 8/15/2024 | Aurora, Anchita | 584.0 | $0.20 | $116.80 | Repro - Color Copies |
| Repro - Color Copies | 8/27/2024 | Aurora, Anchita | 147.0 | $0.20 | $29.40 | Repro - Color Copies |
| **Repro - Color Copies Total** | | | | | **$158.20** | |
| Delivery/Courier | 8/6/2024 | Simpson, Evan S. | 1.0 | $26.61 | $26.61 | Delivery/Courier |
| Delivery/Courier | 8/6/2024 | Xiang, Shihui | 1.0 | $3.60 | $3.60 | Delivery/Courier |
| Delivery/Courier | 8/9/2024 | Higuchi, Yumi | 1.0 | $3.60 | $3.60 | Delivery/Courier |
| Delivery/Courier | 8/9/2024 | Higuchi, Yumi | 1.0 | $3.11 | $3.11 | Delivery/Courier |
| Delivery/Courier | 8/12/2024 | Courroy, Arthur D. | 1.0 | $27.55 | $27.55 | Delivery/Courier |
| Delivery/Courier | 8/20/2024 | Higuchi, Yumi | 1.0 | $3.11 | $3.11 | Delivery/Courier |
| Delivery/Courier | 8/20/2024 | Higuchi, Yumi | 1.0 | $3.60 | $3.60 | Delivery/Courier |
| Delivery/Courier | 8/28/2024 | Rosario, Dario A. | 1.0 | $32.11 | $32.11 | Delivery/Courier |
| Delivery/Courier | 8/28/2024 | Rosario, Dario A. | 1.0 | $21.78 | $21.78 | Delivery/Courier |
| Delivery/Courier | 8/28/2024 | Higuchi, Yumi | 1.0 | $3.60 | $3.60 | Delivery/Courier |
| Delivery/Courier | 8/28/2024 | Higuchi, Yumi | 1.0 | $12.45 | $12.45 | Delivery/Courier |
| **Delivery/Courier Total** | | | | | **$141.12** | |
| Local Transportation | 8/5/2024 | Dunne, Christopher J. | 1.0 | $182.47 | $182.47 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 8/5/2024 | Clarke, Stephen H. | 1.0 | $165.26 | $165.26 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:06; Purpose: OT Travel |
| Local Transportation | 8/6/2024 | Foote, Isaac S. | 1.0 | $62.85 | $62.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:11; Purpose: OT Travel |
| Local Transportation | 8/6/2024 | Clarke, Stephen H. | 1.0 | $168.51 | $168.51 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:56; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 8/7/2024 | Foley, Aidan W. | 1.0 | $57.31 | $57.31 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:23; Purpose: OT Travel |
| Local Transportation | 8/8/2024 | Mazumdar, Aneesa | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:15; Purpose: OT Travel |
| Local Transportation | 8/8/2024 | Dunne, Christopher J. | 1.0 | $180.75 | $180.75 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 8/12/2024 | Ellis, Samuel B. | 1.0 | $57.31 | $57.31 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:40; Purpose: OT Travel |
| Local Transportation | 8/12/2024 | Clarke, Stephen H. | 1.0 | $147.03 | $147.03 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:47; Purpose: OT Travel |
| Local Transportation | 8/14/2024 | Setren, Kira R. | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:53; Purpose: OT Travel |
| Local Transportation | 8/14/2024 | Guo, Wei | 1.0 | $100.89 | $100.89 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 8/14/2024 | Zonenshayn, Benjamin | 1.0 | $104.66 | $104.66 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:28; Purpose: OT Travel |
| Local Transportation | 8/15/2024 | Setren, Kira R. | 1.0 | $43.18 | $43.18 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:05; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 8/15/2024 | Foote, Isaac S. | 1.0 | $60.98 | $60.98 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:01; Purpose: OT Travel |
| Local Transportation | 8/19/2024 | Mazumdar, Aneesa | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:15; Purpose: OT Travel |
| Local Transportation | 8/19/2024 | Blaisdell, Jackson T. | 1.0 | $63.42 | $63.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:05; Purpose: OT Travel |
| Local Transportation | 8/20/2024 | Dunne, Christopher J. | 1.0 | $181.21 | $181.21 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 8/22/2024 | Blaisdell, Jackson T. | 1.0 | $63.42 | $63.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 8/22/2024 | Dunne, Christopher J. | 1.0 | $181.21 | $181.21 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:05; Purpose: OT Travel |
| Local Transportation | 8/22/2024 | Wadhawan, Subhah | 1.0 | $72.00 | $72.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 8/26/2024 | Wadhawan, Subhah | 1.0 | $71.43 | $71.43 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:05; Purpose: OT Travel |
| Local Transportation | 8/28/2024 | Mazumdar, Aneesa | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:22; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 8/29/2024 | Blaisdell, Jackson T. | 1.0 | $63.42 | $63.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:44; Purpose: OT Travel |
| Local Transportation | 7/31/2024 | Darby, Samuel G. | 1.0 | $35.91 | $35.91 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:37; Purpose: OT Travel |
| Local Transportation | 7/31/2024 | Croke, Jacob M. | 1.0 | $107.94 | $107.94 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:44; Purpose: OT Travel |
| Local Transportation | 8/1/2024 | Croke, Jacob M. | 1.0 | $114.89 | $114.89 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:26; Purpose: OT Travel |
| Local Transportation | 8/6/2024 | Croke, Jacob M. | 1.0 | $109.95 | $109.95 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:31; Purpose: OT Travel |
| Local Transportation | 8/6/2024 | Darby, Samuel G. | 1.0 | $32.90 | $32.90 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:01; Purpose: OT Travel |
| Local Transportation | 8/7/2024 | Darby, Samuel G. | 1.0 | $30.92 | $30.92 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:43; Purpose: OT Travel |
| Local Transportation | 8/8/2024 | Darby, Samuel G. | 1.0 | $36.92 | $36.92 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:29; Purpose: OT Travel |
| Local Transportation | 8/9/2024 | Croke, Jacob M. | 1.0 | $134.95 | $134.95 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:17; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 8/12/2024 | Croke, Jacob M. | 1.0 | $100.12 | $100.12 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:49; Purpose: OT Travel |
| Local Transportation | 8/14/2024 | Croke, Jacob M. | 1.0 | $107.93 | $107.93 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:06; Purpose: OT Travel |
| Local Transportation | 8/22/2024 | Darby, Samuel G. | 1.0 | $34.97 | $34.97 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:52; Purpose: OT Travel |
| Local Transportation | 8/26/2024 | Darby, Samuel G. | 1.0 | $26.99 | $26.99 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:24; Purpose: OT Travel |
| Local Transportation | 8/28/2024 | Kim, HyunKyu | 1.0 | $82.60 | $82.60 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:11; Purpose: OT Travel |
| **Local Transportation Total** | | | | | **$3,241.19** | |
| Travel and expenses | 8/6/2024 | Millet, Tatum E. | 1.0 | $618.00 | $618.00 | Travel and expenses - Airfare; Starting + End Points: EWR/NAS/EWR; Class of Travel: Economy; Date of Travel: 8/6/2024 - Roundtrip; Passenger Name: Tatum E. Millet Business Purpose: Analyze tapes from JPL interviews with S. Bankman-Fried. |
| Travel and expenses | 1/31/2024 | Bromley, James L. | 1.0 | $344.70 | $344.70 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: James L. Bromley; Business Purpose: Attend hearing/mediation |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and expenses | 3/20/2024 | Bromley, James L. | 1.0 | $304.20 | $304.20 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: James L. Bromley; Business Purpose: Attend estimation hearing |
| **Travel and Expenses Total** | | | | | **$1,266.90** | |
| Meals - Overtime | 8/2/2024 | Foley, Aidan W. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019, 00025 |
| Meals - Overtime | 8/5/2024 | O'Hara, Daniel P. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00022, 00033, 00035 |
| Meals - Overtime | 8/5/2024 | Dunne, Christopher J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022, 00029, 00033 |
| Meals - Overtime | 8/5/2024 | Clarke, Stephen H. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 8/6/2024 | Foote, Isaac S. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 8/6/2024 | Darby, Samuel G. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022, 00025 |
| Meals - Overtime | 8/6/2024 | Clarke, Stephen H. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022, 00025 |
| Meals - Overtime | 8/7/2024 | Mazumdar, Aneesa | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00025, 00029 |
| Meals - Overtime | 8/7/2024 | Foley, Aidan W. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019, 00020 |
| Meals - Overtime | 8/7/2024 | Darby, Samuel G. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022, 00025 |
| Meals - Overtime | 8/8/2024 | Dunne, Christopher J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00012, 00022, 00029, 00033 |
| Meals - Overtime | 8/8/2024 | Charnell, Peter C. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022 |
| Meals - Overtime | 8/8/2024 | Mazumdar, Aneesa | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00025 |
| Meals - Overtime | 8/8/2024 | Darby, Samuel G. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022, 00025 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 8/12/2024 | Saevitzon, Jamie G. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 8/12/2024 | Clarke, Stephen H. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00022, 00025, 00027, 00035 |
| Meals - Overtime | 8/12/2024 | Ellis, Samuel B. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 8/13/2024 | Brice, Mac L. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019, 00036 |
| Meals - Overtime | 8/14/2024 | Ciafone, Jacob W. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00012, 00013, 00022 |
| Meals - Overtime | 8/14/2024 | Guo, Wei | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 8/14/2024 | Zonenshayn, Benjamin | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00012, 00016, 00025 |
| Meals - Overtime | 8/14/2024 | Dunne, Christopher J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00012, 00013, 00022, 00046 |
| Meals - Overtime | 8/14/2024 | Setren, Kira R. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 8/15/2024 | Ciafone, Jacob W. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00012, 00022, 00033 |
| Meals - Overtime | 8/15/2024 | Foote, Isaac S. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 8/15/2024 | Brice, Mac L. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019, 00025 |
| Meals - Overtime | 8/15/2024 | Setren, Kira R. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029, 00033 |
| Meals - Overtime | 8/15/2024 | Kewlani, Kanishka | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00012, 00029, 00033 |
| Meals - Overtime | 8/19/2024 | Blaisdell, Jackson T. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00025 |
| Meals - Overtime | 8/20/2024 | Brice, Mac L. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025,00036 |
| Meals - Overtime | 8/20/2024 | Dunne, Christopher J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00015, 00022, 00029, 00040 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 8/21/2024 | Ciafone, Jacob W. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00012, 00022, 00029 |
| Meals - Overtime | 8/22/2024 | Dunne, Christopher J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00022, 00029, 00033 |
| Meals - Overtime | 8/22/2024 | Blaisdell, Jackson T. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00025 |
| Meals - Overtime | 8/22/2024 | Bennett, Mark C. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00022, 00029, 00033 |
| Meals - Overtime | 8/22/2024 | Wadhawan, Subhah | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00016, 00033 |
| Meals - Overtime | 8/22/2024 | Darby, Samuel G. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 8/22/2024 | Zonenshayn, Benjamin | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00016, 00025, 00035 |
| Meals - Overtime | 8/23/2024 | Marchello, Matthew J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022 |
| Meals - Overtime | 8/23/2024 | Bennett, Mark C. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00019, 00022, 00035 |
| Meals - Overtime | 8/26/2024 | Darby, Samuel G. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 8/27/2024 | Darby, Samuel G. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 8/28/2024 | Mazumdar, Aneesa | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00012, 00025 |
| Meals - Overtime | 8/29/2024 | Blaisdell, Jackson T. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| **Meals - Overtime Total** | | | | | **$880.00** | |
| **GRAND TOTAL** | | | | | **$6,056.41** | |