## **Exhibit B**

**Summary and Detailed Description of AlixPartners' Expenses**

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:       Expenses
Code:     20008100PN00001.1.32

| Date | Description | Amount |
|------|-------------|--------|
| 07/31/2024 | Azure - July 2024 Data Storage Costs | $  29,438.09 |
| 08/07/2024 | Taxi/Car Service Griffin Shapiro Office to Home (overtime) | 34.93 |
| 08/08/2024 | Taxi/Car Service Griffin Shapiro Office to Home (overtime | 22.14 |
| 08/08/2024 | Group Meal - Engagement Team - Lunch - Travis Phelan; Jeffrey Berg; Ganesh Gopalakrishnan; Linna Jia; Shengjia Kang (in-person team meetings) | 175.00 |
| 08/15/2024 | Taxi/Car Service Griffin Shapiro Office to Home (overtime) | 21.38 |
| 08/20/2024 | Client Research Travis Phelan | 15.14 |
| 08/22/2024 | Taxi/Car Service Griffin Shapiro Office to Home (overtime) | 20.83 |
| 08/22/2024 | Individual Meal - Griffin Shapiro - Dinner (overtime) | 20.00 |
| 08/31/2024 | Client Research Travis Phelan - Monthly subscription to access blockchain nodes to facilitate financial statement reconstruction | 299.00 |
| 08/31/2024 | Azure - August 2024 Data Storage Costs | 31,710.51 |
| | | $  61,757.02 |

**Alix**Partners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Client: 20008100Pn0001

| Expenses | | Amount |
|---|---|---|
| Client Research | $ | 314.14 |
| Data Storage Costs | | 61,148.60 |
| Ground Transportation | | 99.28 |
| Meals | | 195.00 |
| **Total Disbursements** | **$** | **61,757.02** |