**Exhibit B**

**Disbursements**

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Activity ID E101 Inhouse Copying** | | | | | |
| 1368.002 | 08/06/2024 | 0.100 | 70.00 | 7.00 | Inhouse Copying |
| 1368.002 | 08/09/2024 | 0.100 | 48.00 | 4.80 | Inhouse Copying |
| 1368.002 | 08/15/2024 | 0.100 | 237.00 | 23.70 | Inhouse Copying |
| 1368.002 | 08/19/2024 | 0.100 | 1,097.00 | 109.70 | Inhouse Copying |
| 1368.002 | 08/20/2024 | 0.100 | 637.00 | 63.70 | Inhouse Copying |
| 1368.002 | 08/22/2024 | 0.100 | 950.00 | 95.00 | Inhouse Copying |
| 1368.002 | 08/29/2024 | 0.100 | 191.00 | 19.10 | Inhouse Copying |
| **Total for Activity ID E101** | | | Billable | 323.00 | Inhouse Copying |
| **Activity ID E102 Outside printing** | | | | | |
| 1368.002 | 08/08/2024 | | | 18.84 | Outside printing Parcels, Inc. - Invoice 1096182 |
| **Total for Activity ID E102** | | | Billable | 18.84 | Outside printing |
| **Activity ID E106 Online research** | | | | | |
| 1368.002 | 08/30/2024 | | | 2,178.49 | Online research Relx Inc. DBA LexisNexis - Invoice 3095304330 |
| **Total for Activity ID E106** | | | Billable | 2,178.49 | Online research |
| **Activity ID E111 Meals** | | | | | |
| 1368.002 | 08/01/2024 | | | 90.00 | Meals Stitch House Brewery - working dinner for KAB, EAR, GAW, CRW |
| 1368.002 | 08/21/2024 | | | 90.56 | Meals Stitch House Brewery - working dinner for GAW, CRW, EAR, JLF |
| 1368.002 | 08/28/2024 | | | 105.16 | Meals DiMeo's Pizza - working lunch for KAB, MRP, GAW, CRW, EAR, MR |
| 1368.002 | 08/29/2024 | | | 52.20 | Meals Washington Street Ale House - working dinner for GAW, CRW, JLF |
| **Total for Activity ID E111** | | | Billable | 337.92 | Meals |
| **Activity ID E208 Document Retrieval** | | | | | |
| 1368.002 | 08/30/2024 | | | 62.20 | Docket Retrieval - PACER August |
| **Total for Activity ID E208** | | | Billable | 62.20 | Document Retrieval |
| **Activity ID E214 Filing Fee** | | | | | |
| 1368.002 | 08/06/2024 | | | 600.00 | Filing Fee Clerk, District Court of Delaware - PHVs for S&C attorneys |
| **Total for Activity ID E214** | | | Billable | 600.00 | Filing Fee |
| **Activity ID E219 Service Fees** | | | | | |
| 1368.002 | 08/20/2024 | | | 12.14 | Service Fees DLS Discovery - Invoice 192259 |
| 1368.002 | 08/22/2024 | | | 110.00 | Service Fees DLS Discovery - Invoice 192097 United Agent Group |
| 1368.002 | 08/23/2024 | | | 155.49 | Service Fees Nicoletti & Harris, Inc. - Invoice 2024014586: Service on Hanson Birringer |
| 1368.002 | 08/27/2024 | | | 213.20 | Service Fees Nicoletti & Harris, Inc. - Invoice 2024014514: Service on Hanson Birringer |
| 1368.002 | 08/27/2024 | | | 21.86 | Service Fees Parcels, Inc. - Invoice 1098811 |
| **Total for Activity ID E219** | | | Billable | 512.69 | Service Fees |

**GRAND TOTALS**

Billable 4,033.14