IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD, et al. | Case No. 22-11068(JTD) |
| Debtors. | (Jointly Administered) |

NOTICE OF WITHDRAWAL OF OBJECTION
AND RESERVATION OF RIGHTS REGARDING
THE DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION

The Mississippi Department of Revenue ("MDOR"), by and through counsel, herby withdraws its *Objection and Reservation of Rights Regarding the Debtors' First Amended Joint Plan of Reorganization* (Dkt. No. 23145).

RESPECTFULLY SUBMITTED October 1, 2024.

MISSISSIPPI DEPARTMENT OF REVENUE

BY:  Signed: /s/ Sylvie D. Robinson
Sylvie D. Robinson (MSB # 8931)
Mississippi Department of Revenue
Post Office Box 22828
Jackson, MS 39225
601-923-7412
Sylvie.robinson@dor.ms.gov