**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re FTX Trading Ltd., et al., <br><br> Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 22-11068 (JTD) <br> ) <br> ) (Jointly Administered) <br> ) |

**NOTICE OF WITHDRAWAL OF**
**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

DCP Master Investments XV LLC, by its undersigned counsel, hereby withdraws the following Notices of Transfer of Claim Other Than for Security, which was filed incorrectly:

Docket Number 21209 (filed July 23, 2024)


Dated: October 1, 2024

                                                **MORGAN, LEWIS & BOCKIUS LLP**

                                                By: */s/ Jody C. Barillare*
                                                Jody C. Barillare (Bar No. 5107)
                                                1201 N. Market Street, Suite 2201
                                                Wilmington, DE 19801
                                                Telephone: (302) 574-3000
                                                Facsimile: (302) 574-3001
                                                jody.barillare@morganlewis.com

                                                *Attorneys for DCP Master Investments XV LLC*