**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re FTX Trading Ltd., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 22-11068 (JTD) |
| | ) | (Jointly Administered) |
| | ) | |

**PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Name of Transferee</u>                                    <u>Name of Transferor</u>

DCP Master Investments XV LLC                    Hudson Bay Claim Fund LLC

Name and Address where notices to transferee         Last known address:
should be sent:

DCP Master Investments XV LLC                    Hudson Bay Claim Fund LLC
c/o Diameter Capital Partners, LP                 c/o Hudson Bay Capital Management LP
1301 Avenue of the Americas, 34th Floor           28 Havemeyer Place, 2nd Floor
55 Hudson Yards, Suite 29B                        Greenwich, CT  06830  USA
New York, NY 10001                                Att'n: Matthew Weinstein and Chad Flick
Email: skim@diametercap.com                       Email: mweinstein@hudsonbaycapital.com
                                                   cflick@hudsonbaycapital.com

**Unique Customer Code: 00206322**

**\*\* PORTION OF CLAIM TRANSFERRED:  50%**

| Claim/Schedule No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Proof of Claim No 78077<br>Schedule No 7455532<br>Claim Confirmation ID No. 3265-70-RMDLO-320777493 | [REDACTED] | \*\*50% of Claim\*\* | FTX Trading Ltd. | 22-11068 |

Name and Address where transferee payments should be sent (if different from above):  N/A

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any right to receive notice or hearing under Bankruptcy Rule 3001.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: September 11, 2024
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

5