## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re FTX Trading Ltd., et al., | Chapter 11 |
| Debtors. | Case No. 22-11068 (JTD) (Jointly Administered) |

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| DCP Master Investments XV LLC | Hudson Bay Claim Fund LLC |

Name and Address where notices to transferee should be sent:

DCP Master Investments XV LLC
c/o Diameter Capital Partners, LP
1301 Avenue of the Americas, 34th Floor
55 Hudson Yards, Suite 29B
New York, NY 10001
Email: skim@diametercap.com

Last known address:

Hudson Bay Claim Fund LLC
c/o Hudson Bay Capital Management LP
28 Havemeyer Place, 2nd Floor
Greenwich, CT  06830  USA
Att'n: Matthew Weinstein and Chad Flick
Email: mweinstein@hudsonbaycapital.com
cflick@hudsonbaycapital.com

**Unique Customer Code: 02871065**

### ** PORTION OF CLAIM TRANSFERRED:  50%

| Claim/Schedule No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Proof of Claim No 92093 Claim Confirmation ID No. 3265-70-NICOF-649014485 | [REDACTED] | **50% of Claim** | FTX Trading Ltd. | 22-11068 |

Name and Address where transferee payments should be sent (if different from above):  N/A

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any right to receive notice or hearing under Bankruptcy Rule 3001.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_____     Date: September 11, 2024
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

3