**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## **AFFIDAVIT OF SERVICE**

I, Brian Horman, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 28, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Debtors' Sixty-Fourth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [Docket No. 23923] (the "***Sixty-Fourth Omnibus Objection***")

- Debtors' Sixty-Fifth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [Docket No. 23924] (the "***Sixty-Fifth Omnibus Objection***")

- Debtors' Sixty-Sixth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [Docket No. 23925] (the "***Sixty-Sixth Omnibus Objection***")

- Debtors' Sixty-Seventh (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [Docket No. 23926] (the "***Sixty-Seventh Omnibus Objection***")

- Debtors' Sixty-Eighth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [Docket No. 23927] (the "***Sixty-Eighth Omnibus Objection***")

- Debtors' Sixty-Ninth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [Docket No. 23928] (the "***Sixty-Ninth Omnibus Objection***")

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

- Debtors' Seventieth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [Docket No. 23929] (the "***Seventieth Omnibus Objection***")

- Debtors' Seventy-First (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [Docket No. 23930] (the "***Seventy-First Omnibus Objection***")

- Debtors' Seventy-Second (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [Docket No. 23931] (the "***Seventy-Second Omnibus Objection***")

- Debtors' Seventy-Third (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor [Docket No. 23932] (the "***Seventy-Third Omnibus Objection***")

- Debtors' Seventy-Fourth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer and Non-Customer Claims) [Docket No. 23933] (the "***Seventy-Fourth Omnibus Objection***")

- Debtors' Seventy-Fifth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [Docket No. 23934] (the "***Seventy-Fifth Omnibus Objection***")

- Debtors' Seventy-Sixth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [Docket No. 23935] (the "***Seventy-Sixth Omnibus Objection***")

- Debtors' Seventy-Seventh (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [Docket No. 23936] (the "***Seventy-Seventh Omnibus Objection***")

- Debtors' Seventy-Eighth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [Docket No. 23938] (the "***Seventy-Eighth Omnibus Objection***")

- Debtors' Seventy-Ninth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [Docket No. 23939] (the "***Seventy-Ninth Omnibus Objection***")

- Debtors' Eightieth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [Docket No. 23941] (the "***Eightieth Omnibus Objection***")

- Debtors' Eighty-First (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [Docket No. 23942] (the "***Eighty-First Omnibus Objection***")

- Debtors' Eighty-Second (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [Docket No. 23943] (the "***Eighty-Second Omnibus Objection***")

- Debtors' Eighty-Third (Substantive) Omnibus Objection to Certain Duplicate Proofs of Claim (Customer Claims) [Docket No. 23945] (the "***Eighty-Third Omnibus Objection***")

- Debtors' Eighty-Fourth (Non-Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Customer Claims) [Docket No. 23953] (the "***Eighty-Fourth Omnibus Objection***")

- Debtors' Eighty-Fifth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [Docket No. 23954] (the "***Eighty-Fifth Omnibus Objection***")

- Debtors' Eighty-Sixth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [Docket No. 23955] (the "***Eighty-Sixth Omnibus Objection***")

- Debtors' Eighty-Seventh (Substantive) Omnibus Objection to Certain Duplicate Proofs of Claim (Customer Claims) [Docket No. 23956] (the "***Eighty-Seventh Omnibus Objection***")

On August 28, 2024, at my direction and under my supervision, employees of Kroll caused the Sixty-Fourth Omnibus Objection to be served via email to 396 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On August 28, 2024, at my direction and under my supervision, employees of Kroll caused the Sixty-Fifth Omnibus Objection to be served via email to 307 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On August 28, 2024, at my direction and under my supervision, employees of Kroll caused the Sixty-Sixth Omnibus Objection to be served via email to 370 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On August 28, 2024, at my direction and under my supervision, employees of Kroll caused the Sixty-Seventh Omnibus Objection to be served via email to 387 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On August 28, 2024, at my direction and under my supervision, employees of Kroll caused the Sixty-Eighth Omnibus Objection to be served via email to 416 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On August 28, 2024, at my direction and under my supervision, employees of Kroll caused the Sixty-Ninth Omnibus Objection to be served via email to 241 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On August 28, 2024, at my direction and under my supervision, employees of Kroll caused the Seventieth Omnibus Objection to be served via email to 236 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On August 28, 2024, at my direction and under my supervision, employees of Kroll caused the Seventy-First Omnibus Objection to be served via email to 218 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On August 28, 2024, at my direction and under my supervision, employees of Kroll caused the Seventy-Second Omnibus Objection to be served via email to 101 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On August 28, 2024, at my direction and under my supervision, employees of Kroll caused the Seventy-Third Omnibus Objection to be served via email to 797 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On August 28, 2024, at my direction and under my supervision, employees of Kroll caused the Seventy-Fourth Omnibus Objection to be served via email to 456 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On August 28, 2024, at my direction and under my supervision, employees of Kroll caused the Seventy-Fifth Omnibus Objection to be served via email to 486 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On August 28, 2024, at my direction and under my supervision, employees of Kroll caused the Seventy-Sixth Omnibus Objection to be served via email to 517 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On August 28, 2024, at my direction and under my supervision, employees of Kroll caused the Seventy-Seventh Omnibus Objection to be served via email to 373 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On August 28, 2024, at my direction and under my supervision, employees of Kroll caused the Seventy-Eighth Omnibus Objection to be served via email to 331 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On August 28, 2024, at my direction and under my supervision, employees of Kroll caused the Seventy-Ninth Omnibus Objection to be served via email to 330 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On August 28, 2024, at my direction and under my supervision, employees of Kroll caused the Eightieth Omnibus Objection to be served via email to 380 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On August 28, 2024, at my direction and under my supervision, employees of Kroll caused the Eighty-First Omnibus Objection to be served via email to 440 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On August 28, 2024, at my direction and under my supervision, employees of Kroll caused the Eighty-Second Omnibus Objection to be served via email to 23 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On August 28, 2024, at my direction and under my supervision, employees of Kroll caused the Eighty-Third Omnibus Objection to be served via email to 5 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On August 28, 2024, at my direction and under my supervision, employees of Kroll caused the Eighty-Fourth Omnibus Objection to be served via email to 381 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On August 28, 2024, at my direction and under my supervision, employees of Kroll caused the Eighty-Fifth Omnibus Objection to be served via email to 2 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On August 28, 2024, at my direction and under my supervision, employees of Kroll caused the Eighty-Sixth Omnibus Objection to be served via email to 8 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On August 28, 2024, at my direction and under my supervision, employees of Kroll caused the Eighty-Seventh Omnibus Objection to be served via email to 3 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On August 28, 2024, at my direction and under my supervision, employees of Kroll caused the Sixty-Ninth Omnibus Objection to be served via first class mail to 4 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On August 28, 2024, at my direction and under my supervision, employees of Kroll caused the Seventieth Omnibus Objection to be served via first class mail to 1 Customer whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On August 28, 2024, at my direction and under my supervision, employees of Kroll caused the Seventy-First Omnibus Objection to be served via first class mail to 6 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On August 28, 2024, at my direction and under my supervision, employees of Kroll caused the Seventy-Third Omnibus Objection to be served via first class mail to 1 Customer whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On August 28, 2024, at my direction and under my supervision, employees of Kroll caused the Seventy-Fourth Omnibus Objection to be served via first class mail to 1 Customer whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On August 28, 2024, at my direction and under my supervision, employees of Kroll caused the Eighty-Fourth Omnibus Objection to be served via first class mail to 2 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Sixty-Fourth Omnibus Objection and the following document to be served via Email on 362 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Notice of Sixty-Fourth Omnibus Objection to Proofs of Claim which has been customized to include the name, claim number, debtor related to the claim, tickers, ticker quantity, surviving claim number, name related to the surviving claim, debtor related to the surviving claim, tickers related to the surviving claim, and ticker quantity related to the surviving claim of the party; a blank copy of which has been attached hereto as **Exhibit B** (the "*Sixty-Fourth Omnibus Objection Notice*")

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Sixty-Fifth Omnibus Objection and the following document to be served via Email on 289 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Notice of Sixty-Fifth Omnibus Objection to Proofs of Claim which has been customized to include the name, claim number, debtor related to the claim, tickers, ticker quantity, surviving claim number, name related to the surviving claim, debtor related to the surviving claim, tickers related to the surviving claim, and ticker quantity related to the surviving claim of the party; a blank copy of which has been attached hereto as **Exhibit C** (the "*Sixty-Fifth Omnibus Objection Notice*")

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Sixty-Sixth Omnibus Objection and the following document to be served via Email on 366 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Notice of Sixty-Sixth Omnibus Objection to Proofs of Claim which has been customized to include the name, claim number, debtor related to the claim, tickers, ticker quantity, surviving claim number, name related to the surviving claim, debtor related to the surviving claim, tickers related to the surviving claim, and ticker quantity related to the surviving claim of the party; a blank copy of which has been attached hereto as **Exhibit D** (the "*Sixty-Sixth Omnibus Objection Notice*")

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Sixty-Seventh Omnibus Objection and the following document to be served via Email on 364 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Notice of Sixty-Seventh Omnibus Objection to Proofs of Claim which has been customized to include the name, claim number, debtor related to the claim, tickers, ticker quantity, surviving claim number, name related to the surviving claim, debtor related to the surviving claim, tickers related to the surviving claim, and ticker quantity related to the surviving claim of the party; a blank copy of which has been attached hereto as **Exhibit E** (the "***Sixty-Seventh Omnibus Objection Notice***")

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Sixty-Eighth Omnibus Objection and the following document to be served via Email on 390 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Notice of Sixty-Eighth Omnibus Objection to Proofs of Claim which has been customized to include the name, claim number, debtor related to the claim, tickers, ticker quantity, surviving claim number, name related to the surviving claim, debtor related to the surviving claim, tickers related to the surviving claim, and ticker quantity related to the surviving claim of the party; a blank copy of which has been attached hereto as **Exhibit F** (the "***Sixty-Eighth Omnibus Objection Notice***")

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Sixty-Ninth Omnibus Objection and the following document to be served via Email on 237 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Notice of Sixty-Ninth Omnibus Objection to Proofs of Claim which has been customized to include the name, claim number, debtor related to the claim, tickers, ticker quantity, surviving claim number, name related to the surviving claim, debtor related to the surviving claim, tickers related to the surviving claim, and ticker quantity related to the surviving claim of the party; a blank copy of which has been attached hereto as **Exhibit G** (the "***Sixty-Ninth Omnibus Objection Notice***")

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Seventieth Omnibus Objection and the following document to be served via Email on 234 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Notice of Seventieth Omnibus Objection to Proofs of Claim which has been customized to include the name, claim number, debtor related to the claim, tickers, ticker quantity, surviving claim number, name related to the surviving claim, debtor related to the surviving claim, tickers related to the surviving claim, and ticker quantity related to the surviving claim of the party; a blank copy of which has been attached hereto as **Exhibit H** (the "*Seventieth Omnibus Objection Notice*")

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Seventy-First Omnibus Objection and the following document to be served via Email on 208 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Notice of Seventy-First Omnibus Objection to Proofs of Claim which has been customized to include the name, claim number, debtor related to the claim, tickers, ticker quantity, surviving claim number, name related to the surviving claim, debtor related to the surviving claim, tickers related to the surviving claim, and ticker quantity related to the surviving claim of the party; a blank copy of which has been attached hereto as **Exhibit I** (the "*Seventy-First Omnibus Objection Notice*")

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Seventy-Second Omnibus Objection and the following document to be served via Email on 89 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Notice of Seventy-Second Omnibus Objection to Proofs of Claim which has been customized to include the name, claim number, debtor related to the claim, tickers, ticker quantity, surviving claim number, name related to the surviving claim, debtor related to the surviving claim, tickers related to the surviving claim, and ticker quantity related to the surviving claim of the party; a blank copy of which has been attached hereto as **Exhibit J** (the "*Seventy-Second Omnibus Objection Notice*")

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Seventy-Third Omnibus Objection and the following document to be served via Email on 729 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Notice of Seventy-Third Omnibus Objection to Proofs of Claim which has been customized to include the name, claim number, debtor related to the claim, and debtor related to the modified claim; a blank copy of which has been attached hereto as **Exhibit K** (the "*Seventy-Third Omnibus Objection Notice*")

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Seventy-Fourth Omnibus Objection and the following document to be served via Email on 397 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Notice of Seventy-Fourth Omnibus Objection to Proofs of Claim which has been customized to include the name, claim number, debtor related to the claim, tickers, ticker quantity, debtor related to the modified claim, ticker quantity related to the modified claim, and the reason for objection to the claim of the party; a blank copy of which has been attached hereto as **Exhibit L** (the "*Seventy-Fourth Omnibus Objection Notice*")

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on 1 Customer whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Notice of Seventy-Fourth Omnibus Objection to Proofs of Claim which has been customized to include the name, claim number, debtor related to the claim, claim amount, and the reason for objection to the claim of the party; a blank copy of which has been attached hereto as **Exhibit M**

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Seventy-Fifth Omnibus Objection and the following document to be served via Email on 425 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Notice of Seventy-Fifth Omnibus Objection to Proofs of Claim which has been customized to include the name, claim number, debtor related to the claim, tickers, ticker quantity, debtor related to the modified claim, ticker quantity related to the modified claim, and the reason for objection to the claim of the party; a blank copy of which has been attached hereto as **Exhibit N** (the "*Seventy-Fifth Omnibus Objection Notice*")

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Seventy-Sixth Omnibus Objection and the following document to be served via Email on 467 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Notice of Seventy-Sixth Omnibus Objection to Proofs of Claim which has been customized to include the name, claim number, debtor related to the claim, tickers, ticker quantity, debtor related to the modified claim, ticker quantity related to the modified claim, and the reason for objection to the claim of the party; a blank copy of which has been attached hereto as **Exhibit O** (the "***Seventy-Sixth Omnibus Objection Notice***")

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Seventy-Seventh Omnibus Objection and the following document to be served via Email on 365 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Notice of Seventy-Seventh Omnibus Objection to Proofs of Claim which has been customized to include the name, claim number, debtor related to the claim, tickers, ticker quantity, debtor related to the modified claim, ticker quantity related to the modified claim, and the reason for objection to the claim of the party; a blank copy of which has been attached hereto as **Exhibit P** (the "***Seventy-Seventh Omnibus Objection Notice***")

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Seventy-Eighth Omnibus Objection and the following document to be served via Email on 315 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Notice of Seventy-Eighth Omnibus Objection to Proofs of Claim which has been customized to include the name, claim number, debtor related to the claim, tickers, ticker quantity, debtor related to the modified claim, ticker quantity related to the modified claim, and the reason for objection to the claim of the party; a blank copy of which has been attached hereto as **Exhibit Q** (the "***Seventy-Eighth Omnibus Objection Notice***")

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Seventy-Ninth Omnibus Objection and the following document to be served via Email on 314 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Notice of Seventy-Ninth Omnibus Objection to Proofs of Claim which has been customized to include the name, claim number, debtor related to the claim, tickers, ticker quantity, debtor related to the modified claim, ticker quantity related to the modified claim, and the reason for objection to the claim of the party; a blank copy of which has been attached hereto as **Exhibit R** (the "***Seventy-Ninth Omnibus Objection Notice***")

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Eightieth Omnibus Objection and the following document to be served via Email on 347 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Notice of Eightieth Omnibus Objection to Proofs of Claim which has been customized to include the name, claim number, debtor related to the claim, tickers, ticker quantity, debtor related to the modified claim, ticker quantity related to the modified claim, and the reason for objection to the claim of the party; a blank copy of which has been attached hereto as **Exhibit S** (the "***Eightieth Omnibus Objection Notice***")

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Eighty-First Omnibus Objection and the following document to be served via Email on 409 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Notice of Eighty-First Omnibus Objection to Proofs of Claim which has been customized to include the name, claim number, debtor related to the claim, tickers, ticker quantity, debtor related to the modified claim, ticker quantity related to the modified claim, and the reason for objection to the claim of the party; a blank copy of which has been attached hereto as **Exhibit T** (the "***Eighty-First Omnibus Objection Notice***")

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Eighty-Second Omnibus Objection and the following document to be served via Email on 22 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Notice of Eighty-Second Omnibus Objection to Proofs of Claim which has been customized to include the name, claim number, debtor related to the claim, tickers, ticker quantity, debtor related to the modified claim, ticker quantity related to the modified claim, and the reason for objection to the claim of the party; a blank copy of which has been attached hereto as **Exhibit U**

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Eighty-Third Omnibus Objection and the following document to be served via Email on 6 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Notice of Eighty-Third Omnibus Objection to Proofs of Claim which has been customized to include the name, claim number, debtor related to the claim, tickers, ticker quantity, surviving claim number, name related to the surviving claim, debtor related to the surviving claim, tickers related to the surviving claim, ticker quantity related to the surviving claim of the party, and the reason for objection to the claim of the party; a blank copy of which has been attached hereto as **Exhibit V**

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Eighty-Fourth Omnibus Objection and the following document to be served via Email on 369 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Notice of Eighty-Fourth Omnibus Objection to Proofs of Claim which has been customized to include the name, claim number, debtor related to the claim, tickers, ticker quantity, and the reason for objection to the claim of the party; a blank copy of which has been attached hereto as **Exhibit W** (the "***Eighty-Fourth Omnibus Objection Notice***")

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Eighty-Fifth Omnibus Objection and the following document to be served via Email on 2 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Notice of Eighty-Fifth Omnibus Objection to Proofs of Claim which has been customized to include the name, claim number, debtor related to the claim, tickers, ticker quantity, debtor related to the modified claim, ticker quantity related to the modified claim, and the reason for objection to the claim of the party; a blank copy of which has been attached hereto as **Exhibit X**

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Eighty-Sixth Omnibus Objection and the following document to be served via Email on 7 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Notice of Eighty-Sixth Omnibus Objection to Proofs of Claim which has been customized to include the name, claim number, debtor related to the claim, tickers, ticker quantity, surviving claim number, name related to the surviving claim, debtor related to the surviving claim, tickers related to the surviving claim, and ticker quantity related to the surviving claim of the party; a blank copy of which has been attached hereto as **Exhibit Y**

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Eighty-Seventh Omnibus Objection and the following document to be served via Email on 3 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Notice of Eighty-Seventh Omnibus Objection to Proofs of Claim which has been customized to include the name, claim number, debtor related to the claim, tickers, ticker quantity, surviving claim number, name related to the surviving claim, debtor related to the surviving claim, tickers related to the surviving claim, ticker quantity related to the surviving claim, and the reason for objection to the claim of the party; a blank copy of which has been attached hereto as **<u>Exhibit Z</u>**

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Sixty-Fourth Omnibus Objection Notice to be served via first class mail on 15 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Sixty-Fifth Omnibus Objection Notice to be served via first class mail on 5 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Sixty-Sixth Omnibus Objection Notice to be served via first class mail on 6 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Sixty-Seventh Omnibus Objection Notice to be served via first class mail on 5 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Sixty-Eighth Omnibus Objection Notice to be served via first class mail on 6 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Sixty-Ninth Omnibus Objection Notice to be served via first class mail on 10 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Seventieth Omnibus Objection Notice to be served via first class mail on 5 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Seventy-First Omnibus Objection Notice to be served via first class mail on 7 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Seventy-Second Omnibus Objection Notice to be served via first class mail on 4 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Seventy-Third Omnibus Objection Notice to be served via first class mail on 17 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Seventy-Fourth Omnibus Objection Notice to be served via first class mail on 5 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Seventy-Fifth Omnibus Objection Notice to be served via first class mail on 6 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Seventy-Sixth Omnibus Objection Notice to be served via first class mail on 8 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Seventy-Seventh Omnibus Objection Notice to be served via first class mail on 8 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Seventy-Eighth Omnibus Objection Notice to be served via first class mail on 7 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Seventy-Ninth Omnibus Objection Notice to be served via first class mail on 10 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Eightieth Omnibus Objection Notice to be served via first class mail on 4 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Eighty-First Omnibus Objection Notice to be served via first class mail on 9 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On September 13, 2024, at my direction and under my supervision, employees of Kroll caused the Eighty-Fourth Omnibus Objection Notice to be served via first class mail on 12 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

Dated: September 26, 2024

*/s/ Brian Horman*
Brian Horman

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 26, 2024, by Brian Horman, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO CELSIUS NETWORK LLC AND ITS AFFILIATED DEBTORS | A. M. SACCULLO LEGAL, LLC | ATTN: ANTHONY M. SACCULLO, MARY E. AUGUSTINE<br>27 CRIMSON KING DRIVE<br>BEAR DE 19701 | AMS@SACCULLOLEGAL.COM<br>MEG@SACCULLOLEGAL.COM | Email |
| COUNSEL TO RIBOSCIENCE LLC AND 4J THERAPEUTICS INC. | ASHBY & GEDDES, P.A. | ATTN: MICHAEL D. DEBAECKE<br>500 DELAWARE AVENUE<br>8TH FLOOR<br>WILMINGTON DE 19899-1150 | MDEBAECKE@ASHBYGEDDES.COM | First Class Mail and Email |
| COUNSEL TO BITGO TRUST COMPANY, INC. & MERCEDES-BENZ GRAND PRIX LIMITED | ASHBY & GEDDES, P.A. | ATTN: RICARDO PALACIO, GREGORY A. TAYLOR<br>500 DELAWARE AVENUE, 8TH FLOOR<br>P.O. BOX 1150<br>WILMINGTON DE 19899 | RPALACIO@ASHBYGEDDES.COM<br>GTAYLOR@ASHBYGEDDES.COM | First Class Mail and Email |
| COUNSEL TO THE CAROLINE DOROTHY JONES 2007 TRUST, THE CHRISTINE LOUISE JONES 2007 TRUST, THE JOHN PAUL JONES II 2007 TRUST, AND THE DOROTHY ANNE JONES 2007 TRUST | BALLARD SPAHR LLP | ATTN: JAMES V. MASELLA, III<br>1675 BROADWAY<br>19TH FLOOR<br>NEW YORK NY 10019-5820 | MASELLAJ@BALLARDSPAHR.COM | First Class Mail and Email |
| COUNSEL TO THE CAROLINE DOROTHY JONES 2007 TRUST, THE CHRISTINE LOUISE JONES 2007 TRUST, THE JOHN PAUL JONES II 2007 TRUST, AND THE DOROTHY ANNE JONES 2007 TRUST | BALLARD SPAHR LLP | ATTN: NICHOLAS J. BRANNICK<br>919 N. MARKET STREET<br>11TH FLOOR<br>WILMINGTON DE 19801-3034 | BRANNICKN@BALLARDSPAHR.COM | First Class Mail and Email |
| COUNSEL TO AMERICAN EXPRESS NATIONAL BANK | BECKET & LEE LLP | ATTN: SHRADDHA BHARATIA<br>P.O. BOX 3001<br>MALVERN PA 19355-0701 | | First Class Mail |
| COUNSEL TO LAVANDA SANDS, L.L.C. | BIELLI & KLAUDER, LLC | ATTN: DAVID M. KLAUDER<br>1204 N. KING STREET<br>WILMINGTON DE 19801 | DKLAUDER@BK-LEGAL.COM | First Class Mail and Email |
| COUNSEL TO FULCRUM DISTRESSED PARTNERS LIMITED | BLANK ROME LLP | ATTN: JOSEF W. MINTZ<br>1201 MARKET STREET<br>SUITE 800<br>WILMINGTON DE 19801 | JOSEF.MINTZ@BLANKROME.COM | First Class Mail and Email |
| COUNSEL TO FULCRUM DISTRESSED PARTNERS LIMITED | BLANK ROME LLP | ATTN: RICK ANTONOFF<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | RICK.ANTONOFF@BLANKROME.COM | First Class Mail and Email |
| COUNSEL TO ISLAND CAPITAL AND PAUL F. ARANHA | BOERSCH & ILLOVSKY LLP | ATTN: SHARON FRASE<br>1611 TELEGRAPH AVE.,<br>SUITE 806<br>OAKLAND CA 94612 | SHARON@BOERSCH-ILLOVSKY.COM | First Class Mail and Email |
| COUNSEL TO THE MDL FTX CUSTOMERS | BOIES SCHILLER FLEXNER LLP | ATTN: ALEXANDER BOIES, BROOKE A. ALEXANDER<br>333 MAIN STREET<br>ARMONK NY 10504 | DBOIES@BSFLLP.COM<br>ABOIES@BSFLLP.COM<br>BALEXANDER@BSFLLP.COM | First Class Mail and Email |
| COUNSEL TO BLOCKFI INC. AND AFFILIATES AS WINDDOWN DEBTORS | BROWN RUDNICK LLP | ATTN: KENNETH J. AULET, JEFFREY L. JONAS, MICHAEL WINOGRAD, ALEXANDER F. KASNETZ<br>SEVEN TIMES SQUARE<br>NEW YORK NY 10036 | KAULET@BROWNRUDNICK.COM<br>JJONAS@BROWNRUDNICK.COM<br>MWINOGRAD@BROWNRUDNICK.COM<br>AKASNETZ@BROWNRUDNICK.COM | First Class Mail and Email |
| COUNSEL TO BLOCKFI INC. AND AFFILIATES AS WINDDOWN DEBTORS | BROWN RUDNICK LLP | ATTN: TRISTAN G. AXELROD, SHARI I. DWOSKIN, MATTHEW A. SAWYER<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111 | TAXELROD@BROWNRUDNICK.COM<br>SDWOSKIN@BROWNRUDNICK.COM<br>MSAWYER@BROWNRUDNICK.COM | First Class Mail and Email |
| COUNSEL TO YUMOU WEI | BROWNELL LAW GROUP LLC | ATTN: FELICIA BROWNELL<br>252 MARINERS WAY<br>BEAR DE 19701 | FBROWNELL@BROWNELLLAWGROUP.COM | First Class Mail and Email |
| COUNSEL FOR ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ.<br>425 MARKET STREET, SUITE 2900<br>SAN FRANCISCO CA 94105-3493 | SCHRISTIANSON@BUCHALTER.COM | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO EVOLVE BANK & TRUST | BUTLER SNOW LLP | ATTN: JAMES E. BAILEY III, ROBERT CAMPBELL HILLYER<br>CRESCENT CENTER, SUITE 500<br>6075 POPLAR AVENUE, P.O. BOX 171443<br>MEMPHIS TN 38187 | JEB.BAILEY@BUTLERSNOW.COM<br>CAM.HILLYER@BUTLERSNOW.COM | First Class Mail and Email |
| COUNSEL TO EVOLVE BANK & TRUST | BUTLER SNOW LLP | ATTN: MARTIN SOSLAND<br>2911 TURTLE CREEK BLVD., SUITE 1400<br>DALLAS TX 75219 | MARTIN.SOSLAND@BUTLERSNOW.COM | First Class Mail and Email |
| COUNSEL TO SILICON VALLEY ACCOUNTANTS | CARR MALONEY P.C. | ATTN: J. PETER GLAWS, IV, ESQ.<br>2000 PENNSYLVANIA AVE, NW<br>STE. 8001<br>WASHINGTON DC 20006 | PETER.GLAWS@CARRMALONEY.COM | First Class Mail and Email |
| COUNSEL TO PI-CRYPTO LTD., PI 1.0 LP | CARTER LEDYARD & MILBURN LLP | ATTN: AARON R. CAHN<br>28 LIBERTY STREET<br>41ST FLOOR<br>NEW YORK NY 10005 | BANKRUPTCY@CLM.COM | First Class Mail and Email |
| COUNSEL TO MICHAEL BURGESS, HUY XUAN "KEVIN" NGUYEN, JING YU "DARREN" WONG, MATTHEW BURGESS, LESLEY BURGESS, 3TWELVE VENTURES LTD., AND BDK CONSULTING LTD | CHAMBERLAINS LAW FIRM | ATTN: STIPE VULETA, LACHLAN MCBRIDE, SEBASTIAN BRODOWSKI, SAM KEYS-ASGILL<br>LEVEL 12 59 GOULBURN STREET<br>SYDNEY, NSW 2002 AUSTRALIA | STIPE.VULETA@CHAMBERLAINS.COM.AU<br>LACHLAN.MCBRIDE@CHAMBERLAINS.COM.AU<br>SEBASTIAN.BRODOWSKI@CHAMBERLAINS.COM.AU<br>SAM.KEYSASGILL@CHAMBERLAINS.COM.AU | First Class Mail and Email |
| COUNSEL TO DANIEL FRIEDBERG | CHIPMAN BROWN CICERO & COLE, LLP | ATTN: ROBERT A. WEBER, MARK L. DESGROSSEILLIERS<br>HERCULES PLAZA, SUITE 5400<br>1313 N. MARKET STREET<br>WILMINGTON DE 19801 | WEBER@CHIPMANBROWN.COM | First Class Mail and Email |
| COUNSEL TO GEORGIAN PARTNERS, INC. | CLARK HILL PLC | ATTN: KAREN M. GRIVNER<br>824 N. MARKET STREET<br>SUITE 710<br>WILMINGTON DE 19801 | KGRIVNER@CLARKHILL.COM | First Class Mail and Email |
| COUNSEL TO GEORGIAN PARTNERS, INC. | CLARK HILL PLC | ATTN: KEVIN H. MORSE<br>130 E. RANDOLPH STREET<br>SUITE 3900<br>CHICAGO IL 60601 | KMORSE@CLARKHILL.COM | First Class Mail and Email |
| COUNSEL TO BITGO TRUST COMPANY, INC. | CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: JANE VANLARE, BRANDON M. HAMMER<br>ONE LIBERTY PLAZA<br>NEW YORK NY 10006 | JVANLARE@CGSH.COM<br>BHAMMER@CGSH.COM | First Class Mail and Email |
| COMMITTEE OF UNSECURED CREDITORS | COINCIDENT CAPITAL INTERNATIONAL, LTD | C/O SUNIL SHAH<br>1805 N. CARSON CITY ST.,<br>SUITE X-108<br>CARSON CITY NV 89701 | FTXCC@COINCIDENTCAPITAL.COM | First Class Mail and Email |
| COUNSEL TO EDEN PROTOCOL LIMITED | COLE SCHOTZ P.C. | ATTN: JACOB S. FRUMKIN, ESQ.<br>COURT PLAZA NORTH<br>25 MAIN STREET<br>HACKENSACK NJ 07601 | JFRUMKIN@COLESCHOTZ.COM | First Class Mail and Email |
| COUNSEL TO LIGHTSPEED STRATEGIC PARTNERS I L.P., LIGHTSPEED OPPORTUNITY FUND, L.P., LITIGATION ADMINISTRATOR FOR CELSIUS NETWORK, LLC, EDEN PROTOCOL LIMITED | COLE SCHOTZ P.C. | ATTN: NORMAN L. PERNICK, ESQ., ANDREW J. ROTH, ESQ., JUSTIN R. ALBERTO, PATRICK J. REILLEY ,MELISSA M. HARTLIPP<br>500 DELAWARE AVENUE<br>SUITE 1410<br>WILMINGTON DE 19801 | NPERNICK@COLESCHOTZ.COM<br>AROTH-MOORE@COLESCHOTZ.COM<br>JALBERTO@COLESCHOTZ.COM<br>PREILLEY@COLESCHOTZ.COM<br>MHARTLIPP@COLESCHOTZ.COM | First Class Mail and Email |
| COUNSEL TO COMMODITY FUTURES TRADING COMMISSION, AN AGENCY OF THE UNITED STATES GOVERNMENT | COMMODITY FUTURES TRADING COMMISSION | ATTN: ALEX T. CASE<br>SENIOR ASSISTANT GENERAL COUNSEL<br>1155 21ST STREET NW<br>WASHINGTON DC 20581 | MWHITE@CFTC.GOV<br>ACASE@CFTC.GOV | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO COMMODITY FUTURES TRADING COMMISSION, AN AGENCY OF THE UNITED STATES GOVERNMENT | COMMODITY FUTURES TRADING COMMISSION | ATTN: CARLIN METZGER 77 WEST JACKSON BLVD. SUITE 800 CHICAGO IL 60604 | CMETZGER@CFTC.GOV | First Class Mail and Email |
| COUNSEL TO CRAIG SHINDLEDECKER, ADAM BORYENACE, LINDSEY BOERNER, TANA A. LAWLER, STANTON CAMP, MICHAEL MCGEE AND TIM MILLAR | COOLEY LLP | ATTN: AUDREY MOTT-SMITH 3 EMBARCADERO CENTER 20TH FLOOR SAN FRANCISCO CA 94111 | AMOTTSMITH@COOLEY.COM | First Class Mail and Email |
| COUNSEL TO THE DEFENDANT WILLIAM HOCKEY LIVING TRUST & DEFENDANTS LISTED ON EXHIBIT A, CRAIG SHINDLEDECKER, ADAM BORYENACE, LINDSEY BOERNER, TANA A. LAWLER, STANTON CAMP, MICHAEL MCGEE AND TIM MILLAR | COOLEY LLP | ATTN: CULLEN D. SPECKHART 1299 PENNSYLVANIA AVENUE NW SUITE 700 WASHINGTON DC 20004 | CSPECKHART@COOLEY.COM | First Class Mail and Email |
| COUNSEL TO THE DEFENDANT WILLIAM HOCKEY LIVING TRUST & DEFENDANTS LISTED ON EXHIBIT A, CRAIG SHINDLEDECKER, ADAM BORYENACE, LINDSEY BOERNER, TANA A. LAWLER, STANTON CAMP, MICHAEL MCGEE AND TIM MILLAR | COOLEY LLP | ATTN: MICHAEL KLEIN, ARIC WU, CAROLINE PIGNATELLI, ERICA J. RICHARDS 55 HUDSON YARDS NEW YORK NY 10001 | MKLEIN@COOLEY.COM AHWU@COOLEY.COM CPIGNATELLI@COOLEY.COM ERICHARDS@COOLEY.COM | First Class Mail and Email |
| COUNSEL TO AAVCF3 LP, ADAPT VC LLC, AKHIL PAUL, BAUDOIN, KIARA, CAROL H. DUGGAN REVOCABLE LIVING TRUST, CATHEXIS SUBSIDIARIES GP, LLC; CATHEXIS VENTURES, LP, CLARK, DEREK, DUARTE, JONATHAN, DWYER, JOHN, EM FUND I, A SERIES OF CHRIS GOLDA INVESTMENTS, LP, EMBEDFI JUNE 2021, A SERIES OF PARTY ROUND LLC, FAIRCHILD FUND III, LLC, FERRARI, MICHAEL, FRANK, AARON, FUND I, A SERIES OF 20VC, LP, FUND I, A SERIES OF NOT BORING CAPITAL, LP, GARDNER, CLAYTON, GILES, MICHAEL, HARLAND GROUP LLC, HARPER, CHRISTOPHER, HARPER, STEPHEN, JABRE, PHILIPPE, JOHNSON, BRENT, KV5 PTY LTD ATF KV5 TRUST, KERR INVESTMENT HOLDINGS PTY LTD A/T/F THE KERR FAMILY TRUST, KICK THE HIVE LLC, LONDERGAN, BENJAMIN, LOVERO, JUSTIN, LYON, MATTHEW, MANN, BRANDON, MEENTS, DAVID, MOTIVATE VENTURES FUND I, LP, MOTIVATE VENTURES QP FUND I, LP, NICHOLS, JAMES, NORDBY, CHRISTIAN, OPERATOR PARTNERS, LLC, PERCOCO, JOE, PETER T. LAWLER LIVING TRUST, PRUVEN CAPITAL PARTNERS FUND I, LP, S20, A SERIES OF CHRIS GOLDA INVESTMENTS, LP, SWS HOLDING COMPANY, LLC STUART SOPP, SAUGSTAD, MONIQUE, SILVERSTONE VENTURE INVESTMENTS LIMITED, SLATE, JOSHUA ALLEN, SOMA CAPITAL FUND, III, LP, SOMA CAPITAL FUND III PARTNERS LLC, SOPP, STUART, THE GARDNER 2008 LIVING TRUST, THOMAS G. MIGLIS REVOCABLE TRUST, TRIPLEPOINT PRIVATE VENTURE CREDIT INC., TRIPLEPOINT VENTURE LENDING FUND, LLC, TRIPLEPOINT VENTURES 5 LLC, VENTURESOUQ CAPITAL SPC O/B/O VSQ SP 59 (YCS20), WEINER, JONATHAN, WEVER, DENA, YASELLERAPH FINANCE PTY LTD ATF YASELLERAPH FINANCE TRUST, YOUNG, CHRISTOPHER, Z PERRET TRUST, 9YARDS CAPITAL INVESTMENTS II LP AND WILLIAM HOCKEY LIVING TRUST, CRAIG SHINDLEDECKER, ADAM BORYENACE, LINDSEY BOERNER, TANA A. LAWLER, STANTON CAMP, MICHAEL MCGEE AND TIM MILLAR | COOLEY LLP | ATTN: PHILIP M. BOWMAN, ESQ. 55 HUDSON YARDS NEW YORK NY 10001 | PBOWMAN@COOLEY.COM | First Class Mail and Email |
| COUNSEL TO EVOLVE BANK & TRUST | COUSINS LAW LLC | ATTN: SCOTT D. JONES, ESQ. BRANDYWINE PLAZA WEST 1521 CONCORD PIKE, SUITE 301 WILMINGTON DE 19801 | SCOTT.JONES@COUSINS-LAW.COM | First Class Mail and Email |
| COUNSEL TO BH TRADING LTD., GRANT KIM AND PETER KIM | COZEN O'CONNOR | ATTN: FREDERICK SCHMIDT 3WTC, 175 GREENWICH STREET 55TH FLOOR NEW YORK NY 10007 | ESCHMIDT@COZEN.COM | First Class Mail and Email |
| COUNSEL TO BH TRADING LTD., GRANT KIM AND PETER KIM | COZEN O'CONNOR | ATTN: THOMAS J. FRANCELLA 1201 N. MARKET STREET, SUITE 1001 WILMINGTON DE 19801 | TFRANCELLA@COZEN.COM | First Class Mail and Email |
| COUNSEL TO LIQUIDITY SOLUTIONS GLOBAL LTD. (THE "LSG") | CROSS & SIMON LLC | ATTN: KEVIN S. MANN 1105 NORTH MARKET STREET SUITE 901 WILMINGTON DE 19801 | KMANN@CROSSLAW.COM | First Class Mail and Email |

Exhibit A

Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO ROCKET INTERNET CAPITAL PARTNERS II SCS, ROCKET INTERNET CAPITAL PARTNERS (EURO) II SCS, GFC GLOBAL FOUNDERS CAPITAL GMBH AND GFC GLOBAL FOUNDERS CAPITAL GMBH & CO. BETEILIGUNGS KG NR. 1 | CROSS & SIMON, LLC | ATTN: CHRISTOPHER P. SIMON<br>1105 NORTH MARKET STREET<br>SUITE 901<br>WILMINGTON DE 19801 | CSIMON@CROSSLAW.COM | First Class Mail and Email |
| COUNSEL TO LAVANDA SANDS, L.L.C. | CROWELL & MORING LLP | ATTN: FREDERICK HYMAN<br>590 MADISON AVE<br>NEW YORK NY 10022 | FHYMAN@CROWELL.COM | First Class Mail and Email |
| COUNSEL TO LIGHTSPEED STRATEGIC PARTNERS I L.P., LIGHTSPEED OPPORTUNITY FUND, L.P. | DEBEVOISE & PLIMPTON LLP | ATTN: M. NATASHA LABOVITZ, ESQ., ELIE J. WORENKLEIN, ESQ., MICHAEL C. GODBE, ESQ.<br>66 HUDSON BOULEVARD<br>NEW YORK NY 10001 | NLABOVITZ@DEBEVOISE.COM<br>EWORENKLEIN@DEBEVOISE.COM<br>MCGODBE@DEBEVOISE.COM | First Class Mail and Email |
| COUNSEL FOR PARADIGM OPERATIONS LP | DEBEVOISE & PLIMPTON LLP | ATTN: SIDNEY P. LEVINSON, JASMINE BALL<br>66 HUDSON BOULEBARD<br>NEW YORK NY 10001 | SLEVINSON@DEBEVOISE.COM<br>JBALL@DEBEVOISE.COM | First Class Mail and Email |
| DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | FASNOTIFY@STATE.DE.US | First Class Mail and Email |
| DELAWARE SECRETARY OF STATE | DELAWARE SECRETARY OF STATE | CORPORATIONS FRANCHISE TAX<br>P.O. BOX 898<br>DOVER DE 19903 | DOSDOC_FTAX@STATE.DE.US | First Class Mail and Email |
| DELAWARE STATE TREASURY | DELAWARE STATE TREASURY | ATTN: BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | STATETREASURER@STATE.DE.US | First Class Mail and Email |
| COUNSEL TO ELD CAPITAL LLC, DOMINIC JOHN CUBITT, AND LEONA SAMMON | DILWORTH PAXSON LLP | ATTN: PETER C. HUGHES, ESQ.<br>800 N KING STREET<br>SUITE 202<br>WILMINGTON DE 19801 | PHUGES@DILWORTHLAW.COM | First Class Mail and Email |
| COUNSEL TO MAPS VAULT LTD. | DLA PIPER LLP | ATTN: AARON S. APPLEBAUM<br>1201 NORTH MARKET STREET<br>SUITE 2100<br>WILMINGTON DE 19801 | AARON.APPLEBAUM@US.DLAPIPER.COM | First Class Mail and Email |
| COUNSEL TO MAPS VAULT LTD. AND OXYGEN VAULT LTD. | DLA PIPER LLP (US) | ATTN: AARON S. APPLEBAUM<br>1201 NORTH MARKET STREET<br>SUITE 2100<br>WILMINGTON DE 19801 | AARON.APPLEBAUM@US.DLAPIPER.COM | First Class Mail and Email |
| COUNSEL TO MAPS VAULT LTD. AND OXYGEN VAULT LTD. | DLA PIPER LLP (US) | ATTN: DENNIS C. O'DONNELL<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | DENNIS.ODONNELL@DLAPIPER.COM | First Class Mail and Email |
| COUNSEL TO MAPS VAULT LTD. AND OXYGEN VAULT LTD. | DLA PIPER LLP (US) | ATTN: JEFFREY TOROSIAN<br>444 W. LAKE STREET<br>SUITE 900<br>CHICAGO IL 60606 | JEFFREY.TOROSIAN@DLAPIPER.COM | First Class Mail and Email |
| COUNSEL TO ORACLE AMERICA, INC. | DOSHI LEGAL GROUP, P.C. | ATTN: AMISH R. DOSHI<br>1979 MARCUS AVENUE, SUITE 210E<br>LAKE SUCCESS NY 11042 | AMISH@DOSHILEGAL.COM | First Class Mail and Email |
| COUNSEL TO CADIAN | EMMET, MARVIN & MARTIN, LLP | ATTN: THOMAS A. PITTA, ESQ. JUDITH SWARTZ, ESQ.<br>120 BROADWAY, 32ND FLOOR<br>NEW YORK NY 10271 | JSWARTZ@EMMETMARVIN.COM<br>TPITTA@EMMETMARVIN.COM | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 2 | ENVIRONMENTAL PROTECTION AGENCY | ATTN BANKRUPTCY DIVISION<br>290 BROADWAY<br>NEW YORK NY 10007-1866 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | ATTN: GENERAL COUNSEL OFFICE OF GENERAL COUNSEL 2310A 1200 PENNSYLVANIA AVE NW, 2310A WASHINGTON DC 20460 | | First Class Mail |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ATTN: ANDREA L. GORDON 700 SIXTH STREET NW, SUITE 700 WASHINGTON DC 20001 | ANDREAGORDON@EVERSHEDS-SUTHERLAND.COM | First Class Mail and Email |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ATTN: ERIN E. BRODERICK 227 WEST MONROE STREET, SUITE 6000 CHICAGO IL 60606 | ERINBRODERICK@EVERSHEDS-SUTHERLAND.COM | First Class Mail and Email |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ATTN: MARK D. SHERRILL 1001 FANNIN STREET, SUITE 3700 HOUSTON TX 77002 | MARKSHERRILL@EVERSHEDS-SUTHERLAND.COM | First Class Mail and Email |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ATTN: PETER A. IVANICK, SARAH E. PAUL, PHILIP H. EHRLICH, LYNN W. HOLBERT THE GRACE BUILDING, 40TH FLOOR 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 | PETERIVANICK@EVERSHEDS-SUTHERLAND.COM SARAHPAUL@EVERSHEDS-SUTHERLAND.COM PHILIPEHRLICH@EVERSHEDS-SUTHERLAND.COM LYNNHOLBERT@EVERSHEDS-SUTHERLAND.COM | First Class Mail and Email |
| COUNSEL TO MERCEDES-BENZ GRAND PRIX LIMITED | FOLEY & LARDNER LLP | ATTN: MICHAEL J. SMALL 321 NORTH CLARK STREET, SUITE 3000 CHICAGO IL 60654 | MSMALL@FOLEY.COM | First Class Mail and Email |
| COUNSEL TO MERCEDES-BENZ GRAND PRIX LIMITED | FOLEY & LARDNER LLP | ATTN: SAMANTHA RUPPENTHAL 90 PARK AVENUE NEW YORK NY 10016 | SRUPPENTHAL@FOLEY.COM | First Class Mail and Email |
| COUNSEL TO BRANDON WILLIAMS | GEBHARDT & SMITH LLP | ATTN: DAVID V. FONTANA 1000 N. WEST STREET SUITE 1200 WILMINGTON DE 19081 | DFONT@GEBSMITH.COM | First Class Mail and Email |
| COUNSEL TO BLOCKFI INC. AND AFFILIATES AS WINDDOWN DEBTORS | GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL 1201 NORTH ORANGE STREET SUITE 300 WILMINGTON DE 19801 | MBUSENKELL@GSBBLAW.COM | First Class Mail and Email |
| COUNSEL TO THE MDL FTX CUSTOMERS | GELLERT SEITZ BUSENKELL & BROWN, LLC | ATTN: RONALD S. GELLERT, BRADLEY P. LEHMAN 1201 N. ORANGE ST., STE. 300 WILMINGTON DE 19801 | RGELLERT@GSBBLAW.COM BLEHMAN@GSBBLAW.COM | First Class Mail and Email |
| COUNSEL TO DR. MARCEL LÖTSCHER | GIBBONS P.C. | ATTN: CHRISTOPHER VICECONTE, ESQ. 300 DELAWARE AVENUE SUITE 1015 WILMINGTON DE 19801-1671 | CVICECONTE@GIBBONSLAW.COM | First Class Mail and Email |
| COUNSEL TO DR. MARCEL LÖTSCHER | GIBBONS P.C. | ATTN: ROBERT K. MALONE, ESQ., BRETT S. THEISEN, ESQ. KYLE P. MCEVILLY, ESQ. ONE GATEWAY CENTER NEWARK NJ 07102-5310 | RMALONE@GIBBONSLAW.COM BTHEISEN@GIBBONSLAW.COM KMCEVILLY@GIBBONSLAW.COM | First Class Mail and Email |
| COUNSEL TO LATONA BIOSCIENCES GROUP AND ROSS RHEINGANS-YOO | GOETZ FITZPATRICK LLP | ATTN: SCOTT D. SIMON, ESQ. ONE PENN PLAZA SUITE 3100 NEW YORK NY 10119 | SSIMON@GOETZFITZ.COM | First Class Mail and Email |
| COUNSEL FOR NORTH AMERICAN LEAGUE OF LEGENDS CHAMPIONSHIP SERIES, LLC | GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP | ATTN: BRIAN DAVIDOFF 2049 CENTURY PARK EAST STE 2600 LOS ANGELES CA 90067-4590 | BDAVIDOFF@GREENBERGGLUSKER.COM | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO BLOCKFI INC. AND AFFILIATES, BLOCKFI INC. AND AFFILIATES AS WINDDOWN DEBTORS | HAYNES AND BOONE, LLP | ATTN: RICHARD D. ANIGIAN, CHARLES M. JONES II<br>2323 VICTORY AVENUE<br>SUITE 700<br>DALLAS TX 75219 | RICK.ANIGIAN@HAYNESBOONE.COM<br>CHARLIE.JONES@HAYNESBOONE.COM | First Class Mail and Email |
| COUNSEL TO BLOCKFI INC. AND AFFILIATES, BLOCKFI INC. AND AFFILIATES AS WINDDOWN DEBTORS | HAYNES AND BOONE, LLP | ATTN: RICHARD KANOWITZ<br>30 ROCKEFELLER PLAZA<br>26TH FLOOR<br>NEW YORK NY 10112 | RICHARD.KANOWITZ@HAYNESBOONE.COM | First Class Mail and Email |
| COUNSEL TO AMANDA HOUGHTON | HEYMAN ENERIO GATTUSO & HIRZEL LLP | ATTN: DOMINICK T. GATTUSO; DENISE S. KRAFT<br>300 DELAWARE AVE<br>SUITE 200<br>WILMINGTON DE 19801 | DGATTUSO@HEGH.LAW<br>DKRAFT@HEGH.LAW | First Class Mail and Email |
| COUNSEL TO ROCKET INTERNET CAPITAL PARTNERS II SCS, ROCKET INTERNET CAPITAL PARTNERS (EURO) II SCS, GFC GLOBAL FOUNDERS CAPITAL GMBH AND GFC GLOBAL FOUNDERS CAPITAL GMBH & CO. BETEILIGUNGS KG NR. 1 | HOGAN LOVELLS US LLP | ATTN: DENNIS H. TRACEY, III, JOHN D. BECK, MAYA JUMPER<br>390 MADISON AVENUE<br>NEW YORK NY 10017 | DENNIS.TRACEY@HOGANLOVELLS.COM<br>DENNIS.TRACEY@HOGANLOVELLS.COM<br>MAYA.JUMPER@HOGANLOVELLS.COM | First Class Mail and Email |
| COUNSEL TO JOINT PROVISIONAL LIQUIDATORS OF FTX | HOLLAND & KNIGHT LLP | ATTN: WARREN E. GLUCK, ESQ., MARIE E. LARSEN, ESQ., DAVID W. WIRT, JESSICA MAGEE, SHARDUL DESAI<br>31 W. 52ND STREET<br>NEW YORK NY 10019 | WARREN.GLUCK@HKLAW.COM<br>MARIE.LARSEN@HKLAW.COM<br>DAVID.WIRT@HKLAW.COM<br>JESSICA.MAGEE@HKLAW.COM<br>SHARDUL.DESAI@HKLAW.COM | First Class Mail and Email |
| COUNSEL TO MICHAEL BURGESS, HUY XUAN "KEVIN" NGUYEN, JING YU "DARREN" WONG, MATTHEW BURGESS, LESLEY BURGESS, 3TWELVE VENTURES LTD., AND BDK CONSULTING LTD | HUGH SMITH ESQUIRE | LEVEL 8 224 BUNDA STREET<br>CANBERRA CITY, ACT 2601 AUSTRALIA | HUGH.SMITH@CHAMBERLAINS.COM.AU | First Class Mail and Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| COUNSEL TO LATONA BIOSCIENCES GROUP AND ROSS RHEINGANS-YOO | JOYCE, LLC | ATTN: MICHAEL J. JOYCE, ESQ.<br>1225 KING STREET<br>SUITE 800<br>WILMINGTON DE 19801 | MJOYCE@MJLAWOFFICES.COM | First Class Mail and Email |
| COUNSEL TO ALUMNI VENTURES GROUP AND ALUMNI VENTURES GROUP - EMBEDDED FINANCIAL TECHNOLOGIES TRUST A | K&L GATES LLP | ATTN: BRIAN D. KOOSED, ESQ.<br>1602 K STREET NW<br>WASHINGTON DC 20006-1600 | BRIAN.KOOSED@KLGATES.COM | First Class Mail and Email |
| COUNSEL TO ALUMNI VENTURES GROUP AND ALUMNI VENTURES GROUP - EMBEDDED FINANCIAL TECHNOLOGIES TRUST A | K&L GATES LLP | ATTN: ROBERT T. HONEYWELL, ESQ.<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022-6030 | ROBERT.HONEYWELL@KLGATES.COM | First Class Mail and Email |
| COUNSEL TO ALUMNI VENTURES GROUP AND ALUMNI VENTURES GROUP - EMBEDDED FINANCIAL TECHNOLOGIES TRUST A | K&L GATES LLP | ATTN: STEVEN L. CAPONI, ESQ., MATTHEW B. GOELLER, ESQ., MEGAN E. O'CONNER, ESQ.<br>600 N. KING STREET<br>SUITE 901<br>WILMINGTON DE 19801 | STEVEN.CAPONI@KLGATES.COM<br>MATTHEW.GOELLER@KLGATES.COM<br>MEGAN.OCONNER@KLGATE.COM | First Class Mail and Email |
| COUNSEL TO GABRIEL RECCHIA, CACENDISH LABS CO., BRADEN LEACH | KASHISHIAN LAW LLC | ATTN: ANN M. KASHISHIAN<br>501 SILVERSIDE ROAD, SUITE 85<br>WILMINGTON DE 19809 | AMK@KASHISHIANLAW.COM | First Class Mail and Email |
| COUNSEL TO ISLAND CAPITAL AND PAUL F. ARANHA | KELLER BENVENUTTI KIM LLP | ATTN: JANE KIM, GABRIELLE L. ALBERT<br>650 CALIFORNIA ST. #1900<br>SAN FRANCISCO CA 94108 | JKIM@KBKLLP.COM<br>GALBERT@KBKLLP.COM | First Class Mail and Email |

Exhibit A

Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL FOR WORD OF GOD FELLOWSHIP, INC. | KELLY HART & HALLMAN LLP | ATTN: LOUIS M. PHILLIPS<br>301 MAIN ST., SUITE 1600<br>BATON ROUGE LA 70801 | LOUIS.PHILLIPS@KELLYHART.COM | First Class Mail and Email |
| COUNSEL FOR WORD OF GOD FELLOWSHIP, INC. | KELLY HART & HALLMAN LLP | ATTN: MICHAEL D. ANDERSON<br>201 MAIN STREET, SUITE 2500<br>FORT WORTH TX 76102 | MICHAEL.ANDERSON@KELLYHART.COM | First Class Mail and Email |
| COUNSEL TO KARIYA KAYAMORI | KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN: DOMENIC E. PACITTI, RICHARD M. BECK, SALLY E. VEGHTE.<br>919 MARKET STREET, SUITE 1000<br>WILMINGTON DE 19801-3062 | RBECK@KLEHR.COM<br>DPACITTI@KLEHR.COM<br>SVEGHTE@KLEHR.COM | First Class Mail and Email |
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION AND MACLAURIN INVESTMENTS LTD. | LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, KIMBERLY A. BROWN, MATTHEW R. PIERCE, NICOLAS E. JENNER, GEORGE A. WILLIAMS III, MATTHEW MCGUIRE, HOWARD W. ROBERTSON IV<br>919 MARKET STREET<br>SUITE 1800<br>WILMINGTON DE 19801 | LANDIS@LRCLAW.COM<br>BROWN@LRCLAW.COM<br>PIERCE@LRCLAW.COM<br>JENNER@LRCLAW.COM<br>WILLIAMS@LRCLAW.COM<br>MCGUIRE@LRCLAW.COM<br>ROBERTSON@LRCLAW.COM | Email |
| COUNSEL TO BINANCE (SWITZERLAND) AG | LATHAM & WATKINS LLP | ATTN: ADAM J. GOLDBERG BRIAN S. ROSEN<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | ADAM.GOLDBERG@LW.COM<br>BRIAN.ROSEN@LW.COM | First Class Mail and Email |
| COUNSEL TO DANIEL FRIEDBERG | LEWIS BRISBOIS BISGAARD & SMITH LLP | 600 PEACHTREE NE<br>SUITE 4700<br>ATLANTA GA 30308 | KEITH.KODOSKY@LEWISBRISBOIS.COM | First Class Mail and Email |
| COUNSEL TO DANIEL FRIEDBERG | LEWIS BRISBOIS BISGAARD & SMITH LLP | ATTN: MINYAO WANG, ESQUIRE<br>77 WATER STREET<br>SUITE 2100<br>NEW YORK NY 10005 | MINYAO.WANG@LEWISBRISBOIS.COM | First Class Mail and Email |
| COUNSEL TO DANIEL FRIEDBERG | LEWIS BRISBOIS BISGAARD & SMITH LLP | ATTN: PHILIP HINSON, ESQUIRE<br>521 EAST MOREHEAD STREET<br>SUITE 250<br>CHARLOTTE NC 28202 | PHILIP.HINSON@LEWISBRISBOIS.COM | First Class Mail and Email |
| COUNSEL TO EVOLVE BANK & TRUST | LEWIS BRISBOIS BISGAARD & SMITH LLP | ATTN: SCOTT D. COUSINS, RAFAEL X. ZAHRALDDIN-ARAVENA, KEVIN F. SHAW<br>500 DELAWARE AVE<br>SUITE 700<br>WILMINGTON DE 19801 | SCOTT.COUSINS@LEWISBRISBOIS.COM<br>RAFAEL.ZAHRALDDIN@LEWISBRISBOIS.COM<br>KEVIN.SHAW@LEWISBRISBOIS.COM | First Class Mail and Email |
| COUNSEL TO DANIEL FRIEDBERG | LEWIS BRISBOIS BISGAARD & SMITH LLP | ATTN: SEAN P. SHECTER, ESQUIRE<br>110 SE 6TH STREET<br>SUITE 2600<br>FORT LAUDERDALE FL 33301 | SEAN.SHECTER@LEWISBRISBOIS.COM | First Class Mail and Email |
| COUNSEL TO PHALA LTD. | LOCKE LORD LLP | ATTN: IRA S. GREENE<br>200 VESEY STREET<br>NEW YORK NY 10281 | IRA.GREENE@LOCKELORD.COM | First Class Mail and Email |
| COUNSEL TO LIQUIDITY SOLUTIONS GLOBAL LTD. (THE "LSG") | LOWENSTEIN SANDLER LLP | ATTN: ANDREW BEHLMANN, COLLEEN M. RESTEL<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068 | ABEHLMANN@LOWENSTEIN.COM<br>CRESTEL@LOWENSTEIN.COM | First Class Mail and Email |
| COUNSEL TO EDWARD HING YUN LEE | LOWENSTEIN SANDLER LLP | ATTN: DANIEL B. BESIKOF, ESQ.<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | DBESIKOF@LOWENSTEIN.COM | First Class Mail and Email |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MANIER HEROD, P.C. | ATTN: JEFFREY S. PRICE, MELISSA J. LEE, SCOTT C. WILLIAMS<br>1201 DEMONBREUN STREET<br>SUITE 900<br>NASHVILLE TN 37213 | JPRICE@MANIERHEROD.COM<br>MLEE@MANIERHEROD.COM<br>SWILLIAMS@MANIERHEROD.COM | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO SUNIL KAVURI, AHMED ABD-EL-RAZEK NOIA CAPITAL SARL, PAT RABITTE | MCCARTER & ENGLISH LLP | ATTN: DAVID ADLER ESQ. WORLDWIDE PLAZA 825 EIGHTH AVE., 31ST FLOOR NEW YORK NY 10019 | DADLER@MCCARTER.COM | First Class Mail and Email |
| COUNSEL TO LIGHTCONE INFRASTRUCTURE, CENTER FOR APPLIED RATIONALITY ("CFAR"), SUNIL KAVURI, AHMED ABD-EL-RAZEK NOIA CAPITAL SARL, PAT RABITTE, BIDDER 1 | MCCARTER & ENGLISH LLP | ATTN: KATE ROGGIO BUCK, MATTHEW J. RIFINO, SHANNON D. HUMISTON RENAISSANCE CENTRE 405 N. KING STREET, 8TH FLOOR WILMINGTON DE 19801 | KBUCK@MCCARTER.COM MRIFINO@MCCARTER.COM SHUMISTON@MCCARTER.COM | First Class Mail and Email |
| COUNSEL TO BIDDER 1 | MCCARTER & ENGLISH LLP | ATTN: LISA S. BOSSALL, PHILLIP S. PAVLICK FOUR GATEWAY CENTER 100 MULBERYY STREET NEWARK NJ 07102 | LLBONSALL@MCCARTER.COM PPAVLICK@MCCARTER.COM | First Class Mail and Email |
| PLAN ADMINISTRATOR (THE "PLAN ADMINISTRATOR") AS MANAGER OF VOYAGER DIGITAL HOLDINGS, INC., VOYAGER DIGITAL LTD., AND VOYAGER DIGITAL, LLC, THE WIND-DOWN DEBTORS | MCDERMOTT WILL & EMERY LLP | ATTN: DARREN AZMAN, JOHN J. CALANDRA JOSEPH B. EVANS, ELIZABETH RODD ONE VANDERBILT AVENUE NEW YORK NY 10017-3852 | DAZMAN@MWE.COM JCALANDRA@MWE.COM JBEVANS@MWE.COM ERODD@MWE.COM | First Class Mail and Email |
| PLAN ADMINISTRATOR (THE "PLAN ADMINISTRATOR") AS MANAGER OF VOYAGER DIGITAL HOLDINGS, INC., VOYAGER DIGITAL LTD., AND VOYAGER DIGITAL, LLC, THE WIND-DOWN DEBTORS | MCDERMOTT WILL & EMERY LLP | ATTN: MARIS J. KANDESTIN THE NEMOURS BUIDLING 1007 NORTH ORANGE STREET, 10TH FLOOR WILMINGTON DE 19801 | MKANDESTIN@MWE.COM | First Class Mail and Email |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GARY D. BRESSLER, DAVID P. PRIMACK 300 DELAWARE AVENUE SUITE 1014 WILMINGTON DE 19801 | GBRESSLER@MDMC-LAW.COM DPRIMACK@MDMC-LAW.COM | First Class Mail and Email |
| COUNSEL TO NEW JERSEY BUREAU OF SECURITIES | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GARY D. BRESSLER, GASTON P. LOOMIS 300 DELAWARE AVENUE SUITE 1014 WILMINGTON DE 19801 | GBRESSLER@MDMC-LAW.COM GLOOMIS@MDMC-LAW.COM | First Class Mail and Email |
| COUNSEL TO NEW JERSEY BUREAU OF SECURITIES | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: JEFFREY BERNSTEIN 570 BROAD STREET SUITE 1401 NEWARK NJ 07102 | JBERNSTEIN@MDMC-LAW.COM | First Class Mail and Email |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: MICHAEL R. MORANO, ESQ. 1300 MT. KEMBLE AVENUE P.O. BOX 2075 MORRISTOWN NJ 07962 | MMORANO@MDMC-LAW.COM | First Class Mail and Email |
| COUNSEL TO NEW JERSEY BUREAU OF SECURITIES | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: NICOLE LEONARD 225 LIBERTY STREET 36TH FLOOR NEW YORK NY 10281 | NLEONARD@MDMC-LAW.COM | First Class Mail and Email |
| GOVERNMENTAL | MIAMI-DADE OFFICE OF THE TAX COLLECTOR | BANKRUPTCY UNIT 200 NW 2ND AVENUE, #430 MIAMI FL 33128 | PRISCILLA.WINDLEY@MIAMIDADE.GOV MDTCBKC@MIAMIDADE.GOV | First Class Mail and Email |
| COUNSEL TO ELD CAPITAL LLC, DOMINIC JOHN CUBITT, AND LEONA SAMMON | MILLER SHAH LLP | ATTN: ALEC J. BERIN, ESQ. 1845 WALNUT STREET SUITE 806 PHILADELPHIA PA 19103 | AJBERIN@MILLERSHAH.COM | First Class Mail and Email |
| COUNSEL TO ELD CAPITAL LLC, DOMINIC JOHN CUBITT, AND LEONA SAMMON | MILLER SHAH LLP | ATTN: JAMES E. MILLER, ESQ. 65 MAIN STREET CHESTER CT 06412 | JEMILLER@MILLERSHAH.COM | First Class Mail and Email |
| MISSOURI DEPARTMENT OF REVENUE | MO BANKRUPTCY UNIT | ATTN: STEVEN A. GINTHER, GENERAL COUNSEL PO BOX 475 JEFFERSON CITY MO 65105-0475 | DEECF@DOR.MO.GOV | First Class Mail and Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF EMERGENT FIDELITY TECHNOLOGIES LTD | MORGAN, LEWIS & BOCKIUS LLP | ATTN: JODY C. BARILLARE 1201 N. MARKET STREET SUITE 2201 WILMINGTON DE 19801 | JODY.BARILLARE@MORGANLEWIS.COM | First Class Mail and Email |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF EMERGENT FIDELITY TECHNOLOGIES LTD | MORGAN, LEWIS & BOCKIUS LLP | ATTN: JOHN C. GOODCHILD III; MATTHEW C. ZIEGLER 1701 MARKET STREET PHILADELPHIA PA 19103 | JOHN.GOODCHILD@MORGANLEWIS.COM MATTHEW.ZIEGLER@MORGANLEWIS.COM | First Class Mail and Email |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF EMERGENT FIDELITY TECHNOLOGIES LTD | MORGAN, LEWIS & BOCKIUS LLP | ATTN: JOSHUA DORCHAK; DAVID K. SHIM 101 PARK AVENUE NEW YORK NY 10178 | JOSHUA.DORCHAK@MORGANLEWIS.COM DAVID.SHIM@MORGANLEWIS.COM | First Class Mail and Email |
| COUNSEL TO MICHAEL BURGESS, HUY XUAN "KEVIN" NGUYEN, JING YU "DARREN" WONG, MATTHEW BURGESS, LESLEY BURGESS, 3TWELVE VENTURES LTD., AND BDK CONSULTING LTD, GENETIC NETWORKS LLC | MORRIS JAMES LLP | ATTN: ERIC J. MONZO, TARA C. PAKROUH, CHRISTOPHER M. DONNELLY 500 DELAWARE AVENUE SUITE 1500 WILMINGTON DE 19801 | EMONZO@MORRISJAMES.COM TPAKROUH@MORRISJAMES.COM CDONNELLY@MORRISJAMES.COM | First Class Mail and Email |
| COUNSEL TO LAURENCE BEAL | MORRIS JAMES LLP | ATTN: ERIC J. MONZO, SARAH M. ENNIS TARA C. PAKROUTH 500 DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19801 | EMONZO@MORRISJAMES.COM SENNIS@MORRISJAMES.COM TPAKROUH@MORRISJAMES.COM | First Class Mail and Email |
| COUNSEL TO STEADVIEW CAPITAL MAURITIUS LIMITED | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: DONNA L. CULVER, DANIEL B. BUTZ 1201 NORTH MARKET STREET, 16TH FLOOR P.O. BOX 1347 WILMINGTON DE 19899-1347 | DCULVER@MORRISNICHOLS.COM DBUTZ@MORRISNICHOLS.COM | First Class Mail and Email |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: MATTHEW B. HARVEY 1201 NORTH MARKET STREET, 16TH FLOOR WILMINGTON DE 19801 | MHARVEY@MORRISNICHOLS.COM | First Class Mail and Email |
| COUNSEL TO LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, AND BRANDON WILLIAMS | MORRISON COHEN LLP | ATTN: JOSEPH T. MOLDOVAN, HEATH D. ROSENBLAT; JASON P. GOTTLIEB, MICHAEL MIX 909 THIRD AVENUE 27TH FLOOR NEW YORK NY 10022 | JMOLDOVAN@MORRISONCOHEN.COM HROSENBLAT@MORRISONCOHEN.COM JGOTTLIEB@MORRISONCOHEN.COM MMIX@MORRISONCOHEN.COM | First Class Mail and Email |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY 1850 M ST., NW 12TH FLOOR WASHINGTON DC 20036 | KCORDRY@NAAG.ORG | Email |
| COMMITTEE OF UNSECURED CREDITORS | OCTOPUS INFORMATION LTD | ATTN: LINFENG DONG, OMC CHAMBERS WICKHAMS CAY 1 ROAD TOWN, TORTOLA BRITISH VIRGIN ISLANDS | OCTOPUS_FTX@TEAMB.CN | First Class Mail and Email |
| COUNSEL TO THE GEORGIA DEPARTMENT OF BANKING AND FINANCE | OFFICE OF THE ATTORNEY GENERAL OF GEORGIA | ATTN: AMY L. PATTERSON 40 CAPITOL SQUARE, S.W. ATLANTA GA 30334 | APATTERSON@LAW.GA.GOV | First Class Mail and Email |
| COUNSEL TO THE TEXAS STATE SECURITIES BOARD AND THE TEXAS DEPARTMENT OF BANKING, STATE OF TEXAS | OFFICE OF THE ATTORNEY GENERAL OF TEXAS, BANKRUPTCY & COLLECTIONS DIVISION | ATTN: ROMA N. DESAI, LAYLA D. MILLIGAN, ABIGAIL R. RYAN, STEPHANIE EBERHARDT P.O. BOX 12548 MC008 AUSTIN TX 78711-2548 | ROMA.DESAI@OAG.TEXAS.GOV LAYLA.MILLIGAN@OAG.TEXAS.GOV ABIGAIL.RYAN@OAG.TEXAS.GOV STEPHANIE.EBERHARDT@OAG.TEXAS.GOV | First Class Mail and Email |
| COUNSEL TO ILLINOIS DEPARTMENT OF FINANCIAL & PROFESSIONAL REGULATION | OFFICE OF THE ILLINOIS ATTORNEY GENERAL | ATTN: JOHN P. REDING 100 W. RANDOLPH ST. SUITE 13-225 CHICAGO IL 60601 | JOHN.REDING@ILAG.GOV | First Class Mail and Email |
| COUNSEL TO THE NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE ("NYSTAX") | OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ATTN: ROBERT J. ROCK THE CAPITOL ALBANY NY 12224-0341 | ROBERT.ROCK@AG.NY.GOV | First Class Mail and Email |
| TN DEPT OF FINANCIAL INSTITUTIONS | OFFICE OF THE TN ATTORNEY GENERAL, BANKRUPTCY DIVISION | ATTN: Laura L. McCloud PO BOX 20207 NASHVILLE TN 37202-0207 | AGBANKDELAWARE@AG.TN.GOV | First Class Mail |

In re: FTX Trading Ltd., et al.
Case No. 22-11068 (JTD)

Page 9 of 15

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: BENJAMIN A. HACKMAN, DAVID GERARDI, JON.LIPSHIE<br>844 KING STREET, ROOM 2207<br>LOCKBOX #35<br>WILMINGTON DE 19899-0035 | BENJAMIN.A.HACKMAN@USDOJ.GOV<br>DAVID.GERARDI@USDOJ.GOV<br>JON.LIPSHIE@USDOJ.GOV | Email |
| OFFICE OF THE UNITED STATES TRUSTEE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: LINDA RICHENDERFER, ESQ.<br>J. CALEB BOGGS FEDERAL BUILDING<br>844 KING STREET, SUITE 2207, LOCKBOX 35<br>WILMINGTON DE 19801 | LINDA.RICHENDERFER@USDOJ.GOV | Email |
| COUNSEL TO KARIYA KAYAMORI | ORRICK, HERRINGTON & SUTCLIFFE LLP | ATTN: LAURA METZGER, MICHAEL TRENTIN<br>51 WEST 52ND STREET<br>NEW YORK NY 10019-6142 | LMETZGER@ORRICK.COM<br>MTRENTIN@ORRICK.COM | First Class Mail and Email |
| COUNSEL TO D1 VENTURES | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: JASON H. ROSELL, COLIN R. ROBINSON<br>919 N. MARKET STREET<br>17TH FLOOR<br>WILMINGTON DE 19801 | JROSELL@PSZJLAW.COM<br>CROBINSON@PSZJLAW.COM | First Class Mail and Email |
| COUNSEL TO LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, AND BRANDON WILLIAMS, SIDAR SAHIN | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES, PETER J. KEANE, EDWARD A. CORMA<br>919 N. MARKET STREET, 17TH FLOOR<br>P.O. BOX 8705<br>WILMINGTON DE 19899-8705 | LJONES@PSZJLAW.COM<br>PKEANE@PSZJLAW.COM<br>ECORMA@PSZJLAW.COM | First Class Mail and Email |
| COUNSEL TO SIDAR SAHIN | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: TEDDY M. KAPUR<br>10100 SANTA MONICA BLVD.<br>13TH FLOOR<br>LOS ANGELES CA 90067-4003 | TKAPUR@PSZJLAW.COM | First Class Mail and Email |
| COUNSEL TO SIDHAR SAHIN | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: TEDDY M. KAPUR<br>10100 SANTA MONIVA BLVD<br>13TH FLOOR<br>LOS ANGELES CA 90067-4003 | TKAPUR@PSZJLAW.COM | First Class Mail and Email |
| COUNSEL TO THE MOSKOWITZ LAW FIRM, PLLC AND BOIES SCHILLER FLEXNER LLP ("FTX MDL CO-LEAD COUNSEL") | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: JASON H. ROSELL, MARY F. CALOWAY<br>ONE SANSOME STREET<br>SUITE 3430<br>SAN FRANCISCO CA 94104 | JROSELL@PSZJLAW.COM<br>MCALOWAY@PSZJLAW.COM | First Class Mail and Email |
| COUNSEL TO BINANCE (SWITZERLAND) AG | PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: JOHN W. WEISS, ALEXIS R. GAMBALE<br>824 NORTH MARKET STREET<br>SUITE 800<br>WILMINGTON DE 19801 | JWEISS@PASHMANSTEIN.COM<br>AGAMBALE@PASHMANSTEIN.COM | First Class Mail and Email |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | PAUL HASTINGS | ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, EREZ E. GILAD AND SAMANTHA MARTIN<br>200 PARK AVENUE<br>NEW YORK NY 10166 | GABESASSON@PAULHASTINGS.COM<br>KRISHANSEN@PAULHASTINGS.COM<br>KENPASQUALE@PAULHASTINGS.COM<br>EREZGILAD@PAULHASTINGS.COM<br>LUCDESPINS@PAULHASTINGS.COM<br>SAMANTHAMARTIN@PAULHASTINGS.COM | First Class Mail and Email |
| COUNSEL TO EMBED SHAREHOLDER DEFENDANTS THE 2016 KARKAL FAMILY TRUST; ACREW CAPITAL FUND (A), L.P.; ACREW CAPITAL FUND, L.P.; ACREW CAPITAL MGP, LLC; BAIN CAPITAL VENTURE FUND 2019 LP; BCIP VENTURE ASSOCIATES II, L.P.; BCIP VENTURE ASSOCIATES II-B, L.P.; BCV 2019-MD PRIMARY, L.P.; BUCKLEY VENTURES GP, LLC; BUCKLEY VENTURES, LP; CORRELATION VENTURES II, LP; FIN VC REGATTA I, LP; HOMEBREW VENTURES III, LP; JONATHAN CHRISTODORO; KAMRAN ANSARI; LAUNCHPAD CAPITAL FUND I LP; LGF II, L.P.; LIQUID 2 VENTURES FUND II, L.P.; PROPEL VENTURE PARTNERS, LLC; PROPEL VENTURE PARTNERS US FUND I LP; PUTNAM (WARREN LOWELL PUTNAM & BRYNN JINNETT PUTNAM, TENANTS IN COMMON); SAMUEL JONES; TORCH CAPITAL II, LP; TRANSPOSE PLATFORM O/B/O TI PLATFORM FUND II; TI PLATFORM NLI VENTURE LIMITED II; TRANSPOSE PLATFORM FINTECH FUND II, L.P.; TI PLATFORM FUND II, LP; TREASURY FUND I, LP; Y COMBINATOR; Y COMBINATOR ES20, LLC; AND YCC20, L.P. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELIZABETH WANG, DANIEL A. MASON<br>1313 NORTH MARKET STREET, SUITE 806<br>POST OFFICE BOX 32<br>WILMINGTON DE 19899-0032 | DMASON@PAULWEISS.COM<br>EWANG@PAULWEISS.COM | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO EMBED SHAREHOLDER DEFENDANTS THE 2016 KARKAL FAMILY TRUST; ACREW CAPITAL FUND (A), L.P.; ACREW CAPITAL FUND, L.P.; ACREW CAPITAL MGP, LLC; BAIN CAPITAL VENTURE FUND 2019 LP; BCIP VENTURE ASSOCIATES II, L.P.; BCIP VENTURE ASSOCIATES II-B, L.P.; BCV 2019-MD PRIMARY, L.P.; BUCKLEY VENTURES GP, LLC; BUCKLEY VENTURES, LP; CORRELATION VENTURES II, LP; FIN VC REGATTA I, LP; HOMEBREW VENTURES III, LP; JONATHAN CHRISTODORO; KAMRAN ANSARI; LAUNCHPAD CAPITAL FUND I LP; LGF II, L.P.; LIQUID 2 VENTURES FUND II, L.P.; PROPEL VENTURE PARTNERS, LLC; PROPEL VENTURE PARTNERS US FUND I LP; PUTNAM (WARREN LOWELL PUTNAM & BRYNN JINNETT PUTNAM, TENANTS IN COMMON); SAMUEL JONES; TORCH CAPITAL II, LP; TRANSPOSE PLATFORM O/B/O TI PLATFORM FUND II; TI PLATFORM NLI VENTURE LIMITED II; TRANSPOSE PLATFORM FINTECH FUND II, L.P.; TI PLATFORM FUND II, LP; TREASURY FUND I LP; Y COMBINATOR; Y COMBINATOR ES20, LLC; AND YCC20, L.P. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: WILLIAM A. CLAREMAN, GREGORY F. LAUFER, KENNETH S. ZIMAN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 | WCLAREMAN@PAULWEISS.COM GLAUFER@PAULWEISS.COM KZIMAN@PAULWEISS.COM | First Class Mail and Email |
| COUNSEL TO EMBED SHAREHOLDER DEFENDANTS THE 2016 KARKAL FAMILY TRUST; ACREW CAPITAL FUND (A), L.P.; ACREW CAPITAL FUND, L.P.; ACREW CAPITAL MGP, LLC; BAIN CAPITAL VENTURE FUND 2019 LP; BCIP VENTURE ASSOCIATES II, L.P.; BCIP VENTURE ASSOCIATES II-B, L.P.; BCV 2019-MD PRIMARY, L.P.; BUCKLEY VENTURES GP, LLC; BUCKLEY VENTURES, LP; CORRELATION VENTURES II, LP; FIN VC REGATTA I, LP; HOMEBREW VENTURES III, LP; JONATHAN CHRISTODORO; KAMRAN ANSARI; LAUNCHPAD CAPITAL FUND I LP; LGF II, L.P.; LIQUID 2 VENTURES FUND II, L.P.; PROPEL VENTURE PARTNERS, LLC; PROPEL VENTURE PARTNERS US FUND I LP; PUTNAM (WARREN LOWELL PUTNAM & BRYNN JINNETT PUTNAM, TENANTS IN COMMON); SAMUEL JONES; TORCH CAPITAL II, LP; TRANSPOSE PLATFORM O/B/O TI PLATFORM FUND II; TI PLATFORM NLI VENTURE LIMITED II; TRANSPOSE PLATFORM FINTECH FUND II, L.P.; TI PLATFORM FUND II, LP; TREASURY FUND I LP; Y COMBINATOR; Y COMBINATOR ES20, LLC; AND YCC20, L.P. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN:RANDALL S. LUSKEY 535 MISSION STREET 24TH FLOOR SAN FRANCISCO CA 94105 | RLUSKEY@PAULWEISS.COM | First Class Mail and Email |
| COUNSEL TO LAYERZERO LABS LTD., ARI LITAN AND SKIP & GOOSE, LLC | POTTER ANDERSON & CORROON LLP | ATTTN: M. BLAKE CLEARY, R. STEPHEN MCNEILL, SAMEEN RIZVI, ESQ. 1313 N. MARKET STREET, 6TH FLOOR WILMINGTON DE 19801 | BCLEARY@POTTERANDERSON.COM RMCNEILL@POTTERANDERSON.COM SRIZVI@POTTERANDERSON.COM | First Class Mail and Email |
| COUNSEL TO LAYERZERO LABS LTD., ARI LITAN AND SKIP & GOOSE, LLC | PROSKAUER ROSE LLP | ATTN: BRIAN S. ROSEN, DYLAN J. MARKER ELEVEN TIMES SQUARE NEW YORK NY 10036-8299 | BROSEN@PROSKAUER.COM DMARKER@PROSKAUER.COM | First Class Mail and Email |
| COUNSEL TO LAYERZERO LABS LTD., ARI LITAN AND SKIP & GOOSE, LLC | PROSKAUER ROSE LLP | ATTN: JORDAN E. SAZANT 70 WEST MADISON STREET SUITE 3800 CHICAGO IL 60602-4342 | JSAZANT@PROSKAUER.COM | First Class Mail and Email |
| PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD. | PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD. | ATTN: BRIAN SIMMS, K.C., KEVIN CAMBRIDGE, PETER GREAVES 3 BAYSIDE EXECUTIVE PARK, WEST BAY STREET & BLAKE ROAD PO BOX N-4875 NASSAU THE BAHAMAS | BSIMMS@LENNOXPATON.COM KEVIN.CAMBRIDGE@PWC.COM PETER.GREAVES@HK.PWC.COM | First Class Mail and Email |
| COUNSEL TO LITIGATION ADMINISTRATOR FOR CELSIUS NETWORK, LLC | PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN, ESQ. RICHARD LEVY, JR., ESQ. ANDREW S. RICHMOND, ESQ. 7 TIMES SQUARE 40TH FLOOR NEW YORK NY 10036 | SLIEBERMAN@PRYORCASHMAN.COM RLEVY@PRYORCASHMAN.COM | First Class Mail and Email |
| COMMITTEE OF UNSECURED CREDITORS | PULSAR GLOBAL LTD | ATTN: MICHELE WAN AND JACKY YIP UNIT 903-905, K11 ATELIER VICTORIA DOCKSIDE 18 SALISBURY ROAD KOWLOON HONG KONG | MICHELE.WAN@PULSAR.COM JACKY.YIP@PULSAR.COM | First Class Mail and Email |
| COUNSEL TO FOUNDATION SERENDIPITY, FOUNDATION ELEMENTS, SERENDIPITY NETWORK LTD, AND LIQUIDTY NETWORK LTD | REED SMITH LLP | ATTN: AARON JAVIAN 599 LEXINGTON AVENUE NEW YORK NY 10022 | AJAVIAN@REEDSMITH.COM | First Class Mail and Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO FOUNDATION SERENDIPITY, FOUNDATION ELEMENTS, SERENDIPITY NETWORK LTD, AND LIQUIDTY NETWORK LTD | REED SMITH LLP | ATTN: KURT F. GWYNNE 1201 N. MARKET STREET SUITE 1500 WILMINGTON DE 19801 | KGWYNNE@REEDSMITH.COM | First Class Mail and Email |
| COUNSEL TO CHAINALYSIS INC. | REICH REICH & REICH, P.C. | ATTN: NICHOLAS A. PASALIDES, ESQ. 235 MAIN STREET, SUITE 450 WHITE PLAINS NY 10601 | NPASALIDES@REICHPC.COM | First Class Mail and Email |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF FTX DIGITAL MARKETS LTD. (IN PROVISIONAL LIQUIDATION), JOINT OFFICIAL LIQUIDATORS OF FTX DIGITAL MARKETS LTD. (IN OFFICIAL LIQUIDATION) | RICHARDS, LAYTON & FINGER, P.A. | ATTN: KEVIN GROSS, PAUL N. HEATH, DAVID T. QUEROLI, BRENDAN J. SCHLAUCH ONE RODNEY SQUARE 920 NORTH KING STREET WILMINGTON DE 19801 | GROSS@RLF.COM HEATH@RLF.COM QUEROLI@RLF.COM SCHLAUCH@RLF.COM | First Class Mail and Email |
| COUNSEL TO BASTION WORLDWIDE LIMITED | RIMON, P.C. | ATTN: FREDERICK CHANG 506 2ND AVE., SUITE 1400 SEATTLE WA 98104 | FREDERICK.CHANG@RIMONLAW.COM | First Class Mail and Email |
| COUNSEL TO BASTION WORLDWIDE LIMITED | RIMON, P.C. | ATTN: JACQUELYN H. CHOI 2029 CENTURY PARK EAST, SUITE 400N LOS ANGELES CA 90067 | JACQUELYN.CHOI@RIMONLAW.COM | First Class Mail and Email |
| COUNSEL FOR NORTH AMERICAN LEAGUE OF LEGENDS CHAMPIONSHIP SERIES, LLC | ROBINSON & COLE LLP | ATTN: JAMIE L. EDMONSON 1201 N. MARKET STREET SUITE 1406 WILMINGTON DE 19801 | JEDMONSON@RC.COM | First Class Mail and Email |
| COUNSEL TO THE DEFENDANT WILLIAM HOCKEY LIVING TRUST & DEFENDANTS LISTED ON EXHIBIT A | SAUL EWING LLP | ATTN: LUCIAN B. MURLEY 1201 NORTH MARKET STREET, SUITE 2300 P.O. BOX 1266 WILMINGTON DE 19899 | LUKE.MURLEY@SAUL.COM | First Class Mail and Email |
| COUNSEL TO STEADVIEW CAPITAL MAURITIUS LIMITED | SCHULTE ROTH & ZABEL LLP | ATTN: DOUGLAS S. MINTZ 555 13TH STREET, NW, SUITE 6W WASHINGTON DC 20004 | DOUGLAS.MINTZ@SRZ.COM | First Class Mail and Email |
| COUNSEL TO STEADVIEW CAPITAL MAURITIUS LIMITED | SCHULTE ROTH & ZABEL LLP | ATTN: REUBEN E. DIZENGOFF 919 THIRD AVENUE NEW YORK  NY 10022 | REUBEN.DIZENGOFF@SRZ.COM | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F. STREET NE WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION NY OFFICE | ATTN: BANKRUPTCY DEPT BROOKFIELD PLACE 200 VESEY STREET, STE 400 NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT ONE PENN CENTER 1617 JFK BLVD, STE 520 PHILADELPHIA PA 19103 | SECBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT CARVEL STATE OFFICE BLDG. 820 N. FRENCH ST. WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US | First Class Mail and Email |
| COUNSEL TO NATHANIEL PARKE | STRADLEY RONON STEVENS & YOUNG, LLP | ATTN: DANIEL M. PEREIRA 1000 N. WEST STREET SUITE 1200 WILMINGTON DE 19801 | DPEREIRA@STRADLEY.COM | First Class Mail and Email |
| COUNSEL TO NATHANIEL PARKE | STRADLEY RONON STEVENS & YOUNG, LLP | ATTN: DEBORAH A. REPEROWITZ 100 PARK AVENUE SUITE 2000 NEW YORK NY 10017 | DREPEROWITZ@STRADLEY.COM | First Class Mail and Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO CLOUDFLARE, INC. | STREUSAND, LANDON, OZBURN & LEMMON, LLP | ATTN: SABRINA L. STREUSAND, ANH NGUYEN<br>1801 S. MOPAC EXPRESSWAY<br>SUITE 320<br>AUSTIN TX 78746 | STREUSAND@SLOLLP.COM<br>NGUYEN@SLOLLP.COM | First Class Mail and Email |
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION AND MACLAURIN INVESTMENTS LTD. | SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, JAMES L. BROMLEY, BRIAN D. GLUECKSTEIN, ALEXA J. KRANZLEY, STEVEN L. HOLLEY, STEPHEN EHRENBERG, CHRISTOPHER J. DUNNE<br>125 BROAD STREET<br>NEW YORK NY 10004 | DIETDERICHA@SULLCROM.COM<br>BROMLEYJ@SULLCROM.COM<br>GLUECKSTEINB@SULLCROM.COM<br>KRANZLEYA@SULLCROM.COM<br>PETIFORDJ@SULLCROM.COM<br>HOLLEYS@SULLCROM.COM<br>EHRENBERGS@SULLCROM.COM<br>DUNNEC@SULLCROM.COM | Email |
| COUNSEL FOR WORD OF GOD FELLOWSHIP, INC. | SULLIVAN HAZELTINE  ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN<br>919 NORTH MARKET STREET, SUITE 420<br>WILMINGTON DE 19801 | BSULLIVAN@SHA-LLC.COM | First Class Mail and Email |
| COUNSEL TO PHALA LTD. | TARTER KRINSKY & DROGIN LLP | ATTN: DAVID H. WANDER, ALEXANDER R. TIKTIN<br>1350 BROADWAY<br>11TH FLOOR<br>NEW YORK NY 10018 | DWANDER@TARTERKRINSKY.COM<br>ATIKTIN@TARTERKRINSKY.COM | First Class Mail and Email |
| COUNSEL TO LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, AND BRANDON WILLIAMS | THE DALEY LAW FIRM | ATTN: DARRELL DALEY, SAMANTHA NEAL<br>4845 PEARL EAST CIRCLE<br>SUITE 101<br>BOULDER CO 80301 | DARRELL@DALEYLAWYERS.COM<br>SAMANTHA@DALEYLAWYERS.COM | First Class Mail and Email |
| COUNSEL TO THE MDL FTX CUSTOMERS | THE MOSKOWITZ LAW FIRM, PLLC | ATTN: ADAM M. MOSKOWITZ, JOSEPH M. KAYE<br>CONTINENTAL PLAZA<br>3250 MARY STREET, SUITE 202<br>COCONUT GROVE FL 33133 | ADAM@MOSKOWITZ-LAW.COM<br>JOSEPH@MOSKOWITZ-LAW.COM<br>SERVICE@MOSKOWITZ-LAW.COM | First Class Mail and Email |
| THE SECURITIES COMMISSION OF THE BAHAMAS | THE SECURITIES COMMISSION OF THE BAHAMAS | ATTN: PRESIDENT OR GENERAL COUNSEL<br>POINCIANA HOUSE, NORTH BUILDING, 2ND FLOOR 31A<br>EAST BAY STREET, P.O. BOX N-8347<br>NASSAU THE BAHAMAS | INFO@SCB.GOV.BS | First Class Mail and Email |
| COUNSEL FOR PARADIGM OPERATIONS LP AND DANIEL FRIEDBERG | TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: EVELYN J. MELTZER, DOUGLAS D. HERRMAN, HEATHER P. SMILLIE<br>HERCULES PLAZA, SUITE 5100<br>1313 N. MARKET STREET<br>WILMINGTON DE 19899-1709 | EVELYN.MELTZER@TROUTMAN.COM<br>DOUGLAS.HERRMANN@TROUTMAN.COM | First Class Mail and Email |
| COUNSEL TO DANIEL FRIEDBERG | TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: MARY M. WEEKS<br>600 PEACHTREE STEET NE<br>SUITE 3000<br>ATLANTA GA 30308 | MARY.WEEKS@TROUTMAN.COM | First Class Mail and Email |
| U.S. DEPARTMENT OF JUSTICE | U.S. DEPARTMENT OF JUSTICE | ATTN: STANTON C. MCMANUS, SETH B. SHARPIRO<br>CIVIL DIVISION<br>1100 L STREET, NW, ROOM 7208<br>WASHINGTON DC 20005 | STANTON.C.MCMANUS@USDOJ.GOV<br>SETH.SHAPIRO@USDOJ.GOV | First Class Mail and Email |
| COUNSEL TO THE UNITED STATES OF AMERICA | U.S. DEPARTMENT OF JUSTICE | ATTN: WARD W. BENSON<br>P.O. BOX 227, BEN FRANKLIN STATION<br>WASHINGTON DC 20044 | WARD.W.BENSON@USDOJ.GOV | First Class Mail and Email |
| COUNSEL TO THE UNITED STATES OF AMERICA | U.S. DEPARTMENT OF JUSTICE – CIVIL DIVISION | ATTN: RUTH A. HARVEY, MARGARET M. NEWELL, SETH B. SHAPIRO, STANTON C. MCMANUS<br>COMMERCIAL LITIGATION BRANCH<br>P.O. BOX 875, BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0875 | STANTON.C.MCMANUS@USDOJ.GOV<br>SETH.SHAPIRO@USDOJ.GOV | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE UNITED STATES OF AMERICA | U.S. DEPARTMENT OF JUSTICE, TAX DIVISION | ATTN: ARI D. KUNOFSKY P.O. BOX 227 WASHINGTON DC 20044 | ARI.D.KUNOFSKY@USDOJ.GOV | First Class Mail and Email |
| COUNSEL FOR THE UNITED STATES OF AMERICA | U.S. DEPARTMENT OF JUSTICE, THE INTERNAL REVENUE SERVICE | ATTN: ELISABETH M. BRUCE, STEPHANIE A. SASARAK P.O. BOX 227 WASHINGTON DC 20044 | ELISABETH.M.BRUCE@USDOJ.GOV STEPHANIE.A.SASARAK@USDOJ.GOV | First Class Mail and Email |
| UNITED STATES OF AMERICA | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT US DEPT OF JUSTICE 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 | | First Class Mail |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS 1007 ORANGE ST STE 700 P.O. BOX 2046 WILMINGTON DE 19899-2046 | USADE.ECFBANKRUPTCY@USDOJ.GOV | First Class Mail and Email |
| COUNSEL TO DIGITAL AUGEAN, LLC, AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. AND OKC ENTITIES | VENABLE LLP | ATTN: ANDREW J. CURRIE 600 MASSACHUSETTS AVENUE, NW WASHINGTON DC 20001 | AJCURRIE@VENABLE.COM | First Class Mail and Email |
| COUNSEL TO DIGITAL AUGEAN, LLC, AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. AND OKC ENTITIES | VENABLE LLP | ATTN: DANIEL A. O'BRIEN 1201 N. MARKET ST. SUITE 1400 WILMINGTON DE 19801 | DAOBRIEN@VENABLE.COM | First Class Mail and Email |
| COUNSEL TO DIGITAL AUGEAN, LLC, AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. AND OKC ENTITIES | VENABLE LLP | ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A. WEINER, ARIE A. PELED 1270 AVENUE OF THE AMERICAS 24TH FLOOR NEW YORK NY 10020 | JSSABIN@VENABLE.COM XSSTROHBEHN@VENABLE.COM CWEINERLEVY@VENABLE.COM AAPELED@VENABLE.COM | First Class Mail and Email |
| COUNSEL TO OKC ENTITIES | VENABLE LLP | ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A. WEINER, ARIE A. PELED 151 WEST 42ND ST., 48TH FLOOR NEW YORK NY 10036 | JSSABIN@VENABLE.COM XSSTROHBEHN@VENABLE.COM CWEINERLEVY@VENABLE.COM AAPELED@VENABLE.COM | First Class Mail and Email |
| COUNSEL FOR THE STATE OF VERMONT | VERMONT DEPARTMENT OF FINANCIAL REGULATION | ATTN: JENNIFER ROOD 89 MAIN STREET, THIRD FLOOR MONTPELIER VT 05620 | JENNIFER.ROOD@VERMONT.GOV | First Class Mail and Email |
| COUNSEL TO RIBOSCIENCE LLC AND 4J THERAPEUTICS INC. | VORYS, SATER, SEYMOUR AND PEASE LLP | ATTN: TIFFANY STRELOW COBB, ESQ. 52 EAST GAY STREET P.O. BOX 1008 COLUMBUS OH 43216-1008 | TSCOBB@VORYS.COM | First Class Mail and Email |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF FTX DIGITAL MARKETS LTD. (IN PROVISIONAL LIQUIDATION), THE JOINT OFFICIAL LIQUIDATORS OF FTX DIGITAL MARKETS LTD. (IN OFFICIAL LIQUIDATION) | WHITE & CASE LLP | ATTN: JESSICA L. LAURIA, J. CHRISTOPHER SHORE, BRIAN D. PFEIFFER, MARK FRANKE, BRETT BAKEMEYER 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1095 | JESSICA.LAURIA@WHITECASE.COM CSHORE@WHITECASE.COM BRIAN.PFEIFFER@WHITECASE.COM MARK.FRANKE@WHITECASE.COM BRETT.BAKEMEYER@WHITECASE.COM | First Class Mail and Email |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF FTX DIGITAL MARKETS LTD. (IN PROVISIONAL LIQUIDATION), THE JOINT OFFICIAL LIQUIDATORS OF FTX DIGITAL MARKETS LTD. (IN OFFICIAL LIQUIDATION) | WHITE & CASE LLP | ATTN: THOMAS E LAURIA, RICHARD S. KEBRDLE 200 SOUTH BISCAYNE BLVD., SUITE 4900 SOUTHEAST FINANCIAL CENTER MIAMI FL 33131 | TLAURIA@WHITECASE.COM RKEBRDLE@WHITECASE.COM | First Class Mail and Email |
| COUNSEL TO DEFENDANT CAROLINE ELLISON | WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: PETER G. NEIMAN, NICHOLAS WERLE 7 WORLD TRADE CENTER 150 GREENWICH STREET NEW YORK NY 10007 | PETER.NEIMAN@WILMERHALE.COM NICK.WERLE@WILMERHALE.COM | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COMMITTEE OF UNSECURED CREDITORS | WINCENT INVESTMENT FUND PCC LTD | ATTN: CHARLES MELVIN, C/O WINCENT CAPITAL MANAGEMENT<br>OLD POLICE STATION<br>120B<br>IRISH TOWN GX11 1AA GIBRALTAR | LEGAL@WINCENT.CO | First Class Mail and Email |
| COMMITTEE OF UNSECURED CREDITORS | WINTERMUTE ASIA PTE. LTD | ATTN: LEGAL DEPARTMENT<br>24 EAN KIAM PLACE<br>429115 SINGAPORE | LEGAL@WINTERMUTE.COM | First Class Mail and Email |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR.<br>1000 NORTH KING STREET<br>WILMINGTON DE 19801 | MLUNN@YCST.COM<br>RPOPPITI@YCST.COM | First Class Mail and Email |
| COMMITTEE OF UNSECURED CREDITORS | ZACHARY BRUCH | ATTN: PETER S. PARTEE, SR<br>HUNTON ANDREWS KURTH LLP<br>200 PARK AVE<br>NEW YORK NY 10166 | PPARTEE@HUNTONAK.COM | First Class Mail and Email |

**<u>Exhibit B</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: October 22, 2024 at 1:00 P.M. ET**<br>**Objection Deadline: October 14, 2024 at 4:00 P.M. ET** |
| | **Ref. No. 23923** |

### NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

**YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON <u>SCHEDULE 1</u> OF <u>EXHIBIT A</u> ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**

**UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

      **PLEASE TAKE NOTICE** that on August 28, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "<u>Debtors</u>") filed the *Debtors' Sixty-Fourth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims)* (the "<u>Omnibus Objection</u>") [D.I. 23923].[2]  Attached hereto as **<u>Exhibit 1</u>** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]    A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index.  The Omnibus Objection can be found at docket number 23923.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 14, 2024 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **October 22, 2024 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, Chief United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 28, 2024
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# **EXHIBIT 1**

**Exhibit C**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: October 22, 2024 at 1:00 P.M. ET**<br>**Objection Deadline: October 14, 2024 at 4:00 P.M. ET** |
| | **Ref. No. 23924** |

### NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

> **YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 OF EXHIBIT A ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**
>
> **UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

      **PLEASE TAKE NOTICE** that on August 28, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Sixty-Fifth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims)* (the "Omnibus Objection") [D.I. 23924].[2]  Attached hereto as **Exhibit 1** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]    A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index.  The Omnibus Objection can be found at docket number 23924.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 14, 2024 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **October 22, 2024 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, Chief United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 28, 2024
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# __EXHIBIT 1__

**<u>Exhibit D</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**Hearing Date: October 22, 2024 at 1:00 P.M. ET**
**Objection Deadline: October 14, 2024 at 4:00 P.M. ET**

**Ref. No. 23925**

## NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

> **YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 OF EXHIBIT A ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**
>
> **UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

      **PLEASE TAKE NOTICE** that on August 28, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Sixty-Sixth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims)* (the "Omnibus Objection") [D.I. 23925].[2]  Attached hereto as **Exhibit 1** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]   A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index.  The Omnibus Objection can be found at docket number 23925.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 14, 2024 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **October 22, 2024 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, Chief United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 28, 2024
   Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
   brown@lrclaw.com
   pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
   bromleyj@sullcrom.com
   gluecksteinb@sullcrom.com
   kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# <u>EXHIBIT 1</u>

**Exhibit E**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: October 22, 2024 at 1:00 P.M. ET** |
| | **Objection Deadline: October 14, 2024 at 4:00 P.M. ET** |
| | **Ref. No. 23926** |

<u>**NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM**</u>

> **YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON <u>SCHEDULE 1</u> OF <u>EXHIBIT A</u> ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**
>
> **UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

   **PLEASE TAKE NOTICE** that on August 28, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "<u>Debtors</u>") filed the *Debtors' Sixty-Seventh (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims)* (the "<u>Omnibus Objection</u>") [D.I. 23926].[2]  Attached hereto as **<u>Exhibit 1</u>** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at <u>https://restructuring.ra.kroll.com/FTX/Home-Index</u>.  The Omnibus Objection can be found at docket number 23926.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 14, 2024 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **October 22, 2024 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, Chief United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 28, 2024
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# **EXHIBIT 1**

**Exhibit F**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**Hearing Date: October 22, 2024 at 1:00 P.M. ET**
**Objection Deadline: October 14, 2024 at 4:00 P.M. ET**

**Ref. No. 23927**

## NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

> **YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON <u>SCHEDULE 1</u> OF <u>EXHIBIT A</u> ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**
>
> **UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

**PLEASE TAKE NOTICE** that on August 28, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "<u>Debtors</u>") filed the *Debtors' Sixty-Eighth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims)* (the "<u>Omnibus Objection</u>") [D.I. 23927].[2]  Attached hereto as **<u>Exhibit 1</u>** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]    A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index.  The Omnibus Objection can be found at docket number 23927.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 14, 2024 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **October 22, 2024 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, Chief United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 28, 2024
        Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
            brown@lrclaw.com
            pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
            bromleyj@sullcrom.com
            gluecksteinb@sullcrom.com
            kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# EXHIBIT 1

**Exhibit G**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**Hearing Date: October 22, 2024 at 1:00 P.M. ET**
**Objection Deadline: October 14, 2024 at 4:00 P.M. ET**

**Ref. No. 23928**

### NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

**YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 OF EXHIBIT A ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**

**UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

**PLEASE TAKE NOTICE** that on August 28, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Sixty-Ninth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims)* (the "Omnibus Objection") [D.I. 23928].[2]  Attached hereto as **Exhibit 1** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]  A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index.  The Omnibus Objection can be found at docket number 23928.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 14, 2024 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **October, 2024 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, Chief United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 28, 2024
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# **EXHIBIT 1**

**Exhibit H**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: October 22, 2024 at 1:00 P.M. ET**<br>**Objection Deadline: October 14, 2024 at 4:00 P.M. ET** |
| | **Ref. No. 23929** |

## NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

> **YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 OF EXHIBIT A ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**
>
> **UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

       **PLEASE TAKE NOTICE** that on August 28, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Seventeenth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims)* (the "Omnibus Objection") [D.I. 23929].[2]  Attached hereto as **Exhibit 1** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]    A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index.  The Omnibus Objection can be found at docket number 23929.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 14, 2024 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **October 22, 2024 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, Chief United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 28, 2024
　　　　Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
　　　　brown@lrclaw.com
　　　　pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
　　　　bromleyj@sullcrom.com
　　　　gluecksteinb@sullcrom.com
　　　　kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# **EXHIBIT 1**

**<u>Exhibit I</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: October 22, 2024 at 1:00 P.M. ET**<br>**Objection Deadline: October 14, 2024 at 4:00 P.M. ET** |
| | **Ref. No. 23930** |

### NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

**YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 OF EXHIBIT A ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**

**UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

      **PLEASE TAKE NOTICE** that on August 28, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Seventy-First (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims)* (the "Omnibus Objection") [D.I. 23930].[2]  Attached hereto as **Exhibit 1** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]    A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index.  The Omnibus Objection can be found at docket number 23930.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 14, 2024 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **October 22, 2024 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, Chief United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 28, 2024
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# **<u>EXHIBIT 1</u>**

**Exhibit J**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: October 22, 2024 at 1:00 P.M. ET**<br>**Objection Deadline: October 14, 2024 at 4:00 P.M. ET** |
| | **Ref. No. 23931** |

### NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

**YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 OF EXHIBIT A ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**

**UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

        **PLEASE TAKE NOTICE** that on August 28, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Seventy-Second (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims)* (the "Omnibus Objection") [D.I. 23931].[2]  Attached hereto as **Exhibit 1** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]     A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index.  The Omnibus Objection can be found at docket number 23931.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 14, 2024 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **October 22, 2024 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, Chief United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 28, 2024
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# <u>EXHIBIT 1</u>

**<u>Exhibit K</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: October 22, 2024 at 1:00 P.M. ET**<br>**Objection Deadline: October 14, 2024 at 4:00 P.M. ET** |
| | **Ref. No. 23932** |

**NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM**

> **YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 OF EXHIBIT A ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**
>
> **UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

**PLEASE TAKE NOTICE** that on August 28, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Seventy-Third (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor* (the "Omnibus Objection") [D.I. 23932].[2]  Attached hereto as **Exhibit 1** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]   A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index.  The Omnibus Objection can be found at docket number 23932.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 14, 2024 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **October 22, 2024 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, Chief United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 28, 2024
 Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
        brown@lrclaw.com
        pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
        bromleyj@sullcrom.com
        gluecksteinb@sullcrom.com
        kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# EXHIBIT 1

**Exhibit L**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: October 22, 2024 at 1:00 P.M. ET**<br>**Objection Deadline: October 14, 2024 at 4:00 P.M. ET** |
| | **Ref. No. 23933** |

### NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

> **YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 AND SCHEDULE 2 OF EXHIBIT A ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**
>
> **UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

**PLEASE TAKE NOTICE** that on August 28, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Seventy-Fourth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer and Non-Customer Claims)* (the "Omnibus Objection") [D.I. 23933]. [2]  Attached hereto as **Exhibit 1** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index.  The Omnibus Objection can be found at docket number 23933.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 14, 2024 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **October 22, 2024 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, Chief United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 28, 2024
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Matthew R. Pierce
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# EXHIBIT 1

FTX Trading Ltd. 22-11068 (JTD)
Seventy-Fourth Omnibus Claims Objection
Schedule 1 - Modified Claims

| Asserted Claims | | | | | Modified Claims | |
|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |

**Exhibit M**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: October 22, 2024 at 1:00 P.M. ET**<br>**Objection Deadline: October 14, 2024 at 4:00 P.M. ET** |
| | **Ref. No. 23933** |

### NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

> **YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 AND SCHEDULE 2 OF EXHIBIT A ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**
>
> **UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

      **PLEASE TAKE NOTICE** that on August 28, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Seventy-Fourth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer and Non-Customer Claims)* (the "Omnibus Objection") [D.I. 23933]. [2]  Attached hereto as **Exhibit 1** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]    A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index.  The Omnibus Objection can be found at docket number 23933.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 14, 2024 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **October 22, 2024 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, Chief United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 28, 2024
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# **EXHIBIT 1**

Schedule 2
Claims to be Modified

| Claim Number | Name | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|
| | | Debtor | Amount | | Debtor | Amount |

**Exhibit N**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: October 22, 2024 at 1:00 P.M. ET**<br>**Objection Deadline: October 14, 2024 at 4:00 P.M. ET** |
| | **Ref. No. 23934** |

### NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

> **YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON <u>SCHEDULE 1</u> OF <u>EXHIBIT A</u> ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**
>
> **UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

**PLEASE TAKE NOTICE** that on August 28, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "<u>Debtors</u>") filed the *Debtors' Seventy-Fifth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)* (the "<u>Omnibus Objection</u>") [D.I. 23934].[2]  Attached hereto as **<u>Exhibit 1</u>** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]   A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index.  The Omnibus Objection can be found at docket number 23934.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 14, 2024 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **October 22, 2024 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, Chief United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 28, 2024
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
        brown@lrclaw.com
        pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
        bromleyj@sullcrom.com
        glueoksteinb@sullcrom.com
        kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# EXHIBIT 1

{1368.002-W0077091.}

**Exhibit O**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: October 22, 2024 at 1:00 P.M. ET**<br>**Objection Deadline: October 14, 2024 at 4:00 P.M. ET** |
| | **Ref. No. 23935** |

## NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

> **YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 OF EXHIBIT A ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**
>
> **UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

**PLEASE TAKE NOTICE** that on August 28, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Seventy-Sixth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)* (the "Omnibus Objection") [D.I. 23935].[2] Attached hereto as **Exhibit 1** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index. The Omnibus Objection can be found at docket number 23935.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 14, 2024 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **October 22, 2024 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, Chief United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 28, 2024
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# **EXHIBIT 1**

**Exhibit P**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: October 22, 2024 at 1:00 P.M. ET**<br>**Objection Deadline: October 14, 2024 at 4:00 P.M. ET** |
| | **Ref. No. 23936** |

**NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM**

> **YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD AND/OR LOCATE THEIR NAMES AND CLAIMS ON <u>SCHEDULE 1</u> OF <u>EXHIBIT A</u> ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**
>
> **UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

  **PLEASE TAKE NOTICE** that on August 28, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "<u>Debtors</u>") filed the *Debtors' Seventy-Seventh (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)* (the "<u>Omnibus Objection</u>") [D.I. 23936].[2]  Attached hereto as **<u>Exhibit 1</u>** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]  A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index.  The Omnibus Objection can be found at docket number 23936.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 14, 2024 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **October 22, 2024 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, Chief United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 28, 2024
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Matthew R. Pierce
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
         brown@lrclaw.com
         pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
         bromleyj@sullcrom.com
         gluecksteinb@sullcrom.com
         kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# EXHIBIT 1

**Exhibit Q**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: October 22, 2024 at 1:00 P.M. ET**<br>**Objection Deadline: October 14, 2024 at 4:00 P.M. ET** |
| | **Ref. No. 23938** |

### NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

---

**YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD AND/LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 OF EXHIBIT A ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**

**UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

---

      **PLEASE TAKE NOTICE** that on August 28, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Seventy-Eighth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)* (the "Omnibus Objection") [D.I. 23938].[2]  Attached hereto as **Exhibit 1** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]    A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index.  The Omnibus Objection can be found at docket number 23938.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 14, 2024 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **October 22, 2024 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, Chief United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 28, 2024
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# **<u>EXHIBIT 1</u>**

**<u>Exhibit R</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: October 22, 2024 at 1:00 P.M. ET**<br>**Objection Deadline: October 14, 2024 at 4:00 P.M. ET** |
| | **Ref. No. 23939** |

### NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

---

**YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 OF EXHIBIT A ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**

**UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

---

**PLEASE TAKE NOTICE** that on August 28, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Seventy-Ninth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)* (the "Omnibus Objection") [D.I. 23939].[2]  Attached hereto as **Exhibit 1** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]   A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index.  The Omnibus Objection can be found at docket number 23939.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 14, 2024 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **October 22, 2024 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, Chief United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 28, 2024
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# __EXHIBIT 1__

**<u>Exhibit S</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: October 22, 2024 at 1:00 P.M. ET**<br>**Objection Deadline: October 14, 2024 at 4:00 P.M. ET** |
| | **Ref. No. 23941** |

### NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

**YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 OF EXHIBIT A ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**

**UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

      **PLEASE TAKE NOTICE** that on August 28, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Eightieth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)* (the "Omnibus Objection") [D.I. 23941].[2] Attached hereto as **Exhibit 1** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]    A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index.  The Omnibus Objection can be found at docket number 23941.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 14, 2024 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **October 22, 2024 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, Chief United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 28, 2024
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# **EXHIBIT 1**

**Exhibit T**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: October 22, 2024 at 1:00 P.M. ET**<br>**Objection Deadline: October 14, 2024 at 4:00 P.M. ET** |
| | **Ref. No. 23942** |

### NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

> **YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 OF EXHIBIT A ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**
>
> **UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

**PLEASE TAKE NOTICE** that on August 28, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Eighty-First (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)* (the "Omnibus Objection") [D.I. 23942].[2] Attached hereto as **Exhibit 1** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index. The Omnibus Objection can be found at docket number 23942.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 14, 2024 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **October 22, 2024 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, Chief United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 28, 2024
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
        brown@lrclaw.com
        pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
        bromleyj@sullcrom.com
        gluecksteinb@sullcrom.com
        kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# **<u>EXHIBIT 1</u>**

**Exhibit U**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: October 22, 2024 at 1:00 P.M. ET**<br>**Objection Deadline: October 14, 2024 at 4:00 P.M. ET** |
| | **Ref. No. 23943** |

### NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

> **YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON <u>SCHEDULE 1</u> AND <u>SCHEDULE 2</u> OF <u>EXHIBIT A</u> ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**
>
> **UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

　　　**PLEASE TAKE NOTICE** that on August 28, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "<u>Debtors</u>") filed the *Debtors' Eighty-Second (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)* (the "<u>Omnibus Objection</u>") [D.I. 23943].[2]  Attached hereto as **<u>Exhibit 1</u>** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1]　The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]　A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index.  The Omnibus Objection can be found at docket number 23943.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 14, 2024 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **October 22, 2024 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, Chief United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 28, 2024
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Matthew R. Pierce
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# **<u>EXHIBIT 1</u>**

**Exhibit V**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: October 22, 2024 at 1:00 P.M. ET**<br>**Objection Deadline: October 14, 2024 at 4:00 P.M. ET** |
| | **Ref. No. 23945** |

## NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

> **YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE PROOFS SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 OF EXHIBIT A ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**
>
> **UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

      **PLEASE TAKE NOTICE** that on August 28, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Eighty-Third (Substantive) Omnibus Objection to Certain Duplicate Proofs of Claim (Customer Claims)* (the "Omnibus Objection") [D.I. 23945].[2]  Attached hereto as **Exhibit 1** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]   A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index.  The Omnibus Objection can be found at docket number 23945.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 14, 2024 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **October 22, 2024 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, Chief United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 28, 2024
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# **<u>EXHIBIT 1</u>**

**Exhibit W**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: October 22, 2024 at 1:00 P.M. ET**<br>**Objection Deadline: October 14, 2024 at 4:00 P.M. ET** |
| | **Ref. No. 23953** |

### NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

> **YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 AND SCHEDULE 2 OF EXHIBIT A ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**
>
> **UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

      **PLEASE TAKE NOTICE** that on August 28, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Eighty-Fourth (Non-Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Customer Claims)* (the "Omnibus Objection") [D.I. 23953].[2]  Attached hereto as **Exhibit 1** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]    A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index.  The Omnibus Objection can be found at docket number 23953.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 14, 2024 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **October 22, 2024 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, Chief United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 28, 2024
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Matthew R. Pierce
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# EXHIBIT 1

**<u>Exhibit X</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: October 22, 2024 at 1:00 P.M. ET**<br>**Objection Deadline: October 14, 2024 at 4:00 P.M. ET** |
| | **Ref. No. 23954** |

### NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

> **YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 OF EXHIBIT A ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**
>
> **UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

 **PLEASE TAKE NOTICE** that on August 28, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Eighty-Fifth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)* (the "Omnibus Objection") [D.I. 23954].[2] Attached hereto as **Exhibit 1** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]  A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index.  The Omnibus Objection can be found at docket number 23954.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 14, 2024 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **October 22, 2024 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, Chief United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 28, 2024
    Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

*Counsel for the Debtors and Debtors-in-Possession*

# <u>EXHIBIT 1</u>

**Exhibit Y**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: October 22, 2024 at 1:00 P.M. ET**<br>**Objection Deadline: October 14, 2024 at 4:00 P.M. ET** |
| | **Ref. No. 23955** |

### NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

> **YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 OF EXHIBIT A ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**
>
> **UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

**PLEASE TAKE NOTICE** that on August 28, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Eighty-Sixth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims)* (the "Omnibus Objection") [D.I. 23955].[2]  Attached hereto as **Exhibit 1** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]  A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index.  The Omnibus Objection can be found at docket number 23955.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 14, 2024 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **October 22, 2024 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, Chief United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 28, 2024
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

*Counsel for the Debtors and Debtors-in-Possession*

# **EXHIBIT 1**

**Exhibit Z**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: October 22, 2024 at 1:00 P.M. ET**<br>**Objection Deadline: October 14, 2024 at 4:00 P.M. ET** |
| | **Ref. No. 23956** |

## NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

> **YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON <u>SCHEDULE 1</u> OF <u>EXHIBIT A</u> ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**
>
> **UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

**PLEASE TAKE NOTICE** that on August 28, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "<u>Debtors</u>") filed the *Debtors' Eighty-Seventh (Substantive) Omnibus Objection to Certain Duplicate Proofs of Claim (Customer Claims)* (the "<u>Omnibus Objection</u>") [D.I. 23956].[2]  Attached hereto as **<u>Exhibit 1</u>** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]    A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index.  The Omnibus Objection can be found at docket number 23956.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 14, 2024 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **October 22, 2024 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, Chief United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 28, 2024
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

*Counsel for the Debtors and Debtors-in-Possession*

# **<u>EXHIBIT 1</u>**