IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FTX TRADING LTD., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br><br> (Jointly Administered) <br><br> Ref. Nos. 26035, 26039 & 26040 |

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER FOR LEAVE TO EXCEED PAGE LIMIT WITH RESPECT TO (A) DEBTORS' MEMORANDUM OF LAW IN SUPPORT OF AN ORDER CONFIRMING THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION FTX TRADING LTD. AND ITS DEBTOR AFFILIATES AND (B) DEBTORS' OMNIBUS REPLY TO PLAN CONFIRMATION OBJECTIONS**

Upon consideration of the motion of the above-captioned debtors and debtors-in-possession (the "Debtors" or "FTX"), for entry of an order granting the Debtors leave to exceed the page limit requirement (the "Motion") for the *Debtors' Memorandum of Law in Support of an Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganization FTX Trading Ltd. and Its Debtor Affiliates* (the "Confirmation Memorandum") and the *Debtors' Omnibus Reply to Plan Confirmation Objections* (the "Omnibus Reply" and, together with the Confirmation Memorandum, the "Confirmation Materials");[2] and the Court having jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms used herein, but not otherwise defined, shall have the meanings ascribed to them in the Confirmation Memorandum.

may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; pursuant to Rule 3017-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; and the Court having determined that granting the relief requested in the Motion is appropriate; and it appearing that due and adequate notice of the Motion has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED.

2. The Debtors are authorized to file the Confirmation Materials in excess of the page limitations established by Local Rule 3017-3.

3. The Court shall retain jurisdiction with respect to all matters arising from or related to implementation or interpretation of this Order.

**Dated: October 1st, 2024**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**