

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FTX TRADING LTD., ET AL., | Case No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Paxtibi LLP
221 W 9th St.
Wilmington, DE 19801
Tel: +971 504209612
Email: paxtibi.xyz@gmail.com

Name of Transferor

[name and address on file]

| Schedule/Claim No. | Creditor Name | % Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 6918 (submitted on or about 08/09/2023) | [REDACTED] | 100% | FTX Trading Ltd. | 22-11068 |
| Kroll Schedule 6811776 | [REDACTED] | 100% | FTX Trading Ltd. | 22-11068 |
| Customer Code 01409941 | [REDACTED] | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

Signed by:
*Federico Natali*

Role: Transferee Transferee's Agent
Name: Federico Natali

## Identity of Transferor/Seller

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee Buyer has not disclosed the Transferor's Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.



**PRESS FIRMLY T**

**FOR DO**
**P**

- Guara
- Guara
- USPS
  and m
- Pick u
- Dome
  (restri
- Signa

*Money B
 select In
 See DMM

**Insuranc
  claims e
  *http://pe*

†Money B

WHEN USED

October 2023
1/2 x 9 1/2



US POSTAGE AND FEES PAID
2024-09-26
19801
C4213782
Commercial
FLAT RATE ENV
easypost
0901000013148

**USPS PRIORITY MAIL EXPRESS**

PAXTIBI LLP
221 W 9TH ST #210
WILMINGTON DE 19801

0007

WAIVER OF SIGNATURE

C012

SHIP TO: UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 N MARKET ST
WILMINGTON DE 19801-3024

**USPS TRACKING #**



9470 1362 0827 1024 1944 79




PAPER POUCH




**UNITED STATES POSTAL SERVICE**