

IN THE UNITED STATES BANKRUPTCY COURT FOR THE OCT -1 AM 9:18
DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FTX TRADING LTD., ET AL., | Case No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee**

Paxtibi LLP
221 W 9th St.
Wilmington, DE 19801
Tel: +971 504209612
Email: paxtibi.xyz@gmail.com

**Name of Transferor**

[name and address on file]

| Schedule/Claim No. | Creditor Name | % Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Kroll Schedule 6221546 | [REDACTED] | 100% | FTX Trading Ltd. | 22-11068 |
| Customer Code 02104955 | [REDACTED] | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

Signed by:
*Federico Natali*
D5041B50C4DD4BD

Role: Transferee Transferee's Agent
Name: Federico Natali

## Identity of Transferor/Seller

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee Buyer has not disclosed the Transferor's Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

PRESS FIRMLY T[...]

FOR DO[...]
P[...]

- Guara[...]
- Guara[...]
- USPS[...]
  and m[...]
- Pick u[...]
- Dome[...]
  (restri[...]
- Signat[...]

*Money B[...]
 select In[...]
 See DM[...]

**Insuranc[...]
  claims e[...]
  http://pe[...]

‡Money B[...]

WHEN USED [...]

October 2023
1/2 x 9 1/2



**E**

US POSTAGE AND FEES PAID
2024-09-26
19801
C4213782
Commercial
FLAT RATE ENV

easypost

0901000013148

USPS PRIORITY MAIL EXPRESS

PAXTIBI LLP
221 W 9TH ST #210
WILMINGTON DE 19801

0007

WAIVER OF SIGNATURE

C012

SHIP TO: UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 N MARKET ST
WILMINGTON DE 19801-3024

USPS TRACKING #



9470 1362 0827 1024 1944 79






**UNITED STATES POSTAL SERVICE.**