# UNITED STATES BANKRUPTCY COURT
## District of Delaware

In re FTX Trading Ltd., *et al.*, Debtors

Chapter 11
Case No. 22-11068
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor



Name of Transferee
**Phoenix Digital LLC**
**Attn: Tian Zeng**
**Email: tzeng@nirvana-cap.com**
**42 W 33rd St, 27B**
**New York, NY 10001**

An undivided interest in **100%** of Seller's right, title, interest and obligations to the following claims:

| Claim No./Schedule | Creditor Name | Amount(s) | Debtor | Case No. |
|---|---|---|---|---|
| Schedule #: 6223604<br><br>Confirmation ID #: 3265-70-EKTYC-239388388<br><br>Unique Customer Code #: 00676162 | Name on File | 100% of the claim | FTX Trading, Ltd. | 22-11068 |

Phoenix Digital LLC

By: *Tian Zeng*
Transferee/Transferee's Agent

Date: September 30th 2024

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

**ANNEX B**

**EVIDENCE OF TRANSFER OF CLAIM**

TO:    U.S. Bankruptcy Court for the
District of Delaware ("Bankruptcy Court")

AND:    FTX Trading Ltd. ("Debtor")
Case No. 22-11068 (JTD) ("Case")

Schedule #: 6223604 ("Schedule")
Customer Claim Confirmation ID #: 3265-70-EKTYC-239388388 (the "Claim")
Unique Customer Code #: 00676162  ("Customer Code")

███████████ ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Phoenix Digital LLC
42 W 33rd Street, Apt 27B
New York, New York 10001
tzeng@nirvana-cap.com

its successors and assigns ("Buyer"), all rights, title and interest in and to (a) the Claim against the Debtor in the Case; (b) all amounts listed on the Schedule; and (c) all amounts with respect to the Customer Code.

Seller hereby waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated September 25, 2024.

| | |
|---|---|
| By: ███████████ | Phoenix Digital LLC |
| Name: ███████████ | By: *Tian Zeng* |
| Title: ███ | Name: Tian Zeng |
| | Title: Founder |