**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re FTX Trading Ltd., et al.,<br><br>              Debtors. | )<br>)  Chapter 11<br>)<br>)  Case No. 22-11068 (JTD)<br>)<br>)  (Jointly Administered)<br>) |

**NOTICE OF WITHDRAWAL OF**
**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

Hudson Bay Claim Fund LLC, by its undersigned counsel, hereby withdraws the following Notice of Transfer of Claim Other Than for Security, which was filed incorrectly:

Docket Number 19043 (filed June 26, 2024)

Dated: October 3, 2024

                                                       **MORGAN, LEWIS & BOCKIUS LLP**

                                                       By: */s/ Jody C. Barillare*
                                                       Jody C. Barillare (Bar No. 5107)
                                                       1201 N. Market Street, Suite 2201
                                                       Wilmington, DE 19801
                                                       Telephone: (302) 574-3000
                                                       Facsimile: (302) 574-3001
                                                      jody.barillare@morganlewis.com

                                                       *Attorneys for Hudson Bay Claim Fund LLC*