# Exhibit A

|   | **Objection** | **Response/Status** |
|---|---|---|
| 1. | BetDEX Labs, Inc.<br><br>- Limited Objection and Reservation of Rights Regarding the First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates of BetDEX Labs, Inc. ("BetDEX") [D.I. 23139, filed August 16, 2024)<br>- Withdrawn at Notice of Withdrawal of BetDEX, Inc.'s Limited Objection and Reservation of Rights Regarding the First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading LTD. and its Debtor Affiliates [D.I. 25751, filed September 26, 2024] | The objection has been withdrawn. |
| 2. | Mississippi Department of Revenue<br><br>- Objection and Reservation of Rights Regarding the Debtors' First Amended Joint Plan of Reorganization of the Mississippi Department of Revenue [D.I. 23145, filed August 16, 2024]<br>- Withdrawn at Notice of Withdrawal of Objection and Reservation of Rights Regarding the Debtors' First Amended Joint Plan of Reorganization [D.I. 26062, filed October 1, 2024] | The objection has been withdrawn. |
| 3. | Philadelphia Indemnity Insurance Company<br><br>- Philadelphia Indemnity Insurance Company's Limited Objection and Reservation of Rights to the First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates [D.I. 23178, filed August 19, 2024]<br>- Withdrawn at Philadelphia Indemnity Insurance Company's Notice of Withdrawal of Limited Objection and Reservation of Rights to the First Amended Joint Chapter 11 Plan of Reorganization [D.I. 26063, filed October 1, 2024] | The objection has been withdrawn. |

|   | **Objection** | **Response/Status** |
|---|---|---|
| 4. | U.S. Securities and Exchange Commission<br><br>• Reservation of Rights of the U.S. Securities and Exchange Commission to Confirmation of the Debtors' Joint Chapter 11 Plan [D.I. 24028, filed August 30, 2024] | The Debtors have resolved this response with language added to the confirmation order. |
| 5. | New Jersey Bureau of Securities<br><br>• Reservation of Rights of New Jersey Bureau of Securities Related to First Amended Joint Chapter 11 Plan of Reorganization [D.I. 24511, filed September 11, 2024] | The Debtors have resolved this response with language added to the confirmation order and the claims stipulation that is pending for approval [D.I. 25287]. |
| 6. | Wisconsin Department of Financial Institutions<br><br>• Limited Objection and Reservation of Rights of the Wisconsin Department of Financial Institutions to Confirmation of the First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Affiliated Debtors-In-Possession [D.I. 24572, filed September 11, 2024] | The Debtors have resolved this objection with language added to the confirmation order and the claims stipulation that is pending for approval [D.I. 25287]. |
| 7. | Texas State Securities Board, Texas Department of Banking, and State of Texas through the Consumer Protection Division of the Texas Attorney General<br><br>• Limited Objection and Reservation of Rights of the Texas State Securities Board, Texas Department of Banking, and State of Texas through the Consumer Protection Division of the Office of the Texas Attorney General to Confirmation of the First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Affiliated Debtors-In-Possession [D.I. 24568, filed September 11, 2024] | The Debtors have resolved this objection with language added to the confirmation order and the claims stipulation that is pending for approval [D.I. 25287]. |
| 8. | Ad Hoc Group of Preferred Equity Holders<br><br>• Reservation of Rights of Certain Preferred Equity Holders to First Amended Joint Chapter 11 Plan of Reorganization of FTX | The Debtors have resolved this response. |

|  | **Objection** | **Response/Status** |
|---|---|---|
|  | Trading Ltd. and Its Debtor Affiliates [D.I. 23159, filed August 16, 2024] |  |
| 9. | United States Trustee<br><br>- Objection of the United States Trustee to Confirmation of First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading, Ltd. and Its Debtor Affiliates [D.I. 23610, filed August 23, 2024] | As explained in Exhibit 1 to the *Debtors' Omnibus Reply to Objections to Confirmation of the Second Amended Joint Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I.26039], the Debtors have resolved portions of this objection but the hearing on the remainder is going forward. |
| 10. | Center for Applied Rationality; Lightcone Infrastructure, Inc, and Lightcone Rose Garden LLC<br><br>- Limited Objection and Reservation of Rights of Center for Applied Rationality, Lightcone Infrastructure, Inc., and Lightcone Rose Garden LLC with Respect to First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates [D.I. 23169, filed August 16, 2024] (Late Filed)<br>- Withdrawn at Notice of Withdrawal of Limited Objection and Reservation of Rights [D.I. 25927, September 27, 2024] | The objection has been withdrawn. |
| 11. | Customer Claimant Objections<br><br>- Limited Objection of Kihyuk Nam to the Valuation of FTT in Motion of Debtors to Estimate Claims Based on Digital Assets and Request for Fair Treatment of FTT Holders [D.I. 22573, filed August 8, 2024]<br>- Supplemental Amendment to Limited Objection of Kihyuk Nam [D.I. 22574, filed August 8, 2024]<br>- Second Supplemental Amendment to Limited Objection of Kihyuk Nam [D.I. 22576, filed August 8, 2024]<br>- Statement of Support for the Limited Objection of Kihyuk Nam filed by Michael Pawellek [D.I. 23047, filed August 15, 2024] | The hearing on this matter is going forward. |

| | Objection | Response/Status |
|---|---|---|
| | • Statement of Support for the Limited Objection of Kihyuk Nam filed by Chris Koh [D.I. 23048, filed August 15, 2024]<br>• Statement of Support for the Limited Objection of Kihyuk Nam filed by Jon Bond [D.I. 23049, filed August 15, 2024]<br>• Statement of Support for the Limited Objection of Kihyuk Nam filed by Murali Balasubramani [D.I. 23366, filed August 20, 2024] | |
| 12. | LayerZero Labs Ltd., Ari Litan, and Skip & Goose LLC<br>• Objection Of LayerZero Labs Ltd., Ari Litan, and Skip & Goose LLC to Confirmation of the First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates [D.I. 23158, filed August 16, 2024]<br>• [SEALED] Declaration of Jordan E. Sazant in Support of the Objection of LayerZero Labs Ltd., Ari Litan, and Skip & Goose LLC to Confirmation of the First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates [D.I. 23160, filed August 16, 2024]<br>• [REDACTED] Declaration of Jordan E. Sazant in Support of the Objection of LayerZero Labs Ltd., Ari Litan, and Skip & Goose LLC to Confirmation of the First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates [D.I. 23454, filed August 21, 2024] | The hearing on this matter is going forward. |
| 13. | ELD Capital LLC<br><br>• Objection of ELD Capital LLC to Confirmation of Debtors' Joint Chapter 11 Plan of Reorganization and Reservation of Rights [D.I. 23140, filed August 16, 2024] | The hearing on this matter is going forward. |
| 14. | Foreign Representatives of Three Arrows Capital, LTD. | The hearing on this matter is going forward. |

|  | **Objection** | **Response/Status** |
|---|---|---|
|  | • Limited Objection and Reservation of Rights of the Foreign Representatives of Three Arrows Capital, LTD. (In Liquidation) to the FTX Debtors' Motion for Entry of an Order Approving the Adequacy of the Plan [D.I. 23146, filed August 16, 2024] |  |
| 15. | Celsius Litigation Administrator<br><br>• The Celsius Litigation Administrator's Objection to Confirmation of the First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading LTD. and its Debtor Affiliates [D.I. 23147, filed August 16, 2024] | The hearing on this matter is going forward. |
| 16. | Arceau 507 II LLC<br>• Limited Objection and Reservation of Rights of Arceau 507 II LLC with Respect to Confirmation of the First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading LTD. and its Debtor Affiliates [D.I. 23148, August 16, 2024] | The hearing on this matter is going forward. |
| 17. | Retail Customer Objections<br><br>• Objection of Ahmed Abd El-Razek, Sunil Kavuri, and Pat Rabbitte to First Amended Joint Chapter 11 Plan of Reorganization [D.I. 23162, filed August 16, 2024] (Late Filed)<br>• Joinder of Seth Melamed to the Objections to the Plan Raised by the Retail Customers and Reservation of Rights [D.I. 23167, filed August 16, 2024] (Late Filed)<br>• Declaration of Seth Melamed in Support of Supplemental Opposition to First Amended Joint Chapter 11 Plan of FTX Trading Ltd. [D.I. 24582, filed September 12, 2024] | The hearing on this matter is going forward. |
| 19. | Samuel Gunawan<br><br>• Objection of Samuel Gunawan to Confirmation of the First Amended Joint Chapter 11 Plan of Reorganization of FTX | The hearing on this matter is going forward. |

|     | **Objection** | **Response/Status** |
| --- | --- | --- |
|     | Trading Ltd. and Its Debtor Affiliates [D.I. 25664, filed September 24, 2024] (Late Filed) | *This objection was filed over one month after the objection deadline. |
| 20. | Lidia Favario<br>• Objection of Lidia Favario to Confirmation of the First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates [D.I. 26170, filed October 2, 2024] (Late Filed) | The hearing on this matter is going forward.<br><br>*This objection was filed over one month after the objection deadline. |