**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Jonathan Ruvinov, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 30, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on the Core/2002 Email Service List attached hereto as **Exhibit A**:

- Statement of the Joint Official Liquidators of FTX Digital Markets Ltd. in Support of Confirmation of the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates [Docket No. 26052]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: October 2, 2024

*/s/ Jonathan Ruvinov*
Jonathan Ruvinov

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 2, 2024, by Jonathan Ruvinov, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

Exhibit A
Core/2002 Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| A. M. SACCULLO LEGAL, LLC | ATTN: ANTHONY M. SACCULLO, MARY E. AUGUSTINE | AMS@SACCULLOLEGAL.COM; MEG@SACCULLOLEGAL.COM |
| ASHBY & GEDDES, P.A. | ATTN: RICARDO PALACIO, GREGORY A. TAYLOR | RPALACIO@ASHBYGEDDES.COM; GTAYLOR@ASHBYGEDDES.COM |
| ASHBY & GEDDES, P.A. | ATTN: MICHAEL D. DEBAECKE | MDEBAECKE@ASHBYGEDDES.COM |
| BALLARD SPAHR LLP | ATTN: NICHOLAS J. BRANNICK | BRANNICKN@BALLARDSPAHR.COM |
| BALLARD SPAHR LLP | ATTN: JAMES V. MASELLA, III | MASELLAJ@BALLARDSPAHR.COM |
| BIELLI & KLAUDER, LLC | ATTN: DAVID M. KLAUDER | DKLAUDER@BK-LEGAL.COM |
| BLANK ROME LLP | ATTN: JOSEF W. MINTZ | JOSEF.MINTZ@BLANKROME.COM |
| BLANK ROME LLP | ATTN: RICK ANTONOFF | RICK.ANTONOFF@BLANKROME.COM |
| BOERSCH & ILLOVSKY LLP | ATTN: SHARON FRASE | SHARON@BOERSCH-ILLOVSKY.COM |
| BOIES SCHILLER FLEXNER LLP | ATTN: ALEXANDER BOIES, BROOKE A. ALEXANDER | DBOIES@BSFLLP.COM; ABOIES@BSFLLP.COM; BALEXANDER@BSFLLP.COM |
| BROWN RUDNICK LLP | ATTN: KENNETH J. AULET, JEFFREY L. JONAS, MICHAEL WINOGRAD, ALEXANDER F. KASNETZ | KAULET@BROWNRUDNICK.COM; JJONAS@BROWNRUDNICK.COM; MWINOGRAD@BROWNRUDNICK.COM; AKASNETZ@BROWNRUDNICK.COM |
| BROWN RUDNICK LLP | ATTN: TRISTAN G. AXELROD, SHARI I. DWOSKIN, MATTHEW A. SAWYER | TAXELROD@BROWNRUDNICK.COM; SDWOSKIN@BROWNRUDNICK.COM; MSAWYER@BROWNRUDNICK.COM |
| BROWNELL LAW GROUP LLC | ATTN: FELICIA BROWNELL | FBROWNELL@BROWNELLLAWGROUP.COM |
| BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ. | SCHRISTIANSON@BUCHALTER.COM |
| BUTLER SNOW LLP | ATTN: MARTIN SOSLAND | MARTIN.SOSLAND@BUTLERSNOW.COM |
| BUTLER SNOW LLP | ATTN: JAMES E. BAILEY III, ROBERT CAMPBELL HILLYER | JEB.BAILEY@BUTLERSNOW.COM; CAM.HILLYER@BUTLERSNOW.COM |
| CARR MALONEY P.C. | ATTN: J. PETER GLAWS, IV, ESQ. | PETER.GLAWS@CARRMALONEY.COM |
| CARTER LEDYARD & MILBURN LLP | ATTN: AARON R. CAHN | BANKRUPTCY@CLM.COM |
| CHAMBERLAINS LAW FIRM | ATTN: STIPE VULETA, LACHLAN MCBRIDE, SEBASTIAN BRODOWSKI, SAM KEYS-ASGILL | STIPE.VULETA@CHAMBERLAINS.COM.AU; LACHLAN.MCBRIDE@CHAMBERLAINS.COM.AU; SEBASTIAN.BRODOWSKI@CHAMBERLAINS.COM.AU; SAM.KEYSASGILL@CHAMBERLAINS.COM.AU |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN: ROBERT A. WEBER, MARK L. DESGROSSEILLIERS | WEBER@CHIPMANBROWN.COM |
| CLARK HILL PLC | ATTN: KAREN M. GRIVNER | KGRIVNER@CLARKHILL.COM |
| CLARK HILL PLC | ATTN: KEVIN H. MORSE | KMORSE@CLARKHILL.COM |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: JANE VANLARE, BRANDON M. HAMMER | JVANLARE@CGSH.COM; BHAMMER@CGSH.COM |
| COINCIDENT CAPITAL INTERNATIONAL, LTD | C/O SUNIL SHAH | FTXCC@COINCIDENTCAPITAL.COM |
| COLE SCHOTZ P.C. | ATTN: NORMAN L. PERNICK, ESQ., ANDREW J. ROTH, ESQ., JUSTIN R. ALBERTO, PATRICK J. REILLEY ,MELISSA M. HARTLIPP | NPERNICK@COLESCHOTZ.COM; AROTH-MOORE@COLESCHOTZ.COM; JALBERTO@COLESCHOTZ.COM; PREILLEY@COLESCHOTZ.COM; MHARTLIPP@COLESCHOTZ.COM |
| COLE SCHOTZ P.C. | ATTN: JACOB S. FRUMKIN, ESQ. | JFRUMKIN@COLESCHOTZ.COM |
| COMMODITY FUTURES TRADING COMMISSION | ATTN: ALEX T. CASE | MWHITE@CFTC.GOV; ACASE@CFTC.GOV |
| COMMODITY FUTURES TRADING COMMISSION | ATTN: CARLIN METZGER | CMETZGER@CFTC.GOV |
| COOLEY LLP | ATTN: CULLEN D. SPECKHART | CSPECKHART@COOLEY.COM |
| COOLEY LLP | ATTN: MICHAEL KLEIN, ARIC WU, CAROLINE PIGNATELLI, ERICA J. RICHARDS | MKLEIN@COOLEY.COM; AHWU@COOLEY.COM; CPIGNATELLI@COOLEY.COM; ERICHARDS@COOLEY.COM |
| COOLEY LLP | ATTN: PHILIP M. BOWMAN, ESQ. | PBOWMAN@COOLEY.COM |
| COOLEY LLP | ATTN: AUDREY MOTT-SMITH | AMOTTSMITH@COOLEY.COM |
| COUSINS LAW LLC | ATTN: SCOTT D. JONES, ESQ. | SCOTT.JONES@COUSINS-LAW.COM |
| COZEN O'CONNOR | ATTN: THOMAS J. FRANCELLA | TFRANCELLA@COZEN.COM |
| COZEN O'CONNOR | ATTN: FREDERICK SCHMIDT | ESCHMIDT@COZEN.COM |
| CROSS & SIMON LLC | ATTN: KEVIN S. MANN | KMANN@CROSSLAW.COM |
| CROSS & SIMON, LLC | ATTN: CHRISTOPHER P. SIMON | CSIMON@CROSSLAW.COM |
| CROWELL & MORING LLP | ATTN: FREDERICK HYMAN | FHYMAN@CROWELL.COM |
| DEBEVOISE & PLIMPTON LLP | ATTN: SIDNEY P. LEVINSON, JASMINE BALL | SLEVINSON@DEBEVOISE.COM; JBALL@DEBEVOISE.COM |
| DEBEVOISE & PLIMPTON LLP | ATTN: M. NATASHA LABOVITZ, ESQ., ELIE J. WORENKLEIN, ESQ., MICHAEL C. GODBE, ESQ. | NLABOVITZ@DEBEVOISE.COM; EWORENKLEIN@DEBEVOISE.COM; MCGODBE@DEBEVOISE.COM |
| DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON | FASNOTIFY@STATE.DE.US |
| DELAWARE SECRETARY OF STATE | CORPORATIONS FRANCHISE TAX | DOSDOC_FTAX@STATE.DE.US |
| DELAWARE STATE TREASURY | ATTN: BANKRUPTCY DEPT | STATETREASURER@STATE.DE.US |
| DILWORTH PAXSON LLP | ATTN: PETER C. HUGHES, ESQ. | PHUGES@DILWORTHLAW.COM |
| DLA PIPER LLP | ATTN: AARON S. APPLEBAUM | AARON.APPLEBAUM@US.DLAPIPER.COM |
| DLA PIPER LLP (US) | ATTN: AARON S. APPLEBAUM | AARON.APPLEBAUM@US.DLAPIPER.COM |
| DLA PIPER LLP (US) | ATTN: DENNIS C. O'DONNELL | DENNIS.ODONNELL@DLAPIPER.COM |
| DLA PIPER LLP (US) | ATTN: JEFFREY TOROSIAN | JEFFREY.TOROSIAN@DLAPIPER.COM |
| DOSHI LEGAL GROUP, P.C. | ATTN: AMISH R. DOSHI | AMISH@DOSHILEGAL.COM |
| EMMET, MARVIN & MARTIN, LLP | ATTN: THOMAS A. PITTA, ESQ. JUDITH SWARTZ, ESQ. | JSWARTZ@EMMETMARVIN.COM; TPITTA@EMMETMARVIN.COM |
| EVERSHEDS SUTHERLAND (US) LLP | ATTN: PETER A. IVANICK, SARAH E. PAUL, PHILIP H. EHRLICH, LYNN W. HOLBERT | PETERIVANICK@EVERSHEDS-SUTHERLAND.COM; SARAHPAUL@EVERSHEDS-SUTHERLAND.COM; PHILIPEHRLICH@EVERSHEDS-SUTHERLAND.COM; LYNNHOLBERT@EVERSHEDS-SUTHERLAND.COM |
| EVERSHEDS SUTHERLAND (US) LLP | ATTN: ERIN E. BRODERICK | ERINBRODERICK@EVERSHEDS-SUTHERLAND.COM |

Exhibit A
Core/2002 Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| EVERSHEDS SUTHERLAND (US) LLP | ATTN: MARK D. SHERRILL | MARKSHERRILL@EVERSHEDS-SUTHERLAND.COM |
| EVERSHEDS SUTHERLAND (US) LLP | ATTN: ANDREA L. GORDON | ANDREAGORDON@EVERSHEDS-SUTHERLAND.COM |
| FOLEY & LARDNER LLP | ATTN: MICHAEL J. SMALL | MSMALL@FOLEY.COM |
| FOLEY & LARDNER LLP | ATTN: SAMANTHA RUPPENTHAL | SRUPPENTHAL@FOLEY.COM |
| GEBHARDT & SMITH LLP | ATTN: DAVID V. FONTANA | DFONT@GEBSMITH.COM |
| GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL | MBUSENKELL@GSBBLAW.COM |
| GELLERT SEITZ BUSENKELL & BROWN, LLC | ATTN: RONALD S. GELLERT, BRADLEY P. LEHMAN | RGELLERT@GSBBLAW.COM; BLEHMAN@GSBBLAW.COM |
| GIBBONS P.C. | ATTN: CHRISTOPHER VICECONTE, ESQ. | CVICECONTE@GIBBONSLAW.COM |
| GIBBONS P.C. | ATTN: ROBERT K. MALONE, ESQ., BRETT S. THEISEN, ESQ. | RMALONE@GIBBONSLAW.COM; BTHEISEN@GIBBONSLAW.COM; KMCEVILLY@GIBBONSLAW.COM |
| GOETZ FITZPATRICK LLP | ATTN: SCOTT D. SIMON, ESQ. | SSIMON@GOETZFITZ.COM |
| GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP | ATTN: BRIAN DAVIDOFF | BDAVIDOFF@GREENBERGGLUSKER.COM |
| HAYNES AND BOONE, LLP | ATTN: RICHARD KANOWITZ | RICHARD.KANOWITZ@HAYNESBOONE.COM |
| HAYNES AND BOONE, LLP | ATTN: RICHARD D. ANIGIAN, CHARLES M. JONES II | RICK.ANIGIAN@HAYNESBOONE.COM; CHARLIE.JONES@HAYNESBOONE.COM |
| HERBERT SMITH FREEHILLS NEW YORK LLP | ATTN: CHRISTOPHER BOYD, ESQUIRE, PETER BEHMKE, ESQUIRE | CHRISTOPHER.BOYD@HSF.COM; PETER.BEHMKE@HSF.COM |
| HEYMAN ENERIO GATTUSO & HIRZEL LLP | ATTN: DOMINICK T. GATTUSO; DENISE S. KRAFT | DGATTUSO@HEGH.LAW; DKRAFT@HEGH.LAW |
| HOGAN LOVELLS US LLP | ATTN: DENNIS H. TRACEY, III, JOHN D. BECK, MAYA JUMPER | DENNIS.TRACEY@HOGANLOVELLS.COM;DENNIS.TRACEY@HOGANLOVELLS.COM;MAYA.JUMPER@HOGANLOVELLS.COM |
| HOLLAND & KNIGHT LLP | ATTN: WARREN E. GLUCK, ESQ., MARIE E. LARSEN, ESQ., DAVID W. WIRT, JESSICA MAGEE, SHARDUL DESAI | WARREN.GLUCK@HKLAW.COM; MARIE.LARSEN@HKLAW.COM; DAVID.WIRT@HKLAW.COM; JESSICA.MAGEE@HKLAW.COM; SHARDUL.DESAI@HKLAW.COM |
| HUGH SMITH ESQUIRE | LEVEL 8 224 BUNDA STREET | HUGH.SMITH@CHAMBERLAINS.COM.AU |
| JOYCE, LLC | ATTN: MICHAEL J. JOYCE, ESQ. | MJOYCE@MJLAWOFFICES.COM |
| K&L GATES LLP | ATTN: ROBERT T. HONEYWELL, ESQ. | ROBERT.HONEYWELL@KLGATES.COM |
| K&L GATES LLP | ATTN: BRIAN D. KOOSED, ESQ. | BRIAN.KOOSED@KLGATES.COM |
| K&L GATES LLP | ATTN: STEVEN L. CAPONI, ESQ., MATTHEW B. GOELLER, ESQ., MEGAN E. O'CONNER, ESQ. | STEVEN.CAPONI@KLGATES.COM; MATTHEW.GOELLER@KLGATES.COM; MEGAN.OCONNER@KLGATE.COM |
| KELLER BENVENUTTI KIM LLP | ATTN: JANE KIM, GABRIELLE L. ALBERT | JKIM@KBKLLP.COM; GALBERT@KBKLLP.COM |
| KELLY HART & HALLMAN LLP | ATTN: LOUIS M. PHILLIPS | LOUIS.PHILLIPS@KELLYHART.COM |
| KELLY HART & HALLMAN LLP | ATTN: MICHAEL D. ANDERSON | MICHAEL.ANDERSON@KELLYHART.COM |
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN: DOMENIC E. PACITTI, RICHARD M. BECK, SALLY E. VEGHTE | RBECK@KLEHR.COM; DPACITTI@KLEHR.COM; SVEGHTE@KLEHR.COM |
| LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, KIMBERLY A. BROWN, MATTHEW R. PIERCE, NICOLAS E. JENNER, GEORGE A. WILLIAMS III, MATTHEW MCGUIRE, HOWARD W. ROBERTSON IV | LANDIS@LRCLAW.COM; BROWN@LRCLAW.COM; PIERCE@LRCLAW.COM; JENNER@LRCLAW.COM; WILLIAMS@LRCLAW.COM; MCGUIRE@LRCLAW.COM; ROBERTSON@LRCLAW.COM |
| LATHAM & WATKINS LLP | ATTN: ADAM J. GOLDBERG BRIAN S. ROSEN | ADAM.GOLDBERG@LW.COM; BRIAN.ROSEN@LW.COM |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | ATTN: ANN M. KASHISHIAN | ANN.KASHISHIAN@LEWISBRISBOIS.COM |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | ATTN: SCOTT D. COUSINS, RAFAEL X. ZAHRALDDIN-ARAVENA, KEVIN F. SHAW | SCOTT.COUSINS@LEWISBRISBOIS.COM; RAFAEL.ZAHRALDDIN@LEWISBRISBOIS.COM; KEVIN.SHAW@LEWISBRISBOIS.COM |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | ATTN: PHILIP HINSON, ESQUIRE | PHILIP.HINSON@LEWISBRISBOIS.COM |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | ATTN: SEAN P. SHECTER, ESQUIRE | SEAN.SHECTER@LEWISBRISBOIS.COM |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | ATTN: KEITH KODOSKY, ESQUIRE | KEITH.KODOSKY@LEWISBRISBOIS.COM |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | ATTN: MINYAO WANG, ESQUIRE | MINYAO.WANG@LEWISBRISBOIS.COM |
| LOCKE LORD LLP | ATTN: IRA S. GREENE | IRA.GREENE@LOCKELORD.COM |
| LOWENSTEIN SANDLER LLP | ATTN: ANDREW BEHLMANN, COLLEEN M. RESTEL | ABEHLMANN@LOWENSTEIN.COM; CRESTEL@LOWENSTEIN.COM |
| LOWENSTEIN SANDLER LLP | ATTN: DANIEL B. BESIKOF, ESQ. | DBESIKOF@LOWENSTEIN.COM |
| MANIER HEROD, P.C. | ATTN: JEFFREY S. PRICE, MELISSA J. LEE, SCOTT C. WILLIAMS | JPRICE@MANIERHEROD.COM; MLEE@MANIERHEROD.COM; SWILLIAMS@MANIERHEROD.COM |
| MCCARTER & ENGLISH LLP | ATTN: KATE ROGGIO BUCK, MATTHEW J. RIFINO, SHANNON D. HUMISTON | KBUCK@MCCARTER.COM; MRIFINO@MCCARTER.COM; SHUMISTON@MCCARTER.COM |
| MCCARTER & ENGLISH LLP | ATTN: DAVID ADLER ESQ. | DADLER@MCCARTER.COM |
| MCCARTER & ENGLISH LLP | ATTN: LISA S. BOSSALL, PHILLIP S. PAVLICK | LLBONSALL@MCCARTER.COM; PPAVLICK@MCCARTER.COM |
| MCDERMOTT WILL & EMERY LLP | ATTN: MARIS J. KANDESTIN | MKANDESTIN@MWE.COM |
| MCDERMOTT WILL & EMERY LLP | ATTN: DARREN AZMAN, JOHN J. CALANDRA | DAZMAN@MWE.COM; JCALANDRA@MWE.COM; JBEVANS@MWE.COM; ERODD@MWE.COM |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GARY D. BRESSLER, DAVID P. PRIMACK | GBRESSLER@MDMC-LAW.COM; DPRIMACK@MDMC-LAW.COM |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: MICHAEL R. MORANO, ESQ. | MMORANO@MDMC-LAW.COM |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: JEFFREY BERNSTEIN | JBERNSTEIN@MDMC-LAW.COM |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: NICOLE LEONARD | NLEONARD@MDMC-LAW.COM |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GARY D. BRESSLER, GASTON P. LOOMIS | GBRESSLER@MDMC-LAW.COM; GLOOMIS@MDMC-LAW.COM |
| MIAMI-DADE OFFICE OF THE TAX COLLECTOR | BANKRUPTCY UNIT | PRISCILLA.WINDLEY@MIAMIDADE.GOV; MDTCBKC@MIAMIDADE.GOV |
| MILLER SHAH LLP | ATTN: JAMES E. MILLER, ESQ. | JEMILLER@MILLERSHAH.COM |
| MILLER SHAH LLP | ATTN: ALEC J. BERIN, ESQ. | AJBERIN@MILLERSHAH.COM |
| MO BANKRUPTCY UNIT | ATTN: STEVEN A. GINTHER, GENERAL COUNSEL | DEECF@DOR.MO.GOV |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: JODY C. BARILLARE | JODY.BARILLARE@MORGANLEWIS.COM |

Exhibit A
Core/2002 Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: JOHN C. GOODCHILD III; MATTHEW C. ZIEGLER | JOHN.GOODCHILD@MORGANLEWIS.COM; MATTHEW.ZIEGLER@MORGANLEWIS.COM |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: JOSHUA DORCHAK; DAVID K. SHIM | JOSHUA.DORCHAK@MORGANLEWIS.COM; DAVID.SHIM@MORGANLEWIS.COM |
| MORRIS JAMES LLP | ATTN: ERIC J. MONZO, SARAH M. ENNIS | EMONZO@MORRISJAMES.COM; SENNIS@MORRISJAMES.COM ; TPAKROUH@MORRISJAMES.COM |
| MORRIS JAMES LLP | ATTN: ERIC J. MONZO, TARA C. PAKROUH, CHRISTOPHER M. DONNELLY | EMONZO@MORRISJAMES.COM; TPAKROUH@MORRISJAMES.COM; CDONNELY@MORRISJAMES.COM |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: MATTHEW B. HARVEY | MHARVEY@MORRISNICHOLS.COM |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: DONNA L. CULVER, DANIEL B. BUTZ | DCULVER@MORRISNICHOLS.COM; DBUTZ@MORRISNICHOLS.COM |
| MORRISON COHEN LLP | ATTN: JOSEPH T. MOLDOVAN, HEATH D. ROSENBLAT; JASON P. GOTTLIEB, MICHAEL MIX | JMOLDOVAN@MORRISONCOHEN.COM; HROSENBLAT@MORRISONCOHEN.COM; JGOTTLIEB@MORRISONCOHEN.COM; MMIX@MORRISONCOHEN.COM |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY | KCORDRY@NAAG.ORG |
| OCTOPUS INFORMATION LTD | ATTN: LINFENG DONG, OMC CHAMBERS | OCTOPUS_FTX@TEAMB.CN |
| OFFICE OF THE ATTORNEY GENERAL OF GEORGIA | ATTN: AMY L. PATTERSON | APATTERSON@LAW.GA.GOV |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS, BANKRUPTCY & COLLECTIONS DIVISION | ATTN: ROMA N. DESAI, LAYLA D. MILLIGAN, ABIGAIL R. RYAN, STEPHANIE EBERHARDT | ROMA.DESAI@OAG.TEXAS.GOV; LAYLA.MILLIGAN@OAG.TEXAS.GOV; ABIGAIL.RYAN@OAG.TEXAS.GOV; STEPHANIE.EBERHARDT@OAG.TEXAS.GOV |
| OFFICE OF THE ILLINOIS ATTORNEY GENERAL | ATTN: JOHN P. REDING | JOHN.REDING@ILAG.GOV |
| OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ATTN: ROBERT J. ROCK | ROBERT.ROCK@AG.NY.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: BENJAMIN A. HACKMAN, DAVID GERARDI, JON.LIPSHIE | BENJAMIN.A.HACKMAN@USDOJ.GOV; DAVID.GERARDI@USDOJ.GOV; JON.LIPSHIE@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: LINDA RICHENDERFER, ESQ. | LINDA.RICHENDERFER@USDOJ.GOV |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | ATTN: LAURA METZGER, MICHAEL TRENTIN | LMETZGER@ORRICK.COM; MTRENTIN@ORRICK.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: JASON H. ROSELL, COLIN R. ROBINSON | JROSELL@PSZJLAW.COM; CROBINSON@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES, PETER J. KEANE, EDWARD A. CORMA | LJONES@PSZJLAW.COM; PKEANE@PSZJLAW.COM; ECORMA@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: TEDDY M. KAPUR | TKAPUR@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: TEDDY M. KAPUR | TKAPUR@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: JASON H. ROSELL, MARY F. CALOWAY | JROSELL@PSZJLAW.COM; MCALOWAY@PSZJLAW.COM |
| PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: JOHN W. WEISS, ALEXIS R. GAMBALE | JWEISS@PASHMANSTEIN.COM; AGAMBALE@PASHMANSTEIN.COM |
| PAUL HASTINGS | ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, EREZ E. GILAD AND SAMANTHA MARTIN | GABESASSON@PAULHASTINGS.COM; KRISHANSEN@PAULHASTINGS.COM; KENPASQUALE@PAULHASTINGS.COM; EREZGILAD@PAULHASTINGS.COM; LUCDESPINS@PAULHASTINGS.COM; SAMANTHAMARTIN@PAULHASTINGS.COM |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELIZABETH WANG, DANIEL A. MASON | DMASON@PAULWEISS.COM; EWANG@PAULWEISS.COM |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: WILLIAM A. CLAREMAN, GREGORY F. LAUFER, KENNETH S. ZIMAN | WCLAREMAN@PAULWEISS.COM; GLAUFER@PAULWEISS.COM; KZIMAN@PAULWEISS.COM |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN:RANDALL S. LUSKEY | RLUSKEY@PAULWEISS.COM |
| POTTER ANDERSON & CORROON LLP | ATTTN: M. BLAKE CLEARY, R. STEPHEN MCNEILL, SAMEEN RIZVI, ESQ. | BCLEARY@POTTERANDERSON.COM; RMCNEILL@POTTERANDERSON.COM; SRIZVI@POTTERANDERSON.COM |
| PROSKAUER ROSE LLP | ATTN: BRIAN S. ROSEN, DYLAN J. MARKER | BROSEN@PROSKAUER.COM; DMARKER@PROSKAUER.COM |
| PROSKAUER ROSE LLP | ATTN: JORDAN E. SAZANT | JSAZANT@PROSKAUER.COM |
| PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD. | ATTN: BRIAN SIMMS, K.C., KEVIN CAMBRIDGE, PETER GREAVES | BSIMMS@LENNOXPATON.COM; KEVIN.CAMBRIDGE@PWC.COM; PETER.GREAVES@HK.PWC.COM |
| PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN, ESQ. RICHARD LEVY, JR., ESQ. ANDREW S. RICHMOND, ESQ. | SLIEBERMAN@PRYORCASHMAN.COM; RLEVY@PRYORCASHMAN.COM |
| PULSAR GLOBAL LTD | ATTN: MICHELE WAN AND JACKY YIP | MICHELE.WAN@PULSAR.COM; JACKY.YIP@PULSAR.COM |
| REED SMITH LLP | ATTN: KURT F. GWYNNE | KGWYNNE@REEDSMITH.COM |
| REED SMITH LLP | ATTN: AARON JAVIAN | AJAVIAN@REEDSMITH.COM |
| REICH REICH & REICH, P.C. | ATTN: NICHOLAS A. PASALIDES, ESQ. | NPASALIDES@REICHPC.COM |
| RICHARDS, LAYTON & FINGER, P.A. | ATTN: KEVIN GROSS, PAUL N. HEATH, DAVID T. QUEROLI, BRENDAN J. SCHLAUCH | GROSS@RLF.COM; HEATH@RLF.COM; QUEROLI@RLF.COM; SCHLAUCH@RLF.COM |
| RIMON, P.C. | ATTN: JACQUELYN H. CHOI | JACQUELYN.CHOI@RIMONLAW.COM |
| RIMON, P.C. | ATTN: FREDERICK CHANG | FREDERICK.CHANG@RIMONLAW.COM |
| ROBINSON & COLE LLP | ATTN: JAMIE L. EDMONSON | JEDMONSON@RC.COM |
| SAUL EWING LLP | ATTN: LUCIAN B. MURLEY | LUKE.MURLEY@SAUL.COM |
| SCHULTE ROTH & ZABEL LLP | ATTN: REUBEN E. DIZENGOFF | REUBEN.DIZENGOFF@SRZ.COM |
| SCHULTE ROTH & ZABEL LLP | ATTN: DOUGLAS S. MINTZ | DOUGLAS.MINTZ@SRZ.COM |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY | SECBANKRUPTCY@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT | SECBANKRUPTCY@SEC.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ATTORNEY.GENERAL@STATE.DE.US |
| STEVENS & LEE, P.C. | ATTN: JOSEPH H. HUSTON, JR., ELIZABETH A. ROGERS | JOSEPH.HUSTON@STEVENSLEE.COM; ELIZABETH.ROGERS@STEVENSLEE.COM |
| STRADLEY RONON STEVENS & YOUNG, LLP | ATTN: DANIEL M. PEREIRA | DPEREIRA@STRADLEY.COM |
| STRADLEY RONON STEVENS & YOUNG, LLP | ATTN: DEBORAH A. REPEROWITZ | DREPEROWITZ@STRADLEY.COM |
| STREUSAND, LANDON, OZBURN & LEMMON, LLP | ATTN: SABRINA L. STREUSAND, ANH NGUYEN | STREUSAND@SLOLLP.COM; NGUYEN@SLOLLP.COM |
| SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, JAMES L. BROMLEY, BRIAN D. GLUECKSTEIN, ALEXA J. KRANZLEY, STEVEN L. HOLLEY, STEPHEN EHRENBERG, CHRISTOPHER J. DUNNE | DIETDERICHA@SULLCROM.COM; BROMLEYJ@SULLCROM.COM; GLUECKSTEINB@SULLCROM.COM; KRANZLEYA@SULLCROM.COM; PETIFORDJ@SULLCROM.COM; HOLLEYS@SULLCROM.COM; EHRENBERGS@SULLCROM.COM; DUNNEC@SULLCROM.COM |

Exhibit A
Core/2002 Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
| --- | --- | --- |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN | BSULLIVAN@SHA-LLC.COM |
| TARTER KRINSKY & DROGIN LLP | ATTN: DAVID H. WANDER, ALEXANDER R. TIKTIN | DWANDER@TARTERKRINSKY.COM, ATIKTIN@TARTERKRINSKY.COM |
| THE DALEY LAW FIRM | ATTN: DARRELL DALEY, SAMANTHA NEAL | DARRELL@DALEYLAWYERS.COM; SAMANTHA@DALEYLAWYERS.COM |
| THE MOSKOWITZ LAW FIRM, PLLC | ATTN: ADAM M. MOSKOWITZ, JOSEPH M. KAYE | ADAM@MOSKOWITZ-LAW.COM; JOSEPH@MOSKOWITZ-LAW.COM; SERVICE@MOSKOWITZ-LAW.COM |
| THE SECURITIES COMMISSION OF THE BAHAMAS | ATTN: PRESIDENT OR GENERAL COUNSEL | INFO@SCB.GOV.BS |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: EVELYN J. MELTZER, DOUGLAS D. HERRMAN, HEATHER P. SMILLIE | EVELYN.MELTZER@TROUTMAN.COM; DOUGLAS.HERRMANN@TROUTMAN.COM |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: MARY M. WEEKS | MARY.WEEKS@TROUTMAN.COM |
| U.S. DEPARTMENT OF JUSTICE | ATTN: WARD W. BENSON | WARD.W.BENSON@USDOJ.GOV |
| U.S. DEPARTMENT OF JUSTICE | ATTN: STANTON C. MCMANUS, SETH B. SHARPIRO | STANTON.C.MCMANUS@USDOJ.GOV; SETH.SHAPIRO@USDOJ.GOV |
| U.S. DEPARTMENT OF JUSTICE – CIVIL DIVISION | ATTN: RUTH A. HARVEY, MARGARET M. NEWELL, SETH B. SHAPIRO, STANTON C. MCMANUS | STANTON.C.MCMANUS@USDOJ.GOV; SETH.SHAPIRO@USDOJ.GOV |
| U.S. DEPARTMENT OF JUSTICE, TAX DIVISION | ATTN: ARI D. KUNOFSKY | ARI.D.KUNOFSKY@USDOJ.GOV |
| U.S. DEPARTMENT OF JUSTICE, THE INTERNAL REVENUE SERVICE | ATTN: ELISABETH M. BRUCE, STEPHANIE A. SASARAK | ELISABETH.M.BRUCE@USDOJ.GOV; STEPHANIE.A.SASARAK@USDOJ.GOV |
| US ATTORNEY FOR DELAWARE | ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| VENABLE LLP | ATTN: DANIEL A. O'BRIEN | DAOBRIEN@VENABLE.COM |
| VENABLE LLP | ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A. WEINER, ARIE A. PELED | JSSABIN@VENABLE.COM; XSSTROHBEHN@VENABLE.COM; CWEINERLEVY@VENABLE.COM; AAPELED@VENABLE.COM |
| VENABLE LLP | ATTN: ANDREW J. CURRIE | AJCURRIE@VENABLE.COM |
| VENABLE LLP | ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A. WEINER, ARIE A. PELED | JSSABIN@VENABLE.COM; XSSTROHBEHN@VENABLE.COM; CWEINERLEVY@VENABLE.COM; AAPELED@VENABLE.COM |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | ATTN: JENNIFER ROOD | JENNIFER.ROOD@VERMONT.GOV |
| VORYS, SATER, SEYMOUR AND PEASE LLP | ATTN: TIFFANY STRELOW COBB, ESQ. | TSCOBB@VORYS.COM |
| WHITE & CASE LLP | ATTN: JESSICA C. LAURIA, J. CHRISTOPHER SHORE, BRIAN D. PFEIFFER, MARK FRANKE, BRETT BAKEMEYER | JESSICA.LAURIA@WHITECASE.COM; CSHORE@WHITECASE.COM; BRIAN.PFEIFFER@WHITECASE.COM; MARK.FRANKE@WHITECASE.COM; BRETT.BAKEMEYER@WHITECASE.COM |
| WHITE & CASE LLP | ATTN: THOMAS E LAURIA, RICHARD S. KEBRDLE | TLAURIA@WHITECASE.COM; RKEBRDLE@WHITECASE.COM |
| WHITEFORD, TAYLOR & PRESTON LLC | ATTN: STEPHEN B. GERALD, ESQ. | SGERALD@WHITEFORDLAW.COM |
| WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: PETER G. NEIMAN, NICHOLAS WERLE | PETER.NEIMAN@WILMERHALE.COM; NICK.WERLE@WILMERHALE.COM |
| WINCENT INVESTMENT FUND PCC LTD | ATTN: CHARLES MELVIN, C/O WINCENT CAPITAL MANAGEMENT | LEGAL@WINCENT.CO |
| WINTERMUTE ASIA PTE. LTD | ATTN: LEGAL DEPARTMENT | LEGAL@WINTERMUTE.COM |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR. | MLUNN@YCST.COM; RPOPPITI@YCST.COM |
| ZACHARY BRUCH | ATTN: PETER S. PARTEE, SR | PPARTEE@HUNTONAK.COM |