

## United States Bankruptcy Court
### District of Delaware

In re: FTX Trading Ltd., *et al.*         Case No. 22-11068 (JTD) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| **117 Partners LLC** | ████████████████████ |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to Transferee should be sent:

117 Partners LLC
5 GREYHEN LN
SAVANNAH, GA 31411
Attention: Thomas Braziel
Email: tom@117partners.com
Website: https://www.117partners.com
Telegram: http://t.me/thomasbraziel

Attention: Bruce Tan
Email: bruce@117partners.com

Confidential Creditor with Unique Customer Code: 05468880

FTX Account ID: 122999323

Name and Address where notices to Transferor should be sent:
Address on file

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| FTX Trading Ltd. Amended Customer Claim Schedule F-19; Schedule No. 5985680 | ███████ | 100% | FTX Trading Ltd. | 22-11068 |
| Customer Claim Confirmation ID Nos. 3265-70-NOEHT-748812843, 3265-70-IKFLX-287571847 | ███████ | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**117 Partners LLC**

By: *Thomas Braziel (May 7, 2024 13:51 GMT+2)*        Date: 7th May 2024
Name: Thomas Braziel
Title: Managing General Partner

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

032-8071/6970891.2

▷ 117 PARTNERS

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, District of Delaware

███████████████ (with Unique Customer Code: **05468880** and FTX Account ID **122999323**) ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **117 Partners LLC** ("**Buyer**"), **100%** of all Seller's right, title and interest in and to the claims of Seller against FTX Trading Ltd. in the bankruptcy case entitled *In re: FTX Trading Ltd., et al.*, and pending in the United States Bankruptcy Court, District of Delaware, under Case No. 22-11068 (JTD) (Jointly Administered), which claims are described more fully (i) in Customer Claim Confirmation ID No. 3265-70-NOEHT-748812843, 3265-70-IKFLX-287571847 and (ii) identified on the FTX Trading Ltd. Amended Customer Claim Schedule F-19 and assigned Schedule No. 5985680 ((i) and (ii), collectively, the "**Claim**").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 7th day of May, 2024.

SELLER:

███████████████████████████████

BUYER:

**117 Partners LLC**



By: Thomas Braziel (May 7, 2024 13:51 GMT+2)
Name: Thomas Braziel
Title: Managing General Partner

2

032-8071/6970891.2



**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

FTX Trading Ltd. Amended Customer Claim Schedule

| 05468880 |  | USD[0.01], USDT[23162.06] |
|---|---|---|

Kroll Website Claim Entry





4

032-8071/6970891.2