# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br>FTX TRADING, LTD., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 22-11068-JTD<br>Hearing: October 7, 2024 at 10:00 a.m. |

## NOTICE OF ELD CAPITAL LLC EXHIBIT LIST FOR CONFIRMATION HEARING

PLEASE TAKE NOTICE that ELD Capital LLC ("ELD"), a customer claimant in these proceedings, hereby respectfully submits the list of potential exhibits it may seek to introduce at the hearing scheduled on October 7, 2024 regarding confirmation of the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates [D.I. 26029].

In connection with the Hearing, ELD may seek to introduce the following documents:

| Exhibit No. | Description |
|---|---|
| 1 | Proof of Claim of ELD Capital LLC (Claim No. 91933) dated February 25, 2024* |
| 2 | Debtors' Twenty-Fifth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) [D.I. 11892] |
| 3 | Amended Proof of Claim of ELD Capital LLC (Claim No. 96369) and Addendum to Amended Proof of Claim dated July 2, 2024* |
| 4 | Objection of ELD Capital LLC to Confirmation of Debtors' Joint Chapter 11 Plan of Reorganization and Reservation of Rights [D.I. 23140] |
| 5 | Debtors' Sixty-Ninth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 23928] |
| 6 | Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates [D.I. 26029] |

*ELD's proofs of claim are readily available on the Claims Register maintained by the Notice and Claims Agent.

ELD reserves all rights to amend and supplement this Exhibit List, use additional exhibits for purposes of rebuttal or impeachment, and rely upon any exhibits included on the exhibit lists of other parties.

Dated: October 4, 2024

DILWORTH PAXSON LLP

*/s/ Peter C. Hughes*
Peter C. Hughes, Esquire
800 N. King Street, Suite 202
Wilmington, DE 19801
Phone: (215) 575-7282
Email: phughes@dilworthlaw.com

MILLER SHAH LLP

James E. Miller, Esquire
Alec J. Berin, Esquire
1845 Walnut Street
Philadelphia, PA 19103
Phone: (866) 540-5505
Email: jemiller@millershah.com
         ajberin@millershah.com

*Counsel for ELD Capital LLC*