**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING, LTD., *et al.*, | Case No. 22-11068-JTD |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Christine Tomlin, Paralegal, hereby certify that on October 4, 2024, I caused a true and correct copy of the Notice of ELD Capital LLC Exhibit List for Confirmation Hearing to be served via CM/ECF to all parties requesting such notice.

Dated: October 4, 2024                                  /s/ Christine Tomlin