# CERTIFICATE OF SERVICE

      I, Michael D. DeBaecke, hereby certify that on October 4, 2024, I caused one copy of the *Fourth Supplemental Declaration Of Daniel A. Lowenthal In Support Of Examiner's (I) Application For An Order Authorizing Retention And Employment Of Patterson Belknap Webb & Tyler LLP As Counsel To The Examiner, Nunc Pro Tunc To The Appointment Date And (II) Motion To File Under Seal Certain Information Regarding Potential Parties In Interest* to be served upon (i) all parties of record via CM/ECF; and (ii) the parties on the attached service list via electronic mail, unless otherwise indicated.

Dated: October 4, 2024                                    */s/ Michael D. DeBaecke*
                                                                                Michael D. DeBaecke (DE Bar No. 3186)

**VIA INTERNATIONAL MAIL**
FTX TRADING LTD.
ATTN: PRESIDENT OR GENERAL COUNSEL
10-11 MANDOLIN PLACE
FRIARS HIruppenLL ROAD
ST. JOHN'S AG-04
ANTIGUA AND BARBUDA

**VIA FIRST CLASS MAIL**
ENVIRONMENTAL PROTECTION AGENCY - REGION 2
ATTN BANKRUPTCY DIVISION
290 BROADWAY
NEW YORK NY 10007-186

**VIA FIRST CLASS MAIL**
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
2970 MAR
MAIL STOP 5-Q30.133
PHILADELPHIA PA 19104-5016

**VIA FIRST CLASS MAIL**
UNITED STATES OF AMERICA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
US DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001

BROWN RUDNICK LLP
ATTN: KENNETH J. AULET, JEFFREY L. JONAS, MICHAEL WINOGRAD, ALEXANDER F. KASNETZ
SEVEN TIMES SQUARE
NEW YORK NY 10036
KAULET@BROWNRUDNICK.COM;
JJONAS@BROWNRUDNICK.COM;
MWINOGRAD@BROWNRUDNICK.COM;
AKASNETZ@BROWNRUDNICK.COM

BALLARD SPAHR LLP
ATTN: JAMES V. MASELLA, III
1675 BROADWAY, 19TH FLOOR
NEW YORK NY 10019-5820
MASELLAJ@BALLARDSPAHR.COM

BLANK ROME LLP
ATTN: RICK ANTONOFF
1271 AVENUE OF THE AMERICAS
NEW YORK NY 10020
RICK.ANTONOFF@BLANKROME.COM

**VIA FIRST CLASS MAIL**
BECKET & LEE LLP
ATTN: SHRADDHA BHARATIA
P.O. BOX 3001
MALVERN PA 19355-0701

**VIA FIRST CLASS MAIL**
ENVIRONMENTAL PROTECTION AGENCY
ATTN: GENERAL COUNSEL
OFFICE OF GENERAL COUNSEL
1200 PENNSYLVANIA AVE NW, 2310A
WASHINGTON DC 20460

**VIA FIRST CLASS MAIL**
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

BOERSCH & ILLOVSKY LLP
ATTN: SHARON FRASE
1611 TELEGRAPH AVE., SUITE 806
OAKLAND CA 94612
SHARON@BOERSCH-ILLOVSKY.COM

BROWN RUDNICK LLP
ATTN: T. AXELROD, S. DWOSKIN, M. SAWYER
ONE FINANCIAL CENTER
BOSTON MA 02111
TAXELROD@BROWNRUDNICK.COM;
SDWOSKIN@BROWNRUDNICK.COM;
MSAWYER@BROWNRUDNICK.COM

BUTLER SNOW LLP
ATTN: J. BAILEY III, R. CAMPBELL HILLYER
CRESCENT CENTER, SUITE 500
6075 POPLAR AVENUE, P.O. BOX 171443
MEMPHIS TN 38187
JEB.BAILEY@BUTLERSNOW.COM;
CAM.HILLYER@BUTLERSNOW.COM

CARR MALONEY P.C.
ATTN: J. PETER GLAWS, IV, ESQ.
2000 PENNSYLVANIA AVE, NW
STE. 8001
WASHINGTON DC 20006
PETER.GLAWS@CARRMALONEY.COM

| | |
|---|---|
| COOLEY LLP<br>ATTN: AUDREY MOTT-SMITH<br>3 EMBARCADERO CENTER, 20TH FLOOR<br>SAN FRANCISCO CA 94111<br>AMOTTSMITH@COOLEY.COM | CHAMBERLAINS LAW FIRM<br>ATTN: S. VULETA, L. MCBRIDE, S. BRODOWSKI, S. ASGILL<br>LEVEL 12 59 GOULBURN STREET<br>SYDNEY, NSW 2002<br>AUSTRALIA<br>STIPE.VULETA@CHAMBERLAINS.COM.AU;<br>LACHLAN.MCBRIDE@CHAMBERLAINS.COM.AU;<br>SEBASTIAN.BRODOWSKI@CHAMBERLAINS.COM.AU;<br>SAM.KEYSASGILL@CHAMBERLAINS.COM.AU |
| COOLEY LLP<br>ATTN: PHILIP M. BOWMAN, ESQ.<br>55 HUDSON YARDS<br>NEW YORK NY 10001<br>PBOWMAN@COOLEY.COM | CLARK HILL PLC<br>ATTN: KEVIN H. MORSE<br>130 E. RANDOLPH STREET, SUITE 3900<br>CHICAGO IL 60601<br>KMORSE@CLARKHILL.COM |
| COZEN O'CONNOR<br>ATTN: FREDERICK SCHMIDT<br>3WTC, 175 GREENWICH STREET<br>55TH FLOOR<br>NEW YORK NY 10007<br>ESCHMIDT@COZEN.COM | DELAWARE DIVISION OF REVENUE<br>ATTN: ZILLAH FRAMPTON<br>820 N FRENCH ST WILMINGTON DE 19801<br>FASNOTIFY@STATE.DE.US |
| DLA PIPER LLP (US)<br>ATTN: DENNIS C. O'DONNELL<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020<br>DENNIS.ODONNELL@DLAPIPER.COM | DELAWARE STATE TREASURY<br>ATTN: BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD, STE 100<br>DOVER DE 19904<br>STATETREASURER@STATE.DE.US |
| DLA PIPER LLP (US)<br>ATTN: JEFFREY TOROSIAN<br>444 W. LAKE ST., SUITE 900<br>CHICAGO IL 60606<br>JEFFREY.TOROSIAN@DLAPIPER.COM | CROWELL & MORING LLP<br>ATTN: FREDERICK HYMAN<br>590 MADISON AVE<br>NEW YORK NY 10022<br>FHYMAN@CROWELL.COM |
| DEBEVOISE & PLIMPTON LLP<br>ATTN: SIDNEY P. LEVINSON, JASMINE BALL<br>66 HUDSON BOULEBARD<br>NEW YORK NY 10001<br>SLEVINSON@DEBEVOISE.COM;<br>JBALL@DEBEVOISE.COM | DEBEVOISE & PLIMPTON LLP<br>ATTN: M. N. LABOVITZ, E. WORENKLEIN, M. GODBE<br>66 HUDSON BOULEVARD<br>NEW YORK NY 10001<br>NLABOVITZ@DEBEVOISE.COM;<br>EWORENKLEIN@DEBEVOISE.COM;<br>MCGODBE@DEBEVOISE.COM |

EVERSHEDS SUTHERLAND (US) LLP
ATTN: ERIN E. BRODERICK
227 WEST MONROE STREET, SUITE 6000
CHICAGO IL 60606
ERINBRODERICK@EVERSHEDS-SUTHERLAND.COM

EVERSHEDS SUTHERLAND (US) LLP
ATTN: ANDREA L. GORDON
700 SIXTH STREET NW, SUITE 700
WASHINGTON DC 20001
ANDREAGORDON@EVERSHEDS-SUTHERLAND.COM

EVERSHEDS SUTHERLAND (US) LLP
ATTN: P. IVANICK, S. PAUL, P. EHRLICH, L. HOLBERT
THE GRACE BUILDING, 40TH FLOOR
1114 AVENUE OF THE AMERICAS
NEW YORK NY 10036
PETERIVANICK@EVERSHEDS-SUTHERLAND.COM;
SARAHPAUL@EVERSHEDS-SUTHERLAND.COM;
PHILIPEHRLICH@EVERSHEDS-SUTHERLAND.COM;
LYNNHOLBERT@EVERSHEDS-SUTHERLAND.COM

EVERSHEDS SUTHERLAND (US) LLP
ATTN: MARK D. SHERRILL
1001 FANNIN STREET, SUITE 3700
HOUSTON TX 77002
MARKSHERRILL@EVERSHEDS-SUTHERLAND.COM

GOETZ FITZPATRICK LLP
ATTN: SCOTT D. SIMON, ESQ.
ONE PENN PLAZA , SUITE 3100
NEW YORK NY 10119
SSIMON@GOETZFITZ.COM

FOLEY & LARDNER LLP
ATTN: BRENDA JONES
90 PARK AVENUE
NEW YORK NY 10016
BMJONES@FOLEY.COM

HAYNES AND BOONE, LLP
ATTN: RICHARD D. ANIGIAN, CHARLES M. JONES II
2323 VICTORY AVENUE, SUITE 700
DALLAS TX 75219
RICK.ANIGIAN@HAYNESBOONE.COM
CHARLIE.JONES@HAYNESBOONE.COM

GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
ATTN: BRIAN DAVIDOFF
2049 CENTURY PARK EAST, STE 2600
LOS ANGELES CA 90067-4590
BDAVIDOFF@GREENBERGGLUSKER.COM

HOLLAND & KNIGHT LLP
W. GLUCK, M. LARSEN, D. WIRT, J. MAGEE, S. DESAI
31 W. 52ND STREET
NEW YORK NY 10019
WARREN.GLUCK@HKLAW.COM;
MARIE.LARSEN@HKLAW.COM;
DAVID.WIRT@HKLAW.COM;
JESSICA.MAGEE@HKLAW.COM;
SHARDUL.DESAI@HKLAW.COM

HOGAN LOVELLS US LLP
ATTN: D. TRACEY, III, J. BECK, M. JUMPER
390 MADISON AVENUE
NEW YORK NY 10017
DENNIS.TRACEY@HOGANLOVELLS.COM;
JOHN.BECK@HOGANLOVELLS.COM;
MAYA.JUMPER@HOGANLOVELLS.COM

K&L GATES LLP
ATTN: BRIAN D. KOOSED, ESQ.
1602 K STREET NW
WASHINGTON DC 20006-1600
BRIAN.KOOSED@KLGATES.COM

HUGH SMITH ESQUIRE
LEVEL 8 224 BUNDA STREET
CANBERRA CITY, ACT 2601
AUSTRALIA
HUGH.SMITH@CHAMBERLAINS.COM.AU

KROLL RESTRUCTURING ADMINISTRATION LLC
ATTN: SELWYN PERRY
55 EAST 52ND STREET
17TH FLOOR
NEW YORK NY 10055
SERVICEQA@RA.KROLL.COM;
FTXTEAM@RA.KROLL.COM

ATTN: JEFFREY S. PRICE, MELISSA J. LEE, SCOTT C. WILLIAMS
1201 DEMONBREUN STREET, SUITE 900
NASHVILLE TN 37213
JPRICE@MANIERHEROD.COM;
MLEE@MANIERHEROD.COM;
SWILLIAMS@MANIERHEROD.COM

**VIA FIRST CLASS MAIL**
MCCARTER & ENGLISH LLP
ATTN: DAVID ADLER ESQ.
WORLDWIDE PLAZA
825 EIGHTH AVE., 31ST FLOOR
NEW YORK NY 10019

MCDERMOTT WILL & EMERY LLP
ATTN: DARREN AZMAN, JOHN J. CALANDRA
JOSEPH B. EVANS, ELIZABETH RODD
ONE VANDERBILT AVENUE
NEW YORK NY 10017-3852
DAZMAN@MWE.COM; JCALANDRA@MWE.COM;
JBEVANS@MWE.COM; ERODD@MWE.COM

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: MICHAEL R. MORANO, ESQ.
1300 MT. KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN NJ 07962
MMORANO@MDMC-LAW.COM

MORGAN, & BOCKIUS LLP
ATTN: JOHN C. GOODCHILD III; MATTHEW C. ZIEGLER
1701 MARKET STREET
PHILADELPHIA PA 19103
JOHN.GOODCHILD@MORGANLEWIS.COM;
MATTHEW.ZIEGLER@MORGANLEWIS.COM

KELLY HART & HALLMAN LLP
ATTN: MICHAEL D. ANDERSON
201 MAIN STREET, SUITE 2500
FORT WORTH TX 76102
MICHAEL.ANDERSON@KELLYHART.COM

LANDIS RATH & COBB LLP
ATTN: MATTHEW R. PIERCE, NICOLAS E. JENNER, GEORGE A. WILLIAMS III
919 MARKET STREET, SUITE 1800
WILMINGTON DE 19801
PIERCE@LRCLAW.COM; JENNER@LRCLAW.COM;
WILLIAMS@LRCLAW.COM

MASSACHUSETTS DEPARTMENT OF REVENUE
ATTN: CELINE E. DE LA FOSCADE-CONDON
100 CAMBRIDGE STREET, P.O. BOX 9565
BOSTON MA 02114
DELAFOSCAC@DOR.STATE.MA.US

MCCARTER & ENGLISH LLP
ATTN: PHILLIP S. PAVLICK
FOUR GATEWAY CENTER
100 MULBERYY STREET
NEWARK NJ 07102
PPAVLICK@MCCARTER.COM

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: JEFFREY BERNSTEIN
570 BROAD STREET, SUITE 1401
NEWARK NJ 07102
JBERNSTEIN@MDMC-LAW.COM

MIAMI-DADE OFFICE OF THE TAX COLLECTOR
BANKRUPTCY UNIT
200 NW 2ND AVENUE, #430
MIAMI FL 33128
PRISCILLA.WINDLEY@MIAMIDADE.GOV;
MDTCBKC@MIAMIDADE.GOV

| | |
|---|---|
| MORRIS JAMES LLP<br>ATTN: SARAH M. ENNIS, TARA C. PAKROUTH<br>500 DELAWARE AVENUE, SUITE 1500<br>WILMINGTON DE 19801<br>SENNIS@MORRISJAMES.COM;<br>TPAKROUH@MORRISJAMES.COM | MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: JOSHUA DORCHAK; DAVID K. SHIM<br>101 PARK AVENUE<br>NEW YORK NY 10178<br>JOSHUA.DORCHAK@MORGANLEWIS.COM;<br>DAVID.SHIM@MORGANLEWIS.COM |
| MORRISON COHEN LLP<br>ATTN: JASON P. GOTTLIEB<br>909 THIRD AVENUE, 27TH FLOOR<br>NEW YORK NY 10022<br>JGOTTLIEB@MORRISONCOHEN.COM | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>ATTN: DONNA L. CULVER<br>1201 NORTH MARKET STREET, 16TH FLOOR<br>P.O. BOX 1347<br>WILMINGTON DE 19899-1347<br>DCULVER@MORRISNICHOLS.COM |
| OCTOPUS INFORMATION LTD<br>ATTN: LINFENG DONG, OMC CHAMBERS<br>WICKHAMS CAY 1<br>ROAD TOWN, TORTOLA<br>BRITISH VIRGIN ISLANDS<br>OCTOPUS_FTX@TEAMB.CN | **VIA FIRST CLASS MAIL**<br>NATIONAL ASSOCIATION OF ATTORNEYS GENERAL<br>ATTN: KAREN CORDRY<br>1850 M ST., NW 12TH FLOOR<br>WASHINGTON DC 20036 |
| PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: TEDDY M. KAPUR, JASON H. ROSELL<br>919 N. MARKET STREET, 17TH FLOOR<br>WILMINGTON DE 19801<br>TKAPUR@PSZJLAW.COM; JROSELL@PSZJLAW.COM | OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON<br>ATTN: STEPHEN MANNING<br>P. O. BOX 40100<br>OLYMPIA WA 98504-4010<br>STEPHEN.MANNING@ATG.WA.GOV |
| PAUL HASTINGS<br>ATTN: KRISTOPHER M. HANSEN, KENNETH PASQUALE, EREZ E. GILAD<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>KRISHANSEN@PAULHASTINGS.COM;<br>KENPASQUALE@PAULHASTINGS.COM;<br>EREZGILAD@PAULHASTINGS.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: MARY F. CALOWAY<br>ONE SANSOME STREET, SUITE 3430<br>SAN FRANCISCO CA 94104<br>MCALOWAY@PSZJLAW.COM |
| COUNSEL TO EMBED SHAREHOLDER DEFENDANTS<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: RANDALL S. LUSKEY<br>535 MISSION STREET, 24TH FLOOR<br>SAN FRANCISCO CA 94105<br>RLUSKEY@PAULWEISS.COM | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: KENNETH S. ZIMAN<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019-6064<br>KZIMAN@PAULWEISS.COM |

| | |
|---|---|
| PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD.<br>ATTN: BRIAN SIMMS, K.C., KEVIN CAMBRIDGE, PETER GREAVES<br>3 BAYSIDE EXECUTIVE PARK<br>WEST BAY STREET & BLAKE ROAD<br>PO BOX N-4875<br>NASSAU<br>THE BAHAMAS<br>BSIMMS@LENNOXPATON.COM; KEVIN.CAMBRIDGE@PWC.COM;<br>PETER.GREAVES@HK.PWC.COM | PROSKAUER ROSE LLP<br>ATTN: BRIAN S. ROSEN, DYLAN J. MARKER<br>ELEVEN TIMES SQUARE<br>NEW YORK NY 10036-8299<br>BROSEN@PROSKAUER.COM;<br>DMARKER@PROSKAUER.COM |
| REED SMITH LLP<br>ATTN: AARON JAVIAN<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022<br>AJAVIAN@REEDSMITH.COM | PULSAR GLOBAL LTD<br>ATTN: MICHELE WAN AND JACKY YIP<br>UNIT 903-905, K11 ATELIER VICTORIA DOCKSIDE<br>18 SALISBURY ROAD<br>KOWLOON<br>HONG KONG<br>MICHELE.WAN@PULSAR.COM; JACKY.YIP@PULSAR.COM |
| RIMON, P.C.<br>ATTN: JACQUELYN H. CHOI<br>2029 CENTURY PARK EAST, SUITE 400N<br>LOS ANGELES CA 90067<br>JACQUELYN.CHOI@RIMONLAW.COM | RIMON, P.C.<br>ATTN: FREDERICK CHANG<br>506 2ND AVE., SUITE 1400<br>SEATTLE WA 98104<br>FREDERICK.CHANG@RIMONLAW.COM |
| SCHULTE ROTH & ZABEL LLP<br>ATTN: REUBEN E. DIZENGOFF<br>919 THIRD AVENUE<br>NEW YORK NY 10022<br>REUBEN.DIZENGOFF@SRZ.COM | SCHULTE ROTH & ZABEL LLP<br>ATTN: DOUGLAS S. MINTZ<br>555 13TH STREET, NW, SUITE 6W<br>WASHINGTON DC 20004<br>DOUGLAS.MINTZ@SRZ.COM |
| SECURITIES & EXCHANGE COMMISSION - NY OFFICE<br>ATTN: BANKRUPTCY DEPT<br>BROOKFIELD PLACE<br>200 VESEY STREET, STE 400<br>NEW YORK NY 10281-1022<br>BANKRUPTCYNOTICESCHR@SEC.GOV;<br>NYROBANKRUPTCY@SEC.GOV | SECURITIES & EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>100 F. STREET NE<br>WASHINGTON DC 20549<br>SECBANKRUPTCY@SEC.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL<br>ATTN: BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE<br>ATTN: BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD, STE 520<br>PHILADELPHIA PA 19103<br>SECBANKRUPTCY@SEC.GOV |

| | |
|---|---|
| SULLIVAN & CROMWELL LLP<br>ATTN: JAMES L. BROMLEY, STEPHEN EHRENBERG,<br>125 BROAD STREET<br>NEW YORK NY 10004<br>BROMLEYJ@SULLCROM.COM;<br>EHRENBERGS@SULLCROM.COM | STRADLEY RONON STEVENS & YOUNG, LLP<br>ATTN: DEBORAH A. REPEROWITZ<br>100 PARK AVENUE, SUITE 2000<br>NEW YORK NY 10017<br>DREPEROWITZ@STRADLEY.COM |
| THE SECURITIES COMMISSION OF THE BAHAMAS<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>POINCIANA HOUSE, NORTH BUILDING, 2ND FLOOR<br>31A<br>EAST BAY STREET, P.O. BOX N-8347<br>NASSAU<br>THE BAHAMAS<br>INFO@SCB.GOV.BS | THE DALEY LAW FIRM<br>ATTN: DARRELL DALEY, SAMANTHA NEAL<br>4845 PEARL EAST CIRCLE, SUITE 101<br>BOULDER CO 80301<br>DARRELL@DALEYLAWYERS.COM;<br>SAMANTHA@DALEYLAWYERS.COM |
| U.S. DEPARTMENT OF JUSTICE<br>ATTN: WARD W. BENSON<br>P.O. BOX 227, BEN FRANKLIN STATION<br>WASHINGTON DC 20044<br>WARD.W.BENSON@USDOJ.GOV | U.S. DEPARTMENT OF JUSTICE<br>ATTN: SETH B. SHARPIRO<br>CIVIL DIVISION<br>1100 L STREET, NW, ROOM 7208<br>WASHINGTON DC 20005<br>SETH.SHAPIRO@USDOJ.GOV |
| VENABLE LLP<br>ATTN: ANDREW J. CURRIE<br>600 MASSACHUSETTS AVENUE, NW<br>WASHINGTON DC 20001<br>AJCURRIE@VENABLE.COM | US ATTORNEY FOR THE DISTRICT OF DELAWARE<br>ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS<br>1007 ORANGE ST STE 700<br>P.O. BOX 2046<br>WILMINGTON DE 19899-2046<br>USADE.ECFBANKRUPTCY@USDOJ.GOV |
| WHITE & CASE LLP<br>ATTN: BRIAN D. PFEIFFER, BRETT BAKEMEYER<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1095<br>BRIAN.PFEIFFER@WHITECASE.COM;<br>BRETT.BAKEMEYER@WHITECASE.COM | VENABLE LLP<br>ATTN: XOCHITL S. STROHBEHN, CAROL A. WEINER,<br>ARIE A. PELED<br>1270 AVENUE OF THE AMERICAS, 24TH FLOOR<br>NEW YORK NY 10020<br>XSSTROHBEHN@VENABLE.COM;<br>CWEINERLEVY@VENABLE.COM;<br>AAPELED@VENABLE.COM |
| WINCENT INVESTMENT FUND PCC LTD<br>ATTN: CHARLES MELVIN, C/O WINCENT CAPITAL<br>MANAGEMENT<br>OLD POLICE STATION 120B<br>IRISH TOWN GX11 1AA<br>GIBRALTAR<br>LEGAL@WINCENT.CO | WILMER CUTLER PICKERING HALE AND DORR LLP<br>ATTN: PETER G. NEIMAN, NICHOLAS WERLE<br>7 WORLD TRADE CENTER<br>150 GREENWICH STREET<br>NEW YORK NY 10007<br>PETER.NEIMAN@WILMERHALE.COM;<br>NICK.WERLE@WILMERHALE.COM |

{02040735;v1 }

| | |
|---|---|
| ZACHARY BRUCH<br>ATTN: PETER S. PARTEE, SR<br>HUNTON ANDREWS KURTH LLP<br>200 PARK AVE<br>NEW YORK NY 10166<br>PPARTEE@HUNTONAK.COM | WINTERMUTE ASIA PTE. LTD<br>ATTN: LEGAL DEPARTMENT<br>24 EAN KIAM PLACE<br>429115<br>SINGAPORE<br>LEGAL@WINTERMUTE.COM |
| Katie Townsend<br>Adam Marshall<br>THE REPORTERS COMMITTEE FOR<br>FREEDOM OF THE PRESS<br>1156 15th Street NW, Suite 1020<br>Washington, DC 20005<br>ktownsend@rcfp.org; amarshall@rcfp.org | David L. Finger (ID #2556)<br>FINGER & SLANINA, LLC<br>One Commerce Center<br>1201 N. Orange St., 7th fl.<br>Wilmington, DE 19801<br>dfinger@delawgroup.com |