**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX Trading Ltd., *et al.*,<br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>Jointly Administered |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**SP Multi Claims Holdings, LLC**　　　　　　　　　　　**REDACTED**
Name of Transferee　　　　　　　　　　　　　　　　　Name and current address of Transferor

**Name and Address where notices and payment**
**to transferee should be sent**:
SP Multi Claims Holdings, LLC
2 Greenwich Plaza
Suite 1
Greenwich, CT 06830
Attn: Operations
Email: 12017192157@tls.ldsprod.com -and- rbeacher@pryorcashman.com

| Claim Information | Creditor Name | Amount | Debtor | Case Number |
|---|---|---|---|---|
| Schedule No. 6427778 | Redacted | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Confirmation ID No. 3265-70-DAVPB-207863192 | Redacted | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Customer Code No. 01399726 | Redacted | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SP Multi Claims Holdings, LLC
By: Silver Point Capital, L.P., its manager

By: _____
Transferee/Transferee's Agent
　Andrew Opel
　Authorized Signatory

Date: October 4, 2024

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357

**IDENTITY OF TRANSFEROR**

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.