**Exhibit A**[2]

| Name/Address[3] | Nature of Equity Interests | # of Shares |
|---|---|---|
| Canyon Capital Advisors LLC, [4] on behalf of its managed funds and accounts 2728 N. Harwood St., 2nd FL Dallas, TX 75201 | West Realm Shires, Inc. Series A Preferred Shares | 4,669,507 |
| | FTX Trading Ltd. Series B Preferred Shares | 1,768,015 |
| | FTX Trading Ltd. Series B-1 Preferred Shares | 152,622 |
| | FTX Trading Ltd. Series C Preferred Shares | 107,870 |
| | FTX Trading Ltd. Common Shares | 610,488 |
| | West Realm Shires, Inc. Common Shares | 9,007,000 |
| Steadview Capital Management 30 Berkeley Square, 6th Floor London, W1J 6EX | West Realm Shires, Inc. Series A Preferred Shares | 6,564,551 |
| | FTX Trading Ltd. Series C Preferred Shares | 539,353 |
| Tribe Capital Management, LLC 2700 19th Street San Francsico, CA 94110 | West Realm Shires, Inc. Series A Preferred Shares | 8,205,689 |
| | FTX Trading Ltd. Series B Preferred Shares | 381,535 |
| | FTX Trading Ltd. Series B-1 Preferred Shares | 15,262 |
| | FTX Trading Ltd. Series C Preferred Shares | 134,838 |
| | FTX Trading Ltd. Common Shares | 62,685 |
| Vetamer Capital Management 1300 El Camino Real, Suite 100 Menlo Park, CA 94025 | West Realm Shires, Inc. Series A Preferred Shares | 163,000 |
| | FTX Trading Ltd. Series B-1 Preferred Shares | 7,631 |
| | FTX Trading Ltd. Common Shares | 30,524 |
| Tiger Global Management, LLC 9 West 57th Street, 35th Floor New York, NY 10019 | West Realm Shires, Inc. Series A Preferred Shares | 6,564,551 |
| | FTX Trading Ltd. Series B-1 Preferred Shares | 59,141 |
| | FTX Trading Ltd. Series C Preferred Shares | 323,612 |
| | FTX Trading Ltd. Common Shares | 236,565 |
| | FTX US Common Shares | 1,269,000 |

---

[2]    This Exhibit A to the Verified First Supplemental Statement reflects the nature and amount of equity interests of the Preferred Equity Holders as of the close of business on October 4, 2024 as disclosed to Counsel.

[3]    Entities that hold (whether directly or beneficially through managers or investment advisors, sub-advisors, or mangers of discretionary accounts or funds that are holders) equity interests.

[4]    Canyon Capital Advisors LLC also holds (whether directly or beneficially through managers or investment advisors, sub-advisors, or mangers of discretionary accounts or funds that are holders) $606,717,477 in other disclosable economic interests as of the close of business on October 4, 2024 as disclosed to Counsel.