IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Ref. Nos. 18536, 22165, 26029, 26034 & 26309 |

### NOTICE OF FILING OF REVISED PROPOSED CONFIRMATION ORDER

**PLEASE TAKE NOTICE** that on June 23, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed the *Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [D.I. 18536] (the "Plan").

**PLEASE TAKE FURTHER NOTICE** that on August 2, 2024, the Debtors filed the *First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [D.I. 22165].

**PLEASE TAKE FURTHER NOTICE** that on September 30, 2024, the Debtors filed the *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [D.I. 26029].

**PLEASE TAKE FURTHER NOTICE** that on September 30, 2024, the Debtors filed the *Notice of Filing of Proposed Confirmation Order* [D.I. 26034] which attached as Exhibit A thereto the proposed *Findings of Fact, Conclusions of Law, and Order Confirming Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates*, (the "Proposed Confirmation Order").

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

**PLEASE TAKE FURTHER NOTICE** that on October 6, 2024, the Debtors filed the *Notice of Filing of Revised Proposed Confirmation Order* [D.I. 26309] (the "Revised Proposed Confirmation Order").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have filed a further revised Proposed Confirmation Order (the "Further Revised Proposed Confirmation Order"), a copy of which is attached hereto as **Exhibit 1**. A copy of the Further Revised Proposed Confirmation Order compared against the Revised Proposed Confirmation Order is attached hereto as **Exhibit 2**.

**PLEASE TAKE FURTHER NOTICE** that the Further Revised Proposed Confirmation Order remains subject to further review and comment. The Debtors reserve the right to amend, modify, or otherwise supplement the Further Revised Proposed Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan and the Further Revised Proposed Confirmation Order may be obtained from the Court's website, https://ecf.deb.uscourts.gov/, for a nominal fee, or obtained free of charge by accessing the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/FTX/.

| | |
|---|---|
| Dated: October 7, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>           mcguire@lrclaw.com<br>           brown@lrclaw.com<br>           pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>           bromleyj@sullcrom.com<br>           gluecksteinb@sullcrom.com<br>           kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |