IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.,*<br><br>                 Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Re: D.I. 23148** |

NOTICE OF WITHDRAWAL OF
LIMITED OBJECTION AND RESERVATION OF RIGHTS OF
ARCEAU 507 II LLC WITH RESPECT TO CONFIRMATION OF THE
FIRST AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF FTX
TRADING LTD. AND ITS DEBTOR AFFILIATES FILED BY ARCEAU 507 II LLC

PLEASE TAKE NOTICE that Arceau 507 II LLC, by and through its undersigned counsel, hereby withdraws its *Limited Objection and Reservation of Rights of Arceau 507 II LLC with Respect to Confirmation of the First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 23148; filed 08/16/2024].

| | |
|---|---|
| Dated: October 7, 2024<br>       Wilmington, Delaware | Respectfully submitted,<br><br>**THE ROSNER LAW GROUP LLC**<br>*/s/ Frederick B. Rosner*<br>Frederick B. Rosner (DE 3995)<br>824 N. Market Street, Suite 810<br>Wilmington, DE 19801<br>(302) 777-1111<br>rosner@teamrosner.com<br><br>-and-<br><br>**KLEINBERG KAPLAN WOLFF & COHEN, P.C.**<br>Dov Kleiner<br>500 Fifth Avenue<br>New York, New York 10110<br>(212) 986-6000<br>DKleiner@kkwc.com<br><br>*Counsel to Arceau 507 II LLC* |

{00039915. }