**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

# SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 17, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Address ID 10549888, whose name and address has been redacted in the interest of privacy:

- Notice of Filing of Plan Supplement [Docket No. 22163] (the "***Plan Supplement***")

On September 18, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Venable LLP, (Address ID: 18181984), Attn: Jeffrey S. Sabin, Xochitl S. Strohbehn, Carol A. Weiner, Arie A. Peled, 151 W 42nd St, Fl 4r, New York, NY, 10036-6635:

- Report of Asset Sales Pursuant to Order Authorizing and Approving Procedures for the Sale or Transfer of De Minimis Assets and Fund Assets Free and Clear of All Liens, Claims, Interests and Encumbrances [Docket No. 22614]

- Debtors' Notice of Settlement Consummated Pursuant to Small Estate Claims Settlement Procedures Order [Docket No. 22615]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

On September 19, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Venable LLP, (Address ID: 18181984), Attn: Jeffrey S. Sabin, Xochitl S. Strohbehn, Carol A. Weiner, Arie A. Peled, 151 W 42nd St, Fl 4r, New York, NY, 10036-6635:

- Order (A) Authorizing the Debtors to Enter into the Stipulation with Phala Ltd., (B) Approving the Stipulation, and (C) Granting Related Relief [Docket No. 22493]

On September 20, 2024, at my direction and under my supervision, employees of Kroll caused the Plan Supplement to be served via First Class Mail on the Supplemental Notice Parties Service List attached hereto as **Exhibit A**.

On September 20, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Venable LLP, (Address ID: 18181984), Attn: Jeffrey S. Sabin, Xochitl S. Strohbehn, Carol A. Weiner, Arie A. Peled, 151 W 42nd St, Fl 4r, New York, NY, 10036-6635:

- Order (A) Authorizing Debtors' Entry Into, and Performance Under, the Settlement with the United States Commodity Futures Trading Commission; (B) Approving the Settlement; and (C) Granting Related Relief [Docket No. 22283]

- Order (A) Authorizing the Debtors to Enter Into, and Perform Under, the Stipulation with Paxos, (B) Approving the Stipulation, and (C) Granting Related Relief [Docket No. 22284]

- Fifth Supplemental Declaration of Edgar W. Mosley II in Support of Debtors' Application to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code *nunc pro tunc* to the Petition Date [Docket No. 22334]

Dated: October 3, 2024

                                                    */s/ Paul Pullo*
                                                    Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 3, 2024, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County Commission
Expires December 30, 2025

SRF 82250, 82275, 82277, 82357 & 82358

**Exhibit A**

# Exhibit A

Supplemental Notice Parties Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 17698971 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 18181984 | VENABLE LLP | ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A. WEINER, ARIE A. PELED | 151 W 42ND ST FL 4R | NEW YORK | NY | 10036-6635 |