# Exhibit A

**Settlements Consummated Pursuant to the**
**Small Estate Claims Settlement Procedures Order**
**September 2024**

| Settling Party | Settled Value |
|---|---|
| High Impact Athletes, Inc. | $35,000 |
| Thomas Larsen | $41,100 |
| Vox Media, LLC | $185,718.65 |