

October 08, 2024

The Honorable John T. Dorsey

United States Bankruptcy Court for the District of Delaware

824 N. Market Street, 5th Floor

Wilmington, Delaware 19801

        Re:    In re FTX Trading Ltd., et al. (22-11068)

                  Request for Fair Recovery: FTT Token Return.

Dear Judge Dorsey,

My name is Ki-hyuk Nam. I am writing to you with deep regret that my objection was dismissed at the recent hearing, and I wish to make a final earnest appeal.

If you have deemed the value of FTT to be zero dollars, could you please consider returning the tokens themselves to us? Even if FTT is currently considered worthless, digital assets can still be traded, allowing us the option to attempt to sell them or choose to hold them. Therefore, having the tokens returned holds more than mere monetary value for us.

We have suffered significant losses due to the bankruptcy of FTX, causing not only financial hardship but also emotional distress. If we could have the FTT tokens returned, it would give us a small glimmer of hope that we can retain what little we have left.

I humbly ask for your understanding of our difficult situation and would be sincerely grateful for any small consideration you might extend. I am aware that the court's decision has been made, but I make this final heartfelt request.

Please kindly consider our plea favorably.

Thank you very much.

Respectfully Submitted,

KIHYUK NAM