# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>Blockfolio, Inc.,<br>FTX TRADING LTD., *et al.*,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | | | |
|---|---|---|---|
| Name of Transferee: | **Svalbard II Holdings Limited** | Name of Transferor: | **Svalbard Holdings Limited** |
| Name and Address where notices and payments to transferee should be sent: | **Attestor Value Master Fund LP**[1]<br>**c/o Attestor Limited**<br>**7 Seymour Street**<br>**W1H 7JW**<br>**London, United Kingdom**<br><br>**Attn: Steve Gillies**<br>**settlements@attestorcapital.com** | Last known address: | **Attestor Value Master Fund LP**[2]<br>**c/o Attestor Limited**<br>**7 Seymour Street**<br>**W1H 7JW**<br>**London, United Kingdom**<br>**Attn: Steve Gillies**<br>**settlements@attestorcapital.com** |

---

[1]  Any payments on account of the claim referenced in this evidence and notice shall be made to the order of Attestor Value Master Fund LP.

[2]  Any payments on account of the claim referenced in this evidence and notice shall be made to the order of Attestor Value Master Fund LP.

Local Form 138

2

| | |
|---|---|
| Phone: +44(0)20 7074 9653 | Court Claim #: **4899** |
| | Amount of Claim: **Unliquidated** |
| | Date Claim Filed: **June 30, 2023** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____   Date: 5 September 2024
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

2

**EVIDENCE OF TRANSFER OF CLAIM**

TO THE DEBTORS AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, and pursuant to an Assignment of Claim, dated as of September 3, 2024, **Svalbard Holdings Limited** ("**Seller**") has unconditionally and irrevocably sold, transferred, and assigned to **Svalbard II Holdings Limited** ("**Purchaser**") all of Seller's right, title, and interest in and to its "claim" or "claims" (as defined in 11 U.S.C. § 101(5)) (the "**Claim**") as set forth in the proof of claim filed as Claim No. 4899 against the debtor(s) including Blockfolio, Inc., in *re: FTX Trading Ltd.* (Case No. 22-bk-11068) pending in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

Seller hereby waives any objection to the transfer of the Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on September 5, 2024.

_____
**By: Svalbard Holdings Limited**

Doc ID: 34a62613b976b066d91e2049c3045c93027f2a21



Audit trail

| | |
|---|---|
| Title | Attestor - Evidence of Transfer of Claim MLBs October 2024) |
| File name | Attestor_-_Eviden...October_2024_.pdf |
| Document ID | 34a62613b976b066d91e2049c3045c93027f2a21 |
| Audit trail date format | DD / MM / YYYY |
| Status | ● Signed |

Document history

**SENT**  08 / 10 / 2024  16:00:46 UTC+1  Sent for signature to Christopher Guth (christopher.guth@attestorcapital.com) from ops@attestorcapital.com
IP: 82.150.96.12

**VIEWED**  08 / 10 / 2024  16:03:16 UTC+1  Viewed by Christopher Guth (christopher.guth@attestorcapital.com)
IP: 110.239.213.221

**SIGNED**  08 / 10 / 2024  16:03:32 UTC+1  Signed by Christopher Guth (christopher.guth@attestorcapital.com)
IP: 148.252.147.67

**COMPLETED**  08 / 10 / 2024  16:03:32 UTC+1  The document has been completed.

Powered by Dropbox Sign