# EXHIBIT A

## Owl Hill Advisory, LLC

**Summary of Staffing and Functions – FTX Trading Ltd.,** *et al.*
**for the Period from September 1, 2024 through September 30, 2024**

| Name and Title | Function/Role |
|---|---|
| **Staffing – Officer Positions** ||
| John J. Ray III | Chief Executive Officer |
| **Staffing – Non-Officer Positions** ||
| N/A | N/A |

**The following Compensation Report includes
services performed by Owl Hill on behalf of the Debtors
for the period from September 1, 2024 through September 30, 2024**

**Summary of Services Provided**

1. John J. Ray III is the only professional staffed by Owl Hill on the engagement. As the CEO for the Debtors, Mr. Ray has assumed in all respects the management of the Debtors' businesses. In addition, as described in the First Day Declarations, Mr. Ray has provided oversight and support to the Debtors' other professionals in connection with execution of the five core objectives of these Chapter 11 Cases:

   (a) Implementation of Controls: the implementation of accounting, audit, cash management, cybersecurity, human resources, risk management, data protection and other systems that did not exist, or did not exist to an appropriate degree, prior to Mr. Ray's appointment;

   (b) Asset Protection & Recovery: the location and security of property of the estate, a substantial portion of which may be missing or stolen;

   (c) Transparency and Investigation: the pending, comprehensive, transparent and deliberate investigation into claims against Mr. Samuel Bankman-Fried, the other co-founders of the Debtors and third parties, in coordination with regulatory stakeholders in the United States and around the world;

   (d) Efficiency and Coordination: cooperation and coordination with insolvency proceedings of subsidiary companies in other jurisdictions; and

   (e) Maximization of Value: the maximization of value for all stakeholders through the eventual reorganization or sale of the Debtors 'complex array of businesses, investments and digital and physical property.

2. During the Reporting Period, Mr. Ray directed and oversaw the Debtors' businesses and worked with the Debtors' retained professionals on these five objectives. This work included periodic meetings and numerous communications with the independent board of directors and attending regular weekly telephonic and in person board meetings to manage and coordinate the Debtors' operations and restructuring efforts. Mr. Ray led weekly calls with the

lead professionals related to the overall direction and management of the case as well as broader weekly meetings with the professional firms that are critical to the day-to-day management of these Chapter 11 Cases.  Additionally, Mr. Ray has worked to establish and maintain internal controls, address and manage employees and employee concerns, interacted with management in Japan, Europe and other locations throughout the world and managed cash, other assets and investments, data and systems related issues with respect to all Debtors.  Mr. Ray also provided oversight related to the Debtors' public relations and communications plans.

        3.        Mr. Ray also spent significant time managing the Debtors' Chapter 11 Cases.  Mr. Ray has dedicated his time to various issues related to asset recovery and security, engagement and meeting with the Committee and monitoring the status of the Debtors' chapter 11 filings and professional retentions.  In connection with the review of professional retentions, Mr. Ray coordinated with the Debtors' professionals to avoid the unnecessary duplication of services.  In addition to work related to claims and creditor management, Mr. Ray provided oversight and assistance with the evaluation of potential avoidance actions, the consideration of the sale of certain businesses and investments and the development of restructuring strategies.  Mr. Ray is involved day to day with respect to the management and disposition of the Debtors' coins and tokens.  During the period, Mr. Ray has devoted time to facilitating the Debtors' transition to post-confirmation, including with respect to distribution mechanics and distribution processes.  Mr. Ray has also spent time interacting with certain counterparties related to the monetization of venture capital assets.  Additionally, Mr. Ray has been directly involved with furthering the Debtors' plan of reorganization and steps toward confirmation.

## Summary of Compensation and Expenses

| Period | Fees | Expenses | Total |
|---|---|---|---|
| September 1, 2024 – September 30, 2024 | $289,170.00 | $0.00 | $289,170.00 |

## Summary of Expense by Category

| Expense Category | Total Expenses |
|---|---|
| Travel – Lodging | $0.00 |
| Travel – Airfare | $0.00 |
| Travel – Transportation (other) | $0.00 |
| Travel – Meals | $0.00 |
| Other Expenses | $0.00 |
| **Total Amount for Period:** | $0.00 |

## Summary of Time and Fees by Professional

| Name of Professional | Function/Role | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| John J. Ray III | Chief Executive Officer | $1,575.00 | 183.6 | $289,170.00 |
| | **50% adjustment for non-working travel:** | | 0.0 | ($0.00) |
| | **Total Amount for Period:** | | | $289,170.00 |

**Time Detail Activity by Professional**

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 9/1/24 | Review of disputed and unliquidated claims | John J. Ray III | 1.0 | $1,575.00 |
| 9/2/24 | Review of liquidation documents in relation to Japan | John J. Ray III | 0.5 | $787.50 |
| 9/2/24 | Review of Albany unit information and valuation data | John J. Ray III | 0.8 | $1,260.00 |
| 9/2/24 | Review of token balance summary | John J. Ray III | 0.5 | $787.50 |
| 9/3/24 | Review SCB claim and confer re same | John J. Ray III | 0.8 | $1,260.00 |
| 9/3/24 | Revise settlement structure related to a Venture investment | John J. Ray III | 0.8 | $1,260.00 |
| 9/3/24 | Provide direction related to crypto and distribution agreements | John J. Ray III | 1.3 | $2,047.50 |
| 9/4/24 | Review status of MDL matters and provide input | John J. Ray III | 0.8 | $1,260.00 |
| 9/4/24 | Review feedback related to solicitation process | John J. Ray III | 0.5 | $787.50 |
| 9/4/24 | Review of insurance materials related to renewal | John J. Ray III | 0.5 | $787.50 |
| 9/4/24 | Review of professional payments | John J. Ray III | 0.5 | $787.50 |
| 9/4/24 | Review of revised venture settlement structure | John J. Ray III | 0.8 | $1,260.00 |
| 9/5/24 | Review of crypto and distribution work streams and provide input and direction | John J. Ray III | 1.0 | $1,575.00 |
| 9/5/24 | Communicate with potential Venture buyer | John J. Ray III | 0.5 | $787.50 |
| 9/5/24 | Review revised Venture settlement proposal | John J. Ray III | 1.3 | $2,047.50 |
| 9/5/24 | Review revised settlement agreement | John J. Ray III | 0.5 | $787.50 |
| 9/5/24 | Review and approve disclosures | John J. Ray III | 0.5 | $787.50 |
| 9/5/24 | Review and approve Emergent settlement motion and associated declaration | John J. Ray III | 1.3 | $2,047.50 |
| 9/6/24 | Review tax materials prepared for the Board and provide input | John J. Ray III | 0.8 | $1,260.00 |

---

[1] Non-working travel is charged at a 50% discount to the standard rate.

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 9/6/24 | Review and approve token warrant exercise | John J. Ray III | 0.8 | $1,260.00 |
| 9/6/24 | Review insurance update materials | John J. Ray III | 0.5 | $787.50 |
| 9/6/24 | Review proposed structure related to state governmental claims | John J. Ray III | 1.3 | $2,047.50 |
| 9/6/24 | Review of disputed claims | John J. Ray III | 0.8 | $1,260.00 |
| 9/7/24 | Review of bank balances and investment balances among institutions | John J. Ray III | 0.3 | $472.50 |
| 9/7/24 | Review draft materials for the Board | John J. Ray III | 0.8 | $1,260.00 |
| 9/8/24 | Review and comment on tax memo | John J. Ray III | 0.8 | $1,260.00 |
| 9/9/24 | Review of reply re Celsius | John J. Ray III | 1.0 | $1,575.00 |
| 9/9/24 | Review of Japan post-closing matter | John J. Ray III | 0.5 | $787.50 |
| 9/9/24 | Review and provide direction related to crypto and distribution matters | John J. Ray III | 1.5 | $2,362.50 |
| 9/9/24 | Review Venture updates related to valuation and disposition | John J. Ray III | 0.5 | $787.50 |
| 9/9/24 | Review and execute token warrant | John J. Ray III | 0.8 | $1,260.00 |
| 9/9/24 | Review claims report and claims update | John J. Ray III | 1.5 | $2,362.50 |
| 9/9/24 | Review status of disputed claims and analysis re same | John J. Ray III | 1.3 | $2,047.50 |
| 9/9/24 | Review and approve agenda related to open JOL work streams | John J. Ray III | 0.3 | $472.50 |
| 9/9/24 | Review and approve diligence responses and posting to Kroll site | John J. Ray III | 0.8 | $1,260.00 |
| 9/9/24 | Review and approve sentencing letter and draft settlement agreement | John J. Ray III | 0.5 | $787.50 |
| 9/9/24 | Review employee and contractor head count | John J. Ray III | 0.8 | $1,260.00 |
| 9/10/24 | Review and comment on responses to Plan objections | John J. Ray III | 2.5 | $3,937.50 |
| 9/10/24 | Provide direction related to staffing | John J. Ray III | 0.3 | $472.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 9/10/24 | Provide direction related to crypto matters and distribution agreements | John J. Ray III | 0.8 | $1,260.00 |
| 9/10/24 | Call with S&C (A Dietderich and others), A&M (E Mosely and others), and PWP (B Mendelsohn and others) related to workstreams and status of case | John J. Ray III | 1.0 | $1,575.00 |
| 9/10/24 | Call with A&M (E Mosely and others), S&C (A Dietderich and others), and JOLs related to coordination of cases | John J. Ray III | 1.0 | $1,575.00 |
| 9/10/24 | Review potential property sale | John J. Ray III | 0.3 | $472.50 |
| 9/10/24 | Review of disputed and unliquidated claims | John J. Ray III | 2.0 | $3,150.00 |
| 9/10/24 | Call with A&M (E Mosely and others) and S&C (A Kranzley and others) re disputed claims status | John J. Ray III | 0.8 | $1,260.00 |
| 9/10/24 | Review of UST objections and responses thereto | John J. Ray III | 1.5 | $2,362.50 |
| 9/10/24 | Provide direction on response to ballot questions | John J. Ray III | 0.3 | $472.50 |
| 9/11/24 | Review of Plan objections and responses | John J. Ray III | 0.3 | $472.50 |
| 9/11/24 | Review of pending work streams and provide direction | John J. Ray III | 2.5 | $3,937.50 |
| 9/11/24 | Call with A&M (K Ramanathan and others) and counsel related to potential litigation filings | John J. Ray III | 0.5 | $787.50 |
| 9/11/24 | Review and transmittal of settlement proposal | John J. Ray III | 1.5 | $2,362.50 |
| 9/11/24 | Call with S&C (B Glueckstein) related to pending settlement | John J. Ray III | 0.5 | $787.50 |
| 9/11/24 | Review of settlement related to states' claims | John J. Ray III | 0.8 | $1,260.00 |
| 9/11/24 | Review of claims analysis | John J. Ray III | 0.8 | $1,260.00 |
| 9/12/24 | Review of litigation status provided by QE | John J. Ray III | 2.5 | $3,937.50 |
| 9/12/24 | General case administration related to open work streams and Plan effective date planning | John J. Ray III | 2.5 | $3,937.50 |
| 9/12/24 | Review NFT agreement and execute same | John J. Ray III | 1.3 | $2,047.50 |
| 9/12/24 | Review of Plan matters and responses to objections | John J. Ray III | 1.3 | $2,047.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 9/12/24 | Review objection to Plan re surety and provide comments | John J. Ray III | 0.5 | $787.50 |
| 9/13/24 | Review of litigation status and QE and S&C materials for Board | John J. Ray III | 3.5 | $5,512.50 |
| 9/13/24 | Call with S&C (E Simpson) regarding Europe matters (0.5) and follow up with Buyer re same (0.5) | John J. Ray III | 1.0 | $1,575.00 |
| 9/13/24 | Review and comment on Plan objection language to resolve objection | John J. Ray III | 0.8 | $1,260.00 |
| 9/13/24 | Call with creditor re KYC assistance | John J. Ray III | 0.5 | $787.50 |
| 9/13/24 | Review and revise tax memo for Board | John J. Ray III | 0.8 | $1,260.00 |
| 9/13/24 | Review of cash positions | John J. Ray III | 0.3 | $472.50 |
| 9/13/24 | Review of settlement proposal and discuss with counter party | John J. Ray III | 0.8 | $1,260.00 |
| 9/13/24 | Review of revised settlement agreement (0.5) and call with S&C (B Glueckstein) re same (0.5) | John J. Ray III | 1.0 | $1,575.00 |
| 9/13/24 | Coordination among counsel and experts related to litigation matters | John J. Ray III | 0.8 | $1,260.00 |
| 9/13/24 | Review materials related to supplemental examiner request | John J. Ray III | 0.8 | $1,260.00 |
| 9/14/24 | Further edits to tax memo to Board | John J. Ray III | 0.5 | $787.50 |
| 9/14/24 | Review revised version of Board deck provided by QE and S&C | John J. Ray III | 1.0 | $1,575.00 |
| 9/15/24 | Communicate with counsel related to venture matter | John J. Ray III | 0.5 | $787.50 |
| 9/16/24 | Review token and coin summary | John J. Ray III | 0.3 | $472.50 |
| 9/16/24 | Review of Venture litigation matter | John J. Ray III | 0.5 | $787.50 |
| 9/16/24 | Call with J Frank and S&C (S Ehrenberg) regarding Plan communications | John J. Ray III | 0.5 | $787.50 |
| 9/16/24 | Weekly call with UCC, A&M (K Ramanathan and others), and Ad Hoc Group re coins and token sales | John J. Ray III | 0.5 | $787.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 9/16/24 | Review of various Plan initiatives related to coins and tokens and distribution process (2.5) and call with A&M (K Ramanathan and others) re same (0.5) | John J. Ray III | 3.0 | $4,725.00 |
| 9/16/24 | Review of K1s for Ventures | John J. Ray III | 0.3 | $472.50 |
| 9/16/24 | Review of KYC processes | John J. Ray III | 1.0 | $1,575.00 |
| 9/16/24 | Review of work streams and administration of cases | John J. Ray III | 3.0 | $4,725.00 |
| 9/16/24 | Assist with customer /creditor KYC issues | John J. Ray III | 0.3 | $472.50 |
| 9/17/24 | Review of outstanding litigation and proposed litigation to be filed | John J. Ray III | 3.5 | $5,512.50 |
| 9/17/24 | Call with steering committee, A&M (E Mosely and others), S&C (B Glueckstein and others), and PWP (B Mendelsohn and others) | John J. Ray III | 1.0 | $1,575.00 |
| 9/17/24 | Prepare for Board call presentations | John J. Ray III | 1.5 | $2,362.50 |
| 9/17/24 | Attend and participate in Board call | John J. Ray III | 1.5 | $2,362.50 |
| 9/17/24 | Review of creditor inquiry | John J. Ray III | 0.3 | $472.50 |
| 9/17/24 | Review of distribution agreements and revisions | John J. Ray III | 2.5 | $3,937.50 |
| 9/18/24 | Review of coin and token matters and provide direction | John J. Ray III | 1.0 | $1,575.00 |
| 9/18/24 | Review of distribution agreement revisions and drafting points | John J. Ray III | 1.5 | $2,362.50 |
| 9/18/24 | Review of outstanding Plan objections | John J. Ray III | 0.5 | $787.50 |
| 9/18/24 | Call with QE (S Rand) related to litigation work streams | John J. Ray III | 0.5 | $787.50 |
| 9/18/24 | Review of notices to debtors of claim disputes | John J. Ray III | 0.5 | $787.50 |
| 9/18/24 | Review of Venture settlement proposal | John J. Ray III | 0.8 | $1,260.00 |
| 9/18/24 | Participate in call with A&M (K Ramanathan and others), QE (S Rand and others), and Alix Partners (M Evans and others) related to ongoing financial work streams | John J. Ray III | 1.0 | $1,575.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 9/18/24 | Review of pending work streams related to post confirmation distribution services and timing | John J. Ray III | 2.0 | $3,150.00 |
| 9/19/24 | Review of the status of Venture investments | John J. Ray III | 2.0 | $3,150.00 |
| 9/19/24 | Review of professional fees | John J. Ray III | 0.8 | $1,260.00 |
| 9/19/24 | Call with S&C (S Ehrenberg) regarding follow up information for examiner report | John J. Ray III | 0.5 | $787.50 |
| 9/19/24 | Review of insurance materials in preparation for renewals | John J. Ray III | 0.8 | $1,260.00 |
| 9/19/24 | Review of coin and token report | John J. Ray III | 0.8 | $1,260.00 |
| 9/19/24 | Call with A&M (K Ramanathan and others) and S&C (J Croke and others) related to claims reconciliation | John J. Ray III | 1.0 | $1,575.00 |
| 9/19/24 | Call with S&C (J Croke) and A&M (K Ramanathan and others) related to token dispute | John J. Ray III | 0.5 | $787.50 |
| 9/19/24 | Review of stipulation related to state claims | John J. Ray III | 0.8 | $1,260.00 |
| 9/19/24 | Review of analysis related to settlement proposal | John J. Ray III | 0.5 | $787.50 |
| 9/19/24 | Provide direction and follow up related to Plan matters and information to the Board | John J. Ray III | 0.8 | $1,260.00 |
| 9/19/24 | Review of report related to sanctioned parties and communicate with S&C (M Scales) | John J. Ray III | 0.5 | $787.50 |
| 9/20/24 | Review revisions to trust agreement | John J. Ray III | 1.5 | $2,362.50 |
| 9/20/24 | Review and approve professional expenses | John J. Ray III | 0.8 | $1,260.00 |
| 9/20/24 | Review status of underwriting insurance | John J. Ray III | 0.5 | $787.50 |
| 9/20/24 | Review of Plan updates and confirmation matters | John J. Ray III | 4.5 | $7,087.50 |
| 9/20/24 | Review of Celsius matter and customer accounts | John J. Ray III | 1.3 | $2,047.50 |
| 9/20/24 | Review of banking matters and allocation of funds | John J. Ray III | 0.8 | $1,260.00 |
| 9/20/24 | Review mark up of liquidating trust agreement and comment on same | John J. Ray III | 1.0 | $1,575.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 9/21/24 | Review materials for sharing with Board and advisory committee | John J. Ray III | 0.8 | $1,260.00 |
| 9/22/24 | Review Japan post-closing matters and provide direction | John J. Ray III | 0.8 | $1,260.00 |
| 9/22/24 | Review crypto and token matters and provide direction | John J. Ray III | 0.8 | $1,260.00 |
| 9/23/24 | Review and provide direction related to coin and token sales | John J. Ray III | 1.0 | $1,575.00 |
| 9/23/24 | Review and approve subsidiary liquidation documents and processes | John J. Ray III | 0.8 | $1,260.00 |
| 9/23/24 | Call with J Frank re Plan communications actions | John J. Ray III | 0.3 | $472.50 |
| 9/23/24 | Call with A&M (K Ramanathan and others), creditor representatives, and Galaxy regarding coin and token sales | John J. Ray III | 0.5 | $787.50 |
| 9/23/24 | Review professional fees and administrative expenses | John J. Ray III | 0.8 | $1,260.00 |
| 9/23/24 | Review revised assumed contract list | John J. Ray III | 1.0 | $1,575.00 |
| 9/23/24 | Review proposed Plan changes | John J. Ray III | 1.0 | $1,575.00 |
| 9/23/24 | Provide direction regarding Japan post-closing matters | John J. Ray III | 0.5 | $787.50 |
| 9/23/24 | Review and provide direction regarding banking matters | John J. Ray III | 0.5 | $787.50 |
| 9/23/24 | Review draft and execute same of settlement agreement | John J. Ray III | 0.8 | $1,260.00 |
| 9/23/24 | Review and approve motion for filing | John J. Ray III | 0.5 | $787.50 |
| 9/23/24 | Assist creditor with KYC questions | John J. Ray III | 0.5 | $787.50 |
| 9/23/24 | Review and revise Venture settlement draft | John J. Ray III | 1.3 | $2,047.50 |
| 9/23/24 | Call with PWP (B Mendelsohn and others) related to Venture matter | John J. Ray III | 0.8 | $1,260.00 |
| 9/24/24 | Review of Bahamas property sales and communicate with S&C re notices | John J. Ray III | 0.8 | $1,260.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 9/24/24 | Communicate with J Frank regarding Plan communications | John J. Ray III | 0.5 | $787.50 |
| 9/24/24 | Steering committee call with S&C (A Dietderich and others), A&M (E Mosley and others), and PWP (B Mendelsohn and others) | John J. Ray III | 1.0 | $1,575.00 |
| 9/24/24 | Call with JOLs related to coordination of matters | John J. Ray III | 1.0 | $1,575.00 |
| 9/24/24 | Call with advisory committee related to Plan implementation | John J. Ray III | 1.0 | $1,575.00 |
| 9/24/24 | Prepare for insurance renewal meetings | John J. Ray III | 2.0 | $3,150.00 |
| 9/24/24 | Review and approve subsidiary liquidation agreements | John J. Ray III | 0.8 | $1,260.00 |
| 9/24/24 | Review recommendations related to coins and token matters | John J. Ray III | 0.5 | $787.50 |
| 9/24/24 | Review distribution agent status | John J. Ray III | 1.5 | $2,362.50 |
| 9/24/24 | Respond to questions related to docket filings | John J. Ray III | 0.5 | $787.50 |
| 9/25/24 | Review and approve rundown of 11 claims objections | John J. Ray III | 1.8 | $2,835.00 |
| 9/25/24 | Communicate with S&C (E Simpson) related to EU matters | John J. Ray III | 0.5 | $787.50 |
| 9/25/24 | Communicate with preference holder related to share transfer | John J. Ray III | 0.5 | $787.50 |
| 9/25/24 | Review and execute NDAs for brokers and underwriters relative to post confirmation insurance | John J. Ray III | 0.8 | $1,260.00 |
| 9/25/24 | Prepare for underwriter's call | John J. Ray III | 2.0 | $3,150.00 |
| 9/25/24 | Review 9019 motion related to MDL and provide comments | John J. Ray III | 1.0 | $1,575.00 |
| 9/25/24 | Call with S&C and A&M (K Ramanathan and others) related to litigation matters | John J. Ray III | 0.5 | $787.50 |
| 9/25/24 | Call with A&M (T Hudson) related to insurance materials | John J. Ray III | 0.5 | $787.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 9/25/24 | Call with insurance broker related to underwriter meetings | John J. Ray III | 0.5 | $787.50 |
| 9/25/24 | Call with A&M (K Ramanathan and others) and S&C (E Simpson) related to distribution agreement status | John J. Ray III | 0.5 | $787.50 |
| 9/25/24 | Review and approve professional fees | John J. Ray III | 0.5 | $787.50 |
| 9/25/24 | Review and approve coin and token meeting minutes | John J. Ray III | 0.3 | $472.50 |
| 9/26/24 | Prepare for insurance meetings | John J. Ray III | 1.5 | $2,362.50 |
| 9/26/24 | Respond to inquiries related to docket filings | John J. Ray III | 1.0 | $1,575.00 |
| 9/26/24 | Review Plan and trust documentation | John J. Ray III | 2.5 | $3,937.50 |
| 9/26/24 | Call with insurance underwriters | John J. Ray III | 1.5 | $2,362.50 |
| 9/26/24 | Call with S&C (J Croke) and A&M (K Ramanathan and others) related to claims matters | John J. Ray III | 1.0 | $1,575.00 |
| 9/26/24 | Attend to administrative matters related to scheduling, information requests, and Board communications | John J. Ray III | 2.5 | $3,937.50 |
| 9/27/24 | Review and prepare settlement proposal revisions related to Venture matter | John J. Ray III | 2.8 | $4,410.00 |
| 9/27/24 | Review and comment on confirmations papers | John J. Ray III | 3.3 | $5,197.50 |
| 9/27/24 | Review property sale notice | John J. Ray III | 0.3 | $472.50 |
| 9/27/24 | Review and provide direction related to Venture investments | John J. Ray III | 0.8 | $1,260.00 |
| 9/27/24 | Review and approve notice of preference settlement | John J. Ray III | 0.5 | $787.50 |
| 9/27/24 | Review and provide comments on Board materials | John J. Ray III | 0.3 | $472.50 |
| 9/27/24 | Review and provide direction on coins and token sales | John J. Ray III | 0.5 | $787.50 |
| 9/27/24 | Review investment update related to venture holding | John J. Ray III | 0.8 | $1,260.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 9/28/24 | Further revisions to settlement draft (2.3) and discussions with counter party regarding same (1.5) | John J. Ray III | 3.8 | $5,985.00 |
| 9/29/24 | Review of confirmation brief changes and comment on same and review and comment on reply brief | John J. Ray III | 3.0 | $4,725.00 |
| 9/29/24 | Call with ad hoc creditors related to status of Plan | John J. Ray III | 1.0 | $1,575.00 |
| 9/30/24 | Review of crypto sales and status | John J. Ray III | 0.8 | $1,260.00 |
| 9/30/24 | Review and comment on updated confirmation order | John J. Ray III | 1.0 | $1,575.00 |
| 9/30/24 | Call with J Frank re Plan communications | John J. Ray III | 0.3 | $472.50 |
| 9/30/24 | Call with Galaxy and A&M (K Ramanathan and others) related to sales processes | John J. Ray III | 0.5 | $787.50 |
| 9/30/24 | Call to assist creditor related to portal | John J. Ray III | 0.3 | $472.50 |
| 9/30/24 | Call with A&M (K Ramanathan) related to ongoing crypto sales and distribution processes | John J. Ray III | 0.5 | $787.50 |
| 9/30/24 | Review and approve filing of amended Plan | John J. Ray III | 1.5 | $2,362.50 |
| 9/30/24 | Review and coordinate Board meeting materials | John J. Ray III | 0.8 | $1,260.00 |
| 9/30/24 | Review weekly work stream status | John J. Ray III | 0.8 | $1,260.00 |
| 9/30/24 | Review and comment open revised liquidating trust agreement | John J. Ray III | 1.3 | $2,047.50 |
| 9/30/24 | Review draft terms related to distribution agents | John J. Ray III | 1.3 | $2,047.50 |
| 9/30/24 | Review and comment on objection reply | John J. Ray III | 0.5 | $787.50 |
| 9/30/24 | Review Plan communications related to DOJ seized assets | John J. Ray III | 0.5 | $787.50 |
| 9/30/24 | Review further revised liquidating trust agreement additions | John J. Ray III | 0.5 | $787.50 |
| | | **Total Amount for Period:** | **183.6** | **$289,170.00** |