# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Obj. Deadline: October 23, 2024 at 4:00 p.m. (ET) |

**NOTICE OF FILING OF MONTHLY STAFFING REPORT AND
COMPENSATION REPORT BY RLKS EXECUTIVE SOLUTIONS LLC
FOR THE PERIOD SEPTEMBER 1, 2024 THROUGH SEPTEMBER 30, 2024**

**PLEASE TAKE NOTICE** that on January 9, 2023, the Court entered the *Order Granting Debtors' Motion for an Order Authorizing and Approving (I) the Retention and Employment of RLKS Executive Solutions LLC and (II) Designating the Chief Officers as Officers of the Debtors* Nunc Pro Tunc *to November 15, 2022* [D.I. 437] (the "Retention Order"),[2] approving, among other things, the retention and employment of RLKS Executive Solutions LLC ("RLKS").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraphs 2(d) and 2(e) of the Retention Order, attached hereto as Exhibit A is RLKS's staffing and compensation report (the "Report") for the period of September 1, 2024 through September 30, 2024 (the "Reporting Period"). The Report includes (i) the names and functions engaged by the

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Retention Motion.

-2-

RLKS's professionals who provided services to the Debtors during the Reporting Period and (ii) a summary of the services provided, the compensation earned and itemized expenses incurred by RLKS during the Reporting Period.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "Objections") to the Report shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Delaware and shall be filed with the Court in accordance with the customary practices of the Court. Objections must be filed and served on counsel to the Debtors, Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004 (Christian P. Jensen; jensenc@sullcrom.com) and Landis Rath & Cobb LLP, 919 Market Street, Wilmington, Delaware 19801 (Kimberly A. Brown; brown@lrclaw.com), so as to be received no later than **4:00 p.m. ET** on **October 23, 2024** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Retention Order, if no Objection to the Report is filed and served by the Objection Deadline, the Debtors may promptly pay all requested compensation and expenses.

| | |
|---|---|
| Dated: October 9, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Kimberly A. Brown*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>         brown@lrclaw.com<br>         pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>         bromleyj@sullcrom.com<br>         gluecksteinb@sullcrom.com<br>         kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |