# Shyam Binani



RECEIVED
2024 OCT -8  AM 11:18
CLERK
BANKRUPTCY COURT
DISTRICT OF DELAWARE

12-00 Income at Raffles
16 Collyer Quay
Singapore 049318

BY REGISTERED POST A/D

Dated: 25th Sept 2024

Office of the Clerk
United States Bankruptcy Court,
824 Market Street, 3rd Floor, Wilmington,
Delaware 19801 (U.S.A)

**For Kind attn of: THE HONORABLE JOHN T. DORSEY, (CHIEF UNITED STATES BANKRUPTCY COURT JUDGE)**

Ref: Case no 22-11068 (JTD)
Hearing Date Scheduled for: 22nd Oct 2024 @ 1PM
Matter related to: DEBTORS' SEVENTY-SECOND (NON-SUBSTANTIVE) OMNIBUS OBJECTION
TO CERTAIN SUPERSEDED CLAIMS (CUSTOMER CLAIMS)
Sub: FTX Trading Ltd - Debtor's Objection – Response by Customer (Claim no: 1587 & 61520)

Your Honour,

I refer to my earlier letter dated 5th Sep 2024 sent to you by Regd Post *(Annexure1)*, the Debtors have responded on 14th Sept 2024 by email providing the "Schedule 1 - Superseded claims" *(Annexure 2)*.

In this Schedule 1, Debtors have asked you for disallowing the claim no 1587 and to retain claim no 61520 as surviving claim. The schedule 1 also clearly shows that both the claims are in my name. I am still not aware how claim no 61520 was created. I can also see, there is a very miniscule difference in the token quantity of BTC shown between the two claims. All other token quantity are exactly the same.

Since there is miniscule difference between the 2 claims and my name reflects against both the claims, I agree to the debtors disallowing my claim no 1587 but only after retaining claim no 61520. Also I request you to direct the Debtors to provide me the full detail, they have on their file, on the new claim no 61520 for my records.

Your Honour, I would like to once again reiterate to you to please see that our rights are protected, as were are small customers of FTX. Moreover, I had voted against the plan, as the plan was only to reimburse the value of tokens and not the crypto tokens itself. The compensation should have been to return the tokens as FTX was only custodians to our tokens lying in their custody.

Thanking you
Yours Sincerely

*[signature]*

(SHYAM BINANI)
Email: shyambinani@gmail.com
Ph: +65 65332627

enclo:
2 Annexure

cc: (a) Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004,
    Attn: Alexa J. Kranzley (kranzleya@sullcrom.com) and
    (b) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801,
    Attn: Adam G. Landis (landis@lrclaw.com) & Kimberly A. Brown (brown@lrclaw.com)

UNITED STATES BANKRUPTCY CO

824 MARKET STREET

3rd FLOOR, WILMINGTON

DELAWARE 19801

U.S.A





From,

SHYAM BINANI

12-00 Income @ Raffles

16 Collyer Quay

SINGAPORE 049318