IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX Trading LTD., et al., | Case No. 22-11068 (JTD) |
| Debtors. | |

**DEBTORS SIXTY-NINTH (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN SUPERCEDED CLAIMS(CUSTOMER CLAIMS)**

October 4, 2024

| | |
|---|---|
| John Castellana | Claimant: John Castellana |
| 70 Manor Drive | Claim # 1540 |
| Red Bank, NJ 07701 | Amount of Claim: $ 8994 |

(347) 314-4990

jcastellana0@gmail.com

Honorable John Dorsey:

I am in opposition to Debtors counsel sixty-ninth omnibus objection(non-substantive) to certain superceded claims(claim # 1540). If I am to assume that the survival claim is the one listed on the FTX.US portal as an entitlement claim of $2.71 then I object to Debtors counsel's petition to have my superceded claim # 1540 disallowed since the former is based on erroneous data. Even though the fiat withdrawl for $8994 USD shows as a completed transaction in my FTX.US transaction history, it is nonetheless incorrect as $8994 USD was never deposited into my Chase 8082 checking account because the funds were not available as FTX had already become insolvent at that point in time. My superceded claim is the valid claim because I have attached evidence that clearly demostrates that the FTX.US withdrawl for $8994 to my Chase 8082 checking account was never completed and therefore the entitlement claim(survival claim) for $2.71 is based on erroneous information and should be thrown out. If the court needs to reach out to me regarding this matter I can be contacted from my contact information above. Thank you for your time and consideration.

Respectfully Yours,

*[signature: John Castellana]*

John Castellana

# KROLL

## Creditor Data Details - Claim # 1540

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
04/07/2023

**Claim Number**
1540

**Schedule Number**
n/a

**Confirmation ID**
n/a

## Claim Amounts

| Claim Nature | Schedule Amount | C* U* D* | Asserted Claim Amount | C* U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $8,994.00 | | $8,994.00 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | $8,994.00 | | $8,994.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Objection History

| Date Filed | Objection Motion | Date Filed | Objection Order | Basis | Status |
|---|---|---|---|---|---|
| 08/28/2024 | (REDACTED) Debtors' Sixty-Ninth (Non-Substantive)... | | | Superseded Claims | Pending |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s.

Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or



## Confirmation of direct debit authorization for FTX US
1 message

**Stripe** <support@stripe.com>  
Reply-to: FTX US <support@ftx.us>  
To: jcastellana0@gmail.com

Wed, Nov 9, 2022 at 5:12 PM

**stripe**

**AGREEMENT DATE**  
November 9, 2022

**ACCOUNT HOLDER NAME**  
JOHN CASTELLANA

**FINANCIAL INSTITUTION**  
[redacted]

**ROUTING NUMBER**  
[redacted]

**ACCOUNT NUMBER**  
[redacted]

Thank you for signing up for direct debits from FTX US. You have authorized FTX US, and, if applicable, its affiliated entities to debit the bank account specified above for any amount owed for charges arising from your use of FTX US's services and/or purchase of products from FTX US, pursuant to FTX US's website and terms, until this authorization is revoked.

You have authorized FTX US, and, if applicable, its affiliated entities to debit your bank account periodically if and when you use FTX US's services or purchase more than one of FTX US's products periodically pursuant to FTX US's terms. Payments that fall outside of the periodic debits authorized above will only be debited after your authorization is obtained.

You may amend or cancel this authorization at any time by providing notice to FTX US with 30 (thirty) days' notice.

View these terms on stripe.com

Stripe, 354 Oyster Point Blvd, South San Francisco, CA 94080



## FTX US withdrawal request
1 message

**FTX US** <support@ftx.us>  
To: jcastellana0@gmail.com  
Wed, Nov 9, 2022 at 5:13 PM

Hello JOHN CASTELLANA,

We have received a request to withdraw 8994.00 USD from your FTX US account.

If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within one business day. FTX US is not responsible for delays or fees resulting from your bank or intermediary banks it uses. You can find more information at https://help.ftx.us/hc/en-us/sections/360008262673-Deposits-Withdrawals.



## FTX US fiat withdrawal sent
1 message

**FTX US** <support@ftx.us>  Wed, Nov 9, 2022 at 5:13 PM
To: jcastellana0@gmail.com

Hello JOHN CASTELLANA,

Your fiat withdrawal of 8994.00 USD has been processed. Please allow three to five business days for the transfer to arrive in your bank account.

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 14, 2022 through November 10, 2022

Account Number:

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00241773 DRE 802 219 31522 NNNNNNNNNNN  1 000000000 08 0000
JOHN CASTELLANA
70 MANOR DR
RED BANK NJ 07701-2465

## Review our updated overdraft information at the end of this statement

We've included our overdraft services and associated fees that are available for your personal checking account(s) at the end of this statement. If you're enrolled in Chase Debit Card Coverage℠, please review the refreshed information on this service. As a reminder, overdraft services are not available for Chase Secure Checking℠ or Chase First Checking℠. Standard Overdraft Practice and Chase Debit Card Coverage are not available for Chase High School Checking℠.

If you have questions, please visit **chase.com/overdraft** or call us at the number on your statement. We accept operator relay calls.

## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | $2,176.42 |
| Deposits and Additions | 3,425.12 |
| ATM & Debit Card Withdrawals | -536.42 |
| Electronic Withdrawals | -2,869.91 |
| **Ending Balance** | $2,195.21 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 10/14 | | | |
| 10/17 | | | |
| 10/17 | | | |
| 10/17 | | | |
| 10/20 | | | |
| 10/21 | | | |
| 10/21 | | | |
| 10/21 | | | |
| 10/21 | | | |
| 10/24 | | | |
| 10/25 | | | |
| 10/26 | | | |
| 10/26 | | | |

# CHASE

October 14, 2022 through November 10, 2022

Account Number:

## TRANSACTION DETAIL *(continued)*

| DATE |
|---|
| 10/26 |
| 10/28 |
| 10/28 |
| 10/28 |
| 10/31 |
| 10/31 |
| 10/31 |
| 10/31 |
| 10/31 |
| 11/01 |
| 11/02 |
| 11/03 |
| 11/04 |
| 11/07 |
| 11/07 |
| 11/08 |
| 11/10 |
| 11/10 |
| 11/10 |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network. (Your total electronic deposits this period were $3,588.12. Note: some deposits may be listed on your previous statement)

- OR, keep a balance at the beginning of each day of $1,500.00 or more in this account. (Your lowest beginning day balance was $1,920.12)

- OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments. (Your average beginning day balance of qualifying linked deposits and investments was $2,468.60)

Page 2 of 4

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 11, 2022 through December 12, 2022

Account Number: ▮▮▮▮▮▮▮▮

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



00241626 DRE 802 219 34722 NNNNNNNNNNN  1 000000000 08 0000

JOHN CASTELLANA
70 MANOR DR
RED BANK NJ 07701-2465

## Get tips for spotting a scam

The four common signs it's a scam are: pretending to be someone you know, pressuring you to act immediately, presenting you with a conditional prize or problem, or asking you to pay in a specific way.

To learn more and see tips on how to help protect your money, visit **chase.com/FraudAwareness**

## CHECKING SUMMARY          Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $2,195.21 |
| Deposits and Additions | 2,703.87 |
| ATM & Debit Card Withdrawals | -548.24 |
| Electronic Withdrawals | -2,451.60 |
| **Ending Balance** | **$1,899.24** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 11/14 | ▮ | | |
| 11/14 | ▮ | | |
| 11/14 | ▮ | | |
| 11/14 | ▮ | | |
| 11/14 | ▮ | | |
| 11/14 | ▮ | | |
| 11/14 | ▮ | | |
| 11/15 | ▮ | | |
| 11/16 | ▮ | | |
| 11/16 | ▮ | | |
| 11/16 | ▮ | | |
| 11/17 | ▮ | | |
| 11/17 | ▮ | | |
| 11/18 | ▮ | | |
| 11/21 | ▮ | | |
| 11/22 | ▮ | | |
| 11/25 | ▮ | | |

Page 1 of 4

# CHASE

November 11, 2022 through December 12, 2022

Account Number: ▉▉▉▉▉▉▉▉

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 11/25 | ▉ | | |
| 11/28 | ▉ | | |
| 11/28 | ▉ | | |
| 11/28 | ▉ | | |
| 11/29 | ▉ | | |
| 11/30 | ▉ | | |
| 12/02 | ▉ | | |
| 12/05 | ▉ | | |
| 12/06 | ▉ | | |
| 12/08 | ▉ | | |
| 12/09 | ▉ | | |
| 12/09 | ▉ | | |
| 12/12 | ▉ | | |
| 12/12 | ▉ | | |
| 12/12 | ▉ | | |
| 12/12 | ▉ | | |
| 12/12 | ▉ | | |
| 12/12 | ▉ | | |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network. (Your total electronic deposits this period were $2,003.87. Note: some deposits may be listed on your previous statement)

- OR, keep a balance at the beginning of each day of $1,500.00 or more in this account. (Your lowest beginning day balance was $1,832.48)

- OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments. (Your average beginning day balance of qualifying linked deposits and investments was $2,297.46)

**FROM:**

John Castellana
70 Manor Drive
Red Bank, N.J. 07701

**CERTIFIED MAIL**

9589 0710 5270 2014 9895 3

**TO:**

Office of the Clerk of the
States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, Delaware

Photo Document Mailer
9 3/4" x 12 1/4"