**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| FTX TRADING, LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | Jointly Administered |
| | Re: D.I. 24730 |

**CERTIFICATE OF NO OBJECTION REGARDING NINTH MONTHLY FEE APPLICATION OF ROTHSCHILD & CO US INC., AS INVESTMENT BANKER TO THE EXECUTIVE COMMITTEE OF THE AD HOC COMMITTEE OF NON-US CUSTOMERS OF FTX.COM, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 1, 2024, THROUGH JUNE 30, 2024**

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the *Ninth Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the period from June 1, 2024, through June 30, 2024* (D.I. 24730) (the "Application"), filed on September 13, 2024.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the notice of Application, objections to the Application were to be filed and served no later than October 3, 2024, at 4:00 p.m. (ET).

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the debtors' claims and noticing agent's website at https://cases.ra.kroll.com/FTX.

Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (D.I. 435) entered on January 9, 2023, the Debtors are authorized to pay eighty percent (80%) of the monthly fees and one hundred percent (100%) of the monthly expenses requested in the Application upon the filing of this Certificate of No Objection without any further court order. The below chart details the amounts requested in the Application and the amount the Debtors are authorized to pay.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $175,000.00 | $2,464.50 | $140,000.00 | $142,464.50 |

WHEREFORE, Rothschild & Co respectfully requests that the Application be approved.

*[Signature Page Follows]*

| | |
|---|---|
| Date: Wilmington, Delaware<br>October 10, 2024 | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Jonathan M. Weyand*<br>Matthew B. Harvey (No. 5186)<br>Jonathan M. Weyand (No. 6959)<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>mharvey@morrisnichols.com<br>jweyand@morrisnichols.com<br><br>**EVERSHEDS SUTHERLAND (US) LLP**<br>Erin E. Broderick<br>Michael A. Rogers<br>227 West Monroe Street, Suite 6000<br>Chicago, Illinois 60606<br>Telephone: (312) 724-9006<br>Facsimile: (312) 724-9322<br>erinbroderick@eversheds-sutherland.com<br>michaelrogers@eversheds-sutherland.com<br><br>Nathaniel T. DeLoatch<br>999 Peachtree St. NE<br>Atlanta, GA 30309<br>Telephone: (404) 853-8000<br>Facsimile: (404) 853-8806<br>nathanieldeloatch@eversheds-sutherland.com<br><br>Sarah E. Paul<br>The Grace Building, 40th Floor<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 389-5000<br>Facsimile: (212) 389-5099<br>sarahpaul@eversheds-sutherland.com<br><br>*Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com* |