**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: October 9, 2024

                                                  */s/ Thomas Evangelista*
                                                   Thomas Evangelista

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 9, 2024, by Thomas Evangelista, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Paul Pullo*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1215 | Name on File<br>Address on File | Park Walk Credit Partners LLC<br>Attn: Jesse Hibbard<br>1120 S Capital of Texas Hwy,<br>Building 1, Suite 120<br>Austin, TX 78746 | 10/4/2024 |
| 1216 | Name on File<br>Address on File | Park Walk Credit Partners LLC<br>Attn: Jesse Hibbard<br>1120 S Capital of Texas Hwy,<br>Building 1, Suite 120<br>Austin, TX 78746 | 10/4/2024 |
| 1287 | Name on File<br>Address on File | SPCP Group, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>1st Floor<br>Greenwich, CT 06830 | 10/4/2024 |
| 1288 | Name on File<br>Address on File | SPCP Group, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>1st Floor<br>Greenwich, CT 06830 | 10/4/2024 |
| 1289 | Name on File<br>Address on File | SPCP Institutional Group, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>1st Floor<br>Greenwich, CT 06830 | 10/4/2024 |
| 1290 | Name on File<br>Address on File | SPCP Institutional Group, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>1st Floor<br>Greenwich, CT 06830 | 10/4/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2147 | Name on File<br>Address on File | Turner's Place LLC<br>Attn: Jonathan Reisman<br>222 Berkeley Street, 13th Floor<br>Boston, MA 02116<br><br>Turner's Place LLC<br>Ropes & Gray LLP<br>Attn: Patricia Chen<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199 | 10/4/2024 |
| 2979 | Name on File<br>Address on File | Advanced Legal P.C.<br>Attn: Woong Kyu Sung<br>258 Steilen Avenue<br>Ridgewood, NJ 07450 | 10/4/2024 |
| 4061 | Name on File<br>Address on File | Contrarian Funds, LLC<br>Attn: Alpa Jimenez<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830 | 10/4/2024 |
| 4147 | Name on File<br>Address on File | Contrarian Funds, LLC<br>Attn: Keith McCormack<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830 | 10/4/2024 |
| 4212 | Name on File<br>Address on File | HXRO Foundation<br>Attn: Brandt Page<br>106 Burnthwaite Road<br>London, SW6 5BG<br>United Kingdom | 10/4/2024 |
| 4213 | Name on File<br>Address on File | HXRO Foundation<br>Attn: Brandt Page<br>106 Burnthwaite Road<br>London, SW6 5BG<br>United Kingdom | 10/4/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4214 | Name on File<br>Address on File | HXRO Foundation<br>Attn: Brandt Page<br>106 Burnthwaite Road<br>London, SW6 5BG<br>United Kingdom | 10/4/2024 |
| 4644 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | 10/4/2024 |
| 12039 | Name on File<br>Address on File | Nexxus Participation Vehicle III LLC<br>c/o Nexxus Holdings Operations LLC<br>Attn: Tim Babich<br>800 Miramonte Drive<br>Suite 380<br>Santa Barbara, CA 93109 | 10/4/2024 |