**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | **CHAPTER 11** |
| **FTX TRADING LTD.,** *et al.*,[1] | **CASE NO. 22-11068 (JTD)** |
| Debtors. | **(Jointly Administered)** |

Attached hereto is Exhibit "B" the Transaction History Screenshot.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The location of Debtors' principal of business and the Debtors' service address in these Chapter 11 cases is: 10-11 Mandolin Place, Friars Hill Road, St. John's, Antigua and Barbuda.

**<u>Exhibit "B"</u>**

