2

**CERTIFICATE OF SERVICE**

    I, Garvan McDaniel, Esq., hereby certify that on this 11th day of October, 2024, I caused a true and correct copy of the foregoing to be electronically filed with the Court using the CM/ECF System and to be served upon all parties requesting service therefrom.

Dated: October 11, 2024

                                                         */s/ Garvan McDaniel*
                                                    Garvan McDaniel, Esq. (#4167)