## EXHIBIT A

**Fees**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

(302) 571-6600

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6646

Writer's E-Mail
mlunn@ycst.com

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors | Invoice Date: | September 13, 2024 |
| 200 Park Avenue | Invoice Number: | 50054878 |
| New York, NY 10166 | Matter Number: | 102750.1001 |

Re:  FTX
        Billing Period through August 31, 2024

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 64,383.00 |
| Disbursements | $ | 447.78 |
| Total Due This Invoice | $ | 64,830.78 |

Official Committee of Unsecured Creditors
Billing Period through August 31, 2024

Invoice Date:                September 13, 2024
Invoice Number:              50054878
Matter Number:               102750.1001

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/01/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.40 | 154.00 |
| 08/01/24 | JKOCH | Review and analyze recently filed pleadings including 54th - 62nd claim objections, stipulations with Paxos and Phala, and Eden Protocol Motion | B001 | 1.00 | 630.00 |
| 08/01/24 | JKOCH | Revise critical dates memorandum | B001 | 1.70 | 1,071.00 |
| 08/01/24 | JKOCH | Review and analyze case management orders in twenty adversary proceedings in connection with critical dates memorandum | B001 | 1.60 | 1,008.00 |
| 08/01/24 | MLUNN | Review comments to updated critical deadline memo | B001 | 0.20 | 222.00 |
| 08/02/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.40 | 154.00 |
| 08/05/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 77.00 |
| 08/06/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 77.00 |
| 08/06/24 | MLUNN | Correspondence from B. Hackman re: creditor committee composition and update as to members | B001 | 0.10 | 111.00 |
| 08/06/24 | RFPOP | Emails from Paul Hastings (Ken Pasquale) and UST re: committee member resignations/committee composition, and consider related issues re: same | B001 | 0.20 | 197.00 |
| 08/08/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.30 | 115.50 |
| 08/13/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 38.50 |
| 08/15/24 | RFPOP | Review and analyze debtors motion to extend the deadline for filing a complaint to determine the dischargeability of a debt | B001 | 0.10 | 98.50 |

Official Committee of Unsecured Creditors
Billing Period through August 31, 2024

Invoice Date:                    September 13, 2024
Invoice Number:                          50054878
Matter Number:                         102750.1001

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 08/16/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.60 | 231.00 |
| 08/19/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.40 | 154.00 |
| 08/20/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.30 | 115.50 |
| 08/22/24 | DLASK | Update critical dates memo | B001 | 0.40 | 154.00 |
| 08/23/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.30 | 115.50 |
| 08/29/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 77.00 |
| 08/29/24 | MLUNN | Correspondence from K. Pasquale re: update on certain issues and matters | B001 | 0.10 | 111.00 |
| 08/30/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 77.00 |
| 08/30/24 | MLUNN | Correspondence with K. Pasquale re: update to UCC members | B001 | 0.10 | 111.00 |
| 08/02/24 | MLUNN | Correspondence with M. Pierce re: August 6th hearing | B002 | 0.10 | 111.00 |
| 08/02/24 | RFPOP | Email to and from counsel for debtors (Matt Pierce) re: August 6th hearing | B002 | 0.10 | 98.50 |
| 08/13/24 | DLASK | Assemble pleadings, prepare hearing binder | B002 | 0.60 | 231.00 |
| 08/13/24 | MLUNN | Correspondence with K. Pasquale re: August 15th hearing and status of matters scheduled | B002 | 0.10 | 111.00 |
| 08/13/24 | MLUNN | Review August 15th hearing agenda | B002 | 0.10 | 111.00 |
| 08/13/24 | RFPOP | Review and analyze debtors agenda for August 15th hearing, and email from Paul Hastings (Ken Pasquale) re: same | B002 | 0.10 | 98.50 |
| 08/14/24 | MLUNN | Correspondence with K. Pasquale re: August 15th hearing and issues with MDL plaintiffs | B002 | 0.10 | 111.00 |
| 08/14/24 | MLUNN | Review amended August 15th hearing agenda | B002 | 0.10 | 111.00 |

Official Committee of Unsecured Creditors
Billing Period through August 31, 2024

Invoice Date:                September 13, 2024
Invoice Number:                      50054878
Matter Number:                     102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/01/24 | MLUNN | Review and provide comments to draft response to MDL customer property statement and positions and develop additional responses (.5); research and develop additional responses (.3); correspondence with R. Poppiti (.2); review revised version (.3) | B006 | 1.30 | 1,443.00 |
| 08/01/24 | MLUNN | Review notice of hearing filed by debtors re: MDL objection to payment of professional fees | B006 | 0.10 | 111.00 |
| 08/01/24 | RFPOP | Email to and from Paul Hastings (Ken Pasquale) re: debtors settlement with CFTC | B006 | 0.10 | 98.50 |
| 08/01/24 | RFPOP | Review and comment on draft response to MDL customer property statement, and emails to and from M. Lunn and Paul Hastings (Ken Pasquale) re: same | B006 | 0.20 | 197.00 |
| 08/01/24 | RFPOP | Email from counsel for debtors (Brad Harsch) re: small estate claims settlements, and review and analyze summary of same | B006 | 0.10 | 98.50 |
| 08/05/24 | MLUNN | Review updated cash flow analysis | B006 | 0.30 | 333.00 |
| 08/05/24 | MLUNN | Review update from Jefferies re: portfolio investments | B006 | 0.20 | 222.00 |
| 08/05/24 | RFPOP | Review and analyze FTI cash flow update, and email from FTI (Michael Gray) re: same | B006 | 0.20 | 197.00 |
| 08/05/24 | RFPOP | Review and analyze briefing in connection with MDL litigation re: estate causes of action and automatic stay, including plaintiff's request for injunction and response to court's motion to show cause | B006 | 1.10 | 1,083.50 |
| 08/05/24 | RFPOP | Email from Jefferies (Sebastian Carri) re: update re: debtors venture portfolio | B006 | 0.10 | 98.50 |
| 08/06/24 | MLUNN | Review 2nd Objection of MDL Plaintiffs statements and re: customer property issues and related correspondence with K. Pasquale | B006 | 0.30 | 333.00 |
| 08/06/24 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale) and counsel for debtors (Adam Landis) re: response to MDL customer property statement, and review and analyze additional MDL statement re: same and consider related issues re: same | B006 | 0.30 | 295.50 |

Official Committee of Unsecured Creditors
Billing Period through August 31, 2024

Invoice Date:             September 13, 2024
Invoice Number:                  50054878
Matter Number:               102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/07/24 | RFPOP | Email from Paul Hastings (Lanie Miliotes) re: customer property/MDL litigation issues | B006 | 0.20 | 197.00 |
| 08/07/24 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale) and counsel for debtors (Adam Landis and Matt Pierce) re: response to MDL customer property statement | B006 | 0.20 | 197.00 |
| 08/08/24 | MLUNN | Call with K. Pasquale, G. Sasson and R. Poppiti re: strategy and response to MDL customer property statements (.4); review and provide comments to Committee's response and correspondence with R. Poppiti (.3); review Debtors' draft response re: same (.4); review final and filed version of Debtors' response (.1); review revisions and correspondence with R. Poppiti and K. Pasquale re: Committee's response (.2) | B006 | 1.40 | 1,554.00 |
| 08/08/24 | RFPOP | Revise and finalize for filing draft response, and joinder to debtors response, to MDL customer property statement (.6), and emails to (.2) and from (.2) M. Lunn, Paul Hastings (Ken Pasquale and Gabe Sasson) and counsel for debtors (Matt Pierce), call with M. Lunn, Ken Pasquale and Gabe Sasson (.3), calls with (x2) Matt Pierce (.2), call with Ken Pasquale (.1) and review and analyze debtors response (.4) and MDL statement (.2) re: same | B006 | 2.20 | 2,167.00 |
| 08/09/24 | RFPOP | Review and analyze MDL customers notice of partial withdrawal of customer property statement | B006 | 0.10 | 98.50 |
| 08/09/24 | RFPOP | Review and analyze debtors notice of small estate claims settlements consummated during July 2024; review and analyze debtors notice of de minimis asset sales consummated during July 2024 | B006 | 0.10 | 98.50 |
| 08/14/24 | MLUNN | Review MDL FTX Customers withdraw of customer property statements | B006 | 0.10 | 111.00 |
| 08/14/24 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale) re: MDL customer property statements, and review MDL notice of withdrawal of same | B006 | 0.20 | 197.00 |
| 08/21/24 | RFPOP | Review and comment on draft proposed settlement agreement with MDL plaintiffs, and email to and from Paul Hastings (Ken Pasquale) re: same | B006 | 0.40 | 394.00 |

Official Committee of Unsecured Creditors      Invoice Date:      September 13, 2024
Billing Period through August 31, 2024      Invoice Number:      50054878
     Matter Number:      102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/21/24 | RFPOP | Email from counsel for debtors (Brad Harsch) re: debtors proposed small estate claims settlements, and review and analyze summary from debtors re: same | B006 | 0.10 | 98.50 |
| 08/28/24 | RFPOP | Review and comment on draft debtors/committee joint fifth motion to extend the customer redaction deadline, and emails to and from Paul Hastings (Isaac Sasson) and counsel for debtors (Benjamin Zonenshayn) re: same | B006 | 0.40 | 394.00 |
| 08/30/24 | RFPOP | Review and analyze debtors motion to approve settlement with Kroll | B006 | 0.20 | 197.00 |
| 08/02/24 | MLUNN | Review proposed claim settlements | B007 | 0.10 | 111.00 |
| 08/13/24 | MLUNN | Review Celsius Litigation Administrator response to claim objection | B007 | 0.40 | 444.00 |
| 08/13/24 | RFPOP | Review and analyze Celsius responses to debtors objections to Celsius claims | B007 | 0.70 | 689.50 |
| 08/13/24 | RFPOP | Review and analyze Blooming Triumph, Bartusek, and DCP Master Fund responses to debtors claims objections | B007 | 0.40 | 394.00 |
| 08/14/24 | RFPOP | Emails to and from M. Lunn re: confirmation objection and customer property issues, and consider related issues re: same | B007 | 0.20 | 197.00 |
| 08/14/24 | RFPOP | Review and analyze Nagasaka supplemental response to debtors claims objection | B007 | 0.10 | 98.50 |
| 08/20/24 | RFPOP | Review and analyze response from Tai Mo Shan Limited to debtors claims objection | B007 | 0.40 | 394.00 |
| 08/21/24 | MLUNN | Review proposed claim settlements | B007 | 0.10 | 111.00 |
| 08/28/24 | DLASK | Update electronic docket - redacted omnibus objections to claims | B007 | 0.60 | 231.00 |
| 08/29/24 | DLASK | Update electronic docket - sealed omnibus objections to claims | B007 | 0.40 | 154.00 |
| 08/30/24 | MLUNN | Review settlement with Kroll | B007 | 0.10 | 111.00 |
| 08/30/24 | RFPOP | Briefly review and analyze debtors sixty-forth through eighty-seventh omnibus claims objections | B007 | 1.40 | 1,379.00 |
| 08/19/24 | MLUNN | Call with R. Poppiti, PH, FTI and Jefferies re: various care updates and preparation for UCC meeting | B008 | 0.40 | 444.00 |

Official Committee of Unsecured Creditors
Billing Period through August 31, 2024

Invoice Date:            September 13, 2024
Invoice Number:                   50054878
Matter Number:               102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/19/24 | RFPOP | Call with M. Lunn and Paul Hastings, FTI and Jefferies teams re: case update and strategy and upcoming deadlines and tasks and in preparation for upcoming committee call | B008 | 0.30 | 295.50 |
| 08/20/24 | RFPOP | Review and analyze materials from Paul Hastings and email from Paul Hastings (Leonie Koch) in preparation for upcoming committee meeting | B008 | 0.10 | 98.50 |
| 08/21/24 | MLUNN | Update call with UCC members, R. Poppiti, PH, FTI and Jefferies | B008 | 0.50 | 555.00 |
| 08/21/24 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks | B008 | 0.50 | 492.50 |
| 08/01/24 | RFPOP | Review and comment on draft joint committee and debtors mediation position statement for MAPS and Fondation appeal of order approving debtors coin estimation and valuation motion, and emails to and from Paul Hastings (Ken Pasquale) re: same | B011 | 0.30 | 295.50 |
| 08/06/24 | DLASK | Finalize for filing, file pro hac motions in Maps appeal and Fondation appeal | B011 | 0.60 | 231.00 |
| 08/06/24 | MLUNN | Review counter-designations in Maps appeal and in Fondation appeal | B011 | 0.30 | 333.00 |
| 08/07/24 | MLUNN | Review MDL litigation update | B011 | 0.20 | 222.00 |
| 08/22/24 | RFPOP | Review and analyze mediators final reports for Giles and Rocket adversary proceedings | B011 | 0.10 | 98.50 |
| 08/23/24 | MLUNN | Review GFG and Rocket motion to stay adversary | B011 | 0.30 | 333.00 |
| 08/24/24 | RFPOP | Review and analyze defendants motion to stay Rocket and Giles adversary proceedings and related motion to expedite consideration of stay motion | B011 | 0.40 | 394.00 |
| 08/29/24 | RFPOP | Review and analyze order granting defendants motion for expedited consideration of defendants motion to stay Giles/Rocket adversary proceedings | B011 | 0.10 | 98.50 |
| 08/01/24 | JKOCH | Review and analyze chapter 11 plan | B012 | 0.60 | 378.00 |
| 08/01/24 | MLUNN | Call with J. Kochenash re: various plan and confirmation deadlines | B012 | 0.10 | 111.00 |

Official Committee of Unsecured Creditors
Billing Period through August 31, 2024

| | | Invoice Date: | September 13, 2024 |
| | | Invoice Number: | 50054878 |
| | | Matter Number: | 102750.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 08/01/24 | MLUNN | Correspondence with R. Poppiti re: plan administrator agreement and trust agreement initial issues | B012 | 0.20 | 222.00 |
| 08/01/24 | MLUNN | Continue reviewing and providing comments to draft trust agreement | B012 | 1.80 | 1,998.00 |
| 08/01/24 | MLUNN | Review and provide comments to draft plan administrator agreement | B012 | 0.70 | 777.00 |
| 08/01/24 | RFPOP | Continue to review and comment on draft liquidating trust agreement and review and comment on draft plan administration agreement (1.9), and emails to and from M. Lunn (.1) re: same | B012 | 2.00 | 1,970.00 |
| 08/01/24 | RFPOP | Call with Paul Hastings (Ken Pasquale and Gary Silber) (.2), emails to and from Ken Pasquale (.1) and call with counsel for debtors (Kim Brown) (.2) re: tax issues re: liquidating trust, and consider related issues (.2) re: same | B012 | 0.70 | 689.50 |
| 08/02/24 | MLUNN | Review correspondence from creditors re: plan supplement and advisory committee members and correspondence with K. Pasquale re: same | B012 | 0.20 | 222.00 |
| 08/02/24 | RFPOP | Review and comment on revised draft mediation position letter for MAPS and Fondation appeals of order approving debtors coin estimation/valuation motion, and emails to and from Paul Hastings (Ken Pasquale) and counsel for debtors (Brian Glueckstein) re: same | B012 | 0.20 | 197.00 |
| 08/02/24 | RFPOP | Email from Paul Hastings (Ken Pasquale) re: post-effective date creditor advisory committee | B012 | 0.10 | 98.50 |
| 08/05/24 | MLUNN | Review First Amended Plan | B012 | 0.20 | 222.00 |
| 08/05/24 | MLUNN | Review plan supplement re: analysis of wind-down budget | B012 | 0.30 | 333.00 |
| 08/05/24 | MLUNN | Correspondence with K. Pasquale re: chapter 11 plan and plan supplement updates and other matters | B012 | 0.20 | 222.00 |
| 08/05/24 | MLUNN | Review filed version of plan administrator agreement | B012 | 0.60 | 666.00 |
| 08/05/24 | MLUNN | Review Plan Supplement re excluded preference actions | B012 | 0.30 | 333.00 |
| 08/05/24 | MLUNN | Call with R. Poppiti re confirmation and plan supplement issues | B012 | 0.20 | 222.00 |

Official Committee of Unsecured Creditors
Billing Period through August 31, 2024

Invoice Date:            September 13, 2024
Invoice Number:                 50054878
Matter Number:               102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/05/24 | MLUNN | Analyze agreements identified to be assumed in connection with plan filed with the Plan Supplement | B012 | 0.40 | 444.00 |
| 08/05/24 | MLUNN | Review amended and restated fee agreement with Rothschild in connection with plan | B012 | 0.20 | 222.00 |
| 08/05/24 | RFPOP | Review and analyze debtors amended plan | B012 | 0.30 | 295.50 |
| 08/05/24 | RFPOP | Email from Paul Hastings (Ken Pasquale) re: debtors amended plan and related issues, including customer property issues | B012 | 0.20 | 197.00 |
| 08/05/24 | RFPOP | Email from Paul Hastings (Ken Pasquale) re: post-effective date creditor advisory committee | B012 | 0.10 | 98.50 |
| 08/05/24 | RFPOP | Review and analyze debtors plan supplement (1.7), and call with M. Lunn (.2) re: same | B012 | 1.90 | 1,871.50 |
| 08/06/24 | RFPOP | Review and finalize for filing joint debtor and committee counter designations for Maps and Fondation appeals of court opinion and order approving debtors coin estimation/valuation motion (.3), and emails to and from Paul Hastings (Ken Pasquale and Isaac Sasson) and counsel for debtors (Sam Darby and Matt Pierce) (.2), review and analyze Maps and Vault initial designations (.5) and review and analyze court opinion and order and consider related issues (1.1) | B012 | 2.10 | 2,068.50 |
| 08/06/24 | RFPOP | Review and finalize for filing district court pro hac motions for Paul Hastings team for Maps and Fondation appeals of court opinion and order approving debtors coin estimation/valuation motion, and emails to and from D. Laskin and Paul Hastings (Ken Pasquale) re: same | B012 | 0.20 | 197.00 |
| 08/07/24 | MLUNN | Review objection of K. Nam to the plan and estimation of FTI | B012 | 0.30 | 333.00 |
| 08/07/24 | MLUNN | Call with PH, FTI and Jefferies re: advisory committee issues in connection with plan and confirmation | B012 | 0.60 | 666.00 |
| 08/08/24 | RFPOP | Review and analyze district court magistrate recommendation that Maps and Fondation appeals of court order approving debtors coin estimation/valuation motion be withdrawn from mediation, and consider related issues re: same | B012 | 0.20 | 197.00 |

Official Committee of Unsecured Creditors
Billing Period through August 31, 2024

Invoice Date: September 13, 2024
Invoice Number: 50054878
Matter Number: 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/09/24 | RFPOP | Review and analyze Kihyuk Nam plan objection | B012 | 0.40 | 394.00 |
| 08/12/24 | MLUNN | Review updated and filed version of liquidation trust agreement | B012 | 1.30 | 1,443.00 |
| 08/14/24 | MLUNN | Call with K. Pasquale and G. Sasson re: potential confirmation settlements and related strategy (.5) and correspondence with R. Poppiti re: same (.2) | B012 | 0.70 | 777.00 |
| 08/15/24 | MLUNN | Review and provide comments to draft settlement term sheet and plan support agreement with preferred shareholders | B012 | 0.50 | 555.00 |
| 08/15/24 | MLUNN | Correspondence with K. Pasquale re: status of potential confirmation objection resolutions | B012 | 0.20 | 222.00 |
| 08/15/24 | RFPOP | Email from Paul Hastings (Ken Pasquale) re: confirmation and related settlement issues (.2), and review and comment on draft proposed settlement agreement with preferred shareholders (.4) re: same | B012 | 0.60 | 591.00 |
| 08/16/24 | RFPOP | Review LayerZero motion to extend voting deadline and to maintain eligibility for the waiver of Customer Preference Actions | B012 | 0.20 | 197.00 |
| 08/16/24 | RFPOP | Review and analyze confirmation objections from BetDEX, ELD Capital, Three Arrows, Miss. Dept. of Revenue, Celsius, Arceau 507, and Layer Zero and reservation of rights from ad hoc group of preferred equity holders | B012 | 2.40 | 2,364.00 |
| 08/18/24 | RFPOP | Review and analyze response of Seth Melamed to debtors claim objection | B012 | 0.40 | 394.00 |
| 08/18/24 | RFPOP | Review and analyze confirmation objections from Ahmed Abd El-Razek, Sunil Kavuri and Pat Rabbitte, Seth Melamed, and Center For Applied Rationality and Lightcone | B012 | 0.90 | 886.50 |
| 08/19/24 | MLUNN | Review ELD Capital objection to confirmation | B012 | 0.20 | 222.00 |
| 08/19/24 | MLUNN | Review Arceau confirmation objection | B012 | 0.20 | 222.00 |
| 08/19/24 | MLUNN | Review Missouri Dept Revenue confirmation objection | B012 | 0.10 | 111.00 |
| 08/19/24 | MLUNN | Review LayerZero motion to extend voting deadline (.2) and review LayerZero objection to confirmation (.5) | B012 | 0.70 | 777.00 |
| 08/19/24 | MLUNN | Review Celsius Administrator objection to confirmation | B012 | 0.40 | 444.00 |

Official Committee of Unsecured Creditors

Billing Period through August 31, 2024

Invoice Date: September 13, 2024

Invoice Number: 50054878

Matter Number: 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/19/24 | MLUNN | Review Center for Applied Rationality confirmation objection | B012 | 0.10 | 111.00 |
| 08/19/24 | MLUNN | Review Preferred Equity's reservation of rights to confirmation | B012 | 0.10 | 111.00 |
| 08/19/24 | MLUNN | Review Philadelphia Indemnity confirmation objection | B012 | 0.10 | 111.00 |
| 08/19/24 | MLUNN | Correspondence from K. Catalano re: confirmation objections | B012 | 0.10 | 111.00 |
| 08/19/24 | MLUNN | Review BetDEX confirmation objection | B012 | 0.20 | 222.00 |
| 08/19/24 | MLUNN | Review Retail Customers' confirmation objection | B012 | 0.30 | 333.00 |
| 08/19/24 | MLUNN | Review Three Arrows confirmation objection | B012 | 0.20 | 222.00 |
| 08/20/24 | MLUNN | Correspondence with K. Pasquale re: status of confirmation objections and issues | B012 | 0.10 | 111.00 |
| 08/20/24 | RFPOP | Email from Paul Hastings (Kristin Catalano) re: confirmation objections | B012 | 0.10 | 98.50 |
| 08/20/24 | RFPOP | Review and analyze confirmation objection from Philadelphia Indemnity Insurance | B012 | 0.20 | 197.00 |
| 08/20/24 | RFPOP | Call with (.1) and email to and from (.1) Paul Hastings (Ken Pasquale) re: confirmation issues | B012 | 0.20 | 197.00 |
| 08/21/24 | MLUNN | Review draft MDL settlement agreement | B012 | 0.40 | 444.00 |
| 08/22/24 | RFPOP | Review and analyze preliminary chapter 11 plan voting results | B012 | 0.10 | 98.50 |
| 08/22/24 | RFPOP | Email from Paul Hastings (Ken Pasquale) re: post-effective date creditor advisory committee issues | B012 | 0.10 | 98.50 |
| 08/23/24 | MLUNN | Review UST confirmation objection | B012 | 0.80 | 888.00 |
| 08/23/24 | RFPOP | Review and analyze UST confirmation objection | B012 | 0.80 | 788.00 |
| 08/29/24 | RFPOP | Emails from Paul Hastings (Ken Pasquale) and FTI (Brian Bromberg) re: chapter 11 plan issues | B012 | 0.10 | 98.50 |
| 08/30/24 | MLUNN | Review updated recovery analysis | B012 | 0.30 | 333.00 |
| 08/30/24 | MLUNN | Review SEC reservation of rights re: confirmation | B012 | 0.10 | 111.00 |

Official Committee of Unsecured Creditors
Billing Period through August 31, 2024

Invoice Date:               September 13, 2024
Invoice Number:                     50054878
Matter Number:                   102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/30/24 | RFPOP | Review and analyze FTI updated claim recovery analysis, and email from FTI (Max Dawson) re: same | B012 | 0.20 | 197.00 |
| 08/30/24 | RFPOP | Review and analyze debtors schedule of cure amounts for contracts and leases to be assumed under chapter 11 plan | B012 | 0.20 | 197.00 |
| 08/30/24 | RFPOP | Review and analyze SEC reservation of rights re: chapter 11 plan | B012 | 0.10 | 98.50 |
| 08/07/24 | RFPOP | Review and analyze creditor correspondence from Kihyuk Nam | B013 | 0.20 | 197.00 |
| 08/11/24 | RFPOP | Review and analyze correspondence from FTX creditor (Milly Paris) | B013 | 0.10 | 98.50 |
| 08/01/24 | MLUNN | Review fee examiner letter re: interim fee request | B017 | 0.20 | 222.00 |
| 08/02/24 | DLASK | Finalize for filing and coordinate service of Paul Hastings' 19th fee application for June | B017 | 0.30 | 115.50 |
| 08/02/24 | DLASK | Finalize for filing and coordinate service of Young Conaway's 19th fee application for June | B017 | 0.30 | 115.50 |
| 08/02/24 | JKOCH | Review and comment on Paul Hastings' monthly fee application | B017 | 0.30 | 189.00 |
| 08/02/24 | MLUNN | Review June fee applications filed by S&C, A&M, Quinn and LRC | B017 | 0.30 | 333.00 |
| 08/02/24 | RFPOP | Review and analyze fee examiner report for YCST sixth interim fee application | B017 | 0.10 | 98.50 |
| 08/05/24 | DLASK | Update FTI's fee application for filing | B017 | 0.30 | 115.50 |
| 08/05/24 | DLASK | Finalize for filing and coordinate service of FTI's June fee application | B017 | 0.40 | 154.00 |
| 08/05/24 | JKOCH | Review and comment on FTI monthly fee application | B017 | 0.30 | 189.00 |
| 08/05/24 | MLUNN | Correspondence from M. Gray re: FTI June fee application | B017 | 0.10 | 111.00 |
| 08/08/24 | DLASK | Finalize for filing and coordinate service of joinder to debtors' response to objection to monthly fee applications | B017 | 0.40 | 154.00 |
| 08/09/24 | MLUNN | Review fee examiner report re: YCST (.1) and call with R. Poppiti (.2) | B017 | 0.30 | 333.00 |
| 08/09/24 | RFPOP | Review and analyze debtors supplemental ordinary course professional list | B017 | 0.10 | 98.50 |
| 08/09/24 | RFPOP | Call with M. Lunn (.2) and email to fee examiner (.4) re: proposed resolution of fee examiner letter report for YCST sixth interim fee application | B017 | 0.60 | 591.00 |

Official Committee of Unsecured Creditors
Billing Period through August 31, 2024

Invoice Date:                    September 13, 2024
Invoice Number:                        50054878
Matter Number:                       102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/14/24 | DLASK | Finalize for filing, file certificates of no objection for fee applications of Young Conaway, Paul Hastings and FTI | B017 | 0.60 | 231.00 |
| 08/14/24 | JKOCH | Review and edit CNOs for YCST, Paul Hastings and FTI monthly fee applications | B017 | 0.40 | 252.00 |
| 08/14/24 | JKOCH | Review withdrawal of limited objection to fee apps | B017 | 0.30 | 189.00 |
| 08/19/24 | DLASK | Update 7th interim fee application of committee's professionals | B017 | 0.20 | 77.00 |
| 08/22/24 | DLASK | Draft certificates of no objection for fee applications of Young Conaway and Paul Hastings | B017 | 0.40 | 154.00 |
| 08/23/24 | DLASK | File certificates of no objection for fee applications of Young Conaway and Paul Hastings | B017 | 0.60 | 231.00 |
| 08/23/24 | JKOCH | Review CNOs for Paul Hastings and YCST June fee applications | B017 | 0.20 | 126.00 |
| 08/23/24 | MLUNN | Correspondence with C. Abbey re: fee examiner report agreement | B017 | 0.10 | 111.00 |
| 08/23/24 | RFPOP | Review and analyze debtors report of payments made to ordinary course professionals for May-July 2024 period | B017 | 0.10 | 98.50 |
| 08/27/24 | DLASK | File certificate of no objection for FTI's 19th fee application | B017 | 0.30 | 115.50 |
| 08/27/24 | JKOCH | Review CNO for FTI fee application | B017 | 0.10 | 63.00 |
| 08/30/24 | DLASK | Finalize for filing and coordinate service of Young Conaway's 20th fee application | B017 | 0.30 | 115.50 |
| 08/30/24 | DLASK | Finalize for filing and coordinate service of 20th fee application of Paul Hastings | B017 | 0.30 | 115.50 |
| 08/30/24 | JKOCH | Review Paul Hastings 20th fee application | B017 | 0.20 | 126.00 |
| 08/30/24 | MLUNN | Review Debtors' professional July fee applications | B017 | 0.20 | 222.00 |
| 08/30/24 | RFPOP | Review and finalize for filing YCST July 2024 fee application | B017 | 0.20 | 197.00 |
| 08/02/24 | MLUNN | Review YCST June fee application | B018 | 0.20 | 222.00 |
| 08/02/24 | RFPOP | Review and finalize for filing YCST June 2024 fee application, and emails to and from D. Laskin re: same | B018 | 0.20 | 197.00 |
| 08/12/24 | MLUNN | Confidentiality review of July fee statement in preparation for submission | B018 | 0.50 | 555.00 |

Official Committee of Unsecured Creditors

Billing Period through August 31, 2024

Invoice Date:                September 13, 2024

Invoice Number:                        50054878

Matter Number:                    102750.1001

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 08/20/24 | RFPOP | Review invoice for YCST June 2024 fee application re: confidentiality and local rule compliance | B018 | 0.10 | 98.50 |
| 08/21/24 | DLASK | Update cumulative fees and expenses chart | B018 | 0.30 | 115.50 |
| 08/21/24 | DLASK | Draft July fee application | B018 | 0.70 | 269.50 |
| 08/27/24 | DLASK | Draft supplement to 7th interim fee application of Young Conaway | B018 | 2.00 | 770.00 |
| 08/30/24 | DLASK | Update supplement for 7th interim fee application | B018 | 0.20 | 77.00 |
| 08/30/24 | DLASK | Update July fee application | B018 | 0.20 | 77.00 |
| 08/13/24 | RFPOP | Review and analyze amendment and restatement to debtors global settlement agreement with JOLs, and review debtors certification of counsel re: same | BN014 | 0.60 | 591.00 |
| 08/01/24 | MLUNN | Correspondence with K. Pasquale re: request for extension to submit supplemental report | BNK016 | 0.30 | 333.00 |
| 08/01/24 | RFPOP | Emails from M. Lunn and Paul Hastings (Ken Pasquale) re: examiner request to extend phase two examination | BNK016 | 0.10 | 98.50 |
| 08/05/24 | RFPOP | Review and analyze examiner motion to amend duration of phase two investigation, and review and analyze related motion to shorten | BNK016 | 0.30 | 295.50 |
| 08/06/24 | MLUNN | Review Examiner motion to extend scope and duration of Phase II of examination | BNK016 | 0.20 | 222.00 |
| 08/07/24 | RFPOP | Review order shortening notice for examiner motion to amend duration of phase two investigation | BNK016 | 0.10 | 98.50 |
| 08/30/24 | RFPOP | Review and analyze examiner motion to approve 2004 exam of Lynn Nguyen and related motion to shorten | BNK016 | 0.30 | 295.50 |
| | | | **Total** | **73.40** | **$64,383.00** |

Official Committee of Unsecured Creditors
Billing Period through August 31, 2024

| | | |
|---|---|---|
| Invoice Date: | September 13, 2024 |
| Invoice Number: | 50054878 |
| Matter Number: | 102750.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| DLASK | Debbie Laskin | Paralegal | 14.00 | 385.00 | 5,390.00 |
| JKOCH | Jared W. Kochenash | Associate | 6.70 | 630.00 | 4,221.00 |
| MLUNN | Matthew B. Lunn | Partner | 22.90 | 1,110.00 | 25,419.00 |
| RFPOP | Robert F. Poppiti | Partner | 29.80 | 985.00 | 29,353.00 |
| **Total** | | | **73.40** | | **$64,383.00** |

Official Committee of Unsecured Creditors | Invoice Date: | September 13, 2024
Billing Period through August 31, 2024 | Invoice Number: | 50054878
| Matter Number: | 102750.1001

**Task Summary**

**Task Code:B001**     **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Matthew B. Lunn | Partner | 0.50 | 1,110.00 | 555.00 |
| Robert F. Poppiti | Partner | 0.30 | 985.00 | 295.50 |
| Jared W. Kochenash | Associate | 4.30 | 630.00 | 2,709.00 |
| Debbie Laskin | Paralegal | 4.00 | 385.00 | 1,540.00 |
| **Total** | | **9.10** | | **5,099.50** |

**Task Code:B002**     **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Matthew B. Lunn | Partner | 0.50 | 1,110.00 | 555.00 |
| Robert F. Poppiti | Partner | 0.20 | 985.00 | 197.00 |
| Debbie Laskin | Paralegal | 0.60 | 385.00 | 231.00 |
| **Total** | | **1.30** | | **983.00** |

**Task Code:B006**     **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Matthew B. Lunn | Partner | 3.70 | 1,110.00 | 4,107.00 |
| Robert F. Poppiti | Partner | 6.20 | 985.00 | 6,107.00 |
| **Total** | | **9.90** | | **10,214.00** |

**Task Code:B007**     **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Matthew B. Lunn | Partner | 0.70 | 1,110.00 | 777.00 |
| Robert F. Poppiti | Partner | 3.20 | 985.00 | 3,152.00 |
| Debbie Laskin | Paralegal | 1.00 | 385.00 | 385.00 |
| **Total** | | **4.90** | | **4,314.00** |

**Task Code:B008**     **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Matthew B. Lunn | Partner | 0.90 | 1,110.00 | 999.00 |
| Robert F. Poppiti | Partner | 0.90 | 985.00 | 886.50 |
| **Total** | | **1.80** | | **1,885.50** |

Official Committee of Unsecured Creditors
Billing Period through August 31, 2024

| | | Invoice Date: | September 13, 2024 |
| --- | --- | --- | --- |
| | | Invoice Number: | 50054878 |
| | | Matter Number: | 102750.1001 |

### Task Code:B011 — Other Adversary Proceedings

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Matthew B. Lunn | Partner | 0.80 | 1,110.00 | 888.00 |
| Robert F. Poppiti | Partner | 0.90 | 985.00 | 886.50 |
| Debbie Laskin | Paralegal | 0.60 | 385.00 | 231.00 |
| **Total** | | **2.30** | | **2,005.50** |

### Task Code:B012 — Plan and Disclosure Statement

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Matthew B. Lunn | Partner | 13.40 | 1,110.00 | 14,874.00 |
| Robert F. Poppiti | Partner | 15.00 | 985.00 | 14,775.00 |
| Jared W. Kochenash | Associate | 0.60 | 630.00 | 378.00 |
| **Total** | | **29.00** | | **30,027.00** |

### Task Code:B013 — Creditor Inquiries

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Robert F. Poppiti | Partner | 0.30 | 985.00 | 295.50 |
| **Total** | | **0.30** | | **295.50** |

### Task Code:B017 — Retention of Professionals/Fee Issues

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Matthew B. Lunn | Partner | 1.20 | 1,110.00 | 1,332.00 |
| Robert F. Poppiti | Partner | 1.10 | 985.00 | 1,083.50 |
| Jared W. Kochenash | Associate | 1.80 | 630.00 | 1,134.00 |
| Debbie Laskin | Paralegal | 4.40 | 385.00 | 1,694.00 |
| **Total** | | **8.50** | | **5,243.50** |

### Task Code:B018 — Fee Application Preparation

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Matthew B. Lunn | Partner | 0.70 | 1,110.00 | 777.00 |
| Robert F. Poppiti | Partner | 0.30 | 985.00 | 295.50 |
| Debbie Laskin | Paralegal | 3.40 | 385.00 | 1,309.00 |
| **Total** | | **4.40** | | **2,381.50** |

### Task Code:BN014 — FTX Digital Chapter 15 Proceeding

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Robert F. Poppiti | Partner | 0.60 | 985.00 | 591.00 |
| **Total** | | **0.60** | | **591.00** |

Official Committee of Unsecured Creditors
Billing Period through August 31, 2024

| | | Invoice Date: | September 13, 2024 |
| | | Invoice Number: | 50054878 |
| | | Matter Number: | 102750.1001 |

**Task Code:BNK016**          **Examiner Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 0.50 | 1,110.00 | 555.00 |
| Robert F. Poppiti | Partner | 0.80 | 985.00 | 788.00 |
| **Total** | | **1.30** | | **1,343.00** |

**<u>EXHIBIT B</u>**

**Expenses**

| Official Committee of Unsecured Creditors | Invoice Date: | September 13, 2024 |
| Billing Period through August 31, 2024 | Invoice Number: | 50054878 |
| | Matter Number: | 102750.1001 |

**Cost Detail**

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 08/01/24 | Computerized Legal Research Westlaw Search by: NORTON,KEN | 3.00 | 15.88 |
| 08/01/24 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 08/01/24 | Photocopy Charges Duplication BW | 43.00 | 4.30 |
| 08/05/24 | Photocopy Charges Duplication BW | 100.00 | 10.00 |
| 08/12/24 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 08/12/24 | Photocopy Charges Duplication BW | 72.00 | 7.20 |
| 08/13/24 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 08/13/24 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 08/13/24 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 08/13/24 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 08/14/24 | American Express - Bankruptcy - Filing Fee RPOPP 8.6.24 $200 4 Pro Hac Vices DLASK | 1.00 | 200.00 |
| 08/15/24 | Photocopy Charges Duplication BW | 52.00 | 5.20 |
| 08/16/24 | American Express - Bankruptcy - Filing Fee RPOPP 8.6.24 $200 4 Pro Hac Vices (2) DLASK | 1.00 | 200.00 |
| | **Total** | | **$447.78** |

Official Committee of Unsecured Creditors
Billing Period through August 31, 2024

Invoice Date:                     September 13, 2024
Invoice Number:                          50054878
Matter Number:                        102750.1001

**Cost Summary**

| **Description** | **Amount** |
| --- | ---: |
| Computerized Legal Research -WESTLAW | 15.88 |
| Filing Fee | 400.00 |
| Reproduction Charges | 31.90 |
| **Total** | **$447.78** |