IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br> Debtors. | CHAPTER 11<br><br>CASE NO. 22-11068 (JTD)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Adam E. Ekbom, to represent Curio Financial Technology, Inc. in the above-captioned cases.

Dated: October 11, 2024

No Delaware Counsel Needed Pursuant to Del. Bankr. L.R. 9010-1(e)(iii). *See* attached Addendum.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

*/s/ Adam E. Ekbom*
Adam E. Ekbom
Georgia Bar No. 919724
Jones & Walden LLC
699 Piedmont Ave NE, Atlanta, GA 30308
(404) 564-9300
aekbom@joneswalden.com
*Counsel for Curio Financial Technology, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The location of Debtors' principal of business and the Debtors' service address in these Chapter 11 cases is: 10-11 Mandolin Place, Friars Hill Road, St. John's, Antigua and Barbuda.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>FTX TRADING LTD., *et al.*,[2]<br><br> Debtors. | CHAPTER 11<br><br>CASE NO. 22-11068 (JTD)<br><br>(Jointly Administered) |

## ADDENDUM TO MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

The undersigned counsel, Adam E. Ekbom, seeks admission in these cases pursuant to Del. Bankr. L.R. ("Local Rule") 9010-1(e)(iii). Pursuant to Local Rule 9010-1(e)(iii), Delaware Counsel is not required for *pro hac vice* admission for the purpose of litigating a claim:

> Claim Litigation. Parties (*pro se* or through out of state counsel) may file or prosecute a proof of claim or a response to their claim. The Court may, however, direct the claimant to consult with Delaware counsel if the claim litigation will involve extensive discovery or trial time.
>
> Local Rule 9010-1(e)(iii).

The undersigned seeks admission in these cases only for the limited purpose of filing a *Response in Opposition to Debtors' Eighty-Fourth (Non-Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Customer Claims)*, on behalf of Curio Financial Technology, Inc.

Respectfully submitted this 11th day of October, 2024.

> JONES & WALDEN LLC
> */s/ Adam E. Ekbom*
> Adam E. Ekbom
> Georgia Bar No. 919724
> 699 Piedmont Ave NE
> Atlanta, GA 30308
> (404) 564-9300
> aekbom@joneswalden.com

---

[2] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The location of Debtors' principal of business and the Debtors' service address in these Chapter 11 cases is: 10-11 Mandolin Place, Friars Hill Road, St. John's, Antigua and Barbuda.