**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (JTD) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF SERVICE OF TAI MO SHAN LIMITED'S DISCOVERY REQUESTS**
**TO FTX TRADING LTD. AND ITS DEBTOR AFFILIATES**

I, Mark Minuti, hereby certify that on October 11, 2024, a true and correct copy of *Tai Mo Shan Limited's Discovery Requests to FTX Trading Ltd. and Its Debtor Affiliates* was served via Electronic Mail on the following parties.

Jacob M. Croke, Esquire
Brian D. Glueckstein, Esquire
Lisa Wang Esquire
Christopher J. Dunne, Esquire
Christian P. Jensen, Esquire
Rachel Rolnick, Esquire
Bradley A. Harsch, Esquire
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
crokej@sullcrom.com
gluecksteinb@sullcrom.com
wanglisa@sullcrom.com
Dunnec@sullcrom.com
jensenc@sullcrom.com
rolnickr@sullcrom.com
Harschb@sullcrom.com

Matthew R. Pierce, Esquire
George A. Williams III, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
williams@lrclaw.com
pierce@lrclaw.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

53192279.1 10/11/2024

2

Dated: October 11, 2024          **SAUL EWING LLP**

By:    */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-6813
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

**KATTEN MUCHIN ROSENMAN LLP**
Peter A. Siddiqui (admitted *pro hac vice*)
Elliott M. Bacon (admitted *pro hac vice*)
Ethan D. Trotz (admitted *pro hac vice*)
525 W. Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
peter.siddiui@katten.com
elliott.bacon@katten.com
ethan.trotz@katten.com

*Attorneys for Tai Mo Shan Limited*