**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>              Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Mark Minuti, hereby certify that on October 11, 2024, I did cause the foregoing *Notice of Service of Tai Mo Shan Limited's Discovery Requests to FTX Trading Ltd. and Its Debtor Affiliates* was served via First Class Mail on the below parties.

| | |
|---|---|
| Jacob M. Croke, Esquire<br>Brian D. Glueckstein, Esquire<br>Lisa Wang Esquire<br>Christopher J. Dunne, Esquire<br>Christian P. Jensen, Esquire<br>Rachel Rolnick, Esquire<br>Bradley A. Harsch, Esquire<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 | Matthew R. Pierce, Esquire<br>George A. Williams III, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 |

                                                    **SAUL EWING LLP**

By:   */s/ Mark Minuti*
          Mark Minuti i(DE Bar No. 2659)
          1201 N. Market Street, Suite 2300
          P.O. Box 1266
          Wilmington, DE 19899
          (302) 421-6800

Dated: October 11, 2024