**EXHIBIT A**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**SUMMARY OF PROFESSIONALS AND FEES**
**FOR THE PERIOD AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| McNew, Steven | Sr Managing Dir | Cryptocurrency | $ 1,200 | 12.0 | $ 14,400.00 |
| de Brignac, Jessica | Managing Dir | Cryptocurrency | 910 | 6.2 | 5,642.00 |
| Risler, Franck | Sr Managing Dir | Derivatives | 1,895 | 30.9 | 58,555.50 |
| Diodato, Michael | Managing Dir | Derivatives | 1,430 | 56.3 | 80,509.00 |
| Majkowski, Stephanie | Senior Director | Derivatives | 1,245 | 9.3 | 11,578.50 |
| You, Can | Senior Director | Derivatives | 1,190 | 103.1 | 122,689.00 |
| Guo, Xueying | Director | Derivatives | 1,160 | 68.0 | 78,880.00 |
| Langer, Cameron | Director | Derivatives | 1,130 | 70.5 | 79,665.00 |
| Steven, Kira | Director | Forensic Accounting | 930 | 26.2 | 24,366.00 |
| Simms, Steven | Sr Managing Dir | Restructuring | 1,495 | 3.7 | 5,531.50 |
| Diaz, Matthew | Sr Managing Dir | Restructuring | 1,390 | 30.3 | 42,117.00 |
| Joffe, Steven | Sr Managing Dir | Restructuring | 1,390 | 3.5 | 4,865.00 |
| Bromberg, Brian | Managing Dir | Restructuring | 1,075 | 40.3 | 43,322.50 |
| Gray, Michael | Director | Restructuring | 875 | 23.6 | 20,650.00 |
| Dawson, Maxwell | Sr Consultant | Restructuring | 730 | 42.5 | 31,025.00 |
| Sveen, Andrew | Sr Consultant | Restructuring | 665 | 20.9 | 13,898.50 |
| **GRAND TOTAL** | | | | **547.3** | **$ 637,694.50** |

**EXHIBIT B**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Cash & Liquidity Analysis | 28.1 | $ 25,759.00 |
| 10 | Analysis of Tax Issues | 3.5 | 4,865.00 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 20.2 | 22,362.50 |
| 16 | Analysis, Negotiate and Form of POR & DS | 186.3 | 205,682.50 |
| 18 | Potential Avoidance Actions & Litigation | 26.2 | 24,366.00 |
| 21 | General Meetings with UCC and UCC Counsel | 4.8 | 7,290.50 |
| 24 | Preparation of Fee Application | 18.3 | 16,819.50 |
| 26 | Cryptocurrency/Digital Assets Issues | 259.9 | 330,549.50 |
| | **GRAND TOTAL** | **547.3** | **$ 637,694.50** |

**EXHIBIT C**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| Task Code | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 8/1/2024 | Diaz, Matthew | 1.1 | Conduct review of presentation for UCC on cash flow results. |
| 2 | 8/2/2024 | Diaz, Matthew | 0.7 | Assess the cash flow variance analysis for UCC presentation. |
| 2 | 8/5/2024 | Bromberg, Brian | 0.3 | Attend cash flow call with A&M (D. Slay, L. LaPosta, and J. LeGuen). |
| 2 | 8/5/2024 | Dawson, Maxwell | 0.3 | Attend cash flow call with A&M (D. Slay, L. LaPosta, and J. LeGuen). |
| 2 | 8/5/2024 | Gray, Michael | 0.4 | Finalize draft report for distribution to UCC re: cash flow and liquidity. |
| 2 | 8/5/2024 | Gray, Michael | 0.3 | Review cash variance report provided by A&M. |
| 2 | 8/5/2024 | Sveen, Andrew | 0.5 | Evaluate cash flow budget to actuals results for the prior week. |
| 2 | 8/8/2024 | Diaz, Matthew | 0.7 | Review budget to actuals variance report for prior week to understand changes. |
| 2 | 8/8/2024 | Gray, Michael | 0.3 | Assess the cash flow results report from A&M. |
| 2 | 8/9/2024 | Sveen, Andrew | 1.1 | Prepare cash flow analysis for the latest reporting period. |
| 2 | 8/12/2024 | Bromberg, Brian | 0.3 | Review cash flow reporting from Debtors. |
| 2 | 8/12/2024 | Bromberg, Brian | 0.3 | Discuss cash reporting with A&M (D. Slay). |
| 2 | 8/15/2024 | Diaz, Matthew | 0.7 | Review the Debtors' most recent cash flow variance report. |
| 2 | 8/15/2024 | Gray, Michael | 0.6 | Review supplemental diligence information provided by A&M re: month end cash balances. |
| 2 | 8/16/2024 | Diaz, Matthew | 0.6 | Review the updated cash flow budget revised from Debtors. |
| 2 | 8/19/2024 | Bromberg, Brian | 0.2 | Discuss cash reporting with A&M (D. Slay, L. LaPosta, and J. LeGuen). |
| 2 | 8/19/2024 | Bromberg, Brian | 0.4 | Review cash flow reporting from Debtors. |
| 2 | 8/19/2024 | Dawson, Maxwell | 0.2 | Evaluate the Debtors' latest cash flow reporting to assess budget to actuals differences. |
| 2 | 8/19/2024 | Gray, Michael | 0.8 | Review revised monthly budget provided by A&M in advance of discussion re: same. |
| 2 | 8/19/2024 | Gray, Michael | 0.3 | Review cash variance report in advance of discussion re: same. |
| 2 | 8/19/2024 | Gray, Michael | 0.2 | Discuss cash reporting with A&M (D. Slay, L. LaPosta, and J. LeGuen). |
| 2 | 8/19/2024 | Risler, Franck | 0.3 | Assess latest FTX cash flow update to evaluate representations re: crypto monetization changes. |
| 2 | 8/20/2024 | Sveen, Andrew | 2.3 | Prepare cash flow deck for UCC to provide updates on case to date inflows and outflows. |
| 2 | 8/21/2024 | Sveen, Andrew | 1.2 | Prepare cash flow analysis for expenses paid as of certain date. |

**EXHIBIT C**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| Task Code | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 8/21/2024 | Sveen, Andrew | 0.9 | Continue to prepare cash flow deck for UCC to provide updates on case to date inflows and outflows. |
| 2 | 8/22/2024 | Diaz, Matthew | 0.6 | Assess the Debtors' latest provided cash flow variance report for variances to forecasted cash. |
| 2 | 8/23/2024 | Sveen, Andrew | 1.6 | Revise cash flow analysis to reconcile to Debtors' data provided to create UCC cash flow deck. |
| 2 | 8/26/2024 | Dawson, Maxwell | 0.2 | Attend call with A&M (D. Johnston and J. LeGuen) re: budget variances. |
| 2 | 8/26/2024 | Sveen, Andrew | 1.2 | Assess the Debtors' latest cash flow results. |
| 2 | 8/26/2024 | Gray, Michael | 0.3 | Review cash variance report provided by A&M in advance of discussion re: same. |
| 2 | 8/26/2024 | Gray, Michael | 0.6 | Review supporting data provided by A&M re: case to date cash flow analysis. |
| 2 | 8/28/2024 | Dawson, Maxwell | 0.5 | Evaluate variances in cash flow support information. |
| 2 | 8/28/2024 | Dawson, Maxwell | 1.2 | Review cash flow slides for UCC. |
| 2 | 8/28/2024 | Sveen, Andrew | 1.1 | Revise cash flow report for UCC. |
| 2 | 8/29/2024 | Diaz, Matthew | 0.6 | Assess the cash flow variance report for the Debtors. |
| 2 | 8/29/2024 | Dawson, Maxwell | 0.8 | Review responses to comments on cash flow slides for UCC. |
| 2 | 8/29/2024 | Sveen, Andrew | 0.8 | Update slides for UCC cash flow deck on case to date cash flow results. |
| 2 | 8/29/2024 | Bromberg, Brian | 0.6 | Review cash flow reporting for UCC. |
| 2 | 8/29/2024 | Bromberg, Brian | 0.3 | Review weekly variance reporting. |
| 2 | 8/29/2024 | Gray, Michael | 0.8 | Review draft UCC report re: case to date cash flow activity. |
| 2 | 8/30/2024 | Diaz, Matthew | 1.1 | Review cash flow update slides for the UCC. |
| 2 | 8/30/2024 | Sveen, Andrew | 0.5 | Develop analysis of the cash inflows case to date. |
| 2 | 8/30/2024 | Bromberg, Brian | 0.3 | Review cash flow reporting for UCC. |
| **2 Total** | | | **28.1** | |
| 10 | 8/12/2024 | Joffe, Steven | 0.5 | Attend call with S&C (D. Hariton) and PH (G. Silber) re: Debtors' tax discussion. |
| 10 | 8/12/2024 | Joffe, Steven | 1.4 | Attend call with PH (G. Silber) re: liquidating trust tax issues. |
| 10 | 8/15/2024 | Joffe, Steven | 1.6 | Attend call with PH (G. Silber) to discuss tax changes for the trust agreement for Debtors. |
| **10 Total** | | | **3.5** | |

**EXHIBIT C**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| Task Code | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 14 | 8/1/2024 | Bromberg, Brian | 0.5 | Analyze certain claims and related objection. |
| 14 | 8/5/2024 | Diodato, Michael | 0.2 | Review creditor claims details. |
| 14 | 8/6/2024 | Diaz, Matthew | 1.2 | Assess certain creditors' action against Debtors related to claim. |
| 14 | 8/9/2024 | Diaz, Matthew | 0.8 | Review distribution agreement for certain claimants. |
| 14 | 8/12/2024 | Diaz, Matthew | 0.8 | Assess the response of certain creditor to objections. |
| 14 | 8/12/2024 | Bromberg, Brian | 0.4 | Review claims reconciliation reporting. |
| 14 | 8/13/2024 | Bromberg, Brian | 1.1 | Analyze potential claim settlements for preferred equity claimants. |
| 14 | 8/13/2024 | Bromberg, Brian | 0.4 | Review slides on claims reconciliation. |
| 14 | 8/13/2024 | Bromberg, Brian | 0.4 | Participate in call with A&M (R. Esposito, D. Lewandowski, and S. Coverick) on claims reconciliation. |
| 14 | 8/13/2024 | Dawson, Maxwell | 0.4 | Analyze claims reconciliation updates from the Debtors. |
| 14 | 8/13/2024 | Gray, Michael | 0.3 | Evaluate the claims reconciliation to understand total claims pool changes. |
| 14 | 8/14/2024 | Dawson, Maxwell | 1.9 | Prepare update slides regarding claims process. |
| 14 | 8/14/2024 | Dawson, Maxwell | 0.4 | Review claim update materials in dataroom. |
| 14 | 8/16/2024 | Risler, Franck | 0.2 | Assess supplement to objection to valuation of coin treatment in digital assets estimation motion. |
| 14 | 8/16/2024 | Risler, Franck | 0.6 | Analyze certain objection to valuation of coin treatment in digital assets estimation motion. |
| 14 | 8/19/2024 | Dawson, Maxwell | 1.5 | Prepare commentary on key outstanding claims reconciliation items. |
| 14 | 8/21/2024 | You, Can | 2.7 | Draft slides for liquidation model used for claims pricing, for the deck for creditor advisory committee. |
| 14 | 8/21/2024 | You, Can | 0.5 | Review updated recovery waterfall for claims pricing. |
| 14 | 8/21/2024 | You, Can | 1.0 | Review claim assumptions, in deck for creditor advisory committee. |
| 14 | 8/21/2024 | You, Can | 1.0 | Review liquidation model used for claims pricing, for the deck for creditor advisory committee. |
| 14 | 8/23/2024 | You, Can | 2.9 | Program recovery waterfall for claims pricing. |
| 14 | 8/28/2024 | Dawson, Maxwell | 0.4 | Review claims support information provided by A&M. |
| 14 | 8/28/2024 | Sveen, Andrew | 0.6 | Assess the Debtors' filed claims objections to understand changes in claims. |
| **14 Total** | | | **20.2** | |

**EXHIBIT C**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| Task Code | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 8/1/2024 | Dawson, Maxwell | 0.6 | Finalize question list for A&M re: Plan recovery analysis. |
| 16 | 8/1/2024 | Majkowski, Stephanie | 2.8 | Calculate differences and analyze execution performance for May and June against recovery plan targets re: FTX recovery analysis. |
| 16 | 8/1/2024 | Majkowski, Stephanie | 0.5 | Review analysis performed to assess responses received on the recovery plan for FTX recovery analysis. |
| 16 | 8/1/2024 | Guo, Xueying | 2.1 | Calculate slippage discounts according to Debtors' method for token recovery value analysis. |
| 16 | 8/1/2024 | Guo, Xueying | 2.9 | Replicate FTX token recovery value calculations according to Debtors' method using 3/31 market data. |
| 16 | 8/1/2024 | Guo, Xueying | 2.8 | Compare Debtors' reported token recovery values with replicated recovery values and analyze the source of inconsistencies. |
| 16 | 8/1/2024 | Langer, Cameron | 2.7 | Analyze Debtors' provided recovery estimates for the purpose of coin recovery updates. |
| 16 | 8/1/2024 | Langer, Cameron | 1.3 | Estimate token valuation expected in the pre-effective recovery period for recovery analysis purposes. |
| 16 | 8/1/2024 | Langer, Cameron | 2.8 | Draft a list of follow-up questions on the Debtors' recovery projection methodology for the purpose of recovery analysis updates. |
| 16 | 8/1/2024 | Simms, Steven | 0.2 | Prepare correspondence for PH on Plan issues for confirmation. |
| 16 | 8/2/2024 | Bromberg, Brian | 0.3 | Review interest on claims from Disclosure Statement. |
| 16 | 8/2/2024 | Bromberg, Brian | 0.3 | Review recovery analysis provided by Debtors. |
| 16 | 8/2/2024 | Bromberg, Brian | 0.5 | Review recovery update model. |
| 16 | 8/2/2024 | Dawson, Maxwell | 2.6 | Update recovery analysis slides based on additional presentation requests. |
| 16 | 8/2/2024 | Majkowski, Stephanie | 1.7 | Evaluate performance results to create charts for visual representation of FTX recovery analysis. |
| 16 | 8/2/2024 | Guo, Xueying | 2.9 | Update FTX token recovery values according to debtor's method description and using latest market data to review recovery forecast changes from Debtor's May report. |
| 16 | 8/2/2024 | Guo, Xueying | 2.4 | Compare the latest forecast of recovery values according to Debtors' method with Debtors' May recovery forecast report to forecast changes. |
| 16 | 8/2/2024 | McNew, Steven | 2.1 | Analyze Debtors' Plan supplement for various crypto considerations. |
| 16 | 8/5/2024 | Simms, Steven | 0.4 | Prepare correspondence on Plan items related to timing and distributions. |
| 16 | 8/5/2024 | Diaz, Matthew | 1.5 | Analyze the Debtors' Plan supplement. |
| 16 | 8/5/2024 | Diaz, Matthew | 0.6 | Review the Debtors' amended Plan for key elements for UCC. |
| 16 | 8/5/2024 | Bromberg, Brian | 0.4 | Assess the latest Plan supplement filed from Debtors. |
| 16 | 8/5/2024 | Bromberg, Brian | 0.4 | Prepare for discussion on updated recovery analysis. |
| 16 | 8/5/2024 | Bromberg, Brian | 0.5 | Outline topics for advisory committee presentation on Plan and recoveries. |

**EXHIBIT C**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| Task Code | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 8/5/2024 | Gray, Michael | 0.8 | Review Plan supplement as filed to understand key details of each exhibit. |
| 16 | 8/5/2024 | You, Can | 2.6 | Update discounted value calculations for coins recoveries. |
| 16 | 8/5/2024 | You, Can | 0.6 | Review process for recovery baseline calculation. |
| 16 | 8/5/2024 | de Brignac, Jessica | 0.9 | Analyze Plan updates in amended version for crypto evaluation. |
| 16 | 8/5/2024 | McNew, Steven | 2.2 | Evaluate the amended Plan and related revisions to understand crypto implications. |
| 16 | 8/6/2024 | Bromberg, Brian | 0.4 | Analyze the latest recovery modeling for the main changes. |
| 16 | 8/6/2024 | Bromberg, Brian | 0.3 | Assess the Plan supplement as filed to understand key points. |
| 16 | 8/6/2024 | Gray, Michael | 0.9 | Prepare descriptions on the filed Plan supplement to present key components. |
| 16 | 8/6/2024 | Majkowski, Stephanie | 0.3 | Retrieve treasury curve data necessary for calculations for FTX recovery analysis. |
| 16 | 8/6/2024 | You, Can | 1.5 | Update treasury curve market data to refresh monetization analysis. |
| 16 | 8/6/2024 | You, Can | 2.2 | Update the discount due to lack of marketability for certain coins for recent date. |
| 16 | 8/6/2024 | You, Can | 0.9 | Calculate coin discount with updated vesting schedule for select token. |
| 16 | 8/6/2024 | You, Can | 0.9 | Review volatility curves from calibrated volatility surface for certain tokens. |
| 16 | 8/6/2024 | You, Can | 1.0 | Analyze the token discount calculations results. |
| 16 | 8/6/2024 | McNew, Steven | 1.1 | Analyze Plan supplement for crypto issues analysis. |
| 16 | 8/7/2024 | Bromberg, Brian | 0.6 | Review responses to diligence questions on recovery. |
| 16 | 8/7/2024 | Bromberg, Brian | 0.8 | Participate in call with A&M (S. Coverick, H. Trent, and R. Esposito) re: creditor recovery estimates. |
| 16 | 8/7/2024 | Bromberg, Brian | 1.3 | Prepare for recovery discussion with Debtors by assessing recovery estimates. |
| 16 | 8/7/2024 | Bromberg, Brian | 0.8 | Review draft recovery update analysis. |
| 16 | 8/7/2024 | Dawson, Maxwell | 0.8 | Evaluate the recovery estimates based on the most recently updated analysis. |
| 16 | 8/7/2024 | Gray, Michael | 0.3 | Review Plan recovery support materials in advance of discussion with A&M re: same. |
| 16 | 8/7/2024 | Gray, Michael | 0.5 | Prepare materials advisory committee on Plan and recoveries estimated for creditors. |
| 16 | 8/7/2024 | Gray, Michael | 0.4 | Outline report for advisory committee re: recovery and case status. |
| 16 | 8/7/2024 | Gray, Michael | 0.8 | Participate in call with A&M (S. Coverick, H. Trent, and R. Esposito) re: creditor recovery estimates. |

**EXHIBIT C**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| Task Code | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 8/7/2024 | You, Can | 1.4 | Analyze the difference in baseline recovery values compared with previous report. |
| 16 | 8/7/2024 | You, Can | 2.7 | Calculate baseline recovery value for all tokens. |
| 16 | 8/7/2024 | You, Can | 1.5 | Revise analysis process for recovery baseline report. |
| 16 | 8/7/2024 | Bromberg, Brian | 0.5 | Revise recovery estimates and materials for advisory committee. |
| 16 | 8/8/2024 | Bromberg, Brian | 0.4 | Review draft recovery update analysis. |
| 16 | 8/8/2024 | Bromberg, Brian | 0.4 | Prepare diligence list updates for Debtors' on creditor recoveries analysis. |
| 16 | 8/8/2024 | Dawson, Maxwell | 0.8 | Analyze variances in recovery analysis compared to Disclosure Statement. |
| 16 | 8/8/2024 | Langer, Cameron | 2.6 | Calculate expected recovery values for the remainder of the Debtors' digital asset portfolio for the purpose of updating recovery analysis. |
| 16 | 8/8/2024 | Langer, Cameron | 1.9 | Review updated recovery baseline values for the purpose of providing accurate and current recovery projections. |
| 16 | 8/8/2024 | You, Can | 0.5 | Finalize baseline token recovery analysis as of 8/5. |
| 16 | 8/9/2024 | Bromberg, Brian | 0.4 | Review draft recovery update analysis. |
| 16 | 8/9/2024 | Gray, Michael | 0.7 | Review distribution services agreement re: post-effective Plan disbursements. |
| 16 | 8/12/2024 | Bromberg, Brian | 0.3 | Prepare data requests for Debtors for information on recoveries. |
| 16 | 8/12/2024 | Bromberg, Brian | 1.0 | Prepare potential updates to recovery analysis. |
| 16 | 8/12/2024 | Dawson, Maxwell | 2.3 | Prepare outline of analysis for high-level recovery update. |
| 16 | 8/12/2024 | Dawson, Maxwell | 0.4 | Assess key outstanding diligence items for recovery analysis. |
| 16 | 8/13/2024 | Simms, Steven | 0.6 | Evaluate certain analyses related to preferred shareholder proposal for Plan. |
| 16 | 8/13/2024 | Diaz, Matthew | 1.5 | Review the latest recovery analysis updates to understand the recent changes for deck. |
| 16 | 8/13/2024 | Diaz, Matthew | 0.9 | Review the possible preferred securities term sheet. |
| 16 | 8/13/2024 | Bromberg, Brian | 0.3 | Discuss advisory committee update on Plan implementation with Jefferies (R. Hamilton). |
| 16 | 8/13/2024 | Bromberg, Brian | 0.8 | Review slides on recovery analysis. |
| 16 | 8/13/2024 | Bromberg, Brian | 0.3 | Evaluate the recent updates to crypto investment portfolio valuation. |
| 16 | 8/13/2024 | Bromberg, Brian | 0.9 | Write descriptions of issues for the advisory committee on Plan. |
| 16 | 8/13/2024 | Dawson, Maxwell | 0.8 | Finalize draft of recovery model re: non-crypto asset figures. |

**EXHIBIT C**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| Task Code | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 8/13/2024 | Dawson, Maxwell | 2.7 | Update recovery analysis for additional inputs from Debtors. |
| 16 | 8/13/2024 | Dawson, Maxwell | 1.1 | Adjust recovery analysis to reflect latest Debtor entity classifications per Plan supplement. |
| 16 | 8/13/2024 | Gray, Michael | 0.4 | Prepare creditor advisory committee report analysis. |
| 16 | 8/13/2024 | Gray, Michael | 0.3 | Discuss advisory committee update on Plan implementation with Jefferies (R. Hamilton). |
| 16 | 8/13/2024 | Gray, Michael | 0.4 | Review proposed settlement terms re: DOJ and preferred equity holders. |
| 16 | 8/13/2024 | Langer, Cameron | 1.2 | Analyze recovery values and liquidation discounts for the purpose of updating recovery estimates with the latest market data. |
| 16 | 8/13/2024 | McNew, Steven | 2.8 | Assess various filed objections to the Debtors' Plan confirmation. |
| 16 | 8/14/2024 | Simms, Steven | 0.5 | Prepare correspondence on preferred shareholder items for Plan. |
| 16 | 8/14/2024 | Bromberg, Brian | 0.4 | Discuss potential preferred shareholder settlement with PH (K. Pasquale). |
| 16 | 8/14/2024 | Dawson, Maxwell | 1.0 | Update recovery analysis outline based on comments. |
| 16 | 8/14/2024 | Dawson, Maxwell | 1.8 | Prepare slide for latest recovery analysis deck for UCC. |
| 16 | 8/14/2024 | Dawson, Maxwell | 1.6 | Prepare update slides regarding certain asset items. |
| 16 | 8/14/2024 | Gray, Michael | 0.7 | Review proposed settlement re: preferred equity and DOJ seized assets. |
| 16 | 8/14/2024 | Gray, Michael | 0.4 | Discuss potential preferred shareholder settlement with PH (K. Pasquale). |
| 16 | 8/15/2024 | Risler, Franck | 0.3 | Assess settlement and Plan support agreement between Debtors and DOJ with focus on digital assets value for creditors and preferred equity holders. |
| 16 | 8/15/2024 | Risler, Franck | 0.5 | Assess latest version of crypto distribution agreement as provided by the Debtors with focus on risk, custody and crypto issues. |
| 16 | 8/15/2024 | Risler, Franck | 0.7 | Assess FTX case updates from PH on settlement of the FTX estate with the DOJ and other settlements for impact on value of crypto portfolio available for creditors recovery. |
| 16 | 8/15/2024 | Diaz, Matthew | 0.6 | Discuss Plan settlement updates with A&M (E. Mosely and S. Coverick). |
| 16 | 8/15/2024 | Diaz, Matthew | 0.8 | Analyze the data supporting updated preferred stock proposal for Plan. |
| 16 | 8/15/2024 | Bromberg, Brian | 0.4 | Review latest settlement agreement on preferred shares. |
| 16 | 8/15/2024 | Bromberg, Brian | 0.6 | Discuss Plan settlement updates with A&M (E. Mosely and S. Coverick). |
| 16 | 8/15/2024 | Bromberg, Brian | 0.4 | Review updates from PH on UCC issues re: Plan. |
| 16 | 8/15/2024 | Dawson, Maxwell | 1.3 | Revise recovery model to incorporate proposed settlement. |
| 16 | 8/16/2024 | Risler, Franck | 0.3 | Assess certain objection re: Plan confirmation for key issues. |

**EXHIBIT C**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| Task Code | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 8/16/2024 | Risler, Franck | 0.4 | Assess certain party's objection for Plan confirmation issues. |
| 16 | 8/16/2024 | Risler, Franck | 0.2 | Analyze objection from certain other party to Plan confirmation. |
| 16 | 8/16/2024 | Risler, Franck | 0.8 | Assess various Plan objection filings. |
| 16 | 8/16/2024 | Risler, Franck | 0.3 | Assess statements from certain parties re: preferred equity holders for confirmation. |
| 16 | 8/16/2024 | Risler, Franck | 0.4 | Analyze certain party's objection to Plan confirmation. |
| 16 | 8/16/2024 | Risler, Franck | 0.2 | Analyze certain other party's objection to Plan confirmation. |
| 16 | 8/16/2024 | Bromberg, Brian | 0.4 | Prepare commentary for PH on Plan settlement terms. |
| 16 | 8/16/2024 | Bromberg, Brian | 1.2 | Review advisory committee presentation draft re: detailed recovery analysis and Plan waterfall. |
| 16 | 8/16/2024 | Bromberg, Brian | 2.0 | Review recovery presentation updates. |
| 16 | 8/16/2024 | Dawson, Maxwell | 2.2 | Revise recovery slides for presentation to advisory committee on Plan. |
| 16 | 8/16/2024 | Dawson, Maxwell | 0.4 | Review confirmation objections for potential impact on recovery analysis. |
| 16 | 8/16/2024 | Gray, Michael | 1.0 | Review the latest updated slides on recoveries for the advisory committee report. |
| 16 | 8/16/2024 | Gray, Michael | 0.6 | Review revised crypto valuation analysis for inclusion in recovery update. |
| 16 | 8/18/2024 | Bromberg, Brian | 1.0 | Review recovery presentation updates. |
| 16 | 8/19/2024 | Risler, Franck | 0.9 | Review sealed Plan supplement filed by Debtors. |
| 16 | 8/19/2024 | Risler, Franck | 0.8 | Assess Debtors' responses to questions on the Debtors' Plan recovery analysis. |
| 16 | 8/19/2024 | Risler, Franck | 0.3 | Evaluate certain objection to Plan confirmation. |
| 16 | 8/19/2024 | Diaz, Matthew | 0.7 | Review objections to the Plan from various parties to assess impacts. |
| 16 | 8/19/2024 | Bromberg, Brian | 0.4 | Evaluate impact of Plan objections from various parties. |
| 16 | 8/19/2024 | Bromberg, Brian | 0.4 | Discuss distribution agents with A&M (K. Ramanathan) and S&C (E. Simpson). |
| 16 | 8/19/2024 | Bromberg, Brian | 1.1 | Review slides on recovery analysis. |
| 16 | 8/19/2024 | Dawson, Maxwell | 1.9 | Prepare recovery analysis support schedules. |
| 16 | 8/19/2024 | Dawson, Maxwell | 0.8 | Update crypto assumptions in recovery model. |
| 16 | 8/19/2024 | Dawson, Maxwell | 2.3 | Continue to update crypto assumptions in recovery model. |

**EXHIBIT C**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| Task Code | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 8/19/2024 | Dawson, Maxwell | 0.7 | Model proposed settlement mechanics re: recovery. |
| 16 | 8/19/2024 | You, Can | 0.8 | Review volatility curves from calibrated volatility surface, as of 8/9, for crypto recoveries. |
| 16 | 8/19/2024 | Gray, Michael | 0.3 | Prepare analysis of the Debtors' Plan for updates slides on recovery. |
| 16 | 8/19/2024 | Bromberg, Brian | 0.5 | Evaluate Plan confirmation issues based on feedback from UCC. |
| 16 | 8/20/2024 | Dawson, Maxwell | 0.8 | Evaluate treatment of certain claims under Plan. |
| 16 | 8/20/2024 | Bromberg, Brian | 0.6 | Review slides on recovery analysis. |
| 16 | 8/20/2024 | Bromberg, Brian | 0.2 | Evaluate updates from PH on Plan implementation. |
| 16 | 8/20/2024 | Bromberg, Brian | 1.2 | Continue to prepare updated recovery analysis for the deck on creditor recovery estimates. |
| 16 | 8/20/2024 | Bromberg, Brian | 0.4 | Review Disclosure Statement recovery calculation ranges. |
| 16 | 8/20/2024 | Dawson, Maxwell | 0.3 | Evaluate structure of advisory committee deck on recovery values. |
| 16 | 8/20/2024 | Dawson, Maxwell | 1.2 | Address comments on recovery summary analysis. |
| 16 | 8/20/2024 | Gray, Michael | 0.7 | Provide comments on draft recovery analysis report re: creditor advisory committee. |
| 16 | 8/20/2024 | Gray, Michael | 2.6 | Review draft recovery analysis report and related analysis re: creditor advisory committee. |
| 16 | 8/21/2024 | Diaz, Matthew | 1.1 | Prepare additional slides on updated recovery analysis for deck for advisory committee. |
| 16 | 8/21/2024 | Dawson, Maxwell | 0.6 | Make additional revisions to recovery analysis structure. |
| 16 | 8/21/2024 | Gray, Michael | 0.6 | Review sensitivities included in draft recovery analysis update. |
| 16 | 8/21/2024 | Gray, Michael | 0.5 | Review crypto variance discrepancies in recovery analysis to other reporting representations. |
| 16 | 8/21/2024 | Gray, Michael | 0.6 | Evaluate Plan confirmation issues for UCC based on latest comments. |
| 16 | 8/21/2024 | You, Can | 1.2 | Revise Plan structure descriptions in deck for creditor advisory committee. |
| 16 | 8/22/2024 | Risler, Franck | 0.2 | Assess Debtors' public communication on the unofficial voting report for FTX Plan. |
| 16 | 8/22/2024 | Diaz, Matthew | 0.4 | Evaluate the vote tabulations for the Debtors' Plan. |
| 16 | 8/23/2024 | Simms, Steven | 0.3 | Assess Plan confirmation items of interest for creditors and UCC. |
| 16 | 8/23/2024 | Diaz, Matthew | 2.8 | Conduct detailed review of the updated recovery analysis. |
| 16 | 8/23/2024 | Diaz, Matthew | 0.6 | Analyze UST's objection to the Plan. |

**EXHIBIT C**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| Task Code | Date | Professional | Hours | Activity |
|-----------|------|-------------|-------|----------|
| 16 | 8/23/2024 | Gray, Michael | 0.7 | Evaluate results of UST's objection to the Plan. |
| 16 | 8/23/2024 | Risler, Franck | 1.1 | Assess latest settlement proposal by the Debtors and estimate impact on Debtors and UCC recovery estimates for Plan recoveries. |
| 16 | 8/23/2024 | Risler, Franck | 0.4 | Assess certain objection filed to Plan confirmation. |
| 16 | 8/23/2024 | McNew, Steven | 0.8 | Assess UST's objection to Debtors' Plan. |
| 16 | 8/26/2024 | Dawson, Maxwell | 0.6 | Address comments on draft recovery analysis for UCC. |
| 16 | 8/26/2024 | Dawson, Maxwell | 1.1 | Review comments to draft recovery analysis for UCC. |
| 16 | 8/26/2024 | Bromberg, Brian | 0.5 | Review recovery model updates. |
| 16 | 8/26/2024 | Bromberg, Brian | 0.4 | Review comments on recovery analysis. |
| 16 | 8/26/2024 | Bromberg, Brian | 0.5 | Review Debtors' most recent recovery analysis. |
| 16 | 8/26/2024 | Bromberg, Brian | 0.8 | Review recovery update presentation. |
| 16 | 8/27/2024 | Dawson, Maxwell | 1.5 | Update recovery analysis for latest crypto pricing data. |
| 16 | 8/27/2024 | You, Can | 1.5 | Simulate price projections using option-implied methods, as of 8/26, for recovery analysis. |
| 16 | 8/27/2024 | You, Can | 1.9 | Generate baseline recovery report as of 8/26. |
| 16 | 8/27/2024 | You, Can | 1.2 | Simulate price projections using historical methods, as of 8/26 for recovery analysis. |
| 16 | 8/27/2024 | Bromberg, Brian | 0.8 | Provide comments on the latest recovery updates presentation for UCC. |
| 16 | 8/28/2024 | Diaz, Matthew | 1.6 | Review updated recovery analysis for changes since prior version. |
| 16 | 8/28/2024 | Dawson, Maxwell | 0.8 | Revise draft of recovery analysis slides to share with PH. |
| 16 | 8/28/2024 | Dawson, Maxwell | 0.5 | Research considerations related to recovery analysis. |
| 16 | 8/28/2024 | You, Can | 1.7 | Generate baseline recovery report as of 8/12. |
| 16 | 8/28/2024 | You, Can | 2.0 | Simulate price projections using historical methods, as of 8/12 for recovery calculations. |
| 16 | 8/28/2024 | You, Can | 1.5 | Generate baseline recovery report as of 8/23, to compare with risk dashboard. |
| 16 | 8/28/2024 | You, Can | 2.0 | Simulate price projections using option-implied methods, as of 8/12, for recovery analysis. |
| 16 | 8/28/2024 | You, Can | 0.7 | Review the changes in calculation of distributable values. |
| 16 | 8/28/2024 | Bromberg, Brian | 0.5 | Review terms of Disclosure Statement filed by Debtors. |

**EXHIBIT C**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| Task Code | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 8/28/2024 | Bromberg, Brian | 0.6 | Analyze the Plan waterfall for recoveries to certain creditors. |
| 16 | 8/28/2024 | Bromberg, Brian | 0.4 | Review comments on recovery analysis. |
| 16 | 8/28/2024 | Bromberg, Brian | 0.6 | Revise recovery analysis for creditor recoveries according to Plan and Disclosure Statement. |
| 16 | 8/28/2024 | Gray, Michael | 0.7 | Review recovery analysis for UCC reporting. |
| 16 | 8/29/2024 | Diaz, Matthew | 1.1 | Review updated recovery analysis in report. |
| 16 | 8/29/2024 | Dawson, Maxwell | 1.2 | Prepare additional sensitivity analysis regarding recoveries. |
| 16 | 8/29/2024 | You, Can | 1.0 | Analyze the difference for recovery sensitivity between 5/24 and 8/12. |
| 16 | 8/29/2024 | You, Can | 1.4 | Generate summary table for percentile distribution of recovery sensitivity analysis. |
| 16 | 8/29/2024 | You, Can | 1.1 | Analyze the sensitivity of recovery value to crypto holding value and the impact of preferred equity claims. |
| 16 | 8/29/2024 | You, Can | 0.7 | Generate recovery sensitivity analysis as of 8/12. |
| 16 | 8/29/2024 | You, Can | 1.1 | Generate recovery sensitivity analysis as of 8/23. |
| 16 | 8/29/2024 | You, Can | 2.7 | Generate plots for recovery sensitivity analysis. |
| 16 | 8/29/2024 | Bromberg, Brian | 0.8 | Revise recovery analysis. |
| 16 | 8/29/2024 | Bromberg, Brian | 0.5 | Review updated recovery presentation. |
| 16 | 8/29/2024 | Bromberg, Brian | 0.3 | Discuss recovery analysis with PH (I. Sasson). |
| 16 | 8/29/2024 | Bromberg, Brian | 0.5 | Review Plan waterfall for updated version to provide update to UCC. |
| 16 | 8/30/2024 | You, Can | 0.8 | Review baseline and maximum recovery values in creditor advisory committee deck. |
| 16 | 8/30/2024 | You, Can | 1.3 | Draft slides for recovery sensitivity analysis for creditor advisory committee deck. |
| 16 | 8/30/2024 | Risler, Franck | 0.4 | Review recovery update presentation for the UCC. |
| 16 | 8/30/2024 | Bromberg, Brian | 0.4 | Review Disclosure Statement terms for certain settlement. |
| 16 | 8/30/2024 | Bromberg, Brian | 0.4 | Review recovery report for sending to the UCC. |
| **16 Total** | | | **186.3** | |
| 18 | 8/12/2024 | Steven, Kira | 1.9 | Review additional accounting related documents within data site for new files. |
| 18 | 8/13/2024 | Steven, Kira | 2.5 | Continue to review additional accounting related documents within data site for new files. |

**EXHIBIT C**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| Task Code | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 8/14/2024 | Steven, Kira | 1.6 | Analyze additional batch of documents related to accounting from database site. |
| 18 | 8/20/2024 | Steven, Kira | 2.7 | Investigate certain wire transfers related to adversary party in database. |
| 18 | 8/21/2024 | Steven, Kira | 2.9 | Continue to investigate certain wire transfers related to adversary party in database. |
| 18 | 8/22/2024 | Steven, Kira | 2.5 | Evaluate results of research on certain wire transfers related to adversary party in database. |
| 18 | 8/26/2024 | Steven, Kira | 2.9 | Prepare commentary on analysis of certain wire transfers related to adversary party from database research. |
| 18 | 8/27/2024 | Steven, Kira | 2.9 | Conduct review of files related to certain wire transfers within the database. |
| 18 | 8/28/2024 | Steven, Kira | 0.9 | Assign priority designations for files used in transfers analysis to aid research. |
| 18 | 8/28/2024 | Steven, Kira | 2.3 | Perform quality check of research on adversary party transfers analysis. |
| 18 | 8/28/2024 | Steven, Kira | 2.1 | Perform research on certain communications data from adversary party files. |
| 18 | 8/29/2024 | Steven, Kira | 1.0 | Conduct quality check on research on certain communications data from adversary party files. |
| **18 Total** | | | **26.2** | |
| 21 | 8/1/2024 | Simms, Steven | 0.6 | Attend call with UCC on Plan confirmation issues. |
| 21 | 8/7/2024 | Simms, Steven | 0.6 | Attend call with PH (K. Pasquale and K. Hansen) and Jefferies (R. Hamilton) regarding the advisory committee and Plan. |
| 21 | 8/7/2024 | Diaz, Matthew | 0.6 | Attend call with PH (K. Pasquale and K. Hansen) and Jefferies (R. Hamilton) regarding the advisory committee and Plan. |
| 21 | 8/7/2024 | Diodato, Michael | 0.6 | Attend call with PH (K. Pasquale and K. Hansen) and Jefferies (R. Hamilton) regarding the advisory committee and Plan. |
| 21 | 8/19/2024 | Risler, Franck | 0.3 | Participate in call with PH (K. Pasquale and I. Sasson) and Jefferies (M. O'Hara and R. Hamilton) with a focus on Plan confirmation issues. |
| 21 | 8/19/2024 | Diaz, Matthew | 0.3 | Participate in call with PH (K. Pasquale and I. Sasson) and Jefferies (M. O'Hara and R. Hamilton) with a focus on Plan confirmation issues. |
| 21 | 8/19/2024 | Diodato, Michael | 0.3 | Participate in call with PH (K. Pasquale and I. Sasson) and Jefferies (M. O'Hara and R. Hamilton) with a focus on Plan confirmation issues. |
| 21 | 8/21/2024 | Simms, Steven | 0.5 | Participate in call with PH (K. Pasquale and I. Sasson) and Jefferies (M. O'Hara and R. Hamilton) with a focus on Plan process and other issues for UCC. |
| 21 | 8/21/2024 | Diaz, Matthew | 0.5 | Participate in call with PH (K. Pasquale and I. Sasson) and Jefferies (M. O'Hara and R. Hamilton) with a focus on Plan process and other issues for UCC. |
| 21 | 8/21/2024 | Risler, Franck | 0.5 | Participate in call with PH (K. Pasquale and I. Sasson) and Jefferies (M. O'Hara and R. Hamilton) with a focus on Plan process and other issues for UCC. |
| **21 Total** | | | **4.8** | |
| 24 | 8/2/2024 | Diaz, Matthew | 0.5 | Analyze the fee examiner's report on the latest fee period. |

**EXHIBIT C**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| Task Code | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 8/2/2024 | Diaz, Matthew | 1.4 | Review the monthly fee application for compliance with bankruptcy code. |
| 24 | 8/5/2024 | Gray, Michael | 0.3 | Finalize draft June fee application for distribution to PH. |
| 24 | 8/6/2024 | Diaz, Matthew | 0.4 | Analyze objections to fees by certain party. |
| 24 | 8/6/2024 | Bromberg, Brian | 0.2 | Review interim fee application responses. |
| 24 | 8/7/2024 | Sveen, Andrew | 2.2 | Prepare fee application exhibits for July 2024 to comply with local bankruptcy rules. |
| 24 | 8/8/2024 | Diaz, Matthew | 1.2 | Prepare responses for the fee examiner's report on fees. |
| 24 | 8/8/2024 | Sveen, Andrew | 1.0 | Prepare fee detail for fees billed in July 2024. |
| 24 | 8/9/2024 | Diaz, Matthew | 1.0 | Review the fee application exhibits for filing in compliance with local rules. |
| 24 | 8/14/2024 | Gray, Michael | 0.3 | Review draft CNO re: FTI may fee application. |
| 24 | 8/20/2024 | Sveen, Andrew | 2.2 | Prepare fee application exhibits for July 2024 to comply with bankruptcy rules. |
| 24 | 8/21/2024 | Sveen, Andrew | 1.4 | Continue to prepare fee application exhibits for July 2024 to comply with bankruptcy rules. |
| 24 | 8/26/2024 | Diaz, Matthew | 0.7 | Review the July fee statement for filing. |
| 24 | 8/26/2024 | Sveen, Andrew | 1.8 | Continue to prepare July fee application exhibits. |
| 24 | 8/26/2024 | Sveen, Andrew | 0.5 | Prepare fee application filing for July to comply with bankruptcy rules. |
| 24 | 8/26/2024 | Gray, Michael | 1.1 | Provide comments on draft exhibits re: July fee application. |
| 24 | 8/26/2024 | Gray, Michael | 0.5 | Review draft July fee application. |
| 24 | 8/26/2024 | Gray, Michael | 1.6 | Review draft exhibits re: July fee application. |
| **24 Total** | | | **18.3** | |
| 26 | 8/1/2024 | Diodato, Michael | 1.3 | Review Debtors' response to questions on recovery and valuation approach. |
| 26 | 8/1/2024 | Langer, Cameron | 1.4 | Analyze cryptocurrency token order books for the purpose of coin risk management. |
| 26 | 8/1/2024 | You, Can | 1.0 | Review replication of Debtors' recovery analysis based on recent responses. |
| 26 | 8/2/2024 | Diodato, Michael | 2.6 | Write commentary on the monetization status for presentation to the UCC. |
| 26 | 8/2/2024 | Majkowski, Stephanie | 0.8 | Review the analysis and update position data for tokens currently available for sale for FTX coin management. |
| 26 | 8/2/2024 | Langer, Cameron | 2.9 | Analyze real-time order book data for tokens in the FTX portfolio for the purpose of token and asset management. |

**EXHIBIT C**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| Task Code | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 26 | 8/2/2024 | Langer, Cameron | 2.4 | Calculate order book imbalance and assorted liquidity metrics for the purpose of anomaly detection and token monetization. |
| 26 | 8/2/2024 | Langer, Cameron | 2.7 | Build real-time order book dashboard for tokens held by the Debtors for token monetization purposes. |
| 26 | 8/2/2024 | You, Can | 2.6 | Review pre-effective date recovery analysis. |
| 26 | 8/2/2024 | You, Can | 2.3 | Review token calculation and manual overlays for selected tokens. |
| 26 | 8/4/2024 | McNew, Steven | 0.2 | Analyze information from Jefferies on certain crypto portfolio assets. |
| 26 | 8/5/2024 | Bromberg, Brian | 0.4 | Review crypto portfolio investments valuation. |
| 26 | 8/5/2024 | Bromberg, Brian | 0.5 | Review Debtors' crypto portfolio holdings update. |
| 26 | 8/5/2024 | Bromberg, Brian | 0.5 | Discuss asset monetization with A&M (K. Ramanathan and D. Sagan) and Galaxy (C. Rhine, R. Kleiner, and M. Bhatia). |
| 26 | 8/5/2024 | Diodato, Michael | 0.5 | Discuss asset monetization with A&M (K. Ramanathan and D. Sagan) and Galaxy (C. Rhine, R. Kleiner, and M. Bhatia). |
| 26 | 8/5/2024 | Diodato, Michael | 0.9 | Address follow-up requests on tokens from meeting with Galaxy. |
| 26 | 8/5/2024 | Diodato, Michael | 1.7 | Review latest token pricing an impact on recovery value. |
| 26 | 8/5/2024 | Diodato, Michael | 2.2 | Evaluate market impact from trading as indicated by Galaxy during call. |
| 26 | 8/5/2024 | Majkowski, Stephanie | 0.5 | Discuss asset monetization with A&M (K. Ramanathan and D. Sagan) and Galaxy (C. Rhine, R. Kleiner, and M. Bhatia). |
| 26 | 8/5/2024 | Majkowski, Stephanie | 1.1 | Assess the potential for analyzing market trends and their correlation to bid discounts for FTX coin management. |
| 26 | 8/5/2024 | Langer, Cameron | 2.9 | Calculate order flow imbalance and related liquidity metrics for certain digital assets held by the Debtors for coin monetization purposes. |
| 26 | 8/5/2024 | Langer, Cameron | 2.8 | Analyze order book data for the purpose of anomaly detection and coin monetization support. |
| 26 | 8/5/2024 | Langer, Cameron | 2.3 | Analyze market data anomalies related to certain digital assets in the Debtors' portfolio for the purpose of coin monetization. |
| 26 | 8/5/2024 | McNew, Steven | 0.2 | Assess the crypto liquidation receipts received by Debtors. |
| 26 | 8/5/2024 | McNew, Steven | 0.3 | Analyze information re: Debtors' crypto investment portfolio updates. |
| 26 | 8/6/2024 | Diodato, Michael | 0.2 | Attend meeting with A&M (K. Ramanathan and A Selwood) to discuss the status of monetization. |
| 26 | 8/6/2024 | Langer, Cameron | 2.9 | Develop anomaly detection algorithms to identify irregular trading patterns for market monitoring and coin management purposes. |
| 26 | 8/6/2024 | Langer, Cameron | 2.1 | Analyze monthly trading report provided by Galaxy for coin monetization purposes. |
| 26 | 8/6/2024 | Langer, Cameron | 2.4 | Implement real-time anomaly detection framework for the purpose of supporting ongoing coin monetization. |
| 26 | 8/6/2024 | You, Can | 1.2 | Calibrate volatility surface for selected tokens of 8/5. |

**EXHIBIT C**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| Task Code | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 26 | 8/7/2024 | Langer, Cameron | 1.9 | Design and develop tools to track and report on market volatility and price prediction for the purpose of supporting coin monetization. |
| 26 | 8/7/2024 | Langer, Cameron | 1.8 | Analyze latest crypto price and volume data for the purpose of portfolio valuation and coin management. |
| 26 | 8/7/2024 | Langer, Cameron | 2.8 | Integrate order book anomaly detection framework with a real-time dashboard for the purposes of coin monetization support. |
| 26 | 8/7/2024 | Langer, Cameron | 1.4 | Calculate current crypto portfolio and liquidity metrics for the purpose of asset and risk management. |
| 26 | 8/7/2024 | de Brignac, Jessica | 0.4 | Assess updates re: certain adversary proceeding from PH. |
| 26 | 8/7/2024 | de Brignac, Jessica | 0.7 | Review updated Galaxy files from A&M on crypto monetization. |
| 26 | 8/7/2024 | McNew, Steven | 2.3 | Analyze the Debtors' complaint against certain party. |
| 26 | 8/8/2024 | Diodato, Michael | 1.4 | Review latest recovery token estimates through 8/5. |
| 26 | 8/8/2024 | Langer, Cameron | 2.7 | Assess the model quality of predictive models to anticipate market reactions to the potential sale of digital assets held by the Debtors for coin monetization purposes. |
| 26 | 8/8/2024 | You, Can | 2.2 | Design reinforcement learning framework for more flexible portfolio optimization. |
| 26 | 8/9/2024 | Langer, Cameron | 2.9 | Analyze market liquidity and expected slippage for the sale of certain digital assets held by the Debtors for coin management purposes. |
| 26 | 8/9/2024 | Langer, Cameron | 2.4 | Develop real-time data collection and automated anomaly detection framework for the purpose of coin management. |
| 26 | 8/9/2024 | Langer, Cameron | 2.7 | Develop automated alert system for market irregularities during the sales of certain digital assets held by the Debtors for coin monetization support purposes. |
| 26 | 8/9/2024 | You, Can | 2.9 | Update portfolio optimization backtesting with recent market data. |
| 26 | 8/9/2024 | You, Can | 2.8 | Update risk dashboard code for new token discount calculation and market data. |
| 26 | 8/12/2024 | Bromberg, Brian | 0.8 | Review latest crypto portfolio report. |
| 26 | 8/12/2024 | Risler, Franck | 0.5 | Assess coin report as of 7/31/24 and analyze change from previous coin report as of 7/12/24. |
| 26 | 8/12/2024 | Risler, Franck | 0.6 | Assess information on universal auction termsheet for designated token monetization. |
| 26 | 8/12/2024 | Risler, Franck | 1.4 | Analyze recent crypto price action and estimate impact on FTX digital portfolio. |
| 26 | 8/12/2024 | Risler, Franck | 0.3 | Discuss asset monetization with A&M (K. Ramanathan and D. Sagan), and Rothschild (C. Delo), and Galaxy (C. Rhine, R. Kleiner, and M. Bhatia). |
| 26 | 8/12/2024 | Bromberg, Brian | 0.4 | Review crypto valuation update. |
| 26 | 8/12/2024 | Majkowski, Stephanie | 0.3 | Discuss asset monetization with A&M (K. Ramanathan and D. Sagan), and Rothschild (C. Delo), and Galaxy (C. Rhine, R. Kleiner, and M. Bhatia). |
| 26 | 8/12/2024 | Guo, Xueying | 1.3 | Assess auction details to select the bidders that participated in auctions to prepare for auction price trend analysis compared to bidding price discount. |

**EXHIBIT C**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| Task Code | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 26 | 8/12/2024 | Guo, Xueying | 2.3 | Compare weekly price trends ahead of auctions compared to average bidder discount in each auction to verify if there is a correlation. |
| 26 | 8/12/2024 | Guo, Xueying | 2.7 | Fit and calculate the linear price trends ahead of four auctions using one week history each to prepare for auction price trend analysis compared to bidding price discount. |
| 26 | 8/12/2024 | Guo, Xueying | 2.6 | Calculate the price discounts of the bidders that participated in all auctions according to their precise submission hours to prepare for auction price trend analysis compared to bidding price discount. |
| 26 | 8/12/2024 | You, Can | 0.3 | Update treasury curve market data as of 8/9 to refresh monetization analysis. |
| 26 | 8/12/2024 | You, Can | 0.8 | Review 7/31 trading report and coin report. |
| 26 | 8/12/2024 | You, Can | 0.8 | Review volatility curves from calibrated volatility surface, as of 8/9. |
| 26 | 8/12/2024 | You, Can | 2.9 | Calculate token discount calculations as of 8/9. |
| 26 | 8/12/2024 | You, Can | 1.6 | Calibrate volatility surface for selected tokens of 8/9. |
| 26 | 8/12/2024 | You, Can | 1.8 | Calculate token discounts with updated vesting schedule for selected token. |
| 26 | 8/13/2024 | Risler, Franck | 1.4 | Analyze Galaxy crypto execution using various benchmarking metrics. |
| 26 | 8/13/2024 | Risler, Franck | 2.0 | Prepare slides on monetization process for the advisory committee report. |
| 26 | 8/13/2024 | Risler, Franck | 1.9 | Estimate performance, realizable value, risk and liquidity metrics for FTX coin and token portfolio. |
| 26 | 8/13/2024 | Diodato, Michael | 2.4 | Review updated risk dashboard and coin report, including Debtors' token bridge. |
| 26 | 8/13/2024 | Diodato, Michael | 0.2 | Attend meeting with A&M (K. Ramanathan, J. Henness, and A. Selwood) to discuss the status of monetization. |
| 26 | 8/13/2024 | Diodato, Michael | 1.3 | Review price trend analysis in connection with a potential auction sales process. |
| 26 | 8/13/2024 | Diodato, Michael | 0.4 | Revise advisory committee presentation slides. |
| 26 | 8/13/2024 | Majkowski, Stephanie | 1.1 | Analyze execution data for coin monetization as part of coin management. |
| 26 | 8/13/2024 | Guo, Xueying | 2.9 | Approximate price trends using scaled price returns histories as part of auction price trend analysis compared to bidding price discount. |
| 26 | 8/13/2024 | Guo, Xueying | 2.6 | Calibrate price returns ahead of bidding submission of each bidder using the exact bidding submission time as part of auction price trend analysis compared to bidding price discount. |
| 26 | 8/13/2024 | Guo, Xueying | 2.8 | Compare the calibrated price trends ahead of each bidder's submission time with bidding price discounts for each individual bidder and analyze possible correlations. |
| 26 | 8/14/2024 | Diodato, Michael | 0.3 | Analyze updated token risk report. |
| 26 | 8/14/2024 | Diodato, Michael | 2.2 | Review impact of tokens trends on prices received in auctions for a select token. |

**EXHIBIT C**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| Task Code | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 26 | 8/14/2024 | Guo, Xueying | 1.9 | Review the newly updated vesting schedule for locked tokens for updating discount calculation, dashboard and recovery analysis. |
| 26 | 8/14/2024 | Guo, Xueying | 2.6 | Prepare analysis on price trends ahead of auctions compared to bidder price discounts. |
| 26 | 8/14/2024 | Guo, Xueying | 2.7 | Perform quality check on updated discount calculations using the new vesting schedule and latest market data to prepare for dashboard update and recovery analysis. |
| 26 | 8/14/2024 | Langer, Cameron | 0.4 | Analyze the risk, performance, and liquidity dashboard for the FTX crypto portfolio for the purpose of coin monetization. |
| 26 | 8/15/2024 | Risler, Franck | 0.8 | Estimate the impact of FTX venture token new vesting schedule distributed by the Debtors on FTX token portfolio value. |
| 26 | 8/15/2024 | Risler, Franck | 0.4 | Assess latest version of Galaxy distribution services agreement as provided by the Debtors with focus on risk, custody and crypto issues. |
| 26 | 8/15/2024 | Risler, Franck | 0.2 | Analyze the coin monetization outcomes from Galaxy. |
| 26 | 8/15/2024 | Risler, Franck | 0.4 | Assess latest version of the universal auction termsheet for the monetization of the designated token as approved by the UCC. |
| 26 | 8/15/2024 | Diodato, Michael | 1.0 | Assess updated token risk dashboard and recovery analysis. |
| 26 | 8/15/2024 | Diodato, Michael | 1.2 | Update token and coins risk dashboard for the Debtors' portfolio. |
| 26 | 8/16/2024 | Risler, Franck | 0.9 | Analyze the price trend compared to bidder discount ahead of designated token auction in the context of optimizing creditor recovery through token monetization. |
| 26 | 8/16/2024 | Diodato, Michael | 2.4 | Review recovery baseline values and finalize for inclusion in waterfall update. |
| 26 | 8/19/2024 | Diodato, Michael | 2.2 | Revise presentation for the advisory committee on token monetization. |
| 26 | 8/19/2024 | Diodato, Michael | 0.6 | Prepare correspondence with the UCC regarding a token issue. |
| 26 | 8/19/2024 | You, Can | 0.7 | Calculate values and liquidation discounts for tokens in basket for sale, for total quantity, as of 8/19. |
| 26 | 8/19/2024 | You, Can | 1.4 | Calculate values and liquidation discounts for tokens in basket for sale, for sale quantity, as of 8/9. |
| 26 | 8/19/2024 | You, Can | 0.6 | Review the position filters of risk dashboard and missing positions in the basket. |
| 26 | 8/19/2024 | You, Can | 0.5 | Analyze the quantities, values, and recovery values for baskets of tokens. |
| 26 | 8/19/2024 | You, Can | 0.7 | Adjust position filters for risk dashboard to include all tokens in the basket. |
| 26 | 8/19/2024 | You, Can | 1.4 | Calculate values and liquidation discounts for tokens in basket for sale, for sale quantity, as of 8/19. |
| 26 | 8/19/2024 | You, Can | 0.3 | Review market data and liquidation discount for tokens in the basket. |
| 26 | 8/19/2024 | You, Can | 0.9 | Calculate values and liquidation discounts for tokens in basket for sale, for total quantity, as of 8/9. |
| 26 | 8/19/2024 | You, Can | 0.8 | Prepare data on basket of coins for sale for further analysis. |

**EXHIBIT C**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| Task Code | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 26 | 8/20/2024 | Risler, Franck | 2.3 | Revise draft of presentation materials with a focus on FTX digital assets portfolio and monetization. |
| 26 | 8/20/2024 | Risler, Franck | 0.6 | Estimate realizable monetization value of basket of tokens considered for sale by the Debtors. |
| 26 | 8/20/2024 | Diodato, Michael | 1.9 | Review basket of tokens for potential sale. |
| 26 | 8/20/2024 | Diodato, Michael | 0.2 | Attend meeting with A&M (K. Ramanathan, J. Henness, and A. Selwood) to discuss the status of monetization. |
| 26 | 8/20/2024 | Diodato, Michael | 1.6 | Prepare correspondence to A&M regarding a basket of tokens. |
| 26 | 8/20/2024 | You, Can | 1.2 | Review draft deck for creditor advisory committee. |
| 26 | 8/20/2024 | You, Can | 2.4 | Analyze full market data from coin data provider for positions in sale basket. |
| 26 | 8/20/2024 | You, Can | 2.9 | Refresh basket sale analysis with updated market data. |
| 26 | 8/20/2024 | de Brignac, Jessica | 0.4 | Review crypto asset sale update from A&M. |
| 26 | 8/21/2024 | Guo, Xueying | 2.3 | Revise description for risk dashboard analysis on the advisory committee presentation. |
| 26 | 8/21/2024 | Guo, Xueying | 2.1 | Extract summary of the latest risk dashboard and add onto the advisory committee presentation. |
| 26 | 8/21/2024 | Guo, Xueying | 2.6 | Review creditor advisory committee presentation content structures and draft initial titles. |
| 26 | 8/21/2024 | You, Can | 1.2 | Update sensitivity analysis, in deck for creditor advisory committee. |
| 26 | 8/22/2024 | Diodato, Michael | 1.2 | Review recovery scenario analysis. |
| 26 | 8/22/2024 | Diodato, Michael | 0.8 | Evaluate resulting effects of settlement discussion with a token foundation. |
| 26 | 8/22/2024 | You, Can | 2.0 | Reconcile recovery waterfall with previous version. |
| 26 | 8/22/2024 | You, Can | 2.3 | Calculate coin discount calculation using updated schedule for selected token. |
| 26 | 8/23/2024 | Risler, Franck | 0.9 | Estimate recovery value for certain crypto assets in the context of digital monetization. |
| 26 | 8/23/2024 | Risler, Franck | 0.8 | Revise presentation for creditors related to recovery sensitivity analysis. |
| 26 | 8/23/2024 | Risler, Franck | 0.3 | Revise analysis on certain crypto settlement and results for recovery estimates. |
| 26 | 8/23/2024 | Risler, Franck | 1.3 | Generate payout function, return distribution and corresponding sensitivity analysis of recovery in the context of the FTX token portfolio monetization. |
| 26 | 8/23/2024 | Diodato, Michael | 1.9 | Assess Debtors' pricing for a token part of a settlement. |
| 26 | 8/23/2024 | Diodato, Michael | 1.0 | Analyze certain details of the settlement proposal for crypto party. |
| 26 | 8/23/2024 | Diodato, Michael | 2.5 | Analyze the impact on recovery of a token litigation settlement. |

**EXHIBIT C**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| Task Code | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 26 | 8/23/2024 | You, Can | 1.4 | Review updated coin report. |
| 26 | 8/23/2024 | de Brignac, Jessica | 0.6 | Review crypto settlement counter proposal from A&M. |
| 26 | 8/26/2024 | Diodato, Michael | 0.2 | Participate in weekly meeting with Galaxy (M. Bhatia), A&M (K. Ramanathan and D. Sagan) with focus on asset monetization and execution for FTX coin management. |
| 26 | 8/26/2024 | Diodato, Michael | 0.6 | Review holdings information for a select token and impact of a settlement offer. |
| 26 | 8/26/2024 | Majkowski, Stephanie | 0.2 | Evaluate Debtors' portfolio optimization and coin monetization results. |
| 26 | 8/26/2024 | Guo, Xueying | 2.4 | Perform quality check on token discount calculations to prepare for risk dashboard update. |
| 26 | 8/26/2024 | Guo, Xueying | 2.7 | Calculate and update discount for tokens held by FTX using latest market data and vesting schedule to prepare for risk dashboard update. |
| 26 | 8/26/2024 | Guo, Xueying | 2.1 | Calibrate coin volatility surface and UST discount curves using the latest market data to prepare for risk dashboard update. |
| 26 | 8/26/2024 | Guo, Xueying | 2.6 | Perform position and risk metrics analysis and update the FTX risk dashboard. |
| 26 | 8/26/2024 | de Brignac, Jessica | 0.6 | Analyze UST objections to the Debtors' Plans for cryptocurrency considerations. |
| 26 | 8/26/2024 | de Brignac, Jessica | 0.9 | Review updated coin reports from A&M. |
| 26 | 8/26/2024 | Risler, Franck | 0.2 | Participate in weekly meeting with Galaxy (M. Bhatia), A&M (K. Ramanathan and D. Sagan) with focus on asset monetization and execution for FTX coin management. |
| 26 | 8/26/2024 | Bromberg, Brian | 0.4 | Review token recovery estimates. |
| 26 | 8/27/2024 | Diodato, Michael | 0.2 | Attend meeting with A&M (K. Ramanathan, G. Walia, and A. Selwood) to discuss the status of monetization. |
| 26 | 8/27/2024 | Diodato, Michael | 1.2 | Review latest version of the token performance and risk dashboard. |
| 26 | 8/27/2024 | Diodato, Michael | 0.5 | Meet with Jefferies (R. Hamilton) and PH (K. Pasquale and B. Kelly) to discuss the settlement discussion for a token litigation. |
| 26 | 8/27/2024 | Diodato, Michael | 2.0 | Review advisory committee slide presentation for coin monetization and settlement issues. |
| 26 | 8/27/2024 | Guo, Xueying | 2.4 | Perform quality check on crypto risk and value calculations and graphs using the latest market data as part of risk dashboard. |
| 26 | 8/27/2024 | Guo, Xueying | 2.7 | Draft presentation on FTX digital assets portfolio value for creditor advisory committee. |
| 26 | 8/27/2024 | Guo, Xueying | 1.3 | Draft presentation deck on FTX insider tokens for creditor advisory committee. |
| 26 | 8/27/2024 | Guo, Xueying | 2.6 | Perform quality check on the updated risk dashboard for Debtors' token holdings. |
| 26 | 8/27/2024 | You, Can | 1.3 | Reconcile monetization proceeds for risk dashboard. |
| 26 | 8/27/2024 | You, Can | 0.3 | Review draft deck for creditor advisory committee re: monetization status. |

**EXHIBIT C**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| Task Code | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 26 | 8/27/2024 | You, Can | 0.8 | Update crypto discounts for risk dashboard. |
| 26 | 8/27/2024 | You, Can | 0.8 | Review data and plots for risk dashboard. |
| 26 | 8/27/2024 | Risler, Franck | 0.6 | Assess coin report as of 8/16/24 and analyze change from previous coin report as of 7/31/24. |
| 26 | 8/27/2024 | Risler, Franck | 1.7 | Estimate performance, value, and risk metrics for the Debtors' coin and tokens portfolio as of certain date. |
| 26 | 8/27/2024 | Risler, Franck | 0.5 | Meet with Jefferies (R. Hamilton) and PH (K. Pasquale and B. Kelly) to discuss the settlement discussion for a token litigation. |
| 26 | 8/28/2024 | Diodato, Michael | 0.3 | Prepare correspondence to A&M on latest coin report changes. |
| 26 | 8/28/2024 | Diodato, Michael | 1.5 | Review latest version of the token performance and risk dashboard. |
| 26 | 8/28/2024 | Guo, Xueying | 2.1 | Draft presentation deck on digital assets discount definition and calculation methods for creditor advisory committee. |
| 26 | 8/28/2024 | Guo, Xueying | 2.6 | Draft presentation deck on FTX portfolio monetization results and risk metrics for creditor advisory committee. |
| 26 | 8/28/2024 | de Brignac, Jessica | 0.8 | Analyze latest changes in updated token reports from A&M. |
| 26 | 8/28/2024 | Risler, Franck | 0.8 | Prepare commentary for assessment of FTX coin portfolio and monetization. |
| 26 | 8/29/2024 | Diaz, Matthew | 0.6 | Conduct review of the crypto investments report from the Debtors. |
| 26 | 8/29/2024 | Diodato, Michael | 2.6 | Revise commentary in presentation to advisory committee on token monetization. |
| 26 | 8/29/2024 | Diodato, Michael | 0.7 | Prepare latest updated token risk dashboard for UCC. |
| 26 | 8/29/2024 | Diodato, Michael | 0.8 | Review results of the recovery analysis using 7/31 positions. |
| 26 | 8/29/2024 | Langer, Cameron | 2.7 | Review the latest coin report provided by the Debtors for the purpose of coin monetization support. |
| 26 | 8/29/2024 | Langer, Cameron | 0.9 | Refresh token quantity analysis using the Debtors' latest provided coin report for the purpose of coin management. |
| 26 | 8/29/2024 | Langer, Cameron | 2.4 | Analyze available tokens for sale using the Debtors' provided coin report for the purpose of coin management. |
| 26 | 8/29/2024 | de Brignac, Jessica | 0.9 | Prepare analysis on the coin reports received from A&M. |
| 26 | 8/29/2024 | Bromberg, Brian | 0.5 | Review crypto token portfolio data. |
| 26 | 8/30/2024 | Diodato, Michael | 2.2 | Modify presentation slide and commentary on current holdings for advisory committee presentation. |
| 26 | 8/30/2024 | Diodato, Michael | 2.3 | Continue to revise materials on monetization status for advisory committee deck. |
| 26 | 8/30/2024 | Diodato, Michael | 2.2 | Assess results of the recovery analysis using 7/31 positions. |
| 26 | 8/30/2024 | Diodato, Michael | 1.0 | Write commentary for slide on select tokens for advisory committee deck. |

**EXHIBIT C**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| Task Code | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 26 | 8/30/2024 | Diodato, Michael | 0.8 | Revise report on monetization status for advisory committee deck. |
| 26 | 8/30/2024 | Langer, Cameron | 2.6 | Analyze available liquidity for tokens currently available for sale for the purpose of coin monetization. |
| 26 | 8/30/2024 | Langer, Cameron | 0.9 | Analyze token liquidation and marketability discounts for the purpose of coin management. |
| 26 | 8/30/2024 | Langer, Cameron | 2.4 | Analyze risk attributed to the top tokens in the Debtors' crypto portfolio for the purpose of coin risk assessment and management. |
| 26 | 8/30/2024 | Langer, Cameron | 2.3 | Classify tokens in the Debtors' coin report by availability for immediate sale for the purpose of coin management. |
| 26 | 8/30/2024 | You, Can | 1.2 | Draft slide for incremental value for creditor advisory committee deck. |
| 26 | 8/30/2024 | You, Can | 1.1 | Review incremental value calculations for top tokens. |
| 26 | 8/30/2024 | You, Can | 0.5 | Continue to prepare materials for creditor advisory deck. |
| 26 | 8/30/2024 | You, Can | 1.7 | Calculate incremental value calculations based on recent data. |
| 26 | 8/30/2024 | You, Can | 2.3 | Calculate incremental values for individual tokens as a ratio to portfolio values. |
| 26 | 8/30/2024 | You, Can | 0.7 | Review the total incremental values for locked tokens. |
| **26 Total** | | | **259.9** | |
| **Grand Total** | | | **547.3** | |

**EXHIBIT D**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| Expense Type | Amount |
|---|---|
| Electronic Subscriptions | $ 9,325.00 |
| Working Meals | 20.00 |
| **GRAND TOTAL** | **$ 9,345.00** |

**EXHIBIT E**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**ITEMIZED EXPENSES**
**FOR THE PERIOD AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| Expense Type | Date | Professional | Expense Detail | Amount |
|---|---|---|---|---|
| Electronic Subscriptions | 6/31/2024 | Risler, Franck | Coin Metrics June token data subscription for pricing and analyzing tokens for monetization. | $ 2,650.00 |
| Electronic Subscriptions | 7/31/2024 | Risler, Franck | Coin Metrics July token data subscription for pricing and analyzing tokens for monetization. | 2,650.00 |
| Electronic Subscriptions | 8/1/2024 | Diaz, Matthew | Monthly charge for UCC X account. | 1,000.00 |
| Electronic Subscriptions | 8/27/2024 | Diodato, Michael | CoinMarketCap monthly subscription for pricing and analyzing tokens for monetization. | 375.00 |
| Electronic Subscriptions | 8/31/2024 | Risler, Franck | Coin Metrics August token data subscription for pricing and analyzing tokens for monetization. | 2,650.00 |
| **Electronic Subscriptions Total** | | | | **$ 9,325.00** |
| Working Meals | 8/19/2024 | Dawson, Maxwell | Meal while working late on the FTX case. | 20.00 |
| **Working Meals Total** | | | | **$ 20.00** |
| **Grand Total** | | | | **$ 9,345.00** |