**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, 1 | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Defective Transfer of Claim, to be served via First Class Mail and/or Email on the date and upon the Transferor and Transferee, as set forth on the Defective Transfer Service List attached hereto as **Exhibit A**.

*[Remainder of page intentionally left blank]*

---

1 The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: October 11, 2024

*/s/ Thomas Evangelista*
Thomas Evangelista


State of New York
County of New York


Subscribed and sworn (or affirmed) to me on October 11, 2024, by Thomas
Evangelista, proved to me on the bases of satisfactory evidence to be the person who
executed this affidavit.

*/s/ Paul Pullo*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

**Exhibit A**

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 8155 | Name on File<br>Address on File<br>Email Address on File | Marquette Partners Holdings LLC<br>Wayne Remai<br>1 East Erie Street<br>Suite 525-2305<br>Chicago, IL 60611<br>Email: wremai@mqplp.com | 9/13/2024 |
| 19496 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 19642 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 19977 | Name on File | Hain Capital Investors Master Fund, Ltd.<br>301 Route 17 North Suite 816A<br>Rutherford, NJ 07070<br>Email: kaustin@haincapital.com,<br>info@haincapital.com,<br>rkoltai@haincapital.com | 9/13/2024 |
| 20018 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 20297 | Name on File<br>Address on File<br>Email Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway<br>Suite 906<br>New York, NY 10018<br>Email: vjel@cherokeeacq.com | 9/13/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 20592 | Name on File<br>Address on File | DCP Master Investments XV LLC<br>c/o Diameter Capital Partners, LP<br>55 Hudson Yards<br>Suite 29B<br>New York, NY 10001<br>Email: skim@diametercap.com | 9/13/2024 |
| 20733 | Name on File | DCP Master Investments XV LLC<br>c/o Diameter Capital Partners, LP<br>55 Hudson Yards, Suite 29B<br>New York, NY 10001<br>Email: srao@diametercap.com | 9/13/2024 |
| 20759 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 20770 | Name on File<br>Address on File<br>Email Address on File | Phoenix TF, LLC<br>Attn: Jonathan Forsgren<br>418 Broadway Ste R<br>Albany, NY 12207<br>Email:<br>customerservice@phoenixtf.co.uk | 9/13/2024 |
| 20816 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 20819 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 20823 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 20957 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 20966 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 20994 | Name on File<br>Address on File<br>Email Address on File | Figure Markets, Inc.<br>Dan Grueter<br>650 California Street<br>Suite 2700<br>San Francisco, CA 94108 | 9/13/2024 |
| 21005 | Name on File<br>Address on File<br>Email Address on File | Figure Markets, Inc.<br>Dan Grueter<br>650 California Street<br>Suite 2700<br>San Francisco, CA 94108 | 9/13/2024 |
| 21009 | Name on File<br>Address on File<br>Email Address on File | Figure Markets, Inc.<br>Dan Grueter<br>650 California Street<br>Suite 2700<br>San Francisco, CA 94108<br>Email: dgrueter@figuremarkets.com | 9/13/2024 |
| 21014 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 21015 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |

In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (JTD)

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 21018 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 21026 | Name on File<br>Address on File<br>Email Address on File | Figure Markets, Inc.<br>Dan Grueter<br>650 California Street<br>Suite 2700<br>San Francisco, CA 94108 | 9/13/2024 |
| 21209 | Name on File<br>Address on File | DCP Master Investments XV LLC<br>c/o Diameter Capital Partners, LP<br>55 Hudson Yards<br>Suite 29B<br>New York, NY 10001<br>Email: skim@diametercap.com | 9/13/2024 |
| 21560 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 21579 | Name on File<br>Address on File<br>Email Address on File | Figure Markets, Inc.<br>Dan Grueter<br>650 California Street<br>Suite 2700<br>San Francisco, CA 94108 | 9/13/2024 |
| 21637 | Name on File<br>Address on File | Contrarian Funds, LLC<br>Attn: Keith McCormack<br>411 West Putnam Avenue<br>Suite 425<br>Greenwich, CT 06830<br>Email:<br>tradeclaimsgroup@contrariancapital.com | 9/13/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 21700 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 21713 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 21726 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I, LLC<br>245 Michigan Avenue LG4<br>Miami, FL 33139 | 9/13/2024 |
| 21727 | Name on File<br>Address on File | Contrarian Funds, LLC<br>Attn: Keith McCormack<br>411 West Putnam Avenue<br>Suite 425<br>Greenwich, CT 06830<br>Email:<br>tradeclaimsgroup@contrariancapital.com | 9/13/2024 |
| 21736 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 21851 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 21866 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 21868 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 21878 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 21886 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 21888 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 21915 | Name on File<br>Address on File<br>Email Address on File | Figure Markets, Inc<br>Dan Grueter<br>650 California Street<br>Suite 2700<br>San Francisco, CA 94108 | 9/13/2024 |
| 21917 | Not Provided by Transferee | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: rbeacher@pryorcashman.com | 9/13/2024 |
| 21926 | Name on File<br>Address on File<br>Email Address on File | 507 Investment Fund LLC<br>Thomas Braziel<br>5 Greyhen Lane<br>Savannah, GA 31411<br>Email: tom@117partners.com | 9/13/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|------------|------------|-----------------|
| 21929 | Name on File<br>Address on File<br>Email Address on File | 507 Investment Fund LLC<br>Thomas Braziel<br>5 Greyhen Lane<br>Savannah, GA 31411<br>Email: tom@117partners.com | 9/13/2024 |
| 21935 | Name on File<br>Address on File<br>Email Address on File | Figure Markets, Inc.<br>Dan Grueter<br>650 California Street<br>Suite 2700<br>San Francisco, CA 94108 | 9/13/2024 |
| 21937 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 21999 | Name on File<br>Address on File<br>Email Address on File | Fire Bouvardia, LLC<br>Attention: Timothy Lin<br>c/o Crowell & Moring LLP<br>389 9th Ave, 44th Floor<br>New York, NY 10001<br>Email: tlin@crowell.com,<br>ftx@kingstreet.com | 9/13/2024 |
| 22012 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 22067 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 22126 | Name on File<br>Address on File<br>Email Address on File | Figure Markets, Inc.<br>Dan Grueter<br>650 California Street<br>Suite 2700<br>San Francisco, CA 94108 | 9/13/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 22128 | Name on File<br>Address on File<br>Email Address on File | Figure Markets, Inc.<br>Dan Grueter<br>650 California Street<br>Suite 2700<br>San Francisco, CA 94108 | 9/13/2024 |
| 22141 | Name on File | FTX Bidco LLC<br>Attn: Susan Meyers<br>90 Argyle Ave.<br>New Rochelle, NY 10804<br>Email: ftxbidco@gmail.com | 9/13/2024 |
| 22146 | Name on File | FTX Bidco LLC<br>Attn: Susan Meyers<br>90 Argyle Ave.<br>New Rochelle, NY 10804<br>Email: ftxbidco@gmail.com | 9/13/2024 |
| 22150 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: rbeacher@pryorcashman.com,<br>12017192157@tls.ldsprod.com | 9/13/2024 |
| 22240 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 22241 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 22248 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 22252 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 22275 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, Wy 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 22314 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 22318 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 22320 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 22345 | Name on File<br>Address on File | Olympus Peak Trade Claims<br>Opportunities Fund I Non-ECI Master LP<br>Attn: Leah Silverman<br>c/o Olympus Peak Asset Management<br>177 West Putnam Ave. Suite 2622-S1<br>Greenwich, CT 06831<br>Email: finops@opeaklp.com | 9/13/2024 |
| 22460 | Name on File<br>Address on File<br>Email Address on File | FTX Creditor, LLC<br>Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 22508 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 22510 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 22514 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 22522 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 22530 | Name on File<br>Address on File<br>Email Address on File | 508 CLAIMS, LLC<br>20 Florence S<br>PO Box #948<br>Marlborough, MA 01752<br>Email: 508claims@gmail.com | 9/13/2024 |
| 22539 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 22608 | Name on File<br>Address on File<br>Email Address on File | DCP Master Investments XV LLC<br>c/o Diameter Capital Partners, LP<br>55 Hudson Yards, Suite 29B<br>New York, NY 10001<br>Email: skim@diametercap.com | 9/13/2024 |
| 22716 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 22728 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 22755 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 22757 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 22758 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 22785 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/30/2024 |
| 22795 | Name on File<br>Address on File<br>Email Address on File | Figure Markets, Inc.<br>Dan Grueter<br>650 California Street<br>Suite 2700<br>San Francisco, CA 94108 | 9/13/2024 |
| 22886 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 22922 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 23068 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 23080 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 23112 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 23121 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 23125 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 23163 | Name on File<br>Address on File<br>Email Address on File | Figure Markets, Inc.<br>Attn: Dan Grueter<br>650 California Street<br>Suite 2700<br>San Francisco, CA 94108 | 9/13/2024 |
| 23165 | Name on File<br>Address on File<br>Email Address on File | Figure Markets, Inc.<br>Attn: Dan Grueter<br>650 California Street<br>Suite 2700<br>San Francisco, CA 94108 | 9/13/2024 |
| 23183 | Not Provided by Transferee | Hudson Bay Claim Fund LLC<br>Attention: Matthew Weinstein and Chad Flick<br>c/o Hudson Bay Capital Management LP<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830<br>Email: mweinstein@hudsonbaycapital.com, cflick@hudsonbaycapital.com | 9/13/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 23184 | Name on File<br>Email Address on File | Hudson Bay Claim Fund LLC<br>Attention: Matthew Weinstein and Chad Flick<br>c/o Hudson Bay Capital Management LP<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830<br>Email: mweinstein@hudsonbaycapital.com, cflick@hudsonbaycapital.com | 9/13/2024 |
| 23201 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 23228 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 23247 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/30/2024 |
| 23259 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/30/2024 |
| 23349 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 23352 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/13/2024 |
| 23362 | Name on File<br>Address on File<br>Email Address on File | CDOF IV Master Fund, L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: legal@canyonpartners.com,<br>Jpagnam@canyonpartners.com | 9/13/2024 |
| 23364 | Name on File<br>Address on File<br>Email Address on File | CDOF IV Master Fund, L.P.<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: legal@canyonpartners.com,<br>Jpagnam@canyonpartners.com | 9/13/2024 |
| 23381 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/30/2024 |
| 23438 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/30/2024 |
| 23570 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/30/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 23657 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/30/2024 |
| 23716 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 9/30/2024 |
| 24052 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/30/2024 |
| 24139 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 9/30/2024 |
| 24146 | Name on File<br>Address on File<br>Email Address on File | Figure Markets, Inc.<br>Dan Grueter<br>650 California Street<br>Suite 2700<br>San Francisco, CA 94108 | 9/30/2024 |
| 24178 | Name on File<br>Email Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018<br>Email: vjel@cherokeeacq.com | 9/30/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 24180 | Name on File<br>Email Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018<br>Email: vjel@cherokeeacq.com | 9/30/2024 |
| 24195 | Name on File<br>Address on File<br>Email Address on File | Figure Markets, Inc.<br>Dan Grueter<br>650 California Street<br>Suite 2700<br>San Francisco, CA 94108 | 9/30/2024 |
| 24199 | Name on File<br>Address on File<br>Email Address on File | Figure Markets, Inc.<br>Dan Grueter<br>650 California Street<br>Suite 2700<br>San Francisco, CA 94108 | 9/30/2024 |
| 24205 | Not Provided by Transferee | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 9/30/2024 |
| 24206 | Not Provided by Transferee | Paxtibi LLP<br>Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 9/30/2024 |
| 24207 | Not Provided by Transferee | Paxtibi LLP<br>Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 9/30/2024 |
| 24208 | Not Provided by Transferee | Paxtibi LLP<br>Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 9/30/2024 |

In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (JTD)                     Page 17 of 21

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 24209 | Not Provided by Transferee | Paxtibi LLP<br>Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 9/30/2024 |
| 24210 | Not Provided by Transferee | Paxtibi LLP<br>Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 9/30/2024 |
| 24224 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited<br>Attn: Steve Gillies<br>c/o Attestor Limited<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: settlements@attestorcapital.com | 9/30/2024 |
| 24240 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited<br>Attn: Steve Gillies<br>c/o Attestor Limited<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: settlements@attestorcapital.com | 9/30/2024 |
| 24245 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited<br>Attn: Steve Gillies<br>c/o Attestor Limited<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: settlements@attestorcapital.com | 9/30/2024 |
| 24258 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/30/2024 |

In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (JTD)

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 24272 | Name on File<br>Address on File<br>Email Address on File | Figure Markets, Inc.<br>Dan Grueter<br>650 California Street<br>Suite 2700<br>San Francisco, CA 94108<br>Email: owensgan@gmail.com | 9/30/2024 |
| 24277 | Name on File<br>Address on File<br>Email Address on File | Figure Markets, Inc.<br>Dan Grueter<br>650 California Street<br>Suite 2700<br>San Francisco, CA 94108 | 9/30/2024 |
| 24279 | Name on File<br>Address on File<br>Email Address on File | Figure Markets, Inc.<br>Dan Grueter<br>650 California Street<br>Suite 2700<br>San Francisco, CA 94108 | 9/30/2024 |
| 24281 | Name on File<br>Address on File<br>Email Address on File | Phoenix TF, LLC<br>Attn: Jonathan Forsgren<br>418 Broadway Ste R<br>Albany, NY 12207<br>Email:<br>customerservice@phoenixtf.co.uk | 9/30/2024 |
| 24363 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/30/2024 |
| 24394 | Name on File<br>Address on File<br>Email Address on File | Figure Markets, Inc.<br>Dan Grueter<br>650 California Street<br>Suite 2700<br>San Francisco, CA 94108 | 9/30/2024 |
| 24396 | Name on File<br>Address on File<br>Email Address on File | Figure Markets, Inc.<br>Dan Grueter<br>650 California Street<br>Suite 2700<br>San Francisco, CA 94108 | 9/30/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 24398 | Name on File<br>Address on File<br>Email Address on File | Figure Markets, Inc.<br>Dan Grueter<br>650 California Street<br>Suite 2700<br>San Francisco, CA 94108 | 9/30/2024 |
| 24490 | Name on File<br>Address on File<br>Email Address on File | FTX Creditor LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/30/2024 |
| 24504 | Name on File<br>Address on File<br>Email Address on File | FXCL Acquisition LLC<br>85 Broad Street<br>New York, NY 10004<br>Email: SA-FTX@opco.com,<br>daniel.silverstein@opco.com | 9/30/2024 |
| 24505 | Name on File<br>Address on File<br>Email Address on File | FXCL Acquisition LLC<br>Attn: General Counsel<br>85 Broad Street<br>New York, NY 10004<br>Email: SA-FTX@opco.com,<br>daniel.silverstein@opco.com | 9/30/2024 |
| 24627 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/30/2024 |
| 24668 | Name on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway<br>Suite 906<br>New York, NY 10018<br>Email: vjel@cherokeeacq.co | 9/30/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 24706 | Name on File<br>Address on File<br>Email Address on File | KIA II LLC<br>Attn: Daniel J. Weiner<br>777 West Putnam Ave.<br>First Floor<br>Greenwich, CT 06830<br>Email: legal@wexford.com | 9/30/2024 |
| 24785 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 9/30/2024 |
| 25028 | Name on File<br>Address on File<br>Email Address on File | Fire Bouvardia, L.L.C.<br>Attention: Timothy Lin<br>c/o Crowell & Moring LLP<br>389 9th Ave, 44th Floor<br>New York, NY 10001<br>Email: tlin@crowell.com,<br>FTX@kingstreet.com | 9/30/2024 |
| 25178 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited<br>Attn: Steve Gillies<br>c/o Attestor Limited<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email:<br>settlements@attestorcapital.com | 9/30/2024 |