**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* <br><br> FTX TRADING LTD., *et al.*,[1] <br><br> Debtors. | : Chapter 11 <br> : <br> : Case No. 22-11068 (JTD) <br> : <br> : (Jointly Administered) <br> : <br> : **Related D.I. 25680** |

**CERTIFICATE OF NO OBJECTION REGARDING THIRD MONTHLY**
**FEE STATEMENT OF ASHBY & GEDDES, P.A., AS DELAWARE COUNSEL**
**TO THE EXAMINER, FOR COMPENSATION FOR PROFESSIONAL**
**SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**
**INCURRED DURING THE PERIOD FROM AUGUST 1, 2024,**
**THROUGH AND INCLUDING AUGUST 31, 2024**

I, Michael D. DeBaecke, an attorney with the law firm of Ashby & Geddes, P.A., Delaware counsel to Robert J. Cleary, in his capacity as the examiner appointed in the above-captioned Chapter 11 bankruptcy cases, hereby certifies the following:

1. On September 25, 2024, Ashby & Geddes, P.A. ("Ashby") filed the *Third Monthly Fee Statement of Ashby & Geddes, P.A. as Delaware Counsel to the Examiner for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period August 1, 2024, through and Including August 31, 2024* [D.I. 25680] (the "Third Monthly Statement").

2. Pursuant to the Notice of Third Monthly Statement, any objections or responses were to be filed with the Court and served by October 15, 2024, at 4:00 p.m. (Eastern Time).

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of Debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{02060056;v1 }

3.  As of the date hereof, the undersigned counsel has not been served with or otherwise received any responses in opposition to the Third Monthly Statement.  A review of the Court's docket indicates that, as of this date, no responses or objections have been filed.

WHEREFORE, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 435], the Debtors are authorized to pay Ashby **$15,537.60** in fees (80% of $19,422.00) and **$140.45** in expenses (100%), respectively, for a total of **$15,678.05**, as requested in the Third Monthly Statement.

Dated: October 16, 2024                **ASHBY & GEDDES, P.A.**

*/s/ Michael D. DeBaecke*
Michael D. DeBaecke (No. 3186)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19801
Tel: (302) 504-3728
Email: mdebaecke@ashbygeddes.com

*Delaware Counsel for Robert J. Cleary, solely in his capacity as Examiner appointed in the Chapter 11 Cases*