# EXHIBIT A

**[Ashby & Geddes Invoice for Period September 1, 2024, through September 30, 2024]**

{02059521;v1 }

# ASHBY & GEDDES
ATTORNEYS AND COUNSELLORS AT LAW
500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

INVOICE

TELEPHONE
302-654-1888

FED ID#23-2193414

October 10, 2024
Billed through   09/30/24
Account:  CLEARY -00001  - MDD      85321

Daniel A. Lowenthal, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036

Robert J. Cleary, Esq., as court appointed Examiner in FTX bankruptcy cases (In re: FTX Trading Ltd.)

PROFESSIONAL SERVICES RENDERED

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 09/03/24 | KMJ | 07 | Emails with M. DeBaecke re: status of Motion to Shorten Notice and 2004 examination (.1); prepare Notice of Withdrawal of Motion to Shorten Notice and Motion for 2004 Examination (.5); filed Notices w/ Court (.3); download and send email service (.3); | 1.20 | $402.00 |
| 09/03/24 | MDD | 23 | Email updates with K. Black (Ms. Nguyen) (.2); email update to chambers (withdrawal of motion for special hearing) (.1); discussion with K. Jones regarding scheduling (Rule 2004 Motion) (.1), review and comments to Notice of Motion regarding same (.1), notice of withdrawal of related motion to shorten/for special hearing date (.1); email update and related thoughts to Patterson Belknap team (.3); Patterson Belknap email updates (.2); | 1.10 | $803.00 |
| 09/04/24 | MDD | 07 | Review upcoming dates and deadlines, next steps (.1); overview many papers received in service (.2); | 0.30 | $219.00 |
| 09/06/24 | MDD | 11 | K. Black email (.1), review and comments to draft Lowenthal third supplemental declaration (.3); further emails with K. Black regarding same (.2); review Fee | 0.80 | $584.00 |

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | Examiner filed report (multiple professionals' pending interim fee apps, including Patterson Belknap first interim fee application) (.2); | | |
| 09/06/24 | KMJ | 11 | Finalize and file Third Supplemental Declaration ISO PBWT Retention Application (.3); download and send email service (.3) | 0.60 | $201.00 |
| 09/09/24 | KMJ | 07 | Prepared Notice of Withdrawal of Motion for 2004 Examination and related Notice (.2); | 0.20 | $67.00 |
| 09/09/24 | MDD | 11 | K. Black email (Patterson Belknap second interim fee application) (.1); review and comments to same and email reply to K. Black (.5); follow up Patterson Belknap emails (.2); review and finalize CNO (Ashby Geddes second fee application) (.1) | 0.90 | $657.00 |
| 09/09/24 | KMJ | 11 | Prepare CNO regarding Ashby's Second Fee Statement (.3); filed CNO w/ Court (.2); | 0.50 | $167.50 |
| 09/09/24 | MDD | 23 | Review and comments to draft notice of withdrawal (Rule 2004 motion) (.1); | 0.10 | $73.00 |
| 09/10/24 | MDD | 23 | Email updates with Patterson Belknap team (K. Black) (Rule 2004 Motion) (.2), email update to Debtors' counsel (M. Pierce) regarding same (.1); review and finalize, prepare notice of withdrawal for filing (Rule 2004 Motion) (.1); review September 12 hearing agenda, discuss same with D. Lowenthal (.2); status update and strategy call with D. Lowenthal (.4); | 1.00 | $730.00 |
| 09/11/24 | MDD | 11 | Review Debtors' COC and proposed order regarding interim fee apps (including Patterson Belknap) (.1); | 0.10 | $73.00 |
| 09/11/24 | MDD | 23 | Overview multiple additional objections filed regarding confirmation of chapter 11 plan (.3); | 0.30 | $219.00 |
| 09/12/24 | MDD | 07 | D. Lowenthal email update (.1); review second amended 9/12 hearing agenda (.1); overview multiple filings received in service (.1); | 0.30 | $219.00 |
| 09/13/24 | MDD | 11 | Emails with K. Black (Patterson | 0.90 | $657.00 |

| Date | Tkpr | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | Belknap second quarterly fee application) (.1); review final draft papers for same (.4), emails in follow up with K. Black regarding same (.2); K. Black email update (.1) (revised interim fee application), review and process same for filing (.1); | | |
| 09/13/24 | KMJ | 11 | File PBWT Second Interim Fee Application (.3); download, send email service and coordinate mail service (.4); | 0.70 | $234.50 |
| 09/13/24 | MDD | 23 | Review Phase II Scope Order (.2); | 0.20 | $146.00 |
| 09/16/24 | MDD | 23 | Status update and strategy discussion, discuss next steps with K. Jones (.1); | 0.10 | $73.00 |
| 09/18/24 | MDD | 23 | Email updates (K. Black) (.1); review and comments to draft Phase II report, emails to Patterson Belknap team regarding same (6.8 total billed); | 6.90 | $5,037.00 |
| 09/19/24 | MDD | 23 | Review draft Phase II report (.7); | 0.70 | $511.00 |
| 09/20/24 | KMJ | 07 | Finalize and file Notice of Examiner's Report and Phase II Report (.6); download and send email service of Notice (.3); forward as-filed copy of Phase II report to co-counsel and send courtesy email to chambers (.3); | 1.20 | $402.00 |
| 09/20/24 | MDD | 23 | Internal email updates with K. Jones (.3); review prior orders and Notice relating to reports, scope (.3); multiple email updates with Patterson Belknap team (1.0); prepare Notice of Report filing (.5); review revised near-final version of Report, review and finalize Notice, prepare all for filing and service (where applicable) (1.8); | 3.90 | $2,847.00 |
| 09/21/24 | MDD | 23 | OUST (L. Richenderfer) and Patterson Belknap email follow ups (report) (.1); further review of filed Phase II report (.5); | 0.60 | $438.00 |
| 09/23/24 | MDD | 11 | Review and edits to draft CNO (Patterson third monthly statement) (.1); | 0.10 | $73.00 |

Bill number    CLEARY 85321                                                              PAGE    4

| Date | Tkpr | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 09/23/24 | KMJ | 11 | Prepare draft CNO re: PBWT third monthly fee statement (.3); send draft to co-counsel (.1); finalize and file CNO w/ Court (.2); | 0.60 | $201.00 |
| 09/23/24 | MDD | 23 | Reply email from chambers (report) (.1); | 0.10 | $73.00 |
| 09/24/24 | MDD | 11 | Review and comments to draft Ashby third monthly fee statement (.6); emails with K. Jones regarding same (.1); review Patterson Belknap (K. Black) comments to same (.1); | 0.80 | $584.00 |
| 09/24/24 | KMJ | 11 | Prepare draft of Ashby's third interim fee statement (.5); send draft to M. DeBaecke and co-counsel (.2); | 0.70 | $234.50 |
| 09/24/24 | MDD | 23 | Review confirmation objection filed by customer S. Gunawan (.1); | 0.10 | $73.00 |
| 09/25/24 | KMJ | 07 | File Public Examiner's Phase II Report w/ Court (.3); download, send email service and coordinate mail service (.3); | 0.60 | $201.00 |
| 09/25/24 | MDD | 11 | Review further revised Ashby third monthly fee statement, prepare for filing and service (.2); | 0.20 | $146.00 |
| 09/25/24 | KMJ | 11 | Finalize and file Ashby's Third Monthly Fee Statement (.3); download and send email service to notice parties (.2); send .txt file to fee examiner (.1); | 0.60 | $201.00 |
| 09/25/24 | MDD | 23 | Emails from/to Patterson Belknap team and Examiner (public filing of report) (.4), emails and discussions with K. Jones regarding filing and service of same (.2); email from purported bankruptcy reporter (.1); | 0.70 | $511.00 |
| 09/30/24 | MDD | 11 | K. Black email (Patterson Belknap August fee statement) (.1), review and comments to same (.5); follow up Patterson Belknap emails (.2); | 0.80 | $584.00 |
| 09/30/24 | KMJ | 11 | Finalize and file PBWT's Fourth Monthly Fee Statement (.5); download and send email service to notice parties (.2); | 0.70 | $234.50 |

                Total fees                                                               $17,876.00

Bill number   CLEARY 85321                                                              PAGE    5

DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 09/21/24 | Parcels Inc. (Inv. No. 1101815, 9/16/24 Document Duplication and Mail-Out) | 21.55 |
| 09/28/24 | Parcels Inc. (Inv. No. 1103782, 9/26/24 Document Duplication and Mail-Out Fees) | 156.36 |
| 09/30/24 | Photocopies | 4.90 |
| 09/30/24 | Postage | 7.17 |
| | Total disbursements | $189.98 |

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| DeBaecke, Michael D. | 21.00 hrs | 730.00 /hr | $15,330.00 |
| Jones, Kristy M | 7.60 hrs | 335.00 /hr | $2,546.00 |
| TOTAL FEES | 28.60 hrs | | $17,876.00 |
| TOTAL DISBURSEMENTS | | | $189.98 |
| TOTAL CHARGES FOR THIS BILL | | | $18,065.98 |
| PAST DUE BALANCE | | | $34,528.45 |
| TOTAL BALANCE NOW DUE FOR THIS MATTER | | | $52,594.43 |

RECAP BY TIMEKEEPER

| | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| MDD | DeBaecke, Michael D. | 21.00 hrs | 730 /hr | $15,330.00 |
| KMJ | Jones, Kristy M | 7.60 hrs | 335 /hr | $2,546.00 |
| | | | TOTAL | $17,876.00 |

RECAP BY TASK

| Code | Task | Hours | Amount |
|---|---|---|---|
| 07 | Case Administration | 3.80 hours | $1,510.00 |
| 11 | Employment and Fee Apps | 9.00 hours | $4,832.00 |
| 23 | Investigation | 15.80 hours | $11,534.00 |

Bill number    CLEARY 85321                                                        PAGE    6

RECAP BY EXPENSE CODE

| | | | |
|---|---|---:|---:|
| PC  | Photocopies                      | 49.00  | $4.90 |
| PI  | Parcels Inc. - Delivery Servi    | 177.91 | $177.91 |
| POS | Postage                          | 7.17   | $7.17 |