## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Phala Ltd.**

Name of Transferee:

**Benefit Street Partners, L.L.C.**

Name and Address where notices to Transferor should be sent:



Name and Address where notices to Transferee should be sent:

Benefit Street Partners, L.L.C.
9 West 57th Street
Suite 4920
New York, NY 10019
Attention: Jonathan Farnham
Email: j.farnham@benefitstreetpartners.com

| Claim No. / Schedule | Creditor Name | Amount | Debtor |
|---|---|---|---|
| Claim No. 3191 As allowed by order and stipulation [D.I. 22493] | Phala Ltd. | $960,000 (US) | Alameda Research Ltd. |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee / Transferee's Agent

Date: October 16, 2024

**[Execution Version]**

## EVIDENCE OF TRANSFER OF CLAIM

<u>Annex B</u>

TO:               U.S. Bankruptcy Court for the District of Delaware ("<u>Court</u>")

AND TO:      Alameda Research Ltd. ("<u>Debtor</u>")

                     In re FTX Trading Ltd., et al., Case No. 22-11068 (JTD) ("<u>Case</u>")

<u>Claim #:</u>

**Phala Ltd.** ("<u>Seller</u>"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Benefit Street Partners,** on behalf of one or more investment funds, managed accounts, or other entities managed by it and/or its affiliates,

its successors and assigns ("<u>Buyer</u>"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on Debtor's schedules, in the principal amount of $960,000.00 ("<u>Claim</u>"), which represents 100% of the total claim amount of $960,000.00, against Debtor in the Court, or any other court with jurisdiction over Debtor's Case.

Seller hereby waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated September 9, 2024.

 

| **Phala Ltd.** | **Benefit Street Partners, L.L.C.**, on behalf of one or more investment funds, managed accounts, or other entities managed by it and/or its affiliates |
|---|---|

By: _Lin Tong_ _____          By:_____

Name:  Lin Tong                                 Name:

Title:        CEO                                Title:

**EVIDENCE OF TRANSFER OF CLAIM**

<u>Annex B</u>

TO:             U.S. Bankruptcy Court for the District of Delaware ("<u>Court</u>")

AND TO:      Alameda Research Ltd. ("<u>Debtor</u>")

In re FTX Trading Ltd., et al., Case No. 22-11068 (JTD) ("<u>Case</u>")

<u>Claim #:</u>

**Phala Ltd.** ("<u>Seller</u>"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Benefit Street Partners,** on behalf of one or more investment funds, managed accounts, or other entities managed by it and/or its affiliates,

its successors and assigns ("<u>Buyer</u>"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on Debtor's schedules, in the principal amount of $960,000.00 ("<u>Claim</u>"), which represents 100% of the total claim amount of $960,000.00, against Debtor in the Court, or any other court with jurisdiction over Debtor's Case.

Seller hereby waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated September 9, 2024.

**Phala Ltd.**

**Benefit Street Partners, L.L.C.**, on behalf of one or more investment funds, managed accounts, or other entities managed by it and/or its affiliates

**By:**_____

**By:**_____

**Name:**

**Name:**  Michael Frick

**Title:**

**Title:**  Authorized Signer