October 10th, 2024

RECEIVED
2024 OCT 16 AM 10: 48
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

The Honorable Judge John T. Dorsey
824 N Market St
5th Floor, Courtroom 5
Wilmington, DE 19801
302-533-3169

Dear Judge Dorsey,

I am writing on behalf of my father, Vincent Musura. I have contacted you before on my father's behalf and I have power of attorney to represent his interests. My family filed two claims pertaining to a wire that was sent to his FTX.US account via Silvergate Bank but never landed in his FTX.US account. PNC Bank tried to recall the wire and do a trace and they were unsuccessful with both requests. The only information our bank was able to retrieve from Silvergate Bank was a reference to the FTX bankruptcy which we viewed as positive news.

It looks as though the claims have been reviewed. One of my father's claims remains open (71129) and the other is being recommended for closure (5638). This appears accurate as we would not want to be compensated for two claims as a result of not knowing which category to choose, debtor or customer claim. It also looks as though the surviving claim is pending modification to reflect the amount of my father's wire. We can accept the dismissal of one claim if, in fact, my father's wire was reconciled against the court's records which seems to be the case. I am attaching the latest document we have received from Kroll for your reference.

I have also contacted the Department of Financial Crimes and Innovation in the State of California and I have contacted the attorney in possession of Silvergate's records, Mr. Michael Levy. I am requesting their confirmation that my father's funds were forwarded to the bankruptcy court.

Over the last two plus years, I have made multiple attempts to conduct an investigation around where my father's funds are and have come up short at every turn. I am relieved to see that my father's claim has been reviewed and compared to records on file with the court. If my understanding of the situation is inaccurate, I would appreciate a follow up to this letter.

I follow this case closely. It looks as though the court plans to make victims whole. This is extremely encouraging. I want to personally thank you for acting on behalf of my father and other retail investors that were victims of this catastrophic financial crime.

Kind Regards,

Helen McCarty
8200 Tillinghast Lane
Gainesville, VA 20155

**FTX Trading Ltd. 22-11068 (JTD)**
**Forty-Fifth Omnibus Claims Objection**
**Schedule 1 - Overstated and/or Unliquidated Claims**

| Claim Number | Name | Asserted Claims | | | | Modified Claims | |
|---|---|---|---|---|---|---|---|
| | | Debtor | Tickers | | Ticker Quantity | Debtor | Ticker Quantity |
| 71129 | Musura, Vincent | West Realm Shires Services Inc. | USD | | 360,000.000000000000000 | West Realm Shires Services Inc. | 360,004.280837840000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

FTX Trading Ltd. 22-11068 (JTD)
Seventy-First Omnibus Claims Objection
Schedule 1 - Superseded Claims

| Claim Number | Name | Claims to be Disallowed Debtor | Ticker | Ticker Quantity | Claim Number | Name | Surviving Claim Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|---|---|---|---|---|
| 5636 | Misura, Vincent | FTX US Trading, Inc. | USD | 360,000.00000000000000 | 11129* | Misura, Vincent | West Realm Shires Services Inc. | USD | 360,000.00000000000000 |

*Surviving Claim is pending modification on the Debtors' Forty-Fifth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)

10/28/2022 - Original MID: 22ASF1527RJV9XKR ( $360,000.00 USD ) sent by client. Tracking number 20221028MMQFMPNB007477

11/15/2022 – Wire PCS was assigned SR 1-24321952509 requesting to recall the wire per clients request.

Case Description:

Customer requests a recall, please recall the wire.

Reason for Dispute: CUSTOMER REQUEST RECALL

Transaction Date: 10/28/2022
Transaction Amount Debited (US Currency):    360000.00
Dispute initiated by: VINCENT MUSURA
Wire Reference Number(MID): W22ASF1527RJV9XKR

FTX.US INSTRUCTED CLIENT TO RECALL WIRE. 11/10/22 AFTER CLIENT INQUIERED ABOUT WHY THE FUNDS HAVE NOT SETTLED IN THE CLIENTS ACCOUNT WITH THE OTHER INSTUTION. GIVE THE RECENT NEWS CLIENT WOULD LIKE THIER FUNDS RETURN

11/21/2022 – Recall request was processed under 20221121MMQFMPNB011406

11/21/2022 – Response was received from SILVERGATE LAJOLLA under 22BLN0457CE23RGQ

RE IMAD 20221028MMQFMPNB007477; USD 360,000;REF 1-24321952509; UNABLE TO PROCESS DUE TO CLIENT BANKRUPTCY FILING. RGDS,SILVERGATE

