UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   Chapter 11
                                                                 :
In re:                                                           :   Case No.:  22-11068 (JTD)
                                                                 :   (Jointly Administered)
FTX TRADING LTD., et al.,¹                                       :
                                                                 :   Hearing Date:  November 20, 2024 at 2:00 p.m. (ET)
                  Debtors.                                       :   Obj. Deadline:  October 31, 2024 at 4:00 p.m. (ET)
                                                                 :
                                                                 :   Re:  DI 7789 & 8191
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### ORDER GRANTING MOTION OF NEXXUS PARTICIPATION VEHICLE III LLC TO (I) STRIKE  NOTICE OF TRANSFER OF CLAIM [ECF NO. 7789] TO FTXCREDITOR, LLC, AND (II) REQUIRE THE DEBTORS' CLAIMS AND NOTICING AGENT TO RECOGNIZE AND RECORD TRANSFER OF CLAIM [ECF NO. 8191] TO NEXXUS

Upon the motion (the "Motion")² of Nexxus Participation Vehicle III LLC ("Nexxus") to (I) strike the notice of *Transfer of Claim Other than for Security* (the "FTXCreditor Notice of Transfer") [ECF No. 7789] filed by FTXCreditor, LLC ("FTXCreditor") to provide notice of a purported transfer of the claim identified as Scheduled ID No. 221106805309735 (the "Claim") from the customer who was assigned customer code number 04196273 (the "Seller") to FTXCreditor; and (II) require Kroll Restructuring Administration LLC ("Kroll"), the Claims and Noticing Agent for FTX Trading Ltd. ("FTX") and its affiliated debtor entities (collectively, the "Debtors"), to recognize and record the transfer of the Claim to Nexxus pursuant to the notice of the *Transfer of Claim Other than for Security* (the "Nexxus Notice of Transfer") [ECF No. 8191]; and upon the filing of the certificate of service with respect to the Motion [ECF No.     ]; and no

---

¹ The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

² Capitalized terms used but not defined herein have the meanings given to such terms in the Motion.

{00039985. }

objection to the Motion having been filed or received; and after due deliberation and sufficient cause appearing therefor, it is HERBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The FTXCreditor Notice of Transfer is hereby stricken from the docket of the Debtors' chapter 11 cases.

3. Kroll is hereby authorized and directed to recognize and record the transfer of the Claim to Nexxus pursuant to the Nexxus Notice of Transfer, and substitute Nexxus as the sole holder of the Claim on the Bankruptcy Claims Register.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.