**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x   Chapter 11

In re:  Case No.: 22-11068 (JTD)
 (Jointly Administered)

FTX TRADING LTD., *et al.*,[1]

          Debtors.

Hearing Date: November 20, 2024 at 2:00 p.m. (ET)
Obj. Deadline: October 31, 2024 at 4:00 p.m. (ET)

Re: DI 7789 & 8191

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF HEARING

      **PLEASE TAKE NOTICE** that, on October 17, 2024, Nexxus Participation Vehicle III LLC in the above-captioned bankruptcy case filed the *Motion of Nexxus Participation Vehicle III LLC to (i) Strike Notice of Transfer of Claim [ECF No. 7789] to FTXCreditor, LLC, and (ii) Require the Debtors' Claims and Noticing Agent to Recognize and Record Transfer of Claim [ECF No. 8191] to Nexxus* (the "Motion").

      **PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion are required to be filed on or before **October 31, 2024 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the undersigned counsel so as to be received on or before the Objection Deadline.

      **PLEASE TAKE FURTHER NOTICE** that, if an objection or response is timely filed, served and received, and such objection or response is not otherwise timely resolved, a hearing with respect to the Motion will be held before the Honorable John T. Dorsey, United States Bankruptcy Judge, 824 N. Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801 on **November 20, 2024 at 2:00 p.m.(ET)**.

      **PLEASE TAKE FURTHER NOTICE THAT IF YOU DO NOT PROPERLY FILE AND SERVE AN OBJECTION OR OTHER RESPONSE TO THE MOTION BY THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

[*Signature follows on next page*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{00039971. }

Dated: October 17, 2024
      Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**
*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE #3995)
824 Market Street, Suite 810
Wilmington, DE 19801
rosner@teamrosner.com
302-777-1111

and

**RUBIN LLC**
Paul A. Rubin, Esq.
11 Broadway, Suite 715
New York, NY 10004
Telephone: (212) 390-8054
Facsimile: (212) 390-8064
prubin@rubinlawllc.com

*Counsel for Nexxus Participation Vehicle III LLC*

{00039971. }