

2024 OCT 17 PM 1:28

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |
| | Hearing Date: November 20, 2024 at 2:00 p.m. (ET)<br>Objection Deadline: November 11, 2024 at 4:00 p.m. (ET) |

## CLAIMANT RESPONS TO

## DEBTORS' ONE HUNDRED NINETEENTH (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN NO LIABILITY PROOFS OF CLAIM (CUSTOMER CLAIMS)

Gregory Declercq
Lange Leemstraat 280
2018 Antwerp, Belgium

26 September 2024

Office of the Clerk of the United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

To Whom It May Concern,

On September 26th, 2024, I was informed FTX trading Ltd and its affiliated debtors and debtors-in-possession have filed an omnibus objection to certain no liability proofs of claim.

This omnibus objection includes an objection against my claim on the grounds of:

*"The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

*information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant."*

This letter serves to contest the Debtors' determination of the no liability claim.

My contestation concerns the following claim:

Claimant:           Gregory Declercq
Claim number:       56648
Amount claimed:     56,522.20 US$
Description:
*"A fiat withdrawal made on November 8th 2023 was confirmed (by FTX) but was never paid, presumably because FTX halted all payments later that day.*
*This fiat amount was however deducted from my account balance and therefore does not show up anymore in the account balance at 11th November 2023. I therefore claim payment of outstanding balance on November 11th taking into account this unpaid fiat withdrawal."*

In the supporting document, already included with the proof of claim filed, I included a
- screenshot of my FTX account showing confirmation the fiat withdrawal was completed
- corresponding EUR/US$ exchange rate at the time of withdrawal
- email from FTX confirming the fiat withdrawal request had been processed
- screenshot of my account balance at date of petition (November 11, 2023)

In the supporting document I also described how the bank transfer, done on November 8th, 2023, was confirmed by FTX both on my FTX account and by mail on the same day, but the money was never deposited to my bank account.

From my supporting documents and a "robust review of the (FTX) books and records" (eg FTX bank account statements) it should be beyond any doubt, that no deposit to my bank account was made by FTX on November 8th, the day of the withdrawal request, or any subsequent day until bankruptcy was declared on November 11th, 2023.

In further support of my claim, I attach to this letter:
- a screen shot of my FTX account dated November 9th, 2023, showing a bank transfer of 57.403,11 EUR as being completed
- a download of my banc account statements from November 6th, 2023, to November 23rd, 2023, showing no deposit was made by FTX
- overview of banking transactions of my account for period November 6th, 2023, to November 23rd, 2023

My banc account details have been submitted to FTX at the time my account was created.

Argenta Spaarbank



In conclusion, based on the evidence already submitted and supported by additional documentation attached to this letter, I contest the Debtor's determination of the no liability claim and maintain my claim against FTX as previously submitted.

Communication to the Claimant is to be directed to:

Gregory Declercq
Lange Leemstraat 280, 2018 Antwerp, Belgium
Mobile : +32 (0)473 49 95 85
Email: gregorypdeclercq@outlook.com

Yours sincerely,

Gregory Declercq

Enclosure

Screenshot FTX account withdrawals (1 page)

Bank account statements (2 pages)

Overview banking transactions (1 page)





| Rekening | Boekdatum | Valutadatum | Referentie | Beschrijving | Bedrag | Munt | Verrichtingsdatum | Rekening tegenpartij | Naam tegenpartij | Mededeling |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Opname Bancontact | -80.00 | EUR | 23-11-2023 | | ARGENTAA2010128 ANTWERPEN | |
| | | | | eCommerce betaalkaart | -200.00 | EUR | 21-11-2023 | | Bitvavo BV Amsterdam | |
| | | | | Uitgaande instantoverschrijving | -200.00 | EUR | 21-11-2023 | | MICK DECLERCQ | |
| | | | | SEPA-domiciliëring | -1,161.48 | EUR | 21-11-2023 | | PayPal Europe S.a.r.l. et Cie S.C.A | |
| | | | | Inkomende overschrijving | 200.00 | EUR | 16-11-2023 | | ANTONIS MARIANNE | |
| | | | | Betaling Bancontact | -37.22 | EUR | 15-11-2023 | | TOTAL NB002100 ANTWERP ANTWERPEN | |
| | | | | Inkomende overschrijving | 1,150.01 | EUR | 15-11-2023 | | DAS RECHTSBIJSTAND NV | |
| | | | | Uitgaande instantoverschrijving | -5.32 | EUR | 13-11-2023 | | Proximus | |
| | | | | Debet ten voordele van BCC | -1,072.47 | EUR | 13-11-2023 | | MASTERCARD 308 | |
| | | | | eCommerce betaalkaart | -2.49 | EUR | 11-11-2023 | | Marktplaats B.V. AMSTERDAM | |
| | | | | eCommerce betaalkaart | -270.00 | EUR | 09-11-2023 | | Apprentus LONDON | |
| | | | | SEPA-domiciliëring | -940.80 | EUR | 06-11-2023 | | AXA BANK BELGIUM | |
| | | | | Uitgaande instantoverschrijving | -13.00 | EUR | 05-11-2023 | | PCHQ BE BB | |
| | | | | Uitgaande overschrijving | -1,500.00 | EUR | 06-11-2023 | | SVEN DECLERCQ | |
| | | | | Betaling Bancontact | -340.00 | EUR | 04-11-2023 | | AS ADVENTURE SCHOTEN SCHOTEN | |





2018
02.10.24-15

ANTWERPEN BELGIELEI
ANTWERPEN BELGIELEI



lerk of the United States Bankruptcy Court
r of Delaware

treet, 3rd Floor

elaware 19801

s of America





RF 131 396 598 BE