If you need more data, pls contact me by Email. I don't live in USA.
Thank You.
Email: jings2005@gmail.com

2024 OCT 17 PM 1:36

22-11068 JTD

# EXHIBIT 1

I received the documents related to Omni81, and the details about USDC are completely inaccurate. When the issue occurred, I attempted to transfer the funds, but the system was already down. The 5320 USDC was never successfully transferred out. The following data are captured from FTX.com. You still can download the data from it. The last record was not completed. It doesn't make sense to cancel my request.

| Date | Currency | Amount | Address | Status | Tx Hash | |
|---|---|---|---|---|---|---|
| 2022-11-09T11:44:07.055419+00:00 | USDC | 5320 | 0xa2f55024fF70d9F2b60966F46Aa98C17d034B726 | requested | | 1 |
| 2022-09-29T10:30:36.112900+00:00 | USDC | 15001 | 0xa2f55024fF70d9F2b60966F46Aa98C17d034B726 | complete | 0xc1d2b22d2d59d0976c121008cbf6c3c0e04f3666945a24cc65767f2c7351c3c8 | 0.5 |
| 2022-07-02T03:37:56.256921+00:00 | USD | 1000 | | complete | Transfer from main account to ? | ? |
| 2022-06-23T05:17:12.015345+00:00 | USD | 2000 | | complete | Transfer from main account to ? | ? |
| 2022-06-15T11:07:51.156602+00:00 | USD | 1000 | | complete | Transfer from main account to ? | ? |
| 2022-06-14T13:49:51.288941+00:00 | USD | 1000 | | complete | Transfer from main account to ? | ? |



元) $6,805.70

**FTX Trading Ltd. 22-11068 (JTD)**
**Eighty-First Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| Asserted Claims | | | | | | Modified Claims | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | | Ticker Quantity | Debtor | Ticker Quantity |
| 37616 | CHEN, CHINTZU | FTX Trading Ltd. | ETH-PERP | | 4.666000000000000 | FTX Trading Ltd. | 4.666000000000000 |
| | | | USD | | 1,098.017038522815500 | | 1,098.017038522815500 |
| | | | USDC | | 5,320.000000000000000 | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

my Email: jingsz005@gmail.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: October 22, 2024 at 1:00 P.M. ET |
| | Objection Deadline: October 14, 2024 at 4:00 P.M. ET |
| | Ref. No. 23942 |

### NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

**YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 OF EXHIBIT A ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**

**UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

**PLEASE TAKE NOTICE** that on August 28, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Eighty-First (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)* (the "Omnibus Objection") [D.I. 23942].[2] Attached hereto as **Exhibit 1** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index. The Omnibus Objection can be found at docket number 23942.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 14, 2024 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **October 22, 2024 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, Chief United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 28, 2024
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# EMS 國際快捷郵件
## EXPRESS MAIL SERVICE

98-00-15-25



07.10.24-11
台北龍
甲1
TAIWAN, R.O.C.

REPUBLIC OF CHINA
POSTAGE 100072-011
≡850.00
SN341183  86557015
EE832830669TW

---

中華民國郵政
POSTAL ADMINISTRATION
REPUBLIC OF CHINA
國際快捷郵件
EXPRESS MAIL SERVICE

*EE832830669TW*

郵件編號 Serial No. EE832830669TW

**Contract No. 合約編號** _____

寄件人姓名地址 Sender's name & address

CHEN ChinTzu
4F, lane 153, Limbo West St,
Taipei city, Taiwan R.O.C.

電話 Tel.: 886919730749

**To: 收件人姓名地址 Addressee's name & address**

824 North Market Street, 3F
Wilmington, Delaware 19801
Name: Adam G. Landis
國名 Country: USA
郵遞區號 Postal Code: _____
電話 Tel.: (302) 467-4400

Office of Origin 原寄郵局: TP72

Date mailed 交寄日期(西曆): 2.24 年(Y) 10 月(M) 7 日(D)

Postage 郵資
營業郵資券 850 元NT$
自備郵資券 _____ 元NT$
自備郵票 _____ 元NT$

Value 價值 NT$
Weight 重量 kg 0.07
Dimensions in CM 尺寸(公分)
Length × Width × Height: 30 × 21 × 1    1.05 kg

Insurance ☐ Yes ☐ No  保價
Amount Insured NT$ _____ 保價金額
郵局經辦員簽章: _____
Date/Time of delivery
Signature of recipient

PROOF OF DELIVERY 投遞證明聯(第一聯)
CUSTOMS DECLARATION 報關單聯 (第四聯)

一式五份請用力書寫  綠紅

M00  200703A057-032_1P 109.08.20 13:30 K藍籤

請參閱反面注意事項 SEE REVERSE FOR INSTRUCTION    98-00-15-22    109.08 永豐紙業

中華郵政股份有限