**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FTX TRADING LTD., *et al.*, | ) ) ) | Case No. 22-11068 (JTD) (Jointly Administered) |
| Debtors. | ) | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee
Jackson Garg

Name of Transferor:
■■■■■■■■■■

Name and Address where notices and payments to transferee should be sent:

■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■

Address of Transferor:

Address on file with Debtors

| Claim Information | Customer Code | Amount | Debtor |
|---|---|---|---|
| Confirmation ID: ■■■■■■■■■■■■■■ ■■■■■■ Schedule Number: ■■■■■■■■■■ | Schedule F-1 ■■■■■■ | 100% of Transferor's Claim as described on the Customer Claim Form | FTX Trading Ltd. Case No. 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Jackson Garg*      Date: 10/17/2024
        DocuSigned by: E467733321BF493...
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Local Form 138

## EVIDENCE OF TRANSFER

TO: Clerk, United States Bankruptcy Court District of Delaware, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, ▮ ("Transferor"), hereby unconditionally and irrevocably transfers and assigns to Jackson Garg ("Transferee") all right, title and interest in and to the claim(s) identified below, against FTX Trading Ltd.

| Claim Information | Customer Code | Amount | Debtor |
|---|---|---|---|
| Confirmation ID: ▮<br><br>Schedule Number: ▮ | Schedule F-1<br><br>▮ | 100% of Transferor's Claim as described on the Customer Claim Form | FTX Trading Ltd. Case No. 22-11068 |

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Transferee as the valid owner of the claim.

You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Transferee.

Date: 10/17/2024

Transferee:

*Jackson Garg*
— DocuSigned by —
Jackson Garg

Transferor: ▮

Local Form 138