**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: Nov. 7, 2024 at 4:00 p.m. (ET)** |

**SUMMARY OF MONTHLY FEE APPLICATION OF KROLL
RESTRUCTURING ADMINISTRATION LLC, ADMINISTRATIVE
ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM SEPTEMBER 1, 2024 THROUGH SEPTEMBER 30, 2024**

| | |
|---|---|
| Name of Applicant: | Kroll Restructuring Administration LLC (“**Kroll**”) |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | January 20, 2023, *nunc pro tunc* to November 11, 2022 |
| Period for which compensation and reimbursement is sought: | September 1, 2024 through September 30, 2024 (the “**Fee Period**”) |
| Amount of compensation sought as actual, reasonable and necessary: | $111,351.68 (of which Kroll seeks payment of 80% or $89,081.34) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| **Total amount to be paid at this time:** | **$89,081.34** |

This is a:   __X___ monthly _____ final application.

---

1   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

The total time expended for the preparation of Kroll's monthly fee application is approximately 3 hours. The corresponding compensation is not included herein but will be requested in a future application.

### Prior Interim Application

| Date Filed; ECF No. | Period Covered | Requested | | Paid or To Be Paid | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 3/15/24; ECF No. 9432 | 12/1/22 – 1/31/24 | $30,215.00 | $0.00 | $28,093.01[2] | $0.00 |
| 6/14/24; ECF No. 17640 | 2/1/24 – 4/30/24 | $35,363.68 | $0.00 | $33,782.23[3] | $0.00 |
| 9/13/24; ECF No. 24722 | 5/1/24 – 7/31/24 | $282,697.36 | $0.00 | TBD[4] | $0.00 |

### Prior Monthly Applications

| Date Filed; ECF No. | Period Covered | Requested | | Paid or To Be Paid | | Holdback |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 12/20/23; ECF No. 4929 | 12/1/22 – 11/30/23 | $8,980.40 | $0.00 | $8,980.40 | $0.00 | N/A |
| 1/16/24; ECF No. 5717 | 12/1/23 – 12/31/23 | $7,478.00 | $0.00 | $7,478.00 | $0.00 | N/A |
| 2/15/24; ECF No. 7487 | 1/1/24 – 1/31/24 | $13,756.60 | $0.00 | $11,634.61 | $0.00 | N/A |
| 3/20/24; ECF No. 9795 | 2/1/24 – 2/29/24 | $12,677.28 | $0.00 | $12,677.28 | $0.00 | N/A |
| 4/16/24; ECF No. 11963 | 3/1/24 – 3/31/24 | $6,566.56 | $0.00 | $6,566.56 | $0.00 | N/A |
| 5/15/24; ECF No. 14909 | 4/1/24 – 4/30/24 | $16,119.84 | $0.00 | $16,119.84 | $0.00 | N/A |

---

[2]    Kroll agreed to reduce its fees during the first interim fee period by $2,121.99 following discussions with the Fee Examiner.

[3]    Kroll agreed to reduce its fees during the second interim fee period by $1,581.45 following discussions with the Fee Examiner.

[4]    The objection deadline with respect to Kroll's third interim fee application was October 3, 2024, and a hearing thereon is scheduled to be held on December 12, 2024. To date, no formal or informal objections or responses have been filed or received.

| 6/17/24; ECF No. 17801 | 5/1/24 – 5/31/24 | $18,642.80 (payment of 80% or $14,914.24) | $0.00 | $14,914.24 (80% of $18,642.80) | $0.00 | $3,728.56 |
| 7/17/24; ECF No. 20741 | 6/1/24 – 6/30/24 | $55,512.60 (payment of 80% or $44,410.08) | $0.00 | $44,410.08 (80% of $55,512.60) | $0.00 | $11,102.52 |
| 8/16/24; ECF No. 23149 | 7/1/24 – 7/31/24 | $208,541.96 (payment of 80% or $166,833.57) | $0.00 | $166,833.57 (80% of $208,541.96) | $0.00 | $41,708.39 |
| 9/19/24; ECF No. 25229 | 8/1/24 – 8/31/24 | $176,919.60 (payment of 80% or $141,535.68) | $0.00 | $141,535.68 (80% of $176,919.60) | $0.00 | $35,383.92 |

**<u>Summary of Hours Billed by Kroll Employees During the Fee Period</u>**

| Kroll Employee | Position of the Applicant | Total Hours | Hourly Rate | Total Fees Requested |
|---|---|---|---|---|
| Adler, Adam M | Managing Director | 0.20 | $269.50 | $53.90 |
| Brunswick, Gabriel | Managing Director | 1.80 | $269.50 | $485.10 |
| Daloia, James | Director | 10.20 | $269.50 | $2,748.90 |
| Johnson, Craig | Director of Solicitation | 15.90 | $269.50 | $4,285.05 |
| Kesler, Stanislav | Director of Solicitation | 0.30 | $269.50 | $80.85 |
| Orchowski, Alex T | Director of Solicitation | 91.60 | $269.50 | $24,686.20 |
| Al-Sallaj, Sada | Solicitation Consultant | 3.10 | $242.00 | $750.20 |
| Brown, Mark M | Solicitation Consultant | 7.90 | $242.00 | $1,911.80 |
| Cheney, Edward | Solicitation Consultant | 158.30 | $242.00 | $38,308.60 |
| Crowell, Messiah L | Solicitation Consultant | 36.90 | $242.00 | $8,929.80 |
| Gache, Jean | Solicitation Consultant | 5.30 | $242.00 | $1,282.60 |
| Lewenson, Justin | Solicitation Consultant | 22.80 | $242.00 | $5,517.60 |
| Liu, Calvin L | Solicitation Consultant | 1.00 | $242.00 | $242.00 |
| Steinberg, Zachary | Solicitation Consultant | 0.50 | $242.00 | $121.00 |
| Taatjes, Hayden S | Solicitation Consultant | 200.60 | $242.00 | $48,545.20 |
| Khan, Areej | Senior Consultant | 0.20 | $214.50 | $42.90 |
| Scully, Nickesha | Senior Consultant | 1.00 | $214.50 | $214.50 |
| Cintron, Jonathan | Consultant | 0.30 | $198.00 | $59.40 |
| Hernandez, Javier | Consultant | 0.60 | $198.00 | $118.80 |
| Pagan, Chanel C | Consultant | 2.20 | $198.00 | $435.60 |
| Gogde, Mansi | Consultant | 0.60 | $176.00 | $105.60 |
| Jain, Shikhar | Consultant | 0.30 | $176.00 | $52.80 |
| Kar, Monika | Consultant | 0.50 | $176.00 | $88.00 |
| Velandy, Theertha | Consultant | 0.70 | $176.00 | $123.20 |
| | **Total:** | **562.80** | | **$139,189.60**[5] |
| | **Blended Rate** | | **$247.32** | |

---

[5]  This amount has been discounted to $111,351.68 in accordance with the terms of Kroll's retention.  Taking into account this discount, the blended hourly rate is $197.85.

**Summary of Fees Billed by Subject Matter During the Fee Period**

| Matter Description | Total Hours | Total Fees Requested |
|---|---|---|
| Ballots | 69.90 | $16,680.40 |
| Call Center / Credit Inquiry | 213.50 | $52,294.00 |
| Retention / Fee Application | 2.40 | $582.45 |
| Solicitation | 277.00 | $69,632.75 |
| | **562.80** | **$139,189.60[6]** |

**Summary of Expenses Incurred During the Fee Period**

| Description | Total Expenses Requested |
|---|---|
| N/A | $0.00 |
| **Total:** | **$0.00** |

*[Remainder of the page intentionally left blank]*

---

[6]   This amount has been discounted to $111,351.68 in accordance with the terms of Kroll's retention.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: Nov. 7, 2024 at 4:00 p.m. (ET)** |

## MONTHLY FEE APPLICATION OF KROLL RESTRUCTURING ADMINISTRATION LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 1, 2024 THROUGH SEPTEMBER 30, 2024

Kroll Restructuring Administration LLC ("**Kroll**"), administrative advisor to FTX Trading Ltd. and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), files this monthly fee application (this "**Application**"), pursuant to sections 330 and 331 of title 11 of the United States Code (the *"Bankruptcy Code"*), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (as may be amended, modified, or supplemented, the "**Local Bankruptcy Rules**") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 435] (the "**Interim Compensation Order**"), for payment of compensation for professional services rendered to the Debtors and for reimbursement of actual and necessary expenses incurred in connection with such services for the period from September 1, 2024 through September 30, 2024 (the "**Fee Period**"). In support of this Application, Kroll respectfully represents as follows:

---

1    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**Preliminary Statement**

1.      Pursuant to this Application, Kroll seeks allowance and approval of aggregate fees in the amount of $111,351.68 (of which Kroll seeks payment of 80% or $89,081.34) and reimbursement of expenses in the amount of $0.00.

2.      On January 20, 2023, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order Authorizing Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date* [Docket No. 544], which authorized the Debtors to retain Kroll as administrative advisor in these chapter 11 cases effective as of the Petition Date (as defined below).  In addition, pursuant to the Interim Compensation Order, the Court authorized Kroll to file this Application for monthly compensation and authorized the Debtors to compensate Kroll in accordance with the procedures set forth therein, sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and such other procedures as may be fixed by order of the Court.

3.      Pursuant to the Interim Compensation Order, upon the expiration of the Objection Deadline (as defined in the Interim Compensation Order), the Debtors are authorized and directed to pay Kroll an amount equal to the lesser of: (a) 80% of the fees and 100% of the expenses requested in this Application; or (b) 80% of the fees and 100% of the expenses requested in this Application that are not subject to an Objection (as defined in the Interim Compensation Order).

**Jurisdiction**

4.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

5.      Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2

6.      The statutory bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-2.

## Background

7.      On November 11 and November 14, 2022 (as applicable, the "**Petition Date**"), the Debtors filed with the Court voluntary petitions for relief under the Bankruptcy Code.  The Debtors continue to operate their businesses and manage their properties as debtors-in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Joint administration of the Debtors' cases was authorized by the Court by entry of an order on November 22, 2022 [Docket No. 128]. On December 15, 2022, the U.S Trustee appointed an Official Committee of Unsecured Creditors pursuant to section 1102 of the Bankruptcy Code [Docket No. 231].

## Relief Requested

8.      By this Application, Kroll requests (a) allowance and approval of aggregate fees in the amount of $111,351.68 (of which Kroll seeks payment of 80% or $89,081.34) on account of reasonable and necessary professional services rendered to the Debtors by Kroll, and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00.

## Compliance with the Interim Compensation Order

9.      Kroll has prepared this Application in accordance with the procedures set forth in the Interim Compensation Order.  During the Fee Period, Kroll professionals billed a total of 562.80 hours for which compensation is requested.  Kroll's hourly rates are set at a level designed to fairly compensate Kroll for the work of its professionals and to cover routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

10.     Further, **Exhibit A** hereto: (a) identifies each individual that rendered services by subject matter; (b) describes each activity or service that such individual performed; (c) states the number of hours (in increments of tenths of an hour) spent by such individual providing the services; and (d) as applicable, lists the amount and type of expenses incurred.

### Summary of Professional Services Rendered

11.     The professional services that Kroll rendered during the Fee Period are grouped by subject matter and summarized as follows:

- Ballots

Fees:  $16,680.40; Hours:  69.90

Ballots services provided included processing incoming late ballots, including receiving, reviewing and analyzing incoming ballots for timeliness and validity, inputting ballots into the voting database and auditing same, and providing technical support for processing of electronically filed ballots.

- Call Center / Credit Inquiry

Fees: $52,294.00; Hours:  213.50

Call Center / Credit Inquiry services provided included: (a) conferring and coordinating among the Kroll case team regarding responses to solicitation related inquiries, including with respect to certain ballot elections and the procedures for revoking such elections; (b) responding to creditor inquiries related to plan solicitation, including related to voting, plan elections, and late received ballots; and (c) performing quality assurance review of responses to inquires related to solicitation.

- Retention / Fee Application

Fees:  $582.45; Hours: 2.40

Retention / Fee Application services provided included drafting, reviewing and filing Kroll's monthly fee application filed at Docket No. 25229 and third interim fee application filed at Docket No. 24722.

- Solicitation

Fees:  $69,632.75; Hours:  277.00

Solicitation services provided included: (a) conferring and coordinating among the Kroll case team, the Debtors' financial advisor, and Debtors' counsel regarding solicitation of the Debtors' plan, including ballot elections and late received ballots; (b) responding to inquiries from Debtors' counsel and other case professionals regarding solicitation of the Debtors' plan; (c) tracking late received ballots and revoked ballot elections, and preparing reports regarding same for circulation to the Debtors' professionals; (d) preparing preliminary voting reports for circulation to the Debtors' professionals and performing quality assurance reviews of same; and (e) preparing and finalizing the vote declaration and performing quality assurance reviews of same.

### Summary of Expenses Incurred

12.    Kroll is not currently aware of any actual and necessary expenses incurred during the Fee Period in rendering the services described herein.

### Representations and Reservation of Rights

13.    The undersigned has reviewed the requirements of Local Bankruptcy Rule 2016-2 and hereby attests that this Application conforms to such requirements.

14.    Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Application due to delays

caused by accounting and processing during the Fee Period. Kroll reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Interim Compensation Order.

### Notice

15.     Kroll has provided notice of this Application to all parties required to receive such notice under the Interim Compensation Order. In light of the nature of the relief requested herein, Kroll respectfully submits that no further notice is necessary.

### Conclusion

**WHEREFORE**, pursuant to the Interim Compensation Order, Kroll requests: (a) allowance and approval of aggregate fees in the amount of $111,351.68 (of which Kroll seeks payment of 80% or $89,081.34) on account of reasonable and necessary professional services rendered to the Debtors by Kroll, and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00.

Dated:  October 18, 2024
        New York, New York

/s/ Adam M. Adler
Adam M. Adler
Gabriel Brunswick
Kroll Restructuring Administration LLC
1 World Trade Center, 31st Floor
New York, NY 10007
Phone: (212) 257-5450
adam.adler@kroll.com
gabriel.brunswick@kroll.com

*Administrative Advisor to the Debtors*

## **VERIFICATION**

STATE OF NEW YORK      )
                               )    SS:
COUNTY OF NEW YORK   )

I, Adam M. Adler, after being duly sworn according to law, depose and say:

1.      I am a Managing Director of Kroll Restructuring Administration LLC ("**Kroll**").

2.      I am generally familiar with the work performed on behalf of the Debtors by Kroll professionals.

3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

4.      I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, the foregoing Application complies with such Local Rule.

_____
    Adam. M. Adler

SWORN TO AND SUBSCRIBED before me this 18th day of October, 2024.

_/s/ GABRIEL BRUNSWICK_____
Notary Public, State of New York
No. 02BR6323242
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Apr. 20, 2027

**<u>Exhibit A</u>**

**Fee Detail**



**Hourly Fees by Employee through September  2024**

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| MGOG | Gogde, Mansi | CO - Consultant | 0.60 | $176.00 | $105.60 |
| SHJ | Jain, Shikhar | CO - Consultant | 0.30 | $176.00 | $52.80 |
| MKA | Kar, Monika | CO - Consultant | 0.50 | $176.00 | $88.00 |
| TVE | Velandy, Theertha | CO - Consultant | 0.70 | $176.00 | $123.20 |
| JCJC | Cintron, Jonathan | CO - Consultant | 0.30 | $198.00 | $59.40 |
| JAH | Hernandez, Javier | CO - Consultant | 0.60 | $198.00 | $118.80 |
| CCP | Pagan, Chanel C | CO - Consultant | 2.20 | $198.00 | $435.60 |
| ARKH | Khan, Areej | SC  - Senior Consultant | 0.20 | $214.50 | $42.90 |
| NS | Scully, Nickesha | SC  - Senior Consultant | 1.00 | $214.50 | $214.50 |
| SASA | Al-Sallaj, Sada | SA  - Solicitation Consultant | 3.10 | $242.00 | $750.20 |
| MMB | Brown, Mark M | SA  - Solicitation Consultant | 7.90 | $242.00 | $1,911.80 |
| ECH | Cheney, Edward | SA  - Solicitation Consultant | 158.30 | $242.00 | $38,308.60 |
| MLC | Crowell, Messiah L | SA  - Solicitation Consultant | 36.90 | $242.00 | $8,929.80 |
| JGA | Gache, Jean | SA  - Solicitation Consultant | 5.30 | $242.00 | $1,282.60 |
| JUL | Lewenson, Justin | SA  - Solicitation Consultant | 22.80 | $242.00 | $5,517.60 |
| CLL | Liu, Calvin L | SA  - Solicitation Consultant | 1.00 | $242.00 | $242.00 |
| ZS | Steinberg, Zachary | SA  - Solicitation Consultant | 0.50 | $242.00 | $121.00 |
| HST | Taatjes, Hayden S | SA  - Solicitation Consultant | 200.60 | $242.00 | $48,545.20 |
| JD | Daloia, James | DI  - Director | 10.20 | $269.50 | $2,748.90 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 15.90 | $269.50 | $4,285.05 |
| STK | Kesler, Stanislav | DS - Director of Solicitation | 0.30 | $269.50 | $80.85 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 91.60 | $269.50 | $24,686.20 |
| AMA | Adler, Adam M | MD - Managing Director | 0.20 | $269.50 | $53.90 |
| GB | Brunswick, Gabriel | MD - Managing Director | 1.80 | $269.50 | $485.10 |
| | | **TOTAL:** | **562.80** | | **$139,189.60** |

FTX Digital Markets Ltd.

Page 2
Invoice #: 25394

**Hourly Fees by Task Code through September  2024**

| Task Code | Task Code Description | Hours | Total |
|---|---|---:|---:|
| BALL | Ballots | 69.90 | $16,680.40 |
| INQR | Call Center / Creditor Inquiry | 213.50 | $52,294.00 |
| RETN | Retention / Fee Application | 2.40 | $582.45 |
| SOLI | Solicitation | 277.00 | $69,632.75 |
| | **TOTAL:** | **562.80** | **$139,189.60** |

FTX Digital Markets Ltd.

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 09/03/24 | ATO | DS | Confer with J. Sielisnki (Alvarez & Marsal) regarding incoming Bahamas elections | Solicitation | 0.30 |
| 09/03/24 | ATO | DS | Review responses to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.40 |
| 09/03/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 2.90 |
| 09/03/24 | ATO | DS | Confer with T. Evangelista (Kroll) regarding creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.40 |
| 09/03/24 | ATO | DS | Conduct quality assurance review of the voting results | Solicitation | 0.80 |
| 09/03/24 | CJ | DS | Conduct quality assurance review of vote tabulation | Solicitation | 0.40 |
| 09/03/24 | CJ | DS | Conduct quality assurance review of Kroll responses to claimant inquiries to ensure compliance with FAQs | Call Center / Creditor Inquiry | 0.80 |
| 09/03/24 | ECH | SA | Confer and coordinate with A. Orchowski and Kroll team regarding solicitation | Solicitation | 0.60 |
| 09/03/24 | ECH | SA | Respond to creditor inquiries re plan solicitation | Solicitation | 3.80 |
| 09/03/24 | HST | SA | Respond to creditor inquiries related to solicitation and revoked elections | Call Center / Creditor Inquiry | 6.50 |
| 09/03/24 | HST | SA | Update tracker re revoked convenience and stipulated claim amount elections | Solicitation | 2.80 |
| 09/03/24 | MMB | SA | Confer with A. Orchowski (Kroll) regarding solicitation | Solicitation | 0.10 |
| 09/03/24 | MMB | SA | Review correspondence with A. Orchowski and H. Taatjes (Kroll) and D. Lewandowski (A&M) regarding solicitation | Solicitation | 0.20 |
| 09/04/24 | ATO | DS | Confer with A. Kranzley (Sullivan & Cromwell) regarding incoming inquiries related to solicitation | Solicitation | 0.80 |
| 09/04/24 | ATO | DS | Confer with C. Johnson and S. Kesler (Kroll) re status of tabulation | Solicitation | 0.10 |
| 09/04/24 | ATO | DS | Confer with E. Cheney (Kroll) to conduct quality assurance review of the voting results | Solicitation | 0.70 |
| 09/04/24 | ATO | DS | Confer with G. Brunswick and C. Johnson (Kroll) regarding incoming inquiries related to solicitation | Solicitation | 0.80 |
| 09/04/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.90 |
| 09/04/24 | CJ | DS | Conduct quality assurance review of tabulation and the reporting the results thereof | Solicitation | 0.50 |
| 09/04/24 | CJ | DS | Confer with A. Orchowski and S. Kesler (Kroll) re status of tabulation | Solicitation | 0.10 |
| 09/04/24 | CJ | DS | Conduct quality assurance review of Kroll responses to claimant inquiries to ensure compliance with FAQs | Call Center / Creditor Inquiry | 0.70 |
| 09/04/24 | CJ | DS | Monitor e-mails from J. Sielinski and D. Lewandowski (A&M) to ensure implementation | Solicitation | 0.60 |

FTX Digital Markets Ltd.

Page 4

Invoice #: 25394

| 09/04/24 | ECH | SA | Confer and coordinate with A. Orchowski and Kroll team regarding solicitation | Solicitation | 0.10 |
|---|---|---|---|---|---|
| 09/04/24 | ECH | SA | Quality assurance review re master ballot submissions | Solicitation | 2.10 |
| 09/04/24 | ECH | SA | Review and analyze ballot submissions | Solicitation | 1.90 |
| 09/04/24 | HST | SA | Respond to creditor inquiries related to solicitation and revoked elections | Call Center / Creditor Inquiry | 6.00 |
| 09/04/24 | HST | SA | Update revoked elections tracker | Solicitation | 2.00 |
| 09/04/24 | MMB | SA | Confer with H. Taatjes (Kroll) regarding solicitation | Solicitation | 0.10 |
| 09/04/24 | STK | DS | Confer with A. Orchowski and C. Johnson (Kroll) re status of tabulation | Solicitation | 0.10 |
| 09/05/24 | ATO | DS | Respond to inquiries from D. Lewandowski (Alvarez & Marsal) related to solicitation | Solicitation | 0.30 |
| 09/05/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 1.40 |
| 09/05/24 | CJ | DS | Conduct quality assurance review of tabulation and reporting the results thereof | Solicitation | 0.70 |
| 09/05/24 | ECH | SA | Respond to creditor inquiries re plan solicitation | Solicitation | 4.60 |
| 09/05/24 | ECH | SA | Review and analyze ballot submissions | Solicitation | 2.50 |
| 09/05/24 | HST | SA | Respond to creditor inquiries related to solicitation and revoked elections | Call Center / Creditor Inquiry | 6.80 |
| 09/05/24 | HST | SA | Update revoked elections tracker | Solicitation | 2.00 |
| 09/05/24 | JUL | SA | Respond to nominee inquiries related to solicitation | Call Center / Creditor Inquiry | 2.80 |
| 09/05/24 | MKA | CO | Input incoming ballot information into voting database | Ballots | 0.50 |
| 09/05/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.80 |
| 09/05/24 | MLC | SA | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 1.50 |
| 09/05/24 | MMB | SA | Review correspondence with A. Orchowski, J. Lewenson, B. Steele, E. Cheney and H. Taatjes (Kroll) and D. Lewandowski and A. Mohammed (A&M) regarding solicitation | Solicitation | 0.30 |
| 09/05/24 | TVE | CO | Input incoming ballot information into voting database | Ballots | 0.40 |
| 09/06/24 | ATO | DS | Confer with C. Johnson and S. Kesler (Kroll) re status of ongoing tabulation | Solicitation | 0.10 |
| 09/06/24 | ATO | DS | Respond to inquiries from D. Lewandowski and J. Sielinski (Alvarez & Marsal) related to solicitation | Solicitation | 4.30 |
| 09/06/24 | ATO | DS | Respond to inquiries from J. Sielinski (Alvarez & Marsal) related to the Bahamas process elections | Solicitation | 0.30 |
| 09/06/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.80 |
| 09/06/24 | ATO | DS | Review responses to inquiries from A. Kranzley and C. Jensen (Sullivan & Cromwell) related to solicitation | Solicitation | 1.10 |
| 09/06/24 | CJ | DS | Conduct quality assurance review Kroll team responses to claimant inquiries | Call Center / Creditor Inquiry | 0.70 |

FTX Digital Markets Ltd.

| 09/06/24 | CJ | DS | Confer with A. Orchowskit and S. Kesler (Kroll) re status of ongoing tabulation | Solicitation | 0.10 |
|---|---|---|---|---|---|
| 09/06/24 | CJ | DS | Conduct quality assurance review of ongoing tabulation | Solicitation | 0.50 |
| 09/06/24 | CJ | DS | Conduct quality assurance review of processed and acknowledged withdrawals from Bahamas election | Solicitation | 0.80 |
| 09/06/24 | ECH | SA | Respond to creditor inquiries re plan solicitation | Solicitation | 2.40 |
| 09/06/24 | ECH | SA | Prepare creditor report re late solicitation materials for circulation to the case professionals | Solicitation | 5.80 |
| 09/06/24 | HST | SA | Respond to creditor inquiries related to solicitation and revoked elections | Call Center / Creditor Inquiry | 5.80 |
| 09/06/24 | HST | SA | Respond to creditor inquiries related to late receipts of solicitation packages | Call Center / Creditor Inquiry | 4.40 |
| 09/06/24 | HST | SA | Update revoked elections tracker and late receipt of solicitation packages tracker | Solicitation | 2.80 |
| 09/06/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 3.20 |
| 09/06/24 | MLC | SA | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 1.10 |
| 09/06/24 | MMB | SA | Review correspondence with A. Orchowski, E. Cheney and H. Taatjes (Kroll) and J. Sielinski and D. Lewandowski (A&M) regarding solicitation | Solicitation | 0.20 |
| 09/06/24 | MMB | SA | Conduct review of creditor correspondence in response to solicitation inquiry from J. Sielinski (Alvarez) | Solicitation | 4.30 |
| 09/06/24 | SASA | SA | Record receipt and timeliness of incoming ballot | Ballots | 1.00 |
| 09/06/24 | STK | DS | Confer with A. Orchowski and C. Johnson (Kroll) re status of ongoing tabulation | Solicitation | 0.10 |
| 09/06/24 | ZS | SA | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 09/07/24 | ATO | DS | Confer with J. Hughes (Kroll) regarding the online ballot portal | Solicitation | 0.20 |
| 09/07/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.20 |
| 09/09/24 | ATO | DS | Update the list of parties who contacted Kroll citing late receipt of a solicitation package | Solicitation | 0.80 |
| 09/09/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 1.40 |
| 09/09/24 | ATO | DS | Respond to inquiries from D. Lewandowski (Alvarez & Marsal) related to solicitation | Solicitation | 0.90 |
| 09/09/24 | ATO | DS | Respond to inquiries from J. Sielinski (Alvarez & Marsal) related to solicitation | Solicitation | 0.70 |
| 09/09/24 | ATO | DS | Review responses to inquiries from C. Jensen (Sullivan & Cromwell) related to the solicitation mailing | Solicitation | 0.90 |
| 09/09/24 | CJ | DS | Conduct quality assurance review of tabulation | Solicitation | 0.60 |
| 09/09/24 | CJ | DS | Review incoming inquiries from voting and electing claimants | Call Center / Creditor Inquiry | 0.60 |
| 09/09/24 | ECH | SA | Respond to creditor inquiries re plan solicitation | Solicitation | 3.40 |
| 09/09/24 | ECH | SA | Prepare creditor report re late solicitation materials for | Solicitation | 3.70 |

FTX Digital Markets Ltd.

| | | | circulation to the case professionals | | |
|---|---|---|---|---|---|
| 09/09/24 | HST | SA | Update revoked ballot election tracker | Solicitation | 3.80 |
| 09/09/24 | HST | SA | Prepare vote declaration | Solicitation | 1.00 |
| 09/09/24 | HST | SA | Respond to creditor inquiries related to revoked ballot elections | Call Center / Creditor Inquiry | 6.00 |
| 09/09/24 | HST | SA | Conduct review of creditor correspondence in response to solicitation inquiry from J. Sielinski (A&M) | Call Center / Creditor Inquiry | 4.50 |
| 09/09/24 | JUL | SA | Respond to nominee inquiries related to solicitation | Call Center / Creditor Inquiry | 2.40 |
| 09/09/24 | MLC | SA | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 1.20 |
| 09/10/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 1.00 |
| 09/10/24 | ATO | DS | Confer with J. Sielinski (Alvarez & Marsal) related to solicitation | Solicitation | 0.80 |
| 09/10/24 | ATO | DS | Respond to inquiries from A. Kranzley (Sullivan & Cromwell) related to solicitation | Solicitation | 0.40 |
| 09/10/24 | ATO | DS | Review responses to inquiries from C. Jensen (Sullivan & Cromwell) related to solicitation | Solicitation | 0.40 |
| 09/10/24 | ATO | DS | Confer with R. Stitt (Kroll) regarding incoming solicitation inquiries | Call Center / Creditor Inquiry | 0.40 |
| 09/10/24 | ATO | DS | Review responses to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.30 |
| 09/10/24 | CJ | DS | Confer with A. Orchowski and S. Kesler (Kroll) re status of voting results and the reporting thereof | Solicitation | 0.10 |
| 09/10/24 | CJ | DS | Conduct quality assurance review of interim voting results | Solicitation | 0.70 |
| 09/10/24 | ECH | SA | Confer and coordinate with A. Orchowski and Kroll team regarding solicitation | Solicitation | 0.60 |
| 09/10/24 | ECH | SA | Coordinate and process incoming electronic ballots | Solicitation | 0.50 |
| 09/10/24 | ECH | SA | Respond to creditor inquiries re plan solicitation | Solicitation | 3.50 |
| 09/10/24 | ECH | SA | Prepare creditor report re late solicitation materials for circulation to the case professionals | Solicitation | 2.40 |
| 09/10/24 | GB | MD | Draft interim fee application | Retention / Fee Application | 0.30 |
| 09/10/24 | HST | SA | Respond to creditor inquiries related to revoked ballot elections | Call Center / Creditor Inquiry | 5.40 |
| 09/10/24 | HST | SA | Review and respond to inquiries from D. Lewandoski (A&M) related to a report of undeliverable emails supplemented via first class mail | Call Center / Creditor Inquiry | 4.20 |
| 09/10/24 | HST | SA | Update revoked ballot elections tracker | Solicitation | 3.50 |
| 09/10/24 | JGA | SA | Prepare vote declaration | Solicitation | 0.40 |
| 09/10/24 | JGA | SA | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 09/10/24 | JUL | SA | Respond to nominee inquiries related to solicitation | Call Center / Creditor Inquiry | 3.30 |

FTX Digital Markets Ltd.

| 09/10/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 3.40 |
|---|---|---|---|---|---|
| 09/10/24 | MLC | SA | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.40 |
| 09/10/24 | MMB | SA | Confer with A. Orchowski (Kroll) regarding solicitation | Solicitation | 0.10 |
| 09/10/24 | MMB | SA | Review correspondence with A. Orchowski, E. Cheney and H. Taatjes (Kroll), A. Kranzley (Sullivan) and S. Coverick, J. Sielinski and D. Lewandowski (Alvarez) regarding solicitation | Solicitation | 0.40 |
| 09/10/24 | STK | DS | Confer with A. Orchowski and C. Johnson (Kroll) re status of voting results and the reporting | Solicitation | 0.10 |
| 09/11/24 | ATO | DS | Respond to inquiries from J. Sielinski (Alvarez & Marsal) related to solicitation | Solicitation | 0.70 |
| 09/11/24 | ATO | DS | Review responses to inquiries from D. Lewandowski (Alvarez & Marsal) related to solicitation | Solicitation | 0.30 |
| 09/11/24 | ATO | DS | Confer with R. Stitt (Kroll) regarding creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.50 |
| 09/11/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 1.00 |
| 09/11/24 | CJ | DS | Conduct quality assurance review of Kroll team responses to creditor inquiries re voting, making elections, and withdrawing elections | Call Center / Creditor Inquiry | 1.10 |
| 09/11/24 | ECH | SA | Confer and coordinate with A. Orchowski and Kroll team regarding solicitation | Solicitation | 0.50 |
| 09/11/24 | ECH | SA | Respond to creditor inquiries re plan solicitation | Solicitation | 2.90 |
| 09/11/24 | ECH | SA | Respond to creditor inquiries re supplemental solicitation mailing | Solicitation | 4.40 |
| 09/11/24 | ECH | SA | Prepare creditor report re late solicitation materials for circulation to the case professionals | Solicitation | 2.40 |
| 09/11/24 | GB | MD | Draft monthly fee application | Retention / Fee Application | 1.00 |
| 09/11/24 | HST | SA | Respond to creditor inquiries related to revoked ballot elections | Call Center / Creditor Inquiry | 5.80 |
| 09/11/24 | HST | SA | Prepare vote declaration | Solicitation | 1.50 |
| 09/11/24 | HST | SA | Update tracker for parties who received late solicitation packages | Solicitation | 2.00 |
| 09/11/24 | HST | SA | Update revoked ballot elections tracker | Solicitation | 3.20 |
| 09/11/24 | JUL | SA | Quality assurance review of incoming ballots | Ballots | 2.30 |
| 09/11/24 | MLC | SA | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.60 |
| 09/11/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.60 |
| 09/11/24 | MMB | SA | Review correspondence with A. Orchowski, R. Stitt and H. Taatjes (Kroll) and J. Sielinski and D. Lewandowski (A&M) regarding solicitation | Solicitation | 0.30 |
| 09/11/24 | MMB | SA | Confer with E. Cheney and A. Orchowski (Kroll) regarding solicitation | Solicitation | 0.10 |
| 09/12/24 | ATO | DS | Confer with E. Cheney (Kroll) regarding the spreadsheet of | Solicitation | 1.20 |

FTX Digital Markets Ltd.

| | | | | | |
|---|---|---|---|---|---|
| | | | parties who contacted Kroll citing late receipt of a solicitation package | | |
| 09/12/24 | ATO | DS | Respond to inquiries from D. Lewandowski (Alvarez & Marsal) related to solicitation | Solicitation | 1.10 |
| 09/12/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.90 |
| 09/12/24 | ECH | SA | Respond to creditor inquiries re plan solicitation | Solicitation | 2.20 |
| 09/12/24 | ECH | SA | Respond to creditor inquiries re supplemental solicitation mailing | Solicitation | 4.80 |
| 09/12/24 | ECH | SA | Prepare creditor report re late solicitation materials for circulation to the case professionals | Solicitation | 1.90 |
| 09/12/24 | HST | SA | Respond to creditor inquiries related to late receipts of solicitation packages | Call Center / Creditor Inquiry | 2.60 |
| 09/12/24 | HST | SA | Review and respond to inquiries from D. Lewandowski (A&M) related to request for report of votes with missing claim and schedule numbers | Call Center / Creditor Inquiry | 3.00 |
| 09/12/24 | HST | SA | Respond to creditor inquiries related to revoked ballot elections | Call Center / Creditor Inquiry | 5.60 |
| 09/12/24 | HST | SA | Update revoked ballot election tracker | Solicitation | 1.80 |
| 09/12/24 | JUL | SA | Respond to nominee inquiries related to solicitation | Call Center / Creditor Inquiry | 1.90 |
| 09/12/24 | SHJ | CO | Input incoming ballot information into voting database | Ballots | 0.30 |
| 09/13/24 | ATO | DS | Confer with J. Sielinski (Alvarez & Marsal) regarding parties contacting Kroll regarding late receipt of solicitation packages | Solicitation | 0.70 |
| 09/13/24 | ATO | DS | Telephone conference with D. Lewandowski (Alvarez & Marsal) related to solicitation and claim transfers | Solicitation | 0.40 |
| 09/13/24 | ATO | DS | Review responses to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.30 |
| 09/13/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 1.30 |
| 09/13/24 | CJ | DS | Conduct quality assurance review of tabulation | Solicitation | 0.50 |
| 09/13/24 | ECH | SA | Respond to creditor inquiries re plan solicitation | Solicitation | 0.60 |
| 09/13/24 | ECH | SA | Respond to creditor inquiries re supplemental solicitation mailing | Solicitation | 2.30 |
| 09/13/24 | ECH | SA | Prepare creditor report re late solicitation materials for circulation to the case professionals | Solicitation | 1.20 |
| 09/13/24 | HST | SA | Respond to creditor inquiries related to late receipt of solicitation packages | Call Center / Creditor Inquiry | 5.80 |
| 09/13/24 | HST | SA | Prepare vote declaration exhibits | Solicitation | 1.80 |
| 09/13/24 | HST | SA | Update tracker of parties who received their solicitation packages late and are entitled to submit their ballot through an extended voting deadline | Solicitation | 2.80 |
| 09/13/24 | JAH | CO | Review and file third interim fee application | Retention / Fee Application | 0.60 |

FTX Digital Markets Ltd.                                                                    Page 9

Invoice #: 25394

| 09/13/24 | JGA | SA | Quality assurance review of incoming ballots | Ballots | 0.30 |
|---|---|---|---|---|---|
| 09/13/24 | JUL | SA | Respond to nominee inquiries related to solicitation | Call Center / Creditor Inquiry | 1.80 |
| 09/13/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 2.60 |
| 09/13/24 | MLC | SA | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 1.20 |
| 09/16/24 | ATO | DS | Telephone conference with D. Lewandowski and J. Sielinski (Alvarez & Marsal) related to solicitation | Solicitation | 0.50 |
| 09/16/24 | ECH | SA | Respond to creditor inquiries re plan solicitation | Solicitation | 3.10 |
| 09/16/24 | ECH | SA | Respond to creditor inquiries re supplemental solicitation mailing | Solicitation | 4.60 |
| 09/16/24 | ECH | SA | Prepare creditor report re late solicitation materials for circulation to the case professionals | Solicitation | 2.00 |
| 09/16/24 | HST | SA | Update tracker re revoked convenience and stipulated claim amount elections | Solicitation | 0.60 |
| 09/16/24 | JUL | SA | Respond to nominee inquiries related to solicitation | Call Center / Creditor Inquiry | 0.50 |
| 09/16/24 | MLC | SA | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.50 |
| 09/16/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 1.20 |
| 09/17/24 | AMA | MD | Review monthly fee application | Retention / Fee Application | 0.20 |
| 09/17/24 | ARKH | SC | Provide technical support for importing solicitation data | Solicitation | 0.20 |
| 09/17/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Solicitation | 1.40 |
| 09/17/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 0.20 |
| 09/17/24 | ECH | SA | Confer and coordinate with A. Orchowski and Kroll team regarding solicitation | Solicitation | 0.20 |
| 09/17/24 | ECH | SA | Respond to creditor inquiries re plan solicitation | Solicitation | 1.50 |
| 09/17/24 | ECH | SA | Respond to creditor inquiries re supplemental solicitation mailing | Solicitation | 2.60 |
| 09/17/24 | ECH | SA | Prepare creditor report re late solicitation materials for circulation to the case professionals | Solicitation | 0.70 |
| 09/17/24 | HST | SA | Prepare vote declaration | Solicitation | 1.60 |
| 09/17/24 | HST | SA | Respond to creditor inquiries related to late receipts of solicitation packages | Call Center / Creditor Inquiry | 8.00 |
| 09/17/24 | MLC | SA | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 1.00 |
| 09/17/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 09/18/24 | ATO | DS | Review responses to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 1.10 |
| 09/18/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Solicitation | 1.50 |
| 09/18/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 0.30 |
| 09/18/24 | CJ | DS | Monitor e-mails from J. Sielinski and D. Lewandowski (A&M) to ensure their comments are addressed | Solicitation | 0.70 |

FTX Digital Markets Ltd.

| 09/18/24 | ECH | SA | Confer and coordinate with A. Orchowski and Kroll team regarding solicitation | Solicitation | 0.30 |
|---|---|---|---|---|---|
| 09/18/24 | ECH | SA | Respond to creditor inquiries re plan solicitation | Solicitation | 1.10 |
| 09/18/24 | ECH | SA | Respond to creditor inquiries re supplemental solicitation mailing | Solicitation | 4.40 |
| 09/18/24 | ECH | SA | Prepare creditor report re late solicitation materials for circulation to the case professionals | Solicitation | 2.40 |
| 09/18/24 | HST | SA | Respond to creditor inquiries related to solicitation and late receipts of solicitation packages | Call Center / Creditor Inquiry | 9.30 |
| 09/18/24 | HST | SA | Quality assurance review of incoming ballots | Ballots | 1.00 |
| 09/18/24 | HST | SA | Update late ballot submission form tracker and emailed inquiries re: same | Solicitation | 2.80 |
| 09/18/24 | JUL | SA | Respond to nominee inquiries related to solicitation | Call Center / Creditor Inquiry | 2.70 |
| 09/18/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 09/18/24 | MMB | SA | Confer with E. Cheney and A. Orchowski (Kroll) regarding solicitation | Solicitation | 0.10 |
| 09/18/24 | MMB | SA | Review correspondence with A. Orchowski, E. Cheney and H. Taatjes (Kroll) and H. Trent and N. Simoneaux (A&M) regarding solicitation | Solicitation | 0.30 |
| 09/19/24 | ATO | DS | Respond to inquiries from P. Avdellas (Alvarez & Marsal) related to solicitation | Solicitation | 0.60 |
| 09/19/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Solicitation | 2.10 |
| 09/19/24 | CJ | DS | Conduct quality assurance review of Kroll responses to creditor inquiries | Call Center / Creditor Inquiry | 0.70 |
| 09/19/24 | ECH | SA | Respond to creditor inquiries re plan solicitation | Call Center / Creditor Inquiry | 2.80 |
| 09/19/24 | ECH | SA | Respond to creditor inquiries re supplemental solicitation mailing | Call Center / Creditor Inquiry | 4.40 |
| 09/19/24 | ECH | SA | Prepare creditor report re late solicitation materials for circulation to the case professionals | Solicitation | 1.70 |
| 09/19/24 | HST | SA | Prepare vote declaration | Solicitation | 0.90 |
| 09/19/24 | HST | SA | Quality assurance review of incoming ballots | Ballots | 2.60 |
| 09/19/24 | HST | SA | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 8.00 |
| 09/19/24 | HST | SA | Review and respond to inquiries from P. Avdellas (Alvarez) related to request for customer codes for convenience claim tracker | Call Center / Creditor Inquiry | 2.60 |
| 09/19/24 | JCJC | CO | Review and file monthly fee application | Retention / Fee Application | 0.30 |
| 09/19/24 | JGA | SA | Quality assurance review of incoming ballots | Ballots | 0.70 |
| 09/19/24 | MLC | SA | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.50 |
| 09/19/24 | NS | SC | Respond to creditor inquiries | Call Center / Creditor Inquiry | 1.00 |

FTX Digital Markets Ltd.

| | | | | | |
|---|---|---|---|---|---|
| 09/20/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Solicitation | 2.10 |
| 09/20/24 | ECH | SA | Respond to creditor inquiries re plan solicitation | Call Center / Creditor Inquiry | 3.30 |
| 09/20/24 | ECH | SA | Respond to creditor inquiries re supplemental solicitation mailing | Call Center / Creditor Inquiry | 4.10 |
| 09/20/24 | ECH | SA | Prepare creditor report re late solicitation materials for circulation to the case professionals | Solicitation | 1.30 |
| 09/20/24 | HST | SA | Prepare vote declaration (exhibits) | Solicitation | 2.60 |
| 09/20/24 | HST | SA | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 6.80 |
| 09/20/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 3.60 |
| 09/20/24 | MLC | SA | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.60 |
| 09/23/24 | ATO | DS | Confer with G. Brunswick (Kroll) regarding the draft vote declaration | Solicitation | 0.50 |
| 09/23/24 | ATO | DS | Conduct quality assurance review of the draft vote declaration | Solicitation | 3.90 |
| 09/23/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.90 |
| 09/23/24 | ATO | DS | Respond to inquiries from B. Zonenshayn (Sullivan & Cromwell) related to solicitation | Solicitation | 0.20 |
| 09/23/24 | CJ | DS | Monitor e-mails from J. Sielinski and D. Lewandowski (A&M) to ensure compliance therewith | Solicitation | 0.50 |
| 09/23/24 | CJ | DS | Conduct quality assurance review of Kroll responses to creditor inquiries | Call Center / Creditor Inquiry | 0.90 |
| 09/23/24 | CJ | DS | Monitor vote tabulation and reporting | Solicitation | 0.70 |
| 09/23/24 | CLL | SA | Review correspondence related to solicitation | Solicitation | 1.00 |
| 09/23/24 | ECH | SA | Update supplemental solicitation form tracker | Solicitation | 0.80 |
| 09/23/24 | ECH | SA | Respond to creditor inquiries re plan solicitation | Call Center / Creditor Inquiry | 3.30 |
| 09/23/24 | ECH | SA | Respond to creditor inquiries re supplemental solicitation mailing | Call Center / Creditor Inquiry | 2.90 |
| 09/23/24 | ECH | SA | Coordinate and process incoming electronic ballots | Solicitation | 4.10 |
| 09/23/24 | ECH | SA | Prepare creditor report re late solicitation materials for circulation to the case professionals | Solicitation | 1.40 |
| 09/23/24 | GB | MD | Review and revise voting declaration | Solicitation | 0.50 |
| 09/23/24 | HST | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 1.90 |
| 09/23/24 | HST | SA | Prepare vote declaration (exhibits) | Solicitation | 7.60 |
| 09/23/24 | HST | SA | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 3.90 |
| 09/23/24 | JD | DI | Review and provide comments to vote declaration | Solicitation | 5.20 |
| 09/23/24 | JUL | SA | Quality assurance review of incoming ballots | Ballots | 1.90 |
| 09/23/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 3.40 |

FTX Digital Markets Ltd.

| 09/23/24 | MMB | SA | Review correspondence with A. Orchowski, G. Brunswick, E. Cheney and H. Taatjes (Kroll), D. Lewandowski (Alvarez) and J. Blaisdell and B. Zonenshayn (Sullivan) regarding solicitation | Solicitation | 0.40 |
|---|---|---|---|---|---|
| 09/24/24 | ATO | DS | Confer with G. Brunswick (Kroll) regarding the draft vote declaration | Solicitation | 0.90 |
| 09/24/24 | ATO | DS | Confer with H. Taatjes and E. Cheney (Kroll) to conduct quality assurance review of the voting results | Solicitation | 0.80 |
| 09/24/24 | ATO | DS | Conduct quality assurance review of the draft vote declaration | Solicitation | 2.90 |
| 09/24/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 1.20 |
| 09/24/24 | ATO | DS | Confer with D. Lewandowski (Alvarez & Marsal) regarding Bahamas election withdrawals | Solicitation | 0.50 |
| 09/24/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 1.70 |
| 09/24/24 | CJ | DS | Review draft voting declaration | Solicitation | 0.40 |
| 09/24/24 | CJ | DS | Conduct quality assurance review of Kroll responses to creditor inquiries | Call Center / Creditor Inquiry | 0.40 |
| 09/24/24 | CJ | DS | Conduct quality assurance review of vote tabulation and reporting | Solicitation | 0.80 |
| 09/24/24 | ECH | SA | Confer and coordinate with A. Orchowski (Kroll) and the Kroll team regarding solicitation | Solicitation | 0.20 |
| 09/24/24 | ECH | SA | Update split claim defective votes form tracker | Solicitation | 1.20 |
| 09/24/24 | ECH | SA | Update supplemental solicitation form tracker | Solicitation | 1.50 |
| 09/24/24 | ECH | SA | Respond to creditor inquiries re plan solicitation | Call Center / Creditor Inquiry | 1.50 |
| 09/24/24 | ECH | SA | Respond to creditor inquiries re supplemental solicitation mailing | Call Center / Creditor Inquiry | 3.70 |
| 09/24/24 | ECH | SA | Coordinate and process incoming electronic ballots | Solicitation | 2.40 |
| 09/24/24 | ECH | SA | Prepare creditor report re late solicitation materials for circulation to the case professionals | Solicitation | 1.90 |
| 09/24/24 | HST | SA | Quality assurance review of incoming ballots (re: ballot reconciliation related to split and partial claim transfers) | Ballots | 5.90 |
| 09/24/24 | HST | SA | Respond to creditor inquiries related to receipts of late solicitation packages | Call Center / Creditor Inquiry | 2.00 |
| 09/24/24 | HST | SA | Prepare vote declaration | Solicitation | 3.20 |
| 09/24/24 | JGA | SA | Quality assurance review of incoming ballots | Ballots | 0.40 |
| 09/24/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 4.30 |
| 09/24/24 | MMB | SA | Review correspondence with A. Orchowski, E. Cheney and H. Taatjes (Kroll), D. Lewandowski (Alvarez) and J. Blaisdell and B. Zonenshayn (Sullivan) regarding solicitation | Solicitation | 0.30 |
| 09/24/24 | MMB | SA | Confer with A. Orchowski (Kroll) regarding solicitation | Solicitation | 0.10 |
| 09/24/24 | SASA | SA | Record receipt and timeliness of incoming ballot | Ballots | 2.10 |
| 09/25/24 | ATO | DS | Confer with G. Brunswick (Kroll) regarding the draft vote declaration | Solicitation | 0.90 |

FTX Digital Markets Ltd.

| 09/25/24 | ATO | DS | Conduct quality assurance review of the draft vote declaration | Solicitation | 5.80 |
|---|---|---|---|---|---|
| 09/25/24 | ATO | DS | Respond to inquiries from J. Blaisdell (Sullivan & Cromwell) related to the vote declaration | Solicitation | 0.80 |
| 09/25/24 | ECH | SA | Confer and coordinate with A. Orchowski (Kroll) and the Kroll team regarding solicitation | Solicitation | 0.30 |
| 09/25/24 | ECH | SA | Update split claim defective votes form tracker | Solicitation | 3.70 |
| 09/25/24 | ECH | SA | Respond to creditor inquiries re plan solicitation | Call Center / Creditor Inquiry | 3.20 |
| 09/25/24 | ECH | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 2.40 |
| 09/25/24 | HST | SA | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 2.00 |
| 09/25/24 | HST | SA | Quality assurance review of incoming ballots | Ballots | 7.00 |
| 09/25/24 | JGA | SA | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 09/25/24 | JUL | SA | Quality assurance review of incoming ballots | Ballots | 1.60 |
| 09/25/24 | MMB | SA | Review correspondence with A. Orchowski, E. Cheney and H. Taatjes (Kroll) and J. Blaisdell and B. Zonenshayn (Sullivan) regarding solicitation | Solicitation | 0.30 |
| 09/25/24 | MMB | SA | Confer with A. Orchowski and J. Gache (Kroll) regarding solicitation | Solicitation | 0.10 |
| 09/26/24 | ATO | DS | Confer with G. Brunswick and J. Daloia (Kroll) regarding the draft vote declaration | Solicitation | 0.50 |
| 09/26/24 | ATO | DS | Confer with H. Taatjes (Kroll) regarding the draft vote declaration | Solicitation | 0.70 |
| 09/26/24 | ATO | DS | Conduct quality assurance review of the vote declaration | Solicitation | 15.00 |
| 09/26/24 | ATO | DS | Respond to inquiries from B. Zonenshayn (Sullivan & Cromwell) related to solicitation | Solicitation | 1.10 |
| 09/26/24 | ATO | DS | Respond to inquiries from H. Trent (Alvarez & Marsal) related to solicitation | Solicitation | 0.10 |
| 09/26/24 | ECH | SA | Confer and coordinate with Z. Steinberg (Kroll) and the Kroll team regarding solicitation | Solicitation | 0.50 |
| 09/26/24 | ECH | SA | Respond to creditor inquiries re plan solicitation | Call Center / Creditor Inquiry | 3.20 |
| 09/26/24 | ECH | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 2.30 |
| 09/26/24 | ECH | SA | Prepare creditor report re late solicitation materials for circulation to the case professionals | Solicitation | 0.80 |
| 09/26/24 | ECH | SA | Coordinate and process incoming electronic ballots | Solicitation | 1.40 |
| 09/26/24 | HST | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 1.20 |
| 09/26/24 | HST | SA | Prepare vote declaration (Exhibits) | Solicitation | 6.00 |
| 09/26/24 | JD | DI | Review and provide comments to vote declaration | Solicitation | 4.10 |
| 09/26/24 | JGA | SA | Quality assurance review of incoming ballots | Ballots | 2.10 |

FTX Digital Markets Ltd.

Page 14

Invoice #: 25394

| 09/26/24 | MGOG | CO | Input incoming ballot information into voting database | Ballots | 0.60 |
|---|---|---|---|---|---|
| 09/26/24 | MMB | SA | Review correspondence with A. Orchowski, E. Cheney and H. Taatjes (Kroll), H. Trent and P. Avdellas (Alvarez) and C. Jensen and B. Zonenshayn (Sullivan) regarding solicitation | Solicitation | 0.20 |
| 09/26/24 | TVE | CO | Input incoming ballot information into voting database | Ballots | 0.30 |
| 09/27/24 | ATO | DS | Confer with H. Taatjes and E. Cheney (Kroll) related to the final voting results | Solicitation | 0.60 |
| 09/27/24 | ATO | DS | Conduct quality assurance review of the vote declaration | Solicitation | 1.20 |
| 09/27/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.60 |
| 09/27/24 | ATO | DS | Respond to inquiries from J. Blaisdell (Sullivan & Cromwell) related to the vote declaration | Solicitation | 2.30 |
| 09/27/24 | ECH | SA | Quality assurance review of ballots | Solicitation | 1.30 |
| 09/27/24 | ECH | SA | Coordinate and process incoming electronic ballots | Solicitation | 0.90 |
| 09/27/24 | ECH | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.40 |
| 09/27/24 | ECH | SA | Respond to creditor inquiries re plan solicitation | Call Center / Creditor Inquiry | 3.70 |
| 09/27/24 | HST | SA | Quality assurance review of incoming ballots (for purposes of finalizing vote declaration) | Ballots | 1.80 |
| 09/27/24 | HST | SA | Prepare vote declaration | Solicitation | 1.00 |
| 09/27/24 | HST | SA | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 4.30 |
| 09/27/24 | JGA | SA | Quality assurance review of incoming ballots (for purposes of finalizing vote declaration) | Ballots | 0.40 |
| 09/27/24 | JUL | SA | Quality assurance review of incoming ballots (for purposes of finalizing vote declaration) | Ballots | 1.60 |
| 09/27/24 | MLC | SA | Quality assurance review of incoming ballots (for purposes of finalizing vote declaration) | Ballots | 4.20 |
| 09/28/24 | ATO | DS | Respond to inquiries from J. Blaisdell (Sullivan & Cromwell) related to the vote declaration | Solicitation | 0.20 |
| 09/28/24 | ATO | DS | Respond to inquiries from P. Avdellas (Alvarez & Marsal) related to solicitation | Solicitation | 0.20 |
| 09/29/24 | ATO | DS | Respond to inquiries from D. Lewandowski (Alvarez & Marsal) related to solicitation | Solicitation | 1.10 |
| 09/29/24 | ATO | DS | Respond to inquiries from P. Avdellas (Alvarez & Marsal) related to solicitation | Solicitation | 0.40 |
| 09/29/24 | ATO | DS | Confer with J. Daloia and G. Brunswick (Kroll) regarding the draft vote declaration | Solicitation | 0.20 |
| 09/30/24 | ATO | DS | Review and respond to inquiries from D. Lewandowski (Alvarez & Marsal) related to solicitation | Solicitation | 1.30 |
| 09/30/24 | ATO | DS | Prepare summary of solicitation tabulation and mailing statistics in preparation for the upcoming confirmation hearing | Solicitation | 0.70 |
| 09/30/24 | ATO | DS | Finalize the vote declaration | Solicitation | 3.60 |

FTX Digital Markets Ltd.

Page 15

Invoice #: 25394

| 09/30/24 | CJ | DS | Monitor e-mails re completing and filing voting declaration and conduct quality assurance review thereof | Solicitation | 1.30 |
|----------|-----|-----|------------------------------------------------------------------------|------------------------------|--------|
| 09/30/24 | ECH | SA | Respond to creditor inquiries re plan solicitation | Call Center / Creditor Inquiry | 6.70 |
| 09/30/24 | HST | SA | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 2.60 |
| 09/30/24 | JD | DI | Review and provide comments to vote declaration | Solicitation | 0.90 |
| | | | | **Total Hours** | **562.80** |