IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor: | Name of Transferee: |
|---|---|
| **Nexxus Participation Vehicle III LLC** | **Lantern FTX Holdings, L.L.C.** |
| Name and Address where notices to Transferor should be sent: | Name and Address where notices to Transferee should be sent: |
| c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109<br>Attention: Tim Babich<br><br>Email: tim.babich@nexxus-holdings.com | Lantern FTX Holdings, L.L.C.<br>9 West 57th Street<br>Suite 4920<br>New York, NY 10019<br>Attention: Jonathan Farnham<br>Email: j.farnham@benefitstreetpartners.com |

| Claim No. / Schedule | Creditor Name | Amount | Debtor |
|---|---|---|---|
| Claim No. n/a<br><br>Schedule No. 6064534 | Nexxus Participation Vehicle III LLC | $1,026,930.79 | FTX Trading Ltd. |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee / Transferee's Agent

Date: October 18, 2024

**EVIDENCE OF TRANSFER OF CLAIM**

Annex B

TO: U.S. Bankruptcy Court for the District of Delaware ("Court")

AND TO: FTX Trading Ltd., et al., ("Debtor")

Case No. 22-11068 (JTD) ("Case")

**Nexxus Participation Vehicle III LLC** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Lantern FTX Holdings, L.L.C.**,

its successors and assigns ("Buyer"), 100% of all rights, title and interest in and to the claims of Seller, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claims in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on Debtor's schedules or against Debtor in the Court or any other court with jurisdiction over Debtor's Case, which claims are described more fully as follows (each, a "Claim" and collectively, the "Claims"):

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. | Minimum Claim Amount |
|---|---|---|---|---|---|
| FTX Trading Ltd., Claim No. 7831  Schedule No. 5324838 | Nexxus Participation Vehicle III LLC | 100% | FTX Trading Ltd. | 22-11068 | $2,151,607.17 |
| FTX Trading Ltd., Claim No. n/a  Schedule No. 6150647 | Nexxus Participation Vehicle III LLC | 100% | FTX Trading Ltd. | 22-11068 | $1,142,355.14 |
| FTX Trading Ltd., Claim No. 57506  Schedule No. 6830281 | Nexxus Participation Vehicle III LLC | 100% | FTX Trading Ltd. | 22-11068 | $1,505,969.29 |
| FTX Trading Ltd., Claim No. n/a  Schedule No. 6064534 | Nexxus Participation Vehicle III LLC | 100% | FTX Trading Ltd. | 22-11068 | $1,026,930.79 |
| FTX Trading Ltd., Claim No. n/a  Schedule No. 5735711 | Nexxus Participation Vehicle III LLC | 100% | FTX Trading Ltd. | 22-11068 | $639,618.41 |

Seller hereby waives: (a) any objection to the transfer of the Claims to Buyer on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claims to Buyer and recognizing Buyer as the sole owner and holder of the Claims. Seller further acknowledges that this

Evidence of Transfer may, upon execution of the Simple Assignment of Claim ("Assignment"), be filed by Buyer with the Court as evidence of the Assignment.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claims or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claims to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated October 17, 2024.

**Nexxus Participation Vehicle III LLC**

By: _____
Name: Tim Babich
Title: Managing Member

**Lantern FTX Holdings, L.L.C.**

By: _____
Name:  Michael Frick
Title:  Authorized Signer