IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: FTX Trading Ltd., et al<br><br>Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 22-11068 (JTD) <br> ) <br> ) |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A claim has been scheduled in this case or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. Assignee hereby gives evidence (attached as **Exhibit A**) and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Alleged Transferor:

ADDRESS ON FILE
FTX Account ID: 43411307
Unique Customer Code: 02017908
Send notices to email and address on file.

Name of Transferee:



Claim Transferred: Claim #: 25302    Estimated Claim Amount: $2,327,228.41    Date Claim Filed: 07/26/23

| Customer # | Customer Name | Claim Components | Debtor | Case No. |
|---|---|---|---|---|
| 02017908 | | BTC[0.3021750100000000]<br>ETH[0.0002010100000000]<br>ETHW[0.0002010100000000]<br>LUNA2[63.6829680500000000]<br>LUNA2_LOCKED[148.5935921000000000]<br>LUNC[13867100.3700000000000000]<br>SOL[0.7577128180000000]<br>SRM[153065.6506776900000000]<br>SRM_LOCKED[834.4893938700000000]<br>USD[0.0000000260685204]<br>USDC[2248896.8256834700000000]<br>USDT[20000.1109516919801381] | FTX Trading Ltd. | 22-11098 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

01/04/2023

2

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

# EXHIBIT A



**Creditor Data Details - Claim # 25302**

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Name on file | FTX Trading Ltd. | 25302 |
| Address on file | Date Filed | Schedule Number |
| | 07/26/2023 | 6833063 |
| | | Confirmation ID |
| | | 3265-70-REQYX-077054289 |

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | AR-PERP | ASSERTED | -0.0000000000002274 | -0.0000000000002274 |
| CRYPTO | BTC | ASSERTED | 0.30217501 | 0.30217501 |
| CRYPTO | BTC-PERP | ASSERTED | 0.0000000000001137 | 0.0000000000001137 |
| CRYPTO | DOT-PERP | ASSERTED | -0.0000000000004547 | -0.0000000000004547 |
| CRYPTO | ETH | ASSERTED | 0.00020101 | 0.00020101 |
| CRYPTO | ETHW | ASSERTED | 0.00020101 | 0.00020101 |
| CRYPTO | LUNA2 | ASSERTED | 63.68296805 | 63.68296805 |
| CRYPTO | LUNA2_LOCKED | ASSERTED | 148.5935921 | 148.5935921 |
| CRYPTO | LUNC | ASSERTED | 13867100.37 | 13867100.37 |
| CRYPTO | SOL | ASSERTED | 0.757712818 | 0.757712818 |
| CRYPTO | SOL-PERP | ASSERTED | -0.0000000000011369 | -0.0000000000011369 |
| CRYPTO | SRM | ASSERTED | 153065.65067769 | 153065.65067769 |
| CRYPTO | SRM_LOCKED | ASSERTED | 834.48939387 | 834.48939387 |
| CRYPTO | USDT | ASSERTED | 20000.11095169198 | 20000.11095169198 |
| FIAT | USD | ASSERTED | 2248896.825683494 | 2248896.825683494 |

by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

 Open in new window

EVIDENCE OF TRANSFER OF CLAIM

## EVIDENCE OF TRANSFER OF CLAIM

**TO THE DEBTORS AND THE BANKRUPTCY COURT:**

For value received, the sufficiency of which is hereby acknowledged, and pursuant to an Assignment and Transfer Agreement ("Assignment") dated **January 4, 2023**, by and between ▮ ▮ ("Assignor") and ▮ an individual (the "Assignee") with respect to Assignor's rights as the holder of a "customer account" with **FTX Trading Ltd.**, a debtor in possession (the "Debtor") in case number **22-11068 (JTD)** pending in the United States Bankruptcy Court, Southern District of New York (the "Case"), Assignor has unconditionally and irrevocably sold, transferred, and assigned to Assignee all of Assignor's right, title, and interest in and to its deposit account as identified on Schedule F filed by the Debtor in the Case, where Assignor is identified as **Customer # 2017908**, including any claim, right, cause of action or other right to payment owed to the Assignor by the Debtor as of the date of the Debtor's bankruptcy filing (the "Claim") and any proof of claim filed by the Assignor in the Case related to the Claim.

Assignor hereby waives any objection to the transfer of the Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Assignor acknowledges and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim to Assignee and recognizing Assignee as the sole owner and holder of such Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on January 4, 2023.

Date Executed: 1/4/23

By:
Its: **Authorized Party**