**In re:**
**FTX Trading Ltd., et al.,**
Debtors
**Case No. 22-11068 (JTD)**
**Chapter 11**

---

**MOTION TO REDACT CONFIDENTIAL INFORMATION FOR PERSONAL SAFETY REASONS FROM PUBLIC RECORDS**

**TO THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY JUDGE:**

**COMES NOW** Jesse van Marsbergen ("Movant"), and respectfully submits this Motion to Redact Confidential Information from the public docket in accordance with the applicable bankruptcy rules and procedures. This request is made due to personal safety concerns. In support of this motion, Movant respectfully states as follows:

## 1. Jurisdiction and Venue

1.1 This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.

1.2 This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

1.3 Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## 2. Background

2.1 On **October 21, 2024**, Movant filed a **Transfer of Claim** which contained sensitive personal information, including **the transferor's name and the transferee's name and residential address**, that is not appropriate for public disclosure.

2.2 The disclosure of this information presents significant **personal safety risks** to the Movant, particularly in light of the claim amount of **$2,327,228.41** and the potential exposure of sensitive personal details.

## 3. Relief Requested

3.1 By this Motion, Movant seeks the Court's approval to redact certain confidential and sensitive information, specifically **the transferee's name and address**, from the public record due to personal safety concerns.

3.2 Movant has prepared a **redacted version** of the filed document that removes the sensitive information, attached hereto as **Exhibit A**, and requests that the court approve this redacted version for the public docket.

## 4. Legal Basis for Relief

4.1 Under **Federal Rule of Bankruptcy Procedure 9037**, certain personal identifiers and sensitive information may be redacted from publicly filed documents to protect the privacy and safety of individuals.

## 5. No Prejudice to Interested Parties

5.1 Granting the relief requested herein will not prejudice any party-in-interest, as the redacted information is not material to the case and does not affect the substantive rights of any party.

## 6. Conclusion

WHEREFORE, the Movant respectfully requests that this Court enter an order:

1. Approving the redaction of the confidential and sensitive information identified in this Motion due to personal safety concerns;
2. Directing that the redacted version of the document, attached as **Exhibit A**, be made publicly available on the docket;
3. Granting such other and further relief as the Court deems just and proper.

**DATED:** October 21, 2024
**Respectfully submitted,**

/s/ Jesse van Marsbergen

Signature: *Jesse van Marsbergen*          Date Signed: 10/21/2024
By: Authorized Party
Name: Jesse van Marsbergen