IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 26404** |

# NOTICE OF APPEAL

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): LayerZero Labs Ltd., Ari Litan, and Skip & Goose LLC (collectively, the "<u>LayerZero Group</u>")

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☒ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

**Part 2: Identify the subject of this appeal**

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

11837573

Findings of Fact, Conclusions of Law and Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates (Docket No. 26404), a copy of which is attached hereto as **Exhibit A**.

2. State the date on which the judgment—or the appealable order or decree—was entered:

    October 8, 2024

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: FTX Trading Ltd., et al.

    Attorneys:

    Adam G. Landis (No. 3407)
    Matthew B. McGuire (No. 4366)
    Kimberly A. Brown (No. 5138)
    Matthew R. Pierce (No. 5946)
    **LANDIS RATH & COBB LLP**
    919 Market Street, Suite 1800
    Wilmington, Delaware 19801
    Telephone: (302) 467-4400
    Facsimile: (302) 467-4450
    E-mail: landis@lrclaw.com
    　　　　mcguire@lrclaw.com
    　　　　brown@lrclaw.com
    　　　　pierce@lrclaw.com

    -and-

    Andrew G. Dietderich (admitted *pro hac vice*)
    James L. Bromley (admitted *pro hac vice*)
    Brian D. Glueckstein (admitted *pro hac vice*)
    Alexa J. Kranzley (admitted *pro hac vice*)
    **SULLIVAN & CROMWELL LLP**
    125 Broad Street
    New York, New York 10004
    Telephone: (212) 558-4000
    Facsimile: (212) 558-3588
    E-mail: dietdericha@sullcrom.com
    　　　　bromleyj@sullcrom.com
    　　　　gluecksteinb@sullcrom.com
    　　　　kranzleya@sullcrom.com

11837573

**Part 4:  Optional election to have appeal heard by District Court (applicable only in certain districts)**

    N/A

**Part 5:  Sign below**

Dated: October 21, 2024
       Wilmington, Delaware

By: /s/ Sameen Rizvi
M. Blake Cleary (No. 3614)
R. Stephen McNeill (No. 5210)
Sameen Rizvi (No. 6902)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: bcleary@potteranderson.com
      rmcneill@potteranderson.com
      srizvi@potteranderson.com

-and-

Brian S. Rosen, Esq.
Dylan J. Marker, Esq.
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036-8299
Telephone:  (212) 969-3000
Facsimile:  (212) 969-2900
Email:  brosen@proskauer.com
      dmarker@proskauer.com

-and-

Jordan E. Sazant (DE Bar No. 6515)
**PROSKAUER ROSE LLP**
70 West Madison, Suite 3800
Chicago, Illinois 60602-4342
Telephone: (312) 962-3550
Email: jsazant@proskauer.com

-and-

William D. Dalsen, Esq.
Genesis Sanchez Tavarez, Esq.
**PROSKAUER ROSE LLP**
One International Place
Boston, MA 02110-2600
Telephone: (617) 526-9600
Email: wdalsen@proskauer.com
gsancheztavarez@proskauer.com

*Counsel to LayerZero Group*

11837573