## CERTIFICATE OF SERVICE

I, Sameen Rizvi, do hereby certify that on October 21, 2024, a copy of the foregoing *Notice of Appeal* was served on the parties listed on the attached service list in the manner indicated.

                                           */s/ Sameen Rizvi*
                                           Sameen Rizvi (No. 6902)

**FTX TRADING LTD.** *et al.*  **Case No. 22-11068 (JTD)**
**SERVICE LIST**

| **Counsel to the Debtors** | **Counsel to the Debtors** |
|---|---|

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Kimberly A. Brown, Esq.
Matthew R. Pierce, Esq.
LANDIS RATH & COBB LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801
Email: landis@lrclaw.com
         mcguire@lrclaw.com
         brown@lrclaw.com
         pierce@lrclaw.com

**By Email**

Benjamin A. Hackman, Esq.
Linda Richenderfer, Esq.
Johnathan Lipshie, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street
Suite 2207
Wilmington, DE 19801
Email: linda.richenderfer@usdoj.gov
         benjamin.a.hackman@usdoj.gov
         jon.lipshie@usdoj.gov

-and-

David Gerardi, Esq.
Trial Attorney
One Newark Center
1085 Raymond Boulevard Suite 2100
Newark, NJ 0710
Email: david.gerardi@usdoj.gov

**By Email**

Andrew G. Dietderich, Esq.
James L. Bromley, Esq.
Brian D. Glueckstein, Esq.
Alexa J. Kranzley, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Email: dietdericha@sullcrom.com
         bromleyj@sullcrom.com
         gluecksteinb@sullcrom.com
         kranzleya@sullcrom.com

**By Email**

**Counsel to the Official Committee of Unsecured Creditors**

Kristopher M. Hansen, Esq.
Ken Pasquale, Esq.
Gabriel E. Sasson, Esq.
Isaac S. Sasson, Esq.
Leonie C. Koch, Esq.
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Email: krishansen@paulhastings.com
         kenpasquale@paulhastings.com
         gabesasson@paulhastings.com
         isaacsasson@paulhastings.com
         leoniekoch@paulhastings.com

**By Email**

**FTX TRADING LTD. *et al.*  Case No. 22-11068 (JTD)**
**SERVICE LIST**

| | |
|---|---|
| **Counsel to the Official Committee of Unsecured Creditors**<br><br>Matthew B. Lunn, Esq.<br>Robert F. Poppiti, Jr. Esq.<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: mlunn@ycst.com<br>         rpoppiti@ycst.com<br><br>**By Email** | **Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com**<br><br>Erin E. Broderick, Esq.<br>Michael A. Rogers, Esq.<br>EVERSHEDS SUTHERLAND (US) LLP<br>227 West Monroe Street, Suite 6000<br>Chicago, Illinois 60606<br>Email:  erinbroderick@eversheds-sutherland.com<br>         michaelrogers@eversheds-sutherland.com<br><br>**By Email** |
| **Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com**<br><br>Matthew B. Harvey, Esq.<br>Jonathan M. Weyand, Esq.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP,<br>1201 North Market Street, 16thFloor,<br>Wilmington, Delaware 19801<br>Email: mharvey@morrisnichols.com<br>         jweyand@morrisnichols.com<br><br>**By Email** | **Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com**<br><br>Sarah E. Paul, Esq.<br>EVERSHEDS SUTHERLAND (US) LLP<br>The Grace Building, 40th Floor<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Email:  sarahpaul@eversheds-sutherland.com<br><br>**By Email** |
| **Counsel to the Joint Official Liquidators and Foreign Representatives of FTX Digital Markets Ltd.**<br><br>Kevin Gross, Esq.<br>Paul N. Heath, Esq.<br>Brendan J. Schlauch, Esq.<br>David T. Queroli, Esq.<br>RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Email: gross@rlf.com<br>         heath@rlf.com<br>         schlauch@rlf.com<br>         queroli@rlf.com<br><br>**By Email** | **Counsel to the Joint Official Liquidators and Foreign Representatives of FTX Digital Markets Ltd**<br><br>Thomas E Lauria, Esq.<br>Richard S. Kebrdle, Esq.<br>WHITE & CASE LLP<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>Email: tlauria@whitecase.com<br>         rkebrdle@whitecase.com<br><br>**By Email** |

11837625

**FTX TRADING LTD. *et al.*  Case No. 22-11068 (JTD)**
**SERVICE LIST**

**Counsel to the Joint Official Liquidators and Foreign Representatives of FTX Digital Markets Ltd.**

J. Christopher Shore, Esq.
Brian D. Pfeiffer, Esq.
Ashley R. Chase, Esq.
Brett L. Bakemeyer, Esq.
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Email:  cshore@whitecase.com
           brain.pfeiffer@whitecase.com
           ashley.chase@whitecase.com
           brett.bakemeyer@whitecase.com

**By Email**

**Counsel to MDL Plaintiffs**

Ronald S. Gellert, Esq.
Bradley P. Lehman, Esq.
GELLERT SEITZ BUSENKELL
& BROWN, LLC
1201 N. Orange St., Ste. 300
Wilmington, Delaware 19801
Email:  rgellert@gsbblaw.com
           blehman@gsbblaw.com

**By Email**

**Counsel to MDL Plaintiffs**

David Boies, Esq.
Alexander Boies, Esq.
Brooke A. Alexander, Esq.
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Email:  dboies@bsfllp.com
           aboies@bsfllp.com
           balexander@bsfllp.com

**By Email**

**Counsel to MDL Plaintiffs**

Adam M. Moskowitz, Esq.
Joseph M. Kaye, Esq.
THE MOSKOWITZ LAW FIRM, PLLC
Continental Plaza
3250 Mary Street, Suite 202
Coconut Grove, FL 33133
Email:  adam@moskowitz-law.com
           joseph@moskowitz-law.com
           service@moskowitz-law.com

**By Email**

11837625

**FTX TRADING LTD.** *et al.*  **Case No. 22-11068 (JTD)**
**SERVICE LIST**

**Counsel for Adversary Class Action Plaintiffs Austin Onusz, Cedric Kees van Putten, Nicholas J. Marshall and Hamad Dar**

Robert K. Kriner, Jr., Esq.
Scott M. Tucker, Esq.
CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP
2711 Centerville Rd, Suite 201
Wilmington, Delaware 19808
Email:  robertkriner@chimicles.com
            scotttucker@chimicles.com

**By Email**

**Counsel for Adversary Class Action Plaintiffs Austin Onusz, Cedric Kees van Putten, Nicholas J. Marshall and Hamad Dar**

Robert N. Cappucci, Esq.
Joshua K. Porter, Esq.
230 Park Avenue, 3rd Floor
New York, NY 10169
Email:  rcappucci@entwistle-law.com
            jporter@entwistle-law.com

**By Email**

**Counsel for Adversary Class Action Plaintiffs Austin Onusz, Cedric Kees van Putten, Nicholas J. Marshall and Hamad Dar**

Andrew J. Entwistle, Esq.
ENTWISTLE & CAPPUCCI LLP
500 W. 2nd Street, Suite 1900
Austin, Texas 78701
Email:  aentwistle@entwistle-law.com

**By Email**

The Honorable John T .Dorsey
Chief Judge of the U.S. Bankruptcy Court
For the District of Delaware
824 N. Market Street, 5th Floor
Wilmington, Delaware  19801

**By Email**