UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**APPEAL TRANSMITTAL SHEET**

**Case Number:**  22-11068                    BK ⦿ AP ◯

If AP, related BK case number:

**Title of Order Appealed:**  Findings of Fact, Conclusions of Law and Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading LTD. and its Debtor Affiliates

**Docket #:** 26404                **Date Entered:** 10/08/2024

Item Transmitted:

| | | | | | |
|---|---|---|---|---|---|
| ✔ | Notice of Appeal | **Docket #:** 27039 | **Date Filed:** 10/21/2024 |
| ☐ | Amended Notice of Appeal | **Docket #:** | **Date Filed:** |
| ☐ | Cross Appeal | **Docket #:** | **Date Filed:** |
| ☐ | Motion for Leave to Appeal | **Docket #:** | **Date Filed:** |
| ☐ | Request for Certification of Direct Appeal | **Docket #:** | **Date Filed:** |

**Appellant/Cross Appellant:**

Kihyuk Nam (Pro se)

**Appellee/Cross Appellee**

FTX Trading Ltd. and its affiliated debtors and debtors in possession

**Counsel for Appellant/Cross Appellant:**

**Counsel for Appellee/Cross Appellee:**

Adam G Landis
Kimberly A Brown
Matthew Pierce
919 Market St, Suite 1800
Wilmington, DE  19801 ***

| | | |
|---|---|---|
| **Filing fee paid?** | Yes ⦿ | No ◯ |
| **IFP application filed by applicant?** | Yes ◯ | No ⦿ |
| **Have additional appeals of the same order been filed?** | Yes ◯ | No ⦿ |
| ***If Yes, has District Court assigned a Civil Action Number?** | Yes ◯ | No ⦿ |
| **Civil Action Number:** | | |

*(continued on next page)*

**Notes:**     ***Additional attorneys for the appellee are listed on the notice of appeal

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 10/22/2024          /s/ Kimberly Ross
                    **by:**_____
                         **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:   24-60