# Notice Recipients

| District/Off: 0311−1 | User: admin | Date Created: 10/22/2024 |
|---|---|---|
| Case: 22−11068−JTD | Form ID: van440 | Total: 13 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| aty | Adam G. Landis | Landis Rath & Cobb LLP | 919 Market Street | Suite 1800 | Wilmington, DE 19801 |
| aty | Alexa J. Kranzley | Sullivan & Cromwell LLP | 125 Broad Street | New York, NY 10004−2498 | |
| aty | Alexa J. Kranzley | Sullivan & Cromwell LLP | 125 Broad Street | New York, NY 10004−2498 | |
| aty | Andrew G. Dietderich | Sullivan & Cromwell LLP | 125 Broad Street | New York, NY 10004 | |
| aty | Andrew G. Dietderich | Sullivan & Cromwell LLP | 125 Broad Street | New York, NY 10004 | |
| aty | Brian D. Glueckstein | Sullivan & Cromwell LLP | 125 Broad Street | New York, NY 10004 | |
| aty | David Gerardi | Office of the United States Trustee | One Newark Center | 1085 Raymond Boulevard | Suite 2100   Newark, NJ 07102 |
| aty | Jonathan Lipshie | DOJ−Ust | 844 N. King Street | Ste 2207 | Wilmington, DE 19801 |
| aty | Joseph James McMahon, Jr. | United States Department of Justice | Office of the United States Trustee | 844 King Street, Suite 2207 | Lockbox #35   Wilmington, DE 19801 |
| aty | Kimberly A. Brown | Landis Rath & Cobb LLP | 919 N. Market Street | Suite 1800 | PO Box 2087   Wilmington, DE 19899 |
| aty | Linda Richenderfer | Office of the US Trustee | US Trustee's Office | 844 King Street, Suite 2207 | Wilmington, DE 19801 |
| aty | Matthew R Pierce | Landis Rath & Cobb LLP | P.O. Box 2087 | 919 Market Street, Suite 1800 | Wilmington, DE 19899 |
| 19149115 | Kihyuk Nam | #2404, Building 2 | 107 Haedoji−ro, Yeonsu−gu | Incheon, 21997 | |

TOTAL: 13