**United States Bankruptcy Court**
**District of Delaware**

In re:
FTX Trading Ltd., et al.
Chapter 11
Case No. 22-11068 (JTD)

**Claimant:** Douglas Scott Richardson
**Claim Number:** 95901
**Schedule Number:** 5917259
**Confirmation ID:** 3265-70-USDME-466680023
**Response Deadline:** November 11, 2024, at 4:00 PM (ET)

---

**Response to the Debtors' Objection to Claim No. 95901**

To the Honorable Court:

I, Douglas Scott Richardson, respectfully submit this response to the Debtors' objection to my late-filed claim, Claim No. 95901.

**Explanation for Late Filing**
My claim was filed late because I initially submitted a proof of interest form instead of a proof of claim form. This was an honest mistake due to my lack of familiarity with the bankruptcy process and a misunderstanding of the filing requirements. I believed that the proof of interest form was the correct form for my situation, and I filed it in a timely manner. The proof of interest form was electronically filed on 6/8/23 through KROLL, Conformation ID 3265-1-KWQOO-101350486. However, I now understand that I was required to submit a proof of claim form instead. Once I became aware of this error, I took corrective action and filed the proper form.

**Good Faith Effort and Circumstances Leading to the Claim**
My initial filing was made in good faith and within the proper time frame, albeit using the wrong form. Looking back now, I realize it seems obvious that I should have submitted a proof of claim form instead of a proof of interest form. However, under the stress and confusion of the situation, especially with the uncertainty surrounding FTX and my missing funds, I made the mistake.

In November 2022, FTX assured users of FTX.US that their funds were safe, which prompted me to withdraw my funds. Had FTX not made such assurances, I would not have proceeded with the withdrawal. When the funds failed to clear, they should have returned to my FTX account. However, they disappeared entirely, leading to further stress and confusion regarding which form was appropriate for my situation. FTX claims to have paid me, but the funds never

reached my bank account, which raises serious concerns about their handling of the transaction.

I am more than willing to provide all relevant bank statements to prove that the funds never arrived in my account, should the Court request them.

I believe this error on FTX's part created the very circumstances that necessitated my filing. Regardless of my mistake in submitting the wrong form, FTX's mismanagement of my funds is at the heart of this claim. I respectfully request that the Court take into account these circumstances, which were beyond my control, and treat this as a good faith misunderstanding rather than neglect.

### Conclusion
I apologize for any confusion caused by my mistake and respectfully ask the Court to allow my claim in light of my efforts to comply with the claims process and the situation created by FTX's mishandling of my withdrawal.

Thank you for your consideration.

Sincerely,
Douglas Scott Richardson
488 S 910 W, Unit 110
Pleasant Grove, UT 84009
Phone number: 385-208-9279
Email: drichardson19944@gmail.com

Date: 10/8/24

Signature: _____

Douglas Richardson
488 S 910 W, unit 110
Pleasant Grove, UT 84009

Office of the Clerk
United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd floor
Wilmington, Delaware 19801

**G**

US POSTAGE AND FEES PAID
GROUND ADVANTAGE
Oct 09 2024
Mailed from ZIP 84062
4 OZ GROUND ADVANTAGE RATE
ZONE 8
10062814
Commercial

06280011485630

endicia



## USPS GROUND ADVANTAGE

**DOUGLAS RICHARDSON**   C012
488 S 910 W
UNIT 110
Pleasant Grove UT 84062

SHIP TO:

**OFFICE OF THE CLERK**
**US BANKRUPTCY COURT FOR DELAWARE**
**824 N MARKET ST**
**3RD FLOOR**
**Wilmington DE 19801**

### USPS TRACKING #



9400 1118 9956 1813 0811 53

  SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

RRD R 0924