UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: 22-11068                BK ⦿  AP ◯

If AP, related BK case number:

Title of Order Appealed: Findings of Fact, Conclusions of Law and Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading LTD. and its Debtor Affiliates

Docket #: 26404            Date Entered: 10/08/2024

Item Transmitted:

| ✓ | Notice of Appeal | Docket #: 27000 | Date Filed: 10/21/2024 |
|---|---|---|---|
| ☐ | Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ | Cross Appeal | Docket #: | Date Filed: |
| ☐ | Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ | Request for Certification of Direct Appeal | Docket #: | Date Filed: |

Appellant/Cross Appellant:

Seth Melamed

Appellee/Cross Appellee

FTX Trading Ltd. et al
Official Committee of Unsecured Creditors
US Trustee

Counsel for Appellant/Cross Appellant:

Shannon D Humiston
405 N King St, 8th FL
Wilmington, DE  19801

Counsel for Appellee/Cross Appellee:

Adam G Landis
Kimberly A Brown
Matthew Pierce
919 Market St, Suite 1800
Wilmington, DE  19801 ***

| Filing fee paid? | Yes ⦿ | No ◯ |
|---|---|---|
| IFP application filed by applicant? | Yes ◯ | No ⦿ |
| Have additional appeals of the same order been filed? | Yes ◯ | No ⦿ |
| *If Yes, has District Court assigned a Civil Action Number? | Yes ◯ | No ⦿ |
| Civil Action Number: | | |

(continued on next page)

**Notes:** ***Additional attorneys for the appellees are listed on the notice of appeal

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 10/22/2024        **by:** /s/ Kimberly Ross
_____
**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    24-61