# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 10/22/2024 |
| Case: 22−11068−JTD | Form ID: van440 | Total: 8 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| aty | Adam G. Landis | Landis Rath & Cobb LLP    919 Market Street    Suite 1800    Wilmington, DE 19801 |
| aty | David Gerardi | Office of the United States Trustee    One Newark Center    1085 Raymond Boulevard    Suite 2100    Newark, NJ 07102 |
| aty | Jonathan Lipshie | DOJ−Ust    844 N. King Street    Ste 2207    Wilmington, DE 19801 |
| aty | Joseph James McMahon, Jr. | United States Department of Justice    Office of the United States Trustee    844 King Street, Suite 2207    Lockbox #35    Wilmington, DE 19801 |
| aty | Kimberly A. Brown | Landis Rath & Cobb LLP    919 N. Market Street    Suite 1800    PO Box 2087    Wilmington, DE 19899 |
| aty | Linda Richenderfer | Office of the US Trustee    US Trustee's Office    844 King Street, Suite 2207    Wilmington, DE 19801 |
| aty | Matthew R. Pierce | Landis Rath & Cobb LLP    919 Market Street    Suite 1800    Wilmington, DE 19801 |
| | Shannon D Humiston (attorney for Seth Melamed) | 405 N King St, 8th FL    Wilmington, DE 19801 |

TOTAL: 8