# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| Claim Nexus C II, LLC | Whiskey Papa Fox Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Last known address:

Type and Amount of Interest Transferred:

| 37,172 Series A Preferred Shares of West Realm Shires Inc. | Series B Preferred | 19,077 WRS A Shares of FTX Trading Ltd. | Series C Preferred |
|---|---|---|---|
| FTX Common | Series A Preferred | WRS Class B Common | WRS Common |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Michael Bottjer*          Date: October 17, 2024
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

# EXHIBIT B

## STOCK POWER

### STOCK POWER AND ASSIGNMENT

### SEPARATE FROM STOCK CERTIFICATE

FOR VALUE RECEIVED and pursuant to that certain Secondary Stock Purchase Agreement dated _____ as the undersigned hereby sells, assigns and transfers unto **Claim Nexus C II, LLC** or 19,077 Series B-1 Preferred Shares of FTX Trading Ltd. And 37,172 WRS A Shares of West Realm Shires Inc. (the "*Companies*"). Such shares are represented by certificates attached and stand in the undersigned's name on the books of the Companies. The undersigned does hereby irrevocably constitute and appoint the Secretaries of the Companies or any duly authorized representatives of the Companies as attorney-in-fact, with full power of substitution, to transfer said stock on the books of said corporation.

Dated:  October 17, 2024

**SELLER:**

*Philip Fayer*
Philip Fayer (Oct 17, 2024 11:35 EDT)

## Schedule 1

### PURCHASER

| Purchaser Name and Address | Number of Purchased Shares | Applicable Purchase Price |
|---|---|---|
| Claim Nexus C II, LLC | 19,077 Series B-1 Preferred Shares of FTX Trading Ltd. | USD $2.09 per share or USD $39,870.93 in the aggregate |
| Claim Nexus C II, LLC | 37,172 WRS A Shares of West Realm Shires Inc. | USD $0.13 per share or USD $4,832.36 in the aggregate |

IN WITNESS WHEREOF, this Secondary Stock Purchase Agreement is hereby executed as of the date first above written.

**HOLDER**

**Whiskey Papa Fox Inc.**

By: _Philip Fayer_
Philip Fayer (Oct 17, 2024 11:35 EDT)

Print Name: Philip Fayer

Title: Director

Notice details to: Fayer Family Office

Address: 510-345 Victoria Avenue,

Westmount, Quebec, Canada

H3Z 2N1

Signature Page to Secondary Stock Purchase Agreement

IN WITNESS WHEREOF, this Secondary Stock Purchase Agreement is hereby executed as of the date first above written.

**PURCHASER**

**Claim Nexus C II, LLC**

By: *Michael A. Bottjer*

Print Name: Michael Bottjer

Title: Authorised Signatory

Notice details to: claims@ftxcreditor.com

Address: 1509 Bent Ave
Cheyenne
82001
WY

*PURCHASER SIGNATURE PAGES DELIVERED SEPARATELY

Signature Page to Secondary Stock Purchase Agreement