# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

Claim Nexus C II
_____
Name of Transferee

FABRIZIO ENRICO CECCHETTINI
_____
Name of Transferor

Name and Address where notices to transferee should be sent: MICHAEL BOTTJER
1509 Bent Ave Cheyenne Wyoming 82001 USA

Last known address: 3298 SIDNEY WAY, FOLSOM, CALIFORNIA 95630 USA

Type and Amount of Interest Transferred: 21881 Series A Preferred

| Series A Preferred | Series B Preferred | Series B-1 Preferred | Series C Preferred |
|---|---|---|---|
| FTX Common | 21881 WRS Class A Common | WRS Class B Common | WRS Common |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Michael Bottjer*
Signed by:
Transferee/Transferee's Agent

Date: 10/12/2024

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

# EXHIBIT B

## STOCK POWER

## STOCK POWER AND ASSIGNMENT

## SEPARATE FROM STOCK CERTIFICATE

FOR VALUE RECEIVED and pursuant to that certain Secondary Stock Purchase Agreement dated _____ as the undersigned hereby sells, assigns and transfers unto **CLAIM NEXUS C II, LLC** or its assignees  21881  shares of Preferred Stock of  West Realm Shires Inc.   a corporation (the "*Company*"). Such shares are represented by certificate attached and stand in the undersigned's name on the books of the Company. The undersigned does hereby irrevocably constitute and appoint the Secretary of the Company or any duly authorized representative of the Company as attorney-in-fact, with full power of substitution, to transfer said stock on the books of said corporation.

Dated: 10/11/2024 _____

SELLER:
FABRIZIO ENRICO CECCHETTINI

Signed by:
[signature]
3E0B9118180E4C1...

## Schedule 1

### PURCHASER

| Purchaser Name and Address | Number of Purchased Shares | Applicable Purchase Price |
|---|---|---|
| Claim Nexus C II, LLC<br><br>1509 Bent Ave Cheyenne Wyoming 82001 USA | 21881 WRS Class A | ▮ |

IN WITNESS WHEREOF, this Secondary Stock Purchase Agreement is hereby executed as of the date first above written.

**HOLDER**

By: _____

Print Name: FABRIZIO ENRICO CECCHETTINI

Title: MR

Notice details to:

Address: 3298 SIDNEY WAY, FOLSOM, CALIFORNIA 95630 USA

Signature Page to Secondary Stock Purchase Agreement

IN WITNESS WHEREOF, this Secondary Stock Purchase Agreement is hereby executed as of the date first above written.

**PURCHASER**

**Claim Nexus C II, LLC**

By: 

Print Name: Michael Bottjer

Title: Manager

Notice details to:

Address: 1509 Bent Ave Cheyenne Wyoming 82001 USA

*PURCHASER SIGNATURE PAGES DELIVERED SEPARATELY

Signature Page to Secondary Stock Purchase Agreement