**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 4, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Mailing List attached hereto as **Exhibit A**:

- Order Sustaining Debtors' Objection to Proof of Claim Filed by IPV FTX Co-Invest [Docket No. 23754]

On October 7, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Venable LLP, (ADRID: 18181984), Attn: Jeffrey S. Sabin, Xochitl S. Strohbehn, Carol A. Weiner, Arie A. Peled, 151 W 42nd St, Fl 4r, New York, NY, 10036-6635:

- Fifth Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers [Docket No. 23986]

On October 7, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit B**:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

- Motion of the Debtors for Entry of an Order (A) Authorizing the Debtors' Entry into, and Performance Under, the Settlement Agreement with Kroll Restructuring Administration LLC (B) Approving the Settlement Agreement, and (C) Granting Related Relief [Docket No. 24016]

On October 7, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Contract Counterparties Service List attached hereto as **Exhibit C**:

- Notice of (I) Executory Contracts and Unexpired Leases Proposed to Be Assumed by the Debtors Pursuant to the Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates, (II) Cure Amounts, If Any, and (III) Related Procedures in Connection Therewith [Docket No. 24029]

Dated: October 17, 2024

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 17, 2024, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

**Exhibit A**

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 18182523 | MCDERMOTT WILL & EMERY LLP ON BEHALF OF MULTICOIN CAPITAL | ATTN: DANIEL THOMSON | 1000 N WEST ST | STE 1400 | WILMINGTON | DE | 19801-1054 |
| 26803893 | The Moskowitz Law Firm, PLLC | c/o Adam M. Moskowitz, Joseph M. Kaye, Howard M. Bushman, Barbara C. Lewis | PO Box 653409 | | Miami | FL | 33265-3409 |
| 18181984 | VENABLE LLP | ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A. WEINER, ARIE A. PELED | 151 W 42ND ST | FL 4R | NEW YORK | NY | 10036-6635 |

In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (JTD)

Page 1 of 1

**<u>Exhibit B</u>**

Exhibit B

Supplemental Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 26379404 | MDL FTX CUSTOMERS | C/O THE MOSKOWITZ LAW FIRM, PLLC | ATTN: ADAM M. MOSKOWITZ, JOSEPH M. KAYE | PO BOX 653409 | MIAMI | FL | 33265-3409 |
| 18181984 | VENABLE LLP | ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A. WEINER, ARIE A. PELED | 151 W 42ND ST | FL 4R | NEW YORK | NY | 10036-6635 |

**Exhibit C**

## Exhibit C

Supplemental Contract Counterparties Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 18502759 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 10551478 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 18181984 | VENABLE LLP | ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A. WEINER, ARIE A. PELED | 151 W 42ND ST | FL 4R | NEW YORK | NY | 10036-6635 |