UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number:  22-11068            BK ⦿  AP ◯

If AP, related BK case number:

Title of Order Appealed:   Findings of Fact, Conclusions of Law and Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading LTD. and its Debtor Affiliates

Docket #:  26404            Date Entered:  10/08/2024

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 27001 | Date Filed: 10/21/2024 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ Cross Appeal | Docket #: | Date Filed: |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ Request for Certification of Direct Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

Ahmed Abd El-Razek
Sunil Kavuri
Pat Rabbitte

**Appellee/Cross Appellee**

FTX Trading Ltd. et al
Official Committee of Unsecured Creditors
US Trustee

**Counsel for Appellant/Cross Appellant:**

Shannon D Humiston
405 N King St, 8th FL
Wilmington, DE  19801

**Counsel for Appellee/Cross Appellee:**

Adam G Landis
919 Market St, Suite 1800
Wilmington, DE  19801 ***

| | Yes | No |
|---|---|---|
| Filing fee paid? | ⦿ | ◯ |
| IFP application filed by applicant? | ◯ | ⦿ |
| Have additional appeals of the same order been filed? | ◯ | ⦿ |
| *If Yes, has District Court assigned a Civil Action Number? | ◯ | ⦿ |

Civil Action Number:

*(continued on next page)*

**Notes:** ***Additional attorneys for the appellees are listed on the notice of appeal

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 10/22/2024    **by:** /s/ Kimberly Ross _____
**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    24-62