# UNITED STATES BANKRUPTCY COURT
## District of Delaware

In re <u>FTX Trading Ltd., et al.</u>, Debtors                     Chapter 11
                                                                  Case No. <u>22-11068</u>
                                                                  (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
|  | **Escaleras de Esperanza LLC**<br>**Attn: Jesse Tsai**<br>**1225 Ave Ponce de Leon**<br>**PH-1369**<br>**San Juan, PR 00907**<br>**Email: escaleraesperanza570@gmail.com** |

An undivided interest in **100%** of Seller's right, title, interest and obligations to the following claims:

| Claim No./Schedule | Creditor Name | Amount(s) | Debtor | Case No. |
|---|---|---|---|---|
| Schedule #: 7453398<br><br>Unique Customer Code #: 00175155 | Name on File | 100% of the claim | FTX Trading, Ltd. | 22-11068 |

Escaleras de Esperanza LLC

By: _jesse tsai_
Transferee/Transferee's Agent

Date: October 21, 2024

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| | | |
|---|---|---|
| 00175155 | | 1INCH-20210326[0], 1INCH-PERP[0], AAVE-20210326[0], AAVE-PERP[0], ADA-PERP[0], ALGO-PERP[0], ANC-PERP[0], APE-PERP[0], ATOM-PERP[0], AVAX-20210326[0], AVAX-PERP[0], AXS-PERP[0], BAL-20210625[0], BAL-PERP[0], BAT-PERP[0], BCH-20200626[0], BCH-20210326[0], BCH-20211231[0], BCH-PERP[0], BIDEN[0], BNB[127.1112711], BNB-20210326[0], BNB-PERP[0], BRZ-PERP[0], BSV-PERP[0], BTC-20200626[0], BTC-20210326[0], BTC-20210625[0], BTC-20210924[0], BTC-20211231[0], BTC[21.68394100], BTC-PERP[0], CAKE-PERP[0], CEL-PERP[0], CHZ-PERP[0], COMP-20200925[0], COMP-PERP[0], CREAM-20210326[0], CREAM-PERP[0], CRV-PERP[0], DEFI-20210326[0], DOGE-PERP[0], DOT-20210326[0], DOT-PERP[0], DOTPRESPLIT-2020PERP[0], DYDX-PERP[0], ENJ-PERP[0], EOS-20200626[0], EOS-PERP[0], ETC-PERP[0], ETH-1230[0.76300000], ETH-20210326[0], ETH-20210625[0], ETH-20210924[0], ETH-20211231[0], ETH[3.49990894], ETH-PERP[0], ETHW[157.49627965], FIL-PERP[0], FLOW-PERP[0], FTM-PERP[0], FTT[5834.77320553], FTT-PERP[0], FXS-PERP[-3570.6], GMT-PERP[0], GRT-PERP[0], HBAR-PERP[0], HNT-PERP[0], HT-PERP[0], ICP-PERP[0], KIN-PERP[0], KSHIB-PERP[0], KSM-PERP[0], LDO-PERP[0], LEO-PERP[0], LINA-PERP[0], LINK-20200626[0], LINK-PERP[0], LTC-PERP[0], LUNC-PERP[0], MANA-PERP[0], MAPS-PERP[0], MATIC[29245.29245], MATIC-PERP[0], MOB[0.92230000], MTA-PERP[0], MTL-PERP[0], MVDA10-PERP[0.00889999], NEAR-PERP[0], NEO-20201225[0], NEO-PERP[0], OIL100-20200427[0], OIL100-20200525[0], OKB-PERP[0], OMG[18.267895], OMG-20211231[0], OMG-PERP[0], OXY-PERP[0], PAXG[19.3576], PAXG-PERP[0], PEOPLE-PERP[0], PERP-PERP[0], PUNDIX-PERP[0], RAY-PERP[0], REEF-PERP[0], REN-PERP[0], RON-PERP[0], ROOK-PERP[0], RUNE-PERP[0], SAND-PERP[0], SHIB-PERP[0], SLP[51597.5354], SLP-PERP[0], SNX-PERP[0], SOL[5099.54099491], SOL-PERP[0], SPELL[76000], SPELL-PERP[0], SRM[550.65597554], SRM_LOCKED[3086.24402446], SRN-PERP[0], STEP-PERP[0], STG[106.56447], SUSHI-20200925[0], SUSHI-20210326[0], SUSHI-PERP[0], SXP-PERP[0], THETA-PERP[0], TRUMP[0], TRUMPFEB[0], TRX[1538.66978], TRX-PERP[0], UNI-20201225[0], UNI-20210326[0], UNI-PERP[0], USD[46165.76], USDT[2051.83603550], USDT-PERP[0], USTC-PERP[0], WBTC[0.00000123], XLM-PERP[0], XRP-20201225[0], XRP-PERP[0], XTZ-20200626[0], XTZ-20200925[0], XTZ-PERP[0], YFI-PERP[0], ZIL-PERP[0] |

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.