UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: 22-11068     BK ● AP ○

If AP, related BK case number:

Title of Order Appealed: Findings of Fact, Conclusions of Law and Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading LTD. and its Debtor Affiliates

Docket #: 26404     Date Entered: 10/08/2024

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 27034 | Date Filed: 10/21/2024 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ Cross Appeal | Docket #: | Date Filed: |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ Request for Certification of Direct Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

LayerZero Labs Ltd.
Ari Litan
Skip & Goose LLC

**Appellee/Cross Appellee**

FTX Trading Ltd. et al
Official Committee of Unsecured Creditors
US Trustee

**Counsel for Appellant/Cross Appellant:**

Sameen Rizvi
M Blake Cleary
R Stephen McNeill
1313 N Market St, 6th FL
Wilmington, DE  19801 ***

**Counsel for Appellee/Cross Appellee:**

Adam G Landis
Matthew B McGuire
Kimberly A Brown
919 Market St, Suite 1800
Wilmington, DE  19801 ***

| | | |
|---|---|---|
| Filing fee paid? | Yes ● | No ○ |
| IFP application filed by applicant? | Yes ○ | No ● |
| Have additional appeals of the same order been filed? | Yes ● | No ○ |
| *If Yes, has District Court assigned a Civil Action Number? | Yes ○ | No ● |

Civil Action Number: 24-1175; 24-1176; 24-1178

(continued on next page)

**Notes:** ***Additional attorneys are listed on the notice of appeal

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 10/22/2024    **by:** /s/ Kimberly Ross
_____
**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    24-63