UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: 22-11068*  BK ⦿  AP ◯

If AP, related BK case number:

Title of Order Appealed: Findings of Fact, Conclusions of Law and Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganized of FTX Trading Ltd. and Its Debtor Affiliates

Docket #: 26404  Date Entered: 10/08/2024

Item Transmitted:

☑ Notice of Appeal **  Docket #: 27000  Date Filed: 10/21/2024

☐ Amended Notice of Appeal  Docket #:  Date Filed:

☐ Cross Appeal  Docket #:  Date Filed:

☐ Motion for Leave to Appeal  Docket #:  Date Filed:

☐ Request for Certification of Direct Appeal  Docket #:  Date Filed:

| Appellant/Cross Appellant: | Appellee/Cross Appellee |
|---|---|
| Seth Melamed | FTX Trading Ltd. et al |

| Counsel for Appellant/Cross Appellant: | Counsel for Appellee/Cross Appellee: |
|---|---|
| Shannon D. Humiston<br>405 N. King St, 8th FL<br>Wilmington, DE 19801 | Adam G. Landis<br>919 N. Market St, Suite 1800<br>Wilmington, DE 19801 |

Filing fee paid?  Yes ⦿  No ◯

IFP application filed by applicant?  Yes ◯  No ⦿

Have additional appeals of the same order been filed?  Yes ⦿  No ◯

*If Yes, has District Court assigned a Civil Action Number?  Yes ◯  No ⦿

Civil Action Number: 24-1175, 24-1178 and 24-1180

(continued on next page)

**Notes:** See additional attorneys on 'Notice of Appeal'

*District Court Case No. 24-1176 already assigned

**This is an amended Transmittal form. Original form transmitted 10/22/2024.

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 10/23/2024    **by:** /s/ Kimberly Ross
_____
**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    24-61