UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 22-11068*    BK ●  AP ○

If AP, related BK case number:

**Title of Order Appealed:** Findings of Fact, Conclusions of Law and Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganized of FTX Trading Ltd. and Its Debtor Affiliates

**Docket #:** 26404    **Date Entered:** 10/08/2024

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal ** | **Docket #:** 27001 | **Date Filed:** 10/21/2024 |
| ☐ Amended Notice of Appeal | **Docket #:** | **Date Filed:** |
| ☐ Cross Appeal | **Docket #:** | **Date Filed:** |
| ☐ Motion for Leave to Appeal | **Docket #:** | **Date Filed:** |
| ☐ Request for Certification of Direct Appeal | **Docket #:** | **Date Filed:** |

**Appellant/Cross Appellant:**

Ahmed Abd El-Razek
Sunil Kavuri
Pat Rabbittee

**Appellee/Cross Appellee**

FTX Trading Ltd. et al

**Counsel for Appellant/Cross Appellant:**

Shannon D. Humiston
405 N. King St, 8th FL
Wilmington, DE  19801

**Counsel for Appellee/Cross Appellee:**

Adam G. Landis
919 N. Market St, Suite 1800
Wilmington, DE  19801

| | Yes | No |
|---|---|---|
| Filing fee paid? | ● | ○ |
| IFP application filed by applicant? | ○ | ● |
| Have additional appeals of the same order been filed? | ● | ○ |
| *If Yes, has District Court assigned a Civil Action Number? | ● | ○ |

**Civil Action Number:** 24-1175, 24-1176 and 24-1180

*(continued on next page)*

**Notes:** See additional attorneys on 'Notice of Appeal'

*District Court Case No. 24-1178 already assigned

**This is an amended Transmittal form. Original form transmitted 10/22/2024.

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 10/23/2024         **by:** /s/ Kimberly Ross
_____
**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    24-62