UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**APPEAL TRANSMITTAL SHEET**

Case Number:  22-11068*              BK ● AP ○

If AP, related BK case number:

Title of Order Appealed: Findings of Fact, Conclusions of Law and Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganized of FTX Trading Ltd. and Its Debtor Affiliates

**Docket #:** 26404              **Date Entered:** 10/08/2024

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal ** | Docket #: 27034 | Date Filed: 10/21/2024 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ Cross Appeal | Docket #: | Date Filed: |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ Request for Certification of Direct Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

Layerzero Labs Ltd
Ari Litan
Skip & Goose LLC

**Appellee/Cross Appellee**

FTX Trading Ltd. et al

**Counsel for Appellant/Cross Appellant:**

Sameen Rizvi
1313 N Market St, 6th FL
Wilmington, DE 19801

**Counsel for Appellee/Cross Appellee:**

Adam G. Landis
919 N. Market St, Suite 1800
Wilmington, DE 19801

| | Yes | No |
|---|---|---|
| Filing fee paid? | ● | ○ |
| IFP application filed by applicant? | ○ | ● |
| Have additional appeals of the same order been filed? | ● | ○ |
| *If Yes, has District Court assigned a Civil Action Number? | ● | ○ |

Civil Action Number: 24-1175, 24-1176 and 24-1178

(continued on next page)

**Notes:** See additional attorneys on 'Notice of Appeal'

*District Court Case No. 24-1180 already assigned

**This is an amended Transmittal form. Original form transmitted 10/22/2024.

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 10/23/2024         **by:** /s/ Kimberly Ross
                                   _____
                                   **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:   24-63