**TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**

TO:   U.S. Bankruptcy Court for the District of Delaware ("Court")

AND TO:   FTX Trading Ltd., et al., ("Debtor")

Case No. 22-11068 (JTD) ("Case")

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Lantern FTX Holdings, L.L.C. |  |

Name and Address where notices to Transferee should be sent:

Lantern FTX Holdings, L.L.C.
9 West 57th Street
Suite 4920
New York, NY 10019
Attention: Jonathan Farnham
Email: j.farnham@benefitstreetpartners.com

Name and Address where notices to Transferor should be sent:

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| FTX Trading Ltd. June Amended Customer Claim Schedule F-5<br><br>Schedule No. 6366156 |  | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Lantern FTX Holdings, L.L.C.**

By: _____
Name:  Mike Frick

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

Annex B

TO:	U.S. Bankruptcy Court for the District of Delaware ("Court")

AND TO:	FTX Trading Ltd., et al., ("Debtor")

Case No. 22-11068 (JTD) ("Case")

XXXXXX ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Lantern FTX Holdings, L.L.C.,** on behalf of one or more investment funds, managed accounts, or other entities managed by it and/or its affiliates,

its successors and assigns ("Buyer"), 100% of all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on Debtor's schedules or against Debtor in the Court or any other court with jurisdiction over Debtor's Case, which claims are described more fully as follows (collectively, the "Claim"):

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| FTX Trading Ltd., Claim No. n/a<br><br>Schedule No. 6366156 | XXXXXX | 100% | FTX Trading Ltd. | 22-11068 |

Seller hereby waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim. Seller further acknowledges that this Evidence of Transfer may, upon execution of the Simple Assignment of Claim ("Assignment"), be filed by Buyer with the Court as evidence of the Assignment.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated October 18, 2024.

**Lantern FTX Holdings, L.L.C.**

By: _____
Name: Michael Frick
Title: Authorized Signer

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

# EXCERPT OF
FTX Trading Ltd. Amended Customer Claim Schedule

FTX Trading Ltd. Case 22-11068-JTD Doc 1784 Filed 06/27/23 Page 222 of 1698  22-11068 (JTD)
Amended Schedule F-5 Non-priority unsecured Customer Claims

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 00847986 | | ALGO-PERP[0], ETH-PERP[0], TRX[.000001], USD[1.13], USDT[70] | | |
| 00847988 | | ALGO-PERP[0], AMPL-PERP[0], APE-PERP[0], AR-PERP[0], ATLAS-PERP[0], ATOM-PERP[0], AVAX-PERP[0], BTC[.00000053], BTC-PERP[0], CELO-PERP[0], CRV-PERP[0], DODO-PERP[0], DOGE-PERP[0], ETH-PERP[0], ETHW[.017], FTT[25.05042246], GMT-PERP[0], LINA-PERP[0], LINK[.04076004], LINK-PERP[0], LTC[.00336541], NEAR[.04847725], NEAR-PERP[0], NFT (328061867196515541/FTX EU - we are here! #281151)[1], NFT (343988396206324240/FTX EU - we are here! #29136)[1], NFT (350101210082371499/FTX EU - we are here! #29238)[1], NFT (511714225270298327/FTX x VBS Diamond #42)[1], PAXG-PERP[0], RUNE-PERP[0], SOL[.00447683], SOL-PERP[0], TRX[.000783], TRX-PERP[0], USD[96.91], USDT[4892.33393953], WAVES-PERP[0], XTZ-PERP[0], ZEC-PERP[0], ZIL-PERP[0] | Yes | |
| 00847991 | Contingent | CEL[283.4109405], FTT[0.12364909], RUNE[225.613], SOL[93.26651131], SRM[263.73738414], SRM_LOCKED[5.51730236], TRX[.000003], USD[0.84], USDT[2.69318], WRX[1483.85] | | |
| 00847994 | Contingent | BOLSONARO2022[0], CEL[0], DOGEBEAR2021[0.00060033], DOGEBULL[0.00000020], ETHBULL[0.00000460], LTC[0.00070093], LUNA2[2.01153197], LUNA2_LOCKED[4.69357459], LUNC[48634.3215], REEF[0], SLP-PERP[0], SUSHIBULL[15.20243995], THETABEAR[4996675], THETABULL[0.00000011], USD[-2.25], USDT[0.04010908] | | |
| 00847995 | | COPE[450.6773], CRO[1199.16], MER[269.811], SXP[.0545], TRX[.000005], USD[1.97], USDT[0.00666499] | | |
| 00847996 | Contingent | APE-PERP[0], ATLAS-PERP[0], AVAX-PERP[0], BTC[0], BTC-MOVE-0226[0], BTC-PERP[0], CEL-PERP[0], CRV-PERP[0], DOGE[1.91299218], ETH[0.00000001], ETH-PERP[0], EUR[0.01], FTT[0.09525000], GMT-PERP[0], GST[.09981], GST-PERP[0], LOOKS-PERP[0], LTC[0.17809002], LUNA2[1.13711844], LUNA2_LOCKED[2.65327637], LUNC[.1099772], LUNC-PERP[0], MATIC-PERP[0], NEAR-PERP[0], SAND-PERP[0], SHIB[3090.56896917], SOL[0.00046788], SOL-PERP[0], TRX[.000051], USD[28.04], USDT[70.63574853], USTC-PERP[0], WBTC[0], YFII-PERP[0] | | |
| 00848002 | | ETH[0], FTT[0.00019975], GBP[0.08], SOL[0], USD[0.00], USDT[0] | | |
| 00848005 | | EUR[0.00], FIDA[.55293], MEDIA[.00912315], ROOK[0], USD[0.00], USDT[0] | | |
| 00848006 | | TRX[.000001], USDT[0] | | |
| 00848007 | Contingent | LUNA2[0.00000003], LUNA2_LOCKED[0.00000007], LUNC[.0069776], USD[0.00] | | |
| 00848008 | | AXS-PERP[0], BCH[-0.00014152], COMP[.00004451], CRV[.43029958], DYDX-PERP[0], EGLD-PERP[0], ETH[-0.00021207], ETH-PERP[0], ETHW[-0.00021075], FTT[25.04924507], FTT-PERP[0], NFT (317784113269483485/FTX EU - we are here! #259235)[1], NFT (368735156037437356/FTX EU - we are here! #259221)[1], NFT (547529413169923099/FTX EU - we are here! #259193)[1], NFT (553065465994711522/The Hill by FTX #18947)[1], SHIB-PERP[0], SLP-PERP[0], SRM[1.32177987], SRM_LOCKED[7.91822013], USD[0.54], USDT[8.60338803] | | |
| 00848011 | Contingent | AUD[0.00], BTC[0], DOGE-20210625[0], DOGE-PERP[0], ETH[.00000477], ETHW[0.00000476], FTT[0.15898322], PRISM[7.25310609], SOL[.00037253], SRM[.01549945], SRM_LOCKED[.07015202], SRM-PERP[0], TRX[0.17679732], USD[0.46], USDT[0.59416744], XRP[0.23700050] | | |
| 00848014 | | ALGOBULL[8461.3], BCHBULL[.9603692], BNBBULL[.00001178], BSVBULL[982.6], BULL[0.00000793], COMPBULL[9.997444], DEFIBULL[.09976], DOGEBULL[0.01477069], EOSBULL[9.67865], ETCBULL[0.00000434], ETH[.00093106], ETHBULL[0.00931045], ETHW[.00093106], GRTBULL[.098], KNCBULL[.9965219], LINKBULL[.00006586], LTCBULL[.19156], MATICBULL[.07757], OKBBULL[.009916], SXPBULL[9.738], THETABULL[.57824421], TRX[.000036], USD[0.00], USDT[0], XLMBULL[.00007888], XRPBULL[.041276] | | |
| 00848015 | | 0 | | |
| 00848018 | | TRX[.000002], USD[375.08], USDT[380.58962090] | | USD[354.29], USDT[356.956424] |
| 00848021 | | BAO[952.6], BAO-PERP[0], USD[28.97] | | |
| 00848023 | | BTC[.00110705], EUR[0.00], RUNE[3.17832977] | | |
| 00848024 | | BAO[1], USD[0.00] | | |
| 00848029 | | RAY-PERP[0], USD[0.01], USDT[0.00000288], XAUT[.00007648] | | |
| 00848031 | | USD[0.00] | | |
| 00848034 | | BAO[1], BNB[.00000001], DENT[1], ETH[0], FTT[0], USD[0.01], USDT[0] | | |
| 00848036 | | 1INCH-PERP[0], ADA-PERP[0], ALICE-PERP[0], ALT-PERP[0], AR-PERP[0], ATOM-20211231[0], ATOM-PERP[0], AVAX-PERP[0], AXS-PERP[0], BNB-PERP[0], BTC[.02051607], BTC-20211231[0], BTC-PERP[0], C98[.005], C98-PERP[0], CAKE-PERP[0], CLV-PERP[0], COMP-PERP[0], DENT-PERP[0], DOGE[1000], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], EDEN[50], ENJ-PERP[0], ETH-20211231[0], ETH-PERP[0], FIL-PERP[0], FTM-PERP[0], FTT[180.09525], FTT-PERP[0], HNT-PERP[0], ICP-PERP[0], KNC-PERP[0], LINA-PERP[0], LINK-PERP[0], LOOKS-PERP[0], LRC-PERP[0], LUNC-PERP[0], MANA-PERP[0], MID-PERP[0], MNGO-PERP[0], NEAR-PERP[0], ONE-PERP[0], PERP-PERP[0], RAY-PERP[0], REN-PERP[0], SAND-PERP[0], SHIB-PERP[0], SHIT-PERP[0], SOL-PERP[0], SRM-PERP[0], STEP-PERP[0], STORJ-PERP[0], SUSHI-PERP[0], THETA-PERP[0], TLM-PERP[0], TRX[.000028], USD[5752.85], USDT[1666.60320655], XRP-PERP[0], YFII-PERP[0], YFI-PERP[0] | | |
| **00848037** | | BTC[7.64532412], FTT[0.02393609], SOL[.00537156], USD[0.00], USDT[243077.51] | | |

Page 3