IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In Re: FTX Trading Ltd., et al.

|  |  |  |
|---|---|---|
| Seth Melamed, | ) | |
| Appellant, | ) | Civil Action No. 1:24-cv-01176-UNA |
| | ) | |
| v. | ) | |
| | ) | |
| FTX Trading Ltd., Official Committee of Unsecured Creditors, United States Trustee | ) ) ) | Bankruptcy Case No. 22-11068 (JTD) |
| | ) | Bankruptcy BAP No. 24-00061 |
| Appellee. | | |

## NOTICE OF DOCKETING

A Notice of Appeal of the following Order of the Bankruptcy Court dated 10/08/2024 was docketed in the District Court on 10/22/2024:

## FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER CONFIRMING THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF FTX TRADING LTD. AND ITS DEBTOR AFFILIATES

In accordance with the Standing Order of the Court dated July 19, 2023, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

                                                                              Randall Lohan
                                                                              Clerk of Court

Date: 10/22/2024
CC:    U.S. Bankruptcy Court
           Counsel via CM/ECF