## EXHIBIT B

**Esposito Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF ROB ESPOSITO IN SUPPORT OF**
**DEBTORS' ONE HUNDRED TWENTY-SIXTH (NON-SUBSTANTIVE) OMNIBUS**
**OBJECTION TO CERTAIN CLAIMS FILED AGAINST THE INCORRECT DEBTOR**

I, Rob Esposito, hereby declare under penalty of perjury:

1.      I am a Senior Director at Alvarez & Marsal North America, LLC

("A&M"), a restructuring advisory services firm specializing in interim management, crisis

management, turnaround consulting, operational due diligence, creditor advisory services and

financial and operation restructuring.

2.      I have more than 15 years of restructuring experience across various

industries, including broadcasting, oil & gas, manufacturing, pharma, transportation, automotive,

retail, telecommunications, and healthcare.

3.      Since joining A&M, I have been involved in numerous Chapter 11

restructurings, including Alpha Natural Resources, Sandridge Energy, Westmoreland Coal,

Endo International, Cumulus Media, Coach America, Cooper-Standard Automotive, Ascena

Retail and Exide Technologies.

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

4.      I submit this declaration (the "Declaration") in support of the *Debtors'*
*One Hundred Twenty-Sixth (Non-Substantive) Omnibus Objection to Certain Claims Filed*
*Against the Incorrect Debtor* (the "Objection").[2]  I am not being compensated separately for this
testimony other than through payments received by A&M as financial advisor retained by FTX
Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors").

5.      Except as otherwise indicated herein, all of the facts set forth in this
Declaration are based upon my personal knowledge, my review of relevant documents,
information provided to me by the Debtors' management, the Debtors and other Debtor
professionals, including the A&M team, involved in advising the Debtors in the above-captioned
case (the "Chapter 11 Case").  If called upon to testify, I could and would testify to the facts set
forth herein on that basis.  I am authorized to submit this Declaration on behalf of the Debtors.

6.      The Incorrect Debtor Claims subject to the Objection were reviewed and
analyzed in good faith using due diligence by appropriate personnel of the Debtors, A&M, and
the Claims Agent.  Indeed, the Debtors and their advisors have spent months reviewing and
analyzing proofs of claim and any supporting documentation filed against the Debtors.  These
efforts resulted in, among other things, identifying the Incorrect Debtor Claims set forth in
Schedule 1, Schedule 2 and Schedule 3 to Exhibit A of the Objection.

7.      Based on the Debtors' and their advisors' ongoing analysis and review, the
Debtors and their advisors have determined that each of the Incorrect Debtor Claims listed on
Schedule 1, Schedule 2 and Schedule 3 to the Order is a claim for which the claimant seeks
recovery of amounts for which the asserted Debtor has no record of liability in its books and

---

[2]      Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Objection.

records, and such claims should be filed in the estate of a different Debtor that is the subject of such claim.

8.      Accordingly, based upon my review of the Incorrect Debtor Claims subject to the Objection, I believe that revising the Incorrect Debtor Claims to the Modified Claims on the claims register is in the best interests of the Debtors, their estates and creditors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  October 23, 2024                          _/s/ Rob Esposito_____
                                                                          Rob Esposito
                                                                          Alvarez & Marsal North America, LLC
                                                                          Senior Director