# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Jonathan Ruvinov, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 18, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on (1) the Fee Application Service List attached hereto as **Exhibit A**, and (2) Godfrey & Kahn, S.C., Attention: Katherine Stadler, kstadler@gklaw.com:

- Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from September 1, 2024 through September 30, 2024 [Docket No. 26975]

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: October 21, 2024

                                                 */s/ Jonathan Ruvinov*
                                                  Jonathan Ruvinov

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 21, 2024, by Jonathan Ruvinov, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**<u>Exhibit A</u>**

Exhibit A
Fee Application Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| LANDIS RATH & COBB LLP | ATTENTION: ADAM G. LANDIS, KIMBERLY A. BROWN | LANDIS@LRCLAW.COM<br>BROWN@LRCLAW.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JON LIPSHIE, BENJAMIN A. HACKMAN, DAVID GERARDI | BENJAMIN.A.HACKMAN@USDOJ.GOV<br>DAVID.GERARDI@USDOJ.GOV<br>JON.LIPSHIE@USDOJ.GOV |
| PAUL HASTINGS | ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, EREZ E. GILAD, SAMANTHA MARTIN | GABESASSON@PAULHASTINGS.COM<br>KRIHANSEN@PAULHASTINGS.COM<br>KENPASQUALE@PAULHASTINGS.COM<br>EREZGILAD@PAULHASTINGS.COM<br>LUCDESPINS@PAULHASTINGS.COM<br>SAMANTHAMARTIN@PAULHASTINGS.COM |
| SULLIVAN & CROMWELL LLP | ATTN: ALEXA J. KRANZLEY | KRANZLEYA@SULLCROM.COM |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR. | MLUNN@YCST.COM<br>RPOPPITI@YCST.COM |