# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
FTX Trading Ltd.

**Case No.:**22−11068−JTD

**Chapter:**11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Date: 10/22/24
(VAN−440)

United States Bankruptcy Court
District of Delaware

In re:                                                                                  Case No. 22-11068-JTD
FTX Trading Ltd.                                                                         Chapter 11
Robert J. Cleary
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0311-1                          User: admin                                              Page 1 of 67
Date Rcvd: Oct 22, 2024                       Form ID: van440                                    Total Noticed: 10

The following symbols are used throughout this certificate:

**Symbol        Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
            regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2024:**

| Recip ID |   | Recipient Name and Address |
|---|---|---|
| aty | + | Adam G. Landis, Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801-3033 |
| aty |   | Alexa J. Kranzley, Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004-2498 |
| aty | + | Andrew G. Dietderich, Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004-2498 |
| aty | + | Brian D. Glueckstein, Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004-2498 |
| aty | + | David Gerardi, Office of the United States Trustee, One Newark Center, 1085 Raymond Boulevard, Suite 2100 Newark, NJ 07102-5218 |
| aty | + | Jonathan Lipshie, DOJ-Ust, 844 N. King Street, Ste 2207, Wilmington, DE 19801-3519 |
| aty | + | Kimberly A. Brown, Landis Rath & Cobb LLP, 919 N. Market Street, Suite 1800, PO Box 2087 Wilmington, DE 19899-2087 |
| aty | + | Linda Richenderfer, Office of the US Trustee, US Trustee's Office, 844 King Street, Suite 2207, Wilmington, DE 19801-3519 |
| aty | + | Matthew R Pierce, Landis Rath & Cobb LLP, P.O. Box 2087, 919 Market Street, Suite 1800, Wilmington, DE 19801-3033 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID |   | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | | |
| | | | Oct 22 2024 19:54:00 | Joseph James McMahon, Jr., United States Department of Justice, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox #35, Wilmington, DE 19801-3519 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19149115 | | Kihyuk Nam, #2404, Building 2, 107 Haedoji-ro, Yeonsu-gu, Incheon, 21997 |
| aty | * | Alexa J. Kranzley, Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004-2498 |
| aty | *+ | Andrew G. Dietderich, Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004-2498 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2024                       Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron R. Cahn | on behalf of Creditor Pi 1.0 LP cahn@clm.com  trivigno@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Aaron R. Cahn | on behalf of Creditor Pi-Crypto Ltd. cahn@clm.com  trivigno@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Aaron R. Cahn | on behalf of Creditor Cohen K Investments  Ltd. cahn@clm.com, trivigno@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Aaron S. Applebaum | on behalf of Creditor Maps Vault Limited aaron.applebaum@us.dlapiper.com carolyn.fox@us.dlapiper.com;DLAPiper@ecfxmail.com |
| Aaron S. Applebaum | on behalf of Interested Party Oxygen Vault Ltd. aaron.applebaum@us.dlapiper.com carolyn.fox@us.dlapiper.com;DLAPiper@ecfxmail.com |
| Aaron S. Applebaum | on behalf of Interested Party Maps Vault Ltd. aaron.applebaum@us.dlapiper.com carolyn.fox@us.dlapiper.com;DLAPiper@ecfxmail.com |
| Abigail Rushing Ryan | on behalf of Interested Party Texas State Securities Board aryan@naag.org |
| Abigail Rushing Ryan | on behalf of Interested Party Texas Dept. of Banking aryan@naag.org |
| Adam E. Ekbom | on behalf of Creditor Curio Financial Technology  Inc aekbom@joneswalden.com, jwdistribution@joneswalden.com |
| Adam G. Landis | on behalf of Debtor Blue Ridge Ltd landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Plaintiff Maclaurin Investments Ltd. landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Hannam Group Inc landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Ledger Holdings Inc. landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Debtor FTX Equity Record Holdings Ltd landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Mangrove Cay Ltd landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Verdant Canyon Capital LLC landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Blockfolio  Inc. landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Bancroft Way Ltd landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Debtor LedgerPrime Bitcoin Yield Enhancement Fund  LLC landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Good Luck Games  LLC landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |

Adam G. Landis

on behalf of Debtor Quoine India Pte Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Allston Way Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Euclid Way Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Pioneer Street Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Quoine Vietnam Co. Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor North Dimension Inc landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor LedgerPrime LLC landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Plaintiff West Realm Shires  Inc. landis@lrclaw.com,
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Hong Kong Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Cedar Bay Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor GG Trading Terminal Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Crypto Bahamas LLC landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX EMEA Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Lend Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Europe AG landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Hawaii Digital Assets Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Marketplace  Inc. landis@lrclaw.com,
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Cottonwood Technologies Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Clifton Bay Investments Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor LT Baskets Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Aus Pty Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

District/off: 0311-1

Date Rcvd: Oct 22, 2024

User: admin

Form ID: van440

Page 4 of 67

Total Noticed: 10

Adam G. Landis

on behalf of Debtor FTX (Gibraltar) Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Switzerland GmbH landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Deck Technologies Holdings LLC landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Innovatia Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Deep Creek Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Digital Holdings (Singapore) Pte Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Research Pte Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Atlantis Technology Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX TURKEY TEKNOLOJI VE TICARET ANONIM SIRKET landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Trading GmbH landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Research Holdings Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor LedgerPrime Bitcoin Yield Enhancement Master Fund LP landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Strategy Ark Collective Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor West Realm Shires Services Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor LedgerPrime Digital Asset Opportunities Fund  LLC landis@lrclaw.com,
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Global Services Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Ventures Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor West Realm Shires Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor DAAG Trading  DMCC landis@lrclaw.com,
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Deck Technologies Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Maclaurin Investments Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Japan Holdings K.K. landis@lrclaw.com
brown@lrclaw.com;hitchens@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda TR Systems S. de R. L. landis@lrclaw.com
brown@lrclaw.com;hitchens@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Plaintiff West Realm Shires Services  Inc. landis@lrclaw.com,
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor West Realm Shires Financial Services Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Killarney Lake Investments Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Zubr Exchange Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Cardinal Ventures Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Plaintiff FTX Trading Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda TR Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Island Bay Ventures Inc landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Digital Assets LLC landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Digital Custody Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor SNG INVESTMENTS YATIRIM VE DANISMANLIK ANONIM SIRKETI landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Interested Party FTX Trading Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Paper Bird Inc landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Products (Singapore) Pte Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Property Holdings Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Analisya Pte Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor North Dimension Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Trading Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Research Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor LedgerPrime Digital Asset Opportunities Master Fund LP landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Japan K.K. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Liquid Securities Singapore Pte Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Services Solutions Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor North Wireless Dimension Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX US Services  Inc. landis@lrclaw.com,
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Cedar Grove Technology Services  Ltd. landis@lrclaw.com,
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Technology Services Bahamas Limited landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX EU Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Crypto Services Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Canada Inc landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Zuma Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Quoine Pte Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Japan Services KK landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Hive Empire Trading Pty Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Research LLC landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Research Yankari Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Goodman Investments Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Hilltop Technology Services LLC landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Plaintiff Alameda Research Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Cottonwood Grove Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Research (Bahamas) Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor West Innovative Barista Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX US Trading  Inc. landis@lrclaw.com,
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Liquid Financial USA Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Research KK landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Global Compass Dynamics Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Western Concord Enterprises Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Clifton Bay Investments LLC landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Exchange FZE landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor LiquidEX LLC landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Certificates GmbH landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Structured Products AG landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Plaintiff Alameda Research LLC landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor LedgerPrime Ventures  LP landis@lrclaw.com,
brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam J. Goldberg

on behalf of Creditor Svalbard II Holdings Limited adam.goldberg@lw.com

Adam J. Goldberg

on behalf of Interested Party The Foreign Representatives of Three Arrows Capital  Ltd. (in liquidation) adam.goldberg@lw.com

Adam J. Goldberg

on behalf of Creditor Binance (Switzerland) AG adam.goldberg@lw.com

Adrien Herisse

pikrachou@gmail.com

Alex Case

on behalf of Creditor Commodity Futures Trading Commission acase@cftc.gov

Alexa J. Kranzley

on behalf of Debtor FTX Trading Ltd. kranzleya@sullcrom.com

Alexa J. Kranzley

on behalf of Interested Party FTX Trading Ltd. kranzleya@sullcrom.com

Alexa J. Kranzley

on behalf of Plaintiff West Realm Shires  Inc. kranzleya@sullcrom.com

Alexa J. Kranzley
    on behalf of Plaintiff West Realm Shires Services  Inc. kranzleya@sullcrom.com

Alexa J. Kranzley
    on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com kranzleya@sullcrom.com

Alexa J. Kranzley
    on behalf of Plaintiff Alameda Research Ltd. kranzleya@sullcrom.com

Alexa J. Kranzley
    on behalf of Plaintiff Alameda Research LLC kranzleya@sullcrom.com

Alexander R. Steiger
    on behalf of Defendant FTX Digital Markets Ltd steiger@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Alexander R. Steiger
    on behalf of Defendant Peter Greaves steiger@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Alexander R. Steiger
    on behalf of Defendant Brian C. Simms steiger@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Alexander R. Steiger
    on behalf of Defendant Kevin G. Cambridge steiger@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Alexis R. Gambale
    on behalf of Creditor Binance (Switzerland) AG agambale@pashmanstein.com  lsalcedo@pashmanstein.com

Alexis R. Gambale
    on behalf of Interested Party The Foreign Representatives of Three Arrows Capital  Ltd. (in liquidation)
agambale@pashmanstein.com, lsalcedo@pashmanstein.com

Amir A Isaiah
    on behalf of Creditor M&M Group of FTX Claimants isaiah@forthepeople.com  paitynnelson@forthepeople.com

Amir A Isaiah
    on behalf of Interested Party Morgan & Morgan Claimants isaiah@forthepeople.com  paitynnelson@forthepeople.com

Amish R. Doshi
    on behalf of Creditor Oracle America  Inc. amish@doshilegal.com

Amy Patterson
    on behalf of Interested Party Georgia Department of Banking and Finance apatterson@law.ga.gov

Andrew Behlmann
    on behalf of Creditor Liquidity Solutions Global Ltd. abehlmann@lowenstein.com

Andrew Richmond
    on behalf of Interested Party Litigation Oversight Committee of Celsius Network LLC  et al., and Moshin Y. Meghji, solely in his
capacity as the Litigation Administrator of Celsius Network LLC, et al. arichmond@pryorcashman.com

Andrew A. Jones
    on behalf of Creditor Ceratosaurus Investors  L.L.C. andrew@ajoneslaw.com

Andrew G. Dietderich
    on behalf of Interested Party FTX Trading Ltd. dietdericha@sullcrom.com

Andrew G. Dietderich
    on behalf of Defendant Kevin G. Cambridge dietdericha@sullcrom.com

Andrew G. Dietderich
    on behalf of Debtor FTX Trading Ltd. dietdericha@sullcrom.com

Andrew G. Dietderich
    on behalf of Plaintiff West Realm Shires Services  Inc. dietdericha@sullcrom.com

Andrew G. Dietderich
    on behalf of Interested Party Kevin G. Cambridge dietdericha@sullcrom.com

Andrew G. Dietderich
    on behalf of Defendant Peter Greaves dietdericha@sullcrom.com

Andrew G. Dietderich
    on behalf of Plaintiff Alameda Research LLC dietdericha@sullcrom.com

Andrew G. Dietderich
    on behalf of Plaintiff West Realm Shires  Inc. dietdericha@sullcrom.com

Andrew G. Dietderich
    on behalf of Interested Party Peter Greaves dietdericha@sullcrom.com

Andrew G. Dietderich
    on behalf of Interested Party Brian C. Simms dietdericha@sullcrom.com

Andrew G. Dietderich
    on behalf of Defendant Brian C. Simms dietdericha@sullcrom.com

Andrew G. Dietderich
    on behalf of Plaintiff Alameda Research Ltd. dietdericha@sullcrom.com

Andrew G. Dietderich
    on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com dietdericha@sullcrom.com

Andrew J. Entwistle
    on behalf of Plaintiff Nicholas Marshall aentwistle@entwistle-law.com efilings@entwistle-law.com

Andrew J. Entwistle
    on behalf of Plaintiff Cedric Kees van Putten aentwistle@entwistle-law.com efilings@entwistle-law.com

Andrew J. Entwistle
    on behalf of Plaintiff Hamad Dar aentwistle@entwistle-law.com efilings@entwistle-law.com

Andrew J. Entwistle
    on behalf of Plaintiff Austin Onusz aentwistle@entwistle-law.com efilings@entwistle-law.com

Andrew John Roth-Moore
    on behalf of Creditor Lightspeed Strategic Partners I L.P. and Lightspeed Opportunity Fund L.P. aroth-moore@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Andrew L. Brown
    on behalf of Defendant K5 GLOBAL TECHNOLOGY LLC abrown@potteranderson.com
    lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown
    on behalf of Defendant K5 GLOBAL GROWTH FUND II LP abrown@potteranderson.com
    lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown
    on behalf of Defendant SGN ALBANY LLC abrown@potteranderson.com
    lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown
    on behalf of Defendant MBK CAPITAL LP SERIES T abrown@potteranderson.com
    lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown
    on behalf of Defendant K5 GLOBAL HOLDINGS LLC abrown@potteranderson.com
    lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown
    on behalf of Defendant K5 Global Growth Co-Invest I GP LLC abrown@potteranderson.com
    lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown
    on behalf of Defendant MOUNT OLYMPUS CAPITAL LLC abrown@potteranderson.com
    lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown
    on behalf of Defendant K5 GLOBAL GROWTH FUND I GP LLC abrown@potteranderson.com
    lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown
    on behalf of Defendant K5 GLOBAL VENTURES LLC abrown@potteranderson.com
    lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown
    on behalf of Defendant K5X FUND I LP abrown@potteranderson.com
    lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown
    on behalf of Defendant BRYAN BAUM abrown@potteranderson.com
    lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown
    on behalf of Defendant K5X FUND I LLC abrown@potteranderson.com
    lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown
    on behalf of Defendant K5 GLOBAL GROWTH FUND II GP LLC abrown@potteranderson.com
    lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown
    on behalf of Defendant MICHAEL KIVES abrown@potteranderson.com
    lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown
    on behalf of Defendant MOUNT OLYMPUS CAPITAL LP abrown@potteranderson.com

lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Cole

on behalf of Interested Party Celsius Litigation Administrator acole@coleschotz.com
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com

Anh Nguyen

on behalf of Creditor Cloudflare Inc. anh.nguyen@lewisbrisbois.com

Ann M. Kashishian

on behalf of Interested Party Braden Leach ann.kashishian@lewisbrisbois.com

Ann M. Kashishian

on behalf of Interested Party Cavendish Labs Co. ann.kashishian@lewisbrisbois.com

Ann M. Kashishian

on behalf of Interested Party Gabriel Recchia ann.kashishian@lewisbrisbois.com

Anthony Fraser Teale

me@teale.af

Anthony M. Saccullo

on behalf of Creditor Celsius Network LLC ams@saccullolegal.com

Aram Ordubegian

on behalf of Interested Party BH Trading Ltd. Aram.Ordubegian@afslaw.com  nicholas.marten@arentfox.com

Aram Ordubegian

on behalf of Interested Party Grant Kim Aram.Ordubegian@afslaw.com  nicholas.marten@arentfox.com

Aram Ordubegian

on behalf of Interested Party Peter Kim Aram.Ordubegian@afslaw.com  nicholas.marten@arentfox.com

Ari David Kunofsky

on behalf of Creditor United States of America on behalf of the Internal Revenue Service ari.d.kunofsky@usdoj.gov
eastern.taxcivil@usdoj.gov

Benjamin Finestone

on behalf of Debtor FTX Trading Ltd. benjaminfinestone@quinnemanuel.com

Benjamin Finestone

on behalf of Defendant Brian C. Simms benjaminfinestone@quinnemanuel.com

Benjamin Finestone

on behalf of Defendant Kevin G. Cambridge benjaminfinestone@quinnemanuel.com

Benjamin Finestone

on behalf of Defendant Peter Greaves benjaminfinestone@quinnemanuel.com

Benjamin A. Hackman

on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com benjamin.a.hackman@usdoj.gov

Benjamin A. Hackman

on behalf of U.S. Trustee U.S. Trustee benjamin.a.hackman@usdoj.gov

Benjamin Joseph Steele

on behalf of Claims Agent Kroll Restructuring Administration LLC ecf@primeclerk.com

Benjamin Joseph Steele

on behalf of Other Prof. Kroll Restructuring Administration LLC ecf@primeclerk.com

Benjamin P. Chapple

on behalf of Creditor Liquidity Network Ltd bchapple@reedsmith.com

Benjamin P. Chapple

on behalf of Creditor Fondation Serendipity bchapple@reedsmith.com

Benjamin P. Chapple

on behalf of Creditor Serendipity Network Ltd. bchapple@reedsmith.com

Benjamin P. Chapple

on behalf of Creditor Fondation Elements bchapple@reedsmith.com

Bradley P. Lehman

on behalf of Interested Party The FTX MDL Customers BLehman@gsbblaw.com

Bradley P. Lehman

on behalf of Interested Party MDL FTX Customers BLehman@gsbblaw.com

Brandon Batzel

on behalf of Interested Party Brian C. Simms bbatzel@orrick.com  bbatzel@ecf.courtdrive.com

Brandon Batzel

on behalf of Interested Party Peter Greaves bbatzel@orrick.com  bbatzel@ecf.courtdrive.com

Brandon Batzel

on behalf of Interested Party Kevin G. Cambridge bbatzel@orrick.com  bbatzel@ecf.courtdrive.com

Brendan Joseph Schlauch

on behalf of Interested Party Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation) schlauch@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch

on behalf of Interested Party Kevin G. Cambridge schlauch@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch

on behalf of Defendant Brian C. Simms schlauch@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch

on behalf of Interested Party Brian C. Simms schlauch@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch

on behalf of Defendant FTX Digital Markets Ltd schlauch@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch

on behalf of Defendant Kevin G. Cambridge schlauch@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch

on behalf of Defendant Peter Greaves schlauch@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch

on behalf of Interested Party Peter Greaves schlauch@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brent R. Cohen

on behalf of Defendant Tana Lawler bcohen@lewisroca.com

Brent R. Cohen

on behalf of Defendant Adam Boryenace bcohen@lewisroca.com

Brett S. Theisen

on behalf of Creditor Dr. Marcel Lotscher btheisen@gibbonslaw.com

Brian Loughnane

on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com brian.loughnane@morganlewis.com

Brian D. Glueckstein

on behalf of Plaintiff Alameda Research LLC gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Defendant Peter Greaves gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Interested Party Peter Greaves gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Defendant Brian C. Simms gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Plaintiff FTX Trading Ltd. gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Interested Party Brian C. Simms gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Interested Party Kevin G. Cambridge gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Plaintiff West Realm Shires  Inc. gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Plaintiff Maclaurin Investments Ltd. gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Plaintiff West Realm Shires Services  Inc. gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Plaintiff Alameda Research Ltd. gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Debtor FTX Trading Ltd. gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Defendant Kevin G. Cambridge gluecksteinb@sullcrom.com

District/off: 0311-1
Date Rcvd: Oct 22, 2024

User: admin
Form ID: van440

Page 12 of 67
Total Noticed: 10

Brian D. Glueckstein
    on behalf of Interested Party FTX Trading Ltd. gluecksteinb@sullcrom.com

Brian Sandlow Rosen
    on behalf of Creditor Binance (Switzerland) AG brian.rosen@lw.com
    brian-rosen-8701@ecf.pacerpro.com;Christopher.tarrant@lw.com

Carly Everhardt
    on behalf of Defendant Alumni Ventures Group Embedded Trust carly.everhardt@klgates.com

Carly Everhardt
    on behalf of Defendant Alumni Ventures Group - Embedded Financial Technologies Trust A carly.everhardt@klgates.com

Catherine C Lyons
    on behalf of Interested Party Astronomer  Inc. clyons@wsgr.com

Christopher Viceconte
    on behalf of Creditor Martha Lambrianou cviceconte@gibbonslaw.com  dseward@gibbonslaw.com;nmitchell@gibbonslaw.com

Christopher Viceconte
    on behalf of Creditor Dr. Marcel Lotscher cviceconte@gibbonslaw.com  dseward@gibbonslaw.com;nmitchell@gibbonslaw.com

Christopher H Lee
    on behalf of Interested Party Morgan & Morgan Claimants clee@forthepeople.com

Christopher K.S. Wong
    on behalf of Interested Party Peter Kim christopher.wong@arentfox.com

Christopher K.S. Wong
    on behalf of Interested Party Grant Kim christopher.wong@arentfox.com

Christopher K.S. Wong
    on behalf of Interested Party BH Trading Ltd. christopher.wong@arentfox.com

Christopher M. Samis
    on behalf of Interested Party Kingdon Capital Ventures VII  LLC
    lhuber@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Christopher M. Samis
    on behalf of Interested Party Riva Ridge Capital Management LP
    lhuber@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Christopher Page Simon
    on behalf of Creditor Lantern FTX Holdings  L.L.C. csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon
    on behalf of Defendant GFC Global Founders Capital GMBH & Co. Beteiligungs KG Nr. 1 csimon@crosslaw.com
    smacdonald@crosslaw.com

Christopher Page Simon
    on behalf of Defendant GFC Global Founders Capital GMBH csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon
    on behalf of Defendant Rocket Internet Capital Partners (Euro) II SCS csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon
    on behalf of Defendant Rocket Internet Capital Partners II SCS csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon
    on behalf of Creditor Benefit Street Partners  L.L.C. csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher S. Sontchi
    on behalf of Mediator Hon. Christopher S. Sontchi (Ret) sontchi@sontchillc.com

Colin R. Robinson
    on behalf of Interested Party D1 Ventures crobinson@pszjlaw.com

Colleen Restel
    on behalf of Creditor Liquidity Solutions Global Ltd. crestel@lowenstein.com

Conor Barry Daly
    on behalf of Interested Party Commodity Futures Trading Commission cdaly@cftc.gov  ogcecf@cftc.gov

Craig Rasile
    on behalf of Creditor F9 Research Market Neutral Fund  LP crasile@winston.com

Daniel A. O'Brien
    on behalf of Interested Party Digital Augean  LLC daobrien@venable.com

Daniel A. O'Brien
    on behalf of Creditor Ad Hoc Committee of Customers and Creditors of FTX Trading Ltd. et al. daobrien@venable.com

Daniel A. O'Brien

on behalf of Interested Party OKC USA Holding Inc. daobrien@venable.com

Daniel A. O'Brien

on behalf of Interested Party Aux Cayes FinTech Co. Ltd. daobrien@venable.com

Daniel A. O'Brien

on behalf of Interested Party Okcoin USA  Inc. daobrien@venable.com

Daniel Alan Mason

on behalf of Defendant BCIP Venture Associates II  L.P. dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Correlation Ventures II  L.P. dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Samuel Jones dmason@paulweiss.com
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant YCC20  L.P. dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant BCIP Venture Associates II-B  L.P. dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant LGF II  L.P. dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Kamran Ansari dmason@paulweiss.com
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Warren Lowell Putnam & Brynn Jinnett Putnam  Tenants in Common dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Launchpad Capital Fund I LP dmason@paulweiss.com
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Acrew Capital Fund (A)  L.P. dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant TI Platform NLI Venture Limited II dmason@paulweiss.com
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Jonathan Christodoro dmason@paulweiss.com
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Liquid 2 Ventures Fund II  L.P. dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Acrew Capital MGP  LLC dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant BCV 2019-MD Primary  L.P. dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Fin VC Regatta I  LP dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Transpose Platform Fintech Fund II  L.P. dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Propel Venture Partners  LLC dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant The 2016 Karkal Family Trust dmason@paulweiss.com
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant TI Platform Fund II  LP dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Treasury Fund I  LP dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Embed Shareholder Defendants dmason@paulweiss.com
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Homebrew Ventures III  LP dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Y Combinator ES20  LLC dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Buckley Ventures GP  LLC dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Bain Capital Venture Fund 2019 LP dmason@paulweiss.com
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel Alan Mason

on behalf of Defendant Torch Capital II  LP dmason@paulweiss.com,
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel B. Besikof

on behalf of Interested Party Edward Hing Yun Lee dbesikof@lowenstein.com

Daniel B. Butz

on behalf of Interested Party Steadview Capital Mauritius Limited dbutz@mnat.com
rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Daniel Michael Pereira

on behalf of Creditor Nathaniel Parke dpereira@stradley.com

Daniel N. Brogan

on behalf of Interested Party Terraform Labs PTE Ltd. dbrogan@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

David Shim

on behalf of Liquidator Joint Provisional Liquidators of Emergent Fidelity Technologies Ltd david.shim@morganlewis.com

David Shim

on behalf of Interested Party Emergent Fidelity Technologies Ltd. david.shim@morganlewis.com

David Shim

on behalf of Debtor Emergent Fidelity Technologies Ltd. david.shim@morganlewis.com

David M. Klauder

on behalf of Interested Party Certain Preferred Equity Holders dklauder@bk-legal.com  DE17@ecfcbis.com

David M. Klauder

on behalf of Interested Party Nexxus Participation Vehicle III LLC dklauder@bk-legal.com  DE17@ecfcbis.com

David M. Klauder

on behalf of Interested Party Auros Tech Limited dklauder@bk-legal.com  DE17@ecfcbis.com

David M. Klauder

on behalf of Interested Party BetDEX Labs  Ltd. dklauder@bk-legal.com, DE17@ecfcbis.com

David M. Klauder

on behalf of Creditor Lavanda Sands  L.L.C. dklauder@bk-legal.com, DE17@ecfcbis.com

David M. Klauder

on behalf of Interested Party BetDEX Labs  Inc. dklauder@bk-legal.com, DE17@ecfcbis.com

David M. Klauder

on behalf of Creditor Fire Bouvardia  L.L.C. dklauder@bk-legal.com, DE17@ecfcbis.com

David M. Klauder

on behalf of Interested Party Lavanda Sands  L.L.C. dklauder@bk-legal.com, DE17@ecfcbis.com

David S Forsh

on behalf of Creditor David Edwards dforsh@raineslaw.com

David S Forsh

on behalf of Creditor Digital Eureka dforsh@raineslaw.com

David T Queroli

on behalf of Interested Party Kevin G. Cambridge Queroli@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

David T Queroli

on behalf of Interested Party Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation) Queroli@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

David T Queroli

on behalf of Defendant Brian C. Simms Queroli@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

David T Queroli

on behalf of Interested Party Brian C. Simms Queroli@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

David T Queroli

on behalf of Defendant FTX Digital Markets Ltd Queroli@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

David T Queroli

on behalf of Defendant Kevin G. Cambridge Queroli@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

David T Queroli

on behalf of Interested Party Peter Greaves Queroli@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

David T Queroli

on behalf of Defendant Peter Greaves Queroli@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

David V. Fontana

on behalf of Interested Party Brandon Williams dfont@gebsmith.com

David V. Fontana

on behalf of Defendant Brandon Williams dfont@gebsmith.com

Denise S Kraft

on behalf of Interested Party Amanda Houghton dkraft@hegh.law rmarshall@hegh.law

Dennis A. Meloro

on behalf of Interested Party DRQC LLC melorod@gtlaw.com bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Dennis A. Meloro

on behalf of Interested Party Escaleras de Esperanza LLC melorod@gtlaw.com bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Dennis A. Meloro

on behalf of Interested Party Pateno Payments Inc. melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Derek C. Abbott

on behalf of Interested Party BlockFi Inc. and affiliates dabbott@morrisnichols.com derek-abbott-1155@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com

Diego Benjamin Flores

on behalf of Creditor Coleman S. Maher dflores@sflaw.com

Domenic E. Pacitti

on behalf of Creditor Kariya Kayamori dpacitti@klehr.com

Dominick Gattuso

on behalf of Interested Party Amanda Houghton dgattuso@hegh.law rmarshall@hegh.law

Douglas Ellmann

on behalf of Creditor Liam Ellmann dse@ellmannlaw.com

Douglas Schneller

on behalf of Creditor StoneX Credit Trading Inc. douglas.schneller@rimonlaw.com

Douglas Schneller

on behalf of Creditor Charter Group Holdings LTD douglas.schneller@rimonlaw.com

Douglas Schneller

on behalf of Debtor FTX Trading Ltd. douglas.schneller@rimonlaw.com

Douglas Schneller

on behalf of Creditor Contrarian Funds LLC douglas.schneller@rimonlaw.com

Douglas Schneller

on behalf of Creditor Philip Bonello douglas.schneller@rimonlaw.com

Douglas D. Herrmann

on behalf of Creditor Daniel Friedberg wlbank@troutman.com Kristin.Wright@troutman.com,Monica.Molitor@troutman.com

Dov R. Kleiner
on behalf of Creditor 117 Partners LLC dkleiner@kkwc.com

Dov R. Kleiner
on behalf of Creditor Phoenix Digital LLC dkleiner@kkwc.com

Dov R. Kleiner
on behalf of Creditor 507 Investment Fund LLC dkleiner@kkwc.com

Dov R. Kleiner
on behalf of Creditor Arceau X  LLC dkleiner@kkwc.com

Dov R. Kleiner
on behalf of Creditor Gadze Finance Special Purpose Holdings dkleiner@kkwc.com

Dov R. Kleiner
on behalf of Creditor FTX Claims SPV LLC dkleiner@kkwc.com

Dov R. Kleiner
on behalf of Creditor Uluwatu Research LLC dkleiner@kkwc.com

Dov R. Kleiner
on behalf of Creditor Third Web Capital Management  LLC dkleiner@kkwc.com

Dov R. Kleiner
on behalf of Creditor Sameer Moolana dkleiner@kkwc.com

Dov R. Kleiner
on behalf of Creditor KB507 LLC dkleiner@kkwc.com

Dov R. Kleiner
on behalf of Creditor Oroboros FTX I LLC dkleiner@kkwc.com

Dov R. Kleiner
on behalf of Creditor Arceau 507 II LLC dkleiner@kkwc.com

Dov R. Kleiner
on behalf of Creditor Wireless Mouse I  LLC dkleiner@kkwc.com

Dov R. Kleiner
on behalf of Creditor 117 Partners Ltd dkleiner@kkwc.com

Edward A. Corma
on behalf of Creditor Sidar Sahin ecorma@pszjlaw.com

Edward J Leen
on behalf of Creditor Boston Patriot Arlington St LLC eleen@mkbllp.com

Edward J Leen
on behalf of Creditor Oaktree Opportunities Fund XI Holdings (Cayman)  L.P. eleen@mkbllp.com

Edward J Leen
on behalf of Creditor Oaktree Opps XI Holdco  Ltd. eleen@mkbllp.com

Edward J Leen
on behalf of Creditor Oaktree Phoenix Investment Fund  L.P. eleen@mkbllp.com

Edward J Leen
on behalf of Creditor Oaktree Opportunities Fund XI Holdings (Delaware)  L.P. eleen@mkbllp.com

Edward J Leen
on behalf of Creditor Oaktree Value Opportunities Fund Holdings  L.P. eleen@mkbllp.com

Edward J Leen
on behalf of Creditor Opps CY Holdings  LLC eleen@mkbllp.com

Edward J Leen
on behalf of Creditor Boway Holdings  LLC eleen@mkbllp.com

Edward J Leen
on behalf of Creditor Oaktree London Liquid Value Opportunities Fund (VOF)  L.P. eleen@mkbllp.com

Edward J Leen
on behalf of Creditor Oaktree-Copley Investments  LLC eleen@mkbllp.com

Elihu Ezekiel Allinson, III
on behalf of Creditor Claimant No. 65255 ZAllinson@SHA-LLC.com  ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elisabeth Michaelle Bruce
on behalf of Creditor United States of America on behalf of the Internal Revenue Service elisabeth.m.bruce@usdoj.gov eastern.taxcivil@usdoj.gov

Elizabeth (Xi) Wang

on behalf of Defendant TI Platform NLI Venture Limited II ewang@paulweiss.com
virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Torch Capital II  LP ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant YCC20  L.P. ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Buckley Ventures GP  LLC ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Acrew Capital MGP  LLC ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Transpose Platform Fintech Fund II  L.P. ewang@paulweiss.com,
virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant BCV 2019-MD Primary  L.P. ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Warren Lowell Putnam & Brynn Jinnett Putnam  Tenants in Common ewang@paulweiss.com,
virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Embed Shareholder Defendants ewang@paulweiss.com
virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Treasury Fund I  LP ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Acrew Capital Fund (A)  L.P. ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Kamran Ansari ewang@paulweiss.com  virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Homebrew Ventures III  LP ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Bain Capital Venture Fund 2019 LP ewang@paulweiss.com
virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Liquid 2 Ventures Fund II  L.P. ewang@paulweiss.com,
virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant BCIP Venture Associates II  L.P. ewang@paulweiss.com,
virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Correlation Ventures II  L.P. ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Y Combinator ES20  LLC ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant BCIP Venture Associates II-B  L.P. ewang@paulweiss.com,
virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant LGF II  L.P. ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Fin VC Regatta I  LP ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Samuel Jones ewang@paulweiss.com  virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant TI Platform Fund II  LP ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Propel Venture Partners  LLC ewang@paulweiss.com, virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Launchpad Capital Fund I LP ewang@paulweiss.com  virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant Jonathan Christodoro ewang@paulweiss.com  virobinson@paulweiss.com;lcanty@paulweiss.com

Elizabeth (Xi) Wang

on behalf of Defendant The 2016 Karkal Family Trust ewang@paulweiss.com
virobinson@paulweiss.com;lcanty@paulweiss.com

Epiq Corporate Restructuring, LLC

sgarabato@epiqglobal.com

Eric D. Schwartz

on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com eschwartz@mnat.com
rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com

Eric D. Schwartz

on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com eschwartz@mnat.com
rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com

Eric J. Monzo

on behalf of Defendant Lesley Burgess emonzo@morrisjames.com  ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo

on behalf of Defendant 3Twelve Ventures Ltd. emonzo@morrisjames.com  ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo

on behalf of Defendant Matthew Burgess emonzo@morrisjames.com  ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo

on behalf of Defendant BDK Consulting Ltd. emonzo@morrisjames.com  ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo

on behalf of Defendant Huy Xuan "Kevin" Nguyen emonzo@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo

on behalf of Defendant Michael Burgess emonzo@morrisjames.com  ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo

on behalf of Defendant Jing Yu "Darren" Wong emonzo@morrisjames.com  ddepta@morrisjames.com;slisko@morrisjames.com

Eric M. Sutty

on behalf of Creditor Miami-Dade County  Florida esutty@atllp.com, mmillis@atllp.com

Evelyn J. Meltzer

on behalf of Interested Party Paradigm Operations LP Evelyn.Meltzer@troutman.com
wlbank@troutman.com;Monica.Molitor@troutman.com

Felicia Brownell

on behalf of Interested Party Yumou Wei fbrownell@brownelllawgroup.com

Frank A. Merola

on behalf of Creditor Committee Official Committee of Unsecured Creditors frankmerola@paulhastings.com

Frederick Brian Rosner

on behalf of Interested Party Hain Capital Investors Master Fund  Ltd. rosner@teamrosner.com,
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner

on behalf of Interested Party Phala Ltd. rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor 507 Investment Fund LLC rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor Arceau 507 II LLC rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner

on behalf of Interested Party Nexxus Participation Vehicle III LLC rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Gabrielle Albert

on behalf of Creditor Island Air Capital and Paul F. Aranha galbert@kbkllp.com

Garvan F. McDaniel

on behalf of Creditor Curio Financial Technology  Inc gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Garvan F. McDaniel

on behalf of Creditor 101 Second Street  Inc. gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Gary D. Bressler

on behalf of Creditor Philadelphia Indemnity Insurance Company gbressler@mdmc-law.com  scarney@mdmc-law.com

Gaston P Loomis, II
on behalf of Creditor New Jersey Bureau of Securities gloomis@mdmc-law.com  scarney@mdmc-law.com

Gaston P Loomis, II
on behalf of Creditor Philadelphia Indemnity Insurance Company gloomis@mdmc-law.com  scarney@mdmc-law.com

George A Williams, III
on behalf of Plaintiff Alameda Research Ltd. williams@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;rogers@lrclaw.com;ford@lrclaw.com

George A Williams, III
on behalf of Plaintiff West Realm Shires Services  Inc. williams@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;rogers@lrclaw.com;ford@lrclaw.com

George A Williams, III
on behalf of Plaintiff FTX Trading Ltd. williams@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;rogers@lrclaw.com;ford@lrclaw.com

Gregory A. Taylor
on behalf of Creditor Mercedes-Benz Grand Prix Limited gtaylor@ashbygeddes.com
kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Gregory G. Hesse
on behalf of Interested Party HBK Master Fund L.P. ghesse@huntonak.com  crankin@huntonak.com;creeves@huntonak.com

Gregory L Arbogast
on behalf of Interested Party Lorem Ipsum UG  Patrick Gruhn, and Robin Matzke GArbogast@coleschotz.com

Gregory T. Donilon
on behalf of Defendant Barbara Fried gdonilon@mmwr.com  gregory-donilon-6537@ecf.pacerpro.com

Gregory T. Donilon
on behalf of Defendant Allan Joseph Bankman gdonilon@mmwr.com  gregory-donilon-6537@ecf.pacerpro.com

Gregory T. Donilon
on behalf of Defendant Sam Bankman-Fried gdonilon@mmwr.com  gregory-donilon-6537@ecf.pacerpro.com

Gregory T. Donilon
on behalf of Defendant Samuel Bankman-Fried gdonilon@mmwr.com  gregory-donilon-6537@ecf.pacerpro.com

Gregory T. Donilon
on behalf of Stockholder Samuel L. Bankman-Fried gdonilon@mmwr.com  gregory-donilon-6537@ecf.pacerpro.com

Heath D. Rosenblat
on behalf of Defendant 3Twelve Ventures Ltd. hrosenblat@morrisoncohen.com

Heath D. Rosenblat
on behalf of Defendant BDK Consulting Ltd. hrosenblat@morrisoncohen.com

Heath D. Rosenblat
on behalf of Defendant Matthew Burgess hrosenblat@morrisoncohen.com

Heath D. Rosenblat
on behalf of Defendant Patrick Gruhn hrosenblat@morrisoncohen.com

Heath D. Rosenblat
on behalf of Defendant Lorem Ipsum UG hrosenblat@morrisoncohen.com

Heath D. Rosenblat
on behalf of Defendant Jing Yu "Darren" Wong hrosenblat@morrisoncohen.com

Heath D. Rosenblat
on behalf of Interested Party Lorem Ipsum UG  Patrick Gruhn, and Robin Matzke hrosenblat@morrisoncohen.com

Heath D. Rosenblat
on behalf of Defendant Michael Burgess hrosenblat@morrisoncohen.com

Heath D. Rosenblat
on behalf of Defendant Robin Matzke hrosenblat@morrisoncohen.com

Heath D. Rosenblat
on behalf of Defendant Huy Xuan "Kevin" Nguyen hrosenblat@morrisoncohen.com

Heath D. Rosenblat
on behalf of Defendant Lesley Burgess hrosenblat@morrisoncohen.com

Hugh K. Murtagh
on behalf of Defendant MOUNT OLYMPUS CAPITAL LP hugh.murtagh@lw.com

Hugh K. Murtagh
on behalf of Defendant K5 GLOBAL VENTURES LLC hugh.murtagh@lw.com

Hugh K. Murtagh

District/off: 0311-1
Date Rcvd: Oct 22, 2024

User: admin
Form ID: van440

Page 20 of 67
Total Noticed: 10

on behalf of Defendant K5 GLOBAL GROWTH FUND I GP LLC hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant K5 Global Growth Co-Invest I GP LLC hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant MOUNT OLYMPUS CAPITAL LLC hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant K5 GLOBAL GROWTH FUND II LP hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant MICHAEL KIVES hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant BRYAN BAUM hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant K5 GLOBAL HOLDINGS LLC hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant MBK CAPITAL LP SERIES T hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant K5X FUND I LLC hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant K5 GLOBAL TECHNOLOGY LLC hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant K5X FUND I LP hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant K5 GLOBAL GROWTH FUND II GP LLC hugh.murtagh@lw.com

Ileana Cruz

on behalf of Creditor Miami-Dade County  Florida cao.bkc@miamidade.gov, icruz@whitecase.com;DReznik@whitecase.com

Ira S. Greene

on behalf of Interested Party Phala Ltd. ira.greene@lockelord.com
ronald.cappiello@hoganlovells.com;dckaufman@hhlaw.com;sagolden@hhlaw.com

Isaac Nesser

on behalf of Debtor FTX Trading Ltd. isaacnesser@quinnemanuel.com

Isaac Sasson

on behalf of Creditor Committee Official Committee of Unsecured Creditors isaacsasson@paulhastings.com

Isaac Sasson

on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com isaacsasson@paulhastings.com

Isaac Sasson

on behalf of Defendant Huy Xuan "Kevin" Nguyen isaacsasson@paulhastings.com

Isaac Sasson

on behalf of Interested Party Brian C. Simms isaacsasson@paulhastings.com

Isaac Sasson

on behalf of Defendant Brian C. Simms isaacsasson@paulhastings.com

Isaac Sasson

on behalf of Defendant Jing Yu "Darren" Wong isaacsasson@paulhastings.com

Isaac Sasson

on behalf of Defendant Lesley Burgess isaacsasson@paulhastings.com

Isaac Sasson

on behalf of Defendant Michael Burgess isaacsasson@paulhastings.com

Isaac Sasson

on behalf of Interested Party Kevin G. Cambridge isaacsasson@paulhastings.com

Isaac Sasson

on behalf of Interested Party Official Committee of Unsecured Creditors in the Chapter 11 Cases of FTX Trading Ltd. and Its
Affiliated Debtors isaacsasson@paulhastings.com

Isaac Sasson

on behalf of Defendant 3Twelve Ventures Ltd. isaacsasson@paulhastings.com

Isaac Sasson

on behalf of Defendant BDK Consulting Ltd. isaacsasson@paulhastings.com

Isaac Sasson

District/off: 0311-1                    User: admin                                   Page 21 of 67
Date Rcvd: Oct 22, 2024                 Form ID: van440                              Total Noticed: 10

on behalf of Defendant Matthew Burgess isaacsasson@paulhastings.com

Isaac Sasson

    on behalf of Interested Party Peter Greaves isaacsasson@paulhastings.com

Isaac Sasson

    on behalf of Defendant Kevin G. Cambridge isaacsasson@paulhastings.com

Isaac Sasson

    on behalf of Defendant Peter Greaves isaacsasson@paulhastings.com

Jacob M. Croke

    on behalf of Debtor FTX Trading Ltd. pierce@lrclaw.com crokej@sullcrom.com

James S. Carr

    on behalf of Creditor Seaport Loan Products LLC KDWBankruptcyDepartment@kelleydrye.com
MVicinanza@ecf.inforuptcy.com;bankcourt15@KelleyDrye.com

Jamie Lynne Edmonson

    on behalf of Creditor Island Air Capital and Paul F. Aranha jedmonson@rc.com lshaw@rc.com

Jamie Lynne Edmonson

    on behalf of Creditor North America League of Legends Championship Series LLC jedmonson@rc.com, lshaw@rc.com

Jane Kim

    on behalf of Creditor Island Air Capital and Paul F. Aranha jkim@kbkllp.com

Jane VanLare

    on behalf of Interested Party BitGo Trust Company Inc. jvanlare@cgsh.com, maofiling@cgsh.com

Jared W Kochenash

    on behalf of Intervenor Official Committee of Unsecured Creditors bankfilings@ycst.com

Jared W Kochenash

    on behalf of Creditor Committee Official Committee of Unsecured Creditors bankfilings@ycst.com

Jared W Kochenash

    on behalf of Defendant Michael Burgess bankfilings@ycst.com

Jared W Kochenash

    on behalf of Defendant Huy Xuan "Kevin" Nguyen bankfilings@ycst.com

Jared W Kochenash

    on behalf of Defendant Jing Yu "Darren" Wong bankfilings@ycst.com

Jared W Kochenash

    on behalf of Defendant 3Twelve Ventures Ltd. bankfilings@ycst.com

Jared W Kochenash

    on behalf of Defendant Lesley Burgess bankfilings@ycst.com

Jared W Kochenash

    on behalf of Defendant BDK Consulting Ltd. bankfilings@ycst.com

Jarret P. Hitchings

    on behalf of Creditor Outremont Smartbeta Master Fund LP jarret.hitchings@bclplaw.com deborah.field@bclplaw.com

Jasmine Ball

    on behalf of Interested Party Paradigm Operations LP jball@debevoise.com
mao-bk-ecf@debevoise.com;mduque@debevoise.com;bstadler@debevoise.com;slevinson@debevoise.com

Jason Daniel Angelo

    on behalf of Creditor Liquidity Network Ltd JAngelo@reedsmith.com glauer@reedsmith.com

Jason Daniel Angelo

    on behalf of Creditor Fondation Serendipity JAngelo@reedsmith.com glauer@reedsmith.com

Jason Daniel Angelo

    on behalf of Creditor Maps Vault Limited JAngelo@reedsmith.com glauer@reedsmith.com

Jason Daniel Angelo

    on behalf of Creditor Fondation Elements JAngelo@reedsmith.com glauer@reedsmith.com

Jason Daniel Angelo

    on behalf of Creditor Serendipity Network Ltd. JAngelo@reedsmith.com glauer@reedsmith.com

Jeffrey A. Dove

    on behalf of Creditor Acheron PTE. Ltd jdove@barclaydamon.com
avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey S. Sabin

    on behalf of Creditor Ad Hoc Committee of Customers and Creditors of FTX Trading Ltd. et al. JSSabin@Venable.com

Jeffrey S. Sabin

on behalf of Interested Party Digital Augean LLC JSSabin@Venable.com

Jennifer Rood

on behalf of Creditor VT Department of Financial Regulation jennifer.rood@vermont.gov

Jennifer R Sharret

on behalf of Interested Party FTI Consulting Inc. jsharret@kramerlevin.com corporate-reorg-1449@ecf.pacerpro.com

Jenny Kasen

on behalf of Creditor Blooming Triumph International Limited jkasen@kasenlaw.com

Jeremy William Ryan

on behalf of Defendant MICHAEL KIVES jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmcclskey@potteranderson.com;tmistretta@potteranderson.com

Jeremy William Ryan

on behalf of Defendant MBK CAPITAL LP SERIES T jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmcclskey@potteranderson.com;tmistretta@potteranderson.com

Jeremy William Ryan

on behalf of Defendant K5 GLOBAL GROWTH FUND II GP LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Jeremy William Ryan

on behalf of Defendant MOUNT OLYMPUS CAPITAL LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Jeremy William Ryan

on behalf of Defendant K5 GLOBAL GROWTH FUND II LP jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Jeremy William Ryan

on behalf of Defendant K5X FUND I LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Jeremy William Ryan

on behalf of Defendant SGN ALBANY LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Jeremy William Ryan

on behalf of Defendant MOUNT OLYMPUS CAPITAL LP jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Jeremy William Ryan

on behalf of Defendant K5 GLOBAL HOLDINGS LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Jeremy William Ryan

on behalf of Defendant K5 Global Growth Co-Invest I GP LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Jeremy William Ryan

on behalf of Defendant BRYAN BAUM jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Jeremy William Ryan

on behalf of Defendant K5X FUND I LP jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Jeremy William Ryan

on behalf of Defendant K5 GLOBAL GROWTH FUND I GP LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Jeremy William Ryan

on behalf of Defendant K5 GLOBAL VENTURES LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Jeremy William Ryan

on behalf of Defendant K5 GLOBAL TECHNOLOGY LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Jesse Van Marsbergen

jvm21@pm.me

Jessica Lauria

on behalf of Interested Party Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation)
jessica.lauria@whitecase.com jdisanti@whitecase.com;mco@whitecase.com

Jessica Lauria

on behalf of Interested Party Brian C. Simms jessica.lauria@whitecase.com jdisanti@whitecase.com;mco@whitecase.com

Jessica Lauria

on behalf of Interested Party Peter Greaves jessica.lauria@whitecase.com  jdisanti@whitecase.com;mco@whitecase.com

Jessica Lauria

on behalf of Interested Party Kevin G. Cambridge jessica.lauria@whitecase.com  jdisanti@whitecase.com;mco@whitecase.com

Jody C. Barillare

on behalf of Creditor Diameter Capital Partners LP jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Interested Party Yudu Pang jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Interested Party Emergent Fidelity Technologies Ltd. jody.barillare@morganlewis.com
lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Interested Party Hudson Bay Claim Fund LLC jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Attorney Morgan  Lewis & Bockius LLP jody.barillare@morganlewis.com, lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Creditor DCP Master Investments XIV LLC jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Liquidator Joint Provisional Liquidators of Emergent Fidelity Technologies Ltd jody.barillare@morganlewis.com
lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Creditor DCP Master Investments XV LLC jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Interested Party Safe Eagle Holding Limited jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Debtor Emergent Fidelity Technologies Ltd. jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

John Mallon

jmallonjnr@gmail.com

John Reding

on behalf of Attorney Illinois Department of Financial & Professional Regulation john.reding@ilag.gov

John Christopher Shore

on behalf of Interested Party Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation)
cshore@whitecase.com
caverch@whitecase.com;gsedlik@whitecase.com;mco@whitecase.com;rgorsich@whitecase.com;hannah.lee@whitecase.com

John Christopher Shore

on behalf of Interested Party Peter Greaves cshore@whitecase.com
caverch@whitecase.com;gsedlik@whitecase.com;mco@whitecase.com;rgorsich@whitecase.com;hannah.lee@whitecase.com

John Christopher Shore

on behalf of Interested Party Kevin G. Cambridge cshore@whitecase.com
caverch@whitecase.com;gsedlik@whitecase.com;mco@whitecase.com;rgorsich@whitecase.com;hannah.lee@whitecase.com

John Christopher Shore

on behalf of Interested Party Brian C. Simms cshore@whitecase.com
caverch@whitecase.com;gsedlik@whitecase.com;mco@whitecase.com;rgorsich@whitecase.com;hannah.lee@whitecase.com

John Daniel McLaughlin, Jr.

on behalf of Creditor Warren Winter jack@mclaughlincounsel.com
jack@mclaughlincounsel.com;mclaughlin.johnb111834@notify.bestcase.com;sfrizlen@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Defendant Zixiao Wang jack@mclaughlincounsel.com
jack@mclaughlincounsel.com;mclaughlin.johnb111834@notify.bestcase.com;sfrizlen@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Creditor Richard L. Brummond jack@mclaughlincounsel.com
jack@mclaughlincounsel.com;mclaughlin.johnb111834@notify.bestcase.com;sfrizlen@ciardilaw.com

John David Penn

on behalf of Interested Party Silvergate Bank jpenn@perkinscoie.com
docketdal@perkinscoie.com;john--penn-1853@ecf.pacerpro.com

John F. Iaffaldano

on behalf of Defendant Huy Xuan "Kevin" Nguyen jackiaffaldano@paulhastings.com
FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

John F. Iaffaldano

on behalf of Defendant BDK Consulting Ltd. jackiaffaldano@paulhastings.com
FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

John F. Iaffaldano
    on behalf of Defendant Matthew Burgess jackiaffaldano@paulhastings.com
    FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

John F. Iaffaldano
    on behalf of Defendant 3Twelve Ventures Ltd. jackiaffaldano@paulhastings.com
    FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

John F. Iaffaldano
    on behalf of Defendant Michael Burgess jackiaffaldano@paulhastings.com
    FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

John F. Iaffaldano
    on behalf of Defendant Lesley Burgess jackiaffaldano@paulhastings.com
    FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

John F. Iaffaldano
    on behalf of Creditor Committee Official Committee of Unsecured Creditors jackiaffaldano@paulhastings.com
    FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

John F. Iaffaldano
    on behalf of Defendant Jing Yu "Darren" Wong jackiaffaldano@paulhastings.com
    FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

John J. Monaghan
    on behalf of Liquidator Joint Liquidators of Three Arrows Capital  Ltd john.monaghan@hklaw.com

John W. Weiss
    on behalf of Creditor Russell Crumpler and Christopher Farmer in their capacities as the Joint Liquidators of Three Arrows
    Capital  Ltd jweiss@pashmanstein.com

John W. Weiss
    on behalf of Interested Party The Foreign Representatives of Three Arrows Capital  Ltd. (in liquidation)
    jweiss@pashmanstein.com

John W. Weiss
    on behalf of Creditor Binance (Switzerland) AG jweiss@pashmanstein.com

Jonathan Accelnorm
    accelnorm@gmail.com

Jonathan Lipshie
    on behalf of U.S. Trustee U.S. Trustee jon.lipshie@usdoj.gov

Jonathan Michael Weyand
    on behalf of Financial Advisor Rothschild & Co US Inc jweyand@morrisnichols.com
    rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com

Jonathan Michael Weyand
    on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com jweyand@morrisnichols.com
    rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com

Jonathan Michael Weyand
    on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com jweyand@morrisnichols.com
    rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com

Jonathan Michael Weyand
    on behalf of Attorney Morris  Nichols, Arsht & Tunnell LLP jweyand@morrisnichols.com,
    rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com

Jonathan Michael Weyand
    on behalf of Attorney Eversheds Sutherland (US) LLP jweyand@morrisnichols.com
    rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com

Jordan Sazant
    on behalf of Defendant LayerZero Labs Ltd. jsazant@proskauer.com  jordan-sazant-0995@ecf.pacerpro.com

Jordan Sazant
    on behalf of Defendant Ari Litan jsazant@proskauer.com  jordan-sazant-0995@ecf.pacerpro.com

Jordan Sazant
    on behalf of Defendant Skip & Goose LLC jsazant@proskauer.com  jordan-sazant-0995@ecf.pacerpro.com

Jordan A. Kroop
    on behalf of Interested Party The Moskowitz Law Firm jkroop@pszjlaw.com

Josef W. Mintz
    on behalf of Interested Party Fulcrum Distressed Partners Limited Josef.Mintz@blankrome.com
    ecf-fe4957a0ba6a@ecf.pacerpro.com

Joseph H. Huston, Jr.
    on behalf of Interested Party Weizheng Ye jhh@stevenslee.com

Joseph H. Huston, Jr.
                    on behalf of Defendant Wei Lin "Germaine" Tan jhh@stevenslee.com

Joseph H. Huston, Jr.
                    on behalf of Interested Party Nashon Loo Shun Liang jhh@stevenslee.com

Joseph H. Huston, Jr.
                    on behalf of Interested Party Sin Wei Tan jhh@stevenslee.com

Joseph H. Huston, Jr.
                    on behalf of Defendant Nashon Loo Shun Liang jhh@stevenslee.com

Joseph H. Huston, Jr.
                    on behalf of Defendant Weizheng Ye jhh@stevenslee.com

Joseph H. Huston, Jr.
                    on behalf of Defendant Sin Wei "Sean" Tan jhh@stevenslee.com

Joseph H. Huston, Jr.
                    on behalf of Interested Party Wei Lin Tan jhh@stevenslee.com

Joseph James McMahon, Jr.
                    on behalf of U.S. Trustee U.S. Trustee joseph.mcmahon@usdoj.gov

Joseph T. Moldovan, Esq.
                    on behalf of Defendant Robin Matzke bankruptcy@morrisoncohen.com

Joseph T. Moldovan, Esq.
                    on behalf of Defendant Lorem Ipsum UG bankruptcy@morrisoncohen.com

Joseph T. Moldovan, Esq.
                    on behalf of Defendant Patrick Gruhn bankruptcy@morrisoncohen.com

Joseph T. Moldovan, Esq.
                    on behalf of Interested Party Lorem Ipsum UG  Patrick Gruhn, and Robin Matzke jmoldovan@morrisoncohen.com

Joshua K. Porter
                    on behalf of Plaintiff Austin Onusz jporter@entwistle-law.com

Joshua K. Porter
                    on behalf of Plaintiff Nicholas Marshall jporter@entwistle-law.com

Joshua K. Porter
                    on behalf of Plaintiff Cedric Kees van Putten jporter@entwistle-law.com

Joshua K. Porter
                    on behalf of Plaintiff Hamad Dar jporter@entwistle-law.com

Joslyn R. Smith
                    on behalf of Creditor Starboard Digital Strategies js@lojrs.com

Juan E Martinez
                    on behalf of Creditor Jackson Garg jmartinez@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Juliet M. Sarkessian
                    on behalf of U.S. Trustee U.S. Trustee juliet.m.sarkessian@usdoj.gov

Justin R. Alberto
                    on behalf of Interested Party Litigation Oversight Committee of Celsius Network LLC  et al., and Moshin Y. Meghji, solely in his
                    capacity as the Litigation Administrator of Celsius Network LLC, et al. jalberto@coleschotz.com,
                    pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Justin R. Alberto
                    on behalf of Interested Party Celsius Litigation Administrator jalberto@coleschotz.com
                    pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Karen C. Bifferato
                    on behalf of Defendant Ethereal Tech Pte. Ltd kbifferato@connollygallagher.com

Karen C. Bifferato
                    on behalf of Defendant Burdy Technology Limited kbifferato@connollygallagher.com

Karen C. Bifferato
                    on behalf of Defendant Bybit Fintech Ltd. kbifferato@connollygallagher.com

Karen M. Grivner
                    on behalf of Creditor Georgian Partners  Inc. kgrivner@clarkhill.com, kwebster@clarkhill.com

Kate R. Buck
                    on behalf of Creditor Lightcone Infrastructure kbuck@mccarter.com

Kate R. Buck
                    on behalf of Creditor Lightcone Infrastructure  Inc. kbuck@mccarter.com

District/off: 0311-1
Date Rcvd: Oct 22, 2024

User: admin
Form ID: van440

Page 26 of 67
Total Noticed: 10

Kate R. Buck
on behalf of Creditor Center for Applied Rationality kbuck@mccarter.com

Kate R. Buck
on behalf of Defendant Center for Applied Rationality kbuck@mccarter.com

Kate R. Buck
on behalf of Defendant Lightcone Infrastructure  Inc. kbuck@mccarter.com

Kate R. Buck
on behalf of Defendant Lightcone Rose Garden LLC kbuck@mccarter.com

Kate R. Buck
on behalf of Creditor Lightcone Rose Garden LLC kbuck@mccarter.com

Kate R. Buck
on behalf of Interested Party Bidder #1 kbuck@mccarter.com

Katharina Earle
on behalf of Creditor Martha Lambrianou kearle@gibbonslaw.com  nmitchell@gibbonslaw.com

Katharina Earle
on behalf of Creditor Dr. Marcel Lotscher kearle@gibbonslaw.com  nmitchell@gibbonslaw.com

KatieLynn B Townsend
on behalf of Interested Party Bloomberg L.P. ktownsend@rcfp.org

KatieLynn B Townsend
on behalf of Interested Party Dow Jones & Company  Inc. ktownsend@rcfp.org

KatieLynn B Townsend
on behalf of Interested Party The New York Times Company ktownsend@rcfp.org

KatieLynn B Townsend
on behalf of Interested Party The Financial Times Ltd. ktownsend@rcfp.org

Kevin Gross
on behalf of Defendant Brian C. Simms gross@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Gross
on behalf of Defendant Peter Greaves gross@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Gross
on behalf of Interested Party Brian C. Simms gross@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Gross
on behalf of Defendant FTX Digital Markets Ltd gross@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Gross
on behalf of Defendant Kevin G. Cambridge gross@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Gross
on behalf of Interested Party Peter Greaves gross@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Gross
on behalf of Interested Party Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation) gross@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Gross
on behalf of Interested Party Kevin G. Cambridge gross@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Scott Mann
on behalf of Creditor Liquidity Solutions Global Ltd. kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann
on behalf of Creditor Play Magnus AS kmann@crosslaw.com  smacdonald@crosslaw.com

Kimberly A. Brown
on behalf of Debtor FTX Trading Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor DAAG Trading  DMCC brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor North Wireless Dimension Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Alameda Global Services Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Digital Custody Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Clifton Bay Investments Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Bancroft Way Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor LedgerPrime LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX Digital Holdings (Singapore) Pte Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX Crypto Services Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Cottonwood Technologies Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor GG Trading Terminal Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX Trading GmbH brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor West Realm Shires Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor West Realm Shires Financial Services Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Crypto Bahamas LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX Hong Kong Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Paper Bird Inc brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Analisya Pte Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Euclid Way Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX Products (Singapore) Pte Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor LedgerPrime Digital Asset Opportunities Master Fund LP brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Clifton Bay Investments LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX Certificates GmbH brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor Alameda Research Pte Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor FTX Japan Holdings K.K. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor Alameda Research Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor FTX EU Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor Cedar Grove Technology Services  Ltd. brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor FTX Lend Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor FTX Property Holdings Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor Goodman Investments Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Plaintiff Maclaurin Investments Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor FTX Japan Services KK brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor Deck Technologies Holdings LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor FTX Marketplace  Inc. brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor Quoine Vietnam Co. Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor FTX Equity Record Holdings Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor Ledger Holdings Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor Cedar Bay Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor Blue Ridge Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor Good Luck Games  LLC brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor FTX Ventures Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor Alameda Research KK brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor Quoine India Pte Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
       on behalf of Debtor Cardinal Ventures Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
       on behalf of Debtor Verdant Canyon Capital LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
       on behalf of Debtor Allston Way Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
       on behalf of Debtor Atlantis Technology Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
       on behalf of Debtor Alameda Aus Pty Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
       on behalf of Debtor FTX Switzerland GmbH brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
       on behalf of Debtor FTX Digital Assets LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
       on behalf of Debtor Hannam Group Inc brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
       on behalf of Debtor FTX Europe AG brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
       on behalf of Debtor Island Bay Ventures Inc brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
       on behalf of Plaintiff West Realm Shires  Inc. brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
       on behalf of Plaintiff West Realm Shires Services Inc. (d/b/a FTX.US) brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
       on behalf of Debtor West Realm Shires Services Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
       on behalf of Debtor FTX Structured Products AG brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
       on behalf of Plaintiff Clifton Bay Investments LLC f/k/a Alameda Research Ventures LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
       on behalf of Debtor Hawaii Digital Assets Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
       on behalf of Debtor FTX EMEA Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
       on behalf of Plaintiff FTX Trading Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
       on behalf of Debtor Alameda Research LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
       on behalf of Debtor Maclaurin Investments Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
       on behalf of Debtor FTX Exchange FZE brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor FTX US Trading  Inc. brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor Alameda Research Yankari Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor Alameda Research (Bahamas) Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor Deep Creek Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Plaintiff West Realm Shires Services  Inc. brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor Quoine Pte Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor Alameda TR Systems S. de R. L. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor FTX (Gibraltar) Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor FTX Japan K.K. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor Deck Technologies Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor Zubr Exchange Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor Hilltop Technology Services LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor FTX Canada Inc brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor FTX US Services  Inc. brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor Blockfolio  Inc. brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor Innovatia Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor LedgerPrime Digital Asset Opportunities Fund  LLC brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor FTX Services Solutions Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Interested Party FTX Trading Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Debtor Hive Empire Trading Pty Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown
        on behalf of Defendant FTX Trading Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

District/off: 0311-1                           User: admin                                Page 31 of 67
Date Rcvd: Oct 22, 2024                       Form ID: van440                           Total Noticed: 10

Kimberly A. Brown

on behalf of Debtor Alameda TR Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Alameda Research Holdings Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Plaintiff Alameda Research Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Cottonwood Grove Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Plaintiff Alameda Research Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Debtor North Dimension Inc brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kimberly A. Brown

on behalf of Plaintiff Alameda Research LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

Kurt F. Gwynne

on behalf of Creditor Serendipity Network Ltd. kgwynne@reedsmith.com
jmarcolini@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne

on behalf of Creditor Fondation Serendipity kgwynne@reedsmith.com
jmarcolini@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne

on behalf of Creditor Fondation Elements kgwynne@reedsmith.com
jmarcolini@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne

on behalf of Creditor Liquidity Network Ltd kgwynne@reedsmith.com
jmarcolini@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kyle P. McEvilly

on behalf of Creditor Dr. Marcel Lotscher kmcevilly@gibbonslaw.com

Laura Davis Jones

on behalf of Interested Party Lorem Ipsum UG  Patrick Gruhn, and Robin Matzke ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones

on behalf of Defendant Lorem Ipsum UG ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

on behalf of Defendant Patrick Gruhn ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

on behalf of Creditor Sidar Sahin ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

on behalf of Defendant Robin Matzke ljones@pszjlaw.com  efile1@pszjlaw.com

Laura L. McCloud

on behalf of Creditor TN Dept of Financial Institutions agbankdelaware@ag.tn.gov

Lawrence Raymond Thomas, III

on behalf of Interested Party Fulcrum Credit Partners LLC lorenzo.thomas@blankrome.com

Lawrence Raymond Thomas, III

on behalf of Interested Party Goldman Sachs Lending Partners LLC lorenzo.thomas@blankrome.com

Layla D Milligan

on behalf of Interested Party Texas Dept. of Banking layla.milligan@oag.texas.gov

Layla D Milligan

on behalf of Interested Party State of Texas layla.milligan@oag.texas.gov

Layla D Milligan

on behalf of Interested Party Texas State Securities Board layla.milligan@oag.texas.gov

Linda Richenderfer

on behalf of U.S. Trustee U.S. Trustee Linda.Richenderfer@usdoj.gov

Lisa Bonsall
                on behalf of Interested Party Bidder #1 lbonsall@mccarter.com

Lisa M. Schweitzer
                on behalf of Interested Party M 7 Holdings  LLC lschweitzer@cgsh.com, maofiling@cgsh.com

Louis Phillips
                on behalf of Creditor Word of God Fellowship  Inc. louis.phillips@kellyhart.com,
                june.alcantara-davis@kellyhart.com;amelia.hurt@kellyhart.com

Luc A. Despins
                on behalf of Creditor Committee Official Committee of Unsecured Creditors lucdespins@paulhastings.com

Luc A. Despins
                on behalf of Interested Party Official Committee of Unsecured Creditors in the Chapter 11 Cases of FTX Trading Ltd. and Its
                Affiliated Debtors lucdespins@paulhastings.com

Lucian Borders Murley
                on behalf of Defendant Kick the Hive LLC luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley
                on behalf of Defendant EM Fund I  a series of Chris Golda Investments, LP luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley
                on behalf of Defendant TriplePoint Venture Lending Fund  LLC luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley
                on behalf of Defendant Yaselleraph Finance Pty Ltd atf Yaselleraph Finance Trust luke.murley@saul.com
                robyn.warren@saul.com

Lucian Borders Murley
                on behalf of Defendant S20  a series of Chris Golda Investments, LP luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley
                on behalf of Defendant Jonathan Weiner luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley
                on behalf of Defendant Stuart Sopp luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley
                on behalf of Defendant Philippe Jabre luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley
                on behalf of Defendant SWS Holding Company  LLC luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley
                on behalf of Defendant TriplePoint Ventures 5 LLC luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley
                on behalf of Defendant Benjamin Londergan luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley
                on behalf of Defendant William Hockey Living Trust luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley
                on behalf of Defendant Fairchild Fund III  LLC luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley
                on behalf of Defendant Joe Percoco luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley
                on behalf of Defendant Motivate Ventures QP Fund I  LP luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley
                on behalf of Defendant Soma Capital Fund III Partners LLC SOMA Capital Fund  III, LP luke.murley@saul.com,
                robyn.warren@saul.com

Lucian Borders Murley
                on behalf of Defendant Adapt VC LLC luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley
                on behalf of Defendant TriplePoint Private Venture Credit Inc. luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley
                on behalf of Defendant Christopher Harper luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley
                on behalf of Defendant Clayton Gardner luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley
                on behalf of Creditor Equinix  Inc. luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Adam Boryenace luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Fund I  a series of 20VC, LP luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Motivate Ventures Motivate Ventures Fund I  LP luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Thomas G. Miglis Revocable Trust luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant GFC Global Founders Capital GMBH luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Silverstone Venture Investments Limited luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Embedfi June 2021  a Series of Party Round LLC luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant VentureSouq Capital SPC o/b/o VSQ SP 59 (YCS20) luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Brandon Mann luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Brent Johnson luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Michael Giles luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Paul Akhil luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Stanton Camp luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Harland Group LLC luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Joshua Allen Slate luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Fund 1  a Series of Not Boring Capital, LP luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Monique Saugstad luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Z Perret Trust luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Justin Lovero luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Aaron Frank luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant KV5 Pty Ltd a/t/f KV5 Trust luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant GFC Global Founders Capital GMBH & Co. Beteiligungs KG Nr. 1 luke.murley@saul.com
robyn.warren@saul.com

Lucian Borders Murley

on behalf of Interested Party FinTech HQ Inc. luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant PruVen Capital Partners Fund I  LP luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Dena Wever luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Craig Shindledecker luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant The Gardner 2008 Living Trust luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Stephen Harper luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Cathexis Subsidiaries GP  LLC, Cathexis Ventures LP luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Christopher Young luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant AAVCF3 LP luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Derek Clark luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Jonathan Duarte luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant David Meents luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant John Dwyer luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Tim Millar luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Lindsey Boerner luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Nishad Singh luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Kiara Baudoin luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Matthew Lyon luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Operator Partners  LLC luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Christian Nordby luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Rocket Internet Capital Partners II SCS luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant James Nichols luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant 9Yards Capital Investments II LP luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Tana Lawler luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Carol H. Duggan Revocable Living Trust luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Peter T. Lawler Living Trust luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Michael Ferrari luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Kerr Investment Holdings Pty Ltd atf The Kerr Family Trust luke.murley@saul.com
robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Mike McGee luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Rocket Internet Capital Partners (Euro) II SCS luke.murley@saul.com  robyn.warren@saul.com

Lynn W Holbert

on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com lynnholbert@eversheds-sutherland.us

Lynn W Holbert

on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com lynnholbert@eversheds-sutherland.us

M. Blake Cleary

on behalf of Defendant Skip & Goose LLC bcleary@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;kmccloskey@potteranderson.com;t
mistretta@potteranderson.com

District/off: 0311-1                     User: admin                              Page 35 of 67
Date Rcvd: Oct 22, 2024                  Form ID: van440                          Total Noticed: 10

M. Blake Cleary
> on behalf of Defendant LayerZero Labs Ltd. bcleary@potteranderson.com
> lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;kmccloskey@potteranderson.com;t
> mistretta@potteranderson.com

M. Blake Cleary
> on behalf of Defendant Ari Litan bcleary@potteranderson.com
> lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;kmccloskey@potteranderson.com;t
> mistretta@potteranderson.com

M. Blake Cleary
> on behalf of Interested Party LayerZero Labs Ltd  Ari Litan, and Skip & Goose LLC ("LayerZero Group")
> bcleary@potteranderson.com,
> lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;kmccloskey@potteranderson.com;t
> mistretta@potteranderson.com

Marc J. Phillips
> on behalf of Defendant Sam Bankman-Fried mphillips@mmwr.com  marc-phillips-8177@ecf.pacerpro.com

Marc J. Phillips
> on behalf of Defendant Allan Joseph Bankman mphillips@mmwr.com  marc-phillips-8177@ecf.pacerpro.com

Marc J. Phillips
> on behalf of Defendant Barbara Fried mphillips@mmwr.com  marc-phillips-8177@ecf.pacerpro.com

Marc J. Phillips
> on behalf of Defendant Samuel Bankman-Fried mphillips@mmwr.com  marc-phillips-8177@ecf.pacerpro.com

Maris J. Kandestin
> on behalf of Creditor Plan Administrator of the Voyager Wind-Down Debtor mkandestin@mwe.com
> dnorthrop@mwe.com;nrainey@mwe.com

Maris J. Kandestin
> on behalf of Interested Party Plan Administrator in Case No. 22-B-10943 (MEW) (U.S. Bankruptcy Court for the Southern
> District of New York) mkandestin@mwe.com  dnorthrop@mwe.com;nrainey@mwe.com

Maris J. Kandestin
> on behalf of Defendant Plan Administrator in Case No. 22-B-10943 (MEW) (U.S. Bankruptcy Court for the Southern District of
> New York) mkandestin@mwe.com  dnorthrop@mwe.com;nrainey@mwe.com

Mark Minuti
> on behalf of Creditor Tai Mo Shan Limited mark.minuti@saul.com  robyn.warren@saul.com

Mark Minuti
> on behalf of Defendant Time Research Ltd. mark.minuti@saul.com  robyn.warren@saul.com

Mark Minuti
> on behalf of Creditor Pyth Data Association mark.minuti@saul.com  robyn.warren@saul.com

Mark Minuti
> on behalf of Creditor TMSI SEZC Ltd. mark.minuti@saul.com  robyn.warren@saul.com

Mark L. Desgrosseilliers
> on behalf of Counter-Claimant Daniel Friedberg desgross@chipmanbrown.com
> fusco@chipmanbrown.com;dero@chipmanbrown.com

Mark L. Desgrosseilliers
> on behalf of Defendant Daniel Friedberg desgross@chipmanbrown.com  fusco@chipmanbrown.com;dero@chipmanbrown.com

Mark W. Hancock
> on behalf of Fee Examiner Fee Examiner Stadler mhancock@gklaw.com  kboucher@gklaw.com

Mark W. Hancock
> on behalf of Attorney Godfrey & Kahn  S.C. mhancock@gklaw.com, kboucher@gklaw.com

Marla S. Benedek
> on behalf of Creditor North Field Technology Ltd. mbenedek@cozen.com  marla-benedek-0597@ecf.pacerpro.com

Marshal J. Hoda
> on behalf of Creditor Warren Winter marshal@thehodalawfirm.com  marshal@ecf.courtdrive.com

Marshal J. Hoda
> on behalf of Creditor Acquisen LLC marshal@thehodalawfirm.com  marshal@ecf.courtdrive.com

Martin A. Sosland
> on behalf of Creditor Evolve Bank & Trust Martin.Sosland@butlersnow.com
> ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com,vj.barham@butlersnow.com

Martin B. White
> on behalf of Interested Party Commodity Futures Trading Commission mwhite@cftc.gov

Mary E. Augustine
> on behalf of Creditor Celsius Network LLC meg@saccullolegal.com

Mary F. Caloway

    on behalf of Attorney FTX MDL Co-Lead Counsel mcaloway@pszjlaw.com

Mary F. Caloway

    on behalf of Interested Party The Moskowitz Law Firm mcaloway@pszjlaw.com

Matthew Rifino

    on behalf of Creditor Center for Applied Rationality mrifino@mccarter.com  kmcdonnell@mccarter.com

Matthew B. Goeller

    on behalf of Defendant Alumni Ventures Group Embedded Trust matthew.goeller@klgates.com  alyssa.domorod@klgates.com

Matthew B. Goeller

    on behalf of Defendant Alumni Ventures Group - Embedded Financial Technologies Trust A matthew.goeller@klgates.com alyssa.domorod@klgates.com

Matthew B. Goeller

    on behalf of Interested Party Blockforce Capital Vesper DeFi Growth Fund matthew.goeller@klgates.com alyssa.domorod@klgates.com

Matthew B. Harvey

    on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com mharvey@mnat.com matt-harvey-8145@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Matthew B. Harvey

    on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com mharvey@morrisnichols.com matt-harvey-8145@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Matthew B. McGuire

    on behalf of Counter-Defendant FTX DIGITAL HOLDINGS (SINGAPORE) PTE LTD. mcguire@lrclaw.com rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Counter-Defendant VERDANT CANYON CAPITAL LLC mcguire@lrclaw.com rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Defendant FTX Property Holdings Ltd mcguire@lrclaw.com rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Plaintiff Alameda Research Ltd. mcguire@lrclaw.com rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Plaintiff West Realm Shires  Inc. mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Counter-Defendant LEDGER HOLDINGS INC. mcguire@lrclaw.com rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Defendant FTX Equity Record Holdings Ltd mcguire@lrclaw.com rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Defendant Blue Ridge Ltd mcguire@lrclaw.com rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Defendant LedgerPrime LLC mcguire@lrclaw.com rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Counter-Defendant ALAMEDA AUS PTY LTD. mcguire@lrclaw.com rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Counter-Defendant COTTONWOOD TECHNOLOGIES LTD. mcguire@lrclaw.com rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Counter-Defendant FTX VENTURES LTD. mcguire@lrclaw.com rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Defendant Cardinal Ventures Ltd mcguire@lrclaw.com rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Strategy Ark Collective Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Maclaurin Investments Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant GG TRADING TERMINAL LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant North Dimension Inc mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff West Realm Shires Inc mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant CARDINAL VENTURES LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX TURKEY TEKNOLOJI VE TICARET ANONIM SIRKET mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ZUBR EXCHANGE LTD.  mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Blockfolio  Inc. mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff Maclaurin Investments Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant West Realm Shires Services Inc. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant CRYPTO BAHAMAS LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX JAPAN K.K. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Innovatia Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Debtor FTX Trading Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant WESTERN CONCORD ENTERPRISES LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant West Innovative Barista Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX EU Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX HONG KONG LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX SERVICES SOLUTIONS LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Alameda Aus Pty Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Defendant Alameda Research LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Defendant Mangrove Cay Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Counter-Defendant KILLARNEY LAKE INVESTMENTS LTD mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Counter-Defendant FTX SWITZERLAND GMBH mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Defendant Good Luck Games  LLC mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Defendant Hive Empire Trading Pty Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Counter-Defendant HANNAM GROUP INC.  mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Counter-Defendant LEDGERPRIME BITCOIN YIELD ENHANCEMENT FUND  LLC, mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Counter-Defendant LEDGER PRIME LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Defendant Cedar Bay Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Counter-Defendant FTX DIGITAL ASSETS LLC  mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Counter-Defendant CLIFTON BAY INVESTMENTS LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Counter-Defendant ALAMEDA GLOBAL SERVICES LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Counter-Defendant FTX CRYPTO SERVICES LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Defendant Paper Bird Inc mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Defendant LedgerPrime Bitcoin Yield Enhancement Fund  LLC mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Counter-Defendant ALAMEDA RESEARCH KK mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Counter-Defendant FTX PRODUCTS (SINGAPORE) PTE LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Counter-Defendant FTX LEND INC. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Counter-Defendant GLOBAL COMPASS DYNAMICS LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Defendant Western Concord Enterprises Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant WEST REALM SHIRES SERVICES  INC. mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Liquid Securities Singapore Pte Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Hilltop Technology Services LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant LedgerPrime Digital Asset Opportunities Fund  LLC mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant West Realm Shires Inc. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant LedgerPrime Bitcoin Yield Enhancement Master Fund  LLC mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff Alameda Research LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant LedgerPrime Ventures  LP mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant LedgerPrime Digital Asset Opportunities Master Fund LP mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX (GIBRALTAR) LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant HILLTOP TECHNOLOGY SERVICES LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Canada Inc mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Certificates GmbH mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant WEST REALM SHIRES FINANCIAL SERVICES INC. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Crypto Services Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX EU LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX TRADING LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant DEEP CREEK LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Zubr Exchange Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant LEDGERPRIME VENTURES  LP mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Japan Holdings K.K. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant MANGROVE CAY LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant LEDGERPRIME BITCOIN YIELD ENHANCEMENT MASTER FUND LP
mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ANALISYA PTE LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA RESEARCH HOLDINGS INC. mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX JAPAN HOLDINGS K.K. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant HAWAII DIGITAL ASSETS INC. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Lend Inc. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant CLIFTON BAY INVESTMENTS LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Global Compass Dynamics Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Services Solutions Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant QUOINE VIETNAM CO. LTD mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant GOODMAN INVESTMENTS LTD. mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA RESEARCH YANKARI LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant NORTH DIMENSION INC. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Crypto Bahamas LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant WEST REALM SHIRES INC. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ATLANTIS TECHNOLOGY LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Cottonwood Technologies Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALLSTON WAY LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Digital Assets LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant QUOINE PTE LTD. mcguire@lrclaw.com

rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Alameda Research KK mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX JAPAN SERVICES KK  FTX mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant DECK TECHNOLOGIES HOLDINGS LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Technology Services Bahamas Limited mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX EQUITY RECORD HOLDINGS LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant INNOVATIA LTD mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Digital Holdings (Singapore) Pte Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant North Dimension Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Pioneer Street Inc. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Bancroft Way Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA RESEARCH LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant SNG INVESTMENTS YATIRIM VE DANISMANLIK ANONIM SIRKETI mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX US Services  Inc. mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant LT BASKETS LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Alameda Global Services Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff Alameda Research Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Clifton Bay Investments LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant West Realm Shires Services Inc. (d/b/a FTX.US) mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant LiquidEX LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff FTX Trading Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant STRATEGY ARK COLLECTIVE LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Switzerland GmbH mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA RESEARCH LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff Cottonwood Grove Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant DMCC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX EMEA Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant LIQUIDEX LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Ledger Holdings Inc. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff Alameda Research LTD mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff West Realm Shires Services Inc mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant West Realm Shires  Inc. mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Allston Way Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant HIVE EMPIRE TRADING PTY LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Island Bay Ventures Inc mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX (Gibraltar) Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA RESEARCH PTE LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant EUCLID WAY LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant LIQUID SECURITIES SINGAPORE PTE LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Products (Singapore) Pte Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant GG Trading Terminal Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant MACLAURIN INVESTMENTS LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA TR LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Trading Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant DAAG TRADING mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Killarney Lake Investments Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX EXCHANGE FZE mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Digital Custody Inc. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Quoine Vietnam Co. Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant Alameda Research LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Alameda Research Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant West Realm Shires Financial Services Inc. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ISLAND BAY VENTURES INC. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant CEDAR BAY LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant LEDGERPRIME DIGITAL ASSET OPPORTUNITIES MASTER FUND LP
mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Quoine India Pte Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant BLUE RIDGE LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Europe AG mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Alameda TR Systems S. de R. L. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX US TRADING  INC. mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Exchange FZE mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Structured Products AG mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant LT Baskets Ltd. mcguire@lrclaw.com

rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Defendant Alameda Research Yankari Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Counter-Defendant CEDAR GROVE TECHNOLOGY SERVICES  LTD. mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Counter-Defendant FTX US SERVICES  INC. mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Defendant Euclid Way Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Counter-Defendant FTX PROPERTY HOLDINGS LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Counter-Defendant FTX CANADA INC. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Counter-Defendant LIQUID FINANCIAL USA INC. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Counter-Defendant GOOD LUCK GAMES  LLC mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Defendant Alameda Research (Bahamas) Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Defendant Alameda Research Pte Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Defendant Clifton Bay Investments Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Defendant Alameda Research Holdings Inc. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Counter-Defendant FTX Trading Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Defendant Cedar Grove Technology Services  Ltd. mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Counter-Defendant LEDGERPRIME DIGITAL ASSET OPPORTUNITIES FUND  LLC mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Counter-Defendant FTX STRUCTURED PRODUCTS AG mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Defendant Quoine Pte Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Counter-Defendant FTX TRADING GMBH mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Counter-Defendant COTTONWOOD GROVE LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Defendant Cottonwood Grove Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Analisya Pte Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Hawaii Digital Assets Inc. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant PAPER BIRD INC. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant DECK TECHNOLOGIES INC. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant BANCROFT WAY LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant BLOCKFOLIO  INC. mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Goodman Investments Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Japan Services KK mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Deck Technologies Holdings LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX EUROPE AG  mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant DIGITAL CUSTODY INC. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant North Wireless Dimension Inc. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant TECHNOLOGY SERVICES BAHAMAS LIMITED mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Atlantis Technology Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Ventures Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff North Dimension Inc. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA RESEARCH (BAHAMAS) LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant NORTH WIRELESS DIMENSION INC. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant PIONEER STREET INC. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant DAAG Trading  DMCC mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA TR SYSTEMS S. DE R. L. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Hong Kong Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX US Trading  Inc. mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Deck Technologies Inc. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant NORTH DIMENSION LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX ZUMA LTD mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX EMEA LTD. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Hannam Group Inc mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Deep Creek Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Liquid Financial USA Inc. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Zuma Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Claims Agent Kroll Restructuring Administration LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX MARKETPLACE  INC. mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant QUOINE INDIA PTE LTD mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Marketplace  Inc. mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff Clifton Bay Investments LLC f/k/a Alameda Research Ventures LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Trading GmbH mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Alameda TR Ltd mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Verdant Canyon Capital LLC mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff West Realm Shires Services Inc. (d/b/a FTX.US) mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff West Realm Shires Services  Inc. mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX CERTIFICATES GMBH mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Defendant FTX Japan K.K. mcguire@lrclaw.com
    rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

    on behalf of Counter-Defendant WEST INNOVATIVE BARISTA LTD. mcguire@lrclaw.com
    rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew Barry Lunn

    on behalf of Interested Party Official Committee of Unsecured Creditors in the Chapter 11 Cases of FTX Trading Ltd. and Its
    Affiliated Debtors mlunn@ycst.com  bankfilings@ycst.com

Matthew Barry Lunn

    on behalf of Creditor Committee Official Committee of Unsecured Creditors mlunn@ycst.com  bankfilings@ycst.com

Matthew R Pierce

    on behalf of Counter-Defendant ALAMEDA RESEARCH HOLDINGS INC.  Pierce@lrclaw.com,
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

    on behalf of Debtor LedgerPrime Bitcoin Yield Enhancement Master Fund LP Pierce@lrclaw.com
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

    on behalf of Interested Party FTX Trading Ltd. Pierce@lrclaw.com
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

    on behalf of Counter-Defendant LEDGER HOLDINGS INC. Pierce@lrclaw.com
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

    on behalf of Counter-Defendant KILLARNEY LAKE INVESTMENTS LTD Pierce@lrclaw.com
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

    on behalf of Counter-Defendant WEST REALM SHIRES FINANCIAL SERVICES INC. Pierce@lrclaw.com
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

    on behalf of Debtor Island Bay Ventures Inc Pierce@lrclaw.com
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

    on behalf of Debtor Technology Services Bahamas Limited Pierce@lrclaw.com
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

    on behalf of Counter-Defendant LEDGERPRIME VENTURES  LP Pierce@lrclaw.com,
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

    on behalf of Plaintiff Maclaurin Investments Ltd. Pierce@lrclaw.com
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

    on behalf of Debtor West Realm Shires Financial Services Inc. Pierce@lrclaw.com
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

    on behalf of Counter-Defendant CRYPTO BAHAMAS LLC Pierce@lrclaw.com
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

    on behalf of Debtor FTX Trading GmbH Pierce@lrclaw.com
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

    on behalf of Counter-Defendant FTX EXCHANGE FZE Pierce@lrclaw.com
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

    on behalf of Debtor LedgerPrime LLC Pierce@lrclaw.com
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

    on behalf of Counter-Defendant FTX VENTURES LTD. Pierce@lrclaw.com
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

    on behalf of Debtor Western Concord Enterprises Ltd. Pierce@lrclaw.com
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
    on behalf of Counter-Defendant FTX HONG KONG LTD. Pierce@lrclaw.com
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
    on behalf of Debtor FTX US Services  Inc. Pierce@lrclaw.com,
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
    on behalf of Counter-Defendant FTX LEND INC. Pierce@lrclaw.com
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
    on behalf of Counter-Defendant BLOCKFOLIO  INC. Pierce@lrclaw.com,
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
    on behalf of Debtor LedgerPrime Ventures  LP Pierce@lrclaw.com,
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
    on behalf of Counter-Defendant NORTH DIMENSION INC. Pierce@lrclaw.com
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
    on behalf of Counter-Defendant ZUBR EXCHANGE LTD.  Pierce@lrclaw.com,
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
    on behalf of Counter-Defendant FTX SERVICES SOLUTIONS LTD. Pierce@lrclaw.com
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
    on behalf of Debtor LedgerPrime Bitcoin Yield Enhancement Fund  LLC Pierce@lrclaw.com,
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
    on behalf of Debtor West Realm Shires Services Inc. Pierce@lrclaw.com
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
    on behalf of Plaintiff Alameda Research LLC Pierce@lrclaw.com
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
    on behalf of Counter-Defendant FTX US TRADING  INC. Pierce@lrclaw.com,
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
    on behalf of Counter-Defendant LEDGER PRIME LLC Pierce@lrclaw.com
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
    on behalf of Counter-Defendant NORTH WIRELESS DIMENSION INC. Pierce@lrclaw.com
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
    on behalf of Debtor North Dimension Ltd Pierce@lrclaw.com
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
    on behalf of Counter-Defendant LIQUIDEX LLC Pierce@lrclaw.com
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
    on behalf of Counter-Defendant FTX TRADING LTD. Pierce@lrclaw.com
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
    on behalf of Counter-Defendant CLIFTON BAY INVESTMENTS LTD. Pierce@lrclaw.com
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
    on behalf of Debtor North Wireless Dimension Inc. Pierce@lrclaw.com
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
    on behalf of Debtor Verdant Canyon Capital LLC Pierce@lrclaw.com
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
    on behalf of Counter-Defendant LT BASKETS LTD. Pierce@lrclaw.com
    Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant BANCROFT WAY LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Plaintiff Alameda Research Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant WESTERN CONCORD ENTERPRISES LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Plaintiff Alameda Research LTD Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Debtor Hilltop Technology Services LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant FTX Trading Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant Alameda Research LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Plaintiff West Realm Shires Services  Inc. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant FTX TRADING GMBH Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Debtor Hannam Group Inc Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant VERDANT CANYON CAPITAL LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant TECHNOLOGY SERVICES BAHAMAS LIMITED Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant FTX EMEA LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant ALAMEDA RESEARCH YANKARI LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Debtor FTX Trading Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Debtor FTX Japan K.K. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Debtor Global Compass Dynamics Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant CARDINAL VENTURES LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant LEDGERPRIME BITCOIN YIELD ENHANCEMENT MASTER FUND LP Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Debtor North Dimension Inc Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant INNOVATIA LTD Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX CERTIFICATES GMBH Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant LEDGERPRIME DIGITAL ASSET OPPORTUNITIES MASTER FUND LP
Pierce@lrclaw.com  Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX EU Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Defendant Alameda Research LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor Alameda Research (Bahamas) Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Property Holdings Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX JAPAN HOLDINGS K.K. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff West Realm Shires Inc Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant MACLAURIN INVESTMENTS LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor LedgerPrime Digital Asset Opportunities Fund  LLC Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant WEST REALM SHIRES INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant PIONEER STREET INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Services Solutions Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant LIQUID SECURITIES SINGAPORE PTE LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor Liquid Securities Singapore Pte Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor Ledger Holdings Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant LIQUID FINANCIAL USA INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor Zubr Exchange Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant NORTH DIMENSION LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant HIVE EMPIRE TRADING PTY LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant QUOINE VIETNAM CO. LTD Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant GOODMAN INVESTMENTS LTD.  Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant PAPER BIRD INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Defendant West Realm Shires Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor Paper Bird Inc Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant BLUE RIDGE LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff West Realm Shires  Inc. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant LEDGERPRIME DIGITAL ASSET OPPORTUNITIES FUND  LLC Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant LEDGERPRIME BITCOIN YIELD ENHANCEMENT FUND  LLC, Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant QUOINE PTE LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant DEEP CREEK LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant CEDAR BAY LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant STRATEGY ARK COLLECTIVE LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant MANGROVE CAY LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor GG Trading Terminal Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX US Trading  Inc. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor Good Luck Games  LLC Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Ventures Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX EU LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ALAMEDA AUS PTY LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant HAWAII DIGITAL ASSETS INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ANALISYA PTE LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant CLIFTON BAY INVESTMENTS LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX SWITZERLAND GMBH Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant DIGITAL CUSTODY INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant West Realm Shires  Inc. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Defendant West Realm Shires Services Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff West Realm Shires Services Inc Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor Mangrove Cay Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ALAMEDA GLOBAL SERVICES LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant CEDAR GROVE TECHNOLOGY SERVICES  LTD. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant West Realm Shires Services Inc. (d/b/a FTX.US) Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant COTTONWOOD GROVE LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff FTX Trading Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX CRYPTO SERVICES LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX PRODUCTS (SINGAPORE) PTE LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor LedgerPrime Digital Asset Opportunities Master Fund LP Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor Killarney Lake Investments Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX DIGITAL ASSETS LLC  Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor Goodman Investments Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant GG TRADING TERMINAL LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor Quoine India Pte Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX EQUITY RECORD HOLDINGS LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant WEST REALM SHIRES SERVICES INC. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant DECK TECHNOLOGIES INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor Liquid Financial USA Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff Clifton Bay Investments LLC f/k/a Alameda Research Ventures LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant EUCLID WAY LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX CANADA INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Crypto Services Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX PROPERTY HOLDINGS LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ALAMEDA RESEARCH PTE LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ALAMEDA RESEARCH LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff Alameda Research Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX ZUMA LTD Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX MARKETPLACE INC. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant DMCC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant QUOINE INDIA PTE LTD Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor Innovatia Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant WEST INNOVATIVE BARISTA LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor Quoine Pte Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ALAMEDA RESEARCH (BAHAMAS) LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Debtor Pioneer Street Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ALAMEDA RESEARCH KK Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant FTX EUROPE AG  Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant DECK TECHNOLOGIES HOLDINGS LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant DAAG TRADING Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Defendant FTX Trading Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Debtor Strategy Ark Collective Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant FTX STRUCTURED PRODUCTS AG Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant COTTONWOOD TECHNOLOGIES LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant ATLANTIS TECHNOLOGY LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant FTX JAPAN K.K. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant HANNAM GROUP INC.  Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Debtor Quoine Vietnam Co. Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant FTX JAPAN SERVICES KK  FTX Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant FTX US SERVICES  INC. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Debtor FTX Zuma Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Defendant FTX Digital Markets Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Plaintiff North Dimension Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant ALLSTON WAY LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Debtor Maclaurin Investments Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Debtor West Innovative Barista Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Debtor FTX Structured Products AG Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant GLOBAL COMPASS DYNAMICS LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant FTX DIGITAL HOLDINGS (SINGAPORE) PTE LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant ISLAND BAY VENTURES INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant HILLTOP TECHNOLOGY SERVICES LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Plaintiff West Realm Shires Services Inc. (d/b/a FTX.US) Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant ALAMEDA TR LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant FTX (GIBRALTAR) LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Debtor LT Baskets Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant ALAMEDA TR SYSTEMS S. DE R. L. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Debtor West Realm Shires Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant GOOD LUCK GAMES  LLC Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Debtor Hive Empire Trading Pty Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant ALAMEDA RESEARCH LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Debtor Hawaii Digital Assets Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Debtor LiquidEX LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Matthew R Pierce
on behalf of Debtor FTX Switzerland GmbH Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Megan E. Hunt
on behalf of Defendant Alumni Ventures Group - Embedded Financial Technologies Trust A megan.hunt@klgates.com
kay.laplante@klgates.com

Megan E. Hunt
on behalf of Defendant Alumni Ventures Group Embedded Trust megan.hunt@klgates.com  kay.laplante@klgates.com

Melissa M. Hartlipp
on behalf of Interested Party Celsius Litigation Administrator MHartlipp@coleschotz.com
pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

Melissa M. Hartlipp
on behalf of Interested Party Litigation Oversight Committee of Celsius Network LLC  et al., and Moshin Y. Meghji, solely in his
capacity as the Litigation Administrator of Celsius Network LLC, et al. MHartlipp@coleschotz.com,
pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

Melissa M. Hartlipp
on behalf of Creditor Eden Protocol Limited MHartlipp@coleschotz.com
pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

Michael Klein
on behalf of Defendant Nishad Singh mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

District/off: 0311-1                        User: admin                        Page 56 of 67
Date Rcvd: Oct 22, 2024                     Form ID: van440                    Total Noticed: 10

Michael Mix
　　　　on behalf of Defendant Robin Matzke mmix@morrisoncohen.com

Michael Mix
　　　　on behalf of Interested Party Lorem Ipsum UG  Patrick Gruhn, and Robin Matzke mmix@morrisoncohen.com

Michael Mix
　　　　on behalf of Defendant Lorem Ipsum UG mmix@morrisoncohen.com

Michael Mix
　　　　on behalf of Defendant Patrick Gruhn mmix@morrisoncohen.com

Michael Morris
　　　　on behalf of Interested Party State of Wisconsin Dep't of Financial Institutions morrismd@doj.state.wi.us
　　　　radkeke@doj.state.wi.us

Michael David DeBaecke
　　　　on behalf of Attorney Ashby & Geddes  P.A. mdebaecke@ashbygeddes.com,
　　　　kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Michael David DeBaecke
　　　　on behalf of Examiner Robert J. Cleary mdebaecke@ashbygeddes.com
　　　　kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Michael G. Busenkell
　　　　on behalf of Interested Party BlockFi Inc. and affiliates mbusenkell@gsbblaw.com

Michael G. Busenkell
　　　　on behalf of Interested Party M 7 Holdings  LLC mbusenkell@gsbblaw.com

Michael G. Busenkell
　　　　on behalf of Creditor FC CAYMAN A  L.L.C. mbusenkell@gsbblaw.com

Michael J. Reiss
　　　　on behalf of Defendant K5 GLOBAL HOLDINGS LLC michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss
　　　　on behalf of Defendant MOUNT OLYMPUS CAPITAL LLC michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss
　　　　on behalf of Defendant MBK CAPITAL LP SERIES T michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss
　　　　on behalf of Defendant K5 GLOBAL GROWTH FUND I GP LLC michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss
　　　　on behalf of Defendant BRYAN BAUM michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss
　　　　on behalf of Defendant K5X FUND I LLC michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss
　　　　on behalf of Defendant SGN ALBANY LLC michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss
　　　　on behalf of Defendant K5 GLOBAL VENTURES LLC michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss
　　　　on behalf of Defendant K5 GLOBAL GROWTH FUND II GP LLC michael.reiss@lw.com
　　　　michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss
　　　　on behalf of Defendant K5X FUND I LP michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss
　　　　on behalf of Defendant K5 GLOBAL GROWTH FUND II LP michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss
　　　　on behalf of Defendant K5 GLOBAL TECHNOLOGY LLC michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss
　　　　on behalf of Defendant MICHAEL KIVES michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss
　　　　on behalf of Defendant K5 Global Growth Co-Invest I GP LLC michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss
　　　　on behalf of Defendant MOUNT OLYMPUS CAPITAL LP michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Small
　　　　on behalf of Creditor Mercedes-Benz Grand Prix Limited msmall@foley.com

Michael Joseph Joyce

on behalf of Creditor Ross Rheingans-Yoo mjoyce@mjlawoffices.com

Michael Vincent DiPietro

on behalf of Creditor Michael Lehrer mdipietro@polsinelli.com  lsuprum@polsinelli.com;delawaredocketing@polsinelli.com

Monique Bair DiSabatino

on behalf of Defendant Time Research Ltd. monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor TMSI SEZC Ltd. monique.disabatino@saul.com  robyn.warren@saul.com

Morris D. Weiss

on behalf of Interested Party Charles Mason morris.weiss@hklaw.com  annmarie.jezisek@hklaw.com

Morris D. Weiss

on behalf of Interested Party Peter Lau morris.weiss@hklaw.com  annmarie.jezisek@hklaw.com

Nicholas Alexander Pasalides

on behalf of Creditor Chainalysis Inc. npasalides@eckertseamans.com

Nicholas J. Brannick

on behalf of Interested Party The Caroline Dorothy Jones 2007 Trust brannickn@ballardspahr.com  friedmanm@ballardspahr.com

Nicholas J. Brannick

on behalf of Interested Party The Christine Louise Jones 2007 Trust brannickn@ballardspahr.com  friedmanm@ballardspahr.com

Nicholas J. Brannick

on behalf of Interested Party The John Paul Jones II 2007 Trust brannickn@ballardspahr.com  friedmanm@ballardspahr.com

Nicholas J. Brannick

on behalf of Interested Party The Dorothy Anne Jones 2007 Trust brannickn@ballardspahr.com  friedmanm@ballardspahr.com

Nicole A. Leonard

on behalf of Creditor New Jersey Bureau of Securities nleonard@mdmc-law.com

Norman L. Pernick

on behalf of Creditor Lightspeed Strategic Partners I L.P. and Lightspeed Opportunity Fund  L.P. npernick@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Paige Noelle Topper

on behalf of Defendant Time Research Ltd. paige.topper@saul.com  cassandra.joyner@saul.com

Paige Noelle Topper

on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com paige.topper@saul.com  cassandra.joyner@saul.com

Patrick J. Reilley

on behalf of Interested Party Litigation Oversight Committee of Celsius Network LLC  et al., and Moshin Y. Meghji, solely in his capacity as the Litigation Administrator of Celsius Network LLC, et al. preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Paul Haskel

on behalf of Creditor OPY Credit Corp. phaskel@crowell.com

Paul Haskel

on behalf of Creditor FXCL Acquisition LLC phaskel@crowell.com

Paul Haskel

on behalf of Creditor Lavanda Sands  L.L.C. phaskel@crowell.com

Paul Haskel

on behalf of Creditor Virgo Nightshade  L.L.C. phaskel@crowell.com

Paul Haskel

on behalf of Creditor Red River Digital Trading LLC phaskel@crowell.com

Paul Haskel

on behalf of Creditor Fire Bouvardia  L.L.C. phaskel@crowell.com

Paul Haskel

on behalf of Creditor Bluefin Energy  LLC phaskel@crowell.com

Paul Haskel

on behalf of Creditor Ceratosaurus Investors  L.L.C. phaskel@crowell.com

Paul N. Heath

on behalf of Interested Party Brian C. Simms heath@rlf.com  RBGroup@rlf.com

Paul N. Heath

on behalf of Interested Party Peter Greaves heath@rlf.com  RBGroup@rlf.com

Paul N. Heath

on behalf of Interested Party Kevin G. Cambridge heath@rlf.com  RBGroup@rlf.com

Paul N. Heath

 on behalf of Interested Party Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation) RBGroup@rlf.com

Peter A. Siddiqui

 on behalf of Creditor Pyth Data Association peter.siddiqui@katten.com

Peter C. Hughes

 on behalf of Creditor Leona Sammon phughes@dilworthlaw.com  mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

Peter C. Hughes

 on behalf of Creditor Dominic John Cubitt phughes@dilworthlaw.com  mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

Peter C. Hughes

 on behalf of Creditor ELD Capital LLC phughes@dilworthlaw.com  mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

Peter J Keane

 on behalf of Defendant Lorem Ipsum UG pkeane@pszjlaw.com

Peter J Keane

 on behalf of Defendant Patrick Gruhn pkeane@pszjlaw.com

Peter J Keane

 on behalf of Creditor Sheridan Investment Holdings LLC pkeane@pszjlaw.com

Peter J Keane

 on behalf of Defendant Robin Matzke pkeane@pszjlaw.com

Peter J Keane

 on behalf of Interested Party Lorem Ipsum UG  Patrick Gruhn, and Robin Matzke pkeane@pszjlaw.com

R. Stephen McNeill

 on behalf of Defendant Ari Litan rmcneill@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;r
mcneill@potteranderson.com

R. Stephen McNeill

 on behalf of Defendant LayerZero Labs Ltd. rmcneill@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;r
mcneill@potteranderson.com

R. Stephen McNeill

 on behalf of Defendant Skip & Goose LLC rmcneill@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;r
mcneill@potteranderson.com

R. Stephen McNeill

 on behalf of Interested Party LayerZero Labs Ltd  Ari Litan, and Skip & Goose LLC ("LayerZero Group")
rmcneill@potteranderson.com,
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;r
mcneill@potteranderson.com

Rafael Xavier Zahralddin-Aravena

 on behalf of Counter-Claimant Daniel Friedberg Rafael.Zahralddin@lewisbrisbois.com
rafael-zahralddin-4117@ecf.pacerpro.com.

Reagan Charleston Thomas

 on behalf of Creditor Yangjing Lin rthomas@awkolaw.com  hpenrose@awkolaw.com

Reliable Companies

 gmatthews@reliable-co.com

Ricardo Palacio, Esq

 on behalf of Plaintiff Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP rpalacio@ashbygeddes.com
kjones@ashbygeddes.com;DKosloske@ashbygeddes.com;adellose@ashbygeddes.com

Ricardo Palacio, Esq

 on behalf of Creditor Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP rpalacio@ashbygeddes.com
kjones@ashbygeddes.com;DKosloske@ashbygeddes.com;adellose@ashbygeddes.com

Ricardo Palacio, Esq

 on behalf of Interested Party BitGo Trust Company  Inc. rpalacio@ashbygeddes.com,
kjones@ashbygeddes.com;DKosloske@ashbygeddes.com;adellose@ashbygeddes.com

Richard Levy, Jr.

 on behalf of Interested Party Litigation Oversight Committee of Celsius Network LLC  et al., and Moshin Y. Meghji, solely in his
capacity as the Litigation Administrator of Celsius Network LLC, et al. rlevy@pryorcashman.com,
bankruptcydocketing@pryorcashman.com

Richard Michael Beck

 on behalf of Creditor Kariya Kayamori rbeck@klehr.com  lstanton@klehr.com

Richard S. Kanowitz
    on behalf of Interested Party BlockFi Inc and affiliates Richard.Kanowitz@haynesboone.com
    margaret.salvatore@haynesboone.com

Richard S. Kanowitz
    on behalf of Interested Party BlockFi Inc. and affiliates richard.kanowitz@haynesboone.com
    margaret.salvatore@haynesboone.com

Richard S. Kebrdle
    on behalf of Interested Party Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation)
    rkebrdle@whitecase.com  mco@whitecase.com

Robert Rock
    on behalf of Creditor New York State Department of Taxation and Finance robert.rock@ag.ny.gov

Robert F. Poppiti, Jr.
    on behalf of Interested Party Official Committee of Unsecured Creditors rpoppiti@ycst.com  bankfilings@ycst.com

Robert F. Poppiti, Jr.
    on behalf of Interested Party Official Committee of Unsecured Creditors in the Chapter 11 Cases of FTX Trading Ltd. and Its
    Affiliated Debtors rpoppiti@ycst.com  bankfilings@ycst.com

Robert F. Poppiti, Jr.
    on behalf of Creditor Committee Official Committee of Unsecured Creditors rpoppiti@ycst.com  bankfilings@ycst.com

Robert F. Poppiti, Jr.
    on behalf of Intervenor Official Committee of Unsecured Creditors rpoppiti@ycst.com  bankfilings@ycst.com

Robert J. Kriner, Jr
    on behalf of Plaintiff Austin Onusz rjk@chimicles.com

Robert J. Kriner, Jr
    on behalf of Interested Party Austin Onusz rjk@chimicles.com

Robert J. Kriner, Jr
    on behalf of Plaintiff Nicholas Marshall rjk@chimicles.com

Robert J. Kriner, Jr
    on behalf of Plaintiff Cedric Kees van Putten rjk@chimicles.com

Robert J. Kriner, Jr
    on behalf of Plaintiff Hamad Dar rjk@chimicles.com

Robert K. Malone
    on behalf of Creditor Dr. Marcel Lotscher rmalone@gibbonslaw.com  nmitchell@gibbonslaw.com

Robert N. Cappucci
    on behalf of Plaintiff Austin Onusz rcappucci@entwistle-law.com

Robert N. Cappucci
    on behalf of Plaintiff Nicholas Marshall rcappucci@entwistle-law.com

Robert N. Cappucci
    on behalf of Plaintiff Cedric Kees van Putten rcappucci@entwistle-law.com

Robert N. Cappucci
    on behalf of Plaintiff Hamad Dar rcappucci@entwistle-law.com

Robert T. Honeywell
    on behalf of Defendant Alumni Ventures Group Embedded Trust robert.honeywell@klgates.com

Robert T. Honeywell
    on behalf of Defendant Alumni Ventures Group - Embedded Financial Technologies Trust A robert.honeywell@klgates.com

Roma N Desai
    on behalf of Interested Party State of Texas roma.desai@oag.texas.gov

Roma N Desai
    on behalf of Interested Party Texas State Securities Board roma.desai@oag.texas.gov

Roma N Desai
    on behalf of Interested Party Texas Dept. of Banking roma.desai@oag.texas.gov

Ronald S. Beacher
    on behalf of Creditor DOIP II Luxembourg LLC rbeacher@pryorcashman.com  bankruptcydocketing@pryorcashman.com

Ronald S. Beacher
    on behalf of Creditor Bluefin Energy  LLC rbeacher@pryorcashman.com, bankruptcydocketing@pryorcashman.com

Ronald S. Beacher
    on behalf of Creditor SPCP Group  LLC rbeacher@pryorcashman.com, bankruptcydocketing@pryorcashman.com

Ronald S. Beacher

on behalf of Creditor Red River Digital Trading LLC rbeacher@pryorcashman.com bankruptcydocketing@pryorcashman.com

Ronald S. Beacher

on behalf of Creditor SPCP Institutional Group  LLC rbeacher@pryorcashman.com, bankruptcydocketing@pryorcashman.com

Ronald S. Beacher

on behalf of Creditor BC Racing LLC rbeacher@pryorcashman.com bankruptcydocketing@pryorcashman.com

Ronald S. Beacher

on behalf of Creditor SP Multi Claims Holdings  LLC rbeacher@pryorcashman.com, bankruptcydocketing@pryorcashman.com

Ronald S. Gellert

on behalf of Defendant Shengyun Huang rgellert@gsbblaw.com

Ronald S. Gellert

on behalf of Interested Party FTX Customers rgellert@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Leandro Cabo rgellert@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Julie Papadakis rgellert@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Alexander Chernyavsky rgellert@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Kyle Rupprecht rgellert@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Edwin Garrison rgellert@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Sunil Kavuri rgellert@gsbblaw.com

Ronald S. Gellert

on behalf of Interested Party MDL FTX Customers rgellert@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Warren Winter rgellert@gsbblaw.com

Ronald S. Gellert

on behalf of Interested Party The FTX MDL Customers rgellert@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Michael Livieratos rgellert@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Ryan Henderson rgellert@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Gregg Podalsky rgellert@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Chukwudozie Ezeokoli rgellert@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Michael Norris rgellert@gsbblaw.com

Ronald S. Gellert

on behalf of Plaintiff FTX Trading Ltd. rgellert@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Vijeth Shetty rgellert@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Vitor Vozza rgellert@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Brandon Orr rgellert@gsbblaw.com

Rongping Wu

on behalf of Interested Party Shupei Chen lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Ke Wang lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Yingkai Xu lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Ben Li lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
    on behalf of Interested Party Haici Gao lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
    on behalf of Interested Party Hongyuan Zhai lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
    on behalf of Interested Party DAG Holdings Limited lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
    on behalf of Interested Party Hongcheng Huang lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
    on behalf of Interested Party Jyunyu Chen lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
    on behalf of Interested Party Chris Curl Lee lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
    on behalf of Interested Party Weiyang Zhou lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
    on behalf of Interested Party Tianqi Huang lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
    on behalf of Interested Party Yan Tang lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
    on behalf of Interested Party Huayang Zhou lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
    on behalf of Interested Party Simin Jiang lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
    on behalf of Interested Party Wenchao Tan lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
    on behalf of Interested Party Lingling Li lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
    on behalf of Interested Party Jingkuan Hou lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
    on behalf of Interested Party Qilin Chen lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
    on behalf of Interested Party Siyuan Yan lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
    on behalf of Interested Party Lu Yu lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
    on behalf of Interested Party Xiao Li lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
    on behalf of Interested Party Yijian Feng lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Ryan Ernst
    on behalf of Interested Party Auros Tech Limited rernst@bk-legal.com

Sabrina L. Streusand
    on behalf of Creditor Cloudflare  Inc. streusand@slollp.com, prentice@slollp.com

Sal H. Lee
    on behalf of Plaintiff Cedric Kees van Putten slee@entwistle-law.com

Sal H. Lee
    on behalf of Plaintiff Nicholas Marshall slee@entwistle-law.com

Sal H. Lee
    on behalf of Plaintiff Austin Onusz slee@entwistle-law.com

Sal H. Lee
    on behalf of Plaintiff Hamad Dar slee@entwistle-law.com

Sally E. Veghte
    on behalf of Creditor Kariya Kayamori sveghte@klehr.com

Samantha Martin
    on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com samanthamartin@paulhastings.com

Samantha Martin
    on behalf of Creditor Committee Official Committee of Unsecured Creditors samanthamartin@paulhastings.com

Sameen Rizvi

on behalf of Defendant Skip & Goose LLC srizvi@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com

Sameen Rizvi

on behalf of Defendant LayerZero Labs Ltd. srizvi@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com

Sameen Rizvi

on behalf of Interested Party LayerZero Labs Ltd  Ari Litan, and Skip & Goose LLC ("LayerZero Group")
srizvi@potteranderson.com, lhuber@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com

Sameen Rizvi

on behalf of Defendant Ari Litan srizvi@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com

Schuyler G. Carroll

on behalf of Creditor Cedar Glade LP SCarroll@manatt.com

Scott D Jones

on behalf of Creditor Evolve Bank & Trust scott.jones@cousins-law.com  kmccloskey@bayardlaw.com

Scott D. Cousins

on behalf of Creditor Evolve Bank & Trust scott.cousins@lewisbrisbois.com

Scott J. Leonhardt

on behalf of Creditor Trup Recovery LLC scott.leonhardt@esbrook.com  scott.leonhardt@esbrook.com

Scott M Tucker

on behalf of Interested Party Cedric van Putten smt@chimicles.com

Scott M Tucker

on behalf of Plaintiff Austin Onusz smt@chimicles.com

Scott M Tucker

on behalf of Interested Party Austin Onusz smt@chimicles.com

Scott M Tucker

on behalf of Plaintiff Cedric Kees van Putten smt@chimicles.com

Scott M Tucker

on behalf of Interested Party Nicholas Marshall smt@chimicles.com

Scott M Tucker

on behalf of Interested Party Hamad Dar smt@chimicles.com

Scott M Tucker

on behalf of Interested Party Cedric Kees van Putten smt@chimicles.com

Scott M Tucker

on behalf of Plaintiff Nicholas Marshall smt@chimicles.com

Scott M Tucker

on behalf of Plaintiff Hamad Dar smt@chimicles.com

Seth B. Shapiro

on behalf of Interested Party United States seth.shapiro@usdoj.gov

Seth H. Lieberman

on behalf of Interested Party Litigation Oversight Committee of Celsius Network LLC  et al., and Moshin Y. Meghji, solely in his
capacity as the Litigation Administrator of Celsius Network LLC, et al. slieberman@pryorcashman.com,
bankruptcydocketing@pryorcashman.com

Shannon Dougherty Humiston

on behalf of Interested Party Noia Capital Sarl shumiston@mccarter.com

Shannon Dougherty Humiston

on behalf of Plaintiff Ahmed Abd-El-Razek shumiston@mccarter.com

Shannon Dougherty Humiston

on behalf of Creditor Seth Melamed shumiston@mccarter.com

Shannon Dougherty Humiston

on behalf of Plaintiff Sunil Kavuri shumiston@mccarter.com

Shannon Dougherty Humiston

on behalf of Plaintiff Pat Rabitte shumiston@mccarter.com

Shannon Dougherty Humiston

on behalf of Creditor Pat Rabbitte shumiston@mccarter.com

Shannon Dougherty Humiston

on behalf of Interested Party Sunil Kavuri shumiston@mccarter.com

Shannon Dougherty Humiston

on behalf of Interested Party Pat Rabbitte shumiston@mccarter.com

Shannon Dougherty Humiston

on behalf of Creditor Sunil Kavuri shumiston@mccarter.com

Shannon Dougherty Humiston

on behalf of Interested Party Ahmed Abd El-Razek shumiston@mccarter.com

Shawn M. Christianson

on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Silvia Robinson

on behalf of Creditor Mississippi Department of Revenue sylvie.robinson@dor.ms.gov

Simon E. Fraser

on behalf of Creditor North Field Technology Ltd. sfraser@cozen.com  simon-fraser-1269@ecf.pacerpro.com

Stanton C. McManus

on behalf of Interested Party United States stanton.c.mcmanus@usdoj.gov

Stephanie Sasarak

on behalf of Creditor United States of America on behalf of the Internal Revenue Service Stephanie.A.Sasarak@usdoj.gov

Stephanie M Eberhardt

on behalf of Interested Party State of Texas stephanie.eberhardt@oag.texas.gov

Stephanie M Eberhardt

on behalf of Interested Party Texas State Securities Board stephanie.eberhardt@oag.texas.gov

Stephanie M Eberhardt

on behalf of Interested Party Texas Dept. of Banking stephanie.eberhardt@oag.texas.gov

Stephen B Gerald

on behalf of Creditor James Investment Corporation Pty Ltd ATF James Superannuation Fund sgerald@whitefordlaw.com
trogers@whitefordlaw.com;clano@whitefordlaw.com

Stephen B Gerald

on behalf of Creditor Warwick Alan James sgerald@whitefordlaw.com  trogers@whitefordlaw.com;clano@whitefordlaw.com

Stephen B Gerald

on behalf of Creditor KINC Management Pty Limited sgerald@whitefordlaw.com
trogers@whitefordlaw.com;clano@whitefordlaw.com

Steven A. Ginther

on behalf of Creditor Missouri Department of Revenue Steve.Ginther@ag.iowa.gov

Steven C. Reingold

on behalf of Defendant Time Research Ltd. steven.reingold@saul.com  michele.urann@saul.com

Steven L. Caponi

on behalf of Defendant Alumni Ventures Group Embedded Trust steven.caponi@klgates.com  alyssa.domorod@klgates.com

Steven L. Caponi

on behalf of Defendant Alumni Ventures Group - Embedded Financial Technologies Trust A steven.caponi@klgates.com
alyssa.domorod@klgates.com

Steven L. Holley

on behalf of Plaintiff West Realm Shires Services  Inc. holleys@sullcrom.com

Steven L. Holley

on behalf of Plaintiff Maclaurin Investments Ltd. holleys@sullcrom.com

Steven L. Holley

on behalf of Plaintiff FTX Trading Ltd. holleys@sullcrom.com

Steven L. Holley

on behalf of Plaintiff West Realm Shires  Inc. holleys@sullcrom.com

Steven L. Holley

on behalf of Debtor FTX Trading Ltd. holleys@sullcrom.com

Steven L. Holley

on behalf of Plaintiff Alameda Research Ltd. holleys@sullcrom.com

Tara C Pakrouh

on behalf of Defendant BDK Consulting Ltd. tpakrouh@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;EHockenberger@morrisjames.com

Tara C Pakrouh

on behalf of Defendant Michael Burgess tpakrouh@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;EHockenberger@morrisjames.com

District/off: 0311-1                          User: admin                          Page 64 of 67
Date Rcvd: Oct 22, 2024                    Form ID: van440                     Total Noticed: 10

Tara C Pakrouh
on behalf of Defendant Jing Yu "Darren" Wong tpakrouh@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;EHockenberger@morrisjames.com

Tara C Pakrouh
on behalf of Defendant Lesley Burgess tpakrouh@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;EHockenberger@morrisjames.com

Tara C Pakrouh
on behalf of Defendant Matthew Burgess tpakrouh@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;EHockenberger@morrisjames.com

Tara C Pakrouh
on behalf of Defendant 3Twelve Ventures Ltd. tpakrouh@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;EHockenberger@morrisjames.com

Tara C Pakrouh
on behalf of Interested Party Avalanche (BVI)  Inc. tpakrouh@morrisjames.com,
ddepta@morrisjames.com;slisko@morrisjames.com;EHockenberger@morrisjames.com

Tara C Pakrouh
on behalf of Defendant Huy Xuan "Kevin" Nguyen tpakrouh@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;EHockenberger@morrisjames.com

Therese Anne Scheuer
on behalf of Interested Party U.S. Securities and Exchange Commission scheuert@sec.gov

Thomas A. Pitta
on behalf of Creditor Cadian Group Co. tpitta@emmetmarvin.com  pdelrio@emmetmarvin.com

Thomas D. Bielli
on behalf of Interested Party Auros Tech Limited tbielli@bk-legal.com

Thomas E Lauria
on behalf of Interested Party Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation)
tlauria@whitecase.com  mco@whitecase.com

Thomas Joseph Francella, Jr.
on behalf of Interested Party Grant Kim TFrancella@raineslaw.com
thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com

Thomas Joseph Francella, Jr.
on behalf of Interested Party BH Trading Ltd. TFrancella@raineslaw.com
thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com

Thomas Joseph Francella, Jr.
on behalf of Interested Party Pngme TFrancella@raineslaw.com
thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com

Thomas Joseph Francella, Jr.
on behalf of Interested Party Peter Kim TFrancella@raineslaw.com
thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com

Thomas S. Kessler
on behalf of Creditor Canyon ESG Master Fund  L.P. tkessler@cgsh.com, maofiling@cgsh.com

Thomas S. Kessler
on behalf of Creditor Canyon IC Credit Master Fund L.P. tkessler@cgsh.com  maofiling@cgsh.com

Thomas S. Kessler
on behalf of Creditor Canyon-ASP Fund  L.P. tkessler@cgsh.com, maofiling@cgsh.com

Thomas T Janover
on behalf of Creditor Contrarian Funds  LLC tjanover@kramerlevin.com

Thomas T Janover
on behalf of Creditor DCP Master Investments XVI LLC tjanover@kramerlevin.com

Thomas T Janover
on behalf of Creditor Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP tjanover@kramerlevin.com

Thomas T Janover
on behalf of Creditor DCP Master Investments XIV LLC tjanover@kramerlevin.com

Thomas T Janover
on behalf of Plaintiff Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP tjanover@kramerlevin.com

Thomas T Janover
on behalf of Creditor Oroboros FTX 1  LLC tjanover@kramerlevin.com

Thomas T Janover
on behalf of Creditor DCP Master Investments XV LLC tjanover@kramerlevin.com

Thomas T Janover

on behalf of Creditor Seaport Loan Products LLC tjanover@kramerlevin.com

Tori Lynn Remington

on behalf of Interested Party BlockFi Inc. and affiliates tori.remington@troutman.com
wlbank@troutman.com;Monica.Molitor@troutman.com

Tristan G Axelrod

on behalf of Interested Party BlockFi Inc. and affiliates taxelrod@brownrudnick.com

U.S. Trustee

USTPRegion03.WL.ECF@USDOJ.GOV

William A. Clareman

on behalf of Defendant Transpose Platform Fintech Fund II  L.P. wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant BCV 2019-MD Primary  L.P. wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant BCIP Venture Associates II  L.P. wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Homebrew Ventures III  LP wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Buckley Ventures GP  LLC wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Acrew Capital Fund  LP wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Buckley Ventures  LP wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Correlation Ventures II  L.P. wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Treasury Fund I  LP wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Propel Venture Partners US Fund I LP wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Transpose Platform o/b/o TI Platform Fund II wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant TI Platform Fund II  LP wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Fin VC Regatta I  LP wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant LGF II  L.P. wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant BCIP Venture Associates II-B  L.P. wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Launchpad Capital Fund I LP wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant TI Platform NLI Venture Limited II wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Jonathan Christodoro wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant The 2016 Karkal Family Trust wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Acrew Capital Fund (A)  L.P. wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Warren Lowell Putnam & Brynn Jinnett Putnam  Tenants in Common wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Torch Capital II  LP wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Embed Shareholder Defendants wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Liquid 2 Ventures Fund II  L.P. wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Kamran Ansari wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Samuel Jones wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Bain Capital Venture Fund 2019 LP wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Acrew Capital MGP  LLC wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Propel Venture Partners  LLC wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant YCC20  L.P. wclareman@paulweiss.com

William A. Clareman

on behalf of Defendant Y Combinator ES20  LLC wclareman@paulweiss.com

William B Larson, Jr

on behalf of Interested Party The Financial Times Ltd. wlarson@mgmlaw.com

William B Larson, Jr

on behalf of Interested Party The New York Times Company wlarson@mgmlaw.com

William B Larson, Jr

on behalf of Interested Party Bloomberg L.P. wlarson@mgmlaw.com

William B Larson, Jr

on behalf of Interested Party Dow Jones & Company  Inc. wlarson@mgmlaw.com

William D. Sullivan

on behalf of Creditor Claimant No. 65255 wdsecfnotices@sha-llc.com

William D. Sullivan

on behalf of Creditor Word of God Fellowship  Inc. wdsecfnotices@sha-llc.com

William E. Chipman, Jr.

on behalf of Interested Party Silvergate Bank chipman@chipmanbrown.com
fusco@chipmanbrown.com;dero@chipmanbrown.com

William K. Pao

on behalf of Defendant Bybit Fintech Ltd. efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

William K. Pao

on behalf of Defendant Burdy Technology Limited efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

William K. Pao

on behalf of Defendant Ethereal Tech Pte. Ltd efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

William Matthew Uptegrove

on behalf of Interested Party U.S. Securities and Exchange Commission uptegrovew@sec.gov

Yienie Peng

ypeng@faralloncapital.com

Zhao Liu

on behalf of Interested Party Xiao Li liu@teamrosner.com  wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Weiyang Zhou liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Shupei Chen liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Wenchao Tan liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Siyuan Yan liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Jyunyu Chen liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu
on behalf of Interested Party Lu Yu liu@teamrosner.com  wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu
on behalf of Interested Party DAG Holdings Limited liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu
on behalf of Interested Party Hongcheng Huang liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu
on behalf of Interested Party Yijian Feng liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu
on behalf of Interested Party Simin Jiang liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu
on behalf of Interested Party Lingling Li liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu
on behalf of Interested Party Hongyuan Zhai liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu
on behalf of Interested Party Ben Li liu@teamrosner.com  wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu
on behalf of Interested Party Chris Curl Lee liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu
on behalf of Interested Party Ke Wang liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu
on behalf of Interested Party Jingkuan Hou liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu
on behalf of Interested Party Huayang Zhou liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu
on behalf of Interested Party Yan Tang liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu
on behalf of Interested Party Haici Gao liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu
on behalf of Interested Party Tianqi Huang liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu
on behalf of Interested Party Yingkai Xu liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu
on behalf of Interested Party Qilin Chen liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

TOTAL: 1542