## United States Bankruptcy Court
### District of Delaware

In re: FTX Trading Ltd., *et al*.  
Administered)

Case No. 22-11068 (JTD) (Jointly

**PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claims referenced in this evidence and notice.

| **Boway Holdings, LLC** | REDACTED |
|---|---|
| Name of Transferee | **N**ame of Transferor |

Name and Address where notices to Transferee should be sent:

Boway Holdings, LLC  
1301 Avenue of the Americas, 34th Floor  
New York, NY 10019  
Attention: Colin McLafferty  
Email: cmclafferty@oaktreecapital.com

Name and Address where notices to Transferor should be sent: Address on file

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Clain No. 47478 | REDACTED | 67% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Boway Holdings, LLC**  
By:     Oaktree Fund GP, LLC  
Its:     Manager  
By:     Oaktree Fund GP I, L.P.  
Its:     Managing Member

By: _____ *Colin McLafferty* (DocuSigned)  
Name: Colin McLafferty  
Title: Vice President

By: _____ *Steve Tesoriere* (DocuSigned)  
Name: Steven Tesoriere  
Title: Managing Director

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

032-8161/7026004.6

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

032-8161/7026004.6