## EXHIBIT A

**Monthly Statement for the Fee Period**

(attached)



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Official Committee of Unsecured Creditors of FTX
Trading
C/O FTX Trading Ltd.

Attn: John J. Ray III/ Owl Hill Advisor, LLC

October 22, 2024

Please Refer to
Invoice Number: 2416642

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Case Administration – FTX Trading chapter 11 cases**
PH LLP Client/Matter # 51281-00002
Kris Hansen

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $364,007.75 |
| Costs incurred and advanced | 92,259.69 |
| **Current Fees and Costs Due** | **$456,267.44** |
| **Total Balance Due – Due Upon Receipt** | **$456,267.44** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Official Committee of Unsecured Creditors of FTX
Trading
C/O FTX Trading Ltd.

Attn: John J. Ray III/ Owl Hill Advisor, LLC

October 22, 2024

Please Refer to
Invoice Number: 2416642

PH LLP Tax ID No. 95-2209675

**REMITTANCE COPY**

**<u>Case Administration - FTX Trading chapter 11 cases</u>**
PH LLP Client/Matter # 51281-00002
Kris Hansen

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $364,007.75 |
| Costs incurred and advanced | 92,259.69 |
| **Current Fees and Costs Due** | **$456,267.44** |
| **Total Balance Due - Due Upon Receipt** | **$456,267.44** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| Official Committee of Unsecured Creditors of FTX Trading | October 22, 2024 |
|---|---|
| C/O FTX Trading Ltd. | Please Refer to<br>Invoice Number: 2416642 |
| Attn: John J. Ray III/ Owl Hill Advisor, LLC | PH LLP Tax ID No. 95-2209675 |

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2024

**Case Administration - FTX Trading chapter 11 cases**           **$364,007.75**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B110** | **Case Administration** | | | | |
| 09/03/2024 | ML30 | Monitor pending dockets in DE, SDNY, NY, DNJ (.7); review recent filings and update working group re same (.9); update case calendars re same (.3); correspond with L. Koch re case calendaring (.1) | 2.00 | 565.00 | 1,130.00 |
| 09/04/2024 | ML30 | Monitor pending dockets in DE, SDNY, NY, DNJ (.7); review recent filings and update working group re same (.7) | 1.40 | 565.00 | 791.00 |
| 09/05/2024 | ML30 | Monitor pending dockets in DE, SDNY, NY, DNJ (.7); review recent filings and update working group re same (.5) | 1.20 | 565.00 | 678.00 |
| 09/06/2024 | ML30 | Monitor pending dockets in DE, SDNY, NY, DNJ (.7); review recent filings and update working group re same (.8); update case calendars re same (.2) | 1.70 | 565.00 | 960.50 |
| 09/09/2024 | ML30 | Monitor pending dockets in DE, SDNY, NY, DNJ (.7); review recent filings and update working group re same (.8); update case calendars re same (.2) | 1.70 | 565.00 | 960.50 |

Official Committee of Unsecured Creditors of FTX Trading                                    Page 2
51281-00002
Invoice No. 2416642

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/10/2024 | ML30 | Monitor pending dockets in DE, SDNY, NY, DNJ (.7); review recent filings and update working group re same (1.2); update case calendars re same (.8) | 2.70 | 565.00 | 1,525.50 |
| 09/11/2024 | ML30 | Monitor pending dockets in DE, SDNY, NY, DNJ (.7); review recent filings and update working group re same (.7); update case calendars re same (.2); correspond with K. Pasquale re case calendaring (.1) | 1.70 | 565.00 | 960.50 |
| 09/12/2024 | ML30 | Monitor pending dockets in DE, SDNY, NY, DNJ (.7); review recent filings and update working group re same (.9); update case calendars re same (.1) | 1.70 | 565.00 | 960.50 |
| 09/13/2024 | ML30 | Monitor pending dockets in DE, SDNY, NY, DNJ (.7); review recent filings and update working group re same (1.5); update case calendars re same (.3) | 2.50 | 565.00 | 1,412.50 |
| 09/16/2024 | ML30 | Monitor pending dockets in DE, SDNY, NY, DNJ (.7); review recent filings and update working group re same (.6); update case calendars re same (.2) | 1.50 | 565.00 | 847.50 |
| 09/17/2024 | ML30 | Monitor pending dockets in DE, SDNY, NY, DNJ (.7); review recent filings and update working group re same (.5) | 1.20 | 565.00 | 678.00 |
| 09/18/2024 | ML30 | Monitor pending dockets in DE, SDNY, NY, DNJ (.7); review recent filings and update working group re same (.5) | 1.20 | 565.00 | 678.00 |
| 09/20/2024 | ML30 | Monitor pending dockets in DE, SDNY, NY, DNJ (.7); review recent filings and update working group re same (1.1); update case calendars re same (.2) | 2.00 | 565.00 | 1,130.00 |
| 09/24/2024 | ML30 | Monitor pending dockets in DE, SDNY, NY, DNJ (.7); review recent filings and update working group re same (1.1); update case calendars re same (.2) | 2.00 | 565.00 | 1,130.00 |
| 09/25/2024 | ML30 | Monitor pending dockets in DE, SDNY, NY, DNJ (.7); review recent filings and update working group re same (.5); update case calendars re same (.2) | 1.40 | 565.00 | 791.00 |

Official Committee of Unsecured Creditors of FTX Trading                                    Page 3
51281-00002
Invoice No. 2416642

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/26/2024 | ML30 | Monitor pending dockets in DE, SDNY, NY, DNJ (.7); review recent filings and update working group re same (.5) | 1.20 | 565.00 | 678.00 |
| 09/27/2024 | ML30 | Monitor pending dockets in DE, SDNY, NY, DNJ (.7); review recent filings and update working group re same (.5) | 1.20 | 565.00 | 678.00 |
| 09/30/2024 | ML30 | Monitor pending dockets in DE, SDNY, NY, DNJ (.7); review recent filings and update working group re same (1.2); update case calendars re same (.2) | 2.10 | 565.00 | 1,186.50 |
| | | **Subtotal: B110  Case Administration** | **30.40** | | **17,176.00** |

**B112    General Creditor Inquiries**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/11/2024 | LK19 | Review and revise UCC website FAQs (0.6); correspond with B. Hunt (Epiq) regarding same (0.2) | 0.80 | 985.00 | 788.00 |
| 09/13/2024 | IS6 | Call with creditor and K. Pasquale re claim and recovery issues | 0.50 | 1,550.00 | 775.00 |
| 09/13/2024 | KP17 | Call with creditor and I. Sasson re confirmation and recovery issues | 0.50 | 2,100.00 | 1,050.00 |
| 09/16/2024 | KP17 | Call with creditor re plan timetable | 0.50 | 2,100.00 | 1,050.00 |
| 09/18/2024 | KP17 | Call with creditor re plan confirmation issues | 0.50 | 2,100.00 | 1,050.00 |
| 09/19/2024 | KP17 | Call with creditor re plan distributions | 0.40 | 2,100.00 | 840.00 |
| 09/30/2024 | JI2 | Analyze claims issues and related authority (3.8); correspond with individual creditor re same (.5) | 4.30 | 1,295.00 | 5,568.50 |
| 09/30/2024 | KP17 | Emails with creditor re KYC issue | 0.20 | 2,100.00 | 420.00 |
| | | **Subtotal: B112  General Creditor Inquiries** | **7.70** | | **11,541.50** |

**B113    Case Analysis/Pleading Analysis**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/02/2024 | IS6 | Review recently filed pleadings regarding Kroll settlement | 0.30 | 1,550.00 | 465.00 |

Official Committee of Unsecured Creditors of FTX Trading                    Page 4
51281-00002
Invoice No. 2416642

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/03/2024 | LK19 | Review recently filed pleadings in Chapter 11 and adversary proceeding cases (0.8); summarize same for K. Pasquale, E. Gilad, and I. Sasson (0.3) | 1.10 | 985.00 | 1,083.50 |
| 09/04/2024 | IS6 | Review recently filed pleadings regarding Celsius lift stay | 0.40 | 1,550.00 | 620.00 |
| 09/04/2024 | LK19 | Review recently filed pleadings in Chapter 11 and adversary proceeding cases (0.5); summarize same for K. Pasquale, E. Gilad, and I. Sasson (0.2) | 0.70 | 985.00 | 689.50 |
| 09/05/2024 | LM20 | Review and summarize recently filed case pleadings | 0.30 | 985.00 | 295.50 |
| 09/06/2024 | KC27 | Review and prepare summaries of recent case filings | 0.60 | 1,185.00 | 711.00 |
| 09/09/2024 | KC27 | Review and prepare summaries of recent case filings | 0.80 | 1,185.00 | 948.00 |
| 09/10/2024 | JI2 | Review summaries of recently filed pleadings | 0.50 | 1,295.00 | 647.50 |
| 09/10/2024 | KC27 | Review and prepare summaries of recent case filings | 1.10 | 1,185.00 | 1,303.50 |
| 09/11/2024 | LM20 | Review and prepare summaries of recent case filings | 0.70 | 985.00 | 689.50 |
| 09/13/2024 | LK19 | Analyze recent filings in chapter 11 and adversary cases (0.7); summarize same for K. Pasquale, K. Hansen, and I. Sasson (0.3) | 1.00 | 985.00 | 985.00 |
| 09/17/2024 | KC27 | Review and prepare summaries of recent case filings | 0.30 | 1,185.00 | 355.50 |
| 09/17/2024 | LK19 | Analyze recent filings in chapter 11 and adversary cases (0.7); summarize same for K. Pasquale, K. Hansen, and I. Sasson (0.3) | 1.00 | 985.00 | 985.00 |
| 09/19/2024 | KC27 | Review and prepare summaries of recent case filings | 0.20 | 1,185.00 | 237.00 |
| 09/23/2024 | KC27 | Review and prepare summaries of recent case filings | 0.20 | 1,185.00 | 237.00 |
| 09/24/2024 | KC27 | Review and prepare summaries of recent case filings | 0.60 | 1,185.00 | 711.00 |

Official Committee of Unsecured Creditors of FTX Trading                              Page 5
51281-00002
Invoice No. 2416642

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/24/2024 | LK19 | Analyze recent filings in chapter 11 and adversary cases (0.5); summarize same for K. Pasquale, K. Hansen, and I. Sasson (0.2) | 0.70 | 985.00 | 689.50 |
| 09/25/2024 | LK19 | Analyze recent filings in chapter 11 and adversary cases (1.0); summarize same for K. Pasquale, K. Hansen, and I. Sasson (0.6) | 1.60 | 985.00 | 1,576.00 |
| 09/26/2024 | KC27 | Review daily case filings | 0.10 | 1,185.00 | 118.50 |
| 09/27/2024 | FM7 | Review periodic reports regarding value of non-debtor subsidiaries | 0.20 | 2,100.00 | 420.00 |
| 09/27/2024 | LM20 | Review and summarize recent case filings | 1.30 | 985.00 | 1,280.50 |
| 09/30/2024 | FM7 | Review rule 2019 statement of AHC of non-U.S. customers | 0.20 | 2,100.00 | 420.00 |
| | | **Subtotal: B113  Case Analysis/Pleading Analysis** | **13.90** | | **15,468.00** |

**B115    Meetings and Communications with Debtors**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/09/2024 | GS15 | Update call with S&C tax regarding tax issues related to plan documents | 0.60 | 1,850.00 | 1,110.00 |
| 09/10/2024 | KP17 | Participate in claims reconciliation update meeting with debtors | 0.20 | 2,100.00 | 420.00 |
| 09/12/2024 | KP17 | Emails with debtors re draft revised Kroll settlement order | 0.10 | 2,100.00 | 210.00 |
| 09/13/2024 | KP17 | Emails with debtors re creditor advisory committee | 0.20 | 2,100.00 | 420.00 |
| 09/16/2024 | KP17 | Call with A. Dietderich (S&C) re case, plan, and settlement matters (.3); email with S&C re distribution agent (.2) | 0.50 | 2,100.00 | 1,050.00 |
| 09/18/2024 | KP17 | Call with B. Glueckstein (S&C) and L. Koch re litigation matters [5046; 5144] | 0.40 | 2,100.00 | 840.00 |
| 09/18/2024 | LK19 | Call with K. Pasquale and B. Glueckstein (S&C) regarding litigation updates (0.4); follow up correspondence with I. Sasson regarding updates from call with B. Glueckstein (0.1) | 0.50 | 985.00 | 492.50 |
| 09/23/2024 | GS15 | Update call with S&C tax re plan related tax issues | 0.30 | 1,850.00 | 555.00 |

Official Committee of Unsecured Creditors of FTX Trading                                    Page 6
51281-00002
Invoice No. 2416642

---

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/25/2024 | KP17 | Email debtor re draft confirmation order | 0.10 | 2,100.00 | 210.00 |
| 09/26/2024 | GS13 | Telephone conference with E. Simpson and K. Pasquale regarding litigation trust agreement | 0.30 | 1,835.00 | 550.50 |
| 09/26/2024 | GS15 | Call with D. Hariton (S&C tax) re updated draft liquidating trust agreement | 0.60 | 1,850.00 | 1,110.00 |
| 09/26/2024 | KP17 | Call with E. Simpson and G. Sasson re debtors' revised draft trust agreement | 0.30 | 2,100.00 | 630.00 |
| 09/27/2024 | GS15 | Call with D. Hariton (S&C) re updated draft liquidating trust agreement | 0.40 | 1,850.00 | 740.00 |
| 09/28/2024 | GS15 | Correspond with D. Hariton (S&C tax) re liquidating trust agreement | 0.10 | 1,850.00 | 185.00 |
| 09/29/2024 | GS15 | Call with D. Hariton (S&C tax) re liquidating trust | 0.40 | 1,850.00 | 740.00 |
| 09/30/2024 | GS13 | Emails with S&C regarding litigation trust agreement and plan admin agreement | 0.20 | 1,835.00 | 367.00 |
| 09/30/2024 | LK19 | Correspond with K. Pasquale, B. Glueckstein (S&C), and W. Dalsen (Proskauer/LayerZero) regarding LayerZero rule 30(b)(6) deposition | 0.20 | 985.00 | 197.00 |
| 09/30/2024 | LK19 | Correspond with YCST, K. Pasquale, S&C (A. Dietderich and B. Glueckstein) regarding UCC plan statement | 0.80 | 985.00 | 788.00 |
| | | **Subtotal: B115  Meetings and Communications with Debtors** | **6.20** | | **10,615.00** |

**B130    Asset Disposition**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/03/2024 | EG18 | Review and comment on data site documents regarding token monetization | 0.70 | 2,100.00 | 1,470.00 |
| 09/05/2024 | FM7 | Participate in Jefferies M&A update call | 0.20 | 2,100.00 | 420.00 |
| 09/06/2024 | BK12 | Respond to L. Koch emails re: Jefferies venture portfolio deck (0.2); follow-up correspondence with T. Sadler re: same (0.2) | 0.40 | 1,835.00 | 734.00 |

Official Committee of Unsecured Creditors of FTX Trading                          Page 7
51281-00002
Invoice No. 2416642

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/06/2024 | FM7 | Review PWP correspondence regarding de minimis offers (0.2); revise venture portfolio overview (1.6); review B. Kelly correspondence regarding venture portfolio overview (0.2) | 2.00 | 2,100.00 | 4,200.00 |
| 09/07/2024 | FM7 | Correspond with G. Sasson regarding venture portfolio documents | 0.20 | 2,100.00 | 420.00 |
| 09/08/2024 | BK12 | Review Jefferies deck re: venture portfolio (0.7); correspond with S. Carri (Jefferies) re: same (0.2); review de minimis offers summary from E. Tu (0.2); correspond with R. Hamilton re: same (0.1) | 1.20 | 1,835.00 | 2,202.00 |
| 09/08/2024 | FM7 | Correspond with Jefferies regarding venture portfolio presentation (0.2); correspond with Jefferies regarding de minimis offers (0.2) | 0.40 | 2,100.00 | 840.00 |
| 09/09/2024 | FM7 | Review revised venture portfolio overview (0.5); review Jefferies correspondence regarding revised venture portfolio overview (0.2); review FTI correspondence regarding revised venture portfolio overview (0.2) | 0.90 | 2,100.00 | 1,890.00 |
| 09/12/2024 | FM7 | Review Jefferies correspondence regarding M&A update (0.2); review K. Pasquale and Jefferies correspondence regarding 5006 (0.2) | 0.40 | 2,100.00 | 840.00 |
| 09/13/2024 | FM7 | Review PWP correspondence regarding de minimis offers | 0.20 | 2,100.00 | 420.00 |
| 09/19/2024 | FM7 | Review Jefferies correspondence regarding M&A update | 0.20 | 2,100.00 | 420.00 |
| 09/20/2024 | FM7 | Review Jefferies correspondence regarding 5166 acquisition | 0.20 | 2,100.00 | 420.00 |
| 09/20/2024 | LK19 | Correspond with S. Carri (Jefferies) regarding "5166" asset | 0.10 | 985.00 | 98.50 |
| 09/21/2024 | BK12 | Review S. Carri (Jefferies) email and attachments re: 5166 transaction | 0.40 | 1,835.00 | 734.00 |
| 09/23/2024 | FM7 | Review Jefferies correspondence regarding 5166 acquisition | 0.20 | 2,100.00 | 420.00 |

Official Committee of Unsecured Creditors of FTX Trading        Page 8
51281-00002
Invoice No. 2416642

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/23/2024 | LK19 | Correspond with Jefferies regarding "5166" asset | 0.20 | 985.00 | 197.00 |
| 09/26/2024 | FM7 | Review Jefferies correspondence regarding M&A update | 0.20 | 2,100.00 | 420.00 |
| | | **Subtotal: B130  Asset Disposition** | **8.10** | | **16,145.50** |

**B150    Meetings of and Communications with Creditors**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/03/2024 | FM7 | Review UCC cash flow update | 0.30 | 2,100.00 | 630.00 |
| 09/03/2024 | LK19 | Draft summary of items for Committee's signoff in lieu of UCC meeting (0.7); correspond with I. Sasson and G. Sasson regarding draft email to the Committee (0.2) | 0.90 | 985.00 | 886.50 |
| 09/05/2024 | LK19 | Draft email to UCC members regarding Kroll settlement and Bahamas property sale | 0.30 | 985.00 | 295.50 |
| 09/16/2024 | BK12 | Participate in weekly UCC advisor update call regarding pending and upcoming case matters, Committee action items, and prep for Committee call | 0.30 | 1,835.00 | 550.50 |
| 09/16/2024 | IS6 | Correspond with K. Pasquale re pending and upcoming case matters and Committee issues (.3); call with FTI, Jefferies, K. Hansen, K. Pasquale, B. Kelly, and L. Koch re same and agenda for Committee call (.3) | 0.60 | 1,550.00 | 930.00 |
| 09/16/2024 | KP17 | Call with FTI, Jefferies, K. Hansen, B. Kelly, I. Sasson, and L. Koch re case updates and prep for Committee meeting (.3); email FTI and Jefferies re same (.3) | 0.60 | 2,100.00 | 1,260.00 |
| 09/16/2024 | KH18 | Participate in UCC advisors telephone conference regarding plan and Committee issues | 0.30 | 2,300.00 | 690.00 |
| 09/16/2024 | LK19 | Call with K. Hansen, K. Pasquale, B. Kelly, I. Sasson, FTI, and Jefferies regarding case and committee issues and prep for 09/18 Committee meeting | 0.30 | 985.00 | 295.50 |
| 09/17/2024 | FM7 | Review UCC correspondence regarding UCC meeting agenda | 0.20 | 2,100.00 | 420.00 |

Official Committee of Unsecured Creditors of FTX Trading                                    Page 9
51281-00002
Invoice No. 2416642

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/17/2024 | KP17 | Review and edit agenda for Committee meeting (.1); prepare talking points for Committee meeting (.4) | 0.50 | 2,100.00 | 1,050.00 |
| 09/17/2024 | LK19 | Draft agenda for 09/18 Committee meeting (0.3); email Committee members regarding agenda and presentation documents for 09/18 Committee meeting (0.2) | 0.50 | 985.00 | 492.50 |
| 09/18/2024 | BK12 | Participate in UCC update call | 0.30 | 1,835.00 | 550.50 |
| 09/18/2024 | IS6 | Review agenda and notes from Committee meeting | 0.20 | 1,550.00 | 310.00 |
| 09/18/2024 | KP17 | Review certain agenda items and referenced documents in prep for Committee meeting (.2); participate in Committee meeting (.3) | 0.50 | 2,100.00 | 1,050.00 |
| 09/18/2024 | LK19 | Attend and take minutes during UCC meeting (0.3); follow up correspondence with G. Sasson and I. Sasson regarding updates from UCC meeting (0.2) | 0.50 | 985.00 | 492.50 |
| 09/18/2024 | TS21 | Review agenda and certain referenced documents in prep for UCC meeting (.1); attend UCC meeting (.3) | 0.40 | 1,365.00 | 546.00 |
| 09/23/2024 | BK12 | Respond to J. Robinson re: his draft update email to UCC re: 5166 investment | 0.30 | 1,835.00 | 550.50 |
| 09/23/2024 | FM7 | Review UCC correspondence regarding 5166 acquisition | 0.20 | 2,100.00 | 420.00 |
| 09/27/2024 | FM7 | Review UCC correspondence regarding statement in support of plan confirmation | 0.10 | 2,100.00 | 210.00 |
| 09/27/2024 | LK19 | Correspond with UCC members regarding draft UCC plan statement | 0.10 | 985.00 | 98.50 |
| 09/30/2024 | FM7 | Attend UCC professionals telephone conference regarding pending case matters, Committee interests, and prep for Committee meeting | 0.30 | 2,100.00 | 630.00 |
| 09/30/2024 | GS13 | Review plan issues with FTI and Jefferies in preparation for UCC telephone conference | 0.30 | 1,835.00 | 550.50 |
| 09/30/2024 | KP17 | Call with FTI and Jefferies re plan issues in prep for Committee meeting | 0.30 | 2,100.00 | 630.00 |

Official Committee of Unsecured Creditors of FTX Trading                                    Page 10
51281-00002
Invoice No. 2416642

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/30/2024 | LK19 | Attend and take notes during weekly UCC advisors call with FTI and Jefferies regarding case/Committee issues | 0.30 | 985.00 | 295.50 |
| | | **Subtotal: B150  Meetings of and Communications with Creditors** | **8.60** | | **13,834.50** |

**B155    Court Hearings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/10/2024 | ML30 | Prepare for 9/12 hearing (.1); correspond with I. Sasson and L. Koch re reference materials needed for 9/12 hearing (.2); prepare same (1.2); revise same per I. Sasson (.2) | 1.70 | 565.00 | 960.50 |
| 09/11/2024 | ML30 | Prepare reference materials for 9/12 hearing (.1); obtain conference lines and prepare for 9/12 hearing (.2); correspond with I. Sasson and G. Sasson re same (.1) | 0.40 | 565.00 | 226.00 |
| 09/12/2024 | IS6 | Review submissions, open issues, and authorities in prep for omnibus hearing (3.3); prepare outline for omnibus hearing (1.3); attend omnibus hearing (3.2) | 7.80 | 1,550.00 | 12,090.00 |
| 09/12/2024 | LK19 | Attend hearing regarding Celsius claim objection, Celsius lift stay, A. Melamed claim objection, Embed motion to stay, and Debtor/UCC motion to seal customer information | 3.20 | 985.00 | 3,152.00 |
| 09/12/2024 | ML30 | Correspond with I. Sasson re additional reference materials needed for 9/12 hearing (.1); prepare same (.5); monitor the omnibus hearing (3.2) | 3.80 | 565.00 | 2,147.00 |
| 09/27/2024 | ML30 | Correspond with G. Sasson and I. Sasson re 10.1.24 hearing needs | 0.20 | 565.00 | 113.00 |
| | | **Subtotal: B155  Court Hearings** | **17.10** | | **18,688.50** |

**B162    Fee/Compensation Matters (Paul Hastings)**

Official Committee of Unsecured Creditors of FTX Trading                    Page 11
51281-00002
Invoice No. 2416642

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/03/2024 | LK19 | Correspond with C. Edge regarding cost backup for PH seventh interim fee application | 0.30 | 985.00 | 295.50 |
| 09/04/2024 | KAT2 | Review and revise PH seventh interim fee application (.7); correspond with L. Koch and G. Sasson regarding same (.1); correspond with C. Edge regarding information for same (.1) | 0.90 | 1,120.00 | 1,008.00 |
| 09/04/2024 | LK19 | Correspond with G. Sasson regarding proposed form of order on sixth interim fee application (0.2); correspond with G. Sasson regarding PH supplement to seventh interim fee application (0.3); correspond with K. Traxler regarding revisions to PH supplement to seventh interim fee application (0.2) | 0.70 | 985.00 | 689.50 |
| 09/09/2024 | LK19 | Draft summary of services provided for seventh interim fee application (1.1); correspond with C. Edge regarding services and fees during interim period (0.2) | 1.30 | 985.00 | 1,280.50 |
| 09/11/2024 | KAT2 | Call with L. Koch regarding August fee questions | 0.10 | 1,120.00 | 112.00 |
| 09/11/2024 | LK19 | Call with K. Traxler regarding August fee issues (0.1); revise PH supplement to seventh interim fee application (0.8); review and comment on UCC statement for seventh interim fee application (0.2) | 1.10 | 985.00 | 1,083.50 |
| 09/12/2024 | LK19 | Revise PH supplement to seventh interim fee application | 0.20 | 985.00 | 197.00 |
| 09/13/2024 | LK19 | Revise PH supplement to seventh interim fee application (0.7); correspond with UST and Fee Examiner regarding expense backup for seventh interim fee period (0.3); review and comment on UCC application for seventh interim fee period (0.3) | 1.30 | 985.00 | 1,280.50 |
| 09/20/2024 | LK19 | Review and revise CNO for 20th monthly fee statement | 0.20 | 985.00 | 197.00 |
| 09/26/2024 | KAT2 | Prepare UST Appendix B information for August services (.2); correspond with L. Koch regarding same (.1) | 0.30 | 1,120.00 | 336.00 |

Official Committee of Unsecured Creditors of FTX Trading    Page 12
51281-00002
Invoice No. 2416642

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/26/2024 | LK19 | Review and revise draft August invoice to preserve confidentiality of litigation, venture and investigation targets (1.4); draft 21st monthly fee application (0.4) | 1.80 | 985.00 | 1,773.00 |
| 09/27/2024 | LK19 | Review and comment on August invoice to preserve confidentiality of investigation, ventures, and litigation | 1.10 | 985.00 | 1,083.50 |
| 09/30/2024 | KAT2 | Review and comment on August fee matters | 0.30 | 1,120.00 | 336.00 |
| | | **Subtotal: B162  Fee/Compensation Matters (Paul Hastings)** | **9.60** | | **9,672.00** |

**B175    Bahamian PropCo Analysis**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/26/2024 | FM7 | Review FTI correspondence regarding sale of Bahamian properties (0.2); review G. Sasson correspondence regarding sale of Bahamian properties (0.2) | 0.40 | 2,100.00 | 840.00 |
| 09/26/2024 | KP17 | Review debtors' email and information re proposed Bahamas property sale | 0.60 | 2,100.00 | 1,260.00 |
| 09/27/2024 | FM7 | Review FTI correspondence regarding sale of Bahamian properties (0.2); review Jefferies correspondence regarding sale of Bahamian properties (0.2) | 0.40 | 2,100.00 | 840.00 |
| | | **Subtotal: B175  Bahamian PropCo Analysis** | **1.40** | | **2,940.00** |

**B185    Assumption/Rejection of Leases and Contracts**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/24/2024 | FM7 | Review notice of contracts to be assumed | 0.20 | 2,100.00 | 420.00 |
| | | **Subtotal: B185  Assumption/Rejection of Leases and Contracts** | **0.20** | | **420.00** |

**B188    Examiner Matters**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/21/2024 | JI2 | Review examiner report | 1.30 | 1,295.00 | 1,683.50 |

Official Committee of Unsecured Creditors of FTX Trading                               Page 13
51281-00002
Invoice No. 2416642

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/21/2024 | KP17 | Review examiner's phase II report, pre-filing | 2.30 | 2,100.00 | 4,830.00 |
| 09/22/2024 | IS6 | Analyze examiner phase II report | 1.70 | 1,550.00 | 2,635.00 |
| 09/23/2024 | LK19 | Review unredacted examiner's report on phase 2 (0.4); correspond with K. Pasquale regarding same (0.1) | 0.50 | 985.00 | 492.50 |
| 09/24/2024 | LK19 | Analyze Examiner report on Phase 2 | 0.70 | 985.00 | 689.50 |
| 09/25/2024 | LK19 | Analyze Examiner report on Phase 2 (1.2); summarize same for K. Hansen and Committee members (0.7) | 1.90 | 985.00 | 1,871.50 |
| | **Subtotal: B188  Examiner Matters** | | **8.40** | | **12,202.00** |

**B191    General Litigation**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/03/2024 | ML30 | Weekly Litigation Update - Monitor pending dockets in SDNY, NY, SDFL, DNJ, CA, SDCA, NDCA, MDL (.2); prepare weekly update for working group re same (.2) | 0.40 | 565.00 | 226.00 |
| 09/04/2024 | LK19 | Analyze settlement proposal regarding [5144] and [5144] | 0.50 | 985.00 | 492.50 |
| 09/09/2024 | KP17 | Analyze terms of draft 5144 settlement agreement | 0.40 | 2,100.00 | 840.00 |
| 09/09/2024 | ML30 | Weekly Litigation Update - Monitor pending dockets in SDNY, NY, SDFL, DNJ, CA, SDCA, NDCA, MDL (.2); prepare weekly update for working group re same (.2) | 0.40 | 565.00 | 226.00 |
| 09/11/2024 | KP17 | Review LayerZero deposition notices | 0.20 | 2,100.00 | 420.00 |
| 09/12/2024 | KP17 | Review draft revised Kroll settlement order (.1); review C. Ellison plea submissions re BK parties (.7) | 0.80 | 2,100.00 | 1,680.00 |
| 09/12/2024 | LK19 | Conduct legal and factual analysis regarding C. Ellison sentencing submissions (0.3); review and summarize same for K. Pasquale (0.3) | 0.60 | 985.00 | 591.00 |

Official Committee of Unsecured Creditors of FTX Trading                                        Page 14
51281-00002
Invoice No. 2416642

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/16/2024 | ML30 | Weekly Litigation Update - Monitor pending dockets in SDNY, NY, SDFL, DNJ, CA, SDCA, NDCA, MDL (.2); prepare weekly update for working group re same (.2) | 0.40 | 565.00 | 226.00 |
| 09/16/2024 | ML30 | Correspond with K. Pasquale, I. Sasson, and local counsel re adversary proceeding (.2); follow up review of docket and court calendar re same (.3) | 0.50 | 565.00 | 282.50 |
| 09/18/2024 | KP17 | Review documentation re litigation matters [5046; 5144] | 1.90 | 2,100.00 | 3,990.00 |
| 09/18/2024 | LK19 | Conduct legal and factual analysis regarding post-effective date adversary proceeding issues (0.9); summarize findings for K. Pasquale (0.2) | 1.10 | 985.00 | 1,083.50 |
| 09/19/2024 | KP17 | Review revised draft of [5144] settlement agreement | 0.40 | 2,100.00 | 840.00 |
| 09/23/2024 | KP17 | Analyze debtors' motion to quash LayerZero/Ray deposition | 0.40 | 2,100.00 | 840.00 |
| 09/23/2024 | ML30 | Weekly Litigation Update - Monitor pending dockets in SDNY, NY, SDFL, DNJ, CA, SDCA, NDCA, MDL (.2); prepare weekly update for working group re same (.2) | 0.40 | 565.00 | 226.00 |
| 09/24/2024 | KP17 | Review revised settlement agreement | 0.60 | 2,100.00 | 1,260.00 |
| 09/25/2024 | KP17 | Review LayerZero objection to motion to quash | 0.30 | 2,100.00 | 630.00 |
| 09/30/2024 | LK19 | Review certain documents, objections, and case filings regarding LayerZero rule 30(b)(6) deposition | 1.00 | 985.00 | 985.00 |
| 09/30/2024 | ML30 | Weekly Litigation Update - Monitor pending dockets in SDNY, NY, SDFL, DNJ, CA, SDCA, NDCA, MDL (.2); update working group re same (.2) | 0.40 | 565.00 | 226.00 |
| **Subtotal: B191  General Litigation** | | | **10.70** | | **15,064.50** |

Official Committee of Unsecured Creditors of FTX Trading    Page 15
51281-00002
Invoice No. 2416642

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B195** | **Non-Working Travel** | | | | |
| 09/12/2024 | LK19 | Travel to and from NYC to Wilmington, DE for hearing on Celsius and Embed issues (bill at 1/2 rate) | 2.70 | 492.50 | 1,329.75 |
| | | **Subtotal: B195  Non-Working Travel** | **2.70** | | **1,329.75** |
| **B210** | **Business Operations** | | | | |
| 09/06/2024 | LK19 | Draft minutes of 08/21 Committee meeting | 0.30 | 985.00 | 295.50 |
| 09/17/2024 | KP17 | Review and revise Committee meeting minutes | 0.20 | 2,100.00 | 420.00 |
| 09/17/2024 | LK19 | Revise minutes of 08/21 Committee meeting (0.2); correspond with K. Pasquale and G. Sasson regarding same (0.1) | 0.30 | 985.00 | 295.50 |
| 09/26/2024 | FM7 | Review FTI cash flow update | 0.30 | 2,100.00 | 630.00 |
| | | **Subtotal: B210  Business Operations** | **1.10** | | **1,641.00** |
| **B211** | **Financial Reports (Monthly Operating Reports)** | | | | |
| 09/20/2024 | FM7 | Review monthly operating report | 0.20 | 2,100.00 | 420.00 |
| | | **Subtotal: B211  Financial Reports (Monthly Operating Reports)** | **0.20** | | **420.00** |
| **B261** | **Investigations** | | | | |
| 09/18/2024 | KP17 | Analyze information re [5030] claims re potential transaction | 2.20 | 2,100.00 | 4,620.00 |
| | | **Subtotal: B261  Investigations** | **2.20** | | **4,620.00** |

Official Committee of Unsecured Creditors of FTX Trading                                                    Page 16
51281-00002
Invoice No. 2416642

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B310** | **Claims Administration and Objections** | | | | |
| 09/03/2024 | FM7 | Review Round 10 omnibus claims objections | 0.20 | 2,100.00 | 420.00 |
| 09/09/2024 | KP17 | Emails with parties to MAPS appeal re appeal and briefing schedule (.1); review debtors' emergency motion re A. Melamed claims (.2); review debtors' reply re Celsius claims (.4) | 0.70 | 2,100.00 | 1,470.00 |
| 09/10/2024 | FM7 | Review claims reconciliation deck | 0.30 | 2,100.00 | 630.00 |
| 09/10/2024 | KP17 | Review debtors' claims deck | 0.30 | 2,100.00 | 630.00 |
| 09/13/2024 | KP17 | Review Celsius pleadings and related issues post-hearing | 0.80 | 2,100.00 | 1,680.00 |
| 09/19/2024 | KP17 | Analyze North Field claim response and lift stay motion (2.3); review investigative documents re same and Ren Protocol issues (1.3) | 3.60 | 2,100.00 | 7,560.00 |
| 09/25/2024 | FM7 | Review omnibus claims objections | 0.30 | 2,100.00 | 630.00 |
| 09/25/2024 | KP17 | Review Mashinsky claims litigation stipulation | 0.20 | 2,100.00 | 420.00 |
| 09/27/2024 | KP17 | Review debtors' next series of omnibus claims objections | 0.50 | 2,100.00 | 1,050.00 |
| 09/30/2024 | ML30 | Correspond with J. Iaffaldano re information re specific scheduled claims (.3); research same (.8); follow up correspondence with J. Iaffaldano re same (.2) | 1.30 | 565.00 | 734.50 |
| | **Subtotal: B310  Claims Administration and Objections** | | **8.20** | | **15,224.50** |
| **B320** | **Plan and Disclosure Statement (including Business Plan)** | | | | |
| 09/02/2024 | LK19 | Revise and supplement presentation for members of Creditor Advisory Committee for Sept. 10 meeting (1.6); correspond with I. Sasson regarding same (0.2) | 1.80 | 985.00 | 1,773.00 |

Official Committee of Unsecured Creditors of FTX Trading                                    Page 17
51281-00002
Invoice No. 2416642

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/03/2024 | IS6 | Review and comment on draft litigation and case analysis presentation for creditor advisory committee (2.1); conference with L. Koch regarding same (.3) | 2.40 | 1,550.00 | 3,720.00 |
| 09/03/2024 | KH18 | Analyze issues for creditor advisory committee relating to pending and upcoming litigations and investigations | 1.00 | 2,300.00 | 2,300.00 |
| 09/03/2024 | LK19 | Conference with I. Sasson regarding revisions to presentation to Creditor Advisory Committee members (0.3); revise presentation to Creditor Advisory Committee members re: litigations and investigations per I. Sasson's comments (0.8) | 1.10 | 985.00 | 1,083.50 |
| 09/04/2024 | EG18 | Review and comment on recently filed plan related pleadings | 1.00 | 2,100.00 | 2,100.00 |
| 09/04/2024 | GS13 | Review and comment on advisory committee documents drafted by PH (2.1); review FTI advisory committee documents and comment on same (.7); review Jefferies advisory committee documents (.3) | 3.10 | 1,835.00 | 5,688.50 |
| 09/04/2024 | IS6 | Conference with L. Koch regarding litigation/investigation presentation for creditor advisory committee members | 0.20 | 1,550.00 | 310.00 |
| 09/04/2024 | KH18 | Meeting with creditor advisory committee member to discuss case related issues (1.4); correspond with K. Pasquale regarding same (.1) | 1.50 | 2,300.00 | 3,450.00 |
| 09/04/2024 | LK19 | Revise presentation for future creditor advisory committee members on investigations and litigations per I. Sasson's comments (0.9); conference with I. Sasson regarding same (0.2) | 1.10 | 985.00 | 1,083.50 |
| 09/04/2024 | LK19 | Correspond with I. Sasson, FTI, and Jefferies regarding prep and pre-meeting for creditor advisory committee meeting on 09/10 | 0.20 | 985.00 | 197.00 |

Official Committee of Unsecured Creditors of FTX Trading                                 Page 18
51281-00002
Invoice No. 2416642

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/05/2024 | GS13 | Review and comment on updated advisory committee documents (1.2); participate in telephone conference with FTI, I. Sasson and L. Koch to prepare for advisory committee meeting (.7); follow up review and comments on advisory committee presentations per discussion (.4) | 2.30 | 1,835.00 | 4,220.50 |
| 09/05/2024 | IS6 | Call with FTI, G. Sasson, and L. Koch re prep for upcoming creditor advisory committee presentation | 0.70 | 1,550.00 | 1,085.00 |
| 09/05/2024 | IS6 | Review and comment on latest draft of litigation/investigation presentation for creditor advisory committee | 0.40 | 1,550.00 | 620.00 |
| 09/05/2024 | KH18 | Review correspondence from K. Pasquale, L. Koch and FTI regarding creditor advisory committee info session (.4); analyze potential plan settlements (.6) | 1.00 | 2,300.00 | 2,300.00 |
| 09/05/2024 | LK19 | Revise creditor advisory committee presentation per I. Sasson's comments (0.8); conference with I. Sasson, G. Sasson, and FTI regarding information sharing for creditor advisory committee (0.7) | 1.50 | 985.00 | 1,477.50 |
| 09/06/2024 | EG18 | Analyze and comment on data site documents regarding creditor recoveries | 1.40 | 2,100.00 | 2,940.00 |
| 09/06/2024 | FM7 | Review investigation/litigation presentation for creditor advisory committee | 0.40 | 2,100.00 | 840.00 |
| 09/06/2024 | LK19 | Revise presentation for creditor advisory committee per G. Sasson's comments | 1.10 | 985.00 | 1,083.50 |
| 09/07/2024 | IS6 | Review and comment on draft Jefferies creditor advisory committee deck | 0.60 | 1,550.00 | 930.00 |
| 09/07/2024 | LK19 | Review and revise presentation for creditors advisory committee | 1.50 | 985.00 | 1,477.50 |
| 09/09/2024 | BK12 | Review documents from B. Bromberg for Creditor Advisory Committee meeting (0.5); correspond with K. Pasquale re: same (0.1) | 0.60 | 1,835.00 | 1,101.00 |
| 09/09/2024 | FM7 | Review FTI correspondence regarding advisory committee call | 0.20 | 2,100.00 | 420.00 |

Official Committee of Unsecured Creditors of FTX Trading                                    Page 19
51281-00002
Invoice No. 2416642

---

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/09/2024 | GS13 | Review and comment on advisory committee presentation documents by PH, FTI, and Jefferies (1.8); telephone conference with Jefferies, FTI, K. Pasquale, I. Sasson, and L. Koch in prep for 9/10/24 creditor advisory committee information call (.5) | 2.30 | 1,835.00 | 4,220.50 |
| 09/09/2024 | IS6 | Review and comment on draft creditor advisory committee decks from Jefferies and FTI (1.3); call with FTI, Jefferies, K. Pasquale, G. Sasson, and L. Koch re same (.5) | 1.80 | 1,550.00 | 2,790.00 |
| 09/09/2024 | KP17 | Review draft decks from FTI and Jefferies for creditor advisory committee onboarding meeting (1.5); review draft litigation deck re same (.5); call with FTI, Jefferies, G. Sasson, L. Koch, and I. Sasson re creditor advisory committee meeting prep (.5) | 2.50 | 2,100.00 | 5,250.00 |
| 09/09/2024 | LK19 | Meeting with K. Pasquale, G. Sasson, I. Sasson, FTI, and Jefferies regarding prep for creditor advisory committee meeting (0.5); analyze caselaw regarding plan confirmation issues (1.9); draft Committee statement in support of plan confirmation (2.3) | 4.70 | 985.00 | 4,629.50 |
| 09/10/2024 | GS13 | Participate in advisory committee telephone conference with K. Hansen, K. Pasquale, I. Sasson and L. Koch | 1.10 | 1,835.00 | 2,018.50 |
| 09/10/2024 | IS6 | Call with creditor advisory committee, K. Pasquale, K. Hansen, G. Sasson, L. Koch, FTI, and Jefferies regarding case updates and related analysis | 1.10 | 1,550.00 | 1,705.00 |
| 09/10/2024 | JI2 | Review revised plan | 1.20 | 1,295.00 | 1,554.00 |
| 09/10/2024 | KP17 | Review debtors' proposed revisions to plan to address certain objections | 1.70 | 2,100.00 | 3,570.00 |

Official Committee of Unsecured Creditors of FTX Trading                                    Page 20
51281-00002
Invoice No. 2416642

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/10/2024 | KP17 | Prepare outline on post-effective date litigations and investigations in prep for creditor advisory committee meeting (.8); meeting with creditor advisory committee, FTI, Jefferies, K. Hansen, G. Sasson, L. Koch, and I. Sasson re post-effective date issues (1.1); emails with creditor advisory committee re follow up issues and scheduling (.3); review decks re creditor advisory committee presentation (.6) | 2.80 | 2,100.00 | 5,880.00 |
| 09/10/2024 | KH18 | Participate in creditor advisory committee prep/information session with K. Pasquale, G. Sasson, I. Sasson and L. Koch | 1.10 | 2,300.00 | 2,530.00 |
| 09/10/2024 | LK19 | Meeting with K. Pasquale, K. Hansen, G. Sasson, I. Sasson, FTI, Jefferies, and members of the creditor advisory committee regarding case updates covering assets, liabilities, litigations, investigations, claims, and effective date issues (1.1); correspond with K. Pasquale and creditor advisory committee members regarding follow up issues (0.1); revise UCC statement in support of plan confirmation (0.8); correspond with K. Pasquale regarding same (0.1) | 2.10 | 985.00 | 2,068.50 |
| 09/12/2024 | KP17 | Review state governments reservation of rights re confirmation (.3); review amended plan, as-filed (.3) | 0.60 | 2,100.00 | 1,260.00 |
| 09/12/2024 | KH18 | Review and comment on pending settlements, plan process, and related timing issues | 1.00 | 2,300.00 | 2,300.00 |
| 09/13/2024 | KP17 | Review precedent re confirmation issues and reply | 1.20 | 2,100.00 | 2,520.00 |
| 09/16/2024 | KP17 | Review plan and pending objections (.8); review and revise draft Committee confirmation statement (1.4) | 2.20 | 2,100.00 | 4,620.00 |
| 09/16/2024 | KH18 | Review updated confirmation process and related plan issues (.4); correspond with K. Pasquale regarding same (.1) | 0.50 | 2,300.00 | 1,150.00 |
| 09/16/2024 | LK19 | Revise UCC plan statement | 0.70 | 985.00 | 689.50 |

Official Committee of Unsecured Creditors of FTX Trading                          Page 21
51281-00002
Invoice No. 2416642

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/17/2024 | KP17 | Review and revise further draft of Committee confirmation statement (1.6); review MDL rule 2019 statement in connection with same (.2) | 1.80 | 2,100.00 | 3,780.00 |
| 09/17/2024 | LK19 | Analyze rule 9019 standards and related caselaw (0.7); revise UCC plan statement per K. Pasquale's comments (1.4) | 2.10 | 985.00 | 2,068.50 |
| 09/18/2024 | LK19 | Revise UCC plan statement per further comments from K. Pasquale | 1.00 | 985.00 | 985.00 |
| 09/20/2024 | KP17 | Review as-filed motion re States' settlement with Debtors (.3); email Committee re same (.1) | 0.40 | 2,100.00 | 840.00 |
| 09/23/2024 | GS13 | Review and comment on confirmation order | 3.10 | 1,835.00 | 5,688.50 |
| 09/23/2024 | GS15 | Analyze tax treatment of customer trust interests | 0.80 | 1,850.00 | 1,480.00 |
| 09/23/2024 | IS6 | Participate in creditor advisory committee meeting with K. Pasquale and L. Koch regarding case and plan updates and post-confirmation litigations and investigations | 1.20 | 1,550.00 | 1,860.00 |
| 09/23/2024 | KP17 | Prepare outline for creditor advisory committee onboarding meeting (.4); participate in onboarding meeting with creditor advisory committee, FTI, Jefferies, L. Koch, and I. Sasson (1.2); follow up review of certain issues discussed (.2) | 1.80 | 2,100.00 | 3,780.00 |
| 09/23/2024 | KH18 | Review and comment on confirmation order | 1.00 | 2,300.00 | 2,300.00 |
| 09/23/2024 | LK19 | Call with creditor advisory committee members, K. Pasquale, and I. Sasson regarding case updates and post-confirmation issues, litigations, and investigations (1.2); review documents to prepare for same (0.2) | 1.40 | 985.00 | 1,379.00 |
| 09/24/2024 | KP17 | Review and revise debtors' draft confirmation order (2.4); review filed amended Plan supplement regarding assumed executory contracts (.4) | 2.80 | 2,100.00 | 5,880.00 |

Official Committee of Unsecured Creditors of FTX Trading                          Page 22
51281-00002
Invoice No. 2416642

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/24/2024 | KH18 | Review updated litigation trust agreement, plan admin agreement, and related plan provisions (.9); share comments on same with K. Pasquale (.1) | 1.00 | 2,300.00 | 2,300.00 |
| 09/25/2024 | GS13 | Review and comment on revised confirmation order (2.6); meeting with K. Pasquale and L. Koch regarding same (.5); review mark-up of same (.6) | 3.70 | 1,835.00 | 6,789.50 |
| 09/25/2024 | IS6 | Review and revise draft confirmation order | 1.40 | 1,550.00 | 2,170.00 |
| 09/25/2024 | KP17 | Conference with G. Sasson, L. Koch re draft confirmation order (.5); further revise draft confirmation order (.5); emails with YCST re same (.1) | 1.10 | 2,100.00 | 2,310.00 |
| 09/25/2024 | KH18 | Analyze and comment on confirmation issues and revised order (.9); correspond with K. Pasquale regarding same (.1) | 1.00 | 2,300.00 | 2,300.00 |
| 09/25/2024 | LK19 | Conference with K. Pasquale, G. Sasson regarding markup of plan confirmation order (0.5); revise plan confirmation order per comments from K. Pasquale and G. Sasson (0.9) | 1.40 | 985.00 | 1,379.00 |
| 09/25/2024 | NKW1 | Research OID rules and yield considerations under treasury regulations 1275 (1.9); correspond with G. Silber regarding same (.4) | 2.30 | 985.00 | 2,265.50 |
| 09/26/2024 | GS13 | Review and comment on litigation trust agreement (2.1); review plan provisions regarding same (.6); conference with K. Pasquale regarding same (.3); telephone conference with R. Poppiti (YCST) regarding Delaware Trust issues (.3) | 3.30 | 1,835.00 | 6,055.50 |
| 09/26/2024 | GS15 | Review updated draft liquidating trust agreement (2.1); correspond with S. Joffe re same (.4) | 2.50 | 1,850.00 | 4,625.00 |
| 09/26/2024 | KP17 | Review AHC comments to draft confirmation order (.6); review debtors' revised draft trust agreement (.4); conference with G. Sasson re same (.3) | 1.30 | 2,100.00 | 2,730.00 |

Official Committee of Unsecured Creditors of FTX Trading                                      Page 23
51281-00002
Invoice No. 2416642

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/26/2024 | KH18 | Analyze confirmation issues and revised plan documents | 0.80 | 2,300.00 | 1,840.00 |
| 09/26/2024 | LK19 | Review liquidating trust agreement | 0.70 | 985.00 | 689.50 |
| 09/26/2024 | NKW1 | Review edits to plan and related tax issues (.7); correspond with G. Silber regarding same (.3); review draft tax correspondence to Sullivan and Cromwell related to plan (.1) | 1.10 | 985.00 | 1,083.50 |
| 09/27/2024 | GS13 | Review revised confirmation order (.9); review and comment on litigation trust agreement and plan admin agreement (1.1); telephone conference with G. Silber and K. Pasquale regarding same (.2) | 2.20 | 1,835.00 | 4,037.00 |
| 09/27/2024 | GS15 | Review updated draft liquidating trust agreement (2.6); call with G. Sasson and K. Pasquale re same (.2); correspond with K. Pasquale and G. Sasson re same (.2) | 3.00 | 1,850.00 | 5,550.00 |
| 09/27/2024 | KP17 | Review debtors' draft amended Plan re confirmation (.7); review and revise draft Committee confirmation reply (.4); call with G. Silber, G. Sasson re Plan trust tax issue (.2); emails with G. Silber, G. Sasson re same (.1) | 1.40 | 2,100.00 | 2,940.00 |
| 09/27/2024 | LK19 | Revise UCC plan statement per K. Pasquale comments | 0.30 | 985.00 | 295.50 |
| 09/27/2024 | NKW1 | Correspond with G. Silber regarding FTX liquidating trust agreement | 0.60 | 985.00 | 591.00 |
| 09/28/2024 | GS15 | Correspond with K. Pasquale and G. Sasson re liquidating trust agreement | 0.10 | 1,850.00 | 185.00 |
| 09/28/2024 | KP17 | Review debtors' further revised draft confirmation order | 0.60 | 2,100.00 | 1,260.00 |
| 09/29/2024 | GS15 | Correspond with K. Pasquale and G. Sasson re liquidating trust | 0.20 | 1,850.00 | 370.00 |
| 09/29/2024 | IS6 | Analyze confirmation order and plan | 0.60 | 1,550.00 | 930.00 |

Official Committee of Unsecured Creditors of FTX Trading          Page 24
51281-00002
Invoice No. 2416642

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/30/2024 | FM7 | Review blacklined second amended plan (0.3); review Debtors' reply regarding confirmation objections (0.5); review proposed confirmation order (0.4); review memorandum of law in support of confirmation (0.7); review Neuberger declaration in support of confirmation (0.5); review Coverick declaration in support of confirmation (0.3); review ballot tabulation declaration (0.3); review Mosley declaration in support of confirmation (0.3); review statement of joint liquidators (0.2); review statement of AHC of non-U.S. customers (0.2) | 3.70 | 2,100.00 | 7,770.00 |
| 09/30/2024 | GS13 | Review and revise litigation trust agreement and plan admin agreement (1.2); emails with K. Pasquale regarding same (.2) | 1.40 | 1,835.00 | 2,569.00 |
| 09/30/2024 | JI2 | Review confirmation brief | 0.70 | 1,295.00 | 906.50 |
| 09/30/2024 | KP17 | Review debtors' draft confirmation declarations and reply brief (3.6); revise and finalize Committee's confirmation statement (.8) | 4.40 | 2,100.00 | 9,240.00 |
| 09/30/2024 | LK19 | Revise UCC plan statement per comments from K. Pasquale and S&C (1.2); review Debtors' confirmation-related pleadings (memo of law, reply, declarations, confirmation order) and JOL and AHC statements in support of confirmation (3.2); summarize same for K. Hansen, K. Pasquale, and I. Sasson (0.5) | 4.90 | 985.00 | 4,826.50 |
| | | **Subtotal: B320  Plan and Disclosure Statement (including Business Plan)** | **116.80** | | **197,005.00** |
| | **Total** | | **253.50** | | **364,007.75** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| KH18 | Kris Hansen | Partner | 10.20 | 2,300.00 | 23,460.00 |

Official Committee of Unsecured Creditors of FTX Trading                                    Page 25
51281-00002
Invoice No. 2416642

| KP17 | Ken Pasquale | Partner | 48.80 | 2,100.00 | 102,480.00 |
|------|--------------|---------|-------|----------|------------|
| FM7 | Frank Merola | Partner | 13.20 | 2,100.00 | 27,720.00 |
| EG18 | Erez Gilad | Partner | 3.10 | 2,100.00 | 6,510.00 |
| GS13 | Gabe Sasson | Partner | 23.30 | 1,835.00 | 42,755.50 |
| BK12 | Brian Kelly | Partner | 3.50 | 1,835.00 | 6,422.50 |
| GS15 | Gary Silber | Of Counsel | 9.00 | 1,850.00 | 16,650.00 |
| IS6 | Isaac Sasson | Of Counsel | 21.90 | 1,550.00 | 33,945.00 |
| KAT2 | Katherine A. Traxler | Of Counsel | 1.60 | 1,120.00 | 1,792.00 |
| TS21 | Tess Sadler | Associate | 0.40 | 1,365.00 | 546.00 |
| JI2 | Jack Iaffaldano | Associate | 8.00 | 1,295.00 | 10,360.00 |
| KC27 | Kristin Catalano | Associate | 3.90 | 1,185.00 | 4,621.50 |
| LM20 | Lanie Miliotes | Associate | 2.30 | 985.00 | 2,265.50 |
| LK19 | Leonie Koch | Associate | 57.30 | 985.00 | 56,440.50 |
| LK19 | Leonie Koch | Associate | 2.70 | 492.50 | 1,329.75 |
| NKW1 | Nicole K. Wong | Associate | 4.00 | 985.00 | 3,940.00 |
| ML30 | Mat Laskowski | Paralegal | 40.30 | 565.00 | 22,769.50 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 09/10/2024 | Photocopy Charges (Color) | 858.00 | 0.50 | 429.00 |
| 08/26/2024 | Computer Search (Other) | | | 3.96 |
| 08/28/2024 | Computer Search (Other) | | | 0.54 |
| 08/29/2024 | Computer Search (Other) | | | 3.60 |
| 08/30/2024 | Lexis/On Line Search - Courtlink Use - Charges for August, 2024 | | | 0.79 |
| 08/30/2024 | Computer Search (Other) | | | 0.09 |
| 09/02/2024 | UnitedLex Invoices - Unitedlex Corp, Invoice# 104003275 Dated 09/02/24, UnitedLex – DSAI August 2024 Charges – Outside Professional Services | | | 90,735.96 |
| 09/02/2024 | Computer Search (Other) | | | 4.14 |
| 09/03/2024 | Computer Search (Other) | | | 0.36 |
| 09/04/2024 | Computer Search (Other) | | | 5.67 |

Official Committee of Unsecured Creditors of FTX Trading                               Page 26
51281-00002
Invoice No. 2416642

| | | |
|---|---|---:|
| 09/05/2024 | Computer Search (Other) | 6.93 |
| 09/06/2024 | Computer Search (Other) | 5.94 |
| 09/09/2024 | Westlaw | 82.15 |
| 09/09/2024 | Computer Search (Other) | 0.63 |
| 09/10/2024 | Computer Search (Other) | 2.70 |
| 09/11/2024 | Computer Search (Other) | 0.18 |
| 09/12/2024 | Computer Search (Other) | 7.02 |
| 09/13/2024 | Computer Search (Other) | 0.54 |
| 09/14/2024 | Taxi/Ground Transportation - Leonie Koch; 09/12/2024; Return train travel (Delaware-NYC) after FTX hearing on Celsius and Embed issues | 350.00 |
| 09/16/2024 | Computer Search (Other) | 0.90 |
| 09/17/2024 | Taxi/Ground Transportation - Isaac Sasson; 09/12/2024; From/To: Brooklyn, NY to Iselin, NJ; Service Type: Lyft; expense for car ride from home to Metropark, NJ train station | 124.31 |
| 09/17/2024 | Taxi/Ground Transportation - Isaac Sasson; 09/12/2024; Amtrak rail expense in connection with travel to Wilmington, DE from Iselin, NJ for court hearing | 145.00 |
| 09/17/2024 | Taxi/Ground Transportation - Isaac Sasson; 09/12/2024; Amtrak rail expense in connection with return travel to Iselin, NJ from Wilmington, DE after court hearing | 169.00 |
| 09/17/2024 | Taxi/Ground Transportation - Isaac Sasson; 09/12/2024; From/To: Iselin, NJ to Brooklyn, NY; Service Type: Lyft; expense for car ride from Metropark, NJ train station to home | 95.51 |
| 09/17/2024 | Lexis/On Line Search | 16.91 |
| 09/17/2024 | Computer Search (Other) | 2.79 |
| 09/18/2024 | Computer Search (Other) | 28.98 |
| 09/19/2024 | Computer Search (Other) | 0.09 |
| 09/20/2024 | Computer Search (Other) | 0.18 |
| 09/23/2024 | Computer Search (Other) | 0.18 |
| 09/24/2024 | Computer Search (Other) | 0.45 |

Official Committee of Unsecured Creditors of FTX Trading                              Page 27
51281-00002
Invoice No. 2416642

| | | |
|---|---|---:|
| 09/25/2024 | Computer Search (Other) | 0.09 |
| 09/26/2024 | Computer Search (Other) | 4.41 |
| 09/27/2024 | Computer Search (Other) | 30.33 |
| 09/30/2024 | Computer Search (Other) | 0.36 |
| **Total Costs incurred and advanced** | | **$92,259.69** |
| | **Current Fees and Costs** | **$456,267.44** |
| | **Total Balance Due - Due Upon Receipt** | **$456,267.44** |

## **EXHIBIT B**

### **Expense Summary for the Fee Period**

| Category | Amount |
|---|---|
| Computer Search | $210.91 |
| Taxi/Ground Transportation | $883.82 |
| In-house Black & White Reproduction Charges (5,363 copies at $0.08 per page) | $429.00 |
| Outside Professional Services | $90,735.96 |
| **TOTAL:** | $92,259.69 |