# EXHIBIT A

**Fees**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600                                                                                                                         (302) 571-1253 FAX

TAX I.D. NO. 51-0082644                                                                                                          www.ycst.com

Writer's Direct Dial                                                                                                                    Writer's E-Mail
(302) 571-6646                                                                                                                          mlunn@ycst.com

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors | Invoice Date: | October 28, 2024 |
| 200 Park Avenue | Invoice Number: | 50055521 |
| New York, NY 10166 | Matter Number: | 102750.1001 |

Re:  FTX
    Billing Period through September 30, 2024

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 51,878.00 |
| Disbursements | $ | 527.10 |
| Total Due This Invoice | $ | 52,405.10 |

| | |
|---|---|
| Official Committee of Unsecured Creditors re: FTX | Invoice Date: October 28, 2024 |
| Billing Period through September 30, 2024 | Invoice Number: 50055521 |
| | Matter Number: 102750.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 09/04/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.30 | 115.50 |
| 09/05/24 | DLASK | Update critical dates | B001 | 0.40 | 154.00 |
| 09/05/24 | MLUNN | Review UST reservation of right re: sealing and redacting customer names | B001 | 0.10 | 111.00 |
| 09/09/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 77.00 |
| 09/10/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 77.00 |
| 09/11/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 77.00 |
| 09/12/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.30 | 115.50 |
| 09/13/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.30 | 115.50 |
| 09/18/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.30 | 115.50 |
| 09/19/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 77.00 |
| 09/20/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 38.50 |
| 09/24/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.30 | 115.50 |
| 09/25/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.30 | 115.50 |
| 09/26/24 | DLASK | Update electronic docket - claim objections | B001 | 0.60 | 231.00 |
| 09/27/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 38.50 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | October 28, 2024 |
| Billing Period through September 30, 2024 | | | Invoice Number: | | 50055521 |
| | | | Matter Number: | | 102750.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 09/30/24 | DLASK | Review docket, update critical dates | B001 | 0.40 | 154.00 |
| 09/30/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.40 | 154.00 |
| 09/10/24 | JMART | Prepare binders for hearing on September 12, 2024 | B002 | 2.00 | 750.00 |
| 09/10/24 | MLUNN | Review agenda and call with R. Poppiti re: September 12th hearing | B002 | 0.20 | 222.00 |
| 09/10/24 | RFPOP | Call with M. Lunn re: 9/12 hearing | B002 | 0.10 | 98.50 |
| 09/11/24 | JMART | Further preparation of binders for hearing on September 12, 2024 | B002 | 0.30 | 112.50 |
| 09/12/24 | MLUNN | Review amended agenda | B002 | 0.10 | 111.00 |
| 09/12/24 | MLUNN | Review pleadings in preparation for hearing (1.7) and attend hearing (3.5) | B002 | 5.20 | 5,772.00 |
| 09/27/24 | DLASK | Hearing preparation | B002 | 0.30 | 115.50 |
| 09/27/24 | MLUNN | Review October 1st hearing agenda and correspondence with K. Pasquale and R. Poppiti re: same | B002 | 0.20 | 222.00 |
| 09/27/24 | RFPOP | Review and analyze agenda for October 1st hearing and correspondence with M. Lunn | B002 | 0.20 | 197.00 |
| 09/03/24 | MLUNN | Correspondence with I. Sasson re: proposed sale of Bahamas property | B006 | 0.10 | 111.00 |
| 09/03/24 | MLUNN | Review updated cash flow analysis | B006 | 0.20 | 222.00 |
| 09/03/24 | RFPOP | Review and analyze cash flow update from FTI, and email from FTI (Max Dawson) re: same | B006 | 0.20 | 197.00 |
| 09/03/24 | RFPOP | Emails from Paul Hastings (Isaac Sasson), FTI (Brian Bromberg) and Jefferies (Ran Hamilton) re: debtors proposed sale of Bahamas property | B006 | 0.10 | 98.50 |
| 09/05/24 | MLUNN | Correspondence from L. Koch re: Bahamas property sale | B006 | 0.10 | 111.00 |
| 09/05/24 | RFPOP | Email from Paul Hastings (Leonie Koch) re: debtors proposed settlement with Kroll and proposed sale of Bahamas property | B006 | 0.10 | 98.50 |
| 09/05/24 | RFPOP | Review and analyze UST reservation of rights re: joint debtors and committee motion to seal customer information | B006 | 0.10 | 98.50 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | October 28, 2024 |
| Billing Period through September 30, 2024 | | | Invoice Number: | | 50055521 |
| | | | Matter Number: | | 102750.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 09/06/24 | MLUNN | Review venture portfolio overview materials in connection with discussion with creditor advisory committee | B006 | 0.40 | 444.00 |
| 09/06/24 | RFPOP | Email from PWP (Emil Tu) re: de minimis asset sale offers for debtors venture portfolio | B006 | 0.10 | 98.50 |
| 09/07/24 | RFPOP | Review and analyze debtors motion to approve settlement agreement with Emergent and related supporting declarations | B006 | 0.40 | 394.00 |
| 09/11/24 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale) and counsel for debtors (Alexa Kranzley) re: draft proposed stipulation between committee, debtors, UST and media intervenors resolving joint debtors/committee customer sealing motion, and review and execute stipulation re: same | B006 | 0.20 | 197.00 |
| 09/11/24 | RFPOP | Review and analyze debtors notice of small estate claims settlements consummated in August | B006 | 0.10 | 98.50 |
| 09/13/24 | MLUNN | Review proposed de minimis asset sale | B006 | 0.10 | 111.00 |
| 09/13/24 | RFPOP | Email from PWP (Emil Tu) re: de minimis asset sale offers for debtors venture portfolio | B006 | 0.10 | 98.50 |
| 09/23/24 | MLUNN | Review summary of proposed sale transaction | B006 | 0.10 | 111.00 |
| 09/23/24 | RFPOP | Email from Jefferies (Jared Robinson) re: proposed asset sale re: debtors venture portfolio | B006 | 0.10 | 98.50 |
| 09/26/24 | MLUNN | Review cash flow summary and analysis | B006 | 0.20 | 222.00 |
| 09/26/24 | RFPOP | Review and analyze FTI cash flow update, and email from FTI (Max Dawson) re: same | B006 | 0.20 | 197.00 |
| 09/30/24 | RFPOP | Review and analyze debtors notice of proposed small estate claims settlements, and email from counsel for debtors (Brad Harsch) re: same | B006 | 0.10 | 98.50 |
| 09/09/24 | RFPOP | Email to Paul Hastings (Ken Pasquale and Isaac Sasson) and email from counsel for debtors (Matt Pierce) re: debtors request to shorten notice for debtors emergency motion requesting adjournment of objection to Melamed proofs of claim | B007 | 0.10 | 98.50 |

Official Committee of Unsecured Creditors re: FTX  
Billing Period through September 30, 2024  
Invoice Date: October 28, 2024  
Invoice Number: 50055521  
Matter Number: 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 09/09/24 | RFPOP | Review and analyze debtors reply in support of debtors objection to Celsius proofs of claim | B007 | 0.20 | 197.00 |
| 09/10/24 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale and Isaac Sasson) and email to counsel for debtors (Matt Pierce) re: debtors motion to shorten for debtors emergency motion requesting adjournment of objection to Melamed proofs of claim, and review motions and related declaration re: same | B007 | 0.40 | 394.00 |
| 09/20/24 | RFPOP | Review and analyze Northfield response to debtors claims objection and motion for relief from stay | B007 | 0.50 | 492.50 |
| 09/25/24 | MLUNN | Review motion to approve settlement with MDL plaintiffs | B007 | 0.40 | 444.00 |
| 09/26/24 | RFPOP | Review and analyze stipulation and order staying Mashinsky claims litigation | B007 | 0.10 | 98.50 |
| 09/30/24 | RFPOP | Briefly review and analyze debtors eighty-eighth through one hundred nineteenth omnibus claims objections | B007 | 2.10 | 2,068.50 |
| 09/16/24 | RFPOP | Call with M. Lunn and Paul Hastings, FTI and Jefferies teams re: case update and strategy and upcoming deadlines and tasks | B008 | 0.20 | 197.00 |
| 09/18/24 | MLUNN | Update call with committee members, PH, FTI and Jefferies | B008 | 0.30 | 333.00 |
| 09/18/24 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams and committee re: case update and strategy and upcoming deadlines and tasks (.3), and review and analyze materials from Paul Hastings and email from Paul Hastings (Leonie Koch) in preparation for same (.1) | B008 | 0.40 | 394.00 |
| 09/30/24 | RFPOP | Call with Paul Hastings, FTI and Jefferies teams re: case update and strategy and upcoming deadlines and tasks | B008 | 0.20 | 197.00 |
| 09/04/24 | RFPOP | Review and analyze Celsius reply in support of stay relief motion | B009 | 0.40 | 394.00 |
| 09/06/24 | MLUNN | Review Celsius reply in support of stay relief motion | B009 | 0.20 | 222.00 |
| 09/04/24 | RFPOP | Review and analyze debtors objection to defendants motion to stay Rocket/Giles adversary proceedings | B011 | 0.40 | 394.00 |
| 09/07/24 | RFPOP | Review and analyze defendants reply in support of motions to stay Rocket/Giles adversary proceedings | B011 | 0.30 | 295.50 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | October 28, 2024 |
| Billing Period through September 30, 2024 | | | Invoice Number: | | 50055521 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 09/09/24 | MLUNN | Review Rocket Internet reply in support of stay of adversary proceedings | B011 | 0.30 | 333.00 |
| 09/23/24 | RFPOP | Review and analyze certifications of counsel for proposed orders staying Giles and Rocket adversary proceedings | B011 | 0.10 | 98.50 |
| 09/24/24 | MLUNN | Review Debtors' motion to quash LayerZero deposition of J. Ray | B011 | 0.20 | 222.00 |
| 09/04/24 | MLUNN | Review extension of voting deadline for LayerZero | B012 | 0.10 | 111.00 |
| 09/06/24 | MLUNN | Review draft presentation to creditor advisory committee under plan | B012 | 0.40 | 444.00 |
| 09/09/24 | MLUNN | Review draft presentation from FTI re: meeting with creditor advisory committee under chapter 11 plan | B012 | 0.60 | 666.00 |
| 09/09/24 | RFPOP | Emails from Paul Hastings (Ken Pasquale), counsel for debtors (Brian Glueckstein), and counsel for appellants (Aaron Applebaum) re: appellants request to extend briefing schedule for appeal of order approving debtors coin estimation/valuation motion, and review and comment on draft revised briefing schedule from counsel for appellants re: same | B012 | 0.20 | 197.00 |
| 09/09/24 | RFPOP | Review and analyze drafts materials from Paul Hastings, FTI and Jefferies for creditor advisory committee (.5), and emails from Paul Hastings (Brian Kelly and Leonie Koch), FTI (Brian Bromberg) and Jefferies (Sebastian Carri) (.1) re: same | B012 | 0.60 | 591.00 |
| 09/10/24 | RFPOP | Review and analyze LayerZero 30(b)(6) deposition notice to debtors re: plan confirmation | B012 | 0.20 | 197.00 |
| 09/10/24 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale) and counsel for appellants (Aaron Applebaum) re: appellants request to extend briefing schedule for appeal of order approving debtors coin estimation/valuation motion | B012 | 0.10 | 98.50 |
| 09/11/24 | MLUNN | Review revised and amended draft chapter 11 plan | B012 | 0.50 | 555.00 |
| 09/11/24 | RFPOP | Review and analyze Wisconsin Department of Financial Institutions, New Jersey Bureau of Securities and Texas State Securities Board reservations of rights re: debtors chapter 11 plan and confirmation of same | B012 | 0.20 | 197.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | October 28, 2024 |
| Billing Period through September 30, 2024 | | | Invoice Number: | | 50055521 |
| | | | Matter Number: | | 102750.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 09/11/24 | RFPOP | Review and comment on redline of draft amended chapter 11 plan from counsel for debtors, and email from Paul Hastings (Ken Pasquale) re: same | B012 | 0.20 | 197.00 |
| 09/12/24 | RFPOP | Review and analyze Melamed declaration in support of plan confirmation objection and Melamed response to debtors emergency motion to adjourn hearing on debtors objection to Melamed proofs of claim | B012 | 0.20 | 197.00 |
| 09/16/24 | MLUNN | Review updates from K. Pasquale re: plan and confirmation issues | B012 | 0.20 | 222.00 |
| 09/16/24 | RFPOP | Email from Paul Hastings (Ken Pasquale) re: various confirmation issues | B012 | 0.20 | 197.00 |
| 09/20/24 | RFPOP | Review and analyze debtors motion to approve settlement with various governmental entities re: plan confirmation, and email from Paul Hastings (Ken Pasquale) re: same | B012 | 0.30 | 295.50 |
| 09/23/24 | MLUNN | Call with creditor advisory committee appointed under chapter 11 plan and advisors | B012 | 1.40 | 1,554.00 |
| 09/23/24 | RFPOP | Review and analyze debtors motion to quash LayerZero deposition notice for John Ray re: plan confirmation | B012 | 0.20 | 197.00 |
| 09/24/24 | MLUNN | Review updated and revised plan supplement | B012 | 0.20 | 222.00 |
| 09/24/24 | RFPOP | Review and analyze notice of amended list of assumed contracts and leases and debtors first amended plan supplement | B012 | 0.40 | 394.00 |
| 09/25/24 | MLUNN | Review and provide comments to draft confirmation order (1.6) and correspondence with PH re: same (.1) | B012 | 1.70 | 1,887.00 |
| 09/25/24 | MLUNN | Review LayerZero objection to motion to quash re: deposition of J. Ray in connection with confirmation and notice of hearing re: same | B012 | 0.20 | 222.00 |
| 09/25/24 | RFPOP | Review and comment on draft proposed confirmation order from counsel for debtors (.6), and emails to and from M. Lunn and Paul Hastings (Ken Pasquale) and email from counsel for ad hoc group (Andrew Polansky) (.2) and review and analyze comments to same from Paul Hastings and counsel for ad hoc group (.2) re: same | B012 | 1.00 | 985.00 |

| | | Official Committee of Unsecured Creditors re: FTX<br>Billing Period through September 30, 2024 | Invoice Date:<br>Invoice Number:<br>Matter Number: | | October 28, 2024<br>50055521<br>102750.1001 |
|---|---|---|---|---|---|

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 09/25/24 | RFPOP | Review and analyze notice of hearing for debtors motion to quash LayerZero deposition notice for John Ray, and emails to and from Paul Hastings (Ken Pasquale) and counsel for debtors (Matt Pierce) and review and analyze LayerZero objection to motion re: same | B012 | 0.40 | 394.00 |
| 09/25/24 | RFPOP | Review and analyze Gunawan plan confirmation objection | B012 | 0.20 | 197.00 |
| 09/26/24 | MLUNN | Review comments from ad hoc committee to confirmation order | B012 | 0.30 | 333.00 |
| 09/26/24 | MLUNN | Review revisions to liquidation trust agreement (.4) and call with G. Sasson and R. Poppiti (.2) re issues and comments to same | B012 | 0.60 | 666.00 |
| 09/26/24 | RFPOP | Call with M. Lunn and Paul Hastings (Gabe Sasson) (.2), emails to and from Gabe Sasson (.2) and call with J. Duda (.2) re: liquidating trust agreement issues, and review and analyze revised draft liquidating trust agreement from counsel for debtors (.8) and brief research re: recent precedent (.5) re: same | B012 | 1.90 | 1,871.50 |
| 09/26/24 | RFPOP | Call with M. Lunn re: plan confirmation issues | B012 | 0.20 | 197.00 |
| 09/26/24 | RFPOP | Review and analyze debtors motion to approve settlement agreement with MDLs re: plan confirmation | B012 | 0.60 | 591.00 |
| 09/27/24 | MLUNN | Review proposed amendments to chapter 11 plan (.3) and related correspondence with K. Pasquale (.1) | B012 | 0.40 | 444.00 |
| 09/27/24 | MLUNN | Review and provide comments to draft statement in support of confirmation | B012 | 0.30 | 333.00 |
| 09/27/24 | RFPOP | Review and comment on draft further amended chapter 11 plan from counsel for debtors (1.1), and emails to and from M. Lunn and Paul Hastings team (.1) re: same and related issues, including proposed liquidating trust agreement, and further review draft agreement (.3) re: same | B012 | 1.50 | 1,477.50 |
| 09/27/24 | RFPOP | Review and comment on draft committee statement in support of chapter 11 plan, and email from Leonie Koch re: same | B012 | 0.20 | 197.00 |
| 09/30/24 | DLASK | Finalize for filing and coordinate service of statement in support of plan confirmation | B012 | 0.40 | 154.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | October 28, 2024 |
| Billing Period through September 30, 2024 | | | Invoice Number: | | 50055521 |
| | | | Matter Number: | | 102750.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 09/30/24 | JKOCH | Review and edit statement in support of plan; email correspondence (multiple) with YCST and Paul Hastings re: same | B012 | 0.50 | 315.00 |
| 09/30/24 | MLUNN | Review revised and final version of proposed confirmation order | B012 | 0.60 | 666.00 |
| 09/30/24 | MLUNN | Review and provide comments to revised statement in support of confirmation | B012 | 0.30 | 333.00 |
| 09/30/24 | MLUNN | Review Coverick declaration in support of confirmation | B012 | 0.60 | 666.00 |
| 09/30/24 | MLUNN | Review and provide comments to draft reply to confirmation objections | B012 | 1.30 | 1,443.00 |
| 09/30/24 | RFPOP | Review and comment on debtors draft reply, memorandum of law and various declarations in support of plan confirmation; review and analyze solicitation agent voting declaration for plan; review and analyze ad hoc group and JOL statements in support of plan confirmation | B012 | 3.40 | 3,349.00 |
| 09/30/24 | RFPOP | Review and analyze debtors preferred shareholder agreement entered into connection with plan confirmation | B012 | 0.50 | 492.50 |
| 09/30/24 | RFPOP | Review and analyze debtors reply in support of debtors motion to quash LayerZero parties deposition notice for John Ray | B012 | 0.20 | 197.00 |
| 09/30/24 | RFPOP | Review and comment on revised draft committee statement in support of plan confirmation, and emails to and from M. Lunn, J. Kochenash and Paul Hastings (Ken Pasquale and Leonie Koch) re: same | B012 | 0.30 | 295.50 |
| 09/17/24 | JKOCH | Call with creditor attorney re: creditor inquiry | B013 | 0.20 | 126.00 |
| 09/03/24 | DLASK | Prepare FTI's fee application for filing | B017 | 0.30 | 115.50 |
| 09/03/24 | DLASK | Finalize for filing and coordinate service of FTI's fee application for July | B017 | 0.30 | 115.50 |
| 09/03/24 | JKOCH | Review and comment on FTI fee application | B017 | 0.30 | 189.00 |
| 09/06/24 | MLUNN | Review fee examiner report | B017 | 0.20 | 222.00 |
| 09/07/24 | JKOCH | Email correspondence with UCC professionals re: sixth interim fee order | B017 | 0.10 | 63.00 |
| 09/10/24 | DLASK | Finalize for filing and coordinate service of fee applications of Jefferies for May through July | B017 | 0.60 | 231.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | October 28, 2024 |
| Billing Period through September 30, 2024 | | | Invoice Number: | | 50055521 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 09/10/24 | JKOCH | Review and comment on Jefferies' May, June, and July fee applications | B017 | 0.80 | 504.00 |
| 09/10/24 | RFPOP | Review and comment on draft committee seventh interim fee application (.1) and draft YCST supplement for same (.3), and emails to and from J. Kochenash and D. Laskin (.1) re: same | B017 | 0.50 | 492.50 |
| 09/11/24 | JMART | Prepare fee application binder for hearing on September 12, 2024 | B017 | 0.40 | 150.00 |
| 09/13/24 | DLASK | Finalize for filing and coordinate service of 7th interim fee application of committee's professionals and related supplements | B017 | 0.60 | 231.00 |
| 09/13/24 | JKOCH | Review Jefferies interim fee supplement | B017 | 0.20 | 126.00 |
| 09/13/24 | JKOCH | Review FTI interim fee supplement | B017 | 0.20 | 126.00 |
| 09/13/24 | JKOCH | Review Paul Hastings interim fee supplement | B017 | 0.30 | 189.00 |
| 09/19/24 | DLASK | Finalize for filing and coordinate service of supplemental declaration of FTI | B017 | 0.30 | 115.50 |
| 09/19/24 | JKOCH | Review and comment on notice of FTI rate increase | B017 | 0.30 | 189.00 |
| 09/20/24 | DLASK | File certificates of no objection for fee applications of Young Conaway and Paul Hastings | B017 | 0.40 | 154.00 |
| 09/20/24 | DLASK | Prepare certificate of no objection for Paul Hastings' 20th fee application | B017 | 0.20 | 77.00 |
| 09/20/24 | DLASK | Prepare certificate of no objection for Young Conaway's 20th fee application | B017 | 0.20 | 77.00 |
| 09/20/24 | JKOCH | Review CNO for Paul Hastings July fee application | B017 | 0.10 | 63.00 |
| 09/23/24 | DLASK | Prepare certificate of no objection for FTI's 20th fee application | B017 | 0.20 | 77.00 |
| 09/23/24 | JKOCH | Review CNO for FTI July fee application | B017 | 0.10 | 63.00 |
| 09/24/24 | DLASK | File certificate of no objection for FTI's fee application | B017 | 0.30 | 115.50 |
| 09/25/24 | DLASK | Draft 8th interim fee application for committee's professionals | B017 | 0.30 | 115.50 |
| 09/05/24 | DLASK | Update supplement for 7th interim fee application | B018 | 0.30 | 115.50 |
| 09/10/24 | JKOCH | Review and comment on UCC seventh interim fee application and YCST supplement thereto | B018 | 1.00 | 630.00 |

| | | | Invoice Date: | | October 28, 2024 |
|---|---|---|---|---|---|

Official Committee of Unsecured Creditors re: FTX  
Billing Period through September 30, 2024

Invoice Date: October 28, 2024  
Invoice Number: 50055521  
Matter Number: 102750.1001

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 09/12/24 | DLASK | Update supplement to 7th interim fee application | B018 | 0.30 | 115.50 |
| 09/17/24 | MLUNN | Confidentiality review of August fee statement in preparation for submission | B018 | 0.40 | 444.00 |
| 09/18/24 | RFPOP | Review invoice for YCST August 2024 fee application re: confidentiality and local rule compliance | B018 | 0.10 | 98.50 |
| 09/25/24 | DLASK | Update cumulative fees and expenses chart | B018 | 0.30 | 115.50 |
| 09/25/24 | DLASK | Draft August fee application for Young Conaway | B018 | 0.70 | 269.50 |
| 09/10/24 | RFPOP | Review and analyze JOL sur-reply to Celsius reply in support of Celsius stay relief motion | BN014 | 0.30 | 295.50 |
| 09/25/24 | MLUNN | Review portion of Examiner Report Phase II | BNK016 | 0.80 | 888.00 |
| 09/25/24 | RFPOP | Review and analyze examiner phase two report | BNK016 | 1.30 | 1,280.50 |
| | | | **Total** | **59.80** | **$51,878.00** |

| | | | Invoice Date: | October 28, 2024 |
|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Number: | 50055521 |
| Billing Period through September 30, 2024 | | | Matter Number: | 102750.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| DLASK | Debbie Laskin | Paralegal | 10.60 | 385.00 | 4,081.00 |
| JKOCH | Jared W. Kochenash | Associate | 4.10 | 630.00 | 2,583.00 |
| JMART | Jorge L. Martinez | Paralegal | 2.70 | 375.00 | 1,012.50 |
| MLUNN | Matthew B. Lunn | Partner | 19.50 | 1,110.00 | 21,645.00 |
| RFPOP | Robert F. Poppiti | Partner | 22.90 | 985.00 | 22,556.50 |
| **Total** | | | **59.80** | | **$51,878.00** |

| | | | | |
|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | Invoice Date: | | October 28, 2024 |
| Billing Period through September 30, 2024 | | Invoice Number: | | 50055521 |
| | | Matter Number: | | 102750.1001 |

**Task Summary**

**Task Code:B001**         **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.10 | 1,110.00 | 111.00 |
| Debbie Laskin | Paralegal | 4.60 | 385.00 | 1,771.00 |
| **Total** | | **4.70** | | **1,882.00** |

**Task Code:B002**         **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 5.70 | 1,110.00 | 6,327.00 |
| Robert F. Poppiti | Partner | 0.30 | 985.00 | 295.50 |
| Debbie Laskin | Paralegal | 0.30 | 385.00 | 115.50 |
| Jorge L. Martinez | Paralegal | 2.30 | 375.00 | 862.50 |
| **Total** | | **8.60** | | **7,600.50** |

**Task Code:B006**         **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 1.20 | 1,110.00 | 1,332.00 |
| Robert F. Poppiti | Partner | 1.80 | 985.00 | 1,773.00 |
| **Total** | | **3.00** | | **3,105.00** |

**Task Code:B007**         **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.40 | 1,110.00 | 444.00 |
| Robert F. Poppiti | Partner | 3.40 | 985.00 | 3,349.00 |
| **Total** | | **3.80** | | **3,793.00** |

**Task Code:B008**         **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.30 | 1,110.00 | 333.00 |
| Robert F. Poppiti | Partner | 0.80 | 985.00 | 788.00 |
| **Total** | | **1.10** | | **1,121.00** |

**Task Code:B009**         **Stay Relief Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.20 | 1,110.00 | 222.00 |
| Robert F. Poppiti | Partner | 0.40 | 985.00 | 394.00 |
| **Total** | | **0.60** | | **616.00** |

| | | | | |
|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | Invoice Date: | | October 28, 2024 |
| Billing Period through September 30, 2024 | | Invoice Number: | | 50055521 |
| | | Matter Number: | | 102750.1001 |

**Task Code:B011** — **Other Adversary Proceedings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.50 | 1,110.00 | 555.00 |
| Robert F. Poppiti | Partner | 0.80 | 985.00 | 788.00 |
| **Total** | | **1.30** | | **1,343.00** |

**Task Code:B012** — **Plan and Disclosure Statement**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 9.70 | 1,110.00 | 10,767.00 |
| Robert F. Poppiti | Partner | 13.20 | 985.00 | 13,002.00 |
| Jared W. Kochenash | Associate | 0.50 | 630.00 | 315.00 |
| Debbie Laskin | Paralegal | 0.40 | 385.00 | 154.00 |
| **Total** | | **23.80** | | **24,238.00** |

**Task Code:B013** — **Creditor Inquiries**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Jared W. Kochenash | Associate | 0.20 | 630.00 | 126.00 |
| **Total** | | **0.20** | | **126.00** |

**Task Code:B017** — **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.20 | 1,110.00 | 222.00 |
| Robert F. Poppiti | Partner | 0.50 | 985.00 | 492.50 |
| Jared W. Kochenash | Associate | 2.40 | 630.00 | 1,512.00 |
| Debbie Laskin | Paralegal | 3.70 | 385.00 | 1,424.50 |
| Jorge L. Martinez | Paralegal | 0.40 | 375.00 | 150.00 |
| **Total** | | **7.20** | | **3,801.00** |

**Task Code:B018** — **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.40 | 1,110.00 | 444.00 |
| Robert F. Poppiti | Partner | 0.10 | 985.00 | 98.50 |
| Jared W. Kochenash | Associate | 1.00 | 630.00 | 630.00 |
| Debbie Laskin | Paralegal | 1.60 | 385.00 | 616.00 |
| **Total** | | **3.10** | | **1,788.50** |

**Task Code:BN014** — **FTX Digital Chapter 15 Proceeding**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert F. Poppiti | Partner | 0.30 | 985.00 | 295.50 |
| **Total** | | **0.30** | | **295.50** |

| | | | | |
|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | Invoice Date: | | October 28, 2024 |
| Billing Period through September 30, 2024 | | Invoice Number: | | 50055521 |
| | | Matter Number: | | 102750.1001 |

**Task Code: BNK016**    **Examiner Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Matthew B. Lunn | Partner | 0.80 | 1,110.00 | 888.00 |
| Robert F. Poppiti | Partner | 1.30 | 985.00 | 1,280.50 |
| **Total** | | **2.10** | | **2,168.50** |

# EXHIBIT B

**Expenses**

32320928.1

| | | | |
|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | Invoice Date: | October 28, 2024 |
| Billing Period through September 30, 2024 | | Invoice Number: | 50055521 |
| | | Matter Number: | 102750.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 08/01/24 | Docket Retrieval / Search | 274.00 | 27.40 |
| 08/06/24 | Docket Retrieval / Search | 52.00 | 5.20 |
| 08/08/24 | Docket Retrieval / Search | 35.00 | 3.50 |
| 08/16/24 | Docket Retrieval / Search | 34.00 | 3.40 |
| 08/19/24 | Docket Retrieval / Search | 58.00 | 5.80 |
| 08/20/24 | Docket Retrieval / Search | 15.00 | 1.50 |
| 08/23/24 | Docket Retrieval / Search | 20.00 | 2.00 |
| 08/29/24 | Docket Retrieval / Search | 8.00 | 0.80 |
| 08/30/24 | Docket Retrieval / Search | 7.00 | 0.70 |
| 09/04/24 | Docket Retrieval / Search | 34.00 | 3.40 |
| 09/06/24 | Docket Retrieval / Search | 9.00 | 0.90 |
| 09/09/24 | Docket Retrieval / Search | 20.00 | 2.00 |
| 09/10/24 | Reproduction Charges | 1,429.00 | 142.90 |
| 09/10/24 | Docket Retrieval / Search | 8.00 | 0.80 |
| 09/11/24 | Docket Retrieval / Search | 8.00 | 0.80 |
| 09/11/24 | Reproduction Charges | 26.00 | 2.60 |
| 09/12/24 | Docket Retrieval / Search | 22.00 | 2.20 |
| 09/12/24 | Working Meals - <br> Working meal for co-counsel and YCST team in preparation of 9/12/24 hearing (4 people) | 1.00 | 77.00 |
| 09/12/24 | Working Meals - Parcels – Delivery charge for working lunch for co-counsel and YCST team in 9/12/24 hearing | 1.00 | 90.00 |
| 09/16/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/17/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 09/18/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/19/24 | Docket Retrieval / Search | 115.00 | 11.50 |
| 09/24/24 | Docket Retrieval / Search | 23.00 | 2.30 |
| 09/25/24 | Deposition/Transcript | 1.00 | 116.10 |
| 09/25/24 | Docket Retrieval / Search | 21.00 | 2.10 |
| 09/25/24 | Reproduction Charges | 66.00 | 6.60 |
| 09/26/24 | Reproduction Charges | 54.00 | 5.40 |
| 09/30/24 | Docket Retrieval / Search | 12.00 | 1.20 |
| 09/30/24 | Reproduction Charges | 51.00 | 5.10 |
| | **Total** | | **$527.10** |

| | |
|---|---|
| Official Committee of Unsecured Creditors re: FTX | Invoice Date: October 28, 2024 |
| Billing Period through September 30, 2024 | Invoice Number: 50055521 |
| | Matter Number: 102750.1001 |

**Cost Summary**

| Description | Amount |
|---|---:|
| Deposition/Transcript | 116.10 |
| Docket Retrieval / Search | 81.40 |
| Reproduction Charges | 162.60 |
| Working Meals | 167.00 |
| **Total** | **$527.10** |