IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 27320 & 27321** |

# CERTIFICATE OF SERVICE

I, JASMYN SWANGEL, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 28, 2024, I caused to be served the:

   a. "Notice Of Monthly Fee Statement," dated October 28, 2024 [Docket No. 27320],

   b. "Notice of Application," dated October 28, 2024 [Docket No. 27321],

   by causing true and correct copies to be:

   i. enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit A, and

   ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*s/ Jasmyn Swangel*
Jasmyn Swangel

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**EXHIBIT A**

FTX TRADING LTD., *et al.*, Case No. 22-11068 (JTD)
First Class Mail Additional Service Party

Office of the United States Trustee
J. Caleb Boggs Federal Building
Linda Richenderfer, Benjamin A Hackman &
Jonathan W. Lipshie
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Page **1** of **1**

**EXHIBIT B**

FTX TRADING LTD., *et al.*, Case No. 22-11068 (JTD)
Electronic Mail Service List

| Name | Email |
|---|---|
| Sullivan & Cromwell LLP | kranzleya@sullcrom.com |
| Landis Rath & Cobb LLP | landis@lrclaw.com; brown@lrclaw.com |
| Paul Hastings LLP | krishansen@paulhastings.com; erezgilad@paulhastings.com; gabesasson@paulhastings.com |
| Young Conaway Stargatt & Taylor, LLP | mlunn@ycst.com; rpoppiti@ycst.com |
| U.S. Trustee | linda.richenderfer@usdoj.gov benjamin.a.hackman@usdoj.gov jon.lipshie@usdoj.gov; david.gerardi@usdoj.gov |