To the United States Bankruptcy Court for the District of Delaware:

Case No.: 22-11068 (JTD)
Claim No.: 3265-70-EWHCG-738682556
Customer Code: 02926261
Name: CHIA-JU, LEE
Contact email: sherwin8671@gmail.com
Contact phone no.: +886908980618

I hereby submit this objection to the notice of full denial issued by the FTX debtors regarding my claim. My explanation is as follows:

At the time of the FTX incident, I was urgently trying to withdraw over 40,000 USDT from my wallet. However, it was too late, and although the status showed that the amount was being submitted, I knew that the withdrawal would not go through. I then attempted to withdraw the funds through the web version of FTX. During this process, the web version suggested that I integrate my account with the mobile app. After completing the account integration, I realized that the record of my withdrawal in progress had disappeared.

As FTX subsequently filed for bankruptcy, my account balance showed only 2,000 USDT, and the 40,000 USDT I attempted to withdraw was no longer recorded. However, one day FTX provided me with a document that acknowledged the record of my USDT withdrawal. I submitted this document along with my claim. Unfortunately, I have now received notice from the debtors denying my claim entirely.

Attached are the documents I originally submitted, which confirm my withdrawal request. I respectfully request the court to adjudicate this case, ensuring that the true facts are restored and that my claim is upheld fairly and justly.

Sincerely,
CHIA-JU, LEE
5F., No. 472, Zhangshu 2nd Rd., Xizhi Dist., New Taipei City, 221019, Taiwan (R.O.C.)
Oct. 16 2024

致美國特拉華州破產法院：

案件編號：22-11068 (JTD)
索賠號：3265-70-EWHCG-738682556
客戶代碼：02926261
姓名：李佳儒（CHIA-JU, LEE）
聯繫郵箱：sherwin8671@gmail.com
聯繫電話：+886908980618

我謹此對FTX債務人發出的全面拒絕通知提出異議，具體理由如下：

在FTX事件發生時，我急於從我的錢包中提取超過40,000 USDT。然而，當時已經太晚，儘管狀態顯示提現金額正在提交中，但我知道這筆提現無法成功。我隨後嘗試通過FTX的網頁版本提取資金。在這個過程中，網頁建議我將帳戶與手機應用程式進行整合。我按照建議完成了整合操作，然而當操作完成後，我發現原本正在進行中的提現記錄消失了。

隨著FTX提交破產申請，我的帳戶餘額只顯示2,000 USDT，而我嘗試提取的40,000 USDT已經不再記錄。然而，有一天FTX官方提供給我一份文件，確認了我之前提領USDT的記錄。我將該文件連同我的索賠一併提交。不幸的是，我現在收到了債務人全面拒絕理賠的通知。

附件中包含了我最初提交的證明文件，這些文件證實了我提領USDT的請求。我懇請法院能夠審理此案，還原真相，並且公平公正地維護我的索賠。

此致
敬禮

李佳儒（CHIA-JU, LEE）
台灣（中華民國）新北市汐止區樟樹二路472號5樓
2024年10月16日

   Gmail                                                                Sherwin Li <sherwin8671@gmail.com>

# FTX - Your Scheduled Claim Information and Unique Customer Code

**FTX Noticing** <ftx@noticing.ra.kroll.com>                                          2023年3月29日 清晨5:34
回覆: ftxnoticing@kroll.com
收件者: sherwin8671@gmail.com

**YOUR UNIQUE CUSTOMER CODE(S) AND SCHEDULED CLAIM INFORMATION IS AT THE BOTTOM OF THIS EMAIL.**

**YOU ARE RECEIVING THIS EMAIL BECAUSE YOU HAVE BEEN IDENTIFIED AS A CUSTOMER WITH A NET POSITIVE ACCOUNT BALANCE AS OF NOVEMBER 11, 2022 OF ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 CASES OF FTX TRADING LTD. AND CERTAIN OF ITS AFFILIATED DEBTORS AND DEBTORS-IN-POSSESSION PENDING IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE AND JOINTLY ADMINISTERED UNDER THE CASE NUMBER 22-11068. YOU HAVE BEEN LISTED IN ONE OR MORE OF THE DEBTORS' SCHEDULES AND STATEMENTS.**

On March 14 and 15, 2023, the FTX Trading Ltd. and certain of its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed their schedules of assets and liabilities and statements of financial affairs (the "Schedules and Statements").

*Pursuant to the Final Order (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on a Final Basis and (III) Granting Certain Related Relief* [D.I. 545], customer names and addresses in the Schedules and Statements are redacted. With respect to Schedules E/F – which identify creditors of the Debtors with non-priority unsecured claims (including customers with a net positive account balance as of November 11, 2022) – in an effort to redact customer names and addresses, the Debtors have identified each customer with a net positive account balance as of November 11, 2022 by a unique customer code (a "Unique Customer Code"). Your Unique Customer Code and an excerpt of your scheduled claim(s) are at the bottom of this email.

**PLEASE BE ADVISED THAT THE COURT HAS NOT YET SET A DEADLINE FOR SUBMITTING PROOFS OF CLAIMS OR INTERESTS AGAINST THE DEBTORS. WHEN THE COURT SETS A DEADLINE, ALL KNOWN CREDITORS, INCLUDING ALL CUSTOMERS IDENTIFIED ON THE SCHEDULES AND STATEMENTS, WILL BE PROVIDED NOTICE OF THE DEADLINE AND INSTRUCTIONS ON HOW TO SUBMIT PROOFS OF CLAIM OR INTERESTS.**

**PLEASE BE FURTHER ADVISED THAT RECEIPT OF THIS EMAIL AND A UNIQUE CUSTOMER CODE ONLY INDICATES THAT YOU HAD ONE OR MORE CLAIM(S) LISTED ON ONE OR MORE OF THE DEBTORS' SCHEDULES AND STATEMENTS. PROVISION OF A UNIQUE CUSTOMER CODE IS NOT AN ADMISSION BY THE DEBTORS OF THE VALIDITY OF SUCH CLAIM(S) OR A WAIVER OF ANY DEFENSES THERETO. THE DEBTORS HEREBY INCORPORATE BY**

**REFERENCE THE GLOBAL NOTES ATTACHED TO EACH OF THE DEBTORS' SCHEDULES AND STATEMENTS AND RESERVE ALL RIGHTS.**

To view all of the Debtors' Schedules and Statements, as well as the Global Notes, please visit https://restructuring.ra.kroll.com/FTX and navigate to the "Schedules & SOFA" page under "Quick Links." Standalone excerpts of the customer data can be found under "Customer Schedules."

**Your Unique Customer Code is 02926261**
**Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:**

DOGE[435.5965987500000000]
ETH[0.0000112000000000]
ETH[1.2258977400000000]
ETHW[1.2255416000000000]
TRX[0.0019300000000000]
USDT[0.2606684700000000]
USDT[44773.9621400700000000]
XRP[0.0149124900000000]
XRP[1632.9174370600000000]

FTX Noticing

Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055

Unsubscribe



Sherwin Li <sherwin8671@gmail.com>

## USDT withdrawal request

**FTX Cryptocurrency Derivatives Exchange** <support@ftx.com>  2022年11月9日 中午12:59
收件者: sherwin8671@gmail.com

Hello ChiaJu Lee,

We have received a request to withdraw 4773.00000000 USDT from your FTX account to TJnRgLV7v6yTfL1AUp6QxHzYW3znGn1a64.
If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.



Sherwin Li <sherwin8671@gmail.com>

## USDT withdrawal request

**FTX Cryptocurrency Derivatives Exchange** <support@ftx.com>  2022年11月9日 下午1:23
收件者: sherwin8671@gmail.com

Hello ChiaJu Lee,

We have received a request to withdraw 40000.96214007 USDT from your FTX account to TJnRgLV7v6yTfL1AUp6QxHzYW3znGn1a64.
[隱藏引用文字]



# Customer Claim Form

## FTX Details

| FTX Email | FTX AccountID | Scheduled ID |
|---|---|---|
| sherwin8671@gmail.com | 65744411 | 221106805743935 |

## Scheduled Claim Information

You have been redirected from FTX website. Please check your scheduled information below.

If you do NOT agree with any of 1) the amount or quantity of fiat, coins or NFT; 2) the FTX Exchange against whom the Customer Claim is asserted; or 3) the type or nature of the Customer Claim set forth below, assert the quantity of fiat or coins you held as of the date the case was filed in the rightmost column of the below charts.

You will also have an opportunity to add any NFTs not listed. Only complete this section where you DISAGREE with the component of your Scheduled Customer Claim. You will also have an opportunity to assert a Customer Claim arising out of or related to any other investment or trading activity.

### Schedule

F-13

Debtor FTX Trading Ltd. has listed your claim on Schedule E/F, Part 2 as a General Unsecured claim in an Undetermined amount. If you disagree with your holdings of coin, fiat, or NFTs as listed in the Schedules, you must timely file a proof of claim or be forever barred from recovery other than as listed in the Schedules.

**Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held. If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange. Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7). Please see Question 8 for additional instructions for asserting claims related to Other Activity.**

- ⦿ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)
- ○ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd. d/b/a "FTX EU") (Case No. 22-11166)
- ○ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102)
- ○ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
- ○ West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071)

Customer Claim Form

**List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account (s) along with the unique identification code.**

- Note that the "USD Rate" is the ratio of the Local Currency to U.S. Dollars.
- If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, please populate the Loaned Quantity column.

## Fiat

**ASSERTED QUANTITY FIAT**

**Do you want to add any other fiat not previously listed?**

◉ No
○ Yes

## Loaned Fiat

**LOANED QUANTITY FIAT**

**Do you want to add any other fiat not previously listed?**

◉ No
○ Yes

## Asserted Crypto

**Asserted Quantity of Crypto Tokens**

| Crypto (Ticker / Abbreviation) | Scheduled Quantity of Crypto | Do you agree with the Scheduled Quantity? | If you do not agree, Please provide the Asserted Quantity of Crypto here. |
|---|---|---|---|
| DOGE | 435.596598750 | | |
| ETH | 1.225897740 | | |
| ETHW | 1.225541600 | | |
| TRX | 0.001930000 | | |
| USDT | 0.260668470 | | |
| XRP | 1,632.917437060 | | |

**Do you want to add any coin not previously listed?**

○ No
◉ Yes

| Other Crypto not previously listed (please specify) | Please provide the Asserted Quantity of Crypto here. |
|---|---|
| USDT | 44,773.962140070 |
| ETH | 0.000011200 |
| XRP | 0.014912490 |

## Loaned Crypto

**Loaned Quantity of Crypto**

**Do you want to add any coin not previously listed?**

◉ No
○ Yes

## NFTs

**NFTs (non-fungible tokens)**

**Do you want to add any NFTs not previously listed?**

◉ No
○ Yes

## Customer Claims related to any Other Activity on the FTX Exchanges

**Do you have Customer Claims related to any Other Activity on the FTX Exchanges? Other Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.**

◉ No
○ Yes

## File a Proof of Claim

To file a proof of claim electronically, please enter the creditor's name and an email address (where filing confirmation will be sent) in the fields below.

Creditor Name

CHIA-JU, LEE

Email Address

sherwin8671@gmail.com

## EPOC Agreement

The information requested on the proof of claim form is being collected for the purposes of facilitating a voluntary petition for relief under the Bankruptcy Code and processing any claim you may have against the Debtors.

**YOUR PROOF OF CLAIM FORM <u>MUST NOT CONTAIN</u> ANY OF THE FOLLOWING:** (i) medical records, (ii) complete social security numbers or tax identification numbers, (iii) a complete birth date, (iv) the name of a minor or (v) a financial account number. The information requested on the proof of claim form is being collected for the purposes of facilitating a debtor's voluntary petition for relief under the U.S. Bankruptcy Code and processing any claim you may have against such debtor. When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services to avoid the disclosure of confidential health care information.
**SOME OR ALL OF THE INFORMATION YOU PROVIDE ON THE PROOF OF CLAIM FORM WILL BE PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE DEBTOR'S CASE WEBSITE HOSTED BY KROLL RESTRUCTURING ADMINISTRATION (FORMERLY KNOWN AS PRIME CLERK) PURSUANT TO APPLICABLE LAW AND/OR COURT ORDER.** Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM.**

**ALL DOCUMENTS SUBMITTED, INCLUDING ANY MEDICAL RECORDS, WILL BE MADE PUBLICLY AVAILABLE ON THE DEBTOR'S CASE WEBSITE AND/OR THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

The information you provide on the proof of claim form will be retained by or on behalf of the Bankruptcy Court, the debtor and Kroll Restructuring Administration for as long as necessary for the purposes described above, as needed to resolve disputes or protect legal rights as they relate to such claim, or as otherwise required by law. Some or all of the information you provide on the proof of claim form will be displayed and/or accessible on the debtor's case website hosted by Kroll Restructuring Administration pursuant to applicable law and/or court order. Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Kroll Restructuring Administration and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Kroll Restructuring Administration and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Kroll Restructuring Administration or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Kroll Restructuring Administration and the Clerk of the Court are authorized but not obligated, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

Submission of Claim Data

By using this Site and loading any information to the Site, you agree to release us from any claim or liability with respect to the public display of personal or private information, including but not limited to the types of information listed above.
Claims and creditor information ("Claim Data") must be submitted by a human being and not a script, program, or other method that may be construed as a "bot." Claim Data must be submitted by the creditor or someone authorized to submit such Claim Data on behalf of the creditor. Claim Data must be correct to the best of the creditor's /submitter's knowledge. Filing Claim Data on this Site grants no guarantee of payment.

You represent and warrant that Claim Data submitted by you:

• shall be true, accurate, and complete;
• shall not contain any personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) or other sensitive or potentially embarrassing information, including health care information;
• shall not violate the rights of any third party, including, but not limited to, other proprietary and/or intellectual property rights, or rights of publicity or privacy; shall not violate any law; shall not contain any viruses, Trojan horses, worms, time bombs, bots, or other computer programming routines that are intended to damage, interfere with, or expropriate any system or information; and
• shall not create liability for us or interfere with the operation of the Site.
All information, including information relating to your Claim Data, that is filed electronically, including through this Site, is subject to the same conditions and restrictions as paper based proofs of claim filed with a Bankruptcy Court and are subject to court orders, rules, procedures and applicable law relating to the bankruptcy case in which Claims Data are filed.

Not Legal Advice

WE CANNOT PROVIDE ANY LEGAL ADVICE REGARDING CLAIM DATA OR ON ANY OTHER TOPIC. IF YOU REQUIRE ADVICE REGARDING YOUR RIGHTS OR ANY BANKRUPTCY CASE YOU MAY WISH TO SEEK LEGAL COUNSEL FROM A LICENSED ATTORNEY. USERS OF THIS SITE SHOULD NOT TAKE OR REFRAIN FROM TAKING ANY ACTION BASED UPON CONTENT INCLUDED IN THE SITE. KROLL RESTRUCTURING ADMINISTRATION IS NOT IN THE BUSINESS OF PROVIDING PROFESSIONAL OR LEGAL ADVICE AND INFORMATION CONTAINED ON THIS SITE SHOULD NOT BE RELIED ON AS A SUBSTITUTE FOR FINANCIAL, LEGAL OR OTHER PROFESSIONAL ADVICE. ANY RELIANCE ON THE INFORMATION CONTAINED ON THIS SITE IS SOLELY AT YOUR RISK.

Electronic Signatures

When you submit Claim Data or other information to us, you may be asked to electronically "sign" a form that will set forth certain terms and conditions related to such submission. You hereby agree that your electronic signature in respect of any such submission complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as your original signature.

For our Terms of Use please click Terms of Use.

Filing Fraudulent Claims

FILING A FRAUDULENT CLAIM IS PUNISHABLE BY A FINE UP TO $500,000 AND/OR IMPRISONMENT FOR UP TO 5 YEARS (18 U.S.C. 152, 157, AND 3571).

**BY SELECTING "I AGREE", YOU CONSENT TO ALL INFORMATION SUBMITTED BEING PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE CASE WEBSITE AND THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

**By selecting I agree below, I confirm that I have read, understand and agree to be bound by the foregoing as well as the Terms of Use.**

◉ I Agree
○ Reject

## Instructions

## Claim Information

### 1. Who is the current Creditor?
Name of the current creditor (the person or entity to be paid for this claim)

Is the current Creditor an Individual?

○ No
◉ Yes

First Name

CHIA-JU

Middle Name

Last Name

LEE

Other names the creditor used with the debtor (if any)

FTX customer main account number:

Email Address(es) Used for each FTX Account

### 2. Has this claim been acquired from someone else?
◉ No
○ Yes

**3. Where should notices and payments to the creditor be sent?**
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

Name:

CHIA-JU LEE

Address 1 (Street address, "Care of:", or "Attention To:"):

5F., No. 472, Zhangshu 2nd Rd., Xizhi Dist.

Address 2:

Address 3:

Address 4:

City:

New Taipei City

State or Province (use 2-letter abbreviation if US or Canada):

Zip Code | Postal Code:

221019

**Is the creditor address outside of the US?**
○ No
◉ Yes

Country (if outside of the US):

Taiwan (R.O.C.)

Contact phone:

+886908980618

Contact email:

sherwin8671@gmail.com

Should payments go to a different address?
◉ No
○ Yes

**Would you like to add any additional addresses for receiving notices about this proof of claim?**

⦿ No
◯ Yes

**4. Does this claim amend one already filed?**

⦿ No
◯ Yes

**5. Do you know if anyone else has filed a proof of claim for this claim?**

⦿ No
◯ Yes

## Additional Claim Information

**6. Did you participate in the FTX Earn program (available via Blockfolio app) as of November 11, 2022?**

⦿ No
◯ Yes

**7. Please refer to the 'Scheduled Claim Information' section above for information on question 7.**

**8.** Do you have Customer Claims related to any Other Activity on the FTX Exchanges? Other Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.

⦿ No
◯ Yes

## E-Sign

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

- ⊙ I am the creditor.
- ○ I am the creditor's attorney or authorized agent.
- ○ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
- ○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

07/24/2023

**Name of the person who is completing and signing this claim:**

First Name/Middle Name/Last Name:

CHIA-JU, LEE

E-Signature:

CHIA-JU, LEE

I certify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree that my electronic signature herein complies with the ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

Title/Company:

Address 1:

5F., No. 472, Zhangshu 2nd Rd., Xizhi Dist.

Address 2:

Customer Claim Form

City:

New Taipei City

State or Province (use 2-letter abbreviation if US or Canada):

Zip Code | Postal Code:

221019

Is this address outside of the US?
○ No
⦿ Yes

Country (if outside of the US):

Taiwan (R.O.C.)

Contact phone:

+886908980618

Contact email:

sherwin8671@gmail.com

## Attachments

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**
⦿ I have supporting documentation
○ I do not have supporting documentation

**Attach a single PDF attachment that is less than 5 megabytes in size**

📄 FTX claim proof-sherwin8671@gmail.com.pdf                                                        604 KB

**File Name**

FTX claim proof-sherwin8671@gmail.com.pdf

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as an identification number confirming receipt of your claim ("Confirmation ID").

Customer Claim Form

## Confirmation of Submission

**Your Form has been successfully submitted...**

DOCUMENT ID

b730b7d4ad751ae4cf588ead3936755b326d81ba

Status

Submitted

Submitted Date Time

2023-07-24T05:53:37.432Z

CONFIRMATION ID

3265-70-EWHCG-738682556

域動行銷股份有限公司 | TEL 02-2719 8500

105台北市松山區南京東路三段285號10樓　10F., No. 285, Sec. 3, Nanjing E. Rd., Songshan Dist., Taipei Ci

## United States Bankruptcy Court
## District of Delaware

824 North Market Street, 3rd Floor

Wilmington, Delaware 19801

USA

