# **EXHIBIT B**

Exhibit B
FTX Trading Ltd. Case No. 22-11068
Out-of-Pocket Expenses
For the Period May 1, 2024 through May 31, 2024

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Bailey,Doug | Partner/Principal | 5/12/2024 | Lodging | Parking in Charlotte, NC for 4 days from 5/12/2024 to 5/16/2024 for In person client meetings to discuss current engagements. . | 390.00 |
| Bailey,Doug | Partner/Principal | 5/12/2024 | Lodging | Hotel - Courtyard By Marriott in New York, NY from 5/12/2024 to 5/16/2024 for 4 nights for In person client meetings to discuss current engagements. | 1,705.40 |
| Bailey,Doug | Partner/Principal | 5/13/2024 | Ground Transportation | Taxi on 5/13/2024 from Airport to Hotel in New York City , NY for In person client meetings to discuss current engagements and work on drafting documents. | 137.22 |
| Bailey,Doug | Partner/Principal | 5/14/2024 | Meals | Out of town Lunch in New York on 5/14/2024 for self for In person client meetings to discuss current engagements. | 15.79 |
| Bailey,Doug | Partner/Principal | 5/16/2024 | Ground Transportation | Taxi on 5/16/2024 from Hotel to LGA Airport in New York , NY for In person client meetings to discuss current engagements. | 198.99 |
| Mistler,Brian M | Manager | 5/20/2024 | Airfare | Airfare-United-Round trip-5/20/2024-5/24/2024-Phoenix, AZ to Newark, NJ, for in-person meetings with client during the FTX quarterly tax summit | 643.11 |
| Mistler,Brian M | Senior Manager | 5/21/2024 | Ground Transportation | Taxi on 5/21/2024 from Airport to Hotel in New York , NY for in-person meetings with client regarding the FTX quarterly tax summit | 80.05 |
| Mistler,Brian M | Senior Manager | 5/21/2024 | Lodging | Hotel - Motto by Hilton in New York, NY from 5/21/2024 to 5/24/2024 for 3 nights for traveling for team and client meetings re: the quarterly tax summit. | 1,374.94 |
| Hammon,David Lane | Manager | 5/21/2024 | Airfare | AirFare-United-Round trip-5/21/2024-5/24/2024-Cleveland, OH to Newark, NJ, for In-person meetings with client/engagement team. | 610.39 |
| Hammon,David Lane | Manager | 5/21/2024 | Airfare | AirFare-United-Round trip-5/21/2024-5/24/2024-Cleveland, OH to Newark, NJ, for In-person meetings with client/engagement team. | 4.00 |
| Hammon,David Lane | Senior Manager | 5/21/2024 | Ground Transportation | Taxi on 5/21/2024 from Airport to Hotel in New York , NY for In-person meetings with client/engagement team. | 78.80 |
| Hammon,David Lane | Senior Manager | 5/21/2024 | Ground Transportation | Taxi on 5/21/2024 from Home to Airport in Cleveland , OH for In-person meetings with client/engagement team. | 25.81 |
| Hammon,David Lane | Senior Manager | 5/21/2024 | Lodging | Hotel - Hilton  in New York, NY from 5/21/2024 to 5/24/2024 for 3 nights for In-person meetings with client/engagement team. | 1,177.53 |
| Bailey,Doug | Partner/Principal | 5/21/2024 | Airfare | Airfare-American Airlines-Round trip-5/21/2024-5/23/2024-Charlotte, NC to Queens, NY, for In person client meetings in NYC &  for  FTX/EY Quarterly Tax Summit. | 846.61 |
| Bailey,Doug | Partner/Principal | 5/21/2024 | Ground Transportation | Taxi on 5/21/2024 from Airport to Hotel in New York, , NY for for in-person client meetings. | 186.25 |
| Bailey,Doug | Partner/Principal | 5/21/2024 | Lodging | Hotel - Courtyard By Marriott in New York, NY from 5/21/2024 to 5/23/2024 for 2 nights for In person client meetings and the FTX/EY Quarterly Tax Summit. | 882.53 |
| Scott,James | Client Serving Contractor JS | 5/21/2024 | Airfare | Airfare-Delta-Round trip-5/21/2024-5/24/2024-Raleigh, NC to NYC, NY, for In person meeting-quarterly management review with K. Schultea, M. Cilia | 411.20 |
| Scott,James | Client Serving Contractor JS | 5/21/2024 | Lodging | Hotel - Landmark in NYC, NY from 5/21/2024 to 5/24/2024 for 3 nights for In person meeting-quarterly management review with K. Schultea, M. Cilia | 1,575.00 |
| Scott,James | Client Serving Contractor JS | 5/21/2024 | Ground Transportation | Taxi on 5/21/2024 from Home to Airport in Morrisville , NC for In person meeting-quarterly management review with K. Schultea, M. Cilia | 37.83 |
| Scott,James | Client Serving Contractor JS | 5/21/2024 | Ground Transportation | Taxi on 5/21/2024 from Airport to Hotel in NYC , NY for In person meeting-quarterly management review with K. Schultea, M. Cilia | 70.24 |
| Wrenn,Kaitlin Doyle | Senior Manager | 5/21/2024 | Lodging | Hotel - Moxy NYC Chelsea in New York City, NY from 5/21/2024 to 5/24/2024 for 3 nights for for FTX client meeting with Kathryn Schultea (FTX) on open employment tax bankruptcy related items and annual Tax Summit. | 1,122.85 |
| Wrenn,Kaitlin Doyle | Senior Manager | 5/21/2024 | Airfare | Airfare-American -Round trip-5/21/2024-5/24/2024-Charlotte, NC to New York City, NY, for for FTX client meeting with Kathryn Schultea (FTX) on open employment tax bankruptcy related items and annual Tax Summit. | 531.00 |
| Wrenn,Kaitlin Doyle | Senior Manager | 5/21/2024 | Meals | Out of town Breakfast in New York City on 5/21/2024 for self for For FTX client meeting with Kathryn Schultea (FTX) on open employment tax bankruptcy related items and annual Tax Summit. | 16.49 |
| Lowery,Kristie L | National Partner/Principal | 5/21/2024 | Airfare | Airfare-American-Round trip-5/21/2024-5/24/2024-Charlotte, NC to New York City, NY, for for FTX client meeting with Kathryn Schultea (FTX) on open employment tax bankruptcy related items and annual Tax Summit. | 531.00 |
| Lowery,Kristie L | National Partner/Principal | 5/21/2024 | Meals | Out of town Breakfast in New York City on 5/21/2024 for self for for FTX client meeting with Kathryn Schultea (FTX) on open employment tax bankruptcy related items and annual Tax Summit. | 24.02 |
| Lowery,Kristie L | National Partner/Principal | 5/21/2024 | Ground Transportation | Taxi on 5/21/2024 from Laguardia Airport to Office in New York City , NY for for FTX client meeting with Kathryn Schultea (FTX) on open employment tax bankruptcy related items and annual Tax Summit. | 98.88 |

| Name | Title | Date | Category | Description | Amount |
|---|---|---|---|---|---|
| Lowery,Kristie L | National Partner/Principal | 5/21/2024 | Ground Transportation | Taxi tip on 5/21/2024 from Laguardia Airport, New York to 1 Manhatten West, New York City, New York in New York City , NY for FTX client meeting with Kathryn Schultea (FTX) on open employment tax bankruptcy related items and annual Tax Summit. | 8.00 |
| Lowery,Kristie L | National Partner/Principal | 5/21/2024 | Lodging | Hotel - Moxy NYC Chelsea in New York City, NY from 5/21/2024 to 6/21/2024 for 3 nights for for FTX client meeting with Kathryn Schultea (FTX) on open employment tax bankruptcy related items and annual Tax Summit. | 1,122.41 |
| Hammon,David Lane | Senior Manager | 5/21/2024 | Meals | Out of town Dinner in New York City on 5/21/2024 for self for In-person meetings with client/engagement team. | 35.03 |
| Hammon,David Lane | Manager | 5/22/2024 | Meals | Out of town Breakfast in New York on 5/22/2024 for self for In-person meetings with client/engagement team. | 13.45 |
| Hammon,David Lane | Senior Manager | 5/22/2024 | Meals | Out of town Lunch in New York on 5/22/2024 for self for In-person meetings with client/engagement team. | 25.05 |
| Scott,James | Client Serving Contractor JS | 5/22/2024 | Meals | Out of town Dinner in NYC on 5/22/2024 for self and B.Mistler (EY), for for in-person meeting with client during quarterly management meeting | 92.63 |
| Wrenn,Kaitlin Doyle | Senior Manager | 5/22/2024 | Meals | Out of town Breakfast in New York City on 5/22/2024 for self for for FTX client meeting with Kathryn Schultea (FTX) on open employment tax bankruptcy related items and annual Tax Summit. | 16.00 |
| Lowery,Kristie L | National Partner/Principal | 5/22/2024 | Meals | Out of town Breakfast in New York City on 5/22/2024 for self for for FTX client meeting with Kathryn Schultea (FTX) on open employment tax bankruptcy related items and annual Tax Summit. | 20.93 |
| Hammon,David Lane | Senior Manager | 5/22/2024 | Meals | Out of town Dinner in New York City on 5/22/2024 for self for in-person meeting with client and engagement team. | 53.13 |
| Hammon,David Lane | Senior Manager | 5/23/2024 | Meals | Out of town Breakfast in New York on 5/23/2024 for self for In-person meetings with client/engagement team. | 12.95 |
| Hammon,David Lane | Senior Manager | 5/23/2024 | Ground Transportation | Taxi on 5/23/2024 from Hotel to Office in New York , NY for In-person meetings with client/engagement team. | 14.99 |
| Hammon,David Lane | Senior Manager | 5/23/2024 | Meals | Out of town Dinner in New York on 5/23/2024 for self for In-person meetings with client/engagement team. | 37.06 |
| Bailey,Doug | Partner/Principal | 5/23/2024 | Ground Transportation | Taxi on 5/23/2024 from Hotel to Airport in Queens , NY for In person client meetings to discuss client engagements. | 189.83 |
| Wrenn,Kaitlin Doyle | Senior Manager | 5/23/2024 | Meals | Out of town Breakfast in New York City on 5/23/2024 for self for for FTX client meeting with Kathryn Schultea (FTX) on open employment tax bankruptcy related items and annual Tax Summit. | 5.66 |
| Lowery,Kristie L | National Partner/Principal | 5/23/2024 | Meals | Out of town Breakfast in New York City on 5/23/2024 for self for for FTX client meeting with Kathryn Schultea (FTX) on open employment tax bankruptcy related items and annual Tax Summit. | 16.75 |
| Shea JR,Thomas M | Partner/Principal | 5/23/2024 | Ground Transportation | Taxi on 5/23/2024 from home to event in New Jersey , NJ for event with client after the FTX quarterly tax summit meetings. | 208.81 |
| Mistler,Brian M | Manager | 5/24/2024 | Lodging | In-flight wifi for working on client deliverables for FTX quarterly tax summit on 5/24/2024 in Newark, NJ | 8.00 |
| Mistler,Brian M | Senior Manager | 5/24/2024 | Meals | Out of town Breakfast in New York on 5/24/2024 for self for for in-person meetings during FTX quarterly tax summit with client | 19.60 |
| Mistler,Brian M | Senior Manager | 5/24/2024 | Meals | Out of town Lunch in New York on 5/24/2024 for self for for in-person meetings and FTX quarterly tax summit | 19.22 |
| Mistler,Brian M | Senior Manager | 5/24/2024 | Ground Transportation | Taxi on 5/24/2024 from Hotel to Airport in Newark , NJ for in-person meetings and quarterly tax summit with client | 102.68 |
| Hammon,David Lane | Senior Manager | 5/24/2024 | Ground Transportation | Taxi on 5/24/2024 from Airport to Home in Cleveland , OH for In-person meetings with client/engagement team. | 27.57 |
| Hammon,David Lane | Manager | 5/24/2024 | Meals | Out of town Breakfast in Newark on 5/24/2024 for self for In-person meetings with client/engagement team. | 15.99 |
| Hammon,David Lane | Senior Manager | 5/24/2024 | Ground Transportation | Taxi on 5/24/2024 from Hotel to Airport in Newark , NJ for In-person meetings with client/engagement team. | 113.34 |
| Scott,James | Client Serving Contractor JS | 5/24/2024 | Ground Transportation | Taxi on 5/24/2024 from Airport to Home in Raleigh , NC for In person meeting-quarterly management review with K. Schultea, M. Cilia | 25.94 |
| Scott,James | Client Serving Contractor JS | 5/24/2024 | Ground Transportation | Taxi on 5/24/2024 from Hotel to Airport in Flushing , NY for In person meeting-quarterly management review with K. Schultea, M. Cilia | 71.21 |
| Wrenn,Kaitlin Doyle | Senior Manager | 5/24/2024 | Ground Transportation | Taxi on 5/24/2024 from Charlotte Airport to Home in Charlotte , NC for FTX client meeting with Kathryn Schultea (FTX) on open employment tax bankruptcy related items and annual Tax Summit. | 47.86 |
| Lowery,Kristie L | National Partner/Principal | 5/24/2024 | Ground Transportation | Taxi on 5/24/2024 from Hotel Moxy Chelsea to Laguardia Airport in New York City , NY for for FTX client meeting with Kathryn Schultea (FTX) on open employment tax bankruptcy related items and annual Tax Summit. | 72.04 |
| IT Data Cost | | 5/31/2024 | IT Data | IT Data Hosting Cost covering the period May 1-31, 2024 | 73,229.00 |
| Cyprus | | 5/31/2024 | VAT | Value Added Tax - Cyprus for May 2024 | 555.01 |
| **Total** | | | | | **$ 88,956.07** |

**The request herein is without prejudice to EY's right to seek additional compensation for Title III Services performed and expenses incurred during the Fee Period, which were not processed at the time of this Application.**