## Exhibit B

**Disbursements**

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 8/1/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 8/5/2024 | Jackson Darby | Late night / weekend transportation | 16.98 | Taxi home, working late in office |
| 8/6/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 8/7/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 8/8/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 8/13/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 8/14/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 8/14/2024 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late in office |
| 8/14/2024 | Matt Rahmani | Late night / weekend meals | 20.00 | Meal working late in office |
| 8/14/2024 | Matt Rahmani | Late night / weekend transportation | 117.62 | Taxi home, working late in office |
| **Total** | | | **$294.60** | |