IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Case No. 22-11068 (JTD) |
|---|---|
| FTX TRADING LTD., *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**VOLODYMYR TSYMBALIUK**
Name of Transferee

**[REDACTED] [CUSTOMER CODE 00349480]**
Name of Transferor

**Address:**

98 Natalii Uzhvii str., apt 76
Kharkiv, Ukraine 61195
Email: volodymyr6691@gmail.com

**Name and Current Address of Transferor:**

[Redacted / on file]

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Unique Customer Code: 00349480 | [Redacted] | [As stated on Schedule below] | FTX Trading Ltd. | 22-11068 |
| Proof of Claim # 50598 Electronic Proof of Claim No. 3265-70-OKYVZ-676611977 | [Redacted] | [As stated on Schedule below] | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: */s/ Volodymyr Tsymbaliuk*
     Transferee/Transferee's Agent

Date: October ___, 2024

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer of Claim to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and appropriate professionals.

| FTX Trading Ltd. | | | | | 22-11068 (JTD) |
|---|---|---|---|---|---|
| | | Amended Schedule F/2: Non-priority Unsecured Customer Claims | | | |
| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | | Earn Indicator | Token / Fiat in Lend |
| 00349371 | | FTT[25.9992], MATH[69.986], SRM[34.17967751], SRM_LOCKED[.10292997], TRX[.000777], USDT[227.0442172] | | | |
| 00349378 | | AAVE-PERP[0], ADA-PERP[0], ALGO[116], ALGO-PERP[0], ALICE-PERP[0], ALT-PERP[0], APT-PERP[0], ATOM-PERP[0], AVAX-PERP[0], BCH-PERP[0], BNB-PERP[0], BTC-PERP[0], CAKE-PERP[0], CEL-PERP[0], CHZ-PERP[0], CRV[2108], CRV-PERP[0], DOGE[816], DOGE-PERP[0], DOT-PERP[0], EGLD-PERP[0], ENS-PERP[0], ETH[0], ETH-PERP[0], EXCH-PERP[0], FTM-PERP[0], FTT-PERP[ -1], GALA-PERP[0], GRT-PERP[0], HOT-PERP[0], INJ-PERP[0], KAVA-PERP[0], KLUNC-PERP[0], KNC-PERP[0], KSM-PERP[0], LINK-PERP[0], LTC-PERP[0], LUNA2[1.43010778], LUNA2_LOCKED[3.33691815], LUNA2-PERP[ -1], LUNC[311408.98], LUNC-PERP[ -13000], MASK-PERP[0], MATIC[63], MATIC-PERP[0], NEAR-PERP[0], PEOPLE-PERP[0], ROSE-PERP[0], RSR-PERP[0], RVN-PERP[0], SOL-PERP[0], SRM-PERP[0], SUSHI-PERP[0], UNI-PERP[0], USD[1186.37], USDT[.00749002], VET-PERP[0], WAVES-PERP[0], XMR-PERP[0], XRP[.845234], XRP-PERP[0], XTZ-PERP[0] | | | |
| 00349381 | | FTT[.1917322], SRM[80.58973458], SRM_LOCKED[305.66026542], USD[12.42], USDT[0] | | | |
| 00349404 | | 1INCH[5.99796000], 1INCH-PERP[0], ALT-PERP[0], AURY[3.99932], BTC[0], BTC-0325[0], BTC-PERP[0], DOGE[0], DOT-PERP[0], ETH[0], ETH-PERP[0], FTT[.000131], FTT-PERP[0], ICP-PERP[0], JET[44.99983], LINA[0], LINA-PERP[0], LUNA2[0.00373187], LUNA2_LOCKED[0.00870770], LUNC[812.62291824], LUNC-PERP[0], ONT-PERP[0], RAY[4.99915], SOL[0], SOL-20210625[0], TONCOIN[0], TONCOIN-PERP[0], UMEE[9.4441], USD[0.00], XRP[0] | | | |
| 00349412 | | 1INCH[0], 1INCH-PERP[0], AAVE-20210326[0], AAVE-PERP[0], ADA-20210924[0], ADA-PERP[0], ALGO-PERP[0], ALICE-PERP[0], ALPHA-PERP[0], ALT-PERP[0], AMPL[0], AMPL-PERP[0], ANC-PERP[0], APE-PERP[0], ASD[0], ASD-PERP[0], ATLAS-PERP[0], AVAX[0.00797984], AVAX-0624[0], AVAX-20210625[0], AVAX-20210924[0], AVAX-PERP[0], AXS-0930[0], AXS-PERP[0], BADGER-PERP[0], BAO-PERP[0], BCH-PERP[0], BIT[.38130211], BIT-PERP[0], BNB-20210625[0], BNB-PERP[0], BTC[0], BTC-20201225[0], BTC-20210326[0], BTC-20210625[0], BTC-20210924[0], BTC-PERP[0], CEL[0], CEL-PERP[0], COMP-20210625[0], COMP-PERP[0], CREAM-20210326[0], CREAM-PERP[0], CRV-PERP[0], DEFI-20210326[0], DEFI-PERP[0], DMG-20201225[0], DMG-PERP[0], DOGE-PERP[0], DOT[.02290002], DOT-20210326[0], DOT-20210924[0], DOT-PERP[0], DYDX-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[0], ETH-20201225[0], ETH-20210326[0], ETH-20210625[0], ETH-20210924[0], ETH-PERP[0], ETHW[0], FIDA-PERP[0], FIL-20201225[0], FIL-PERP[0], FLOW-PERP[0], FTM-PERP[0], FTT[540.06763999], FTT-PERP[0], GALA-PERP[0], GAL-PERP[0], GME[.00000002], GME-20210625[0], GMEPRE[0], GMT-PERP[0], GOOGL[.0001], GRT[0], GRT-20210326[0], GRT-PERP[0], HOLY-PERP[0], ICP-PERP[0], KAVA-PERP[0], KIN-PERP[0], KNC-PERP[0], KSHIB-PERP[0], LDO-PERP[0], LINA-PERP[0], LINK[.05156239], LINK-20201225[0], LINK-20210326[0], LINK-20210625[0], LINK-PERP[0], LTC-20210326[0], LTC-20210625[0], LTC-20211231[0], LUNA2[0.00009184], LUNA2_LOCKED[0.00021431], LUNC-PERP[0], MAPS-PERP[0], MATIC-PERP[0], MER-PERP[0], MKR-PERP[0], NEAR[.04837503], NEAR-PERP[0], NFT[.29062057138682117617FTX EU - we are here! #179859][1], NFT[30201483577447776317FTX EU - we are here! #07986061][1], NFT[478873929952585674FTX AU - we are here! #54032][1], NFT[50646670811209285017FTX EU - we are here! #179704][1], OKB-PERP[0], OMG-PERP[0], OP-PERP[0], PERP-PERP[0], QTUM-PERP[0], RAY[0], RAY-PERP[0], REN-PERP[0], RSR[0], RSR-PERP[0], RUNE-PERP[0], SECO-PERP[0], SHIB-PERP[0], SOL-0325[0], SOL-20210326[0], SOL-20210625[0], SOL-PERP[0], SRM[1.95690136], SRM_LOCKED[120.46435405], SRM-PERP[0], SUSHI-20210625[0], SUSHI-20210924[0], SUSHI-PERP[0], SXP-20210326[0], SXP-20210924[0], SXP-PERP[0], THETA-20210924[0], THETA-PERP[0], TRX-PERP[0], TRYB-20201225[0], TRYB-PERP[0], TULIP-PERP[0], UNI[0], UNI-PERP[0], UNISWAP-20201225[0], UNISWAP-PERP[0], USD[1162.88], USDT[0.00000003], USDT-PERP[0], USTC-PERP[0], XEM-PERP[0], XRP-20201225[0], XRP-20210326[0], XRP-20210625[0], XRP-PERP[0], XTZ-PERP[0], YFI-PERP[0] | | Yes | |
| 00349429 | | LUNA2[0.02755384], LUNA2_LOCKED[0.06429229], LUNC[5999.9068621], USD[0.05] | | | |
| 00349480 | | 1INCH[1744.00591], 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], ALGO-PERP[0], ALICE-PERP[0], ALPHA-PERP[0], APE-PERP[0], APT-PERP[0], AR-PERP[86.2], ASD-PERP[0], ATLAS[9.81], ATLAS-PERP[0], ATOM[129.5000555], ATOM-PERP[0], AVAX[57.6000215], AVAX-PERP[0], BABA[25.5550875], BAL-PERP[0], BAND[.0017195], BAR[263.8070455], BIL[35.15017475], BLT[8], BNB[8.8550169], BOBA[.0088765], BTC[0.10052541], BTC-PERP[0], C98[5624.017044], C98-PERP[0], CELO-PERP[0], CHR-PERP[0], CHZ-PERP[0], COMP-PERP[0], CRV[1100], CRV-PERP[0], CVX[169.9000365], CVX-PERP[0], DEFI-PERP[0], DODO-PERP[0], DOGE[6508], DOGE-PERP[0], DYDX-PERP[0], EGLD-PERP[0], ENS-PERP[0], ETH[0.01118070], ETH-PERP[0], ETHW[127.05577170], EUR[18003.01], FLOW-PERP[0], FTM[.73799], FTM-PERP[0], FTT[187.3872125], FTT-PERP[0], GALA-PERP[0], GENE[.0008195], GLD[24.33003645], GLMR-PERP[0], GMT[1540], GMT-PERP[0], GODS[.0054545], GOG[2881.013775], HNT[211.200495], IMX[1900.8014255], IMX-PERP[0], INJ-PERP[0], INTER[.033554], KNC-PERP[0], KSM-PERP[0], LINA-PERP[0], LOOKS[3564.00157], LOOKS-PERP[12515], LTC[.00503842], LTC-PERP[0], LUNA2[0.13815461], LUNA2_LOCKED[0.32236077], LUNC[30083.45890786], LUNC-PERP[0], MATIC[5], MATIC-PERP[0], MID-PERP[0], MOB[11.488748], NEAR[396.300171], NEAR-PERP[0], NFT (291551425000002253/The Hill by FTX #37061)[1], NFT (293928750871762141/The Hill by FTX #43822)[1], NFT (294585767250230696/The Hill by FTX #36422)[1], NFT (298335904483917143/The Hill by FTX #43876)[1], NFT (304582365180869912/The Hill by FTX #36663)[1], NFT (307906860210460670/The Hill by FTX #37878)[1], NFT (311485077978432646/The Hill by FTX #36665)[1], NFT (320410146837326414/The Hill by FTX #36383)[1], NFT (327539959307684869/The Hill by FTX #40092)[1], NFT (329979882306943860/The Hill by FTX #37921)[1], NFT (336013574137859824/The Hill by FTX #37915)[1], NFT (341395174773225036/The Hill by FTX #36252)[1], NFT (342547357367016681/The Hill by FTX #37918)[1], NFT (348595883798747760/The Hill by FTX #37916)[1], NFT (349845289620356341/The Hill by FTX #37052)[1], NFT (350042772299591396/The Hill by FTX #43815)[1], NFT (359344572231041956/The Hill by FTX #37053)[1], NFT (365826995087280591/The Hill by FTX #37959)[1], NFT (370683506598478657/The Hill by FTX #36670)[1], NFT (372630168358124342/The Hill by FTX #36465)[1], NFT (374090761564262612/The Hill by FTX #37874)[1], NFT (381778840014261179/The Hill by FTX #36661)[1], NFT (389910237311377276/The Hill by FTX #36349)[1], NFT (394623995250793891/The Hill by FTX #37906)[1], NFT (395182760936657485/The Hill by FTX #36347)[1], NFT (395675556313669776/The Hill by FTX #37063)[1], NFT (401161832990999630/The Hill by FTX #43819)[1], NFT (401439802674133520/The Hill by FTX #37914)[1], NFT (414070283906459897/The Hill by FTX #37890)[1], NFT (417436324674732427/The Hill by FTX #36353)[1], NFT (422918551925878716/The Hill by FTX #37057)[1], NFT (424702390826037301/The Hill by FTX #36355)[1], NFT (433256378973799578/The Hill by FTX #37917)[1], NFT (447039650726854909/The Hill by FTX #37044)[1], NFT (447585069573958373/The Hill by FTX #37058)[1], NFT (452819143303439309/The Hill by FTX #37058)[1], NFT (455571180847298965/The Hill by FTX #37945)[1], NFT (458855914335628333/The Hill by FTX #43873)[1], NFT (462258087361586096/The Hill by FTX #37054)[1], NFT (462467342038272378/The Hill by FTX #43844)[1], NFT (464029567476301397/The Hill by FTX #36662)[1], NFT (465235955310512277/The Hill by FTX #37926)[1], NFT (469117975082309790/The Hill by FTX #37062)[1], NFT (472583507235288096/The Hill by FTX #43872)[1], NFT (478519128699883818/The Hill by FTX #37883)[1], NFT (480038475550538795/The Hill by FTX #37048)[1], NFT (484307676428106200/The Hill by FTX #37046)[1], NFT (480801404018738963/The Hill by FTX #37049)[1], NFT (492701863541541337/The Hill by FTX #37055)[1], NFT (496686613304749515/The Hill by FTX #36361)[1], NFT (506285056879692337/The Hill by FTX #37056)[1], NFT (523163026206222352/The Hill by FTX #36392)[1], NFT (531341414321712870/The Hill by FTX #37913)[1], NFT (538684295472353010/The Hill by FTX #37927)[1], NFT (542284197363573681/The Hill by FTX #34825)[1], NFT (558496078950279587/The Hill by FTX #37045)[1], NFT (560799049714213889/The Hill by FTX #43382)[1], NFT (566391920593583491/The Hill by FTX #36359)[1], NFT (575836969424202217/The Hill by FTX #37059)[1], ONE-PERP[0], OP-PERP[0], PAXG[6.000025], PERP[1963.606455], PERP-PERP[17480.7], QI[4.0162], RAY-PERP[0], REN-PERP[0], RUNE-PERP[0], SAND[1.000005], SAND-PERP[0], SLRS[.931712], SLV[408.2013655], SNX-PERP[0], SOL[37.23224785], SOL-PERP[0], SRM-PERP[0], STG[264.000495], SUSHI-PERP[0], SXP-PERP[0], TLM[.11262], TLM-PERP[0], TONCOIN[493.938005], TRX[50.000044], UNI-PERP[0], USD[129536.66], USDT[295.43400470], WAVES-PERP[0], WRX[.010135], XMR-PERP[0], XRP-PERP[0], YGG[.177265] | | | |
| 00349493 | | 1INCH[.894664], AAVE[0.00617933], APE[.0029915], ATLAS[8130], AURY[499.000825], AVAX[24.300211], AXS-PERP[0], BNB[1.64980451], BNB-PERP[0], BTC[0.00000068], BTC-PERP[0], CRO[1350.00675], DOGE[1891.79073984], DOT-20210326[0], ENJ[.7456375], ETH[0.01000136], ETH-PERP[0], ETHW[2.01001635], FTM-PERP[0], FTT[476.57101335], GMT[395.02938], HKD[0.45], LOOKS[.03413], LOOKS-PERP[0], LUNA2[0.85057090], LUNA2_LOCKED[1.98466543], LUNC[.00006015], LUNC-PERP[0], MATIC[.0004], MATIC-PERP[0], NEAR[50.300567], RAY[325.93900722], RAY-PERP[0], RUNE[.0021095], SAND[.002095], SAND-PERP[0], SC-PERP[0], SHIB-PERP[0], SLP-PERP[0], SNX[.086244], SOL[1269.27536937], SOL-PERP[0], SUSHI[.434222], SUSHI-PERP[0], UNI[70.56873659], USD[18546.44], USDT[10847.01880967] | | | BNB[1.565515], DOGE[1857.037763], SOL[362.260031] |
| 00349534 | | 1INCH-PERP[0], AAVE-PERP[0], ADABULL[.0008896], ADA-PERP[0], AGLD-PERP[0], ALCX-PERP[0], ALPHA-PERP[0], APT-PERP[0], AR-PERP[0], ASD-PERP[0], ATLAS-PERP[0], ATOM-20210924[0], ATOM-PERP[0], AUDIO-PERP[0], BADGER-PERP[0], BAND-PERP[0], BAO-PERP[0], BAT-PERP[0], BCH[.001394], BIT-PERP[0], BNB[0.00013316], BNB-PERP[0], BOBA-PERP[0], BTC-PERP[0], BTT-PERP[0], BTTPRE-PERP[0], CELO-PERP[0], CEL-PERP[0], CHR-PERP[0], CHZ-PERP[0], CLV-PERP[0], CREAM-PERP[0], DENT-PERP[0], DODO-PERP[0], DOGE-1230[0], DOGE-PERP[0], DOT-20210326[0], DOT-PERP[0], DYDX-PERP[0], EGLD-PERP[0], ENS-PERP[0], EOS-PERP[0], ETH[.00004440], ETH-PERP[0], ETHW[.0004], ETHW-PERP[0], FIDA-PERP[0], FIL-PERP[0], FTM-PERP[0], FTT-PERP[250], GALA-PERP[0], GLMR-PERP[0], GMT-PERP[0], GRT-PERP[0], GST-PERP[0], HBAR-PERP[0], HOT-PERP[0], HT-PERP[0], HUM-PERP[0], ICX-PERP[0], IND[.988], INJ-PERP[0], KBTT-PERP[0], KIN-PERP[0], KLAY-PERP[0], KLUNC-PERP[0], KSHIB-PERP[0], KSM-PERP[0], LEO-PERP[0], LINA-PERP[0], LOOKS-PERP[0], LRC-PERP[0], LTCBULL[30000], LUNA2[2.29572981], LUNA2_LOCKED[5.35670289], LUNC-PERP[0], MANA-PERP[0], MAPS-PERP[0], MATICBULL[.5766], MATIC-PERP[0], MCB-PERP[0], MER-PERP[0], MINA-PERP[0], MNGO-PERP[0], MOB-PERP[0], MTA-PERP[0], NEAR-PERP[0], NEO-PERP[0], NPXS-PERP[0], OP-1230[0], OP-PERP[0], PEOPLE-PERP[0], PERP-PERP[0], PUNDIX-PERP[0], RNDR-PERP[0], ROOK-PERP[0], ROSE-PERP[0], SAND-PERP[0], SC-PERP[0], SHIB-PERP[0], SLP-PERP[0], SOL-PERP[0], SOS-PERP[0], SPELL-PERP[0], SRM-PERP[0], SRN-PERP[0], STEP-PERP[0], STG-PERP[0], STMX-PERP[0], STORJ-PERP[0], SUSHI-PERP[0], SXP-PERP[0], THETA-PERP[0], TOMO-PERP[0], TRX[0.00556700], TRX-PERP[0], TULIP-PERP[0], UNISWAPBULL[.9974], USD[-218.71], USDT[401.14693722], USTC-PERP[0], VET-PERP[0], WAVES-0325[0], WAVES-PERP[0], XRP-PERP[0], YFI-20211231[0], YFII-PERP[0], YFI-PERP[0], ZIL-PERP[0] | | | |
| 00349538 | | AAVE-PERP[0], ADA-PERP[0], ALCX-PERP[0], ALT-PERP[0], AR-PERP[0], ATOM-PERP[0], AVAX-PERP[0], AXS-PERP[0], BNB[0.02902311], BNB-PERP[0], BTC[0.00002169], BTC-0624[0], BTC-0930[0], BTC-1230[0], BTC-20210924[0], BTC-20211231[0], BTC-MOVE-WK-20210730[0], BTC-MOVE-WK-20210806[0], BTC-PERP[0], CAKE-PERP[0], COMP-PERP[0], COPE[0], CREAM-PERP[0], CRV-PERP[0], DOGE-PERP[0], DOT-PERP[0], DRGN-PERP[0], DYDX-PERP[0], ENS-PERP[0], ETC-PERP[0], ETH[0.00054229], ETH-0325[0], ETH-0624[0], ETH-1230[0], ETH-20210924[0], ETH-20211231[0], ETHBULL[0], ETH-PERP[0], ETHW[0.00020596], EUR[0.43], EXCH-PERP[0], FTM-PERP[0], FTT[0.07643139], FTT-PERP[0], ICP-PERP[0], ICX-PERP[0], IOTA-PERP[0], LEO-PERP[0], LINK-PERP[0], LTC-PERP[0], LUNC-PERP[0], MATIC-PERP[0], MID-PERP[0], MTL-PERP[0], NEAR-PERP[0], NEO-PERP[0], ONE-PERP[0], OXY-PERP[0], PERP-PERP[0], PRIV-PERP[0], RAY-PERP[0], RUNE-PERP[0], SHIB[1000000], SHIT-PERP[0], SOL[0], SOL-20210326[0], SOL-PERP[0], SPELL-PERP[0], SRM[.09198039], SRM_LOCKED[.48552478], SRM-PERP[0], STEP-PERP[0], SUSHI-20210326[0], SUSHI-PERP[0], TULIP-PERP[0], UNISWAP-PERP[0], USD[70019.88], USDT[0], XRP-PERP[0], YFII-PERP[0], ZEC-PERP[0] | | | |
| 00349540 | | BAO[1], BNB[2.76453383], BTC[.2158], ETH[7.02962278], ETHW[7.02992278], GMT[.4479527], LUNA2_LOCKED[461.3541669], SOL[99.2], TRX[.000009], USD[480.11], USDT[2319.64192971] | | Yes | |
| 00349547 | | 1INCH[0], 1INCH-PERP[0], AAVE[0], AAVE-PERP[0], AGLD-PERP[0], AMPL[0], AMPL-PERP[0], APE[0], APE-PERP[0], ASD-PERP[0], ATLAS-PERP[0], AVAX-PERP[0], BADGER-PERP[0], BAO-PERP[0], BNB[0.00000001], BNB-PERP[0], BRZ[0], BTC[0], BTC-20210625[0], BTC-20210924[0], BTC-20211231[0], BTC-MOVE-20201221[0], BTC-MOVE-20201225[0], BTC-MOVE-20201226[0], BTC-MOVE-20201227[0], BTC-MOVE-20201228[0], BTC-MOVE-20201229[0], BTC-MOVE-20201230[0], BTC-PERP[0], CEL[0.00000001], CEL-PERP[0], CVX-PERP[0], DOGE[0], DOGE-PERP[0], ENJ-PERP[0], ETH[0.00000001], ETH-20211231[0], ETH-PERP[0], ETHW[0], FTM[0], FTM-PERP[0], FTT[57.53225935], FTT-PERP[0], GBP[156268.00], HT[0], HT-PERP[0], JASMY-PERP[0], LDO-PERP[0], LINK[0.00000001], LINK-PERP[0], LOOKS[0], LOOKS-PERP[0], LRC-PERP[0], LTC[0], LTC-PERP[250], LUNA2[0.01257373], LUNA2_LOCKED[0.02933874], LUNC[0], LUNC-PERP[0], MATIC-PERP[0], MKR[0], MKR-PERP[0], OKB[0.09621685], OKB-PERP[0], OXY-PERP[0], PERP-PERP[0], RAY[0.00000001], RAY-PERP[0], RNDR-PERP[0], ROOK[0], RSR[0], RSR-PERP[0], RUNE[0.05846700], RUNE-PERP[0], SNX[0], SNX-PERP[0], SOL[0], SOL-PERP[0], SRM[26.55300645], SRM_LOCKED[117.60909679], SRM-PERP[0], SUN[1], SUSHI[0.00000001], SUSHI-20211231[0], SUSHI-PERP[0], SXP[0], SXP-PERP[0], TONCOIN-PERP[0], TRX[1000], TRX-PERP[0], UNI[0], UNI-PERP[0], UNISWAP-20210924[0], UNISWAP-PERP[0], USD[46877.77], USDT[200.01145407], USTC[0], USTC-PERP[0], XRP[0], XRP-PERP[0], YFI[0], YFI-PERP[0] | | | |
| 00349554 | | BNB[.008354], ETH[.00083539], FTM[.7], FTM-PERP[40000], LUNA2_LOCKED[714.654473], LUNC[80026550.1893964], LUNC-PERP[0], MATIC-PERP[0], TRX[.022321], USD[ -12850.85], USDT[ -0.00244851] | | | |
| 00349595 | | BNB-PERP[ -0.5], BTC-PERP[0], DOGE[776.70669062], DYDX-PERP[0], ETH-PERP[0], FTT[31.79353522], FTT-PERP[0], LUNA2[9.09561185], LUNA2_LOCKED[21.22309432], LUNC[1042231.49829177], MATIC-PERP[0], SAND-PERP[0], SHIB[11000000], SOL[.09135351], SOL-PERP[ -15.84], SOS[10000000], TRX[.000777], USD[1383.75], USDT[0.00000001], USTC[610.00093341], VET-PERP[4363], XRP-PERP[0], YFI-PERP[0] | | | |
| 00349609 | | AXS[0], BIT[0], BTC[0], CHZ[0], CLV[0], CRV[0], ENS[.00000001], ETH[0], ETHW[0], FTM[0], FTT[86.49426502], FXS[0], HNT[0], JOE[0], LOOKS[0], LUNA2[0.00279275], LUNA2_LOCKED[0.00651643], LUNC[0], MAPS[0], MATIC[0], MER[0], RUNE[0], SAND[0], SOL[23.13212402], SRM[69.94573352], SRM_LOCKED[1.6666673], STG[0], SUSHI[0], TONCOIN[0], USD[0.14], USDT[0] | | | |
| 00349615 | | ADA-PERP[0], AVAX-PERP[0], BTC-PERP[0], CVX-PERP[0], ETH[0], ETH-PERP[0], FLOW-PERP[0], FTT[0], FTT-PERP[0], GMT-PERP[0], LUNA2[0.12713507], LUNA2_LOCKED[0.29664850], LUNC[.0060091], LUNC-PERP[0], MATIC-PERP[0], RAY-PERP[0], RSR-PERP[0], SOL-PERP[0], TRX-PERP[0], USD[0.00], USDT[0] | | | |