**Exhibit B**

**Disbursements**

| Cost Type | Work Date | Quantity | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| Document Reproduction | 9/2/2024 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Color Document Reproduction | 9/2/2024 | 44.00 | 0.25 | 11.00 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 9/4/2024 | 1.00 | 0.77 | 0.77 | COURTLINK ALERT |
| Document Reproduction | 9/5/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 9/5/2024 | 111.00 | 0.10 | 11.10 | Document Reproduction |
| Document Reproduction | 9/5/2024 | 57.00 | 0.10 | 5.70 | Document Reproduction |
| Document Reproduction | 9/5/2024 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Document Reproduction | 9/5/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 9/5/2024 | 78.00 | 0.10 | 7.80 | Document Reproduction |
| Document Reproduction | 9/5/2024 | 30.00 | 0.10 | 3.00 | Document Reproduction |
| Document Reproduction | 9/5/2024 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Document Reproduction | 9/5/2024 | 51.00 | 0.10 | 5.10 | Document Reproduction |
| Document Reproduction | 9/5/2024 | 37.00 | 0.10 | 3.70 | Document Reproduction |
| Document Reproduction | 9/5/2024 | 234.00 | 0.10 | 23.40 | Document Reproduction |
| Document Reproduction | 9/5/2024 | 129.00 | 0.10 | 12.90 | Document Reproduction |
| Document Reproduction | 9/5/2024 | 18.00 | 0.10 | 1.80 | Document Reproduction |
| Document Reproduction | 9/5/2024 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 9/5/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 9/5/2024 | 10.00 | 0.10 | 1.00 | Document Reproduction |
| Document Reproduction | 9/5/2024 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Color Document Reproduction | 9/5/2024 | 29.00 | 0.25 | 7.25 | Color Document Reproduction |
| Color Document Reproduction | 9/5/2024 | 3.00 | 0.25 | 0.75 | Color Document Reproduction |
| Color Document Reproduction | 9/5/2024 | 69.00 | 0.25 | 17.25 | Color Document Reproduction |
| Color Document Reproduction | 9/5/2024 | 2.00 | 0.25 | 0.50 | Color Document Reproduction |
| Color Document Reproduction | 9/5/2024 | 29.00 | 0.25 | 7.25 | Color Document Reproduction |
| Color Document Reproduction | 9/5/2024 | 3.00 | 0.25 | 0.75 | Color Document Reproduction |
| Color Document Reproduction | 9/5/2024 | 75.00 | 0.25 | 18.75 | Color Document Reproduction |
| Color Document Reproduction | 9/5/2024 | 2.00 | 0.25 | 0.50 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 9/6/2024 | 1.00 | 0.77 | 0.77 | COURTLINK ALERT |
| Messenger | 9/6/2024 | 1.00 | 89.50 | 89.50 | CITY EXPEDITOR, INC - Messenger #/PU 3 boxes from Sascha N. Rand on 09/06/2024 |
| Document Reproduction | 9/6/2024 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| Document Reproduction | 9/6/2024 | 16.00 | 0.10 | 1.60 | Document Reproduction |
| Word processing | 9/6/2024 | 0.50 | 0.00 | 0.00 | Word processing |
| Document Services | 9/6/2024 | 1.00 | 78.75 | 78.75 | Array - Delivery/G Smith/NY24090094 |
| Word processing | 9/7/2024 | 1.00 | 0.00 | 0.00 | Word processing |

| Description | Date | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|
| Document Reproduction | 9/9/2024 | 17.00 | 0.10 | 1.70 | Document Reproduction |
| Velobind | 9/9/2024 | 1.00 | 3.03 | 3.03 | Velobind |
| Tabs | 9/9/2024 | 7.00 | 0.75 | 5.25 | Tabs |
| Document Reproduction | 9/11/2024 | 15.00 | 0.10 | 1.50 | Document Reproduction |
| Document Reproduction | 9/11/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 9/11/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 9/11/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Color Document Reproduction | 9/11/2024 | 14.00 | 0.25 | 3.50 | Color Document Reproduction |
| Color Document Reproduction | 9/11/2024 | 82.00 | 0.25 | 20.50 | Color Document Reproduction |
| Color Document Reproduction | 9/11/2024 | 87.00 | 0.25 | 21.75 | Color Document Reproduction |
| Word processing | 9/11/2024 | 0.10 | 0.00 | 0.00 | Word processing |
| Document Reproduction | 9/12/2024 | 10.00 | 0.10 | 1.00 | Document Reproduction |
| Color Document Reproduction | 9/12/2024 | 12.00 | 0.25 | 3.00 | Color Document Reproduction |
| Word processing | 9/14/2024 | 0.10 | 0.00 | 0.00 | Word processing |
| Document Reproduction | 9/16/2024 | 39.00 | 0.10 | 3.90 | Document Reproduction |
| Document Reproduction | 9/16/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 9/16/2024 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| Document Reproduction | 9/16/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 9/16/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 9/16/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 9/16/2024 | 63.00 | 0.10 | 6.30 | Document Reproduction |
| Document Reproduction | 9/16/2024 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Color Document Reproduction | 9/16/2024 | 1.00 | 0.25 | 0.25 | Color Document Reproduction |
| Color Document Reproduction | 9/16/2024 | 85.00 | 0.25 | 21.25 | Color Document Reproduction |
| Color Document Reproduction | 9/16/2024 | 1.00 | 0.25 | 0.25 | Color Document Reproduction |
| Color Document Reproduction | 9/16/2024 | 81.00 | 0.25 | 20.25 | Color Document Reproduction |
| Color Document Reproduction | 9/16/2024 | 26.00 | 0.25 | 6.50 | Color Document Reproduction |
| Color Document Reproduction | 9/16/2024 | 4.00 | 0.25 | 1.00 | Color Document Reproduction |
| Color Document Reproduction | 9/16/2024 | 6.00 | 0.25 | 1.50 | Color Document Reproduction |
| Velobind | 9/16/2024 | 1.00 | 3.03 | 3.03 | Velobind |
| Tabs | 9/16/2024 | 5.00 | 0.75 | 3.75 | Tabs |
| Document Reproduction | 9/17/2024 | 24.00 | 0.10 | 2.40 | Document Reproduction |
| Document Reproduction | 9/17/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 9/17/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Lexis Courtlink - Off Contract | 9/18/2024 | 1.00 | 0.76 | 0.76 | COURTLINK ALERT |
| Document Reproduction | 9/18/2024 | 29.00 | 0.10 | 2.90 | Document Reproduction |
| Document Reproduction | 9/19/2024 | 14.00 | 0.10 | 1.40 | Document Reproduction |

| Description | Date | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|
| Document Reproduction | 9/19/2024 | 20.00 | 0.10 | 2.00 | Document Reproduction |
| Document Reproduction | 9/19/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 9/19/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Color Document Reproduction | 9/20/2024 | 1.00 | 0.25 | 0.25 | Color Document Reproduction |
| Document Reproduction | 9/23/2024 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| Document Reproduction | 9/23/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 9/23/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 9/23/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 9/23/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 9/23/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 9/23/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 9/23/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 9/23/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 9/23/2024 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| Document Reproduction | 9/23/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Color Document Reproduction | 9/23/2024 | 9.00 | 0.25 | 2.25 | Color Document Reproduction |
| Color Document Reproduction | 9/23/2024 | 2.00 | 0.25 | 0.50 | Color Document Reproduction |
| Color Document Reproduction | 9/23/2024 | 3.00 | 0.25 | 0.75 | Color Document Reproduction |
| Color Document Reproduction | 9/23/2024 | 1.00 | 0.25 | 0.25 | Color Document Reproduction |
| Color Document Reproduction | 9/23/2024 | 102.00 | 0.25 | 25.50 | Color Document Reproduction |
| Color Document Reproduction | 9/23/2024 | 18.00 | 0.25 | 4.50 | Color Document Reproduction |
| Word processing | 9/25/2024 | 0.50 | 0.00 | 0.00 | Word processing |
| Lexis Courtlink - Off Contract | 9/28/2024 | 1.00 | 0.76 | 0.76 | COURTLINK ALERT |
| Online Research - Off Contract | 9/30/2024 | 1.00 | 0.00 | 0.00 | Online Research - Off Contract |
| Online Research - Off Contract | 9/30/2024 | 1.00 | 0.00 | 0.00 | Online Research - Off Contract |
| Online Research - Tax | 9/30/2024 | 1.00 | 0.00 | 0.00 | Online Research - Tax |
| Online Research | 9/30/2024 | 1.00 | 0.00 | 0.00 | Online Research |
| Online Research | 9/30/2024 | 1.00 | 0.00 | 0.00 | Online Research |
| Online Research | 9/30/2024 | 1.00 | 0.00 | 0.00 | Online Research |
| Color Document Reproduction | 9/30/2024 | 20.00 | 0.25 | 5.00 | Color Document Reproduction |
| Color Document Reproduction | 9/30/2024 | 1.00 | 0.25 | 0.25 | Color Document Reproduction |

| Cost Type - Description | Sum of Quantity | Sum of Amount |
|---|---|---|
| Color Document Reproduction | 812 | $203.00 |
| Document Reproduction | 1138 | $113.80 |
| Document Services | 1 | $78.75 |
| Lexis Courtlink - Off Contract | 4 | $3.06 |
| Messenger | 1 | $89.50 |
| Online Research | 3 | $0.00 |
| Online Research - Off Contract | 2 | $0.00 |
| Online Research - Tax | 1 | $0.00 |
| Tabs | 12 | $9.00 |
| Velobind | 2 | $6.06 |
| Word processing | 2.2 | $0.00 |
| **Grand Total** | **1978.2** | **$503.17** |