**Exhibit A**

**Time Entries**

*Strictly Private & Confidential*

| | Correspondence with Debtor Advisors and Principals | Correspondence with Creditors, UCC, and Advisors | Correspondence with Third-Parties | Due Diligence and Restructuring Strategy | Sale Process Matters | Financing Matters | Court Hearings | Other Administrative Processes and Analysis | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Restructuring** | | | | | | | | | |
| Bruce Mendelsohn (Partner) | 6.0 | 4.0 | 1.5 | 9.0 | - | - | - | - | **20.5** |
| Kevin Cofsky (Partner) | 6.0 | 4.0 | - | 14.0 | - | - | - | - | **24.0** |
| Matt Rahmani (Managing Director) | 6.5 | 4.0 | 5.0 | 88.0 | 0.5 | - | - | - | **104.0** |
| Kendyl Flinn (Director) | 1.5 | 4.0 | 5.0 | 77.0 | 0.5 | - | - | 4.5 | **92.5** |
| Ryan Moon (Associate) | - | - | - | - | - | - | - | 4.5 | **4.5** |
| Emil Tu (Analyst) | 2.5 | 4.0 | 5.0 | 100.0 | 0.5 | - | - | 24.5 | **136.5** |
| Jackson Darby (Analyst) | 2.5 | 3.0 | 5.0 | 56.0 | 0.5 | - | - | 43.5 | **110.5** |
| **Restructuring Sub-Total** | **25.0** | **23.0** | **21.5** | **344.0** | **2.0** | **-** | **-** | **77.0** | **492.5** |
| **FinTech and Digital Assets** | | | | | | | | | |
| Michael Grace (Partner) | - | - | - | - | - | - | - | - | **-** |
| Max Mesny (Partner) | - | - | - | - | - | - | - | - | **-** |
| Timm Schipporeit (Partner) | - | - | - | - | - | - | - | 2.0 | **2.0** |
| Laura Klaassen (Managing Director) | - | - | - | - | - | - | - | - | **-** |
| Ema Betts (Managing Director) | - | - | 29.0 | - | - | - | - | - | **29.0** |
| Nathaniel Nussbaum (Executive Director) | - | - | - | - | - | - | - | - | **-** |
| Geoff Posess (Executive Director) | - | - | - | - | - | - | - | 4.5 | **4.5** |
| Wasif Syed (Executive Director) | - | - | - | - | - | - | - | 2.0 | **2.0** |
| Alexander Kalashnikov (Associate) | - | - | 3.0 | 14.0 | - | - | - | - | **17.0** |
| Eduardo Ascoli (Associate) | - | - | 29.0 | - | - | - | - | - | **29.0** |
| Donall O'Leary (Associate) | - | - | 11.0 | 12.0 | - | - | - | - | **23.0** |
| **FinTech & Digital Assets Sub-Total** | **-** | **-** | **72.0** | **26.0** | **-** | **-** | **-** | **8.5** | **106.5** |
| **Team Grand Total** | **25.0** | **23.0** | **93.5** | **370.0** | **2.0** | **-** | **-** | **85.5** | **599.0** |

# FTX

**Hours Summary by Category** *Strictly Private & Confidential*

**October 21, 2024**

| | |
|---|---|
| Correspondence with Debtor Advisors and Principals | 25.0 |
| Correspondence with Creditors, UCC, and Advisors | 23.0 |
| Correspondence with Third-Parties | 93.5 |
| Due Diligence and Restructuring Strategy | 370.0 |
| Sale Process Matters | 2.0 |
| Financing Matters | 0.0 |
| Court Hearings | 0.0 |
| Other Administrative Processes and Analysis | 85.5 |
| **Total Hours** | **599.0** |

**FTX**
Bruce Mendelsohn (Partner)

Strictly Private & Confidential

| Bruce Mendelsohn (Partner) - Case Hours Summary (Sep-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | 6.0 |
| Correspondence with Creditors, UCC, and Advisors | 4.0 |
| Correspondence with Third-Parties | 1.5 |
| Due Diligence and Restructuring Strategy | 9.0 |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | - |
| **Total** | **20.5** |

| Case Hours Detail (Sep-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 09/02/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/03/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 09/03/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 09/03/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
| 09/04/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/04/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/05/24 | Thursday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/06/24 | Friday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/09/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/10/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |

| 09/10/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
|---|---|---|---|---|
| 09/10/24 | Tuesday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 09/10/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/11/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/12/24 | Thursday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/13/24 | Friday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/16/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/17/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 09/17/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 09/17/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
| 09/17/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/18/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/19/24 | Thursday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/20/24 | Friday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |

| 09/23/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/24/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 09/24/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 09/24/24 | Tuesday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 09/24/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/25/24 | Wednesday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 09/26/24 | Thursday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |

**FTX**
Kevin Cofsky (Partner)

Strictly Private & Confidential

| Kevin Cofsky (Partner) - Case Hours Summary (Sep-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | 6.0 |
| Correspondence with Creditors, UCC, and Advisors | 4.0 |
| Correspondence with Third-Parties | - |
| Due Diligence and Restructuring Strategy | 14.0 |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | - |
| **Total** | **24.0** |

| Case Hours Detail (Sep-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 09/02/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 09/02/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/03/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 09/03/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 09/03/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
| 09/03/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 09/04/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/04/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 09/04/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/05/24 | Thursday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |

| 09/06/24 | Friday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
|---|---|---|---|---|
| 09/09/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 09/09/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/10/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 09/10/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 09/10/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/11/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 09/11/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/12/24 | Thursday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/13/24 | Friday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/16/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 09/16/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/17/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 09/17/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |

| 09/17/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
|---|---|---|---|---|
| 09/17/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/18/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 09/18/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/19/24 | Thursday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/20/24 | Friday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/23/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 09/23/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/23/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 09/24/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 09/24/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 09/24/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/25/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 09/26/24 | Thursday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |

**FTX**
Matt Rahmani (Managing Director)                                                    Strictly Private & Confidential

| Matt Rahmani (Managing Director) - Case Hours Summary (Sep-24) | |
| --- | --- |
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | 6.5 |
| Correspondence with Creditors, UCC, and Advisors | 4.0 |
| Correspondence with Third-Parties | 5.0 |
| Due Diligence and Restructuring Strategy | 88.0 |
| Sale Process Matters | 0.5 |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | - |
| **Total** | **104.0** |

| Case Hours Detail (Sep-24) | | | | |
| --- | --- | --- | --- | --- |
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 09/02/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 09/02/24 | Monday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 09/02/24 | Monday | 3.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/03/24 | Tuesday | 0.5 | Sale Process Matters | Internal Discussion on Venture Investments |
| 09/03/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 09/03/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 09/03/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
| 09/03/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 09/04/24 | Wednesday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/04/24 | Wednesday | 0.5 | Correspondence with Debtor Advisors and Principals | Weekly venture investments call |

| 09/04/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
|---|---|---|---|---|
| 09/04/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 09/05/24 | Thursday | 0.5 | Correspondence with Third-Parties | Call with venture portfolio company |
| 09/05/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/05/24 | Thursday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/06/24 | Friday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/06/24 | Friday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 09/06/24 | Friday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 09/09/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 09/09/24 | Monday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/09/24 | Monday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 09/10/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 09/10/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 09/10/24 | Tuesday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |

| 09/10/24 | Tuesday | 1.0 | Correspondence with Third-Parties | Discussion with venture portfolio company |
| 09/10/24 | Tuesday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 09/11/24 | Wednesday | 0.5 | Correspondence with Third-Parties | Weekly venture investments call |
| 09/11/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 09/12/24 | Thursday | 0.5 | Correspondence with Third-Parties | Internal Discussion on Venture Investments |
| 09/12/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/12/24 | Thursday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 09/16/24 | Monday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/16/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 09/16/24 | Monday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/17/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 09/17/24 | Tuesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/17/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 09/17/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |

| 09/17/24 | Tuesday | 5.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 09/17/24 | Tuesday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/17/24 | Tuesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/17/24 | Tuesday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 09/18/24 | Wednesday | 0.5 | Correspondence with Third-Parties | Weekly venture investments call |
| 09/18/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/18/24 | Wednesday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 09/18/24 | Wednesday | 4.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/18/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 09/19/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/19/24 | Thursday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 09/19/24 | Thursday | 4.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/23/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 09/23/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |

| 09/24/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
|---|---|---|---|---|
| 09/24/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 09/24/24 | Tuesday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 09/24/24 | Tuesday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 09/25/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 09/25/24 | Wednesday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 09/26/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/26/24 | Thursday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 09/26/24 | Thursday | 4.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |

**FTX**
Kendyl Flinn (Director)

Strictly Private & Confidential

| Kendyl Flinn (Director) - Case Hours Summary (Sep-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | 1.5 |
| Correspondence with Creditors, UCC, and Advisors | 4.0 |
| Correspondence with Third-Parties | 5.0 |
| Due Diligence and Restructuring Strategy | 77.0 |
| Sale Process Matters | 0.5 |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | 4.5 |
| **Total** | **92.5** |

| Case Hours Detail (Sep-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 09/02/24 | Monday | 4.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 09/02/24 | Monday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 09/03/24 | Tuesday | 0.5 | Sale Process Matters | Internal Discussion on Venture Investments |
| 09/03/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 09/04/24 | Wednesday | 0.5 | Correspondence with Debtor Advisors and Principals | Weekly venture investments call |
| 09/04/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/05/24 | Thursday | 0.5 | Correspondence with Third-Parties | Call with venture portfolio company |
| 09/05/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/05/24 | Thursday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/06/24 | Friday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |

| 09/06/24 | Friday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 09/06/24 | Friday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 09/06/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 09/09/24 | Monday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/09/24 | Monday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 09/10/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 09/10/24 | Tuesday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 09/10/24 | Tuesday | 1.0 | Correspondence with Third-Parties | Discussion with venture portfolio company |
| 09/10/24 | Tuesday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 09/11/24 | Wednesday | 0.5 | Correspondence with Third-Parties | Weekly venture investments call |
| 09/12/24 | Thursday | 0.5 | Correspondence with Third-Parties | Internal Discussion on Venture Investments |
| 09/12/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/12/24 | Thursday | 3.0 | Due Diligence and Restructuring Strategy | Venture Asset Analysis |
| 09/12/24 | Thursday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |

| 09/13/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 09/16/24 | Monday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/17/24 | Tuesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/17/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 09/17/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
| 09/17/24 | Tuesday | 5.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 09/17/24 | Tuesday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/17/24 | Tuesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/17/24 | Tuesday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 09/18/24 | Wednesday | 0.5 | Correspondence with Third-Parties | Weekly venture investments call |
| 09/18/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/18/24 | Wednesday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 09/18/24 | Wednesday | 4.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/19/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |

**FTX**
Kendyl Flinn (Director)

Strictly Private & Confidential

| 09/19/24 | Thursday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
|---|---|---|---|---|
| 09/19/24 | Thursday | 4.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/20/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 09/24/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 09/24/24 | Tuesday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 09/24/24 | Tuesday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 09/25/24 | Wednesday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 09/26/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/26/24 | Thursday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 09/26/24 | Thursday | 4.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |

**FTX**
Ryan Moon (Associate)

Strictly Private & Confidential

| Ryan Moon (Associate) - Case Hours Summary (Sep-24) | |
|---|---|
| **Categories** | Hours |
| Correspondence with Debtor Advisors and Principals | - |
| Correspondence with Creditors, UCC, and Advisors | - |
| Correspondence with Third-Parties | - |
| Due Diligence and Restructuring Strategy | - |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | 4.5 |
| **Total** | **4.5** |

| Case Hours Detail (Sep-24) | | | | |
|---|---|---|---|---|
| Date | Day | Hours | Category | Activity |
| 09/06/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 09/13/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 09/20/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |


**FTX**
Emil Tu (Analyst)

Strictly Private & Confidential

| Emil Tu (Analyst) - Case Hours Summary (Sep-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | 2.5 |
| Correspondence with Creditors, UCC, and Advisors | 4.0 |
| Correspondence with Third-Parties | 5.0 |
| Due Diligence and Restructuring Strategy | 100.0 |
| Sale Process Matters | 0.5 |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | 24.5 |
| **Total** | **136.5** |

| Case Hours Detail (Sep-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 09/02/24 | Monday | 4.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 09/02/24 | Monday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 09/02/24 | Monday | 3.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/03/24 | Tuesday | 0.5 | Sale Process Matters | Internal Discussion on Venture Investments |
| 09/03/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 09/03/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
| 09/04/24 | Wednesday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/04/24 | Wednesday | 0.5 | Correspondence with Debtor Advisors and Principals | Weekly venture investments call |
| 09/04/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/05/24 | Thursday | 0.5 | Correspondence with Third-Parties | Call with venture portfolio company |

| 09/05/24 | Thursday | 4.0 | Other Administrative Processes and Analysis | Preparation of discussion materials |
|---|---|---|---|---|
| 09/05/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/05/24 | Thursday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/06/24 | Friday | 4.0 | Other Administrative Processes and Analysis | Recoveries analysis |
| 09/06/24 | Friday | 2.0 | Other Administrative Processes and Analysis | Case Admin Documentation |
| 09/06/24 | Friday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/06/24 | Friday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 09/06/24 | Friday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/06/24 | Friday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 09/06/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 09/09/24 | Monday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/09/24 | Monday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/09/24 | Monday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 09/10/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |

| 09/10/24 | Tuesday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 09/10/24 | Tuesday | 1.0 | Correspondence with Third-Parties | Discussion with venture portfolio company |
| 09/10/24 | Tuesday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 09/11/24 | Wednesday | 0.5 | Correspondence with Third-Parties | Weekly venture investments call |
| 09/12/24 | Thursday | 0.5 | Correspondence with Third-Parties | Internal Discussion on Venture Investments |
| 09/12/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/12/24 | Thursday | 3.0 | Due Diligence and Restructuring Strategy | Venture Asset Analysis |
| 09/12/24 | Thursday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 09/13/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 09/16/24 | Monday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/16/24 | Monday | 4.0 | Other Administrative Processes and Analysis | Case Admin Documentation |
| 09/16/24 | Monday | 2.0 | Other Administrative Processes and Analysis | Recoveries Model |
| 09/16/24 | Monday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/17/24 | Tuesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |

| 09/17/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
|---|---|---|---|---|
| 09/17/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
| 09/17/24 | Tuesday | 5.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 09/17/24 | Tuesday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/17/24 | Tuesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/17/24 | Tuesday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 09/18/24 | Wednesday | 0.5 | Correspondence with Third-Parties | Weekly venture investments call |
| 09/18/24 | Wednesday | 4.0 | Other Administrative Processes and Analysis | Case Admin Documentation |
| 09/18/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/18/24 | Wednesday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 09/18/24 | Wednesday | 4.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/19/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/19/24 | Thursday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 09/19/24 | Thursday | 4.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |

Strictly Private & Confidential

| 09/20/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 09/24/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 09/24/24 | Tuesday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 09/24/24 | Tuesday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 09/25/24 | Wednesday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 09/26/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/26/24 | Thursday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 09/26/24 | Thursday | 4.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |

| Jackson Darby (Analyst) - Case Hours Summary (Sep-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | 2.5 |
| Correspondence with Creditors, UCC, and Advisors | 3.0 |
| Correspondence with Third-Parties | 5.0 |
| Due Diligence and Restructuring Strategy | 56.0 |
| Sale Process Matters | 0.5 |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | 43.5 |
| **Total** | **110.5** |

| Case Hours Detail (Sep-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 09/02/24 | Monday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 09/02/24 | Monday | 3.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/03/24 | Tuesday | 0.5 | Sale Process Matters | Internal Discussion on Venture Investments |
| 09/03/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
| 09/04/24 | Wednesday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/04/24 | Wednesday | 0.5 | Correspondence with Debtor Advisors and Principals | Weekly venture investments call |
| 09/04/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/05/24 | Thursday | 0.5 | Correspondence with Third-Parties | Call with venture portfolio company |
| 09/05/24 | Thursday | 4.0 | Other Administrative Processes and Analysis | Preparation of discussion materials |
| 09/05/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |

| 09/06/24 | Friday | 4.0 | Other Administrative Processes and Analysis | Recoveries analysis |
|---|---|---|---|---|
| 09/06/24 | Friday | 2.0 | Other Administrative Processes and Analysis | Case Admin Documentation |
| 09/06/24 | Friday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/06/24 | Friday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 09/06/24 | Friday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 09/06/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 09/09/24 | Monday | 3.0 | Other Administrative Processes and Analysis | Case Admin Documentation |
| 09/09/24 | Monday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/10/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 09/10/24 | Tuesday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 09/10/24 | Tuesday | 1.0 | Correspondence with Third-Parties | Discussion with venture portfolio company |
| 09/10/24 | Tuesday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 09/11/24 | Wednesday | 0.5 | Correspondence with Third-Parties | Weekly venture investments call |
| 09/11/24 | Wednesday | 4.0 | Other Administrative Processes and Analysis | Recoveries analysis |

| | | | | |
|---|---|---|---|---|
| 09/11/24 | Wednesday | 4.0 | Other Administrative Processes and Analysis | Case Admin Documentation |
| 09/12/24 | Thursday | 0.5 | Correspondence with Third-Parties | Internal Discussion on Venture Investments |
| 09/12/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/12/24 | Thursday | 3.0 | Due Diligence and Restructuring Strategy | Venture Asset Analysis |
| 09/12/24 | Thursday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 09/13/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 09/16/24 | Monday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/16/24 | Monday | 4.0 | Other Administrative Processes and Analysis | Case Admin Documentation |
| 09/16/24 | Monday | 2.0 | Other Administrative Processes and Analysis | Recoveries Model |
| 09/16/24 | Monday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/17/24 | Tuesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/17/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 09/17/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
| 09/17/24 | Tuesday | 5.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |

| 09/17/24 | Tuesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
|---|---|---|---|---|
| 09/17/24 | Tuesday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 09/18/24 | Wednesday | 0.5 | Correspondence with Third-Parties | Weekly venture investments call |
| 09/18/24 | Wednesday | 4.0 | Other Administrative Processes and Analysis | Case Admin Documentation |
| 09/18/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/18/24 | Wednesday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 09/19/24 | Thursday | 4.0 | Other Administrative Processes and Analysis | Case Admin Documentation |
| 09/19/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 09/20/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 09/24/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 09/24/24 | Tuesday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 09/24/24 | Tuesday | 4.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 09/25/24 | Wednesday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 09/26/24 | Thursday | 4.0 | Other Administrative Processes and Analysis | Case Admin Documentation |

| 09/26/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |



**FTX**
Timm Schipporeit (Partner)

Strictly Private & Confidential

| Timm Schipporeit (Partner) - Case Hours Summary (Sep-24) | |
|---|---|
| **Categories** | Hours |
| Correspondence with Debtor Advisors and Principals | - |
| Correspondence with Creditors, UCC, and Advisors | - |
| Correspondence with Third-Parties | - |
| Due Diligence and Restructuring Strategy | - |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | 2.0 |
| **Total** | **2.0** |

| Case Hours Detail (Sep-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 09/06/24 | Friday | 2.0 | Other Administrative Processes and Analysis | Additional Time on FTX as a whole |

**FTX**
Ema Betts (Managing Director)

Strictly Private & Confidential

| Ema Betts (Managing Director) - Case Hours Summary (Sep-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | - |
| Correspondence with Creditors, UCC, and Advisors | - |
| Correspondence with Third-Parties | 29.0 |
| Due Diligence and Restructuring Strategy | - |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | - |
| **Total** | **29.0** |

| Case Hours Detail (Sep-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 09/04/24 | Wednesday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/04/24 | Wednesday | 2.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/05/24 | Thursday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/06/24 | Friday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/09/24 | Monday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/10/24 | Tuesday | 2.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/10/24 | Tuesday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/11/24 | Wednesday | 2.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/12/24 | Thursday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/12/24 | Thursday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |

| 09/13/24 | Friday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/16/24 | Monday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/16/24 | Monday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/16/24 | Monday | 2.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/18/24 | Wednesday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/19/24 | Thursday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/19/24 | Thursday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/19/24 | Thursday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/20/24 | Friday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/23/24 | Monday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/25/24 | Wednesday | 2.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/26/24 | Thursday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/26/24 | Thursday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/26/24 | Thursday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |

**FTX**
Geoff Posess (Executive Director)

Strictly Private & Confidential

| Geoff Posess (Executive Director) - Case Hours Summary (Sep-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | - |
| Correspondence with Creditors, UCC, and Advisors | - |
| Correspondence with Third-Parties | - |
| Due Diligence and Restructuring Strategy | - |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | 4.5 |
| **Total** | **4.5** |

| Case Hours Detail (Sep-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 09/06/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 09/13/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 09/20/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |


**FTX**
**Wasif Syed (Executive Director)**

Strictly Private & Confidential

| Wasif Syed (Executive Director) - Case Hours Summary (Sep-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | - |
| Correspondence with Creditors, UCC, and Advisors | - |
| Correspondence with Third-Parties | - |
| Due Diligence and Restructuring Strategy | - |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | 2.0 |
| **Total** | **2.0** |

| Case Hours Detail (Sep-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 09/06/24 | Friday | 2.0 | Other Administrative Processes and Analysis | Additional Time on FTX as a whole |

**FTX**
Alexander Kalashnikov (Associate)                                                                Strictly Private & Confidential

| Alexander Kalashnikov (Associate) - Case Hours Summary (Sep-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | - |
| Correspondence with Creditors, UCC, and Advisors | - |
| Correspondence with Third-Parties | 3.0 |
| Due Diligence and Restructuring Strategy | 14.0 |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | - |
| **Total** | **17.0** |

| Case Hours Detail (Sep-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 09/03/24 | Tuesday | 2.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/04/24 | Wednesday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/04/24 | Wednesday | 2.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/05/24 | Thursday | 2.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/05/24 | Thursday | 2.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/06/24 | Friday | 2.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/09/24 | Monday | 2.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/11/24 | Wednesday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/12/24 | Thursday | 2.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/18/24 | Wednesday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |

**FTX**
Eduardo Ascoli (Associate)

Strictly Private & Confidential

| Eduardo Ascoli (Associate) - Case Hours Summary (Sep-24) | |
|---|---|
| **Categories** | Hours |
| Correspondence with Debtor Advisors and Principals | - |
| Correspondence with Creditors, UCC, and Advisors | - |
| Correspondence with Third-Parties | 29.0 |
| Due Diligence and Restructuring Strategy | - |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | - |
| **Total** | **29.0** |

| Case Hours Detail (Sep-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 09/04/24 | Wednesday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/04/24 | Wednesday | 2.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/05/24 | Thursday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/06/24 | Friday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/09/24 | Monday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/10/24 | Tuesday | 2.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/10/24 | Tuesday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/11/24 | Wednesday | 2.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/12/24 | Thursday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/12/24 | Thursday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |

| 09/13/24 | Friday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
|---|---|---|---|---|
| 09/16/24 | Monday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/16/24 | Monday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/16/24 | Monday | 2.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/18/24 | Wednesday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/19/24 | Thursday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/19/24 | Thursday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/19/24 | Thursday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/20/24 | Friday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/23/24 | Monday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/25/24 | Wednesday | 2.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/26/24 | Thursday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/26/24 | Thursday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/26/24 | Thursday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |

**FTX**
Donall O'Leary (Associate)

Strictly Private & Confidential

| Donall O'Leary (Associate) - Case Hours Summary (Sep-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | - |
| Correspondence with Creditors, UCC, and Advisors | - |
| Correspondence with Third-Parties | 11.0 |
| Due Diligence and Restructuring Strategy | 12.0 |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | - |
| **Total** | **23.0** |

| Case Hours Detail (Sep-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 09/03/24 | Tuesday | 2.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/04/24 | Wednesday | 2.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/04/24 | Wednesday | 2.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/09/24 | Monday | 2.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/10/24 | Tuesday | 2.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/11/24 | Wednesday | 2.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/12/24 | Thursday | 2.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/16/24 | Monday | 2.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 09/17/24 | Tuesday | 2.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/18/24 | Wednesday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |

| 09/19/24 | Thursday | 2.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 09/25/24 | Wednesday | 2.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |


**FTX**
Emmanuel Aidoo (Executive Director)

Strictly Private & Confidential

| Emmanuel Aidoo (Executive Director) - Case Hours Summary (Sep-24) | |
| --- | --- |
| Categories | Hours |
| Correspondence with Debtor Advisors and Principals | - |
| Correspondence with Creditors, UCC, and Advisors | - |
| Correspondence with Third-Parties | 1.0 |
| Due Diligence and Restructuring Strategy | - |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | - |
| **Total** | **1.0** |

| Case Hours Detail (Sep-24) | | | | |
| --- | --- | --- | --- | --- |
| Date | Day | Hours | Category | Activity |
| 09/25/24 | Wednesday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |