## Exhibit B

## Disbursements

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 9/2/2024 | Alexander Kalashnikov | Late night / weekend meals | 20.00 | Meal working late in office |
| 9/3/2024 | Alexander Kalashnikov | Late night / weekend meals | 20.00 | Meal working late in office |
| 9/3/2024 | Alexander Kalashnikov | Late night / weekend transportation | 65.16 | Taxi home, working late in office |
| 9/3/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 9/4/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 9/5/2024 | Alexander Kalashnikov | Late night / weekend meals | 20.00 | Meal working late in office |
| 9/6/2024 | Alexander Kalashnikov | Late night / weekend transportation | 58.09 | Taxi home, working late in office |
| 9/9/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 9/10/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 9/10/2024 | Kendyl Flinn | Late night / weekend transportation | 18.50 | Taxi home, working late in office |
| 9/12/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 9/17/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 9/19/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 9/20/2024 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 4,028.90 | Period ended August 31, 2024<br>FTX Chapter 11; Matter No: 22726417 |
| 9/20/2024 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 7,193.60 | For professional services rendered and related expenses incurred in the above-referenced matter through August 2024 |
| 9/24/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 9/25/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| **Total** | | | **$11,604.25** | |