**Exhibit C**

**Porter Hedges LLP Time and Expense Records**

**(August 1, 2024 through August 31, 2024)**

15630345

| Name of Applicant | *Porter Hedges LLP* |
|---|---|
| Authorized to Provide Professional Services to: | Perella Weinberg Partners LP (Investment Banker to the Debtors) |
| Date of Retention: | *nunc pro tunc* to November 16, 2022 |
| Period for which compensation and reimbursement is sought: | August 1, 2024 through August 31, 2024 |
| Amount of Compensation sought as actual, reasonable and necessary: | $7,190.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | n/a |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $3.60 |

This is a(n) **X** monthly _____ interim _____ final application.  No prior application has been filed with respect to this Fee Period.

15630345

**PRIOR MONTHLY FEE STATEMENTS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 02/17/23 | Nov. 16, 2022 – Nov. 30, 2022 | $16,178.00 | $0 | $16,178.00 | $0 |
| 03/06/23 | Dec. 1, 2022 – Dec. 31, 2022 | $19,659.00 | $0 | $19,659.00 | $0 |
| 04/04/23 | Jan. 1, 2023 – Jan. 31, 2023 | $59,185.50 | $0 | $59,185.50 | $0 |
| 05/04/23 | Feb. 1, 2023 – Feb. 28, 2023 | $17,667.50 | $21.50 | $59,185.50 | $0 |
| 06/05/23 | Mar. 1, 2023 – Mar. 31, 2023 | $10,369.00 | $0 | $59,185.50 | $0 |
| 09/12/23 | Apr. 1, 2023 – Apr. 30, 2023 | $8,484.00 | $0 | $8,484.00 | $0 |
| 09/14/23 | May 1, 2023 – May 31, 2023 | $5,626.50 | $0 | $5,626.50 | $0 |
| 09/14/23 | June 1, 2023 – June 30, 2023 | $7,521.50 | $4.30 | $7,521.50 | $0 |
| 12/04/23 | July 1, 2023 – July 31, 2023 | $3,484.50 | $0 | $3,484.50 | $0 |
| 12/06/23 | August 1, 2023 – August 31, 2023 | $5,784.00 | $0 | $5,784.00 | $0 |
| 12/08/23 | Sept. 1 – Sept. 30, 2023 | $14,943.00 | $0 | $14,943.00 | $0 |
| 02/13/24 | Oct. 1 – Nov. 30, 2023 | $2,695.50 | $0 | $2,695.50 | $0 |
| 05/03/24 | Jan. 1 – Jan. 31, 2024 | $1,942.50 | $0 | $1,942.50 | $0 |
| 05/03/24 | Dec. 1 – 31, 2023 and Feb. 1 – 29, 2024 | $11,726.00 | $0 | $11,726.00 | $0 |
| 05/15/2024 | Mar. 1 – Mar. 31, 2024 | $6,400.00 | $0 | $6,400.00 | $0 |
| 07/05/2024 | Apr. 1 – Apr. 30, 2024 | $4,505.00 | $0 | Pending | Pending |
| 09/13/2024 | June 1 – July 31, 2024 | $17,609.50 | $0 | Pending | Pending |

**SUMMARY OF BILLING BY PROFESSIONAL**
**AUGUST 1, 2024 THROUGH AND INCLUDING AUGUST 31, 2024**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| John F. Higgins | Partner | 1983 | 1983 | $1,050.00 | 1.9 | $1,995.00 |
| Megan N. Young-John | Partner | 2013 | 2013 | $725.00 | 1.5 | $1,087.50 |
| **Partner Total** | | | | | **3.4** | **$3,082.50** |
| James A. Keefe | Associate | 2017 | 2017 | $625.00 | 6.2 | $3,875.00 |
| **Associate Total** | | | | | **6.2** | **$3,875.00** |
| Mitzie L. Webb | Paralegal | n/a | n/a | $465.00 | 0.5 | $232.50 |
| **Paralegal Total** | | | | | **0.5** | **$232.50** |
| **GRAND TOTAL** | | | | | **10.1** | **$7,190.00** |

**Blended Hourly Rate: $711.88**

**STATEMENT OF FEES BY PROJECT CATEGORY[1]**
**AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| Project Name | Hours | Fee Amount |
|---|---|---|
| PWP Retention & Compensation | 10.1 | $7,190.00 |
| **Total** | **10.1** | **$7,190.00** |

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES**

| Disbursement Summary | | |
|---|---|---|
| Expense Category | Service Provider,[2] if Applicable | Amount |
| Computer Assisted Legal Research | n/a | $3.60 |
| | **TOTAL** | **$3.60** |

---

[1] The subject matter of certain time entries may be appropriate for more than one project category. In such instances, time entries generally have been included in the most appropriate category. Time entries do not appear in more than one category.

[2] Porter Hedges LLP may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

15630345

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page 1
Inv# 568418
Date 09/20/24
017741-0001
JOHN F. HIGGINS

PERELLA WEINBERG PARTNERS \ TPH&CO.
ATTN: JENNIE MILLER
1111 BAGBY STREET, SUITE 4900
HOUSTON, TX  77002

TAX ID# 74-2174193

**FTX Bankruptcy**

---

**<u>Invoice Summary</u>**

| | |
|---|---|
| Professional Services | $7,190.00 |
| Disbursements | 3.60 |
| Total Current Invoice | $7,193.60 |
| **TOTAL AMOUNT DUE** | **$7,193.60** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510  
P.O. BOX 4346  
HOUSTON, TEXAS 77210-4346  
_____

TELEPHONE (713) 226-6000  
TELECOPIER (713) 228-1331

Page 2  
Inv# 568418  
Date 09/20/24  
017741-0001  
JOHN F. HIGGINS

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through August 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 08/06/24 | JAK | Review email from LRC with supplemental PIIL (.1); review M. Young-John's email regarding MDL FTX customers omnibus objection to professionals' monthly fee statements (.1); review objection to fee statements (.2). | 0.40 | 250.00 |
| 08/06/24 | JFH | Review objection; conference call with M. Young-John regarding same. | 0.30 | 315.00 |
| 08/06/24 | MNY | Attention to supplemental conflicts check (.2); call with Debtors' counsel regarding MDL FTX objection (.1); email client regarding same (.1). | 0.40 | 290.00 |
| 08/08/24 | JFH | Email PWP and M. Young-John regarding MDL objection. | 0.20 | 210.00 |
| 08/08/24 | MNY | Review and provide comments to Debtors' FTX-MDL Objection response (.3); email client regarding same (.2). | 0.50 | 362.50 |
| 08/09/24 | JAK | Review M. Young-John's email regarding hearing on PWP fees (and other professionals' fees) on 8/15. | 0.10 | 62.50 |
| 08/09/24 | MLW | Email exchanges with M. Young-John regarding logistics for August 15th hearing (.1); review procedures for attending virtually (.2). | 0.30 | 139.50 |
| 08/09/24 | MNY | Review docket regarding hearing on fee objection and email PH team regarding same. | 0.20 | 145.00 |
| 08/12/24 | JAK | Review M. Young-John's email regarding expected time to file July fee statement and email PWP team regarding the same (.2); review K. Flynn's email with updated on when to expect information needed for July fee statement (.1); review E. Moreland's email regarding supplemental conflicts search reports (.1). | 0.40 | 250.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346
_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page 3
Inv# 568418
Date 09/20/24
017741-0001
JOHN F. HIGGINS

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 08/12/24 | JFH | Email C. Wood, M. Young-John, J. Keefe and M. Webb regarding July fee statement. | 0.30 | 315.00 |
| 08/13/24 | JAK | Email M. Young-John regarding PH and PWP supplemental conflicts checks and her response thereto (.2); review email from M. Webb regarding registered appearance for fee statement hearing on 8/15 (.1). | 0.30 | 187.50 |
| 08/13/24 | MLW | Submit/register virtual appearances on behalf of M. Young-John and J. Keefe for August 15th hearing (.1); gather/circulate Agenda for hearing (.1). | 0.20 | 93.00 |
| 08/14/24 | JAK | Confer with M. Young-John regarding PH and PWP supplemental conflicts check (.2); email supplemental PIIL to PWP team for review (.1); conduct PH's supplemental conflicts check (2.2); email M. Young-John regarding results of conflicts check (.1); review email from bankruptcy court regarding cancelled hearing on fee statements (.1); review docket and notice of withdrawal of objection (.2); email M. Young-John regarding cancelled hearing (.1). | 3.00 | 1,875.00 |
| 08/14/24 | JFH | Email J. Keefe and PWP regarding PII. | 0.50 | 525.00 |
| 08/14/24 | MNY | Coordinate with J. Keefe regarding supplemental conflicts check (.1); update PH team and client regarding cancellation of fee objection hearing (.2). | 0.30 | 217.50 |
| 08/19/24 | MNY | Coordinate with S. Johnson regarding status. | 0.10 | 72.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page 4
Inv# 568418
Date 09/20/24
017741-0001
JOHN F. HIGGINS

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 08/21/24 | JAK | Review LRC email regarding draft of CNO for June fee statement (.1); review docket for any objections to June fee statement (.2); email PWP team if they received any objections to June fee statement (.1); review emails from PWP team confirming no objections to June fee statement were received (.1); review draft of CNO for June fee statement (.2); email LRC team approval to file CNO for June fee statement (.1). | 0.80 | 500.00 |
| 08/21/24 | JFH | Email regarding fee statement and CNO. | 0.20 | 210.00 |
| 08/27/24 | JAK | Email M. Young-John regarding status of July fee statement materials from PWP team (.1); email PWP team for status of materials (.1); send follow-up email to PWP team on status of July fee statement materials (.1); review J. Darby's email providing status and expected delivery date of fee statement materials (.1). | 0.40 | 250.00 |
| 08/27/24 | JFH | Email regarding fee statement. | 0.20 | 210.00 |
| 08/28/24 | JAK | Review M. Young-John's email on timing for filing July fee statement (.1); email LRC team regarding status of July fee statement (.1); draft July fee statement (.4). | 0.60 | 375.00 |
| 08/30/24 | JAK | Email PWP team regarding status of materials for July fee statement and review J. Darby's response thereto. | 0.20 | 125.00 |
| 08/30/24 | JFH | Email regarding fee statement; email regarding accruals. | 0.20 | 210.00 |
| **Total Services** | | | **10.10** | **$7,190.00** |

## PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510  
P.O. BOX 4346  
HOUSTON, TEXAS 77210-4346  
_____

TELEPHONE (713) 226-6000  
TELECOPIER (713) 228-1331

Page 5  
Inv# 568418  
Date 09/20/24  
017741-0001  
JOHN F. HIGGINS

TAX ID# 74-2174193

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JFH | John F. Higgins | Partner | 1.90 | 1,050.00 | 1,995.00 |
| MNY | Megan N. Young-John | Partner | 1.50 | 725.00 | 1,087.50 |
| JAK | James A. Keefe | Associate | 6.20 | 625.00 | 3,875.00 |
| MLW | Mitzie L. Webb | Paralegal | 0.50 | 465.00 | 232.50 |

**Disbursements Summary**

| Description | Value |
|---|---|
| Computer Assisted Legal Research | 3.60 |

**Total Disbursements** **$3.60**

**Invoice Total** **$7,193.60**