## Exhibit B

**Summary and Detailed Description of AlixPartners' Expenses**

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100PN00001.1.32

| Date | Description | Amount |
|------|-------------|--------|
| 09/05/2024 | Taxi/Car Service Griffin Shapiro Office to Home (overtime) | $    33.31 |
| 09/05/2024 | Individual Meal - Griffin Shapiro - Dinner (overtime meal) | 14.79 |
| 09/06/2024 | Client Research Travis Phelan - Monthly subscription to access blockchain nodes to facilitate financial statement reconstruction | 2,545.58 |
| 09/10/2024 | Taxi/Car Service Griffin Shapiro Office to Home (overtime) | 25.19 |
| 09/10/2024 | Individual Meal - Griffin Shapiro - Dinner (overtime meal) | 25.00 |
| 09/10/2024 | Client Research Lewis Beischer - Monthly subscription to access blockchain nodes to facilitate financial statement reconstruction | 299.00 |
| 09/12/2024 | Airfare John LaBella 2024-09-26 IAD - SFO; return travel from in-person team meetings (United, one way, economy) | 1,077.88 |
| 09/20/2024 | Client Research Travis Phelan - Monthly subscription to access blockchain nodes to facilitate financial statement reconstruction | 15.14 |
| 09/22/2024 | Airfare John LaBella 2024-09-22 SFO - IAD; travel to in-person team meetings (United, one way, economy) | 794.00 |
| 09/22/2024 | Taxi/Car Service John LaBella Airport to Hotel (travel to in-person team meetings) | 72.94 |
| 09/22/2024 | Lodging John LaBella - Marriott DC W End, Washington, DC  2024-09-22 2024-09-26 (in-person team meetings) | 1,600.00 |
| 09/22/2024 | Individual Meal - John LaBella - Breakfast (in-person team meetings) | 5.54 |
| 09/22/2024 | Individual Meal - John LaBella - Dinner (in-person team meetings) | 47.27 |
| 09/23/2024 | Airfare Anne Vanderkamp 2024-09-23 ORD - DCA; travel to in-person team meetings (United, round trip, economy) | 471.75 |
| 09/23/2024 | Taxi/Car Service Anne Vanderkamp Home to Airport (travel to in-person team meetings) | 124.76 |
| 09/23/2024 | Lodging Anne Vanderkamp - Westin Georgetown, Washington, DC 2024-09-23 2024-09-26 (in-person team meetings) | 1,200.00 |
| 09/23/2024 | Taxi/Car Service Griffin Shapiro Office to Home (overtime) | 21.95 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100PN00001.1.32

| Date | Description | Amount |
|------|-------------|--------|
| 09/23/2024 | Group Meal - John LaBella - Lunch - Todd Toaso; John LaBella (in-person team meetings) | 28.60 |
| 09/23/2024 | Group Meal - John LaBella - Dinner - Todd Toaso; John LaBella; Anne Vanderkamp (in-person team meetings) | 195.00 |
| 09/23/2024 | Individual Meal - John LaBella - Breakfast (in-person team meetings) | 21.03 |
| 09/23/2024 | Group Meal - Lilly Goldman - Lunch - Lilly Goldman; Todd Toaso; Kurt Wessel; Bennett Mackay (in-person team meetings) | 31.82 |
| 09/23/2024 | Airfare Todd Toaso 2024-09-23 LGA- DCA; travel to in-person team meetings (Delta, one way, economy) | 557.60 |
| 09/23/2024 | Taxi/Car Service Todd Toaso DCA to Office (travel to in-person team meetings) | 25.00 |
| 09/23/2024 | Taxi/Car Service Todd Toaso Home to LGA (travel to in-person team meetings) | 121.10 |
| 09/23/2024 | Lodging Todd Toaso - Westin Hotels and Resorts Washington, DC 2024-09-23 2024-09-26 (in-person team meetings) | 1,200.00 |
| 09/23/2024 | Individual Meal - Todd Toaso - Breakfast (in-person team meetings) | 9.95 |
| 09/24/2024 | Taxi/Car Service Anne Vanderkamp Airport to Hotel (travel to in-person team meetings) | 42.67 |
| 09/24/2024 | Group Meal - Anne Vanderkamp - Lunch - Lilly Goldman; Todd Toaso; Kurt Wessel; John LaBella; Anne Vanderkamp (in-person team meetings) | 103.04 |
| 09/24/2024 | Individual Meal - John LaBella - Breakfast (in-person team meetings) | 21.71 |
| 09/24/2024 | Individual Meal - Todd Toaso - Breakfast (in-person team meetings) | 18.92 |
| 09/25/2024 | Group Meal - Anne Vanderkamp - Dinner - Todd Toaso; John LaBella; Anne Vanderkamp (in-person team meetings) | 195.00 |

**Alix**Partners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:     20008100PN00001.1.32

| Date | Description | Amount |
|------|-------------|--------|
| 09/25/2024 | Group Meal - John LaBella - Lunch - Lilly Goldman; Todd Toaso; Bennett Mackay; John LaBella; Anne Vanderkamp (in-person team meetings) | 37.16 |
| 09/25/2024 | Taxi/Car Service Todd Toaso Office to Dinner (in-person team meetings) | 36.54 |
| 09/26/2024 | Group Meal - Anne Vanderkamp - Dinner - Lilly Goldman; Todd Toaso; Kurt Wessel; John LaBella; Anne Vanderkamp (in-person team meetings) | 325.00 |
| 09/26/2024 | Parking/Tolls John LaBella (travel to in-person team meetings) | 190.00 |
| 09/26/2024 | Group Meal - John LaBella - Breakfast - Todd Toaso; John LaBella (in-person team meetings) | 16.24 |
| 09/26/2024 | Group Meal - Lilly Goldman - Lunch - Lilly Goldman; Todd Toaso; Kurt Wessel; Bennett Mackay; John LaBella; Anne Vanderkamp (in-person team meetings) | 205.72 |
| 09/26/2024 | Taxi/Car Service Todd Toaso Hotel to Office (in-person team meetings) | 33.72 |
| 09/26/2024 | Taxi/Car Service Todd Toaso Office to DCA (return from in-person team meetings) | 36.64 |
| 09/26/2024 | Taxi/Car Service Todd Toaso LGA to Home (return from in-person team meetings) | 110.96 |
| 09/27/2024 | Taxi/Car Service Anne Vanderkamp Airport to Home (return in-person team meetings) | 63.10 |
| 09/27/2024 | Taxi/Car Service Anne Vanderkamp Hotel to Airport (return from in-person team meetings) | 66.55 |
| 09/27/2024 | Individual Meal - Todd Toaso - Breakfast (in-person team meetings) | 18.50 |
| 09/30/2024 | Client Research Lewis Beischer - Monthly subscription to access blockchain nodes to facilitate financial statement reconstruction | 405.06 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100PN00001.1.32

| Date | Description | Amount |
|------|-------------|--------|
| 09/30/2024 | Client Research Travis Phelan - Monthly subscription to access blockchain nodes to facilitate financial statement reconstruction | 199.00 |
| 09/30/2024 | Azure - Data Storage Costs | 29,389.07 |
| 09/30/2024 | Client Research Travis Phelan - Monthly subscription to access blockchain nodes to facilitate financial statement reconstruction | 30.61 |
| | | **$  42,109.41** |

**Alix**Partners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Client: 20008100Pn0001

| Expenses | Amount |
|---|---|
| Airfare | $ 2,901.23 |
| Client Research | 3,494.39 |
| Data Storage Costs | 29,389.07 |
| Ground Transportation | 1,004.43 |
| Lodging | 4,000.00 |
| Meals | 1,320.29 |
| **Total Disbursements** | **$ 42,109.41** |