# **EXHIBIT B**

Disbursements

| Category | Work Date | Timekeeper Name | Amount | Cost Description |
|---|---|---|---|---|
| Local Travel and Fares | 9/9/2024 | Lauren S. Potter | $29.40 | American Express - Uber September 2024 Statement, Potter, Travel by taxi to office while participating in interview of former FTX employee |
| Local Travel and Fares | 9/14/2024 | Kimberly Pereyra-Monero | $60.96 | American Express - Uber September 2024 Statement, Pereyra Monero, Uber home from evening work |
| Local Travel and Fares | 9/14/2024 | Geovanna Pineda-Vega | $53.91 | American Express - Uber September 2024 Statement, Pineda-Vega, Uber home from evening work |
| Local Travel and Fares | 9/14/2024 | Ianna Correa | $58.56 | American Express - Uber September 2024 Statement, Correa, Uber home from evening work |
| Local Travel and Fares | 9/19/2024 | Ian Eppler | $68.02 | American Express - Uber September 2024 Statement, Eppler, Uber home from evening work |
| **TOTAL LOCAL TRAVEL AND FARES** | | | **$270.85** | |
| Meals - Overtime | 9/12/2024 | Johanna-Sophie Dikkers | $20.00 | Grubhub Holdings Inc. - ACH - Inv. SL-84-267, Inv. Date: 9/15/2024 - Order Number - 627727387634064 Order Time - 2024-09-12 18:39:22 EDT Johanna-Sophie Dikkers Vendor Name: Sakura of Japan |
| Meals - Overtime | 9/13/2024 | Ianna Correa | $20.00 | Grubhub Holdings Inc. - ACH - Inv. SL-84-267, Inv. Date: 9/15/2024 - Order Number - 3856274066366651 Order Time - 2024-09-13 23:31:46 EDT Ianna Correa Vendor Name: Shake Shack |
| **TOTAL MEALS - OVERTIME** | | | **$40.00** | |
| **GRAND TOTAL** | | | **$310.85** | |