## Exhibit B

### Disbursements

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Repro - B&W Copies | 9/3/2024 | Rosario, Dario A. | 107.0 | $0.10 | $10.70 | Repro - B&W Copies |
| Repro - B&W Copies | 9/9/2024 | Kopp, Emily A. | 242.0 | $0.10 | $24.20 | Repro - B&W Copies |
| Repro - B&W Copies | 9/9/2024 | Kopp, Emily A. | 18.0 | $0.10 | $1.80 | Repro - B&W Copies |
| Repro - B&W Copies | 9/10/2024 | Rosario, Dario A. | 803.0 | $0.10 | $80.30 | Repro - B&W Copies |
| Repro - B&W Copies | 9/10/2024 | Rosario, Dario A. | 937.0 | $0.10 | $93.70 | Repro - B&W Copies |
| Repro - B&W Copies | 9/10/2024 | Kopp, Emily A. | 79.0 | $0.10 | $7.90 | Repro - B&W Copies |
| Repro - B&W Copies | 9/10/2024 | Kopp, Emily A. | 1.0 | $0.10 | $0.10 | Repro - B&W Copies |
| Repro - B&W Copies | 9/11/2024 | Wang, Lisa V. | 2.0 | $0.10 | $0.20 | Repro - B&W Copies |
| Repro - B&W Copies | 9/11/2024 | Li, Alexandra | 33.0 | $0.10 | $3.30 | Repro - B&W Copies |
| Repro - B&W Copies | 9/11/2024 | Keeley, Julian M. | 215.0 | $0.10 | $21.50 | Repro - B&W Copies |
| Repro - B&W Copies | 9/17/2024 | Elmer, Lauren A. | 75.0 | $0.10 | $7.50 | Repro - B&W Copies |
| Repro - B&W Copies | 9/19/2024 | Sen-Ghosh, Elina | 74.0 | $0.10 | $7.40 | Repro - B&W Copies |
| Repro - B&W Copies | 9/19/2024 | Aurora, Anchita | 919.0 | $0.10 | $91.90 | Repro - B&W Copies |
| Repro - B&W Copies | 9/19/2024 | Sen-Ghosh, Elina | 75.0 | $0.10 | $7.50 | Repro - B&W Copies |
| **Repro - B&W Copies Total** | | | | | **$358.00** | |
| Repro - Color Copies | 9/3/2024 | Rosario, Dario A. | 164.0 | $0.20 | $32.80 | Repro - Color Copies |
| Repro - Color Copies | 9/9/2024 | Kopp, Emily A. | 2634.0 | $0.20 | $526.80 | Repro - Color Copies |
| Repro - Color Copies | 9/10/2024 | Kopp, Emily A. | 8.0 | $0.20 | $1.60 | Repro - Color Copies |
| Repro - Color Copies | 9/10/2024 | Rosario, Dario A. | 516.0 | $0.20 | $103.20 | Repro - Color Copies |
| Repro - Color Copies | 9/10/2024 | Kopp, Emily A. | 1303.0 | $0.20 | $260.60 | Repro - Color Copies |
| Repro - Color Copies | 9/10/2024 | Rosario, Dario A. | 114.0 | $0.20 | $22.80 | Repro - Color Copies |
| Repro - Color Copies | 9/11/2024 | Keeley, Julian M. | 324.0 | $0.20 | $64.80 | Repro - Color Copies |
| Repro - Color Copies | 9/11/2024 | Wang, Lisa V. | 380.0 | $0.20 | $76.00 | Repro - Color Copies |
| Repro - Color Copies | 9/11/2024 | Li, Alexandra | 57.0 | $0.20 | $11.40 | Repro - Color Copies |
| Repro - Color Copies | 9/19/2024 | Sen-Ghosh, Elina | 388.0 | $0.20 | $77.60 | Repro - Color Copies |
| Repro - Color Copies | 9/19/2024 | Wheeler, Stephanie G. | 222.0 | $0.20 | $44.40 | Repro - Color Copies |
| Repro - Color Copies | 9/19/2024 | Sen-Ghosh, Elina | 400.0 | $0.20 | $80.00 | Repro - Color Copies |
| Repro - Color Copies | 9/19/2024 | Aurora, Anchita | 280.0 | $0.20 | $56.00 | Repro - Color Copies |
| **Repro - Color Copies Total** | | | | | **$1,358.00** | |
| Delivery/Courier | 9/3/2024 | Xiang, Shihui | 1.0 | $3.61 | $3.61 | Delivery/Courier |
| Delivery/Courier | 9/3/2024 | Boafo, Bright S. | 1.0 | $26.10 | $26.10 | Delivery/Courier |
| Delivery/Courier | 9/11/2024 | Wang, Lisa V. | 1.0 | $182.59 | $182.59 | Delivery/Courier |
| Delivery/Courier | 9/12/2024 | Higuchi, Yumi | 1.0 | $4.17 | $4.17 | Delivery/Courier |
| Delivery/Courier | 9/13/2024 | Xiang, Shihui | 1.0 | $3.61 | $3.61 | Delivery/Courier |
| Delivery/Courier | 9/17/2024 | Xiang, Shihui | 1.0 | $3.61 | $3.61 | Delivery/Courier |
| **Delivery/Courier Total** | | | | | **$223.69** | |
| Local Transportation | 9/3/2024 | Blaisdell, Jackson T. | 1.0 | $75.68 | $75.68 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 9/3/2024 | Foote, Isaac S. | 1.0 | $60.98 | $60.98 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:51; Purpose: OT Travel |
| Local Transportation | 9/3/2024 | Kewlani, Kanishka | 1.0 | $63.42 | $63.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:20; Purpose: OT Travel |
| Local Transportation | 9/3/2024 | Mazumdar, Aneesa | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:07; Purpose: OT Travel |
| Local Transportation | 9/3/2024 | Placanica, Umberto | 1.0 | $25.45 | $25.45 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:06; Purpose: OT Travel |
| Local Transportation | 9/3/2024 | Zonenshayn, Benjamin | 1.0 | $98.69 | $98.69 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:11; Purpose: OT Travel |
| Local Transportation | 9/3/2024 | Wadhawan, Subhah | 1.0 | $82.51 | $82.51 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 9/4/2024 | Clarke, Stephen H. | 1.0 | $157.73 | $157.73 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:39; Purpose: OT Travel |
| Local Transportation | 9/4/2024 | Mazumdar, Aneesa | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:45; Purpose: OT Travel |
| Local Transportation | 9/4/2024 | Dunne, Christopher J. | 1.0 | $182.47 | $182.47 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:04; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 9/4/2024 | Blaisdell, Jackson T. | 1.0 | $62.85 | $62.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:09; Purpose: OT Travel |
| Local Transportation | 9/5/2024 | O'Hara, Daniel P. | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 9/6/2024 | Mazumdar, Aneesa | 1.0 | $87.67 | $87.67 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:14; Purpose: OT Travel |
| Local Transportation | 9/7/2024 | Mazumdar, Aneesa | 1.0 | $66.19 | $66.19 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:38; Purpose: OT Travel |
| Local Transportation | 9/9/2024 | Dunne, Christopher J. | 1.0 | $171.69 | $171.69 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 9/9/2024 | Zonenshayn, Benjamin | 1.0 | $81.62 | $81.62 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:22; Purpose: OT Travel |
| Local Transportation | 9/9/2024 | Foote, Isaac S. | 1.0 | $62.85 | $62.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:47; Purpose: OT Travel |
| Local Transportation | 9/10/2024 | Dunne, Christopher J. | 1.0 | $182.47 | $182.47 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:15 ; Purpose: OT Travel |
| Local Transportation | 9/10/2024 | Zonenshayn, Benjamin | 1.0 | $77.22 | $77.22 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 01:11; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 9/10/2024 | Clarke, Stephen H. | 1.0 | $149.08 | $149.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:50; Purpose: OT Travel |
| Local Transportation | 9/11/2024 | Clarke, Stephen H. | 1.0 | $147.03 | $147.03 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:44; Purpose: OT Travel |
| Local Transportation | 9/11/2024 | Dunne, Christopher J. | 1.0 | $182.47 | $182.47 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:03; Purpose: OT Travel |
| Local Transportation | 9/11/2024 | Foote, Isaac S. | 1.0 | $39.50 | $39.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 01:37; Purpose: OT Travel |
| Local Transportation | 9/11/2024 | Blaisdell, Jackson T. | 1.0 | $63.42 | $63.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:06; Purpose: OT Travel |
| Local Transportation | 9/11/2024 | Mazumdar, Aneesa | 1.0 | $43.18 | $43.18 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:52 ; Purpose: OT Travel |
| Local Transportation | 9/16/2024 | Ellis, Samuel B. | 1.0 | $57.31 | $57.31 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:15; Purpose: OT Travel |
| Local Transportation | 9/16/2024 | Zonenshayn, Benjamin | 1.0 | $98.69 | $98.69 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:12; Purpose: OT Travel |
| Local Transportation | 9/16/2024 | Mazumdar, Aneesa | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:13; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 9/16/2024 | Dunne, Christopher J. | 1.0 | $182.47 | $182.47 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:01; Purpose: OT Travel |
| Local Transportation | 9/16/2024 | Foote, Isaac S. | 1.0 | $62.85 | $62.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:00; Purpose: OT Travel |
| Local Transportation | 9/17/2024 | Gilday, Joseph F. | 1.0 | $97.72 | $97.72 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:19; Purpose: OT Travel |
| Local Transportation | 9/17/2024 | Clarke, Stephen H. | 1.0 | $136.26 | $136.26 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 01:07; Purpose: OT Travel |
| Local Transportation | 9/18/2024 | Mazumdar, Aneesa | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:43; Purpose: OT Travel |
| Local Transportation | 9/18/2024 | Zhou, Wenyi | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:42; Purpose: OT Travel |
| Local Transportation | 9/18/2024 | Dunne, Christopher J. | 1.0 | $182.47 | $182.47 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 9/18/2024 | Blaisdell, Jackson T. | 1.0 | $63.42 | $63.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00 ; Purpose: OT Travel |
| Local Transportation | 9/19/2024 | Clarke, Stephen H. | 1.0 | $149.97 | $149.97 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 01:29; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 9/19/2024 | Mazumdar, Aneesa | 1.0 | $43.18 | $43.18 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:41; Purpose: OT Travel |
| Local Transportation | 9/23/2024 | Blaisdell, Jackson T. | 1.0 | $62.85 | $62.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:58; Purpose: OT Travel |
| Local Transportation | 9/23/2024 | Foote, Isaac S. | 1.0 | $39.50 | $39.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:24; Purpose: OT Travel |
| Local Transportation | 9/23/2024 | Mazumdar, Aneesa | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:39; Purpose: OT Travel |
| Local Transportation | 9/23/2024 | Shelton, Chase J. | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:12; Purpose: OT Travel |
| Local Transportation | 9/23/2024 | Setren, Kira R. | 1.0 | $43.18 | $43.18 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:19; Purpose: OT Travel |
| Local Transportation | 9/24/2024 | Mazumdar, Aneesa | 1.0 | $43.18 | $43.18 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:20; Purpose: OT Travel |
| Local Transportation | 9/24/2024 | Dunne, Christopher J. | 1.0 | $181.21 | $181.21 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:18; Purpose: OT Travel |
| Local Transportation | 9/25/2024 | Zonenshayn, Benjamin | 1.0 | $98.44 | $98.44 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:23; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 9/25/2024 | Dunne, Christopher J. | 1.0 | $189.37 | $189.37 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 9/25/2024 | Shelton, Chase J. | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:21; Purpose: OT Travel |
| Local Transportation | 9/25/2024 | Gilday, Joseph F. | 1.0 | $108.24 | $108.24 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:12; Purpose: OT Travel |
| Local Transportation | 9/26/2024 | Blaisdell, Jackson T. | 1.0 | $63.42 | $63.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 9/26/2024 | Clarke, Stephen H. | 1.0 | $136.26 | $136.26 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:45; Purpose: OT Travel |
| Local Transportation | 9/26/2024 | De Vries, Saskia E.L. | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:05; Purpose: OT Travel |
| Local Transportation | 9/26/2024 | Mazumdar, Aneesa | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:28; Purpose: OT Travel |
| Local Transportation | 9/26/2024 | Dunne, Christopher J. | 1.0 | $187.19 | $187.19 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:04; Purpose: OT Travel |
| Local Transportation | 9/27/2024 | Clarke, Stephen H. | 1.0 | $147.03 | $147.03 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 04:05; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 9/30/2024 | Shelton, Chase J. | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:07; Purpose: OT Travel |
| Local Transportation | 9/30/2024 | Wadhawan, Subhah | 1.0 | $50.53 | $50.53 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:28; Purpose: OT Travel |
| Local Transportation | 9/30/2024 | Gilday, Joseph F. | 1.0 | $108.49 | $108.49 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:08; Purpose: OT Travel |
| Local Transportation | 9/30/2024 | De Vries, Saskia E.L. | 1.0 | $76.49 | $76.49 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:15; Purpose: OT Travel |
| Local Transportation | 9/30/2024 | Setren, Kira R. | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:20; Purpose: OT Travel |
| Local Transportation | 8/26/2024 | Rosenthal, David M. | 1.0 | $25.14 | $25.14 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:02; Purpose: OT Travel |
| Local Transportation | 8/27/2024 | Darby, Samuel G. | 1.0 | $35.64 | $35.64 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:21; Purpose: OT Travel |
| Local Transportation | 9/4/2024 | Croke, Jacob M. | 1.0 | $114.16 | $114.16 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:19; Purpose: OT Travel |
| Local Transportation | 9/9/2024 | Croke, Jacob M. | 1.0 | $101.97 | $101.97 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:46; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 9/10/2024 | Wadhawan, Subhah | 1.0 | $33.31 | $33.31 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:49; Purpose: OT Travel |
| Local Transportation | 9/11/2024 | Kim, HyunKyu | 1.0 | $179.10 | $179.10 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:23; Purpose: OT Travel |
| Local Transportation | 9/11/2024 | Croke, Jacob M. | 1.0 | $109.94 | $109.94 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:15; Purpose: OT Travel |
| Local Transportation | 9/12/2024 | Kim, HyunKyu | 1.0 | $88.70 | $88.70 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:42; Purpose: OT Travel |
| Local Transportation | 9/16/2024 | Croke, Jacob M. | 1.0 | $105.98 | $105.98 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:23; Purpose: OT Travel |
| Local Transportation | 9/17/2024 | Croke, Jacob M. | 1.0 | $112.90 | $112.90 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:03; Purpose: OT Travel |
| Local Transportation | 9/18/2024 | Croke, Jacob M. | 1.0 | $105.50 | $105.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:13; Purpose: OT Travel |
| Local Transportation | 9/19/2024 | Croke, Jacob M. | 1.0 | $138.95 | $138.95 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 09:02; Purpose: OT Travel |
| Local Transportation | 9/19/2024 | Darby, Samuel G. | 1.0 | $34.79 | $34.79 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:19; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 9/23/2024 | Croke, Jacob M. | 1.0 | $99.96 | $99.96 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:16; Purpose: OT Travel |
| Local Transportation | 9/25/2024 | Croke, Jacob M. | 1.0 | $111.97 | $111.97 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:36; Purpose: OT Travel |
| Local Transportation | 9/25/2024 | Darby, Samuel G. | 1.0 | $35.91 | $35.91 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:23; Purpose: OT Travel |
| Local Transportation | 9/26/2024 | Darby, Samuel G. | 1.0 | $35.58 | $35.58 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:40; Purpose: OT Travel |
| Local Transportation | 9/26/2024 | Croke, Jacob M. | 1.0 | $117.97 | $117.97 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:30; Purpose: OT Travel |
| **Local Transportation Total** | | | | | **$7,191.52** | |
| Travel and expenses | 9/12/2024 | Beller, Benjamin S. | 1.0 | $7.21 | $7.21 | Travel and expenses - Expense Type: Breakfast - Out of Town; Location: New York, NY; Business Purpose: Attend omnibus hearing |
| Travel and expenses | 9/12/2024 | Glueckstein, Brian D. | 1.0 | $415.80 | $415.80 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Brian D. Glueckstein; Business Purpose: Attend omnibus hearing |
| Travel and expenses | 9/12/2024 | Beller, Benjamin S. | 1.0 | $415.80 | $415.80 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Benjamin S. Beller; Business Purpose: Attend omnibus hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and expenses | 9/12/2024 | Dunne, Christopher J. | 1.0 | $415.80 | $415.80 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Christopher J. Dunne; Business Purpose: Attend omnibus hearing |
| Travel and expenses | 9/12/2024 | DeCamp, Justin J. | 1.0 | $415.80 | $415.80 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Justin J. DeCamp; Business Purpose: Attend omnibus hearing |
| Travel and expenses | 9/12/2024 | Beller, Benjamin S. | 1.0 | $87.42 | $87.42 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Home; End Point: Train Station (Penn); Business Purpose: Attend omnibus hearing |
| Travel and expenses | 9/12/2024 | Beller, Benjamin S. | 1.0 | $76.11 | $76.11 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Train Station (Penn); End Point: Home; Business Purpose: Attend omnibus hearing |
| **Travel and Expenses Total** | | | | | **$1,833.94** | |
| Conference Room Dining | 9/17/2024 | Liu, Sienna | 1.0 | $120.00 | $120.00 | Conference Room Dining (Lunch for 6 people) - Attendees: B. Glueckstein, B. Beller, S. Liu, A. Canale (A&M), M. Blanchard (A&M), and R. Gordon (A&M) |
| **Conference Room Dining Total** | | | | | **$120.00** | |
| Meals - Overtime | 8/6/2024 | Simpson, Evan S. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00017, 00041 |
| Meals - Overtime | 9/3/2024 | Foote, Isaac S. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 9/3/2024 | Ciafone, Jacob W. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00012, 00013, 00016 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 9/3/2024 | Setren, Kira R. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00012, 00013 |
| Meals - Overtime | 9/3/2024 | Dunne, Christopher J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00012, 00013, 00016, 00022, 00025, 00033 |
| Meals - Overtime | 9/3/2024 | Zonenshayn, Benjamin | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00035 |
| Meals - Overtime | 9/3/2024 | Wadhawan, Subhah | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00012 |
| Meals - Overtime | 9/3/2024 | Kewlani, Kanishka | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00012, 00016, 00022 |
| Meals - Overtime | 9/3/2024 | Blaisdell, Jackson T. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00025 |
| Meals - Overtime | 9/3/2024 | Placanica, Umberto | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010 |
| Meals - Overtime | 9/4/2024 | Ciafone, Jacob W. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00012, 00013, 00016 |
| Meals - Overtime | 9/4/2024 | Clarke, Stephen H. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00022, 00025, 00026 |
| Meals - Overtime | 9/4/2024 | Blaisdell, Jackson T. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00025 |
| Meals - Overtime | 9/4/2024 | Mazumdar, Aneesa | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00012, 00016, 00022, 00025 |
| Meals - Overtime | 9/4/2024 | Dunne, Christopher J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00012, 00013, 00016, 00022 |
| Meals - Overtime | 9/5/2024 | Brice, Mac L. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019, 00036 |
| Meals - Overtime | 9/5/2024 | Wadhawan, Subhah | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00022, 00033 |
| Meals - Overtime | 9/5/2024 | Dunne, Christopher J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00016, 00022, 00029, 00033 |
| Meals - Overtime | 9/5/2024 | Zonenshayn, Benjamin | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 9/9/2024 | Foote, Isaac S. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00026 |
| Meals - Overtime | 9/9/2024 | Dunne, Christopher J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00012, 00016, 00022, 00033 |
| Meals - Overtime | 9/9/2024 | Jensen, Christian P. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00015, 00016, 00023, 00025 |
| Meals - Overtime | 9/9/2024 | Bennett, Mark C. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00017, 00019 |
| Meals - Overtime | 9/9/2024 | Zonenshayn, Benjamin | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00035 |
| Meals - Overtime | 9/10/2024 | Wadhawan, Subhah | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00017 |
| Meals - Overtime | 9/10/2024 | Zonenshayn, Benjamin | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00035, 00041 |
| Meals - Overtime | 9/10/2024 | Clarke, Stephen H. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00026 |
| Meals - Overtime | 9/10/2024 | Dunne, Christopher J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00016, 00022, 00029, 00033 |
| Meals - Overtime | 9/11/2024 | Clarke, Stephen H. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 000026 |
| Meals - Overtime | 9/11/2024 | Foote, Isaac S. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 9/11/2024 | Dunne, Christopher J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00016, 00017 |
| Meals - Overtime | 9/11/2024 | Mazumdar, Aneesa | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00011, 00013, 00025 |
| Meals - Overtime | 9/11/2024 | Blaisdell, Jackson T. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 9/12/2024 | Clarke, Stephen H. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00026 |
| Meals - Overtime | 9/12/2024 | Shelton, Chase J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00033 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 9/16/2024 | Zonenshayn, Benjamin | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 000011, 00016, 00019, 00025, 00035 |
| Meals - Overtime | 9/16/2024 | Dunne, Christopher J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00019, 00022, 00025, 00033 |
| Meals - Overtime | 9/16/2024 | Shelton, Chase J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00016 |
| Meals - Overtime | 9/16/2024 | Foote, Isaac S. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 9/16/2024 | Ellis, Samuel B. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 9/17/2024 | Clarke, Stephen H. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 9/18/2024 | Blaisdell, Jackson T. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00025 |
| Meals - Overtime | 9/18/2024 | Dunne, Christopher J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00012, 00016, 00022, 00029 |
| Meals - Overtime | 9/18/2024 | Bennett, Mark C. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00019 |
| Meals - Overtime | 9/19/2024 | Mazumdar, Aneesa | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00033 |
| Meals - Overtime | 9/19/2024 | Clarke, Stephen H. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00026 |
| Meals - Overtime | 9/19/2024 | Darby, Samuel G. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 9/23/2024 | Mazumdar, Aneesa | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00016, 00025 |
| Meals - Overtime | 9/23/2024 | Shelton, Chase J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00029 |
| Meals - Overtime | 9/23/2024 | Zonenshayn, Benjamin | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00016, 00025 |
| Meals - Overtime | 9/23/2024 | Stein, Adam J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00016 |
| Meals - Overtime | 9/23/2024 | Blaisdell, Jackson T. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00025 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 9/23/2024 | Setren, Kira R. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016 |
| Meals - Overtime | 9/23/2024 | Foote, Isaac S. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 9/23/2024 | Darby, Samuel G. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 9/24/2024 | Jensen, Christian P. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00012, 00019, 00025, 00035, 00040, 00041 |
| Meals - Overtime | 9/24/2024 | Dunne, Christopher J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00012, 00013, 00016, 00033 |
| Meals - Overtime | 9/24/2024 | Zonenshayn, Benjamin | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00025, 00035, 00040, 00041 |
| Meals - Overtime | 9/24/2024 | Darby, Samuel G. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00025 |
| Meals - Overtime | 9/25/2024 | Stein, Adam J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00016 |
| Meals - Overtime | 9/25/2024 | Shelton, Chase J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016 |
| Meals - Overtime | 9/25/2024 | Ciafone, Jacob W. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00016 |
| Meals - Overtime | 9/25/2024 | Zonenshayn, Benjamin | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00040 |
| Meals - Overtime | 9/25/2024 | Darby, Samuel G. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 9/25/2024 | Dunne, Christopher J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00015, 00016, 00029 |
| Meals - Overtime | 9/25/2024 | Mazumdar, Aneesa | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00011, 00016, 00025 |
| Meals - Overtime | 9/26/2024 | De Vries, Saskia E.L. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00016, 00033 |
| Meals - Overtime | 9/26/2024 | Bennett, Mark C. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00019, 00033 |
| Meals - Overtime | 9/26/2024 | Jensen, Christian P. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00012, 00020, 00025, 00040 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 9/26/2024 | Dunne, Christopher J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00012, 00013, 00016, 00022, 00033 |
| Meals - Overtime | 9/26/2024 | Blaisdell, Jackson T. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00025 |
| Meals - Overtime | 9/26/2024 | Clarke, Stephen H. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 9/26/2024 | Darby, Samuel G. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 9/26/2024 | Shelton, Chase J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00033 |
| Meals - Overtime | 9/27/2024 | Jensen, Christian P. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00034, 00041 |
| Meals - Overtime | 9/27/2024 | Clarke, Stephen H. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 9/30/2024 | Bennett, Mark C. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013 |
| Meals - Overtime | 9/30/2024 | Darby, Samuel G. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 9/30/2024 | Wadhawan, Subhah | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 9/30/2024 | De Vries, Saskia E.L. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 9/30/2024 | Shelton, Chase J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00016 |
| Meals - Overtime | 9/30/2024 | Dunne, Christopher J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00012, 00013, 00016, 00022, 00033 |
| Meals - Overtime | 9/30/2024 | Brice, Mac L. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019, 00036 |
| Meals - Overtime | 9/8/2024 | Mazumdar, Aneesa | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend]; Project Code(s): 00025 |
| Meals - Overtime | 9/7/2024 | Mazumdar, Aneesa | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend]; Project Code(s): 00025 |
| **Meals - Overtime Total** | | | | | **$1,700.00** | |
| Deposition Transcripts | 9/19/2024 | Glueckstein, Brian D. | 1.0 | $1,477.25 | $1,477.25 | Deposition Transcript (Magna Legal Services) - Certified Copy of Transcript |
| **Deposition Transcripts Total** | | | | | **$1,477.25** | |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| CT Corp/CSC | 9/18/2024 | Duffy, Megan A. | 1.0 | $314.16 | $314.16 | CT Corp/CSC - Document Retrieval + Certified Copy |
| **CT Corp/CSC Total** | | | | | **$314.16** | |
| **GRAND TOTAL** | | | | | **$14,576.56** | |