# Exhibit B

**Disbursements**

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|

**Activity ID E101 Inhouse Copying**

| Client | Trans Date | Rate | Units | Amount | Description |
|---|---|---|---|---|---|
| 1368.002 | 09/04/2024 | 0.100 | 241.00 | 24.10 | Inhouse Copying |
| 1368.002 | 09/05/2024 | 0.100 | 564.00 | 56.40 | Inhouse Copying |
| 1368.002 | 09/09/2024 | 0.100 | 12.00 | 1.20 | Inhouse Copying |
| 1368.002 | 09/10/2024 | 0.100 | 27.00 | 2.70 | Inhouse Copying |
| 1368.002 | 09/11/2024 | 0.100 | 3,989.00 | 398.90 | Inhouse Copying |
| 1368.002 | 09/12/2024 | 0.100 | 2,554.00 | 255.40 | Inhouse Copying |
| 1368.002 | 09/13/2024 | 0.100 | 98.00 | 9.80 | Inhouse Copying |
| 1368.002 | 09/16/2024 | 0.100 | 13.00 | 1.30 | Inhouse Copying |
| 1368.002 | 09/23/2024 | 0.100 | 71.00 | 7.10 | Inhouse Copying |
| 1368.002 | 09/24/2024 | 0.100 | 136.00 | 13.60 | Inhouse Copying |
| 1368.002 | 09/25/2024 | 0.100 | 85.00 | 8.50 | Inhouse Copying |
| 1368.002 | 09/26/2024 | 0.100 | 348.00 | 34.80 | Inhouse Copying |
| 1368.002 | 09/27/2024 | 0.100 | 26.00 | 2.60 | Inhouse Copying |
| 1368.002 | 09/29/2024 | 0.100 | 413.00 | 41.30 | Inhouse Copying |
| 1368.002 | 09/30/2024 | 0.100 | 1,342.00 | 134.20 | Inhouse Copying |

**Total for Activity ID E101**  Billable  991.90  Inhouse Copying

**Activity ID E102 Outside printing**

| Client | Trans Date | Amount | Description |
|---|---|---|---|
| 1368.002 | 09/11/2024 | 557.86 | Outside printing Parcels, Inc. - Invoice 1101095 |
| 1368.002 | 09/13/2024 | 2,170.07 | Outside printing Parcels, Inc. - Invoice 1101505 |
| 1368.002 | 09/13/2024 | 812.00 | Outside printing Parcels, Inc. - Invoice 1101506 |
| 1368.002 | 09/16/2024 | 1,690.65 | Outside printing Parcels, Inc. - Invoice 1101843 |
| 1368.002 | 09/16/2024 | 170.10 | Outside printing Parcels, Inc. - Invoice 1101868 |
| 1368.002 | 09/18/2024 | 1,525.21 | Outside printing Parcels, Inc. - Invoice 1102239 |
| 1368.002 | 09/26/2024 | 69.20 | Outside printing Parcels, Inc. - Invoice 1103785 |

**Total for Activity ID E102**  Billable  6,995.09  Outside printing

**Activity ID E106 Online research**

| Client | Trans Date | Amount | Description |
|---|---|---|---|
| 1368.002 | 09/30/2024 | 1,533.72 | Online research Relx Inc. DBA LexisNexis - Invoice 3095365161 |

**Total for Activity ID E106**  Billable  1,533.72  Online research

**Activity ID E107 Delivery services/messengers**

| Client | Trans Date | Amount | Description |
|---|---|---|---|
| 1368.002 | 09/12/2024 | 118.00 | Delivery services/messengers Parcels, Inc. - Invoice 1101726 |
| 1368.002 | 09/12/2024 | 118.00 | Delivery services/messengers Parcels, Inc. - Invoice 1101727 |

**Total for Activity ID E107**  Billable  236.00  Delivery services/messengers

**Activity ID E111 Meals**

| Client | Trans Date | Amount | Description |
|---|---|---|---|
| 1368.002 | 09/10/2024 | 47.15 | Meals DiMeo's Pizza - working dinner for CRW, GAW, MR |
| 1368.002 | 09/11/2024 | 61.35 | Meals OPA OPA - working dinner for CRW, GAW, MR |
| 1368.002 | 09/12/2024 | 108.43 | Meals Urban Cafe - Breakfast for S&C (4), A&M (1), LRC (5) |
| 1368.002 | 09/12/2024 | 250.00 | Meals Caffe Gelato - Lunch for S&C (4), A&M (1), LRC (5) |
| 1368.002 | 09/20/2024 | 58.36 | Meals DiMeo's Pizza - working dinner for MBM, GAW, JLF |
| 1368.002 | 09/25/2024 | 120.84 | Meals DiMeo's Pizza - working dinner for KAB, EAR, CRW, MR, JLF |
| 1368.002 | 09/30/2024 | 84.32 | Meals DiMeo's Pizza - working dinner for KAB, GAW, CRW, EAR, JLF |
| 1368.002 | 09/30/2024 | 153.11 | Meals DECO - working lunch for KAB, MRP, GAW, CRW, EAR, HWR, JLF, MR |

**Total for Activity ID E111**  Billable  883.56  Meals

**Activity ID E208 Document Retrieval**

| Client | Trans Date | Amount | Description |
|---|---|---|---|
| 1368.002 | 09/30/2024 | 159.80 | Docket Retrieval - PACER September |

**Total for Activity ID E208**  Billable  159.80  Document Retrieval

**Activity ID E214 Filing Fee**

| Client | Trans Date | Amount | Description |
|---|---|---|---|
| 1368.002 | 09/09/2024 | 50.00 | Filing Fee Clerk, District Court of Delaware - PHV for C. Jensen |

**Total for Activity ID E214**  Billable  50.00  Filing Fee

**Activity ID E218 Hearing Transcripts**

| Client | Trans Date | Amount | Description |
|---|---|---|---|
| 1368.002 | 09/12/2024 | 968.00 | Hearing Transcripts Reliable Wilmington - Invoice WL118947 |

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Total for Activity ID E218** | | | Billable | 968.00 | Hearing Transcripts |

| GRAND TOTALS |
|---|

|  | Billable | 11,818.07 |
|---|---|---|