# Exhibit 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## DECLARATION OF ZIXIAO "GARY" WANG

I, Zixiao "Gary" Wang, declare under penalty of perjury:

1. I am a former employee of Alameda Research Ltd (together with its affiliates, "Alameda"). I began working at Alameda in 2017 and held various roles at Alameda and affiliated entities until Alameda filed for bankruptcy on November 11, 2022.

2. During my tenure at Alameda, Alameda engaged in cryptocurrency trading and other activities. In connection with its cryptocurrency trading activities, Alameda maintained and operated accounts at various cryptocurrency exchanges around the world. Certain of those accounts were registered in Alameda's name, whereas other accounts were registered in the names of Alameda affiliates, or in the names of individuals associated with Alameda or its affiliates.

3. One such account used by Alameda was an account at Gate.io that had originally been opened using my name and an associated email address. Notwithstanding that the Gate.io account was registered in my name, it was at all relevant times funded and controlled by, and used solely for the benefit of, Alameda.

-2-

4.   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 31, 2024

_____
Zixiao "Gary" Wang