IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                         :

In re:                                                  : Chapter 11
                                                  :

FTX TRADING LTD., *et al.*,[1]       : Case No. 22-11068 (JTD)
                                                  :

Debtors.                      : (Jointly Administered)
                                                  :
------------------------------------------------------------ x

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that on November 1, 2024, counsel to Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives of Three Arrows Capital, Ltd. caused the (i) the *Foreign Representatives of Three Arrows Capital, Ltd.'s Fourth Set of Requests for the Production of Documents Directed to the Debtors*, and (ii) the *Foreign Representatives of Three Arrows Capital, Ltd.'s Fourth Set of Interrogatories Directed to the Debtors*, to be served via email upon the following counsel of record for the Debtors:

    Adam G. Landis
    Kimberly A. Brown
    Matthew R. Pierce
    Landis Rath & Cobb LLP
    919 Market Street, Suite 1800
    Wilmington, Delaware 19801

    – and –


    Brian Gluckstein
    Benjamin Beller
    Sienna Liu

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Dated:  November 4, 2024
       Wilmington, Delaware

Christopher Harris (admitted *pro hac vice*)
Adam J. Goldberg (admitted *pro hac vice*)
Nacif Taousse (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  chris.harris@lw.com
       adam.goldberg@lw.com
       nacif.taousse@lw.com

– and –

Tiffany M. Ikeda (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email:  tiffany.ikeda@lw.com

– and –

/s/ *Alexis R. Gambale*
John W. Weiss (No. 4160)
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
**PASHMAN STEIN WALDER HAYDEN, P.C.**
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Facsimile: (732) 852-2482
Email:  jweiss@pashmanstein.com
       jbarsalona@pashmanstein.com
       agambale@pashmanstein.com

*Counsel to the Foreign Representatives of Three Arrows Capital, Ltd.*