# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING, LTD., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered) |
| AHMED ABD EL-RAZEK,<br>SUNIL KAVURI, and<br>PAT RABBITTE,<br>                Appellants,<br><br>v.<br><br>FTX TRADING, LTD. et al.,<br><br>                Appellees. | 24-cv-01178 (CFC) |

## APPELLANTS' STATEMENT OF THE ISSUES ON APPEAL AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 8009-1, Appellants Sunil Kavuri, Ahmed Abd El-Razek, Pat Rabbitte ("Kavuri Parties" or "Appellants") respectfully submits the following: (I) statement of issues to be included on appeal from the *Order Confirming Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates*. *Memorandum Opinion and Order* (the "Confirmation Order") [D.I. 26404], entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on October 8, 2024; and (II) designation of items to be included in the record on appeal.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases (collectively, the "Debtors"), a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX

I. **STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

The Kavuri Parties submit the following statement of issues on appeal:

1. Did the Bankruptcy Court err in approving the exculpation provisions in Section 10.7 of the Plan and in Section 8 of the Plan Administration Agreement?

2. Did the Bankruptcy Court err in approving the Third-Party Release contained in Section 10.5 of the Plan?

3. Did the Bankruptcy Court err in confirming the Plan and approving the Plan Supplement when the fees to be paid to the various post-confirmation entities upon plan consummation was not disclosed?

II. **DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD**

The Kavuri Parties submit the following designation of items to be included in the record on appeal (including any exhibit, annex, or addendum thereto):

| Docket Entries and Other Items | | | |
|---|---|---|---|
| | Description | Date Filed | Docket No. |
| 1. | Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates | 12/16/2023 | 4861 |
| 2. | Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Affiliated Debtors and Debtors-in-Possession [D.I. 4862, filed on December 16, 2023] | 12/16/2023 | 4862 |
| 3. | Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan | 6/26/2024 | 19068 |
| 4. | (SOLICITATION VERSION) Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates | 6/27/2024 | 19139 |

| | | | |
|---|---|---|---|
| 5. | (SOLICITATION VERSION) Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Affiliated Debtors and Debtors-in-Possession | 6/27/2024 | 19143 |
| 6. | Notice of Filing of Blackline of the Disclosure Statement | 6/27/2024 | 19147 |
| 7. | Notice of Hearing to Consider Confirmation of Debtors' Joint Chapter 11 Plan of Reorganization | 6/27/2024 | 19150 |
| 8. | (REDACTED) Notice of Filing of Plan Supplement | 8/2/2024 | 22163 |
| 9. | (SEALED) Notice of Filing of Plan Supplement | 8/2/2024 | 22164 |
| 10. | First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates | 8/2/2024 | 22165 |
| 11. | Notice of Filing of Blackline of First Amended Plan | 8/2/2024 | 22166 |
| 12. | Objection to Confirmation of Plan of Sunil Kavuri, Ahmed Abd El-Razek, Pat Rabbitte | 8/16/2024 | 23162 |
| 13. | Notice of Filing of First Amended Plan Supplement | 9/23/2024 | 25649 |
| 14. | Notice of Filing of Blackline of Second Amended Plan | 9/30/2024 | 26030 |
| 15. | Notice of Filing of Proposed Confirmation Order | 9/30/2024 | 26034 |
| 16. | Declaration of Steven P. Coverick in Support of Confirmation of the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates | 9/30/2024 | 26041 |

| | | | |
|---|---|---|---|
| **17.** | Declaration of Rt. Hon. Lord Neuberger of Abbotsbury | 9/30/2024 | 26042 |
| **18.** | Declaration of Edgar W. Mosley II in Support of Confirmation of the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates | 9/30/2024 | 26044 |
| **19.** | Declaration of James Daloia of Kroll Restructuring Administration LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates | 9/30/2024 | 26045 |
| **20.** | Notice of Debtors' Exhibit List and Intent to Offer Witness Testimony at the Hearing on October 7, 2024 Regarding Confirmation of the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates | 9/30/2024 | 26061 |
| **21.** | Notice of Filing of Second Amended Plan Supplement | 10/3/2024 | 26226 |
| **22.** | Transcript of October 7th Hearing | 10/8/2024 | 26412 |
| **23.** | Notice of Appeal of Sunil Kavuri, Ahmed Abd El-Razek, Pat Rabbitte | 10/21/2024 | 27001 |

The Kavuri Parties expressly reserve the right to supplement this designation and the record on appeal with any relevant materials from the above-captioned chapter 11 bankruptcy case.

McCARTER & ENGLISH, LLP

*/s/ Shannon D. Humiston*
Shannon D. Humiston (No. 5740)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE I 9801
Telephone: (302) 984-6300
Facsimile (302) 984-6399
shumiston@mccarter.com
-     and   -
David Adler, Esq. (admitted *pro hac vice*)
250 W. 55th Street, 13th Floor
New York, NY 10019
Telephone: (212) 609-6847
Facsimile: (212) 609-6921
dadler@mccarter.com
*Counsel to Sunil Kavuri, Ahmed Abd El-Razek, Pat Rabbitte*

Date: November 4, 2024