IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., et al.,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| KIHYUK NAM,<br><br>                    Appellant,<br><br>         v.<br><br>FTX TRADING LTD., et al.,<br><br>                    Appellees. | District Court Case No.<br>1:24-cv-01175-CFC |

**APPELLANT'S STATEMENT OF
THE ISSUES ON APPEAL AND DESIGNATION
OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 8009(a)(1)(A) of the Federal Rules of Bankruptcy Procedure, Appellant KIHYUK NAM respectfully submits the following: (I) statement of issues to be included on appeal from the decision of the United States Bankruptcy Court for the District of Delaware set forth in the Findings of Fact, Conclusions of Law and Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates [D.I. 26404], which was entered on October 8, 2024; and (II) designation of items to be included in the record on appeal.

---

[1] Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

I.  **STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

Appellant submits the following statement of issues on appeal:

1. Whether the Bankruptcy Court erred in approving the Debtors' Second Amended Reorganization Plan ("the Plan") that improperly classifies FTX Tokens ("FTT") as equity interests, violating 11 U.S.C. § 1122(a), when FTT tokens are, in fact, customer property and utility tokens.

2. Whether the Debtors have an obligation under 11 U.S.C. § 541(d) and applicable law to return the FTT tokens to their rightful owners, given that the tokens are held in trust and are not part of the bankruptcy estate.

3. Whether the Plan violates the principles of equity and fairness embodied in the Bankruptcy Code, specifically 11 U.S.C. § 1129(b)(1), by unfairly discriminating against FTT holders and denying them recovery while similarly situated creditors receive distributions.

4. Whether the misclassification of FTT tokens as equity interests leads to unjust enrichment of the estate at the expense of customers, contrary to established legal precedents and property law principles.

5. Whether the Bankruptcy Court erred in not recognizing that FTT tokens are utility tokens and not securities or equity interests, as reinforced by the application of the Howey Test and decisions in cases such as SEC v. Ripple Labs Inc., thereby misapplying relevant legal standards.

## II. DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD

Appellant submits the following designation of items to be included in the record on appeal (including any exhibit, annex, or addendum thereto):

| | Docket Entries and Other Items | | |
|---|---|---|---|
| | **Description** | **Date Filed** | **Docket No.** |
| 1. | *Debtors' Motion to Estimate Claims Based on Digital Assets* | 12/27/2023 | 5202 |
| 2. | *Declaration of Sabrina T. Howell in Support of the Motion of Debtors to Estimate Claims Based on Digital Assets* | 12/27/2023 | 5203 |
| 3. | *Order Granting Motion of Debtors to Estimate Claims Based on Digital Assets* | 2/7/2024 | 7090 |
| 4. | *Transcript regarding Hearing Held 3/20/2024*[2] | 3/22/2024 | 10152 |
| 5. | *Transcript regarding Hearing Held 3/25/2024*[3] | 4/2/2024 | 10953 |
| 6. | *Transcript regarding Hearing Held 3/26/2024*[4] | 4/2/2024 | 10955 |
| 7. | *Appellant's Letter to the Court Requesting Revaluation of FTT* | 4/4/2024 | 11162 |
| 8. | *Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* | 5/7/2024 | 14300 |
| 9. | *Memorandum Opinion and Order Regarding Valuation of MAPS, OXY, and SRM Tokens* | 6/26/2024 | 19069 |
| 10. | *Solicitation Version of Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* | 6/27/2024 | 19139 |

---

[2] Includes all exhibits admitted during trial.

[3] Includes all exhibits admitted during trial.

[4] Includes all exhibits admitted during trial.

| 11. | *Solicitation Version of Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Affiliated Debtors and Debtors-in-Possession* | 6/27/2024 | 19143 |
|---|---|---|---|
| 12. | *Appellant's Second Letter to the Court Requesting FTT Revaluation* | 7/10/2024 | 19974 |
| 13. | *First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* | 8/2/2024 | 22165 |
| 14. | *Limited Objection of Kihyuk Nam to the Valuation of FTT and Request for Fair Treatment of FTT Holders* | 8/8/2024 | 22573 |
| 15. | *First Supplemental Amendment to Limited Objection of Kihyuk Nam* | 8/8/2024 | 22574 |
| 16. | *Second Supplemental Amendment to Limited Objection of Kihyuk Nam* | 8/8/2024 | 22576 |
| 17. | *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* | 9/30/2024 | 26029 |
| 18. | *Debtors' Omnibus Reply to Objections to the Second Amended Joint Chapter 11 Plan* | 9/30/2024 | 26039 |
| 19. | *Order Confirming the Second Amended Joint Chapter 11 Plan* | 10/8/2024 | 26404 |
| 20. | *Transcript of Plan Confirmation Hearing held on October 7, 2024* | 10/8/2024 | 26412 |
| 21. | *Appellant's Letter to the Court Requesting Return of FTT Tokens* | 10/9/2024 | 26431 |
| 22. | *Notice of Appeal* | 10/21/2024 | 27039 |

| 23. | *Transmittal of Record on Appeal to District Court* | 10/22/2024 | 27120 |
| 24. | *Clerk's Notice Regarding Filing of Appeal (BAP 24-60)* | 10/22/2024 | 27122 |
| 25. | *Notice of Docketing Record on Appeal to District Court* | 10/23/2024 | 27175 |

Appellant KIHYUK NAM expressly reserves the right to supplement this designation and the record on appeal with any relevant materials from the above-captioned chapter 11 bankruptcy case.

Dated: November 4, 2024
Incheon, South Korea

Respectfully submitted,

**KIHYUK NAM**

/s/ *Kihyuk Nam*
Kihyuk Nam
107 Haedoji-ro, Building 2, 2404
Yeonsu-gu, Incheon 21997
South Korea
Telephone: (+82) 10-2914-4866
Facsimile: (+82) 508-911-8431
E-mail: kihyuknam@hanyang.ac.kr

5