# **EXHIBIT 1**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

### DECLARATION OF CAROLINE ELLISON

I, Caroline Ellison, declare under penalty of perjury:

      1.     I am a former employee at Alameda Research Ltd. (together with its affiliates, "Alameda"), where I was employed as a trader from March 2018 to August 2021, as Co-Chief Executive Officer from August 2021 to August 2022, and as Chief Executive Officer from August 2022 until Alameda filed for bankruptcy on November 11, 2022. At all times during my employment, Alameda was majority-owned by Samuel Bankman-Fried.

      2.     In 2020 and 2021, Bankman-Fried caused Alameda to enter into certain agreements with Genesis Block, a Hong Kong-based cryptocurrency trading firm, as well as certain of Genesis Block's affiliates and personnel. As a result of those transactions, Genesis Block and its affiliates effectively operated as Alameda subsidiaries.

      3.     During my employment at Alameda, Alameda engaged in cryptocurrency trading and other activities. In connection with its cryptocurrency trading activities, Alameda maintained and operated accounts at various cryptocurrency exchanges around the world. Certain of those accounts were registered in Alameda's name, whereas other accounts were registered in the names of Alameda affiliates, in the names of individuals associated with Alameda or its affiliates, or in the names of shell companies created or controlled by Alameda or its affiliates (or associated individuals).

-2-

4. One such Alameda account was an account at Upbit, a South Korean cryptocurrency exchange. Although that Upbit account was nominally registered to Yang Jai Sung, a family member of an individual affiliated with both Genesis Block and Alameda, that account was at all relevant times funded and controlled by, and used solely for the benefit of, Alameda.

5. Another such Alameda account was an account at Crypto.com, another overseas cryptocurrency exchange. Although that Crypto.com account was nominally registered to a Genesis Block affiliate or associated Genesis Block employee, that account was at all relevant times funded and controlled by, and used solely for the benefit of, Alameda.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 1, 2024

*Caroline Ellison*

Caroline Ellison