# **<u>EXHIBIT 2</u>**

# EXHIBIT 2

## ACTIVITY DURING PREFERENCE PERIOD OF FTX.COM ACCOUNT REGISTERED IN THE NAME OF ABLE RISE (ACCOUNT NO. -0841)

| Date and Time (EST) | Transaction Type[1] | Asset | Quantity |
|---|---|---|---|
| 8/22/22 3:19 AM | Withdrawal | USDC | (140,824.04) |
| 8/25/22 5:28 AM | Withdrawal | USDT | (10.00) |
| 8/25/22 8:40 AM | Withdrawal | USDT | (69,990.00) |
| 8/30/22 3:33 AM | Withdrawal | USDC | (73,313.78) |
| 8/30/22 11:03 PM | Withdrawal | USDC | (127,992.45) |
| 9/14/22 3:24 AM | Deposit | USDT | 5,489.00 |
| 9/14/22 7:24 AM | Withdrawal | USDC | (200,600.00) |
| 9/14/22 7:27 AM | Withdrawal | USDT | (4,000.00) |
| 9/14/22 7:52 AM | Withdrawal | USDC | (100.35) |
| 9/18/22 1:06 AM | Withdrawal | BTC | (0.00) |
| 9/20/22 4:29 AM | Deposit | USDC | 1,500.00 |
| 9/27/22 12:34 AM | Deposit | ETH | 4.04 |
| 9/27/22 12:35 AM | Deposit | ETH | 6.11 |
| 9/27/22 12:37 AM | Deposit | ETH | 0.12 |
| 9/27/22 12:38 AM | Deposit | ETH | 2.15 |
| 9/27/22 12:39 AM | Deposit | ETH | 0.12 |
| 9/27/22 12:40 AM | Deposit | ETH | 0.10 |
| 9/27/22 12:41 AM | Deposit | ETH | 0.09 |
| 9/27/22 12:41 AM | Deposit | ETH | 0.08 |
| 9/27/22 12:42 AM | Deposit | ETH | 0.19 |
| 9/27/22 12:43 AM | Deposit | ETH | 0.06 |
| 9/29/22 12:25 AM | Withdrawal | USDT | (305,732.00) |
| 9/29/22 2:38 AM | Withdrawal | USDT | (10.00) |
| 9/29/22 2:50 AM | Deposit | USDT | 305,732.00 |
| 9/29/22 2:51 AM | Withdrawal | USDT | (20,990.00) |
| 10/4/22 9:11 AM | Withdrawal | USDC | (401,320.26) |
| 10/5/22 12:35 AM | Withdrawal | USDT | (382,165.61) |
| 10/5/22 6:37 AM | Withdrawal | USDT | (500,000.00) |
| 10/5/22 9:03 AM | Withdrawal | USDC | (600,000.00) |
| 10/5/22 10:02 PM | Deposit | BTC | 0.01 |
| 10/5/22 10:27 PM | Withdrawal | BTC | (0.01) |
| 10/6/22 1:01 AM | Deposit | BTC | 0.49 |
| 10/6/22 1:27 AM | Withdrawal | BTC | (0.49) |
| 10/6/22 11:58 PM | Withdrawal | ETH | (2,499.90) |
| 10/7/22 2:20 AM | Withdrawal | USDT | (6.80) |

| Date and Time (EST) | Transaction Type[1] | Asset | Quantity |
|---|---|---|---|
| 10/7/22 2:27 AM | Withdrawal | USDT | (14,980.00) |
| 10/8/22 10:18 AM | Withdrawal | USDC | (20.75) |
| 10/8/22 10:20 AM | Withdrawal | USDC | (21.49) |
| 10/8/22 10:21 AM | Withdrawal | USDC | (66.00) |
| 10/8/22 10:38 AM | Withdrawal | USDC | (8,449.15) |
| 10/10/22 7:41 PM | Deposit | USDT | 13,794.00 |
| 10/11/22 12:11 AM | Withdrawal | USDC | (500,000.00) |
| 10/11/22 1:01 AM | Withdrawal | USDT | (384,182.31) |
| 10/12/22 10:03 PM | Withdrawal | USDT | (3.60) |
| 10/12/22 10:27 PM | Withdrawal | USDT | (28,540.00) |
| 10/13/22 2:38 AM | Withdrawal | USDT | (28,129.40) |
| 10/13/22 5:46 AM | Withdrawal | USDT | (9.00) |
| 10/13/22 5:55 AM | Withdrawal | USDT | (202,090.00) |
| 10/14/22 6:38 AM | Withdrawal | USDT | (1,006,025.67) |
| 10/17/22 10:33 AM | Withdrawal | MATIC | (0.50) |
| 10/18/22 4:53 AM | Withdrawal | BUSD | (3,000.00) |
| 10/18/22 11:18 PM | Withdrawal | USDC | (10,000.00) |
| 10/19/22 2:54 AM | Withdrawal | MATIC | (119,305.00) |
| 10/19/22 5:52 AM | Withdrawal | USDT | (10.00) |
| 10/19/22 7:26 AM | Withdrawal | USDT | (9,740.00) |
| 10/19/22 10:46 AM | Withdrawal | USDT | (13,472.00) |
| 10/20/22 1:27 AM | Withdrawal | USDT | (364,453.00) |
| 10/20/22 1:50 AM | Withdrawal | USDC | (10,000.00) |
| 10/22/22 9:35 AM | Withdrawal | USDT | (40,767.00) |
| 10/24/22 2:17 AM | Withdrawal | USDT | (10.00) |
| 10/25/22 10:40 AM | Withdrawal | USDT | (40,000.00) |
| 10/25/22 10:41 AM | Withdrawal | USDT | (5,085.00) |
| 10/25/22 10:43 AM | Withdrawal | USDT | (8,000.00) |
| 10/25/22 8:41 PM | Withdrawal | USDT | (2.97) |
| 10/26/22 4:12 AM | Deposit | USDC | 654,130.83 |
| 10/26/22 6:46 AM | Withdrawal | ETH | (200.00) |
| 10/26/22 7:10 AM | Deposit | BTC | 25.00 |
| 10/26/22 7:14 AM | Withdrawal | BTC | (25.00) |
| 10/26/22 7:15 AM | Withdrawal | USDT | (49,700.00) |
| 10/26/22 8:21 AM | Withdrawal | USDC | (17.00) |
| 10/26/22 8:55 AM | Withdrawal | USDC | (767,634.00) |
| 10/26/22 9:28 AM | Withdrawal | USDC | (10.00) |
| 10/26/22 9:34 AM | Withdrawal | USDC | (181,230.00) |
| 10/27/22 1:21 AM | Withdrawal | USDC | (7,375.00) |

| Date and Time (EST) | Transaction Type[1] | Asset | Quantity |
|---|---|---|---|
| 10/28/22 2:00 AM | Withdrawal | USDT | (2.42) |
| 10/28/22 2:30 AM | Withdrawal | USDT | (127,630.00) |
| 10/28/22 4:17 AM | Withdrawal | USDT | (1,275.51) |
| 10/28/22 4:33 AM | Withdrawal | USDT | (126,275.51) |
| 10/29/22 3:25 AM | Withdrawal | USDT | (2,000.00) |
| 10/31/22 1:24 AM | Withdrawal | USDC | (127,908.31) |
| 11/1/22 12:08 AM | Withdrawal | USDT | (2.78) |
| 11/1/22 12:26 AM | Withdrawal | USDT | (42,820.00) |
| 11/2/22 9:54 PM | Withdrawal | USDT | (251,790.00) |
| 11/2/22 10:29 PM | Withdrawal | USDC | (10.00) |
| 11/2/22 10:35 PM | Withdrawal | USDC | (999,990.00) |
| 11/3/22 4:53 AM | Withdrawal | USDT | (149,830.00) |
| 11/7/22 3:50 AM | Withdrawal | USDT | (27,816.41) |
| 11/7/22 10:53 PM | Withdrawal | USDC | (10.00) |
| 11/7/22 10:53 PM | Withdrawal | USDC | (10.00) |
| 11/7/22 10:54 PM | Withdrawal | USDC | (13.58) |
| 11/8/22 5:35 AM | Withdrawal | ETH | (19.92) |

1. Transaction types considered in this analysis were withdrawals from and deposits to FTX.com accounts.