## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>Jointly Administered<br><br>Hearing Date: November 20, 2024 at 2:00 p.m. (ET)<br>Obj. Deadline: October 31, 2024 at 4:00 p.m. (ET)<br><br>Re: D.I. 27488 |

**CERTIFICATE OF SERVICE OF D.I. 27488,
FTXCREDITOR, LLC'S OPPOSITION TO NEXXUS PARTICIPATION VEHICLE III
LLC'S MOTION TO (I) STRIKE NOTICE OF TRANSFER OF CLAIM [ECF NO. 7789]
TO FTXC AND (II) REQUIRE THE DEBTORS' CLAIMS AND NOTICING AGENT TO
RECOGNIZE AND RECORD TRANSFER OF CLAIM [ECF NO. 8191] TO NEXXUS**

      I, Christine McCabe, certify that on October 31, 2024, I caused copies of *FTXCREDITOR, LLC'S Opposition to Nexxus Participation Vehicle III LLC's Motion to (I) Strike Notice of Transfer of Claim [ECF No. 7789] to FTXC and (II) Require the Debtors' Claims and Noticing Agent to Recognize and Record Transfer of Claim [ECF No. 8191] to Nexxus* [Docket. No. 27488], filed October 31, 2024, to be served via CM/ECF on all parties registered to receive electronic notice through the Court's system.

Dated: November 4, 2024
       Wilmington, Delaware

                                                   */s/ Christine McCabe*
                                                     Christine McCabe (DE Bar # 3695)

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number is 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

I, Naznen Rahman, certify that on November 1, 2024, true and correct copies of the foregoing filing were served via overnight mail upon the parties listed below:

Frederick B. Rosner
The Rosner Law Group LLC
824 N. Market Street, Suite 810
Wilmington, DE 19801

Paul A. Rubin, Esq.
Rubin LLC
11 Broadway, Suite 715
New York, NY 10004

*Counsel to Nexxus Participation Vehicle III LLC*

I further certify that on November 1, 2024, true and correct copies of the foregoing filing were served via first class mail upon the parties listed below:

Benjamin S. Beller
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498

Kimberly A. Brown
Landis Rath & Cobb LLP
919 N. Market Street
Suite 1800
PO Box 2087
Wilmington, DE 19899

James L. Bromley
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498

*Counsel for Debtors*

David Gerardi
Office of the United States Trustee
One Newark Center
1085 Raymond Boulevard Suite 2100
Newark, NJ 07102

Benjamin A. Hackman

Luc A. Despins
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Kenneth H. Eckstein
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Jared W. Kochenashto
Young Conaway
Rodney Square
1000 N. King Street
Wilmington, DE 19801

*Counsel to Official Committee of Unsecured Creditors*

Benjamin Joseph Steele
Kroll Restructuring Administration LLC
55 East 52nd Street, 17th Floor
New York, NY 10055

*Claims Agent*

Office of the United States Trustee
844 King Street Suite 2207
Lockbox 35
Wilmington, DE 19801

*U.S. Trustee*

I further certify that on November 1, 2024, true and correct copies of the foregoing filing were served via electronic mail upon the parties listed below:

| Description | Name | Email |
|---|---|---|
| Counsel to Nexxus Participation Vehicle III LLC | Frederick B. Rosner<br>Paul A. Rubin | rosner@teamrosner.com<br>prubin@rubinlawllc.com |
| Counsel for Debtors | Benjamin S. Beller<br>Kimberly A. Brown<br>James L. Bromley | bellerb@sullcrom.com<br>brown@lrclaw.com<br>bromleyj@sullcrom.com |
| Counsel to Official Committee of Unsecured Creditors | Luc A. Despins<br>Kenneth H. Eckstein<br>Jared W. Kochenashto | lucdespins@paulhastings.com<br>keckstein@kramerlevin.com<br>jkochenash@ycst.com |
| U.S. Trustee | Benjamin A. Hackman | benjamin.a.hackman@usdoj.gov |

Dated: November 4, 2024
New York, New York

                                      */s/ Naznen Rahman*
                                      Naznen Rahman