## CERTIFICATE OF SERVICE

I, Sameen Rizvi, do hereby certify that on November 4, 2024, a copy of the foregoing *Appellants' Statement of the Issues on Appeal and Designation of Items to be Included in the Record on Appeal* was served on the parties listed on the attached service list in the manner indicated.

        */s/ Sameen Rizvi*
        Sameen Rizvi (No. 6902)

11855482

**SERVICE LIST**

**Counsel to the Debtors**

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Kimberly A. Brown, Esq.
Matthew R. Pierce, Esq.
LANDIS RATH & COBB LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801
Email: landis@lrclaw.com
mcguire@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

**By Email**

Benjamin A. Hackman, Esq.
Linda Richenderfer, Esq.
Johnathan Lipshie
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street
Suite 2207
Wilmington, DE 19801
Email: linda.richenderfer@usdoj.gov
benjamin.a.hackman@usdoj.gov
jon.lipshie@usdoj.gov

-and-

David Gerardi, Esq.
Trial Attorney
One Newark Center
1085 Raymond Boulevard Suite 2100
Newark, NJ 0710
Email: david.gerardi@usdoj.gov

**By Email**

**Counsel to the Debtors**

Andrew G. Dietderich, Esq.
James L. Bromley, Esq.
Brian D. Glueckstein, Esq.
Alexa J. Kranzley, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Email: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

**By Email**

**Counsel to the Official Committee of Unsecured Creditors**

Kristopher M. Hansen, Esq.
Ken Pasquale, Esq.
Gabriel E. Sasson, Esq.
Isaac S. Sasson, Esq.
Leonie C. Koch, Esq.
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Email: krishansen@paulhastings.com
kenpasquale@paulhastings.com
gabesasson@paulhastings.com
isaacsasson@paulhastings.com
leoniekoch@paulhastings.com

**By Email**

11855482

**SERVICE LIST**

| | |
|---|---|
| **Counsel to the Official Committee of Unsecured Creditors**<br><br>Matthew B. Lunn, Esq.<br>Robert F. Poppiti, Jr. Esq.<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: mlunn@ycst.com<br>         rpoppiti@ycst.com<br><br>**By Email** | **Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com**<br><br>Erin E. Broderick, Esq.<br>Michael A. Rogers, Esq.<br>EVERSHEDS SUTHERLAND (US) LLP<br>227 West Monroe Street, Suite 6000<br>Chicago, Illinois 60606<br>Email:  erinbroderick@eversheds-sutherland.com<br>         michaelrogers@eversheds-sutherland.com<br><br>**By Email** |
| **Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com**<br><br>Matthew B. Harvey, Esq.<br>Jonathan M. Weyand, Esq.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP,<br>1201 North Market Street, 16thFloor,<br>Wilmington, Delaware 19801<br>Email: mharvey@morrisnichols.com<br>         jweyand@morrisnichols.com<br><br>**By Email** | **Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com**<br><br>Sarah E. Paul, Esq.<br>EVERSHEDS SUTHERLAND (US) LLP<br>The Grace Building, 40th Floor<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Email:  sarahpaul@eversheds-sutherland.com<br><br>**By Email** |
| **Counsel to the Joint Official Liquidators and Foreign Representatives of FTX Digital Markets Ltd.**<br><br>Kevin Gross, Esq.<br>Paul N. Heath, Esq.<br>Brendan J. Schlauch, Esq.<br>David T. Queroli, Esq.<br>RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Email: gross@rlf.com<br>         heath@rlf.com<br>         schlauch@rlf.com<br>         queroli@rlf.com<br><br>**By Email** | **Counsel to the Joint Official Liquidators and Foreign Representatives of FTX Digital Markets Ltd**<br><br>Thomas E Lauria, Esq.<br>Richard S. Kebrdle, Esq.<br>WHITE & CASE LLP<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>Email: tlauria@whitecase.com<br>         rkebrdle@whitecase.com<br><br>**By Email** |

11855482

# SERVICE LIST

| | |
|---|---|
| **Counsel to the Joint Official Liquidators and Foreign Representatives of FTX Digital Markets Ltd.**<br><br>J. Christopher Shore, Esq.<br>Brian D. Pfeiffer, Esq.<br>Ashley R. Chase, Esq.<br>Brett L. Bakemeyer, Esq.<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Email:  cshore@whitecase.com<br>        brain.pfeiffer@whitecase.com<br>        ashley.chase@whitecase.com<br>        brett.bakemeyer@whitecase.com<br><br>**By Email** | **Counsel to MDL Plaintiffs**<br><br>Ronald S. Gellert, Esq.<br>Bradley P. Lehman, Esq.<br>GELLERT SEITZ BUSENKELL<br>& BROWN, LLC<br>1201 N. Orange St., Ste. 300<br>Wilmington, Delaware 19801<br>Email:  rgellert@gsbblaw.com<br>        blehman@gsbblaw.com<br><br>**By Email** |
| **Counsel to MDL Plaintiffs**<br><br>David Boies, Esq.<br>Alexander Boies, Esq.<br>Brooke A. Alexander, Esq.<br>BOIES SCHILLER FLEXNER LLP<br>333 Main Street<br>Armonk, NY 10504<br>Email:  dboies@bsfllp.com<br>        aboies@bsfllp.com<br>        balexander@bsfllp.com<br><br>**By Email** | **Counsel to MDL Plaintiffs**<br><br>Adam M. Moskowitz, Esq.<br>Joseph M. Kaye, Esq.<br>THE MOSKOWITZ LAW FIRM, PLLC<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Coconut Grove, FL 33133<br>Email:  adam@moskowitz-law.com<br>        joseph@moskowitz-law.com<br>        service@moskowitz-law.com<br><br>**By Email** |

## **SERVICE LIST**

| | |
|---|---|
| **Counsel for Adversary Class Action Plaintiffs Austin Onusz, Cedric Kees van Putten, Nicholas J. Marshall and Hamad Dar**<br><br>Robert K. Kriner, Jr., Esq.<br>Scott M. Tucker, Esq.<br>CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP<br>2711 Centerville Rd, Suite 201<br>Wilmington, Delaware 19808<br>Email:  robertkriner@chimicles.com<br>           scotttucker@chimicles.com<br><br>**By Email** | **Counsel for Adversary Class Action Plaintiffs Austin Onusz, Cedric Kees van Putten, Nicholas J. Marshall and Hamad Dar**<br><br>Andrew J. Entwistle, Esq.<br>ENTWISTLE & CAPPUCCI LLP<br>500 W. 2nd Street, Suite 1900<br>Austin, Texas 78701<br>Email:  aentwistle@entwistle-law.com<br><br>**By Email** |

**Counsel for Adversary Class Action Plaintiffs Austin Onusz, Cedric Kees van Putten, Nicholas J. Marshall and Hamad Dar**

Robert N. Cappucci, Esq.
Joshua K. Porter, Esq.
230 Park Avenue, 3rd Floor
New York, NY 10169
Email:  rcappucci@entwistle-law.com
           jporter@entwistle-law.com

**By Email**

11855482