## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## <u>SUPPLEMENTAL AFFIDAVIT OF SERVICE</u>

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 25, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the Supplemental Mailing List attached hereto as **<u>Exhibit A</u>**:

- Order Approving Stipulation [Docket No. 24586]

- Fifth Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers [Docket No. 24588]

On October 25, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Service List attached hereto as **<u>Exhibit B</u>**:

- Third Supplemental Declaration of William A. Burck in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel for the Debtors and Debtors in Possession, *nunc pro tunc* to November 13, 2022 [Docket No. 25071]

On October 28, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Notice Parties Service List attached hereto as **<u>Exhibit C</u>**:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

- Amended Notice of Agenda for Hearing Scheduled for September 12, 2024 at 1:00 p.m. (ET), before the Honorable John T. Dorsey at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801 [Docket No. 24580]

Dated: November 1, 2024

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 1, 2024, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

SRF 83260, 83262, 83263

**Exhibit A**

Exhibit A

Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 18182523 | MCDERMOTT WILL & EMERY LLP ON BEHALF OF MULTICOIN CAPITAL | ATTN: DANIEL THOMSON | 1000 N WEST ST | STE 1400 | WILMINGTON | DE | 19801-1054 |
| 26803893 | The Moskowitz Law Firm, PLLC | c/o Adam M. Moskowitz, Joseph M. Kaye, Howard M. Bushman, Barbara C. Lewis | PO Box  653409 | | Miami | FL | 33265-3409 |
| 18181984 | VENABLE LLP | ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A. WEINER, ARIE A. PELED | 151 W 42ND ST | FL 4R | NEW YORK | NY | 10036-6635 |

**Exhibit B**

Exhibit B

Supplemental Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 26803893 | The Moskowitz Law Firm, PLLC | c/o Adam M. Moskowitz, Joseph M. Kaye, Howard M. Bushman, Barbara C. Lewis | PO Box  653409 | | Miami | FL | 33265-3409 |
| 18181984 | VENABLE LLP | ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A. WEINER, ARIE A. PELED | 151 W 42ND ST | FL 4R | NEW YORK | NY | 10036-6635 |

**Exhibit C**

## Exhibit C
Supplemental Notice Parties Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 18182523 | MCDERMOTT WILL & EMERY LLP ON BEHALF OF MULTICOIN CAPITAL | ATTN: DANIEL THOMSON | 1000 N WEST ST | STE 1400 | WILMINGTON | DE | 19801-1054 |
| 26803893 | The Moskowitz Law Firm, PLLC | c/o Adam M. Moskowitz, Joseph M. Kaye, Howard M. Bushman, Barbara C. Lewis | PO Box  653409 | | Miami | FL | 33265-3409 |