IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that Glenn Agre Bergman & Fuentes LLP and Rosen & Associates, P.C. hereby enter their appearance as counsel to FTXCREDITOR, LLC ("FTXC"), pursuant to Sections 342 and 1109(b) of title 11 of the United States Code, Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| | |
|---|---|
| Andrew K. Glenn<br>Tian "Skye" Gao<br>Naznen Rahman<br>**GLENN AGRE BERGMAN & FUENTES LLP**<br>1185 Avenue of the Americas, 22nd Fl.<br>New York, New York 10036<br>Telephone: (212) 970-1600<br>E-mail: aglenn@glennagre.com<br>       sgao@glennagre.com<br>       nrahman@glennagre.com | Christine McCabe<br>**ROSEN & ASSOCIATES, P.C.**<br>P.O. Box 7560<br>Wilmington, Delaware 19803<br>Telephone: (212) 223-1100<br>E-mail: cmccabe@rosenpc.com |

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number is 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, email or otherwise, (1) that affects or seeks to affect in any way any rights or interests of any creditor or party in interest in these cases, with respect to (a) the debtors in these cases (the "Debtors") and any related adversary proceedings, whether currently pending or later commenced, (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use, or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of FTXC: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; (5) to object to the jurisdiction of this Court for any purpose other than with respect to this Notice, or (6) as to any other rights,

claims, actions, defenses, setoffs, or recoupments to which FTXC is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: November 4, 2024
      Wilmington, Delaware

By: */s/ Christine McCabe*
Christine McCabe (No. 3695)
**ROSEN & ASSOCIATES, P.C.**
P.O. Box 7560
Wilmington, Delaware 19803
Telephone: (212) 223-1100
E-mail: cmccabe@rosenpc.com

- and -

Andrew K. Glenn
Tian "Skye" Gao
Naznen Rahman
**GLENN AGRE BERGMAN & FUENTES LLP**
1185 Avenue of the Americas, 22nd Fl.
New York, New York 10036
Telephone: (212) 970-1600
E-mail: aglenn@glennagre.com
        sgao@glennagre.com
        nrahman@glennagre.com

*Counsel to FTXCREDITOR, LLC*