# EXHIBIT A

# TRANSFERS FROM DEBTOR BANK ACCOUNTS TO SALAME BANK ACCOUNTS

| Date | Debtor Bank Account | Amount[22] | Salame Bank Account |
|---|---|---|---|
| March 15, 2022 | FTX Digital Markets Ltd. Fidelity Bank Bahamas #0150 | BSD $3,932 | Unknown |
| April 22, 2022 | North Dimension Inc. Silvergate #8738 | $500,000 | Greylock #1948 |
| April 25, 2022 | North Dimension Inc. Silvergate #8738 | $350,000 | Greylock #1948 |
| May 2, 2022 | North Dimension Inc. Silvergate #8738 | $300,000 | Greylock #1948 |
| May 9, 2022 | North Dimension Inc. Silvergate #8738 | $5,000,000 | Greylock #1948 |
| May 10, 2022 | North Dimension Inc. Silvergate #8738 | $3,000,000 | Greylock #1948 |
| May 11, 2022 | North Dimension Inc. Silvergate #8738 | $200,050 | Greylock #1948 |
| May 13, 2022 | North Dimension Inc. Silvergate #8738 | $3,250,050 | Greylock #1948 |
| May 20, 2022 | North Dimension Inc. Silvergate #8738 | $5,000,100 | Greylock #1948 |
| May 25, 2022 | North Dimension Inc. Silvergate #8738 | $1,500,000 | Signature #0072 |
| May 25, 2022 | North Dimension Inc. Silvergate #8738 | $4,000,000 | Signature #0072 |
| June 16, 2022 | North Dimension Inc. Silvergate #8738 | $3,000,000 | Signature #0072 |
| July 1, 2022 | North Dimension Inc. Silvergate #8738 | $5,000,000 | Signature #0072 |
| July 11, 2022 | North Dimension Inc. Silvergate #8738 | $5,000,000 | Signature #0072 |
| August 5, 2022 | North Dimension Inc. Silvergate #8738 | $756,264 | Signature #0072 |
| August 15, 2022 | North Dimension Inc. Silvergate #8738 | $2,000,000 | Signature #0072 |
| August 15, 2022 | North Dimension Inc. Silvergate #8738 | $3,500,000 | Signature #0072 |
| August 15, 2022 | North Dimension Inc. Silvergate #8738 | $4,500,000 | Signature #0072 |
| September 7, 2022 | North Dimension Inc. Silvergate #8738 | $3,000,000 | Signature #0072 |

---

[22] Amount is in USD unless otherwise specified.

A-2

| Date | Debtor Bank Account | Amount[22] | Salame Bank Account |
|---|---|---|---|
| October 3, 2022 | North Dimension Inc. Silvergate #8738 | $1,000,000 | Signature #0072 |
| October 12, 2022 | North Dimension Inc. Silvergate #8738 | $1,500,000 | Signature #0072 |
| November 4, 2022 | North Dimension Inc. Silvergate #8738 | $500,000 | Signature #0072 |