# EXHIBIT B

# TRANSFERS FROM DEBTOR EXCHANGE ACCOUNTS TO SALAME EXCHANGE ACCOUNTS

| Date | Debtor Exchange Account Email | Amount | Salame Exchange Account Email |
|---|---|---|---|
| February 22, 2021 | info@alameda-research.com | US $1,160,000 | realcomfyracingshower@protonmail.com |
| May 28, 2021 | payroll@alameda-research.com | US $2,355,496.77 | realcomfyracingshower@protonmail.com |
| December 9, 2021 | info@alameda-research.com | 1,000,050 USDC | ftx_exchange_827@protonmail.com |
| December 20, 2021 | bonus@bonhamcapital.net | US $3,000,000 | realcomfyracingshower@protonmail.com |
| January 6, 2022 | info@alameda-research.com | US $1,534,822.02 | ftx_exchange_827@protonmail.com |
| February 9, 2022 | info@alameda-research.com | 50,000 USDC | ftx_exchange_827@protonmail.com |
| March 1, 2022 | info@alameda-research.com | 15,400,000 USDC | ftx_exchange_827@protonmail.com |
| April 2, 2022 | info@alameda-research.com | US $4,993,520.55 | ftx_exchange_827@protonmail.com |
| July 5, 2022 | info@alameda-research.com | 15,700,000 USDC | ftx_exchange_827@protonmail.com |
| September 8, 2022 | payroll@ftxdigitalmarkets.com | US $750,000 | realcomfyracingshower@protonmail.com |