# EXHIBIT C

## ACTIVITY DURING PREFERENCE PERIOD OF FTX.COM AND FTX.US ACCOUNTS OWNED BY RYAN SALAME (ACCOUNTS NOS. -3649, -4213, -1215, -1937)

| Date and Time (EST) | Transaction Type | Asset | Quantity | Price[23] | USD |
|---|---|---|---|---|---|
| 11/12/21 11:01 PM | Withdrawal | USDC | 1,000,000.00 | $1.00 | $1,000,000.00 |
| 11/12/21 11:02 PM | Deposit | USDC | 1,000,000.00 | $1.00 | $1,000,100.00 |
| 11/16/21 4:21 PM | Withdrawal | BTC | 1.50 | $60,744.13 | $91,116.19 |
| 11/24/21 8:47 PM | Withdrawal | SOL | 469.09 | $210.16 | $98,585.83 |
| 11/24/21 8:48 PM | Withdrawal | ETH | 23.71 | $4,320.06 | $102,415.66 |
| 11/24/21 8:50 PM | Withdrawal | BTC | 2.94 | $57,800.01 | $170,140.11 |
| 11/24/21 8:55 PM | Withdrawal | USDC | 2,000.00 | $1.00 | $2,000.00 |
| 11/26/21 1:03 PM | Deposit | USDC | 225,458.30 | $1.00 | $225,458.30 |
| 11/29/21 5:44 AM | Withdrawal | BTC | 0.15 | $57,191.61 | $8,578.74 |
| 12/3/21 11:31 AM | Withdrawal | USD | 471.85 | $1.00 | $471.85 |
| 12/3/21 8:59 PM | Withdrawal | USD | 592.71 | $1.00 | $592.71 |
| 12/4/21 6:39 PM | Withdrawal | USD | 150.00 | $1.00 | $150.00 |
| 12/4/21 9:08 PM | Withdrawal | USD | 48.64 | $1.00 | $48.64 |
| 12/5/21 1:34 AM | Withdrawal | USD | 7,000.00 | $1.00 | $7,000.00 |
| 12/5/21 2:54 AM | Withdrawal | BTC | 0.20 | $49,401.20 | $9,880.24 |
| 12/5/21 3:10 AM | Withdrawal | BTC | 1.30 | $49,482.39 | $64,327.11 |
| 12/5/21 4:55 AM | Withdrawal | USD | 50.00 | $1.00 | $50.00 |
| 12/6/21 9:43 AM | Deposit | USDC | 181,893.07 | $1.00 | $181,893.07 |
| 12/6/21 9:43 AM | Deposit | ETH | 29.20 | $4,017.20 | $117,309.84 |
| 12/6/21 9:45 AM | Deposit | ETH | 55.07 | $4,033.82 | $222,125.98 |
| 12/9/21 1:17 PM | Withdrawal | USD | 795.90 | $1.00 | $795.90 |
| 12/9/21 1:58 PM | Withdrawal | USDC | 40,000.00 | $1.00 | $40,000.00 |
| 12/9/21 5:41 PM | Withdrawal | USD | 1,000,050.00 | $1.00 | $1,000,050.00 |
| 12/15/21 8:04 AM | Withdrawal | USDT | 100.00 | $1.00 | $100.03 |
| 12/15/21 8:22 AM | Withdrawal | USDT | 499,901.00 | $1.00 | $500,100.96 |
| 12/17/21 10:56 AM | Withdrawal | BTC | 0.25 | $46,492.40 | $11,623.10 |
| 12/19/21 1:42 PM | Withdrawal | USDC | 60,000.00 | $1.00 | $60,006.00 |
| 12/28/21 11:57 AM | Withdrawal | USD | 1,500,000.00 | $1.00 | $1,500,000.00 |
| 1/4/22 11:40 AM | Withdrawal | BTC | 0.05 | $46,735.35 | $2,336.77 |
| 1/8/22 2:04 PM | Withdrawal | USDC | 50.00 | $1.00 | $50.00 |
| 1/10/22 1:05 AM | Withdrawal | USDC | 50.00 | $1.00 | $50.01 |

---

[23] The USD was determined using the following sequential logic: (i) price as of transaction minute, utilizing data from CoinMetrics; (ii) price as of transaction day utilizing trade data from the FTX.com and FTX.US exchanges from AWS, or Yahoo Finance where trade data is unavailable, (iii) a zero value where no pricing data is available.

| Date and Time (EST) | Transaction Type | Asset | Quantity | Price[23] | USD |
|---|---|---|---|---|---|
| 1/11/22 3:06 PM | Deposit | USDC | 1,131,887.00 | $1.00 | $1,132,000.19 |
| 1/11/22 3:18 PM | Withdrawal | BTC | 0.58 | $42,863.88 | $24,920.63 |
| 1/11/22 3:19 PM | Withdrawal | ETH | 7.70 | $3,241.11 | $24,956.55 |
| 1/12/22 10:40 AM | Withdrawal | ETH | 0.50 | $3,357.20 | $1,678.60 |
| 1/12/22 10:40 AM | Withdrawal | USDC | 100,000.00 | $1.00 | $100,010.00 |
| 1/13/22 5:46 PM | Withdrawal | USD | 1,000,000.00 | $1.00 | $1,000,000.00 |
| 1/16/22 2:51 PM | Withdrawal | DOGE | 835.00 | $0.18 | $146.89 |
| 1/19/22 11:31 AM | Withdrawal | BTC | 1.00 | $41,903.16 | $41,903.16 |
| 1/20/22 12:56 AM | Deposit | USD | 999,990.00 | $1.00 | $999,990.00 |
| 1/20/22 6:09 PM | Withdrawal | USD | 1,000,000.00 | $1.00 | $1,000,000.00 |
| 1/24/22 5:58 AM | Deposit | PERP | 125,000.00 | $6.71 | $838,388.10 |
| 1/24/22 11:18 AM | Deposit | USDC | 64,009.58 | $1.00 | $64,015.98 |
| 1/25/22 7:24 AM | Withdrawal | USDC | 20,000.00 | $1.00 | $20,000.00 |
| 1/25/22 7:25 AM | Deposit | USDC | 20,000.00 | $1.00 | $20,000.00 |
| 1/26/22 7:37 AM | Deposit | USD | 999,990.00 | $1.00 | $999,990.00 |
| 1/29/22 8:44 AM | Withdrawal | USDC | 15,005.00 | $1.00 | $15,005.00 |
| 1/31/22 7:16 PM | Withdrawal | USD | 1,000,000.00 | $1.00 | $1,000,000.00 |
| 2/1/22 7:13 AM | Withdrawal | BTC | 0.10 | $38,498.25 | $3,849.83 |
| 2/2/22 3:47 PM | Withdrawal | USD | 2,000,000.00 | $1.00 | $2,000,000.00 |
| 2/7/22 9:31 AM | Withdrawal | USDC | 150,000.00 | $1.00 | $150,000.00 |
| 2/7/22 9:32 AM | Deposit | USDC | 150,000.00 | $1.00 | $150,000.00 |
| 2/7/22 11:21 PM | Deposit | USDC | 1,449,002.71 | $1.00 | $1,449,147.61 |
| 2/7/22 11:44 PM | Withdrawal | USD | 2,000,000.00 | $1.00 | $2,000,000.00 |
| 2/11/22 9:44 AM | Withdrawal | USDC | 200,000.00 | $1.00 | $199,980.00 |
| 2/11/22 9:46 AM | Deposit | USDC | 200,000.00 | $1.00 | $200,000.00 |
| 2/21/22 4:25 AM | Withdrawal | USDC | 370,000.00 | $1.00 | $370,000.00 |
| 2/21/22 4:26 AM | Deposit | USDC | 370,000.00 | $1.00 | $370,000.00 |
| 2/22/22 2:26 PM | Withdrawal | ETH | 1.00 | $2,605.32 | $2,605.32 |
| 2/24/22 5:21 PM | Withdrawal | BTC | 0.00 | $38,369.64 | $101.34 |
| 2/25/22 11:25 AM | Withdrawal | SOL | 1.00 | $91.09 | $91.09 |
| 2/26/22 11:59 AM | Withdrawal | ETH | 1.00 | $2,793.47 | $2,793.47 |
| 2/28/22 11:44 AM | Deposit | RAY | 6,082.19 | $2.60 | $15,842.89 |
| 3/1/22 7:17 PM | Withdrawal | USD | 15,400,000.00 | $1.00 | $15,400,000.00 |
| 3/1/22 8:38 PM | Deposit | USD | 15,400,000.00 | $1.00 | $15,400,000.00 |
| 3/2/22 5:00 PM | Withdrawal | USD | 15,400,000.00 | $1.00 | $15,400,000.00 |
| 3/8/22 8:20 AM | Deposit | RAY | 6,082.19 | $2.42 | $14,701.27 |
| 3/8/22 8:21 AM | Deposit | USDC | 193,135.78 | $1.00 | $193,135.78 |
| 3/15/22 9:49 AM | Deposit | RAY | 5,321.92 | $2.31 | $12,267.55 |
| 3/15/22 9:52 AM | Withdrawal | BTC | 0.65 | $39,105.94 | $25,358.89 |
| 3/17/22 1:43 PM | Deposit | RAY | 1,520.55 | $2.52 | $3,828.89 |

| Date and Time (EST) | Transaction Type | Asset | Quantity | Price[23] | USD |
|---|---|---|---|---|---|
| 3/19/22 8:32 AM | Deposit | RAY | 1,520.55 | $2.84 | $4,320.79 |
| 3/23/22 9:35 AM | Deposit | RAY | 3,041.10 | $2.94 | $8,945.38 |
| 3/28/22 4:20 AM | Deposit | RAY | 3,801.37 | $3.29 | $12,519.12 |
| 3/28/22 10:01 AM | Deposit | USDC | 404,900.00 | $1.00 | $404,900.00 |
| 3/29/22 10:22 PM | Withdrawal | BTC | 0.01 | $47,369.08 | $532.35 |
| 4/1/22 4:54 PM | Deposit | RAY | 3,041.10 | $3.66 | $11,138.93 |
| 4/4/22 4:13 PM | Withdrawal | USDC | 100,000.00 | $1.00 | $100,010.00 |
| 4/5/22 12:21 AM | Withdrawal | USD | 4,500,000.00 | $1.00 | $4,500,000.00 |
| 4/5/22 12:36 AM | Withdrawal | USD | 4,993,520.55 | $1.00 | $4,993,520.55 |
| 4/5/22 6:48 AM | Deposit | RAY | 3,041.10 | $3.54 | $10,750.27 |
| 4/6/22 8:05 AM | Deposit | RAY | 760.27 | $3.18 | $2,417.37 |
| 4/14/22 11:30 AM | Deposit | RAY | 6,082.19 | $2.70 | $16,432.87 |
| 4/14/22 3:28 PM | Withdrawal | USDC | 118,300.00 | $1.00 | $118,300.00 |
| 4/14/22 4:29 PM | Withdrawal | SOL | 0.50 | $100.33 | $50.17 |
| 4/15/22 2:02 PM | Withdrawal | USD | 250,000.00 | $1.00 | $250,000.00 |
| 4/18/22 12:14 AM | Deposit | RAY | 3,041.10 | $2.55 | $7,745.98 |
| 4/22/22 11:47 AM | Deposit | RAY | 3,041.10 | $2.61 | $7,951.55 |
| 4/25/22 11:58 AM | Deposit | USDC | 226,547.37 | $1.00 | $226,547.37 |
| 5/2/22 8:01 AM | Deposit | RAY | 7,602.74 | $2.16 | $16,393.03 |
| 5/6/22 8:03 AM | Deposit | RAY | 3,041.10 | $2.02 | $6,131.76 |
| 5/10/22 7:46 AM | Deposit | RAY | 3,041.10 | $1.72 | $5,234.64 |
| 5/13/22 5:21 AM | Deposit | RAY | 1,520.55 | $1.34 | $2,033.43 |
| 5/19/22 10:39 AM | Deposit | RAY | 4,561.64 | $1.20 | $5,463.94 |
| 5/30/22 8:38 AM | Deposit | LINA | 1,894,444.44 | $0.01 | $20,348.37 |
| 5/30/22 8:39 AM | Deposit | LINA | 1,033,333.33 | $0.01 | $11,129.31 |
| 6/10/22 9:21 PM | Deposit | USDC | 208,378.09 | $1.00 | $208,378.09 |
| 6/23/22 1:58 PM | Withdrawal | USDC | 500.00 | $1.00 | $500.00 |
| 7/6/22 10:56 AM | Withdrawal | USDC | 100,000.00 | $1.00 | $99,990.00 |
| 7/7/22 4:39 PM | Withdrawal | USDC | 7,500.00 | $1.00 | $7,500.00 |
| 7/9/22 10:19 AM | Withdrawal | USDT | 10,003.75 | $1.00 | $9,997.75 |
| 7/20/22 7:30 AM | Deposit | USDC | 106,669.50 | $1.00 | $106,669.50 |
| 8/4/22 11:47 AM | Withdrawal | DOGE | 890.00 | $0.07 | $59.22 |
| 8/26/22 11:45 AM | Deposit | RAY | 75,267.12 | $0.66 | $50,037.58 |
| 9/10/22 10:46 AM | Deposit | USDC | 108,024.69 | $1.00 | $108,024.69 |
| 9/12/22 5:33 AM | Deposit | USDC | 62,759.18 | $1.00 | $62,759.18 |
| 9/30/22 7:50 AM | Withdrawal | SOL | 5.00 | $34.00 | $170.00 |
| 9/30/22 11:22 AM | Withdrawal | USD | 50.00 | $1.00 | $50.00 |
| 10/6/22 10:36 AM | Deposit | USDC | 33,691.67 | $1.00 | $33,691.67 |
| 10/17/22 6:19 PM | Withdrawal | BTC | 0.51 | $19,545.01 | $9,995.32 |
| 10/19/22 1:29 PM | Deposit | USDC | 37,343.26 | $1.00 | $37,343.26 |

| Date and Time (EST) | Transaction Type | Asset | Quantity | Price[23] | USD |
|---|---|---|---|---|---|
| 11/7/22 7:31 PM | Withdrawal | USDC | 5,000,000.00 | $1.00 | $5,000,000.00 |
| 11/11/22 8:55 AM | Withdrawal | SOL | 5.00 | $17.79 | $88.95 |
| 11/11/22 9:10 AM | Withdrawal | SOL | 998.24 | $17.21 | $17,179.74 |
| 11/11/22 9:16 AM | Withdrawal | USDP | 98,734.27 | $1.00 | $98,721.06 |
| 11/11/22 9:19 AM | Withdrawal | USDP | 493,444.40 | $1.00 | $493,378.35 |
| 11/11/22 10:53 AM | Withdrawal | ETH | 1.00 | $1,256.53 | $1,256.53 |
| | | | | **Estimated Preference Exposure[24]** | **$34,762,712** |

---

[24] The preference exposure is calculated based on a net withdrawal methodology utilizing transaction time pricing for both deposits and withdrawals.