IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., et al., | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee
Federico Natali

Name of Transferor

Name and address where notices and payments to transferee should be sent:
Federico Natali
P.O. Box Number 75719
Dubai, United Arab Emirates
Email: paxtibi.xyz+recovery@gmail.com

Name and Current Address of Transferor:

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule No. 6852870 | | 100% | FTX Trading Ltd. | 22-11068 |
| Proof of Claim No. 8356 | | 100% | FTX Trading Ltd. | 22-11068 |
| Confirmation ID No. 3265-70-YELFE-766856086 | | 100% | FTX Trading Ltd. | 22-11068 |
| Customer Code No. 00958780 | | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

*Federico Natali*
Federico Natali (Mar 28, 2024 00:21 GMT+4)
Transferee/Transferee's Agent

Date: **Mar 28, 2024**

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

PRIME CLERK IS NOW KROLL RESTRUCTURING ADMINISTRATION. ALL PRIME CLERK URLS AND EMAIL ADDRESSES ARE AUTOMATICALLY REDIRECTED.    ✕

# KROLL

## Creditor Data Details - Claim # 8356

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Name on file | FTX Trading Ltd. | 8356 |
| Address on file | Date Filed | Schedule Number |
| | 07/13/2023 | 6852870 |
| | | Confirmation ID |
| | | 3265-70-YELFE-766856086 |

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | Note: "Other" Ticker/Quantity populated on claim form | ASSERTED | 27.71554831 | 27.71554831 |
| CRYPTO | Note: "Other" Ticker/Quantity populated on claim form | ASSERTED | 6900001.59 | 6900001.59 |
| CRYPTO | Note: "Other" Ticker/Quantity populated on claim form | ASSERTED | 24 | 24 |
| CRYPTO | Note: "Other" Ticker/Quantity populated on claim form | ASSERTED | 58660.1 | 58660.1 |
| FIAT | USD | ASSERTED | 17229775400202427 | 17229775400202427 |
| FIAT | USD | LOANED | 100.0000000000000000 | 100.0000000000000000 |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains the website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s. Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated." For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

FTX Trading Ltd.

22-11068 (JTD)

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 03958186 | | ADA-PERP[5], BTC[0], FTT[0], LUNA2[0.45623664], LUNA2_LOCKED[1.01155817], TRX[.000013], USD[0.00], USDT[0], XRP[0] | | |
| 03958212 | | ATOM-PERP[0], AVAX-PERP[0], BAND-PERP[0], BTC-PERP[0], ENJ-PERP[0], FTT-PERP[0], FXS-PERP[0], GRT-PERP[0], LTC-PERP[0], MER-PERP[0], NEAR-PERP[0], RAY-PERP[0], SOL-PERP[0], SPELL[96.85734], SRM-PERP[0], UBXT_LOCKED[55.50798034], USD[0.00], USDT[294.77197914], USTC-PERP[0] | | |
| 03958233 | | AAVE-PERP[0], ANC-PERP[0], APE-PERP[0], AR-PERP[0], ATOM-PERP[0], AUDIO-PERP[0], AVAX-PERP[0], BAT-PERP[0], BIT-PERP[0], BNB-PERP[0], BTC[0], BTC-PERP[0], CEL-PERP[0], CRO[0], CRO-PERP[0], CRV[0], CRV-PERP[0], DOGE-PERP[0], ENS-PERP[0], EOS-PERP[0], ETH[0], ETH-PERP[0], FTM-PERP[0], FTT[0.02013007], FTT-PERP[0], GALA-PERP[0], GAL-PERP[0], GMT-PERP[0], GST-PERP[0], JASMY-PERP[0], KAVA-PERP[0], KNC-PERP[0], LUNA2-PERP[0], LUNA2_LOCKED[1.96016126], LUNC-PERP[0], MANA-PERP[0], MOB-PERP[0], MTL-PERP[0], NEAR-PERP[0], NEO-PERP[0], NFT (375058428389123309/FTX AU – we are here! #5017)[1], OP-PERP[0], PEOPLE-PERP[0], PSY[0], RAY[0], RNDR-PERP[0], RSR-PERP[0], SNX-PERP[0], SOL-PERP[0], SRM[2.0013087], SRM_LOCKED[.01060907], SRN-PERP[0], STORJ-PERP[0], TRX-PERP[0], USD[0.01], USDT[0], USGT-PERP[0], WAVES-PERP[0], YFII-PERP[0], ZIL-PERP[0] | | |
| 03958246 | | EUR[0.27], LUNA2[0.00043796], LUNA2_LOCKED[32.00192212], LUNC[146.191958], USD[0.24], USDT[3.55022027], ZECBULL[0] | | |
| 03958279 | | AKRO[.01], ATLAS[1.86788039], AUDIO[0.01907395], BAO[95], BOBA[.00459306], CHZ[1], CRO[.0046672], CRV[.41983516], DENT[39.75204934], DFL[.10184128], DOT[.00013370], GRT[1.70455554], HOLY[0.00002159], HXRO[1], KIN[57], KNC[.00027270], LUNA2[0.00247257], LUNA2_LOCKED[32.05578204], LUNC[80.40909796], MANA[.00808885], NFT (280614204161888283/Crypto Ape #312)[1], NFT (342301009316997667/Crypto Ape #242)[1], NFT (347210859707239077/Crypto Ape #212)[1], NFT (352495156780835415/Crypto Ape #322)[1], NFT (367162709600135156/Crypto Ape #332)[1], NFT (391600819640723587/Crypto Ape #232)[1], NFT (385624900410388456/Crypto Ape #242)[1], NFT (392550214160388216/reference paradox)[1], NFT (529586464033865764/Crypto Ape #872)[1], NFT (533000735416340186/Crypto Ape #332)[1], NFT (551859180918472052/Crypto Ape #182)[1], ... USD[0.00] | Yes | |
| 03958319 | | AVAX-PERP[0], ENJ-PERP[0], FTT[0.09134381], KSM-PERP[0], LINA-PERP[0], OXY-PERP[0], SRM[3.18000552], SRM_LOCKED[14.00904446], STORJ-PERP[0], TRX[.00346], USD[00.31], USDT[0] | | |
| 03958362 | | EUR[0.00], LUNA2[0.00761957], LUNA2_LOCKED[0.01777903], LUNC[1659.17765431], USD[0.01], USDT[024.09907362] | | |
| 03958387 | | APT-PERP[0], AUDIO-PERP[0], BNB-PERP[0], BTC-PERP[0], CEL-PERP[0], CHZ[.000002184], CHZ-PERP[0], CRO-PERP[0], DOGE-PERP[0], ETC-PERP[0], ETH-PERP[0], FTT[0.00000115], FTT-PERP[0], GLMR-PERP[0], HT-PERP[0], ICP-PERP[0], KSM-PERP[0], LINK-PERP[0], LUNC-PERP[0], MNGO[0], PUNDIX-PERP[0], ROSE-PERP[0], SOL[0.00721750], SRM[.13521263], SRM_LOCKED[53.47478357], STMX-PERP[0], TONCOIN-PERP[0], TRX[08.65148038], USD[0.01], USDT[0], USTC-PERP[0], WAVES-PERP[0], XRP[0] | Yes | |
| 03958396 | | BTC[0], FTT[100.008013], SRM[1.84302069], SRM_LOCKED[0.01867651], TRX[.000002], USD[2.59], USDT[0] | | |
| 03958399 | | ETH[0], EUR[0.00], TRX[0.00000108], USD[0.00], USDT[0] | | |
| 03958416 | | BNB[0], DENT[1999.62], ETH[0], EUR[-2.35], FIDA[2], GARD[91.99], KIN[149971.5], LUNA2[2.43646028], LUNA2_LOCKED[3.56551206], LUNC[50834.52991466], SPELL[1469.715], STINK[299.543], USD[0.00], USDT[0.00000071] | Yes | |
| 03958423 | | BNB[.00105067], BTC[0.63276238], BTC-PERP[0], ETH[1.61342802], ETH-PERP[0], ETHW[0.00016384], FTT[0.00119675], GMT[.44984928], GST-PERP[0], LUNA2[0.00164411], LUNA2_LOCKED[0.00385059], LUNC[.60272891], MATIC[2.53029127], NFT (372199640103840729/FTX EU – we are here! #20858)[1], NFT (498416157322548604/FTX EU – we are here! #20758)[1], NFT (540250097862060273/FTX EU – we are here! #20923)[1], RAY[.88918576], SOL[0], SOL-PERP[0], SRM[0], UBXT[45.00298065], USD[0.01], USDT[11969.76361004], USTC[2.33414569], XRP[5.52606] | | |
| 03958430 | | BOBA[.42743187], BTC[0.04864081], BTC-PERP[0], CHZ-PERP[0], CHZ[.498], CREAM[0.000398], CREAM-202106299[0], DOGE[677.62034810], ETH-202109242[0], ETH-20210924[0], ETHW[0.00458050], FTMS[28], FTT[51.33643933], GRT-20210924[0], GRT[.7037], MATIC[391.56503446], OMG[0.42743187], OMG-202106299[0], RAY[08.43613626], REEF-202106299[0], REEF[5.067], SHIB[2398974], SLP[260], SRM[11.54457025], SRM_LOCKED[12.76981076], SUSHI[2.5], TRX[.003002], TRX-202106299[0], UNI[94009070], USD[264.14422], USDT[0], USDT[562.59171994], XRP[534.0434] | | DOGE[605.161050], ETH[2.506254] |
| 03958441 | | ALGOBULL[2], ATLAS[0], BTC[0.00059998], ETH[.62292361], ETHBULL[2], ETHW[.47786195], FTT[0.73829597], LINKBULL[2], LRC[0], LUNA2[0.00000002], LUNA2_LOCKED[0.00000007], LUNC[.00713865], USD[16.43], USDT[0] | | |
| 03958449 | | FTT[18.55032052], MNGO[2721.57109573], SRM[196.94200000], SRM_LOCKED[.86646264] | | |
| 03958472 | | EUR[0.00], FTT[262.36573878], SRN[600.47247306], SRM_LOCKED[62174096], USD[0.00], USDT[0] | | |
| 03958496 | | ATLAS[3632.6189], FTT[159.39], LUNA2[0.00081547], LUNA2_LOCKED[0.00190277], LUNC[177.5712298], USD[0.01], USDT[19.09889403] | | |
| 03958512 | | BTC-PERP[0], ETH-PERP[0], FLOW-PERP[0], FTM-PERP[0], FTT[.967509], FTT-PERP[0], MATIC-PERP[0], SLP-PERP[0], SOL-PERP[0], SRM[11.74663174], SRM_LOCKED[361.89290344], SRM-PERP[0], USD[-2.13], USDT[0.00043933], XRP-PERP[0] | | |
| 03958519 | | ALTBEAR[901.49], ATOMBEAR[163400000], BALBEAR[68801238.8], BCHBEAR[167158.74], BEARGK[175610.0050], BSVBEAR[89300], COMPBEAR[29000.0], EOSBEAR[1775000.0], ETHBEAR[15400000], ETHE-PERP[34400000], ETHE-PERP[0], GRTBEAR[9207040.90765], HTBEAR[027.5], KNCBEAR[29895500], LINKBULL[8.24074], LOCKED[146.79113], OKBBEAR[4000.000], SXPBEAR[40400000], THETABEAR[089000000], TRX[.00007], TRXBEAR[29135000], USD[0.27], USDT[0.10011814], VETBEAR[11490000], XLMBEAR[203303.538867], XLM-PERP[0], XRP[1583.76388], XRPBEAR[11922164.6.5], XRPBULL[316464.2202], XRP-PERP[0] | | |
| 03958727 | | ADA-202112313[0], AR-PERP[0], AVAX-PERP[0], BTC[0.01007361], CHR-PERP[0], CRO-PERP[0], FTT[0.15323197], ETHW[0.18523901], FTM-PERP[0], LUNA2[.67119169], LUNA2_LOCKED[2.28611442], SHIB[2000000], SOL-PERP[0], USD[728.63], VET-PERP[0] | | |
| 03958789 | | BCH[0], BTC[0.00010000], BTC-PERP[0], CHR[0], CRO[0], DOGE[0], ETH[0], ETH-PERP[0], FRONT[0], FTT[27.71056421], FTT-PERP[0], LUNA2[11.68741610], LUNA2_LOCKED[13.93734043], LUNC[8980301.39], LUNC-PERP[0], MEDIA-PERP[0], MINA-PERP[0], RAY[0], SOL[0], SOL-PERP[0], SRM[7.8886521], SRM_LOCKED[268.25023035], TRX[020], USD[7.73897700], USD[0], WAXL[.4038] | | USD[100.00] |
| 03958814 | | AAVE[1.33001600], AAVE-PERP[0], ALGO[18.004882], ALGOBULL[11662.02], APT-PERP[0], ASOBEAR[98103.6], ATOMB[.700240], AVAX[5.0000671], BNB[.00081623], BNBBEAR[14090991.0], BNB-PERP[0], BSVBULL[280.54891], BTC[.03600299], COMP[0.0333], DOGE[1006.14259000], ... | | |