11-02-24

Office Of The Clerk Of The United States Bankruptcy Court For the District Of Delaware

A) Response To Claim Objection

2024 NOV -5 AM 11:44

Sullivan & Cromwell LLP

Attn: Christian P Jensen

Attn: David M Rosenthal

Attn: Landis, Rath & Cobb LLP

ATTN: Adam G Landis

Attn: Kimberly A Brown

FTX Trading LTD/FTX US

Casy Number 22-11068

B) Claimant: Michael L Judkins

Claim No: Proof Of Claim_3265-70-MIGA-046434721

Claim Is due to lost funds/crypto on FTX Trading LTD/FTX US at the time of the closing of the company.

C) Due to misunderstanding the documentation needed to complete the KYC and many chronic health issues. I was sending 3 months of bank statements, but I received an Email saying that it did not match my claim, so I resent additional banking doc's a couple more times with the same result. Due to unpredictable health issues the final response that finally satisfied the KYC requirements were a bit untimely. The KYC team received and acknowledged that was the correct documentation to complete the KYC process.

D) The documentation that did qualify to complete the KYC process is attached separately with this response.

Claimant: Michael Judkins

2415 Pebble Valley rd. #18 Waukesha WI 53188

(414) 628-8070

Proudamerican143@gmail.com

coinbase

Coinbase Global, Inc
248 3rd St, #434, Oakland, CA 94607
+1 888 908 7930

# Transaction History Report for Michael Judkins

You can use this transaction report to inform your likely tax obligations. For US customers, Sells, Converts, Rewards Income, Learning Rewards, and Donations are taxable events. For final tax obligations, please consult your tax advisor.

| Date Range | Filter | Account |
|---|---|---|
| From 2024-07-01T00:00:00Z | Type: all | proudamerican143@gmail.com |
| To 2024-07-31T23:59:59Z | Asset: all | c9d87f40-6d20-546e-97b8-71a863aca80e |

## Portfolio summary

Portfolio summary balances are as of 2024-07-31 23:59:59 UTC

| Asset | Quantity as of 2024-07-31 23:59:59 UTC | Market Price as of 2024-07-31 23:59:59 UTC | Market Value as of 2024-07-31 23:59:59 UTC |
|---|---|---|---|
| ADA | 0.00000009 | 0.3887 USD/ADA | 0 USD |
| ADA | 0.01026 | 0.3887 USD/ADA | 0 USD |
| COTI | 0.02670576 | 0.102 USD/COTI | 0 USD |
| FLR | 0.09 | 0.017315 USD/FLR | 0 USD |
| ICP | 9212.79755009 | 8.9555 USD/ICP | 82505.21 USD |
| LINK | 0.00617215 | 12.8325 USD/LINK | 0.08 USD |
| SOL | 0.034896761 | 171.925 USD/SOL | 6 USD |
| UNI | 0.048772 | 7.2165 USD/UNI | 0.35 USD |
| USD | 0.086738425606856 | 1.00000000 USD/USD | 0.09 USD |
| USDC | 0.057931 | 1.00000000 USD/USDC | 0.06 USD |

Total Market Value
82511.79 USD

[1] Inclusive of fees and/or spread. Actual amounts debited and credited to accounts may be rounded to the nearest cent, or smallest equivalent unit of currency. For some transactions, this value represents the best approximation of its fiat equivalent at the time of transaction.

coinbase

Coinbase Global, Inc.
248 3rd St. #434, Oakland, CA 94607
+1 888 908-7930

## Transaction History Report for Michael Judkins

You can use this transaction report to inform your likely tax obligations. For US customers, Sells, Converts, Rewards Income, Learning Rewards, and Donations are taxable events. For final tax obligations, please consult your tax advisor.

| Date Range | Filter | Account |
|---|---|---|
| From 2024-08-01T00:00:00Z | Type: all | proudamerican143@gmail.com |
| To 2024-08-31T23:59:59Z | Asset: all | c9d87f40-6d20-546e-97b8-71a863aca80e |

## Portfolio summary

Portfolio summary balances are as of 2024-08-31 23:59:59 UTC

| Asset | Quantity as of 2024-08-31 23:59:59 UTC | Market Price as of 2024-08-31 23:59:59 UTC | Market Value as of 2024-08-31 23:59:59 UTC |
|---|---|---|---|
| ADA | 0.00000009 | 0.34495 USD/ADA | 0 USD |
| ADA | 0.01026 | 0.34495 USD/ADA | 0 USD |
| COTI | 0.02670576 | 0.08025 USD/COTI | 0 USD |
| FLR | 0.09 | 0.015965 USD/FLR | 0 USD |
| ICP | 0.00005009 | 7.5685 USD/ICP | 0 USD |
| LINK | 0.00617215 | 11.0275 USD/LINK | 0.07 USD |
| SOL | 0.035088258 | 135.325 USD/SOL | 4.75 USD |
| UNI | 0.048772 | 5.9405 USD/UNI | 0.29 USD |
| USD | 70728.439208184406856 | 1.00000000 USD/USD | 70728.44 USD |
| USDC | 41.416147 | 1.00000000 USD/USDC | 41.42 USD |

Total Market Value
70774.97 USD

[1] Inclusive of fees and/or spread. Actual amounts debited and credited to accounts may be rounded to the nearest cent, or smallest equivalent unit of currency. For some transactions, this value represents the best approximation of its fiat equivalent at the time of transaction.

coinbase

Coinbase Global, Inc
248 3rd St, #434, Oakland, CA 94607
+1 888 908-7930

## Transaction History Report for Michael Judkins

You can use this transaction report to inform your likely tax obligations. For US customers, Sells, Converts, Rewards Income, Learning Rewards, and Donations are taxable events. For final tax obligations, please consult your tax advisor.

| Date Range | Filter | Account |
|---|---|---|
| From 2024-09-01T00:00:00Z | Type: all | proudamerican143@gmail.com |
| To 2024-09-30T23:59:59Z | Asset: all | c9d87f40-6d20-546e-97b8-71a863aca80e |

## Portfolio summary

Portfolio summary balances are as of 2024-09-30 23:59:59 UTC

| Asset | Quantity as of 2024-09-30 23:59:59 UTC | Market Price as of 2024-09-30 23:59:59 UTC | Market Value as of 2024-09-30 23:59:59 UTC |
|---|---|---|---|
| ADA | 0.00000009 | 0.3724 USD/ADA | 0 USD |
| ADA | 0.01026 | 0.3724 USD/ADA | 0 USD |
| COTI | 0.02670576 | 0.11595 USD/COTI | 0 USD |
| FLR | 0.09 | 0.015265 USD/FLR | 0 USD |
| ICP | 0.00005009 | 8.9835 USD/ICP | 0 USD |
| LINK | 0.00617215 | 11.8315 USD/LINK | 0.07 USD |
| SOL | 0.000057932 | 152.445 USD/SOL | 0.01 USD |
| SUI | 30528.8 | 1.7738 USD/SUI | 54151.99 USD |
| UNI | 0.048772 | 7.384 USD/UNI | 0.36 USD |
| USD | 15009.009700638450846 | 1.00000000 USD/USD | 15009.01 USD |
| USDC | 58.155148 | 1.00000000 USD/USDC | 58.16 USD |

Total Market Value
69219.6 USD

[1] Inclusive of fees and/or spread. Actual amounts debited and credited to accounts may be rounded to the nearest cent, or smallest equivalent unit of currency. For some transactions, this value represents the best approximation of its fiat equivalent at the time of transaction.

coinbase

Last 30

Coinbase Global, Inc.
248 3rd St. #434, Oakland, CA 94607
+1 888 908-7930

## Transaction History Report for Michael Judkins

You can use this transaction report to inform your likely tax obligations. For US customers, Sells, Converts, Rewards Income, Learning Rewards, and Donations are taxable events. For final tax obligations, please consult your tax advisor.

**Date Range**
From 2024-09-19T00:00:00Z
To 2024-10-19T21:21:56Z

**Filter**
Type: all
Asset: all

**Account**
proudamerican143@gmail.com
c9d87f40-6d20-546e-97b8-71a863aca80e

## Portfolio summary

Portfolio summary balances are as of 2024-10-19 21:21:56 UTC

| Asset | Quantity as of 2024-10-19 21:21:56 UTC | Market Price as of 2024-10-19 21:16:00 UTC | Market Value as of 2024-10-19 21:16:00 UTC |
|---|---|---|---|
| ADA | 0.00000009 | 0.35155 USD/ADA | 0 USD |
| ADA | 0.01026 | 0.35155 USD/ADA | 0 USD |
| COTI | 0.02670576 | 0.09715 USD/COTI | 0 USD |
| ETH | 2.011534992066821592 | 2647.7 USD/ETH | 5325.94 USD |
| FIL | 44.094 | 3.741 USD/FIL | 164.96 USD |
| FLR | 0.09 | 0.01467 USD/FLR | 0 USD |
| ICP | 0.00005009 | 8.051 USD/ICP | 0 USD |
| LINK | 0.00617215 | 11.38 USD/LINK | 0.07 USD |
| NCT | 190075 | 0.01849 USD/NCT | 3514.49 USD |
| SOL | 0.000069597 | 157.325 USD/SOL | 0.01 USD |
| SOL | 29.18277644 | 157.325 USD/SOL | 4591.18 USD |
| SUI | 0.07867305 | 2.06205 USD/SUI | 0.16 USD |
| UNI | 0.048772 | 7.344 USD/UNI | 0.36 USD |
| USD | 60061.769311091434606 | 1.00000000 USD/USD | 60061.77 USD |
| USDC | 53.486702 | 1.00000000 USD/USDC | 53.49 USD |
| USDT | 0.00033712545536 | 0.999765 USD/USDT | 0 USD |

Total Market Value
73712.43 USD

Last 30

# History Report

| Account Name | User ID | Date Range | Transaction Type | Asset | Time Created | Account Balance | |
|---|---|---|---|---|---|---|---|
| MICHAEL JUDKINS | 53708691 | Sep 19, 2024 - Oct 19, 2024 | Deposits & Withdraw | All | Oct 19, 2024 | Sep 19, 2024 ≈0 USD | Oct 19, 2024 ≈0 USD |

| UTC Time | Transaction Type | Operation | Base Asset | Base Asset Quantity | Quote Asset | Quote Asset Quantity | Total Value in USD (incl fees) |
|---|---|---|---|---|---|---|---|
| 2024-10-05 06:33:01.755 | Deposit | Crypto Deposit | ETH | 0.00090000 | / | / | $2.17406900 |
| 2024-10-05 07:33:00.944 | Deposit | Crypto Deposit | ETH | 0.40163620 | / | / | $970.20519600 |
| 2024-10-05 21:26:01.153 | Withdrawal | Crypto Withdrawal | ETH | 0.00064892 | / | / | $0.71947200 |
| 2024-10-07 01:13:01.063 | Deposit | Crypto Deposit | ETH | 0.05000000 | / | / | $121.08983800 |
| 2024-10-07 01:18:01.154 | Deposit | Crypto Deposit | ETH | 3.01709040 | / | / | $7306.77972800 |

1. PDF reports are limited to 1,500 records. Download your report as a CSV for higher limits.
2. This document is intended for personal use and informational purposes only. You are responsible for safeguarding the personal information contained herein.

**Michael Judkins**
2415 Pebble Valley Rd Apt 18
Waukesha, WI 53188-1519



Office of the clerk of the U

824 market street 3RD F
Wilm