## Response to "One Hundred Eighth Omnibus Claims Objection"

FTX Case No. 22-11068

RECEIVED
2024 NOV -5 AM 11: 46

**Date:** 11/1/2024

**FR:** Josh Drew, Claimant against FTX (Debtor)
- FTX Claim Number: 1161
- 2056 Ridgeview Ave., Los Angeles, CA, 90041
- M) 323-493-8877
  - E) dutyb4liberty18@protonmail.com -please back up all email correspondence with hard copies sent via post.

**TO:** Office of the Clerk of the United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

**TO:** The Debtors, Sulivan & Cromwell LLP
125 Broad Street
New York, New York 10004

**ATTN: Christian P. Jensen & David M. Rosenthal and Landis Rath & Cobb LLP**
919 Market Street, Ste 1800
Wilmington, Delaware 19801
**ATTN: Adam G. Landis and Kimberly A. Brown**

**RE:** This is my official response to the One Hundred Eighth Omnibus Claims Objection. I reject this objection. My claim is for $3,051.00. For reasons unknown to me, the debtor wishes to reduce my claim to $3.59. I do not accept this.

### Backstory

On Jan 1, 2023 I submitted a complete packet with the same documentation I am resubmitting today. I have never received any indication that my paperwork was thoroughly considered nor understood. It must be noted that my situation is unique, in that 1) I did not have any cryptocurrency on FTX, only USD, and 2) I did attempt to withdraw my $3,051.00 <u>the very day before FTX halted all withdrawals</u>, and 3) the withdrawal "seemed" to execute normally. So perhaps this is why the FTX records are misleading whoever is auditing my claim. Perhaps the records show that the $3,051.00 was successfully transferred out of FTX. But it was not.

After executing the Strip transfer (from FTX to my bank account), I was relieved to receive the standard confirmation email from FTX notifying me of the request to withdrawal. I have included a copy of that email in this packet. *The remaining amount of money, $3.59, (that FTX does see), should likely be added to my claim of $3,051.0, making the total claim $3,054.59.*

I gave it a week; the money never posted in my account. By that time, FTX had announced a halt on all withdrawals, and chaos was breaking loose inside the company, the press, and on social media. I was unable to connect with FTX tech support.

1

So, I reached out to Stripe, the intermediary that FTX contracted with to link to customer's banks. I exchanged emails with support agents at Stripe (copied here in this packet). We had phone conversations as well. This was incredibly frustrating, as it felt to me like the email agents and the Stripe phone agents never really spoke with each other. You can see from the attached emails with Stripe, I had contact with "Mario" and "Soumi". Between phone conversations with different Stripe Agents, and these email conversations I was told that <u>Strip analysts went through their records and could NOT find any transfer from FTX to my bank account linked to FTX.</u> My initial contact with strip was done through their customer support portal, not at email. So, I don't have a record of that. But in that communication, I explained the entire issue. I should say here that the Stripe customer support was really difficult.

On a telephone call a Stripe analyst was adamant that the transfer **<u>was never initiated on the FTX side</u>**.

The following evidence is included in this packet:
1. The FTX email alerting me of a transfer withdrawal.
2. The FTX email confirming that I had signed up for direct debits.
3. Copies of my various emails with Stripe. What I can't show are the phone calls with stripe in which they explained that there was NO transfer from FTX to my bank account. But the email dated January 13, 2023 at 2:58 AM, Stripe Support, is sufficient to prove my claim. There, they state that it is not a routing number issue, basically they throw their hands up in the air, and tell me to sort it out with FTX.

To a large extent, FTX records are irrelevant. FTX was in disarray. If the money had been sent, the Stripe audit would have found the transaction. Unless Stripe was being dishonest with me, it was not found. If the Debtor wishes to withhold my $3,051.00, then it should be incumbent on the Debtor to work with Stripe to locate and prove the successful Stripe transfer that returned the money to my account. That is not too much to ask.

I was simply a trusting customer, and I don't deserve any of this.

**I request that the court reject the "Objection", or require FTX to work with Stripe to prove that the $3,051.00 was successfully transferred to my account. If it happened, the record must exist. I was told by Stripe that the record does not exist. At this point, the burden of proof should be on the Debtor.**

Thank you,

**Josh Drew
FTX Claim No 1161**
M) 323-493-8877

2

FTX Trading Ltd. 22-11068 (JTD)
One Hundred Eighth Omnibus Claims Objection
Schedule 1 - Modified Claims

| Claim Number | Name | Asserted Claims | | | Modified Claims | |
| | | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 1161 | Drew, Josh | FTX Trading Ltd. | USD | 3,051.000000000000000 | West Realm Shires Services Inc. | 3.590000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| | | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | | Ticker Quantity |
| | | | BTC | | | | 0.0693619200000000 |
| | | | ETH | | | | 2.0768479300000000 |
| | | | ETHW | | | | 2.0759756800000000 |
| | | | MATIC | | | | 1,450.7395457000000000 |
| | | | SHIB | | | | 83,697,105.0395743300000000 |
| | | | SOL | | | | 20.7877109100000000 |
| | | | USD | 7,167.0700000000000 | | | 0.0000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 1945 | Name on file | FTX Trading Ltd. | BTC | | West Realm Shires Services Inc. | | 0.0119764300000000 |
| | | | CUSDT | | | | 1,258.4819102200000000 |
| | | | TRX | | | | 4.0000000000000000 |
| | | | USD | 550.0000000000000 | | | 2.1555224981710900 |

Reason: [same as above]

| 4862 | Name on file | FTX Trading Ltd. | BAO | | FTX Trading Ltd. | | 1.0000000000000000 |
| | | | BNB | | | | 0.0022980800000000 |
| | | | BTC | | | | 0.0000454411378325 |
| | | | ETH | | | | 0.0000032910000000 |
| | | | ETHW | | | | 0.0000935020000000 |
| | | | FTT | | | | 4.3820120786500000 |
| | | | NEAR | | | | 0.0332742200000000 |
| | | | SOL | | | | 0.0089387200000000 |
| | | | USD | 5,198.6700000000000 | | | 0.0021717112000000 |
| | | | USDT | | | | 5,198.7227210379180000 |

Reason: [same as above]

| 2510 | Name on file | FTX Trading Ltd. | BTC | | Quoine Pte Ltd | | 0.0001020000000000 |
| | | | FANZ | | | | 60.0000000000000000 |
| | | | QASH | | | | 0.1593858600000000 |
| | | | UBTC | | | | 0.0000484000000000 |
| | | | USD | 876.6200000000000 | | | 0.0000000000000000 |

Reason: [same as above]

| 1736 | Name on file | FTX Trading Ltd | DOGE | | West Realm Shires Services Inc. | | 4.0014612300000000 |
| | | | ETH | | | | 0.0073166200000000 |
| | | | SHIB | | | | 67,665.5423545700000000 |
| | | | SUSHI | | | | 8.8738676700000000 |
| | | | TRX | | | | 4.0000000000000000 |
| | | | USD | 361.1200000000000 | | | 337.7708980015084000 |

Reason: [same as above]

| 3106 | Name on file | FTX Trading Ltd. | NFT (30461968420628787/WELCOME TO DOPAMINE) | | West Realm Shires Services Inc. | | 1.0000000000000000 |
| | | | NFT (44335994550036153/FOUNDING FRENS INVESTOR #342) | | | | 1.0000000000000000 |
| | | | NFT (486504322544605892/IMOLA TICKET STUB #646) | | | | 1.0000000000000000 |
| | | | SOL | | | | 0.5060453900000000 |
| | | | USD | 20.0000000000000 | | | 0.0000000000000000 |
| | | | USDT | | | | 0.0116757800000000 |

Reason: [same as above]

| 85200 | Name on file | FTX Trading Ltd. | USD | 500.0000000000000 | West Realm Shires Services Inc. | | 451.0000000000000000 |

Reason: [same as above]

| 1357 | Name on file | FTX Trading Ltd. | BTC | | FTX Trading Ltd. | | 0.0984808300000000 |
| | | | FTM | | | | 1,045.6929465668940000 |
| | | | USD | 5,000.0000000000000 | | | 2.4604296325245900 |

Reason: [same as above]

| 1161 | Name on file | FTX Trading Ltd. | USD | 3,051.0000000000000 | West Realm Shires Services Inc. | | 3.5900000000000000 |

Reason: [same as above]

| 263 | Name on file | FTX Trading Ltd. | USD | 1,007.0000000000000 | West Realm Shires Services Inc. | | 979.5700000000000000 |

Reason: [same as above]

| 2822 | Name on file | FTX Trading Ltd. | BTC | | FTX Trading Ltd. | | 0.0310305000000000 |
| | | | ETH | | | | 0.4034817400000000 |
| | | | ETHW | | | | 0.4034817400000000 |
| | | | USD | 1,610.0000000000000 | | | 100.0000000000000000 |

Reason: [same as above]

| 1814 | Name on file | FTX Trading Ltd. | BTC | | West Realm Shires Services Inc. | | 0.0062010900000000 |
| | | | TRX | | | | 1.0111910000000000 |
| | | | USD | 6,767.4000000000000 | | | 0.0000000000000000 |
| | | | USDT | | | | 6,607.2630967570480000 |

Reason: [same as above]

| 81 | Name on file | FTX Trading Ltd. | AVAX | | West Realm Shires Services Inc. | | 192.5000000000000000 |

# EMAILS WITH STRIPE

The attached pages are my correspondences Stripe support agents. They are in reverse chronological order with the most recent first. Interspersed with these emails, I spoke on the phone with technical support. The final verdict from Stripe was that no transfer, from FTX to my bank account, had taken place.

Dutyb4liberty18
dutyb4liberty18@protonmail.com

**From** dutyb4liberty18@protonmail.com  Jan 13, 2023
**To** Stripe Support

Hi Soumi,

Thank you for looking into this. I know I completed the transfer on the day PRIOR TO FTX'S DECISION TO HALT WITHDRAWALS. So this situation seems odd. At present, the FTX website is offline, and there does not seem to be anyway to contact them. This is so frustrating! I guess I am simply $3k poorer. Anyway, I understand that you can not help at this time.

Thank you for trying,

Josh Drew
323-493-8877

THIS WAS MY FINAL EMAIL W/ STRIPE. HERE, I ACKNOWLEDGE THAT STRIPE IS UNABLE TO LOCATE THE TRANSFER.

**From**  Stripe Support <support-reply@stripe.com>   📅 Jan 13, 2023

**To**   dutyb4liberty18@protonmail.com

Hi Josh,

Thank you for being patient while we looked at this.

I have heard back from the internal team, this is not an incorrect bank account routing number issue. Please reach out to FTX to learn more about your account. Stripe is complying with all legal obligations in connection with FTX's bankruptcy filing. All money movement into or out of FTX accounts is currently blocked. I know this might not be the desired solution, but we cannot do much here since FTX has filed for bankruptcy.

Appreciate your understanding.

Regards,
Soumi

*[Handwritten note, rotated:]* THIS IS STRIPE'S FINAL EMAIL TO ME. HERE STRIPE IS SAYING THAT THE ISSUE IS NOT ON THEIR END. THE ISSUE IS AN FTX PROBLEM, BUT BY THIS TIME, FTX WAS INCOMMUNICADO.

Dutyb4liberty18
dutyb4liberty18@protonmail.com

**From** 🔒 Stripe Support <support-reply@stripe.com>  
**To** dutyb4liberty18@protonmail.com

Jan 5, 2023

Hi Josh,

Thank you for being patient while we look at this. I can understand how concerning this is!

We are experiencing delay in the resolution time due to the holiday season. Please be assured that I have my eyes on your case. I will get back to you as soon as I have any additional update.

Appreciate your understanding.

Regards,
Soumi

**From**   dutyb4liberty18@protonmail.com     Dec 30, 2022

**To**   **Stripe** Support

Thanks for the update, Soumi.

Josh Drew
323-493-8877

Sent with Proton Mail secure email.

...

**From** 🔒 Stripe Support <support-reply@stripe.com>                    Dec 23, 2022
**To** dutyb4liberty18@protonmail.com

Hello there,

Thanks for taking my call earlier, I hope this email finds you well, this is just a follow up from our previous conversation.

I wanted to let you know that I am still working with my team on this request, so we will get in touch with you soon with more updates and information. Thanks in advance for your patience and understanding of this process. I really hope we can solve this problem as soon as possible.

And remember that, If anything else comes up or you have any other questions. Keep in mind that our support channels are always open for you, so, please, do not hesitate to reply to this thread whenever you feel like there's something else that I can do for you.

Best regards,
Mario

From  dutyb4liberty18@protonmail.com

To  Stripe Support

Dec 23, 2022

Thanks Mario.

Looking forward to your update.

Josh Drew
323-493-8877

Sent with Proton Mail secure email.
Hello there,
Thanks for taking my call earlier, I hope this email finds you well, this is just a follow up from our previous conversation.

I wanted to let you know that I am still working with my team on this request, so we will get in touch with you soon with more updates and information. Thanks in advance for your patience and understanding of this process. I really hope we can solve this problem as soon as possible.

And remember that, If anything else comes up or you have any other questions. Keep in mind that our support channels are always open for you, so, please, do not hesitate to reply to this thread whenever you feel like there's something else that I can do for you.

Best regards,
Mario

**From** dutyb4liberty18@protonmail.com                                        Dec 26, 2022
**To** **Stripe** Support

Hey Mario,

Just checking in about my missing $3051.00

I am looking forward to hearing from you.

Josh Drew
323-493-8877

Sent with Proton Mail secure email.

...

**From** 🔒 **Stripe** Support <support-reply@stripe.com>  Dec 28, 2022
**To** dutyb4liberty18@protonmail.com

Hi Josh,

Soumi from **Stripe** here, stepping in to assist you with the missing $3051.00. I hope to provide you with the assistance you need.

I have reached out to the internal team to further look into this. Please be assured that I have my eyes on your case. I will get back to you as soon as I have an update.

Do let me know if you run into any further queries.

Regards,
Soumi

# Confirmation of direct debit authorization for FTX US

| | | |
|---|---|---|
| From | 🔒 Stripe <support@stripe.com> | Nov 9, 2022 |
| To | dutyb4liberty18@protonmail.com | |



*I HAD TO PASTE THESE TOGETHER FROM TWO SCREEN SHOTS.*

**stripe**

**AGREEMENT DATE**
November 10, 2022

**ACCOUNT HOLDER NAME**
Joshua Gordon Gregory Drew

Thank you for signing up for direct debits from FTX US. You have authorized FTX US, and, if applicable, its affiliated entities to debit the bank account specified above for any amount owed for charges arising from your use of FTX US's services and/or purchase of products from FTX US, pursuant to FTX US's website and terms, until this authorization is revoked.

You have authorized FTX US, and, if applicable, its affiliated entities to debit your bank account periodically if and when you use FTX US's services or purchase more than one of FTX US's products periodically pursuant to FTX US's terms. Payments that fall outside of the periodic debits authorized above will only be debited after your authorization is obtained.

You may amend or cancel this authorization at any time by providing notice to FTX US with 30 (thirty) days' notice.

View these terms on ▇▇▇▇.com

2/26/23, 7:45

## FTX US withdrawal request

From  FTX US <support@ftx.us>
To    dutyb4liberty18@protonmail.com
Date  Wednesday, November 9th, 2022 at 5:44 PM

2024 NOV -5 AM 11:46

Hello Joshua Gordon Gregory Drew,

We have received a request to withdraw 3051.00 USD from your FTX US account.

If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within one business day. FTX US is not responsible for delays or fees resulting from your bank or intermediary banks it uses. You can find more information at https://help.ftx.us/hc/en-us/sections/360008262673-Deposits-Withdrawals.

WHEN I ATTEMPTED TO TRANSFER THE $3,051 FROM FTX TO MY BANK I RECEIVED THIS STANDARD EMAIL FROM FTX. BUT THE MONEY NEVER ARRIVED IN MY ACCOUNT.

FTX Trading Ltd. 22-11068 (JTD)
One Hundred Eighth Omnibus Claims Objection
Schedule 1 - Modified Claims

| Claim Number | Name | Asserted Claims | | | Modified Claims | |
| | | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| --- | --- | --- | --- | --- | --- | --- |
| 1161 | Drew, Josh | FTX Trading Ltd. | USD | 3,051.000000000000000 | West Realm Shires Services Inc. | 3.590000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

**\*\*Note: Serve upon counsel to the Debtors ( before 11/8/'24)**
**(a) Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004 B**

**Attn: Christian P Jensen & David M Rosenthal, and (b) Landis Rath & Cobb LLP 919 Market Street STE 1800, Wilmington Delaware 19801**

**Attn: Adam G Landis & Kimberly A Brown**

RETURN ADDRESS: 2056 RIDGEVIEW AVE
L.A. CA 90041

2056 Ridgeview Ave
L.A., CA 90041

RDC 03    0 Lb 3.70 Oz   S23

$

To: Office of the Clerk of the United States Bankruptcy Court f
District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

**Note: Serve upon counsel to the Debtors ( before 11/8/'24
(a) Sullivan & Cromwell LLP, 125 Broad Street, New York, New
10004 B

Attn: Christian P Jensen & David M Rosenthal, and (b) Landis
Cobb LLP 919 Market Street STE 1800, Wilmington Delaware

Attn: Adam G Landis & Kimberly A Brown



PRIORITY
★ MAIL ★

TRACKED
★ ★ ★
INSURED
★



UNITED STATES
POSTAL SERVICE®

For Domestic and International Use    Label 107R, May 2014

EXPECTED DELIVERY DAY: 11/04/24

USPS TRACKING® #