Name of the court :  UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF
DELAWARE
Case : 22-11068-JTD  Docket No. 25704
Title :  DEBTORS' ONE HUNDRED SEVENTH (SUBSTANTIVE) OMNIBUS OBJECTION TO
CERTAIN OVERSTATED AND/OR UNLIQUIDATED PROOFS OF CLAIM (CUSTOMER
CLAIMS)
Debtors:  collectively, the "Debtors

Attached is the objection to the modified claims presented to me by debtors

Claimant Name : Vishal Bathla
Claim No. 61168
Basis : Transaction made between Nov 10 -Nov11 were never settled and does not reflect the
true balanced owed to claimant

The original claim that was filed by me in the FTX bankruptcy case was based on the date Nov
10, 2022 and numerous transactions were attempted between Nov 9, 2022 to Nov 11, 2022
before the ftx portal went down. The information for the same is also available in the fills section
of the FTX portal itself and a transaction record is also attached for your reference.

Since no withdrawal was made and sold, the token never reflected the amount settled in USD.
For reference the original amount of ADA bull submitted was 19,371 which reflects the dollar
value of $2379.55. Per sheet attached (downloaded from ftx portal) ADAbull was sold in USD in
10 different transactions between Nov 10 - Nov 11 but it was never processed. Since the
modified debtor claim is considering the reduced ADAbull positions but are not considering the
fact that ADAbull sold never increased the If it had been processed it would have increased the
dollar amount of USD balance in the account as the token has been sold in USD.

Pursuant to that the original amount claimed in the settlement is the amount owed to me and
attached are the screenshots of the claims along with the timestamps of when they were taken.

Furthermore there was a withdrawal in the amount of $5934.65 that shows on the portal was
made and was being done but was never transferred to the bank. Bank statement has also
been attached for your reference. Therefore the amount of $5934.65 also needs to be added to
the claim.



## Portfolio 🔒

Main Account ▾

Total Customer Entitlement Claim

**$16,943.63 USD** ⌄

### Withdrawals

| | | | |
|---|---|---|---|
| 11/10/2022, 10:03:23 PM | USD (fiat) | 5,934.65 USD | Bank transfer to ****3036 (Bank Of America ) |
| 11/10/2022, 7:20:12 PM | XRPBULL | 300,945,487 XRPBULL (50,000 XRPBULL fee) | |
| 11/10/2022, 7:17:46 PM | ETHBULL | 1,044.81362718 ETHBULL (0.25 ETHBULL fee) | |
| 11/10/2022, 7:16:07 PM | BULL | 90.01648052 BULL (0.01 BULL fee) | |
| 11/9/2022, 8:22:38 PM | BULL | 1 BULL (0.025 BULL fee) | |

Rows per page:  10 ▾     1-5 / 5

### Core Transactions

Transactions will be downloaded for the user's main account or the currently selected subaccount. This download may not include additional balance adjustments. Please download these using the adjustments tab.

**Download**

*not Processed*

# BANK OF AMERICA 🏦

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

🖵 Customer service: 1.800.432.1000

En Español: 1.800.688.6086

▧ bankofamerica.com

▤ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

VISHAL BATHLA
ONLINE ACCOUNT
370 W OLIVE AVE APT 8
SUNNYVALE, CA 94086-7618

☐ Please see the **Important Messages - Please Read** section of your statement for Important details that could impact you.

# Your Adv Plus Banking

for November 9, 2022 to December 9, 2022

Account number:

**VISHAL BATHLA    ONLINE ACCOUNT**

## Account summary

| | |
|---|---|
| Beginning balance on November 9, 2022 | $5,071.19 |
| Deposits and other additions | 16,704.82 |
| ATM and debit card subtractions | -881.48 |
| Other subtractions | -10,675.01 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on December 9, 2022** | **$10,219.52** |

# BANK OF AMERICA

**VISHAL BATHLA** | Account ▉▉▉▉ | **November 9, 2022 to December 9, 2022**

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|-------:|
| 11/09/22 | | 162.97 |
| 11/09/22 | | 73.27 |
| 11/10/22 | | 2,185.82 |
| 11/14/22 | | 702.20 |
| 11/14/22 | | 654.00 |
| 11/14/22 | | 440.00 |
| 11/16/22 | | 141.13 |
| 11/16/22 | | 36.28 |
| 11/18/22 | | 2,154.98 |
| 11/18/22 | | 696.30 |
| 11/23/22 | | 148.84 |
| 11/23/22 | | 9.87 |
| 11/25/22 | | 2,041.62 |
| 11/25/22 | | 1,393.64 |
| 12/02/22 | | 1,924.64 |
| 12/02/22 | | 1,297.92 |

*continued on the next page*




# Do you follow us on social media?

Connect with us on **Facebook** and **Twitter**
for timely information and to learn more
about how to reach your financial goals.




When you use the QRC feature certain information is collected from your mobile device for business purposes.    SSM-05-22-0100.C  I  4718133

VISHAL BATHLA | Account # ▮▮▮▮ | November 9, 2022 to December 9, 2022

## Deposits and other additions - continued

| Date | Description | Amount |
|---|---|---|
| 12/09/22 | | 2,119.76 |
| 12/09/22 | | 521.58 |
| **Total depos** | | **$16,704.82** |

## Withdra

ATM and de

| Date | | Amount |
|---|---|---|
| 11/14/22 | | -100.00 |
| 11/14/22 | | -10.48 |
| 11/14/22 | | -0.99 |
| 11/17/22 | | -21.99 |
| 11/17/22 | | -231.25 |
| 11/21/22 | | -183.99 |
| 11/22/22 | | -100.00 |
| 11/28/22 | | -50.00 |
| 12/05/22 | | -25.00 |
| 12/05/22 | | -8.73 |
| 12/05/22 | | -9.99 |
| 12/06/22 | | -50.00 |
| 12/07/22 | | -84.71 |
| 12/07/22 | | -4.35 |
| **Total ATM and debit card subtractions** | | **-$881.48** |

Other subtractions

| Date | Description | Amount |
|---|---|---|
| 11/14/22 | | -1.00 |
| 11/14/22 | | -2,000.00 |
| 11/14/22 | | -3,280.92 |
| 11/14/22 | | -115.50 |
| 11/15/22 | | -100.49 |
| 11/15/22 | | -35.00 |

continued on the next page

# BANK OF AMERICA 

**VISHAL BATHLA  |  Account** ███████████  |  **November 9, 2022 to December 9, 2022**

## Withdrawals and other subtractions - continued

Other subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| 11/18/22 | | -600.00 |
| 11/21/22 | | -18.00 |
| 11/23/22 | | -240.92 |
| 11/29/22 | | -149.36 |
| 11/30/22 | | -35.00 |
| 12/02/22 | | -15.54 |
| 12/06/22 | | -26.09 |
| 12/08/22 | | -537.51 |
| 12/09/22 | | -2,395.00 |
| 12/09/22 | | -1,123.73 |
| 12/09/22 | | -0.95 |
| **Total other** | | **-$10,675.01** |

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

| | | | |
|---|---|---|---|
| **BULL** | | 90.0135 | 4684.17 |
| **BEAR** | | 969.7400 | 0.20 |
| **ETHBULL** | | 1044.8136 | 2983.39 |
| **XRPBULL** | | 300995487.... | 3701.22 |
| **BNBBULL** | | 0.0015 | 0.04 |
| **TRXBULL** | | 15977.2834 | 167.94 |



| | | |
|---|---|---|
| DOGEBULL | 133607.2829 | 3633.11 |
| MATICBULL | 31.3010 | 0.01 |
| ADABULL | 19371.0243 | 2379.55 |
| | | # Add tag |
| XTZBULL | 15817310.6... | 101.83 |

**November 10, 2022 7:13 PM**          Edit

Screenshot_20221110-191358_FTX Pro.jpg
/Internal storage/DCIM/Screenshots

**Image info**

404.85 KB     1080x2400     3MP

| | | | |
|---|---|---|---|
| L | LTCBULL | 1793695.0200 | 131.70 |
| 🔥 | HTBULL | 0.5118 | 0.03 |
| 🔥 | HTBEAR | 698.7100 | 0.10 |
| ♦ | ETCBULL | 366556.7888 | 884.24 |
| 🐕 | DOGEBULL | 133607.2829 | 3633.11 |
| ⬡ | MATICBULL | 31.3010 | 0.01 |
| | ADABULL | | |



| | | |
|---|---|---|
| BNBBULL | 0.0015 | 0.04 |
| TRXBULL | 15977.2834 | 167.94 |
| LTCBULL | 1793695.0200 | # Add tag |

**November 10, 2022 7:13 PM**          Edit

Screenshot_20221110-191347_FTX Pro.jpg

/Internal storage/DCIM/Screenshots

**Image info**

392.50 KB      1080x2400      3MP

| | | | |
|---|---|---|---|
| ∞ | MATICBULL | 31.3010 | 0.01 |
| | ADABULL | 19371.0243 | 2379.55 |
| ꜩ | XTZBULL | 15817310.6... | 101.83 |
| ⟨K⟩ | KNCBULL | 6934037.4... | 173.89 |
| | COMPBULL | 80996228.... | 115.03 |
| M | MKRBULL | 4186.2882 | 126.28 |
| V | VETBULL | 3906335.8100 | 198.77 |

**COMPBULL** 80996228.... 115.03

 **MKRBULL** 4186.2882 126.28

 **VETBULL** 3906335.8100 ~~108.77~~

# Add tag

**November 10, 2022 7:14 PM** Edit

Screenshot_20221110-191410_FTX Pro.jpg
/Internal storage/DCIM/Screenshots

**Image info**

404.03 KB    1080x2400    3MP

FTX Trading Ltd. 22-11068 (JTD)
One Hundred Seventh Omnibus Claims Objection
Schedule 1 - Modified Claims

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | **Asserted Claims** | | **Modified Claims** | |
| 61168 | Bathla, Vishal | FTX Trading Ltd. | ADABULL | 19,371.024300000000000 | FTX Trading Ltd. | 47.024341000000000 |
| | | | BEAR | 969.740000000000000 | | 969.740000000000000 |
| | | | BNBBULL | 0.001500000000000 | | 0.001500000000000 |
| | | | BULL | 91.013480520000000 | | 91.013480520000000 |
| | | | COMPBULL | 80,996,228.000000000000000 | | 96,228.300000000000000 |
| | | | DOGEBULL | 133,607.282900000000000 | | 7.282900000000000 |
| | | | ETCBULL | 366,556.788800000000000 | | 56.788770000000000 |
| | | | ETHBULL | 1,044.813627181000000 | | 1,044.813627181000000 |
| | | | GRTBULL | 8,846.300000000000000 | | 8,846.300000000000000 |
| | | | HTBEAR | 698.710000000000000 | | 698.710000000000000 |
| | | | HTBULL | 0.511820000000000 | | 0.511820000000000 |
| | | | INDI | 0.814250000000000 | | 0.814250000000000 |
| | | | KNCBULL | 6,934,037.400000000000000 | | 1,274,037.460000000000000 |
| | | | LTCBULL | 1,793,695.020000000000000 | | 695.020000000000000 |
| | | | MATICBEAR2021 | 7,635.400000000000000 | | 7,635.400000000000000 |
| | | | MATICBULL | 31.301000000000000 | | 31.301000000000000 |
| | | | MKRBULL | 4,186.288200000000000 | | 0.288210000000000 |
| | | | TRXBULL | 15,997.283400000000000 | | 7.283400000000000 |
| | | | USD | 5,981.968456348100500 | | 5,981.968456348100500 |
| | | | USDT | 9.870041029450000 | | 9.870041029450000 |
| | | | VETBULL | 3,906,335.810000000000000 | | 3,906,335.810000000000000 |
| | | | XLMBEAR | 2.450900000000000 | | 2.450900000000000 |
| | | | XRPBULL | 300,995,487.410000000000000 | | 300,995,487.410000000000000 |
| | | | XTZBULL | 15,817,310.600000000000000 | | 147,310.600000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

2024 NOV -5 AM 11: 47

| ID | Time | Market | Side | Order Type | Size | Price | Total | Fee | Fee Curren | TWAP |
|---|---|---|---|---|---|---|---|---|---|---|
| 10926742661 | 11/11/2022, 9:07:21 AM | VETBULL/USD | sell | Limit | 345000 | 3.86E-05 | 13.30665 | 0.002262 | USD | FALSE |
| 10925551199 | 11/11/2022, 7:24:22 AM | VETBULL/USD | sell | Limit | 616000 | 3.86E-05 | 23.75912 | 0.004039 | USD | FALSE |
| 10925342891 | 11/11/2022, 7:09:46 AM | ADABULL/USD | sell | Limit | 47 | 0.102 | 4.794 | 0.000815 | USD | FALSE |
| 10923881054 | 11/11/2022, 5:21:32 AM | ADABULL/USD | sell | Limit | 1 | 0.102 | 0.102 | 1.73E-05 | USD | FALSE |
| 10923874864 | 11/11/2022, 5:20:25 AM | ADABULL/USD | sell | Limit | 38 | 0.102 | 3.876 | 0.000659 | USD | FALSE |
| 10923768265 | 11/11/2022, 5:05:09 AM | ADABULL/USD | sell | Limit | 98 | 0.10205 | 10.0009 | 0.005951 | USD | FALSE |
| 10923765778 | 11/11/2022, 5:04:45 AM | ADABULL/USD | sell | Limit | 132 | 0.1021 | 13.4772 | 0.008019 | USD | FALSE |
| 10923763344 | 11/11/2022, 5:04:23 AM | ADABULL/USD | sell | Limit | 194 | 0.1025 | 19.885 | 0.011832 | USD | FALSE |
| 10921181767 | 11/10/2022, 9:55:41 PM | ADABULL/USD | sell | Market | 914 | 0.0966 | 88.2924 | 0.052534 | USD | FALSE |
| 10919964225 | 11/10/2022, 7:36:00 PM | XTZBULL/USD | sell | Market | 20000 | 4.65E-06 | 0.093 | 5.53E-05 | USD | FALSE |
| 10919964223 | 11/10/2022, 7:36:00 PM | XTZBULL/USD | sell | Market | 20000 | 4.91E-06 | 0.0982 | 5.84E-05 | USD | FALSE |
| 10919964221 | 11/10/2022, 7:36:00 PM | XTZBULL/USD | sell | Market | 5560000 | 4.99E-06 | 27.7444 | 0.016508 | USD | FALSE |
| 10919964219 | 11/10/2022, 7:36:00 PM | XTZBULL/USD | sell | Market | 3630000 | 4.99E-06 | 18.1137 | 0.010778 | USD | FALSE |
| 10919964217 | 11/10/2022, 7:36:00 PM | XTZBULL/USD | sell | Market | 2970000 | 0.000005 | 14.85 | 0.008836 | USD | FALSE |
| 10919964215 | 11/10/2022, 7:36:00 PM | XTZBULL/USD | sell | Market | 1000000 | 0.000005 | 5 | 0.002975 | USD | FALSE |
| 10919964213 | 11/10/2022, 7:36:00 PM | XTZBULL/USD | sell | Market | 790000 | 5.08E-06 | 4.0132 | 0.002388 | USD | FALSE |
| 10919956334 | 11/10/2022, 7:35:04 PM | KNCBULL/USD | sell | Market | 100000 | 0.000012 | 1.2 | 0.000714 | USD | FALSE |
| 10919956332 | 11/10/2022, 7:35:04 PM | KNCBULL/USD | sell | Market | 250000 | 0.000012 | 3 | 0.001785 | USD | FALSE |
| 10919955067 | 11/10/2022, 7:34:50 PM | KNCBULL/USD | sell | Market | 2250000 | 0.000013 | 29.25 | 0.017404 | USD | FALSE |
| 10919955065 | 11/10/2022, 7:34:50 PM | KNCBULL/USD | sell | Market | 1430000 | 1.3E-05 | 18.6043 | 0.01107 | USD | FALSE |
| 10919955063 | 11/10/2022, 7:34:50 PM | KNCBULL/USD | sell | Market | 20000 | 0.000015 | 0.3 | 0.000179 | USD | FALSE |
| 10919955061 | 11/10/2022, 7:34:50 PM | KNCBULL/USD | sell | Market | 1610000 | 0.000018 | 28.98 | 0.017243 | USD | FALSE |
| 10919952109 | 11/10/2022, 7:34:32 PM | COMPBULL/USD | sell | Market | 80900000 | 1.05E-06 | 84.945 | 0.050542 | USD | FALSE |
| 10919948949 | 11/10/2022, 7:34:19 PM | MKRBULL/USD | sell | Market | 1789 | 0.03318 | 59.35902 | 0.035319 | USD | FALSE |
| 10919948947 | 11/10/2022, 7:34:19 PM | MKRBULL/USD | sell | Market | 2397 | 0.03319 | 79.55643 | 0.047336 | USD | FALSE |
| 10919942639 | 11/10/2022, 7:33:17 PM | XTZBULL/USDT | sell | Market | 660000 | 4.9E-06 | 3.234 | 0.001924 | USDT | FALSE |
| 10919942637 | 11/10/2022, 7:33:17 PM | XTZBULL/USDT | sell | Market | 1020000 | 4.9E-06 | 4.998 | 0.002974 | USDT | FALSE |
| 10919936386 | 11/10/2022, 7:32:38 PM | LTCBULL/USD | sell | Market | 1793000 | 6.48E-05 | 116.1685 | 0.06912 | USD | FALSE |
| 10919935207 | 11/10/2022, 7:32:26 PM | TRXBULL/USD | sell | Market | 8930 | 0.008615 | 76.93195 | 0.045775 | USD | FALSE |
| 10919935205 | 11/10/2022, 7:32:26 PM | TRXBULL/USD | sell | Market | 7040 | 0.00862 | 60.6848 | 0.036107 | USD | FALSE |
| 10919933135 | 11/10/2022, 7:32:11 PM | ETCBULL/USD | sell | Market | 363400 | 0.002029 | 737.3386 | 0.438716 | USD | FALSE |
| 10919933133 | 11/10/2022, 7:32:11 PM | ETCBULL/USD | sell | Market | 2000 | 0.00203 | 4.06 | 0.002416 | USD | FALSE |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10919933093 | 11/10/2022, 7:32:11 PM | ETCBULL/USD | sell | Market | 900 | 0.00205 | 1.845 | 0.001098 | USD | FALSE |
| 10919933091 | 11/10/2022, 7:32:11 PM | ETCBULL/USD | sell | Market | 200 | 0.002145 | 0.429 | 0.000255 | USD | FALSE |
| 10919888566 | 11/10/2022, 7:26:42 PM | ADABULL/USD | sell | Market | 15000 | 0.09 | 1350 | 0.80325 | USD | FALSE |
| 10919888564 | 11/10/2022, 7:26:42 PM | ADABULL/USD | sell | Market | 1066 | 0.09375 | 99.9375 | 0.059463 | USD | FALSE |
| 10919888562 | 11/10/2022, 7:26:42 PM | ADABULL/USD | sell | Market | 1881 | 0.09385 | 176.5319 | 0.105036 | USD | FALSE |
| 10919876470 | 11/10/2022, 7:25:09 PM | DOGEBULL/USD | sell | Market | 35450 | 0.02026 | 718.217 | 0.427339 | USD | FALSE |
| 10919876468 | 11/10/2022, 7:25:09 PM | DOGEBULL/USD | sell | Market | 710 | 0.02026 | 14.3846 | 0.008559 | USD | FALSE |
| 10919876466 | 11/10/2022, 7:25:09 PM | DOGEBULL/USD | sell | Market | 100 | 0.0203 | 2.03 | 0.001208 | USD | FALSE |
| 10919876464 | 11/10/2022, 7:25:09 PM | DOGEBULL/USD | sell | Market | 40 | 0.0204 | 0.816 | 0.000486 | USD | FALSE |
| 10919876462 | 11/10/2022, 7:25:09 PM | DOGEBULL/USD | sell | Market | 100 | 0.0204 | 2.04 | 0.001214 | USD | FALSE |
| 10919876460 | 11/10/2022, 7:25:09 PM | DOGEBULL/USD | sell | Market | 100 | 0.0205 | 2.05 | 0.00122 | USD | FALSE |
| 10919876458 | 11/10/2022, 7:25:09 PM | DOGEBULL/USD | sell | Market | 23060 | 0.02052 | 473.1912 | 0.281549 | USD | FALSE |
| 10919876456 | 11/10/2022, 7:25:09 PM | DOGEBULL/USD | sell | Market | 90 | 0.0206 | 1.854 | 0.001103 | USD | FALSE |
| 10919876454 | 11/10/2022, 7:25:09 PM | DOGEBULL/USD | sell | Market | 100 | 0.0207 | 2.07 | 0.001232 | USD | FALSE |
| 10919876452 | 11/10/2022, 7:25:09 PM | DOGEBULL/USD | sell | Market | 40 | 0.0208 | 0.832 | 0.000495 | USD | FALSE |
| 10919876450 | 11/10/2022, 7:25:09 PM | DOGEBULL/USD | sell | Market | 1010 | 0.0208 | 21.008 | 0.0125 | USD | FALSE |
| 10919876448 | 11/10/2022, 7:25:09 PM | DOGEBULL/USD | sell | Market | 100 | 0.0208 | 2.08 | 0.001238 | USD | FALSE |
| 10919876446 | 11/10/2022, 7:25:09 PM | DOGEBULL/USD | sell | Market | 100 | 0.0209 | 2.09 | 0.001244 | USD | FALSE |
| 10919876444 | 11/10/2022, 7:25:09 PM | DOGEBULL/USD | sell | Market | 250 | 0.02091 | 5.2275 | 0.00311 | USD | FALSE |
| 10919870376 | 11/10/2022, 7:24:17 PM | DOGEBULL/USD | sell | Limit | 100 | 0.0218 | 2.18 | 0.001297 | USD | FALSE |
| 10919869034 | 11/10/2022, 7:24:08 PM | DOGEBULL/USD | sell | Limit | 23060 | 0.02184 | 503.6304 | 0.29966 | USD | FALSE |
| 10919869032 | 11/10/2022, 7:24:08 PM | DOGEBULL/USD | sell | Limit | 100 | 0.0219 | 2.19 | 0.001303 | USD | FALSE |
| 10919869030 | 11/10/2022, 7:24:08 PM | DOGEBULL/USD | sell | Limit | 660 | 0.02191 | 14.4606 | 0.008604 | USD | FALSE |
| 10919869028 | 11/10/2022, 7:24:08 PM | DOGEBULL/USD | sell | Limit | 450 | 0.022 | 9.9 | 0.005891 | USD | FALSE |
| 10919869026 | 11/10/2022, 7:24:08 PM | DOGEBULL/USD | sell | Limit | 40 | 0.022 | 0.88 | 0.000524 | USD | FALSE |
| 10919869024 | 11/10/2022, 7:24:08 PM | DOGEBULL/USD | sell | Limit | 40 | 0.022 | 0.88 | 0.000524 | USD | FALSE |
| 10919869022 | 11/10/2022, 7:24:08 PM | DOGEBULL/USD | sell | Limit | 100 | 0.022 | 2.2 | 0.001309 | USD | FALSE |
| 10919869020 | 11/10/2022, 7:24:08 PM | DOGEBULL/USD | sell | Limit | 100 | 0.0221 | 2.21 | 0.001315 | USD | FALSE |
| 10919866032 | 11/10/2022, 7:23:38 PM | DOGEBULL/USD | sell | Limit | 23060 | 0.02213 | 510.3178 | 0.303639 | USD | FALSE |
| 10919866030 | 11/10/2022, 7:23:38 PM | DOGEBULL/USD | sell | Limit | 100 | 0.0222 | 2.22 | 0.001321 | USD | FALSE |
| 10919866028 | 11/10/2022, 7:23:38 PM | DOGEBULL/USD | sell | Limit | 100 | 0.0223 | 2.23 | 0.001327 | USD | FALSE |
| 10919866026 | 11/10/2022, 7:23:38 PM | DOGEBULL/USD | sell | Limit | 40 | 0.0224 | 0.896 | 0.000533 | USD | FALSE |
| 10919866024 | 11/10/2022, 7:23:38 PM | DOGEBULL/USD | sell | Limit | 100 | 0.0224 | 2.24 | 0.001333 | USD | FALSE |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10919862981 | 11/10/2022, 7:23:11 PM | DOGEBULL/USD | sell | Limit | 23060 | 0.02241 | 516.7746 | 0.307481 | USD | FALSE |
| 10919862979 | 11/10/2022, 7:23:11 PM | DOGEBULL/USD | sell | Limit | 940 | 0.02245 | 21.103 | 0.012556 | USD | FALSE |
| 10919862977 | 11/10/2022, 7:23:11 PM | DOGEBULL/USD | sell | Limit | 100 | 0.0225 | 2.25 | 0.001339 | USD | FALSE |
| 10919862975 | 11/10/2022, 7:23:11 PM | DOGEBULL/USD | sell | Limit | 100 | 0.0226 | 2.26 | 0.001345 | USD | FALSE |
| 10919862973 | 11/10/2022, 7:23:11 PM | DOGEBULL/USD | sell | Limit | 100 | 0.0227 | 2.27 | 0.001351 | USD | FALSE |
| 10903149173 | 11/9/2022, 10:21:31 PM | ETHBULL/USDT | buy | Limit | 34.6 | 2.605 | 90.133 | 0.005882 | ETHBULL | FALSE |
| 10903075350 | 11/9/2022, 10:17:43 PM | ETHBULL/USDT | buy | Limit | 1.7 | 2.605 | 4.4285 | 0.000289 | ETHBULL | FALSE |
| 10903055229 | 11/9/2022, 10:16:16 PM | ETHBULL/USDT | buy | Limit | 0.4 | 2.605 | 1.042 | 0.000068 | ETHBULL | FALSE |
| 10903038913 | 11/9/2022, 10:15:13 PM | ETHBULL/USDT | buy | Limit | 0.3 | 2.605 | 0.7815 | 0.000051 | ETHBULL | FALSE |
| 10903037767 | 11/9/2022, 10:15:09 PM | ETHBULL/USDT | buy | Limit | 0.6 | 2.605 | 1.563 | 0.000102 | ETHBULL | FALSE |
| 10903036763 | 11/9/2022, 10:15:04 PM | ETHBULL/USDT | buy | Limit | 213.8 | 2.605 | 556.949 | 0.036346 | ETHBULL | FALSE |
| 10903025077 | 11/9/2022, 10:14:15 PM | ETHBULL/USDT | buy | Limit | 182.9 | 2.605 | 476.4545 | 0.031093 | ETHBULL | FALSE |
| 10903019959 | 11/9/2022, 10:13:55 PM | ETHBULL/USDT | buy | Limit | 16.7 | 2.605 | 43.5035 | 0.002839 | ETHBULL | FALSE |
| 10903019843 | 11/9/2022, 10:13:55 PM | ETHBULL/USDT | buy | Limit | 56.1 | 2.605 | 146.1405 | 0.009537 | ETHBULL | FALSE |
| 10903019603 | 11/9/2022, 10:13:55 PM | ETHBULL/USDT | buy | Limit | 30.1 | 2.605 | 78.4105 | 0.005117 | ETHBULL | FALSE |
| 10903019481 | 11/9/2022, 10:13:55 PM | ETHBULL/USDT | buy | Limit | 0.4 | 2.605 | 1.042 | 0.000068 | ETHBULL | FALSE |
| 10903018961 | 11/9/2022, 10:13:55 PM | ETHBULL/USDT | buy | Limit | 0.4 | 2.605 | 1.042 | 0.000068 | ETHBULL | FALSE |
| 10903016602 | 11/9/2022, 10:13:45 PM | ETHBULL/USDT | buy | Limit | 218.3 | 2.605 | 568.6715 | 0.037111 | ETHBULL | FALSE |
| 10903010756 | 11/9/2022, 10:13:25 PM | ETHBULL/USDT | buy | Limit | 2.3 | 2.605 | 5.9915 | 0.000391 | ETHBULL | FALSE |
| 10903007747 | 11/9/2022, 10:13:20 PM | ETHBULL/USDT | buy | Limit | 12.8 | 2.605 | 33.344 | 0.002176 | ETHBULL | FALSE |
| 10903006271 | 11/9/2022, 10:13:17 PM | ETHBULL/USDT | buy | Limit | 211.5 | 2.605 | 550.9575 | 0.035955 | ETHBULL | FALSE |
| 10903005505 | 11/9/2022, 10:13:15 PM | ETHBULL/USDT | buy | Limit | 27.6 | 2.605 | 71.898 | 0.004692 | ETHBULL | FALSE |
| 10903005429 | 11/9/2022, 10:13:15 PM | ETHBULL/USDT | buy | Limit | 27.7 | 2.605 | 72.1585 | 0.004709 | ETHBULL | FALSE |
| 10903004927 | 11/9/2022, 10:13:13 PM | ETHBULL/USDT | buy | Limit | 0.1 | 2.605 | 0.2605 | 0.000017 | ETHBULL | FALSE |
| 10903004279 | 11/9/2022, 10:13:12 PM | ETHBULL/USDT | buy | Limit | 0.3 | 2.605 | 0.7815 | 0.000051 | ETHBULL | FALSE |
| 10902999863 | 11/9/2022, 10:13:01 PM | ETHBULL/USDT | buy | Limit | 6.3 | 2.605 | 16.4115 | 0.001071 | ETHBULL | FALSE |
| 10902723160 | 11/9/2022, 9:51:19 PM | BULL/USDT | buy | Limit | 9.522 | 49.99 | 476.0048 | 0.001619 | BULL | FALSE |
| 10902720804 | 11/9/2022, 9:51:08 PM | BULL/USDT | buy | Limit | 10.777 | 49.99 | 538.7422 | 0.001832 | BULL | FALSE |
| 10902718742 | 11/9/2022, 9:50:59 PM | BULL/USDT | buy | Limit | 10.701 | 49.99 | 534.943 | 0.001819 | BULL | FALSE |
| 10902679647 | 11/9/2022, 9:49:49 PM | BULL/USD | buy | Limit | 0.543 | 52 | 28.236 | 9.23E-05 | BULL | FALSE |
| 10902679609 | 11/9/2022, 9:49:49 PM | BULL/USD | buy | Limit | 1.128 | 52 | 58.656 | 0.000192 | BULL | FALSE |
| 10902674963 | 11/9/2022, 9:49:26 PM | BULL/USD | buy | Limit | 0.389 | 52 | 20.228 | 6.61E-05 | BULL | FALSE |
| 10902672347 | 11/9/2022, 9:49:12 PM | BULL/USD | buy | Limit | 0.149 | 52 | 7.748 | 2.53E-05 | BULL | FALSE |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10902669811 | 11/9/2022, 9:48:56 PM | BULL/USD | buy | Limit | 0.149 | 52 | 7.748 | 2.53E-05 | BULL | FALSE |
| 10902667749 | 11/9/2022, 9:48:42 PM | BULL/USD | buy | Limit | 0.158 | 52 | 8.216 | 2.69E-05 | BULL | FALSE |
| 10902665435 | 11/9/2022, 9:48:26 PM | BULL/USD | buy | Limit | 56.512 | 52 | 2938.624 | 0.009607 | BULL | FALSE |
| 10901727347 | 11/9/2022, 8:47:48 PM | BULL/USDT | sell | Limit | 98.241 | 43.45 | 4268.571 | 2.5398 | USDT | FALSE |
| 10901727345 | 11/9/2022, 8:47:48 PM | BULL/USDT | sell | Limit | 0.023 | 43.92 | 1.01016 | 0.000601 | USDT | FALSE |
| 10901727343 | 11/9/2022, 8:47:48 PM | BULL/USDT | sell | Limit | 0.017 | 43.92 | 0.74664 | 0.000444 | USDT | FALSE |
| 10901727341 | 11/9/2022, 8:47:48 PM | BULL/USDT | sell | Limit | 0.002 | 44.22 | 0.08844 | 5.26E-05 | USDT | FALSE |
| 10901641006 | 11/9/2022, 8:38:41 PM | ETHBULL/USD | sell | Limit | 578.5 | 2.4325 | 1407.201 | 0.239224 | USD | FALSE |
| 10901640985 | 11/9/2022, 8:38:41 PM | ETHBULL/USD | sell | Limit | 2.6 | 2.433 | 6.3258 | 0.003764 | USD | FALSE |
| 10901640983 | 11/9/2022, 8:38:41 PM | ETHBULL/USD | sell | Limit | 300 | 2.434 | 730.2 | 0.434469 | USD | FALSE |
| 10901640981 | 11/9/2022, 8:38:41 PM | ETHBULL/USD | sell | Limit | 4.1 | 2.443 | 10.0163 | 0.00596 | USD | FALSE |
| 10901640979 | 11/9/2022, 8:38:41 PM | ETHBULL/USD | sell | Limit | 0.5 | 2.443 | 1.2215 | 0.000727 | USD | FALSE |
| 10901640977 | 11/9/2022, 8:38:41 PM | ETHBULL/USD | sell | Limit | 300 | 2.446 | 733.8 | 0.436611 | USD | FALSE |
| 10901640975 | 11/9/2022, 8:38:41 PM | ETHBULL/USD | sell | Limit | 71.9 | 2.4485 | 176.0472 | 0.104748 | USD | FALSE |
| 10901640973 | 11/9/2022, 8:38:41 PM | ETHBULL/USD | sell | Limit | 0.5 | 2.455 | 1.2275 | 0.00073 | USD | FALSE |
| 10901640971 | 11/9/2022, 8:38:41 PM | ETHBULL/USD | sell | Limit | 0.5 | 2.466 | 1.233 | 0.000734 | USD | FALSE |
| 10901640969 | 11/9/2022, 8:38:41 PM | ETHBULL/USD | sell | Limit | 0.4 | 2.477 | 0.9908 | 0.00059 | USD | FALSE |
| 10901640967 | 11/9/2022, 8:38:41 PM | ETHBULL/USD | sell | Limit | 0.5 | 2.477 | 1.2385 | 0.000737 | USD | FALSE |
| 10854125920 | 11/8/2022, 1:48:18 PM | ETHBULL/USD | buy | Limit | 1256 | 3.721 | 4673.576 | 0.21352 | ETHBULL | FALSE |
| 10854125898 | 11/8/2022, 1:48:18 PM | ETHBULL/USD | buy | Limit | 3.8 | 3.721 | 14.1398 | 0.000646 | ETHBULL | FALSE |
| 10854115892 | 11/8/2022, 1:47:56 PM | HTBEAR/USD | sell | Limit | 17850000 | 0.000213 | 3807.405 | 0.647259 | USD | FALSE |
| 10854115855 | 11/8/2022, 1:47:56 PM | HTBEAR/USD | sell | Limit | 4135000 | 0.000213 | 881.9955 | 0.524787 | USD | FALSE |
| 10854079080 | 11/8/2022, 1:46:50 PM | DOGEBULL/USD | buy | Limit | 29220 | 0.03002 | 877.1844 | 4.9674 | DOGEBULL | FALSE |
| 10854066246 | 11/8/2022, 1:46:27 PM | DOGEBULL/USD | buy | Limit | 19680 | 0.03002 | 590.7936 | 3.3456 | DOGEBULL | FALSE |
| 10854062382 | 11/8/2022, 1:46:21 PM | DOGEBULL/USD | buy | Limit | 17880 | 0.03002 | 536.7576 | 3.0396 | DOGEBULL | FALSE |
| 10854060440 | 11/8/2022, 1:46:17 PM | DOGEBULL/USD | buy | Limit | 20420 | 0.03002 | 613.0084 | 3.4714 | DOGEBULL | FALSE |
| 10854059516 | 11/8/2022, 1:46:16 PM | DOGEBULL/USD | buy | Limit | 17150 | 0.03002 | 514.843 | 2.9155 | DOGEBULL | FALSE |
| 10854059494 | 11/8/2022, 1:46:16 PM | DOGEBULL/USD | buy | Limit | 9270 | 0.03002 | 278.2854 | 1.5759 | DOGEBULL | FALSE |
| 10854059418 | 11/8/2022, 1:46:16 PM | DOGEBULL/USD | buy | Limit | 20010 | 0.03002 | 600.7002 | 3.4017 | DOGEBULL | FALSE |
| 10853953052 | 11/8/2022, 1:43:31 PM | BULL/USD | buy | Limit | 11.123 | 69.25 | 770.2678 | 0.001891 | BULL | FALSE |
| 10853951720 | 11/8/2022, 1:43:28 PM | BULL/USD | buy | Limit | 20.277 | 69.25 | 1404.182 | 0.003447 | BULL | FALSE |
| 10853904090 | 11/8/2022, 1:42:21 PM | SOL/USD | sell | Limit | 58.25 | 23.3125 | 1357.953 | 0.807982 | USD | FALSE |
| 10853904088 | 11/8/2022, 1:42:21 PM | SOL/USD | sell | Limit | 8.81 | 23.315 | 205.4052 | 0.122216 | USD | FALSE |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10853904086 | 11/8/2022, 1:42:21 PM | SOL/USD | sell | Limit | 0.1 | 23.315 | 2.3315 | 0.001387 | USD | | FALSE |
| 10853904084 | 11/8/2022, 1:42:21 PM | SOL/USD | sell | Limit | 76.6 | 23.3175 | 1786.12 | 1.062742 | USD | | FALSE |
| 10853904082 | 11/8/2022, 1:42:21 PM | SOL/USD | sell | Limit | 102.74 | 23.32 | 2395.897 | 1.425559 | USD | | FALSE |
| 10853904080 | 11/8/2022, 1:42:21 PM | SOL/USD | sell | Limit | 10 | 23.3225 | 233.225 | 0.138769 | USD | | FALSE |
| 10853904078 | 11/8/2022, 1:42:21 PM | SOL/USD | sell | Limit | 9 | 23.3275 | 209.9475 | 0.124919 | USD | | FALSE |
| 10829154513 | 11/8/2022, 6:29:01 AM | BULL/USD | buy | Limit | 45.536 | 86 | 3916.096 | 0.007741 | BULL | | FALSE |
| 10829065988 | 11/8/2022, 6:25:50 AM | BULL/USD | buy | Limit | 22.364 | 86 | 1923.304 | 0.003802 | BULL | | FALSE |
| 10720156276 | 11/3/2022, 9:28:37 PM | MATICBULL/USD | sell | Limit | 7669900 | 0.000762 | 5840.629 | 0.992907 | USD | | FALSE |
| 10483474913 | 10/21/2022, 12:53:47 PM | XRPBULL/USD | buy | Limit | 48660000 | 2.93E-05 | 1427.198 | 8272.2 | XRPBULL | | FALSE |
| 10483474911 | 10/21/2022, 12:53:47 PM | XRPBULL/USD | buy | Limit | 4360000 | 2.93E-05 | 127.8788 | 741.2 | XRPBULL | | FALSE |
| 10483474095 | 10/21/2022, 12:53:39 PM | XRPBULL/USD | buy | Limit | 25160000 | 2.93E-05 | 737.9428 | 4277.2 | XRPBULL | | FALSE |
| 10483474093 | 10/21/2022, 12:53:39 PM | XRPBULL/USD | buy | Limit | 3080000 | 2.93E-05 | 90.3364 | 523.6 | XRPBULL | | FALSE |
| 10483474084 | 10/21/2022, 12:53:39 PM | XRPBULL/USD | buy | Limit | 24750000 | 2.93E-05 | 725.67 | 0.431774 | USD | | FALSE |
| 10483466813 | 10/21/2022, 12:52:41 PM | SOL/USD | sell | Limit | 15.76 | 28.22 | 444.7472 | 0.075607 | USD | | FALSE |
| 10483466639 | 10/21/2022, 12:52:40 PM | SOL/USD | sell | Limit | 62.23 | 28.22 | 1756.131 | 0.298542 | USD | | FALSE |
| 10483462613 | 10/21/2022, 12:52:13 PM | SOL/USD | sell | Limit | 8.85 | 28.22 | 249.747 | 0.148599 | USD | | FALSE |
| 10483462611 | 10/21/2022, 12:52:13 PM | SOL/USD | sell | Limit | 3.38 | 28.22 | 95.3836 | 0.056753 | USD | | FALSE |
| 10483462609 | 10/21/2022, 12:52:13 PM | SOL/USD | sell | Limit | 0.02 | 28.22 | 0.5644 | 0.000336 | USD | | FALSE |
| 10483462607 | 10/21/2022, 12:52:13 PM | SOL/USD | sell | Limit | 20 | 28.22 | 564.4 | 0.335818 | USD | | FALSE |
| 10378492453 | 10/13/2022, 7:48:34 AM | XRPBULL/USD | buy | Limit | 453000 | 3.29E-05 | 14.9037 | 77.01 | XRPBULL | | FALSE |
| 10378492277 | 10/13/2022, 7:48:33 AM | XRPBULL/USD | buy | Limit | 2043000 | 3.29E-05 | 67.2147 | 347.31 | XRPBULL | | FALSE |
| 10378492111 | 10/13/2022, 7:48:32 AM | XRPBULL/USD | buy | Limit | 2059000 | 3.29E-05 | 67.7411 | 350.03 | XRPBULL | | FALSE |
| 10378485461 | 10/13/2022, 7:48:09 AM | XRPBULL/USD | buy | Limit | 1880000 | 3.29E-05 | 61.852 | 319.6 | XRPBULL | | FALSE |
| 10378485081 | 10/13/2022, 7:48:08 AM | XRPBULL/USD | buy | Limit | 2183000 | 3.29E-05 | 71.8207 | 371.11 | XRPBULL | | FALSE |
| 10378484809 | 10/13/2022, 7:48:06 AM | XRPBULL/USD | buy | Limit | 2289000 | 3.29E-05 | 75.3081 | 389.13 | XRPBULL | | FALSE |
| 10378484687 | 10/13/2022, 7:48:06 AM | XRPBULL/USD | buy | Limit | 2260000 | 3.29E-05 | 74.354 | 384.2 | XRPBULL | | FALSE |
| 10378484575 | 10/13/2022, 7:48:05 AM | XRPBULL/USD | buy | Limit | 2374000 | 3.29E-05 | 78.1046 | 403.58 | XRPBULL | | FALSE |
| 10378484499 | 10/13/2022, 7:48:05 AM | XRPBULL/USD | buy | Limit | 2467000 | 3.29E-05 | 81.1643 | 419.39 | XRPBULL | | FALSE |
| 10378484409 | 10/13/2022, 7:48:04 AM | XRPBULL/USD | buy | Limit | 2352000 | 3.29E-05 | 77.3808 | 399.84 | XRPBULL | | FALSE |
| 10378484279 | 10/13/2022, 7:48:04 AM | XRPBULL/USD | buy | Limit | 2071000 | 3.29E-05 | 68.1359 | 352.07 | XRPBULL | | FALSE |
| 10378484117 | 10/13/2022, 7:48:03 AM | XRPBULL/USD | buy | Limit | 2115000 | 3.29E-05 | 69.5835 | 359.55 | XRPBULL | | FALSE |
| 10378480950 | 10/13/2022, 7:47:50 AM | XRPBULL/USD | buy | Limit | 2023000 | 3.29E-05 | 66.5567 | 343.91 | XRPBULL | | FALSE |
| 10378453871 | 10/13/2022, 7:46:19 AM | XRPBULL/USD | buy | Limit | 8522000 | 0.000033 | 281.226 | 1448.74 | XRPBULL | | FALSE |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10378453795 | 10/13/2022, 7:46:19 AM | XRPBULL/USD | buy | Limit | 13262000 | 0.000033 | 437.646 | 2254.54 | XRPBULL | | FALSE |
| 10378453639 | 10/13/2022, 7:46:18 AM | XRPBULL/USD | buy | Limit | 11443000 | 0.000033 | 377.619 | 1945.31 | XRPBULL | | FALSE |
| 10378453531 | 10/13/2022, 7:46:17 AM | XRPBULL/USD | buy | Limit | 11356000 | 0.000033 | 374.748 | 1930.52 | XRPBULL | | FALSE |
| 10378453447 | 10/13/2022, 7:46:17 AM | XRPBULL/USD | buy | Limit | 447000 | 0.000033 | 14.751 | 75.99 | XRPBULL | | FALSE |
| 10378453445 | 10/13/2022, 7:46:17 AM | XRPBULL/USD | buy | Limit | 14531000 | 0.000033 | 479.523 | 2470.27 | XRPBULL | | FALSE |
| 10378453420 | 10/13/2022, 7:46:17 AM | XRPBULL/USD | buy | Limit | 24750000 | 3.29E-05 | 815.0175 | 0.484935 | USD | | FALSE |
| 10370752951 | 10/13/2022, 1:54:40 AM | HTBEAR/USD | buy | Limit | 690000 | 0.00027 | 186.507 | 117.3 | HTBEAR | | FALSE |
| 10370752899 | 10/13/2022, 1:54:39 AM | HTBEAR/USD | buy | Limit | 842000 | 0.00027 | 227.5926 | 143.14 | HTBEAR | | FALSE |
| 10369670455 | 10/13/2022, 12:32:10 AM | HTBEAR/USD | buy | Limit | 2211000 | 0.00027 | 597.6333 | 375.87 | HTBEAR | | FALSE |
| 10369670111 | 10/13/2022, 12:32:05 AM | HTBEAR/USD | buy | Limit | 1964000 | 0.00027 | 530.8692 | 333.88 | HTBEAR | | FALSE |
| 10369670099 | 10/13/2022, 12:32:05 AM | HTBEAR/USD | buy | Limit | 1942000 | 0.00027 | 524.9226 | 330.14 | HTBEAR | | FALSE |
| 10369669635 | 10/13/2022, 12:31:59 AM | HTBEAR/USD | buy | Limit | 2264000 | 0.00027 | 611.9592 | 384.88 | HTBEAR | | FALSE |
| 10369669625 | 10/13/2022, 12:31:58 AM | HTBEAR/USD | buy | Limit | 1908000 | 0.00027 | 515.7324 | 324.36 | HTBEAR | | FALSE |
| 10369669617 | 10/13/2022, 12:31:58 AM | HTBEAR/USD | buy | Limit | 1716000 | 0.00027 | 463.8348 | 291.72 | HTBEAR | | FALSE |
| 10369639034 | 10/13/2022, 12:29:30 AM | HTBEAR/USD | buy | Limit | 1651000 | 0.000318 | 525.018 | 0.312386 | USD | | FALSE |
| 10369627472 | 10/13/2022, 12:28:27 AM | HTBEAR/USD | buy | Limit | 1651000 | 0.000314 | 518.9093 | 0.308751 | USD | | FALSE |
| 10369614577 | 10/13/2022, 12:27:06 AM | HTBEAR/USD | buy | Limit | 1801000 | 0.000314 | 565.8742 | 0.336695 | USD | | FALSE |
| 10369605410 | 10/13/2022, 12:26:28 AM | HTBEAR/USD | buy | Limit | 1738000 | 0.000314 | 546.0796 | 0.324917 | USD | | FALSE |
| 10369578253 | 10/13/2022, 12:24:39 AM | HTBEAR/USD | buy | Limit | 1610000 | 0.000308 | 495.397 | 0.294761 | USD | | FALSE |
| 10369350826 | 10/13/2022, 12:07:41 AM | ETHBULL/USD | sell | Limit | 457.59 | 3.98 | 1821.208 | 0.309605 | USD | | FALSE |
| 10369350824 | 10/13/2022, 12:07:41 AM | ETHBULL/USD | sell | Limit | 154.02 | 3.98 | 612.9996 | 0.10421 | USD | | FALSE |
| 10369350822 | 10/13/2022, 12:07:41 AM | ETHBULL/USD | sell | Limit | 1256.6 | 3.98 | 5001.268 | 0.850216 | USD | | FALSE |
| 10369350782 | 10/13/2022, 12:07:41 AM | ETHBULL/USD | sell | Limit | 101.45 | 3.98 | 403.771 | 0.068641 | USD | | FALSE |
| 10369346264 | 10/13/2022, 12:07:15 AM | ETHBULL/USD | sell | Limit | 0.01 | 3.98 | 0.0398 | 6.77E-06 | USD | | FALSE |
| 10369316428 | 10/13/2022, 12:05:47 AM | ETHBULL/USD | sell | Limit | 534.7 | 3.98 | 2128.106 | 0.361778 | USD | | FALSE |
| 10354991047 | 10/11/2022, 6:05:37 PM | XRPBULL/USD | buy | Limit | 27149000 | 3.69E-05 | 1000.984 | 4615.33 | XRPBULL | | FALSE |
| 10354991001 | 10/11/2022, 6:05:37 PM | XRPBULL/USD | buy | Limit | 2283000 | 3.69E-05 | 84.17421 | 388.11 | XRPBULL | | FALSE |
| 10354990835 | 10/11/2022, 6:05:36 PM | XRPBULL/USD | buy | Limit | 2203000 | 3.69E-05 | 81.22461 | 374.51 | XRPBULL | | FALSE |
| 10354990773 | 10/11/2022, 6:05:36 PM | XRPBULL/USD | buy | Limit | 1940000 | 3.69E-05 | 71.5278 | 329.8 | XRPBULL | | FALSE |
| 10354990741 | 10/11/2022, 6:05:35 PM | XRPBULL/USD | buy | Limit | 40650000 | 3.69E-05 | 1498.766 | 6910.5 | XRPBULL | | FALSE |
| 10354990721 | 10/11/2022, 6:05:35 PM | XRPBULL/USD | buy | Limit | 2015000 | 3.69E-05 | 74.29305 | 342.55 | XRPBULL | | FALSE |
| 10354990649 | 10/11/2022, 6:05:34 PM | XRPBULL/USD | buy | Limit | 1806000 | 3.69E-05 | 66.58722 | 307.02 | XRPBULL | | FALSE |
| 10354990587 | 10/11/2022, 6:05:34 PM | XRPBULL/USD | buy | Limit | 2164000 | 3.69E-05 | 79.78668 | 367.88 | XRPBULL | | FALSE |

| 10354990323 | 10/11/2022, 6:05:31 PM | XRPBULL/USD | buy | Limit | 1947000 | 3.69E-05 | 71.78589 | 330.99 | XRPBULL | FALSE |
| 10354989965 | 10/11/2022, 6:05:31 PM | XRPBULL/USD | buy | Limit | 1991000 | 3.69E-05 | 73.40817 | 338.47 | XRPBULL | FALSE |
| 10354983076 | 10/11/2022, 6:04:42 PM | SOL/USD | sell | Limit | 51.64 | 31.0125 | 1601.486 | 0.952884 | USD | FALSE |



# PRIORITY®
## MAIL

use.

e (restrictions apply).*

 and many international destinations.

tion form is required.

ng claims exclusions see the

vailability and limitations of coverage.

E

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PAPER
POUCH

er 2023
9 1/2

**FROM:**

VISHAL BATHLA
3665 BENTON STREET,
APT - 77,
Santa Clara, CA - 94086
Ph. No: 505-500-0462

**TO:**

UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT
OF DELAWARE,
824 MARKET,
ST. 3rd FLOOR, WILMINGTo
-N
DE 19801.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.