1

**Full Name:** Manik Jain
**Address:** 161 W. Kinzie St. Apt 2201, Chicago, Illinois, USA 60654
**Telephone:** +1 (203) 278-3038
**Email:** manikjain314@gmail.com

2024 NOV -5  AM 11: 48

*United States Bankruptcy Court for the District of Delaware*
*In re: FTX Trading Ltd., et al., Debtors*
*Chapter 11*
*Case No. 22-11068 (JTD)*
*Response to Debtors' One Hundred Nineteenth (Non-Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Customer Claims)*

**Claimant:**
**Name:** Manik Jain
**Claim Number:** 91340
**FTX Account ID:** ▮▮▮▮▮▮

**I. Introduction**

I, Manik Jain, am submitting this Response to the Debtors' objection to my proof of claim (Claim No. 91340). I respectfully oppose the Debtors' request to disallow and expunge my claim and request that the Court allow my claim in the amount of **$12,176.9264 USD.**

**II. Basis for My Claim**

1. **Account Activity Overview from Account Creation Date to (and including) Nov 11, 2022**
    - **Deposits:** Detailed records of these deposits are attached as **Exhibit A (main_deposits.csv downloaded from the FTX Customer Claims Portal).** I deposited a total of **17.03988163 Ethereum (ETH)** into my FTX trading account (Account ID ▮▮▮▮▮▮). The above figure is obtained by summing the entries in the **Amount** column of **Exhibit A.**
    - **Trades:** Detailed records of all trade are attached as **Exhibit B (main_trades.csv downloaded from the FTX Customer Claims Portal).** I executed a series of sell orders totaling 17.039 ETH in the ETH/USD trading pair (sum of entries in Column **Size**). The total proceeds from these sales amounted to $22,215.1422 USD (sum of entries in Column **Total**), minus fees of $35.9039864 USD (sum of entries in Column **Fee**), resulting in net sales proceeds of **$22,179.23821 USD.**
    - **Withdrawals:** Withdrawal records are attached as **Exhibit C (main_withdrawals.csv downloaded from the FTX Customer Claims Portal)** I performed 5 successful withdrawals amounting to a total of 9999.811814 USDP

(sum of entries with status **Complete** in Column **Amount**) from my FTX account, incurring fees of 2.5 USDP (sum of entries in Column **fee**). The total amount withdrawn was **$10,002.31181 USD** (given the 1:1 conversion rate of USD to USDP).
- **Outstanding Balance Calculation**
    i. **Net Proceeds from Trades:** $22,179.23821 USD
    ii. **Total Withdrawals:** $10,002.31181 USD
    iii. **Outstanding Balance Owed:** $22,179.23821 USD (from sale of 17.039 ETH) **minus** $10,002.31181 USD (withdrawal) = **$12,176.9264 USD (net remaining in FTX Account)**

2. **Supporting Documentation**
    - **Exhibit A:** Deposit Records from FTX Customer Claims Portal
    - **Exhibit B:** Trade History from FTX Customer Claims Portal
    - **Exhibit C:** Withdrawal Records from FTX Customer Claims Portal

These documents provide detailed evidence of all transactions related to my FTX account and substantiate the outstanding balance owed to me by the Debtors.

---

## III. Response to the Debtors' Objection

1. **Validity of My Claim**
   The Debtors have objected to my claim on the basis of "No Liability," asserting that they have no record or basis for the claim. However, the attached documentation demonstrates that:
    - I had an active trading account with FTX.
    - I deposited significant assets into the account (**17.03988163 Ethereum (ETH)**).
    - I conducted trades resulting in net proceeds (sale of ETH holding and partial withdrawal)
    - There remains an outstanding balance owed to me that has not been withdrawn.

2. **Prima Facie Validity**
   According to the Bankruptcy Code and relevant rules, a properly filed proof of claim with adequate supporting documentation constitutes prima facie evidence of the validity and amount of the claim. My claim includes detailed transaction records supporting the amount asserted.

3. **Request for Relief**
   I respectfully request that the Court:
    - Overrule the Debtors' objection to my claim.
    - Allow my claim in the amount of $12,176.9264 USD.
    - Grant any other relief the Court deems just and proper.

## IV. Conclusion

For the reasons stated above, my claim is valid and supported by comprehensive documentation. I urge the Court to consider the evidence provided and allow my claim in full.

Dated: 11/2/24

**Respectfully submitted,**

Signature: Manik Jain

### Certificate of Service

I hereby certify that on 11/2/24, I served a copy of this Response upon the following parties via USPS first-class mail and electronic mail:

1. **Office of the Clerk of the United States Bankruptcy Court for the District of Delaware**
   - 824 Market Street, 3rd Floor, Wilmington, Delaware 19801
     i. Sent via USPS first-class mail
2. **Sullivan & Cromwell LLP**
   - Attn: Christian P. Jensen (jensenc@sullcrom.com)
     i. Sent via electronic mail
   - Attn: David M. Rosenthal (rosenthald@sullcrom.com)
     i. Sent via electronic mail
   - 125 Broad Street, New York, New York 10004
     i. Sent via USPS first-class mail
3. **Landis Rath & Cobb LLP**
   - Attn: Adam G. Landis (landis@lrclaw.com)
     i. Sent via electronic mail
   - Attn: Kimberly A. Brown (brown@lrclaw.com)
     i. Sent via electronic mail
   - 919 Market Street, Suite 1800, Wilmington, Delaware 19801
     i. Sent via USPS first-class mail

Signature: Manik Jain

### Attachments:

- **Exhibit A:** Deposit Records obtained from FTX Customer Claims Portal
- **Exhibit B:** Trade History obtained from FTX Customer Claims Portal
- **Exhibit C:** Withdrawal Records obtained from FTX Customer Claims Portal

## V. Correction of Original Proof of Claim

I acknowledge that my original Proof of Claim (Claim No. 91340) filed on **February 5, 2024** contained incorrect balance information. The error was unintentional and resulted from a miscalculation due to incomplete records at the time of filing.

In this Response, I have provided the corrected balances and detailed supporting documentation to accurately reflect the outstanding amount owed to me by the Debtors. I respectfully request that the Court accept this Response as an amendment to my original Proof of Claim to correct the inaccuracies.

| | Time | Coin | Amount | Status | Additional info | Transaction ID |
|---|---|---|---|---|---|---|
| 1327809 | 2022-11-11T21:37:16.130073+00:00 | ETH | 7 | confirmed | | 0xd8244f1952fb939d2c294664d6008a53b3542775f3d6602e2b708903d17a1db7 |
| 1327792 | 2022-11-11T21:33:46.131047+00:00 | ETH | 5 | confirmed | | 0x388443ba08f93d46c5fe4d371ba143d04de744a8e84fd3e9a3aaa00e79aca1dc |
| 1327764 | 2022-11-11T21:29:45.132409+00:00 | ETH | 3.5 | confirmed | | 0x98b8baec3b5d10ae794979bd2dda4b9cf979530104144df3d184ff34620fa4ec |
| 1327720 | 2022-11-11T21:20:45.133186+00:00 | ETH | 1.5 | confirmed | | 0xefeb90ba8c57365fa23ed1fa0c5e77327dd2e5e49ebe564ad68783892ea493ac |
| 1327679 | 2022-11-11T21:15:16.129648+00:00 | ETH | 0.03988163 | confirmed | | 0x84626b0b567170e1f78683c5f15084598ef4486ec5c5f147410f27ef16b5b990 |

| ID | Time | Market | Side | Order Type | Size | Price | Total | Fee | Fee Currency | TWAP |
|---|---|---|---|---|---|---|---|---|---|---|
| 118435887 | 11/11/2022, 4:43 | ETH/USD | sell | Limit | 7 | 1333 | 9331 | 18.662 | USD | FALSE |
| 118433154 | 11/11/2022, 4:34 | ETH/USD | sell | Limit | 5 | 1488 | 7440 | 7.44 | USD | FALSE |
| 118432536 | 11/11/2022, 4:30 | ETH/USD | sell | Limit | 2.215 | 1487 | 3293.705 | 3.293705 | USD | FALSE |
| 118432515 | 11/11/2022, 4:30 | ETH/USD | sell | Limit | 0.008 | 1490 | 11.92 | 0.02384 | USD | FALSE |
| 118432513 | 11/11/2022, 4:30 | ETH/USD | sell | Limit | 0.02 | 1490 | 29.8 | 0.0596 | USD | FALSE |
| 118432511 | 11/11/2022, 4:30 | ETH/USD | sell | Limit | 1.257 | 1490 | 1872.93 | 3.74586 | USD | FALSE |
| 118431790 | 11/11/2022, 4:25 | ETH/USD | sell | Limit | 0.693 | 1399 | 969.507 | 0.969507 | USD | FALSE |
| 118431788 | 11/11/2022, 4:25 | ETH/USD | sell | Limit | 0.016 | 1399 | 22.384 | 0.022384 | USD | FALSE |
| 118431786 | 11/11/2022, 4:25 | ETH/USD | sell | Limit | 0.008 | 1399 | 11.192 | 0.011192 | USD | FALSE |
| 118431784 | 11/11/2022, 4:25 | ETH/USD | sell | Limit | 0.011 | 1399 | 15.389 | 0.015389 | USD | FALSE |
| 118431780 | 11/11/2022, 4:25 | ETH/USD | sell | Limit | 0.06 | 1399 | 83.94 | 0.08394 | USD | FALSE |
| 118431772 | 11/11/2022, 4:25 | ETH/USD | sell | Limit | 0.355 | 1399 | 496.645 | 0.496645 | USD | FALSE |
| 118431755 | 11/11/2022, 4:25 | ETH/USD | sell | Limit | 0.008 | 1399.7 | 11.1976 | 0.0223952 | USD | FALSE |
| 118431753 | 11/11/2022, 4:25 | ETH/USD | sell | Limit | 0.01 | 1399.8 | 13.998 | 0.027996 | USD | FALSE |
| 118431751 | 11/11/2022, 4:25 | ETH/USD | sell | Limit | 0.01 | 1399.8 | 13.998 | 0.027996 | USD | FALSE |
| 118431749 | 11/11/2022, 4:25 | ETH/USD | sell | Limit | 0.01 | 1399.8 | 13.998 | 0.027996 | USD | FALSE |
| 118431498 | 11/11/2022, 4:24 | ETH/USD | sell | Limit | 0.027 | 1419.6 | 38.3292 | 0.0383292 | USD | FALSE |
| 118431477 | 11/11/2022, 4:24 | ETH/USD | sell | Limit | 0.222 | 1419.7 | 315.1734 | 0.6303468 | USD | FALSE |
| 118431475 | 11/11/2022, 4:24 | ETH/USD | sell | Limit | 0.008 | 1423.2 | 11.3856 | 0.0227712 | USD | FALSE |
| 118431473 | 11/11/2022, 4:24 | ETH/USD | sell | Limit | 0.007 | 1424.5 | 9.9715 | 0.019943 | USD | FALSE |
| 118431471 | 11/11/2022, 4:24 | ETH/USD | sell | Limit | 0.007 | 1424.5 | 9.9715 | 0.019943 | USD | FALSE |
| 118431469 | 11/11/2022, 4:24 | ETH/USD | sell | Limit | 0.004 | 1424.5 | 5.698 | 0.011396 | USD | FALSE |
| 118431397 | 11/11/2022, 4:23 | ETH/USD | sell | Limit | 0.007 | 1436.5 | 10.0555 | 0.020111 | USD | FALSE |
| 118431395 | 11/11/2022, 4:23 | ETH/USD | sell | Limit | 0.03 | 1444.8 | 43.344 | 0.086688 | USD | FALSE |
| 118431294 | 11/11/2022, 4:23 | ETH/USD | sell | Limit | 0.007 | 1450 | 10.15 | 0.01015 | USD | FALSE |
| 118428213 | 11/11/2022, 4:15 | ETH/USD | sell | Market | 0.011 | 1447.2 | 15.9192 | 0.0318384 | USD | FALSE |
| 118428211 | 11/11/2022, 4:15 | ETH/USD | sell | Market | 0.007 | 1448.5 | 10.1395 | 0.020279 | USD | FALSE |
| 118428209 | 11/11/2022, 4:15 | ETH/USD | sell | Market | 0.014 | 1469.4 | 20.5716 | 0.0411432 | USD | FALSE |
| 118428207 | 11/11/2022, 4:15 | ETH/USD | sell | Market | 0.007 | 1471.6 | 10.3012 | 0.0206024 | USD | FALSE |

| | Time | Coin | Amount | Destination | Status | Transaction ID | fee |
|---|---|---|---|---|---|---|---|
| 1509510 | 2022-11-11T21:50:33.809931+00:00 | USDP | 38 | 0x9408c666a65F2867A3ef3060766077462f84C717 | complete | 0x605fc897ee9fcc9706dbb490bcf2a380952e71c4f09e62ed781971a8434da890 | |
| 1509259 | 2022-11-11T21:41:03.354221+00:00 | USDP | 2600 | 0x9408c666a65F2867A3ef3060766077462f84C717 | complete | 0xaa518f383b92368966bf14640c2e33f8ac7c0489550fd73466d1498256950846 | 0.5 |
| 1508972 | 2022-11-11T21:30:54.696412+00:00 | USDP | 5201.231995 | 0x9408c666a65F2867A3ef3060766077462f84C717 | complete | 0xd754d2c4671d3458d72a52d8ed47ee2b3f72c6d74daebcb04d00881d059ef07c | 0.5 |
| 1508839 | 2022-11-11T21:26:40.858354+00:00 | USDP | 2103.762182 | 0x9408c666a65F2867A3ef3060766077462f84C717 | complete | 0x3c05248fe84ef78d2a9b6d569a761afdae7645dad792be77699eaa3168d192da | 0.5 |
| 1508639 | 2022-11-11T21:19:39.172376+00:00 | USDP | 56.817637 | 0x9408c666a65F2867A3ef3060766077462f84C717 | complete | 0x19f0c8088e45ba7da4cef84c7e5cebf14af882088e1d5e2e5f3a639efc26fd0a | 0.5 |
| 1508568 | 2022-11-11T21:17:26.121148+00:00 | USDP | 56.817637 | 0x8e870d67f660d95d5be530380d0ec0bd388289e1 | cancelled | | 0.5 |
| | | | | | | | 0.5 |

9589 0710 5270 2246 1775 98

**CERTIFIED MAIL®**

9589 0710 5270 2246 1775 98



Office of
BANKRUPT

824 MAR
3rd FLOO

WILMING