# Exhibit A

**Settlements Consummated Pursuant to the**
**Small Estate Claims Settlement Procedures Order**
**October 2024**

| Settling Party | Settled Value |
|---|---|
| Better Colorado Alliance | $82,000 |
| Center for Applied Rationality; Lightcone Infrastructure, Inc.; Lightcone Rose Garden LLC | $2,920,000 |
| First Look Media | $500,000 |
| Food Solutions Action | $20,000 |
| Good Ancestor Foundation | $25,000 |
| VoteVets Action Fund | $ 1,000,000 |