**AMERICAN EXPRESS**

**Business Platinum Card**
ALAMEDA RESEARCH LLC
SAMUEL BANKMAN FRIED
Closing Date 12/09/22    Next Closing Date 01/10/23
Account Ending ▇4009

p. 1/7

Customer Care:    1-800-492-8468
TTY:    Use Relay 711
Website:    americanexpress.com

| | |
|---|---|
| **New Balance** | **$459,202.08** |
| **Minimum Payment Due** | **$394,266.04** |
| Includes the past due amount of $364,964.86 | |
| **Payment Due Date** | **01/04/23** |

**Membership Rewards® Points**
Available and Pending as of 10/31/22
**10,887,513**
For up to date point balance and full program details, visit **membershiprewards.com**

**Account Summary**

**Pay In Full Portion**
| | |
|---|---|
| Previous Balance | $368,236.86 |
| Payments/Credits | -$6,950.00 |
| New Charges | +$26,739.18 |
| Fees | +$0.00 |
| New Balance    = | $388,026.04 |

**Pay Over Time Portion**
| | |
|---|---|
| Previous Balance | $71,176.04 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance    = | $71,176.04 |
| Minimum Due | $6,240.00 |

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Pay Over Time balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 34 years | $149,081 |

If you would like information about credit counseling services, call 1-888-733-4139.

📄 See page 2 for important information about your account.

ⓘ Your account is cancelled.

📄 Please refer to the **IMPORTANT NOTICES** section on **page 7.**

⚠ Your monthly AutoPay has been cancelled. Please make any payments using the payment coupon provided.

📄 For information on your Pay Over Time feature and limit, see **page 6**

**Account Total**
| | |
|---|---|
| Previous Balance | $439,412.90 |
| Payments/Credits | -$6,950.00 |
| New Charges | +$26,739.18 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance | $459,202.08 |
| Minimum Payment Due | $394,266.04 |

| | |
|---|---|
| Pay Over Time Limit | $70,000.00 |
| Available Pay Over Time Limit | $0.00 |
| Days in Billing Period: 30 | |

---

↓ Please fold on the perforation below, detach and return with your payment ↓

✉ **Payment Coupon**
Do not staple or use paper clips


**Pay by Computer**
americanexpress.com/business


**Pay by Phone**
1-800-472-9297


Account Ending ▇4009
Enter 15 digit account # on all payments.
Make check payable to American Express.

SAMUEL BANKMAN FRIED
ALAMEDA RESEARCH LLC
2000 CENTER ST
STE 400
BERKELEY CA 94704-1996

Payment Due Date
**01/04/23**
New Balance
**$459,202.08**
Minimum Payment Due
**$394,266.04**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 60189
CITY OF INDUSTRY CA 91716-0189

$_____.____
Amount Enclosed

**Business Platinum Card**
ALAMEDA RESEARCH LLC
SAMUEL BANKMAN FRIED
Closing Date 12/09/22

Account Ending 4009

| | | |
|---|---|---|
| **Customer Care & Billing Inquiries** | | 1-800-492-8468 |
| International Collect | | 1-623-492-7719 |
| Express Cash | | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | | 1-800-492-8468 |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-492-8468**

Website: americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 60189
CITY OF INDUSTRY
CA

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| **Payments** | $0.00 | $0.00 | $0.00 |
| **Credits** | | | |
| SAMUEL BANKMAN FRIED 4009 | -$6,950.00 | $0.00 | -$6,950.00 |
| **Total Payments and Credits** | **-$6,950.00** | **$0.00** | **-$6,950.00** |

### Detail

| Credits | | | Amount |
|---|---|---|---|
| 11/22/22 | SAMUEL BANKMAN FRIED | PXY   GRAND VIEW RESEARCH, INC. 927549493<br>SAN FRANCISCO    CA<br>MGMT/CONSULTING/PR | -$6,950.00 |

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| SAMUEL BANKMAN FRIED 4009 | $3,078.72 | $0.00 | $3,078.72 |
| DELANEY ORNELAS 1088 | $21,694.35 | $0.00 | $21,694.35 |
| NATHANIEL PARKE 1096 | $859.40 | $0.00 | $859.40 |
| CAROLINE S ELLISON 1112 | $241.19 | $0.00 | $241.19 |
| HANG ZHANG 1146 | $865.52 | $0.00 | $865.52 |
| **Total New Charges** | **$26,739.18** | **$0.00** | **$26,739.18** |

### Detail

**SAMUEL BANKMAN FRIED**
Card Ending 4009

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| 11/09/22 | ADOBE ACROPRO SUBS Adobe Systems<br>ADOBE.LY/ENUS | SAN JOSE | CA | $14.99 |
| 11/10/22 | AUTH0.COM<br>+18882352699 | BELLEVUE | WA | $14.00 |
| 11/10/22 | INTL*ALIYUN.COM AlipaySingapore<br>86571-95188 | SINGAPORE | SG | $1,002.45 |
| 11/11/22 | BT*STACK OVERFLOW<br>2122328280 | NEW YORK | NY | $45.00 |
| 11/11/22 | INFURA<br>+13478895900 | BROOKLYN | NY | $275.63 |
| 11/11/22 | GEMFURY<br>+14252338463 | SEATTLE | WA | $25.00 |

Continued on reverse

**Detail Continued**

| Date | Description | Location | State | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 11/12/22 | GITHUB +18774484820 | SAN FRANCISCO | CA | | $1,605.00 |
| 11/13/22 | LINKEDIN SUBSCRIPTIONS | SINGAPORE | SG | 629.99 Hong Kong Dollars | $80.42 |
| 11/14/22 | Amazon Prime SHIPPINGCLUB | Amazon.com | WA | | $16.23 |

**DELANEY ORNELAS**
Card Ending 1088   Monthly Spending Limit: $0

| Date | Description | Location | State | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 11/10/22 | ZOOM.US 888-799-9666 +18887999666 | SAN JOSE | CA | | $96.69 |
| 11/10/22 | WISTIA, INC. 8778877815 | CAMBRIDGE | MA | | $99.75 |
| 11/10/22 | NYTimes.COM NY TIMES DIGITAL ONLINE SUBS | (800)698-4637 | NY | | $8.00 |
| 11/10/22 | HOTELSCOM72427756656482 TRAVEL AGENCY | ZH.HOTELS.COM | HK | 5,895.48 Hong Kong Dollars | $751.13 |
| 11/10/22 | ADOBE ACROPRO SUBS Adobe Systems 8004438158 | SAN JOSE | CA | | $1,184.59 |
| 11/10/22 | MESSARI, INC. +16468512504 | NEW YORK | NY | | $29.99 |
| 11/11/22 | AIR EUROPA<br>Air Europa<br>From:            To:<br>MADRID BARAJAS APT   ISTANBUL<br>Ticket Number: not-available<br>Passenger Name: EkaterinaChesalova<br>Document Type: PASSENGER TICKET | LLUCMAJOR<br><br>Carrier:    Class:<br>UX          B<br>Date of Departure: 11/11 | ES | | $3,856.20 |
| 11/11/22 | LUGG +18888888888 | SAN FRANCISCO | CA | | $413.00 |
| 11/11/22 | LUGG +18888888888 | SAN FRANCISCO | CA | | $219.00 |
| 11/13/22 | ATLASSIAN +14157011110 | SAN FRANCISCO | CA | | $29.00 |
| 11/13/22 | PADDLE.NET* TARDISDEV +4408081781535 | LONDON | GB | | $15,000.00 |
| 11/13/22 | PAYPAL *MYUS.COM 9412274444 | 9412274444 | FL | | $7.00 |

**NATHANIEL PARKE**
Card Ending 1096   Monthly Spending Limit: $0

| Date | Description | Location | State | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 09/12/22 | ALBANY LODGING | NASSAU | BH | | $798.00 |
| 11/09/22 | 1PASSWORD +14165461397 | TORONTO | | | $61.40 |

**CAROLINE S ELLISON**
Card Ending 1112   Monthly Spending Limit: $0

| Date | Description | Location | State | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 11/11/22 | THE FLEMING LODGING | WAN CHAI | HK | 1,850.20 Hong Kong Dollars | $235.84 |
| 11/11/22 | THE FLEMING LODGING | WAN CHAI | HK | 42.00 Hong Kong Dollars | $5.35 |

Continued on next page

**AMERICAN EXPRESS**

**Business Platform Card**  p. 5/7
ALAMEDA RESEARCH LLC
SAMUEL BANKMAN FRIED
Closing Date 12/09/22                                              Account Ending 4009

## Detail Continued

**HANG ZHANG**
Card Ending 1146   Monthly Spending Limit: $0

| Date | Description | Location | Country | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 11/10/22 | SOLOMON'S FRESH MARKET-O/F WHOLESALE CLUB | NASSAU | BH | 450.05 Bahaman Dollars | $450.05 |
| 11/11/22 | AMZN MKTP US*HB2H42DA1 BOOK STORES | AMZN.COM/BILL | WA | | $6.47 |
| 11/11/22 | FEDERAL EXPRESS 999-9999 | NASSAU | BH | | $409.00 |

## Fees

| | Amount |
|---|---|
| Total Fees for this Period | $0.00 |

## Interest Charged

| | Amount |
|---|---|
| Total Interest Charged for this Period | $0.00 |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2022 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2022 | $3,695.00 |
| Total Interest in 2022 | $3,785.29 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Pay Over Time option | 21.99% (v) | $0.00 | $0.00 |
| **Total** | | | **$0.00** |

(v) Variable Rate