IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 11 |
| FTX TRADING LTD., *et al.*, | : | |
| | : | Case No. 22-11068 (JTD) |
| Debtors. | : | (Jointly Administered) |
| | : | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on November 6, 2024, American Express National Bank ("AMEX"), filed the **Application for Allowance and Payment of Administrative Claim** (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the entry of an order approving the Application must be (a) in writing and served on or before **December 5, 2024** at 4:00 p.m. (the "Objection Deadline"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, DE 19801; and (c) served as to be received on or before the Objection Deadline by the undersigned attorneys for AMEX.

PLEASE TAKE FURTHER NOTICE THAT only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE APPLICATION WILL BE HELD ON **DECEMBER 12, 2024 at 1:00 pm** BEFORE THE HONORABLE JOHN T. DORSEY, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM 5, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | | |
|---|---|---|
| Dated:  November 6, 2024 | By: | /s/ Chase N. Miller |
| | | Chase N. Miller, Esquire (Bar. No. 5363) |
| | | McCabe, Weisberg & Conway, LLC |
| | | 1415 Foulk Road, Suite 100 |
| | | Foulkstone Plaza |
| | | Wilmington, DE 19803 |
| | | Telephone: (302) 409-3520 |
| | | Fax: (855) 425-1980 |
| | | Email: ChaseMiller@mwc-law.com |