# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 11 |
| FTX TRADING LTD., *et al.*, | : |
| | : Case No. 22-11068 (JTD) |
| Debtors. | : (Jointly Administered) |
| | : |

## ORDER GRANTING APPLICATION OF AMERICAN EXPRESS NATIONAL BANK FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Upon the application and request for the allowance and payment of its administrative expense claim pursuant to 11 U.S.C. § 503(b)(1)(A) by American Express National Bank ("American Express"), it is hereby

ORDERED as follows:

1. The Application is GRANTED

2. American Express is hereby granted an allowed administrative expense claim in the amount of $22,228.14 ("Administrative Claim") which is entitled to priority payment pursuant to 11 U.S.C §503(b)(1)(A).

3. The Administrative Claim shall be paid to American Express in accordance with the Debtors' confirmed Chapter 11 Plan.