# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 24, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit A**:

- Debtors' (I) Reply to the Celsius Litigation Administrator's Response to Debtors' Objection to Proofs of Claim Filed by Celsius Network LLC and its Affiliated Debtors; and (II) Initial Objection to Late-Filed Proofs of Claim Filed by Celsius Network LLC and its Affiliated Debtors [Docket No. 24408]

On October 24, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Mailing List attached hereto as **Exhibit B**:

- Order (A) Authorizing the Debtors' Entry into, and Performance Under, the Settlement Agreement with Kroll Restructuring Administration LLC, (B) Approving the Settlement Agreement, and (C) Granting Related Relief [Docket No. 24885]

On October 24, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Notice Parties Service List attached hereto as **Exhibit C**:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

- Motion of the Debtors for Entry of an Order (A) Authorizing the Debtors to Enter into Stipulation with the State Governmental Claimants, (B) Approving the Stipulation and (C) Granting Related Relief [Docket No. 25287]

On October 28, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Venable LLP, (ADRID: 18181984), Attn: Jeffrey S. Sabin, Xochitl S. Strohbehn, Carol A. Weiner, Arie A. Peled, 151 W 42nd St, Fl 4r, New York, NY, 10036-6635:

- Motion of the FTX Debtors and Emergent Fidelity Technologies Ltd for Entry of an Order (A) Authorizing the Entry into, and Performance Under, the Global Settlement Agreement Among the FTX Debtors, Emergent Fidelity Technologies Ltd, the Joint Liquidators, and Fulcrum Distressed Partners Limited; (B) Approving the Global Settlement Agreement; and (C) Granting Related Relief [Docket No. 24320]

- Declaration of John J. Ray III in Support of the Motion of the FTX Debtors and Emergent Fidelity Technologies Ltd for Entry of an Order (A) Authorizing Entry into, and Performance Under, the Global Settlement Agreement Among the FTX Debtors, Emergent Fidelity Technologies Ltd, the Joint Liquidators, and Fulcrum Distressed Partners Limited; (B) Approving the Global Settlement Agreement; and (C) Granting Related Relief [Docket No. 24321]

- Declaration of Angela Barkhouse in Support of the Motion of the FTX Debtors and Emergent Fidelity Technologies Ltd for Entry of an Order (A) Authorizing Entry into, and Performance Under, the Global Settlement Agreement Among the FTX Debtors, Emergent Fidelity Technologies Ltd, the Joint Liquidators, and Fulcrum Distressed Partners Limited; (B) Approving the Global Settlement Agreement; and (C) Granting Related Relief [Docket No. 24322]

Dated: November 6, 2024

                            */s/ Paul Pullo*
                            Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 6, 2024, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

Exhibit A

Supplemental Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 26379404 | MDL FTX CUSTOMERS | C/O THE MOSKOWITZ LAW FIRM, PLLC | ATTN: ADAM M. MOSKOWITZ, JOSEPH M. KAYE | PO BOX 653409 | MIAMI | FL | 33265-3409 |
| 15544950 | Plan Administrator as manager of Voyager Digital Holdings, Inc., Voyager Digital Ltd., and Voyager Digital, LLC | Mcdermott Will & Emery LLP | Attn: Maris J. Kandestin | 1000 N West Street, Ste 1400 | Wilmington | DE | 19801-1054 |
| 18181984 | VENABLE LLP | ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A. WEINER, ARIE A. PELED | 151 W 42ND ST | FL 4R | NEW YORK | NY | 10036-6635 |

**Exhibit B**

Exhibit B
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 18182523 | MCDERMOTT WILL & EMERY LLP ON BEHALF OF MULTICOIN CAPITAL | ATTN: DANIEL THOMSON | 1000 N WEST ST | STE 1400 | WILMINGTON | DE | 19801-1054 |
| 26803893 | The Moskowitz Law Firm, PLLC | c/o Adam M. Moskowitz, Joseph M. Kaye, Howard M. Bushman, Barbara C. Lewis | PO Box 653409 | | Miami | FL | 33265-3409 |
| 18181984 | VENABLE LLP | ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A. WEINER, ARIE A. PELED | 151 W 42ND ST | FL 4R | NEW YORK | NY | 10036-6635 |

**Exhibit C**

Exhibit C
Supplemental Notice Parties Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 15544950 | Plan Administrator as manager of Voyager Digital Holdings, Inc., Voyager Digital Ltd., and Voyager Digital, LLC | Mcdermott Will & Emery LLP | Attn: Maris J. Kandestin | 1000 N West Street, Ste 1400 | Wilmington | DE | 19801-1054 |
| 26803893 | The Moskowitz Law Firm, PLLC | c/o Adam M. Moskowitz, Joseph M. Kaye, Howard M. Bushman, Barbara C. Lewis | PO Box 653409 | | Miami | FL | 33265-3409 |
| 18181984 | VENABLE LLP | ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A. WEINER, ARIE A. PELED | 151 W 42ND ST | FL 4R | NEW YORK | NY | 10036-6635 |