# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
                                                        :   Chapter 11
In re:                                                  :
                                                        :   Case No. 22-11068 (JTD)
FTX TRADING LTD., et al.,¹                              :
                                                        :   (Jointly Administered)
         Debtors.                                       :
                                                        :   Obj. Deadline: November 13, 2024 at 4:00 p.m. ET
------------------------------------------------------- x   Hearing Date: November 20, 2024 at 2:00 p.m. ET
```

## CERTIFICATE OF SERVICE

I, John W. Weiss hereby certify that on November 7, 2024 I caused a copy of an unredacted version of the *Motion of the Joint Liquidators of Three Arrows Capital, Ltd. (In Liquidation) for Leave to Amend Proof of Claim* [D.I 27755] to be served on all parties listed on **Exhibit A** via first class mail and email in accordance with the *Order Approving Confidentiality Agreement and Stipulated Protective Order* [D.I. 832].

        */s/ John W. Weiss*
        John W. Weiss (DE ID No. 4160)
        **PASHMAN STEIN WALDER HAYDEN, P.C.**
        824 North Market Street, Suite 800
        Wilmington, DE 19801
        Telephone: (302) 592-6496
        Facsimile: (732) 852-2482
        Email:  jweiss@pashmanstein.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of FTX debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of FTX's claims and noticing agent at https://cases.ra.kroll.com/FTX.

US-DOCS\151231067.3

# EXHIBIT A

| | |
|---|---|
| **SULLIVAN & CROMWELL LLP**<br>125 Broad Street, New York, NY 10004<br>Attn: Andrew G. Dietderich<br>　　　Brian D. Glueckstein<br>　　　Alexa J. Kranzley<br>Email: dietdericha@sullcrom.com,<br>　　　gluecksteinb@sullcrom.com<br>　　　kranzleya@sullcrom.com | **LANDIS RATH & COBB LLP**<br>919 Market Street, Suite 1800,<br>Wilmington, Delaware 19801,<br>Attn: Adam G. Landis<br>　　　Kimberly A. Brown<br>　　　Matthew R. Pierce<br>Email: landis@lrclaw.com<br>　　　brown@lrclaw.com<br>　　　pierce@lrclaw.com |
| **THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE**<br>Attn: Linda Richenderfer, Esq.<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>Email: linda.richenderfer@usdoj.gov | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Attn: Sascha N. Rand<br>Attn: Katherine A. Lemire<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>E-mail: sascharand@quinnemanuel.com<br>　　　katherinelemire@quinnemanuel.com |
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Rodney Square,<br>1000 North King Street,<br>Wilmington, Delaware 19801<br>Attn: Matthew B. Lunn<br>　　　Robert F. Poppiti, Jr<br>Email: mlunn@ycst.com<br>　　　rpoppiti@ycst.com | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Attn: K. John Shaffer<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Email: johnshaffer@quinnemanuel.com |
| | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br> Attn: William A. Burck<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>Email: williamburck@quinnemanuel.com |
| **PAUL HASTINGS LLP**<br>Attn: Kristopher M. Hansen<br>Attn: Luc A. Despins<br>Attn: Kenneth Pasquale<br>Attn: Erez E. Gilad<br>Attn: Gabriel E. Sasson<br>Attn: Isaac S. Sasson<br>200 Park Avenue<br>New York, NY 10166<br>Email: krishansen@paulhastings.com<br>　　　lucdespins@paulhastings.com<br>　　　kenpasquale@paulhastings.com | |

erezgilad@paulhastings.com
gabesasson@paulhastings.com
isaacsasson@paulhastings.com