IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., ET AL., | Case No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF
NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

PAXTIBI LLP hereby withdraws the following Notices of Transfer of Claim Other Than for Security, which were filed incorrectly on October 27th 2024

Docket number 27276
Docket number 27277
Docket number 27278
Docket number 27279
Docket number 27280
Docket number 27281
Docket number 27282
Docket number 27283
Docket number 27284
Docket number 27285
Docket number 27286
Docket number 27287
Docket number 27288
Docket number 27289
Docket number 27290
Docket number 27306

In addition, PAXTIBI LLP hereby requests the removal from the docket the documents filed under such Docket Numbers.

Signed by:
*Federico Natali*

Role: Authorised Person for PAXTIBI LLP
Name: Federico Natali

PAXTIBI LLP
221 W 9th St #210
Wilmington, DE 19801