# **EXHIBIT A**



# INVOICE
# BH221205-MAIN

**BH Trading Ltd.**
HyoJung Building Ste 3170
Achasan-ro 7-gil, Songdong-gu
Seoul, KOREA , 04790

Date: Dec 5, 2022

**Balance Due:** $23,000.00

Bill To:

**FTX Trading Ltd.**
Lower Factory Road, PO Box 990
St. John's, Antigua

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **BH Monthly Service Fee (November 2022)** | 1 | $23,000.00 | $23,000.00 |

Total: $23,000.00

Payment Address (USDC)::

USDC Address : 5UVc28aqqQxdo8y3cBfCzFe81gKpx8J8iW9WzSwy4qus



# INVOICE

# BH230105-MAIN

**BH Trading Ltd.**
HyoJung Building Ste 3170
Achasan-ro 7-gil, Songdong-gu
Seoul, KOREA , 04790

Date: Jan 5, 2023

**Balance Due:** $23,000.00

Bill To:

**FTX Trading Ltd.**
Lower Factory Road, PO Box 990
St. John's, Antigua

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **BH Monthly Service Fee (December 2022)** | 1 | $23,000.00 | $23,000.00 |

Total: $23,000.00

Payment Address (USDC)::

USDC Address : 5UVc28aqqQxdo8y3cBfCzFe81gKpx8J8iW9WzSwy4qus



# INVOICE

# BH230116-MAIN

**BH Trading Ltd.**
HyoJung Building Ste 3170
Achasan-ro 7-gil, Songdong-gu
Seoul, KOREA , 04790

Date: Jan 16, 2023

**Balance Due:** $23,000.00

Bill To:

**FTX Trading Ltd.**
Lower Factory Road, PO Box 990
St. John's, Antigua

| Item | Quantity | Rate | Amount |
| --- | --- | --- | --- |
| **BH Monthly Service Fee (January 2023)** | 1 | $23,000.00 | $23,000.00 |

Total: $23,000.00

Payment Address (USDC)::

USDC Address : 5UVc28aqqQxdo8y3cBfCzFe81gKpx8J8iW9WzSwy4qus