## Creditor's Response to Debtor's Notice of Omnibus Objection to Proofs of Claim

*(United States Bankruptcy Court for the District of Delaware)*

November 4, 2024

Brian Trott
31 Admirals Way Chelsea, MA 02150
857-231-2837
Brian-Trott@outlook.com

2024 NOV -6  AM 10: 54

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

United States Bankruptcy Court for the District of Delaware

Attn: Clerk of Court, Una O'Boyle

824 North Market Street

3rd Floor

Wilmington, Delaware 19801

RE: *In re FTX Trading LTD., et al.,[1] Chapter 11,* **Case No. 22-11068 (JTD)** Response to Debtor's Omnibus Objection to Proofs of Claim

Honorable Judge John T. Dorsey:

I, Brian Trott, respectfully submit this response to the Debtor's Notice of Omnibus Objection to Proofs of Claim, filed in the above-referenced case, as it relates to **Proof of Claim No. 66172** which was filed on August 3, 2023 and shown as (Exhibit A).

### Identification of Claim

A Customer Proof of Claim was filed in the amount of $39,683.02 US Dollars, and 0.000921100 Ethereum (ETH) as shown within (Exhibit A). These amounts were retained by FTX Trading Ltd upon their filing of Chapter 11 Bankruptcy on November 11 and November 14, 2022. This claim is valid, enforceable, and supported by adequate documentation, as submitted to FTX Trading Ltd. Claims Processing Center c/o Kroll Restructuring Administration dated August 3, 2023.

### Response to Grounds of Objection

The Debtor's Omnibus Objection to Proof of Claims is quoted as: "The claimants are customers who submitted multiple proofs of claim that are based on the same underlying customer account. Many of the Surviving Claims assert claims on account of the same fiat or cryptocurrency, and, in fact, many of the Surviving Claims assert claims on account of additional cryptocurrency not included in the Superseded Claims. In addition, certain surviving claims appear to have been filed to correct certain overstated fiat or cryptocurrency quantities. Moreover, in some instances the Surviving Claim appears to change or correct the Debtor asserted on the Superseded Claims. Accordingly, the Debtors submit that the Superseded Claims should be disallowed and expunged in their entirety and only the Surviving Claims should remain."

I dispute the validity of this objection for the following reasons:

**Adequate Documentation:** Page 1, the cover letter, of (Exhibit A), explains that I was not in agreement with the balance shown on my account. The letter continued to state that upon review of my claim summited via the Kroll website, which was emailed back to me as (Exhibit B), showed the US Dollar amount cleared on page 7 of 19. Therefore, given the claim could not be completed online I had attached my claim within along with further documentation in support of the Claim.

I would like to highlight that the Electronic Proof of Claim in (Exhibit B) did retain the entered $39,683.02 US Dollar amount on page 5 of 19, but given the deletion of the amount on page 7 of 19, I felt it was necessary to resubmit the claim via Certified Mail. Perhaps this action may be what prompted the Debtor's Notice of Omnibus Objection to Proofs of Claim?

Taking into consideration that my attachments in (Exhibit A) may have not been clear to the Debtor's Counsel, I am writing further to address them and in turn support my Proof of my Claim as valid.

(Exhibit C) is a screenshot of my account balance as of 11/9/2022. A screenshot from the FTX online Customer Claim portal is also provided now. The USD amount reflected at $2.02 is not correct and should read $39,683.02 US Dollars. *Please note, less a $2.00 fee would equal $39,681.00 which is the alleged withdrawal to have been completed on 11/9/20200, 9:58:56 AM by FTX.* Noting that the transaction was not completed, the $2.02 is included in the US Dollar claim of $39,683.02. The 0.000921100 Ethereum (ETH) shown is correct.

(Exhibit D) is a screenshot showing "39,681 (2.00 USD fee)" as completed by FTX as of 11/9/2022. A screenshot from the FTX online Customer Claim portal is also provided now. This Bank Transfer was not completed and confirmed. I would like to respectfully ask that the FTX bank records regarding this transaction be reviewed by the Counsel for the Debtors and Debtors-in-Possession, and possibly Rob Esposito, Senior Director at Alvarez & Marsal North America, LLC who is providing restructuring services in this case. They will find that the transaction was in fact not processed.

(Exhibit E) is an online screenshot of a chat through the FTX website. It highlights my exhaustive attempts to withdraw first crypto and then US Dollars from my account through the dates of 11/8/2022 to 11/11/2022. Noticing (Exhibit E) has small print I am providing the chat written out here:

Brian Trott:
I'm trying to withdraw my BTC, but my account states that I'm over the limit for the day. I have not withdrawn any amounts today. Could you please let me know what the error is?
I can be reached at bretro_@hotmail.com or 857-231-2837
Thank you,
Brian Trott
11/8/2022, 7:47:37 AM

Brian Trott:
Hello, Could you provide the same information in what the limit is in withdrawing cash. I'm also not able to do that. Thanks.
11/8/2022, 8:43:55 AM

<u>Agent response:</u>
Hello,
Thank you for reaching out.
You can find information about account limits here: https://help.ftx.us/hc/en-us/articles/360048666713-Account-Tiers-and-Limits
Can you send us a screenshot of the error/notification you see when you withdraw funds?
Thank you,
FTX Support:
11/8/2022, 10:43:10 AM

<u>Brian Trott:</u>
Hello, The withdraw limit is $25K for ACH. I've set up the ACH instruction and the system still will not allow me to withdraw my cash. Could you please advise. Thanks.
11/8/2022, 11:51:52 AM

<u>Agent response:</u>
Hello, As KYC1, you can only withdraw up to $10,000 per day.
Please move up a KYC tier to withdraw more.
Thanks
FTX
11/8/2022, 4:31:44 PM
<u>Brian Trott:</u>
Hi, I can apricate the KYC levels, but I'm not able to even withdraw $1,000. I suspect there may be a settling issue with my account. If you could review, I would appreciate it. Thanks.
11/8/2022, 5:18:34 PM

<u>Brian Trott:</u>
Hi, Just wanted to provide an update. I provided the extra level of KYC and now receiving this error message: "Your account requires additional compliance checks before you are able to withdraw. Please contact support" I believe there is some level of permission that is not activating on my account. Appreciate your review.
11/8/2022, 5:44:34 PM

<u>FTX Support:</u>
Try again now.
11/9/2022, 9:35:51 AM

<u>Brian Trott:</u>
Hello,
I submitted a fiat money withdrawal on 11/9/2022 at 9:58:56AM, but have not seen the monies deposited into my bank account.
Looking at the transaction, it shows as completed at the time listed above.
Would you be able to review this and update me on this withdrawal.
Thanks,
Brian
11/11/2022, 11:10:23 AM

<u>No further communication was received from FTX Support.</u>

In addition to the exhibits above, I am now including (Exhibit F) my bank statement for the month of November 2022 which clearly shows I did not receive the withdrawal amount "$39,681.00 (2.00 USD fee)" claimed to have been completed.

- **Legal Basis of the Claim:** The Debtor is obligated to pay this debt given the request for withdraw in the amount of USD $39,683.02 was not completed, and no legitimate grounds have been provided to deny this obligation. Further 0.000921100 in Ethereum (ETH) is due.
- **Mistake or Misclassification:** If the Debtor claims the amount or the classification of the claim is incorrect, I believe this is a misunderstanding or mistake. I am willing to provide additional documentation or clarification as necessary to correct any such errors.

## Support for the Claim

I have attached copies of the relevant supporting documents, which clearly show the amount of $39,683.02 US Dollars, and 0.000921100 in Ethereum (ETH) are due. It is clear that as FTX was collapsing, and in the process of filing Chapter 11, the company chose not to process my withdrawal request. This documentation demonstrates that the claim is accurate and should be allowed in full.

Any objection to the withdrawal as being confirmed processed can be overcome by a review of the FTX bank statements on 11/9/2022 and again would like to respectfully request counsel to review.

## Request for Hearing

In light of the foregoing, I respectfully request that this Honorable Court overrule the Debtor's objection and allow Proof of Claim No. 66172 be paid in the full amount of $39,683.02 US Dollars and 0.000921100 in Ethereum (ETH) along with the full interest allowed by the Court.

If the Court deems it necessary, I am available to participate in a hearing to address any remaining issues and provide further evidence supporting my claim.

## Conclusion

For the reasons stated above, I respectfully request that the Court deny the Debtor's omnibus objection to my Proof of Claim and allow the claim as filed. I am prepared to provide any additional information the Court may require to resolve this matter.

Thank you for your attention to this matter.

Respectfully submitted,

Brian Trott
31 Admirals Way Chelsea, MA 02150
857-231-2837
Brian-Trott@outlook.com

**Attachments:**

    1.  Proof of Claim No. 66172

---

**Enclosures:**

Exhibit A: Customer Proof of Claim sent to FTX Trading Ltd. Claims Processing Center c/o Kroll Restructuring Administration dated August 3, 2023.

Exhibit B: Electronic Proof of Claim

Exhibit C: Screenshots of account balance as stated by FTX

Exhibit D: Screenshots of Withdrawals as stated by FTX

Exhibit E: Outline of an online chat between FTX Customer Support and Brian Trott

Exhibit F: November 2022 bank statement

CC, via FEDEX, and emailed to those listed with an email address:

LANDIS RATH & COBB LLP
919 Market Street
Suite 1800
Wilmington, Delaware 19801
Adam G. Landis (No. 3407) landis@lrclaw.com
Kimberly A. Brown (No. 5138) brown@lrclaw.com
Mattew R. Pierce (No. 5946) pierce@lrclaw.com

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Christian P. Jensen jensenc@sullcrom.com
David M. Rosenthal rosenthal@sullcrom.com
Andrew G. Dietdedrich (admitted pro hac vice) dietdericha@sullcrom.com
James L. Bromley (admitted pro hac vice) bromley@sullcrom.com
Brian D. Glueckstein (admitted pro hac vice) gluecksteinb@sullcrom.com
Alexa J. Kranzley (admitted pro hac vice) kranzleya@sullcrom.com

# **Attachment**

Proof of Claim No. 66172

To: Trott, Brain

In re: FTX Trading, Ltd., et. al.
Case No. 22-11068 (JTD)
United States Bankruptcy Court for the District of Delaware

## KROLL RECEIVED YOUR PROOF OF CLAIM

This serves as confirmation that the proof of claim form you submitted in connection with the FTX Trading, Ltd. jointly administered chapter 11 bankruptcy cases has been received by Kroll Restructuring Administration LLC ("**Kroll**") on Wednesday, August 9, 2023.

Your claim has been assigned claim number ___66172___.

Please **do not** discard this letter as you may need to refer to it in the future.

**The processing of your claim by Kroll and your receipt of this letter is not an acknowledgement of the validity, nature or amount of your claim.**

Trott, Brain
31 Admirals Way
Chelsea MA 02150

## **Exhibit A**

Customer Proof of Claim sent FTX Trading Ltd. Claims Processing Center c/o Kroll
Restructuring Administration dated August 3, 2023

August 3, 2023

Brian Trott
31 Admirals Way
Chelsea, MA 02150

FTX Trading Ltd. Claims Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Dear Administrator,

Enclosed please find a Customer Proof of Claim Form and supporting documents.

Please note that I had gone through the KYC process online through the FTX portal as instructed, but I am not in an agreement with the balance shown. Further, I had then submitted a claim via the Kroll website; upon submitting the document via the Kroll website the US Dollar amount cleared which I noticed upon reviewing the claim confirmation sent back to me by Kroll. All this said, given that the process is not able to be completed online, I am attaching my claim documents here.

As you review the documents you will see that I attempted a withdrawal on November 9, 2022 which was never processed; however, FTX indicated the withdrawal as complete.

Respectfully, the amounts due to me are as follows:
   A)  US Dollars: $39,683.02 (this amount is the balance shown on my account and the requested withdrawal never received.
   B)  ETH: .000921100

Should you have any questions, or would like to request a copy of the chat enclosed between an FTX employee and myself, I can be reached at brian-trott@outlook.com, or at 857-231-2837.

Thank you for your time in reviewing my claim.

Sincerely,

Brian Trott

**United States Bankruptcy Court, District of Delaware**
<u>Modified Official Form 410</u>

# Customer Proof of Claim Form

04/22

IF YOU WISH TO FILE THIS PROOF OF CLAIM ELECTRONICALLY, THE ELECTRIC FORM IS AVAILABLE AT
https://restructuring.ra.kroll.com/ftx/EPOC-Index. The link also contains other important information about this proof of claim form, such as the definition of capitalized terms.

Proofs of Claim must be filed in ENGLISH.

Any claim, whether valid or not, will be categorized as "Unverified" as described in the Bar Date Order [D.I. #] if the Creditor does not provide Know Your Customer ("KYC") documentation. To upload KYC information, visit the Debtors' Customer Claims Portal, available at: https://claims.ftx.com.

Read the instructions before filling out this form. This form is for making a customer claim against the Debtors at the FTX Exchanges. <u>Do not</u> use this form to assert any other pre-petition claims. <u>Do not</u> use this form to make a request for payment of an administrative expense.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim. Do not send original documents; they will not be returned and may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Claimants do not need to file separate proofs of claim against each Debtor on account of the same Customer Entitlement Claim.

Please complete Part 2, Box 8 for any claims arising out of or related to any other investment or trading activities on any FTX Exchange.

This claim form should not be used to assert claims against Emergent Fidelity Technologies Ltd.

Fill in all the information about the claim as of November 11, 2022 unless your claim is against West Realm Shires Inc., in which case information about the claim is as of November 14, 2022 (as applicable, the "Petition Date").

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Name of the current creditor (the person or entity to be paid for this claim): *Brian Trott*

Other names the creditor used with the debtor (if any) _____

FTX customer account number: *50115906*

Email Address(es) Used for each FTX Account: _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? (name, account email and account identification number)

_____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name: *Brian Trott*
Number Street: *31   Admirals Way*
City: *Chelsea*   State: *MA*   ZIP Code: *02150*
Country (if outside of the US): _____
Contact phone: *857-231-2837*
Contact email: *brian-trott@outlook.com*

Where should payments to the creditor be sent? (if different)

Name: _____
Number   Street: _____
City   State   ZIP Code: _____
Country (if outside of the US): _____
Contact phone: _____
Contact email: _____

**4. Does this claim amend one already filed?**

☐ No
☑ Yes. *I entered this online, but upon submitting the documents, the dollar amount cleared. See attached written in.* Claim number on court claims registry (if known) _____   Filed on ___/___/_____ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

**Part 2:**  Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held. If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange. Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7). Please see Question 8 for additional instructions for asserting claims related to Other Trading Activity.

| | | |
|---|---|---|
| ☐ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) | ☐ FTX EU Ltd. (f/k/a KDNA Financial Services Ltd. d/b/a "FTX EU") (Case No. 22-11166) | ☐ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102) |
| ☐ Quoine Pte Ltd (d/b/a "Liquid Global") (Case No. 22-11161) | ☐ West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071) | |

6.  Did you participate in the FTX Earn program (available via Blockfolio app) as of the petition date?    ☐ No    ☐ Yes

7.  List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non Fungible Tokens ("NFTs") held in your account (s) along with the unique identification code.

If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, then please populate the Loaned Quantity column.

| Fiat Currency (Currency Code) Exchange Rate | Total Asserted Quantity of Crypto or Fiat (local currency) | Total Asserted Quantity of Crypto or Fiat (converted to USD) | Loaned Quantity of Crypto or Fiat (converted to USD) |
|---|---|---|---|
| *Fiat – exchange rates are LOCAL CURRENCY/USD* | | | |
| US Dollar (USD) USD/USD = 1.00000 | 39,683.02 | Please see message chain from FTX site and email attached showing that the deposit was not received | |
| Argentinian Peso (ARS) ARS/USD = 0.006236 | | | |
| Australian Dollar (AUD) AUD/USD = 0.661900 | | | |
| Brazilian Real (BRL) BRL/USD = 0.187100 | | | |
| British Pound Sterling (GBP) GBP/USD = 1.169200 | | | |
| Canadian Dollar (CAD) CAD/USD = 0.750600 | | | |
| Euro (EUR) EUR/USD = 1.021000 | | | |
| Ghanaian cedi (GHS) GHS/USD = 0.069324 | | | |
| Hong Kong Dollar (HKD) HKD/USD = 0.127500 | | | |
| Japanese Yen (JPY) JPY/USD = 0.007093 | | | |
| Mexican Peso (MXN) MXN/USD = 0.051767 | | | |
| Singapore Dollar (SGD) SGD/USD = 0.723500 | | | |
| Swiss Franc (CHF) CHF/USD = 1.038000 | | | |
| Turkish Lira (TRY) TRY/USD = 0.054091 | | | |
| South African rand (ZAR) ZAR/USD = 0.057580 | | | |
| Vietnamese dong (VND) VND/USD = 0.000040 | | | |
| West African CFA franc (XOF) XOF/USD = 0.001531 | | | |
| Other Fiat: | | | |
| Other Fiat: | | | |

| Crypto (Ticker / Abbreviation) | Asserted Quantity of Crypto | Loaned Quantity of Crypto | Staked Quantity of Crypto |
|---|---|---|---|
| Crypto Please list the number of tokens held | | | |
| 3X Long Bitcoin Token (BULL) | | | |
| 3X Long Cardano Token (ADABULL) | | | |
| 3X Long Dogecoin Token (DOGEBULL) | | | |
| 3X Long Ethereum Token (ETHBULL) | | | |
| 3X Long XRP Token (XRPBULL) | | | |
| Aave (AAVE) | | | |
| Akropolis (AKRO) | | | |
| ApeCoin (APE) | | | |
| ATLAS (ATLAS) | | | |
| Atom (ATOM) | | | |
| Aurory (AURY) | | | |
| Avalanche (AVAX) | | | |
| BaoToken (BAO) | | | |
| Basic Attention Token (BAT) | | | |
| Binance Coin (BNB) | | | |
| Bitcoin (BTC) | | | |
| Bitcoin Cash (BCH) | | | |
| Brazilian Digital Token (BRZ) | | | |
| Celsius Token (CEL) | | | |
| ChainLink Token (LINK) | | | |
| Chiliz (CHZ) | | | |
| Compound USDT (CUSDT) | | | |
| Cope (COPE) | | | |
| Crypto.com Coin (CRO) | | | |
| Decentraland (MANA) | | | |
| Dent (DENT) | | | |
| Dogecoin (DOGE) | | | |
| Ethereum (ETH) | | | |
| EthereumPoW (ETHW) | .000921100 | | |
| Fantom (FTM) | | | |
| FTX Token (FTT) | | | |
| Gala (GALA) | | | |
| Immutable X Token (IMX) | | | |
| Kin (KIN) | | | |
| Litecoin (LTC) | | | |
| Luna 2.0 (LUNA2) | | | |
| Luna Classic (LUNC) | | | |

| Crypto (Ticker / Abbreviation) | Asserted Quantity of Crypto | Loaned Quantity of Crypto | Staked Quantity of Crypto |
|---|---|---|---|
| **Crypto (continued)** _Please list the number of tokens held_ | | | |
| Matic (MATIC) | | | |
| POLIS (POLIS) | | | |
| Polkadot (DOT) | | | |
| Raydium (RAY) | | | |
| Reserve Rights (RSR) | | | |
| Serum (SRM) | | | |
| Shiba Inu (SHIB) | | | |
| Solana (SOL) | | | |
| Spell Token (SPELL) | | | |
| Step Finance (STEP) | | | |
| SushiSwap (SUSHI) | | | |
| Swipe (SXP) | | | |
| Terra Classic USD (Wormhole) (USTC) | | | |
| The Graph (GRT) | | | |
| The Sandbox (SAND) | | | |
| Thorchain (RUNE) | | | |
| TON Coin (TONCOIN) | | | |
| TRON (TRX) | | | |
| Uniswap Protocol Token (UNI) | | | |
| UpBots (UBXT) | | | |
| USD Coin (USDC) | | | |
| USD Tether (USDT) | | | |
| XRP (XRP) | | | |
| **Other Crypto not previously listed (please specify)** | | | |
| Coin Type: | | | |
| Coin Type: | | | |
| Coin Type: | | | |
| Coin Type: | | | |

| **NFTs (non-fungible tokens)** | |
|---|---|
| NFT Description: | NFT Description: |
| NFT Identifier: | NFT Identifier: |
| NFT Description: | NFT Description: |
| NFT Identifier: | NFT Identifier: |
| NFT Description: | NFT Description: |
| NFT Identifier: | NFT Identifier: |
| NFT Description: | NFT Description: |
| NFT Identifier: | NFT Identifier: |
| NFT Description: | NFT Description: |
| NFT Identifier: | NFT Identifier: |

8. **Do you have Customer Claims related to any Other Trading Activity on the FTX Exchanges? Other Trading Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.**

☑ *No*

☐ *Yes. Please describe:* _____

*If yes, how much is the claim?*    $ _____

*Please provide any relevant supporting documentation necessary to support a claim related to any Other Trading Activity.*

**Please identify all relevant Debtor(s) you are asserting this claim against below, you may check more than one Debtor.**

☑ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)

☐ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd.) (Case No. 22-11166)

☐ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102)

☐ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)

☐ West Realm Shires Services (d/b/a "FTX US") Inc. (Case No. 22-11071)

☐ Alameda Aus Pty Ltd (Case No. 22-11104)

☐ Alameda Global Services Ltd. (Case No. 22-11134)

☐ Alameda Research (Bahamas) Ltd (Case No. 22-11105)

☐ Alameda Research Holdings Inc. (Case No. 22-11069)

☐ Alameda Research KK (Case No. 22-11106)

☐ Alameda Research LLC (Case No. 22-11066)

☐ Alameda Research Ltd (Case No. 22-11067)

☐ Alameda Research Pte Ltd (Case No. 22-11107)

☐ Alameda Research Yankari Ltd (Case No. 22-11108)

☐ Alameda TR Ltd (Case No. 22-11078)

☐ Alameda TR Systems S. de R. L. (Case No. 22-11109)

☐ Allston Way Ltd (Case No. 22-11079)

☐ Analisya Pte Ltd (Case No. 22-11080)

☐ Atlantis Technology Ltd. (Case No. 22-11081)

☐ Bancroft Way Ltd (Case No. 22-11082)

☐ Blockfolio, Inc. (Case No. 22-11110)

☐ Blue Ridge Ltd (Case No. 22-11083)

☐ Cardinal Ventures Ltd (Case No. 22-11084)

☐ Cedar Bay Ltd (Case No. 22-11085)

☐ Cedar Grove Technology Services, Ltd. (Case No. 22-11162)

☐ Clifton Bay Investments LLC (Case No. 22-11070)

☐ Clifton Bay Investments Ltd (Case No. 22-11111)

☐ Cottonwood Grove Ltd (Case No. 22-11112)

☐ Cottonwood Technologies Ltd (Case No. 22-11136)

☐ Crypto Bahamas LLC (Case No. 22-11113)

☐ DAAG Trading, DMCC (Case No. 22-11163)

☐ Deck Technologies Holdings LLC (Case No. 22-11138)

☐ Deck Technologies Inc. (Case No. 22-11139)

☐ Deep Creek Ltd (Case No. 22-11114)

☐ Digital Custody Inc. (Case No. 22-11115)

☐ Euclid Way Ltd (Case No. 22-11141)

☐ FTX (Gibraltar) Ltd (Case No. 22-11116)

☐ FTX Canada Inc (Case No. 22-11117)

☐ FTX Certificates GmbH (Case No. 22-11164)

☐ FTX Crypto Services Ltd. (Case No. 22-11165)

☐ FTX Digital Assets LLC (Case No. 22-11143)

☐ FTX Digital Holdings (Singapore) Pte Ltd (Case No. 22-11118)

☐ FTX EMEA Ltd. (Case No. 22-11145)

☐ FTX Equity Record Holdings Ltd (Case No. 22-11099)

☐ FTX Europe AG (Case No. 22-11075)

☐ FTX Exchange FZE (Case No. 22-11100)

☐ FTX Hong Kong Ltd (Case No. 22-11101)

☐ FTX Japan Holdings K.K. (Case No. 22-11074)

☐ FTX Japan Services KK (Case No. 22-11103)

☐ FTX Lend Inc. (Case No. 22-11167)

☐ FTX Marketplace, Inc. (Case No. 22-11168)

☐ FTX Products (Singapore) Pte Ltd (Case No. 22-11119)

☐ FTX Property Holdings Ltd (Case No. 22-11076)

☐ FTX Services Solutions Ltd. (Case No. 22-11120)

☐ FTX Structured Products AG (Case No. 22-11122)

☐ FTX Switzerland GmbH (Case No. 22-11123)

☐ FTX Trading GmbH (Case No. 22-11123)

☐ FTX US Services, Inc. (Case No. 22-11171)

☐ FTX US Trading, Inc. (Case No. 22-11149)

☐ FTX Ventures Ltd. (Case No. 22-11151)

☐ FTX Zuma Ltd (Case No. 22-11124)

☐ GG Trading Terminal Ltd (Case No. 22-11173)

☐ Global Compass Dynamics Ltd. (Case No. 22-11125)

☐ Good Luck Games, LLC (Case No. 22-11174)

☐ Goodman Investments Ltd. (Case No. 22-11126)

☐ Hannam Group Inc (Case No. 22-11175)

☐ Hawaii Digital Assets Inc. (Case No. 22-11127)

☐ Hilltop Technology Services LLC (Case No. 22-11176)

☐ Hive Empire Trading Pty Ltd (Case No. 22-11073)

☐ Innovatia Ltd (Case No. 22-11128)

☐ Island Bay Ventures Inc (Case No. 22-11129)

☐ Killarney Lake Investments Ltd (Case No. 22-11131)

☐ Ledger Holdings Inc. (Case No. 22-11072)

☐ LedgerPrime Bitcoin Yield Enhancement Fund, LLC (Case No. 22-11177)

☐ LedgerPrime Bitcoin Yield Enhancement Master Fund LP (Case No. 22-11155)

☐ LedgerPrime Digital Asset Opportunities Fund, LLC (Case No. 22-11156)

☐ LedgerPrime Digital Asset Opportunities Master Fund LP (Case No. 22-11157)

☐ LedgerPrime LLC (Case No. 22-11158)

☐ LedgerPrime Ventures, LP (Case No. 22-11159)

☐ Liquid Financial USA Inc. (Case No. 22-11151)

☐ Liquid Securities Singapore Pte Ltd (Case No. 22-11086)

☐ LiquidEX LLC (Case No. 22-11152)

☐ LT Baskets Ltd. (Case No. 22-11077)

☐ Maclaurin Investments Ltd. (Case No. 22-11087)

☐ Mangrove Cay Ltd (Case No. 22-11088)

☐ North Dimension Inc (Case No. 22-11153)

☐ North Dimension Ltd (Case No. 22-11160)

☐ North Wireless Dimension Inc. (Case No. 22-11154)

☐ Paper Bird Inc (Case No. 22-11089)

☐ Pioneer Street Inc. (Case No. 22-11090)

☐ Quoine India Pte Ltd (Case No. 22-11091)

☐ Quoine Vietnam Co. Ltd (Case No. 22-11092)

☐ Strategy Ark Collective Ltd. (Case No. 22-11094)

☐ Technology Services Bahamas Limited (Case No. 22-11095)

☐ Verdant Canyon Capital LLC (Case No. 22-11096)

☐ West Innovative Barista Ltd (Case No. 22-11097)

☐ West Realm Shires Financial Services Inc. (Case No. 22-11072)

☐ West Realm Shires Inc. (Case No. 22-11183)

☐ Western Concord Enterprises Ltd. (Case No. 22-11098)

☐ Zubr Exchange Ltd (Case No. 22-11132)

**Part 3:**   **Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  08/02/2023  (mm/dd/yyyy)

_____
Signature

**Name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | Brian | L. | Trott |
| | First name | Middle name | Last name |

Title _____

Company _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  31   Admirals Way
Number   Street

Chelsea                    MA        02150
City                       State     ZIP Code

Contact phone  857-231-2837          Email  brian-trott@outlook.com

Customer Claim Form

# Customer Claim Form

## File a Proof of Claim

To file a proof of claim electronically, please enter the creditor's name and an email address (where filing confirmation will be sent) in the fields below.

Creditor Name

Brian Trott

Email Address

brian.trott@outlook.com

## EPOC Agreement

The information requested on the proof of claim form is being collected for the purposes of facilitating a voluntary petition for relief under the Bankruptcy Code and processing any claim you may have against the Debtors.

**YOUR PROOF OF CLAIM FORM MUST NOT CONTAIN ANY OF THE FOLLOWING:** (i) medical records, (ii) complete social security numbers or tax identification numbers, (iii) a complete birth date, (iv) the name of a minor or (v) a financial account number. The information requested on the proof of claim form is being collected for the purposes of facilitating a debtor's voluntary petition for relief under the U.S. Bankruptcy Code and processing any claim you may have against such debtor. When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services to avoid the disclosure of confidential health care information.

**SOME OR ALL OF THE INFORMATION YOU PROVIDE ON THE PROOF OF CLAIM FORM WILL BE PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE DEBTOR'S CASE WEBSITE HOSTED BY KROLL RESTRUCTURING ADMINISTRATION (FORMERLY KNOWN AS PRIME CLERK) PURSUANT TO APPLICABLE LAW AND/OR COURT ORDER.** Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM.**

**ALL DOCUMENTS SUBMITTED, INCLUDING ANY MEDICAL RECORDS, WILL BE MADE PUBLICLY AVAILABLE ON THE DEBTOR'S CASE WEBSITE AND/OR THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

The information you provide on the proof of claim form will be retained by or on behalf of the Bankruptcy Court, the debtor and Kroll Restructuring Administration for as long as necessary for the purposes described above, as needed to resolve disputes or protect legal rights as they relate to such claim, or as otherwise required by law. Some or all of the information you provide on the proof of claim form will be displayed and/or accessible on the debtor's case website hosted by Kroll Restructuring Administration pursuant to applicable law and/or court order. Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

Customer Claim Form

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Kroll Restructuring Administration and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Kroll Restructuring Administration or the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Kroll Restructuring Administration and the Clerk of the Court are authorized but not obligated, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

## Submission of Claim Data

By using this Site and loading any information to the Site, you agree to release us from any claim or liability with respect to the public display of personal or private information, including but not limited to the types of information listed above.

Claims and creditor information ("Claim Data") must be submitted by a human being and not a script, program, or other method that may be construed as a "bot." Claim Data must be submitted by the creditor or someone authorized to submit such Claim Data on behalf of the creditor. Claim Data must be correct to the best of the creditor's /submitter's knowledge. Filing Claim Data on this Site grants no guarantee of payment.

You represent and warrant that Claim Data submitted by you:

- shall be true, accurate, and complete;
- shall not contain any personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) or other sensitive or potentially embarrassing information, including health care information;
- shall not violate the rights of any third party, including, but not limited to, other proprietary and/or intellectual property rights, or rights of publicity or privacy; shall not violate any law; shall not contain any viruses, Trojan horses, worms, time bombs, bots, or other computer programming routines that are intended to damage, interfere with, or expropriate any system or information; and
- shall not create liability for us or interfere with the operation of the Site.

All information, including information relating to your Claim Data, that is filed electronically, including through this Site, is subject to the same conditions and restrictions as paper based proofs of claim filed with a Bankruptcy Court and are subject to court orders, rules, procedures and applicable law relating to the bankruptcy case in which Claims Data are filed.

## Not Legal Advice

WE CANNOT PROVIDE ANY LEGAL ADVICE REGARDING CLAIM DATA OR ON ANY OTHER TOPIC. IF YOU REQUIRE ADVICE REGARDING YOUR RIGHTS OR ANY BANKRUPTCY CASE YOU MAY WISH TO SEEK LEGAL COUNSEL FROM A LICENSED ATTORNEY. USERS OF THIS SITE SHOULD NOT TAKE OR REFRAIN FROM TAKING ANY ACTION BASED UPON CONTENT INCLUDED IN THE SITE. KROLL RESTRUCTURING ADMINISTRATION IS NOT IN THE BUSINESS OF PROVIDING PROFESSIONAL OR LEGAL ADVICE AND INFORMATION CONTAINED ON THIS SITE SHOULD NOT BE RELIED ON AS A SUBSTITUTE FOR FINANCIAL, LEGAL OR OTHER PROFESSIONAL ADVICE. ANY RELIANCE ON THE INFORMATION CONTAINED ON THIS SITE IS SOLELY AT YOUR RISK.

## Electronic Signatures

When you submit Claim Data or other information to us, you may be asked to electronically "sign" a form that will set forth certain terms and conditions related to such submission. You hereby agree that your electronic signature in respect of any such submission complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as your original signature.

For our Terms of Use please click Terms of Use.

## Filing Fraudulent Claims

FILING A FRAUDULENT CLAIM IS PUNISHABLE BY A FINE UP TO $500,000 AND/OR IMPRISONMENT FOR UP TO 5 YEARS (18 U.S.C. 152, 157, AND 3571).

Customer Claim Form

**BY SELECTING "I AGREE", YOU CONSENT TO ALL INFORMATION SUBMITTED BEING PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE CASE WEBSITE AND THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

**By selecting I agree below, I confirm that I have read, understand and agree to be bound by the foregoing as well as the Terms of Use.**

◉ I Agree
○ Reject

## Instructions

## Claim Information

**1. Who is the current Creditor?**
Name of the current creditor (the person or entity to be paid for this claim)

Is the current Creditor an Individual?
○ No
◉ Yes

First Name

Brian

Middle Name

Last Name

Trott

Other names the creditor used with the debtor (if any)

FTX customer main account number:

50115906

Email Address(es) Used for each FTX Account

brian-trott@outlook.com

**2. Has this claim been acquired from someone else?**
◉ No
○ Yes

Customer Claim Form

Customer Claim Form

**3. Where should notices and payments to the creditor be sent?**
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

Name:

Brian Trott

Address 1 (Street address, "Care of:", or "Attention To:"):

31 Admirals Way

Address 2:

Address 3:

Address 4:

City:

Chelsea

State or Province (use 2-letter abbreviation if US or Canada):

MA

Zip Code | Postal Code:

02150

**Is the creditor address outside of the US?**
◉ No
○ Yes

Contact phone:

8572312837

Contact email:

brian-trott@outlook.com

Should payments go to a different address?
◉ No
○ Yes

**Would you like to add any additional addresses for
receiving notices about this proof of claim?**
◉ No
○ Yes

Customer Claim Form

4 / 19

Customer Claim Form

**4. Does this claim amend one already filed?**

◉ No
○ Yes

**5. Do you know if anyone else has filed a proof of claim for this claim?**

◉ No
○ Yes

## Additional Claim Information

**Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held. If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange. Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7). Please see Question 8 for additional instructions for asserting claims related to Other Activity.**

◉ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)
○ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd. d/b/a "FTX EU") (Case No. 22-11166)
○ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102)
○ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
○ West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071)

## 6. Did you participate in the FTX Earn program (available via Blockfolio app) as of November 11, 2022?

◉ No
○ Yes

**7. List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account (s) along with the unique identification code.**

- Note that the "USD Rate" is the ratio of the Local Currency to U.S. Dollars.
- If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, please populate the Loaned Quantity column.

## Fiat

### ASSERTED QUANTITY FIAT

| Fiat (Ticker / Abbreviation) | USD Rate | Total Asserted Quantity of Fiat (Local Currency) | Total Asserted Quantity of Fiat (Converted to USD) |
|---|---|---|---|
| US Dollar(USD) USD/USD = 1.00000 | 1.000000000 | 39,683.020000000 | 39,683.020000000 |

Customer Claim Form

| Fiat (Ticker / Abbreviation) | USD Rate |
|---|---|
| Argentinian Peso (ARS) ARS/USD = 0.006236 | 0.006236000 |
| Australian Dollar (AUD) AUD/USD = 0.661900 | 0.661900000 |
| Brazilian Real (BRL) BRL/USD = 0.187100 | 0.187100000 |
| British Pound Sterling (GBP) GBP/ USD = 1.169200 | 1.169200000 |
| Canadian Dollar (CAD) CAD/USD = 0.750600 | 0.750600000 |
| Euro (EUR) EUR/USD = 1.021000 | 1.021000000 |
| Ghanaian cedi (GHS) GHS/USD = 0.069324 | 0.069324000 |
| Hong Kong Dollar (HKD) HKD/USD = 0.127500 | 0.127500000 |
| Japanese Yen (JPY) JPY/USD = 0.007093 | 0.007093000 |
| Mexican Peso (MXN) MXN/USD = 0.051767 | 0.051767000 |
| Singapore Dollar (SGD) SGD/USD = 0.723500 | 0.723500000 |
| Swiss Franc (CHF) CHF/USD = 1.038000 | 1.038000000 |
| Turkish Lira (TRY) TRY/USD = 0.054091 | 0.054091000 |
| South African rand (ZAR) ZAR/USD = 0.057580 | 0.057580000 |
| Vietnamese dong (VND) VND/USD = 0.000040 | 0.000040000 |
| West African CFA franc (XOF) VXOF/USD = 0.001531 | 0.001531000 |

Do you want to add any other fiat not previously listed?

○ Yes
⦿ No

**Loaned Fiat**

**LOANED QUANTITY FIAT**

| Fiat (Ticker / Abbreviation) | USD Rate | Loaned Quantity of Fiat (Local Currency) | Total Loaned Quantity of Fiat (Converted to USD) |
|---|---|---|---|

Customer Claim Form

Customer Claim Form

*(handwritten, circled)* 39,683.02

| | |
|---|---|
| US Dollar (USD) USD/USD = 1.00000 | 1.000000000 |
| Argentinian Peso (ARS) ARS/USD = 0.006236 | 0.006236000 |
| Australian Dollar (AUD) AUD/USD = 0.661900 | 0.661900000 |
| Brazilian Real (BRL) BRL/USD = 0.187100 | 0.187100000 |
| British Pound Sterling (GBP) GBP/USD = 1.169200 | 1.169200000 |
| Canadian Dollar (CAD) CAD/USD = 0.750600 | 0.750600000 |
| Euro (EUR) EUR/USD = 1.021000 | 1.021000000 |
| Ghanaian cedi (GHS) GHS/USD = 0.069324 | 0.069324000 |
| Hong Kong Dollar (HKD) HKD/USD = 0.127500 | 0.127500000 |
| Japanese Yen (JPY) JPY/USD = 0.007093 | 0.007093000 |
| Mexican Peso (MXN) MXN/USD = 0.051767 | 0.051767000 |
| Singapore Dollar (SGD) SGD/USD = 0.723500 | 0.723500000 |
| Swiss Franc (CHF) CHF/USD = 1.038000 | 1.038000000 |
| Turkish Lira (TRY) TRY/USD = 0.054091 | 0.054091000 |
| South African rand (ZAR) ZAR/USD = 0.057580 | 0.057580000 |
| Vietnamese dong (VND) VND/USD = 0.000040 | 0.000040000 |
| West African CFA franc (XOF) XOF/USD = 0.001531 | 0.001531000 |

Do you want to add any other fiat not previously listed?

O Yes
O No

## Asserted Crypto

**Crypto (Ticker / Abbreviation)**

**Asserted Crypto Tokens**

**Asserted Quantity of Crypto**

Customer Claim Form

7 / 19

Customer Claim Form

3X Long Bitcoin Token (BULL)

3X Long Cardano Token (ADABULL)

3X Long Dogecoin Token (DOGEBULL)

3X Long Ethereum Token (ETHBULL)

3X Long XRP Token (XRPBULL)

Aave (AAVE)

Akropolis (AKRO)

ApeCoin (APE)

ATLAS (ATLAS)

Atom (ATOM)

Aurory (AURY)

Avalanche (AVAX)

BaoToken (BAO)

Basic Attention Token (BAT)

Binance Coin (BNB)

Bitcoin (BTC)

Bitcoin Cash (BCH)

Brazilian Digital Token (BRZ)

Celsius Token (CEL)

ChainLink Token (LINK)

Chiliz (CHZ)

Compound USDT (CUSDT)

Cope (COPE)

Customer Claim Form

Customer Claim Form

Crypto.com Coin (CRO)

Decentraland (MANA)

Dent (DENT)

Dogecoin (DOGE)

Ethereum (ETH)

EthereumPoW (ETHW)

Fantom (FTM)          0.000921100

FTX Token (FTT)

Gala (GALA)

Immutable X Token (IMX)

Kin (KIN)

Litecoin (LTC)

Luna 2.0 (LUNA2)

Luna Classic (LUNC)

Matic (MATIC)

POLIS (POLIS)

Polkadot (DOT)

Raydium (RAY)

Reserve Rights (RSR)

Serum (SRM)

Shiba Inu (SHIB)

Solana (SOL)

Spell Token (SPELL)

Customer Claim Form

Step Finance (STEP)

SushiSwap (SUSHI)

Swipe (SXP)

Terra Classic USD (Wormhole) (USTC)

The Graph (GRT)

The Sandbox (SAND)

Thorchain (RUNE)

TON Coin (TONCOIN)

TRON (TRX)

Uniswap Protocol Token (UNI)

UpBots (UBXT)

USD Coin (USDC)

USD Tether (USDT)

XRP (XRP)

Do you want to add any coin not previously listed?
○ Yes
◉ No

## Loaned Crypto

### Loaned Quantity of Crypto

### Crypto (Ticker / Abbreviation)

Loaned Quantity of Crypto

3X Long Bitcoin Token (BULL)

3X Long Cardano Token (ADABULL)

3X Long Dogecoin Token (DOGEBULL)

Customer Claim Form

10 / 19

Customer Claim Form

| Token |
|---|
| 3X Long Ethereum Token (ETHBULL) |
| 3X Long XRP Token (XRPBULL) |
| Aave (AAVE) |
| Akropolis (AKRO) |
| ApeCoin (APE) |
| ATLAS (ATLAS) |
| Atom (ATOM) |
| Aurory (AURY) |
| Avalanche (AVAX) |
| BaoToken (BAO) |
| Basic Attention Token (BAT) |
| Binance Coin (BNB) |
| Bitcoin (BTC) |
| Bitcoin Cash (BCH) |
| Brazilian Digital Token (BRZ) |
| Celsius Token (CEL) |
| ChainLink Token (LINK) |
| Chiliz (CHZ) |
| Compound USDT (CUSDT) |
| Cope (COPE) |
| crypto-logan.com Coin (CRO) |
| Decentraland (MANA) |
| Dent (DENT) |

Customer Claim Form

Dogecoin (DOGE)

Ethereum (ETH)

EthereumPoW (ETHW)

Fantom (FTM)

FTX Token (FTT)

Gala (GALA)

Immutable X Token (IMX)

Kin (KIN)

Litecoin (LTC)

Luna 2.0 (LUNA2)

Luna Classic (LUNC)

Matic (MATIC)

POLIS (POLIS)

Polkadot (DOT)

Raydium (RAY)

Reserve Rights (RSR)

Serum (SRM)

Shiba Inu (SHIB)

Solana (SOL)

Spell Token (SPELL)

Step Finance (STEP)

SushiSwap (SUSHI)

Swipe (SXP)

Customer Claim Form

Customer Claim Form

Terra Classic USD (Wormhole) (USTC)

The Graph (GRT)

The Sandbox (SAND)

Thorchain (RUNE)

TON Coin (TONCOIN)

TRON (TRX)

Uniswap Protocol Token (UNI)

UpBots (UBXT)

USD Coin (USDC)

USD Tether (USDT)

XRP (XRP)

Do you want to add any coin not previously listed?
○ Yes
○ No

## Staked Crypto

### Staked Crypto

| Crypto (Ticker / Abbreviation) | Staked Quantity of Crypto |
| --- | --- |
| 3X Long Bitcoin Token (BULL) | |
| 3X Long Cardano Token (ADABULL) | |
| 3X Long Dogecoin Token (DOGEBULL) | |
| 3X Long Ethereum Token (ETHBULL) | |
| 3X Long XRP Token (XRPBULL) | |
| Aave (AAVE) | |

Customer Claim Form

13 / 19

Customer Claim Form

| |
|---|
| Akropolis (AKRO) |
| ApeCoin (APE) |
| ATLAS (ATLAS) |
| Atom (ATOM) |
| Aurory (AURY) |
| Avalanche (AVAX) |
| BaoToken (BAO) |
| Basic Attention Token (BAT) |
| Binance Coin (BNB) |
| Bitcoin (BTC) |
| Bitcoin Cash (BCH) |
| Brazilian Digital Token (BRZ) |
| Celsius Token (CEL) |
| ChainLink Token (LINK) |
| Chiliz (CHZ) |
| Compound USDT (CUSDT) |
| Cope (COPE) |
| crypto-stak.com Coin (CRO) |
| Decentraland (MANA) |
| Dent (DENT) |
| Dogecoin (DOGE) |
| Ethereum (ETH) |
| EthereumPoW (ETHW) |

Customer Claim Form

Fantom (FTM)

FTX Token (FTT)

Gala (GALA)

Immutable X Token (IMX)

Kin (KIN)

Litecoin (LTC)

Luna 2.0 (LUNA2)

Luna Classic (LUNC)

Matic (MATIC)

POLIS (POLIS)

Polkadot (DOT)

Raydium (RAY)

Reserve Rights (RSR)

Serum (SRM)

Shiba Inu (SHIB)

Solana (SOL)

Spell Token (SPELL)

Step Finance (STEP)

SushiSwap (SUSHI)

Swipe (SXP)

Terra Classic USD (Wormhole) (USTC)

The Graph (GRT)

The Sandbox (SAND)

Customer Claim Form

Customer Claim Form

Thorchain (RUNE)

TON Coin (TONCOIN)

TRON (TRX)

Uniswap Protocol Token (UNI)

UpBots (UBXT)

USD Coin (USDC)

USD Tether (USDT)

XRP (XRP)

Do you want to add any coin not previously listed?
○ Yes
○ No

## NFTs

**NFT Description**     **NFT Identifier**     **NFTs (non-fungible tokens)**

**Quantity of NFT**

**8. Do you have Customer Claims related to any Other Activity on the FTX Exchanges? Other Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.**
◉ No
○ Yes

Customer Claim Form

# E-Sign

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

- ⦿ I am the creditor.
- ○ I am the creditor's attorney or authorized agent.
- ○ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
- ○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

08/01/2023

**Name of the person who is completing and signing this claim:**

First Name/Middle Name/Last Name:

31 Admirals Way

E-Signature:

31 Admirals Way

I certify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree that my electronic signature herein complies with the ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

Title/Company:

Customer Claim Form

Address 1:

31 Admirals Way

Address 2:

City:

Chelsea

State or Province (use 2-letter abbreviation if US or Canada):

MA

Zip Code | Postal Code:

02150

Is this address outside of the US?
◉ No
○ Yes

Contact phone:

8572312837

Contact email:

brian-troli@outlook.com

## Attachments

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**
◉ I have supporting documentation
○ I do not have supporting documentation

**Attach a single PDF attachment that is less than 5 megabytes in size**

📄 FTX 1.pdf                                                                 695 KB

**File Name**

FTX 1.pdf

Customer Claim Form

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as an identification number confirming receipt of your claim ("Confirmation ID").

## Confirmation of Submission

### Your Form has been successfully submitted...

DOCUMENT ID

8f89a2304a1d9d6de797cced4ab13fba8643afc4

Status

Submitted

Submitted Date Time

2023-08-01T21:51:45.962Z

CONFIRMATION ID

3265-70-TSYWX-797887360

, 9:51 PM

FTX US — Order History

More

**Total Net USD Value**

≈ $3.15

—$39,832.65 (-99.99%) last week
—Range: $3.14 – $39,845.73

Deposit  Withdraw  Convert  More ▾

+

Subaccount:  **Main Account**

Balances  Stocks  Deposits  Withdrawals  Fees  Conversions  Collateral Explainer  P2P Transfers

**Make a withdrawal**

Show time in UTC

Withdrawals

| 11/9/2022, 9:58:56 AM | USD (fiat) | 39,681 USD (2.00 USD fee) | Bank transfer | Complete |

20% reduced

Rows per page:  10        1–1/1

FTX US — Order History

West Realm Shires Services, Inc., d/b/a FTX US (NMLS #1957771)

2. 9:51 PM

us/wallet

FTX US Cryptocurrency Exchange

| | | |
|---|---|---|
| USD Stablecoins (USDC, TUSD, USDP, BUSD) | | |
| USD Tether (USDT) | 0.00 | $0.00 |
| Bitcoin (BTC) | 0.00000001 | $0.00 |
| Ethereum (ETH) | 0.0009921 | $1.13 |
| Bitcoin Cash (BCH) | | |
| Litecoin (LTC) | | |
| PAX Gold (PAXG) | | |
| Compound USDT (CUSDT) | | |
| Solana (SOL) | | |
| Euro (EUR) | | |
| Pound (GBP) | | |
| Australian Dollar (AUD) | | |
| Hong Kong Dollar (HKD) | | |
| Canadian Dollar (CAD) | | |

FTX US Cryptocurrency Exchange

Resources

Company

Support

Learn

Partners

West Realm Shires Services, Inc., d/b/a FTX US, (NMLS #1957771)

Please see version submitted online for a more readable version. I can also email a copy which can be enlarged on your monitor for better readability.





## FTX US withdrawal request

FTX US <support@ftx.us>
Wed 11/9/2022 9:59 AM
To:brian-trott@outlook.com <brian-trott@outlook.com>

Hello Brian Trott,

We have received a request to withdraw 39681.00 USD from your FTX US account.

If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within one business day. FTX US is not responsible for delays or fees re from your bank or intermediary banks it uses. You can find more information at https://help.ftx.us/us/sections/360008262673-Deposits-Withdrawals.

## FTX US fiat withdrawal sent

FTX US <support@ftx.us>
Wed 11/9/2022 9:59 AM
To:brian-trott@outlook.com <brian-trott@outlook.com>
Hello Brian Trott,

Your fiat withdrawal of 39681.00 USD has been processed. Please allow three to five business days
the transfer to arrive in your bank account.

## Re: [EXTERNAL] Withdrawal Claim

Brian Trott <brian-trott@outlook.com>
Wed 8/2/2023 6:15 PM
To:FTX Trading Ltd. <ftxinfo@ra.kroll.com>

Hello,

I went to the Kroll claim portal given I disagree with the amounts shown on the FTX site. Oddly, my dollar amount entry in the amount of $39,683.02 was cleared upon submitting the documents. I'm suspecting user error here, but given I have done this twice with no luck in providing dispute details, it is likely best that I send Kroll a letter with supporting documents regarding the balance of my account.

Thank you,
Brian Trott

---

**From:** FTX Trading Ltd. <ftxinfo@ra.kroll.com>
**Sent:** Monday, July 31, 2023 11:45 AM
**To:** brian-trott@outlook.com <brian-trott@outlook.com>
**Subject:** Re: [EXTERNAL] Withdrawal Claim

Brain,

Thank you for your inquiry.?

Any discrepancies between amounts asserted in a proof of claim and the amount listed in the Debtors' Schedules of Assets and Liabilities will be addressed through the claims process.

If you disagree with the balance listed on the Customer Claims Portal, you may submit a claim on the Kroll claim portal. Please visit?https://restructuring.ra.kroll.com/FTX/EPOC-Index?for information on how to submit a proof of claim.

The FTX Debtors' Customer Bar Date has been set for September 29, 2023, at 4 p.m. ET. To streamline the process for customers, the FTX Debtors created an online claims portal for customers at?https://claims.ftx.com. The FTX Customer Claims Portal enables you to view the most up to date scheduled amount, access your FTX account information, obtain historical information, account balance (as of the petition time) and if necessary, submit an electronic proof of claim in the FTX Chapter 11 proceedings.

Information, including access to court documents, instructions on how to file a proof of claim, and important dates and deadlines will be available throughout the case at? https://restructuring.ra.kroll.com/FTX/.?

PLEASE NOTE: Kroll is the appointed claims and noticing agent for FTX Trading Ltd. and 101

affiliated debtors' chapter 11 cases.? As such, we are not permitted to provide legal or financial advice.? Further, Kroll is not permitted to accept claims via email or fax, and any such information provided via either of these methods will not constitute a claim in these proceedings.?

Regards,?

---

**Kroll Inquiries**

[www.kroll.com/en/services/business-services]www.kroll.com

*Effective March 29, 2022, Prime Clerk has rebranded as Kroll. All emails sent by us will now have the domain @Kroll.com. Emails sent to the

domain @primeclerk.com will continue to be received. Please be assured that your information remains secure and is only being used by us in

connection with the purpose for which it is held

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and

certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

--------------- Original Message ---------------
**From:** Brian Trott [brian-trott@outlook.com]
**Sent:** 7/27/2023, 12:04 PM
**To:** ftxinfo@ra.kroll.com
**Subject:** Re: [EXTERNAL] Withdrawal Claim

Hello,

I wanted to follow up on my Customer Claim via the the portal: https://claims.ftx.com/.

Steps 1,2 and 3 have been completed and shown by way of a green check mark. Steps 4 and 5 are shown to have been completed by way of a blue check mark, but I am not in agreement with the balance shown. Please see my email below regarding the timing in my withdrawal request in the amount of $39,681, which was acknowledged by way of the emails attached, but I did not recive the money (deposit).

Step 6 is shown as that I should stand by, but I don't know if that is ment to stand by for a verdict on my $2.00 balance shown, which is not accurate. I was not provided an option to provided additional back-up by way of attachment in the process.

Could you please advise how I should procced in providing an accurate claim.

Thank you,
Brian Trott

**Portfolio**

Main Account

⌃ BalancesDepositsWithdrawalsPositionsFillsP2P TransfersAirdropsReferral RebatesBalance AdjustmentsOther

⌄

**Withdrawals**

**Withdrawals**

Rows per page:    10        1-1 / 1

ou will be able to download all transactions data in CSV format in the coming weeks

**From:** FTX Trading Ltd. <ftxinfo@ra.kroll.com>
**Sent:** Wednesday, June 28, 2023 7:14 PM
**To:** brian-trott@outlook.com <brian-trott@outlook.com>
**Subject:** RE: [EXTERNAL] Withdrawal Claim

Brian,

Thank you for your inquiry.

The FTX Debtors' "Customer Bar Date" has been set for September 29, 2023 at 4 PM ET. To streamline the process for customers, the FTX Debtors are finalizing an online claims portal at https://claims.ftx.com. FTX Debtors will announce when the portal is active.

For additional information regarding the proof of claim filing process, please visit: https://restructuring.ra.kroll.com/ftx/EPOC-Index.

Information, including access to court documents, instructions on how to file a proof of claim, and important dates and deadlines will be available throughout the case at https://restructuring.ra.kroll.com/FTX/.

PLEASE NOTE: Kroll is the appointed claims and noticing agent for FTX Trading Ltd. and 101 affiliated debtors' chapter 11 cases.? As such, we are not permitted to provide legal or financial advice.? Further, Kroll is not permitted to accept claims via email or fax, and any such information provided via either of these methods will not constitute a claim in these proceedings.

Regards,

_____

**Kroll Inquiries**

[http://www.kroll.com/en/services/business-services]www.kroll.com

*Effective March 29, 2022, Prime Clerk has rebranded as Kroll. All emails sent by us will now have the domain @Kroll.com. Emails sent to the domain @primeclerk.com will continue to be received. Please be assured that your information remains secure and is only being used by us in connection with the purpose for which it is held

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

---------------- Original Message ----------------
**From:** Brian Trott [brian-trott@outlook.com]
**Sent:** 6/26/2023, 5:31 PM
**To:** ftxinfo@ra.kroll.com
**Subject:** [EXTERNAL] Withdrawal Claim

Hello,

My name is Brian Trott and I am trying to understand how to file a claim. My account number, which I believe is my ID with FTX, ██████████

While FTX was going under-filing for bankruptcy, my withdrawal was frozen after exhaustive attempts with the FTX staff previously to transfer my money to my bank account. Relentless excuses where given and the money was never released, even with the attached showing "complete".

There is a balance owed to me in the amount of $39,681. I have not received any filing information by mail.

Could you please advise me on the proper way to file this claim.

Thank you,
Brian Trott
857-231-2837

Sent from Mail for Windows

ref:_00D1N1uIqY._5003I1aGA3b:ref

# Exhibit B

Electronic Proof of Claim

 Outlook

## Electronic Proof of Claim_3265-70-TSYWX-797887360[[CSALT#900807#CF]] between Kroll and Brian Trott is Signed and Filed! Your confirmation ID is 3265-70-TSYWX-797887360.

**From** noreply.efiling@ra.kroll.com <noreply.efiling@ra.kroll.com>

**Date** Tue 8/1/2023 5:52 PM

**To** brian-trott@outlook.com <brian-trott@outlook.com>

📎 2 attachments (969 KB)
Customer Claim Form - 8f89a2304a1d9d6d.pdf; FTX 1.pdf;

You have completed your submission of Electronic Proof of Claim_3265-70-TSYWX-797887360. Please see the attached for your completed proof of claim form and submitted supporting documentation.

Thank you for your electronic submission. Please do not send a duplicate of this submission by any other method of return.

*Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC. All emails sent by Kroll Restructuring Administration LLC will now have the domain @Kroll.com. We recommend that you update your email permissions for "@Kroll.com" to continue receiving messages from us. Emails sent to the domain @primeclerk.com will continue to be received. Please be assured that your information remains secure and is only being used by Kroll Restructuring Administration LLC in connection with the purpose for which it is held.

Customer Claim Form

# Customer Claim Form

## File a Proof of Claim

To file a proof of claim electronically, please enter the creditor's name and an email address (where filing confirmation will be sent) in the fields below.

Creditor Name

Brian Trott

Email Address

brian-trott@outlook.com

## EPOC Agreement

The information requested on the proof of claim form is being collected for the purposes of facilitating a voluntary petition for relief under the Bankruptcy Code and processing any claim you may have against the Debtors.

**YOUR PROOF OF CLAIM FORM MUST NOT CONTAIN ANY OF THE FOLLOWING:** (i) medical records, (ii) complete social security numbers or tax identification numbers, (iii) a complete birth date, (iv) the name of a minor or (v) a financial account number. The information requested on the proof of claim form is being collected for the purposes of facilitating a debtor's voluntary petition for relief under the U.S. Bankruptcy Code and processing any claim you may have against such debtor. When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services to avoid the disclosure of confidential health care information.

**SOME OR ALL OF THE INFORMATION YOU PROVIDE ON THE PROOF OF CLAIM FORM WILL BE PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE DEBTOR'S CASE WEBSITE HOSTED BY KROLL RESTRUCTURING ADMINISTRATION (FORMERLY KNOWN AS PRIME CLERK) PURSUANT TO APPLICABLE LAW AND/OR COURT ORDER.** Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM.**

**ALL DOCUMENTS SUBMITTED, INCLUDING ANY MEDICAL RECORDS, WILL BE MADE PUBLICLY AVAILABLE ON THE DEBTOR'S CASE WEBSITE AND/OR THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

The information you provide on the proof of claim form will be retained by or on behalf of the Bankruptcy Court, the debtor and Kroll Restructuring Administration for as long as necessary for the purposes described above, as needed to resolve disputes or protect legal rights as they relate to such claim, or as otherwise required by law. Some or all of the information you provide on the proof of claim form will be displayed and/or accessible on the debtor's case website hosted by Kroll Restructuring Administration pursuant to applicable law and/or court order. Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

Customer Claim Form

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Kroll Restructuring Administration and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Kroll Restructuring Administration and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Kroll Restructuring Administration or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Kroll Restructuring Administration and the Clerk of the Court are authorized but not obligated, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

## Submission of Claim Data

By using this Site and loading any information to the Site, you agree to release us from any claim or liability with respect to the public display of personal or private information, including but not limited to the types of information listed above.

Claims and creditor information ("Claim Data") must be submitted by a human being and not a script, program, or other method that may be construed as a "bot." Claim Data must be submitted by the creditor or someone authorized to submit such Claim Data on behalf of the creditor. Claim Data must be correct to the best of the creditor's /submitter's knowledge. Filing Claim Data on this Site grants no guarantee of payment.

You represent and warrant that Claim Data submitted by you:

• shall be true, accurate, and complete;
• shall not contain any personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) or other sensitive or potentially embarrassing information, including health care information;
• shall not violate the rights of any third party, including, but not limited to, other proprietary and/or intellectual property rights, or rights of publicity or privacy; shall not violate any law; shall not contain any viruses, Trojan horses, worms, time bombs, bots, or other computer programming routines that are intended to damage, interfere with, or expropriate any system or information; and
• shall not create liability for us or interfere with the operation of the Site.

All information, including information relating to your Claim Data, that is filed electronically, including through this Site, is subject to the same conditions and restrictions as paper based proofs of claim filed with a Bankruptcy Court and are subject to court orders, rules, procedures and applicable law relating to the bankruptcy case in which Claims Data are filed.

## Not Legal Advice

WE CANNOT PROVIDE ANY LEGAL ADVICE REGARDING CLAIM DATA OR ON ANY OTHER TOPIC. IF YOU REQUIRE ADVICE REGARDING YOUR RIGHTS OR ANY BANKRUPTCY CASE YOU MAY WISH TO SEEK LEGAL COUNSEL FROM A LICENSED ATTORNEY. USERS OF THIS SITE SHOULD NOT TAKE OR REFRAIN FROM TAKING ANY ACTION BASED UPON CONTENT INCLUDED IN THE SITE. KROLL RESTRUCTURING ADMINISTRATION IS NOT IN THE BUSINESS OF PROVIDING PROFESSIONAL OR LEGAL ADVICE AND INFORMATION CONTAINED ON THIS SITE SHOULD NOT BE RELIED ON AS A SUBSTITUTE FOR FINANCIAL, LEGAL OR OTHER PROFESSIONAL ADVICE. ANY RELIANCE ON THE INFORMATION CONTAINED ON THIS SITE IS SOLELY AT YOUR RISK.

## Electronic Signatures

When you submit Claim Data or other information to us, you may be asked to electronically "sign" a form that will set forth certain terms and conditions related to such submission. You hereby agree that your electronic signature in respect of any such submission complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as your original signature.

For our Terms of Use please click Terms of Use.

## Filing Fraudulent Claims

FILING A FRAUDULENT CLAIM IS PUNISHABLE BY A FINE UP TO $500,000 AND/OR IMPRISONMENT FOR UP TO 5 YEARS (18 U.S.C. 152, 157, AND 3571).

Customer Claim Form

**BY SELECTING "I AGREE", YOU CONSENT TO ALL INFORMATION SUBMITTED BEING PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE CASE WEBSITE AND THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

By selecting I agree below, I confirm that I have read, understand and agree to be bound by the foregoing as well as the Terms of Use.

● I Agree
○ Reject

## Instructions

## Claim Information

### 1. Who is the current Creditor?

Name of the current creditor (the person or entity to be paid for this claim)

Is the current Creditor an Individual?

○ No
● Yes

First Name

Brian

Middle Name

Last Name

Trott

Other names the creditor used with the debtor (if any)

FTX customer main account number:

Email Address(es) Used for each FTX Account

brian-trott@outlook.com

### 2. Has this claim been acquired from someone else?

● No
○ Yes

Customer Claim Form

Customer Claim Form

## 3. Where should notices and payments to the creditor be sent?
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

Name:

Brian Trott

Address 1 (Street address, "Care of:", or "Attention To:"):

31 Admirals Way

Address 2:

Address 3:

Address 4:

City:

Chelsea

State or Province (use 2-letter abbreviation if US or Canada):

MA

Zip Code | Postal Code:

02150

## Is the creditor address outside of the US?

◉ No
○ Yes

Contact phone:

8572312837

Contact email:

brian-trott@outlook.com

Should payments go to a different address?

◉ No
○ Yes

## Would you like to add any additional addresses for receiving notices about this proof of claim?

◉ No
○ Yes

Customer Claim Form

Customer Claim Form

## 4. Does this claim amend one already filed?

◉ No
○ Yes

## 5. Do you know if anyone else has filed a proof of claim for this claim?

◉ No
○ Yes

## Additional Claim Information

**Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held. If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange. Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7). Please see Question 8 for additional instructions for asserting claims related to Other Activity.**

◉ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)
○ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd. d/b/a "FTX EU") (Case No 22-11166)
○ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11162)
○ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
○ West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071)

## 6. Did you participate in the FTX Earn program (available via Blockfolio app) as of November 11, 2022?

◉ No
○ Yes

**7.** List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account (s) along with the unique identification code.

- Note that the "USD Rate" is the ratio of the Local Currency to U.S. Dollars.
- If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, please populate the Loaned Quantity column.

## Fiat

## ASSERTED QUANTITY FIAT

| Fiat (Ticker / Abbreviation) | USD Rate | Total Asserted Quantity of Fiat (Local Currency) | Total Asserted Quantity of Fiat (Converted to USD) |
|---|---|---|---|
| US Dollar(USD) USD/USD = 1.00000 | 1.000000000 | 39,683.020000000 | 39,683.020000000 |

Customer Claim Form

| | USD Rate |
|---|---|
| Argentinian Peso (ARS) ARS/USD = 0.006236 | 0.006236000 |
| Australian Dollar (AUD) AUD/USD = 0.661900 | 0.661900000 |
| Brazilian Real (BRL) BRL/USD = 0.187100 | 0.187100000 |
| British Pound Sterling (GBP) GBP/USD = 1.169200 | 1.169200000 |
| Canadian Dollar (CAD) CAD/USD = 0.750600 | 0.750600000 |
| Euro (EUR) EUR/USD = 1.021000 | 1.021000000 |
| Ghanaian cedi (GHS) GHS/USD = 0.069324 | 0.069324000 |
| Hong Kong Dollar (HKD) HKD/USD = 0.127500 | 0.127500000 |
| Japanese Yen (JPY) JPY/USD = 0.007093 | 0.007093000 |
| Mexican Peso (MXN) MXN/USD = 0.051767 | 0.051767000 |
| Singapore Dollar (SGD) SGD/USD = 0.723500 | 0.723500000 |
| Swiss Franc (CHF) CHF/USD = 1.038000 | 1.038000000 |
| Turkish Lira (TRY) TRY/USD = 0.054091 | 0.054091000 |
| South African rand (ZAR) ZAR/USD = 0.057580 | 0.057580000 |
| Vietnamese dong (VND) VND/USD = 0.000040 | 0.000040000 |
| West African CFA franc (XOF) XXOF/USD = 0.001531 | 0.001531000 |

Do you want to add any other fiat not previously listed?
○ Yes
◉ No

## Loaned Fiat

**LOANED QUANTITY FIAT**

| Fiat (Ticker / Abbreviation) | Loaned Quantity of Fiat (Local Currency) | Total Loaned Quantity of Fiat (Converted to USD) |
|---|---|---|

Customer Claim Form

Customer Claim Form

| | |
|---|---|
| US Dollar (USD) USD/USD = 1.00000 | 1.000000000 |
| Argentinian Peso (ARS) ARS/USD = 0.006236 | 0.006236000 |
| Australian Dollar (AUD) AUD/USD = 0.661900 | 0.661900000 |
| Brazilian Real (BRL) BRL/USD = 0.187100 | 0.187100000 |
| British Pound Sterling (GBP) GBP/USD = 1.169200 | 1.169200000 |
| Canadian Dollar (CAD) CAD/USD = 0.750600 | 0.750600000 |
| Euro (EUR) EUR/USD = 1.021000 | 1.021000000 |
| Ghanaian cedi (GHS) GHS/USD = 0.069324 | 0.069324000 |
| Hong Kong Dollar (HKD) HKD/USD = 0.127500 | 0.127500000 |
| Japanese Yen (JPY) JPY/USD = 0.007093 | 0.007093000 |
| Mexican Peso (MXN) MXN/USD = 0.051767 | 0.051767000 |
| Singapore Dollar (SGD) SGD/USD = 0.723500 | 0.723500000 |
| Swiss Franc (CHF) CHF/USD = 1.038000 | 1.038000000 |
| Turkish Lira (TRY) TRY/USD = 0.054091 | 0.054091000 |
| South African rand (ZAR) ZAR/USD = 0.057580 | 0.057580000 |
| Vietnamese dong (VND) VND/USD = 0.000040 | 0.000040000 |
| West African CFA franc (XOF) VXOF/USD = 0.001531 | 0.001531000 |

Do you want to add any other fiat not previously listed?
O Yes
O No

## Asserted Crypto

**Crypto (Ticker / Abbreviation)**

**Asserted Crypto Tokens**

**Asserted Quantity of Crypto**

Customer Claim Form

Customer Claim Form

3X Long Bitcoin Token (BULL)

3X Long Cardano Token (ADABULL)

3X Long Dogecoin Token (DOGEBULL)

3X Long Ethereum Token (ETHBULL)

3X Long XRP Token (XRPBULL)

Aave (AAVE)

Akropolis (AKRO)

ApeCoin (APE)

ATLAS (ATLAS)

Atom (ATOM)

Aurory (AURY)

Avalanche (AVAX)

BaoToken (BAO)

Basic Attention Token (BAT)

Binance Coin (BNB)

Bitcoin (BTC)

Bitcoin Cash (BCH)

Brazilian Digital Token (BRZ)

Celsius Token (CEL)

ChainLink Token (LINK)

Chiliz (CHZ)

Compound USDT (CUSDT)

Cope (COPE)

Customer Claim Form

Crypto.com Coin (CRO)

Decentraland (MANA)

Dent (DENT)

Dogecoin (DOGE)

Ethereum (ETH)          0.00092110 0

EthereumPoW (ETHW)

Fantom (FTM)

FTX Token (FTT)

Gala (GALA)

Immutable X Token (IMX)

Kin (KIN)

Litecoin (LTC)

Luna 2.0 (LUNA2)

Luna Classic (LUNC)

Matic (MATIC)

POLIS (POLIS)

Polkadot (DOT)

Raydium (RAY)

Reserve Rights (RSR)

Serum (SRM)

Shiba Inu (SHIB)

Solana (SOL)

Spell Token (SPELL)

Customer Claim Form

Customer Claim Form

Step Finance (STEP)

SushiSwap (SUSHI)

Swipe (SXP)

Terra Classic USD (Wormhole) (USTC)

The Graph (GRT)

The Sandbox (SAND)

Thorchain (RUNE)

TON Coin (TONCOIN)

TRON (TRX)

Uniswap Protocol Token (UNI)

UpBots (UBXT)

USD Coin (USDC)

USD Tether (USDT)

XRP (XRP)

Do you want to add any coin not previously listed?
O Yes
◉ No

# Loaned Crypto

## Loaned Quantity of Crypto

## Crypto (Ticker / Abbreviation)

**Loaned Quantity of Crypto**

3X Long Bitcoin Token (BULL)

3X Long Cardano Token (ADABULL)

3X Long Dogecoin Token (DOGEBULL)

Customer Claim Form

Customer Claim Form

3X Long Ethereum Token (ETHBULL)

3X Long XRP Token (XRPBULL)

Aave (AAVE)

Akropolis (AKRO)

ApeCoin (APE)

ATLAS (ATLAS)

Atom (ATOM)

Aurory (AURY)

Avalanche (AVAX)

BaoToken (BAO)

Basic Attention Token (BAT)

Binance Coin (BNB)

Bitcoin (BTC)

Bitcoin Cash (BCH)

Brazilian Digital Token (BRZ)

Celsius Token (CEL)

ChainLink Token (LINK)

Chiliz (CHZ)

Compound USDT (CUSDT)

Cope (COPE)

crypto-loan.com Coin (CRO)

Decentraland (MANA)

Dent (DENT)

Customer Claim Form

Customer Claim Form

Dogecoin (DOGE)

Ethereum (ETH)

EthereumPoW (ETHW)

Fantom (FTM)

FTX Token (FTT)

Gala (GALA)

Immutable X Token (IMX)

Kin (KIN)

Litecoin (LTC)

Luna 2.0 (LUNA2)

Luna Classic (LUNC)

Matic (MATIC)

POLIS (POLIS)

Polkadot (DOT)

Raydium (RAY)

Reserve Rights (RSR)

Serum (SRM)

Shiba Inu (SHIB)

Solana (SOL)

Spell Token (SPELL)

Step Finance (STEP)

SushiSwap (SUSHI)

Swipe (SXP)

Customer Claim Form

Customer Claim Form

Terra Classic USD (Wormhole) (USTC)

The Graph (GRT)

The Sandbox (SAND)

Thorchain (RUNE)

TON Coin (TONCOIN)

TRON (TRX)

Uniswap Protocol Token (UNI)

UpBots (UBXT)

USD Coin (USDC)

USD Tether (USDT)

XRP (XRP)

Do you want to add any coin not previously listed?
○ Yes
○ No

## Staked Crypto

### Staked Crypto

### Crypto (Ticker / Abbreviation)

**Staked Quantity of Crypto**

3X Long Bitcoin Token (BULL)

3X Long Cardano Token (ADABULL)

3X Long Dogecoin Token (DOGEBULL)

3X Long Ethereum Token (ETHBULL)

3X Long XRP Token (XRPBULL)

Aave (AAVE)

Customer Claim Form

Customer Claim Form

Akropolis (AKRO)

ApeCoin (APE)

ATLAS (ATLAS)

Atom (ATOM)

Aurory (AURY)

Avalanche (AVAX)

BaoToken (BAO)

Basic Attention Token (BAT)

Binance Coin (BNB)

Bitcoin (BTC)

Bitcoin Cash (BCH)

Brazilian Digital Token (BRZ)

Celsius Token (CEL)

ChainLink Token (LINK)

Chiliz (CHZ)

Compound USDT (CUSDT)

Cope (COPE)

crypto-slakx.com Coin (CRO)

Decentraland (MANA)

Dent (DENT)

Dogecoin (DOGE)

Ethereum (ETH)

EthereumPoW (ETHW)

Customer Claim Form

Fantom (FTM)

FTX Token (FTT)

Gala (GALA)

Immutable X Token (IMX)

Kin (KIN)

Litecoin (LTC)

Luna 2.0 (LUNA2)

Luna Classic (LUNC)

Matic (MATIC)

POLIS (POLIS)

Polkadot (DOT)

Raydium (RAY)

Reserve Rights (RSR)

Serum (SRM)

Shiba Inu (SHIB)

Solana (SOL)

Spell Token (SPELL)

Step Finance (STEP)

SushiSwap (SUSHI)

Swipe (SXP)

Terra Classic USD (Wormhole) (USTC)

The Graph (GRT)

The Sandbox (SAND)

Customer Claim Form

Customer Claim Form

Thorchain (RUNE)

TON Coin (TONCOIN)

TRON (TRX)

Uniswap Protocol Token (UNI)

UpBots (UBXT)

USD Coin (USDC)

USD Tether (USDT)

XRP (XRP)

Do you want to add any coin not previously listed?
○ Yes
○ No

## NFTs

**NFTs (non-fungible tokens)**

| NFT Description | NFT Identifier | Quantity of NFT |
|---|---|---|
| | | |

**8. Do you have Customer Claims related to any Other Activity on the FTX Exchanges? Other Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.**
◉ No
○ Yes

Customer Claim Form

# E-Sign

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

- ◉ I am the creditor.
- ○ I am the creditor's attorney or authorized agent.
- ○ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004
- ○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

08/01/2023

**Name of the person who is completing and signing this claim:**

First Name/Middle Name/Last Name:

31 Admirals Way

E-Signature:

31 Admirals Way

I certify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree that my electronic signature herein complies with the ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

Title/Company:

Customer Claim Form

Customer Claim Form

Address 1:

31 Admirals Way

Address 2:

City:

Chelsea

State or Province (use 2-letter abbreviation if US or Canada):

MA

Zip Code | Postal Code:

02150

Is this address outside of the US?

⦿ No
○ Yes

Contact phone:

8572312837

Contact email:

brian-trott@outlook.com

## Attachments

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**

⦿ I have supporting documentation
○ I do not have supporting documentation

**Attach a single PDF attachment that is less than 5 megabytes in size**

📄 FTX 1.pdf

**File Name**

FTX 1.pdf

695 KB

Customer Claim Form

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as an identification number confirming receipt of your claim ("Confirmation ID").

## Confirmation of Submission

### Your Form has been successfully submitted....

DOCUMENT ID

8f89a2304a109d6de797ccce04ab15fba8649afc4

Status

Submitted

Submitted Date Time

2023-08-01T21:51:45.952Z

CONFIRMATION ID

3265-70-TSYWX-797887360













CONGRATULATIONS!

# **Exhibit C:**

Screenshots of account balance as stated by FTX

11/9/22, 9:48 PM

FTX US Cryptocurrency Exchange



More

2

Total Net USD Value ⊙

≈ $3.15

-$39,832.64 (-99.99%) last week
Range: $3.15 - $39,845.73

Deposit   Withdraw   Convert   More ▾

Subaccount:   Main Account   +

Balances   Stocks   Deposits   Withdrawals   Fills   Conversions   Collateral Explainer   P2P Transfers   Recurri

ALL BALANCES

CONVERT DUST

CARD DEPOSIT

Hide zero balances

Balances

USD (USD)   2.02   $2.02

https://ftx.us/wallet

11/9/22, 9:48 PM

FTX US Cryptocurrency Exchange

USD Stablecoins (USDC, TUSD, USDP, BUSD)

USD Tether (USDT)                      0.00        $0.00

Bitcoin (BTC)                0.00000001        $0.00

Ethereum (ETH)              0.0009211         $1.13

Bitcoin Cash (BCH)

Litecoin (LTC)

PAX Gold (PAXG)

Compound USDT (CUSDT)

Solana (SOL)

Euro (EUR)

Pound (GBP)

Australian Dollar (AUD)

Hong Kong Dollar (HKD)

Canadian Dollar (CAD)



# **Exhibit D:**

Screenshots of Withdrawals as stated by FTX

11/9/22, 9:51 PM

FTX US — Order History

More

Total Net USD Value ◉

≈ $3.15

-$39,832.65 (-99.99%) last week
Range: $3.14 - $39,845.73

**Deposit**   **Withdraw**   **Convert**   **More ▸**

**+**

**Make a withdrawal**

Balances   Stocks   Deposits   Withdrawals   Fees   Conversions   Collateral Explainer   P2P Transfers

Subaccount:   Main Account

Show time in UTC

Withdrawals

| | | | | | |
|---|---|---|---|---|---|
| 11/9/2022, 9:58:56 AM | USD (flat) | 39,681 USD (2.00 USD fee) | Bank transfer | | Complete |

*Not received*

Rows per page:   10        1–1 / 1

FTX US — Order History

West Realm Shires Services, Inc., d/b/a FTX US (NMLS #1957771)



**Portfolio**

Main Account

**Withdrawals**

Initiate Account Owner Authentication

Verify Identity of the Original FTX Account Owner

KYC

Review Account Balances

Submission of Electronic Proof of Claim

Standby for Next Steps

| | | | | |
|---|---|---|---|---|
| 11/9/2022, 4:58:56 AM | USD (fiat) | 39,481 USD (2.00 USD fee) | Bank transfer | Complete |

Rows per page: 10 ▾   1-1 / 1

You will be able to download all transactions data in CSV format in the coming weeks

# **Exhibit E:**

Outline of an online chat between FTX Customer Support and Brian Trott







# Exhibit F:

November 2022 bank statement



**E✳TRADE**
from Morgan Stanley

**Account:**
**Statement:** November 2022

**Statement Summary:** 11-01-22 Through 11-30-22

**Account**

BRIAN L TROTT
31 Admirals Way
Chelsea, MA 02150

**Balance Information**

| | |
|---|---|
| Beginning Balance($) | 64,210.09 |
| Ending Balance($) | 20,181.93 |
| Average Balance($) | 55,073.73 |

**Interest Information**

| | |
|---|---|
| Statement Period Interest Earned($) | 2.26 |
| YTD Interest Earned($) | 17.87 |
| Beginning Statement Interest Rate | 0.05% |
| APY Earned | .05% |

**Misc Information**

| | |
|---|---|
| Service Charge($) | 0.00 |
| Credits($) | 8,690.10 |
| Debits($) | 52,718.26 |

**Account Activity Summary**

| Date | Description | Amount($) | Balance($) |
|---|---|---|---|
| 11/30/22 | | 2.26 | 20,181.93 |
| 11/29/22 | | -20,294.27 | 20,179.67 |
| 11/21/22 | | -20,000.00 | 40,473.94 |
| 11/19/22 | | 3.50 | 60,473.94 |
| 11/19/22 | | -3,003.50 | 60,470.44 |
| 11/18/22 | | -3,050.00 | 63,473.94 |
| 11/17/22 | | 3.50 | 66,523.94 |
| 11/17/22 | | -1,003.50 | 66,520.44 |
| 11/17/22 | | 3,342.61 | 67,523.94 |
| 11/15/22 | | -160.00 | 64,181.33 |
| 11/14/22 | | 1,286.51 | 64,341.33 |
| 11/12/22 | | 3.00 | 63,054.82 |
| 11/12/22 | | -1,003.00 | 63,051.82 |
| 11/08/22 | | 500.00 | 64,054.82 |
| 11/07/22 | | 128.00 | 63,554.82 |
| 11/07/22 | | -4,000.00 | 63,426.82 |
| 11/05/22 | | 3.99 | 67,426.82 |
| 11/05/22 | | -203.99 | 67,422.83 |
| 11/03/22 | | 3,416.73 | 67,626.82 |



## In Case of Errors or Questions about your Electronic Transfers

Please telephone us at 1-800-382-2651 immediately or write us at P.O. Box 484 Jersey City, NJ 07303-0484, if you think your statement or receipt is wrong or if you need a transfer on the first statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or the problem appeared. When you contact the Bank, you must:

1. Tell us your name, account number, and ATM card or Check card number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

Within 10 business days after we hear from you we will determine whether an error occurred and promptly correct any error. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes for us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, points of sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

## PLEASE READ THE IMPORTANT DISCLOSURES BELOW

## Banking products and services are provided by Morgan Stanley Private Bank, National Association, Member FDIC.

E*TRADE is a business of Morgan Stanley.

2022 E*TRADE from Morgan Stanley. All rights reserved.