# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x  Chapter 11
                                                                :
In re:                                                          :  Case No.:  22-11068 (JTD)
                                                                :  (Jointly Administered)
FTX TRADING LTD., et al.,[1]                                    :
                                                                :  Re:  DI 27770
                                                                :
                 Debtors.                                       :
                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## CERTIFCATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on November 7, 2024, I caused a copy of the *Proof of Administrative Expense and Request for Payment* [D.I. 27770; filed 11/7/2024] to be served via CM/ECF on all parties registered to receive electronic notice through the Court's system and via first class mail upon on the parties listed below:

Benjamin S Beller
**Sullivan & Cromwell LLP**
125 Broad Street
New York, NY 10004-2498

Kimberly A. Brown
**Landis Rath & Cobb LLP**
919 N. Market Street
Suite 1800
PO Box 2087
Wilmington, DE 19899

James L. Bromley
**Sullivan & Cromwell LLP**
125 Broad Street
New York, NY 10004-2498
*Counsel for Debtors*

Benjamin Joseph Steele
**Kroll Restructuring Administration LLC**

David Gerardi
**Office of the United States Trustee**
One Newark Center
1085 Raymond Boulevard Suite 2100
Newark, NJ 07102

Benjamin A. Hackman
**Office of the United States Trustee**
844 King Street Suite 2207
Lockbox 35
Wilmington, DE 19801

*U.S. Trustee*

Luc A. Despins
**Paul Hastings LLP**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{00040122. }                                   1

| | |
|---|---|
| 55 East 52nd Street, 17th Floor<br>New York, NY 10055 | 200 Park Avenue<br>New York, NY 10166 |
| *Claims Agent* | Kenneth H. Eckstein<br>**Kramer Levin Naftalis & Frankel LLP**<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Michael Bottjer<br>**FTXCreditor, LLC**<br>1509 Bent Ave.<br>Cheyenne, WY 82001 | Jared W Kochenash<br>**Young Conaway**<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 19801 |
| *FTXCreditor, LLC* | *Counsel to Official Committee of Unsecured Creditors* |

Dated: November 7, 2024
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

/s/ *Frederick B. Rosner*
Frederick B. Rosner (DE #3995)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
Email: rosner@teamrosner.com

*Attorney for Hain Capital Investors Master Fund, Ltd.*

{00040122. }　　　　　　　　　　2