# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| Claim Nexus C II | HOF Capital Growth Fund, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Last known address:

Type and Amount of Interest Transferred:

| Series A Preferred | Series B Preferred | Series B-1 Preferred  7,631 | Series C Preferred |
|---|---|---|---|
| FTX Common | WRS Class A Common | WRS Class B Common | WRS Common |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Michael Bottjer*
Transferee/Transferee's Agent

Date: 10/24/2024

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

# EXHIBIT B

## STOCK POWER

### STOCK POWER AND ASSIGNMENT

### SEPARATE FROM STOCK CERTIFICATE

FOR VALUE RECEIVED and pursuant to that certain Secondary Stock Purchase Agreement dated October 23, 2024 as the undersigned hereby sells, assigns and transfers unto **CLAIM NEXUS C II, LLC** or its assigns 7,631 Series B-1 Preferred shares of **FTX TRADING LTD.**, a Delaware corporation (the "*Company*"). Such shares are represented by certificate 45 and stand in the undersigned's name on the books of the Company. The undersigned does hereby irrevocably constitute and appoint the Secretary of the Company or any duly authorized representative of the Company as attorney-in-fact, with full power of substitution, to transfer said stock on the books of said corporation.

Dated: 10/23/2024

SELLER: HOF Capital Growth Fund, LLC

Signed by:
*Hisham Elhaddad*
653891E24AF94DC...

14015631.2

# EXHIBIT A

# PURCHASER

| Purchaser Name and Address | Number of Purchased Shares | Applicable Purchase Price |
|---|---|---|
| Claim Nexus C II, LLC<br><br>1509 Bent Ave Cheyenne Wyoming 82001 USA | 7,631 Series B-1 Preferred | ■■■■■■ |

14015631.2

IN WITNESS WHEREOF, this Secondary Stock Purchase Agreement is hereby executed as of the date first above written.

**HOLDER**

By: ___*Hisham Elhaddad*___
    653891E24AF94DC...

Print Name: Hisham Elhaddad

Title: Authorized Signatory

Notice details to: HOF Capital Management, LLC

Address: 666 Broadway, Floor 2, New York NY 10012

Signature Page to Secondary Stock Purchase Agreement

14015631.2

IN WITNESS WHEREOF, this Secondary Stock Purchase Agreement is hereby executed as of the date first above written.

**PURCHASER**

**Claim Nexus C II, LLC**

By: _Michael Bottjer_
88D11A32B9214DF...

Print Name: Michael Bottjer

Title: Authorised Signatory

Notice details to: claims@ftxcreditor.com

Address: 1509 Bent Avenue, Cheyenne, WY, 82001, USA

*PURCHASER SIGNATURE PAGES DELIVERED SEPARATELY

Signature Page to Secondary Stock Purchase Agreement

14015631.2