IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD, *et al.*,<br><br>               Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

      Pursuant to Local Rule 9010-1 and the attached certification, undersigned counsel moves for the admission *pro hac vice* of Tian "Skye" Gao of Glenn Agre Bergman & Fuentes LLP to represent FTXCREDITOR, LLC, in these cases.

Dated: October 31, 2024

*/s/ Christine McCabe*
Christine McCabe (No. 3695)
ROSEN & ASSOCIATES, P.C.
P.O. Box 7560
Wilmington, Delaware 19803
Telephone: (212) 223-1100
Email: cmccabe@rosenpc.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: October 31, 2024

*/s/ Tian "Skye" Gao*
Tian "Skye" Gao
GLENN AGRE BERGMAN & FUENTES LLP
1185 Avenue of the Americas, 22nd Floor
Telephone: (212) 970- 1628
Email: sgao@glennagre.com

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: November 8th, 2024
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE