# EXHIBIT A

## ACTIVITY DURING PREFERENCE PERIOD OF FTX.COM ACCOUNT
## ACCOUNT NO. -0841

| Date and Time (EST) | Transaction Type | Asset | Quantity |
|---|---|---|---|
| 10/15/22 7:03 AM | Withdrawal | USDT | (100.00) |
| 10/15/22 7:09 AM | Withdrawal | USDT | (21610.26) |

## ACTIVITY DURING PREFERENCE PERIOD OF FTX.COM ACCOUNT
## ACCOUNT NO. -7204

| Date and Time (EST) | Transaction Type | Asset | Quantity |
|---|---|---|---|
| 8/16/22 2:12 PM | Deposit | USDC | 6870.07 |
| 8/16/22 2:15 PM | Deposit | USDC | 2063.20 |
| 8/16/22 2:45 PM | Deposit | USDC | 5203.57 |
| 8/16/22 3:34 PM | Deposit | USDC | 4123.25 |
| 8/16/22 3:39 PM | Deposit | USDC | 6194.12 |
| 8/16/22 4:21 PM | Deposit | USDC | 5455.17 |
| 8/17/22 11:23 AM | Deposit | USDC | 1018730.00 |
| 8/19/22 11:19 AM | Deposit | USDC | 999999.00 |
| 8/19/22 2:53 PM | Withdrawal | BADGER | (112018.93) |
| 8/19/22 2:58 PM | Withdrawal | BAL | (25772.24) |
| 8/19/22 2:59 PM | Withdrawal | CREAM | (89682.80) |
| 8/20/22 2:36 AM | Deposit | ETH | 440.50 |
| 8/20/22 6:50 AM | Withdrawal | BADGER | (37153.99) |
| 8/20/22 6:51 AM | Withdrawal | BAL | (37709.69) |
| 8/20/22 9:07 AM | Withdrawal | ETH | (98.00) |
| 8/20/22 3:47 PM | Withdrawal | BAL | (114806.06) |
| 8/21/22 1:10 AM | Withdrawal | ETH | (80.00) |
| 8/21/22 1:22 AM | Withdrawal | USDC | (300000.00) |
| 8/21/22 2:32 AM | Withdrawal | USDT | (66208.08) |
| 8/21/22 2:45 AM | Withdrawal | USDC | (489648.00) |
| 8/21/22 2:45 AM | Withdrawal | ETH | (42.00) |
| 8/21/22 4:07 AM | Withdrawal | ETH | (262.77) |
| 8/21/22 4:18 AM | Withdrawal | ETH | (271.80) |
| 8/21/22 3:01 PM | Withdrawal | USDC | (300000.00) |
| 8/22/22 4:27 AM | Deposit | AAVE | 8103.79 |
| 8/22/22 12:50 PM | Withdrawal | ETH | (490.00) |
| 8/22/22 1:58 PM | Withdrawal | MATIC | (5.00) |
| 8/22/22 3:39 PM | Withdrawal | USDC | (250000.00) |
| 8/23/22 1:34 AM | Withdrawal | BAL | (206412.51) |
| 8/23/22 11:57 AM | Withdrawal | BAL | (66562.29) |

| | | | |
|---|---|---|---|
| 8/24/22 3:19 AM | Withdrawal | ETH | (40.00) |
| 8/24/22 12:54 PM | Withdrawal | USDC | (100000.00) |
| 8/24/22 1:15 PM | Withdrawal | BADGER | (8105.63) |
| 8/24/22 1:55 PM | Withdrawal | USDC | (70000.00) |
| 8/24/22 2:58 PM | Withdrawal | USDC | (5000.00) |
| 8/25/22 4:21 PM | Withdrawal | BAL | (2795.56) |
| 8/26/22 1:39 AM | Withdrawal | KNC | (907559.30) |
| 8/27/22 5:48 AM | Withdrawal | BAL | (35689.08) |
| 8/28/22 6:56 PM | Withdrawal | USDT | (200000.00) |
| 8/28/22 7:28 PM | Deposit | KNC | 11.00 |
| 8/28/22 7:35 PM | Deposit | KNC | 907547.30 |
| 8/31/22 1:34 AM | Withdrawal | ETH | (189.36) |
| 8/31/22 12:19 PM | Deposit | AAVE | 43.20 |
| 8/31/22 12:53 PM | Deposit | WBTC | 75.00 |
| 8/31/22 12:57 PM | Withdrawal | ETH | (948.00) |
| 8/31/22 1:04 PM | Deposit | WBTC | 84.29 |
| 8/31/22 1:12 PM | Withdrawal | ETH | (1171.24) |
| 8/31/22 1:29 PM | Withdrawal | MATIC | (376091.18) |
| 8/31/22 11:27 PM | Deposit | SXP | 999900.00 |
| 9/1/22 1:05 AM | Deposit | MATIC | 0.50 |
| 9/1/22 1:07 AM | Deposit | MATIC | 205455.00 |
| 9/1/22 1:20 AM | Withdrawal | ETH | (100.80) |
| 9/12/22 4:28 AM | Withdrawal | ETH | (340.49) |
| 9/12/22 4:40 AM | Withdrawal | SXP | (190000.00) |
| 9/12/22 11:59 PM | Withdrawal | SXP | (117700.00) |
| 9/13/22 1:15 AM | Withdrawal | SXP | (692200.00) |
| 9/13/22 3:25 AM | Withdrawal | BUSD | (150000.00) |
| 9/13/22 1:45 PM | Deposit | KNC | 490000.00 |
| 9/14/22 3:21 PM | Deposit | BUSD | 495342.00 |
| 9/14/22 3:42 PM | Deposit | USDC | 335698.29 |
| 9/14/22 4:07 PM | Withdrawal | KNC | (1552233.82) |
| 9/15/22 2:54 AM | Deposit | MATIC | 110250.00 |
| 9/15/22 4:03 AM | Deposit | USDC | 744000.00 |
| 9/15/22 4:15 AM | Withdrawal | KNC | (1754028.10) |
| 9/16/22 1:29 AM | Deposit | ETH | 0.05 |
| 9/16/22 1:32 AM | Deposit | ETH | 1498.00 |
| 9/16/22 1:43 AM | Withdrawal | KNC | (998989.00) |
| 9/16/22 1:55 AM | Withdrawal | KNC | (1989000.00) |
| 9/16/22 2:10 AM | Withdrawal | KNC | (1996505.00) |
| 9/16/22 2:16 AM | Withdrawal | KNC | (1970135.50) |
| 9/16/22 2:23 AM | Withdrawal | KNC | (1998909.00) |
| 9/16/22 2:34 AM | Withdrawal | KNC | (1940958.79) |
| 9/16/22 12:27 PM | Deposit | USDC | 9000.00 |
| 9/16/22 2:01 PM | Deposit | KNC | 100000.00 |