**EXHIBIT A**

**PROOFS OF CLAIM FILED BY DEFENDANTS**

| Claim | Claimant Name | Debtor Name | Filed Amount |
|-------|---------------|-------------|--------------|
| 5126 | SALT Venture Group, LLC | FTX Trading Ltd. | $8,000,000 |
| 4697 | SkyBridge Capital II, LLC | North Dimension Inc | $45,000,000 |
| 4777 | SkyBridge Capital II, LLC | North Dimension Ltd | $45,000,000 |
| 4787 | SkyBridge Capital II, LLC | North Wireless Dimension Inc. | $45,000,000 |
| 4814 | SkyBridge Capital II, LLC | Alameda Research LLC | $45,000,000 |
| 4823 | SkyBridge Capital II, LLC | LedgerPrime LLC | $45,000,000 |
| 4827 | SkyBridge Capital II, LLC | Alameda Research Ltd | $45,000,000 |
| 4835 | SkyBridge Capital II, LLC | Good Luck Games, LLC | $45,000,000 |
| 4845 | SkyBridge Capital II, LLC | LedgerPrime Ventures, LP | $45,000,000 |
| 4850 | SkyBridge Capital II, LLC | Alameda Research Yankari Ltd | $45,000,000 |
| 4853 | SkyBridge Capital II, LLC | Technology Services Bahamas Limited | $45,000,000 |
| 4857 | SkyBridge Capital II, LLC | Alameda Research KK | $45,000,000 |
| 4861 | SkyBridge Capital II, LLC | Alameda TR Ltd | $45,000,000 |
| 4864 | SkyBridge Capital II, LLC | Alameda TR Systems S. de R. L. | $45,000,000 |
| 4869 | SkyBridge Capital II, LLC | LedgerPrime Digital Asset Opportunities Fund, LLC | $45,000,000 |
| 4871 | SkyBridge Capital II, LLC | FTX Services Solutions Ltd. | $45,000,000 |
| 4873 | SkyBridge Capital II, LLC | Bancroft Way Ltd | $45,000,000 |
| 4879 | SkyBridge Capital II, LLC | LT Baskets Ltd. | $45,000,000 |
| 4881 | SkyBridge Capital II, LLC | Maclaurin Investments Ltd. | $45,000,000 |
| 4907 | SkyBridge Capital II, LLC | Ledger Holdings Inc. | $45,000,000 |

| Claim | Claimant Name | Debtor Name | Filed Amount |
|---|---|---|---|
| 4913 | SkyBridge Capital II, LLC | West Innovative Barista Ltd. | $45,000,000 |
| 4918 | SkyBridge Capital II, LLC | LedgerPrime Bitcoin Yield Enhancement Master Fund LP | $45,000,000 |
| 4920 | SkyBridge Capital II, LLC | Hilltop Technology Services LLC | $45,000,000 |
| 4924 | SkyBridge Capital II, LLC | Digital Custody Inc. | $45,000,000 |
| 4925 | SkyBridge Capital II, LLC | Hive Empire Trading Pty Ltd | $45,000,000 |
| 4928 | SkyBridge Capital II, LLC | LedgerPrime Bitcoin Yield Enhancement Fund, LLC | $45,000,000 |
| 4930 | SkyBridge Capital II, LLC | Atlantis Technology Ltd. | $45,000,000 |
| 4931 | SkyBridge Capital II, LLC | Clifton Bay Investments Ltd | $45,000,000 |
| 4936 | SkyBridge Capital II, LLC | Cedar Grove Technology Services, Ltd. | $45,000,000 |
| 4941 | SkyBridge Capital II, LLC | Cottonwood Grove Ltd | $45,000,000 |
| 4943 | SkyBridge Capital II, LLC | FTX Ventures Ltd. | $45,000,000 |
| 4954 | SkyBridge Capital II, LLC | Island Bay Ventures Inc | $45,000,000 |
| 4955 | SkyBridge Capital II, LLC | LedgerPrime Digital Asset Opportunities Master Fund LP | $45,000,000 |
| 4957 | SkyBridge Capital II, LLC | Blockfolio, Inc. | $45,000,000 |
| 4963 | SkyBridge Capital II, LLC | FTX Hong Kong Ltd | $45,000,000 |
| 4965 | SkyBridge Capital II, LLC | Alameda Research (Bahamas) Ltd | $45,000,000 |
| 4966 | SkyBridge Capital II, LLC | Crypto Bahamas LLC | $45,000,000 |
| 4967 | SkyBridge Capital II, LLC | Cottonwood Technologies Ltd | $45,000,000 |
| 4972 | SkyBridge Capital II, LLC | Paper Bird Inc | $45,000,000 |
| 4973 | SkyBridge Capital II, LLC | Allston Way Ltd | $45,000,000 |
| 4977 | SkyBridge Capital II, LLC | West Realm Shires Services Inc. | $45,000,000 |
| 4978 | SkyBridge Capital II, LLC | Clifton Bay Investments LLC | $45,000,000 |

| Claim | Claimant Name | Debtor Name | Filed Amount |
|---|---|---|---|
| 4988 | SkyBridge Capital II, LLC | FTX US Trading, Inc. | $45,000,000 |
| 4990 | SkyBridge Capital II, LLC | FTX Zuma Ltd | $45,000,000 |
| 4991 | SkyBridge Capital II, LLC | Global Compass Dynamics Ltd. | $45,000,000 |
| 5005 | SkyBridge Capital II, LLC | GG Trading Terminal Ltd | $45,000,000 |
| 5006 | SkyBridge Capital II, LLC | FTX US Services, Inc. | $45,000,000 |
| 5009 | SkyBridge Capital II, LLC | Alameda Research Holdings Inc. | $45,000,000 |
| 5014 | SkyBridge Capital II, LLC | FTX Digital Holdings (Singapore) Pte Ltd | $45,000,000 |
| 5022 | SkyBridge Capital II, LLC | FTX EMEA Ltd. | $45,000,000 |
| 5023 | SkyBridge Capital II, LLC | FTX Property Holdings Ltd | $45,000,000 |
| 5028 | SkyBridge Capital II, LLC | FTX Canada Inc | $45,000,000 |
| 5037 | SkyBridge Capital II, LLC | Quoine Pte Ltd | $45,000,000 |
| 5047 | SkyBridge Capital II, LLC | FTX Japan Holdings K.K. | $45,000,000 |
| 5051 | SkyBridge Capital II, LLC | Hannam Group Inc | $45,000,000 |
| 5057 | SkyBridge Capital II, LLC | FTX Lend Inc. | $45,000,000 |
| 5062 | SkyBridge Capital II, LLC | FTX Marketplace, Inc. | $45,000,000 |
| 5084 | SkyBridge Capital II, LLC | Goodman Investments Ltd. | $45,000,000 |
| 5086 | SkyBridge Capital II, LLC | Deep Creek Ltd | $45,000,000 |
| 5088 | SkyBridge Capital II, LLC | FTX (Gibraltar) Ltd | $45,000,000 |
| 5089 | SkyBridge Capital II, LLC | Euclid Way Ltd | $45,000,000 |
| 5094 | SkyBridge Capital II, LLC | Deck Technologies Inc. | $45,000,000 |
| 5097 | SkyBridge Capital II, LLC | Pioneer Street Inc. | $45,000,000 |
| 5106 | SkyBridge Capital II, LLC | Western Concord Enterprises Ltd. | $45,000,000 |

| Claim | Claimant Name | Debtor Name | Filed Amount |
|---|---|---|---|
| 5108 | SkyBridge Capital II, LLC | Killarney Lake Investments Ltd | $45,000,000 |
| 5109 | SkyBridge Capital II, LLC | FTX Digital Assets LLC | $45,000,000 |
| 5112 | SkyBridge Capital II, LLC | West Realm Shires Inc. | $45,000,000 |
| 5118 | SkyBridge Capital II, LLC | Alameda Global Services Ltd. | $45,000,000 |
| 5122 | SkyBridge Capital II, LLC | Cedar Bay Ltd | $45,000,000 |
| 5127 | SkyBridge Capital II, LLC | West Realm Shires Financial Services Inc. | $45,000,000 |
| 5131 | SkyBridge Capital II, LLC | Cardinal Ventures Ltd | $45,000,000 |
| 5132 | SkyBridge Capital II, LLC | FTX Trading Ltd. | $45,000,000 |
| 5133 | SkyBridge Capital II, LLC | Blue Ridge Ltd | $45,000,000 |
| 5137 | SkyBridge Capital II, LLC | FTX EU Ltd. | $45,000,000 |
| 5149 | SkyBridge Capital II, LLC | Deck Technologies Holdings LLC | $45,000,000 |
| 5486 | SkyBridge Capital II, LLC | Mangrove Cay Ltd | $45,000,000 |
| 5521 | SkyBridge Capital II, LLC | FTX Equity Record Holdings Ltd | $45,000,000 |
| 5577 | SkyBridge Capital II, LLC | Strategy Ark Collective Ltd. | $45,000,000 |
| 5578 | SkyBridge Capital II, LLC | Hawaii Digital Assets Inc. | $45,000,000 |
| 5579 | SkyBridge Capital II, LLC | Verdant Canyon Capital LLC | $45,000,000 |
| 4349 | SkyBridge GP Holdings, LLC | LedgerPrime Bitcoin Yield Enhancement Master Fund LP | $45,000,000 |
| 4362 | SkyBridge GP Holdings, LLC | Euclid Way Ltd | $45,000,000 |
| 4407 | SkyBridge GP Holdings, LLC | Deep Creek Ltd | $45,000,000 |
| 4566 | SkyBridge GP Holdings, LLC | FTX Digital Holdings (Singapore) Pte Ltd | $45,000,000 |
| 4571 | SkyBridge GP Holdings, LLC | FTX Digital Assets LLC | $45,000,000 |
| 4575 | SkyBridge GP Holdings, LLC | Ledger Holdings Inc. | $45,000,000 |

| Claim | Claimant Name | Debtor Name | Filed Amount |
|-------|--------------|-------------|--------------|
| 4585 | SkyBridge GP Holdings, LLC | FTX Lend Inc. | $45,000,000 |
| 4603 | SkyBridge GP Holdings, LLC | Deck Technologies Holdings LLC | $45,000,000 |
| 4612 | SkyBridge GP Holdings, LLC | Allston Way Ltd | $45,000,000 |
| 4622 | SkyBridge GP Holdings, LLC | FTX Marketplace, Inc. | $45,000,000 |
| 4645 | SkyBridge GP Holdings, LLC | Alameda TR Systems S. de R. L. | $45,000,000 |
| 4681 | SkyBridge GP Holdings, LLC | Alameda TR Ltd | $45,000,000 |
| 4710 | SkyBridge GP Holdings, LLC | Killarney Lake Investments Ltd | $45,000,000 |
| 4731 | SkyBridge GP Holdings, LLC | FTX Canada Inc | $45,000,000 |
| 4745 | SkyBridge GP Holdings, LLC | FTX (Gibraltar) Ltd | $45,000,000 |
| 4752 | SkyBridge GP Holdings, LLC | Digital Custody Inc. | $45,000,000 |
| 4758 | SkyBridge GP Holdings, LLC | FTX EU Ltd. | $45,000,000 |
| 4770 | SkyBridge GP Holdings, LLC | FTX Equity Record Holdings Ltd | $45,000,000 |
| 4783 | SkyBridge GP Holdings, LLC | Island Bay Ventures Inc | $45,000,000 |
| 4804 | SkyBridge GP Holdings, LLC | Hilltop Technology Services LLC | $45,000,000 |
| 4818 | SkyBridge GP Holdings, LLC | North Dimension Ltd | $45,000,000 |
| 4838 | SkyBridge GP Holdings, LLC | LedgerPrime Bitcoin Yield Enhancement Fund, LLC | $45,000,000 |
| 4840 | SkyBridge GP Holdings, LLC | Hawaii Digital Assets Inc. | $45,000,000 |
| 4843 | SkyBridge GP Holdings, LLC | North Dimension Inc | $45,000,000 |
| 4867 | SkyBridge GP Holdings, LLC | Global Compass Dynamics Ltd. | $45,000,000 |
| 4876 | SkyBridge GP Holdings, LLC | Mangrove Cay Ltd | $45,000,000 |
| 4906 | SkyBridge GP Holdings, LLC | Goodman Investments Ltd. | $45,000,000 |
| 4909 | SkyBridge GP Holdings, LLC | Good Luck Games, LLC | $45,000,000 |

| Claim | Claimant Name | Debtor Name | Filed Amount |
|---|---|---|---|
| 4915 | SkyBridge GP Holdings, LLC | LT Baskets Ltd. | $45,000,000 |
| 4922 | SkyBridge GP Holdings, LLC | Strategy Ark Collective Ltd. | $45,000,000 |
| 4937 | SkyBridge GP Holdings, LLC | GG Trading Terminal Ltd | $45,000,000 |
| 4944 | SkyBridge GP Holdings, LLC | Atlantis Technology Ltd. | $45,000,000 |
| 4946 | SkyBridge GP Holdings, LLC | LedgerPrime Digital Asset Opportunities Master Fund LP | $45,000,000 |
| 4948 | SkyBridge GP Holdings, LLC | Quoine Pte Ltd | $45,000,000 |
| 4953 | SkyBridge GP Holdings, LLC | FTX Ventures Ltd. | $45,000,000 |
| 4958 | SkyBridge GP Holdings, LLC | Technology Services Bahamas Limited | $45,000,000 |
| 4960 | SkyBridge GP Holdings, LLC | Cottonwood Technologies Ltd | $45,000,000 |
| 4961 | SkyBridge GP Holdings, LLC | FTX Hong Kong Ltd | $45,000,000 |
| 4968 | SkyBridge GP Holdings, LLC | FTX EMEA Ltd. | $45,000,000 |
| 4969 | SkyBridge GP Holdings, LLC | Deck Technologies Inc. | $45,000,000 |
| 4971 | SkyBridge GP Holdings, LLC | Pioneer Street Inc. | $45,000,000 |
| 4976 | SkyBridge GP Holdings, LLC | FTX US Trading, Inc. | $45,000,000 |
| 4986 | SkyBridge GP Holdings, LLC | FTX US Services, Inc. | $45,000,000 |
| 4993 | SkyBridge GP Holdings, LLC | FTX Services Solutions Ltd. | $45,000,000 |
| 5003 | SkyBridge GP Holdings, LLC | LedgerPrime LLC | $45,000,000 |
| 5007 | SkyBridge GP Holdings, LLC | LedgerPrime Digital Asset Opportunities Fund, LLC | $45,000,000 |
| 5011 | SkyBridge GP Holdings, LLC | Cardinal Ventures Ltd | $45,000,000 |
| 5013 | SkyBridge GP Holdings, LLC | Bancroft Way Ltd | $45,000,000 |
| 5015 | SkyBridge GP Holdings, LLC | Cedar Bay Ltd | $45,000,000 |
| 5021 | SkyBridge GP Holdings, LLC | Clifton Bay Investments LLC | $45,000,000 |

| Claim | Claimant Name | Debtor Name | Filed Amount |
|---|---|---|---|
| 5024 | SkyBridge GP Holdings, LLC | Clifton Bay Investments Ltd | $45,000,000 |
| 5025 | SkyBridge GP Holdings, LLC | Crypto Bahamas LLC | $45,000,000 |
| 5026 | SkyBridge GP Holdings, LLC | FTX Japan Holdings K.K. | $45,000,000 |
| 5027 | SkyBridge GP Holdings, LLC | Paper Bird Inc | $45,000,000 |
| 5039 | SkyBridge GP Holdings, LLC | Alameda Research Yankari Ltd | $45,000,000 |
| 5040 | SkyBridge GP Holdings, LLC | North Wireless Dimension Inc. | $45,000,000 |
| 5043 | SkyBridge GP Holdings, LLC | FTX Zuma Ltd | $45,000,000 |
| 5091 | SkyBridge GP Holdings, LLC | Blue Ridge Ltd | $45,000,000 |
| 5092 | SkyBridge GP Holdings, LLC | Hive Empire Trading Pty Ltd | $45,000,000 |
| 5093 | SkyBridge GP Holdings, LLC | Alameda Research Ltd | $45,000,000 |
| 5095 | SkyBridge GP Holdings, LLC | Cedar Grove Technology Services, Ltd. | $45,000,000 |
| 5096 | SkyBridge GP Holdings, LLC | Alameda Global Services Ltd. | $45,000,000 |
| 5098 | SkyBridge GP Holdings, LLC | West Realm Shires Services Inc. | $45,000,000 |
| 5099 | SkyBridge GP Holdings, LLC | Hannam Group Inc | $45,000,000 |
| 5100 | SkyBridge GP Holdings, LLC | Cottonwood Grove Ltd | $45,000,000 |
| 5101 | SkyBridge GP Holdings, LLC | Alameda Research Holdings Inc. | $45,000,000 |
| 5102 | SkyBridge GP Holdings, LLC | Alameda Research KK | $45,000,000 |
| 5105 | SkyBridge GP Holdings, LLC | FTX Trading Ltd. | $45,000,000 |
| 5107 | SkyBridge GP Holdings, LLC | LedgerPrime Ventures, LP | $45,000,000 |
| 5110 | SkyBridge GP Holdings, LLC | Western Concord Enterprises Ltd. | $45,000,000 |
| 5111 | SkyBridge GP Holdings, LLC | West Realm Shires Financial Services Inc. | $45,000,000 |
| 5113 | SkyBridge GP Holdings, LLC | West Innovative Barista Ltd. | $45,000,000 |

| Claim | Claimant Name | Debtor Name | Filed Amount |
|-------|---------------|-------------|--------------|
| 5117 | SkyBridge GP Holdings, LLC | Blockfolio, Inc. | $45,000,000 |
| 5119 | SkyBridge GP Holdings, LLC | Verdant Canyon Capital LLC | $45,000,000 |
| 5124 | SkyBridge GP Holdings, LLC | West Realm Shires Inc. | $45,000,000 |
| 5138 | SkyBridge GP Holdings, LLC | Alameda Research LLC | $45,000,000 |
| 5140 | SkyBridge GP Holdings, LLC | FTX Property Holdings Ltd | $45,000,000 |
| 5142 | SkyBridge GP Holdings, LLC | Alameda Research (Bahamas) Ltd | $45,000,000 |
| 5566 | SkyBridge GP Holdings, LLC | Maclaurin Investments Ltd. | $45,000,000 |