## EXHIBIT A

**Transfers to Defendants in Connection with GLG Merger**

| Defendant Interestholder | Cash Merger Consideration | Stock Merger Consideration |
|---|---|---|
| Matthew Nass | $7,324,057.87 | 335,878 Shares |
| Matthew Place | $6,648,129.73 | - |
| Joshua Leyton | $3,638,422.03 | - |
| John Conbere | $2,147,310.04 | 24,618 Shares |
| Luis Scott-Vargas | $2,318,820.96 | 53,170 Shares |
| **Total Transferred to Defendants** | $22,076,740.63 | 413,666 Shares |