# EXHIBIT B

**Payments to Defendants as Salary or Bonuses March-October 2022**

| Defendant Interestholder | Salary and Bonuses Through October 31, 2022 |
|---|---|
| Matthew Nass | $429,264 |
| Matthew Place | $436,860 |
| Joshua Leyton | $418,702 |
| John Conbere | $388,050 |
| Luis Scott-Vargas | $336,812 |
| **Total Salary/Bonus to Defendants Per Year** | $2,009,688 |