## EXHIBIT C

### Aggregated Payments to Defendants March-October 2022

| Payment Category | Amount |
|---|---|
| Cash Merger Consideration to Defendants | $22,076,740.63 |
| Stock Merger Consideration to Defendants | 413,666 Shares |
| Post-Closing Payments to Defendants through October 2022 | $2,009,688 |
| **Total Payments to Defendants** | $24,086,429 |