# EXHIBIT D

## Itemized Payments to Defendants from March to October 31, 2022

### Payments to Interestholder Representative Nass

| Pay Date | Payment Amount |
|---|---|
| 3/18/2022 | $ 9,553.74 |
| 3/31/2022 | $ 9,788.99 |
| 4/15/2022 | $ 10,452.96 |
| 4/29/2022 | $ 10,272.26 |
| 5/13/2022 | $ 10,269.28 |
| 5/31/2022 | $ 10,265.27 |
| 6/15/2022 | $ 10,269.28 |
| 6/30/2022 | $ 10,265.27 |
| 7/15/2022 | $ 10,269.27 |
| 7/29/2022 | $ 10,265.28 |
| 8/15/2022 | $ 10,269.26 |
| 8/31/2022 | $ 10,265.28 |
| 9/15/2022 | $ 10,269.27 |
| 9/15/2022 | $ 268,968.58 |
| 9/30/2022 | $ 9,247.13 |
| 10/14/2022 | $ 9,288.49 |
| 10/31/2022 | $ 9,284.49 |
| Total Payments Received by Interestholder Nass | **$ 429,264.10** |

## Itemized Payments to Defendants from March to October 31, 2022

### Payments to Interestholder Place

| Pay Date | Payment Amount |
|---:|---:|
| 3/18/2022 | $ 9,232.00 |
| 3/31/2022 | $ 9,859.89 |
| 4/15/2022 | $ 11,038.50 |
| 4/29/2022 | $ 11,028.63 |
| 5/13/2022 | $ 11,028.63 |
| 5/31/2022 | $ 11,030.85 |
| 6/15/2022 | $ 11,029.74 |
| 6/30/2022 | $ 10,888.34 |
| 7/15/2022 | $ 10,776.76 |
| 7/29/2022 | $ 10,775.65 |
| 8/15/2022 | $ 10,776.77 |
| 8/31/2022 | $ 10,777.87 |
| 9/15/2022 | $ 10,776.76 |
| 9/15/2022 | $ 268,412.87 |
| 9/30/2022 | $ 9,758.18 |
| 10/14/2022 | $ 9,833.61 |
| 10/31/2022 | $ 9,834.72 |
| Total Payments Received by Interestholder Place | $ 436,859.77 |

-3-

## Itemized Payments to Defendants from March to October 31, 2022

### Payments to Interestholder Leyton

| Pay Date | Payment Amount |
|---|---|
| 3/18/2022 | $ 9,158.50 |
| 3/31/2022 | $ 9,789.69 |
| 4/15/2022 | $ 10,453.04 |
| 4/29/2022 | $ 10,272.32 |
| 5/13/2022 | $ 10,269.35 |
| 5/31/2022 | $ 10,265.36 |
| 6/15/2022 | $ 10,269.34 |
| 6/30/2022 | $ 10,265.35 |
| 7/15/2022 | $ 10,269.36 |
| 7/29/2022 | $ 10,265.34 |
| 8/15/2022 | $ 10,269.36 |
| 8/31/2022 | $ 10,265.35 |
| 9/15/2022 | $ 10,269.34 |
| 9/15/2022 | $ 258,800.34 |
| 9/30/2022 | $ 9,247.15 |
| 10/14/2022 | $ 9,288.50 |
| 10/31/2022 | $ 9,284.50 |
| Total Payments Received by Interestholder Leyton | $ 418,702.19 |

**Itemized Payments to Defendants from March to October 31, 2022**

**Payments to Interestholder Conbere**

| Pay Date | Payment Amount |
|---:|---:|
| 3/18/2022 | $ 9,237.83 |
| 3/31/2022 | $ 9,932.19 |
| 4/15/2022 | $ 10,274.61 |
| 4/29/2022 | $ 10,246.55 |
| 5/13/2022 | $ 10,246.55 |
| 5/31/2022 | $ 10,246.54 |
| 6/15/2022 | $ 10,246.55 |
| 6/30/2022 | $ 10,246.54 |
| 7/15/2022 | $ 10,246.55 |
| 7/29/2022 | $ 10,246.55 |
| 8/15/2022 | $ 10,246.55 |
| 8/31/2022 | $ 10,246.55 |
| 9/15/2022 | $ 10,246.54 |
| 9/15/2022 | $ 228,334.92 |
| 9/30/2022 | $ 9,241.46 |
| 10/14/2022 | $ 9,281.88 |
| 10/31/2022 | $ 9,281.89 |
| Total Payments Received by Interestholder Conbere | $ 388,050.25 |

## Itemized Payments to Defendants from March to October 31, 2022

### Payments to Interestholder Scott-Vargas

| Pay Date | Payment Amount |
|---|---|
| 3/18/2022 | $ 9,158.50 |
| 3/31/2022 | $ 9,314.81 |
| 4/15/2022 | $ 9,917.35 |
| 4/29/2022 | $ 10,262.05 |
| 5/13/2022 | $ 10,242.14 |
| 5/31/2022 | $ 10,238.13 |
| 6/15/2022 | $ 10,242.14 |
| 6/30/2022 | $ 10,238.14 |
| 7/15/2022 | $ 10,242.13 |
| 7/29/2022 | $ 10,238.14 |
| 8/15/2022 | $ 10,242.14 |
| 8/31/2022 | $ 10,238.13 |
| 9/15/2022 | $ 10,242.14 |
| 9/15/2022 | $ 175,567.16 |
| 9/30/2022 | $ 9,743.78 |
| 10/14/2022 | $ 10,344.52 |
| 10/31/2022 | $ 10,340.52 |
| Total Payments Received by Interestholder Scott-Vargas | $ 336,811.92 |

**Total Salary and Bonus Payments By Debtors to Defendants**     **$ 2,009,688.23**