## EXHIBIT A

## TRANSFERS TO SILVER MILLER

| Date | Transferor | Defendant / Transferee | Relevant Contract (Date Incurred) | Amount of Transfer |
|---|---|---|---|---|
| April 6, 2022 | Alameda | Silver Miller | Engagement Agreement (March 29, 2022) | $70,000.00 |
| May 17, 2022 | Alameda | Silver Miller | Engagement Agreement (March 29, 2022) | $70,000.00 |
| June 2, 2022 | Alameda | Silver Miller | Engagement Agreement (March 29, 2022) | $70,000.00 |
| June 24, 2022 | Alameda | Silver Miller | Engagement Agreement (March 29, 2022) | $70,000.00 |
| July 1, 2022 | Alameda | Silver Miller | Engagement Agreement (March 29, 2022) | $70,000.00 |
| August 1, 2022 | Alameda | Silver Miller | Engagement Agreement (March 29, 2022) | $70,000.00 |
| September 1, 2022 | Alameda | Silver Miller | Engagement Agreement (March 29, 2022) | $70,000.00 |
| October 3, 2022 | Alameda | Silver Miller | Engagement Agreement (March 29, 2022) | $70,000.00 |
| November 9, 2022 | FTX US | Silver Miller | Additional Retainer agreement (November 9, 2022) | $200,000.00 |