**EXHIBIT B**

**TRANSFERS TO SILVER MILLER DURING THE 90-DAY PREFERENCE PERIOD**

| Date | Transferor | Defendant / Transferee | Relevant Contract (Date Incurred) | Amount of Transfer |
|---|---|---|---|---|
| September 1, 2022 | Alameda | Silver Miller | Engagement Agreement (March 29, 2022) | $70,000.00 |
| October 3, 2022 | Alameda | Silver Miller | Engagement Agreement (March 29, 2022) | $70,000.00 |
| November 9, 2022 | FTX US | Silver Miller | Additional Retainer agreement (November 9, 2022) | $200,000.00 |