## EXHIBIT B

## TRANSFERS TO DEFENDANTS DURING THE ONE-YEAR PREFERENCE PERIOD

| Date | Transferor | Defendant / Transferee | Relevant Contract (Date Incurred) | Amount of Transfer |
|---|---|---|---|---|
| January 10, 2022 | FTX Trading | Big Deal | Big Deal SOW (January 2, 2022) | $14,800,000.00 |
| April 6, 2022 | Alameda | NP Digital | Serum Agreements (January 12, 2022) | $900,000.00 |
| May 19, 2022 | Alameda | NP Digital | Serum Agreements (January 12, 2022) | $600,000.00 |
| August 8, 2022 | Alameda | NP Digital | Serum Agreements (January 12, 2022) | $300,000.00 |
| August 9, 2022 | Cottonwood | NP Digital | Serum Agreements (January 12, 2022) | $150,000.00 |
| August 10, 2022 | Cottonwood | NP Digital | Serum Agreements (January 12, 2022) | $150,000.00 |
| August 26, 2022 | FTX Trading | NP Digital | Paid Media SOW (October 22, 2021) | $325,140.96 |
| October 6, 2022 | Cottonwood | NP Digital | Serum Agreements (January 12, 2022) | $150,000.00 |
| October 7, 2022 | Cottonwood | NP Digital | Serum Agreements (January 12, 2022) | $150,000.00 |
| October 17, 2022 | FTX US | NP Digital | Serum Agreements (January 12, 2022) | $1,000.00 |
| October 17, 2022 | FTX US | NP Digital | Serum Agreements (January 12, 2022) | $298,999.95 |
| October 25, 2022 | FTX Trading | NP Digital | Earned Media SOW (October 22, 2021) | $6,000,000.00 |