# EXHIBIT C

## TRANSFERS TO DEFENDANTS DURING THE 90-DAY PREFERENCE PERIOD

| Date | Transferor | Defendant / Transferee | Relevant Contract (Date Incurred) | Amount of Transfer |
|---|---|---|---|---|
| August 26, 2022 | FTX Trading | NP Digital | Paid Media SOW (October 22, 2021) | $325,140.96 |
| October 6, 2022 | Cottonwood | NP Digital | Serum Agreements (January 12, 2022) | $150,000.00 |
| October 7, 2022 | Cottonwood | NP Digital | Serum Agreements (January 12, 2022) | $150,000.00 |
| October 17, 2022 | FTX US | NP Digital | Serum Agreements (January 12, 2022) | $1,000.00 |
| October 17, 2022 | FTX US | NP Digital | Serum Agreements (January 12, 2022) | $298,999.95 |
| October 25, 2022 | FTX Trading | NP Digital | Earned Media SOW (October 22, 2021) | $6,000,000.00 |