**EXHIBIT 2**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## DECLARATION OF CAROLINE ELLISON

I, Caroline Ellison, declare under penalty of perjury:

1. I am a former employee at Alameda Research Ltd. (together with its affiliates, "Alameda"), where I was employed as a trader from March 2018 to August 2021, as Co-Chief Executive Officer from August 2021 to August 2022, and as Chief Executive Officer from August 2022 until Alameda filed for bankruptcy on November 11, 2022 (the "Petition Date").

2. During my tenure at Alameda, Alameda engaged in cryptocurrency trading and other activities. In connection with its cryptocurrency trading activities, Alameda maintained and operated accounts at various cryptocurrency exchanges around the world. Certain of those accounts were registered in Alameda's name, whereas other accounts were registered in the names of Alameda affiliates, or in the names of individuals associated with Alameda or its affiliates.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

-2-

3.  One such account used by Alameda was an account at Poloniex that was nominally registered in the name of Samuel Bankman-Fried using the e-mail address of exchanges@alameda-research.com (the "Alameda Poloniex Account").

4.  From the date on which the Alameda Poloniex Account was opened through at least the Petition Date, the Alameda Poloniex Account was controlled, used, and funded by Alameda. At all times, I treated the assets in the Alameda Poloniex Account as the property of Alameda.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 31, 2024                    *Caroline Ellison*
                                           Caroline Ellison