**EXHIBIT A:  PREFERENTIAL WITHDRAWALS[1]**

| Defendant | Preferential Withdrawals in Cryptocurrency and Fiat Currency | Total of Preferential Withdrawals in USD[2] |
|---|---|---|
| Chen Chao | BUSD 137,700.42<br>MATIC 71,002.96<br>USDC 106,197.73<br>USDT 1,057,196.60 | $1,371,431.50 |
| Dai Fuyang | BNB 0.95<br>USDC 2,383,101.00<br>USDT 66,001,592.40 | $68,225,967.76 |
| Deng Dingyuan | ETH 270.00<br>SRM 12.24<br>USDT 28,621,100.00 | $28,892,043.69 |
| Deng Jian | SRM 12.24 | $5.12 |
| Deng Jun | BUSD 3,556.16<br>SRM 24.48<br>USDT 27,079,300.00 | $27,017,632.27 |

---

[1]  As noted in the Complaint, because of the state of the Debtors' records and the criminal nature of Defendants' conduct, the Debtors' expect to discover avoidable transfers made during the Preference Period to Deng Jian and Tu Fan, and/or additional avoidable transfers made during the Preference Period to any other Defendant.

[2]  To the extent FTX transferred cryptocurrency to a Defendant during the Preference period, the cryptocurrency was converted to USD using the Court's *Order Granting Motion of Debtors to Eliminate Claims Based on Digital Assets* [D.I. 7090].

| Defendant | Preferential Withdrawals in Cryptocurrency and Fiat Currency | Total of Preferential Withdrawals in USD[2] |
|---|---|---|
| Deng Lan | SRM 12.24<br>USDT 20,001.09 | $19,958.02 |
| Fu Ling | USDT 45,434,880.00 | $45,325,427.37 |
| Hu Jingming | BUSD 37,393.74<br>USDC 10,000.00<br>USDT 1,785.09 | $49,173.63 |
| Hu Sifeng | USDT 1,194,162.01 | $1,191,285.27 |
| Huang Yao | BTC 15.81<br>BUSD 3,305,318.11<br>LTC 0.09<br>USDC 416,748.00<br>USDT 4,161,421.69 | $8,140,142.27 |
| Li Ping | BUSD 851,820.61<br>OKB 11,005.60<br>USDT 19,374,646.01 | $20,389,873.42 |
| Lin Guodong | BNB 87.70<br>BUSD 1,882,193.52<br>ETH 104.20<br>USDC 812.95<br>USDT 23,553,584.02 | $25,536,103.67 |
| Pan Yang Lian | SRM 12.24 | $3,920,537.75 |

| Defendant | Preferential Withdrawals in Cryptocurrency and Fiat Currency | Total of Preferential Withdrawals in USD[2] |
|---|---|---|
| | USDT 3,930,000.00 | |
| Qin Yong Qiang | BNB 0.10<br>BUSD 1.02<br>LUNA2 0.15<br>USDT 77,099.31 | $76,942.59 |
| Shen Ling | BNB 4,733.93<br>BTC 81.04<br>BUSD 22,895,057.85<br>FTT 0.11<br>SRM 11.80<br>USDC 24,887,992.22<br>USDT 91,929,805.08 | $142,214,465.83 |
| Shen Liugen | BNB 125.66<br>BTC 34.05<br>USDC 3,561.56<br>USDT 5,427,931.84 | $6,028,866.56 |
| Tu Fan | SRM 12.24 | $5.12 |
| Tu Jing | SRM 12.24<br>USDT 27,219,465.52 | $27,153,898.94 |
| Wan Jian | APT 39,628.15<br>ATOM 10,818.82 | $32,387,826.29 |

| Defendant | Preferential Withdrawals in Cryptocurrency and Fiat Currency | Total of Preferential Withdrawals in USD[2] |
|---|---|---|
| | AVAX 1.00<br>BAND 66,238.55<br>BCH 597.50<br>BNB 4,500.19<br>BTC 0.07<br>BUSD 2,817,734.71<br>EUROC 600,002.50<br>GMT 249,104.91<br>KNC 46,562.50<br>MATIC 960,401.10<br>USD 200,000.00<br>USDC 4,826,000.00<br>USDT 20,170,371.94<br>WBTC 30.00<br>XRP 1,000,099.06 | |
| Wu Qiao | USDT 5,355,600.00 | $5,342,698.36 |
| Wu Tianming | USD 2,604,741.22 | $2,598,466.40 |
| Xu Hong | OKB 1,967.03<br>USDC 1,809.00<br>USDT 214,804.88 | $253,647.77 |
| Xu Min | USDT 67,947,205.30 | $67,783,520.48 |

| Defendant | Preferential Withdrawals in Cryptocurrency and Fiat Currency | Total of Preferential Withdrawals in USD[2] |
|---|---|---|
| Yang Yibo | BUSD 2,000.00<br><br>DOGE 8,216.00<br><br>ETH 205.00<br><br>ETHW 402.00<br><br>USDT 52,123,882.57 | $52,260,727.66 |
| Yang Yuhua | ETH 1.50<br><br>USDT 20,632.60 | $22,473.70 |