**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Defective Transfer of Claim, to be served via First Class Mail and/or Email on the date and upon the Transferor and Transferee, as set forth on the Defective Transfer Service List attached hereto as **Exhibit A**.

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: November 11, 2024

*/s/ Thomas Evangelista*<br>Thomas Evangelista

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 11, 2024, by Thomas Evangelista, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 21019 | Name on File<br>Address on File<br>Email Address on File | Figure Markets, Inc.<br>Dan Grueter<br>650 California Street<br>Suite 2700<br>San Francisco, CA 94108 | 10/24/2024 |
| 24688 | Name on File<br>Address on File | Nikolay Kuznetsov<br>Flat WM401 Sunset Gardens<br>Alsous Street 2<br>4652 Tserkezoi, Limassol District, Cyprus<br>Email: sam@ashuraeylaw.com, nikolay.kuznetsov@hotmail.com | 10/16/2024 |
| 25098 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25110 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25165 | Name on File | Trup Recovery LLC<br>Attn: Peter Finelli<br>c/o Riva Ridge Capital Management LP<br>55 Fifth Avenue, 18th Floor<br>New York, NY 10003<br>Email: RivaTrades@rivalp.com | First Class Mail: 10/31<br>Email: 11/1 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 25220 | Name on File<br>Email Address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/16/2024 |
| 25271 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25303 | Name on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway<br>Suite 906<br>New York, NY 10018<br>Email: vjel@cherokeeacq.com | 10/16/2024 |
| 25490 | Name on File | Hain Capital Investors Master Fund, Ltd<br>301 Route 17 North<br>Suite 816A<br>Rutherford, NJ 07070 | 10/16/2024 |
| 25651 | Name on File<br>Address on File<br>Email Address on File | Figure Markets, Inc.<br>Dan Grueter<br>650 California Street<br>Suite 2700<br>San Francisco, CA 94108 | 10/16/2024 |
| 25658 | Name on File<br>Address on File<br>Email Address on File | Figure Markets, Inc<br>Dan Grueter<br>650 California Street<br>Suite 2700<br>San Francisco, CA 94108 | 10/16/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 25662 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I, LLC<br>245 Michigan Avenue LG4<br>Miami, FL 33139<br>Email: michael@arceaucapital.com, louis@arceaucapital.com | 10/16/2024 |
| 25681 | Name on File<br>Address on File | Contrarian Funds, LLC<br>Attn: Keith McCormack<br>411 West Putnam Avenue<br>Suite 425<br>Greenwich, CT 06830<br>Email: tradeclaimsgroup@contrariancapital.com | 10/16/2024 |
| 25781 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/24/2024 |
| 25796 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25871 | Name on File<br>Address on File<br>Email Address on File | Claim Nexus C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/24/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 25872 | Name on File<br>Address on File<br>Email Address on File | Claim Nexus C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/24/2024 |
| 25873 | Name on File<br>Address on File<br>Email Address on File | Claim Nexus C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/24/2024 |
| 25874 | Name on File<br>Address on File<br>Email Address on File | Claim Nexus C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25875 | Name on File<br>Address on File | Claim Nexus C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25876 | Name on File<br>Address on File<br>Email Address on File | Claim Nexus C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25877 | Name on File<br>Address on File<br>Email Address on File | Claim Nexus C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 25878 | Name on File<br>Address on File<br>Email Address on File | Claim Nexus C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25879 | Name on File<br>Address on File<br>Email Address on File | Claim Nexus C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/24/2024 |
| 25880 | Name on File<br>Address on File<br>Email Address on File | Claim Nexus C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/24/2024 |
| 25881 | Name on File<br>Address on File<br>Email Address on File | Claim Nexus C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/24/2024 |
| 25882 | Name on File<br>Address on File<br>Email Address on File | Claim Nexus C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/24/2024 |
| 25884 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 25886 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25887 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25889 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.,<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25890 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.,<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25891 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/24/2024 |
| 25892 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.,<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 25893 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25894 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25895 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25896 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.,<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25897 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25898 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 25899 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25900 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25901 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.,<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25902 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25903 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/24/2024 |
| 25904 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 25905 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25906 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25907 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25908 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25909 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25910 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.,<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/24/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 25911 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25914 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25915 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25916 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25917 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25918 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | First Class Mail: 10/31<br>Email: 11/1 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 25919 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/24/2024 |
| 25920 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25921 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | First Class Mail: 10/31<br>Email: 11/1 |
| 25922 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25923 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25924 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 25925 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/16/2024 |
| 25926 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/24/2024 |
| 25947 | Name on File<br>Address on File<br>Email Address on File | Theia X Limited<br>Attn: Stephen Ezekiel<br>19A Shek O Headland<br>Shek O<br>Hong Kong,<br>Email: zeeks@th3ia.io | 10/24/2024 |
| 26083 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email:<br>rbeacher@pryorcashman.com,<br>12017192157@tls.ldsprod.com | 10/24/2024 |
| 26146 | Not Provided by Transferee | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/24/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 26147 | Name on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email:<br>12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 10/16/2024 |
| 26178 | Not Provided by Transferee | Paxtibi LLP<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/24/2024 |
| 26191 | Name on File<br>Address on File<br>Email Address on File | Boston Patriot Arlington St LLC<br>Attention: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Email:<br>cmclafferty@oaktreecapital.com | First Class Mail: 10/31<br>Email: 11/1 |
| 26200 | Name on File<br>Address on File<br>Email Address on File | BRADFORD CAPITAL HOLDINGS, LP<br>Attn: Brian L. Brager<br>P.O. Box 4353<br>Clifton, NJ 07012<br>Email:<br>bbrager@bradfordcapitalmgmt.com | First Class Mail: 10/31<br>Email: 11/1 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 26201 | Name on File<br>Address on File<br>Email Address on File | Bradford Capital Holdings, LP<br>Attn: Brian L. Brager<br>P.O. Box 4353<br>Clifton, NJ 07012<br>Email: bbrager@bradfordcapitalmgmt.com | First Class Mail: 10/31<br>Email: 11/1 |
| 26293 | Not Provided by Transferee | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com | First Class Mail: 10/31<br>Email: 11/1 |
| 26325 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/24/2024 |
| 26368 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/24/2024 |
| 26371 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/24/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 26381 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/24/2024 |
| 26385 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | First Class Mail: 10/31<br>Email: 11/1 |
| 26420 | Name on File<br>Address on File<br>Email Address on File | Figure Markets, Inc.<br>Attn: Dan Grueter<br>650 California Street<br>Suite 2700<br>San Francisco, CA 94108 | 10/24/2024 |
| 26856 | Name on File<br>Address on File<br>Email Address on File | Figure Markets, Inc.<br>Attn: Dan Grueter<br>650 California Street<br>Suite 2700<br>San Francisco, CA 94108 | First Class Mail: 10/31<br>Email: 11/1 |
| 26962 | Name on File<br>Address on File<br>Email Address on File | FTX Creditor, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | First Class Mail: 10/31<br>Email: 11/1 |
| 26966 | Name on File<br>Address on File<br>Email Address on File | FTX Creditor, LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | First Class Mail: 10/31<br>Email: 11/1 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 26980 | Name on File<br>Address on File<br>Email Address on File | Lantern FTX Holdings, L.L.C.<br>Attention: Jonathan Farnham<br>9 West 57th Street<br>Suite 4920<br>New York, NY 10019<br>Email: j.farnham@benefitstreetpartners.com | First Class Mail: 10/31<br>Email: 11/1 |
| 26982 | Name on File<br>Address on File<br>Email Address on File | Lantern FTX Holdings, L.L.C.<br>Attention: Jonathan Farnham<br>9 West 57th Street<br>Suite 4920<br>New York, NY 10019<br>Email: j.farnham@benefitstreetpartners.com | First Class Mail: 10/31<br>Email: 11/1 |
| 27152 | Name on File | Escaleras de Esperanza LLC<br>Attn: Jesse Tsai<br>1225 Ave Ponce de Leon<br>PH-1369<br>San Juan, PR 00907<br>Email: escaleraesperanza570@gmail.com | First Class Mail: 10/31<br>Email: 11/1 |