# EXHIBIT A

## Owl Hill Advisory, LLC

**Summary of Staffing and Functions – FTX Trading Ltd., *et al.*
for the Period from October 1, 2024 through October 8, 2024**

| Name and Title | Function/Role |
|---|---|
| **Staffing – Officer Positions** | |
| John J. Ray III | Chief Executive Officer |
| **Staffing – Non-Officer Positions** | |
| N/A | N/A |

**The following Compensation Report includes
services performed by Owl Hill on behalf of the Debtors
for the period from October 1, 2024 through October 8, 2024**

**Summary of Services Provided**

1. John J. Ray III is the only professional staffed by Owl Hill on the engagement. As the CEO for the Debtors, Mr. Ray has assumed in all respects the management of the Debtors' businesses. In addition, as described in the First Day Declarations, Mr. Ray has provided oversight and support to the Debtors' other professionals in connection with execution of the five core objectives of these Chapter 11 Cases:

    (a) Implementation of Controls: the implementation of accounting, audit, cash management, cybersecurity, human resources, risk management, data protection and other systems that did not exist, or did not exist to an appropriate degree, prior to Mr. Ray's appointment;

    (b) Asset Protection & Recovery: the location and security of property of the estate, a substantial portion of which may be missing or stolen;

    (c) Transparency and Investigation: the pending, comprehensive, transparent and deliberate investigation into claims against Mr. Samuel Bankman-Fried, the other co-founders of the Debtors and third parties, in coordination with regulatory stakeholders in the United States and around the world;

    (d) Efficiency and Coordination: cooperation and coordination with insolvency proceedings of subsidiary companies in other jurisdictions; and

    (e) Maximization of Value: the maximization of value for all stakeholders through the eventual reorganization or sale of the Debtors 'complex array of businesses, investments and digital and physical property.

2. During the Reporting Period, Mr. Ray directed and oversaw the Debtors' businesses and worked with the Debtors' retained professionals on these five objectives. This work included periodic meetings and numerous communications with the independent board of directors and attending regular weekly telephonic and in person board meetings to manage and coordinate the Debtors' operations and restructuring efforts. Mr. Ray led weekly calls with the

lead professionals related to the overall direction and management of the case as well as broader weekly meetings with the professional firms that are critical to the day-to-day management of these Chapter 11 Cases.  Additionally, Mr. Ray has worked to establish and maintain internal controls, address and manage employees and employee concerns, interacted with management in Japan, Europe and other locations throughout the world and managed cash, other assets and investments, data and systems related issues with respect to all Debtors.  Mr. Ray also provided oversight related to the Debtors' public relations and communications plans.

3.     Mr. Ray also spent significant time managing the Debtors' Chapter 11 Cases.  Mr. Ray has dedicated his time to various issues related to asset recovery and security, engagement and meeting with the Committee and monitoring the status of the Debtors' chapter 11 filings and professional retentions.  In connection with the review of professional retentions, Mr. Ray coordinated with the Debtors' professionals to avoid the unnecessary duplication of services.  In addition to work related to claims and creditor management, Mr. Ray provided oversight and assistance with the evaluation of potential avoidance actions, the consideration of the sale of certain businesses and investments and the development of restructuring strategies.  Mr. Ray is involved day to day with respect to the management and disposition of the Debtors' coins and tokens.  During the period, Mr. Ray has devoted time to facilitating the Debtors' transition to post-confirmation, including with respect to distribution mechanics and distribution processes.  Mr. Ray has also spent time interacting with certain counterparties related to the monetization of venture capital assets.  Additionally, Mr. Ray has been directly involved with furthering the Debtors' plan of reorganization and steps toward confirmation.

### Summary of Compensation and Expenses

| Period | Fees | Expenses | Total |
|---|---|---|---|
| October 1, 2024 – October 8, 2024 | $102,847.50 | $2,076.57 | $104,924.07 |

### Summary of Expense by Category

| Expense Category | Total Expenses |
|---|---|
| Travel – Lodging | $875.00 |
| Travel – Airfare | $637.46 |
| Travel – Transportation (other) | $531.16 |
| Travel – Meals | $0.00 |
| Other Expenses | $32.95 |
| **Total Amount for Period:** | $2,076.57 |

### Summary of Time and Fees by Professional

| Name of Professional | Function/Role | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| John J. Ray III | Chief Executive Officer | $1,575.00 | 71.3 | $112,297.50 |
| | **50% adjustment for non-working travel:** | | 12.0 | ($9,450.00) |
| | **Total Amount for Period:** | | | $102,847.50 |

**Time Detail Activity by Professional**

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 10/1/24 | Prepare for (1.0) and participate in Board call (1.5) | John J. Ray III | 2.5 | $3,937.50 |
| 10/1/24 | Call with third party banker related to potential Venture sale | John J. Ray III | 0.5 | $787.50 |
| 10/1/24 | Prepare for confirmation hearing | John J. Ray III | 3.0 | $4,725.00 |
| 10/1/24 | Review and approve disclosures related to coins and tokens | John J. Ray III | 0.3 | $472.50 |
| 10/1/24 | Review materials related to insurance and prepare for underwriter's call | John J. Ray III | 2.0 | $3,150.00 |
| 10/1/24 | Review and sign off on NDA approvals | John J. Ray III | 0.5 | $787.50 |
| 10/1/24 | Review and sign off on FTX Digital dismissal motion and order | John J. Ray III | 0.5 | $787.50 |
| 10/2/24 | Review of Venture investments and settlement structure | John J. Ray III | 3.5 | $5,512.50 |
| 10/2/24 | Call with insurers related to renewal of cyber and crime policies | John J. Ray III | 1.5 | $2,362.50 |
| 10/2/24 | Review and respond to creditor related to Plan terms | John J. Ray III | 0.5 | $787.50 |
| 10/2/24 | Prepare for confirmation hearing | John J. Ray III | 3.5 | $5,512.50 |
| 10/2/24 | Review and approve distribution agent agreement modifications | John J. Ray III | 0.8 | $1,260.00 |
| 10/2/24 | Communicate potential Venture sale terms to advisors | John J. Ray III | 0.8 | $1,260.00 |
| 10/2/24 | Review further comments on liquidating trust agreement | John J. Ray III | 0.5 | $787.50 |
| 10/2/24 | Communicate Venture capital portfolio investment results to Rothschilds | John J. Ray III | 0.3 | $472.50 |
| 10/2/24 | Review contracts for assumption and filing of notice | John J. Ray III | 0.8 | $1,260.00 |

---

[1] Non-working travel is charged at a 50% discount to the standard rate.

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 10/3/24 | Communicate consent related to certain changes to Plan documents | John J. Ray III | 0.3 | $472.50 |
| 10/3/24 | Review investment results for Venture portfolio company | John J. Ray III | 2.5 | $3,937.50 |
| 10/3/24 | Call with Galaxy and A&M (K Ramanathan and others) related to auction results | John J. Ray III | 0.5 | $787.50 |
| 10/3/24 | Review counter proposal related to token matter and settlement | John J. Ray III | 0.5 | $787.50 |
| 10/3/24 | Prepare for Plan confirmation and post confirmation communications | John J. Ray III | 3.5 | $5,512.50 |
| 10/3/24 | Review claims materials and call with S&C (J Croke) and A&M (K Ramanathan and others) | John J. Ray III | 0.8 | $1,260.00 |
| 10/3/24 | Review and approve professional fees | John J. Ray III | 0.5 | $787.50 |
| 10/3/24 | Review and approve settlement agreement motion for filing | John J. Ray III | 0.8 | $1,260.00 |
| 10/3/24 | Review motion to approve Ellison settlement | John J. Ray III | 0.8 | $1,260.00 |
| 10/3/24 | Review and comment on Plan confirmation communications | John J. Ray III | 0.5 | $787.50 |
| 10/4/24 | Review Plan materials and filings in preparation for confirmation hearing | John J. Ray III | 4.0 | $6,300.00 |
| 10/4/24 | Review Plan confirmation communications | John J. Ray III | 0.5 | $787.50 |
| 10/4/24 | Review and revise letter to NDA party related to compliance | John J. Ray III | 0.5 | $787.50 |
| 10/4/24 | Review and approve minutes relating to trading activity | John J. Ray III | 0.3 | $472.50 |
| 10/4/24 | Review distribution agreements and processes and planning related to distributions | John J. Ray III | 3.5 | $5,512.50 |
| 10/6/24 | Non-working travel/flight to Court hearing | John J. Ray III | 5.0 | $3,937.50 |
| 10/6/24 | Review materials in advance of confirmation hearing | John J. Ray III | 4.0 | $6,300.00 |
| 10/7/24 | Prepare for confirmation hearing (2.0) and attend hearing (6.0) | John J. Ray III | 8.0 | $12,600.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 10/7/24 | Non-working travel from confirmation hearing | John J. Ray III | 2.0 | $1,575.00 |
| 10/8/24 | Review further changes to settlement agreement | John J. Ray III | 0.8 | $1,260.00 |
| 10/8/24 | Non-working travel/flight from confirmation hearing | John J. Ray III | 5.0 | $3,937.50 |
| 10/8/24 | Review of coin and token positions | John J. Ray III | 1.0 | $1,575.00 |
| 10/8/24 | Prepare for next steps related to claims, and distributions | John J. Ray III | 2.5 | $3,937.50 |
| | | **Total Amount for Period:** | **71.3** | **$102,847.50** |

**Owl Hill Expense Report – Detail by Day, by Category**

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 10/06/24 | One-way American Airlines coach airfare BNA to PHL for confirmation hearing | $354.48 | | | | | John J. Ray III |
| 10/06/24 | WiFi On Board for flight to Delaware for confirmation hearing | | | | | $15.00 | |
| 10/06/24 | Car service from PHL to hotel from confirmation hearing | | | $136.41 | | | John J. Ray III |
| 10/07/24 | Lodging in Delaware for confirmation hearing | | $350.00 | | | | John J. Ray III |
| 10/08/24 | Coach train fare from NYC to Delaware for confirmation hearing | | | $124.00 | | | John J. Ray III |
| 10/08/24 | Car service from train station to hotel from confirmation hearing | | | $21.79 | | | John J. Ray III |
| 10/08/24 | Lodging in NYC for confirmation hearing | | $525.00 | | | | John J. Ray III |
| 10/08/24 | One-way American Airlines coach airfare LGA to BNA for confirmation hearing | $282.98 | | | | | John J. Ray III |
| 10/08/24 | WiFi On Board for flight to Delaware for confirmation hearing | | | | | $17.95 | |
| 10/08/24 | Car service from hotel to LGA from confirmation hearing | | | $108.96 | | | John J. Ray III |
| 10/08/24 | Parking at BNA from confirmation hearing | | | $140.00 | | | John J. Ray III |

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| | **Total Amount for Period:** | **$637.46** | **$875.00** | **$531.16** | **$0.00** | **$32.95** | |