**Re: Objection to Debtors' One Hundred Twenty-Third Omnibus Objection to Claims**
**Case Number**: 22-11068 (JTD)
**Claim Number**: 15629
**Schedule Number**: 7383870
**Debtor**: FTX Trading Ltd.

Dear Chief Judge Dorsey,

I, Nick Yakutilov, a creditor in the Chapter 11 case of FTX Trading Ltd. and affiliated debtors (Case No. 22-11068), respectfully submit this objection to the proposed modification of my claim (Claim No. 15629, Schedule No. 7383870), which was filed on July 17, 2023, for 1205.49136 ChainLink Tokens (LINK).

## Background:

The Debtors have proposed a modification to my claim, citing discrepancies between the cryptocurrency quantities I asserted and those recorded in the Debtors' books and records. The specific reason provided states: "The customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records."

## Issue:

I believe this proposed modification is incorrect. My original claim, based on my account at the time of the FTX bankruptcy filing, is accurate. I have reviewed my records and am confident that the quantity of 1205.49136 ChainLink Tokens (LINK) I filed in my proof of claim accurately reflects the holdings in my FTX account at the time.

Furthermore, my ability to review and respond to this modification has been complicated by a sudden and unexplained change to my KYC status on September 25, 2024. This status change has blocked my ability to proceed with necessary tax document uploads, further obstructing my ability to resolve these issues in a timely manner. I have provided supporting documentation to FTX and its KYC provider, Sumsub, to rectify this situation, but the issue remains unresolved.

## Request for Relief:

I respectfully request the following:

1. **Reconsideration of the proposed modification** to my claim, as I maintain that the original cryptocurrency quantities filed in my proof of claim are accurate.
2. **Restoration of my original KYC status**, which was fully verified, so that I can complete the necessary steps to upload tax documents and proceed with any other actions required in this bankruptcy process.
3. **Clarification from FTX** regarding both the modification of my claim and the KYC status change.

**Supporting Documentation:**

I am including the following documents with this objection:

- Screenshots of my original KYC status and the changes that occurred on September 25, 2024 and November 8, 2024.
- Screenshots of communications with Sumsub and FTX regarding my KYC status.
- Copies of my proofs of claim and associated documentation reflecting my account holdings.
- A copy of my W-9 tax withholding form, submitted on October 10, 2024.
- NYC civil court order for Leave to Change Name.

**Conclusion:**

I respectfully request that the court intervene to allow access to my assets and/or restore my KYC status on FTX.com to allow me to proceed with redeeming my assets, and ensure my claim is accurately reflected in the bankruptcy process. Thank you for your attention to this matter.

Sincerely,
Nick Yakutilov