

# KYC Original



# KYC September 25, 2024



# KYC November 8, 2024



# Account Balances