

## September 25 - Unable to Proceed



Hello,

Thank you for reaching out to us.

First, we'd like to clarify that Sumsub is an identity verification service provider. We verify the identity of customers for our Clients (the platforms we provide services for) strictly based on the documents, rules, and procedures set by such Clients.

As an identity verification service provider, Sumsub does not make decisions regarding the acceptance or rejection of customers. These decisions are solely determined by each Client, based on their customer due diligence, risk assessments, and other evaluations, as they have full access to their customers' data. Sumsub acts only according to our client's instructions.

Considering your situation, we recommend that you contact **Ftx** directly via [support@ftx.com](mailto:support@ftx.com).

**Marcus**
Best regards,
**Sumsub Team**
THIS E-MAIL AND ANY ATTACHED FILES ARE CONFIDENTIAL AND MAY BE LEGALLY PRIVILEGED. If you are not the addressee, you are hereby notified that any disclosure, reproduction, copying, distribution or other dissemination or use of this communication is strictly prohibited. If you have

## Sumsub Reply


**Information**
Sumsub acts only as a data processor. A final decision regarding the establishment of business relations with its customers is always on the company that asks you to pass verification. Due to this, you should contact the support team of that company.



**Giorno** (Please use support.ftx.com)
Oct 7, 2024, 18:50 PDT

Hello,

Can you share the documentation related to your name change? So we can take a look at your case.

With due regards,
FTX.

**Giorno** (Please use support.ftx.com)
Oct 17, 2024, 02:25 PDT

Hello,

Unfortunately, we are not able to make changes at this time because your KYC is unverified.

Please refer to this page to get more details on your KYC status: https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thanks,

FTX Customer Support

# FTX support communications