**Civil Court of the City of New York**
**County of Kings**
141 Livingston Street, Brooklyn, NY 11201

Index Number: NC-000539-23/KI

In the Matter of the Application of
NICHOLAS SEPIA AKA AKA ILYA YAKUTILOV AKA
ILYA ALIKOVICH YAKUTILOV AKA ILYA A
YAKUTILOV
For Leave to Change Their Name To
NICK YAKUTILOV

**ORDER GRANTING**
**NAME CHANGE**

Upon the application for a Name Change by the Petitioner(s), verified on April 7, 2023, and the court being satisfied that the petition is true, and that there is no reasonable objection to the change(s) proposed, it is hereby **ORDERED** that,

The individual currently known as (First) **NICHOLAS** (Last) **SEPIA AKA AKA ILYA YAKUTILOV AKA ILYA ALIKOVICH YAKUTILOV AKA ILYA A YAKUTILOV** who was born on January ▓ 1992 at/in UZBEKISTAN, with CERTIFICATE OF CITIZENSHIP, ▓▓▓ cis REGISTRATION # ▓▓▓ as proof of birth, since no birth certificate is available, is authorized to assume the name of (First) **NICK** (Last) **YAKUTILOV** in place of their present name, and shall be known by no other name.

It is further **ORDERED** that.

- The account(s) associated with the email address alishb@protonmail.com, currently held under the pseudonym "alishb," shall be transferred to **NICK YAKUTILOV**, upon full compliance with the provisions and directives of this Order.

It is further **ORDERED** that this Order be entered and the papers on which it was granted be filed in the office of the Clerk of the Civil Court of the City of New York, County of Kings, and that the authorizations contained herein are contingent upon full compliance with the provisions and directives of this Order.

Dated: 6/14/2023        Signed: [signature]

Hon. Brian L. Gottlieb, J.C.C.,
Judge, Civil Court

NYC CIVIL COURT
KINGS COUNTY

JUN 23 2023

CERTIFIED COPY OF
ORIGINAL PAPER

**ENTERED**

JUN 15 2023

CIVIL COURT
KINGS COUNTY

```
Civil Court of the City of New York
        141 Livingston Street
          Brooklyn, NY 11201
==========================================

Register #: K5 Transaction No.:    13479

Index Number: 539 Knc 2023
    SEPIA vs. YAKUTILOV

FEE: $6.00 Paid        June 23, 2023
         Cash
   Certification Of A Document

   I, Alia Razzaq, Chief Clerk, do
hereby certify that I have compared the
attached copy with the original document
on file in my office and that it is a
correct and complete transcript of the
original.
```

*Alia Razzaq* (signature)
**CHIEF CLERK**
Alia Razzaq, Chief Clerk

No. of Pages: 1    by: M

PCR 06-23-23 NR 14:58
KEEP THIS RECEIPT WITH YOUR COURT PAPERS