# SCHEDULE 1

**Superseded Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**Sixty-First Omnibus Claims Objection**
**Schedule 1 - Superseded Claims**

| | | **Claims to be Disallowed** | | | | | **Surviving Claims** | | |
|---|---|---|---|---|---|---|---|---|---|
| **Claim Number** | **Name** | **Debtor** | **Tickers** | **Ticker Quantity** | **Claim Number** | **Name** | **Debtor** | **Tickers** | **Ticker Quantity** |
| 55462 | Name on file | FTX Trading Ltd. | | | 94681 | Name on file | FTX Trading Ltd. | | |
| | | | BUSD | 303,000.200000000000000 | | | | | |
| | | | TRX | 0.000628000000000 | | | | TRX | 0.000628000000000 |
| | | | USD | 13,680,000.175579554810000 | | | | USD | 15,847,257.617235550000000 |
| | | | USDC | 1,863,957.000000000000000 | | | | | |
| | | | USDT | 2,247,171.354198507500000 | | | | USDT | 2,247,292.354198510000000 |
| 55310 | Name on file | FTX Trading Ltd. | | | 56734* | Name on file | FTX Trading Ltd. | | |
| | | | 1INCH-PERP | 0.000000000000000 | | | | 1INCH-PERP | 0.000000000000000 |
| | | | ALEPH | 15,570.067850000000000 | | | | ALEPH | 15,570.067850000000000 |
| | | | ATLAS | 50,995.950000000000000 | | | | ATLAS | 50,995.950000000000000 |
| | | | ATOM | 1,038.537078000000000 | | | | ATOM | 1,038.537078000000000 |
| | | | AVAX | | | | | AVAX | 0.000000000000000 |
| | | | AXS-PERP | 0.000000000000000 | | | | AXS-PERP | 0.000000000000000 |
| | | | BNB | | | | | BNB | 0.000000000000000 |
| | | | BNB-PERP | 0.000000000000000 | | | | BNB-PERP | 0.000000000000000 |
| | | | BTC | | | | | BTC | 0.000000000000000 |
| | | | BTC-PERP | -0.000000000000037 | | | | BTC-PERP | -0.000000000000037 |
| | | | COMP-PERP | 0.000000000000000 | | | | COMP-PERP | 0.000000000000000 |
| | | | DEFI-PERP | 0.000000000000000 | | | | DEFI-PERP | 0.000000000000000 |
| | | | DOT | 4,501.569282201810000 | | | | DOT | 4,501.569282201810000 |
| | | | ETH | | | | | ETH | 0.000000000000000 |
| | | | ETH-PERP | 0.000000000000085 | | | | ETH-PERP | 0.000000000000085 |
| | | | ETHW | 1,397.803188922960000 | | | | ETHW | 1,397.803188922960000 |
| | | | FIL-PERP | 0.000000000000000 | | | | FIL-PERP | 0.000000000000000 |
| | | | FLOW-PERP | 0.000000000000000 | | | | FLOW-PERP | 0.000000000000000 |
| | | | FTM | 6,952.000000000000000 | | | | FTM | 6,952.000000000000000 |
| | | | FTT | 2,237.293296152370000 | | | | FTT | 2,237.293296152370000 |
| | | | FTT-PERP | 0.000000000000000 | | | | FTT-PERP | 0.000000000000000 |
| | | | GRT | 49,696.282800000000000 | | | | GRT | 49,696.282800000000000 |
| | | | GRT-PERP | 0.000000000000000 | | | | GRT-PERP | 0.000000000000000 |
| | | | HNT | 2,764.042248250000000 | | | | HNT | 2,764.042248250000000 |
| | | | LINK | 6,324.042775670000000 | | | | LINK | 6,324.042775670000000 |
| | | | MANA | 735.517055060000000 | | | | MANA | 735.517055060000000 |
| | | | MATIC | | | | | MATIC | 0.000000000000000 |
| | | | MOB | 0.872650000000000 | | | | MOB | 0.872650000000000 |
| | | | RNDR | 4,241.400000000000000 | | | | RNDR | 4,241.400000000000000 |
| | | | RUNE | 12,894.987954500000000 | | | | RUNE | 12,894.987954500000000 |
| | | | SAND | 97.344950000000000 | | | | SAND | 97.344950000000000 |
| | | | SOL | | | | | SOL | 0.000000000000000 |
| | | | SRM | 91.761200410000000 | | | | SRM | 91.761200410000000 |
| | | | SRM_LOCKED | 691.238799590000000 | | | | SRM_LOCKED | 691.238799590000000 |
| | | | STG | 29,351.117812500000000 | | | | STG | 29,351.117812500000000 |
| | | | SUSHI | 3,049.713125000000000 | | | | SUSHI | 3,049.713125000000000 |
| | | | UNI | 1,659.748800000000000 | | | | UNI | 1,659.748800000000000 |
| | | | USD | -1,087,929.027824540000000 | | | | USD | -1,087,929.027824540000000 |
| | | | USDT | 5,500.000000009620000 | | | | USDT | 5,500.000000009620000 |

56734*: Surviving Claim is pending modification on the Debtors' Fifty-Third (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)