# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. Nos. 3409, 3737 |

### NOTICE OF ROSS RHEINGANS-YOO'S INTENT TO OFFER
### WITNESS TESTIMONY IN CONNECTION WITH OBJECTION TO FDU CLAIM

**PLEASE TAKE NOTICE** that Ross Rheingans-Yoo ("Rheingans-Yoo") hereby provides notice that he intends to be called as a witness at the hearing scheduled for December 12, 2024 at 1:00 p.m. (the "Hearing") on the Debtors' *Objection to Proof of Claim Filed by Ross Rheingans-Yoo* [D.I. 3409, 3737].

Rheingans-Yoo reserves all rights to: (i) amend and supplement this witness list at any time at or prior to the Hearing; (ii) cross-examine any and all witnesses proffered at the Hearing; and (iii) call any rebuttal witnesses as he may deem necessary at the Hearing.

*[Signature Page to Follow]*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Dated: November 12, 2024

                                  **JOYCE, LLC**

                                  */s/ Michael J. Joyce…………..*
                                  Michael J. Joyce (No. 4563)
                                  1225 King Street, Suite 800
                                  Wilmington, DE  19801
                                  Telephone: (302) 388-1944
                                  mjoyce@mjlawoffices.com
                                  *Counsel to Ross Rheingans-Yoo*

                                  -and-

                                  **GOETZ FITZPATRICK LLP**

                                  Scott D. Simon (admitted *pro hac vice*)
                                  One Penn Plaza
                                  Suite 3100
                                  New York, NY 10119
                                  Telephone: (212) 695-8100
                                  ssimon@goetzfitz.com