**CERTIFICATE OF SERVICE**

      I hereby certify that on November 12, 2024, I caused a true and correct copy of the foregoing *Notice of Ross Rheingans-Yoo's Intent to Offer Witness Testimony in Connection with Objection to FDU Claim* to be electronically filed the with the Clerk of Court and served on the parties on the attached service list via CM/ECF and first-class mail.

Dated: November 12, 2024

                                         */s/ Michael Joyce*
                                         Michael J. Joyce

Matthew B. McGuire
Kimberly A. Brown
Matthew R. Pierce
919 Market Street,
Suite 1800
Wilmington, Delaware 19801
E-mail: landis@lrclaw.com
mcguire@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

Steven L. Holley
Stephanie G. Wheeler
Brian D. Glueckstein
125 Broad Street
New York, NY 10004
E-mail: holleys@sullcrom.com
wheelers@sullcrom.com
gluecksteinb@sullcrom.com
dunnec@sullcrom.com
crokej@sullcrom.com