# SCHEDULE 1

**Incorrect Debtor Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**Fifty-Eighth Omnibus Claims Objection**
**Schedule 1 - Incorrect Debtor Claims**

| Claim Number | Name | Asserted Claims Debtor | Modified Claim Debtor |
|---|---|---|---|
| 65232 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 52534 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 89056 | Name on file | FTX Trading Ltd. | Quoine Pte Ltd |
| 54004* | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 39564 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 15253 | Name on file | West Realm Shires Services Inc. | FTX EU Ltd. |
| 81235 | Name on file | FTX Trading Ltd. | FTX Japan K.K. |
| 86142 | Name on file | FTX Trading Ltd. | FTX Japan K.K. |
| 52178 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 49941 | Name on file | FTX Trading Ltd. | FTX Japan K.K. |
| 34430 | Name on file | FTX Trading Ltd. | Quoine Pte Ltd |
| 94953 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 84935 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 90085 | Name on file | FTX Trading Ltd. | Quoine Pte Ltd |
| 51748 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 91046* | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 70213 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 45355 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 38793 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 55789 | Name on file | FTX Trading Ltd. | FTX Japan K.K. |
| 42141 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 89361 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 65948 | Name on file | FTX Trading Ltd. | Quoine Pte Ltd |
| 51744 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 41150 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 46211 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 67370 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 66865 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 46177 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |

91046*: Claim is also included as a Surviving Claim in the Debtors' Fifty-Fourth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
54004*: Claim is also included as a Surviving Claim in the Debtors' Fifty-Fifth (Substantive) Omnibus Objection to Certain Substantive Duplicate Proofs of Claim (Customer Claims)

| Claim Number | Name | Asserted Claims Debtor | Modified Claim Debtor |
|---|---|---|---|
| 72453 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 52914 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 91182 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 9913 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 67864 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 93300 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 67408 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 48060 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 72610 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |