# SCHEDULE 1

**Substantive Duplicate Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**Sixty-Second Omnibus Claims Objection**
**Schedule 1 - Substantive Duplicate Claims**

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Claims to be Disallowed** | | | | | **Surviving Claims** | |
| 95092 | Name on file | FTX Trading Ltd. | BCH | 0.000462710000000 | 91404* | Name on file | FTX Trading Ltd. | BCH | 0.000462710000000 |
| | | | ETH | 23.233000001383700 | | | | ETH | 23.233000001383700 |
| | | | ETHW | 10.000000001383700 | | | | ETHW | 10.000000001383700 |
| | | | SUSHI | 0.345132193957402 | | | | SUSHI | 0.345132193957402 |
| | | | USD | 276,906.143000000000000 | | | | USD | 4.072867511330750 |
| | | | USDT | 14.739576924311200 | | | | USDT | 14.739576924311200 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the Debtors' Twentieth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|---|---|---|---|---|
| 95308 | Name on file | FTX Trading Ltd. | ADA | 0.000000210000000 | 45431* | Name on file | FTX Trading Ltd. | BNB | 0.000004336639070 |
| | | | ALGO | 0.000051970000000 | | | | BTC | 4.707562632901570 |
| | | | AVAX | 0.000036700000000 | | | | DOGE | 0.991182321235250 |
| | | | BNB | 0.000004336639070 | | | | ETH | 0.002086727218918 |
| | | | BTC | 4.707562632901570 | | | | ETHW | 0.002086727218918 |
| | | | COMP | -0.038000000000000 | | | | FTT | 1,000.356555000000000 |
| | | | CRO | 0.005053010000000 | | | | LUNC | 0.000179719561610 |
| | | | | | | | | NFT (384733823451339801/THE HILL BY FTX #21062) | 1.000000000000000 |
| | | | DOGE | 0.991182321235250 | | | | SOL | 1,712.849642509670000 |
| | | | DOT | 0.000061640000000 | | | | SRM | 10,653.187565130000000 |
| | | | ETH | 0.002086727218918 | | | | SRM_LOCKED | 8,815.216082030000000 |
| | | | ETHW | 0.002086727218918 | | | | TRX | 0.001808061132635 |
| | | | FTM | 0.000809350000000 | | | | USD | 5,183,128.380000000000000 |
| | | | FTT | 1,000.356555000000000 | | | | USDT | 0.041528144733109 |
| | | | GRT | -0.000014990000000 | | | | USTC | 0.000000005436020 |
| | | | LINK | 0.000005610000000 | | | | | |
| | | | LTC | 0.000000010000000 | | | | | |
| | | | LUNC | 0.000179719561610 | | | | | |
| | | | MANA | 0.003532020000000 | | | | | |
| | | | NFT (384733823451339801/THE HILL BY FTX #21062) | 1.000000000000000 | | | | | |
| | | | RAY | 0.000000030000000 | | | | | |
| | | | SAND | 0.000003390000000 | | | | | |
| | | | SHIB | 0.015944330000000 | | | | | |
| | | | SOL | 1,715.849642469670000 | | | | | |
| | | | SRM | 10,653.187565130000000 | | | | | |
| | | | SRM_LOCKED | 8,815.216082030000000 | | | | | |
| | | | SUSHI | 0.000000160000000 | | | | | |
| | | | TRX | 0.001808061132635 | | | | | |
| | | | UNI | 0.000003520000000 | | | | | |
| | | | USD | 2,591,546.000000000000000 | | | | | |
| | | | USDT | 0.041528144733109 | | | | | |
| | | | USTC | 0.000000005436020 | | | | | |
| | | | XRP | 0.000005860000000 | | | | | |
| | | | YFI | -0.013254000000000 | | | | | |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Thirty-Sixth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|---|---|---|---|---|
| 71119 | Name on file | FTX Trading Ltd. | | | 52925* | Name on file | FTX Trading Ltd. | | |
| | | | 1INCH | 4,225.560000000000000 | | | | 1INCH | 4,225.557592900000000 |
| | | | AAVE | 2,297.920000000000000 | | | | 1INCH-PERP | 174,870.000000000000000 |
| | | | AGLD | 133,808.170000000000000 | | | | AAVE | 2,297.918746924590000 |
| | | | AKRO | 436,095.520000000000000 | | | | AAVE-PERP | -5,527.599999999990000 |
| | | | ALCX | 113.340000000000000 | | | | ADA-PERP | -64,430.000000000000000 |
| | | | ALGO | 341,189.720000000000000 | | | | AGLD | 133,808.169776690000000 |
| | | | ALICE | 10,981.550000000000000 | | | | AGLD-PERP | 5,253.900000000080000 |
| | | | ALPHA | 228,448.730000000000000 | | | | AKRO | 436,095.517182500000000 |
| | | | APE | 41,879.300000000000000 | | | | ALCX | 113.344529812500000 |
| | | | ATLAS | 10,249,199.140000000000000 | | | | ALCX-PERP | -192.018999999999000 |
| | | | ATOM | 46,140.330000000000000 | | | | ALGO | 341,189.716680000000000 |
| | | | AUDIO | 9,668.070000000000000 | | | | ALGO-PERP | -517,065.000000000000000 |
| | | | AVAX | 427.810000000000000 | | | | ALICE | 10,981.546512000000000 |
| | | | AXS | 179.370000000000000 | | | | ALICE-PERP | 13,497.999999999900000 |
| | | | BADGER | 910.140000000000000 | | | | ALPHA | 228,448.730440000000000 |
| | | | BAL | 216.530000000000000 | | | | ALPHA-PERP | -697,028.000000000000000 |
| | | | BAND | 563.110000000000000 | | | | AMPL | 0.087053832506857 |
| | | | BAO | 250,000.510000000000000 | | | | AMPL-PERP | 0.000000000000000 |
| | | | BAT | 12,163.350000000000000 | | | | ANC | 2.849320000000000 |
| | | | BCH | 1,421.060000000000000 | | | | ANC-PERP | 0.000000000000000 |
| | | | BIT | 5,168.120000000000000 | | | | APE | 41,879.300519986300000 |
| | | | BNB | 244.060000000000000 | | | | APE-PERP | -56,453.700000000300000 |
| | | | BNT | 4,156.560000000000000 | | | | APT | 125.055060000000000 |
| | | | BOBA | 87,710.440000000000000 | | | | APT-PERP | -75,544.000000000000000 |
| | | | BRZ | 3,008.810000000000000 | | | | AR-PERP | 5,177.199999999940000 |
| | | | BTC | 346.910000000000000 | | | | ASD | 2,097,150.999503000000000 |
| | | | C98 | 71,047.580000000000000 | | | | ASD-PERP | -1,300,263.000000000000000 |
| | | | CEL | 1,094.740000000000000 | | | | ATLAS | 10,249,199.136000000000000 |
| | | | CHR | 68,020.490000000000000 | | | | ATLAS-PERP | -11,465,890.000000000000000 |
| | | | CHZ | 210,527.110000000000000 | | | | ATOM | 46,140.333095686500000 |
| | | | CLV | 12,031.620000000000000 | | | | ATOM-PERP | -15,706.930000000000000 |

52925*: Surviving Claim was ordered modified on the Debtors· Twentieth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
91404*: Surviving Claim was ordered modified on the Debtors· Twentieth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
45431*: Surviving Claim is pending modification on the Debtors· Thirty-Sixth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)

| Claims to be Disallowed | | | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| | | | COMP | 120.910000000000000 | | | | | AUDIO | 9,668.069132500000000 |
| | | | CONY | 376,382.060000000000000 | | | | | AUDIO-PERP | 867,687.800000000000000 |
| | | | CREAM | 631.760000000000000 | | | | | AVAX | 427.808521636736000 |
| | | | CRO | 45,719.730000000000000 | | | | | AVAX-PERP | 10,397.400000000000000 |
| | | | CRV | 163,281.430000000000000 | | | | | AXS | 179.373367572796000 |
| | | | CVC | 92,500.460000000000000 | | | | | AXS-PERP | -5,951.900000000050000 |
| | | | CVX | 6,120.320000000000000 | | | | | BADGER | 910.137299965000000 |
| | | | DAWN | 1,429.990000000000000 | | | | | BADGER-PERP | -504.129999999987000 |
| | | | DENT | 20,528,549.450000000000000 | | | | | BAL | 216.527538495000000 |
| | | | DODO | 10,049.450000000000000 | | | | | BAL-PERP | 3,359.280000000030000 |
| | | | DOGE | 114,982.100000000000000 | | | | | BAND | 563.105404150000000 |
| | | | DOT | 1,097.480000000000000 | | | | | BAND-PERP | 271,921.100000000000000 |
| | | | DYDX | 57,379.800000000000000 | | | | | BAO | 250,000.505800010000000 |
| | | | EDEN | 11,266.200000000000000 | | | | | BAO-PERP | 0.000000000000000 |
| | | | ENJ | 175,362.950000000000000 | | | | | BAT | 12,163.350449330000000 |
| | | | ENS | 1,166.480000000000000 | | | | | BAT-PERP | 468,605.000000000000000 |
| | | | ETH | 988.370000000000000 | | | | | BCH | 1,421.062449193450000 |
| | | | ETHW | 456.520000000000000 | | | | | BCHA | 2.112701480000000 |
| | | | EUR | 453,795.940000000000000 | | | | | BCH-PERP | -4,036.225000000000000 |
| | | | FIDA | 48,099.220000000000000 | | | | | BEAR | 63.025000000000000 |
| | | | FTM | 173,617.040000000000000 | | | | | BICO | 29.557398380000000 |
| | | | FTT | 268,712.150000000000000 | | | | | BILI-20201225 | 0.000000000000000 |
| | | | FXS | 26,339.960000000000000 | | | | | BIT | 5,168.115835140000000 |
| | | | GAL | 2,408.900000000000000 | | | | | BIT-PERP | -7,079.000000000000000 |
| | | | GALA | 816,096.740000000000000 | | | | | BNB | 244.059470740977000 |
| | | | GMT | 1,587.280000000000000 | | | | | BNB-PERP | -4,926.099999999970000 |
| | | | GRT | 1,379,368.040000000000000 | | | | | BNT | 4,156.558998890000000 |
| | | | GST | 22,084.130000000000000 | | | | | BNT-PERP | -10,335.900000000000000 |
| | | | HOLY | 1,365.660000000000000 | | | | | BOBA | 87,710.435207370000000 |
| | | | HT | 47.840000000000000 | | | | | BOBA-PERP | -140,569.700000000000000 |
| | | | IMX | 25,870.460000000000000 | | | | | BRZ | 3,008.811995000000000 |
| | | | KIN | 29,382.960000000000000 | | | | | BRZ-PERP | -3,850.000000000000000 |
| | | | KNC | 2,222.330000000000000 | | | | | BSV-PERP | 3,221.650000000010000 |
| | | | LDO | 18,887.020000000000000 | | | | | BTC | 346.907248794397000 |
| | | | LEO | 76.630000000000000 | | | | | BTC-PERP | -13.482600000000100 |
| | | | LINA | 378,645,106.000000000000000 | | | | | BTT | 1,353,767.141400000000000 |
| | | | LINK | 15,060.680000000000000 | | | | | BTT-PERP | 0.000000000000000 |
| | | | LRC | 18,336.830000000000000 | | | | | BTTPRE-PERP | 0.000000000000000 |
| | | | LTC | 2,087.180000000000000 | | | | | C98 | 71,047.582611130000000 |
| | | | LUNA2 | 3,619.420000000000000 | | | | | C98-PERP | 276,403.000000000000000 |
| | | | LUNC | 0.170000000000000 | | | | | CAKE-PERP | -4,693.199999999840000 |
| | | | MANA | 78,052.550000000000000 | | | | | CEL | 1,094.743628250000000 |
| | | | MATIC | 169,693.340000000000000 | | | | | CELO-PERP | -319,837.700000000000000 |
| | | | MKR | 3.380000000000000 | | | | | CEL-PERP | -61,198.399999999500000 |
| | | | MTL | 2,485.720000000000000 | | | | | CHR | 68,020.488005000000000 |
| | | | NEAR | 500,576.370000000000000 | | | | | CHR-PERP | 271,331.000000000000000 |
| | | | OKB | 99.390000000000000 | | | | | CHZ | 210,527.110949070000000 |
| | | | OMG | 60,104.170000000000000 | | | | | CHZ-PERP | 402,430.000000000000000 |
| | | | PAXG | 0.680000000000000 | | | | | CLV | 12,031.617251490000000 |
| | | | PEOPLE | 623,469.870000000000000 | | | | | CLV-PERP | 37,366.499999999300000 |
| | | | PERP | 2,636.430000000000000 | | | | | COMP | 120.911834514750000 |
| | | | POLIS | 54,878.270000000000000 | | | | | COMP-PERP | 4,506.727900000010000 |
| | | | PROM | 39.520000000000000 | | | | | CONV | 376,382.061825000000000 |
| | | | PUNDIX | 6,739.020000000000000 | | | | | CONV-PERP | 0.000000000000000 |
| | | | RAY | 323,264.620000000000000 | | | | | CREAM | 631.762531250000000 |
| | | | REEF | 94,740.950000000000000 | | | | | CREAM-PERP | -1,879.069999999990000 |
| | | | REN | 354,283.130000000000000 | | | | | CRO | 45,719.726304000000000 |
| | | | RNDR | 85,932.490000000000000 | | | | | CRO-PERP | 6,721,510.000000000000000 |
| | | | RSR | 432,797.930000000000000 | | | | | CRV | 163,281.431956310000000 |
| | | | RUNE | 6.230000000000000 | | | | | CRV-PERP | -174,373.000000000000000 |
| | | | SAND | 175,284.890000000000000 | | | | | CVC | 92,500.455180970000000 |
| | | | SECO | 2,995.760000000000000 | | | | | CVC-PERP | 55,964.000000000000000 |
| | | | SHIB | 12,930,317,828.290000000000000 | | | | | CVX | 6,120.317657710000000 |
| | | | SIP | 403,430.080000000000000 | | | | | CVX-PERP | 4,592.399999997980000 |
| | | | SKL | 245,383.750000000000000 | | | | | DASH-PERP | -207.189999999970000 |
| | | | SNX | 199.040000000000000 | | | | | DAWN | 1,429.993390500000000 |
| | | | SOL | 1,796.230000000000000 | | | | | DAWN-PERP | -1,426.800000000010000 |
| | | | SPELL | 4,319,036.320000000000000 | | | | | DENT | 20,528,549.453250000000000 |
| | | | SRM | 2,692,395.050000000000000 | | | | | DENT-PERP | -7,781,000.000000000000000 |
| | | | STEP | 170,261.450000000000000 | | | | | DMG | 0.046957500000000 |
| | | | STMX | 1,019,608.540000000000000 | | | | | DMG-PERP | 0.000000000116415 |
| | | | STORJ | 34,618.740000000000000 | | | | | DODO | 10,049.454394250000000 |
| | | | SUSHI | 157,206.840000000000000 | | | | | DODO-PERP | -44,370.099999999200000 |
| | | | SXP | 268.820000000000000 | | | | | DOGE | 114,982.102452961000000 |
| | | | TOMO | 36,128.020000000000000 | | | | | DOGE-PERP | 836,845.000000000000000 |
| | | | TONCOIN | 2,430.490000000000000 | | | | | DOT | 1,097.479731246640000 |
| | | | TRU | 300,101.640000000000000 | | | | | DOT-PERP | 40,012.399999998000000 |
| | | | TRX | 51,208.130000000000000 | | | | | DRGN-PERP | 0.000000000000000 |
| | | | TRYB | 6,209.300000000000000 | | | | | DYDX | 57,379.799413000000000 |
| | | | UNI | 54,984.070000000000000 | | | | | DYDX-PERP | -50,208.000000000100000 |
| | | | USD | 26,651,875.480000000000000 | | | | | EDEN | 11,266.200514000000000 |
| | | | USDT | 149,292.090000000000000 | | | | | EDEN-PERP | -37,037.600000000000000 |
| | | | USTC | 439.750000000000000 | | | | | EGLD-PERP | -9,709.889999999900000 |
| | | | WAVES | 11,212.650000000000000 | | | | | ENJ | 175,362.951731400000000 |
| | | | WBTC | 0.010000000000000 | | | | | ENJ-PERP | -1,061,007.000000000000000 |
| | | | XAUT | 21.010000000000000 | | | | | ENS | 1,166.478529610000000 |
| | | | XRP | 109,110.630000000000000 | | | | | ENS-PERP | 2,374.200000000050000 |
| | | | YEII | 52.190000000000000 | | | | | EOS-PERP | 213,068.700000000000000 |

| Claims to be Disallowed | | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| | | | YFI | 7.680000000000000 | | | | ETC-PERP | -1,786.999999999890000 |
| | | | ZRX | 32,284.750000000000000 | | | | ETH | 988.373650441419000 |
| | | | | | | | | ETHBEAR | 402.550000000000000 |
| | | | | | | | | ETH-PERP | 150.013999999995000 |
| | | | | | | | | ETHW | 456.522546400612000 |
| | | | | | | | | ETHW-PERP | 664.899999999993000 |
| | | | | | | | | EUR | 453,795.937507957000000 |
| | | | | | | | | FIDA | 48,099.218289000000000 |
| | | | | | | | | FIDA-PERP | -34,716.000000000000000 |
| | | | | | | | | FIL-PERP | -15,995.000000001300000 |
| | | | | | | | | FLM-PERP | -35,521.100000001300000 |
| | | | | | | | | FLOW-PERP | -11,544.220000000100000 |
| | | | | | | | | FLUX-PERP | 3,128.000000000000000 |
| | | | | | | | | FTM | 173,617.041007500000000 |
| | | | | | | | | FTM-PERP | -138,270.000000000000000 |
| | | | | | | | | FTT | 268,712.150329069000000 |
| | | | | | | | | FTT-PERP | -33,853.099999999500000 |
| | | | | | | | | FXS | 26,339.959029000000000 |
| | | | | | | | | FXS-PERP | -27,745.199999999900000 |
| | | | | | | | | GAL | 2,408.897962190000000 |
| | | | | | | | | GALA | 816,096.744252490000000 |
| | | | | | | | | GALA-PERP | 538,980.000000000000000 |
| | | | | | | | | GAL-PERP | 13,114.400000000000000 |
| | | | | | | | | GARI | 2,687.963680000000000 |
| | | | | | | | | GLMR-PERP | 174,334.000000000000000 |
| | | | | | | | | GMT | 1,587.281043450000000 |
| | | | | | | | | GMT-PERP | 62.900000000023300 |
| | | | | | | | | GRT | 1,379,368.044297720000000 |
| | | | | | | | | GRT-PERP | -5,916,480.000000000000000 |
| | | | | | | | | GST | 22,084.131518000000000 |
| | | | | | | | | GST-PERP | -155,719.700000000000000 |
| | | | | | | | | HBAR-PERP | 143,643.000000000000000 |
| | | | | | | | | HNT | 5.003716960000000 |
| | | | | | | | | HNT-PERP | 85.800000000083700 |
| | | | | | | | | HOLY | 1,365.656527000000000 |
| | | | | | | | | HOLY-PERP | -1,368.000000000000000 |
| | | | | | | | | HOT-PERP | 30,296,600.000000000000000 |
| | | | | | | | | HT | 47.836889262582000 |
| | | | | | | | | HT-PERP | -858.330000000133000 |
| | | | | | | | | HUM | 24.603000000000000 |
| | | | | | | | | HUM-PERP | 0.000000000000000 |
| | | | | | | | | ICP-PERP | -10,410.600000000000000 |
| | | | | | | | | ICX-PERP | -48,535.000000000000000 |
| | | | | | | | | IMX | 25,870.460652040000000 |
| | | | | | | | | IMX-PERP | -2,365.000000000000000 |
| | | | | | | | | INDI_IEO_TICKET | 1.000000000000000 |
| | | | | | | | | INJ-PERP | 10,848.000000000000000 |
| | | | | | | | | IOST-PERP | -3,940,490.000000000000000 |
| | | | | | | | | IOTA-PERP | 91,639.000000000000000 |
| | | | | | | | | JASMY-PERP | 51,488,400.000000000000000 |
| | | | | | | | | JST | 0.000500000000000 |
| | | | | | | | | KAVA-PERP | 180,500.300000000000000 |
| | | | | | | | | KBTT-PERP | 0.000000000000000 |
| | | | | | | | | KIN | 29,382.957100000000000 |
| | | | | | | | | KIN-PERP | 0.000000000000000 |
| | | | | | | | | KLAY-PERP | 79,860.000000000000000 |
| | | | | | | | | KNC | 2,222.332017750000000 |
| | | | | | | | | KNC-PERP | 2,423.599999999820000 |
| | | | | | | | | KSHIB | 256,729.754650000000000 |
| | | | | | | | | KSHIB-PERP | -474,837.000000000000000 |
| | | | | | | | | KSM-PERP | -1,004.709999999980000 |
| | | | | | | | | KSOS | 30,342,464.628000000000000 |
| | | | | | | | | KSOS-PERP | -32,263,700.000000000000000 |
| | | | | | | | | LDO | 18,887.017590000000000 |
| | | | | | | | | LDO-PERP | 151,047.000000000000000 |
| | | | | | | | | LEND-PERP | 0.000000000000000 |
| | | | | | | | | LEO | 76.633731500000000 |
| | | | | | | | | LEO-PERP | -1,258.000000000000000 |
| | | | | | | | | LINA | 3,786,451.055200000000000 |
| | | | | | | | | LINA-PERP | -4,162,570.000000000000000 |
| | | | | | | | | LINK | 15,060.684261040000000 |
| | | | | | | | | LINK-PERP | -14,871.199999999800000 |
| | | | | | | | | LOOKS | 33,434.926561833200000 |
| | | | | | | | | LOOKS-PERP | -121,183.000000000000000 |
| | | | | | | | | LRC | 18,336.828039550000000 |
| | | | | | | | | LRC-PERP | 344,046.000000000000000 |
| | | | | | | | | LTC | 2,087.175043432250000 |
| | | | | | | | | LTC-PERP | -2,261.130000000000000 |
| | | | | | | | | LUNA2 | 3,619.421692545740000 |
| | | | | | | | | LUNA2_LOCKED | 8,445.317282943130000 |
| | | | | | | | | LUNC | 0.171998300000000 |
| | | | | | | | | LUNC-PERP | 2,433,315,000.000000000000000 |
| | | | | | | | | MANA | 78,052.547150510000000 |
| | | | | | | | | MANA-PERP | -104,592.000000000000000 |
| | | | | | | | | MAPS | 120,939.437052500000000 |
| | | | | | | | | MAPS-PERP | -150,128.000000000000000 |
| | | | | | | | | MASK | 393.499780000000000 |
| | | | | | | | | MASK-PERP | 33,589.000000000000000 |

| Claims to be Disallowed ||||| Surviving Claims |||||
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| | | | | | | | | MATIC | 169,693.344156794000000 |
| | | | | | | | | MATIC-PERP | -175,973.000000000000000 |
| | | | | | | | | MCB | 0.005245250000000 |
| | | | | | | | | MCB-PERP | 0.000000000000682 |
| | | | | | | | | MEDIA | 0.804607750000000 |
| | | | | | | | | MEDIA-PERP | -2,325.450000000000000 |
| | | | | | | | | MER | 1.891581500000000 |
| | | | | | | | | MER-PERP | 0.000000000000000 |
| | | | | | | | | MINA-PERP | 62,977.000000000000000 |
| | | | | | | | | MKR | 3.381003490418120 |
| | | | | | | | | MKR-PERP | -8.037000000001070 |
| | | | | | | | | MNGO | 568,228.747750000000000 |
| | | | | | | | | MNGO-PERP | -583,480.000000000000000 |
| | | | | | | | | MOB | 4,743.918220000000000 |
| | | | | | | | | MOB-PERP | -14,968.000000000000000 |
| | | | | | | | | MTA | 2.747822500000000 |
| | | | | | | | | MTA-PERP | 0.000000000000000 |
| | | | | | | | | MTL | 2,485.724064000000000 |
| | | | | | | | | MTL-PERP | 79,034.400000000000000 |
| | | | | | | | | NEAR | 500,576.366456000000000 |
| | | | | | | | | NEAR-PERP | 3,991.799999999960000 |
| | | | | | | | | NEO-PERP | 19,911.200000000000000 |
| | | | | | | | | NFT (292424690161597205/Official Solana NFT) | 1.000000000000000 |
| | | | | | | | | NFT (298775306548862510/StarAtlas Anniversary) | 1.000000000000000 |
| | | | | | | | | NFT (318834729113095275/NFT) | 1.000000000000000 |
| | | | | | | | | NFT (324152355036114853/EZU Pass) | 1.000000000000000 |
| | | | | | | | | NFT (366811169816232134/Magic Summer Box) | 1.000000000000000 |
| | | | | | | | | NFT (382569800527097387/Magic Eden Pass) | 1.000000000000000 |
| | | | | | | | | NFT (382923431344898836/StarAtlas Anniversary) | 1.000000000000000 |
| | | | | | | | | NFT (444414270179108502/StarAtlas Anniversary) | 1.000000000000000 |
| | | | | | | | | NFT (46041324751835142/StarAtlas Anniversary) | 1.000000000000000 |
| | | | | | | | | NFT (464863276643441821/StarAtlas Anniversary) | 1.000000000000000 |
| | | | | | | | | NFT (479815368009551283/StarAtlas Anniversary) | 1.000000000000000 |
| | | | | | | | | NFT (494807052140808648/StarAtlas Anniversary) | 1.000000000000000 |
| | | | | | | | | NFT (531771983285797524/Magic Eden Pass) | 1.000000000000000 |
| | | | | | | | | NFT (533496824936362026/StarAtlas Anniversary) | 1.000000000000000 |
| | | | | | | | | NFT (539542358225093823/StarAtlas Anniversary) | 1.000000000000000 |
| | | | | | | | | NFT (554874023946611445/Official Solana NFT) | 1.000000000000000 |
| | | | | | | | | NPX5-PERP | 0.000000000000000 |
| | | | | | | | | OKB | 99.393189000000000 |
| | | | | | | | | OKB-20201225 | 0.000000000000000 |
| | | | | | | | | OKB-PERP | 608.650000000020000 |
| | | | | | | | | OMG | 60,104.165025850000000 |
| | | | | | | | | OMG-PERP | -96,855.899999999980000 |
| | | | | | | | | ONE-PERP | 313,790.000000000000000 |
| | | | | | | | | ONT-PERP | 276,769.000000000000000 |
| | | | | | | | | OP-PERP | -9,845.000000000000000 |
| | | | | | | | | ORBS | 22.682450000000000 |
| | | | | | | | | ORBS-PERP | 0.000000000000000 |
| | | | | | | | | OXY | 33,731.645310000000000 |
| | | | | | | | | OXY-PERP | -69,382.500000000030000 |
| | | | | | | | | PAXG | 0.683150122500000 |
| | | | | | | | | PAXG-PERP | -7.029999999999320 |
| | | | | | | | | PEOPLE | 623,469.866560000000000 |
| | | | | | | | | PEOPLE-PERP | 608,510.000000000000000 |
| | | | | | | | | PERP | 2,636.430896890000000 |
| | | | | | | | | PERP-PERP | 161,721.900000000000000 |
| | | | | | | | | POLIS | 54,878.272578500000000 |
| | | | | | | | | POLIS-PERP | -54,127.700000000200000 |
| | | | | | | | | PROM | 39.523059400000000 |
| | | | | | | | | PROM-PERP | 715.989999999991000 |
| | | | | | | | | PUNDIX | 6,739.017712750000000 |
| | | | | | | | | PUNDIX-PERP | 39,328.000000000200000 |
| | | | | | | | | QTUM-PERP | 5,359.099999999990000 |
| | | | | | | | | RAMP | 6,659.046550000000000 |
| | | | | | | | | RAMP-PERP | 0.000000000000000 |
| | | | | | | | | RAY | 323,264.620954002000000 |
| | | | | | | | | RAY-PERP | -218,250.000000000000000 |
| | | | | | | | | REEF | 94,740.949700000000000 |
| | | | | | | | | REEF-PERP | -125,430.000000000000000 |
| | | | | | | | | REN | 354,283.128263710000000 |
| | | | | | | | | REN-PERP | -261,220.000000000000000 |
| | | | | | | | | RNDR | 85,932.485223330000000 |
| | | | | | | | | RNDR-PERP | -123,174.399999999000000 |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|---|---|---|---|---|
| | | **Claims to be Disallowed** | | | | | **Surviving Claims** | | |
| | | | | | | | | RON-PERP | -10,914.400000000000000 |
| | | | | | | | | ROOK | 0.196858607500000 |
| | | | | | | | | ROOK-PERP | -0.000000000002268 |
| | | | | | | | | ROSE-PERP | -2,177,943.000000000000000 |
| | | | | | | | | RSR | 432,797.928100000000000 |
| | | | | | | | | RSR-PERP | -5,015,220.000000000000000 |
| | | | | | | | | RUNE | 6.231280250000000 |
| | | | | | | | | RUNE-PERP | 4,482.600000001270000 |
| | | | | | | | | RVN-PERP | 782,380.000000000000000 |
| | | | | | | | | SAND | 175,284.893299620000000 |
| | | | | | | | | SAND-PERP | -218,752.000000000000000 |
| | | | | | | | | SC-PERP | -2,902,900.000000000000000 |
| | | | | | | | | SCRT-PERP | -16,612.000000000000000 |
| | | | | | | | | SECO | 2,995.755085000000000 |
| | | | | | | | | SECO-PERP | -2,963.000000000000000 |
| | | | | | | | | SHIB | 12,930,317,828.294900000000000 |
| | | | | | | | | SHIB-PERP | -424,000,000.000000000000000 |
| | | | | | | | | SKL | 245,383.749933550000000 |
| | | | | | | | | SKL-PERP | 1,508,198.000000000000000 |
| | | | | | | | | SLP | 403,430.077250000000000 |
| | | | | | | | | SLP-PERP | -2,473,040.000000000000000 |
| | | | | | | | | SNX | 199.039240507126000 |
| | | | | | | | | SNX-PERP | -3,652.899999999600000 |
| | | | | | | | | SOL | 1,796.230921700000000 |
| | | | | | | | | SOL-PERP | -7,855.739999999790000 |
| | | | | | | | | SOS | 34,198.000000000000000 |
| | | | | | | | | SOS-PERP | 0.000000000000000 |
| | | | | | | | | SPELL | 4,319,036.320049930000000 |
| | | | | | | | | SPELL-PERP | -10,946,800.000000000000000 |
| | | | | | | | | SRM | 2,692,395.045500250000000 |
| | | | | | | | | SRM_LOCKED | 40,502.890825250000000 |
| | | | | | | | | SRM-PERP | -534,347.000000000000000 |
| | | | | | | | | SRN-PERP | 0.000000000000000 |
| | | | | | | | | STEP | 170,261.454164000000000 |
| | | | | | | | | STEP-PERP | -319,029.300000001000000 |
| | | | | | | | | STETH | 44.421644773845000 |
| | | | | | | | | STG | 12,823.311304170000000 |
| | | | | | | | | STG-PERP | 205,587.000000000000000 |
| | | | | | | | | STMX | 1,019,608.537800000000000 |
| | | | | | | | | STMX-PERP | -6,863,120.000000000000000 |
| | | | | | | | | STORJ | 34,618.738958080000000 |
| | | | | | | | | STORJ-PERP | -128,717.395500001000000 |
| | | | | | | | | STX-PERP | 12,344.000000000000000 |
| | | | | | | | | SUSHI | 157,206.837064110000000 |
| | | | | | | | | SUSHI-PERP | -172,559.000000000000000 |
| | | | | | | | | SWEAT | 23.923600000000000 |
| | | | | | | | | SXP | 268.823039753879000 |
| | | | | | | | | SXP-PERP | -0.000000000705597 |
| | | | | | | | | THETA-PERP | -57,527.399999999200000 |
| | | | | | | | | TLM | 450,076.796385000000000 |
| | | | | | | | | TLM-PERP | 338,963.000000000000000 |
| | | | | | | | | TOMO | 36,128.018629685200000 |
| | | | | | | | | TOMO-PERP | -330,414.600000005000000 |
| | | | | | | | | TONCOIN | 2,430.485570000000000 |
| | | | | | | | | TONCOIN-PERP | 15,934.200000000000000 |
| | | | | | | | | TRU | 300,101.635496200000000 |
| | | | | | | | | TRUMP | 0.000000000000000 |
| | | | | | | | | TRU-PERP | -285,135.000000000000000 |
| | | | | | | | | TRX | 51,208.128074499000000 |
| | | | | | | | | TRX-PERP | -26,928,907.000000000000000 |
| | | | | | | | | TRYB | 6,209.299692250000000 |
| | | | | | | | | TRYB-PERP | -6,868.000000000000000 |
| | | | | | | | | TSLA-20210326 | 0.000000000000000 |
| | | | | | | | | TULIP | 0.184069500000000 |
| | | | | | | | | TULIP-PERP | -0.000000000000682 |
| | | | | | | | | UNI | 54,984.071349562200000 |
| | | | | | | | | UNI-PERP | -29,705.700000000300000 |
| | | | | | | | | USD | 26,651,875.475137700000000 |
| | | | | | | | | USDT | 149,292.091265105000000 |
| | | | | | | | | USDT-PERP | 8,888.000000000000000 |
| | | | | | | | | USTC | 439.748780000000000 |
| | | | | | | | | USTC-PERP | 0.000000000000000 |
| | | | | | | | | VET-PERP | 2,122,862.000000000000000 |
| | | | | | | | | WAVES | 11,212.852710000000000 |
| | | | | | | | | WAVES-PERP | 225,001.500000000000000 |
| | | | | | | | | WBTC | 0.005224959000000 |
| | | | | | | | | WSB-20210326 | 0.000000000000000 |
| | | | | | | | | XAUT | 21.009186791750000 |
| | | | | | | | | XAUT-PERP | -20.779999999999900 |
| | | | | | | | | XEM-PERP | -642,095.000000000000000 |
| | | | | | | | | XLM-PERP | 4,540,689.000000000000000 |
| | | | | | | | | XMR-PERP | 2,691.620000000010000 |
| | | | | | | | | XRP | 109,110.630322855000000 |
| | | | | | | | | XRP-PERP | 1,230,908.000000000000000 |
| | | | | | | | | XTZ-PERP | 10,874.823999998000000 |
| | | | | | | | | YFI | 7.682213795827170 |
| | | | | | | | | YFII | 52.186319402500000 |
| | | | | | | | | YFII-PERP | 208.674000000001000 |

| Claim Number | Name | Debtor | Claims to be Disallowed Tickers | Ticker Quantity | Claim Number | Name | Debtor | Surviving Claims Tickers | Ticker Quantity |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | YFI-PERP | -14.376000000000000 |
| | | | | | | | | YGG | 5,746.658160000000000 |
| | | | | | | | | ZEC-PERP | -382.349999999986000 |
| | | | | | | | | ZIL-PERP | 6,110,570.000000000000000 |
| | | | | | | | | ZRX | 32,284.750981320000000 |
| | | | | | | | | ZRX-PERP | -57,761.000000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the Debtors' Twentieth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).