IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:
FTX TRADING LTD., *et al.*,[1]
        Debtors.
------------------------------------------------------------ x

: Chapter 11
:
: Case No. 22-11068 (JTD)
:
: (Jointly Administered)
:
: **Re. D.I. 27755 & 27899**

### NOTICE OF FILING OF REDACTED VERSION OF MOTION OF THE FOREIGN REPRESENTATIVES OF THREE ARROWS CAPITAL, LTD. (IN LIQUIDATION) FOR LEAVE TO AMEND PROOF OF CLAIM

**PLEASE TAKE NOTICE** that, on November 6, 2024, Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized joint liquidators appointed in the British Virgin Islands' liquidation of Three Arrows Capital, Ltd. (in liquidation) (the "**3AC Debtor**") and foreign representatives of the 3AC Debtor (the "**Joint Liquidators of the 3AC Debtor**"), filed the *Motion of the Joint Liquidators of Three Arrows Capital, Ltd. (in liquidation) for Leave to Amend Proof of Claim* [D.I. 27755] (the "**Motion**") was filed with the United States Bankruptcy Court for the District of Delaware (the "**Court**") under seal, temporarily.

**PLEASE TAKE FURTHER NOTICE** Joint Liquidators of the 3AC Debtor hereby file a redacted version of the Motion, which is attached hereto as **Exhibit A**, redacting certain confidential information as set forth in the *Sealing Motion of the Joint Liquidators of the Three Arrows Capital, Ltd. (in Liquidation)*. [D.I. 27899] filed on November 12, 2024.

[*intentionally left blank*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of FTX debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of FTX's claims and noticing agent at https://cases.ra.kroll.com/FTX.

| | |
|---|---|
| Dated: November 12, 2024<br>Wilmington, Delaware | **PASHMAN STEIN WALDER HAYDEN, P.C.**<br><br>/s/ Alexis R. Gambale<br>John W. Weiss (No. 4160)<br>Joseph C. Barsalona II (No. 6102)<br>Alexis R. Gambale (No. 7150)<br>824 North Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 592-6496<br>Facsimile: (732) 852-2482<br>Email:  jweiss@pashmanstein.com<br>            jbarsalona@pashmanstein.com<br>            agambale@pashmanstein.com<br><br>– and –<br><br>Christopher Harris (admitted *pro hac vice*)<br>Adam J. Goldberg (admitted *pro hac vice*)<br>Nacif Taousse (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email:  chris.harris@lw.com<br>            adam.goldberg@lw.com<br>            nacif.taousse@lw.com<br><br>– and –<br><br>Tiffany M. Ikeda (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>Email:  tiffany.ikeda@lw.com<br><br>*Counsel to the Joint Liquidators of Three Arrows Capital, Ltd. (in Liquidation)* |