**EXHIBIT 14**

Page 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

- - -

In re:  FTX Trading LTD, et al.

Debtors.

Chapter 11

Case No.

22-11068 (JTD)

- - -

September 19, 2024

- - -


Videotaped deposition of
ROBERT GORDON, conducted at Latham &
Watkins, 1271 Avenue of the Americas, New
York, New York, commencing at 9:00 a.m.
EDT, on the above date.

Magna Legal Services

866-624-6221

www.MagnaLS.com


Marie Foley

RMR, CRR



```
 1
 2       deposition notice we sent.
 3               Can you grab that?
 4               (Gordon Exhibit 1, Notice of
 5       Deposition of the Debtors Pursuant to
 6       Fed.R.Civ.P.30(b)(6), was marked for
 7       identification, as of this date.)
 8   BY MR. HARRIS:
 9       Q.    All right.  So you've been
10   handed Exhibit 1 is the Notice of
11   Deposition to the debtors.
12               Have you seen this document
13   before?
14       A.    I have.
15       Q.    Okay.
16               And you're prepared -- please
17   look, I'm sorry, on page 6, 6 through 8
18   there's 16 topics.  And you're prepared to
19   testify on all of them except for topic
20   11; is that right?
21       A.    That's correct.
22       Q.    Okay.
23               And just to be clear, are you
24   represented by counsel today?
25       A.    I am not.
```



1

2          Q.     Okay.

3                 You say you also met with a

4     developer; is that right?

5          A.     Correct.

6          Q.     Is that someone who still works

7     for the debtors?

8          A.     Correct.

9          Q.     And who is that?

10          A.     His first name is ████.

11          Q.     ████, okay.

12          A.     ████████

13          Q.     And do you remember his last

14     name?

15          A.     I do not remember his last name.

16          Q.     Okay.

17                 And why did you meet with ████?

18          A.     To answer questions regarding

19     the different fields that -- that -- that

20     ER used to calculate a customer's account

21     balance, as well as to understand what --

22     what flags and, I mean, changes in the

23     database related to liquidation and line

24     of credit for Three Arrows Capital's

25     account.



1

2      Q.    Did he have any knowledge about

3  the Three Arrows account, or was he just

4  someone who knows how to work the

5  database?

6      A.    My understanding of his role

7  pre-petition was on the development of new

8  code and new features and not on the

9  day-to-day operation of the exchange.

10     Q.    Okay.

11           So, do you understand he had any

12 personal knowledge about the Three Arrows

13 account?

14     A.    Not that I'm aware of.

15     Q.    So what did you learn from your

16 discussion with ▇▇▇ about the changes in

17 the Three Arrows account in this June 12th

18 to 15th time period?

19     A.    We -- we learned dis -- we -- we

20 clarified descriptions of some of the

21 fields that -- that are shown here in --

22 in doc 38.

23     Q.    Okay.

24     A.    And that the state of Three

25 Arrows' account on the exchange from a



1

2      Q.    Okay.  Was the end of the day on

3   June 13th the first time that the debtors

4   were aware of Three Arrows being out of

5   compliance?

6      A.    To my knowledge.

7           MR. HARRIS:  I'm just going to

8        hand around a slip sheet to Exhibit 2

9        so the court reporter has something to

10       put a sticker on, but it's just a

11       piece of paper.

12           (Gordon Exhibit 2, Excel

13       spreadsheet placeholder, Bates

14       FTX_3AC_000000038, was marked for

15       identification, as of this date.)

16           MR. HARRIS:  Would anyone like a

17       slip sheet of Exhibit 2?

18           MR. TAOUSSE:  This is a slip

19       sheet of doc 38 that we have shown.

20           MR. GLUECKSTEIN:  We made a

21       note.

22   BY MR. HARRIS:

23      Q.    Did you -- I take it you didn't

24   speak to anyone else, besides ████ , who

25   works or used to work for the debtors,



Page 62

1
2    right?
3        A.    Correct.
4        Q.    Okay.
5              Did you attempt to speak to
6    anyone who had personal knowledge of the
7    Three Arrows account?
8        A.    I did not.
9        Q.    Do you know if anyone on your
10   behalf attempted to speak to anyone who
11   worked at or works at the debtors and had
12   personal knowledge of the Three Arrows
13   account?
14       A.    Not on my behalf.
15       Q.    Okay.  Do you have any knowledge
16   about who at the debtors have personal
17   knowledge about the Three Arrows account?
18   And I'm including former employees in
19   that.
20       A.    It would be the individuals that
21   were in the Slack and that corresponding
22   email that I referenced.
23       Q.    Okay.
24             (Gordon Exhibit 4, Slack Short
25             Message Report 6/14/2022, Bates



1

2      A.    My understanding is that that

3  would, in conjunction with the exchange,

4  that would be marked as the deposit is

5  complete.

6      Q.    So there's some record that

7  occurs in exchange that indicates the

8  sweep occurred?

9      A.    That the deposit was

10  successfully completed.

11      Q.    Okay.

12            Is there a record, do the

13  debtors have any record that indicates

14  into what wallet the customer's asset is

15  transferred?

16      A.    Are -- are you asking that if a

17  customer deposits an asset at -- do we --

18  does it -- do we have a record of which

19  sweep wallet that goes into?

20      Q.    Correct.

21      A.    Not that I'm aware of.

22      Q.    Okay.  So the debtor do not have

23  any way of knowing what wallet a digital

24  asset from a customer where -- where it

25  resides, in what wallet?



1

2        A.     So, the wallets are available to

3    be reviewed publicly on the blockchain,

4    but to understand when a asset is

5    onboarded or off-boarded, you have to

6    trace that asset.  There's not a

7    systematic tracking.

8        Q.     So just to make sure I

9    understand, the debtors do not track into

10   which wallet a customer's digital asset is

11   swept?

12       A.     Not that I'm aware of.

13       Q.     Do the debtors know which common

14   wallets held Three Arrows' digital assets?

15       A.     Not that I'm aware of.

16       Q.     Is there any way to tell, based

17   on the debtors' current business records,

18   which -- which wallets held 3AC's digital

19   assets as of June 12th?

20       A.     Not that I'm aware of.

21       Q.     Is there any way to tell, based

22   on the debtors' business records, which

23   customers have assets in a particular

24   common wallet?

25       A.     There is not a tracking between



 1
 2    will automatically go out and borrow the
 3    dollars you need to go purchase that
 4    bitcoin.  So your ending balance would be
 5    one bitcoin and a 30,000 USD borrow.
 6            So you would go on a
 7    peer-to-peer basis and borrow those
 8    dollars.
 9        Q.    So the borrowing is from another
10    user, not from FTX?
11        A.    That's right.
12        Q.    Does -- does the first user have
13    any knowledge of who the lending user is?
14        A.    I don't believe so.
15        Q.    Okay.
16            All right.  Can you turn to the
17    page that ends 726, it calls -- 726, it's
18    called Section 3.
19        A.    It says "Schedule 3 Service
20    Schedule."
21        Q.    Yeah.
22            And then the bottom section on
23    the left "Specified service specific
24    terms."  And then on the right it says
25    "Important."



1
2    fact, they didn't?
3        A.    Are you asking for my opinion
4    on --
5        Q.    I'm asking for the debtors'
6    opinion why they would intentionally
7    mislead their customers.
8        A.    I do not know.
9        Q.    At the bottom of this page is
10   the sentence that starts "as described
11   below and as previously disclosed."
12       A.    I see it.
13       Q.    Then it says:  The FTX group had
14   only a small fraction of the digital
15   assets in FTX.com Exchange wallets that
16   would have been necessary to cover
17   customer positions on the petition date.
18            Do you see that?
19       A.    I do.
20       Q.    Have the debtors determined
21   whether the debtors had sufficient digital
22   assets to cover customer positions on June
23   12th, 2022?
24       A.    Not to my knowledge.
25       Q.    Or on June 14th, 2022?



1

2        A.    That's my understanding.

3        Q.    Which FTX customers had lent

4   money to 3AC as of June 12th?

5        A.    I have not seen the other side

6   of 3AC's borrows -- their borrows.

7        Q.    Would 3AC have any way of

8   knowing what user in FTX's view lent money

9   to it?

10       A.    No, and it could be multiple

11   users.

12       Q.    Does FTX have a document that

13   shows which users lent money to 3AC as of

14   June 12th, 2022?

15       A.    I'm not certain.

16       Q.    In the -- the way the lending

17   program works, do the lending users lend

18   money to a particular user?

19       A.    No.

20       Q.    So there -- if I understand,

21   there is no particular user who lent money

22   to 3AC?

23       A.    Not to my knowledge.

24       Q.    So, when the proceeds went

25   into -- the proceeds from the sales of



Page 212

1

2    assets between June 12th and June 14th

3    were generated, what FTX users' lending

4    positions were paid off?

5         A.    It would be whoever held that

6    portion of the lend at that point in time.

7         Q.    But there is no particular user

8    who held that portion of the 3AC lend,

9    right?

10        A.    It would go to -- a particular

11   user would have a portion of their lend,

12   but there's -- they would -- there's --

13   they would just put their money out and

14   then their lend program would, if someone

15   borrowed, they would start to have -- see

16   that as a lend and earn interest and when

17   either side closed that transaction, it

18   would -- the -- the cash would be credited

19   back to their account.

20        Q.    I think we may be going in

21   circles.

22              Who is the particular user or

23   users who lent money to Three Arrows?

24        A.    It would be the other customers

25   on the exchange.



1

2      Q.    All of them?

3      A.    Those that have selected the

4  ability for their funds to be lent.

5      Q.    Every single user who

6  participated in the ability to loan money

7  lent money to Three Arrows?

8      A.    Theoretically.

9      Q.    And so there's no one particular

10  or set number of users who made that loan;

11  it was every single user, if I understand

12  the debtors' position?

13      A.    The -- the exchange would

14  determine, based upon who was lending --

15  who was offering lending at that point in

16  time, at what interest rate they were

17  lending at, and then it would

18  automatically select lend offers for your

19  borrow.  There -- in that public document,

20  there is an example of how that worked.

21      Q.    So there are particular users

22  that lend money to Three Arrows; is that

23  right?

24      A.    Yes.

25      Q.    Okay.  I just want to make sure



1

2    I'm getting your testimony right because I

3    thought I heard the exact opposite and now

4    I'm hearing --

5         A.    Can I give you the concept --

6         Q.    Yeah, you can give me a

7    conceptual answer, but then I'm going to

8    need an actual answer who are the lenders

9    of 3AC.

10        A.    So, John, Jane, Bob all are --

11   have excess cash on their account and they

12   want to lend.  They will put out in market

13   that they want 5 percent, 6 percent, 7

14   percent.  Borrower says, and this is

15   automated, I want to borrow at -- I'd like

16   to borrow $10,000, or whatever the number

17   is.  It would look to the lowest offer

18   first and then give -- begin to fill those

19   buckets 'til the loan was satisfied, and

20   then the highest interest rate, the

21   marginal interest rate would be charged to

22   that customer.  And then the first two,

23   John and Jane, would get the corresponding

24   interest.

25        Q.    Okay.



1

2          So somewhere in the debtors'

3    records it would indicate which customers

4    are getting the interest that's associated

5    with 3AC, or is it all commingled so you

6    can't really tell who's associated with

7    what borrower?

8          A.    I'm not certain.

9          Q.    Okay.

10         And is 3AC taking the -- I'm

11   sorry, is -- is FTX taking the position

12   that the US dollar assets in those lending

13   accounts are also FTX property?

14         MR. GLUECKSTEIN:  Calls for a

15         legal conclusion.

16         A.    My understanding in the plan

17   that with the exception of certain

18   accounts, that that is the position we're

19   taking.

20         Q.    Okay.

21         Still in Exhibit 14, so the

22   second set of interrogatory answers, if

23   you can go to Exhibit A that's referenced

24   in that answer.  See on the far right

25   there's a column:  Amount liquidated



1
2    day on the 12th.
3              (Pause.)
4              MR. HARRIS:  And for the record,
5         the spreadsheet the witness is looking
6         at is Exhibit 2, FTX_38.
7         A.    So, I would need to perform
8    additional analysis to tie -- tie the size
9    back to doc 38.
10             The doc 8 is driving the
11   interest calculation that is then booked
12   against the USD balance in the borrower's
13   column.
14        Q.    In -- in -- in FTX_38?
15        A.    That's correct.
16        Q.    All right.
17             Sitting here today, you can't
18   tell what else -- so, the -- the only
19   interest that's reflected in -- in the "US
20   Dollar" column in exhibit -- or, in FTX_38
21   is the spot margin balance?
22        A.    That's my understanding of how
23   the table was populated, or the table was
24   pulled and summarized.
25        Q.    But you can't tell what



Page 256

1

2    constitute the rest of the US dollar

3    balance of 1.3 billion besides the 631

4    million from table 8, right?

5        A.    Not specifically using doc 8.

6        Q.    Okay.

7              Do you have any -- putting aside

8    the document, can you tell me what -- what

9    else could constitute the other 700

10   million of liability?

11       A.    I -- I would need to perform

12   additional analysis.

13       Q.    Okay.  But sitting here today,

14   you can't tell me what the other $700

15   million of liability is?

16       A.    Not with pointing at other data

17   sources that would then require analysis.

18            MR. HARRIS:  Okay.

19            I think that's it for now.

20       We're going to hold the deposition

21       open because I don't believe proper

22       preparation was done on all topics.

23            MR. GLUECKSTEIN:  Well, you

24       can -- you can say that you're holding

25       the deposition open.  We're not



**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**ERRATA SHEET OF ROBERT GORDON**

I, Robert Gordon, have reviewed the transcript of my deposition taken on September 19, 2024 in the above-referenced action, and certify that the same appears to be a correct transcript of the answers given by me to the questions therein propounded, except for the following corrections or changes in the errata below:

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 23 | 12 | Change "of" to "with" | Transcription Error |
| 18 | 25 | Change "Carney" to "Kearney" | Spelling |
| 26 | 25 | Change "exists" to "exist" | Clarification |
| 29 | 11 | Change "right" to "correct" | Transcription Error |
| 32 | 18 | Change "between" to "approximately between" | Transcription Error |
| 34 | 19-20 | Change "perform -- performed by" to "performed by" | Clarification |
| 35 | 14-17 | Change "by the -- they were sold in the account, but out -- there's -- there's no communication of what, other than that the -- a sell order" to "in the account, but there's no | Clarification |

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

| | | communication other than that a sell order" | |
|---|---|---|---|
| 35 | 21-23 | Change "the user of three -- the main -- or, sub -- main account for -- that's tied to the -- Kyle" to "the user of the main account that's tied to Kyle" | Clarification |
| 36 | 9-12 | Change "the sales were put through on that -- put through by that -- on that -- that use -- on -- by that user" to "the sales were put through by that user" | Clarification |
| 37 | 12-14 | Change "sales are -- are entered under standard -- under standard sale terms" to "sales were entered under standard sale terms" | Clarification |
| 38 | 17 | Change "exhibits." to "exhibits --" | Transcription Error |
| 38 | 20 | Change "And we" to "-- and we" | Transcription Error |
| 38 | 21 | Change "documents" to "the documents" | Transcription Error |
| 40 | 3 | Change "you've just been" to "you were just" | Transcription Error |
| 44 | 15 | Change "data" to "date of" | Transcription Error |
| 47 | 17 | Change "well" to "as well" | Transcription Error |
| 49 | 3 | Change "meeting" to "team meeting" | Transcription Error |
| 49 | 11 | Change "Lu" to "Liu" | Transcription Error |
| 51 | 20 | Change "ER" to "are" | Transcription Error |
| 57 | 14 | Change "debtor" to "debtors" | Clarification |
| 64 | 12 | Change "Ryan" to "Ryne" | Clarification |
| 67 | 12 | Change "question" to "question before you respond" | Transcription Error |
| 73 | 11 | Change "SOLs" to "SOALs" | Transcription Error |
| 75 | 19 | Change "knowledge" to "role" | Transcription Error |
| 77 | 16 | Change "going to instruct him" to "instructing him not to answer" | Transcription Error |
| 77 | 18 | Change "for" to "or" | Transcription Error |
| 78 | 12 | Change "to" to "to him about" | Transcription Error |
| 78 | 13 | Change "ask" to "talk to" | Transcription Error |
| 88 | 16 | Change "the" to "their" | Transcription Error |
| 97 | 6 | Change "negative US dollar" to "US negative dollar" | Transcription Error |
| 102 | 21 | Change "Here where to" to "In order to" | Transcription Error |
| 106 | 19 | Change "occurred" to "incurred" | Transcription Error |

2

| 106 | 21 | Change "occurred" to "incurred" | Transcription Error |
|---|---|---|---|
| 108 | 9 | Change "was" to "is" | Transcription Error |
| 114 | 9 | Change "a" to "the" | Transcription Error |
| 122 | 9 | Change "This here" to "There" | Transcription Error |
| 122 | 19 | Change "under" to "under it" | Transcription Error |
| 136 | 2 | Change "to" to "related to" | Transcription Error |
| 138 | 20 | Change "We looked" to "I think we looked" | Transcription Error |
| 138 | 25 | Change "Liquidate" to "Liquidation" | Transcription Error |
| 147 | 21 | Change "USD bitcoin" to "bitcoin" | Transcription Error |
| 148 | 18 | Change "Section" to "Schedule" | Transcription Error |
| 149 | 13 | Change "platform as" to "platform's" | Transcription Error |
| 154 | 25 | Change "paragraph" to "page" | Transcription Error |
| 155 | 4 | Change "come" to "comes" | Transcription Error |
| 159 | 13 | Change "ETC" to "UTC" | Transcription Error |
| 165 | 25 | Change "undated" to "is undated" | Transcription Error |
| 166 | 6 | Change "were" to "that were" | Transcription Error |
| 166 | 19 | Change "is" to "is this" | Transcription Error |
| 170 | 4 | Change "assets" to "assets listed" | Transcription Error |
| 171 | 3-4 | Change "That was provided in" to "The Debtors provided" | Transcription Error |
| 171 | 25 | Change "Pacific" to "specific" | Transcription Error |
| 172 | 10 | Change "by" to "in wallets" | Transcription Error |
| 172 | 10-11 | Change "under control" to "owned and controlled" | Transcription Error |
| 172 | 11 | Change "were accordingly" to "accordingly" | Transcription Error |
| 173 | 17 | Change "Don't" to "Please don't" | Transcription Error |
| 174 | 24 | Change "own" to "owned" | Transcription Error |
| 176 | 2 | Change "establish" to "establishes" | Clarification |
| 187 | 9-13 | Change "The governing docket – or, the -- our view the governing document" to "Our view is that the governing document" | Clarification |
| 190 | 15 | Change "we" to "it'd be" | Transcription Error |
| 192 | 2 | Change "hem" to "him" | Transcription Error |
| 194 | 7 | Change "what we're doing" to "where we're going" | Transcription Error |
| 196 | 19 | Change "per" to "for" | Transcription Error |
| 196 | 23 | Change "2013" to 13th" | Clarification |
| 196 | 23 | Change "2012" to 12th" | Clarification |
| 198 | 12 | Change "daily" to "detail" | Transcription Error |
| 206 | 15 | Change "where it's" to "was" | Transcription Error |

| 209 | 19 | Change "doc" to "document" | Transcription Error |
|---|---|---|---|
| 209 | 21 | Change "hundred" to "hundred thousand" | Transcription Error |
| 210 | 19 | Change "borrow" to "borrower" | Transcription Error |
| 211 | 20 | Change "understand" to "understand correctly" | Transcription Error |
| 212 | 16 | Change "when" to "then when" | Transcription Error |
| 214 | 12 | Change "in market" to "in the market" | Transcription Error |
| 216 | 21 | Change "that" to "what that" | Transcription Error |
| 217 | 6 | Change "would" to "it would" | Transcription Error |
| 217 | 10 | Change "This" to "That" | Transcription Error |
| 219 | 24 | Change "time" to "some time" | Transcription Error |
| 222 | 5 | Change "form" to "the form" | Transcription Error |
| 222 | 16 | Change "debtor" to "debtors" | Transcription Error |
| 225 | 4 | Change "you count" to "your account" | Transcription Error |
| 226 | 18 | Change "Richard's" to "Richard Chang's" | Transcription Error |
| 227 | 17 | Change "the" to "there's a" | Transcription Error |
| 231 | 6 | Change "market" to "markets" | Transcription Error |
| 233 | 2 | Change "is what came up in" to "would have been within" | Transcription Error |
| 233 | 4 | Change "documents" to "documents just because they're referenced" | Transcription Error |
| 233 | 6 | Change "It's quoting" to "I mean it's quoting" | Transcription Error |
| 234 | 7 | Change "letter/line" to "line/letter" | Transcription Error |
| 236 | 19 | Change "in" to "from" | Transcription Error |
| 237 | 12 | Change "automated" to "automated collateral" | Transcription Error |
| 237 | 22 | Change "creditor" to "credit for" | Transcription Error |
| 238 | 14 | Change "collateral" to "collateral conversion" | Transcription Error |
| 238 | 15 | Change "raises" to "raise" | Transcription Error |
| 240 | 7 | Change "managed" to "knows" | Transcription Error |
| 244 | 5 | Change "AC's" to "3AC's" | Transcription Error |
| 244 | 8 | Change "form" to "the form" | Transcription Error |
| 246 | 12 | Change "million" to "millions" | Transcription Error |
| 247 | 11 | Change "for" to "of" | Transcription Error |
| 249 | 6 | Change "500" to "500 million" | Transcription Error |
| 249 | 19 | Change "pay" to "peg" | Transcription Error |
| 249 | 7 | Change "twap" to "swap" | Transcription Error |
| 250 | 9 | Change "which" to "in which" | Transcription Error |

| 251 | 12 | Change "are" to "would've been" | Transcription Error |
| 251 | 14 | Change "public" to "the public" | Transcription Error |
| 251 | 20 | Change "sale" to "the sale" | Transcription Error |
| 253 | 8 | Change "resolution" to "row limit" | Transcription Error |
| 253 | 10 | Change "sort of" to "start to" | Transcription Error |
| 253 | 11 | Change "that are" to "over" | Transcription Error |
| 253 | 11 | Change "res" to "rows" | Transcription Error |
| 253 | 17 | Change "cull" to "pull" | Transcription Error |
| 255 | 21 | Change "the" to "from the" | Transcription Error |
| 256 | 16 | Change "with" to "without" | Clarification |

Dated: October 22, 2024

_____
Robert Gordon

State of _Texas_ County of _Travis_
Subscribed and sworn before me on _10/23/24_
                                    (Date)
_____
(Notary Signature)

CRISTIAN BUSTOS GARDUNO
Notary ID #135022669
My Commission Expires
August 6, 2028

5

**<u>EXHIBIT 15</u>**

| | |
|---|---|
| **From:** | Beller, Benjamin S. <bellerb@sullcrom.com> |
| **Sent:** | Sunday, September 22, 2024 10:32 PM |
| **To:** | Ikeda, Tiffany (CC); Liu, Sienna; Glueckstein, Brian D.; Keeley, Julian M. |
| **Cc:** | Goldberg, Adam (NY); Mohebbi, Nima (LA); Harris, Christopher (NY); Taousse, Nacif (NY); Zhao, Zijun (NY); Wadier, Sebastien (LA); Rosen, Brian (NY) |
| **Subject:** | RE: FTX/3AC |

Tiffany – we confirm receipt of your follow up requests from the deposition and as stated we are taking them under advisement.  However, we do not agree to respond to the requests on your artificial and unnecessarily burdensome timeline. We will respond as appropriate in due course, including with respect to the appropriateness of your requests given the procedural status of the claim dispute.

In the interim, please note that, as we expect you are aware, many of the former employees that may have knowledge of the FTX Debtors' pre-petition relationship with 3AC either have been convicted of or are under indictment for federal crimes which has implications for their accessibility.

Finally, we disagree with your asserted basis for purporting to keep Mr. Gordon's deposition open, consider the deposition closed, will not present him or any other witness for further examination pursuant to Rule 30(b)(6) without a court order, and reserve all rights with respect thereto.


**Benjamin S. Beller**
+1 212 558 3334 (T) | +1 917 660 0174 (M)

---

**From:** Tiffany.Ikeda@lw.com <Tiffany.Ikeda@lw.com>
**Sent:** Friday, September 20, 2024 3:32 PM
**To:** Beller, Benjamin S. <bellerb@sullcrom.com>; Liu, Sienna <lius@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Keeley, Julian M. <keeleyj@sullcrom.com>
**Cc:** Adam.Goldberg@lw.com; nima.mohebbi@lw.com; CHRISTOPHER.HARRIS@lw.com; Nacif.Taousse@lw.com; Zijun.Zhao@lw.com; Sebastien.Wadier@lw.com; Brian.Rosen@lw.com
**Subject:** [EXTERNAL] RE: FTX/3AC

S&C team,

Thank you for your and Mr. Gordon's time during yesterday's deposition.  As previewed then, we have certain follow-up items.  They are set forth below:

- We request that the Debtors produce no later than **Monday, September 23** the documents that Robert Gordon reviewed to prepare for his deposition, including:

  o The three "publicly available" documents referenced in the deposition, which we understand related to: (1) collateral management; (2) liquidation process; and (3) spot-margin trading program.

  o Any versions of internal A&M presentations or other work product referenced in the deposition that Mr. Gordon reviewed, which we understand to be at least two, with one prepared around September 10, 2024.

- We request that the Debtors conduct a new search for and produce, no later than **Friday, September 27**, all communications with or concerning 3AC between June 1 and 30, 2024, including but not limited to the messages sent by Zane Tackett referenced in the exhibits from yesterday's deposition, FTX_3AC_000000350 and 1394.

- Please confirm, no later than **Monday, September 23**, that Debtors' counsel represents the FTX developer named "█████," and if so, provide his availability for a deposition. Mr. Gordon relied on a conversation with ███ for the very limited testimony he was able to offer concerning the disposition of 3AC's assets. If you do not represent ███, please provide his last known contact information.

- Please provide, no later than **Monday, September 23**, the last known contact information for Zane Tackett, Caroline Ellison, and the other FTX employees listed in FTX_3AC_000001594. Mr. Gordon's testimony made clear that Debtors have made no efforts to contact former employees with relevant knowledge of their relationship with 3AC. As a result, 3AC may need to depose these former employees itself.

As agreed, 3AC will deliver to the S&C team an amended proof of claim on October 4, 2024 (i.e., in 2 weeks). Depending on the discovery items produced in connection with the above, what we learn from those items, and when they are produced, we may require more time to amend.

We further reiterate that the deponent was not adequately prepared for yesterday's deposition. The deponent was unprepared to testify to, *inter alia*, 3AC's relationship with FTX (Topic No. 1), the composition of 3AC's "negative USD balances" (Topic No. 5), or the disposition of 3AC's assets (Topic No. 5) because, among other reasons, the Debtors made no attempt to contact anyone with personal knowledge of the deposition topics. As we stated on the record, we are accordingly holding his deposition open and reserve all rights.

Regards,
Tiffany

**Tiffany M. Ikeda**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5416 | M: +1.213.507.4609

---

**From:** Ikeda, Tiffany (CC)
**Sent:** Friday, September 13, 2024 2:59 PM
**To:** 'Beller, Benjamin S.' <bellerb@sullcrom.com>; Liu, Sienna <lius@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Keeley, Julian M. <keeleyj@sullcrom.com>
**Cc:** Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Mohebbi, Nima (LA) <nima.mohebbi@lw.com>; Harris, Christopher (NY) <CHRISTOPHER.HARRIS@lw.com>; Taousse, Nacif (NY) <Nacif.Taousse@lw.com>; Zhao, Zijun (NY) <Zijun.Zhao@lw.com>; Wadier, Sebastien (LA) <Sebastien.Wadier@lw.com>; Rosen, Brian (NY) <Brian.Rosen@lw.com>
**Subject:** RE: FTX/3AC

Hi Benjamin,

That works for us. We will plan on starting at 9 am ET on Thursday.

Tiffany

**Tiffany M. Ikeda**

**LATHAM & WATKINS LLP**

10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5416 | M: +1.213.507.4609

---

**From:** Beller, Benjamin S. <bellerb@sullcrom.com>
**Sent:** Friday, September 13, 2024 2:00 PM
**To:** Ikeda, Tiffany (CC) <Tiffany.Ikeda@lw.com>; Liu, Sienna <lius@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Keeley, Julian M. <keeleyj@sullcrom.com>
**Cc:** Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Mohebbi, Nima (LA) <nima.mohebbi@lw.com>; Harris, Christopher (NY) <CHRISTOPHER.HARRIS@lw.com>; Taousse, Nacif (NY) <Nacif.Taousse@lw.com>; Zhao, Zijun (NY) <Zijun.Zhao@lw.com>; Wadier, Sebastien (LA) <Sebastien.Wadier@lw.com>; Rosen, Brian (NY) <Brian.Rosen@lw.com>
**Subject:** RE: FTX/3AC

Understood, in that case we suggest starting at 9 ET

Benjamin S. Beller
+1 212 558 3334 (T) | +1 917 660 0174 (M)

---

**From:** Tiffany.Ikeda@lw.com <Tiffany.Ikeda@lw.com>
**Sent:** Friday, September 13, 2024 4:51 PM
**To:** Beller, Benjamin S. <bellerb@sullcrom.com>; Liu, Sienna <lius@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Keeley, Julian M. <keeleyj@sullcrom.com>
**Cc:** Adam.Goldberg@lw.com; nima.mohebbi@lw.com; CHRISTOPHER.HARRIS@lw.com; Nacif.Taousse@lw.com; Zijun.Zhao@lw.com; Sebastien.Wadier@lw.com; Brian.Rosen@lw.com
**Subject:** [EXTERNAL] RE: FTX/3AC

Hi Ben,

We agree to the scheduling proposal in your email for 3AC's amended proof of claim.

Thanks for providing the deponent's name and list of attendees for Thursday's deposition.  We are fine with starting at 10 am ET.  We are not sure how long the deposition will take, but please have the witness be prepared to stay all day if needed.  We will plan on providing lunch so we can be efficient with our breaks.

Best,
Tiffany

**Tiffany M. Ikeda**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5416 | M: +1.213.507.4609

---

**From:** Beller, Benjamin S. <bellerb@sullcrom.com>
**Sent:** Friday, September 13, 2024 10:01 AM
**To:** Ikeda, Tiffany (CC) <Tiffany.Ikeda@lw.com>; Liu, Sienna <lius@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Keeley, Julian M. <keeleyj@sullcrom.com>
**Cc:** Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Mohebbi, Nima (LA) <nima.mohebbi@lw.com>; Harris, Christopher (NY) <CHRISTOPHER.HARRIS@lw.com>; Taousse, Nacif (NY) <Nacif.Taousse@lw.com>; Zhao, Zijun (NY) <Zijun.Zhao@lw.com>; Wadier, Sebastien (LA) <Sebastien.Wadier@lw.com>; Rosen, Brian (NY) <Brian.Rosen@lw.com>
**Subject:** RE: FTX/3AC

Tiffany – your scheduling proposal works for us except the pending claim objection should be adjourned to the December 12 omnibus hearing (not sine die), with your opposition due on November 20.  This will provide time for any dispute about an amended claim to be resolved but keeping the objection on calendar. And to be clear this schedule would apply to the original claim/claim objection with a new schedule to be evaluated in the event you validly file an amended claim.

Our 30b6 witness is Robert Gordon from A&M. For security, it will be me, Brian Glueckstein and Sienna Liu in attendance. Should we plan to start the deposition at 10 am ET? And do you have a sense of how much time you expect to need with the witness?

Thanks,

**Benjamin S. Beller**
+1 212 558 3334 (T) | +1 917 660 0174 (M)

---

**From:** Tiffany.Ikeda@lw.com <Tiffany.Ikeda@lw.com>
**Sent:** Monday, September 9, 2024 7:50 PM
**To:** Beller, Benjamin S. <bellerb@sullcrom.com>; Liu, Sienna <lius@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Keeley, Julian M. <keeleyj@sullcrom.com>
**Cc:** Adam.Goldberg@lw.com; nima.mohebbi@lw.com; CHRISTOPHER.HARRIS@lw.com; Nacif.Taousse@lw.com; Zijun.Zhao@lw.com; Sebastien.Wadier@lw.com; Brian.Rosen@lw.com
**Subject:** [EXTERNAL] RE: FTX/3AC

Counsel,

We write concerning the upcoming deposition and a proposal for 3AC's amended proof of claim.

**FTX 30(b)(6) Deposition**

For the deposition at Latham's NY office on September 19, please let us know the name of the witness(es) who will be testifying on Topics 1-10 and 12-16.  Please also provide the names of any other attendees no later than September 18 so we can add them to the security list.

**3AC's Amended Proof of Claim**

You will recall that when we previously corresponded regarding scheduling of the 3AC claim objection matters, FTX provided an extension of 3AC's response deadline for the claim objection commensurate with the adjournment of hearing.

With our deposition now being scheduled, we propose the following process in an effort to move forward in an efficient manner.

- Adjourn 3AC's deadline to object to FTX's objection to 3AC's proof of claim to a date to be determined.
- September 19 – deposition of FTX representative
- October 4 – deadline for 3AC to deliver amended proof of claim to FTX (for avoidance of doubt, not file with the bankruptcy court)
- FTX will then respond on whether it will agree that 3AC may amend its proof of claim (subject to the right to object).
  - If FTX accepts the filing of the amended proof of claim, the parties enter into a stipulation stating that the filing of the amended claim is acceptable.  FTX may then object to the amended proof of claim, with further proceedings to be determined at that stage.

    ○   If FTX declines to agree to filing of the amended proof of claim, 3AC will file a motion to amend the claim with further proceedings within 10 calendar days of receipt of written notice (via email) of FTX's decision, and further proceedings on the claim objection would be determined at the time of the court's ruling on the motion to amend.

Please let us know if this proposal is acceptable at your earliest convenience.  We are available to discuss / meet & confer.

Best,
Tiffany

**Tiffany M. Ikeda**

**LATHAM & WATKINS** LLP
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5416 | M: +1.213.507.4609

**From:** Ikeda, Tiffany (CC)
**Sent:** Wednesday, September 4, 2024 6:23 PM
**To:** 'Beller, Benjamin S.' <bellerb@sullcrom.com>; Liu, Sienna <lius@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>
**Cc:** Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Mohebbi, Nima (LA) <nima.mohebbi@lw.com>; Harris, Christopher (NY) <CHRISTOPHER.HARRIS@lw.com>; Taousse, Nacif (NY) <Nacif.Taousse@lw.com>; Zhao, Zijun (NY) <Zijun.Zhao@lw.com>; Wadier, Sebastien (LA) <Sebastien.Wadier@lw.com>; Rosen, Brian (NY) <Brian.Rosen@lw.com>; Keeley, Julian M. <keeleyj@sullcrom.com>
**Subject:** RE: FTX/3AC

Hi Benjamin,

We will plan on taking the deposition of the Debtors' 30(b)(6) witness on September 19 at Latham's office in NY.

Best,
Tiffany

**Tiffany M. Ikeda**

**LATHAM & WATKINS** LLP
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5416 | M: +1.213.507.4609

**From:** Beller, Benjamin S. <bellerb@sullcrom.com>
**Sent:** Tuesday, September 3, 2024 10:22 AM
**To:** Liu, Sienna <lius@sullcrom.com>; Ikeda, Tiffany (CC) <Tiffany.Ikeda@lw.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>
**Cc:** Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Mohebbi, Nima (LA) <nima.mohebbi@lw.com>; Harris, Christopher (NY) <CHRISTOPHER.HARRIS@lw.com>; Taousse, Nacif (NY) <Nacif.Taousse@lw.com>; Zhao, Zijun (NY) <Zijun.Zhao@lw.com>; Wadier, Sebastien (LA) <Sebastien.Wadier@lw.com>; Rosen, Brian (NY) <Brian.Rosen@lw.com>; Keeley, Julian M. <keeleyj@sullcrom.com>
**Subject:** RE: FTX/3AC

And further to the below, we can make our 30b6 witness available for deposition at S&C's offices in NY on either September 18 or 19th. Please let us know.

Benjamin S. Beller
+1 212 558 3334 (T) | +1 917 660 0174 (M)

---

**From:** Liu, Sienna <lius@sullcrom.com>
**Sent:** Tuesday, September 3, 2024 10:07 AM
**To:** Tiffany.Ikeda@lw.com; Beller, Benjamin S. <bellerb@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>
**Cc:** Adam.Goldberg@lw.com; nima.mohebbi@lw.com; CHRISTOPHER.HARRIS@lw.com; Nacif.Taousse@lw.com; Zijun.Zhao@lw.com; Sebastien.Wadier@lw.com; Brian.Rosen@lw.com; Keeley, Julian M. <keeleyj@sullcrom.com>
**Subject:** RE: FTX/3AC

Counsel,

Please see attached (I) the Debtors' responses and objections to 3AC's second set of discovery requests directed to the Debtors on August 7, 2024; and (II) the Debtors' supplemental responses and objections to 3AC's first set of interrogatories directed to the Debtors on July 26, 2024.

Best,
Sienna


Sienna Liu
T: (212)558-4087

---

**From:** Liu, Sienna
**Sent:** Wednesday, August 28, 2024 8:38 PM
**To:** Tiffany.Ikeda@lw.com; Beller, Benjamin S. <bellerb@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>
**Cc:** Adam.Goldberg@lw.com; nima.mohebbi@lw.com; CHRISTOPHER.HARRIS@lw.com; Nacif.Taousse@lw.com; Zijun.Zhao@lw.com; Sebastien.Wadier@lw.com; Brian.Rosen@lw.com
**Subject:** RE: FTX/3AC

Counsel,

We are working on responses to your second set of discovery requests, and will revert soon.

For the deposition, we are confirming dates for September, and will get back to you. We will present a witness subject to all our objections, including both general and specific objections, as set out in our July 26, 2024 R&Os to your first set of discovery requests and the attached supplemental R&Os to the deposition notice, with the exception of Topic No. 11 (on loans made by Voyager to 3AC).

Best,
Sienna


Sienna Liu
T: (212)558-4087

---

**From:** Tiffany.Ikeda@lw.com <Tiffany.Ikeda@lw.com>
**Sent:** Tuesday, August 27, 2024 8:27 PM

**To:** Beller, Benjamin S. <bellerb@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Liu, Sienna <lius@sullcrom.com>
**Cc:** Adam.Goldberg@lw.com; nima.mohebbi@lw.com; CHRISTOPHER.HARRIS@lw.com; Nacif.Taousse@lw.com; Zijun.Zhao@lw.com; Sebastien.Wadier@lw.com; Brian.Rosen@lw.com
**Subject:** [EXTERNAL] RE: FTX/3AC

Counsel,

In your email dated August 15, you said you anticipated responding to our second set of discovery requests by the end of last week.  We have not received the Debtors' responses.  Can you please let us know when you anticipate serving them?

Also, please let us know when FTX's 30(b)(6) witness(es) will be available for deposition the week of September 9.  We expect FTX's witness(es) to be prepared on all topics listed in 3AC's July 10, 2024 deposition notice, including Topics 11-16 for which FTX did not serve any objections.

Tiffany


**Tiffany M. Ikeda**

**LATHAM & WATKINS** LLP
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5416 | M: +1.213.507.4609

**From:** Beller, Benjamin S. <bellerb@sullcrom.com>
**Sent:** Thursday, August 15, 2024 6:54 AM
**To:** Ikeda, Tiffany (CC) <Tiffany.Ikeda@lw.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Liu, Sienna <lius@sullcrom.com>
**Cc:** Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Mohebbi, Nima (LA) <nima.mohebbi@lw.com>; Harris, Christopher (NY) <CHRISTOPHER.HARRIS@lw.com>; Taousse, Nacif (NY) <Nacif.Taousse@lw.com>; Zhao, Zijun (NY) <Zijun.Zhao@lw.com>; Wadier, Sebastien (LA) <Sebastien.Wadier@lw.com>; Rosen, Brian (NY) <Brian.Rosen@lw.com>
**Subject:** RE: FTX/3AC

We anticipate responding to your second set of discovery requests by the end of next week.  Given the calendar and schedules, we will get back to you on dates in the first two weeks of September for a deposition.  We agree to adjourn the hearing on our claim objection to the October omnibus hearing with a corresponding extension of 3AC's response deadline.

The FTX Debtors do not consent to 3AC filing an amended proof of claim and will oppose any relief sought from the Court for leave to do so.  It is especially difficult for us to even consider consenting when you have not articulated any claim that you believe is properly asserted against the FTX Debtors, or a basis for leave to amend.  We are willing to consider a request for consent to an amended claim if and when you did so.  Otherwise, we suggest you file any motion to amend the claim so the Court can address it.  We do not agree that needs to or should wait until your discovery efforts are completed, and that process should proceed in parallel.

**Benjamin S. Beller**
+1 212 558 3334 (T) | +1 917 660 0174 (M)

**From:** Tiffany.Ikeda@lw.com <Tiffany.Ikeda@lw.com>
**Sent:** Tuesday, August 13, 2024 6:25 PM
**To:** Beller, Benjamin S. <bellerb@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Liu, Sienna

<lius@sullcrom.com>
**Cc:** Adam.Goldberg@lw.com; nima.mohebbi@lw.com; CHRISTOPHER.HARRIS@lw.com; Nacif.Taousse@lw.com; Zijun.Zhao@lw.com; Sebastien.Wadier@lw.com; Brian.Rosen@lw.com
**Subject:** [EXTERNAL] RE: FTX/3AC

Counsel,

I am writing to discuss depo scheduling, FTX's discovery responses, 3AC's forthcoming amended proof of claim, and 3AC's objection to the plan.

1. **Deposition Scheduling:** On August 1 and 7, we asked you to check on whether FTX's 30(b)(6) witness would be available for deposition the week of August 19.  We have not heard back.  Please let us know if FTX's witness is available for deposition on August 21 or 22.

2. **FTX Discovery Responses:**  On August 7, we served 3AC's second set of discovery consisting of one RFA, one RFP, and two interrogatories, and set the response date for August 13 at 5 pm ET.  As that deadline has now passed, please let us know when you anticipate being able to provide a substantive response to the discovery.  As you may expect, we will need responses at least five days before we take FTX's 30(b)(6) depo.

3. **3AC's Forthcoming Amended Proof of Claim:**  As we discussed on August 1, our plan is to amend 3AC's proof of claim after we take FTX's deposition.  Will you consent to our filing of an amended proof of claim?  Alternatively, we will need to push back the claim objection deadline further to allow sufficient time to complete the deposition, file our amended proof of claim, and then have a hearing on a motion to amend our proof of claim before our response to the claim objection is due.

4. **3AC's Objection to the Plan**:  We are planning on filing a limited objection to the plan on the grounds that it does not provide for a reserve for disputed claims in an amount sufficient to meet the requirements of section 1123(a)(4) of the Bankruptcy Code to provide equal distributions for all creditors in the same class.  We are open to working with you on a resolution that provides notice of the amount of reserves and an opportunity for the parties to be heard (if necessary) or reaching an agreement on an extension of the objection deadline, in light of our ongoing work towards a claim resolution.

We suggest a meet and confer on Wednesday afternoon (ET) or anytime Thursday.  Please let us know what works for you.

Tiffany


**Tiffany M. Ikeda**

**LATHAM & WATKINS** LLP
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5416 | M: +1.213.507.4609

**From:** Ikeda, Tiffany (CC)
**Sent:** Wednesday, August 7, 2024 10:17 AM
**To:** 'Beller, Benjamin S.' <bellerb@sullcrom.com>; 'Glueckstein, Brian D.' <gluecksteinb@sullcrom.com>; 'Liu, Sienna' <lius@sullcrom.com>
**Cc:** Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Mohebbi, Nima (LA) <nima.mohebbi@lw.com>; Harris, Christopher (NY) <CHRISTOPHER.HARRIS@lw.com>; Taousse, Nacif (NY) <Nacif.Taousse@lw.com>; Zhao, Zijun (NY) <Zijun.Zhao@lw.com>; Wadier, Sebastien (LA) <Sebastien.Wadier@lw.com>
**Subject:** FTX/3AC

Counsel,

Please see the attached discovery requests.  We have set these for a return date of August 13, but please let us know if you need more time and if so, when you anticipate being able to provide a substantive response.

During our call last Thursday, we discussed FTX's objections and responses to 3AC's discovery requests.  You said that although FTX's responses to the deposition topics only agreed to meet and confer, FTX was willing to put up a witness on all topics, with the caveat that you can only educate the witness based on what is known from the documents.  As such, we requested that you check on the witness's availability for deposition the week of August 19.  Can you please let us know if there are dates during that week that would work for a deposition?

Lastly, we appreciate your offer to work with us on providing the information in FTX_3AC_000000002 in a useable format.  Teneo is trying to address this issue, but we will circle back if we need further assistance.

Best,
Tiffany


**Tiffany M. Ikeda**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Direct Dial: +1.424.653.5416
Email: tiffany.ikeda@lw.com
https://www.lw.com [lw.com]

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com [lw.com].

**This is an external message from: Tiffany.Ikeda@lw.com **

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.

**EXHIBIT 16**

| | |
|---|---|
| **From:** | Ikeda, Tiffany (CC) |
| **Sent:** | Monday, September 30, 2024 5:10 PM |
| **To:** | Beller, Benjamin S.; Liu, Sienna; Glueckstein, Brian D.; Keeley, Julian M. |
| **Cc:** | Goldberg, Adam (NY); Mohebbi, Nima (LA); Harris, Christopher (NY); Taousse, Nacif (NY); Zhao, Zijun (NY); Wadier, Sebastien (LA); Rosen, Brian (NY) |
| **Subject:** | RE: FTX/3AC |

Counsel,

We are still waiting for a substantive response to my September 20 email.  As one point of clarification, our request for communications with or concerning 3AC between June 1 and 30, 2022 includes messages from FTX employees' personal Telegram, Signal, and other messaging accounts.  At deposition, Mr. Gordon testified that the Debtors have not attempted to collect messages from any FTX employees' Telegram or other personal messaging accounts.  To the extent the Debtors take the position that these are not in their possession, custody, or control, please let us know.

Tiffany


**Tiffany M. Ikeda**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5416 | M: +1.213.507.4609

---

**From:** Ikeda, Tiffany (CC)
**Sent:** Friday, September 27, 2024 9:40 AM
**To:** 'Beller, Benjamin S.' <bellerb@sullcrom.com>; 'Liu, Sienna' <lius@sullcrom.com>; 'Glueckstein, Brian D.' <gluecksteinb@sullcrom.com>; 'Keeley, Julian M.' <keeleyj@sullcrom.com>
**Cc:** Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Mohebbi, Nima (LA) <nima.mohebbi@lw.com>; Harris, Christopher (NY) <CHRISTOPHER.HARRIS@lw.com>; Taousse, Nacif (NY) <Nacif.Taousse@lw.com>; Zhao, Zijun (NY) <Zijun.Zhao@lw.com>; Wadier, Sebastien (LA) <Sebastien.Wadier@lw.com>; Rosen, Brian (NY) <Brian.Rosen@lw.com>
**Subject:** RE: FTX/3AC

Hi Benjamin,

We have yet to receive the information and documents requested below, or any response from your team.  As a result, and as stated in our last note, we will now require more time beyond October 4 to amend the proof of claim.  How much additional time is required will depend on when the requested information is received.

We're happy to discuss as needed.

Tiffany


**Tiffany M. Ikeda**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5416 | M: +1.213.507.4609

**From:** Ikeda, Tiffany (CC)
**Sent:** Tuesday, September 24, 2024 4:29 PM
**To:** 'Beller, Benjamin S.' <bellerb@sullcrom.com>; Liu, Sienna <lius@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Keeley, Julian M. <keeleyj@sullcrom.com>
**Cc:** Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Mohebbi, Nima (LA) <nima.mohebbi@lw.com>; Harris, Christopher (NY) <CHRISTOPHER.HARRIS@lw.com>; Taousse, Nacif (NY) <Nacif.Taousse@lw.com>; Zhao, Zijun (NY) <Zijun.Zhao@lw.com>; Wadier, Sebastien (LA) <Sebastien.Wadier@lw.com>; Rosen, Brian (NY) <Brian.Rosen@lw.com>
**Subject:** RE: FTX/3AC

Hi Benjamin,

Please let us know what follow up requests you anticipate responding to and when we can expect to receive documents/information.  We need this for our amended proof of claim, which is currently due to be delivered to the S&C team on **October 4**.  To the extent we do not receive the requested documents/information, including any deposition, if necessary, sufficiently in advance (and no later than **Thursday, September 26**), we will require additional time to provide the proof of claim.  We can discuss further if it becomes necessary, but we note that our requests are far from burdensome and can be delivered easily: three publicly available documents we have asked you to identify, chats that can be found via a search on Relativity, and the already-prepared A&M work product relied upon to prepare for the deposition.

With respect to last week's deposition, we understand that the parties are at an impasse on whether the deposition is open, and we reserve all rights.

Tiffany

**Tiffany M. Ikeda**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5416 | M: +1.213.507.4609

---

**From:** Beller, Benjamin S. <bellerb@sullcrom.com>
**Sent:** Sunday, September 22, 2024 7:32 PM
**To:** Ikeda, Tiffany (CC) <Tiffany.Ikeda@lw.com>; Liu, Sienna <lius@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Keeley, Julian M. <keeleyj@sullcrom.com>
**Cc:** Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Mohebbi, Nima (LA) <nima.mohebbi@lw.com>; Harris, Christopher (NY) <CHRISTOPHER.HARRIS@lw.com>; Taousse, Nacif (NY) <Nacif.Taousse@lw.com>; Zhao, Zijun (NY) <Zijun.Zhao@lw.com>; Wadier, Sebastien (LA) <Sebastien.Wadier@lw.com>; Rosen, Brian (NY) <Brian.Rosen@lw.com>
**Subject:** RE: FTX/3AC

Tiffany – we confirm receipt of your follow up requests from the deposition and as stated we are taking them under advisement.  However, we do not agree to respond to the requests on your artificial and unnecessarily burdensome timeline. We will respond as appropriate in due course, including with respect to the appropriateness of your requests given the procedural status of the claim dispute.

In the interim, please note that, as we expect you are aware, many of the former employees that may have knowledge of the FTX Debtors' pre-petition relationship with 3AC either have been convicted of or are under indictment for federal crimes which has implications for their accessibility.

Finally, we disagree with your asserted basis for purporting to keep Mr. Gordon's deposition open, consider the deposition closed, will not present him or any other witness for further examination pursuant to Rule 30(b)(6) without a court order, and reserve all rights with respect thereto.

**Benjamin S. Beller**
+1 212 558 3334 (T) | +1 917 660 0174 (M)

**From:** Tiffany.Ikeda@lw.com <Tiffany.Ikeda@lw.com>
**Sent:** Friday, September 20, 2024 3:32 PM
**To:** Beller, Benjamin S. <bellerb@sullcrom.com>; Liu, Sienna <lius@sullcrom.com>; Glueckstein, Brian D.
<gluecksteinb@sullcrom.com>; Keeley, Julian M. <keeleyj@sullcrom.com>
**Cc:** Adam.Goldberg@lw.com; nima.mohebbi@lw.com; CHRISTOPHER.HARRIS@lw.com; Nacif.Taousse@lw.com;
Zijun.Zhao@lw.com; Sebastien.Wadier@lw.com; Brian.Rosen@lw.com
**Subject:** [EXTERNAL] RE: FTX/3AC

S&C team,

Thank you for your and Mr. Gordon's time during yesterday's deposition.  As previewed then, we have certain follow-up items.  They are set forth below:

- We request that the Debtors produce no later than **Monday, September 23** the documents that Robert Gordon reviewed to prepare for his deposition, including:

  o The three "publicly available" documents referenced in the deposition, which we understand related to: (1) collateral management; (2) liquidation process; and (3) spot-margin trading program.

  o Any versions of internal A&M presentations or other work product referenced in the deposition that Mr. Gordon reviewed, which we understand to be at least two, with one prepared around September 10, 2024.

- We request that the Debtors conduct a new search for and produce, no later than **Friday, September 27**, all communications with or concerning 3AC between June 1 and 30, 2024, including but not limited to the messages sent by Zane Tackett referenced in the exhibits from yesterday's deposition, FTX_3AC_000000350 and 1394.

- Please confirm, no later than **Monday, September 23**, that Debtors' counsel represents the FTX developer named "██," and if so, provide his availability for a deposition.  Mr. Gordon relied on a conversation with ██ for the very limited testimony he was able to offer concerning the disposition of 3AC's assets.  If you do not represent ██, please provide his last known contact information.

- Please provide, no later than **Monday, September 23**, the last known contact information for Zane Tackett, Caroline Ellison, and the other FTX employees listed in FTX_3AC_000001594.  Mr. Gordon's testimony made clear that Debtors have made no efforts to contact former employees with relevant knowledge of their relationship with 3AC.  As a result, 3AC may need to depose these former employees itself.

As agreed, 3AC will deliver to the S&C team an amended proof of claim on October 4, 2024 (i.e., in 2 weeks).  Depending on the discovery items produced in connection with the above, what we learn from those items, and when they are produced, we may require more time to amend.

We further reiterate that the deponent was not adequately prepared for yesterday's deposition.  The deponent was unprepared to testify to, *inter alia*, 3AC's relationship with FTX (Topic No. 1), the composition of 3AC's "negative USD balances" (Topic No. 5), or the disposition of 3AC's assets (Topic No. 5) because, among other reasons, the Debtors made no attempt to contact anyone with personal knowledge of the deposition topics.  As we stated on the record, we are accordingly holding his deposition open and reserve all rights.

Regards,
Tiffany


**Tiffany M. Ikeda**

**LATHAM & WATKINS** LLP
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5416 | M: +1.213.507.4609

---

**From:** Ikeda, Tiffany (CC)
**Sent:** Friday, September 13, 2024 2:59 PM
**To:** 'Beller, Benjamin S.' <bellerb@sullcrom.com>; Liu, Sienna <lius@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Keeley, Julian M. <keeleyj@sullcrom.com>
**Cc:** Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Mohebbi, Nima (LA) <nima.mohebbi@lw.com>; Harris, Christopher (NY) <CHRISTOPHER.HARRIS@lw.com>; Taousse, Nacif (NY) <Nacif.Taousse@lw.com>; Zhao, Zijun (NY) <Zijun.Zhao@lw.com>; Wadier, Sebastien (LA) <Sebastien.Wadier@lw.com>; Rosen, Brian (NY) <Brian.Rosen@lw.com>
**Subject:** RE: FTX/3AC

Hi Benjamin,

That works for us.  We will plan on starting at 9 am ET on Thursday.

Tiffany


**Tiffany M. Ikeda**

**LATHAM & WATKINS** LLP
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5416 | M: +1.213.507.4609

---

**From:** Beller, Benjamin S. <bellerb@sullcrom.com>
**Sent:** Friday, September 13, 2024 2:00 PM
**To:** Ikeda, Tiffany (CC) <Tiffany.Ikeda@lw.com>; Liu, Sienna <lius@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Keeley, Julian M. <keeleyj@sullcrom.com>
**Cc:** Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Mohebbi, Nima (LA) <nima.mohebbi@lw.com>; Harris, Christopher (NY) <CHRISTOPHER.HARRIS@lw.com>; Taousse, Nacif (NY) <Nacif.Taousse@lw.com>; Zhao, Zijun (NY) <Zijun.Zhao@lw.com>; Wadier, Sebastien (LA) <Sebastien.Wadier@lw.com>; Rosen, Brian (NY) <Brian.Rosen@lw.com>
**Subject:** RE: FTX/3AC

Understood, in that case we suggest starting at 9 ET

**Benjamin S. Beller**
+1 212 558 3334 (T) | +1 917 660 0174 (M)

---

**From:** Tiffany.Ikeda@lw.com <Tiffany.Ikeda@lw.com>
**Sent:** Friday, September 13, 2024 4:51 PM
**To:** Beller, Benjamin S. <bellerb@sullcrom.com>; Liu, Sienna <lius@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Keeley, Julian M. <keeleyj@sullcrom.com>
**Cc:** Adam.Goldberg@lw.com; nima.mohebbi@lw.com; CHRISTOPHER.HARRIS@lw.com; Nacif.Taousse@lw.com; Zijun.Zhao@lw.com; Sebastien.Wadier@lw.com; Brian.Rosen@lw.com
**Subject:** [EXTERNAL] RE: FTX/3AC

Hi Ben,

We agree to the scheduling proposal in your email for 3AC's amended proof of claim.

Thanks for providing the deponent's name and list of attendees for Thursday's deposition.  We are fine with starting at 10 am ET.  We are not sure how long the deposition will take, but please have the witness be prepared to stay all day if needed.  We will plan on providing lunch so we can be efficient with our breaks.

Best,
Tiffany


**Tiffany M. Ikeda**

**LATHAM & WATKINS** LLP
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5416 | M: +1.213.507.4609

---

**From:** Beller, Benjamin S. <bellerb@sullcrom.com>
**Sent:** Friday, September 13, 2024 10:01 AM
**To:** Ikeda, Tiffany (CC) <Tiffany.Ikeda@lw.com>; Liu, Sienna <lius@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Keeley, Julian M. <keeleyj@sullcrom.com>
**Cc:** Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Mohebbi, Nima (LA) <nima.mohebbi@lw.com>; Harris, Christopher (NY) <CHRISTOPHER.HARRIS@lw.com>; Taousse, Nacif (NY) <Nacif.Taousse@lw.com>; Zhao, Zijun (NY) <Zijun.Zhao@lw.com>; Wadier, Sebastien (LA) <Sebastien.Wadier@lw.com>; Rosen, Brian (NY) <Brian.Rosen@lw.com>
**Subject:** RE: FTX/3AC

Tiffany – your scheduling proposal works for us except the pending claim objection should be adjourned to the December 12 omnibus hearing (not sine die), with your opposition due on November 20.  This will provide time for any dispute about an amended claim to be resolved but keeping the objection on calendar. And to be clear this schedule would apply to the original claim/claim objection with a new schedule to be evaluated in the event you validly file an amended claim.

Our 30b6 witness is Robert Gordon from A&M. For security, it will be me, Brian Glueckstein and Sienna Liu in attendance. Should we plan to start the deposition at 10 am ET? And do you have a sense of how much time you expect to need with the witness?

Thanks,

**Benjamin S. Beller**
+1 212 558 3334 (T) | +1 917 660 0174 (M)

---

**From:** Tiffany.Ikeda@lw.com <Tiffany.Ikeda@lw.com>
**Sent:** Monday, September 9, 2024 7:50 PM
**To:** Beller, Benjamin S. <bellerb@sullcrom.com>; Liu, Sienna <lius@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Keeley, Julian M. <keeleyj@sullcrom.com>
**Cc:** Adam.Goldberg@lw.com; nima.mohebbi@lw.com; CHRISTOPHER.HARRIS@lw.com; Nacif.Taousse@lw.com; Zijun.Zhao@lw.com; Sebastien.Wadier@lw.com; Brian.Rosen@lw.com
**Subject:** [EXTERNAL] RE: FTX/3AC

Counsel,

We write concerning the upcoming deposition and a proposal for 3AC's amended proof of claim.

**FTX 30(b)(6) Deposition**

For the deposition at Latham's NY office on September 19, please let us know the name of the witness(es) who will be testifying on Topics 1-10 and 12-16.  Please also provide the names of any other attendees no later than September 18 so we can add them to the security list.

**3AC's Amended Proof of Claim**

You will recall that when we previously corresponded regarding scheduling of the 3AC claim objection matters, FTX provided an extension of 3AC's response deadline for the claim objection commensurate with the adjournment of hearing.

With our deposition now being scheduled, we propose the following process in an effort to move forward in an efficient manner.

- Adjourn 3AC's deadline to object to FTX's objection to 3AC's proof of claim to a date to be determined.
- September 19 – deposition of FTX representative
- October 4 – deadline for 3AC to deliver amended proof of claim to FTX (for avoidance of doubt, not file with the bankruptcy court)
- FTX will then respond on whether it will agree that 3AC may amend its proof of claim (subject to the right to object).
    - If FTX accepts the filing of the amended proof of claim, the parties enter into a stipulation stating that the filing of the amended claim is acceptable.  FTX may then object to the amended proof of claim, with further proceedings to be determined at that stage.
    - If FTX declines to agree to filing of the amended proof of claim, 3AC will file a motion to amend the claim with further proceedings within 10 calendar days of receipt of written notice (via email) of FTX's decision, and further proceedings on the claim objection would be determined at the time of the court's ruling on the motion to amend.

Please let us know if this proposal is acceptable at your earliest convenience.  We are available to discuss / meet & confer.

Best,
Tiffany


**Tiffany M. Ikeda**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5416 | M: +1.213.507.4609

---

**From:** Ikeda, Tiffany (CC)
**Sent:** Wednesday, September 4, 2024 6:23 PM
**To:** 'Beller, Benjamin S.' <bellerb@sullcrom.com>; Liu, Sienna <lius@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>
**Cc:** Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Mohebbi, Nima (LA) <nima.mohebbi@lw.com>; Harris, Christopher (NY) <CHRISTOPHER.HARRIS@lw.com>; Taousse, Nacif (NY) <Nacif.Taousse@lw.com>; Zhao, Zijun (NY) <Zijun.Zhao@lw.com>; Wadier, Sebastien (LA) <Sebastien.Wadier@lw.com>; Rosen, Brian (NY) <Brian.Rosen@lw.com>; Keeley, Julian M. <keeleyj@sullcrom.com>
**Subject:** RE: FTX/3AC

Hi Benjamin,

We will plan on taking the deposition of the Debtors' 30(b)(6) witness on September 19 at Latham's office in NY.

Best,
Tiffany

**Tiffany M. Ikeda**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5416 | M: +1.213.507.4609

---

**From:** Beller, Benjamin S. <bellerb@sullcrom.com>
**Sent:** Tuesday, September 3, 2024 10:22 AM
**To:** Liu, Sienna <lius@sullcrom.com>; Ikeda, Tiffany (CC) <Tiffany.Ikeda@lw.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>
**Cc:** Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Mohebbi, Nima (LA) <nima.mohebbi@lw.com>; Harris, Christopher (NY) <CHRISTOPHER.HARRIS@lw.com>; Taousse, Nacif (NY) <Nacif.Taousse@lw.com>; Zhao, Zijun (NY) <Zijun.Zhao@lw.com>; Wadier, Sebastien (LA) <Sebastien.Wadier@lw.com>; Rosen, Brian (NY) <Brian.Rosen@lw.com>; Keeley, Julian M. <keeleyj@sullcrom.com>
**Subject:** RE: FTX/3AC

And further to the below, we can make our 30b6 witness available for deposition at S&C's offices in NY on either September 18 or 19th. Please let us know.

**Benjamin S. Beller**
+1 212 558 3334 (T) | +1 917 660 0174 (M)

---

**From:** Liu, Sienna <lius@sullcrom.com>
**Sent:** Tuesday, September 3, 2024 10:07 AM
**To:** Tiffany.Ikeda@lw.com; Beller, Benjamin S. <bellerb@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>
**Cc:** Adam.Goldberg@lw.com; nima.mohebbi@lw.com; CHRISTOPHER.HARRIS@lw.com; Nacif.Taousse@lw.com; Zijun.Zhao@lw.com; Sebastien.Wadier@lw.com; Brian.Rosen@lw.com; Keeley, Julian M. <keeleyj@sullcrom.com>
**Subject:** RE: FTX/3AC

Counsel,

Please see attached (I) the Debtors' responses and objections to 3AC's second set of discovery requests directed to the Debtors on August 7, 2024; and (II) the Debtors' supplemental responses and objections to 3AC's first set of interrogatories directed to the Debtors on July 26, 2024.

Best,
Sienna

**Sienna Liu**
T: (212)558-4087

---

**From:** Liu, Sienna
**Sent:** Wednesday, August 28, 2024 8:38 PM
**To:** Tiffany.Ikeda@lw.com; Beller, Benjamin S. <bellerb@sullcrom.com>; Glueckstein, Brian D.

<gluecksteinb@sullcrom.com>
**Cc:** Adam.Goldberg@lw.com; nima.mohebbi@lw.com; CHRISTOPHER.HARRIS@lw.com; Nacif.Taousse@lw.com; Zijun.Zhao@lw.com; Sebastien.Wadier@lw.com; Brian.Rosen@lw.com
**Subject:** RE: FTX/3AC

Counsel,

We are working on responses to your second set of discovery requests, and will revert soon.

For the deposition, we are confirming dates for September, and will get back to you.  We will present a witness subject to all our objections, including both general and specific objections, as set out in our July 26, 2024 R&Os to your first set of discovery requests and the attached supplemental R&Os to the deposition notice, with the exception of Topic No. 11 (on loans made by Voyager to 3AC).

Best,
Sienna

Sienna Liu
T: (212)558-4087

**From:** Tiffany.Ikeda@lw.com <Tiffany.Ikeda@lw.com>
**Sent:** Tuesday, August 27, 2024 8:27 PM
**To:** Beller, Benjamin S. <bellerb@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Liu, Sienna <lius@sullcrom.com>
**Cc:** Adam.Goldberg@lw.com; nima.mohebbi@lw.com; CHRISTOPHER.HARRIS@lw.com; Nacif.Taousse@lw.com; Zijun.Zhao@lw.com; Sebastien.Wadier@lw.com; Brian.Rosen@lw.com
**Subject:** [EXTERNAL] RE: FTX/3AC

Counsel,

In your email dated August 15, you said you anticipated responding to our second set of discovery requests by the end of last week.  We have not received the Debtors' responses.  Can you please let us know when you anticipate serving them?

Also, please let us know when FTX's 30(b)(6) witness(es) will be available for deposition the week of September 9.  We expect FTX's witness(es) to be prepared on all topics listed in 3AC's July 10, 2024 deposition notice, including Topics 11-16 for which FTX did not serve any objections.

Tiffany

**Tiffany M. Ikeda**

**LATHAM & WATKINS** LLP
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5416 | M: +1.213.507.4609

**From:** Beller, Benjamin S. <bellerb@sullcrom.com>
**Sent:** Thursday, August 15, 2024 6:54 AM
**To:** Ikeda, Tiffany (CC) <Tiffany.Ikeda@lw.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Liu, Sienna <lius@sullcrom.com>

**Cc:** Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Mohebbi, Nima (LA) <nima.mohebbi@lw.com>; Harris, Christopher (NY) <CHRISTOPHER.HARRIS@lw.com>; Taousse, Nacif (NY) <Nacif.Taousse@lw.com>; Zhao, Zijun (NY) <Zijun.Zhao@lw.com>; Wadier, Sebastien (LA) <Sebastien.Wadier@lw.com>; Rosen, Brian (NY) <Brian.Rosen@lw.com>
**Subject:** RE: FTX/3AC

We anticipate responding to your second set of discovery requests by the end of next week.  Given the calendar and schedules, we will get back to you on dates in the first two weeks of September for a deposition.  We agree to adjourn the hearing on our claim objection to the October omnibus hearing with a corresponding extension of 3AC's response deadline.

The FTX Debtors do not consent to 3AC filing an amended proof of claim and will oppose any relief sought from the Court for leave to do so.  It is especially difficult for us to even consider consenting when you have not articulated any claim that you believe is properly asserted against the FTX Debtors, or a basis for leave to amend.  We are willing to consider a request for consent to an amended claim if and when you did so.  Otherwise, we suggest you file any motion to amend the claim so the Court can address it.  We do not agree that needs to or should wait until your discovery efforts are completed, and that process should proceed in parallel.

**Benjamin S. Beller**
+1 212 558 3334 (T) | +1 917 660 0174 (M)

**From:** Tiffany.Ikeda@lw.com <Tiffany.Ikeda@lw.com>
**Sent:** Tuesday, August 13, 2024 6:25 PM
**To:** Beller, Benjamin S. <bellerb@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Liu, Sienna <lius@sullcrom.com>
**Cc:** Adam.Goldberg@lw.com; nima.mohebbi@lw.com; CHRISTOPHER.HARRIS@lw.com; Nacif.Taousse@lw.com; Zijun.Zhao@lw.com; Sebastien.Wadier@lw.com; Brian.Rosen@lw.com
**Subject:** [EXTERNAL] RE: FTX/3AC

Counsel,

I am writing to discuss depo scheduling, FTX's discovery responses, 3AC's forthcoming amended proof of claim, and 3AC's objection to the plan.

1. **Deposition Scheduling:**  On August 1 and 7, we asked you to check on whether FTX's 30(b)(6) witness would be available for deposition the week of August 19.  We have not heard back.  Please let us know if FTX's witness is available for deposition on August 21 or 22.

2. **FTX Discovery Responses:**  On August 7, we served 3AC's second set of discovery consisting of one RFA, one RFP, and two interrogatories, and set the response date for August 13 at 5 pm ET.  As that deadline has now passed, please let us know when you anticipate being able to provide a substantive response to the discovery.  As you may expect, we will need responses at least five days before we take FTX's 30(b)(6) depo.

3. **3AC's Forthcoming Amended Proof of Claim:**  As we discussed on August 1, our plan is to amend 3AC's proof of claim after we take FTX's deposition.  Will you consent to our filing of an amended proof of claim?  Alternatively, we will need to push back the claim objection deadline further to allow sufficient time to complete the deposition, file our amended proof of claim, and then have a hearing on a motion to amend our proof of claim before our response to the claim objection is due.

4. **3AC's Objection to the Plan:**  We are planning on filing a limited objection to the plan on the grounds that it does not provide for a reserve for disputed claims in an amount sufficient to meet the requirements of section 1123(a)(4) of the Bankruptcy Code to provide equal distributions for all creditors in the same class.  We are open

to working with you on a resolution that provides notice of the amount of reserves and an opportunity for the parties to be heard (if necessary) or reaching an agreement on an extension of the objection deadline, in light of our ongoing work towards a claim resolution.

We suggest a meet and confer on Wednesday afternoon (ET) or anytime Thursday.  Please let us know what works for you.

Tiffany


**Tiffany M. Ikeda**

**LATHAM & WATKINS** LLP
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5416 | M: +1.213.507.4609

---

**From:** Ikeda, Tiffany (CC)
**Sent:** Wednesday, August 7, 2024 10:17 AM
**To:** 'Beller, Benjamin S.' <bellerb@sullcrom.com>; 'Glueckstein, Brian D.' <gluecksteinb@sullcrom.com>; 'Liu, Sienna' <lius@sullcrom.com>
**Cc:** Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Mohebbi, Nima (LA) <nima.mohebbi@lw.com>; Harris, Christopher (NY) <CHRISTOPHER.HARRIS@lw.com>; Taousse, Nacif (NY) <Nacif.Taousse@lw.com>; Zhao, Zijun (NY) <Zijun.Zhao@lw.com>; Wadier, Sebastien (LA) <Sebastien.Wadier@lw.com>
**Subject:** FTX/3AC

Counsel,

Please see the attached discovery requests.  We have set these for a return date of August 13, but please let us know if you need more time and if so, when you anticipate being able to provide a substantive response.

During our call last Thursday, we discussed FTX's objections and responses to 3AC's discovery requests.  You said that although FTX's responses to the deposition topics only agreed to meet and confer, FTX was willing to put up a witness on all topics, with the caveat that you can only educate the witness based on what is known from the documents.  As such, we requested that you check on the witness's availability for deposition the week of August 19.  Can you please let us know if there are dates during that week that would work for a deposition?

Lastly, we appreciate your offer to work with us on providing the information in FTX_3AC_000000002 in a useable format.  Teneo is trying to address this issue, but we will circle back if we need further assistance.

Best,
Tiffany


**Tiffany M. Ikeda**

**LATHAM & WATKINS** LLP
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Direct Dial: +1.424.653.5416
Email: tiffany.ikeda@lw.com
https://www.lw.com [lw.com]

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com [lw.com].

**This is an external message from: Tiffany.Ikeda@lw.com **

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.

**EXHIBIT 17**

| | |
|---|---|
| **From:** | Wadier, Sebastien (LA) |
| **Sent:** | Thursday, October 10, 2024 4:25 PM |
| **To:** | Beller, Benjamin S.; Liu, Sienna; Glueckstein, Brian D.; Keeley, Julian M. |
| **Cc:** | Goldberg, Adam (NY); Harris, Christopher (NY); Taousse, Nacif (NY); Zhao, Zijun (NY); Rosen, Brian (NY); Mohebbi, Nima (LA); Ikeda, Tiffany (CC) |
| **Subject:** | RE: FTX/3AC |

Counsel,

Please let us know if you are available for a call today or tomorrow morning to discuss the schedule and outstanding discovery.

We requested that FTX provide missing documents and witness contact information the day after Robert Gordon's deposition, on September 20. Almost three weeks later, we have not received a substantive response. To be clear, we were entitled to these documents and information under our existing requests served on July 10 and August 7 and Federal Rule of Evidence 612, but to avoid any ambiguity we have served new requests as well.

In light of FTX's failure to respond, if we do not have a meet and confer tomorrow, we will file a motion to compel tomorrow and request a scheduling conference to be heard on shortened notice at the October 22 omnibus hearing. Please let us know whether you consent or object to have that motion heard on shortened notice.

We look forward to hearing back from you soon.

Best,
Sebastien


**Sebastien Wadier**

**LATHAM & WATKINS** LLP
355 South Grand Avenue, Suite 100 | Los Angeles, CA 90071-1560
D: +1.213.891.7915

---

**From:** Wadier, Sebastien (LA)
**Sent:** Wednesday, October 9, 2024 9:27 PM
**To:** Ikeda, Tiffany (CC) <Tiffany.Ikeda@lw.com>; Beller, Benjamin S. <bellerb@sullcrom.com>; Liu, Sienna <lius@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Keeley, Julian M. <keeleyj@sullcrom.com>; zzext-landis <landis@lrclaw.com>; zzExt-brown <brown@lrclaw.com>; pierce@lrclaw.com
**Cc:** Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Mohebbi, Nima (LA) <nima.mohebbi@lw.com>; Harris, Christopher (NY) <CHRISTOPHER.HARRIS@lw.com>; Taousse, Nacif (NY) <Nacif.Taousse@lw.com>; Zhao, Zijun (NY) <Zijun.Zhao@lw.com>; Rosen, Brian (NY) <Brian.Rosen@lw.com>; Alexis R. Gambale <agambale@pashmanstein.com>; John W. Weiss <jweiss@pashmanstein.com>; Leslie Salcedo <lsalcedo@pashmanstein.com>
**Subject:** RE: FTX/3AC

Counsel,

You can find the Joint Liquidators' Third Sets of Requests for Production and Interrogatories attached.

Best,
Sebastien

**Sebastien Wadier**

**LATHAM & WATKINS** LLP
355 South Grand Avenue, Suite 100 | Los Angeles, CA 90071-1560
D: +1.213.891.7915

---

**From:** Ikeda, Tiffany (CC) <Tiffany.Ikeda@lw.com>
**Sent:** Monday, September 30, 2024 2:10 PM
**To:** Beller, Benjamin S. <bellerb@sullcrom.com>; Liu, Sienna <lius@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Keeley, Julian M. <keeleyj@sullcrom.com>
**Cc:** Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Mohebbi, Nima (LA) <nima.mohebbi@lw.com>; Harris, Christopher (NY) <CHRISTOPHER.HARRIS@lw.com>; Taousse, Nacif (NY) <Nacif.Taousse@lw.com>; Zhao, Zijun (NY) <Zijun.Zhao@lw.com>; Wadier, Sebastien (LA) <Sebastien.Wadier@lw.com>; Rosen, Brian (NY) <Brian.Rosen@lw.com>
**Subject:** RE: FTX/3AC

Counsel,

We are still waiting for a substantive response to my September 20 email.  As one point of clarification, our request for communications with or concerning 3AC between June 1 and 30, 2022 includes messages from FTX employees' personal Telegram, Signal, and other messaging accounts.  At deposition, Mr. Gordon testified that the Debtors have not attempted to collect messages from any FTX employees' Telegram or other personal messaging accounts.  To the extent the Debtors take the position that these are not in their possession, custody, or control, please let us know.

Tiffany

---

**Tiffany M. Ikeda**

**LATHAM & WATKINS** LLP
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5416 | M: +1.213.507.4609

---

**From:** Ikeda, Tiffany (CC)
**Sent:** Friday, September 27, 2024 9:40 AM
**To:** 'Beller, Benjamin S.' <bellerb@sullcrom.com>; 'Liu, Sienna' <lius@sullcrom.com>; 'Glueckstein, Brian D.' <gluecksteinb@sullcrom.com>; 'Keeley, Julian M.' <keeleyj@sullcrom.com>
**Cc:** Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Mohebbi, Nima (LA) <nima.mohebbi@lw.com>; Harris, Christopher (NY) <CHRISTOPHER.HARRIS@lw.com>; Taousse, Nacif (NY) <Nacif.Taousse@lw.com>; Zhao, Zijun (NY) <Zijun.Zhao@lw.com>; Wadier, Sebastien (LA) <Sebastien.Wadier@lw.com>; Rosen, Brian (NY) <Brian.Rosen@lw.com>
**Subject:** RE: FTX/3AC

Hi Benjamin,

We have yet to receive the information and documents requested below, or any response from your team.  As a result, and as stated in our last note, we will now require more time beyond October 4 to amend the proof of claim.  How much additional time is required will depend on when the requested information is received.

We're happy to discuss as needed.

Tiffany

---

**Tiffany M. Ikeda**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5416 | M: +1.213.507.4609

---

**From:** Ikeda, Tiffany (CC)
**Sent:** Tuesday, September 24, 2024 4:29 PM
**To:** 'Beller, Benjamin S.' <bellerb@sullcrom.com>; Liu, Sienna <lius@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Keeley, Julian M. <keeleyj@sullcrom.com>
**Cc:** Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Mohebbi, Nima (LA) <nima.mohebbi@lw.com>; Harris, Christopher (NY) <CHRISTOPHER.HARRIS@lw.com>; Taousse, Nacif (NY) <Nacif.Taousse@lw.com>; Zhao, Zijun (NY) <Zijun.Zhao@lw.com>; Wadier, Sebastien (LA) <Sebastien.Wadier@lw.com>; Rosen, Brian (NY) <Brian.Rosen@lw.com>
**Subject:** RE: FTX/3AC

Hi Benjamin,

Please let us know what follow up requests you anticipate responding to and when we can expect to receive documents/information.  We need this for our amended proof of claim, which is currently due to be delivered to the S&C team on **October 4**.  To the extent we do not receive the requested documents/information, including any deposition, if necessary, sufficiently in advance (and no later than **Thursday, September 26**), we will require additional time to provide the proof of claim.  We can discuss further if it becomes necessary, but we note that our requests are far from burdensome and can be delivered easily: three publicly available documents we have asked you to identify, chats that can be found via a search on Relativity, and the already-prepared A&M work product relied upon to prepare for the deposition.

With respect to last week's deposition, we understand that the parties are at an impasse on whether the deposition is open, and we reserve all rights.

Tiffany


**Tiffany M. Ikeda**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5416 | M: +1.213.507.4609

---

**From:** Beller, Benjamin S. <bellerb@sullcrom.com>
**Sent:** Sunday, September 22, 2024 7:32 PM
**To:** Ikeda, Tiffany (CC) <Tiffany.Ikeda@lw.com>; Liu, Sienna <lius@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Keeley, Julian M. <keeleyj@sullcrom.com>
**Cc:** Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Mohebbi, Nima (LA) <nima.mohebbi@lw.com>; Harris, Christopher (NY) <CHRISTOPHER.HARRIS@lw.com>; Taousse, Nacif (NY) <Nacif.Taousse@lw.com>; Zhao, Zijun (NY) <Zijun.Zhao@lw.com>; Wadier, Sebastien (LA) <Sebastien.Wadier@lw.com>; Rosen, Brian (NY) <Brian.Rosen@lw.com>
**Subject:** RE: FTX/3AC

Tiffany – we confirm receipt of your follow up requests from the deposition and as stated we are taking them under advisement.  However, we do not agree to respond to the requests on your artificial and unnecessarily burdensome timeline. We will respond as appropriate in due course, including with respect to the appropriateness of your requests given the procedural status of the claim dispute.

In the interim, please note that, as we expect you are aware, many of the former employees that may have knowledge of the FTX Debtors' pre-petition relationship with 3AC either have been convicted of or are under indictment for federal crimes which has implications for their accessibility.

Finally, we disagree with your asserted basis for purporting to keep Mr. Gordon's deposition open, consider the deposition closed, will not present him or any other witness for further examination pursuant to Rule 30(b)(6) without a court order, and reserve all rights with respect thereto.

**Benjamin S. Beller**
+1 212 558 3334 (T) | +1 917 660 0174 (M)

---

**From:** Tiffany.Ikeda@lw.com <Tiffany.Ikeda@lw.com>
**Sent:** Friday, September 20, 2024 3:32 PM
**To:** Beller, Benjamin S. <bellerb@sullcrom.com>; Liu, Sienna <lius@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Keeley, Julian M. <keeleyj@sullcrom.com>
**Cc:** Adam.Goldberg@lw.com; nima.mohebbi@lw.com; CHRISTOPHER.HARRIS@lw.com; Nacif.Taousse@lw.com; Zijun.Zhao@lw.com; Sebastien.Wadier@lw.com; Brian.Rosen@lw.com
**Subject:** [EXTERNAL] RE: FTX/3AC

S&C team,

Thank you for your and Mr. Gordon's time during yesterday's deposition. As previewed then, we have certain follow-up items. They are set forth below:

- We request that the Debtors produce no later than **Monday, September 23** the documents that Robert Gordon reviewed to prepare for his deposition, including:

  - The three "publicly available" documents referenced in the deposition, which we understand related to: (1) collateral management; (2) liquidation process; and (3) spot-margin trading program.

  - Any versions of internal A&M presentations or other work product referenced in the deposition that Mr. Gordon reviewed, which we understand to be at least two, with one prepared around September 10, 2024.

- We request that the Debtors conduct a new search for and produce, no later than **Friday, September 27**, all communications with or concerning 3AC between June 1 and 30, 2024, including but not limited to the messages sent by Zane Tackett referenced in the exhibits from yesterday's deposition, FTX_3AC_000000350 and 1394.

- Please confirm, no later than **Monday, September 23**, that Debtors' counsel represents the FTX developer named "███" and if so, provide his availability for a deposition. Mr. Gordon relied on a conversation with ███ for the very limited testimony he was able to offer concerning the disposition of 3AC's assets. If you do not represent ███ please provide his last known contact information.

- Please provide, no later than **Monday, September 23**, the last known contact information for Zane Tackett, Caroline Ellison, and the other FTX employees listed in FTX_3AC_000001594. Mr. Gordon's testimony made clear that Debtors have made no efforts to contact former employees with relevant knowledge of their relationship with 3AC. As a result, 3AC may need to depose these former employees itself.

As agreed, 3AC will deliver to the S&C team an amended proof of claim on October 4, 2024 (i.e., in 2 weeks).  Depending on the discovery items produced in connection with the above, what we learn from those items, and when they are produced, we may require more time to amend.

We further reiterate that the deponent was not adequately prepared for yesterday's deposition.  The deponent was unprepared to testify to, *inter alia*, 3AC's relationship with FTX (Topic No. 1), the composition of 3AC's "negative USD balances" (Topic No. 5), or the disposition of 3AC's assets (Topic No. 5) because, among other reasons, the Debtors made no attempt to contact anyone with personal knowledge of the deposition topics.  As we stated on the record, we are accordingly holding his deposition open and reserve all rights.

Regards,
Tiffany


**Tiffany M. Ikeda**

**LATHAM & WATKINS** LLP
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5416 | M: +1.213.507.4609

**From:** Ikeda, Tiffany (CC)
**Sent:** Friday, September 13, 2024 2:59 PM
**To:** 'Beller, Benjamin S.' <bellerb@sullcrom.com>; Liu, Sienna <lius@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Keeley, Julian M. <keeleyj@sullcrom.com>
**Cc:** Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Mohebbi, Nima (LA) <nima.mohebbi@lw.com>; Harris, Christopher (NY) <CHRISTOPHER.HARRIS@lw.com>; Taousse, Nacif (NY) <Nacif.Taousse@lw.com>; Zhao, Zijun (NY) <Zijun.Zhao@lw.com>; Wadier, Sebastien (LA) <Sebastien.Wadier@lw.com>; Rosen, Brian (NY) <Brian.Rosen@lw.com>
**Subject:** RE: FTX/3AC

Hi Benjamin,

That works for us.  We will plan on starting at 9 am ET on Thursday.

Tiffany


**Tiffany M. Ikeda**

**LATHAM & WATKINS** LLP
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5416 | M: +1.213.507.4609

**From:** Beller, Benjamin S. <bellerb@sullcrom.com>
**Sent:** Friday, September 13, 2024 2:00 PM
**To:** Ikeda, Tiffany (CC) <Tiffany.Ikeda@lw.com>; Liu, Sienna <lius@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Keeley, Julian M. <keeleyj@sullcrom.com>
**Cc:** Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Mohebbi, Nima (LA) <nima.mohebbi@lw.com>; Harris, Christopher (NY) <CHRISTOPHER.HARRIS@lw.com>; Taousse, Nacif (NY) <Nacif.Taousse@lw.com>; Zhao, Zijun (NY) <Zijun.Zhao@lw.com>; Wadier, Sebastien (LA) <Sebastien.Wadier@lw.com>; Rosen, Brian (NY) <Brian.Rosen@lw.com>
**Subject:** RE: FTX/3AC

Understood, in that case we suggest starting at 9 ET

Benjamin S. Beller
+1 212 558 3334 (T) | +1 917 660 0174 (M)

**From:** Tiffany.Ikeda@lw.com <Tiffany.Ikeda@lw.com>
**Sent:** Friday, September 13, 2024 4:51 PM
**To:** Beller, Benjamin S. <bellerb@sullcrom.com>; Liu, Sienna <lius@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Keeley, Julian M. <keeleyj@sullcrom.com>
**Cc:** Adam.Goldberg@lw.com; nima.mohebbi@lw.com; CHRISTOPHER.HARRIS@lw.com; Nacif.Taousse@lw.com; Zijun.Zhao@lw.com; Sebastien.Wadier@lw.com; Brian.Rosen@lw.com
**Subject:** [EXTERNAL] RE: FTX/3AC

Hi Ben,

We agree to the scheduling proposal in your email for 3AC's amended proof of claim.

Thanks for providing the deponent's name and list of attendees for Thursday's deposition.  We are fine with starting at 10 am ET.  We are not sure how long the deposition will take, but please have the witness be prepared to stay all day if needed.  We will plan on providing lunch so we can be efficient with our breaks.

Best,
Tiffany


**Tiffany M. Ikeda**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5416 | M: +1.213.507.4609

**From:** Beller, Benjamin S. <bellerb@sullcrom.com>
**Sent:** Friday, September 13, 2024 10:01 AM
**To:** Ikeda, Tiffany (CC) <Tiffany.Ikeda@lw.com>; Liu, Sienna <lius@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Keeley, Julian M. <keeleyj@sullcrom.com>
**Cc:** Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Mohebbi, Nima (LA) <nima.mohebbi@lw.com>; Harris, Christopher (NY) <CHRISTOPHER.HARRIS@lw.com>; Taousse, Nacif (NY) <Nacif.Taousse@lw.com>; Zhao, Zijun (NY) <Zijun.Zhao@lw.com>; Wadier, Sebastien (LA) <Sebastien.Wadier@lw.com>; Rosen, Brian (NY) <Brian.Rosen@lw.com>
**Subject:** RE: FTX/3AC

Tiffany – your scheduling proposal works for us except the pending claim objection should be adjourned to the December 12 omnibus hearing (not sine die), with your opposition due on November 20.  This will provide time for any dispute about an amended claim to be resolved but keeping the objection on calendar. And to be clear this schedule would apply to the original claim/claim objection with a new schedule to be evaluated in the event you validly file an amended claim.

Our 30b6 witness is Robert Gordon from A&M. For security, it will be me, Brian Glueckstein and Sienna Liu in attendance. Should we plan to start the deposition at 10 am ET? And do you have a sense of how much time you expect to need with the witness?

Thanks,

**Benjamin S. Beller**
+1 212 558 3334 (T) | +1 917 660 0174 (M)

**From:** Tiffany.Ikeda@lw.com <Tiffany.Ikeda@lw.com>
**Sent:** Monday, September 9, 2024 7:50 PM

**To:** Beller, Benjamin S. <bellerb@sullcrom.com>; Liu, Sienna <lius@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Keeley, Julian M. <keeleyj@sullcrom.com>
**Cc:** Adam.Goldberg@lw.com; nima.mohebbi@lw.com; CHRISTOPHER.HARRIS@lw.com; Nacif.Taousse@lw.com; Zijun.Zhao@lw.com; Sebastien.Wadier@lw.com; Brian.Rosen@lw.com
**Subject:** [EXTERNAL] RE: FTX/3AC

Counsel,

We write concerning the upcoming deposition and a proposal for 3AC's amended proof of claim.

**FTX 30(b)(6) Deposition**

For the deposition at Latham's NY office on September 19, please let us know the name of the witness(es) who will be testifying on Topics 1-10 and 12-16.  Please also provide the names of any other attendees no later than September 18 so we can add them to the security list.

**3AC's Amended Proof of Claim**

You will recall that when we previously corresponded regarding scheduling of the 3AC claim objection matters, FTX provided an extension of 3AC's response deadline for the claim objection commensurate with the adjournment of hearing.

With our deposition now being scheduled, we propose the following process in an effort to move forward in an efficient manner.

- Adjourn 3AC's deadline to object to FTX's objection to 3AC's proof of claim to a date to be determined.
- September 19 – deposition of FTX representative
- October 4 – deadline for 3AC to deliver amended proof of claim to FTX (for avoidance of doubt, not file with the bankruptcy court)
- FTX will then respond on whether it will agree that 3AC may amend its proof of claim (subject to the right to object).
  - If FTX accepts the filing of the amended proof of claim, the parties enter into a stipulation stating that the filing of the amended claim is acceptable.  FTX may then object to the amended proof of claim, with further proceedings to be determined at that stage.
  - If FTX declines to agree to filing of the amended proof of claim, 3AC will file a motion to amend the claim with further proceedings within 10 calendar days of receipt of written notice (via email) of FTX's decision, and further proceedings on the claim objection would be determined at the time of the court's ruling on the motion to amend.

Please let us know if this proposal is acceptable at your earliest convenience.  We are available to discuss / meet & confer.

Best,
Tiffany

**Tiffany M. Ikeda**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5416 | M: +1.213.507.4609

**From:** Ikeda, Tiffany (CC)
**Sent:** Wednesday, September 4, 2024 6:23 PM

**To:** 'Beller, Benjamin S.' <bellerb@sullcrom.com>; Liu, Sienna <lius@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>
**Cc:** Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Mohebbi, Nima (LA) <nima.mohebbi@lw.com>; Harris, Christopher (NY) <CHRISTOPHER.HARRIS@lw.com>; Taousse, Nacif (NY) <Nacif.Taousse@lw.com>; Zhao, Zijun (NY) <Zijun.Zhao@lw.com>; Wadier, Sebastien (LA) <Sebastien.Wadier@lw.com>; Rosen, Brian (NY) <Brian.Rosen@lw.com>; Keeley, Julian M. <keeleyj@sullcrom.com>
**Subject:** RE: FTX/3AC

Hi Benjamin,

We will plan on taking the deposition of the Debtors' 30(b)(6) witness on September 19 at Latham's office in NY.

Best,
Tiffany


**Tiffany M. Ikeda**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5416 | M: +1.213.507.4609

**From:** Beller, Benjamin S. <bellerb@sullcrom.com>
**Sent:** Tuesday, September 3, 2024 10:22 AM
**To:** Liu, Sienna <lius@sullcrom.com>; Ikeda, Tiffany (CC) <Tiffany.Ikeda@lw.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>
**Cc:** Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Mohebbi, Nima (LA) <nima.mohebbi@lw.com>; Harris, Christopher (NY) <CHRISTOPHER.HARRIS@lw.com>; Taousse, Nacif (NY) <Nacif.Taousse@lw.com>; Zhao, Zijun (NY) <Zijun.Zhao@lw.com>; Wadier, Sebastien (LA) <Sebastien.Wadier@lw.com>; Rosen, Brian (NY) <Brian.Rosen@lw.com>; Keeley, Julian M. <keeleyj@sullcrom.com>
**Subject:** RE: FTX/3AC

And further to the below, we can make our 30b6 witness available for deposition at S&C's offices in NY on either September 18 or 19th. Please let us know.

**Benjamin S. Beller**
+1 212 558 3334 (T) | +1 917 660 0174 (M)

**From:** Liu, Sienna <lius@sullcrom.com>
**Sent:** Tuesday, September 3, 2024 10:07 AM
**To:** Tiffany.Ikeda@lw.com; Beller, Benjamin S. <bellerb@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>
**Cc:** Adam.Goldberg@lw.com; nima.mohebbi@lw.com; CHRISTOPHER.HARRIS@lw.com; Nacif.Taousse@lw.com; Zijun.Zhao@lw.com; Sebastien.Wadier@lw.com; Brian.Rosen@lw.com; Keeley, Julian M. <keeleyj@sullcrom.com>
**Subject:** RE: FTX/3AC

Counsel,

Please see attached (I) the Debtors' responses and objections to 3AC's second set of discovery requests directed to the Debtors on August 7, 2024; and (II) the Debtors' supplemental responses and objections to 3AC's first set of interrogatories directed to the Debtors on July 26, 2024.

Best,
Sienna

**Sienna Liu**
T: (212)558-4087

---

**From:** Liu, Sienna
**Sent:** Wednesday, August 28, 2024 8:38 PM
**To:** Tiffany.Ikeda@lw.com; Beller, Benjamin S. <bellerb@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>
**Cc:** Adam.Goldberg@lw.com; nima.mohebbi@lw.com; CHRISTOPHER.HARRIS@lw.com; Nacif.Taousse@lw.com; Zijun.Zhao@lw.com; Sebastien.Wadier@lw.com; Brian.Rosen@lw.com
**Subject:** RE: FTX/3AC

Counsel,

We are working on responses to your second set of discovery requests, and will revert soon.

For the deposition, we are confirming dates for September, and will get back to you.  We will present a witness subject to all our objections, including both general and specific objections, as set out in our July 26, 2024 R&Os to your first set of discovery requests and the attached supplemental R&Os to the deposition notice, with the exception of Topic No. 11 (on loans made by Voyager to 3AC).

Best,
Sienna

---

**Sienna Liu**
T: (212)558-4087

---

**From:** Tiffany.Ikeda@lw.com <Tiffany.Ikeda@lw.com>
**Sent:** Tuesday, August 27, 2024 8:27 PM
**To:** Beller, Benjamin S. <bellerb@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Liu, Sienna <lius@sullcrom.com>
**Cc:** Adam.Goldberg@lw.com; nima.mohebbi@lw.com; CHRISTOPHER.HARRIS@lw.com; Nacif.Taousse@lw.com; Zijun.Zhao@lw.com; Sebastien.Wadier@lw.com; Brian.Rosen@lw.com
**Subject:** [EXTERNAL] RE: FTX/3AC

Counsel,

In your email dated August 15, you said you anticipated responding to our second set of discovery requests by the end of last week.  We have not received the Debtors' responses.  Can you please let us know when you anticipate serving them?

Also, please let us know when FTX's 30(b)(6) witness(es) will be available for deposition the week of September 9.  We expect FTX's witness(es) to be prepared on all topics listed in 3AC's July 10, 2024 deposition notice, including Topics 11-16 for which FTX did not serve any objections.

Tiffany

**Tiffany M. Ikeda**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5416 | M: +1.213.507.4609

---

**From:** Beller, Benjamin S. <bellerb@sullcrom.com>
**Sent:** Thursday, August 15, 2024 6:54 AM
**To:** Ikeda, Tiffany (CC) <Tiffany.Ikeda@lw.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Liu, Sienna <lius@sullcrom.com>
**Cc:** Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Mohebbi, Nima (LA) <nima.mohebbi@lw.com>; Harris, Christopher (NY) <CHRISTOPHER.HARRIS@lw.com>; Taousse, Nacif (NY) <Nacif.Taousse@lw.com>; Zhao, Zijun (NY) <Zijun.Zhao@lw.com>; Wadier, Sebastien (LA) <Sebastien.Wadier@lw.com>; Rosen, Brian (NY) <Brian.Rosen@lw.com>
**Subject:** RE: FTX/3AC

We anticipate responding to your second set of discovery requests by the end of next week.  Given the calendar and schedules, we will get back to you on dates in the first two weeks of September for a deposition.  We agree to adjourn the hearing on our claim objection to the October omnibus hearing with a corresponding extension of 3AC's response deadline.

The FTX Debtors do not consent to 3AC filing an amended proof of claim and will oppose any relief sought from the Court for leave to do so.  It is especially difficult for us to even consider consenting when you have not articulated any claim that you believe is properly asserted against the FTX Debtors, or a basis for leave to amend.  We are willing to consider a request for consent to an amended claim if and when you did so.  Otherwise, we suggest you file any motion to amend the claim so the Court can address it.  We do not agree that needs to or should wait until your discovery efforts are completed, and that process should proceed in parallel.


**Benjamin S. Beller**
+1 212 558 3334 (T) | +1 917 660 0174 (M)

---

**From:** Tiffany.Ikeda@lw.com <Tiffany.Ikeda@lw.com>
**Sent:** Tuesday, August 13, 2024 6:25 PM
**To:** Beller, Benjamin S. <bellerb@sullcrom.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Liu, Sienna <lius@sullcrom.com>
**Cc:** Adam.Goldberg@lw.com; nima.mohebbi@lw.com; CHRISTOPHER.HARRIS@lw.com; Nacif.Taousse@lw.com; Zijun.Zhao@lw.com; Sebastien.Wadier@lw.com; Brian.Rosen@lw.com
**Subject:** [EXTERNAL] RE: FTX/3AC

Counsel,

I am writing to discuss depo scheduling, FTX's discovery responses, 3AC's forthcoming amended proof of claim, and 3AC's objection to the plan.

1. **Deposition Scheduling:**  On August 1 and 7, we asked you to check on whether FTX's 30(b)(6) witness would be available for deposition the week of August 19.  We have not heard back.  Please let us know if FTX's witness is available for deposition on August 21 or 22.

2. **FTX Discovery Responses:**  On August 7, we served 3AC's second set of discovery consisting of one RFA, one RFP, and two interrogatories, and set the response date for August 13 at 5 pm ET.  As that deadline has now passed, please let us know when you anticipate being able to provide a substantive response to the discovery.  As you may expect, we will need responses at least five days before we take FTX's 30(b)(6) depo.

3.  **3AC's Forthcoming Amended Proof of Claim:**  As we discussed on August 1, our plan is to amend 3AC's proof of claim after we take FTX's deposition.  Will you consent to our filing of an amended proof of claim?  Alternatively, we will need to push back the claim objection deadline further to allow sufficient time to complete the deposition, file our amended proof of claim, and then have a hearing on a motion to amend our proof of claim before our response to the claim objection is due.

4.  **3AC's Objection to the Plan**:  We are planning on filing a limited objection to the plan on the grounds that it does not provide for a reserve for disputed claims in an amount sufficient to meet the requirements of section 1123(a)(4) of the Bankruptcy Code to provide equal distributions for all creditors in the same class.  We are open to working with you on a resolution that provides notice of the amount of reserves and an opportunity for the parties to be heard (if necessary) or reaching an agreement on an extension of the objection deadline, in light of our ongoing work towards a claim resolution.

We suggest a meet and confer on Wednesday afternoon (ET) or anytime Thursday.  Please let us know what works for you.

Tiffany


**Tiffany M. Ikeda**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5416 | M: +1.213.507.4609

**From:** Ikeda, Tiffany (CC)
**Sent:** Wednesday, August 7, 2024 10:17 AM
**To:** 'Beller, Benjamin S.' <bellerb@sullcrom.com>; 'Glueckstein, Brian D.' <gluecksteinb@sullcrom.com>; 'Liu, Sienna' <lius@sullcrom.com>
**Cc:** Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Mohebbi, Nima (LA) <nima.mohebbi@lw.com>; Harris, Christopher (NY) <CHRISTOPHER.HARRIS@lw.com>; Taousse, Nacif (NY) <Nacif.Taousse@lw.com>; Zhao, Zijun (NY) <Zijun.Zhao@lw.com>; Wadier, Sebastien (LA) <Sebastien.Wadier@lw.com>
**Subject:** FTX/3AC

Counsel,

Please see the attached discovery requests.  We have set these for a return date of August 13, but please let us know if you need more time and if so, when you anticipate being able to provide a substantive response.

During our call last Thursday, we discussed FTX's objections and responses to 3AC's discovery requests.  You said that although FTX's responses to the deposition topics only agreed to meet and confer, FTX was willing to put up a witness on all topics, with the caveat that you can only educate the witness based on what is known from the documents.  As such, we requested that you check on the witness's availability for deposition the week of August 19.  Can you please let us know if there are dates during that week that would work for a deposition?

Lastly, we appreciate your offer to work with us on providing the information in FTX_3AC_000000002 in a useable format.  Teneo is trying to address this issue, but we will circle back if we need further assistance.

Best,
Tiffany


**Tiffany M. Ikeda**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Direct Dial: +1.424.653.5416
Email: tiffany.ikeda@lw.com
https://www.lw.com [lw.com]

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com [lw.com].

**This is an external message from: Tiffany.Ikeda@lw.com **

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.

## **EXHIBIT 18**

**EXHIBIT FILED UNDER SEAL**

**<u>EXHIBIT 19</u>**

**EXHIBIT FILED UNDER SEAL**