# SCHEDULE 1

**Duplicate Portal Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**Eighty-Third Omnibus Claims Objection**
**Schedule 1 - Substantive Duplicate Claims**

| | | Claims to be Disallowed | | | | | Surviving Claims | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| 70077 | Name on file | FTX Trading Ltd. | BTC | 0.000000007000000 | 38515 | Name on file | FTX Trading Ltd. | BTC | 0.000000007000000 |
| | | | BTC-PERP | 0.000000000000000 | | | | BTC-PERP | 0.000000000000000 |
| | | | CEL-PERP | 0.000000000000000 | | | | CEL-PERP | 0.000000000000000 |
| | | | FTT | 0.072973069865727 | | | | FTT | 0.072973069865727 |
| | | | FTT-PERP | 0.000000000000000 | | | | FTT-PERP | 0.000000000000000 |
| | | | IOTA-PERP | 0.000000000000000 | | | | IOTA-PERP | 0.000000000000000 |
| | | | LUNA2 | 0.000000021575451 | | | | LUNA2 | 0.000000021575451 |
| | | | LUNA2_LOCKED | 0.000000050342720 | | | | LUNA2_LOCKED | 0.000000050342720 |
| | | | LUNC | 0.004698100000000 | | | | LUNC | 0.004698100000000 |
| | | | SOL | 0.005486740000000 | | | | SOL | 0.005486740000000 |
| | | | SRM | 3.764813250000000 | | | | SRM | 3.764813250000000 |
| | | | SRM_LOCKED | 128.040873160000000 | | | | SRM_LOCKED | 128.040873160000000 |
| | | | TRX | 0.000000200000000 | | | | TRX | 0.000000200000000 |
| | | | USD | 5.351365448602680 | | | | USD | 5.351365448602680 |
| | | | USDT | 37,430.271768928396000 | | | | USDT | 37,430.271768928396000 |

Reason: The Claimant has filed multiple proofs of claim and conducted a transfer of their earliest filed claim. The claim to be disallowed is substantively duplicative of the surviving and properly asserted claim filed by or transferred to the transferee.

| 82474 | Name on file | FTX Trading Ltd. | | Undetermined* | 71510 | Name on file | FTX Trading Ltd. | ADA-0624 | 0.000000000000000 |
| | | | | | | | | ADA-PERP | 0.000000000000000 |
| | | | | | | | | ANC-PERP | 0.000000000000000 |
| | | | | | | | | APE-PERP | 0.000000000000000 |
| | | | | | | | | AR-PERP | 0.000000000000000 |
| | | | | | | | | ATOM-PERP | 0.000000000000000 |
| | | | | | | | | AVAX | 0.477222000000000 |
| | | | | | | | | AVAX-PERP | -0.000000000000114 |
| | | | | | | | | AXS-PERP | 0.000000000000000 |
| | | | | | | | | BNB-PERP | 0.000000000000000 |
| | | | | | | | | BTC | 0.000118339305197 |
| | | | | | | | | BTC-0325 | 0.000000000000000 |
| | | | | | | | | BTC-0624 | 0.000000000000000 |
| | | | | | | | | BTC-0930 | 0.000000000000000 |
| | | | | | | | | BTC-1230 | 0.000000000000000 |
| | | | | | | | | BTC-20210924 | 0.000000000000000 |
| | | | | | | | | BTC-PERP | -0.000000000000002 |
| | | | | | | | | CELO-PERP | 0.000000000000000 |
| | | | | | | | | CEL-PERP | -0.000000000000455 |
| | | | | | | | | CLV-PERP | 0.000000000000000 |
| | | | | | | | | CREAM-PERP | 0.000000000000000 |
| | | | | | | | | CRO-PERP | 0.000000000000000 |
| | | | | | | | | CRV-PERP | 0.000000000000000 |
| | | | | | | | | DODO-PERP | 0.000000000000000 |
| | | | | | | | | DOGE | 0.634987190000000 |
| | | | | | | | | DOGE-PERP | 0.000000000000000 |
| | | | | | | | | DOT-PERP | 0.000000000000000 |
| | | | | | | | | DYDX | 0.022167750000000 |
| | | | | | | | | ENS-PERP | 0.000000000000000 |
| | | | | | | | | EOS-PERP | 0.000000000000000 |
| | | | | | | | | ETC-PERP | 0.000000000000000 |
| | | | | | | | | ETH | 0.000857762665168 |
| | | | | | | | | ETH-0325 | 0.000000000000000 |
| | | | | | | | | ETH-0624 | 0.000000000000000 |
| | | | | | | | | ETH-0930 | 0.000000000000000 |
| | | | | | | | | ETH-1230 | 0.000000000000000 |
| | | | | | | | | ETH-20211231 | 0.000000000000000 |
| | | | | | | | | ETH-PERP | 0.000000000000390 |
| | | | | | | | | ETHW | 0.000374634338081 |
| | | | | | | | | FIL-PERP | 0.000000000000000 |
| | | | | | | | | FTM-PERP | 0.000000000000000 |
| | | | | | | | | FTT | 0.000000004555555 |
| | | | | | | | | FTT-PERP | 0.000000000000682 |
| | | | | | | | | GALA-PERP | 0.000000000000000 |
| | | | | | | | | GMT-PERP | 0.000000000000000 |
| | | | | | | | | HT-PERP | 0.000000000000000 |
| | | | | | | | | ICP-PERP | 0.000000000000000 |
| | | | | | | | | KLUNC-PERP | 0.000000000000000 |
| | | | | | | | | KNC-PERP | 0.000000000001364 |
| | | | | | | | | LINK | 0.061723485450965 |
| | | | | | | | | LINK-0325 | 0.000000000000000 |
| | | | | | | | | LINK-PERP | -0.000000000005457 |
| | | | | | | | | LOOKS-PERP | 0.000000000000000 |
| | | | | | | | | LTC-PERP | 0.000000000000000 |
| | | | | | | | | LUNA2 | 46.471754460000000 |
| | | | | | | | | LUNA2_LOCKED | 108.434093700000000 |
| | | | | | | | | LUNA2-PERP | 0.000000000000000 |
| | | | | | | | | LUNC | 0.000000000533994 |
| | | | | | | | | LUNC-PERP | -0.000000000012824 |
| | | | | | | | | MAPS-PERP | 0.000000000000000 |
| | | | | | | | | MATIC-PERP | 0.000000000000000 |
| | | | | | | | | MNGO-PERP | 0.000000000000000 |
| | | | | | | | | MTL-PERP | -0.000000000001819 |
| | | | | | | | | NEAR-PERP | 0.000000000000000 |
| | | | | | | | | ONE-PERP | 0.000000000000000 |
| | | | | | | | | OP-PERP | 0.000000000000000 |
| | | | | | | | | PRISM | 9.282275000000000 |
| | | | | | | | | RUNE-PERP | -0.000000000000227 |
| | | | | | | | | SHIB-PERP | 0.000000000000000 |
| | | | | | | | | SKL-PERP | 0.000000000000000 |
| | | | | | | | | SLP-PERP | 0.000000000000000 |
| | | | | | | | | SOL | 0.839719950000000 |
| | | | | | | | | SOL-PERP | 0.000000000000028 |
| | | | | | | | | SPELL | 84.410500000000000 |
| | | | | | | | | SRM | 0.517729850000000 |
| | | | | | | | | SRM_LOCKED | 4.829845640000000 |
| | | | | | | | | STEP-PERP | 0.000000000000000 |
| | | | | | | | | SUSHI | 0.755400000000000 |
| | | | | | | | | TRU-PERP | 0.000000000000000 |
| | | | | | | | | USD | 166,456.688485559000000 |
| | | | | | | | | USDT | 0.000000005427053 |
| | | | | | | | | USTC-PERP | 0.000000000000000 |
| | | | | | | | | WAVES-PERP | 0.000000000000000 |
| | | | | | | | | WBTC | 0.105990928000000 |
| | | | | | | | | ZIL-PERP | 0.000000000000000 |

Reason: The Claimant has filed multiple proofs of claim and conducted a transfer of their earliest filed claim. The claim to be disallowed is substantively duplicative of the surviving and properly asserted claim filed by or transferred to the transferee.

| 82744 | Name on file | West Realm Shires Services Inc. | | Undetermined* | 71510 | Name on file | FTX Trading Ltd. | ADA-0624 | 0.000000000000000 |
| | | | | | | | | ADA-PERP | 0.000000000000000 |
| | | | | | | | | ANC-PERP | 0.000000000000000 |
| | | | | | | | | APE-PERP | 0.000000000000000 |
| | | | | | | | | AR-PERP | 0.000000000000000 |
| | | | | | | | | ATOM-PERP | 0.000000000000000 |
| | | | | | | | | AVAX | 0.477222000000000 |
| | | | | | | | | AVAX-PERP | -0.000000000000114 |
| | | | | | | | | AXS-PERP | 0.000000000000000 |
| | | | | | | | | BNB-PERP | 0.000000000000000 |
| | | | | | | | | BTC | 0.000118339305197 |
| | | | | | | | | BTC-0325 | 0.000000000000000 |
| | | | | | | | | BTC-0624 | 0.000000000000000 |
| | | | | | | | | BTC-0930 | 0.000000000000000 |
| | | | | | | | | BTC-1230 | 0.000000000000000 |
| | | | | | | | | BTC-20210924 | 0.000000000000000 |
| | | | | | | | | BTC-PERP | -0.000000000000002 |
| | | | | | | | | CELO-PERP | 0.000000000000000 |
| | | | | | | | | CEL-PERP | -0.000000000000455 |
| | | | | | | | | CLV-PERP | 0.000000000000000 |
| | | | | | | | | CREAM-PERP | 0.000000000000000 |
| | | | | | | | | CRO-PERP | 0.000000000000000 |
| | | | | | | | | CRV-PERP | 0.000000000000000 |
| | | | | | | | | DODO-PERP | 0.000000000000000 |
| | | | | | | | | DOGE | 0.634987190000000 |
| | | | | | | | | DOGE-PERP | 0.000000000000000 |
| | | | | | | | | DOT-PERP | 0.000000000000000 |
| | | | | | | | | DYDX | 0.022167750000000 |
| | | | | | | | | ENS-PERP | 0.000000000000000 |
| | | | | | | | | EOS-PERP | 0.000000000000000 |
| | | | | | | | | ETC-PERP | 0.000000000000000 |
| | | | | | | | | ETH | 0.000857762665168 |
| | | | | | | | | ETH-0325 | 0.000000000000000 |
| | | | | | | | | ETH-0624 | 0.000000000000000 |
| | | | | | | | | ETH-0930 | 0.000000000000000 |
| | | | | | | | | ETH-1230 | 0.000000000000000 |
| | | | | | | | | ETH-20211231 | 0.000000000000000 |
| | | | | | | | | ETH-PERP | 0.000000000000390 |
| | | | | | | | | ETHW | 0.000374634338081 |
| | | | | | | | | FIL-PERP | 0.000000000000000 |
| | | | | | | | | FTM-PERP | 0.000000000000000 |
| | | | | | | | | FTT | 0.000000004555555 |
| | | | | | | | | FTT-PERP | 0.000000000000682 |
| | | | | | | | | GALA-PERP | 0.000000000000000 |
| | | | | | | | | GMT-PERP | 0.000000000000000 |
| | | | | | | | | HT-PERP | 0.000000000000000 |
| | | | | | | | | ICP-PERP | 0.000000000000000 |
| | | | | | | | | KLUNC-PERP | 0.000000000000000 |
| | | | | | | | | KNC-PERP | 0.000000000001364 |
| | | | | | | | | LINK | 0.061723485450965 |
| | | | | | | | | LINK-0325 | 0.000000000000000 |
| | | | | | | | | LINK-PERP | -0.000000000005457 |
| | | | | | | | | LOOKS-PERP | 0.000000000000000 |
| | | | | | | | | LTC-PERP | 0.000000000000000 |
| | | | | | | | | LUNA2 | 46.471754460000000 |
| | | | | | | | | LUNA2_LOCKED | 108.434093700000000 |
| | | | | | | | | LUNA2-PERP | 0.000000000000000 |
| | | | | | | | | LUNC | 0.000000000533994 |
| | | | | | | | | LUNC-PERP | -0.000000000012824 |
| | | | | | | | | MAPS-PERP | 0.000000000000000 |
| | | | | | | | | MATIC-PERP | 0.000000000000000 |
| | | | | | | | | MNGO-PERP | 0.000000000000000 |
| | | | | | | | | MTL-PERP | -0.000000000001819 |
| | | | | | | | | NEAR-PERP | 0.000000000000000 |
| | | | | | | | | ONE-PERP | 0.000000000000000 |
| | | | | | | | | OP-PERP | 0.000000000000000 |
| | | | | | | | | PRISM | 9.282275000000000 |
| | | | | | | | | RUNE-PERP | -0.000000000000227 |
| | | | | | | | | SHIB-PERP | 0.000000000000000 |
| | | | | | | | | SKL-PERP | 0.000000000000000 |
| | | | | | | | | SLP-PERP | 0.000000000000000 |
| | | | | | | | | SOL | 0.839719950000000 |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | Claims to be Disallowed | | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| | | | | | | | | SOL-PERP | 0.000000000000028 |
| | | | | | | | | SPELL | 84.410500000000000 |
| | | | | | | | | SRM | 0.517729850000000 |
| | | | | | | | | SRM_LOCKED | 4.829845640000000 |
| | | | | | | | | STEP-PERP | 0.000000000000000 |
| | | | | | | | | SUSHI | 0.755400000000000 |
| | | | | | | | | TRU-PERP | 0.000000000000000 |
| | | | | | | | | USD | 166,456.688485559000000 |
| | | | | | | | | USDT | 0.000000005427053 |
| | | | | | | | | USTC-PERP | 0.000000000000000 |
| | | | | | | | | WAVES-PERP | 0.000000000000000 |
| | | | | | | | | WBTC | 0.105990928000000 |
| | | | | | | | | ZIL-PERP | 0.000000000000000 |

Reason: The Claimant has filed multiple proofs of claim and conducted a transfer of their earliest filed claim. The claim to be disallowed is substantively duplicative of the surviving and properly asserted claim filed by or transferred to the transferee.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|---|---|---|---|---|
| 27839 | Name on file | FTX Trading Ltd. | BTC | 0.473500000000000 | 22892* | Name on file | FTX Trading Ltd. | BTC | 0.473500000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the Debtors' Seventh (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|---|---|---|---|---|
| 480 | Name on file | FTX Trading Ltd. | USD | 10,607.000000000000000 | 437 | Name on file | FTX Trading Ltd. | USD | 110,386.000000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|---|---|---|---|---|
| 43529 | Name on file | FTX Trading Ltd. | AAVE-PERP | 0.000000000000000 | 12204 | Name on file | FTX Trading Ltd. | AAVE-PERP | 0.000000000000000 |
| | | | ADA-PERP | 0.000000000000000 | | | | ADA-PERP | 0.000000000000000 |
| | | | AGLD-PERP | 0.000000000000000 | | | | AGLD-PERP | 0.000000000000000 |
| | | | AR-PERP | 0.000000000000000 | | | | AR-PERP | 0.000000000000000 |
| | | | ATOM-PERP | 0.000000000000000 | | | | ATOM-PERP | 0.000000000000000 |
| | | | AVAX-PERP | 0.000000000000000 | | | | AVAX-PERP | 0.000000000000000 |
| | | | AXS-PERP | 0.000000000000028 | | | | AXS-PERP | 0.000000000000028 |
| | | | DOGE-PERP | 0.000000000000000 | | | | DOGE-PERP | 0.000000000000000 |
| | | | DYDX-PERP | -0.000000000000028 | | | | DYDX-PERP | -0.000000000000028 |
| | | | ETH | 1.578477780000000 | | | | ETH | 1.578477780000000 |
| | | | ETH-PERP | 0.000000000000000 | | | | ETH-PERP | 0.000000000000000 |
| | | | ETHW | 1.578477780000000 | | | | ETHW | 1.578477780000000 |
| | | | FTM-PERP | 0.000000000000000 | | | | FTM-PERP | 0.000000000000000 |
| | | | FTT | 0.095012500000000 | | | | FTT | 0.095012500000000 |
| | | | LUNA2 | 0.000925549463400 | | | | LUNA2 | 0.000925549463400 |
| | | | LUNA2_LOCKED | 0.002159615415000 | | | | LUNA2_LOCKED | 0.002159615415000 |
| | | | LUNC-PERP | 0.000000000000000 | | | | LUNC-PERP | 0.000000000000000 |
| | | | MATIC-PERP | 0.000000000000000 | | | | MATIC-PERP | 0.000000000000000 |
| | | | OMG-PERP | 0.000000000000000 | | | | OMG-PERP | 0.000000000000000 |
| | | | ONE-PERP | 0.000000000000000 | | | | ONE-PERP | 0.000000000000000 |
| | | | OP-PERP | 0.000000000000000 | | | | OP-PERP | 0.000000000000000 |
| | | | RAY-PERP | 0.000000000000000 | | | | RAY-PERP | 0.000000000000000 |
| | | | RUNE-PERP | 0.000000000000000 | | | | RUNE-PERP | 0.000000000000000 |
| | | | SHIB-PERP | 0.000000000000000 | | | | SHIB-PERP | 0.000000000000000 |
| | | | SLP-PERP | 0.000000000000000 | | | | SLP-PERP | 0.000000000000000 |
| | | | SOL-PERP | 0.000000000000003 | | | | SOL-PERP | 0.000000000000003 |
| | | | SUSHI-PERP | 0.000000000000000 | | | | SUSHI-PERP | 0.000000000000000 |
| | | | TRX | 0.000003000000000 | | | | TRX | 0.000003000000000 |
| | | | USD | 21,935.400730961755000 | | | | USD | 21,935.400730961755000 |
| | | | USDT | 0.000000002000000 | | | | USDT | 0.000000002000000 |
| | | | USTC | 0.131016000000000 | | | | USTC | 0.131016000000000 |
| | | | XTZ-PERP | 0.000000000000000 | | | | XTZ-PERP | 0.000000000000000 |
| | | | YFII-PERP | 0.000000000000000 | | | | YFII-PERP | 0.000000000000000 |

Reason: The Claimant has filed multiple proofs of claim and conducted a transfer of their earliest filed claim. The claim to be disallowed is substantively duplicative of the surviving and properly asserted claim filed by or transferred to the transferee.

22892*: Surviving Claim was ordered modified on the Debtors- Seventh (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)