# SCHEDULE 1

**Superseded Claims**

{1368.002-W0077054.2}

**FTX Trading Ltd. 22-11068 (JTD)**
**Eighty-Sixth Omnibus Claims Objection**
**Schedule 1 - Superseded Claims**

| Claims to be Disallowed | | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| 2210 | Name on file | FTX Trading Ltd. | USD | 6,416.510000000000000 | 47708 | Name on file | FTX Trading Ltd. | AAVE-20210326 | 0.000000000000000 |
| | | | | | | | | ALGO-20190927 | 0.000000000000000 |
| | | | | | | | | APE-PERP | 0.000000000000000 |
| | | | | | | | | BNB-20200626 | 0.000000000000000 |
| | | | | | | | | BNB-20200925 | 0.000000000000000 |
| | | | | | | | | BSV-20200327 | 0.000000000000000 |
| | | | | | | | | BTC | 0.000000008000000 |
| | | | | | | | | BVOL | 0.000000006400000 |
| | | | | | | | | COMP | 0.000000010000000 |
| | | | | | | | | DOT-20210326 | 0.000000000000000 |
| | | | | | | | | ETC-20200327 | 0.000000000000000 |
| | | | | | | | | ETHW | 0.000080010957561 |
| | | | | | | | | FTT | 0.000000005816581 |
| | | | | | | | | LUNA2 | 0.001256629646000 |
| | | | | | | | | LUNA2_LOCKED | 0.002932135840000 |
| | | | | | | | | PERP-PERP | 0.000000000000000 |
| | | | | | | | | SHIT-20200626 | 0.000000000000000 |
| | | | | | | | | SNX-PERP | -0.000000000000341 |
| | | | | | | | | SRM | 15.301416980000000 |
| | | | | | | | | SRM_LOCKED | 12,225.607323280000000 |
| | | | | | | | | STETH | 0.000000004992141 |
| | | | | | | | | USD | 1,270.245142956052835 |
| | | | | | | | | USDT | 0.000000015484496 |
| | | | | | | | | USTC | 0.177882000000000 |
| | | | | | | | | WBTC | 0.000000007500000 |
| | | | | | | | | XRP-20210326 | 0.000000000000000 |
| 2200 | Name on file | FTX Trading Ltd. | USD | 25,421.710000000000000 | 2321 | Name on file | FTX Trading Ltd. | USD | 25,421.710000000000000 |
| 2207 | Name on file | FTX Trading Ltd. | USD | 99,620.460000000000000 | 47713 | Name on file | FTX Trading Ltd. | APE-PERP | 0.000000000000000 |
| | | | | | | | | ETH | 0.074000000000000 |
| | | | | | | | | FTT | 0.081899310000000 |
| | | | | | | | | LUNA2 | 0.000664562260500 |
| | | | | | | | | LUNA2_LOCKED | 0.001550645275000 |
| | | | | | | | | PERP-PERP | 0.000000000000000 |
| | | | | | | | | SOL | 0.002138440000000 |
| | | | | | | | | SOL-PERP | 0.000000000000000 |
| | | | | | | | | SRM | 88.037309960000000 |
| | | | | | | | | SRM_LOCKED | 2,363.682690040000000 |
| | | | | | | | | USD | 98,490.210348319380000 |
| | | | | | | | | USTC | 0.094072000000000 |
| 84985 | Name on file | FTX Trading Ltd. | 1INCH | 0.000000003172000 | 84986 | Name on file | FTX Trading Ltd. | 1INCH | 0.000000003172000 |
| | | | AVAX | 0.000000007217002 | | | | AVAX | 0.000000007217002 |
| | | | BCHBEAR | 0.000000005000000 | | | | BCHBEAR | 0.000000005000000 |
| | | | BTC | 0.100000086177764 | | | | BTC | 0.100000086177764 |
| | | | BTC-PERP | 0.000000000000000 | | | | BTC-PERP | 0.000000000000000 |
| | | | BULL | 0.000000001864350 | | | | BULL | 0.000000001864350 |
| | | | BVOL | 0.000000001400000 | | | | BVOL | 0.000000001400000 |
| | | | DOT-PERP | 0.000000000000000 | | | | DOT-PERP | 0.000000000000000 |
| | | | ETH | 0.000000010000000 | | | | ETH | 0.000000010000000 |
| | | | ETHBULL | 0.000000001213500 | | | | ETHBULL | 0.000000001213500 |
| | | | ETH-PERP | 0.000000000000000 | | | | ETH-PERP | 0.000000000000000 |
| | | | FTT | 0.000000004054668 | | | | FTT | 0.000000004054668 |
| | | | LINK | 0.000000005000000 | | | | LINK | 0.000000005000000 |
| | | | LINKBULL | 0.000000000955000 | | | | LINKBULL | 0.000000000955000 |
| | | | LTCBULL | 0.000000005000000 | | | | LTCBULL | 0.000000005000000 |
| | | | LUNA2 | 36.400448830000000 | | | | LUNA2 | 36.400448830000000 |
| | | | LUNA2_LOCKED | 84.934380600000000 | | | | LUNA2_LOCKED | 84.934380600000000 |
| | | | LUNC | 117.260000000000000 | | | | LUNC | 117.260000000000000 |
| | | | SOL | 0.000000005000000 | | | | SOL | 0.000000005000000 |
| | | | SRM | 0.041136960000000 | | | | SRM | 0.041136960000000 |
| | | | SRM_LOCKED | 23.763456090000000 | | | | SRM_LOCKED | 23.763456090000000 |
| | | | SUSHI | 0.000000005000000 | | | | SUSHI | 0.000000005000000 |
| | | | USD | 48,901.601946075020000 | | | | USD | 48,901.601946075020000 |
| | | | XRPBEAR | 0.000000005000000 | | | | XRPBEAR | 0.000000005000000 |
| | | | XRPBULL | 0.000000006950000 | | | | XRPBULL | 0.000000006950000 |
| | | | YFI | 0.000000003550000 | | | | YFI | 0.000000003550000 |
| | | | ZECBULL | 0.000000003925000 | | | | ZECBULL | 0.000000003925000 |
| 5881 | Name on file | FTX Trading Ltd. | USD | 25,000.000000000000000 | 79995 | Name on file | West Realm Shires Services Inc. | USD | 25,000.000000000000000 |
| 980 | Name on file | FTX Trading Ltd. | USD | 16,543.000000000000000 | 8232 | Name on file | FTX Trading Ltd. | SRM | 13.480000000000000 |
| | | | | | | | | SRM_LOCKED | 68.615000000000000 |
| | | | | | | | | TRX | 20.000000000000000 |
| | | | | | | | | USD | 10,898.917750567272000 |
| | | | | | | | | USDT | 5,600.470000000000000 |