## SCHEDULE 1

**Duplicate Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**Eighty-Seventh Omnibus Claims Objection**
**Schedule 1 - Substantive Duplicate Claims**

| | | Claims to be Disallowed | | | | | Surviving Claims | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| 31104 | Name on file | West Realm Shires Services Inc. | | | 30714 | Name on file | West Realm Shires Services Inc. | | |
| | | | BTC | 0.000009600000000000 | | | | BTC | 0.000009600000000000 |
| | | | USD | 27,153.050000000000000 | | | | USD | 27,153.050000000000000 |
| Reason: The Claimant has filed multiple proofs of claim and conducted a transfer of their earliest filed claim. The claim to be disallowed is substantively duplicative of the surviving and properly asserted claim filed by or transferred to the transferee. | | | | | | | | | |
| 28397 | Name on file | FTX Trading Ltd. | USDT | 9,399.810000000000000 | 28378 | Name on file | FTX Trading Ltd. | USD | 1.650000000000000 |
| | | | | | | | | USDT | 0.010000000000000 |
| Reason: The claim to be disallowed is substantively duplicative of the surviving claim. | | | | | | | | | |