# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| FTX TRADING LTD., *et al.*,[1] | : Case No. 22-11068 (JTD) |
| | : |
| | : (Jointly Administered) |
| Debtors. | : |
| | : **Obj. Deadline: November 26, 2024 at 4:00 p.m. ET** |
| | **Hearing Date: December 12, 2024 at 1:00 p.m. ET** |

------------------------------------------------------- x

## AMENDED NOTICE OF MOTION OF THE FOREIGN REPRESENTATIVES OF THREE ARROWS CAPITAL, LTD. (IN LIQUIDATION) FOR LEAVE TO AMEND PROOF OF CLAIM

**PLEASE TAKE NOTICE** that, on November 6, 2024, Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized joint liquidators appointed in the British Virgin Islands' liquidation of Three Arrows Capital, Ltd. (in liquidation) (the "**3AC Debtor**") and foreign representatives of the 3AC Debtor (the "**Joint Liquidators of the 3AC Debtor**"), filed the *Motion of the Joint Liquidators of Three Arrows Capital, Ltd. (in liquidation) for Leave to Amend Proof of Claim* [D.I. 27755] (the "**Motion**") was filed with the United States Bankruptcy Court for the District of Delaware (the "**Court**") under seal, temporarily.[2]

**PLEASE TAKE FURTHER NOTICE** that an objection, if any, to the Motion must be in writing, filed with the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon the undersigned counsel, so that it is received on or before November 26, 2024 at 4:00 p.m. (Eastern Time).

**PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION, IF NECESSARY, WILL BE HELD ON DECEMBER 12, 2024 AT 1:00 P.M. (EASTERN TIME) BEFORE THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of FTX debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of FTX's claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] On November 12, 2024, the Joint Liquidators of the 3AC Debtor filed a *Sealing Motion of the Joint Liquidators of the Three Arrows Capital, Ltd. (in Liquidation)* [D.I. 27899] and a *Notice of Filing of Redacted Version of Motion of the Foreign Representatives of Three Arrows Capital, Ltd. (In Liquidation) for Leave to Amend Proof of Claim* [D.I. 27901].

**DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.**

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY MOTION WITHOUT FURTHER NOTICE OR HEARING.**

[*intentionally left blank*]

US-DOCS\154736726.19

Dated: November 13, 2024
Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Alexis R. Gambale*
John W. Weiss (No. 4160)
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Facsimile: (732) 852-2482
Email:   jweiss@pashmanstein.com
            jbarsalona@pashmanstein.com
            agambale@pashmanstein.com

– and –

Christopher Harris (admitted *pro hac vice*)
Adam J. Goldberg (admitted *pro hac vice*)
Nacif Taousse (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:   chris.harris@lw.com
            adam.goldberg@lw.com
            nacif.taousse@lw.com

– and –

Tiffany M. Ikeda (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email:   tiffany.ikeda@lw.com

*Counsel to the Joint Liquidators of Three Arrows Capital, Ltd. (in Liquidation).*

## <u>CERTIFICATE OF SERVICE</u>

I, Alexis R. Gambale hereby certify that on November 13, 2024 I caused a copy of the

*AMENDED NOTICE OF MOTION OF THE FOREIGN REPRESENTATIVES OF THREE*

*ARROWS CAPITAL, LTD. (IN LIQUIDATION) FOR LEAVE TO AMEND PROOF OF CLAIM* to

be served on all parties who are registered to receive notice through the Court's CM/ECF system.

*/s/ Alexis R. Gambale*
Alexis R. Gambale (DE ID No. 7150)
**PASHMAN STEIN WALDER
HAYDEN, P.C.**
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Facsimile: (732) 852-2482
Email:   agambale@pashmanstein.com
