## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------- x
In re:
FTX TRADING LTD., *et al.*,[1]

Debtors.
----------------------------------------------------------- x

: Chapter 11
:
: Case No. 22-11068 (JTD)
:
: (Jointly Administered)
:
:

### CERTIFICATE OF SERVICE

I, Alexis R. Gambale hereby certify that on November 12, 2024 I caused a copy of the *Sealing Motion of the Joint Liquidators of the Three Arrows Capital, Ltd. (in Liquidation)* [D.I. 27899] and a *Notice of Filing of Redacted Version of Motion of the Foreign Representatives of Three Arrows Capital, Ltd. (In Liquidation) for Leave to Amend Proof of Claim* [D.I. 27901] to be served on all parties who are registered to receive notice through the Court's CM/ECF system.

*/s/ Alexis R. Gambale*
Alexis R. Gambale (DE ID No. 7150)
**PASHMAN STEIN WALDER HAYDEN, P.C.**
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Facsimile: (732) 852-2482
Email:  agambale@pashmanstein.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these chapter 11 cases, a complete list of FTX debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of FTX's claims and noticing agent at https://cases.ra.kroll.com/FTX.