# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
:
In re: : Chapter 11
:
FTX TRADING LTD., *et al.*,[1] : Case No. 22-11068 (JTD)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------ x

## NOTICE OF SERVICE OF SUBPOENA

**PLEASE TAKE NOTICE** that counsel to Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives of Three Arrows Capital, Ltd., by and through its counsel, served the Subpoena to Zane Tackett, a copy of which is attached as **Exhibit A** hereto, on the parties on the attached service list via electronic mail.

[*Remainder of the page intentionally left blank*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

| | |
|---|---|
| Dated:  November 13, 2024<br>          Wilmington, Delaware | Christopher Harris (admitted *pro hac vice*)<br>Adam J. Goldberg (admitted *pro hac vice*)<br>Nacif Taousse (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email:  chris.harris@lw.com<br>          adam.goldberg@lw.com<br>          nacif.taousse@lw.com<br><br>– and –<br><br>Tiffany M. Ikeda (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>Email:  tiffany.ikeda@lw.com<br><br>– and –<br><br>/s/ *Alexis R. Gambale*<br>John W. Weiss (No. 4160)<br>Joseph C. Barsalona II (No. 6102)<br>Alexis R. Gambale (No. 7150)<br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>824 North Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 592-6496<br>Facsimile: (732) 852-2482<br>Email:  jweiss@pashmanstein.com<br>          jbarsalona@pashmanstein.com<br>          agambale@pashmanstein.com<br><br>*Counsel to the Foreign Representatives of Three Arrows Capital, Ltd.* |

| Service Date | Email Address | Attorney |
|---|---|---|
| 11/11/2024 | bellerb@sullcrom.com; gluecksteinb@sullcrom.com lius@sullcrom.com darbys@sullcrom.com keeleyj@sullcrom.com | Benjamin S. Beller<br>Brian D. Glueckstein<br>Sienna Liu<br>Samuel G. Darby<br>Julian M. Keeley<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004 |
| 11/11/2024 | landis@lrclaw.com; brown@lrclaw.com pierce@lrclaw.com | Adam G. Landis<br>Kimberly A. Brown<br>Matthew R. Pierce<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 |
| 11/12/2024 | mlunn@ycst.com rpoppiti@ycst.com jkochenash@ycst.com | Matthew B. Lunn<br>Robert F. Poppiti, Jr.<br>Jared W. Kochenash<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>1000 North King Street<br>Wilmington, DE 19801 |
| 11/12/2024 | krishansen@paulhastings.com gabesasson@paulhastings.com erezgilad@paulhastings.com | Kris Hansen<br>Gabe Sasson<br>Erez Gilad<br>PAUL HASTING LLP<br>200 Park Avenue<br>New York, NY 10166 |
| 11/12/2024 | benjamin.a.hackman@usdoj.gov jon.lipshie@usdoj.gov David.Gerardi@usdoj.gov linda.richenderfer@usdoj.gov | Benjamin A. Hackman<br>Jonathan Lipshie<br>David Gerardi<br>Linda Richenderfer<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |