**Case No. 22-11068 (JTD)**

**Attn: Office of the Clerk of the United States Bankruptcy Court for the District of Delaware**

**RESPONSE TO DEBTORS' ONE HUNDRED FIRST (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN OVERSTATED AND/OR UNLIQUIDATED PROOFS OF CLAIM (CUSTOMER CLAIMS)**

A. The court in which the hearing is taking place: **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**
   The name of the debtor: **West Realm Shires Services Inc.**
   The case number for the hearing: **Case No. 22-11068 (JTD)**
   Title of Objection: **DEBTORS' ONE HUNDRED FIRST (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN OVERSTATED AND/OR UNLIQUIDATED PROOFS OF CLAIM (CUSTOMER CLAIMS)**

B. Name of claimant: **Raymond Michael Rogers**
   Claim number: **65816**
   Description: This 'response' is to contest the USD (US dollar) discrepancy in my claim vs. the objection claim amount. The amount of my claim of **$7,649.17** USD is derived from the result of me liquidating a majority of my Bitcoin (BTC) holdings on **11/9/2022** on the FTX platform. Immediately after selling my Bitcoin, I submitted a withdraw from my FTX account to my bank account in the amount of **$7,647.16** USD. I received an email confirmation of the withdraw on **11/9/2022** as well as an additional email saying that the withdraw was being processed. However, I never received the withdrawn funds in my bank account. On the FTX website the bank withdraw/transfer status shows 'Complete', even though I never received these funds.

C. The factual evidence that I will attach to this response is:
   a. A copy of my bank statement for the entire month of November 2022 showing that at no time did I receive the bank transfer/withdraw I initiated on the FTX site even though it says complete.
   b. A screen shot of my FTX account showing that the bank transfer was 'complete' even though it was never completed.
   c. Copies of the emails I received from FTX saying that they had received my withdraw request as well as one saying the withdraw had been processed and that the US fiat had been sent.
   d. Copy of the email from Stripe confirming that my bank account had been properly linked to my FTX account and that correct bank routing number was used.

D. All the documentation/evidence will be attached to this filing. Any additional evidence required to further prove this response to the claim will be expeditiously provided at the request of whomever requires it.

E. Send all communications regarding this claim and/or objection to:
   **Raymond M. Rogers**
   **3456 Peninsula Cir. Melbourne, FL 32940**
   **+1 714-363-7158 (call or text)**
   **raymrogers@yahoo.com**

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred First Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| Claim Number | Name | Asserted Claims | | | Modified Claims | |
| | | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 65816 | Rogers, Raymond M | West Realm Shires Services Inc. | BTC | 0.00008910000000000 | West Realm Shires Services Inc. | 0.00008910000000000 |
| | | | ETH | 0.00077255000000000 | | 0.00077255000000000 |
| | | | ETHW | 0.00277255000000000 | | 0.00277255000000000 |
| | | | USD | 7,649.16909054519691 | | 2.00909054519691 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.



**Member Statement**

Brevard: 321-752-2222    Miami-Dade: 305-882-5000
Broward: 954-704-5000   All Other Areas: 800-447-7228

Page 1 of 5

**SPACE COAST CREDIT UNION**

RAYMOND M ROGERS
3456 PENINSULA CIR
MELBOURNE FL 32940-1109



**WHEN TIMING IS EVERYTHING
SEND MONEY WITH ZELLE®**
U.S. Checking or savings account required to use Zelle•
Transactions between enrolled customers typically occur within minutes
SCCU.com/Zelle

| Statement Period | Member Number | SCCU Members' Watchdog Promise |
|---|---|---|
| 11/1/22 to 11/30/22 | ▓▓▓ | Honest People, Trusted Products, Time Valued |

## Statement Summary

| Account Type | Beginning Balance | Ending Balance |
|---|---|---|
| Savings | | |
| Free Checking | | |

## Savings Account Summary

Account Number ▓▓▓▓▓▓

*Routing Number*
⇩

SCCU Routing Number: ▓▓▓▓

P.O. Box 419001, Melbourne, FL 32941-9001 - SCCU.COM

RAYMOND M ROGERS

## Free Checking Account Summary

**Account Number**

**Joint Owner(s):** Fabiana  Prieto-Rogers

Ac

Tr

Continued to next page

RAYMOND M ROGERS

Free Checking Account (continued)

RAYMOND M ROGERS

Free Checking Account (continued)



\* Never received deposit/withdrawal from FTX. ᴧ𝓃ᴿ 11/4/24

RAYMOND M ROGERS

**PLEASE RETAIN THIS STATEMENT, IT IS YOUR PERMANENT RECORD OF ACCOUNT**

### IN CASE OF ERRORS OR INQUIRES ABOUT YOUR STATEMENT

If you think there is an error on your statement, or if you need more information about a transaction on your statement, write us at Space Coast Credit Union P.O. Box 419001, Melbourne, FL 32941-9001. You must notify us of any potential errors in writing no later than 60 days after we sent you the first statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe what you believe is wrong and why you believe it is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are responsible for the remainder of your balance and should pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. The charge in question may remain on your statement and we may continue to charge you interest on that amount. However, if we determine that we made a mistake you will not have to pay the amount in question or any interest or other fees related to that amount.

The amount of the **FINANCE CHARGE** on your open-end credit plan is determined by multiplying the daily balance in each loan account by the Daily Periodic Rate. The daily balance shall be computed by taking the beginning balance of each day, adding new advances, and subtracting any payments or credits. Report errors in writing to Space Coast Credit Union, P.O. Box 419001, Melbourne, FL 32941-9001

This statement is sent for informational purposes and is not intended as an attempt to collect, assess or recover a discharged debt from you personally. If this account is actively in or was discharged in a bankruptcy proceeding, please be advised that this communication is sent for informational purposes only and is not an attempt to collect upon a debt.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (CONSUMERS ONLY)

Telephone us at the number listed on the reverse side of this statement or write us at the P.O. Box specified on this statement as soon as you can. If you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error. If you tell us verbally, we may require that you send us your complaint or question in writing within 10 business days.

We will investigate and tell you the results of our investigation within 10 business days after we hear from you and we will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is an error, so that you have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

If we decide that there was no error, we will send you a written explanation within 3 business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

| Outstanding Items | |
|---|---|
| ITEM NO. | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

Balance Shown on this Statement
$ _____

Add
$ _____
Deposits not Credited in this Statement (if any)

Total
$ _____

Subtract
Items Outstanding
$ _____

Balance
$ _____
Your register should show this balance.





**PLEASE RETAIN THIS STATEMENT, IT IS YOUR PERMANENT RECORD OF ACCOUNT**

## Confirmation of direct debit authorization for FTX US

From: Stripe (support@stripe.com)

To:    raymrogers@yahoo.com

Date:  Wednesday, November 9, 2022 at 12:55 PM EST

# stripe

AGREEMENT DATE

November 9, 2022

ACCOUNT HOLDER NAME

Raymond Rogers

FINANCIAL INSTITUTION

SPACE COAST CREDIT UNION

ROUTING NUMBER



ACCOUNT NUMBER



Thank you for signing up for direct debits from FTX US. You have
authorized FTX US, and, if applicable, its affiliated entities to debit the
bank account specified above for any amount owed for charges arising
from your use of FTX US's services and/or purchase of products from
FTX US, pursuant to FTX US's website and terms, until this
authorization is revoked.

You have authorized FTX US, and, if applicable, its affiliated entities to debit your bank account periodically if and when you use FTX US's services or purchase more than one of FTX US's products periodically pursuant to FTX US's terms. Payments that fall outside of the periodic debits authorized above will only be debited after your authorization is obtained.

You may amend or cancel this authorization at any time by providing notice to FTX US with 30 (thirty) days' notice.

View these terms on stripe.com

Stripe, 354 Oyster Point Blvd, South San Francisco, CA 94080

Manage Your Profile | FTX



Review Account Balances

## Portfolio 🔒

Balances  Deposits  Withdrawals  Positions  FBR  P2P Transfers  Airdrops  Referral Rebates  Balance Adjustments  Di

### Withdrawals

| | | | | |
|---|---|---|---|---|
| 11/9/2022, 12:58:11 PM | USD (fiat) | 7,647.16 USD (2.00 USD fee) | Bank transfer | Complete |

Rows per page:  10 ▼   1-1 / 1

You will be able to download all transactions data in CSV format in the coming weeks

- Bank transfer was
never actually comple
QQ 11/4/24

## FTX US withdrawal request

From:  FTX US (support@ftx.us)

To:      raymrogers@yahoo.com

Date:   Wednesday, November 9, 2022 at 01:23 PM EST

Hello Raymond Rogers,

We have received a request to withdraw 7647.16 USD from your FTX US account.

If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within one business day. FTX US is not responsible for delays or fees resulting from your bank or intermediary banks it uses. You can find more information at https://help.ftx.us/hc/en-us/sections/360008262673-Deposits-Withdrawals.

## FTX US fiat withdrawal sent

From:  FTX US (support@ftx.us)

To:    raymrogers@yahoo.com

Date:  Wednesday, November 9, 2022 at 12:58 PM EST

Hello Raymond Rogers,

Your fiat withdrawal of 7647.16 USD has been processed. Please allow three to five business days for the transfer to arrive in your bank account.