# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (JTD) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF SERVICE OF TAI MO SHAN LIMITED'S OBJECTIONS AND RESPONSES TO DEBTORS' FIRST SET OF INTERROGATORIES

I, Mark Minuti, hereby certify that on November 12, 2024, a true and correct copy of *Tai Mo Shan Limited's Objections and Responses to Debtors' First Set of Interrogatories* was served via Electronic Mail on the following parties.

Jacob M. Croke, Esquire
Brian D. Glueckstein, Esquire
Lisa Wang, Esquire
Christopher J. Dunne, Esquire
Rachel Rolnick, Esquire
Bradley A. Harsch, Esquire
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
crokej@sullcrom.com
gluecksteinb@sullcrom.com
wanglisa@sullcrom.com
dunnec@sullcrom.com
rolnickr@sullcrom.com
harschb@sullcrom.com

Matthew R. Pierce, Esquire
George A. Williams III, Esquire
Howard Robertson, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
pierce@lrclaw.com
williams@lrclaw.com
robertson@lrclaw.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

53356706.1 11/13/2024

Dated: November 13, 2024                          **SAUL EWING LLP**

                                         By:    */s/ Mark Minuti*
                                                Mark Minuti (DE Bar No. 2659)
                                                Monique B. DiSabatino (DE Bar No. 6027)
                                                1201 N. Market Street, Suite 2300
                                                P.O. Box 1266
                                                Wilmington, DE 19899
                                                Telephone: (302) 421-6800
                                                Fax: (302) 421-6813
                                                mark.minuti@saul.com
                                                monique.disabatino@saul.com

                                                -and-

                                                **KATTEN MUCHIN ROSENMAN LLP**
                                                Peter A. Siddiqui (admitted *pro hac vice*)
                                                Elliott M. Bacon (admitted *pro hac vice*)
                                                Ethan D. Trotz (admitted *pro hac vice*)
                                                525 W. Monroe Street
                                                Chicago, IL 60661
                                                Telephone: (312) 902-5200
                                                peter.siddiui@katten.com
                                                elliott.bacon@katten.com
                                                ethan.trotz@katten.com

                                                *Attorneys for Tai Mo Shan Limited*