IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (JTD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF SERVICE OF TAI MO SHAN LIMITED'S OBJECTIONS AND RESPONSES TO DEBTORS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

I, Mark Minuti, hereby certify that on November 12, 2024, a true and correct copy of *Tai Mo Shan Limited's Objections and Responses to Debtors' First Request for Production of Documents* was served via Electronic Mail on the following parties.

| | |
|---|---|
| Jacob M. Croke, Esquire | Matthew R. Pierce, Esquire |
| Brian D. Glueckstein, Esquire | George A. Williams III, Esquire |
| Lisa Wang, Esquire | Howard Robertson, Esquire |
| Christopher J. Dunne, Esquire | Landis Rath & Cobb LLP |
| Rachel Rolnick, Esquire | 919 Market Street, Suite 1800 |
| Bradley A. Harsch, Esquire | Wilmington, DE 19801 |
| Sullivan & Cromwell LLP | pierce@lrclaw.com |
| 125 Broad Street | williams@lrclaw.com |
| New York, NY 10004 | robertson@lrclaw.com |
| crokej@sullcrom.com | |
| gluecksteinb@sullcrom.com | |
| wanglisa@sullcrom.com | |
| dunnec@sullcrom.com | |
| rolnickr@sullcrom.com | |
| harschb@sullcrom.com | |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

53356749.1 11/13/2024

Dated: November 13, 2024

**SAUL EWING LLP**

By: */s/ Mark Minuti*

Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-6813
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

**KATTEN MUCHIN ROSENMAN LLP**
Peter A. Siddiqui (admitted *pro hac vice*)
Elliott M. Bacon (admitted *pro hac vice*)
Ethan D. Trotz (admitted *pro hac vice*)
525 W. Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
peter.siddiui@katten.com
elliott.bacon@katten.com
ethan.trotz@katten.com

*Attorneys for Tai Mo Shan Limited*