**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| FTX TRADING LTD., *et al.*, ) | Case No. 22-11068 (JTD) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

### CERTIFICATE OF SERVICE

I, Mark Minuti, hereby certify that on November 13, 2024, I did cause the foregoing *Notice of Service of Tai Mo Shan Limited's Objections and Responses to Debtors' First Request for Production of Documents* was served via First Class Mail on the below parties.

Jacob M. Croke, Esquire
Brian D. Glueckstein, Esquire
Lisa Wang, Esquire
Christopher J. Dunne, Esquire
Rachel Rolnick, Esquire
Bradley A. Harsch, Esquire
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Matthew R. Pierce, Esquire
George A. Williams III, Esquire
Howard Robertson, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

**SAUL EWING LLP**

By:   */s/ Mark Minuti*
Mark Minuti i(DE Bar No. 2659)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

Dated:  November 13, 2024