<u>Objection: Claimant – Adam Jarlath Jordan - Claim Number -  46592</u>

a. Objection to be filed with the Office of the Clerk of the United States Bankruptcy Court for the District of Delaware: 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon counsel to the Debtors, (a) Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attn: Christian P. Jensen (jensenc@sullcrom.com) and David M. Rosenthal (rosenthald@sullcrom.com) and (b) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801, Attn: Adam G. Landis (landis@lrclaw.com) and Kimberly A. Brown (brown@lrclaw.com), Case No. 22-11068. Response to Objection - *DEBTORS' ONE HUNDRED SIXTH (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN OVERSTATED AND/OR UNLIQUIDATED PROOFS OF CLAIM (CUSTOMER CLAIMS)*.

b. Claimant – Adam Jarlath Jordan
Claim Number -  46592
Amount of claim - €4,996.00 in EUR currency, not sent by FTX Trading LTD as claimed, and later not appropriately investigated by the debtors mentioned herein.

c. On November 6th 2022, I became aware of rumours that the cryptocurrency exchange FTX was insolvent and under threat of bankruptcy. I held some funds in the region of $5,040.19 and began efforts to withdraw my funds from the exchange by a variety of unsuccessful means.

My first attempt was to submit a withdrawal request for the aforementioned figure through a wire transfer (see item 1 below).

On November 7th this attempt was met with some difficulty (see item 2) due to my geographic location (EU) and Euro based bank accounts. Understanding the time sensitive nature of the situation, I cancelled this request (see item 3).

On November 8th I partially converted the funds to the cryptocurrency 'XRP' and attempted a partial withdrawal, which I cancelled shortly thereafter as I believed it was unlikely to proceed due to the massive volumes of 'crypto' requests being submitted to the exchange.

I subsequently converted all of the available funds to Euros, excluding some residual cryptocurrency amounts and 89 cents (USD) and submitted a withdrawal request (8 November 2022 at 16:28 – item 4) to my personal bank account in Ireland (AIB – current account, IBAN ending 79096).

The very same minute I submitted the request, I received an email (item 5 - 8 November 2022 at 16:28) confirming that the request had been processed and that the funds would be in my account in 'three to five business days'.
I found this to be highly unusual and extremely unlikely, given the severity of the problems unfolding at the exchange on a public level.

As per my original claim filed, I never received the funds into my bank account, as evidenced in the supporting documentation (bank statement encompassing those dates). I have attached additional pages to outline the funds were never received (Item 6) and further investigated the matter with my bank, who confirmed a transfer was never received.

The legal basis for my response to the above complaint is the debtors did not adequately investigate the veracity of my claim through communication with myself, or by referencing the transfer logs to ensure they were correct and matching my details.

A notable case that addresses the duty of debtors to adequately investigate claims before seeking dismissal is *In re Intelogic Trace, Inc., 200 F.3d 382 (5th Cir. 2000)*. In this case, the Fifth Circuit held that debtors, or those acting on behalf of the bankruptcy estate, have an obligation to thoroughly examine the merits of claims before deciding to dismiss or settle them. Specifically, the court emphasized that fiduciaries, such as trustees or debtor-in-possession managers, should not dismiss claims without adequate investigation, as they have a duty to maximize the estate's value for the benefit of creditors.

In Intelogic Trace, the debtor company filed for Chapter 11 bankruptcy, and the trustee considered dismissing certain claims that could potentially benefit the estate. The court found that without sufficient inquiry, dismissing these claims could result in a loss of potential assets that could be used to satisfy creditor obligations. Therefore, this case reinforces that debtors must thoroughly investigate claims, as prematurely dismissing viable claims without due diligence could constitute a breach of fiduciary duty to creditors.

This precedent emphasizes the legal responsibility of debtors and trustees to ensure they do not dismiss potentially valuable claims without a reasonable basis grounded in adequate investigation.

d. Please see the prior referenced supporting documents attached to this document.
e. Name – Adam Jarlath Jordan
   Address – 6 Maolchnoc, Ballymoneen Road, Galway, Ireland – H91 RY6D

Mobile - +353876183284

I, Adam Jordan, may be contacted directly on this matter as I do not have counsel in the United States.

# Personal Bank Account

**AIB**

Statement of Account with Allied Irish Banks, p.l.c.

| Branch | National Sort Code | Account Name |
|---|---|---|
| **Upper Salthill, Galway** | 93-74-01 | MR ADAM JORDAN |

Item 6

74240C101
**MR ADAM JORDAN**
**FURBOGARVE**
**FURBO**
**GO GALWAY**

| | | |
|---|---|---|
| Telephone | Account Number | |
| 091-521544 | 9-096 | |
| Page Number | Date of Statement | |
| 229 | **Forward** | |

This is an eligible deposit under the Deposit Guarantee Scheme. For more information, please see the 'Deposit Guarantee Scheme - Depositor Information Sheet' which is available from your branch or on our website - www.aib.ie

IBAN: IE68 AIBK 790 96    (BIC: AIBKIE2D)

| Date | Details | Debit € | Credit € | Balance € |
|---|---|---|---|---|
| 28 Oct 2022 | BALANCE FORWARD | | | |
| | Interest Rate | | | |
| | Lending @ 11.850% | | | |
| | Expenses | | 624.00 | |
| | Salary | | 3176.34 | |
| | D/D ST ANTHONY'S C | 367.02 | | |
| | IE22102505692754 | | | |
| | VDC-PADRAICINS | 5.30 | | |
| 1 Nov 2022 | VDP-GALWAY SENIOR | 40.00 | | |
| | VDC-CLYBAUN TAVERN | 30.75 | | |
| | VDC-CULLINANES SAL | 6.20 | | |
| | VDC-CULLINANES SAL | 17.20 | | |
| | VDC-SLEMONS DAYBRE | 10.98 | | |
| | VDC-TAYLORS BAR | 30.50 | | |
| | VDC-TESCO STORES 4 | 14.50 | | |
| 2 Nov 2022 | ADAM JORDAN | | 115.00 | |
| | IE22110215502835 | | | |
| 3 Nov 2022 | *MOBI RENT | 430.00 | | |
| 7 Nov 2022 | VDP-Revolut**5169* | 28.00 | | |
| | VDP-SP KWACK GOLF | 91.80 | | |
| | VDC-CLARKES BARNA | 15.00 | | |
| | VDC-SLEMONS DAYBRE | 7.10 | | |
| | VDC-SLEMONS DAYBRE | 8.65 | | |
| 9 Nov 2022 | VDP-SILVER STRAND | 49.62 | | |
| 11 Nov 2022 | VDC-CUTTHROAT BARB | 30.00 | | |
| | VDC-JOHN DAVID SPO | 40.00 | | |
| | VDC-UTS TECHNOLOGI | 2.20 | | |
| 14 Nov 2022 | VDP-Revolut**5169* | 30.00 | | |
| | VDC-CIRCLE K NEWCA | 5.60 | | |
| | VDC-CLYBAUN TAVERN | 6.10 | | |
| | VDC-HUGHES BAR | 19.60 | | |

**For Important Information and Standard Conditions regarding your account log onto www.aib.ie/standardconditions**

Overdrawn balances are marked dr

Thank you for banking with us.

Allied Irish Banks, p.l.c. is regulated by the Central Bank of Ireland.

# AIB

## Personal Bank Account

Statement of Account with Allied Irish Banks, p.l.c.

| Branch | National Sort Code | Account Name |
|---|---|---|
| **Upper Salthill, Galway** | 93-74-01 | MR ADAM JORDAN |

Item 6

74240D101
MR ADAM JORDAN
FURBOGARVE
FURBO
GO GALWAY

| | Telephone | Account Number |
|---|---|---|
| | 091-521544 | ●679-096 |
| | Page Number | Date of Statement |
| | 230 | **Forward** |

This is an eligible deposit under the Deposit Guarantee Scheme. For more information, please see the 'Deposit Guarantee Scheme - Depositor Information Sheet' which is available from your branch or on our website - www.aib.ie

IBAN:  IE68 AIBK●●●●●●●●790 96    (BIC: AIBKIE2D)

| Date | Details | Debit € | Credit € | Balance € |
|---|---|---|---|---|
| 14 Nov 2022 | BALANCE FORWARD | | | ● |
| | Interest Rate | | | |
| | Lending @ 11.850% | | | |
| | VDC-HUGHES BAR | 19.60 | | |
| | VDC-LONERGANS BAR | 6.00 | | |
| | VDC-LONERGANS BAR | 6.00 | | |
| | VDC-O CONNORS CENT | 37.85 | | ● |
| 15 Nov 2022 | VDA-BOI 43 EYRE SQ | 250.00 | | |
| | GALWAY    9 | | | |
| | 11NOV22 22:37 | | | ● |
| 18 Nov 2022 | VDC-DELANEYS MACE | 3.20 | | |
| | VDC-DOLAN PIER LTD | 9.00 | | ● |
| 21 Nov 2022 | ATM LYNCHS CASTLE1 | 250.00 | | |
| | 18NOV22 TIME 21:37 | | | |
| | VDP-BROWN THOMAS | 140.00 | | |
| | VDP-CIRCLE K M6 AT | 4.00 | | |
| | VDP-LACOSTE | 77.00 | | |
| | VDP-Revolut**5169* | 15.00 | | |
| | VDP-TED BAKER | 106.00 | | |
| | VDC-ALL SAINTS RET | 38.40 | | |
| | VDC-DAYBREAK EYRE | 1.00 | | |
| | VDC-GARAVAN S BAR | 14.70 | | |
| | VDC-SILVER STRAND | 1.10 | | |
| | VDC-SUPERMACS | 10.50 | | |
| | VDC-SUPERMACS | 14.95 | | |
| | VDC-THE ZIP YARD | 30.00 | | ● |
| 23 Nov 2022 | VDC-SLEMONS DAYBRE | 3.09 | | |
| | VDC-SLEMONS DAYBRE | 8.60 | | ● |
| 24 Nov 2022 | *MOBI CAR | 344.40 | | |
| | VDC-SILVER STRAND | 40.83 | | ● |
| 25 Nov 2022 | VDP-Nike IE | 137.96 | | |

**For Important Information and Standard Conditions regarding your account log onto www.aib.ie/standardconditions**

Overdrawn balances are marked dr

Thank you for banking with us.

Allied Irish Banks, p.l.c. is regulated by the Central Bank of Ireland.

# Personal Bank Account

Statement of Account with Allied Irish Banks, p.l.c.

| | | |
|---|---|---|
| Branch<br>**Upper Salthill, Galway** | National Sort Code<br>93-74-01 | Account Name<br>MR ADAM JORDAN |

Item 6

| | | |
|---|---|---|
| 74240E101<br>**MR ADAM JORDAN**<br>**FURBOGARVE**<br>**FURBO**<br>**GO GALWAY** | Telephone<br>091-521544<br><br>Page Number<br>231 | Account Number<br>679-096<br><br>Date of Statement<br>**Forward** |

This is an eligible deposit under the Deposit Guarantee Scheme. For more information, please see the 'Deposit Guarantee Scheme - Depositor Information Sheet' which is available from your branch or on our website - www.aib.ie

IBAN: IE68 AIBK           6790 96    (BIC: AIBKIE2D)

| Date | Details | Debit € | Credit € | Balance € |
|---|---|---:|---:|---:|
| 25 Nov 2022 | BALANCE FORWARD | | | |
| | Interest Rate | | | |
| | Lending @ 11.850% | | | |
| | VDC-NDLS GALWAY | 35.00 | | |
| 28 Nov 2022 | VDP-FREENEY'S | 29.50 | | |
| | VDP-UBER   PASS | 10.10 | | |
| | 9.99 USD@ | | | |
| | 1.035233 | | | |
| | INCL FX FEE E0.45 | | | |
| | D/D ST ANTHONY'S C | 367.02 | | |
| | IE22112435777462 | | | |
| | VDC-CLARKES BARNA | 24.69 | | |
| | VDC-Massimo | 16.00 | | |
| | VDC-O CONNORS CENT | 2.40 | | |
| | VDC-O CONNORS CENT | 8.95 | | |
| | VDC-SLEMONS DAYBRE | 1.35 | | |
| | VDC-SLEMONS DAYBRE | 2.60 | | |
| | VDC-SUPERMACS | 17.45 | | |
| | VDC-THE DAIL BAR | 12.60 | | |
| | VDC-THE KINGS HEAD | 18.40 | | |
| | VDC-7 BRIDGE STREE | 15.60 | | |
| 29 Nov 2022 | Expenses | | 586.00 | |
| | Salary | | 3176.34 | |
| 30 Nov 2022 | *MOBI RENT BILLS | 425.00 | | |
| | *MOBI SKI ACCOM | 536.00 | | |
| | VDC-HAVEN PHARMACY | 16.30 | | |
| | VDC-SLEMONS DAYBRE | 5.00 | | |
| 1 Dec 2022 | VDC-SLEMONS DAYBRE | 7.05 | | |
| 2 Dec 2022 | VDP-RYANAIR    DG | 426.46 | | |
| 5 Dec 2022 | VDP-APPLE.COM/BILL | 27.49 | | |
| | VDP-CUTTHROAT BARB | 30.00 | | |

For Important Information and Standard Conditions regarding your account log onto www.aib.ie/standardconditions

Overdrawn balances are marked dr

Thank you for banking with us.

Allied Irish Banks, p.l.c. is regulated by the Central Bank of Ireland.



Adam Jordan <adjordan@tcd.ie>

## FTX withdrawal request

**FTX Cryptocurrency Derivatives Exchange** <support@ftx.com>                8 November 2022 at 16:28
To: adjordan@tcd.ie

Hello Adam Jordan,

We have received a request to withdraw 4996.00 EUR from your FTX account.

If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within one business day. FTX is not responsible for delays or fees resulting from your bank or intermediary banks it uses. You can find more information at https://help.ftx.com/hc/en-us/articles/360043023772-Depositing-Withdrawing-Fiat-.

Item 4



**ENDA CONWAY**
Executive Director
Head of Integrated Marketing

T +1 212 2107000
WPP FORD
175 Greenwich St. Floor 32
New York, NY
10007

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of WPP 2005 Ltd. shall be understood as neither given nor endorsed by it.



Adam Jordan <adjordan@tcd.ie>

## FTX withdrawal request

**FTX Cryptocurrency Derivatives Exchange** <support@ftx.com>　　　　6 November 2022 at 18:45
To: adjordan@tcd.ie

Hello Adam Jordan,

We have received a request to withdraw 5040.19 USD from your FTX account.

If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within one business day. FTX is not responsible for delays or fees resulting from your bank or intermediary banks it uses. You can find more information at https://help.ftx.com/hc/en-us/articles/360043023772-Depositing-Withdrawing-Fiat-.

Item 1



Adam Jordan <adjordan@tcd.ie>

## You have a new message from FTX relating to your support issue

**FTX** <no-reply@notifications.ftx.com>  
Reply-To: support@ftx.com  
To: adjordan@tcd.ie

7 November 2022 at 11:11

Item 2

Logo

Hello Adam Jordan,

An admin has opened a ticket for your account. You can view it using the support tool: https://ftx.com/support/1178951.

Please read the ticket. You can respond from that page.



This is an automated message, please do not reply.  
© 2019 - 2022 FTX.com All Rights Reserved



Adam Jordan <adjordan@tcd.ie>

## FTX fiat withdrawal cancelled

**FTX Cryptocurrency Derivatives Exchange** <support@ftx.com>  7 November 2022 at 11:11
To: adjordan@tcd.ie

Hello Adam Jordan,

Your withdrawal of 5040.19 USD to the address
{"beneficiary-address":{"street-1":"Furbogarve","street-2":"Furbo","city":"Galway","country":"IRL","region":"Connacht","postal-code":"H91KWP3"},"bank-name":"Allied Irish Bank","bank-account-number":"IE68AIBK93740120679096","bank-account-address":"Upper Salthill, Galway, Ireland","swift-code":"AIBKIE2D","bank-account-name":"Adam Jordan","reference":"AJ FTX","funds-transfer-type":"wire-international"}
has been cancelled.

Item 3



Adam Jordan <adjordan@tcd.ie>

## FTX fiat withdrawal sent

**FTX Cryptocurrency Derivatives Exchange** <support@ftx.com>          8 November 2022 at 16:28
To: adjordan@tcd.ie

Hello Adam Jordan,

Your fiat withdrawal of 4996.00 EUR has been processed. Please allow three to five business days for the transfer to arrive in your bank account.

Item 5

# View/Print Label

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialogue box that appears. Note: If your browser does not support this function, select Print from the File menu to print the label.

2. Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a scheduled Pickup**
   - Your driver will pickup your shipment(s) as usual.

   **Customers without a scheduled Pickup**
   - Schedule a Pickup on ups.com to have a UPS driver pickup all of your packages.
   - Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. To find the location nearest you, please visit the Locations Quick link at ups.com.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
| THE UPS STORE | THE UPS STORE | THE UPS STORE |
| 82 NASSAU ST | 33 PARK PL | 27 TRINITY PL |
| NEW YORK NY 10038-3703 | NEW YORK NY 10007-2485 | NEW YORK NY 10006-2909 |

FOLD HERE

