| | | |
|---|---|---|
| LAURENCE S. KAO<br>LKAO@OPESIP.COM | **OPES LAW PC**<br><br>1330 AVENUE OF AMERICAS, SUITE 23A<br>NEW YORK, NEW YORK 10019<br><br>WWW.OPESIP.COM | NEW YORK<br>TAIPEI<br>SHANGHAI |

*RECEIVED 2024 NOV -8 AM 11:10 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE*

November 6, 2024

**VIA MAIL and EMAIL**

United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

    Re: **Objection to Claim #50305 in FTX Trading Ltd. Bankruptcy Case (Case No. 22011068)**

To Whom It May Concern:

    We are writing on behalf of our client, Mr. Ma Yuntao, to formally object to the inaccuracies contained in the modified claim submitted by FTX Trading Ltd. regarding Claim #50305.

    Our client asserts that the debtor's records exhibit discrepancies concerning the amounts of cryptocurrency and fiat currency attributed to his account. Specifically, as per the attached documentation, our client's asserted fiat amount as of November 11, 2023, is USD 262,702.60. However, the debtor's modified claims report presents the fiat amount for our client as zero, which is incorrect and unsupported by the KYC documentation previously submitted during the initial claim process.

    Moreover, the debtor's record indicates that there are ticker quantities corresponding to BTC, ETH, and ETHW in our client's account. Unfortunately, Mr. Ma continues to have difficulties accessing his FTX account, which has hindered his ability to confirm or verify the exact balances of these cryptocurrencies as represented in the debtor's modified claims.

    Given these concerns, we respectfully request that the court take appropriate measures to address these discrepancies. We urge the court to uphold the integrity of the claims process by ensuring that our client's claim reflects the accurate amounts supported by verified documentation.

Page 1

We appreciate the court's attention to this matter and look forward to a resolution that accurately represents our client's financial interest.

Thank you for your consideration.

Sincerely,

Enclosures:
1. KYC Documentation for Ma Yuntao
2. Debtor's Modified Claim

cc:  Christian P. Jensen (jensenc@sullcrom.com)
David M. Rosenthal (rosenthald@sullcrom.com)
Adam G. Landis (landis@lrclaw.com)
Kimberly A. Brown (brown@lrclaw.com)







## Screenshot 1 — FTX Wallet (Fri 11 Nov 23:59)

Account holder: 马云涛 Ma Yuntao

Market tickers:
- FTT -25.56%
- BTC -6.59%
- ETH -7.43%
- SOL -5.87%
- SRM 5.18%
- BTC-PERP -6.59%
- BTC-PERP -6.59%
- ETH-PERP -7.43%
- BTC/USD -2.97%
- USDT/USD -0.94%
- FTT-PERP -25.56%
- TRX/USD 53.39%

账户余额

| 币种 | 账户余额 | 可用余额 | USD 价值 | | | |
|---|---|---|---|---|---|---|
| 美元 (USD) | 262,702.60 | 262,702.60 | $262,702.60 | 入金 / 提币 / 兑换 | Lend@98% |
| 美元稳定币 (USDC, TUSD, USDP, BUSD) | | | | 入金 / 提币 / 兑换 | Lend@98% |
| 欧元稳定币 (EUROC) | | | | 入金 / 提币 / 兑换 | Lend@20% |
| Euro (EUR) | | | | 入金 / 提币 / 兑换 | Lend@20% |
| USD Tether (USDT) | | | | 入金 / 提币 / 兑换 | Lend@200% |
| 比特币 (BTC) | | | | 入金 / 提币 / 兑换 | Lend@0.88% |
| FTT (FTT) | | | | 入金 / 提币 / 兑换 | 质押 |
| Ethereum (ETH) | | | | 入金 / 提币 / 兑换 | Lend@10% |
| 比特币现金 (BCH) | | | | 入金 / 提币 / 兑换 | Lend@2% |
| 莱特币 (LTC) | | | | 入金 / 提币 / 兑换 | Lend@10% |
| XRP (XRP) | | | | 入金 / 提币 / 兑换 | Lend@0.88% |

## Screenshot 2 — FTX Wallet (Fri 11 Nov 23:57)

Banner: **FTX is currently unable to process withdrawals. We strongly advise against depositing. Deposits of TRX, BTT, JST, SUN, and HT are disabled.**

All onboarding of new clients has been suspended until further notice.
We have reached an agreement with Tron to establish a special facility to allow holders of TRX, BTT, JST, SUN, and HT to swap assets from FTX 1:1 to external wallets. This functionality will be enabled at 18:30 UTC, November 10, 2022.

净 总价值
≈ $262,702.60
+$0.00 (0.00%) last week
Range: $262,702.60 - $262,702.60

Actions: 入金 | 提币 | 兑换 | 发送 | 借款记录 | 保证金贷款

- 管理已保存地址
- 查看所有账户余额
- 入金未到账？寻求客服协助
- NFT
- 持有 FTT — 最高 60% 的 FTX 交易费折扣优惠

子账户: 主账户 / 合约



Proof of address

## 居住登记凭证

| 姓名 | 马云涛 |
|---|---|
| 公民身份号码 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓4016 |
| 现居住地址 | 上海市浦东新区锦绣路 2580 弄 22 号 502 室 |
| 登记日期 | 2023-02-25 |
| 截止日期 | 2024-02-25 |

提示：1. 有效期一年，逾期须重新办理；2. 可以通过扫描左下方的二维码核验凭证信息。





FTX Trading Ltd. 22-11068 (JTD)
One Hundred Seventh Omnibus Claims Objection
Schedule 1 - Modified Claims

| Asserted Claims | | | | | Modified Claims | |
|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| 50305 | MA, YUNTAO | FTX Trading Ltd. | BTC | | Quoine Pte Ltd | 0.000360050000000 |
| | | | ETH | | | 0.000000560000000 |
| | | | ETHW | | | 0.000000560000000 |
| | | | USD | 262,702.600000000000000 | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

UPS shipping label and waybill.

Shipping label (addressee):
US BANKRUPTCY COURT (DELAWARE)
824 N MARKET ST
FL 3
WILMINGTON DE 19801
0325-FDL 2330
5909277609 2

Visit UPS.com
Apply shipping documents on this side.
- The UPS Express Envelope is to be used for [cut off]
- Cash and negotiable items are prohibited

UPS WORLDWIDE SERVICES WAYBILL (non-negotiable)




Shipper:
- Shipper's UPS Account No.: ZV8097
- Name of Sender: Laurence Kao
- Telephone: 886-2-8772-8990
- Company Name and Address: 4F., No. 205, Sec. 1, Fuxing S. Rd., Taipei City
- Postal Code: 10666
- Country/Territory: Taiwan

Consignee:
- Name of Contact Person: US Bankruptcy Court (Delaware)
- Telephone: 302-252-2900
- Company Name Address: 824 N Market Street, 3rd Floor, Wilmington, Delaware 11501 Office of the Clerk of the United States Bankruptcy Court for the District of Delaware
- Postal Code: 1980[?]
- Country/Territory: US

Service Level: EXPEDITED (全球藍色捷運)

Shipment Information:
- No. of Packages: 1
- Total Actual Weight: 0.2 kg

Description of Goods: Document

Payment of Charges: SHIPPER(S) — Bill Shipping Charges to Shipper

UPS Waybill / Tracking No.: 5909 2776 092

Received for UPS by: Yenting Lu
Date: 11/7[?]