# RESCH
## ATTORNEYS AT LAW
### BERLIN • WIEN

RECEIVED
2024 NOV 14 AM 9:55

Resch Rechtsanwälte GmbH • Kurfürstendamm 129 e • 10711 Berlin

**in advance via Mail: helpdeskde@deb.uscourts.gov**
United States Bankruptcy Court
District of Delaware
824 N Market St.
3rd Floor
Wilmington, DE 19801
United States

OFFICE:
Sara Merfort Tel.: +49 30 885977 - 49
sara.merfort@resch-rechtsanwaelte.de

Berlin, 29.10.2024 /BD/BD
OUR REFERENCE:

(Please specify upon response)

**Bankruptcy Case of FTX TRADING LTD.**
**Case Nr. 22-11068 JTD**
**Ref. No. 25700**

**Claim Number of Mr. Gerhard Schulenberg 1157**

Dear Sir or Madam,

we refer to the notice of 25.09.2024. We have registered our client's claim in the amount of USD 9,307.26. The debtor has now disputed part of the claim and only intends to recognize a claim in the amount of EUR 2,463.90.

The attached transfer receipt clearly shows that our client has transferred an amount of EUR 8,700.00 (USD 9,307.26) to the debtor. The payment was made on 14.01.2022 to the debtor's business account at UAB Phoenix Payments. We enclose the transfer receipt for your information.

The amount of compensation to my client is therefore not to be reduced, but the declared amount is to be recognized.

Yours sincerely

Hind Bouslimi-Dornbusch
Attorney at Law

FUND RECOVERY
CYBER FRAUD

INVESTOR PROTECTION
SINCE 1986

CHIEF EXECUTIVE OFFICER
Lawyer Jochen Resch

LAWYERS
Manfred Resch
Thomas Köhler MA
Andrea Bick
Hind Bouslimi-Dornbusch
Miriam Klügel, LL. M. (Shanghai)
Jonas Buhmann, LL. M. (Sydney)

mail@resch-rechtsanwaelte.de
www.resch-rechtsanwaelte.de

LOCATION
Kurfürstendamm 129 e
10711 Berlin
Fon: 030 / 885 977 - 0
Fax.: 030 / 885 977 - 30

RESCH ASSOCIATES
Lawyer Dr. Ramin Mirfakhrai
Singerstraße 20/11
1010 Wien / Österreich
Fon +43 1 890076 1
Fax +43 1 8900761 21

APPOINTMENTS BY ARRANGEMENT

ACCOUNT DETAILS




Sparkasse
Vest Recklinghausen

# Umsätze - Druckansicht

**FTX Trading Ltd**
Gerhard Schulenberg
14.01.2022 |

| | |
|---|---|
| Betrag: | -8.700,00 EUR |
| Umsatzart: | |
| Buchung: | 14.01.2022 |
| Wertstellung: | 14.01.2022 |
| Name oder Firma: | FTX Trading Ltd |
| IBAN oder Konto: | |
| BIC oder BLZ: | |
| Verwendungszweck: | Gerhard Schulenberg |
| Konto: | S-Giro Light |
| | GERHARD UND IRMGARD SCHULENBERG |

Druckaufbereitung erzeugt am 29. März 2022 um 16:37:24 Uhr.
Dieser Ausdruck ist nicht rechtsverbindlich.





RESCH
Rechtsanwälte
ANLEGERSCHUTZ

Deutsche Post
FRANKIT  01,10 EUR
31.10.24    4D090023D6
PRIORITY P.P.

198013024 C012