IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., et al.,<br><br>                Debtors. | Case No. 22-11068<br><br>Chapter 11<br><br>(Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**SSW Holding GmbH**
Name of Transferee

**Address for all Notices and Payments:**
Am Knick4, 22113 Oststeinbek, Germany
Attn: Thorsten Geier, Finance Director
Email: thorsten.geier@sswgroup.com

**SSW Alpha Rock Fund PCC Ltd**
Name of Transferor

**Address:** On file with Debtors

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule Number: 7637177 | SSW Alpha Rock Fund PCC Ltd | As described on Schedule F (see attached) | FTX Trading Ltd. | 22-11068 |
| Claim Number: 51083<br><br>Confirmation ID: 3265-70-KLVSO-783907010 | SSW Alpha Rock Fund PCC Ltd | As described on the Proof of Claim | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: November 12th, 2024

SSW Holding GmbH
Dr. Reto Gregory-Petersen (Managing Director)   Thorsten Geier (Finance Director)
Transferee

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

NYACTIVE-24240213.3

## Schedule F



Annex A

**EVIDENCE OF TRANSFER OF CLAIM**

TO:   U.S. Bankruptcy Court for the
      District of Delaware ("Bankruptcy Court")

AND:  FTX Trading Ltd., et al. ("Debtor")
      Case No. 22-11068 (JTD) ("Case")

Claim Number: 51083
Confirmation ID: 3265-70-KLVSO-783907010
Unique Customer Code #: 03117307
Schedule Number: 7637177

**SSW Alpha Rock Fund PCC Ltd** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SSW Holding GmbH**
Am Knick 4, 22113 Oststeinbek, Germany
Attn: Thorsten Geier, Finance Director
Email: thorsten.geier@sswgroup.com

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Seller in the claim; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on Debtor's schedules ("Claim") against Debtor in the Bankruptcy Court, or any other court with jurisdiction over Debtor's Case.

Seller hereby waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Bankruptcy Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or other applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated November 12th 2024.

| SSW Alpha Rock Fund PCC Ltd | SSW Holding GmbH | |
|---|---|---|
| By: _____ | By: _____ | _____ |
| Name: Dr. Julian Harm | Name: Dr. Reto Gregory-Petersen | Thorsten Geier |
| Title: Managing Director | Title: Managing Director | Finance Director |

NYACTIVE-24240213.3