**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Paul A. Rubin, Esq. of Rubin LLC to represent Nexxus Participation Vehicle III LLC in the above-captioned bankruptcy cases.

Dated: November 15, 2024

**THE ROSNER LAW GROUP LLC**
*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE No. 3995)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
Email: rosner@teamrosner.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: November 15, 2024

**RUBIN LLC**
*/s/ Paul A. Rubin*
Paul A. Rubin, Esq.
11 Broadway, Suite 715
New York, NY 10004
Telephone: (212) 390-8054
Email: prubin@rubinlawllc.com

**ORDER GRANTING MOTION**

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* is granted.

{00040187. }