# Exhibit A

# Transaction Details

Buy | Exchange | Play | Gaming

**Sponsored:** **Metawin:** Win 3 ETH worth $7k+! Grab Your FREE ENTRY Today. **Enter Here.**

Overview | Internal Txns | Logs (1) | State

| | |
|---|---|
| Transaction Hash: | 0xcbacfb72a0dceac3543e5b50c102c3d1d313169085012f20b1f5ab45bb0b22ed |
| Status: | Success |
| Block: | 19220691   1867735 Block Confirmations |
| Timestamp: | 261 days ago (Feb-13-2024 05:54:47 PM UTC) |
| Transaction Action: | Transfer 10 ($10.00) USDC To 0x78De144f7A846dD0fdb1fCBFf4561B7CC9DEFddC |

Sponsored: Blockscan Chat | Wallet-to-wallet instant messaging platform. Start Chat

| | |
|---|---|
| From: | 0x1D16360F79f74DAF4b336a2D6510E017d3817F20 |
| Interacted With (To): | 0xA0b86991c6218b36c1d19D4a2e9Eb0cE3606eB48 (Circle: USDC Token) |
| ERC-20 Tokens Transferred: | All Transfers   Net Transfers<br>From 0x1D16360F...7d3817F20 To 0x78De144f...CC9DEFddC For 10 ($10.00) USDC (USDC) |
| Value: | 0 ETH ($0.00) |
| Transaction Fee: | 0.00240564036118656 ETH   $6.07 |
| Gas Price: | 38.64606672 Gwei (0.00000003864606672 ETH) |

More Details:     + Click to show more

Private Note:     To access the **Private Note** feature, you must be Logged In

💡 A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

# Exhibit B



More Details:                           + Click to show more

Private Note:                           To access the **Private Note** feature, you must be Logged In

💡 A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

# Exhibit C



> ⓘ Transactions involving tokens marked as suspicious, unsafe, spam or brand infringement are currently hidden. To show them, go to Site Settings.

> ⓘ Transactions with zero token value are currently hidden. To show them, go to Site Settings.

↓₹ Latest 6 ERC-20 Token Transfer Events                                            ⬇ Download Page Data

| | Transaction Hash | Method | Block | Age | From | | To | Amount | Token |
|---|---|---|---|---|---|---|---|---|---|
| 👁 | 0x6768d7ea83… | Transfer | 19237758 | 258 days ago | 0x78De144f...CC9DEFddC | OUT | 0x55e45b26...068718ece | 301,046.67 | USDC (USDC) |
| 👁 | 0x5e8bba2380… | Transfer | 19237745 | 258 days ago | 0x78De144f...CC9DEFddC | OUT | 0x55e45b26...068718ece | 1,000 | USDC (USDC) |
| 👁 | 0xd2f4e8d2240… | Transfer | 19237602 | 258 days ago | 0x78De144f...CC9DEFddC | OUT | 0x55e45b26...068718ece | 100 | USDC (USDC) |
| 👁 | 0x87d62fdc986… | Transfer | 19236307 | 258 days ago | 0x78De144f...CC9DEFddC | OUT | 0x672543bf...72cBcA50d | 6,500 | USDC (USDC) |
| 👁 | 0xe3de75f7371… | Transfer | 19234171 | 259 days ago | 0x1D16360F...7d3817F20 | IN | 0x78De144f...CC9DEFddC | 308,636.67 | USDC (USDC) |
| 👁 | 0xcbacfb72a0d… | Transfer | 19220691 | 261 days ago | 0x1D16360F...7d3817F20 | IN | 0x78De144f...CC9DEFddC | 10 | USDC (USDC) |

[ Download: CSV Export ⬇ ]

💡 A wallet address is a publicly available address that allows its owner to receive funds from another party. To access the funds in an address, you must have its private key. Learn more about addresses in our Knowledge Base.

# Exhibit D



**Dan Steefel <dan.steefel@nexxus-holdings.com>**

## Re: USDC Payment for the assignment of claim
1 message

**Tim Babich** <tim.babich@nexxus-holdings.com>  Thu, Feb 15, 2024 at 9:23 AM
To: Gabriel Melo <gabrielmelo7@gmail.com>
Cc: Dan Steefel <dan.steefel@nexxus-holdings.com>, Miles Trevelyan <miles.trevelyan@nexxus-holdings.com>

Thank you for the confirmation

> On Thu, Feb 15, 2024 at 4:56 PM Gabriel Melo <gabrielmelo7@gmail.com> wrote:
>> Hi TIm,
>>
>> Yes I have received it thank you,
>>
>> Regards,
>>
>> On Thu, Feb 15, 2024 at 9:18 AM Tim Babich <tim.babich@nexxus-holdings.com> wrote:
>>> Gabriel,
>>>
>>> I have sent the balance of the payment. Could you please confirm receipt as this completes our transaction.
>>>
>>> Best,
>>>
>>> Tim
>>>
>>> On Wed, Feb 14, 2024 at 10:47 PM Gabriel Melo <gabrielmelo7@gmail.com> wrote:
>>>> Hi Tim,
>>>>
>>>> Yes, that is correct.
>>>>
>>>> Regards,
>>>>
>>>> On Wed, Feb 14, 2024 at 3:16 PM Tim Babich <tim.babich@nexxus-holdings.com> wrote:
>>>>> Gabriel,
>>>>>
>>>>> Could you please confirm that 308,636.67 USDC will complete the transaction? Once you do I will send the balance.
>>>>>
>>>>> Best,
>>>>>
>>>>> Tim
>>>>>
>>>>> On Tue, Feb 13, 2024 at 7:17 PM Gabriel Melo <gabrielmelo7@gmail.com> wrote:
>>>>>> Tim,
>>>>>>
>>>>>> I can confirm the transaction was received.
>>>>>>
>>>>>> Regards,
>>>>>>
>>>>>> On Tue, Feb 13, 2024 at 11:55 AM Tim Babich <tim.babich@nexxus-holdings.com> wrote:
>>>>>>> Gabriel,
>>>>>>>
>>>>>>> I have sent a 10 USDC test transaction to the wallet. Can you please confirm once received?
>>>>>>>
>>>>>>> Best,
>>>>>>>
>>>>>>> Tim
>>>>>>>
>>>>>>> On Tue, Feb 13, 2024 at 1:22 AM Dan Steefel <dan.steefel@nexxus-holdings.com> wrote:

Hi Gabriel - Tim is in UK time zone so won't be able to respond for several hours given it is the middle of the night there, but I believe he is going to be working on the initiating the test transactions tomorrow his time.  I'll let him respond once he has initiated the test transaction so that you can be on the lookout to confirm and then he will be able to send the remaining payment shortly thereafter.

Best,

Dan

**Dan Steefel**

Partner

## NEXXUS HOLDINGS

800 Miramonte Dr. Suite 380
Santa Barbara, CA 93109
t:  + 1 805-880-4106
e: dan.steefel@nexxus-holdings.com
w: **nexxus-holdings.com**


On Mon, Feb 12, 2024 at 4:11 PM Gabriel Melo <gabrielmelo7@gmail.com> wrote:
> Hey Tim,
>
> I have a question, when can I expect to have the claim sale finalized?
>
> Regards,
>
> On Mon, Feb 12, 2024 at 1:25 PM Gabriel Melo <gabrielmelo7@gmail.com> wrote:
>> Hi Tim,
>>
>> please find below the wallet address:
>>
>> 0x78De144f7A846dD0fdb1fCBFf4561B7CC9DEFddC
>>
>> Regards,
>>
>> On Mon, Feb 12, 2024 at 12:43 PM Tim Babich <tim.babich@nexxus-holdings.com> wrote:
>>> Dear Gabriel,
>>>
>>> We would like to finalize the assignment of the claim with the USDC payment per the assignment of claim contract.
>>>
>>> The process we undertake is for you to send your wallet address which we will check against the contract. I will then send a 10 USDC test payment and once you have confirmed I will send the balance to complete the transaction.
>>>
>>> Please send over your wallet address in order for us to start the process.
>>>
>>> Best regards,
>>>
>>> Tim Babich
>>>
>>> --
>>>
>>> **Tim Babich**
>>>
>>> Chief Executive Officer

**NEXXUS HOLDINGS**

800 Miramonte Drive, Suite 380  
Santa Barbara, CA 93109  
t:  + 1 805-880-4105  
e:  tim.babich@nexxus-holdings.com  
w: **nexxus-holdings.com**

\--

# Tim Babich
Chief Executive Officer

**NEXXUS HOLDINGS**

800 Miramonte Drive, Suite 380  
Santa Barbara, CA 93109  
t:  + 1 805-880-4105  
e:  tim.babich@nexxus-holdings.com  
w: **nexxus-holdings.com**

\--

# Tim Babich
Chief Executive Officer

**NEXXUS HOLDINGS**

800 Miramonte Drive, Suite 380  
Santa Barbara, CA 93109  
t:  + 1 805-880-4105  
e:  tim.babich@nexxus-holdings.com  
w: **nexxus-holdings.com**

\--

# Tim Babich
Chief Executive Officer

**NEXXUS HOLDINGS**

800 Miramonte Drive, Suite 380  
Santa Barbara, CA 93109

t: + 1 805-880-4105
e: tim.babich@nexxus-holdings.com
w: **nexxus-holdings.com**

--

# Tim Babich
Chief Executive Officer

**NEXXUS HOLDINGS**

800 Miramonte Drive, Suite 380
Santa Barbara, CA 93109
t: + 1 805-880-4105
e: tim.babich@nexxus-holdings.com
w: **nexxus-holdings.com**