# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x Chapter 11
:
In re:                                                         : Case No.: 22-11068 (JTD)
                                                               : (Jointly Administered)
FTX TRADING LTD., *et al.*,[1]                                 :
                                                               : **Re: DI 27958 & 27959**
                                                               :
              Debtors.                                         :
                                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFCATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on November 15, 2024 I caused a copy of the (1) *Reply to Objection to Motion of Nexxus Participation Vehicle III LLC to (i) Strike Notice of Transfer of Claim [ECF No. 7789] to FTXCreditor, LLC, and (ii) Require The Debtors' Claims and Noticing Agent to Recognize and Record Transfer of Claim [ECF No. 8191] to Nexxus* [D.I. 27958; filed 11/15/2024] and (2) *Exhibits A-D to Reply to Objection to Motion of Nexxus Participation Vehicle III LLC to (i) Strike Notice of Transfer of Claim [ECF No. 7789] to FTXCreditor, LLC, and (ii) Require The Debtors' Claims and Noticing Agent to Recognize and Record Transfer of Claim [ECF No. 8191] to Nexxus* [D.I. 27959; filed 11/15/2024] to be served via CM/ECF on all parties registered to receive electronic notice through the Court's system and via electronic mail upon on the parties listed below:

Benjamin S Beller
**Sullivan & Cromwell LLP**
125 Broad Street
New York, NY 10004-2498
Email: benjamincarroll@quinnemanuel.com

Kimberly A. Brown
**Landis Rath & Cobb LLP**

David Gerardi
**Office of the United States Trustee**
One Newark Center
1085 Raymond Boulevard Suite 2100
Newark, NJ 07102
Email: David.Gerardi@usdoj.gov

Benjamin A. Hackman

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{00040192. }                                   1

919 N. Market Street
Suite 1800
PO Box 2087
Wilmington, DE 19899
Email: brown@lrclaw.com

and

James L. Bromley
**Sullivan & Cromwell LLP**
125 Broad Street
New York, NY 10004-2498
Email: bromleyj@sullcrom.com

*Counsel for Debtors*

Christine McCabe
**Rosen & Associates, P.C.**
P.O. Box 7560
Wilmington, Delaware 19803
E-mail: cmccabe@rosenpc.com

and

Andrew K. Glenn
Tian "Skye" Gao
Naznen Rahman
**Glenn Agre Bergman & Fuentes LLP**
1185 Avenue of the Americas, 22nd Fl.
New York, New York 10036
Telephone: (212) 970-1600
E-mail: aglenn@glennagre.com
          sgao@glennagre.com
          nrahman@glennagre.com

*Counsel to FTXCreditor, LLC*

**Office of the United States Trustee**
844 King Street Suite 2207
Lockbox 35
Wilmington, DE 19801
Email: benjamin.a.hackman@usdoj.gov

*U.S. Trustee*

Benjamin Joseph Steele
**Kroll Restructuring Administration LLC**
55 East 52nd Street, 17th Floor
New York, NY 10055
Email: bsteele@primeclerk.com

*Claims Agent*

Luc A. Despins
Caroline Diaz
**Paul Hastings LLP**
200 Park Avenue
New York, NY 10166
Email: lucdespins@paulhastings.com
          carolinediaz@paulhastings.com

and

Kenneth H. Eckstein
**Kramer Levin Naftalis & Frankel LLP**
1177 Avenue of the Americas
New York, NY 10036
Email: keckstein@kramerlevin.com

and

Jared W Kochenash
Matthew Barry Lunn
**Young Conaway**
Rodney Square
1000 N. King Street
Wilmington, DE 19801
Email: jkochenash@ycst.com
          mlunn@ycst.com

*Counsel to Official Committee of Unsecured Creditors*

{00040192. }                                    2

Dated: November 15, 2024
      Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

<u>/s/ *Frederick B. Rosner*</u>
Frederick B. Rosner (DE #3995)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
Email: rosner@teamrosner.com

*Counsel for Nexxus Participation Vehicle III LLC*