**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: Dec. 5, 2024 at 4:00 p.m. (ET)** |

**SUMMARY OF MONTHLY FEE APPLICATION OF KROLL
RESTRUCTURING ADMINISTRATION LLC, ADMINISTRATIVE
ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM OCTOBER 1, 2024 THROUGH OCTOBER 8, 2024**

| | |
|---|---|
| Name of Applicant: | Kroll Restructuring Administration LLC (**"Kroll"**) |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | January 20, 2023, *nunc pro tunc* to November 11, 2022 |
| Period for which compensation and reimbursement is sought: | October 1, 2024 through October 8, 2024 (the "**Fee Period**") |
| Amount of compensation sought as actual, reasonable and necessary: | $20,831.80 (of which Kroll seeks payment of 80% or $16,665.44) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $931.40 |
| **Total amount to be paid at this time:** | **$17,596.84** |

This is a:   __X__ monthly _____ final application.

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

The total time expended for the preparation of Kroll's monthly fee application is approximately 3 hours.  The corresponding compensation is not included herein but will be requested in a future application.

### Prior Interim Application

| Date Filed; ECF No. | Period Covered | Requested | | Paid or To Be Paid | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 3/15/24; ECF No. 9432 | 12/1/22 – 1/31/24 | $30,215.00 | $0.00 | $28,093.01[2] | $0.00 |
| 6/14/24; ECF No. 17640 | 2/1/24 – 4/30/24 | $35,363.68 | $0.00 | $33,782.23[3] | $0.00 |
| 9/13/24; ECF No. 24722 | 5/1/24 – 7/31/24 | $282,697.36 | $0.00 | TBD[4] | $0.00 |

### Prior Monthly Applications

| Date Filed; ECF No. | Period Covered | Requested | | Paid or To Be Paid | | Holdback |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 12/20/23; ECF No. 4929 | 12/1/22 – 11/30/23 | $8,980.40 | $0.00 | $8,980.40 | $0.00 | N/A |
| 1/16/24; ECF No. 5717 | 12/1/23 – 12/31/23 | $7,478.00 | $0.00 | $7,478.00 | $0.00 | N/A |
| 2/15/24; ECF No. 7487 | 1/1/24 – 1/31/24 | $13,756.60 | $0.00 | $11,634.61 | $0.00 | N/A |
| 3/20/24; ECF No. 9795 | 2/1/24 – 2/29/24 | $12,677.28 | $0.00 | $12,677.28 | $0.00 | N/A |
| 4/16/24; ECF No. 11963 | 3/1/24 – 3/31/24 | $6,566.56 | $0.00 | $6,566.56 | $0.00 | N/A |
| 5/15/24; ECF No. 14909 | 4/1/24 – 4/30/24 | $16,119.84 | $0.00 | $16,119.84 | $0.00 | N/A |

---

[2]  Kroll agreed to reduce its fees during the first interim fee period by $2,121.99 following discussions with the Fee Examiner.

[3]  Kroll agreed to reduce its fees during the second interim fee period by $1,581.45 following discussions with the Fee Examiner.

[4]  The objection deadline with respect to Kroll's third interim fee application was October 3, 2024, and a hearing thereon is scheduled to be held on December 12, 2024.  To date, no formal or informal objections or responses have been filed or received.

| 6/17/24; ECF No. 17801 | 5/1/24 – 5/31/24 | $18,642.80 (payment of 80% or $14,914.24) | $0.00 | $14,914.24 (80% of $18,642.80) | $0.00 | $3,728.56 |
|---|---|---|---|---|---|---|
| 7/17/24; ECF No. 20741 | 6/1/24 – 6/30/24 | $55,512.60 (payment of 80% or $44,410.08) | $0.00 | $44,410.08 (80% of $55,512.60) | $0.00 | $11,102.52 |
| 8/16/24; ECF No. 23149 | 7/1/24 – 7/31/24 | $208,541.96 (payment of 80% or $166,833.57) | $0.00 | $166,833.57 (80% of $208,541.96) | $0.00 | $41,708.39 |
| 9/19/24; ECF No. 25229 | 8/1/24 – 8/31/24 | $176,919.60 (payment of 80% or $141,535.68) | $0.00 | $141,535.68 (80% of $176,919.60) | $0.00 | $35,383.92 |
| 10/18/24; ECF No. 26975 | 9/1/24 – 9/30/24 | $111,351.68 (payment of 80% or $89,081.34) | $0.00 | $89,081.34 (80% of $111,351.68) | $0.00 | $22,270.34 |

### **Summary of Hours Billed by Kroll Employees During the Fee Period**

| **Kroll Employee** | **Position of the Applicant** | **Total Hours** | **Hourly Rate** | **Total Fees Requested** |
|---|---|---|---|---|
| Brunswick, Gabriel | Managing Director | 6.80 | $269.50 | $1,832.60 |
| Daloia, James F | Director of Solicitation | 12.10 | $269.50 | $3,260.95 |
| Johnson, Craig | Director of Solicitation | 6.30 | $269.50 | $1,697.85 |
| Kesler, Stanislav | Director of Solicitation | 0.30 | $269.50 | $80.85 |
| Orchowski, Alex T | Director of Solicitation | 26.20 | $269.50 | $7,060.90 |
| Cheney, Edward | Solicitation Consultant | 42.50 | $242.00 | $10,285.00 |
| Crowell, Messiah L | Solicitation Consultant | 2.70 | $242.00 | $653.40 |
| Gache, Jean | Solicitation Consultant | 0.50 | $242.00 | $121.00 |
| Lewenson, Justin | Solicitation Consultant | 2.30 | $242.00 | $556.60 |
| Taatjes, Hayden S | Solicitation Consultant | 1.10 | $242.00 | $266.20 |
| Pagan, Chanel C | Consultant | 0.60 | $198.00 | $118.80 |
| Gogde, Mansi | Consultant | 0.30 | $176.00 | $52.80 |
| Markesinis, Ioannis N | Consultant | 0.30 | $176.00 | $52.80 |
| | **Total:** | **102.00** | | **$26,039.75**[5] |
| | **Blended Rate** | | **$255.29** | |

---

[5]   This amount has been discounted to $20,831.80 in accordance with the terms of Kroll's retention.  Taking into account this discount, the blended hourly rate is $204.23.

3

**Summary of Fees Billed by Subject Matter During the Fee Period**

| Matter Description | Total Hours | Total Fees Requested |
|---|---|---|
| Ballots | 7.40 | $1,724.80 |
| Call Center / Credit Inquiry | 29.90 | $7,400.80 |
| Solicitation | 64.70 | $16,914.15 |
| | **102.00** | **$26,039.75[6]** |

**Summary of Expenses Incurred During the Fee Period**

| Description | Total Expenses Requested |
|---|---|
| Travel | $931.40 |
| **Total:** | **$ 931.40** |

*[Remainder of the page intentionally left blank]*

---

[6]    This amount has been discounted to $20,831.80 in accordance with the terms of Kroll's retention.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: Dec. 5, 2024 at 4:00 p.m. (ET)** |

**MONTHLY FEE APPLICATION OF KROLL
RESTRUCTURING ADMINISTRATION LLC, ADMINISTRATIVE
ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM OCTOBER 1, 2024 THROUGH OCTOBER 8, 2024**

Kroll Restructuring Administration LLC ("**Kroll**"), administrative advisor to FTX Trading Ltd. and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), files this monthly fee application (this "**Application**"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (as may be amended, modified, or supplemented, the "**Local Bankruptcy Rules**") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 435] (the "**Interim Compensation Order**"), for payment of compensation for professional services rendered to the Debtors and for reimbursement of actual and necessary expenses incurred in connection with such services for the period from October 1, 2024 through October 8, 2024 (the "**Fee Period**"). In support of this Application, Kroll respectfully represents as follows:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**Preliminary Statement**

1.     Pursuant to this Application, Kroll seeks allowance and approval of aggregate fees in the amount of $20,831.80 (of which Kroll seeks payment of 80% or $16,665.44) and reimbursement of expenses in the amount of $931.40.

2.     On January 20, 2023, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order Authorizing Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date* [Docket No. 544], which authorized the Debtors to retain Kroll as administrative advisor in these chapter 11 cases effective as of the Petition Date (as defined below).  In addition, pursuant to the Interim Compensation Order, the Court authorized Kroll to file this Application for monthly compensation and authorized the Debtors to compensate Kroll in accordance with the procedures set forth therein, sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and such other procedures as may be fixed by order of the Court.

3.     Pursuant to the Interim Compensation Order, upon the expiration of the Objection Deadline (as defined in the Interim Compensation Order), the Debtors are authorized and directed to pay Kroll an amount equal to the lesser of: (a) 80% of the fees and 100% of the expenses requested in this Application; or (b) 80% of the fees and 100% of the expenses requested in this Application that are not subject to an Objection (as defined in the Interim Compensation Order).

**Jurisdiction**

4.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

5.     Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

6.      The statutory bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-2.

## Background

7.      On November 11 and November 14, 2022 (as applicable, the "**Petition Date**"), the Debtors filed with the Court voluntary petitions for relief under the Bankruptcy Code.  The Debtors continue to operate their businesses and manage their properties as debtors-in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Joint administration of the Debtors' cases was authorized by the Court by entry of an order on November 22, 2022 [Docket No. 128]. On December 15, 2022, the U.S Trustee appointed an Official Committee of Unsecured Creditors pursuant to section 1102 of the Bankruptcy Code [Docket No. 231].

8.      On October 8, 2024 (the "**Confirmation Date**"), the Court entered the *Findings of Fact, Conclusions of Law and Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading LTD. and Its Debtor Affiliates* [Docket No. 26404] (the "**Confirmation Order**"), confirming the *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading LTD. and Its Debtor Affiliates* (as may be amended, modified, or supplemented from time to time in accordance with the terms thereof and the Confirmation Order, the "**Plan**") [Docket No. 26404, Ex. A].  Pursuant to the terms of the Plan, applications for payment of Professional Claims (as defined in the Plan) are required for professionals for the period from the date of retention through the Confirmation Date.

## Relief Requested

9.      By this Application, Kroll requests (a) allowance and approval of aggregate fees in the amount of $20,831.80 (of which Kroll seeks payment of 80% or $16,665.44) on account of reasonable and necessary professional services rendered to the Debtors by Kroll, and (b) reimbursement of actual and necessary costs and expenses in the amount of $931.40.

3

## Compliance with the Interim Compensation Order

10.    Kroll has prepared this Application in accordance with the procedures set forth in the Interim Compensation Order.  During the Fee Period, Kroll professionals billed a total of 102.00 hours for which compensation is requested.  Kroll's hourly rates are set at a level designed to fairly compensate Kroll for the work of its professionals and to cover routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

11.    Further, **Exhibit A** hereto: (a) identifies each individual that rendered services by subject matter; (b) describes each activity or service that such individual performed; (c) states the number of hours (in increments of tenths of an hour) spent by such individual providing the services; and (d) as applicable, lists the amount and type of expenses incurred.

## Summary of Professional Services Rendered

12.    The professional services that Kroll rendered during the Fee Period are grouped by subject matter and summarized as follows:

- Ballots

    Fees:  $1,724.80; Hours:  7.40

Ballots services provided included processing incoming late ballots, including receiving, reviewing and analyzing incoming ballots for timeliness and validity, inputting ballots into the voting database and auditing same, and providing technical support for processing of electronically filed ballots.

- <u>Call Center / Credit Inquiry</u>

Fees: $7,400.80; Hours:  29.90

Call Center / Credit Inquiry services provided included: (a) responding to creditor inquiries related to plan solicitation, including related to voting, plan elections, and late received ballots; and (b) performing quality assurance review of responses to inquires related to solicitation.

- <u>Solicitation</u>

Fees:  $16,914.15; Hours:  64.70

Solicitation services provided included: (a) conferring and coordinating among the Kroll case team, the Debtors' financial advisor, and Debtors' counsel regarding solicitation of the Debtors' plan, including ballot elections; (b) responding to inquiries from Debtors' counsel and other case professionals regarding solicitation of the Debtors' plan; (c) preparing and finalizing the vote declaration and performing quality assurance reviews of same; (d) preparing for the confirmation hearing; and (e) traveling to and attending the confirmation hearing as the voting declarant, including live cross examination of James Daloia by certain objecting creditors.

## **Summary of Expenses Incurred**

13.    In rendering the services described herein, Kroll incurred actual and necessary expenses in the aggregate amount of $931.40 during the Fee Period on account of confirmation hearing-related travel.  Attached hereto as **<u>Exhibit B</u>** is a list of expenses incurred by each Kroll employee during the Fee Period.

## **Representations and Reservation of Rights**

14.    The undersigned has reviewed the requirements of Local Bankruptcy Rule 2016-2 and hereby attests that this Application conforms to such requirements.

15.     Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Application due to delays caused by accounting and processing during the Fee Period.  Kroll reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Interim Compensation Order.

## Notice

16.     Kroll has provided notice of this Application to all parties required to receive such notice under the Interim Compensation Order.  In light of the nature of the relief requested herein, Kroll respectfully submits that no further notice is necessary.

## Conclusion

**WHEREFORE**, pursuant to the Interim Compensation Order, Kroll requests: (a) allowance and approval of aggregate fees in the amount of $20,831.80 (of which Kroll seeks payment of 80% or $16,665.44) on account of reasonable and necessary professional services rendered to the Debtors by Kroll, and (b) reimbursement of actual and necessary costs and expenses in the amount of $931.40.

Dated:  November 15, 2024
     New York, New York

*/s/ Adam M. Adler*
Adam M. Adler
Gabriel Brunswick
Kroll Restructuring Administration LLC
1 World Trade Center, 31st Floor
New York, NY 10007
Phone: (212) 257-5450
adam.adler@kroll.com
gabriel.brunswick@kroll.com

*Administrative Advisor to the Debtors*

## **VERIFICATION**

STATE OF NEW YORK   )
          )   SS:
COUNTY OF NEW YORK   )

    I, Adam M. Adler, after being duly sworn according to law, depose and say:

     1.   I am a Managing Director of Kroll Restructuring Administration LLC ("**Kroll**").

     2.   I am generally familiar with the work performed on behalf of the Debtors by Kroll professionals.

     3.   The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

     4.   I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, the foregoing Application complies with such Local Rule.

                   _____
                    Adam. M. Adler

SWORN TO AND SUBSCRIBED before me this 15th day of November, 2024.

             */s/ GABRIEL BRUNSWICK*
             Notary Public, State of New York
             No. 02BR6323242
             Qualified in Kings County
             Certificate Filed in New York County
             Commission Expires Apr. 20, 2027

**<u>Exhibit A</u>**

**Fee Detail**



**Hourly Fees by Employee through October  2024**

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| MGOG | Gogde, Mansi | CO - Consultant | 0.30 | $176.00 | $52.80 |
| INM | Markesinis, Ioannis N | CO - Consultant | 0.30 | $176.00 | $52.80 |
| CCP | Pagan, Chanel C | CO - Consultant | 0.60 | $198.00 | $118.80 |
| ECH | Cheney, Edward | SA - Solicitation Consultant | 42.50 | $242.00 | $10,285.00 |
| MLC | Crowell, Messiah L | SA - Solicitation Consultant | 2.70 | $242.00 | $653.40 |
| JGA | Gache, Jean | SA - Solicitation Consultant | 0.50 | $242.00 | $121.00 |
| JUL | Lewenson, Justin | SA - Solicitation Consultant | 2.30 | $242.00 | $556.60 |
| HST | Taatjes, Hayden S | SA - Solicitation Consultant | 1.10 | $242.00 | $266.20 |
| JFD | Daloia, James F | DS - Director of Solicitation | 12.10 | $269.50 | $3,260.95 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 6.30 | $269.50 | $1,697.85 |
| STK | Kesler, Stanislav | DS - Director of Solicitation | 0.30 | $269.50 | $80.85 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 26.20 | $269.50 | $7,060.90 |
| GB | Brunswick, Gabriel | MD - Managing Director | 6.80 | $269.50 | $1,832.60 |
| | | **TOTAL:** | **102.00** | | **$26,039.75** |

**Hourly Fees by Task Code through October  2024**

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| BALL | Ballots | 7.40 | $1,724.80 |
| INQR | Call Center / Creditor Inquiry | 29.90 | $7,400.80 |
| SOLI | Solicitation | 64.70 | $16,914.15 |
| | **TOTAL:** | **102.00** | **$26,039.75** |

FTX Digital Markets Ltd.

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 10/01/24 | ATO | DS | Respond to inquiries from D. Lewandowski (Alvarez & Marsal) related to solicitation | Solicitation | 1.40 |
| 10/01/24 | ATO | DS | Confer with C. Johnson and S. Kesler (Kroll) re reviewing docket for objections and pleadings to confirmation for purposes of preparing for confirmation hearing | Solicitation | 0.10 |
| 10/01/24 | ATO | DS | Confer with E. Cheney (Kroll) to create a spreadsheet summarizing the voting results, solicitation mailing and plan objections in preparation for the confirmation hearing | Solicitation | 0.60 |
| 10/01/24 | CCP | CO | Quality assurance review of incoming ballots | Ballots | 0.10 |
| 10/01/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 0.50 |
| 10/01/24 | CJ | DS | Review docket for pleadings objecting to confirmation in preparation for Kroll participation in confirming hearing | Solicitation | 0.80 |
| 10/01/24 | CJ | DS | Confer with A. Orchowski and S. Kesler (Kroll) re reviewing docket for objections and pleadings to confirmation for purposes of preparing for confirmation hearing | Solicitation | 0.10 |
| 10/01/24 | ECH | SA | Coordinate and process incoming electronic ballots | Ballots | 0.70 |
| 10/01/24 | ECH | SA | Respond to creditor inquiries re plan solicitation | Call Center / Creditor Inquiry | 2.30 |
| 10/01/24 | ECH | SA | Confer and coordinate with A. Orchowski (Kroll) and the Kroll team regarding solicitation | Solicitation | 0.30 |
| 10/01/24 | ECH | SA | Create a spreadsheet summarizing the solicitation mailing, objections to confirmation and voting results in preparation for the confirmation hearing | Solicitation | 5.20 |
| 10/01/24 | JFD | DS | Review and provide comments to draft vote declaration | Solicitation | 1.50 |
| 10/01/24 | JUL | SA | Quality assurance review of incoming ballots | Ballots | 0.90 |
| 10/01/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 10/01/24 | STK | DS | Confer with A. Orchowski and C. Johnson (Kroll) re reviewing docket for objections and pleadings to confirmation for purposes of preparing for confirmation hearing | Solicitation | 0.10 |
| 10/02/24 | ATO | DS | Confer with. E. Cheney (Kroll) to create spreadsheet summarizing the solicitation mailing, objections to confirmation and voting results in preparation for the confirmation hearing | Solicitation | 1.10 |
| 10/02/24 | ATO | DS | Respond to inquiries from D. Lewandowski (Alvarez & Marsal) related to solicitation | Solicitation | 3.00 |
| 10/02/24 | ATO | DS | Respond to inquiries from M. Rogers (Eversheds) related to solicitation | Solicitation | 0.80 |
| 10/02/24 | ATO | DS | Review responses to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.90 |

FTX Digital Markets Ltd.

| 10/02/24 | ATO | DS | Confer with C. Johnson and S. Kesler (Kroll) re status of preparations for confirmation hearing | Solicitation | 0.20 |
|---|---|---|---|---|---|
| 10/02/24 | CJ | DS | Confer with A. Orchowski and S. Kesler (Kroll) re status of preparations for confirmation hearing | Solicitation | 0.20 |
| 10/02/24 | ECH | SA | Respond to creditor inquiries re plan solicitation | Call Center / Creditor Inquiry | 2.80 |
| 10/02/24 | ECH | SA | Confer and coordinate with A. Orchowski (Kroll) and the Kroll team regarding solicitation | Solicitation | 0.20 |
| 10/02/24 | ECH | SA | Create a spreadsheet summarizing the solicitation mailing, objections to confirmation and voting results in preparation for the confirmation hearing | Solicitation | 6.30 |
| 10/02/24 | JFD | DS | Review and provide comments to draft vote declaration | Solicitation | 2.80 |
| 10/02/24 | STK | DS | Confer with A. Orchowski and C. Johnson (Kroll) re status of preparations for confirmation hearing | Solicitation | 0.20 |
| 10/03/24 | ATO | DS | Create a spreadsheet summarizing the solicitation mailing, objections to confirmation and voting results in preparation for the confirmation hearing | Solicitation | 3.10 |
| 10/03/24 | ATO | DS | Respond to inquiries from D. Lewandowski (Alvarez & Marsal) related to solicitation | Solicitation | 1.80 |
| 10/03/24 | ATO | DS | Respond to inquiries from A. Harrison and J. Blaisdell (Sullivan & Cromwell) related to solicitation | Solicitation | 0.70 |
| 10/03/24 | CJ | DS | Review J. Daloia voting declaration in preparation for upcoming confirmation hearing | Solicitation | 0.90 |
| 10/03/24 | ECH | SA | Respond to creditor inquiries re plan solicitation | Call Center / Creditor Inquiry | 3.20 |
| 10/03/24 | ECH | SA | Create a spreadsheet summarizing the solicitation mailing, objections to confirmation and voting results in preparation for the confirmation hearing | Solicitation | 4.50 |
| 10/03/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.60 |
| 10/04/24 | ATO | DS | Respond to inquiries from C. Shelton and J. Blaisdell (Sullivan & Cromwell) related to solicitation | Solicitation | 2.60 |
| 10/04/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 1.70 |
| 10/04/24 | CJ | DS | Monitor e-mails from A&M and S&C re solicitation for purposes of preparing for confirmation hearing | Solicitation | 0.90 |
| 10/04/24 | ECH | SA | Review and analyze ballot submissions | Solicitation | 2.30 |
| 10/04/24 | ECH | SA | Respond to creditor inquiries re plan solicitation | Call Center / Creditor Inquiry | 2.60 |
| 10/04/24 | HST | SA | Respond to creditor inquiries related to late receipt of solicitation packages | Call Center / Creditor Inquiry | 1.10 |
| 10/04/24 | JFD | DS | Review and provide comments to draft vote declaration | Solicitation | 1.80 |
| 10/04/24 | MGOG | CO | Input incoming ballot information into voting database | Ballots | 0.30 |
| 10/07/24 | ATO | DS | Confer with C. Johnson (Kroll) re status of ongoing confirmation hearing | Solicitation | 0.30 |
| 10/07/24 | ATO | DS | Confer with J. Daloia and G. Brunswick (Kroll) regarding the confirmation hearing | Solicitation | 1.50 |

FTX Digital Markets Ltd.

Page 4

Invoice #: 25771

| 10/07/24 | ATO | DS | Prepare for the confirmation hearing | Solicitation | 1.00 |
|---|---|---|---|---|---|
| 10/07/24 | ATO | DS | Participate in the confirmation hearing | Solicitation | 1.20 |
| 10/07/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 1.60 |
| 10/07/24 | ATO | DS | Confer with D. Lewandowski (Alvarez & Marsal) regarding requests to revoke Bahamas elections | Solicitation | 0.60 |
| 10/07/24 | CJ | DS | Monitor status of confirmation hearing and remain on stand-by to assist J. Daloia (Kroll) in connection with the voting declaration | Solicitation | 1.60 |
| 10/07/24 | CJ | DS | Review agenda for confirmation hearing and pleadings referenced therein | Solicitation | 0.80 |
| 10/07/24 | CJ | DS | Confer with A. Orchowski (Kroll) re status of ongoing confirmation hearing | Solicitation | 0.30 |
| 10/07/24 | ECH | SA | Respond to creditor inquiries re plan solicitation | Call Center / Creditor Inquiry | 5.60 |
| 10/07/24 | GB | MD | Travel to and from Wilmington DE from NY (billed half time) | Solicitation | 4.00 |
| 10/07/24 | GB | MD | Attend confirmation hearing | Solicitation | 2.80 |
| 10/07/24 | INM | CO | Input incoming ballot information into voting database | Ballots | 0.30 |
| 10/07/24 | JFD | DS | Attend and testify at confirmation hearing | Solicitation | 4.00 |
| 10/07/24 | JFD | DS | Half time travel to confirmation hearing | Solicitation | 2.00 |
| 10/07/24 | JUL | SA | Quality assurance review of incoming ballots | Ballots | 0.80 |
| 10/07/24 | MLC | SA | Quality assurance review of incoming late ballots | Ballots | 1.00 |
| 10/08/24 | ATO | DS | Confer with C. Johnson (Kroll) re post-confirmation quality assurance of solicitation results | Solicitation | 0.20 |
| 10/08/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.90 |
| 10/08/24 | ATO | DS | Review responses to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.90 |
| 10/08/24 | CJ | DS | Confer with A. Orchowski (Kroll) re post-confirmation quality assurance of solicitation results | Solicitation | 0.10 |
| 10/08/24 | CJ | DS | Conduct post-confirmation quality assurance review of voting and election results | Solicitation | 0.60 |
| 10/08/24 | ECH | SA | Respond to creditor inquiries re plan solicitation | Call Center / Creditor Inquiry | 6.30 |
| 10/08/24 | ECH | SA | Confer and coordinate with A. Orchowski (Kroll) and the Kroll team regarding solicitation | Solicitation | 0.20 |
| 10/08/24 | JGA | SA | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 10/08/24 | JUL | SA | Quality assurance review of incoming ballots | Ballots | 0.60 |
| 10/08/24 | MLC | SA | Quality assurance review of incoming late ballots | Ballots | 0.60 |

**Total Hours**  **102.00**

**Expense Detail**

FTX Digital Markets Ltd.

Page 5

Invoice #: 25771

| Description | Units | Rate | Amount |
|---|---|---|---|
| Travel | | | $931.40 |
| **Total Expenses** | | | **$931.40** |

**Exhibit B**

**Detail of Expenses Incurred by Kroll Employees**

| Employee Name | Date | Expense Type | Amount |
|---|---|---|---|
| Brunswick, Gabriel | 10/7/2024 | Travel (Breakfast) | $16.50 |
| Brunswick, Gabriel | 10/7/2024 | Travel (Lunch) | $25.20 |
| Brunswick, Gabriel | 10/7/2024 | Travel (Uber) | $39.70 |
| Brunswick, Gabriel | 10/7/2024 | Travel (Amtrak) | $425.00 |
| Daloia, James | 10/7/2024 | Travel (Amtrak) | $425.00 |
| **Total** | | | **$ 931.40** |