## Exhibit A

**Certification of Compliance**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| FTX Trading Ltd., *et al.*[1] | ) | Case No. 22-11068 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |

## <u>CERTIFICATION OF CHARLES DELO</u>

Charles Delo, under penalty of perjury, certifies as follows:

1.      I am a Managing Director at Rothschild & Co US Inc. ("***Rothschild & Co***"). I make this certification in accordance with Local Rule 2016-2 regarding the contents of applications for compensation and expenses. I have read the Fee Application and am familiar with the work performed on behalf of the Debtors by the professionals of Rothschild & Co.

2.      The facts set forth in the foregoing Fee Application are true and correct to my knowledge, information and belief. I have reviewed Local Rule 2016-2, and the Confirmation Order and submit that the Fee Application substantially complies with such Local Rule and Confirmation Order.

Dated: November 15, 2024

*Charles Delo*
_____
Charles Delo
Rothschild & Co US Inc.

*Investment Banker to the Executive Committee*

---

[1]      The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.