## Exhibit D

## Expense Summary

## August 1st – October 8th

| Professional | User Date | Amount ($) | Expense description |
|---|---|---|---|
| Kevin Hou | 7/14/2024 | $17.27 | Travel – Taxi (office to home) |
| Kevin Hou | 7/17/2024 | $56.47 | Travel – Taxi (office to home) |
| Kevin Hou | 7/21/2024 | $30.52 | Travel – Taxi (office to home) |
| Kevin Hou | 7/30/2024 | $21.95 | Travel – Taxi (office to home) |
| Kevin Hou | 8/6/2024 | $57.63 | Travel – Taxi (office to home) |
| Kevin Hou | 8/7/2024 | $21.00 | Travel – Taxi (office to home) |
| **Net Expenses** | | **$204.84** | |
| Debevoise & Plimpton | 8/31/2024 | $6,456.00 | Legal Fee |
| Debevoise & Plimpton | 9/30/2024 | $17,058.60 | Legal Fee |
| **Net Expenses** | | **$23,514.60** | |
| **Total Net Expenses** | | **$23,719.44** | |

# Invoice



**Invoice:** # 08241ADH019      **Project Name:** Orchid

**Date:** August 1, 2024      **Project Number:** 325842

Attention:   Mary Cilia, CFO of the FTX Debtors

| | |
|---|---:|
| Monthly advisory fee:  August 1, 2024 to August 31, 2024 (80%) | $140,000.00 |
| Out-of-pocket expenses: | $6,660.84 |
| **Amount Due** | **$146,660.84** |

*The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period.  Disbursements and charges received after the closing date of this statement will be billed subsequently.*

**This invoice is due upon receipt**

Please transfer funds to:



Rothschild & Co US Inc      Tax ID: ▇▇▇▇▇▇
1251 Avenue of the Americas      Phone: (212) 403-3683
New York, NY  10020      Email: NorthAmReceivables@rothschildandco.com
www.rothschildandco.com      (for questions and remittances)



# Invoice



**Invoice:** # 09241ADH019  **Project Name:** Orchid

**Date:** September 1, 2024  **Project Number:** 325842

Attention:  Mary Cilia, CFO of the FTX Debtors

| | |
|---|---:|
| Monthly advisory fee:  September 1, 2024 to September 30, 2024 (80%) | $140,000.00 |
| Out-of-pocket expenses: | $17,058.60 |
| **Amount Due** | **$157,058.60** |

*The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period.  Disbursements and charges received after the closing date of this statement will be billed subsequently.*

**This invoice is due upon receipt**

Please transfer funds to:



Rothschild & Co US Inc           Tax ID:
1251 Avenue of the Americas      Phone:   (212) 403-3683
New York, NY  10020              Email:   NorthAmReceivables@rothschildandco.com
www.rothschildandco.com                   (for questions and remittances)



# Invoice



**Invoice:** # 10241ADH019

**Date:** October 1, 2024

**Project Name:** Orchid

**Project Number:** 325842

Attention: Mary Cilia, CFO of the FTX Debtors

| | |
|---|---:|
| Transaction Fee | $10,000,000.00 |
| Monthly fee credit (50% of from July 1, 2024 through October 8, 2024): | ($285,080.65) |
| **Transaction Fee, net of monthly credits:** | **$9,714,919.35** |
| Monthly advisory fee: October 1, 2024 to October 8, 2024 (80%) | $36,129.03 |
| **Amount Due** | **$9,751,048.38** |

*The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period. Disbursements and charges received after the closing date of this statement will be billed subsequently.*

**This invoice is due upon receipt**

Please transfer funds to:




Rothschild & Co US Inc
1251 Avenue of the Americas
New York, NY 10020
www.rothschildandco.com

Tax ID:
Phone:  (212) 403-3683
Email:  NorthAmReceivables@rothschildandco.com
            (for questions and remittances)





**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

---

September 6, 2024

Melissa Morvan
ROTHSCHILD & CO US INC.
1251 Avenue of the Americas
New York, NY  10020

Invoice #: 2475027                                                                                          Client Matter 21689.1146

---

FOR PROFESSIONAL SERVICES rendered through August 31, 2024 in connection with FTX AD HOC GROUP

| | |
|---|---:|
| Fees | $6,456.00 |
| Charges and Disbursements | $0.00 |
| **TOTAL** | **$6,456.00** |

21689.1146 – FTX AD HOC GROUP                                                                                   Invoice Number: 2475027

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 08/01/24 | Kaluk, Nick S. III | Revise A&R reimbursement agreement (0.3); call with M. Harvey re: same (0.2); call with A. Kranzley re: same (0.3); email with F. London and C. Delo re: same (1.1). | 1.9 |
| 08/02/24 | Kaluk, Nick S. III | Email with A. Kranzley re: plan supplement (0.3); review edits to filing version of reimbursement agreement (0.1); email re: filing with C. Delo and team (0.1). | 0.5 |
| 08/14/24 | Kaluk, Nick S. III | Email with M. Carlson re: new monthly fee apps. | 0.1 |
| 08/14/24 | Carlson, Mitchell | Review and comment on eighth, ninth and tenth monthly fee applications (1.3); correspond with N. Kaluk re: same (0.2); correspond with J. Bontems re: same (0.1). | 1.6 |
| 08/23/24 | Kaluk, Nick S. III | Email with C. Delo re: UST plan objection. | 0.1 |
| | | **Total Hours** | **4.2** |

21689.1146 – FTX AD HOC GROUP                                                                 Invoice Number: 2475027

**TIMEKEEPER SUMMARY**

| Title | Timekeeper | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Counsel | Kaluk, Nick S. III | | 2.6 | 1,640.00 | 4,264.00 |
| | | Counsel Total | 2.6 | | $4,264.00 |
| Associate | Carlson, Mitchell | | 1.6 | 1,370.00 | 2,192.00 |
| | | Associate Total | 1.6 | | $2,192.00 |
| | | **Matter Total** | **4.2** | | **$6,456.00** |



**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

October 4, 2024

Melissa Morvan
ROTHSCHILD & CO US INC.
1251 Avenue of the Americas
New York, NY  10020

Invoice #: 2476979                                          Client Matter 21689.1146

FOR PROFESSIONAL SERVICES rendered through September 30, 2024 in connection with FTX AD HOC GROUP

| | |
|---|---:|
| Fees | $17,057.00 |
| Charges and Disbursements | $1.60 |
| **TOTAL** | **$17,058.60** |

www.debevoise.com

21689.1146 – FTX AD HOC GROUP                                                                                    Invoice Number: 2476979

| Date | Timekeeper | Narrative | Hours |
| --- | --- | --- | --- |
| 09/10/24 | Kaluk, Nick S. III | Review draft interim fee app (0.2); correspond with M. Carlson re same (0.2). | 0.4 |
| 09/10/24 | Carlson, Mitchell | Emails with N. Kaluk and L. Munoz re fourth interim fee application (0.1); call with N. Kaluk re same (0.2); review draft of same (0.8); review prior filings in connection with same (0.2). | 1.3 |
| 09/11/24 | Carlson, Mitchell | Review updated draft of fourth interim fee application (0.2); emails with L. Munoz re same (0.1). | 0.3 |
| 09/12/24 | Kaluk, Nick S. III | Correspond with M. Carlson re interim fee app revisions. | 0.2 |
| 09/12/24 | Carlson, Mitchell | Calls and emails with L. Munoz re fourth interim fee application (0.3); correspond with N. Kaluk re same (0.1); review of omnibus orders approving fee applications (0.3); review of updated fee app (0.2). | 0.9 |
| 09/16/24 | Kaluk, Nick S. III | Call with M. Carlson re UST plan objection. | 0.2 |
| 09/16/24 | Carlson, Mitchell | Review UST objection to plan confirmation (0.7); review of debtor's plan and plan supplement in connection with same (0.4); correspond with N. Kaluk re same (0.2). | 1.3 |
| 09/17/24 | Kaluk, Nick S. III | Email with M. Carlson re UST plan objection. | 0.1 |
| 09/17/24 | Carlson, Mitchell | Correspond with N. Kaluk re UST plan objection (0.2); review of Plan, plan supplement, interim comp order and reimbursement agreement order in connection with Rothschild fee questions (0.9); draft memo re same (0.5). | 1.6 |
| 09/18/24 | Kaluk, Nick S. III | Analyze issues re potential post-confirmation engagement by AHC (0.6); email re same with M. Carlson (0.4); further review of UST plan objection (0.4); call with M. Carlson re same (0.2). | 1.6 |
| 09/18/24 | Carlson, Mitchell | Email with N. Kaluk re post-confirmation committee engagement(0.2); call with N. Kaluk re UST objection (0.2); draft summary to client of fee issues (0.4); further review of relevant filings in connection with same (0.3); emails with C. Delo re same (0.2). | 1.3 |
| 09/19/24 | Kaluk, Nick S. III | Email with M. Carlson re draft confirmation order. | 0.1 |
| 09/19/24 | Carlson, Mitchell | Email A. Kranzley and M. Yu re draft confirmation order (0.1); discuss the same with N. Kaluk (0.1). | 0.2 |
| 09/23/24 | Kaluk, Nick S. III | Email with M. Carlson re draft confirmation order and UST confirmation objection. | 0.1 |
| 09/23/24 | Carlson, Mitchell | Further review of UST objection to plan confirmation (0.2); draft summary of same for client (0.2); correspond with N. Kaluk re same (0.1). | 0.5 |
| 09/24/24 | Carlson, Mitchell | Review proposed confirmation order (0.6); email with N. Kaluk re same (0.1). | 0.7 |
| 09/25/24 | Kaluk, Nick S. III | Review draft confirmation order (0.3); email with M. Carlson re same (0.3). | 0.6 |
| 09/25/24 | Carlson, Mitchell | Call with N. Kaluk re draft confirmation order (0.3); email C. Delo re same (0.1). | 0.4 |
| | | **Total Hours** | **11.8** |

**TIMEKEEPER SUMMARY**

| Title | Timekeeper | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Counsel | Kaluk, Nick S. III | | 3.3 | 1,640.00 | 5,412.00 |
| | | Counsel Total | 3.3 | | $5,412.00 |
| Associate | Carlson, Mitchell | | 8.5 | 1,370.00 | 11,645.00 |
| | | Associate Total | 8.5 | | $11,645.00 |
| | | **Matter Total** | **11.8** | | **$17,057.00** |

21689.1146 – FTX AD HOC GROUP                                                                                          Invoice Number: 2476979

**CHARGES AND DISBURSEMENTS SUMMARY**

| Description | Amount |
|---|---:|
| Research Information Services | 1.60 |
| **Matter Total** | **$1.60** |