## Exhibit A

**Time Entries**

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

November 13, 2024

John Ray III
Chief Executive Officer
Unit #3B, Bryson's Commercial Complex
Friars Hill Road
St. John's Antigua

Matter #: 11807-00001
Invoice Number: 101-0000179446
Responsible Attorney: Sascha Rand

<u>FTX Trading</u>

For Professional Services through October 08, 2024 in connection with role as special litigation counsel for FTX Trading Ltd. and its Affiliated Debtors.

|  |  |
|---|---|
| Fees | $262,147.95 |
| Expenses | $256.96 |
| Net Amount | $262,404.91 |
| Total Due This Invoice | $262,404.91 |

**Confidential – May include attorney-client privileged and work-product information**

# quinn emanuel trial lawyers

## Statement Detail

### 01   Asset Analysis and Recovery

| 10/03/24 | SH6 | Internal correspondence and coordination with M. Lev re: protective order (0.3). | 0.30 | 376.65 |
|---|---|---|---|---|
| 10/07/24 | JP | Review, download, and transmit Signature Bank Rule 2004 production (0.4). | 0.40 | 545.40 |
| 10/08/24 | JP | Review, download, and transmit new Rule 2004 production from Signature Bank (0.1). | 0.10 | 136.35 |
| | | SUBTOTAL | 0.80 | 1,058.40 |

### 02   Avoidance Action Analysis

| 10/01/24 | BC6 | Correspond with A. Nelder and H. Christenson re Venture Book Target 5 investment fraudulent transfer and underlying documents re: same (.5). | 0.50 | 537.75 |
|---|---|---|---|---|
| 10/01/24 | AN3 | Review and analyze contracts and related materials received from B. Carroll in order to prepare memorandum on potential foreign law claims in respect of Venture Book Target 5 (1.4). | 1.40 | 2,034.90 |
| 10/01/24 | JP | Review and analyze list of assumed contracts and status of venture book investigations and prepare notes for S&C regarding same (1.0). | 1.00 | 1,363.50 |
| 10/02/24 | BC6 | Correspond with A. Nelder and research re necessary documents to assess Venture Book Target 5 fraudulent transfer claims (1.0). | 1.00 | 1,075.50 |
| 10/03/24 | BC6 | Review and revise tolling agreement for venture investments (.3); correspond with M. Scheck re Venture Book Target 13 avoidance action (.3); follow up research re | 5.70 | 6,130.35 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

| | | | | |
|---|---|---|---|---|
| | | venture book targets and draft agenda for PWP meeting (.5); research fraudulent transfer claims against dissolved corporation and controller and summarize same for M. Scheck (4.6). | | |
| 10/03/24 | AN3 | Reviewing and analyzing documents (including detailed memoranda from investigator) and preparing memorandum in respect of foreign law claims re Venture Book Target 5 (4.7). | 4.70 | 6,831.45 |
| 10/04/24 | MRS | Call with S. Rand, B. Carroll, and PWP team re venture book investments (0.3). | 0.30 | 468.45 |
| 10/04/24 | BC6 | Meeting with PWP, S. Rand, and M. Scheck re valuations of various venture book targets (.3); update venture book investment tracker (.3). | 0.60 | 645.30 |
| 10/04/24 | MEO | Correspond with team regarding investigation regarding venture participants in connection with Venture Book Target 32 (1.6); review and analyze related materials (2.2). | 3.80 | 5,369.40 |
| 10/04/24 | SNR | Conference call with PWP, M. Scheck, B. Carroll re venture investments (0.3). | 0.30 | 538.65 |
| 10/06/24 | BC6 | Update venture book tracker and correspondence with H. Christenson and M. Scheck re status of venture book investments (.4). | 0.40 | 430.20 |
| 10/06/24 | AN3 | Research into potential claims with respect to Venture Book Target 5 and related individuals (5.2). | 5.20 | 7,558.20 |
| 10/07/24 | SNR | Review and analyze materials re: Venture Book Target 5 and address strategy re: same (1.4). | 1.40 | 2,513.70 |
| 10/07/24 | BC6 | Correspond with venture team re investments status (.4). | 0.40 | 430.20 |
| 10/07/24 | MEO | Correspond with team regarding | 1.20 | 1,695.60 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

November 13, 2024                                                                                    Matter #: 11807-00001
Page 4                                                                            Invoice Number: 101-0000179446

| | | | | |
|---|---|---|---|---|
| | | Venture Book Target 32 investigation, reviewing and analyzing related materials (1.2). | | |
| 10/07/24 | AN3 | Drafting memorandum setting out potential foreign law claims against Venture Book Target 5 and two related individuals (2.1). | 2.10 | 3,052.35 |
| 10/08/24 | MEO | Correspond with team regarding Venture Book Target 32 investigation (0.9); review and analyze related materials (0.8); revise materials related to same (0.3). | 2.00 | 2,826.00 |
| 10/08/24 | AN3 | Reviewing and analyzing documents related to potential claim against Venture Book Target 5 (4.5). | 4.50 | 6,540.75 |
| 10/08/24 | BC6 | Review and revise draft tolling agreement in connection with venture investments (.3); fact investigation into relevant Venture Book Target 5 documents and correspondence with A. Nelder re same (1.2). | 1.50 | 1,613.25 |
| | | SUBTOTAL | 38.00 | 51,655.50 |

## 03  Bankruptcy Litigation

| | | | | |
|---|---|---|---|---|
| 10/01/24 | JA4 | Review and revise Insider 2 complaint (2.9). | 2.90 | 3,118.95 |
| 10/01/24 | AM0 | Meet with experts regarding solvency issues (1.5); correspond with E. Kapur and S. Rand regarding solvency issues (0.8); meet with Alix partners and solvency experts regarding solvency issues (1.0); analysis of financial statements in connection with same (0.6). | 3.90 | 5,317.65 |
| 10/01/24 | SNR | Address solvency strategy issues w/ E. Kapur and A. Makhijani (0.7); review and analyze materials re: same and evaluate strategy (1.8). | 2.50 | 4,488.75 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel** trial lawyers

November 13, 2024
Page 5

Matter #: 11807-00001
Invoice Number: 101-0000179446

| 10/01/24 | SNR | Review and analyze materials and assess strategy re: various venture and professional actions and various communications re: same (2.3). | 2.30 | 4,129.65 |
|---|---|---|---|---|
| 10/01/24 | ISG | Review and revise Law Firm 1 complaint (0.7). | 0.70 | 951.30 |
| 10/01/24 | KL | Review and revise draft Insider 2 complaint (1.9). | 1.90 | 3,411.45 |
| 10/01/24 | SH6 | Review and revise Insider 2 complaint (3.3); internal correspondence and coordination with J. Abrams re: Insider 2 complaint (0.2); correspondence with K. Lemire re: Insider 2 complaint (0.3); analyze documents of interest re: same (1.3). | 5.10 | 6,403.05 |
| 10/01/24 | EK | Prepare for call with solvency expert, Alix, and W&C re solvency (0.2); conference with same re solvency (1.5); correspond with team re follow up (0.3). | 2.00 | 2,961.00 |
| 10/02/24 | MEO | Correspond with team regarding draft complaint against Venture Book Target 32 and related investigation (1.3); review and analyze related materials, drafting strategic notes regarding same (1.6). | 2.90 | 4,097.70 |
| 10/02/24 | SNR | Address solvency strategy issues with team (1.1); review and analyze materials re: same (1.6). | 2.70 | 4,847.85 |
| 10/02/24 | KL | Review and revise Insider 2 complaint (1.2). | 1.20 | 2,154.60 |
| 10/02/24 | SH6 | Review and revise Insider 2 complaint (3.8); internal correspondence and coordination with J. Abrams re: Insider 2 complaint (0.4); correspondence with K. Lemire re: Insider 2 complaint (0.2). | 4.40 | 5,524.20 |
| 10/03/24 | JA4 | Review and revise Insider 2 | 4.40 | 4,732.20 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

| | | complaint (4.4). | | |
|---|---|---|---|---|
| 10/03/24 | MEO | Correspond with team regarding complaint against Venture Book Target 32 and related strategy (1.8); review and analyze related materials (3.0); correspond with team regarding investigation in support of same (0.6). | 5.40 | 7,630.20 |
| 10/03/24 | SNR | Review and analyze materials and assess strategy re: various venture and professional actions and various communications re: same (1.3). | 1.30 | 2,334.15 |
| 10/03/24 | KL | Draft Insider 2 complaint (1.8). | 1.80 | 3,231.90 |
| 10/03/24 | TCM | Further comprehensive revisions to Insider 1 draft complaint (4.2). | 4.20 | 5,934.60 |
| 10/03/24 | EK | Conference with Alix Partners re solvency analysis issues (0.8); correspondence with S. Rand re same issues (0.5); analyze correspondence re same (0.7). | 2.20 | 3,257.10 |
| 10/03/24 | SH6 | Review and revise Insider 2 complaint (3.8); internal correspondence and coordination with J. Abrams re: Insider 2 complaint (0.3); correspondence with K. Lemire re: Insider 2 complaint (0.2). | 4.30 | 5,398.65 |
| 10/04/24 | TCM | Comprehensive revisions to Insider 1 draft complaint (3.2). | 3.20 | 4,521.60 |
| 10/04/24 | SNR | Review assumptions and consider materials and strategy re: solvency and follow up re: same (1.9). | 1.90 | 3,411.45 |
| 10/04/24 | SNR | Review and analyze materials and assess strategy re: various venture and professional actions and various communications w/ PWP re: same (1.4). | 1.40 | 2,513.70 |
| 10/04/24 | EK | Correspond and conference with solvency expert re solvency analysis (0.6); correspond with S. Rand re same (0.3). | 0.90 | 1,332.45 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel** trial lawyers

November 13, 2024
Page 7

Matter #: 11807-00001
Invoice Number: 101-0000179446

| | | | | |
|---|---|---|---|---|
| 10/04/24 | SH6 | Review and revise Insider 2 complaint (1.7); internal correspondence and coordination with J. Abrams re: Insider 2 complaint (0.3); correspondence with K. Lemire re: Insider 2 complaint (0.2). | 2.20 | 2,762.10 |
| 10/05/24 | TCM | Comprehensive revisions to Insider 1 draft complaint (1.4). | 1.40 | 1,978.20 |
| 10/05/24 | EK | Analyze solvency expert work product (0.4). | 0.40 | 592.20 |
| 10/06/24 | SNR | Address various strategic issues w/ client and follow up re: same (0.8). | 0.80 | 1,436.40 |
| 10/06/24 | BL5 | Review and analyze comments to draft Insider 1 complaint (0.1). | 0.10 | 117.45 |
| 10/06/24 | TCM | Emails with K. Lemire and B. Ledvora re. status of Insider 1 draft complaint (.2). | 0.20 | 282.60 |
| 10/06/24 | EK | Correspond with A. Makhijani re solvency analysis (0.2). | 0.20 | 296.10 |
| 10/06/24 | KL | Review and revise draft Insider 2 complaint (3.1). | 3.10 | 5,566.05 |
| 10/07/24 | SH6 | Review and revise Insider 2 complaint (0.6); internal correspondence and coordination with J. Abrams re: Insider 2 complaint (0.1); correspondence with K. Lemire re: Insider 2 complaint (0.2). | 0.90 | 1,129.95 |
| 10/07/24 | BL5 | Review and analyze Insider 1 promissory note for purposes of revising draft complaint and revise draft Insider 1 complaint (0.1). | 0.10 | 117.45 |
| 10/07/24 | EK | Conference with Alix partners re solvency analysis (0.3); conference with A. Makhijani re solvency strategy (0.3); correspond with A. Makhijani and S. Rand re same (0.2); analyze work product from experts re solvency (0.5). | 1.30 | 1,924.65 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel** trial lawyers

| 10/07/24 | KL | Review and revise draft Insider 1 complaint (1.8). | 1.80 | 3,231.90 |
|----------|-----|---|------|----------|
| 10/07/24 | JA4 | Reviewed and revised Insider 2 complaint (3.1). | 3.10 | 3,334.05 |
| 10/07/24 | AM0 | Meet with E. Kapur regarding solvency issues (0.3); meet with Alix Partners regarding solvency issues (0.3). | 0.60 | 818.10 |
| 10/08/24 | SH6 | Review and revise Insider 2 complaint (1.9); correspondence with Delaware counsel re: Employee 2 complaint (0.4); internal correspondence and coordination with J. Young, H. Christenson and B. Carroll re: Delaware counsel requests (0.3). | 2.60 | 3,264.30 |
| 10/08/24 | SNR | Review and analyze materials re: various venture and professional claims and address strategy w/ team re: same (1.2). | 1.20 | 2,154.60 |
| 10/08/24 | APA | Analyze email from Landis Rath regarding Employee 2 complaint and email to and from S. Hill regarding same (0.1). | 0.10 | 166.95 |
| 10/08/24 | TCM | Calls with K. Lemire re. Insider 1 potential claims and draft complaint (1.1); review and analysis of payments analysis for Insider 1 including updated review and email with K. Lemire re. same (1.2). | 2.30 | 3,249.90 |
| 10/08/24 | EK | Correspond with A. Makhijani re solvency issues (0.3); correspond with solvency expert and S. Rand re same (0.3). | 0.60 | 888.30 |
| 10/08/24 | KL | Tcs T. Murray re Insider 1 complaint (1.1); follow-up correspondence with T. Murray re: same (0.2). | 1.30 | 2,334.15 |
| | | SUBTOTAL | 87.80 | 127,349.55 |

**04   Board/Corporate Governance**

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

| | | | | |
|---|---|---|---|---|
| 10/01/24 | MRS | Attending board meeting (0.4). | 0.40 | 624.60 |
| 10/01/24 | SNR | Prepare for board call (0.2); attend board call (0.4); follow up re: same (0.1). | 0.70 | 1,256.85 |
| 10/06/24 | BC6 | Review and revise venture slides for board presentation (1.4). | 1.40 | 1,505.70 |
| 10/07/24 | SH6 | Internal correspondence and coordination with QE leadership team re: FTX Board meeting presentation (0.2). | 0.20 | 251.10 |
| 10/07/24 | APA | Teleconference with S. Rand and J. Palmerson regarding Board meeting preparation (0.2). | 0.20 | 333.90 |
| 10/07/24 | SNR | T/c w/ A. Alden and J. Palmerson re: Professionals' presentation for board (0.2); follow-up corr. re same (0.2). | 0.40 | 718.20 |
| 10/07/24 | SNR | Correspondence with ventures team re: venture book litigation strategy for board meeting (0.5). | 0.50 | 897.75 |
| 10/07/24 | JP | Internal correspondence with S. Rand, A. Alden, and S. Hill regarding board deck on professionals (0.1); conference call with S. Rand and A. Alden regarding same (partial attendance) (0.1). | 0.20 | 272.70 |
| 10/08/24 | BC6 | Review and revise venture board slides for board presentation (.4). | 0.40 | 430.20 |
| 10/08/24 | JP | Correspondence with S. Rand and A. Alden regarding board presentation on professionals investigation (0.1). | 0.10 | 136.35 |
| 10/08/24 | IN | Teleconference with S. Rand, H. Christenson, and B. Carroll re: venture book litigation strategy for board meeting (0.5); teleconference with H. Christenson re: venture book litigation strategy for board meeting (0.2). | 0.70 | 1,140.30 |
| 10/08/24 | BC6 | Team meeting with S. Rand, I. | 0.50 | 537.75 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel** trial lawyers

|          |      |                                                                                                                                                                                                                                      |       |           |
|----------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----------|
|          |      | Nesser, H. Christenson re litigation strategy for venture investments for board meeting (.5).                                                                                                                                         |       |           |
| 10/08/24 | SNR  | T/c with I. Nesser, H. Christenson, B. Carroll re venture investments for board meeting (0.5).                                                                                                                                        | 0.50  | 897.75    |
| 10/08/24 | TCM  | Review and analyze certain slides for Board presentation (.3).                                                                                                                                                                        | 0.30  | 423.90    |
| 10/08/24 | JK1  | Teleconference with I. Nesser re: venture book litigation strategy for board meeting (0.2); revise presentation re: venture book litigation strategy for board meeting (1.8); teleconference with I. Nesser, S. Rand, and B. Carroll re: venture book litigation strategy for board meeting (0.5). | 2.50  | 3,532.50  |
| 10/08/24 | SH6  | Correspondence with J. Palmerson re: FTX Board presentation (0.3); correspondence with A. Alden and T. Murray re: professionals case status updates for FTX Board presentation purposes (0.4); prepare FTX Board presentation on professionals and insiders (4.3). | 5.00  | 6,277.50  |
|          |      | SUBTOTAL                                                                                                                                                                                                                              | 14.00 | 19,237.05 |

**05   Case Administration**

|          |      |                                                                                                                                 |      |        |
|----------|------|---------------------------------------------------------------------------------------------------------------------------------|------|--------|
| 10/04/24 | CK   | Search documents on Relativity database and determine whether they have been produced per M. Lev's request (1.1).               | 1.10 | 589.05 |
|          |      | SUBTOTAL                                                                                                                        | 1.10 | 589.05 |

**06   Employment and Fee Applications**

|          |      |                                                                                                       |      |        |
|----------|------|-------------------------------------------------------------------------------------------------------|------|--------|
| 10/01/24 | JP   | Input data from August 2024 fee statement into spreadsheet for next fee application (0.4).             | 0.40 | 545.40 |

# quinn emanuel trial lawyers

November 13, 2024
Page 11

Matter #: 11807-00001
Invoice Number: 101-0000179446

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/07/24 | JP | Review and revise September 2024 bill for confidentiality in preparation for monthly fee statement filing (1.7); review and revise September 2024 bill for compliance with guidelines in preparation for monthly fee statement filing (2.5). | 4.20 | 5,726.70 |
| 10/08/24 | JP | Review and revise September 2024 bill for confidentiality and compliance with guidelines in preparation for monthly fee statement filing (2.1); draft updated task code guidance for timekeepers (0.1). | 2.20 | 2,999.70 |
| | | SUBTOTAL | 6.80 | 9,271.80 |

## 07   Plan and Disclosure Statement

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/01/24 | SNR | Review and analyze amended objections and consider impact of plan objections on potential recovery actions (0.8). | 0.80 | 1,436.40 |
| 10/07/24 | SNR | Attend confirmation hearing remotely and various follow up re: same w/ team and client re: implications of Court comments (5.4). | 5.40 | 9,695.70 |
| 10/07/24 | JP | Partial attendance at confirmation hearing (1.0). | 1.00 | 1,363.50 |
| | | SUBTOTAL | 7.20 | 12,495.60 |

## 08   Investigation

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/01/24 | KL | Tc S. Wheeler re Company G settlement (.1). | 0.10 | 179.55 |
| 10/01/24 | TCM | Emails with K. Lemire and S. Hill re. Company G settlement agreement and certain Insider 2 investigative steps (.1). | 0.10 | 141.30 |
| 10/02/24 | AF4 | Conference with A. Alden, T. Murray, and S. Hill regarding | 0.30 | 395.55 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel trial lawyers**

|          |       |                                                                                                                                                                                                                                                              |      |          |
|----------|-------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|
|          |       | damages analysis regarding Law Firm 2 investigation (.3).                                                                                                                                                                                                     |      |          |
| 10/02/24 | SH6   | Conference with A. Alden, T. Murray, and A. Foote re: Law Firm 2 investigation status updates (0.3).                                                                                                                                                          | 0.30 | 376.65   |
| 10/02/24 | APA   | Teleconfernece with T. Murray, A. Foote and S. Hill regarding Law Firm 2 investigation (0.3); emails to and from Alvarez and Marsal regarding Advisor 6 investigation (0.2).                                                                                   | 0.50 | 834.75   |
| 10/02/24 | TCM   | Review and analyze latest analysis of potential claims against Law Firm 2 and supplemental legal research re. same (3.1); call with A. Alden, S. Hill, and A. Foote re. potential claims against Law Firm 2 and follow-up legal and factual research (.3); emails with team and Insider E counsel re. negotiation status (.1). | 3.50 | 4,945.50 |
| 10/03/24 | BL5   | Review and analysis of insider documents for purposes of supplementing professional and insider investigations (3.1).                                                                                                                                        | 3.10 | 3,640.95 |
| 10/03/24 | AF4   | Conduct legal research for damages analysis for Law Firm 2 investigation (.8); conduct factual research for damages analysis for Law Firm 2 investigation (.4); draft damages analysis for Law Firm 2 investigation (.6).                                      | 1.80 | 2,373.30 |
| 10/03/24 | SH6   | Internal correspondence and coordination with A. Alden and T. Murray re: Individual Target 1 investigation status updates (0.2); internal correspondence and coordination with A. Foote re: Law Firm 2 investigation status updates (0.2).                     | 0.40 | 502.20   |
| 10/04/24 | BL5   | Review and analysis of insider documents for purposes of supplementing professional and                                                                                                                                                                      | 2.80 | 3,288.60 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel** trial lawyers

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | insider investigations (1.4); draft status update and highlight hot documents from review and analysis of insider documents for S. Hill (1.4). |  |  |
| 10/04/24 | TCM | Email with K. Lemire and S. Hill re. status of Company G settlement (.1); review and analyze supplemental damages analysis re. potential claims against Law Firm 2 (2.1); emails with A. Alden and S. Hill re. Individual Target 1 investigation and revise email correspondence to foreign counsel and A. Corkhill re. same (.9). | 3.10 | 4,380.30 |
| 10/04/24 | AF4 | Draft damages analysis for Law Firm 2 investigation (.4); correspondence with T. Murray and S. Hill regarding the same (.1). | 0.50 | 659.25 |
| 10/04/24 | SH6 | Correspondence with A. Alden and T. Murray re: foreign law analysis and Individual Target 1 investigation (0.2); correspondence with T. Murray and A. Foote re: Law Firm 2 investigation status updates (0.3). | 0.50 | 627.75 |
| 10/07/24 | APA | Review and analyze emails from S. Hill to A. Corkhill and foreign counsel regarding Individual Target 1 investigation (0.1); emails to and from S. Rand regarding email to Law Firm L (0.1). | 0.20 | 333.90 |
| 10/07/24 | SH6 | Correspondence with foreign law counsel, A. Alden, and T. Murray re: foreign law analysis and Individual Target 1 investigation (0.3); correspondence with A. Corkhill, A. Alden, and T. Murray re: foreign law analysis and Individual Target 1 investigation (0.2); internal correspondence and coordination with K. Lemire and S&C re: tolling agreements (0.3); internal correspondence and coordination with K. Lemire re: Company F | 0.90 | 1,129.95 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

| | | | | |
|---|---|---|---|---|
| | | transfers (0.1). | | |
| 10/07/24 | BL5 | Review and analysis of insider documents for purposes of supplementing professional and insider investigations (5.8). | 5.80 | 6,812.10 |
| 10/07/24 | AF4 | Correspond with A. Alden regarding damages analysis for Law Firm 2 investigation (.1). | 0.10 | 131.85 |
| 10/07/24 | TCM | Emails with K. Lemire, S. Rand, and Insider E counsel re. status of negotiations (.1); emails with A. Alden, S. Hill, foreign law counsel, and A. Corkhill re. Individual Target 1 investigation (.1). | 0.20 | 282.60 |
| 10/08/24 | SH6 | Internal correspondence and coordination with J. Palmerson, H. Christenson, and S&C re: tolling agreements (0.3); correspondence with K. Lemire and Company F counsel re: transfers (0.2); correspondence with foreign law counsel, A. Alden, and T. Murray re: foreign law analysis and Individual Target 1 investigation (0.2); correspondence with T. Murray and A. Foote re: Law Firm 2 investigation status updates (0.2). | 0.90 | 1,129.95 |
| 10/08/24 | KL | Send requested documents re Insider 1 to S. Wheeler (.2); email with S. Hill, B. Harsch re Company F transfers (.2). | 0.40 | 718.20 |
| 10/08/24 | APA | Emails to and from Advisor D counsel regarding meeting (0.2); emails to and from S. Hill regarding call with foreign law counsel re Individual Target 1 investigation (0.1); email to Advisor C counsel regarding meeting (0.2); emails to and from A. Foote regarding Law Firm 2 investigation (0.2). | 0.70 | 1,168.65 |
| 10/08/24 | BL5 | Review and analysis of insider | 1.00 | 1,174.50 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | documents for purposes of supplementing professional and insider investigations (1.0). |  |  |
| 10/08/24 | AF4 | Conduct legal research for damages analysis for Law Firm 2 investigation (.5); correspondence with A. Alden regarding damages analysis for Law Firm 2 investigation (.4). | 0.90 | 1,186.65 |
| 10/08/24 | TCM | Emails with S. Rand, K. Lemire, and S&C re. status of negotiations with Insider E (.2); review and analysis of draft settlement agreement with Insider E and emails with S. Rand and K. Lemire, and S&C, re. same (.6); emails with A. Alden. S. Hill, and A. Foote re. potential claims against Law Firm 2 and analysis of legal and factual issues re. potential claim (1.4). | 2.20 | 3,108.60 |
|  |  | SUBTOTAL | 30.30 | 39,522.60 |

## 16  Embed/Rocket Litigation

|  |  |  |  |  |
|---|---|---|---|---|
| 10/01/24 | MW2 | Corr. with S. Hill re. Embed discovery and productions (.2). | 0.20 | 215.10 |
| 10/01/24 | SH6 | Correspondence and coordination with S&C re: Embed productions (0.4); correspondence and coordination with M. Wittmann re: same (0.1); correspondence with FTI re: database user accounts (0.1). | 0.60 | 753.30 |
|  |  | SUBTOTAL | 0.80 | 968.40 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Sascha Rand | SNR | Partner | 24.10 | 1,795.50 | 43,271.55 |
| Katherine Lemire | KL | Partner | 11.60 | 1,795.50 | 20,827.80 |
| Anthony Alden | APA | Partner | 1.70 | 1,669.50 | 2,838.15 |
| Isaac Nesser | IN | Partner | 0.70 | 1,629.00 | 1,140.30 |
| Matthew R. Scheck | MRS | Partner | 0.70 | 1,561.50 | 1,093.05 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

November 13, 2024                                                    Matter #: 11807-00001
Page 16                                                    Invoice Number: 101-0000179446

| Name | Init. | Title | Hours | Rate | Amount |
|------|-------|-------|-------|------|--------|
| Emily Kapur | EK | Partner | 7.60 | 1,480.50 | 11,251.80 |
| Alex Nelder | AN3 | Associate | 17.90 | 1,453.50 | 26,017.65 |
| Tyler Murray | TCM | Counsel | 20.70 | 1,413.00 | 29,249.10 |
| Marina E. Lev | MEO | Counsel | 15.30 | 1,413.00 | 21,618.90 |
| Heather K. Christenson | JK1 | Counsel | 2.50 | 1,413.00 | 3,532.50 |
| Jaclyn Palmerson | JP | Associate | 9.60 | 1,363.50 | 13,089.60 |
| Anil Makhijani | AM0 | Associate | 4.50 | 1,363.50 | 6,135.75 |
| Isaac Saidel-Goley | ISG | Associate | 0.70 | 1,359.00 | 951.30 |
| Abbey Foote | AF4 | Associate | 3.60 | 1,318.50 | 4,746.60 |
| Sophie Hill | SH6 | Associate | 28.60 | 1,255.50 | 35,907.30 |
| Brenna Ledvora | BL5 | Associate | 12.90 | 1,174.50 | 15,151.05 |
| Jonathan Abrams | JA4 | Associate | 10.40 | 1,075.50 | 11,185.20 |
| Ben Carroll | BC6 | Associate | 12.40 | 1,075.50 | 13,336.20 |
| Michael Wittmann | MW2 | Associate | 0.20 | 1,075.50 | 215.10 |

| Case Assistants | Init. | Title | Hours | Rate | Amount |
|-----------------|-------|-------|-------|------|--------|
| Connie Kim | CK | Paralegal | 1.10 | 535.50 | 589.05 |

## Expense Summary

| Description | | Amount |
|-------------|--|--------|
| Lexis Courtlink - Off Contract | | 4.71 |
| Document Reproduction | 0.10 | 236.50 |
| Color Document Reproduction | 0.25 | 15.75 |
| PACER Services | | 0.00 |
| Total Expenses | | $256.96 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich