**Exhibit B**

**Disbursements**

| Cost Type | Work Date | Quantity | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 14.00 | 0.10 | 1.40 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 15.00 | 0.10 | 1.50 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 18.00 | 0.10 | 1.80 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 13.00 | 0.10 | 1.30 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 81.00 | 0.10 | 8.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 19.00 | 0.10 | 1.90 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 14.00 | 0.10 | 1.40 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |

| Description | Date | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|
| Document Reproduction | 10/1/2024 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 21.00 | 0.10 | 2.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 27.00 | 0.10 | 2.70 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 16.00 | 0.10 | 1.60 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 24.00 | 0.10 | 2.40 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 114.00 | 0.10 | 11.40 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 21.00 | 0.10 | 2.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |

| Description | Date | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 21.00 | 0.10 | 2.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 16.00 | 0.10 | 1.60 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 234.00 | 0.10 | 23.40 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 84.00 | 0.10 | 8.40 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |

| Description | Date | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|
| Document Reproduction | 10/1/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 33.00 | 0.10 | 3.30 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 18.00 | 0.10 | 1.80 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 31.00 | 0.10 | 3.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 13.00 | 0.10 | 1.30 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 24.00 | 0.10 | 2.40 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 10.00 | 0.10 | 1.00 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 20.00 | 0.10 | 2.00 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 14.00 | 0.10 | 1.40 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 24.00 | 0.10 | 2.40 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 14.00 | 0.10 | 1.40 | Document Reproduction |

| Description | Date | Qty | Rate | Amount | Description |
|---|---|---|---|---|---|
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 19.00 | 0.10 | 1.90 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 88.00 | 0.10 | 8.80 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 13.00 | 0.10 | 1.30 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 53.00 | 0.10 | 5.30 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 90.00 | 0.10 | 9.00 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 14.00 | 0.10 | 1.40 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |

| Document Reproduction | 10/1/2024 | 20.00 | 0.10 | 2.00 | Document Reproduction |
|---|---|---|---|---|---|
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 16.00 | 0.10 | 1.60 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 27.00 | 0.10 | 2.70 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 14.00 | 0.10 | 1.40 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 54.00 | 0.10 | 5.40 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 10.00 | 0.10 | 1.00 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 14.00 | 0.10 | 1.40 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 28.00 | 0.10 | 2.80 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 19.00 | 0.10 | 1.90 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 90.00 | 0.10 | 9.00 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |

| Description | Date | Qty | Rate | Amount | Notes |
|---|---|---|---|---|---|
| Document Reproduction | 10/1/2024 | 16.00 | 0.10 | 1.60 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 13.00 | 0.10 | 1.30 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 10.00 | 0.10 | 1.00 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 116.00 | 0.10 | 11.60 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 133.00 | 0.10 | 13.30 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 14.00 | 0.10 | 1.40 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 52.00 | 0.10 | 5.20 | Document Reproduction |
| Document Reproduction | 10/1/2024 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| Color Document Reproduction | 10/1/2024 | 6.00 | 0.25 | 1.50 | Color Document Reproduction |
| Color Document Reproduction | 10/1/2024 | 6.00 | 0.25 | 1.50 | Color Document Reproduction |
| Color Document Reproduction | 10/1/2024 | 2.00 | 0.25 | 0.50 | Color Document Reproduction |
| Color Document Reproduction | 10/1/2024 | 9.00 | 0.25 | 2.25 | Color Document Reproduction |
| PACER Services | 10/1/2024 | 1.00 | 0.00 | 0.00 | U.S. Courts: PACER - Legal Research Charges - Pacer Services 07/01/24 - 09/30/24, Acct# 2618657 |
| PACER Services | 10/1/2024 | 1.00 | 0.00 | 0.00 | U.S. Courts: PACER - Legal Research Charges / Pacer Services 07/01/24 to 09/30/24, ACCT# 2618656 |
| Lexis Courtlink - Off Contract | 10/2/2024 | 1.00 | 4.04 | 4.04 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 10/2/2024 | 1.00 | 0.67 | 0.67 | COURTLINK ALERT |
| Document Reproduction | 10/2/2024 | 28.00 | 0.10 | 2.80 | Document Reproduction |
| Color Document Reproduction | 10/2/2024 | 20.00 | 0.25 | 5.00 | Color Document Reproduction |
| Color Document Reproduction | 10/6/2024 | 19.00 | 0.25 | 4.75 | Color Document Reproduction |
| Document Reproduction | 10/8/2024 | 25.00 | 0.10 | 2.50 | Document Reproduction |
| Color Document Reproduction | 10/8/2024 | 1.00 | 0.25 | 0.25 | Color Document Reproduction |

| Cost Type - Description | Sum of Quantity | Sum of Amount |
|---|---|---|
| Color Document Reproduction | 63 | 15.75 |
| Document Reproduction | 2365 | 236.5 |
| Lexis Courtlink - Off Contract | 2 | 4.71 |
| PACER Services | 2 | 0 |
| **Grand Total** | **2432** | **256.96** |