# Exhibit B

**Summary and Detailed Description of AlixPartners' Expenses**

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:    Expenses
Code:  20008100PN00001.1.32

| Date | Description | Amount |
|---|---|---|
| 10/04/2024 | Client Research Travis Phelan - Monthly subscription to access | $ 1,691.58 |
| 10/07/2024 | Client Research Lewis Beischer - Monthly subscription to access blockchain nodes to facilitate financial statement reconstruction | 49.00 |
| | | $ 1,740.58 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Client: 20008100Pn0001

| **Expenses** | | **Amount** |
|---|---|---:|
| Client Research | $ | 1,740.58 |
| **Total Disbursements** | **$** | **1,740.58** |