# Exhibit A

**Notice of Settlement**

| Settling Party | Small Estate Claim Value | Settled Value | Adversary Number |
|---|---|---|---|
| House Majority PAC | $4,500,000 to $6,000,000 | $6,000,000 | N/A |