## Exhibit B

**Disbursements**

## Detail Cost Task Code Billing Report
### Landis Rath & Cobb LLP

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Activity ID E101 Inhouse Copying** | | | | | |
| 1368.002 | 10/01/2024 | 0.100 | 210.00 | 21.00 | Inhouse Copying |
| 1368.002 | 10/02/2024 | 0.100 | 800.00 | 80.00 | Inhouse Copying |
| 1368.002 | 10/03/2024 | 0.100 | 424.00 | 42.40 | Inhouse Copying |
| 1368.002 | 10/04/2024 | 0.100 | 3,967.00 | 396.70 | Inhouse Copying |
| 1368.002 | 10/06/2024 | 0.100 | 6,712.00 | 671.20 | Inhouse Copying |
| 1368.002 | 10/07/2024 | 0.100 | 4,257.00 | 425.70 | Inhouse Copying |
| **Total for Activity ID E101** | | | Billable | 1,637.00 | Inhouse Copying |
| **Activity ID E102 Outside printing** | | | | | |
| 1368.002 | 10/07/2024 | | | 14,794.60 | Outside printing Parcels, Inc. - Invoice 1105432 |
| 1368.002 | 10/07/2024 | | | 1,612.80 | Outside printing Parcels, Inc. - Invoice 1105433 |
| 1368.002 | 10/07/2024 | | | 1,016.66 | Outside printing Parcels, Inc. - Invoice 1105550 |
| 1368.002 | 10/07/2024 | | | 538.40 | Outside printing Parcels, Inc. - Invoice 1105742 |
| 1368.002 | 10/07/2024 | | | 260.50 | Outside printing Parcels, Inc. - Invoice 1105900 |
| 1368.002 | 10/07/2024 | | | 1,374.65 | Outside printing Parcels, Inc. - Invoice 1106000 |
| 1368.002 | 10/07/2024 | | | 135.75 | Outside printing Parcels, Inc. - Invoice 1106060 |
| 1368.002 | 10/07/2024 | | | 297.25 | Outside printing Parcels, Inc. - Invoice 1106087 |
| 1368.002 | 10/07/2024 | | | 1,351.45 | Outside printing Parcels, Inc. - Invoice 1106088 |
| 1368.002 | 10/07/2024 | | | 212.25 | Outside printing Parcels, Inc. - Invoice 1106612 |
| **Total for Activity ID E102** | | | Billable | 21,594.31 | Outside printing |
| **Activity ID E106 Online research** | | | | | |
| 1368.002 | 10/08/2024 | | | 341.54 | Online research Relx Inc. DBA LexisNexis - Invoice 3095396996 |
| **Total for Activity ID E106** | | | Billable | 341.54 | Online research |
| **Activity ID E107 Delivery services/messengers** | | | | | |
| 1368.002 | 10/07/2024 | | | 62.00 | Delivery services/messengers Parcels, Inc. - Invoice 1105716 |
| 1368.002 | 10/07/2024 | | | 316.00 | Delivery services/messengers Parcels, Inc. - Invoice 1105736 |
| 1368.002 | 10/07/2024 | | | 323.00 | Delivery services/messengers Parcels, Inc. - Invoice 1105739 |
| **Total for Activity ID E107** | | | Billable | 701.00 | Delivery services/messengers |
| **Activity ID E111 Meals** | | | | | |
| 1368.002 | 10/04/2024 | | | 186.04 | Meals DiMeo's Pizza - working lunch for LRC team (11) |
| 1368.002 | 10/04/2024 | | | 110.50 | Meals Chelsea Tavern - working dinner for LRC team - EAR, GAW, MR, JF, MH |
| 1368.002 | 10/06/2024 | | | 164.10 | Meals Philly Pretzel Factory - Lunch for S&C (8), LRC (4) |
| 1368.002 | 10/06/2024 | | | 697.16 | Meals Caffe Gelato - Dinner for J. Ray, Lord Neuberger, S&C (8), A&M (13), Kroll (2), LRC (4) |
| 1368.002 | 10/07/2024 | | | 196.02 | Meals BJs - meal supplements |
| 1368.002 | 10/07/2024 | | | 731.96 | Meals Caffe Gelato - Lunch for J. Ray, Lord Neuberger, S&C (8), A&M (13), Kroll (2), LRC (4) |
| 1368.002 | 10/07/2024 | | | 576.62 | Meals Manhattan Bagel - Breakfast for J. Ray, Lord Neuberger, S&C (8), A&M (13), Kroll (2), LRC (4) |
| **Total for Activity ID E111** | | | Billable | 2,662.40 | Meals |
| **Activity ID E208 Document Retrieval** | | | | | |
| 1368.002 | 10/08/2024 | | | 108.00 | Docket Retrieval - PACER |
| **Total for Activity ID E208** | | | Billable | 108.00 | Document Retrieval |
| **Activity ID E218 Hearing Transcripts** | | | | | |
| 1368.002 | 10/01/2024 | | | 261.00 | Hearing Transcripts Reliable Wilmington - Invoice 119317 |
| 1368.002 | 10/07/2024 | | | 1,896.60 | Hearing Transcripts Reliable Wilmington - Invoice 119439 |
| **Total for Activity ID E218** | | | Billable | 2,157.60 | Hearing Transcripts |

| **GRAND TOTALS** | | |
|---|---|---|
| | Billable | 29,201.85 |