**<u>Exhibit A</u>**

**Time Entries**

**FTX**
Hours Summary (Oct-24)

*Strictly Private & Confidential*

November 5, 2024

| | Correspondence with Debtor Advisors and Principals | Correspondence with Creditors, UCC, and Advisors | Correspondence with Third-Parties | Due Diligence and Restructuring Strategy | Sale Process Matters | Financing Matters | Court Hearings | Other Administrative Processes and Analysis | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Restructuring** | | | | | | | | | |
| Bruce Mendelsohn (Partner) | 3.0 | 2.0 | 0.5 | 3.0 | - | - | - | - | **8.5** |
| Kevin Cofsky (Partner) | 3.0 | 2.0 | - | 4.5 | - | - | - | - | **9.5** |
| Matt Rahmani (Managing Director) | 3.5 | 2.0 | 1.0 | 26.5 | 0.5 | - | - | - | **33.5** |
| Kendyl Flinn (Director) | 0.5 | 2.0 | 1.0 | 20.0 | 0.5 | - | - | 1.5 | **25.5** |
| Ryan Moon (Associate) | - | - | - | - | - | - | - | 1.5 | **1.5** |
| Emil Tu (Analyst) | 1.5 | 2.0 | 1.0 | 35.0 | 0.5 | - | - | 11.5 | **51.5** |
| Jackson Darby (Analyst) | 1.5 | 1.0 | 1.0 | 18.0 | 0.5 | - | - | 14.5 | **36.5** |
| **Restructuring Sub-Total** | **13.0** | **11.0** | **4.5** | **107.0** | **2.0** | **-** | **-** | **29.0** | **166.5** |
| **FinTech and Digital Assets** | | | | | | | | | |
| Michael Grace (Partner) | - | - | - | - | - | - | - | - | **-** |
| Max Mesny (Partner) | - | - | - | - | - | - | - | - | **-** |
| Timm Schipporeit (Partner) | - | - | - | - | - | - | - | 2.0 | **2.0** |
| Laura Klaassen (Managing Director) | - | - | - | - | - | - | - | - | **-** |
| Ema Betts (Managing Director) | - | - | 2.0 | 6.0 | - | - | - | - | **8.0** |
| Nathaniel Nussbaum (Executive Director) | - | - | - | - | - | - | - | - | **-** |
| Geoff Posess (Executive Director) | - | - | - | - | - | - | - | 1.5 | **1.5** |
| Wasif Syed (Executive Director) | - | - | - | - | - | - | - | 2.0 | **2.0** |
| Alexander Kalashnikov (Associate) | - | - | - | 4.0 | - | - | - | - | **4.0** |
| Eduardo Ascoli (Associate) | - | - | 2.0 | - | - | - | - | - | **2.0** |
| Donall O'Leary (Associate) | - | - | 2.0 | 12.0 | - | - | - | - | **14.0** |
| **FinTech & Digital Assets Sub-Total** | **-** | **-** | **6.0** | **22.0** | **-** | **-** | **-** | **5.5** | **33.5** |
| **Team Grand Total** | **13.0** | **11.0** | **10.5** | **129.0** | **2.0** | **-** | **-** | **34.5** | **200.0** |

# FTX
**Hours Summary by Category**

*Strictly Private & Confidential*

**November 5, 2024**

| | |
|---|---:|
| Correspondence with Debtor Advisors and Principals | 13.0 |
| Correspondence with Creditors, UCC, and Advisors | 11.0 |
| Correspondence with Third-Parties | 10.5 |
| Due Diligence and Restructuring Strategy | 129.0 |
| Sale Process Matters | 2.0 |
| Financing Matters | 0.0 |
| Court Hearings | 0.0 |
| Other Administrative Processes and Analysis | 34.5 |
| **Total Hours** | **200.0** |

**FTX**
Bruce Mendelsohn (Partner)

Strictly Private & Confidential

| Bruce Mendelsohn (Partner) - Case Hours Summary (Oct-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | 3.0 |
| Correspondence with Creditors, UCC, and Advisors | 2.0 |
| Correspondence with Third-Parties | 0.5 |
| Due Diligence and Restructuring Strategy | 3.0 |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | - |
| **Total** | **8.5** |

| Case Hours Detail (Oct-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 10/01/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 10/01/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 10/01/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
| 10/02/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 10/02/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 10/03/24 | Thursday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 10/04/24 | Friday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 10/07/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 10/08/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 10/08/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |

**FTX**
Bruce Mendelsohn (Partner)

| 10/08/24 | Tuesday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 10/08/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |

**FTX**
Kevin Cofsky (Partner)

Strictly Private & Confidential

| Kevin Cofsky (Partner) - Case Hours Summary (Oct-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | 3.0 |
| Correspondence with Creditors, UCC, and Advisors | 2.0 |
| Correspondence with Third-Parties | - |
| Due Diligence and Restructuring Strategy | 4.5 |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | - |
| **Total** | **9.5** |

| Case Hours Detail (Oct-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 10/01/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 10/01/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 10/01/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
| 10/01/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 10/02/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 10/02/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 10/02/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 10/03/24 | Thursday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 10/04/24 | Friday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 10/07/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |

**FTX**
Kevin Cofsky (Partner)

Strictly Private & Confidential

| 10/07/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
|---|---|---|---|---|
| 10/08/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 10/08/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 10/08/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |

**FTX**
Matt Rahmani (Managing Director)

Strictly Private & Confidential

| Matt Rahmani (Managing Director) - Case Hours Summary (Oct-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | 3.5 |
| Correspondence with Creditors, UCC, and Advisors | 2.0 |
| Correspondence with Third-Parties | 1.0 |
| Due Diligence and Restructuring Strategy | 26.5 |
| Sale Process Matters | 0.5 |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | - |
| **Total** | **33.5** |

| Case Hours Detail (Oct-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 10/01/24 | Tuesday | 0.5 | Sale Process Matters | Internal Discussion on Venture Investments |
| 10/01/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 10/01/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 10/01/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
| 10/01/24 | Tuesday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 10/02/24 | Wednesday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 10/02/24 | Wednesday | 0.5 | Correspondence with Debtor Advisors and Principals | Weekly venture investments call |
| 10/02/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 10/02/24 | Wednesday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 10/03/24 | Thursday | 0.5 | Correspondence with Third-Parties | Call with venture portfolio company |

| 10/03/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
|---|---|---|---|---|
| 10/03/24 | Thursday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 10/04/24 | Friday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 10/04/24 | Friday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 10/04/24 | Friday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 10/07/24 | Monday | 0.5 | Due Diligence and Restructuring Strategy | Review of outbound analysis / presentations |
| 10/07/24 | Monday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 10/07/24 | Monday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 10/08/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Weekly SteerCo Call |
| 10/08/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 10/08/24 | Tuesday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 10/08/24 | Tuesday | 4.0 | Due Diligence and Restructuring Strategy | Analysis of venture portfolio |

Strictly Private & Confidential

| Kendyl Flinn (Director) - Case Hours Summary (Oct-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | 0.5 |
| Correspondence with Creditors, UCC, and Advisors | 2.0 |
| Correspondence with Third-Parties | 1.0 |
| Due Diligence and Restructuring Strategy | 20.0 |
| Sale Process Matters | 0.5 |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | 1.5 |
| **Total** | **25.5** |

| Case Hours Detail (Oct-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 10/01/24 | Tuesday | 0.5 | Sale Process Matters | Internal Discussion on Venture Investments |
| 10/01/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 10/02/24 | Wednesday | 0.5 | Correspondence with Debtor Advisors and Principals | Weekly venture investments call |
| 10/02/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 10/03/24 | Thursday | 0.5 | Correspondence with Third-Parties | Call with venture portfolio company |
| 10/03/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 10/03/24 | Thursday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 10/04/24 | Friday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 10/04/24 | Friday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 10/04/24 | Friday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |

| 10/04/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 10/07/24 | Monday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 10/07/24 | Monday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 10/08/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 10/08/24 | Tuesday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 10/08/24 | Tuesday | 4.0 | Due Diligence and Restructuring Strategy | Analysis of venture portfolio |



| Ryan Moon (Associate) - Case Hours Summary (Oct-24) | |
|---|---|
| Categories | Hours |
| Correspondence with Debtor Advisors and Principals | - |
| Correspondence with Creditors, UCC, and Advisors | - |
| Correspondence with Third-Parties | - |
| Due Diligence and Restructuring Strategy | - |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | 1.5 |
| **Total** | **1.5** |

| Case Hours Detail (Oct-24) | | | | |
|---|---|---|---|---|
| Date | Day | Hours | Category | Activity |
| 10/04/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |



**FTX**
Emil Tu (Analyst)

Strictly Private & Confidential

| Emil Tu (Analyst) - Case Hours Summary (Oct-24) | |
| --- | --- |
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | 1.5 |
| Correspondence with Creditors, UCC, and Advisors | 2.0 |
| Correspondence with Third-Parties | 1.0 |
| Due Diligence and Restructuring Strategy | 35.0 |
| Sale Process Matters | 0.5 |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | 11.5 |
| **Total** | **51.5** |

| Case Hours Detail (Oct-24) | | | | |
| --- | --- | --- | --- | --- |
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 10/01/24 | Tuesday | 0.5 | Sale Process Matters | Internal Discussion on Venture Investments |
| 10/01/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 10/01/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
| 10/02/24 | Wednesday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 10/02/24 | Wednesday | 0.5 | Correspondence with Debtor Advisors and Principals | Weekly venture investments call |
| 10/02/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 10/03/24 | Thursday | 0.5 | Correspondence with Third-Parties | Call with venture portfolio company |
| 10/03/24 | Thursday | 4.0 | Other Administrative Processes and Analysis | Preparation of discussion materials |
| 10/03/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 10/03/24 | Thursday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |

| 10/04/24 | Friday | 4.0 | Other Administrative Processes and Analysis | Recoveries analysis |
|---|---|---|---|---|
| 10/04/24 | Friday | 2.0 | Other Administrative Processes and Analysis | Case Admin Documentation |
| 10/04/24 | Friday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 10/04/24 | Friday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 10/04/24 | Friday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 10/04/24 | Friday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 10/04/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 10/07/24 | Monday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 10/07/24 | Monday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 10/07/24 | Monday | 2.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 10/08/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 10/08/24 | Tuesday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 10/08/24 | Tuesday | 4.0 | Due Diligence and Restructuring Strategy | Analysis of venture portfolio |

**FTX**
Jackson Darby (Analyst)

Strictly Private & Confidential

| Jackson Darby (Analyst) - Case Hours Summary (Oct-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | 1.5 |
| Correspondence with Creditors, UCC, and Advisors | 1.0 |
| Correspondence with Third-Parties | 1.0 |
| Due Diligence and Restructuring Strategy | 18.0 |
| Sale Process Matters | 0.5 |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | 14.5 |
| **Total** | **36.5** |

| Case Hours Detail (Oct-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 10/01/24 | Tuesday | 0.5 | Sale Process Matters | Internal Discussion on Venture Investments |
| 10/01/24 | Tuesday | 1.0 | Correspondence with Debtor Advisors and Principals | Bi-Weekly Board Call |
| 10/02/24 | Wednesday | 5.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 10/02/24 | Wednesday | 0.5 | Correspondence with Debtor Advisors and Principals | Weekly venture investments call |
| 10/02/24 | Wednesday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 10/03/24 | Thursday | 0.5 | Correspondence with Third-Parties | Call with venture portfolio company |
| 10/03/24 | Thursday | 4.0 | Other Administrative Processes and Analysis | Preparation of discussion materials |
| 10/03/24 | Thursday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 10/04/24 | Friday | 4.0 | Other Administrative Processes and Analysis | Recoveries analysis |
| 10/04/24 | Friday | 2.0 | Other Administrative Processes and Analysis | Case Admin Documentation |

| 10/04/24 | Friday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
|---|---|---|---|---|
| 10/04/24 | Friday | 3.0 | Due Diligence and Restructuring Strategy | Categorization and analysis of venture portfolio |
| 10/04/24 | Friday | 2.0 | Due Diligence and Restructuring Strategy | Analysis on venture portfolio recoveries |
| 10/04/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |
| 10/07/24 | Monday | 3.0 | Other Administrative Processes and Analysis | Case Admin Documentation |
| 10/07/24 | Monday | 1.0 | Due Diligence and Restructuring Strategy | Daily review of emails / materials / analyses |
| 10/08/24 | Tuesday | 1.0 | Correspondence with Creditors, UCC, and Advisors | Weekly discussion with AHC advisor |
| 10/08/24 | Tuesday | 0.5 | Correspondence with Third-Parties | Discussion with third party on venture investments |
| 10/08/24 | Tuesday | 4.0 | Due Diligence and Restructuring Strategy | Analysis of venture portfolio |

**FTX** 
Timm Schipporeit (Partner)

Strictly Private & Confidential

| Timm Schipporeit (Partner) - Case Hours Summary (Oct-24) | |
|---|---|
| **Categories** | Hours |
| Correspondence with Debtor Advisors and Principals | - |
| Correspondence with Creditors, UCC, and Advisors | - |
| Correspondence with Third-Parties | - |
| Due Diligence and Restructuring Strategy | - |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | 2.0 |
| **Total** | **2.0** |

| Case Hours Detail (Oct-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 10/04/24 | Friday | 2.0 | Other Administrative Processes and Analysis | Additional Time on FTX as a whole |

**FTX**
Ema Betts (Managing Director)

Strictly Private & Confidential

| Ema Betts (Managing Director) - Case Hours Summary (Oct-24) | |
|---|---|
| **Categories** | **Hours** |
| Correspondence with Debtor Advisors and Principals | - |
| Correspondence with Creditors, UCC, and Advisors | - |
| Correspondence with Third-Parties | 2.0 |
| Due Diligence and Restructuring Strategy | 6.0 |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | - |
| **Total** | **8.0** |

| Case Hours Detail (Oct-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 10/01/24 | Tuesday | 2.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 10/02/24 | Wednesday | 2.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 10/03/24 | Thursday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 10/04/24 | Friday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 10/08/24 | Tuesday | 2.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |


**FTX**
Geoff Posess (Executive Director)

Strictly Private & Confidential

| Geoff Posess (Executive Director) - Case Hours Summary (Oct-24) | |
|---|---|
| Categories | Hours |
| Correspondence with Debtor Advisors and Principals | - |
| Correspondence with Creditors, UCC, and Advisors | - |
| Correspondence with Third-Parties | - |
| Due Diligence and Restructuring Strategy | - |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | 1.5 |
| **Total** | **1.5** |

| Case Hours Detail (Oct-24) | | | | |
|---|---|---|---|---|
| Date | Day | Hours | Category | Activity |
| 10/04/24 | Friday | 1.5 | Other Administrative Processes and Analysis | Weekly investment tracker maintenance |

**FTX**
Wasif Syed (Executive Director)

Strictly Private & Confidential

| Wasif Syed (Executive Director) - Case Hours Summary (Oct-24) | |
|---|---|
| **Categories** | Hours |
| Correspondence with Debtor Advisors and Principals | - |
| Correspondence with Creditors, UCC, and Advisors | - |
| Correspondence with Third-Parties | - |
| Due Diligence and Restructuring Strategy | - |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | 2.0 |
| **Total** | **2.0** |

| Case Hours Detail (Oct-24) | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Category** | **Activity** |
| 10/04/24 | Friday | 2.0 | Other Administrative Processes and Analysis | Additional Time on FTX as a whole |

**FTX**
Alexander Kalashnikov (Associate)

Strictly Private & Confidential

| Alexander Kalashnikov (Associate) - Case Hours Summary (Oct-24) | |
|---|---|
| Categories | Hours |
| Correspondence with Debtor Advisors and Principals | - |
| Correspondence with Creditors, UCC, and Advisors | - |
| Correspondence with Third-Parties | - |
| Due Diligence and Restructuring Strategy | 4.0 |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | - |
| **Total** | **4.0** |

| Case Hours Detail (Oct-24) | | | | |
|---|---|---|---|---|
| Date | Day | Hours | Category | Activity |
| 10/01/24 | Tuesday | 2.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 10/02/24 | Wednesday | 2.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |



**FTX**
Eduardo Ascoli (Associate)

Strictly Private & Confidential

| Eduardo Ascoli (Associate) - Case Hours Summary (Oct-24) | |
|---|---|
| Categories | Hours |
| Correspondence with Debtor Advisors and Principals | - |
| Correspondence with Creditors, UCC, and Advisors | - |
| Correspondence with Third-Parties | 2.0 |
| Due Diligence and Restructuring Strategy | - |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | - |
| **Total** | **2.0** |

| Case Hours Detail (Oct-24) | | | | |
|---|---|---|---|---|
| Date | Day | Hours | Category | Activity |
| 10/03/24 | Thursday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 10/04/24 | Friday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |

**FTX**
Donall O'Leary (Associate)

Strictly Private & Confidential

| Donall O'Leary (Associate) - Case Hours Summary (Oct-24) | |
|---|---|
| Categories | Hours |
| Correspondence with Debtor Advisors and Principals | - |
| Correspondence with Creditors, UCC, and Advisors | - |
| Correspondence with Third-Parties | 2.0 |
| Due Diligence and Restructuring Strategy | 12.0 |
| Sale Process Matters | - |
| Financing Matters | - |
| Court Hearings | - |
| Other Administrative Processes and Analysis | - |
| **Total** | **14.0** |

| Case Hours Detail (Oct-24) | | | | |
|---|---|---|---|---|
| Date | Day | Hours | Category | Activity |
| 10/01/24 | Tuesday | 2.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 10/01/24 | Tuesday | 2.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 10/02/24 | Wednesday | 2.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 10/02/24 | Wednesday | 2.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 10/03/24 | Thursday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 10/04/24 | Friday | 1.0 | Correspondence with Third-Parties | Calls with potential investors on sale of venture asset scheduled |
| 10/08/24 | Tuesday | 2.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |
| 10/08/24 | Tuesday | 2.0 | Due Diligence and Restructuring Strategy | Additional diligence on key assets |