**Exhibit C**

**Porter Hedges LLP Time and Expense Records**

**(September 1, 2024 through October 8, 2024)**

| Name of Applicant | *Porter Hedges LLP* |
|---|---|
| Authorized to Provide Professional Services to: | Perella Weinberg Partners LP (Investment Banker to the Debtors) |
| Date of Retention: | *nunc pro tunc* to November 16, 2022 |
| Period for which compensation and reimbursement is sought: | September 1, 2024 through October 8, 2024 |
| Amount of Compensation sought as actual, reasonable and necessary: | $11,658.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | n/a |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | n/a |

This is a(n) **X** monthly _____ interim _____ final application.  No prior application has been filed with respect to this Fee Period.

**PRIOR MONTHLY FEE STATEMENTS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 02/17/23 | Nov. 16, 2022 – Nov. 30, 2022 | $16,178.00 | $0 | $16,178.00 | $0 |
| 03/06/23 | Dec. 1, 2022 – Dec. 31, 2022 | $19,659.00 | $0 | $19,659.00 | $0 |
| 04/04/23 | Jan. 1, 2023 – Jan. 31, 2023 | $59,185.50 | $0 | $59,185.50 | $0 |
| 05/04/23 | Feb. 1, 2023 – Feb. 28, 2023 | $17,667.50 | $21.50 | $17,667.50 | $0 |
| 06/05/23 | Mar. 1, 2023 – Mar. 31, 2023 | $10,369.00 | $0 | $10,369.00 | $0 |
| 09/12/23 | Apr. 1, 2023 – Apr. 30, 2023 | $8,484.00 | $0 | $8,484.00 | $0 |
| 09/14/23 | May 1, 2023 – May 31, 2023 | $5,626.50 | $0 | $5,626.50 | $0 |
| 09/14/23 | June 1, 2023 – June 30, 2023 | $7,521.50 | $4.30 | $7,521.50 | $0 |
| 12/04/23 | July 1, 2023 – July 31, 2023 | $3,484.50 | $0 | $3,484.50 | $0 |
| 12/06/23 | August 1, 2023 – August 31, 2023 | $5,784.00 | $0 | $5,784.00 | $0 |
| 12/08/23 | Sept. 1 – Sept. 30, 2023 | $14,943.00 | $0 | $14,943.00 | $0 |
| 02/13/24 | Oct. 1 – Nov. 30, 2023 | $2,695.50 | $0 | $2,695.50 | $0 |
| 05/03/24 | Jan. 1 – Jan. 31, 2024 | $1,942.50 | $0 | $1,942.50 | $0 |
| 05/03/24 | Dec. 1 – 31, 2023 and Feb. 1 – 29, 2024 | $11,726.00 | $0 | $11,726.00 | $0 |
| 05/15/2024 | Mar. 1 – Mar. 31, 2024 | $6,400.00 | $0 | $6,400.00 | $0 |
| 07/05/2024 | Apr. 1 – Apr. 30, 2024 | $4,505.00 | $0 | $4,505.00 | $0 |
| 09/13/2024 | June 1 – July 31, 2024 | $17,609.50 | $0 | $17,609.50 | $0 |
| 10/31/2024 | Aug. 1 – Aug. 31, 2024 | $7,190.00 | $3.60 | Pending | Pending |

## SUMMARY OF BILLING BY PROFESSIONAL
## SEPTEMBER 1, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| John F. Higgins | Partner | 1983 | 1983 | $1,050.00 | 1.3 | $1,365.00 |
| M. Shane Johnson | Partner | 2013 | 2013 | $835.00 | 0.8 | $668.00 |
| **Partner Total** | | | | | **2.1** | **$2,033.00** |
| James A. Keefe | Associate | 2017 | 2017 | $625.00 | 15.4 | $9,625.00 |
| **Associate Total** | | | | | **15.4** | **$9,625.00** |
| **GRAND TOTAL** | | | | | **17.5** | **$11,658.00** |

**Blended Hourly Rate: $666.17**

## STATEMENT OF FEES BY PROJECT CATEGORY[1]
## SEPTEMBER 1, 2024 THROUGH OCTOBER 8, 2024

| Project Name | Hours | Fee Amount |
|---|---|---|
| PWP Retention & Compensation | 17.5 | $11,658.00 |
| **Total** | **17.5** | **$11,658.00** |

## SUMMARY OF ACTUAL AND NECESSARY EXPENSES

| Disbursement Summary | | |
|---|---|---|
| Expense Category | Service Provider,[2] if Applicable | Amount |
| Computer Assisted Legal Research | n/a | n/a |
| | **TOTAL** | **n/a** |

---

[1] The subject matter of certain time entries may be appropriate for more than one project category. In such instances, time entries generally have been included in the most appropriate category. Time entries do not appear in more than one category.

[2] Porter Hedges LLP may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.