**Exhibit D**

**Mayer Brown LLP Time and Expense Records**

**(September 1, 2024 to October 8, 2024)**

15654774

| **Name of Applicant** | *Mayer Brown LLP* |
|---|---|
| Authorized to Provide Professional Services to: | Perella Weinberg Partners LP (Investment Banker to the Debtors) |
| Date of Retention: | *nunc pro tunc* to November 16, 2022 |
| Period for which compensation and reimbursement is sought: | September 1, 2024 through October 8, 2024 |
| Amount of Compensation sought as actual, reasonable and necessary: | n/a |
| 80% of Compensation sought as actual, reasonable and necessary: | n/a |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $6,631.30 |

This is a(n) **X** monthly _____ interim _____ final application.  No prior application has been filed with respect to this Fee Period.

15654774

**PRIOR MONTHLY FEE STATEMENTS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 09/14/2023 | Dec. 1, 2022 to June 30, 2023 | $171,523.50 | $506.96 | $171,523.50 | $506.96 |
| 12/06/2023 | July 1, 2023 to July 31, 2023 | $215,428.50 | $9,971.41 | $215,428.50 | $9,971.41 |
| 12/06/2023 | August 1, 2023 to Sept. 30, 2023 | $26,842.50 | $1,625.46 | $26,842.50 | $1,625.46 |
| 12/08/2023 | Oct. 1, 2023 to Oct. 31, 2023 | $71,914.50 | $2.75 | $71,914.50 | $2.75 |
| 12/22/2023 | Nov. 1, 2023 to Nov. 30, 2023 | $41,097.50 | $26,087.24 | $41,097.50 | $26,087.24 |
| 05/03/2024 | Feb. 1, 2024 to Feb. 29, 2024 | $192,049.00 | $9,273.93 | $192,049.00 | $9,273.93 |
| 05/15/2024 | Mar. 1, 2024 to Mar. 31, 2024 | $2,661.50 | $6,076.17 | $2,661.50 | $6,076.17 |
| 07/05/2024 | June 1, 2024 to Apr. 30, 2024 | $249,851.50 | $6,482.69 | $249,851.69 | $6,482.69 |
| 07/24/2024 | May 1, 2024 to May 31, 2024 | $2,522.00 | $4,159.02 | $2,522.00 | $4,159.02 |
| 09/13/2024 | June 1, 2024 to July 31, 2024 | $973.50 | $7,651.20 | $973.50 | $7,651.20 |
| 10/31/2024 | Aug. 1, 2024 to Aug. 31, 2024 | $177.00 | $3,851.90 | Pending | Pending |

**SUMMARY OF BILLING BY PROFESSIONAL**
**SEPTEMBER 1, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate (2024/2023) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| **GRAND TOTAL** | | | | | **n/a** | **n/a** |

**Blended Hourly Rate:  n/a**

15654774

**STATEMENT OF FEES BY PROJECT CATEGORY**
**SEPTEMBER 1, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024**

| Project Name | Hours | Fee Amount |
|---|---|---|
| ADVISORY SERVICES TO PWP AS INVESTMENT BANKER[1] | n/a | n/a |
| **Total** | **n/a** | **n/a** |

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[2] if Applicable** | **Amount** |
| Professional Services (Data Management, Processing, and Storage) | Driven Inc d/b/a Innovative Driven | $6,631.30 |
| **TOTAL** | | **$6,631.30** |

---

[1] Mayer Brown LLP provides advisory services to PWP as Investment Banker to the Debtors. In such capacity, Mayer Brown LLP has advised PWP on a number of issues including, but not limited to, deal and sale process-related issues, investor and other case constituent relations, and consideration of conflict issues.

[2] Mayer Brown LLP may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

15654774

# MAYER | BROWN

October 14, 2024

Invoice Number: 100255803

Perella Weinberg Partners LP
1111 Bagby Street
Suite 4900
Houston, TX 77002

Attn: Jennie Miller

Mayer Brown LLP
311 West Monroe Street
Chicago, IL 60606-9908

T: +1 312 782 0600
F: +1 312 701 7711
mayerbrown.com

Firm Tax ID No: 36-1447220

---

For professional services rendered for the period ended September 30, 2024

**Re:** **FTX Chapter 11**
**Matter No: 22726417**

| | |
|---|---:|
| Disbursements | <u>3,315.65</u> |
| **Total Disbursements** | **<u>$3,315.65</u>** |

---

**Wire Transfer or ACH Credit Payments (Preferred)**
**Bank:** Bank of America  **Bank Address:** 135 South LaSalle Street, Chicago, IL 60603  **Account #:** 8765663350  **ACH ABA#:** 121000358
**Wire ABA #:** 026009593  **International Wires Swift Code:** BOFAUS3N  **Remittance Detail Email:** payments@mayerbrown.com

Mayer Brown LLP

Invoice No: 100255803                        Page 2
Perella Weinberg Partners LP            Pinedo, Anna T.
22726417
FTX Chapter 11

Disbursements

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 09/11/24 | **Professional Services**<br>VENDOR: Driven Inc dba Innovative Driven INVOICE#: 251480 DATE: 9/11/2024<br>professional services rendered | 1 | 3,315.65 |

| **Total Disbursements** | | | **$3,315.65** |
|---|---|---|---|

Mayer Brown LLP

Invoice No: 100255803                                        Page 3
Perella Weinberg Partners LP                 Pinedo, Anna T.
22726417
FTX Chapter 11

## DISBURSEMENTS SUMMARY

| Disbursements | Amount |
|---|---:|
| Professional Services | 3,315.65 |
| **Total Disbursements** | **$3,315.65** |

# MAYER | BROWN

November 5, 2024

Invoice Number: 100261967

Perella Weinberg Partners LP
1111 Bagby Street
Suite 4900
Houston, TX 77002

Attn: Jennie Miller

Mayer Brown LLP
311 West Monroe Street
Chicago, IL 60606-9908

T: +1 312 782 0600
F: +1 312 701 7711
mayerbrown.com

Firm Tax ID No: 36-1447220

---

For professional services rendered for the period ended October 31, 2024

**Re:  FTX Chapter 11**
**Matter No: 22726417**

| | |
|---|---:|
| Disbursements | <u>3,315.65</u> |
| **Total Disbursements** | **<u>$3,315.65</u>** |

---

**Wire Transfer or ACH Credit Payments (Preferred)**
**Bank:** Bank of America  **Bank Address:** 135 South LaSalle Street, Chicago, IL 60603  **Account #:** 8765663350  **ACH ABA#:** 121000358
**Wire ABA #:** 026009593  **International Wires Swift Code:** BOFAUS3N  **Remittance Detail Email:** payments@mayerbrown.com

Mayer Brown LLP

Invoice No: 100261967   Page 2
Perella Weinberg Partners LP   Pinedo, Anna T.
22726417
FTX Chapter 11

<u>Disbursements</u>

| <u>Date</u> | <u>Description</u> | <u>Quantity</u> | <u>Amount</u> |
|---|---|---|---|
| 10/14/24 | **Professional Services**<br>VENDOR: Driven Inc dba Innovative Driven INVOICE#: 253073 DATE: 10/14/2024<br>Monthly Data Storage Fee 91/24-9/30/24 | 1 | 3,315.65 |

| **Total Disbursements** | | | **$3,315.65** |
|---|---|---|---|

Mayer Brown LLP

Invoice No: 100261967  Page 3
Perella Weinberg Partners LP  Pinedo, Anna T.
22726417
FTX Chapter 11

## DISBURSEMENTS SUMMARY

| Disbursements | Amount |
|---|---|
| Professional Services | 3,315.65 |
| **Total Disbursements** | **$3,315.65** |