UNITED STATES BANKRUPTCY COURT
DISTRICT OF Delaware



| | |
|---|---|
| In re:<br><br>FTX Trading Ltd.., *et al.*<br><br>Debtors | Chapter 11<br>Case No. 22-11068<br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferor**

**[CONFIDENTIAL CREDITOR NAME]**

Transferor's Address:

[REDACTED]

**Name of Transferee**

**Federico Natali**

Transferee's address for notices and payment:

221 W 9th St

Wilmington, DE 19801

Federico Natali

paxtibi.xyz@gmail.com

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim(s) | FTX Trading Ltd. | 22-11068 | Claim #: 83600<br>Unique Customer Code #: 00890844 | 100% of the claim amount filed on or before September 29, 2023 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Federico Natali* (Signed by, D5041B50C4DD4BD...)    Date: 11/15/2024

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

Clerk of the Court

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

**EXHIBIT A**



# KROLL

## Creditor Data Details - Claim # 83600

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Name on file | FTX Trading Ltd. | 83600 |
| Address on file | Date Filed | Schedule Number |
| | 09/29/2023 | 6800573 |
| | | Confirmation ID |
| | | 3265-70-PIUMH-963132302 |

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

### Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | BNB | ASSERTED | 0.0098752538863618 | 0.0098752538863618 |
| CRYPTO | BTC | ASSERTED | 0.0000000261281986 | 0.0000000261281986 |
| CRYPTO | CEL | ASSERTED | 1.2997111836640238 | 1.2997111836640238 |
| CRYPTO | ETH | ASSERTED | 0.0000000080986584 | 0.0000000080986584 |
| CRYPTO | LUNA2 | ASSERTED | 7.070418087 | 7.070418087 |
| CRYPTO | LUNA2_LOCKED | ASSERTED | 16.4976422 | 16.4976422 |
| CRYPTO | LUNC | ASSERTED | 993712.74 | 993712.74 |
| CRYPTO | USDT | ASSERTED | 193389.66109208728 | 193389.66109208728 |
| CRYPTO | USTC | ASSERTED | 354.86571716978824 | 354.86571716978824 |
| FIAT | USD | ASSERTED | 225278.57888085552 | 225278.57888085552 |

| 00890844 | | BNB[0.00987525], BTC[0.00000002], CEL[1.29971118], CEL-PERP[0], ETH[0], LUNA2[7.07041808], LUNA2_LOCKED[16.4976422], LUNC[993712.74], LUNC-PERP[0], UNISWAP-1230[0], USD[225278.58], USDT[193389.66109208], USTC[354.86571716] |
|---|---|---|