## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ALAMEDA RESEARCH LLC, FTX TRADING LTD., WEST REALM SHIRES, INC., AND WEST REALM SHIRES SERVICES INC. (D/B/A FTX.US), | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 23-50419 (JTD) |
| DANIEL FRIEDBERG, | |
| Defendant. | |
| FTX TRADING LTD., ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., WEST REALM SHIRES SERVICES, INC., and NORTH DIMENSION INC., | |
| Plaintiffs, | |
| - against - | Adv. Pro. No. 24-50066 (JTD) |
| CENTER FOR APPLIED RATIONALITY, LIGHTCONE INFRASTRUCTURE, INC., LIGHTCONE ROSE GARDEN LLC and FTX FOUNDATION, | |
| Defendants. | |

---

[1]   The last four digits of FTX Trading Ltd.'s FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0078301.}

FTX TRADING LTD., *et al.*,

                Plaintiffs,

        -against-

ALEXANDER CHERNYAVSKY, BRANDON ORR, CHUKWUDOZIE EZEOKOLI, EDWIN GARRISON, GREGG PODALSKY, JULIE PAPADAKIS, KYLE RUPPRECHT, LEANDRO CABO, MICHAEL LIVIERATOS, MICHAEL NORRIS, RYAN HENDERSON, SHENGYUN HUANG, SUNIL KAVURI, VIJETH SHETTY, VITOR VOZZA, and WARREN WINTER,

            Defendants.

Adv. Pro. No. 24-50072 (JTD)

---

FTX TRADING LTD., ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., NORTH DIMENSION INC., COTTONWOOD GROVE LTD. and WEST REALM SHIRES, INC.,

                Plaintiffs,

        -against-

SAMUEL BANKMAN-FRIED, ZIXIAO "GARY" WANG, NISHAD SINGH and CAROLINE ELLISON,

            Defendants.

Adv. Pro. No. 23-50448 (JTD)

---

FTX TRADING LTD., WEST REALM SHIRES SERVICES, INC., and ALAMEDA RESEARCH LTD.,

                Plaintiffs,

      - against -

MIRANA CORP., BYBIT FINTECH LTD., TIME RESEARCH LTD., SIN WEI "SEAN" TAN, WEI

Adv. Pro. No. 23-50759-JTD

LIN "GERMAINE" TAN, WEIZHENG YE, and
NASHON LOO SHUN LIANG,

               Defendants.

---

ALAMEDA RESEARCH LTD., WEST REALM
SHIRES, INC., and WEST REALM SHIRES
SERVICES, INC.

               Plaintiffs,

               -against-               Adv. Pro. No. 23-50379 (JTD)

ROCKET INTERNET CAPITAL PARTNERS II
SCS, ROCKET INTERNET CAPITAL
PARTNERS (EURO) II SCS, GFC GLOBAL
FOUNDERS CAPITAL GMBH, GFC GLOBAL
FOUNDERS CAPITAL GMBH & CO.
BETEILIGUNGS KG NR. 1, WILLIAM
HOCKEY LIVING TRUST, and 9YARDS
CAPITAL INVESTMENTS II LP,

               Defendants.

---

ALAMEDA RESEARCH LTD., WEST REALM
SHIRES, INC., and WEST REALM SHIRES
SERVICES, INC.,

               Plaintiffs,

               - against -               Adv. Pro. No. 23-50380 (JTD)

MICHAEL GILES, *et al.*,

               Defendants.

## NOTICE OF AGENDA FOR HEARING SCHEDULED FOR NOVEMBER 20, 2024 AT 2:00 P.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, <u>COURTROOM NO. 5, WILMINGTON, DELAWARE 19801</u>

**ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING TO PRESENT AT THE HEARING AND WITNESSES, MUST BE PHYSICALLY PRESENT IN THE COURTROOM.  ANY NON-PARTICIPANT MAY OBSERVE THE HEARING REMOTELY BY REGISTERING IN ADVANCE AT THE LINK BELOW NO LATER THAN NOVEMBER 19, 2024 AT 4:00 P.M. (ET).**

**To attend this hearing remotely, please register using the eCourt Appearances tool on the Court's website at www.deb.uscourts.gov.**

**ADJOURNED MATTERS:**

1.   Notice of Pretrial Conference in an Adversary Proceeding [*Alameda Research LLC, et al. v. Friedberg*, Adv. No. 23-50419 (JTD) – Adv. D.I. 7, filed on July 26, 2023]

     Status: This matter is adjourned to a date to be determined.

2.   Notice of Pretrial Conference in an Adversary Proceeding [*FTX Trading Ltd., et al., v. Chernyavsky, et al.*, Adv. No. 24-50072 (JTD) – Adv. D.I. 8, filed on June 26, 2024]

     Status: This matter is adjourned to a date to be determined.

3.   Motion of Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP to Require Debtors' Claims and Noticing Agent to Recognize and Record Transfer of Claim to Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP [D.I. 9289, filed on March 13, 2024]

     Status: This matter is adjourned to the December 12, 2024 omnibus hearing.

4.   Debtors' Objection to Proofs of Claim Filed by Cal Bears Sports Properties, LLC [D.I. 19975, filed on July 10, 2024]

     Status: This matter is adjourned to the December 12, 2024 omnibus hearing.

5.   Debtors' Fifty-Sixth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim [D.I. 19176 & 19185, filed on July 1, 2024]

     Status: This matter is adjourned to the December 12, 2024 omnibus hearing with respect to Blooming Triumph International Limited's objection.

6.   Debtors' Objection to Proof of Claim Filed by ICC Business Corporation FZ LLC [D.I. 20007 & 21731, filed on July 10 & 26, 2024]

     Status: This matter is adjourned to the January 23, 2024 omnibus hearing.

7.   Debtors' Objection to Proofs of Claim Filed by Tai Mo Shan Limited [D.I. 20030, filed on July 10, 2024]

Status: This matter is adjourned to a date to be determined.

8.  Debtors' Objection to Proofs of Claim Filed by Alex Mashinsky and Krissy Meehan [D.I. 20044, filed on July 10, 2024]

    Status: This matter is adjourned to a date to be determined.

9.  Debtors' Objection to Proofs of Claim Filed by Kariya Kayamori [D.I. 20046, filed on July 10, 2024]

    Status: This matter is adjourned to a date to be determined.

10. Debtors' Sixty-Third (Substantive) Omnibus Objection to Certain Misclassified Claims (Non-Customer Claims) [D.I. 20050, filed on July 10, 2024]

    Status: The omnibus claim objection as it relates to the claims filed by Celsius Network LLC and its affiliated debtors is adjourned to a date to be determined.  On September 10, 2024, the Court entered an order granting the relief requested as to all other claims. Accordingly, a hearing on this matter is not required.

11. Debtors' Objection to Proofs of Claim Filed by Seth Melamed [D.I. 20051, filed on July 10, 2024]

    Status: This matter is adjourned to the December 12, 2024 omnibus hearing.

**RESOLVED MATTERS:**

12. Notice of Pretrial Conference in Adversary Proceeding [*FTX Trading Ltd., et al. v. Center for Applied Rationality, et al.*, Adv. No. 24-50066 (JTD) – Adv. D.I. 3, filed on May 17, 2024]

    Status: This matter is resolved.

13. Debtors' Eighty-Eighth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 25685 & 25719, filed on September 25, 2024]

    Status: The Debtors intend to file a certificate of no objection and submit an order for entry. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

14. Debtors' Eighty-Ninth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 25686 & 25720, filed on September 25, 2024]

    Status: The Debtors intend to file a certificate of no objection and submit an order for entry. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

15. Debtors' Ninetieth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 25687 & 25721, filed on September 25, 2024]

Status: The Debtors intend to file a certificate of no objection and submit an order for entry. Accordingly, a hearing regarding this matter is not required unless the Court has questions

16.    Debtors' Ninety-First (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 25688 & 25722, filed on September 25, 2024]

Status: The Debtors intend to file a certificate of no objection and submit an order for entry. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

17.    Debtors' Ninety-Second (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 25689 & 25723, filed on September 25, 2024]

Status: The Debtors intend to file a certificate of no objection and submit an order for entry. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

18.    Debtors' Ninety-Third (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 25690 & 25724, filed on September 25, 2024]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses.  The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

19.    Debtors' Ninety-Fourth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 25691 & 25725, filed on September 25, 2024]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses.  The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

20.    Debtors' Ninety-Fifth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 25692 & 25726, filed on September 25, 2024]

Status: The Debtors intend to file a certificate of no objection and submit an order for entry. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

21.    Debtors' Ninety-Sixth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 25693 & 25727, filed on September 25, 2024]

Status: The Debtors intend to file a certificate of no objection and submit an order for entry. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

22.    Debtors' Ninety-Seventh (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 25694 & 25728, filed on September 25, 2024]

Status: The Debtors intend to file a certificate of no objection and submit an order for entry. Accordingly, a hearing regarding this matter is not required unless the Court has questions

23. Debtors' Ninety-Eighth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 25695 & 25729, filed on September 25, 2024]

Status: The Debtors intend to file a certificate of no objection and submit an order for entry. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

24. Debtors' Ninety-Ninth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 25696 & 25730, filed on September 25, 2024]

Status: The Debtors intend to file a certificate of no objection and submit an order for entry. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

25. Debtors' One Hundredth (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims) [D.I. 25697 & 25731, filed on September 25, 2024]

Status: The Debtors intend to file a certificate of no objection and submit an order for entry. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

26. Debtors' One Hundred First (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 25698 & 25732, filed on September 25, 2024]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses. The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

27. Debtors' One Hundred Second (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 25699 & 25733, filed on September 25, 2024]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses. The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

28. Debtors' One Hundred Third (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 25700 & 25734, filed on September 25, 2024]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses. The Debtors intend to file a revised form of order

to reflect such adjournments under certification of counsel prior to the hearing. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

29.   Debtors' One Hundred Fourth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 25701 & 25735, filed on September 25, 2024]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses.  The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

30.   Debtors' One Hundred Fifth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 25702 & 25736, filed on September 25, 2024]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses.  The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

31.   Debtors' One Hundred Sixth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 25703 & 25737, filed on September 25, 2024]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses.  The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

32.   Debtors' One Hundred Seventh (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 25704 & 25738, filed on September 25, 2024]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses.  The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

33.   Debtors' One Hundred Eighth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 25705 & 25739, filed on September 25, 2024]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses.  The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

34.  Debtors' One Hundred Ninth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 25706 & 25740, filed on September 25, 2024]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses.  The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing.  Accordingly, a hearing regarding this matter is not required unless the Court has questions.

35.  Debtors' One Hundred Tenth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 25708 & 25741, filed on September 25, 2024]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses.  The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing.  Accordingly, a hearing regarding this matter is not required unless the Court has questions.

36.  Debtors' One Hundred Eleventh (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 25710 & 25742, filed on September 25, 2024]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses.  The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing.  Accordingly, a hearing regarding this matter is not required unless the Court has questions.

37.  Debtors' One Hundred Twelfth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 25711 & 25743, filed on September 25, 2024]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses.  The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing.  Accordingly, a hearing regarding this matter is not required unless the Court has questions.

38.  Debtors' One Hundred Thirteenth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 25712 & 25744, filed on September 25, 2024]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses.  The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing.  Accordingly, a hearing regarding this matter is not required unless the Court has questions.

39.  Debtors' One Hundred Fourteenth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 25713 & 25745, filed on September 25, 2024]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses.  The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

40.  Debtors' One Hundred Fifteenth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 25714 & 25746, filed on September 25, 2024]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses.  The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

41.  Debtors' One Hundred Sixteenth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) [D.I. 25715 & 25747, filed on September 25, 2024]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses.  The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

42.  Debtors' One Hundred Seventeenth (Non-Substantive) Omnibus Objection to Certain Late Filed Claims (Customer Claims) [D.I. 25716 & 25748 , filed on September 25, 2024]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses.  The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

43.  Debtors' One Hundred Eighteenth (Substantive) Omnibus Objection to Certain Duplicate Proofs of Claim (Customer Claims) [D.I. 25717 & 25749, filed on September 25, 2024]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses.  The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

44.  Debtors' One Hundred Nineteenth (Non-Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Customer Claims) [D.I. 25718 & 25750, filed on September 25, 2024]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses.  The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel prior to the hearing. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

45.    Motion of the Debtors for Entry of an Order (A) Authorizing the Debtors to Enter into a Settlement Agreement with Caroline Ellison (B) Approving the Settlement Agreement and (C) Granting Related Relief [D.I. 26364 & Adv. D.I. 27, filed on October 7, 2024]

Status: On October 23, 2024, the Court entered an order granting the requested relief. Accordingly, a hearing on this matter is not required.

46.    Motion of Debtors for Entry of an Order (A) Authorizing the Debtors to Enter into Stipulation of Settlement with the GAP Entities, (B) Approving the Settlement, and (C) Granting Related Relief [D.I. 26430, filed on October 8, 2024]

Status: On October 28, 2024, the Court entered an order granting the requested relief. Accordingly, a hearing on this matter is not required.

47.    Plaintiffs' Motion for Entry of an Order (A) Authorizing the Plaintiffs' Entry Into, and Performance Under, the Settlement Agreement with Defendants, (B) Approving the Settlement Agreement, and (C) Granting Related Relief [D.I. 27232 & Adv. D.I. 96, filed on October 24, 2024]

Status: On November 12, 2024, the Court entered an order granting the requested relief. Accordingly, a hearing on this matter is not required.

48.    Motion of Debtors for Entry of an Order (A) Authorizing the Debtors to Enter into Stipulation of Settlement with the Silicon Valley Community Foundation, (B) Approving the Stipulation of Settlement, and (C) Granting Related Relief [D.I. 27461, filed on October 30, 2024]

Status: The Debtors have filed a certificate of no objection and submitted an order for entry. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

49.    Motion of the Debtors for Entry of an Order (A) Authorizing the Debtors to Enter into, and Perform Under, the Stipulation of Settlement with Evolve (B) Approving the Stipulation of Settlement, and (C) Granting Related Relief [D.I. 27462, filed on October 30, 2024]

Status: The Debtors have filed a certificate of no objection and submitted an order for entry. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

**MATTERS GOING FORWARD:**

50.     Motion of Nexxus Participation Vehicle III LLC to (i) Strike Notice of Transfer of Claim (ECF No. 7789) to FTXCreditor, LLC, and (ii) Require the Debtors' Claims and Noticing Agent to Recognize and Record Transfer of Claim (ECF No. 8191) to Nexxus [D.I. 26943, filed on October 17, 2024]

Response Deadline: October 31, 2024 at 4:00 p.m. (ET)

Responses Received:

A.      FTXCREDITOR, LLCs Opposition to Nexxus Participation Vehicle III LLCs Motion to (I) Strike Notice of Transfer of Claim (ECF NO. 7789) to FTXC and (II) Require the Debtors Claims and Noticing Agent to Recognize and Record Transfer of Claim (ECF NO. 8191) to Nexxus [D.I. 27488, filed on October 31, 2024]

Related Documents:

A.      Reply to Objection to Motion of Nexxus Participation Vehicle III LLC to (I) Strike Notice of Transfer of Claim [ECF No. 7789] to FTXCREDITOR, LLC, and (II) Require the Debtors' Claims and Noticing Agent to Recognize and Record Transfer of Claim [ECF No. 8191] To Nexxus [D.I. 27958, filed on November 15, 2024]

B.      Exhibits A-D to Reply to Objection to Motion of Nexxus Participation Vehicle III LLC to (I) Strike Notice of Transfer of Claim [ECF No. 7789] to FTXCREDITOR, LLC, and (II) Require the Debtors' Claims and Noticing Agent to Recognize and Record Transfer of Claim [ECF No. 8191] To Nexxus [D.I. 27959, filed on November 15, 2024]

Status: This matter is going forward.

51.     Examiner's Motion for Entry of An Order Discharging the Examiner and Granting Related Relief [D.I. 27460, filed on October 30, 2024]

Response Deadline: November 13, 2024 at 4:00 p.m. (ET)

Responses Received:

A.      Objection of Andrew Cowie, Adrien Herisse, Chao Liu, Frances Jones, James White, Jonathan Li, Laura Gilberti, Lidia Favario, Olivier Ponchaut, Victor Cury Simionato and Robert Shearer, to Examiner's Motion for Entry of An Order Discharging the Examiner and Granting Related Relief [D.I. 27941, filed on November 8, 2024]

Related Documents:

A.      Reply in Support of Examiner's Motion for Entry of an Order Discharging the

Examiner and Granting Related Relief [D.I. 27968, filed on November 15, 2024]

Status: This matter is going forward.

**ADVERSARY MATTER GOING FORWARD**:

52.    Shareholder Defendants' Motion to Stay Discovery Pending Interlocutory Appeal [*Alameda Research Ltd. et al v. Giles et al.*, Adv. No. 23-50380 (JTD) – Adv. D.I. 308, filed on November 12, 2024]

Response Deadline: November 19, 2024

Responses Received: None.

Related Documents:

A.    Defendants' Joinder in Motion for Stay of Discovery Pending Interlocutory Appeal [*Alameda Research Ltd. et al v. Giles et al.*, Adv. No. 23-50380 (JTD) – Adv. D.I. 311, filed on November 13, 2024]

B.    Defendants' Joinder in Motion for Stay of Discovery Pending Interlocutory Appeal [*Alameda Research Ltd. et al v. Rocket Internet Capital Partners II SCS et al.*, Adv. No. 23-50380 (JTD) – Adv. D.I. 170, filed on November 13, 2024]

Status: This matter is going forward.

Dated: November 18, 2024
    Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*