**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FTX TRADING LT., *et al.*[1], | ) ) ) | Case No. 22-11068 (JTD) |
| Debtors. | ) ) | (Jointly Administered |

## NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LISTS

Jeffrey A. Dove hereby notifies the Clerk of this Court that his client in this bankruptcy case has resolved any interests and issues in the case; he no longer wishes to receive CM/ECF electronic notices in these bankruptcy cases, and he respectfully requests that he be removed from the CM/ECF electronic service list herein going forward in these bankruptcy cases.

Dated: November 18, 2024
       Syracuse, New York

          */s/Jeffrey A. Dove*
          Jeffrey A. Dove
          Barclay Damon LLP
          Barclay Damon Tower
          125 East Jefferson Street
          Syracuse, New York 13202
          Telephone:  (315) 413-7112
          Facsimile:  (315) 703-7346
          Email:  jdove@barclaydamon.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.