# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors.<br><br>AHMED ABD EL-RAZEK,<br>SUNIL KAVURI, and<br>PAT RABBITTE,<br><br>    *Appellants*,<br><br>v.<br><br>FTX TRADING LTD., *et al*.<br><br>    *Appellees*. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>U.S. District Court<br><br>Civil Action No. 1:24-cv-01178-CFC |

## APPELLEES FTX DEBTORS' COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Appellees, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "FTX Debtors") in the above-captioned cases (the "Chapter 11 Cases"), by and through their undersigned counsel, respectfully submit, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, this counter-designation of items to be included in the record on appeal (the "Counter-Designation") with respect to the appeal by Appellants Ahmed Abd El-Razek, Sunil Kavuri, and Pat Rabbitte, from the *Findings of Fact,*

---

[1] The last four digits of Alameda Research LLC's tax identification number is 4063.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

*Conclusions of Law and Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. And Its Debtor Affiliates* (the "Confirmation Order") [D.I. 26404], before the United State District Court for the District of Delaware (the "Appeal"). Pursuant to the Court's standing order dated November 9, 2015, titled *Designations of Records in Bankruptcy Appeals*, Appellees hereby file this Counter-Designation with the District Court.

**COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

1. Appellees counter-designate the following items to be included in the record on Appeal:

| No. | Docket No. | Date | Description |
| --- | --- | --- | --- |
| 1. | 19070 | 6/26/2024 | *Transcript regarding Hearing Held 06/25/24 RE: Disclosure Statement Hearing* |
| 2. | 23987 | 8/28/2024 | *Certificate of Publication* |
| 3. | 26029 | 9/30/2024 | *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* |
| 4. | 26035 | 9/30/2024 | *Debtors' Memorandum of Law in Support of Confirmation of the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* |
| 5. | 26039 | 9/30/2024 | *Debtors' Omnibus Reply to Objections to Confirmation of the Second Amended Joint Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates*, and exhibits thereto |
| 6. | 26404 | 10/8/2024 | *Findings of Fact, Conclusions of Law and Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates*, and exhibits thereto |

**RESERVATION OF RIGHTS**

Appellees expressly reserve the right to supplement the record on Appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to the Appeal from the Confirmation Order.

| | |
|---|---|
| Dated: November 18, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>       brown@lrclaw.com<br>       pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (*pro hac vice* pending)<br>James L. Bromley (*pro hac vice* pending)<br>Brian D. Glueckstein (*pro hac vice* pending)<br>Alexa J. Kranzley (*pro hac vice* pending)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>       bromleyj@sullcrom.com<br>       gluecksteinb@sullcrom.com<br>       kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |