# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| LAYERZERO LABS LTD., ARI LITAN, and SKIP & GOOSE LLC,<br><br>    *Appellants*,<br><br>v.<br><br>FTX TRADING LTD., *et al.*,<br><br>    *Appellees*. | U.S. District Court<br><br>Civil Action No. 1:24-cv-01180-CFC |

## APPELLEES FTX DEBTORS' COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Appellees, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "FTX Debtors") in the above-captioned cases (the "Chapter 11 Cases"), by and through their undersigned counsel, respectfully submit, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, this counter-designation of items to be included in the record on appeal (the "Counter-Designation") with respect to the appeal by Appellants LayerZero Labs Ltd., Ari Litan, and Skip & Goose LLC, from the *Findings of Fact,*

---

[1] The last four digits of Alameda Research LLC's tax identification number is 4063. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

*Conclusions of Law and Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* (the "Confirmation Order") [Bankr. D.I. 26404] before the United State District Court for the District of Delaware (the "Appeal"). Pursuant to the Court's standing order dated November 9, 2015, titled *Designations of Records in Bankruptcy Appeals*, Appellees hereby file this Counter-Designation with the District Court.

**COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

1. Appellees counter-designate the following items to be included in the record on Appeal:

| No. | Docket No. | Date | Description |
|---|---|---|---|
| 1. | 3291 | 10/16/2023 | *Notice of Proposed Settlement of Customer Property Disputes*, and exhibits thereto |
| 2. | 4863 | 12/16/2023 | *Motion of Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan*, and exhibits thereto |
| 3. | 18083 | 6/20/2024 | *Debtors' Omnibus Reply in Support of Motion of Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan*, and exhibits thereto |
| 4. | 19070 | 6/26/2024 | *Transcript regarding Hearing Held 06/25/24 RE: Disclosure Statement Hearing* |
| 5. | 19068 | 6/26/2024 | *Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving the Forms of Ballots; (IV) Establishing Voting, Solicitation and Tabulation Procedures; and (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan*, and exhibits thereto |
| 6. | 26042 | 9/30/2024 | *Declaration of The Rt. Hon. Lord Neuberger of Abbotsbury*, and Annexes thereto |

| No. | Docket No. | Date | Description |
|---|---|---|---|
| 7. | 26226 | 10/3/2024 | *Notice of Filing of Second Amended Plan Supplement*, and exhibits thereto |

## RESERVATION OF RIGHTS

Appellees expressly reserve the right to supplement the record on Appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to the Appeal from the Confirmation Order.

Dated: November 18, 2024
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (*pro hac vice* pending)
James L. Bromley (*pro hac vice* pending)
Brian D. Glueckstein (*pro hac vice* pending)
Alexa J. Kranzley (*pro hac vice* pending)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*