**Exhibit B**

**Disbursements**

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Repro - B&W Copies | 10/3/2024 | Rosario, Wendy | 321.0 | $0.10 | $32.10 | Repro - B&W Copies |
| Repro - B&W Copies | 10/8/2024 | O'Connor, Michael P. | 842.0 | $0.10 | $84.20 | Repro - B&W Copies |
| **Repro - B&W Copies Total** | | | | | **$116.30** | |
| Local Transportation | 10/1/2024 | Foote, Isaac S. | 1.0 | $39.50 | $39.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:46; Purpose: OT Travel |
| Local Transportation | 10/1/2024 | Kewlani, Kanishka | 1.0 | $63.42 | $63.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:30; Purpose: OT Travel |
| Local Transportation | 10/2/2024 | Clarke, Stephen H. | 1.0 | $136.26 | $136.26 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:39; Purpose: OT Travel |
| Local Transportation | 10/2/2024 | Dunne, Christopher J. | 1.0 | $182.47 | $182.47 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 10/2/2024 | Foote, Isaac S. | 1.0 | $62.85 | $62.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:05; Purpose: OT Travel |
| Local Transportation | 10/3/2024 | Clarke, Stephen H. | 1.0 | $136.26 | $136.26 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 02:33; Purpose: OT Travel |
| Local Transportation | 10/4/2024 | Clarke, Stephen H. | 1.0 | $171.44 | $171.44 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:08; Purpose: OT Travel |
| Local Transportation | 10/7/2024 | Baldini, Michael X. | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:19; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 10/8/2024 | O'Hara, Daniel P. | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 10/8/2024 | Dunne, Christopher J. | 1.0 | $182.47 | $182.47 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 9/30/2024 | Darby, Samuel G. | 1.0 | $36.94 | $36.94 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:20; Purpose: OT Travel |
| Local Transportation | 9/30/2024 | Croke, Jacob M. | 1.0 | $104.97 | $104.97 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:08; Purpose: OT Travel |
| Local Transportation | 10/1/2024 | Croke, Jacob M. | 1.0 | $101.97 | $101.97 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:15; Purpose: OT Travel |
| Local Transportation | 10/2/2024 | Croke, Jacob M. | 1.0 | $110.79 | $110.79 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:09; Purpose: OT Travel |
| Local Transportation | 10/3/2024 | Darby, Samuel G. | 1.0 | $33.95 | $33.95 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:25; Purpose: OT Travel |
| Local Transportation | 10/7/2024 | Darby, Samuel G. | 1.0 | $31.99 | $31.99 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:18; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| **Local Transportation Total** | | | | | **$1,515.43** | |
| Travel and expenses | 8/6/2024 | Millet, Tatum E. | 1.0 | $525.00 | $525.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Tatum E. Millet; Hotel Name: Island House; Location: Nassau, Bahamas; Arrival Date: 08/06/2024 + Departure Date: 08/08/2024; Room Charge: 549.54 Taxes Total: 54.95; Business Purpose: Attend meeting with Brian Simms of Lenox Patton re: FTX |
| Travel and expenses | 8/7/2024 | Millet, Tatum E. | 1.0 | $525.00 | $525.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Tatum E. Millet; Hotel Name: Island House; Location: Nassau, Bahamas; Arrival Date: 08/06/2024 + Departure Date: 08/08/2024; Room Charge: 549.54 Taxes Total: 54.95; Business Purpose: Attend meeting with Brian Simms of Lenox Patton re: FTX |
| Travel and expenses | 10/6/2024 | Foote, Isaac S. | 1.0 | $350.00 | $350.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Isaac S. Foote; Hotel Name: Hotel DuPont; Location: Wilmington, DE; Arrival Date: 10/06/2024 + Departure Date: 10/07/2024; Room Charge: 399.00 + Taxes: 39.90; Business Purpose: Attend confirmation hearing |
| Travel and expenses | 10/6/2024 | Dietderich, Andrew G. | 1.0 | $350.00 | $350.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Andrew G. Dietderich; Hotel Name: Hotel DuPont; Location: Wilmington, DE; Arrival Date: 10/06/2024 + Departure Date: 10/07/2024; Room Charge: 399.00 + Taxes: 39.90; Business Purpose: Attend confirmation hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and expenses | 10/6/2024 | Jensen, Christian P. | 1.0 | $350.00 | $350.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Christian P. Jensen; Hotel Name: Hotel DuPont; Location: Wilmington, DE; Arrival Date: 10/06/2024 + Departure Date: 10/07/2024; Room Charge: 399.00 + Taxes: 39.90; Business Purpose: Attend confirmation hearing |
| Travel and expenses | 10/6/2024 | Clarke, Stephen H. | 1.0 | $350.00 | $350.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Stephen H. Clarke; Hotel Name: Hotel DuPont; Location: Wilmington, DE; Arrival Date: 10/06/2024 + Departure Date: 10/07/2024; Room Charge: 399.00 + Taxes: 39.90; Business Purpose: Attend confirmation hearing |
| Travel and expenses | 10/6/2024 | Blaisdell, Jackson T. | 1.0 | $350.00 | $350.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Jackson T. Blaisdell; Hotel Name: Hotel DuPont; Location: Wilmington, DE; Arrival Date: 10/06/2024 + Departure Date: 10/07/2024; Room Charge: 399.00 + Taxes: 39.90; Business Purpose: Attend confirmation hearing |
| Travel and expenses | 10/6/2024 | Zonenshayn, Benjamin | 1.0 | $350.00 | $350.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Benjamin Zonenshayn; Hotel Name: Hotel DuPont; Location: Wilmington, DE; Arrival Date: 10/06/2024 + Departure Date: 10/07/2024; Room Charge: 399.00 + Taxes: 39.90; Business Purpose: Attend confirmation hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and expenses | 10/6/2024 | Glueckstein, Brian D. | 1.0 | $350.00 | $350.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Brian D. Glueckstein; Hotel Name: Hotel DuPont; Location: Wilmington, DE; Arrival Date: 10/06/2024 + Departure Date: 10/07/2024; Room Charge: 399.00 + Taxes: 39.90; Business Purpose: Attend confirmation hearing |
| Travel and expenses | 10/6/2024 | Clarke, Stephen H. | 1.0 | $350.00 | $350.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Stephen H. Clarke; Hotel Name: Hotel DuPont; Location: Wilmington, DE; Arrival Date: 10/06/2024 + Departure Date: 10/07/2024; Room Charge: 399.00 + Taxes: 39.90; Business Purpose: Attend confirmation hearing |
| Travel and expenses | 10/7/2024 | Clarke, Stephen H. | 1.0 | $25.00 | $25.00 | Travel and expenses - Expense Type: Breakfast - Out of Town; Location: Wilmington, DE; Business Purpose: Attend confirmation hearing |
| Travel and expenses | 8/7/2024 | Millet, Tatum E. | 1.0 | $55.00 | $55.00 | Travel and expenses - Expense Type: Lunch - Out of Town; Location: Nassau, Bahamas; Business Purpose: Attend meeting with Brian Simms of Lenox Patton re: FTX |
| Travel and expenses | 10/6/2024 | Dietderich, Andrew G. | 1.0 | $50.00 | $50.00 | Travel and expenses - Expense Type: Dinner - Out of Town; Location: Wilmington, DE; Business Purpose: Attend confirmation hearing |
| Travel and expenses | 10/6/2024 | Clarke, Stephen H. | 1.0 | $47.08 | $47.08 | Travel and expenses - Expense Type: Dinner - Out of Town; Location: Wilmington, DE; Business Purpose: Attend confirmation hearing [D. Neuberger] |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and expenses | 10/6/2024 | Clarke, Stephen H. | 1.0 | $3,451.11 | $3,451.11 | Travel and expenses - Airfare; Starting + End Points: LHR/PHL/LHR; Class of Travel: Economy; Round trip; Passenger Name: D. Neuberger; Business Purpose: Attend confirmation hearing |
| Travel and expenses | 10/6/2024 | Clarke, Stephen H. | 1.0 | $379.80 | $379.80 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Stephen H. Clarke; Business Purpose: Attend confirmation hearing |
| Travel and expenses | 10/6/2024 | Jensen, Christian P. | 1.0 | $379.80 | $379.80 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Christian P. Jensen; Business Purpose: Attend confirmation hearing |
| Travel and expenses | 10/6/2024 | Blaisdell, Jackson T. | 1.0 | $379.80 | $379.80 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Jackson T. Blaisdell; Business Purpose: Attend confirmation hearing |
| Travel and expenses | 10/6/2024 | Zonenshayn, Benjamin | 1.0 | $379.80 | $379.80 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Benjamin Zonenshayn; Business Purpose: Attend confirmation hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and expenses | 10/6/2024 | Dietderich, Andrew G. | 1.0 | $379.80 | $379.80 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Andrew G. Dietderich; Business Purpose: Attend confirmation hearing |
| Travel and expenses | 10/6/2024 | Foote, Isaac S. | 1.0 | $379.80 | $379.80 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Isaac S. Foote; Business Purpose: Attend confirmation hearing |
| Travel and expenses | 10/6/2024 | Glueckstein, Brian D. | 1.0 | $379.80 | $379.80 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Brian D. Glueckstein; Business Purpose: Attend confirmation hearing |
| Travel and expenses | 8/7/2024 | Millet, Tatum E. | 1.0 | $107.62 | $107.62 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Hotel; End Point: Lenox Patton; Business Purpose: Attend meeting with Brian Simms of Lenox Patton re: FTX |
| Travel and expenses | 10/6/2024 | Blaisdell, Jackson T. | 1.0 | $17.60 | $17.60 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Home; End Point: Train Station (NY); Business Purpose: Attend confirmation hearing |
| Travel and expenses | 10/7/2024 | Clarke, Stephen H. | 1.0 | $222.86 | $222.86 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Philadelphia Airport; End Point: Hotel (DE); Business Purpose: Attend confirmation hearing [D. Neuberger] |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and expenses | 10/8/2024 | Blaisdell, Jackson T. | 1.0 | $28.92 | $28.92 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Train Station (NY); End Point: Home; Business Purpose: Attend confirmation hearing |
| Travel and expenses | 10/6/2024 | Clarke, Stephen H. | 1.0 | $76.28 | $76.28 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Home; End Point: Train Station (NY); Business Purpose: Attend confirmation hearing |
| Travel and expenses | 10/6/2024 | Glueckstein, Brian D. | 1.0 | $75.57 | $75.57 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: S&C; End Point: Train Station (NY); Business Purpose: Attend confirmation hearing |
| Travel and expenses | 10/8/2024 | Croke, Jacob M. | 1.0 | $111.09 | $111.09 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Train Station (NY); End Point: Home; Business Purpose: Attend confirmation hearing |
| **Travel and Expenses Total** | | | | | **$10,776.73** | |
| Meals - Overtime | 10/1/2024 | Stein, Adam J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00016 |
| Meals - Overtime | 10/1/2024 | Foote, Isaac S. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 10/1/2024 | Kewlani, Kanishka | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00022, 00029 |
| Meals - Overtime | 10/2/2024 | Foote, Isaac S. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 10/2/2024 | Brice, Mac L. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00030, 00036 |
| Meals - Overtime | 10/2/2024 | Bennett, Mark C. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00022 |
| Meals - Overtime | 10/2/2024 | Dunne, Christopher J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00012, 00013, 00016, 00022, 00025 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 10/2/2024 | De Vries, Saskia E.L. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00016 |
| Meals - Overtime | 10/3/2024 | Darby, Samuel G. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 10/3/2024 | Stein, Adam J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00033 |
| Meals - Overtime | 10/3/2024 | Dunne, Christopher J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00016, 00022, 00025, 00029, 00033 |
| Meals - Overtime | 10/3/2024 | Bennett, Mark C. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00033 |
| Meals - Overtime | 10/4/2024 | Clarke, Stephen H. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 10/7/2024 | Darby, Samuel G. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00030 |
| Meals - Overtime | 10/7/2024 | Baldini, Michael X. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 10/8/2024 | Dunne, Christopher J. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00016, 00022, 00025, 00029, 00033 |
| Meals - Overtime | 10/8/2024 | O'Hara, Daniel P. | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00019, 00029, 00033, 00035 |
| **Meals- Overtime Total** | | | | | **$340.00** | |
| Deposition Transcripts | 10/1/2024 | Glueckstein, Brian D. | 1.0 | $1,841.10 | $1,841.10 | Deposition Transcript (Veritext) - Certified Copies of Transcript |
| **Deposition Transcripts Total** | | | | | **$1,841.10** | |
| **GRAND TOTAL** | | | | | **$14,589.56** | |