IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 22-11068 (JTD) |
| | ) | |
| FTX Trading Ltd., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Phoenix TF, LLC | ███████████████ |
| | |
| Name and address where notices and payments to transferee should be sent: | |
| ATTN: Phoenix TF, LLC | |
| 418 Broadway Ste R | |
| Albany, NY 12207 | |
| Email: customerservice@phoenixtf.co.uk | |

| Claim No. / Schedule | Creditor Name | Amt | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 36311 | ███ | 100% | FTX Trading Ltd. | 22-11068 |
| Confirmation ID No. 3265-70-FMLYD-823639376 | ███ | 100% | FTX Trading Ltd. | 22-11068 |
| Unique Customer Code: 00304184 | ███ | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Jonathan Forsgren_            Date: _____7/3/24_____

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571*

Local Form 138

Case 22-11068-JTD    Doc 28024    Filed 11/19/24    Page 2 of 5

# KROLL

## Creditor Data Details - Claim # 36311

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
08/06/2023

**Claim Number**
36311
**Schedule Number**
n/a
**Confirmation ID**
3265-70-FMLYD-823639376

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

### Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | AR-PERP | ASSERTED | 0.0000000000000284 | 0.0000000000000284 |
| CRYPTO | ATOM-PERP | ASSERTED | 0.0000000000002274 | 0.0000000000002274 |
| CRYPTO | AVAX-PERP | ASSERTED | -0.0000000000000284 | -0.0000000000000284 |
| CRYPTO | BTC | ASSERTED | 0.0135716422583625 | 0.0135716422583625 |
| CRYPTO | BTC-PERP | ASSERTED | -0.0000000000000002 | -0.0000000000000002 |
| CRYPTO | CRV | ASSERTED | 989.0 | 989.0 |
| CRYPTO | DAI | ASSERTED | 0.00000001 | 0.00000001 |
| CRYPTO | DOGE | ASSERTED | 3.0 | 3.0 |
| CRYPTO | ETH | ASSERTED | 0.00081 | 0.00081 |
| CRYPTO | ETH-PERP | ASSERTED | 0.0000000000000062 | 0.0000000000000062 |
| CRYPTO | ETHW | ASSERTED | 8.60181 | 8.60181 |
| CRYPTO | EXCHBULL | ASSERTED | 0.00000000651 | 0.00000000651 |
| CRYPTO | FTT | ASSERTED | 25.0 | 25.0 |
| CRYPTO | GBTC | ASSERTED | 111.88 | 111.88 |
| CRYPTO | HXRO | ASSERTED | 0.84729565 | 0.84729565 |
| CRYPTO | LUNC-PERP | ASSERTED | -0.0000000000000853 | -0.0000000000000853 |
| CRYPTO | NEAR-PERP | ASSERTED | 0.0000000000001137 | 0.0000000000001137 |
| CRYPTO | SHIT-PERP | ASSERTED | 0.0000000000000002 | 0.0000000000000002 |
| CRYPTO | SOL | ASSERTED | -0.0016172115166362 | -0.0016172115166362 |
| CRYPTO | SOL-PERP | ASSERTED | 0.0000000000000142 | 0.0000000000000142 |
| CRYPTO | SPELL | ASSERTED | 85.427 | 85.427 |
| CRYPTO | SPY | ASSERTED | 13.778 | 13.778 |
| CRYPTO | SRM | ASSERTED | 0.42807328 | 0.42807328 |
| CRYPTO | SRM_LOCKED | ASSERTED | 1.59383568 | 1.59383568 |
| CRYPTO | USDT | ASSERTED | 10.042776322632722 | 10.042776322632722 |
| CRYPTO | WBTC | ASSERTED | 0.00000057 | 0.00000057 |
| FIAT | GBP | ASSERTED | 10992.99161435 | 10992.99161435 |
| FIAT | USD | ASSERTED | 17032.652537467176 | 17032.652537467176 |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the

  Open in new window



# TRANSFER OF CLAIM AGREEMENT

Date: 05/02/2024

    The undersigned buyer (together with its successors and assigns, "Buyer") and seller ("Seller") (each a "Party" and, together, the "Parties") hereby enter into this TRANSFER OF CLAIM AGREEMENT (this "Agreement") as of the date first set forth above (the "Effective Date") to effect the sale from Seller to Buyer of all of Seller's right, title and interest in and to the claims described below (each a "Claim" and collectively, the "Claims") and the other Assigned Rights. Except as expressly set forth below, this Agreement is subject to and incorporates as if fully set forth herein, the Standard Trading Terms and Conditions published by Xclaim Inc. ("Xclaim") and made available to the Parties as of the Effective Date (the "Standard Terms") without modification other than as set forth below. Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Standard Terms. In the event of any conflict or inconsistency between this Agreement and the Standard Terms, this Agreement shall govern and control.

## Transfer Terms

| | | | |
|---|---|---|---|
| Debtors | FTX Trading Ltd. and certain affiliates and related entities (the "US Debtors") subject to proceedings pending in the Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") jointly administered under the caption In re FTX Trading Ltd., et al., Chapter 11 Case No. 22-11068 (JTD) (the "Bankruptcy Case") and FTX Digital Markets Ltd. ("FTX Digital", together with the US Debtors, the "Debtors") subject to that certain provisional liquidation under the Companies (Winding Up Act) pending in the Supreme Court, Commercial Division, of the Commonwealth of The Bahamas (the "FTX Digital Bahamas Case") and that certain ancillary bankruptcy proceeding pending in the Bankruptcy Court under the caption In re FTX Digital Markets Ltd. (in Provisional Liquidation), Chapter 15 Case No 22-11068 (JTD) (together with the Bankruptcy Case and the FTX Digital Bahamas Case, the "Bankruptcy Cases"). | | |
| Claim(s) | **Debtor** | **Case No.** | **Claim Identifier(s)** |
| | FTX Trading Ltd. | 22-11068 | Proof of Claim #: 54593<br>Schedule #: 6798499<br>Confirmation ID: 3265-70-WIUVZ-970039330<br>Customer Code: 00304184 |
| Minimum Claim Amount | As specified on **Schedule I** | | |
| Notice and Payment Instructions | As specified on **Schedule II** | | |
| Modifications to Standard Terms | None | | |

    IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the Effective Date.

**Buyer:**

**PHOENIX TF, LLC**

By: _Jonathan Forsgren_ (DocuSigned by: B5902D944C3E4F4...)
Name: Jonathan Forsgren
Title: Authorized Signatory

**Seller:**

[redacted]

**Identity of Transferor**

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.