IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>           Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | | | |
|---|---|---|---|
| Name of Transferee: | **Svalbard II Holdings Limited** | Name of Transferor:<br>Last known address: |  |
| Name and Address where notices and payments to transferee should be sent: | **Attestor Value Master Fund LP**[1]<br>**c/o Attestor Limited**<br>**7 Seymour Street**<br>**W1H 7JW**<br>**London, United Kingdom** | | |
| Email:<br>Phone: | **Attn: Steve Gillies**<br>**settlements@attestorcapital.com**<br>**+44(0)20 7074 9653** | Proof of Claim Confirmation #: | 96686 |
| | | Kroll Unique Customer Code: | |
| | | Amount of Claim: | 100% |

---

[1] Any payments on account of the claim referenced in this evidence and notice shall be made to the order of Attestor Value Master Fund LP.

Local Form 138

Doc ID: 17f6e063d89e7c61204bbc4427a46ed972e6aadf

Settlement Agreement: ███

Phone:

Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/_____  
Transferee/Transferee's Agent

Date: 19 November 2024

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

2

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTORS (FTX TRADING LTD, et al.) and THE BANKRUPTCY COURT

The undersigned ▮▮▮▮ ("Assignor") hereby certifies that, for value received, the adequacy and sufficiency of which are hereby acknowledged, it has sold, transferred and assigned to **Svalbard II Holdings Limited** ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against FTX Trading Ltd. (the "Debtor"), a debtor in Chapter 11 Case No. 22-11068 (JTD) (Jointly Administered), pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), as allowed pursuant to a certain settlement agreement approved by the Bankruptcy Court by its order entered on ▮▮▮▮ at ▮▮▮▮ and as memorialized by **Proof of Claim No. 96686** (the "Claim").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court, and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on November 7, 2024.

**Svalbard II Holdings Ltd.**

By: _____[signature]_____
Name: Christopher Guth
Title: Authorised Attorney

Doc ID: dfe4638eb149f10e3c6d5db6c8ab67ea21c94e54