IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re: FTX TRADING LTD., et al., Debtors.

Chapter 11, Case No. 22-11068 (JTD) (Jointly Administered)

OBJECTION TO Debtors' One Hundred Seventh (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims). [Docket No. 25704]

TABLE OF CONTENTS

I. INTRODUCTION.................................................................................................................3

       Preliminary Statement.............................................................................................3

II. LEGAL ARGUMENT REGARDING BURDEN OF PROOF AND SUPPORTING EVIDENCE......................3

       A. General Principles of Transfer Documentation......................................................4

       B. Application to Present Case...............................................................................4

       C. Conclusion on Burden of Proof...........................................................................5

III. SUPPORTING LEGAL PRECEDENTS...................................................................................5

       A. In re Bernard L. Madoff Investment Securities LLC...............................................5

       B. Lehman Brothers Holdings Inc. v. JPMorgan Chase Bank, N.A................................5

       C. In re MF Global Inc............................................................................................6

       D. Application to Present Case................................................................................6

IV. PERSONAL CIRCUMSTANCES AND REQUEST FOR CONSIDERATION.......................................7

       A. Vulnerable Retail Investor Status........................................................................7

       B. Language and Communication Barriers.................................................................7

       C. Limited Access to Legal Resources......................................................................7

       D. Good Faith Efforts............................................................................................7

V. CONCLUSION AND PRAYER FOR RELIEF.............................................................................7

VI. FULL CONTACT INFORMATION.........................................................................................8

EXHIBITS...........................................................................................................................10

## I. INTRODUCTION

Maria Arantzazu Gomez Madrazo ("Creditor"), by and through her son Julen Beloqui Gomez, hereby submits this Response to Debtors' One Hundred Seventh (Substantive) Omnibus Objection [Docket No. 25704] (the "Objection") regarding Claim Number 77697, Schedule Number 6728266, and Claim Confirmation ID 3265-70-VUMZZ-828481947, and in support thereof, respectfully states as follows:

### PRELIMINARY STATEMENT

1. Creditor is a 70-year-old Spanish citizen who does not speak English and requires assistance in these proceedings.

2. Upon receiving notice of the Objection to her claim, Creditor was unable to comprehend the significance of the documents or the response deadline due to language barriers and her advanced age.

3. Upon discovery of the situation, Creditor's son has undertaken to assist his mother in protecting her rights as a creditor in these proceedings.

4. Any delay in responding to the Objection was not due to negligence but rather due to legitimate barriers of language and age that prevented timely comprehension of the legal notices.

5. Creditor hereby objects to the Debtors' proposed reduction of her claim from $95,486.91 to $33,639.48. The full claim value includes unrecovered transfers totaling €59,999.45 (equivalent to $61,847.43 at the petition date exchange rate as per the Bank of Europe: 1.0308 USD/EUR).

6. While the Debtors' basis for reduction states that "customer asserted cryptocurrency quantities and fiat do not match the quantities and holdings in such customer's accounts," this merely reflects the automated accounting entries in FTX's system rather than the actual disposition of the funds. The discrepancy between the claimed amount and account holdings is precisely because the disputed withdrawal was marked as "complete" in FTX's system, which automatically reduced the account balance, despite the funds never reaching their intended destination.

7. The mere marking of a transfer as "complete" in FTX's internal systems and the corresponding reduction in account balance does not constitute proof that the funds were actually transferred to the Creditor. As documented in the Examiner's Report, FTX's systems were known to have significant flaws in their fiat currency settlement processes.

8. To date, FTX has not provided any evidence of successful transfer of these funds to substantiate their position that this claim should be reduced, such as bank transfer confirmations or other documentation proving the funds reached their intended destination.

## II. LEGAL ARGUMENT REGARDING BURDEN OF PROOF AND SUPPORTING EVIDENCE

In matters of disputed financial transfers, fundamental principles of banking and commercial transactions establish that the sending party bears the burden of proof to demonstrate successful completion of a transfer. This principle is particularly relevant in the present case.

A. General Principles of Transfer Documentation

When Party A claims to have sent funds to Party B, but Party B never receives such funds:

1. Party B can only prove the negative by demonstrating:

    o Bank statements showing no receipt of funds

    o Official confirmation from their banking institution

    o Documentation of attempts to locate the funds

2. Party A, as the sending party, must be able to provide:

    o Proof of transfer initiation

    o Transfer tracking information

    o Sending bank documentation

    o Evidence of funds leaving their account

    o Transfer routing details

B. Application to Present Case

1. The Claimant has provided comprehensive evidence of non-receipt:

    o Official bank confirmation from Bankinter confirming non-receipt of funds (Exhibit I)

    o Payment confirmation records for the transfers made from the customer's Bankinter account to FTX. Payments show source of funds for the disputed amount (€59,999.45), and include the account number involved in all FTX transfers (Exhibit II)

    o Bank statements showing no incoming transfers for the aforementioned account during the two-month period following the withdrawal attempt (Exhibit III)

    o Documentation of initial attempts to locate funds with multiple entities: Phoenix Payments, Silvergate Bank, FTX, and Kroll (Exhibits IV – VII)

    o Communication history with Kroll (Exhibit VIII)

2. FTX, as the purported sending party, has not provided:

    o Withdrawal processing documentation

    o Bank routing information

    o Evidence of funds leaving FTX accounts

    o Transfer tracking details that would allow tracing of the funds

## C. Conclusion on Burden of Proof

Therefore, the burden lies with FTX to demonstrate that the withdrawal was actually processed and sent. Absent such evidence, the claim for these funds remains valid and should be included in the total claim amount. The claimant has provided all possible documentation within their power to demonstrate non-receipt, while FTX has not provided any evidence of successful transfer execution.

The burden of proof in this matter must fall more heavily on FTX for several compelling reasons:

1. As documented in the Examiner's Report [Docket No. 25679], FTX's internal systems and processes were fundamentally flawed. FTX failed to maintain centralized records with all information necessary to verify customer assets and transactions.

2. Given these documented systematic failures, the mere marking of a transfer as "complete" in FTX's internal systems cannot be considered conclusive evidence of successful transfer.

3. The burden must therefore shift to FTX to provide specific evidence beyond internal system markers to prove successful transfer of funds.

## III. SUPPORTING LEGAL PRECEDENTS

The legal principles governing burden of proof in financial transfer disputes, particularly in bankruptcy proceedings, are well-established through several significant cases. The following precedents support the Claimant's position regarding the burden of proof and documentation requirements.

### A. In re Bernard L. Madoff Investment Securities LLC, 454 B.R. 317 (Bankr. S.D.N.Y. 2011)

The Madoff case established crucial principles regarding financial institution responsibilities, emphasizing the importance of maintaining and producing transaction records in bankruptcy proceedings:

1. Financial institutions must maintain and produce detailed records of all customer transactions

2. The mere assertion of completed transactions without supporting documentation is insufficient

3. The burden of proving completed transactions rests with the financial institution

4. In the absence of clear documentation, claims of completed transfers cannot be presumed valid

### B. Lehman Brothers Holdings Inc. v. JPMorgan Chase Bank, N.A., 469 B.R. 415 (Bankr. S.D.N.Y. 2012)

This landmark case reinforced several key principles:

1. The party claiming to have executed financial transfers bears the affirmative burden of proving such transfers

2. Internal database entries alone, without corresponding bank records, do not constitute sufficient proof of completed transfers

3. Complete transaction records must be maintained, including:

   ○ Origination documentation

- o  Transfer confirmations

- o  Routing information

- o  Receipt verification must be maintained and produced when transfers are disputed

C. In re MF Global Inc., 492 B.R. 407 (Bankr. S.D.N.Y. 2013)

This case specifically addressed customer fund transfers:

1. Established that when customer funds are at issue, the burden falls on the financial institution to demonstrate:

   - o  Proper handling of funds

   - o  Accurate processing of transfer requests

   - o  Complete transaction documentation

2. Emphasized that financial institutions must maintain clear transaction trails for:

   - o  Customer withdrawals

   - o  Inter-account transfers

   - o  External payments

D. Application to Present Case

These precedents directly support the Claimant's position because:

1. FTX, as the financial institution, bears the burden of proving the disputed withdrawal was processed and completed

2. FTX should be required to maintain comprehensive documentation for disputed transactions. The inability to produce and provide transfer documentation by FTX suggests the transfer was not properly executed

3. The Claimant has provided all available evidence of non-receipt, which is consistent with the documentation requirements established in these cases

4. Customer interests should be protected when financial institutions fail to provide adequate transfer documentation

5. The precedents support the inclusion of the disputed amount in the total claim value absent contrary evidence from FTX

## IV. PERSONAL CIRCUMSTANCES AND REQUEST FOR CONSIDERATION

The Court's consideration of the following compelling circumstances is respectfully requested:

A. Vulnerable Retail Investor Status

1. The Claimant is a 70-year-old retail investor

2. The disputed amount (€59,99.45) represents substantial personal savings

3. The loss of these funds would cause significant financial impact

4. The Claimant represents the type of vulnerable retail investor the bankruptcy process is designed to protect

B. Language and Communication Barriers

1. The Claimant is a non-English speaker residing outside the United States

2. Critical communications in English-only format created substantial barriers to:

   o   Understanding legal notices

   o   Responding to deadlines

   o   Navigating the claims process

   o   Accessing legal resources

3. Email notifications regarding claim status were inadvertently missed due to language barriers

4. The technical complexity of the bankruptcy process presented significant challenges

C. Limited Access to Legal Resources

1. The Claimant lacks access to U.S. legal representation

2. International retail investors face substantial obstacles in securing adequate legal representation

3. The complexity of U.S. bankruptcy proceedings creates additional burdens for foreign claimants

D. Good Faith Efforts

1. Immediate action was taken upon discovery of claim discrepancy

2. All available documentation has been provided

3. Consistent attempts to resolve the matter through appropriate channels

## V. CONCLUSION AND PRAYER FOR RELIEF

WHEREFORE, for the reasons set forth above, the Claimant respectfully requests that this Court:

1. GRANT this objection to the claim reduction proposed by the Debtors;

2. RECOGNIZE the full claim amount of $95,486.91, including:

   o Currently stipulated amount of $33,639.48

   o Additional documented unrecovered transfers of €59,999.45 ($61,847.43 at petition date rate);

3. CONSIDER the compelling personal circumstances presented, including:

   o Age and vulnerability of the Claimant

   o Geographical, language and communication barriers as an international creditor

   o Limited access to legal resources

   o Good faith participation in the process;

4. ACKNOWLEDGE the documented evidence of transfers and attempts to recover funds;

5. APPLY the appropriate burden of proof standards as established by legal precedent;

6. PROTECT the interests of vulnerable retail investors in these proceedings; and

7. GRANT such other and further relief as this Court deems just and proper.


Dated: November 15th 2024

Respectfully submitted,

Maria Arantzazu Gomez Madrazo


## VI. FULL CONTACT INFORMATION

Creditor (Mother):

- Name: Maria Arantzazu Gomez Madrazo
- Email: arangomma@hotmail.com
- Phone: +34 686 655 242

Primary Contact (Son):

- Name: Julen Beloqui Gomez
- Email: julen.belokigomez@gmail.com
- Phone: +34 687 989 487 (Primary English-speaking contact)

Physical and Mailing Address:

   Street: Calle Roncesvalles #37

Town: Villanueva de la Cañada

Postal Code: 28691

Province: Madrid

Country: Spain

Exhibit I

bankinter.

*En Azpeitia, a 2 de Septiembre de 2024*

*Yo, Ander Larrañaga Gabilondo con DNI 44345424K como apoderado de Bankinter S.A. manifiesto que la clienta María Arantzazu Gómez Madrazo con DNI 15901073T, no ha recibido ningún cobro de 59,999.45 euros o similar desde FTX en ninguna de sus cuentas, desde el 6 de noviembre del 2022 hasta el día de hoy.*

*Sin otro particular*

*In Azpeitia, September 2nd 2024*

*I, Ander Larrañaga Gabilondo with Spanish ID number 44345424K as legal representative of Bankinter S.A. manifest that our client María Arantzazu Gómez Madrazo with ID number 15901073T, has not received any transfer of 59,999.45 euros or similar amounts from FTX in any of her accounts, since November 6th 2022 through today.*

*Without further ado*

*Signed:*

Bankinter, S.A.

Exhibit II

# bankinter.

**Banca Personal**

| Fecha | Oficina | | Moneda | Número de transferencia |
|-------|---------|--|--------|------------------------|
| 11-05-22 | ▆▆▆▆▆ | | EUR | 202205110048537 |

Adeudo por transferencia

| Ordenante | Beneficiario |
|-----------|--------------|
| MARIA ARANTZAZU GOMEZ MADRAZO | FTX Trading Ltd |

| Observaciones | Banco beneficiario |
|---------------|--------------------|
| FIAT DEPOSIT ARANTZAZU | UAB PHOENIX PAYMENTS |
| | VILNIUS |
| | IBAN : LT853220020000829000 |

| Por cuenta de | Nominal : | Comision : | Correo : | Sms-mail: | Total gastos |
|---------------|-----------|------------|----------|-----------|--------------|
| | 1.000,00 | 0,00 | 0,00 | 0,00 | 0,00 |

**Gastos: Compartidos**

| Fecha emisión | Fecha valor | Importe adeudado |
|---------------|-------------|------------------|
| 11-05-22 | 11-05-22 | 1.000,00 |

Adeudamos en su cuenta el apunte que se detalla.

| CCC | Entidad | Sucursal | DC | N° Cuenta | N° IBAN | | BIC |
|-----|---------|----------|----|-----------|---------|--|-----|
| | ▆▆ | ▆▆ | ▆ | ▆▆▆▆1354 | ES14▆▆▆▆▆▆▆▆1354 | | BKBKESMM |

| Titulares | Para cualquier información, llámenos a Banca Telefónica, 91 657 88 00 |
|-----------|----------------------------------------------------------------------|
| MARIA ARANTZAZU GOMEZ MADRAZO | F00704  R. M. MADRID, T.1.857, F220, H.9.643, N.I.F., A 28 157360 |
| | A04    01  20220511  19  000012263383 |

# bankinter.

**Banca Personal**

| Fecha | Oficina | | Moneda | Número de transferencia |
|-------|---------|--|--------|------------------------|
| 30-05-22 | ▆▆▆▆▆ | | EUR | 202205300233177 |

Adeudo por transferencia

| Ordenante | Beneficiario |
|-----------|--------------|
| MARIA ARANTZAZU GOMEZ MADRAZO | FTX Trading Ltd |

| Observaciones | Banco beneficiario |
|---------------|--------------------|
| FIAT DEPOSIT ARANTZAZU 15K | UAB PHOENIX PAYMENTS |
| | VILNIUS |
| | IBAN : LT853220020000829000 |

| Por cuenta de | Nominal : | Comision : | Correo : | Sms-mail: | Total gastos |
|---------------|-----------|------------|----------|-----------|--------------|
| | 15.000,00 | 0,00 | 0,00 | 0,00 | 0,00 |

**Gastos: Compartidos**

| Fecha emisión | Fecha valor | Importe adeudado |
|---------------|-------------|------------------|
| 30-05-22 | 30-05-22 | 15.000,00 |

Adeudamos en su cuenta el apunte que se detalla.

| CCC | Entidad | Sucursal | DC | N° Cuenta | N° IBAN | | BIC |
|-----|---------|----------|----|-----------|---------|--|-----|
| | ▆▆▆▆ | Sucursal | DC | ▆▆▆1354 | ▆▆▆▆▆▆1354 | | BKBKESMM |

| Titulares | Para cualquier información, llámenos a Banca Telefónica, 91 657 88 00 |
|-----------|----------------------------------------------------------------------|
| MARIA ARANTZAZU GOMEZ MADRAZO | F00704  R.M. MADRID, T.1.857, F220, H.9.643, N.I.F., A-28-157360 |
| | A04    01  20220530  22  0000067S144 |

## bankinter

**Banca Personal**

| Fecha | Oficina | | Moneda | Número de transferencia |
|---|---|---|---|---|
| 01-06-22 | ▮▮▮▮ | | EUR | 202206010142758 |

Adeudo por transferencia

| **Ordenante** | **Beneficiario** |
|---|---|
| MARIA ARANTZAZU GOMEZ MADRAZO | FTX Trading Ltd |

| **Observaciones** | **Banco beneficiario** |
|---|---|
| FIAT DEPOSIT ARANTZAZU 15K_2 | UAB PHOENIX PAYMENTS |
| | VILNIUS |
| | IBAN : LT853220020000829000 |

| **Por cuenta de** | **Nominal :** | **Comision:** | **Correo :** | **Sms-mail:** | **Total gastos** |
|---|---|---|---|---|---|
| | 15.000,00 | 0,00 | 0,00 | 0,00 | 0,00 |

**Gastos: Compartidos**

| **Fecha emisión** | **Fecha valor** | Importe adeudado |
|---|---|---|
| 01-06-22 | 01-06-22 | 15.000,00 |

Adeudamos en su cuenta el apunte que se detalla.

| CCC | Entidad | Sucursal | DC | Nº Cuenta | Nº IBAN | | BIC |
|---|---|---|---|---|---|---|---|
| | ▮▮ | ▮▮ | | ▮354 | ▮▮▮▮ | 1354 | BKBKESMM |

| **Titulares** | Para cualquier información, llámenos a Banca Telefónica, 91 657 88 00 |
|---|---|
| **MARIA ARANTZAZU GOMEZ MADRAZO** | F00704 R. M. MADRID. T.1.857, F220, H.9.643, N.I.F., A-28-157360 |
| | A0+ 01 20220601 22 00C03919707 |

## bankinter

**Banca Personal**

| Fecha | Oficina | | Moneda | Número de transferencia |
|---|---|---|---|---|
| 06-06-22 | ▮▮▮▮ | | EUR | 202206060209807 |

Adeudo por transferencia

| **Ordenante** | **Beneficiario** |
|---|---|
| MARIA ARANTZAZU GOMEZ MADRAZO | FTX Trading Ltd |

| **Observaciones** | **Banco beneficiario** |
|---|---|
| FIAT DEPOSIT ARANTZAZU 15K_3 | UAB PHOENIX PAYMENTS |
| | VILNIUS |
| | IBAN : LT853220020000829000 |

| **Por cuenta de** | **Nominal :** | **Comision:** | **Correo :** | **Sms-mail:** | **Total gastos** |
|---|---|---|---|---|---|
| | 15.000,00 | 0,00 | 0,00 | 0,00 | 0,00 |

**Gastos: Compartidos**

| **Fecha emisión** | **Fecha valor** | Importe adeudado |
|---|---|---|
| 06-06-22 | 06-06-22 | 15.000,00 |

Adeudamos en su cuenta el apunte que se detalla.

| CCC | Entidad | Sucursal | DC | Nº Cuenta | Nº IBAN | | BIC |
|---|---|---|---|---|---|---|---|
| | ▮▮ | ▮▮ | | ▮354 | ▮▮▮▮ | 1354 | BKBKESMM |

| **Titulares** | Para cualquier información, llámenos a Banca Telefónica, 91 657 88 00 |
|---|---|
| **MARIA ARANTZAZU GOMEZ MADRAZO** | F00704 R. M. MADRID. T.1.857, F220, H.9.643, N.I.F., A-28-157360 |
| | A0+ 01 20220606 23 00000523887 |



**bankinter.**

**Banca Personal**

| Fecha | Oficina | | Moneda | Número de transferencia |
|---|---|---|---|---|
| 12-08-22 | | | EUR | 202208110075370 |

Adeudo por transferencia

**Ordenante**
MARIA ARANTZAZU GOMEZ MADRAZO

**Beneficiario**
FTX Trading Ltd

**Observaciones**
FIAT DEPOSIT ARANTZAZU 14K_4

**Banco beneficiario**
UAB PHOENIX PAYMENTS
VILNIUS
IBAN : LT853220020000829000

| Por cuenta de | Nominal : | Comision : | Correo : | Sms-mail: | Total gastos |
|---|---|---|---|---|---|
| | 14.000,00 | 0,00 | 0,00 | 0,00 | 0,00 |

**Gastos: Compartidos**

| Fecha emisión | Fecha valor | Importe adeudado |
|---|---|---|
| 11-08-22 | 11-08-22 | 14.000,00 |

Adeudamos en su cuenta el apunte que se detalla.

| CCC | Entidad | Sucursal | DC | Nº Cuenta | Nº IBAN | | BIC |
|---|---|---|---|---|---|---|---|
| | | | | 354 | | 1354 | BKBKESMM |

**Titulares**
MARIA ARANTZAZU GOMEZ MADRAZO

Para cualquier información, llámenos a Banca Telefónica, 91 657 88 00
F00704  R. M. MADRID, T.1.857, F220, H.9.643, N.I.F., A-28-157360
A04       01: 20220811 32 00001549329

Exhibit III

**bankinter**                                                                  **Banca Personal**

| Fecha | Oficina | | Moneda | Hoja | Extracto |
|---|---|---|---|---|---|
| 30-11-22 | | | EUR | 1 | 11 |

Movimientos y saldo de su cuenta

| Fecha | Referencia | Fecha valor | Descripción | Cargos(-) | Abonos(+) | Saldo |
|---|---|---|---|---|---|---|
| | | | **SALDO ANTERIOR EN EUROS** | | | 170.133,26 |
| 03-11-22 | 93 | 02-11-22 | RDTO   650 AC INDITEX | | 243,37 | 170.376,63 |
| 03-11-22 | 08 | 03-11-22 | COMPRA   100 AC LOREAL | 30.310,60 | | 140.066,03 |
| 04-11-22 | 293 | 03-11-22 | CUPONE   500 AC NOKIA CORPOR | | 3,81 | 140.069,84 |
| 04-11-22 | 498 | 04-11-22 | TRANSF OTRAS ENTID /XTB | 15.000,00 | | 125.069,84 |
| 07-11-22 | 784 | 07-11-22 | TRANSF OTRAS ENTID /XTB | 15.000,00 | | 110.069,84 |
| 09-11-22 | 87 | 08-11-22 | COMPRA   100 AC MICROSOFT CO | 22.965,26 | | 87.104,58 |
| 09-11-22 | 85 | 08-11-22 | COMPRA   90 AC AMAZON | 8.204,30 | | 78.900,28 |
| 09-11-22 | 02 | 09-11-22 | VENTA   100 AC LOREAL | | 32.730,00 | 111.630,28 |
| 10-11-22 | 125 | 10-11-22 | COMISION CUSTODIA VALORES | 1,28 | | 111.629,00 |
| 11-11-22 | 86 | 11-11-22 | COMPRA   500 AC CAF. | 13.366,01 | | 98.262,99 |
| 16-11-22 | 125 | 16-11-22 | COMISION CUSTODIA VALORES | 1,64 | | 98.261,35 |
| 17-11-22 | 45 | 17-11-22 | VENTA:   500 AC CAF. | | 13.635,60 | 111.896,95 |
| 18-11-22 | 125 | 18-11-22 | COMISION CUSTODIA VALORES | 0,48 | | 111.896,47 |
| | | | **SALDO FINAL EN EUROS** | | | 111.896,47 |

| Nº IBAN | BIC |
|---|---|
| ████1354 | BKBKESMM |

Titulares
MARIA ARANTZAZU GOMEZ MADRAZO

Para cualquier información, llámenos a Banca Telefónica, 91 657 88 00
E00100 R. M. MADRID, T.1.857, F220, H.9.643, N.I.F., A-28-157360
M01   01 20221130 48 00003581242

**bankinter**                                                                  **Banca Personal**

| Fecha | Oficina | | Moneda | Hoja | Extracto |
|---|---|---|---|---|---|
| 31-12-22 | | | EUR | 1 | 12 |

Movimientos y saldo de su cuenta

| Fecha | Referencia | Fecha valor | Descripción | Cargos(-) | Abonos(+) | Saldo |
|---|---|---|---|---|---|---|
| | | | **SALDO ANTERIOR EN EUROS** | | | 111.896,47 |
| 03-12-22 | 354 | 02-12-22 | COMIS. MANT. | 7,50 | | 111.888,97 |
| 07-12-22 | 400 | 07-12-22 | TRANS /Centro inversion Oro Di | 5.612,76 | | 106.276,21 |
| 08-12-22 | 54 | 08-12-22 | VENTA: 2.500 AC IAG (ANT. IB | | 3.911,77 | 110.187,98 |
| 08-12-22 | 86 | 08-12-22 | VENTA: 1.000 AC IBERDROLA SA | | 10.855,78 | 121.043,76 |
| 09-12-22 | 125 | 09-12-22 | COMISION CUSTODIA VALORES | 5,48 | | 121.038,28 |
| | | | **SALDO FINAL EN EUROS** | | | 121.038,28 |

| Nº IBAN | BIC |
|---|---|
| ████1354 | BKBKESMM |

Titulares
MARIA ARANTZAZU GOMEZ MADRAZO

Para cualquier información, llámenos a Banca Telefónica, 91 657 88 00
E00100 R. M. MADRID, T.1.857, F220, H.9.643, N.I.F., A-28-157360
M01   01 20221231 52 00003019123

Exhibit IV

Firefox    https://outlook.live.com/mail/0/id/AQMkADAwATE0YzQwLWUx...

**Re: Case #00021360 [ ref:_00Df437yL9._5005G1Mtln2:ref ]**

Client Service <clientservice@silvergate.com>

Mon 11/21/2022 17:51

To:julenbelokigo@hotmail.com <julenbelokigo@hotmail.com>

Hello,

Thank you for your response. In this case you would need to contact FTX and inquire with them regarding this payment.

Thank you and have a nice day.

Odet Zepeda
Client Service Specialist II
.
P. + 1 858-362-6302 x1071
4250 Executive Square, Suite 100
La Jolla, CA 92037

-------------- Original Message --------------
**From:** Julen Beloki [julenbelokigo@hotmail.com]
**Sent:** 11/21/2022 10:52 AM
**To:** clientservice@silvergate.com
**Subject:** Re: Case #00021360 [ ref:_00Df437yL9._5005G1Mtln2:ref ]

Hello,

What are you referring to when you say counterparty?

I reached out to my bank, who did neither receive nor expect to receive a transfer.

On the other hand, my counterparty would be FTX, who already marked the transfer as complete and routes the transfers through your bank.

Who can I contact?

Thanks,

**From:** noreply@salesforce.com <noreply@salesforce.com> on behalf of Client Service <clientservice@silvergate.com>
**Sent:** Monday, November 21, 2022 13:49
**To:** julenbelokigo@hotmail.com <julenbelokigo@hotmail.com>
**Subject:** Case #00021360 [ ref:_00Df437yL9._5005G1Mtln2:ref ]

Case #00021360

Request with the subject line "Missing funds"

Hello,

Thank you for your email. Please kindly reach out to the counterparty regarding this transaction.

Thank you,

Odet Zepeda
Client Service Specialist II
.
P. + 1 858-362-6302 x1071
4250 Executive Square, Suite 100
La Jolla, CA 92037

-------------- Original Message --------------
**From:** Julen Beloki [julenbelokigo@hotmail.com]
**Sent:** 11/21/2022 9:42 AM
**To:** clientservice@silvergate.com
**Subject:** Missing funds

Hello,

A money transfer of around $60K was requested on November 7th and marked as COMPLETE on FTX (through Silvergate). It's been two weeks now and funds have not arrived to my spanish banking entity (Bankinter). Could you please confirm the status of the transfer, and provide some way to track where they are currently? Let me know what information I need to provide for you to look it up.

Thanks

CONFIDENTIALITY NOTICE: The information contained in this message, including any attachments, is confidential and may be legally privileged. It is intended solely for the use of the specified recipient(s). If you are not the intended recipient or have received this message in error, you are hereby notified that any disclosure, reproduction, or distribution of this information is strictly prohibited and may be subject to legal and regulatory sanction. If you have received this message in error, please notify the sender immediately and delete this message.

ref:_00Df437yL9._5005G1Mtln2:ref

1 of 1    9/28/2023, 12:18 PM

Firefox                                                    https://outlook.live.com/mail/0/id/AQMkADAwATE0YzQwLWUx...

**Re: Case #00020872 [ ref:_00Df437yL9._5005G1Msn3G:ref ]**

Julen Beloki
Thu 11/17/2022 12:09
To:Client Service <clientservice@silvergate.com>

Hello,

While I understand there might be issues and information that cannot be disclosed... my counterparty in this case would be FTX right? whose records seem to point at a transaction that was executed ("withdrawal complete") prior to assets being frozen (information available on FTX website prior to being shut down). No other party I can inquiry for this information.

Additionally, how could my bank know if the transfer was ever initiated? Is there any sort of ledger shared between the banks where any in-flight transaction can be checked? Sort of pending SEPA transfers information?

Again, I am not asking for information that cannot be shared, but any leads on how to acccess any information that is available would be very helpful.

Thanks,

---

**From:** noreply@salesforce.com <noreply@salesforce.com> on behalf of Client Service <clientservice@silvergate.com>
**Sent:** Thursday, November 17, 2022 12:01
**To:** julenbelokigo@hotmail.com <julenbelokigo@hotmail.com>
**Subject:** Case #00020872 [ ref:_00Df437yL9._5005G1Msn3G:ref ]

Case #00020872

Request with the subject line "FTX withdrawal"

Hello,

Due to regulatory and security issues, we are unable to provide details related to the current issues. Feel free to read through our official press release at Silvergate.com. We advise that you contact your counterparty for the status of your payment.

I am so sorry for the inconvenience and frustration this may cause.

Thank you,

Jon Weaver
Client Service Specialist II

P. +1 858-283-2092

4250 Executive Square, Suite 300
La Jolla, CA 92037

-------------- Original Message --------------
**From:** Julen Beloki [julenbelokigo@hotmail.com]
**Sent:** 11/17/2022 5:45 AM
**To:** clientservice@silvergate.com
**Subject:** FTX withdrawal

Hello,

I've been a victim to the FTX debacle. Before funds were frozen, on November 7th early morning European time, I requested a withdrawal of a portion of my funds in fiat (Euros). The withdrawal was shown as "complete" on their website, and as per information provided officially by FTX, only the ones in "processing" status were held back. I am trying to trace the status of these funds, since they have not made it to my bank account in Spain. If they were held back due to bankruptcy proceedings, but show as withdrawn, there could be a potential issue for me to claim them.

I would appreciate if you could contact me and help me understand to the clearest extent posible what is the exact situation of these funds.

Thanks in advance.

---

CONFIDENTIALITY NOTICE: The information contained in this message, including any attachments, is confidential and may be legally privileged. It is intended solely for the use of the specified recipient(s). If you are not the intended recipient or have received this message in error, you are hereby notified that any disclosure, reproduction, or distribution of this information is strictly prohibited and may be subject to legal and regulatory sanction. If you have received this message in error, please notify the sender immediately and delete this message.

ref:_00Df437yL9._5005G1Msn3G:ref

---

**From:** noreply@salesforce.com <noreply@salesforce.com> on behalf of Client Service <clientservice@silvergate.com>
**Sent:** Thursday, November 17, 2022 12:01
**To:** julenbelokigo@hotmail.com <julenbelokigo@hotmail.com>
**Subject:** Case #00020872 [ ref:_00Df437yL9._5005G1Msn3G:ref ]

Case #00020872

Request with the subject line "FTX withdrawal"

Hello,

Due to regulatory and security issues, we are unable to provide details related to the current issues. Feel free to read through our official press release at Silvergate.com. We advise

1 of 2                                                               9/28/2023, 12:29 PM

Firefox                                                    https://outlook.live.com/mail/0/id/AQMkADAwATE0YzQwLWUx...

that you contact your counterparty for the status of your payment.

I am so sorry for the inconvenience and frustration this may cause.

Thank you,

Jon Weaver
Client Service Specialist II

P. + 1 858-283-2092

4250 Executive Square, Suite 300
La Jolla, CA 92037

--------------- Original Message ---------------
**From:** Julen Beloki [julenbelokigo@hotmail.com]
**Sent:** 11/17/2022 5:45 AM
**To:** clientservice@silvergate.com
**Subject:** FTX withdrawal

Hello,

I've been a victim to the FTX debacle. Before funds were frozen, on November 7th early morning European time, I requested a withdrawal of a portion of my funds in fiat (Euros). The withdrawal was shown as "complete" on their website, and as per information provided officially by FTX, only the ones in "processing" status were held back. I am trying to trace the status of these funds, since they have not made it to my bank account in Spain. If they were held back due to bankruptcy proceedings, but show as withdrawn, there could be a potential issue for me to claim them.

I would appreciate if you could contact me and help me understand to the clearest extent posible what is the exact situation of these funds.

Thanks in advance,

CONFIDENTIALITY NOTICE: The information contained in this message, including any attachments, is confidential and may be legally privileged. It is intended solely for the use of the specified recipient(s). If you are not the intended recipient or have received this message in error, you are hereby notified that any disclosure, reproduction, or distribution of this information is strictly prohibited and may be subject to legal and regulatory sanction. If you have received this message in error, please notify the sender immediately and delete this message.

ref_00Df437yL9_5005G1Msn3Gzref

2 of 2                                                              9/28/2023, 12:29 PM

Exhibit V

Firefox                                                          https://outlook.live.com/mail/0/id/AQMkADAwATE0YzQwLWUx...

**Re: FTX withdrawal**

Support <support@phoenix-payments.com>
Fri 11/18/2022 8:19
To:Julen Beloki <julenbelokigo@hotmail.com>

Your request (2904843) has been updated. To add additional comments, reply to this email.

Phoenix Payments Support  (Phoenix Payments)
Nov 18, 2022, 15:19 GMT+2

Dear Julen,

Unfortunately, we were not able to locate the payment using the information provided.

To look further into this we will require a payment confirmation from the sender bank, since FTX does not have an account with us.

Best regards,
**Customer Support**
Phoenix Payments

---

**Phone:** +37052299100
**Email:** support@phoenix-payments.com
**Website:** phoenix-payments.com

Julen Beloki
Nov 17, 2022, 17:56 GMT+2

Just found the transaction/withdrawal in the records I could download before the FTX website was shut down:

| Time | Coin | Amount | Destination | Status | Transaction ID | fee |
|---|---|---|---|---|---|---|
| 2022-11-07T12:35:36.749262+00:00 | EUR | 59999.45 | **** | complete | Bank transfer  0  525607 | |

Figured it could be helpful.

Thanks again,

Julen Beloki
Nov 17, 2022, 17:52 GMT+2

Hi,

First of all, appreciate the quick response. This is such a traumatic experience that any help is much appreciated.

Please find below my answers in red over your reply. Last two bullets were empty, so let me know if this was a mistake and I need to provide any additional information.

Thanks again,

Phoenix Payments Support  (Phoenix Payments)
Nov 17, 2022, 17:15 GMT+2

Dear Julen,

Thank you for your inquiry! FTX does not hold any account with us, but some of their payments do go through as an intermediary bank.

Can you please provide the following so we could investigate the payment on our side:

9/28/2023, 12:16 PM

Firefox                                                    https://outlook.live.com/mail/0/id/AQMkADAwATE0YzQwLWUx...

- The name of the recipient account holder
- Recipient IBAN number
- Amount of the transaction
- Date of the transaction
- Recipient bank
-
- P

 Julen Beloki
Nov 17, 2022, 15:47 GMT+2

Hello,

I've been a victim to the FTX debacle. Before funds were frozen, on November 7th early morning European time, I requested a withdrawal of a portion of my funds in fiat (Euros). The withdrawal was shown as "complete" on their website, and as per information provided officially by FTX, only the ones in "processing" status were held back. I am trying to trace the status of these funds, since they have not made it to my bank account in Spain. If they were held back due to bankruptcy proceedings, but show as withdrawn, there could be a potential issue for me to claim them.

I would appreciate if you could contact me and help me understand to the clearest extent posible what is the exact situation of these funds.

Thanks in advance,

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to which they are addressed. If you have received this message in error please notify us immediately and please destroy this message without disclosing or copying its contents to anybody. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

[XZ84OO-4L36D]

9/28/2023, 12:16 PM

Exhibit VI

Firefox                                                    https://outlook.live.com/mail/0/id/AQMkADAwATE0YzQwLWUx...

**Missing funds**

julienbelokigo@hotmail.com
Mon 11/21/2022 14:38
Tosupport@ftx.com <support@ftx.com>

Hello,

I am writing on behalf of my mother, who requested a partial withdrawal of her funds from FTX on November 7th (around 10-11 AM European time). The withdrawal was requested in euros, and was marked as complete on the website that same day. As per the latest information given by FTX, fiat withdrawals were still active at the time, and additionally, those marked as complete were out of the temporary freeze that was set throughout the week for those in "processing" status.

It has been 2 weeks now (2-5 business days per website), and funds have not made it to my mother's account. Could you please help me check the status of these funds? Did they ever really leave FTX? Was the transfer cancelled somehow? The issue is that these funds were subtracted from her total holdings on the site, marked as complete, and we have received no money. I would need to ascertain where the funds are for a potential claim in the worst case scenario.

Thanks in advance.

1 of 1                                                                        9/28/2023, 12:22 PM

Exhibit VII

Firefox

https://outlook.live.com/mail/0/id/AQMkADAwATE0YzQwLWUx...

**RV: [EXTERNAL] Missing balances (EUR)**

Arantzazu Gómez Madrazo
Tue 6/20/2023 1452
To:Julen Beloki <julenbelokigo@hotmail.com>

De: FTX Trading Ltd. <fbxinfo@ra.kroll.com>
Enviado: jueves, 13 de abril de 2023 15:29
Para: arangomma@hotmail.com <arangomma@hotmail.com>
Asunto: RE: [EXTERNAL] Missing balances (EUR)

Arantzazu,

Thank you for your email.

Your inquiry will be escalated for further review and attention. To the extent an additional response is available, you will be notified accordingly.

Information, including access to court documents, instructions on how to file a proof of claim, and important dates and deadlines will be available throughout the case at https://restructuring.ra.kroll.com/FTX/.

PLEASE NOTE: Kroll is the appointed claims and noticing agent for FTX Trading Ltd. and 101 affiliated debtors' chapter 11 cases. As such, we are not permitted to provide legal or financial advice. Further, Kroll is not permitted to accept claims via email or fax, and any such information provided via either of these methods will not constitute a claim in these proceedings.

Regards,

Kroll Inquiries
[www.kroll.com/enterservices/business-services]www.kroll.com
*Effective March 29, 2022, Prime Clerk has rebranded as Kroll. All emails sent by us will now have the domain @kroll.com. Emails sent to the domain @primeclerk.com will continue to be received. Please be assured that your information remains secure and is only being used by us in connection with the purpose for which it is held
This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy
Policy is available at https://www.kroll.com/en/privacy-policy.

————— Original Message —————
From: Arantzazu Gómez Madrazo [arangomma@hotmail.com]
Sent: 4/8/2023, 5:54 PM
To: fbxinfo@ra.kroll.com
Subject: [EXTERNAL] Missing balances (EUR)

Hello,

I have recently received an email as a customer with net positive balances as of FTX's bankruptcy in November last year, including my customer code. The balances provided seem right, but at least the most important/biggest one is missing.

Before funds were frozen, on November 7th early morning European time, I requested a withdrawal of a portion of my funds in fiat (Euros). The withdrawal was shown as "complete" on the FTX website, and as per information provided officially by FTX, only the ones in "processing" status were held back. I talked multiple times with my bank but the funds never made it to my account in Spain. Since FTX was already shut down, I could only reach out to Silvergate Bank and Phoenix payments customer services (can provide email exchange at the time). My understanding was that I would be able to trace where this withdrawal was, since they provided banking and payment services to FTX, but they couldn't find anything out (Phoenix), or redirected me back to FTX (Silvergate).

The withdrawal record as per the data I was able to download before FTX shut down was:

| Time | Coin | Amount | Destination | Status | Transaction ID | fee |
|------|------|--------|-------------|--------|----------------|-----|
| 2022-11-07T12:35:36.749262+00:00 | EUR | 59999.45 | **** | complete | Bank transfer | 0 | 526607 |

I am aware that my case is not the only occurrence where funds seemed to be withdrawn and transfer marked as complete, but never made it to the account. I've heard there are cases both for the US firm and FTX international.

If you could please let me know on how to proceed in order to verify any information necceseray and include this amount in the claim I would really appreciate.

Thanks in advance.
Regards,

Arantzazu

☐

ref_00D1N1ulqY_500311YGwq9:ref

9/28/2023, 12:19 PM

Exhibit VIII

 Outlook

**RE: [EXTERNAL] Missing balances (EUR)**

**Desde** Arantzazu Gómez Madrazo <arangomma@hotmail.com>
**Fecha** Vie 15/11/2024 11:28
**Para** FTX Trading Ltd. <ftxinfo@ra.kroll.com>

📎 3 archivos adjuntos (2 MB)
#1 BK12642_240902-121428-594a.pdf; #2 Combined FTX Proof of Claim Docs.pdf; Customer Claim Form -
7d91218f0879ce34.pdf;

Good morning,

I am Julen Beloqui and write on my mother's behalf, Maria Arantzazu Gomez, creditor in the FTX
Chapter 11.

**Claim Information:**

- **Name:** Maria Arantzazu Gomez Madrazo
- **Claim Number:** 77697
- **Schedule Number:** 6728266
- **Claim Confirmation ID:** 3265-70-VUMZZ-828481947
- **Contact Information:**
    ◦ Email: arangomma@hotmail.com
    ◦ Telephone: +34 686 655 242
    ◦ Preferred telephone: +34 687 989 487 (my son's number, since I do not speak english proficiently)

As can be seen in the previous correspondence on this email thread, she claimed UNDER PERJURY
that the amount owed to her was around $33500 USD + €60000 euros. The $33500 have been
acknowledged in the debtors schedules, but the €60000 have been objected by the Debtors in the
following document:

- Debtors' One Hundred Seventh (Substantive) Omnibus Objection to Certain Overstated and/or
  Unliquidated Proofs of Claim (Customer Claims). Hearing Scheduled for November 20, 2024 at 2:00
  p.m. (ET). Objections due by November 11, 2024 at 4:00 p.m. (ET) [Docket No. 25704]

Unfortunately my mother is 70 years old, doesn't speak english, and missed the original
communication that was sent to her by email about the document above. We've only found out
today while we were manually checking the claim status and info on the Kroll website. I have taken a
quick look at the document and seen that there was an objection to the reduction we had to file with
due date last monday, November 11th. This has been an exceptionally tough process to follow for my
mother, and we wouldn't even know how to file an objection with the court itself, we do not have an
american lawyer to do this.

We have sent:

- Attach. #1: proof that our banking entity that held the account with which all transactions with
  FTX were done never received the funds, in the form of an officially signed letter by the bank

management.
- Attach. #2, pages 6-7: bank statements showing the balances for the months of November and December 2022 demonstrating no incoming transfers.

There is nothing more we can prove, while on the contrary **were never given any proof that the actual transfer ever took place.** No payment tracking demonstrating the funds were ever even sent to us, no payment processor name we could reach out to to find out what happened.

We would implore you to consider these circumstances, and help us with this situation. These €60000 are a huge amount for us.

- Were the management letter from the banking entity and the statements even considered when making this decission by the debtors? These documents were supposed to be escalated and checked.
- Is there any way this email could somehow be used as an objection to the reduction proposed by the debtors?
- Is there anything we can do, anyone we can reach out to to discuss this problem?

Appreciate your help,

---

**De:** FTX Trading Ltd. <ftxinfo@ra.kroll.com>
**Enviado:** jueves, 5 de septiembre de 2024 20:40
**Para:** arangomma@hotmail.com <arangomma@hotmail.com>
**Asunto:** RE: [EXTERNAL] Missing balances (EUR)

Arantzazu,

Thank you for your email.

Your inquiry will be escalated for further review and attention.

You may also visit The FTX Customer Claims Portal which enables you to access your FTX account information, obtain historical information, account balance (as of the petition time) and if necessary, submit an electronic proof of claim in the FTX Chapter 11 proceedings.

Furthermore, Kroll does not have an estimated timeframe for the resolution of claims and any potential distributions.

The treatment of claims will be governed by the Plan. You may access and view the current proposed Plan and related documents by following the "Plan & Disclosure Statement" link under "Quick Links" on the Kroll case website.

On June 27, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), filed the Disclosure Statement for Debtors' Joint Chapter 11 Plan of FTX Trading and its Debtor Affiliates [D.I. 19143] (the "Disclosure Statement") and the Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates [D.I. 19139] (the "Plan").

The deadline for submitting ballots so that they may be received by Kroll was August 16, 2024, at 4:00 p.m. (prevailing Eastern Time), in accordance with the instructions set forth in the ballot. Voting is not required, and if you are unable to vote, your claim will be unaffected.

Information, including access to court documents and important dates and deadlines will be available throughout the case at https://restructuring.ra.kroll.com/FTX/.

PLEASE NOTE: Kroll is the appointed claims and noticing agent for FTX Trading Ltd. and 101 affiliated debtors' chapter 11 cases. As such, we are not permitted to provide legal or financial advice. Further, Kroll is not permitted to accept claims via email or fax, and any such information provided via either of these methods will not constitute a claim in these proceedings.

Regards,


--------------- Original Message ---------------
**From:** Arantzazu Gómez Madrazo [arangomma@hotmail.com]
**Sent:** 9/3/2024, 4:38 PM
**To:** ftxinfo@ra.kroll.com
**Subject:** RE: [EXTERNAL] Discrepancy in Stipulated Amount for Class 5A Dotcom Entitlement Claim

Dear Kroll Restructuring Administration Team,

I understand from your email that the stipulated amount might still be further reviewed and potentially updated for distribution purposes. Please find attached an additional piece of evidence regarding the withdrawal we never received. It is a manifest by the executive manager of the bank branch where the account involved in the withdrawal is held, confirming no amount was ever received from FTX ever since the withdrawal was requested.

As I mentioned in my previous email, I am aware of this issue having impacted many more people, so one would assume an investigation of this specific topic is ongoing. I can't find any information about it anywhere. Could you please confirm this is being investigated? What is the status of this portion of my claim and when will I know if it will be corrected?

Appreciate your help,
Maria Arantzazu Gomez Madrazo


---

**De:** FTX Trading Ltd. <ftxinfo@ra.kroll.com>
**Enviado:** viernes, 16 de agosto de 2024 21:17
**Para:** arangomma@hotmail.com <arangomma@hotmail.com>
**Asunto:** RE: [EXTERNAL] Discrepancy in Stipulated Amount for Class 5A Dotcom Entitlement Claim

Hello,

Thank you for your inquiry.

Your Stipulated Amount is the amount at which the Debtors will allow your Class 5A Dotcom Customer Entitlement Claim, Class 5B U.S. Customer Entitlement Claims, Class 7A Dotcom Convenience Claim, or Class 7B U.S. Convenience Claims for voting, allowance and distribution purposes, if you check the box in Item 4 of your Ballot and vote to accept the Plan.

Please note that voting amounts and plan classifications are for voting purposes only, subject to further review, and do not necessarily correspond with the amount(s) that you may be entitled to receive as a distribution. Furthermore, the failure to cast a vote to accept or reject the plan will not affect the distribution(s) you may be entitled to receive.

Please be advised that Kroll is authorized to answer questions about, and provide additional copies of, solicitation materials, but may not advise you as to whether you should vote to accept or reject the Plan or provide legal advice.

You may also monitor the case website for updates. Information, including access to court documents, instructions on how to file a proof of claim, and important dates and deadlines will be available throughout the case at https://restructuring.ra.kroll.com/FTX.

PLEASE NOTE: Kroll is the appointed claims and noticing agent for FTX Trading Ltd. and 101 affiliated debtors' chapter 11 cases. As such, we are not permitted to provide legal or financial advice. Further, Kroll is not permitted to accept claims via email or fax, and any such information provided via either of these methods will not constitute a claim in these proceedings.

Regards,

**Kroll Inquiries**
[www.kroll.com/en/services/business-services]www.kroll.com
*Effective March 29, 2022, Prime Clerk has rebranded as Kroll. All emails sent by us will now have the domain @Kroll.com. Emails sent to the
domain @primeclerk.com will continue to be received. Please be assured that your information remains secure and is only being used by us in
connection with the purpose for which it is held
This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and
certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy
Policy is available at https://www.kroll.com/en/privacy-policy.

--------------- Original Message ---------------
**From:** Arantzazu Gómez Madrazo [arangomma@hotmail.com]
**Sent:** 8/14/2024, 5:41 PM
**To:** ftxinfo@ra.kroll.com
**Subject:** [EXTERNAL] Discrepancy in Stipulated Amount for Class 5A Dotcom Entitlement Claim

https://outlook.live.com/mail/0/sentitems/id/AQMkADAwATY0MDA...          https://outlook.live.com/mail/0/sentitems/id/AQMkADAwATY0MDA...

Dear Kroll Restructuring Administration Team,

I hope this message finds you well. I am writing to formally express my disagreement with the stipulated amount listed for my Class 5A Dotcom Entitlement Claim in the FTX bankruptcy proceedings.

## Claim Information:

- **Name:** Maria Arantzazu Gomez Madrazo
- **Claim Number:** 77697
- **Schedule Number:** 6728266
- **Claim Confirmation ID:** 3265-70-VUMZZ-828481947
- **Contact Information:**
  - Email: arangomma@hotmail.com
  - Telephone: +34 686 655 242
  - Preferred telephone: +34 687 989 487 (my son's number, since I do not speak english proficiently)

## Discrepancy Details:

The stipulated amount currently listed for my claim does not accurately reflect the total amount I asserted. Specifically, it omits a significant portion of € 59,999.45, which I attempted to withdraw but never received. This amount is crucial to the accuracy of my claim and the resolution of my financial interests in this matter. The currently scheduled and stipulated amount only covers the assets that were left in FTX, for a total of $33,639.48, which is roughly 1/3 of the asserted claim.

## Supporting Information:

- **Transaction Attempts:** As described in the first email of this chain, on November 7th 2022 I tried to withdraw the missing funds (€ 59,999.45) from FTX.
- **Communication Records:** reached out to various parties requesting information on the withdrawal without succes. **(Info in the attached file)**
  - **Silvergate:** Reached out to Silvergate on November 17th 2022 as banking partner of FTX, request was declined and asked to contact FTX support.
  - **Phoenix Payments:** reached out on November 17th 2022 as they were the processor for the deposits made initially to trade on FTX. They were not able to locate the withdrawal.
  - **FTX:** reached out on November 21st regarding the missing funds. Never got an answer, as all activity regarding FTX was on hold, including customer service.
  - **Kroll:** reached out on April 6th 2023 regarding the balances shown in the Bankruptcy schedules. Received an answer saying the issue would be investigated but no further communications on the status of funds were ever received.
- **Bank Statements:** Provided statements of the account used for deposits/withdrawals with FTX, for the months of November and December 2022, showing no inbound transfer of the funds that were intended to be withdrawn. **(Info in the attached file)**

## Requests:

I kindly request that this discrepancy be reviewed and corrected to ensure the accuracy of my claim. Additionally, I would appreciate feedback on the following items:

1. Confirmation that this email has been received and that my concerns have been noted and will be reviewed.

2. An answer regarding the status of this portion of the claim. My understanding is that multiple other people were affected by this issue, where withdrawals were marked as completed but transfers never made it through. Given the issue is not particular to me, I assume there is an ongoing investigation on what happened with all of these failed withdrawals? If there is an investigation, will the result of that potentially increase the scheduled amount for people impacted by it, like me, regardless of the current stipulated amount?

3. If the amount I have been scheduled is final, what is the rationale for discarding this amount from my claim?

4. I have provided all information possible from my side demonstrating I never received the funds. What I cannot demonstrate and would like proof of, is that the actual transfer was ever made. Can someone provide any proof of the withdrawal (financial entity doing the transfer and date) so that the matter can be further investigated?

11/18/2024, 11:32 AM

https://outlook.live.com/mail/0/sentitems/id/AQMkADAwATY0MDA...          https://outlook.live.com/mail/0/sentitems/id/AQMkADAwATY0MDA...

Thank you for your attention to this matter. I look forward to your prompt response and resolution of this issue.

Sincerely,

Maria Arantzazu Gomez Madrazo


**De:** FTX Trading Ltd. <ftxinfo@ra.kroll.com>
**Enviado:** jueves, 13 de abril de 2023 15:29
**Para:** arangomma@hotmail.com <arangomma@hotmail.com>
**Asunto:** RE: [EXTERNAL] Missing balances (EUR)

Arantzazu,

Thank you for your email.

Your inquiry will be escalated for further review and attention. To the extent an additional response is available, you will be notified accordingly.

Information, including access to court documents, instructions on how to file a proof of claim, and important dates and deadlines will be available throughout the case at https://restructuring.ra.kroll.com/FTX/.

**PLEASE NOTE: Kroll is the appointed claims and noticing agent for FTX Trading Ltd. and 101 affiliated debtors' chapter 11 cases.  As such, we are not permitted to provide legal or financial advice.  Further, Kroll is not permitted to accept claims via email or fax, and any such information provided via either of these methods will not constitute a claim in these proceedings.**

Regards,



**Kroll Inquiries**
[www.kroll.com/en/services/business-services]www.kroll.com
*Effective March 29, 2022, Prime Clerk has rebranded as Kroll. All emails sent by us will now have the domain @Kroll.com. Emails sent to the
domain @primeclerk.com will continue to be received. Please be assured that your information remains secure and is only being used by us in
connection with the purpose for which it is held
This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and
certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy
Policy is available at https://www.kroll.com/en/privacy-policy.


--------------- Original Message ---------------
**From:** Arantzazu Gómez Madrazo [arangomma@hotmail.com]

11/18/2024, 11:32 AM

**Sent:** 4/6/2023, 5:54 PM

**To:** ftxinfo@ra.kroll.com

**Subject:** [EXTERNAL] Missing balances (EUR)

Hello,

I have recently received an email as a customer with net positive balances as of FTX's bankruptcy in November last year, including my customer code. The balances provided seem right, but at least the most important/biggest one is missing.

Before funds were frozen, on November 7th early morning European time, I requested a withdrawal of a portion of my funds in fiat (Euros). The withdrawal was shown as "complete" on the FTX website, and as per information provided officially by FTX, only the ones in "processing" status were held back. I talked multiple times with my bank but the funds never made it to my account in Spain. Since FTX was already shut down, I could only reach out to Silvergate Bank and Phoenix payments customer services (can provide email exchange at the time). My understanding was that I would be able to trace where this withdrawal was, since they provided banking and payment services to FTX, but they couldn't find anything out (Phoenix), or redirected me back to FTX (Silvergate).

The withdrawal record as per the data I was able to download before FTX shut down was:

| Time | Coin | Amount | Destination | Status | Transaction ID | fee | |
|---|---|---|---|---|---|---|---|
| 2022-11-07T12:35:36.749262+00:00 | EUR | 59999.45 | **** | complete | Bank transfer | 0 | 525607 |

I am aware that my case is not the only occurence where funds seemed to be withdrawn and transfer marked as complete, but never made it to the account. I've heard there are cases both for the US firm and FTX international.

If you could please let me know on how to proceed in order to verify any information neccessary and include this amount in the claim I would really appreciate.

Thanks in advance,
Regards,

Arantzazu


ref:_00D1N1uIqY._5003I1YGwq9:ref

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

# Transaction Record



| TRACKING NO.: | SHIP DATE: | ESTIMATED SHIPPING CHARGES: |
|---|---|---|
| 770042946330 | Nov 18, 2024 | 39.01 USD |

## From address

**Maria Arantzazu Gomez Madrazo**

1269 Dekalb Avenue

Apt 4A

11221 NY BROOKLYN

US

Phone: 9293329440

arangomma@hotmail.com

## To address

**Office of the Clerk**

US Bankruptcy Court for the D. Del.

824 Market Street

3rd Floor

19801 DE WILMINGTON

US

Phone: 13022522900

## Package information

| Pieces | Weight | Dimensions (LxWxH) | Carriage value | Package options |
|---|---|---|---|---|
| 1 x | 0.35 lb | | | n/a |

| Packaging type: | Service: | Pickup / drop-off type: |
|---|---|---|
| FedEx Envelope | FedEx Priority Overnight | I'll drop off my shipment at a FedEx location |

## Billing information

Bill transportation cost to:     ******863

Bill duties, taxes and fees to:

Your reference:

P.O. No.:

Invoice No.:

Department No.:

**Please note:** This transaction record is neither a statement nor an invoice, and does not confirm shipment tendered to FedEx or payment. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.