IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*,[1] | ) | Case No. 22-11068 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | | Re: Docket No. 481 |

**SUPPLEMENTAL DECLARATION OF MATTHEW
DIAZ IN SUPPORT OF THE APPLICATION
FOR AN ORDER AUTHORIZING THE RETENTION
AND EMPLOYMENT OF FTI CONSULTING, INC. AS FINANCIAL
ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to 28 U.S.C. section 1746, Matthew Diaz, declares as follows:

1. I am a Senior Managing Director with FTI Consulting, Inc. ("FTI"), an international consulting firm.

2. I submit this supplemental declaration (the "Supplemental Declaration") on behalf of FTI pursuant to Bankruptcy Rule 2014(a) to supplement the disclosures contained in FTI's prior declarations that were submitted in connection with FTI's retention in these chapter 11 cases (collectively, the "Declarations"). This Supplemental Declaration does not replace anything in the Application or the Declarations except as expressly set forth otherwise herein. Unless otherwise noted, I have personal knowledge of the matters set forth herein, and, if called as a witness, I would testify thereto.[2]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at FTI and are based on information provided by them.

3.     On February 15, 2023, this Court entered an order authorizing the Official Committee of Unsecured Creditors' (the "Committee") retention of FTI, as financial advisor to the Committee (the "Retention Order") [Docket No. 730], for the specific purposes detailed in FTI's retention application filed on January 11, 2023 (the "Application") [Docket No. 481].

## Supplemental Disclosure

4.     It is my understanding that the Board of Directors of the Ontario Teachers' Pension Plan (the "OTPP Board") has engaged an FTI subsidiary, FTI Consulting Technology, LLC ("FTI Technology") to provide an expert opinion on due diligence issues raised in an action filed on behalf of members of the Ontario Teachers' Pension Plan (OTPP) against the OTPP Board, arising from the Board's decision to invest funds in certain of the Debtors. None of the Debtors are parties to this action, and this action is unrelated to the Debtors' chapter 11 cases.

5.     FTI will continue to update and expand its ongoing relationship search for additional parties in interest. If any additional new material relevant facts or relationships are discovered or arise, FTI will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2024.          /s/ Matthew Diaz
                                       **Matthew Diaz**