**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## **AFFIDAVIT OF SERVICE**

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Transfer of Interest, to be served via First Class Mail and/or Email on the date and upon the Transferor and Transferee, as set forth on the Interest Transfer Service List attached hereto as **Exhibit A**.

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: November 20, 2024

                                                                              */s/ Thomas Evangelista*
                                                                                 Thomas Evangelista

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 20, 2024, by Thomas Evangelista, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

**Exhibit A**

Exhibit A
Interest Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
| --- | --- | --- | --- |
| 25242 | Name on File<br>Address on File | Canyon Balanced Master Fund, Ltd. as Transferee of Name on File<br>Attn: James Pagnam<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: FTX-Canyon@canyonpartners.com;<br>jpagnam@canyonpartners.com;<br>legal@canyonpartners.com | 10/22/2024 |
| 25281 | Name on File<br>Address on File | Canyon Distressed TX (A) LLC as Transferee of Name on File<br>Attn: James Pagnam<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: FTX-Canyon@canyonpartners.com;<br>jpagnam@canyonpartners.com;<br>legal@canyonpartners.com | 10/22/2024 |
| 25286 | Name on File<br>Address on File | Canyon ESG Master Fund, L.P. as Transferee of Name on File<br>Attn: James Pagnam<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: FTX-Canyon@canyonpartners.com;<br>jpagnam@canyonpartners.com;<br>legal@canyonpartners.com | 10/22/2024 |

Exhibit A
Interest Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 25288 | Name on File<br>Address on File | Canyon IC Credit Master Fund L.P. as Transferee of Name on File<br>Attn: James Pagnam<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: FTX-Canyon@canyonpartners.com;<br>jpagnam@canyonpartners.com;<br>legal@canyonpartners.com | 10/22/2024 |
| 25289 | Name on File<br>Address on File | Canyon Value Realization Fund, L.P. as Transferee of Name on File<br>Attn: James Pagnam<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: FTX-Canyon@canyonpartners.com;<br>jpagnam@canyonpartners.com;<br>legal@canyonpartners.com | 10/22/2024 |
| 25290 | Name on File<br>Address on File | CDOF IV Master Fund, L.P. as Transferee of Name on File<br>Attn: James Pagnam<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: FTX-Canyon@canyonpartners.com;<br>jpagnam@canyonpartners.com;<br>legal@canyonpartners.com | 10/22/2024 |

Exhibit A
Interest Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 25291 | Name on File<br>Address on File | The Canyon Value Realization Master Fund, L.P. as Transferee of Name on File<br>Attn: James Pagnam<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: FTX-Canyon@canyonpartners.com;<br>jpagnam@canyonpartners.com;<br>legal@canyonpartners.com | 10/22/2024 |
| 26346 | Name on File<br>Address on File | Canyon ESG Master Fund, L.P. as Transferee of Name on File<br>Attn: James Pagnam<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: FTX-Canyon@canyonpartners.com;<br>jpagnam@canyonpartners.com;<br>legal@canyonpartners.com | 10/22/2024 |
| 26347 | Name on File<br>Address on File | Canyon IC Credit Master Fund L.P. as Transferee of Name on File<br>Attn: James Pagnam<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: FTX-Canyon@canyonpartners.com;<br>jpagnam@canyonpartners.com;<br>legal@canyonpartners.com | 10/22/2024 |

Exhibit A
Interest Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 26348 | Name on File<br>Address on File | Canyon Value Realization Fund, L.P. as Transferee of Name on File<br>Attn: James Pagnam<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: FTX-Canyon@canyonpartners.com;<br>jpagnam@canyonpartners.com;<br>legal@canyonpartners.com | 10/22/2024 |
| 26350 | Name on File<br>Address on File | CDOF IV Master Fund, L.P. as Transferee of Name on File<br>Attn: James Pagnam<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: FTX-Canyon@canyonpartners.com;<br>jpagnam@canyonpartners.com;<br>legal@canyonpartners.com | 10/22/2024 |
| 26351 | Name on File<br>Address on File | The Canyon Value Realization Master Fund, L.P. as Transferee of Name on File<br>Attn: James Pagnam<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: FTX-Canyon@canyonpartners.com;<br>jpagnam@canyonpartners.com;<br>legal@canyonpartners.com | 10/22/2024 |

Exhibit A
Interest Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 26352 | Name on File<br>Address on File | Canyon Balanced Master Fund, Ltd. as Transferee of Name on File<br>Attn: James Pagnam<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: FTX-Canyon@canyonpartners.com;<br>jpagnam@canyonpartners.com;<br>legal@canyonpartners.com | 10/22/2024 |
| 26353 | Name on File<br>Address on File | Canyon Distressed TX (A) LLC as Transferee of Name on File<br>Attn: James Pagnam<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: FTX-Canyon@canyonpartners.com;<br>jpagnam@canyonpartners.com;<br>legal@canyonpartners.com | 10/22/2024 |
| 26436 | Name on File<br>Address on File | SP Multi Claims Holdings, LLC as Transferee of Name on File<br>Attn: James Pagnam<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: FTX-Canyon@canyonpartners.com;<br>jpagnam@canyonpartners.com;<br>legal@canyonpartners.com | 10/22/2024 |