FTX Trading, LTD/Alameda Research Ltd. (22-11068/23-50380)

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Sam | Baldwin | | | Video and Audio |
| Ryan | Beil | White & Case LLP | FTX DM JOLs | Video and Audio |
| Jennifer | Sanchez | | | Audio Only |
| Becky | Yerak | Wall Street Journal | News Corp | Audio Only |
| Ryan | Beil | White & Case LLP | FTX DM JOLs | Video and Audio |
| LaAsia | Canty | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Embed Shareholder Defendants | Video and Audio |
| Anastasia | Cembrovska | Pallas LLP | Giles Defendants | Video and Audio |
| William | Clareman | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Embed Shareholder Defendants | Video and Audio |
| Carly | Everhardt | K&L Gates LLP | Alumni Ventures Group Embedded Trust and Alumni Ve | Video and Audio |
| Cade | Grady | | non-participant | Audio Only |
| Taylor | Harrison | | | Audio Only |
| Randy | Luskey | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Embed Shareholder Defendants | Video and Audio |
| Erica | Newman-Corre | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Embed Shareholder Defendants | Video and Audio |
| Vida | Robinson | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Embed Shareholder Defendants | Video and Audio |
| Casey | Sandalow | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Embed Shareholder Defendants | Video and Audio |
| Max | Siegel | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Embed Shareholder Defendants | Video and Audio |
| Becky | Yerak | Wall Street Journal | News Corp | Audio Only |
| Ryan | Beil | White & Case LLP | FTX DM JOLs | Video and Audio |
| Anastasia | Cembrovska | Pallas LLP | Giles Defendants | Video and Audio |
| Taylor | Harrison | | | Audio Only |
| William | Winter | Hogan Lovells US LLP | | Audio Only |
| Becky | Yerak | Wall Street Journal | News Corp | Audio Only |
| Michael | Abbate | Figure Markets | | Audio Only |
| Artur | Abreu | Myself | Creditor(Myself) | Audio Only |

| | | | | |
|---|---|---|---|---|
| Andrew | Ames | Foran Glennon | Interested Party | Audio Only |
| Rick | Archer | Law360 | | Audio Only |
| Aziza | BEN ASKER | | Creditor/Customer | Video and Audio |
| Sam | Baldwin | | | Video and Audio |
| Ellen | Bardash | Law.com | | Audio Only |
| Ryan | Beil | White & Case LLP | FTX DM JOLs | Video and Audio |
| Kimberly | Black | Patterson Belknap Webb & Tyler LLP | | Audio Only |
| Thomas | Braziel | 117 Partners | | Video and Audio |
| Erin | Broderick | Eversheds Sutherland | Ad Hoc Committee of Non-US Customers of FTX | Video and Audio |
| Jonathan | Brouwer | | | Audio Only |
| Robert | Brown | | | Audio Only |
| Christina | Buru | Manier & Herod | Philadelphia Indemnity Insurance Company | Audio Only |
| LaAsia | Canty | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Embed Shareholder Defendants | Video and Audio |
| Anastasia | Cembrovska | Pallas LLP | Giles Defendants | Video and Audio |
| William | Clareman | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Embed Shareholder Defendants | Video and Audio |
| Morris Nichols | Conference Room | Morris Nichols Arsht & Tunnell | Ad Hoc Committee of Non-US Customers of FTX | Video and Audio |
| Scott | Cousins | Lewis Brisbois | Evolve Bank & Trust, N.A. | Video and Audio |
| Cameron | Crews | N/A | Creditor | Video and Audio |
| Romain | Davis | | | Video and Audio |
| Charles | Delo | Rothschild and Co. | Ad Hoc Committee of Non-US Customers of FTX | Video and Audio |
| Roma | Desai | Office of the Attorney General of Texas | Texas State Securities Bd, Dept. of Banking, State | Video and Audio |
| Reuben | Dizengoff | | | Audio Only |
| Stephanie | Eberhardt | Office of the Attorney General | TX SSB, DOB, State | Video and Audio |
| Preben | Eikeland Johnsen | Nomyz | | Video and Audio |
| Adam | Ekbom | Jones & Walden LLC | Curio Financial Technology, Inc. | Video and Audio |
| Muhammad | Erliyanto | | | Video and Audio |
| Reagan | Ernst | | | Video and Audio |
| Matthew | Ezersky | | | Audio Only |

| First | Last | Firm | Party | Mode |
|---|---|---|---|---|
| Matthew | Ezersky | | | Audio Only |
| Lidia | Favario | | | Video and Audio |
| Chad | Flick | | | Audio Only |
| Sharon | Frase | Illovsky Gates Calia | Fours Rock, Paul Aranha | Video and Audio |
| Hillary | Gabriele | White & Case | Joint Provisional Liquidators for FTX Digital Mark | Video and Audio |
| Clara | Geoghegan | Law360 | | Audio Only |
| Brooke | Giddon | | | Audio Only |
| Erez | Gilad | Paul Hastings LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Andrew | Glantz | Xclaim Inc. | Xclaim Inc. | Audio Only |
| Mark | Hancock | Godfrey & Kahn, S.C. | Fee Examiner | Video and Audio |
| Kristopher | Hansen | Paul Hastings LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Taylor | Harrison | | | Audio Only |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell, LLP | Ad Hoc Committee of Non-US Customers of FTX | Video and Audio |
| Jennifer | Hepner | | N/A | Audio Only |
| Adrien | Herisse | | Creditor | Video and Audio |
| Deniz | Irgi | | Interested Party | Audio Only |
| Amir | Isaiah | Morgan & Morgan P.A. | Morgan & Morgan | Video and Audio |
| Manik | Jain | | | Video and Audio |
| Kevin | Kearney | Alvarez & Marsal Private Equity Performance Improv | | Audio Only |
| Dietrich | Knauth | | media | Audio Only |
| Leonie | Koch | Paul Hastings LLP | UCC | Video and Audio |
| MAXIMILIANO SE | LARRIBA HERRANZ | | CUSTOMER | Video and Audio |
| Mathew | Laskowski | Paul Hastings LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Mike | Legge | | | Audio Only |
| Michael | Ligeti | A&O Shearman | | Audio Only |
| Daniel | Lowenthal | Patterson Belknap Webb & Tyler LLP | Examiner, Robert J. Cleary | Video and Audio |
| Randy | Luskey | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Embed Shareholder Defendants | Video and Audio |
| Dorothy | Ma | | | Audio Only |
| Dylan | Marker | Proskauer Rose LLP | LayerZero Group | Video and Audio |
| Michael | McCarney | | Creditor | Video and Audio |

| First | Last | Firm | Represents | Mode |
|---|---|---|---|---|
| Layla | Milligan | Office of the Attorney General of Texas | Texas SSB, DOB, CPD | Video and Audio |
| Doug | Mintz | | | Audio Only |
| Andrew | Morley | Rothschild and Co. | Ad Hoc Committee of Non-US Customers of FTX | Video and Audio |
| Lorenzo | Munoz | Rothschild and Co. | Ad Hoc Committee of Non-US Customers of FTX | Video and Audio |
| Erica | Newman-Corre | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Embed Shareholder Defendants | Video and Audio |
| Kenneth | Pasquale | Paul Hastings LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Sarah | Paul | Eversheds Sutherland | Ad Hoc Committee of Non-US Customers of FTX | Video and Audio |
| Spencer | Payne | | | Video and Audio |
| Andrew | Polansky | Eversheds Sutherland | Ad Hoc Committee of Non-US Customers of FTX | Video and Audio |
| Mr. | Purple | | Creditors | Video and Audio |
| Melissa | Ramirez | Landis Rath & Cobb LLP | The Debtors | Audio Only |
| Andrew | Richmond | Pryor Cashman LLP | Litigation Oversight Cmttee & Moshin Meghji | Video and Audio |
| Sameen | Rizvi | Potter Anderson & Corroon LLP | LayerZero Group | Video and Audio |
| Michael | Roberts | | | Audio Only |
| Vida | Robinson | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Embed Shareholder Defendants | Video and Audio |
| Samantha | Rodriguez | Morris James LLP | Laurence Beal | Video and Audio |
| Michael | Rogers | Eversheds Sutherland | Ad Hoc Committee of Non-US Customers of FTX | Video and Audio |
| Melissa | Romano | | | Video and Audio |
| Brian | Rosen | Proskauer Rose LLP | LayerZero Group | Video and Audio |
| Nathan | Rosenblum | | | Video and Audio |
| Jennifer | Sanchez | | | Audio Only |
| Casey | Sandalow | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Embed Shareholder Defendants | Video and Audio |
| Gabriel | Sasson | Paul Hastings LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Isaac | Sasson | Paul Hastings LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Jordan | Sazant | Proskauer Rose LLP | LayerZero Group | Video and Audio |

| | | | | |
|---|---|---|---|---|
| Eric | Schwartz | Morris, Nichols, Arsht & Tunnell LLP | Ad Hoc Committee of Non-US Customers of FTX | Video and Audio |
| Ezra | Serrur | | Self-creditor | Video and Audio |
| Yuhan | Shao | | | Audio Only |
| Max | Siegel | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Embed Shareholder Defendants | Video and Audio |
| Matthew | Silverman | Pryor Cashman LLP | Litigation Oversight Cmttee & M. Meghji | Video and Audio |
| Sahrish | Soleja | Texas OAG | SSB and CPD | Video and Audio |
| Samy | Soliman | | | Audio Only |
| Dan | Steefel | | | Video and Audio |
| Alexander | Steiger | Richards, Layton & Finger, P.A. | Joint Official Liquidators of FTX Digital Markets | Video and Audio |
| Cullen | Stockmeyer | Alvarez & Marsal | 4045805928 | FTX Trading Ltd. |
| Cullen | Stockmeyer | Alvarez & Marsal | Debtor | Audio Only |
| Vince | Sullivan | Outlaw360 | | Audio Only |
| Bruce | Tan | 117 Partners | | Video and Audio |
| Nacif | Taousse | | Interested Party | Audio Only |
| Miles | Trevelyan | | | Audio Only |
| Ethan | Trotz | Katten Muchin Rosenman LLP | Creditor | Video and Audio |
| Katherine | Welch | Lewis Brisbois Bisgaard & Smith LLP | Evolve Bank & Trust, N.A. | Video and Audio |
| Jonathan | Weyand | Morris, Nichols, Arsht and Tunnell | Ad Hoc Committee of Non-US Customers of FTX | Video and Audio |
| Scott | Williams | Manier & Herod | Philadelphia Indemnity Insurance Company | Audio Only |
| Hamish | Wilson | | | Audio Only |
| Sarah | Wynn | | | Audio Only |
| Becky | Yerak | Wall Street Journal | News Corp | Audio Only |
| Alexandra | Zablocki | | Interested Party | Audio Only |
| ilya | golden | deutsche bank | | Audio Only |
| Sam | Baldwin | | | Video and Audio |
| Ryan | Beil | White & Case LLP | FTX DM JOLs | Video and Audio |
| Jennifer | Sanchez | | | Audio Only |
| Becky | Yerak | Wall Street Journal | News Corp | Audio Only |
| Ryan | Beil | White & Case LLP | FTX DM JOLs | Video and Audio |
| Jennifer | Sanchez | | | Audio Only |

| Becky | Yerak | Wall Street Journal | News Corp | Audio Only |
|---|---|---|---|---|
| Sam | Baldwin | | | Video and Audio |
| Ryan | Beil | White & Case LLP | FTX DM JOLs | Video and Audio |
| Taylor | Harrison | | | Audio Only |
| Jennifer | Sanchez | | | Audio Only |
| Becky | Yerak | Wall Street Journal | News Corp | Audio Only |
| Sam | Baldwin | | | Video and Audio |
| Ryan | Beil | White & Case LLP | FTX DM JOLs | Video and Audio |
| Amir | Isaiah | Morgan & Morgan P.A. | Morgan & Morgan | Video and Audio |
| Jason | Rosell | Pachulski Stang Ziehl & Jones LLP | Interested Party | Audio Only |
| Jennifer | Sanchez | | | Audio Only |
| Becky | Yerak | Wall Street Journal | News Corp | Audio Only |

| CASE NAME: *FTX Trading Ltd., et al.,* <br> CASE NO: 22-11068 (JTD) | SIGN-IN SHEET | COURTROOM LOCATION: 5 <br> DATE: November 20, 2024 at 2:00 p.m. (ET) |
|---|---|---|
| **Name** | **Law Firm** | **Client Representing** |
| ~~Adam G. Landis~~ | ~~Landis Rath & Cobb LLP~~ | ~~FTX Trading Ltd. *et al.*~~ |
| Matthew B. McGuire | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Howard W. Robertson | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Brian Glueckstein | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Justin DeCamp | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |