IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | Jointly Administered |
| | Re: Doc. No. 27572 |

**NOTICE OF WITHDRAWAL OF DOCUMENT NUMBER 27572**
**(NOTICE OF TRANSFER OF CLAIM)**

PLEASE TAKE NOTICE that FTXCREDITOR, LLC, hereby withdraws the *Transfer of Claim other than for Security* [D.I. 27572], filed on November 5, 2024.

Dated: November 20, 2024
Wilmington, Delaware

By: */s/ Christine McCabe*
Christine McCabe (No. 3695)
**ROSEN & ASSOCIATES, P.C.**
P.O. Box 7560
Wilmington, Delaware 19803
Telephone: (212) 223-1100
E-mail: cmccabe@rosenpc.com
- and -
Andrew K. Glenn
Tian "Skye" Gao
Naznen Rahman
**GLENN AGRE BERGMAN & FUENTES LLP**
1185 Avenue of the Americas, 22nd Fl.
New York, New York 10036
Telephone: (212) 970-1600
E-mail: aglenn@glennagre.com
 sgao@glennagre.com
 nrahman@glennagre.com

*Counsel to FTXCREDITOR, LLC*

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number is 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.