## **EXHIBIT C**

***In re Gen. Maritime Corp.***
**Case No. 11-15285 (MG) (Bankr. S.D.N.Y. Apr. 26, 2012)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                      :    Chapter 11
                                                            :
GENERAL MARITIME CORPORATION, et al.,    :    Case No. 11-15285 (MG)
                                                            :
                                    Debtors.           :    Jointly Administered
----------------------------------------------------------------x

**ORDER ESTIMATING CLASS 7 CLAIMS
FOR PURPOSES OF ESTABLISHING AN UNSECURED CLAIMS
RESERVE IN CONNECTION WITH DISTRIBUTIONS TO BE MADE
UNDER THE SECOND AMENDED JOINT PLAN OF REORGANIZATION
OF THE DEBTORS UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

Upon the motion (the "**Motion**")[1] of General Maritime Corporation ("**General Maritime**") and substantially all of its direct and indirect subsidiaries, as chapter 11 debtors and debtors-in-possession (each a "**Debtor**" and, collectively, the "**Debtors**") in the above-referenced chapter 11 cases (the "**Chapter 11 Cases**"), for an order estimating Class 7 Claims for purposes for purposes of establishing the Unsecured Claims Reserve in connection with distributions to be made under the Plan as more fully set forth in the Motion; and the Court having subject matter jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334 and the Amended Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated January 31, 2012 (Preska, C.J.); and the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and no other or further notice need be provided; and the

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

relief requested in the Motion being in the best interests of the Debtors and their estates and creditors, and the Court having reviewed the Motion, including the Pribor Declaration and the GCG Declaration, and having heard the statements in support of the relief requested therein at a hearing before the Court (the "**Hearing**"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as provided herein.

2. The Estimated Maximum Unsecured Claims Amount, as that term is used and defined in the Plan, shall be $327,500,000.00.

3. The Unsecured Claims Reserve as set forth in the Motion is approved in all respects.

4. The Debtors are authorized to take any and all actions that are necessary or appropriate to establish and administer the Unsecured Claims Reserve consistent with the terms of the Plan and to implement the terms of this Order. Nothing herein or in the Motion, nor any action by the Debtors to implement this Order, shall constitute an admission of the validity, nature, amount or priority of any Claim, and the Debtors reserve all of their rights to dispute the validity, nature, amount or priority of any Claim reserved for in the Unsecured Claims Reserve.

5. This Court shall retain jurisdiction to resolve all matters relating to the implementation of this Order.

Dated: April 26, 2012
       New York, New York

                                                  **/s/Martin Glenn**
                                                  MARTIN GLENN
                                          United States Bankruptcy Judge