## Exhibit 1: Disputed Claims Reserve

### Claims and Reserves

| USD in Millions | Allowed / Reconciled | Disputed Claims Reserve | | | Total Claims and Reserve | Financial Projections | Excess to Fin. Projections |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Estimated Allowed | Estimated Disallowed | Total Disputed Claims Reserve | | | |
| Class Ref: | [A] | [B] | [C] | [B + C = D] | [A + D = E] | [F] | [E - F = G] |
| Class 5A | $ 6,565 | $ 1,565 | $ 1,869 | $ 3,433 | $ 9,998 | $ 8,026 | $ 1,973 |
| Class 5B | 97 | 59 | 29 | 88 | 185 | 168 | 17 |
| **Total Class 5** | **$ 6,662** | **$ 1,623** | **$ 1,898** | **$ 3,521** | **$ 10,184** | **$ 8,194** | **$ 1,990** |
| Class 6A | 75 | 1,040 | 739 | 1,779 | 1,854 | 1,133 | 721 |
| Class 6B | 444 | 166 | 66 | 233 | 676 | 642 | 34 |
| **Total Class 6** | **$ 519** | **$ 1,206** | **$ 805** | **$ 2,011** | **$ 2,530** | **$ 1,776** | **$ 755** |
| Class 7A | 601 | 266 | 624 | 891 | 1,492 | 864 | 627 |
| Class 7B | 66 | 78 | 31 | 109 | 175 | 144 | 31 |
| Class 7C | 1 | 1 | 0 | 1 | 3 | 3 | 0 |
| **Total Class 7** | **$ 669** | **$ 345** | **$ 655** | **$ 1,001** | **$ 1,669** | **$ 1,011** | **$ 658** |
| **Total** | **$ 7,850** | **$ 3,175** | **$ 3,358** | **$ 6,533** | **$ 14,383** | **$ 10,981** | **$ 3,403** |

### Claims by Count

| Class | Allowed / Reconciled | Disputed Claims Reserve | | | Total Claims and Reserve | Financial Projections | Excess to Fin. Projections |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Estimated Allowed | Estimated Disallowed | Total Disputed Claims Reserve | | | |
| Ref: | [A] | [B] | [C] | [B + C = D] | [A + D = E] | [F] | [E - F = G] |
| Class 5A | 8,445 | 2,012 | 679 | 2,691 | 11,136 | 10,463 | 673 |
| Class 5B | 364 | 205 | 24 | 229 | 593 | 581 | 12 |
| **Total Class 5** | **8,809** | **2,217** | **703** | **2,920** | **11,729** | **11,044** | **685** |
| Class 6A | 33 | 180 | 27 | 207 | 240 | 157 | 83 |
| Class 6B | 7 | 30 | 1 | 31 | 38 | 63 | (25) |
| **Total Class 6** | **40** | **210** | **28** | **238** | **278** | **220** | **58** |
| Class 7A | 140,188 | 312,825 | 40,141 | 352,966 | 493,154 | 451,494 | 41,660 |
| Class 7B | 21,786 | 144,939 | 276 | 145,215 | 167,001 | 167,428 | (427) |
| Class 7C | 133 | 77 | 3 | 80 | 213 | 210 | 3 |
| **Total Class 7** | **162,107** | **457,841** | **40,420** | **498,261** | **660,368** | **619,132** | **41,236** |
| **Total** | **170,956** | **460,268** | **41,151** | **501,419** | **672,375** | **630,396** | **41,979** |