IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Dominick T. Gattuso and Denise S. Kraft of Heyman Enerio Gattuso & Hirzel LLP, hereby withdraw their appearance as counsel for Amanda Houghton.

PLEASE TAKE FURTHER NOTICE that the undersigned request to be removed from all service lists in this case, the mailing matrix, and the Court's electronic notice system.

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
Denise S. Kraft (#2778)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law
dkraft@hegh.law

Dated:  November 21, 2024

---

[1] The last four digits of FTX Trading Ltd. and West Realm Shires Services Inc. d/b/a FTX US's respective tax identification numbers are 3288 and 4002. A complete list of the numerous Debtors in these Chapter 11 cases, and their federal tax identification numbers, is available at https://cases.ra.kroll.com/FTX. Debtor Emergent Fidelity Technologies Ltd.'s principal place of business is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

**CERTIFICATE OF SERVICE**

I, Dominick T. Gattuso, hereby certify that on November 21, 2024, I caused copies of the foregoing *Notice of Withdrawal of Appearance and Request for Service of Papers* to be served upon all parties receiving ECF notice in this case.

    */s/ Dominick T. Gattuso*
    Dominick T. Gattuso (#3630)