**Re: Claim #51976 - Objection Response**
**United States Bankruptcy Court for the District of Delaware**
**Case No. 22-11068 (JTD)**

RECEIVED
2024 NOV 21 AM 11: 01

To the Honorable Court:

I, Antoine Aymard, hereby submit my response to the Debtors' One Hundred Twenty-Fifth Omnibus Objection regarding Claim #51976.

I specifically contest the modification of my USD balance in the proposed claim adjustment. While the Debtors have maintained my ETH (0.010000000) and USDT (5.00) balances, they have completely removed my USD balance of 5,700.00. I respectfully contest this specific modification for the following reasons:

### 1. CLAIM VERIFICATION

- My original claim accurately listed three holdings:
    - USD 5,700.00 (which the Debtors seek to reduce to 0.00)
    - ETH 0.032088100
    - USDT 5.00
- As evidenced in Exhibit A, I have provided clear proof specifically supporting the USD 5,700.00 amount that is being disputed
- This USD amount was in a pending withdrawal status when FTX collapsed

### 2. TIMING AND CAUSATION

- As shown in Exhibit A, the withdrawal request was confirmed by FTX on November 10, 2022 at 18:44 CET (French local time)
- FTX announced the suspension of all withdrawals less than 24 hours later
- The timing is critical: my funds were still in FTX's control when they halted operations
- This is not a case of a completed withdrawal - the funds never left FTX's possession

### 3. SYSTEM CONFIRMATION

- FTX's own system generated the email confirmation provided in Exhibit A. The withdrawal request was properly recorded in FTX's system on November 10, 2022
- While the withdrawal was confirmed by FTX, the funds were never received

- This email proves that:
    - The USD 5,700.00 was present in my account
    - FTX recognized and recorded this amount
    - The withdrawal process was initiated but not completed
- Their system's confirmation directly contradicts their current attempt to modify my claim to USD 0.00

## 4. BANK VERIFICATION

- The withdrawal was never processed to my bank account
- These funds remained within FTX's control
- The amount claimed (USD 5,700.00) represents actual funds held by FTX at the time of collapse

I maintain that my original USD claim amount of 5,700.00 is accurate and should be upheld based on the email evidence provided. I request that the Court reject this specific modification while maintaining the other elements of my claim.

**Contact Information:**
Antoine Aymard
6, rue Chomel, 75007 Paris, France
antaymard@gmail.com
+33 6 86 36 99 41

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

12/11/24 (12th Nov. 2024)

*[signature]*

**EXHIBIT A - Proof of Withdrawal Request - Claim #51976**

This document contains official evidence supporting my claim for USD 5,700.00 in pending withdrawals from FTX.

### 1. OVERVIEW

The following screenshots are from my personal email inbox, showing official correspondence from FTX EU regarding my withdrawal request made on November 10, 2022 at 18:44 (6:44 PM) French local time (French local time).

### 2. SCREENSHOTS PROVIDED

**Screenshot 1:** Official email from FTX EU confirming withdrawal request

- Sender: FTX official email address (support@ftx.com)
- Including FTX's standard withdrawal processing information
- Date: November 10, 2022 at 18:44 French local time (CET/UTC+1)
- Content: Confirmation of USD 5,700.00 withdrawal request

**Screenshot 2:** Additional view of the email showing complete header

- Showing email headers and authenticity details
- Recipient: antaymard@gmail.com

### 3. EMAIL CONTENT (English translation)

**Object :** FTX EU Withdrawal request

"Hello Antoine Aymard,

We have received a request to withdraw 5700.00 USD from your FTX EU account.

If you did not initiate this request, please change your password and contact customer support immediately.

Withdrawals are processed within one business day. FTX EU is not responsible for any delays or fees charged by your bank or intermediary parties. You can find more information at https://help.ftx.com/hc/en-us/articles/360043023772-Depositing-Withdrawing-Fiat-."

4. **SIGNIFICANCE These screenshots demonstrate that:**

- A withdrawal request for exactly USD 5,700.00 was properly submitted just before FTX's collapse
- The request was acknowledged by FTX's systems on November 10, 2022 at 18:44 CET
- The withdrawal was never completed due to FTX's suspension of withdrawals
- The funds remained in FTX's possession



*Screenshot 1*



*Screenshot 2*

ant des projets de lutte contre le changement
tique en France et dans le monde.
sulte :
laposte.fr/neutralitecarbone

www.laposte.fr

**FRANCE**  **CN07**  Service des Postes  **PRIORITAIRE / PAR AVION**
AVIS DE RÉCEPTION  XXX AVIS DE PAIEMENT
RK73476650 4FR

Timbre du bureau renvoyant l'avis
Stomp of the Post Office
returning the advice

e de l'envoi (Prénom, NOM, adresse) :
d States Bankruptcy Court
North Market Street, 3rd floor   MORLAIX
ington, Delaware 19801

12/11/2024

Bureau de dépôt          Date de dépôt
À renvoyer à l'expéditeur (Prénom, NOM, adresse) :
To be returned to sender:

Antoine AYMARD
5, rue de Pors Lavan

29630 Plougasnou
FRANCE

colissimo  livre  Montant Valeur déclarée
montant :

stination / To be completed at destination
é ci-dessus a été dûment :   Date et signature / Day of delivery and signature
n duly:
ered    Payé / Paid

tre signé par le destinataire ou, si les règlements du pays de destination le prévoient,
sonne autorisée ou par l'agent du bureau de destination.
e signed by the addressee (if it's authorized by the regulation of country of destination),
authorized, or by the postal worker at destination.

Zone réservée au traitement Poste

Après insertion de la CN07 dans la pochette plastique, fermer en retirant la protection adhésive.

## LORS DE LA RÉUTILISATION DE L'EMBALLAGE,
je veille **à recouvrir toute trace de l'envoi précédent,** y compris les marques de codes barre.

E N'OUBLIE PAS D'ACHETER UN AFFRANCHISSEMENT