## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: January 23, 2025 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 18, 2024 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION

TO:     (a) the U.S. Trustee; (b) counsel to the Committee; (c) the Securities and Exchange Commission; (d) the Internal Revenue Service; (e) the United States Department of Justice; (f) the United States Attorney for the District of Delaware; (g) counsel for the Ad Hoc Committee; (h) each claimant whose claim is subject to this Objection; and (i) to the extent not listed herein, those parties requesting notice pursuant to Bankruptcy Rule 2002.

**NOTICE TO ALL HOLDERS OF UNVERIFIED CLAIMS: THE DEBTORS HAVE FILED AN OBJECTION SEEKING TO DISALLOW AND EXPUNGE YOUR CLAIM.  IF THE COURT SUSTAINS THE DEBTORS' OBJECTION, MARCH 1, 2025 WILL BE THE DEADLINE TO COMMENCE THE KYC SUBMISSION PROCESS AND JUNE 1, 2025 WILL BE THE DEADLINE TO SUBMIT ALL REQUESTED KYC INFORMATION THROUGH THE FTX CUSTOMER CLAIMS PORTAL.**

**PLEASE TAKE NOTICE THAT** on November 22, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Debtors' One Hundred Thirtieth (Non-Substantive) Omnibus Objection to Unverified Customer Entitlement Claims* (the "Objection").[2]  A list of Unverified Claims subject to the Objection is attached as **Schedule 1**.

Unverified Claims are identified on Schedule 1 by the unique customer code assigned to each customer claim.  You will receive a separate email from Kroll providing the customer code for your claim(s).  After you receive your customer code, you should review Schedule 1 and locate your claim.  If you do not receive a customer code, you may contact the Customer Help Line via email at FTXInfo@ra.kroll.com  or call 888-482-0049 (US/Canada Toll-Free); 646-440-4176

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]  Capitalized terms not defined herein shall have the same meaning set forth in the Objection.

(International).

**PLEASE TAKE FURTHER NOTICE THAT**, if approved as set forth in the Objection, you must commence the Know Your Customer ("**KYC**") information submission process with respect to the Original Holder[3] of such Unverified Claim no later than **March 1, 2025 at 4:00 p.m. (ET)** (the "KYC Commencing Deadline") and submit all additional requested KYC information no later than **June 1, 2025 at 4:00 p.m. (ET)** (the "KYC Submission Deadline").

- If you have not already done so, you are required to commence the KYC submission process via the FTX Customer Claims Portal by the **KYC Commencing Deadline, March 1, 2025 at 4:00 p.m. (ET).** To commence the KYC submission process, you must log into the FTX Customer Claims Portal[4] and begin "Step 3 – Provide Know Your Customer (KYC) Information" for the Original Holder.

- In the event that you do not commence the KYC submission process with respect to your Unverified Claim(s) listed in Schedule 1 or prior to **March 1, 2025 at 4:00 p.m. (ET)** such Unverified Claim(s) **shall be disallowed and expunged in its entirety**.

- If you have commenced, but not yet completed, the KYC submission process, you must complete the submission of all KYC information requested by the Debtors or their KYC vendors by the **KYC Submission Deadline**, **June 1, 2025 at 4:00 p.m. (ET),** with respect to your Unverified Claim(s) listed in Schedule 1.

- In the event that you do not submit all KYC information requested by the Debtors or their KYC vendors with respect to your Unverified Claim(s) listed in Schedule 1 on or prior to **June 1, 2025 at 4:00 p.m. (ET)**, such Unverified Claim(s) **shall be disallowed and expunged in its entirety**.

**PLEASE TAKE FURTHER NOTICE THAT** this Objection applies only to Customer Entitlement Claims to the extent the Original Holder fails to satisfy the KYC Commencing Deadline and the KYC Submission Deadline. The Objection does not seek to disallow Customer Entitlement Claims of any holders who have submitted all requested KYC information to the Debtors, Sumsub and BitGo, as applicable, even if the KYC information has not yet been verified, cannot be validated, or has been rejected by the Debtors, Sumsub or BitGo. You may check your claim's KYC status by logging into the FTX Customer Claims Portal. If you have further questions regarding your claim status, you may contact the Customer Support via email at support@ftx.com. Please include your customer code in the email subject line.

---

[3] The Original Holder means the customer who held the Customer Entitlement Claim(s) as of the Petition Date.

[4] Claimants may access the Customer Claims Portal at https://claims.ftx.com/welcome. Detailed instructions regarding the KYC process for individual customers are available on the Customer Claims Portal at https://support.ftx.com/hc/en-us/articles/17964384447124-KYC-Guidelines-for-Individual-Customers, and instructions for institutional customers are available at https://support.ftx.com/hc/en-us/articles/17964603342740-KYC-Guidelines-for-Institutional-Customers.

**PLEASE TAKE FURTHER NOTICE THAT** responses, if any, to the relief requested in the Objection must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **December 18, 2024 at 4:00 p.m. (ET)** (the "Objection Response Deadline").  At the same time, you must also serve a copy of the response upon the undersigned counsel so as to be **received no later than 4:00 p.m. (ET) on December 18, 2024**.

Do not file KYC documents on the docket or mail them to the Court.  Documents filed with the Court are publicly viewable.  **You must file all KYC information through the Customer Claims Portal.  If you have any questions, you may contact the Customer Help Line via email at FTXInfo@ra.kroll.com or call 888-482-0049 (US/Canada Toll-Free); 646-440-4176 (International).**

A HEARING ON THE OBJECTION WILL BE HELD ON **JANUARY 23, 2025 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE JOHN T. DORSEY, CHIEF UNITED STATES BANKRUPTCY COURT JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM 5, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 22, 2024
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
        brown@lrclaw.com
        pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**

Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
        bromleyj@sullcrom.com
        gluecksteinb@sullcrom.com
        kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*