# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 5, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the Supplemental Counterparties Service List attached hereto as **Exhibit A**:

- Notice of Filing of First Amended Plan Supplement [Docket No. 25649]

- Notice of (I) Executory Contracts and Unexpired Leases Proposed to Be Assumed by the Debtors Pursuant to the First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates, (II) Cure Amounts, if Any, and (III) Related Procedures in Connection Therewith [Docket No. 25650]

On November 12, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Boba Foundation (f/k/a OMG Foundation), (ADRID: 13082020), c/o Keller Benvenutti Kim LLP, 425 Market ST Ste 2500, San Francisco, CA 94105-2478:

- Notice of Motion to Quash [Docket No. 25672]

- FTX Debtors' Motion for Entry of an Order (A) Authorizing the FTX Debtors' Entry Into, and Performance Under, the Global Settlement Agreement with the MDL Plaintiffs and MDL Counsel; (B) Approving the Global Settlement Agreement; and (C) Granting Related Relief [Docket No. 25683]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

- Order Approving Stipulation  [Docket No. 25684]

On November 12, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Core Service List attached hereto as **Exhibit B**:

- Order Quashing Notice of Deposition of John J. Ray III [Docket No. 26141]

On November 12, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Boba Foundation, (ADRID: 13056664), 425 Market St STGE 2500, San Francisco, CA 94105-2478:

- Motion of the Debtors for Entry of an Order (A) Authorizing the Debtors to Enter into a Settlement Agreement with Caroline Ellison (B) Approving the Settlement Agreement and (C) Granting Related Relief [Docket No. 26364]

Dated: November 18, 2024

  /s/ Paul Pullo
  Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 18, 2024, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ HERBERT BAER
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**Exhibit A**

Exhibit A
Supplemental Contract Counterparties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 26802680 | AURADINE, INC. | 3200 CORONADO DRIVE | | | SANTA CLARA | CA | 95054 | |
| 26802648 | DONOTPAY, INC. | 440 MONTICELLO AVE STE 1802 | PMB 33301 | | NORFOLK | VA | 23510 | |
| 26802952 | UPBOTS GMBH | C/O DOMANDA VERWALTUNGS GMBH | F TRUST A6 | BAHNHOFPLATZ | ZUG | | 6300 | SWITZERLAND |

**Exhibit B**

Exhibit B

Supplemental Core Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 18965731 | Aranha, Paul Francis | C/ O Jane Kim | Keller Benvenutti Kim LLP | 425 Market St | Ste 2500 | San Francisco | CA | 94105-2478 |
| 18164211 | Voyager Digital Ltd., et al | Mcdermott Will & Emery Llp | Maris J. Kandestin | 1000 N West St Ste 1400 | | Wilmington | DE | 19801-1054 |

In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (JTD)

Page 1 of 1