# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 12, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Supplemental Service List attached hereto as **Exhibit A**,

- Notice of Agenda for Hearing Scheduled for October 7, 2024 at 10:00 a.m. (ET), before the Honorable John T. Dorsey at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801 [Docket No. 26253]

On November 13, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the Supplemental Contract Counterparties Service List attached hereto as **Exhibit B**:

- Notice of Filing of First Amended Plan Supplement [Docket No. 25649] (the" ***Amended Plan Supplement***")

- Notice of (I) Executory Contracts and Unexpired Leases Proposed to Be Assumed by the Debtors Pursuant to the First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates, (II) Cure Amounts, if Any, and (III) Related Procedures in Connection Therewith [Docket No. 25650] (the" ***Cure Notice***")

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

On November 14, 2024, at my direction and under my supervision, employees of Kroll caused the Amended Plan Supplement and Cure Notice to be served via First Class Mail on a notice party (ADRID: 18965731), whose name and address have been redacted in the interest of privacy.

Dated: November 21, 2024

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 21, 2024, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

**Exhibit A**

# Exhibit A

Supplemental Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 18965731 | Aranha, Paul Francis | C/ O Jane Kim | Keller Benvenutti Kim LLP | 425 Market St | Ste 2500 | San Francisco | CA | 94105-2478 |
| 13053353 | Voyager Digital, LLC | McDermott Will & Emery LLP | Maris J. Kandestin | 1000 N West St Ste 1400 | | Wilmington | DE | 19801-1054 |

In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (JTD)

Page 1 of 1

**Exhibit B**

Exhibit B

Supplemental Contract Counterparties Service List

Served via First Class Mail

| ADRID | NAME | ADDRESS1 | ADDRESS2 | CITY | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| 26802852 | ENTROPY PROTOCOL LTD. | ELLEN SKELTON BUILDING FISHERS LANE | | ROAD TOWN TORTOLA | | BRITISH VIRGIN ISLANDS |
| 26802729 | LIQUITY AG | DUFOURSTRASSE 43 | 8008 ZURICH | ZURICH | 8008 | SWITZERLAND |