IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., *et al.*,

Debtors.

Chapter 11

Case No. 22-11068 (JTD)

(Jointly Administered)

## TRANSFER OF PARTIAL CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | | | |
|---|---|---|---|
| Name of Transferee: | **Svalbard II Holdings Limited** | Name of Transferor: | **(Name Redacted)** |
| Name and Address where notices and payments to transferee should be sent: | **Attestor Value Master Fund LP[1]**<br>**c/o Attestor Limited**<br>**7 Seymour Street**<br>**W1H 7JW**<br>**London, United Kingdom** | Last known address: | **(Address Redacted)** |
| Email:<br>Phone: | **Attn: Steve Gillies**<br>**settlements@attestorcapital.com**<br>**+44(0)20 7074 9653** | Claim No: | 76230 |
| Last Four Digits of Acct #: | | Percentage of Claim Transferred: | 49.077622157% |
| | | Date Claim Filed: | 23/09/2023 |

---

[1] Any payments on account of the claim referenced in this evidence and notice shall be made to the order of Attestor Value Master Fund LP.

Local Form 138

Doc ID: 2ca75bf6b41ce764b22a0aa005feff457b71f2d6

Phone:     **(Redacted)**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: 11/25/2024 _____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

2

Doc ID: 2ca75bf6b41ce764b22a0aa005feff457b71f2d6

## EVIDENCE OF TRANSFER OF PARTIAL CLAIM

TO THE DEBTORS AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, and pursuant to an Assignment of Claim, dated as of December 27 2023, **(Redacted)** ("**Seller**") has unconditionally and irrevocably sold, transferred, and assigned to Svalbard II Holdings Limited ("**Purchaser**") 49.077622157% of all of Seller's right, title, and interest in and to its "claim" or "claims" (as defined in 11 U.S.C. § 101(5)) (the "**Claim**") as set forth in the proof of claim filed as Claim No. **76230** against the debtor(s) in *re: FTX Trading Ltd.* (Case No. 22-bk-11068) pending in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

Seller hereby waives any objection to the transfer of the Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring 49.077622157% of the Claim to Purchaser and recognizing Purchaser as the 49.077622157% owner and holder of such Claim. You are hereby requested to make 49.077622157% of all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on November 25, 2024.

By: (Name Redacted)

3

Doc ID: 2ca75bf6b41ce764b22a0aa005feff457b71f2d6