Dear District Bankruptcy Court of Delaware, in regard to Case No. 22-11068

Nov 13th, 2024

My name is Lucas Brito and I am writing into you today to file an objection on behalf of myself over the Omnibus objection I just received last week about my unliquidated Proof of Claims.

I have been repeatedly attempting to contact support via various emails throughout this last year in regards to access to my account for me to follow up on my claim. I was never given access until after the date for filing had already past (by over 3 months as well mind you)

I have the emails saved as proof of my continued attempts to contact their support system to handle this matter and was repeatedly told that the matter had already been resolved when it hadn't been or I was sent around to other support agents and forced to start the entire support process over again from step 1. As you can imagine this has gotten to the point where I am irate and would just like to have my unliquidated claims be given back to me without anymore hassle.

Attached inside this envolope will be my proof of claims along with a copy of the documents I received via email.

**This letter is an official objection to the Debtors one-hundred twenty-fourth (Substantive) Omnibus Objection to Certain Fully or Partially Unliquidated Proofs of Claims.**

As stated within the document, this is my written objection which was sent on Nov 13th, 2024 via signed letter to the District Bankruptcy Court of Delaware.

Signed: Lucas L Brito

*[signature]*

*[Notary seal: Amanda Korynta, Notary Public, State of North Dakota, My Commission Expires August 20, 2025]*

*[Notary signature]* Nov. 18, 2024

FTX Trading Ltd. 22-11068 (JTD)
One Hundred Twenty-Fourth Omnibus Claims Objection
Schedule 1 - Modified Claims

| | | Asserted Claims | | | Modified Claims | |
|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| 26683 | Lucas L Brito | West Realm Shires Services Inc. | BAT | 473.897011040000000 | West Realm Shires Services Inc. | 473.897011040000000 |
| | | | DOGE | 1,099.016455150000000 | | 1,099.016455150000000 |
| | | | ETH | 0.263279790000000 | | 0.263279790000000 |
| | | | ETHW | 0.263085393200000 | | 0.263085393200000 |
| | | | SHIB | | | 64,597,101.228063720000000 |
| | | | USD | 0.000000003386391 | | 0.000000003386391 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: December 12, 2024 at 1:00 p.m. (ET) |
| | Objection Deadline: December 6, 2024 at 4:00 p.m. (ET) |
| | Ref. No. 27181 |

### NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

**YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 AND/OR SCHEDULE 2 OF EXHIBIT A ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**

**UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

**PLEASE TAKE NOTICE** that on October 23, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Debtors' One Hundred Twenty-Fourth (Substantive) Omnibus Objection to Certain Fully or Partially Unliquidated Proofs of Claim (Customer Claims)* (the "Omnibus Objection") [D.I. 27181].[2] Attached hereto as **Exhibit 1** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index. The Omnibus Objection can be found at docket number 27181.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **December 6, 2024 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **December 12, 2024 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, Chief United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: October 23, 2024
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
    brown@lrclaw.com
    pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
    bromleyj@sullcrom.com
    gluecksteinb@sullcrom.com
    kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

{1368.002-W0077814.2}                    2

# **EXHIBIT 1**

{1368.002-W0077814.2}

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

SS FIRMLY TO SEAL

US POSTAGE PAID
$10.45
Origin: 56560
11/18/24
2664800560-0

PRIORITY MAIL®

0 Lb 2.20 O
RDC 0:

ELIVERY DAY: 11/21/24

C012

MARKET ST
INGTON DE 19801-3024

USPS TRACKING® #

9505 5114 2932 4323 1744 42

FROM: Lucas Brito
4101 19th ave S, apt 104
Fargo, ND, 58103

TO: Delaware Bankr
Clerk office
824 N Market St
3rd Floor
Wilmington DE
19801






USPS PRIORITY MAIL FLAT RATE

US POSTAGE PAID $10.45
Origin: 56560
11/18/24
2664800560-0

EXPECTED DELIVERY DAY: 11/21/24

SHIP TO:
824 N MARKET ST
WILMINGTON DE 19801-3024

USPS TRACKING #
9505 5114 2932 4323 1744 42

FROM: Lucas Brito
4101 19th Ave S, apt 10
Fargo, ND, 58103

TO: — Delaware
Clerk
824 N Market
3rd Floor
Wilmington
1980