**Sean Glantz**
61534 Lucia St #2
Bend, OR 97703
Sean.Glantz@gmail.com
315-225-5835
**Date**: 11/12/2024

RECEIVED
2024 NOV 25  AM 10: 17
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Clerk of the United States Bankruptcy Court**
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

**Re**: FTX Trading Ltd., Case No. 22-11068 (JTD) – Response to Debtors' One Hundred First Omnibus Objection to Claim No. 62879

Dear Clerk of the Court,

I am writing to respectfully submit my response to the Debtors' One Hundred First Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim in the matter of **FTX Trading Ltd., Case No. 22-11068 (JTD)**. My **claim number is 62879**.

On **November 11, 2024**, I sent an email to the Clerk's Office to explain my situation and request permission to submit my response electronically. As noted in that email, I had registered with PACER for e-filing; however, my registration status was pending, and by the time it was activated, I discovered I could not e-file because I am not an attorney admitted in Delaware. Given the court closure on the holiday, I was unable to meet the original filing deadline.

In light of these circumstances, I am mailing a physical copy of my response and supporting documents to ensure that my objection is properly filed and received by the court. I respectfully request that the court accept this submission as timely, given the extenuating circumstances and my good-faith efforts to file on time.

Thank you for your attention and understanding. Please do not hesitate to reach out if any further documentation or clarification is needed to process this submission.

Respectfully submitted,

*[signature]*

**Sean Glantz**
61534 Lucia St
Unit 2
Bend, OR 97702
Sean.Glantz@bend.k12.or.us
315-225-5835

## 1. Response Document

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:
**FTX TRADING LTD., et al.,**
Debtors.

Chapter 11
Case No. 22-11068 (JTD)
Claim No. 62879

**RESPONSE TO DEBTORS' ONE HUNDRED FIRST (SUBSTANTIVE) OMNIBUS OBJECTION TO CLAIM NO. 62879**

TO THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY JUDGE:

Sean Glantz ("Claimant"), as claimant in the above-referenced bankruptcy case, respectfully submits this response to the Debtors' One Hundred First (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) (the "Objection") as it pertains to Claim No. 62879. In support of this Response, Claimant states as follows:

### 1. Background and Basis for the Claim

- Claimant filed Claim No. 62879 on [Date of Claim Submission] in the amount of 644.03 USD and various cryptocurrency holdings, which were held in their FTX account prior to the bankruptcy filing.
- In support of this claim, Claimant provided a timestamped photograph documenting the account balances as of the filing date, showing the following specific holdings:
    - **DOGE**: 13.2009
    - **ETH**: 6.8825
    - **ETHW**: 6.4541
    - **LINK**: 383.42
    - **USD**: 644.03
    - **USDT**: $1.08

### 2. Objection by the Debtors

- The Debtors' Objection challenges the amounts listed in Claim No. 62879, proposing a modification based on Debtors' internal records, which do not reflect the claimed cryptocurrency and fiat balances.
- According to the Objection, the account's cryptocurrency balances and USD balance differ significantly from the amounts stated in the original claim.

### 3. Claimant's Evidence Supporting the Claim

- Claimant has provided a timestamped photograph as evidence of their FTX account balance as of the filing date, accurately showing the cryptocurrency and fiat balances claimed.
- This photograph was included with the original proof of claim, providing clear documentation of the asserted balances.
- Claimant is prepared to present additional supporting documentation, such as transaction histories or account statements, to substantiate the amounts claimed if required by the Court.

### 4. Relief Requested

- Claimant respectfully requests that the Court deny the Debtors' proposed modification of Claim No. 62879 and allow the claim as originally filed, in the amount of 644.03 USD and listed cryptocurrency balances.
- Alternatively, if further documentation is deemed necessary, Claimant requests an evidentiary hearing to present supporting documents and testimony confirming the validity of the claim.

### 5. Conclusion

- For the reasons stated above, Claimant respectfully requests that the Court overrule the Debtors' Objection to Claim No. 62879, allow Claim No. 62879 as originally filed, and grant such further relief as the Court deems just and proper.

**Dated:** 11/11/2024
**Respectfully submitted,**

Sean Glantz
61534 Lucia St #2
Sean.Glantz@gmail.com
315-225-5835

