# EXHIBIT A

**Fees**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600     TAX I.D. NO. 51-0082644     (302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial     Writer's E-Mail
(302) 571-6646     mlunn@ycst.com

| | |
|---|---|
| Official Committee of Unsecured Creditors | Invoice Date: October 31, 2024 |
| 200 Park Avenue | Invoice Number: 50055811 |
| New York, NY 10166 | Matter Number: 102750.1001 |

Re: FTX
    Billing Period October 1, 2024 through and including October 8, 2024

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 34,205.00 |
| Disbursements | $ | 743.05 |
| Total Due This Invoice | $ | 34,948.05 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | October 31, 2024 |
| Billing Period October 1, 2024 through and including October 8, 2024 | | | Invoice Number: | | 50055811 |
| | | | Matter Number: | | 102750.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 10/01/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.30 | 115.50 |
| 10/02/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 38.50 |
| 10/02/24 | RFPOP | Review and analyze debtors motion to dismiss chapter 11 case of debtor Digital Custody | B001 | 0.30 | 295.50 |
| 10/04/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 77.00 |
| 10/01/24 | MLUNN | Review amended agenda | B002 | 0.10 | 111.00 |
| 10/01/24 | RFPOP | Prepare for (.8) and attend (1.1) hearing on Debtors' motion to quash LayerZero parties' deposition notice | B002 | 1.90 | 1,871.50 |
| 10/02/24 | MLUNN | Correspondence and confer with R. Poppiti re: confirmation hearing issues and preparations | B002 | 0.20 | 222.00 |
| 10/03/24 | DLASK | Assemble pleadings, prepare confirmation hearing binders | B002 | 1.00 | 385.00 |
| 10/03/24 | MLUNN | Work with D. Laskin re: confirmation hearing materials | B002 | 0.10 | 111.00 |
| 10/03/24 | MLUNN | Review agenda re: October 7th hearing | B002 | 0.10 | 111.00 |
| 10/03/24 | RFPOP | Review and analyze debtors agenda for confirmation hearing | B002 | 0.20 | 197.00 |
| 10/06/24 | MLUNN | Review pleadings in preparation for confirmation hearing | B002 | 1.40 | 1,554.00 |
| 10/07/24 | DLASK | Assist hearing preparation, update hearing binders | B002 | 1.50 | 577.50 |
| 10/07/24 | DLASK | Assist at hearing | B002 | 0.30 | 115.50 |
| 10/07/24 | MLUNN | Prepare for confirmation hearing (.5); confer with PH in preparation for confirmation hearing (.4); attend confirmation hearing (8.1) | B002 | 9.00 | 9,990.00 |
| 10/07/24 | RFPOP | Prepare for (.9), including review revised proposed confirmation order and amended hearing agenda and meet and strategize with Paul Hastings team, and attend (8.1) contested confirmation hearing | B002 | 9.00 | 8,865.00 |

| Official Committee of Unsecured Creditors re: FTX | Invoice Date: | October 31, 2024 |
| Billing Period October 1, 2024 through and including October 8, 2024 | Invoice Number: | 50055811 |
| | Matter Number: | 102750.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 10/03/24 | RFPOP | Review and analyze debtors proposed settlement agreement with Ellison and related draft motion to approve the same, and email from Paul Hastings (Ken Pasquale) and counsel for debtors (Chis Dunne) re: same | B006 | 0.50 | 492.50 |
| 10/03/24 | RFPOP | Emails from Paul Hastings (Ken Pasquale) and counsel for debtors (Brad Harsch) re: proposed estate settlement, and review and analyze related notice and settlement agreement re: same | B006 | 0.40 | 394.00 |
| 10/07/24 | RFPOP | Email from Jefferies (Sebastian Carri) re: debtors proposed resolution of Aptos dispute | B006 | 0.10 | 98.50 |
| 10/03/24 | MLUNN | Review proposed claim settlement | B007 | 0.10 | 111.00 |
| 10/03/24 | MLUNN | Review draft settlement agreement re: Ellison claim | B007 | 0.20 | 222.00 |
| 10/02/24 | MLUNN | Update call with UCC members, PH, Jefferies and FTI | B008 | 0.30 | 333.00 |
| 10/02/24 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams and committee re: case update and strategy and upcoming deadlines and tasks | B008 | 0.30 | 295.50 |
| 10/02/24 | RFPOP | Review and analyze debtors motion to extend deadline to remove actions | B009 | 0.20 | 197.00 |
| 10/04/24 | RFPOP | Review and debtors and Celsius and JOL and Celsius joint exhibit and witness list for hearing on Celsius stay relief motion | B009 | 0.20 | 197.00 |
| 10/01/24 | MLUNN | Review reply in support of motion to quash LayerZero motion to depose J. Ray | B011 | 0.20 | 222.00 |
| 10/01/24 | MLUNN | Review JOL statement in support of confirmation | B012 | 0.10 | 111.00 |
| 10/01/24 | MLUNN | Review memorandum in support of confirmation | B012 | 1.20 | 1,332.00 |
| 10/01/24 | MLUNN | Review Lord Neuberger declaration in support of confirmation | B012 | 0.90 | 999.00 |
| 10/01/24 | MLUNN | Review ad hoc statement in support of confirmation | B012 | 0.10 | 111.00 |
| 10/01/24 | MLUNN | Call with R. Poppiti re: confirmation hearing issues and related matters | B012 | 0.10 | 111.00 |
| 10/01/24 | MLUNN | Review declaration of E. Mosely re: support of confirmation | B012 | 0.70 | 777.00 |
| 10/01/24 | RFPOP | Call with M. Lunn re: plan confirmation issues | B012 | 0.10 | 98.50 |

| | | Official Committee of Unsecured Creditors re: FTX Billing Period October 1, 2024 through and including October 8, 2024 | Invoice Date: Invoice Number: Matter Number: | | October 31, 2024 50055811 102750.1001 |
|---|---|---|---|---|---|

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 10/01/24 | RFPOP | Review and analyze debtors notice of witness and exhibit list for confirmation hearing | B012 | 0.10 | 98.50 |
| 10/02/24 | DLASK | Review transcript from October 1 hearing regarding references to confirmation hearing logistics | B012 | 0.40 | 154.00 |
| 10/02/24 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale), meet with M. Lunn and discussion with D. Laskin re: confirmation hearing issues | B012 | 0.30 | 295.50 |
| 10/03/24 | MLUNN | Review revised liquidating trust agreement | B012 | 0.60 | 666.00 |
| 10/03/24 | MLUNN | Review revised plan administrator agreement | B012 | 0.20 | 222.00 |
| 10/03/24 | RFPOP | Review and analyze statement of MDL No. 3076 class representative in support of chapter 11 plan | B012 | 0.10 | 98.50 |
| 10/03/24 | RFPOP | Review and analyze debtors second amended plan supplement | B012 | 0.80 | 788.00 |
| 10/04/24 | RFPOP | Review and analyze adversary class action plaintiffs statement in support of chapter 11 plan; review and analyze ELD Capital LLC exhibit list for confirmation hearing | B012 | 0.20 | 197.00 |
| 10/02/24 | DLASK | Prepare certificates of no objection for fee applications of Jefferies | B017 | 0.40 | 154.00 |
| 10/03/24 | JKOCH | Review CNOs for Jefferies 18th - 20th fee applications | B017 | 0.30 | 189.00 |
| 10/04/24 | DLASK | Review and respond to email from counsel regarding certificates of no objection Jefferies fee applications | B017 | 0.20 | 77.00 |
| 10/04/24 | DLASK | Finalize for filing , file certificates of no objection for Jefferies fee applications | B017 | 0.60 | 231.00 |
| 10/01/24 | RFPOP | Review and analyze Celsius sur-reply in support of stay relief motion | BN014 | 0.30 | 295.50 |
| | | | **Total** | **35.90** | **$34,205.00** |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | October 31, 2024 |
| Billing Period October 1, 2024 through and including October 8, 2024 | | | Invoice Number: | | 50055811 |
| | | | Matter Number: | | 102750.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| DLASK | Debbie Laskin | Paralegal | 5.00 | 385.00 | 1,925.00 |
| JKOCH | Jared W. Kochenash | Associate | 0.30 | 630.00 | 189.00 |
| MLUNN | Matthew B. Lunn | Partner | 15.60 | 1,110.00 | 17,316.00 |
| RFPOP | Robert F. Poppiti | Partner | 15.00 | 985.00 | 14,775.00 |
| **Total** | | | **35.90** | | **$34,205.00** |

| | | | | |
|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | Invoice Date: | | October 31, 2024 |
| Billing Period October 1, 2024 through and including October 8, 2024 | | Invoice Number: | | 50055811 |
| | | Matter Number: | | 102750.1001 |

**Task Summary**

**Task Code:B001**            **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Robert F. Poppiti | Partner | 0.30 | 985.00 | 295.50 |
| Debbie Laskin | Paralegal | 0.60 | 385.00 | 231.00 |
| **Total** | | **0.90** | | **526.50** |

**Task Code:B002**            **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Matthew B. Lunn | Partner | 10.90 | 1,110.00 | 12,099.00 |
| Robert F. Poppiti | Partner | 11.10 | 985.00 | 10,933.50 |
| Debbie Laskin | Paralegal | 2.80 | 385.00 | 1,078.00 |
| **Total** | | **24.80** | | **24,110.50** |

**Task Code:B006**            **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Robert F. Poppiti | Partner | 1.00 | 985.00 | 985.00 |
| **Total** | | **1.00** | | **985.00** |

**Task Code:B007**            **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Matthew B. Lunn | Partner | 0.30 | 1,110.00 | 333.00 |
| **Total** | | **0.30** | | **333.00** |

**Task Code:B008**            **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Matthew B. Lunn | Partner | 0.30 | 1,110.00 | 333.00 |
| Robert F. Poppiti | Partner | 0.30 | 985.00 | 295.50 |
| **Total** | | **0.60** | | **628.50** |

**Task Code:B009**            **Stay Relief Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Robert F. Poppiti | Partner | 0.40 | 985.00 | 394.00 |
| **Total** | | **0.40** | | **394.00** |

| | | | | |
|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | Invoice Date: | | October 31, 2024 |
| Billing Period October 1, 2024 through and including October 8, 2024 | | Invoice Number: | | 50055811 |
| | | Matter Number: | | 102750.1001 |

**Task Code:B011**      **Other Adversary Proceedings**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.20 | 1,110.00 | 222.00 |
| **Total** | | **0.20** | | **222.00** |

**Task Code:B012**      **Plan and Disclosure Statement**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 3.90 | 1,110.00 | 4,329.00 |
| Robert F. Poppiti | Partner | 1.60 | 985.00 | 1,576.00 |
| Debbie Laskin | Paralegal | 0.40 | 385.00 | 154.00 |
| **Total** | | **5.90** | | **6,059.00** |

**Task Code:B017**      **Retention of Professionals/Fee Issues**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Jared W. Kochenash | Associate | 0.30 | 630.00 | 189.00 |
| Debbie Laskin | Paralegal | 1.20 | 385.00 | 462.00 |
| **Total** | | **1.50** | | **651.00** |

**Task Code:BN014**      **FTX Digital Chapter 15 Proceeding**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Robert F. Poppiti | Partner | 0.30 | 985.00 | 295.50 |
| **Total** | | **0.30** | | **295.50** |

# **EXHIBIT B**

**Expenses**

| | | | |
|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | Invoice Date: | October 31, 2024 |
| Billing Period October 1, 2024 through and including October 8, 2024 | | Invoice Number: | 50055811 |
| | | Matter Number: | 102750.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 10/01/24 | Reliable Wilmington - Deposition/Transcript Transcript invoice of FTX 5/23/24 hearing | 1.00 | 55.35 |
| 10/03/24 | Photocopy Charges Duplication BW | 74.00 | 7.40 |
| 10/03/24 | Photocopy Charges Duplication BW | 99.00 | 9.90 |
| 10/03/24 | Photocopy Charges Duplication BW | 4,198.00 | 419.80 |
| 10/03/24 | Photocopy Charges Duplication BW | 14.00 | 1.40 |
| 10/07/24 | Photocopy Charges Duplication BW | 304.00 | 30.40 |
| 10/07/24 | Photocopy Charges Duplication BW | 302.00 | 30.20 |
| 10/07/24 | Photocopy Charges Duplication BW | 28.00 | 2.80 |
| 10/07/24 | Photocopy Charges Duplication BW | 151.00 | 15.10 |
| 10/07/24 | Photocopy Charges Duplication BW | 14.00 | 1.40 |
| 10/07/24 | Photocopy Charges Duplication BW | 28.00 | 2.80 |
| 10/07/24 | Parcels, Inc. - Brew HaHa 1105733 - Delivery Charge for working breakfast for client team and YCST team for 10/7/24 hearing | 1.00 | 60.00 |
| 10/07/24 | Parcels, Inc. - Brew HaHa 1105733 - Working breakfast for client team and YCST team in for hearing 10/7/24 | 1.00 | 42.50 |
| 10/07/24 | Parcels, Inc. - YCST Judge Dorsey's Courtroom 1105706 | 1.00 | 32.00 |
| 10/07/24 | Parcels, Inc. - Judge Dorsey's Courtroom YCST 1105705 | 1.00 | 32.00 |
| | **Total** | | **$743.05** |

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | Invoice Date: | October 31, 2024 |
| Billing Period October 1, 2024 through and including October 8, 2024 | Invoice Number: | 50055811 |
| | Matter Number: | 102750.1001 |

**Cost Summary**

| **Description** | **Amount** |
|---|---:|
| Delivery / Courier | 64.00 |
| Deposition/Transcript | 55.35 |
| Reproduction Charges | 521.20 |
| Working Meals | 102.50 |
| **Total** | **$743.05** |