**EXHIBIT A**

**Monthly Statement for the Fee Period**

(attached)



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Official Committee of Unsecured Creditors of FTX Trading<br>C/O FTX Trading Ltd. | November 21, 2024<br><br>Please Refer to<br>Invoice Number: 2420502 |
| Attn: John J. Ray III/ Owl Hill Advisor, LLC | PH LLP Tax ID No. 95-2209675 |

## SUMMARY SHEET

**Case Administration - FTX Trading chapter 11 cases**
PH LLP Client/Matter # 51281-00002
Kris Hansen

| | |
|---|---:|
| Legal fees for professional services for the period ending October 8, 2024 | $156,191.50 |
| Costs incurred and advanced | 88,643.96 |
| **Current Fees and Costs Due** | **$244,835.46** |
| **Total Balance Due - Due Upon Receipt** | **$244,835.46** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Official Committee of Unsecured Creditors of FTX Trading<br>C/O FTX Trading Ltd. | November 21, 2024<br><br>Please Refer to<br>Invoice Number: 2420502 |
| Attn: John J. Ray III/ Owl Hill Advisor, LLC | PH LLP Tax ID No. 95-2209675 |

## REMITTANCE COPY

### Case Administration - FTX Trading chapter 11 cases
PH LLP Client/Matter # 51281-00002
Kris Hansen

| | |
|---|---:|
| Legal fees for professional services for the period ending October 8, 2024 | $156,191.50 |
| Costs incurred and advanced | 88,643.96 |
| **Current Fees and Costs Due** | **$244,835.46** |
| **Total Balance Due - Due Upon Receipt** | **$244,835.46** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Official Committee of Unsecured Creditors of FTX Trading
C/O FTX Trading Ltd.

November 21, 2024

Please Refer to
Invoice Number: 2420502

Attn: John J. Ray III/ Owl Hill Advisor, LLC

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 8, 2024

**Case Administration - FTX Trading chapter 11 cases**                                    $156,191.50

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B110** | **Case Administration** | | | | |
| 10/01/2024 | ML30 | Monitor pending dockets in DE, SDNY, NY, DNJ (.7); review recent filings and update working group re same (.6); update case calendars re same (.2) | 1.50 | 565.00 | 847.50 |
| 10/02/2024 | ML30 | Monitor pending dockets in DE, SDNY, NY, DNJ (.7); review recent filings and update working group re same (.5) | 1.20 | 565.00 | 678.00 |
| 10/03/2024 | ML30 | Monitor pending dockets in DE, SDNY, NY, DNJ (.7); review recent filings and update working group re same (.6); update case calendars re same (.2) | 1.50 | 565.00 | 847.50 |
| 10/04/2024 | ML30 | Monitor pending dockets in DE, SDNY, NY, DNJ (.7); review recent filings and update working group re same (.6) | 1.30 | 565.00 | 734.50 |
| 10/07/2024 | ML30 | Monitor pending dockets in DE, SDNY, NY, DNJ (.7); review recent filings and update working group re same (.6); update case calendars re same (.2) | 1.50 | 565.00 | 847.50 |
| 10/08/2024 | LK19 | Update working group list and issue/task list regarding post-confirmation items | 0.50 | 985.00 | 492.50 |

Official Committee of Unsecured Creditors of FTX Trading    Page 2
51281-00002
Invoice No. 2420502

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/08/2024 | ML30 | Monitor pending dockets in DE, SDNY, NY, DNJ (.7); review recent filings and update working group re same (.9); update case calendars re same (.2) | 1.80 | 565.00 | 1,017.00 |
| | | **Subtotal: B110  Case Administration** | **9.30** | | **5,464.50** |

**B112    General Creditor Inquiries**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/2024 | JI2 | Call with individual creditor re claim questions (.5); correspond with creditor re same (.4); analyze schedules re same (.8); correspond with K. Pasquale re same (.2) | 1.90 | 1,295.00 | 2,460.50 |
| 10/03/2024 | KP17 | Calls with creditor re plan and trust agreement issues | 0.50 | 2,100.00 | 1,050.00 |
| 10/08/2024 | IS6 | Correspond with creditors re FTX and plan confirmation | 0.60 | 1,550.00 | 930.00 |
| 10/08/2024 | JI2 | Update content on committee website | 1.90 | 1,295.00 | 2,460.50 |
| 10/08/2024 | KP17 | Review and revise creditor web page for confirmation developments (.2); call with creditor re plan confirmation (.3) | 0.50 | 2,100.00 | 1,050.00 |
| | | **Subtotal: B112  General Creditor Inquiries** | **5.40** | | **7,951.00** |

**B113    Case Analysis/Pleading Analysis**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/03/2024 | LM20 | Review and summarize recent case filings | 1.10 | 985.00 | 1,083.50 |
| | | **Subtotal: B113  Case Analysis/Pleading Analysis** | **1.10** | | **1,083.50** |

**B115    Meetings and Communications with Debtors**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/2024 | GS13 | Emails with S&C regarding liquidating trust agreement and plan administration agreement | 0.30 | 1,835.00 | 550.50 |
| 10/03/2024 | KP17 | Emails with S&C re debtors' settlement agreement re GAP | 0.20 | 2,100.00 | 420.00 |

Official Committee of Unsecured Creditors of FTX Trading  Page 3
51281-00002
Invoice No. 2420502

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/07/2024 | GS15 | Call with D. Hariton (S&C) re tax update matters | 0.30 | 1,850.00 | 555.00 |
| 10/08/2024 | KP17 | Call with A&M and parties re claims process | 0.40 | 2,100.00 | 840.00 |
| | | **Subtotal: B115  Meetings and Communications with Debtors** | **1.20** | | **2,365.50** |

**B130    Asset Disposition**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/03/2024 | FM7 | Review Jefferies correspondence regarding M&A update (0.2); review 5006 update documents (0.3) | 0.50 | 2,100.00 | 1,050.00 |
| 10/03/2024 | KP17 | Analyze revised 5006 settlement proposals | 0.30 | 2,100.00 | 630.00 |
| 10/03/2024 | KH18 | Review 5006 updated settlement documents | 0.40 | 2,300.00 | 920.00 |
| 10/04/2024 | KP17 | Review 5006 settlement documents | 0.30 | 2,100.00 | 630.00 |
| 10/06/2024 | BK12 | Review Debtors' deck posted to VDR re: latest 5006 proposal (0.2); review deck from S. Carri re: same (0.2); review email from M. Diodato re: 5006 proposal (0.3) | 0.70 | 1,835.00 | 1,284.50 |
| 10/06/2024 | FM7 | Review Jefferies documents regarding 5006 (0.3); review B. Kelly correspondence regarding 5006 (0.1); review FTI analysis regarding 5006 (0.2) | 0.60 | 2,100.00 | 1,260.00 |
| | | **Subtotal: B130  Asset Disposition** | **2.80** | | **5,774.50** |

**B150    Meetings of and Communications with Creditors**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/16/2024 | EG18 | Participate in UCC advisor telephone conference regarding plan and case issues in prep for Committee meeting | 0.30 | 2,100.00 | 630.00 |
| 09/18/2024 | EG18 | Attend UCC meeting (.3); follow up review of certain issues discussed (.3) | 0.60 | 2,100.00 | 1,260.00 |
| 10/01/2024 | FM7 | Review UCC correspondence regarding UCC meeting agenda | 0.20 | 2,100.00 | 420.00 |

Official Committee of Unsecured Creditors of FTX Trading              Page 4
51281-00002
Invoice No. 2420502

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/2024 | KP17 | Review agenda and prepare talking points for Committee meeting | 0.40 | 2,100.00 | 840.00 |
| 10/01/2024 | LK19 | Prepare summary for UCC members regarding confirmation-related pleadings (0.3); email UCC members regarding agenda for 10/02/24 Committee meeting (0.2) | 0.50 | 985.00 | 492.50 |
| 10/02/2024 | EG18 | Review agenda and prepare notes for UCC meeting (.2); participate in UCC meeting (.3) | 0.50 | 2,100.00 | 1,050.00 |
| 10/02/2024 | GS13 | Review agenda and prepare notes for committee telephone conference (.1); participate in committee telephone conference (.3) | 0.40 | 1,835.00 | 734.00 |
| 10/02/2024 | KP17 | Review documents and notes on certain agenda items in prep for Committee meeting (.3); participate in Committee meeting (.3) | 0.60 | 2,100.00 | 1,260.00 |
| 10/02/2024 | LK19 | Attend and take minutes of UCC meeting (0.3); email UCC and creditor advisory committee members regarding 10/07/24 hearing (0.2) | 0.50 | 985.00 | 492.50 |
| 10/07/2024 | GS13 | Prepare emails to committee, FTI and Jefferies regarding confirmation update | 0.70 | 1,835.00 | 1,284.50 |
| 10/07/2024 | LK19 | Correspond with UCC members regarding confirmation hearing | 0.20 | 985.00 | 197.00 |
| | | **Subtotal: B150  Meetings of and Communications with Creditors** | **4.90** | | **8,660.50** |

**B155 Court Hearings**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/2024 | GS13 | Monitor hearing on J. Ray deposition by LayerZero (1.2); review submissions, open issues, and related caselaw to prepare for same (.6) | 1.80 | 1,835.00 | 3,303.00 |

Official Committee of Unsecured Creditors of FTX Trading     Page 5
51281-00002
Invoice No. 2420502

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/2024 | LK19 | Telephonically monitor portions of hearing and ruling on LayerZero deposition issues (0.3); correspond with K. Pasquale and M. Laskowski regarding 10/07/24 hearing needs (0.3) | 0.60 | 985.00 | 591.00 |
| 10/01/2024 | ML30 | Monitor the hearing re motion to quash Ray subpoena | 1.20 | 565.00 | 678.00 |
| 10/02/2024 | KP17 | Review certain plan submissions in prep for confirmation hearing | 1.40 | 2,100.00 | 2,940.00 |
| 10/03/2024 | KP17 | Review plan/confirming filings and prepare outline for confirmation hearing | 1.80 | 2,100.00 | 3,780.00 |
| 10/03/2024 | LK19 | Correspond with M. Laskowski regarding filings and pleadings needed for 10/07/24 hearing prep and live lines needed for hearing for UCC members and creditor advisory committee members | 0.60 | 985.00 | 591.00 |
| 10/03/2024 | ML30 | Correspond with L. Koch re 10/7/24 hearing needs (.2); prepare reference materials for confirmation hearing (1.0) | 1.20 | 565.00 | 678.00 |
| 10/04/2024 | KP17 | Review pleadings and plan confirmation documents in prep for hearing | 1.30 | 2,100.00 | 2,730.00 |
| 10/04/2024 | LK19 | Correspond with M. Laskowski regarding documents needed for confirmation hearing on 10/07/24 | 0.20 | 985.00 | 197.00 |
| 10/04/2024 | ML30 | Continue preparing reference materials for 10.7.24 hearing | 0.90 | 565.00 | 508.50 |
| 10/05/2024 | KP17 | Continue reviewing plan-related submissions and preparing outline for confirmation hearing | 2.30 | 2,100.00 | 4,830.00 |
| 10/05/2024 | LK19 | Correspond with M. Laskowski and K. Pasquale regarding additional documents needed for confirmation hearing on 10/07/24 | 0.10 | 985.00 | 98.50 |
| 10/06/2024 | ML30 | Correspond with L. Koch re 10/7/24 hearing needs (.2); prepare additional reference materials for confirmation hearing (.8) | 1.00 | 565.00 | 565.00 |

Official Committee of Unsecured Creditors of FTX Trading  Page 6
51281-00002
Invoice No. 2420502

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/07/2024 | GS13 | Review certain submissions and caselaw in prep for confirmation hearing (.3); participate in confirmation hearing and related court discussions (6.3) | 6.60 | 1,835.00 | 12,111.00 |
| 10/07/2024 | IS6 | Attend confirmation hearing (4.9); discussions with K. Pasquale, G. Sasson, L. Koch and YCST regarding hearing during recesses (1.4); prepare follow up notes regarding same (.2) | 6.50 | 1,550.00 | 10,075.00 |
| 10/07/2024 | KP17 | Review plan filings/issues and supplement outline for confirmation hearing (1.8); participate in confirmation hearing and related recess discussions (6.3) | 8.10 | 2,100.00 | 17,010.00 |
| 10/07/2024 | KH18 | Attend part of confirmation hearing | 1.80 | 2,300.00 | 4,140.00 |
| 10/07/2024 | LK19 | Attend confirmation hearing (4.9); discussions with K. Pasquale, G. Sasson, I. Sasson, and YCST regarding hearing during recess (1.4) | 6.30 | 985.00 | 6,205.50 |
| 10/07/2024 | ML30 | Further prepare reference materials for 10.7.24 hearing (1.4); monitor the confirmation hearing (4.9) | 6.30 | 565.00 | 3,559.50 |
| | | **Subtotal: B155  Court Hearings** | **50.00** | | **74,591.00** |

**B162   Fee/Compensation Matters (Paul Hastings)**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/2024 | LK19 | Review August invoice to preserve confidentiality and privilege (0.2); correspond with C. Edge and G. Sasson regarding same (0.1) | 0.30 | 985.00 | 295.50 |
| 10/04/2024 | LK19 | Correspond with C. Edge, K. Hansen, and E. Gilad regarding August invoice | 0.30 | 985.00 | 295.50 |
| 10/08/2024 | LK19 | Revise August monthly fee application (0.3); correspond with C. Edge regarding same (0.1) | 0.40 | 985.00 | 394.00 |
| | | **Subtotal: B162  Fee/Compensation Matters (Paul Hastings)** | **1.00** | | **985.00** |

Official Committee of Unsecured Creditors of FTX Trading　　　　　　　　　　　　　　　　　　　　Page 7
51281-00002
Invoice No. 2420502

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B191** | **General Litigation** | | | | |
| 10/01/2024 | KP17 | Conference with L. Koch re LayerZero deposition | 0.20 | 2,100.00 | 420.00 |
| 10/01/2024 | LK19 | Attend deposition of S. Coverick by LayerZero (2.6); review documents and issues in prep for same (0.4); debrief discussion with K. Pasquale (0.2) | 3.20 | 985.00 | 3,152.00 |
| 10/03/2024 | JI2 | Review preference settlements | 1.40 | 1,295.00 | 1,813.00 |
| 10/03/2024 | KP17 | Review Debtors' settlement agreement re GAP (.8); review debtors' settlement agreement and rule 9019 motion re C. Ellison (.5) | 1.30 | 2,100.00 | 2,730.00 |
| 10/07/2024 | ML30 | Weekly Litigation Update - Monitor pending dockets in SDNY, NY, SDFL, DNJ, CA, SDCA, NDCA, MDL (.2); prepare weekly update for working group re same (.2) | 0.40 | 565.00 | 226.00 |
| | | **Subtotal: B191  General Litigation** | **6.50** | | **8,341.00** |
| **B195** | **Non-Working Travel** | | | | |
| 10/01/2024 | LK19 | Travel to and from Paul Hastings to Proskauer for LayerZero deposition of S. Coverick (A&M) (bill at 1/2 rate) | 0.30 | 492.50 | 147.75 |
| 10/07/2024 | GS13 | Travel to/from Wilmington/NY for confirmation hearing (bill at 1/2 rate) | 3.00 | 917.50 | 2,752.50 |
| 10/07/2024 | LK19 | Travel to Delaware from NYC for confirmation hearing (bill at 1/2 rate) | 2.30 | 492.50 | 1,132.75 |
| | | **Subtotal: B195  Non-Working Travel** | **5.60** | | **4,033.00** |

Official Committee of Unsecured Creditors of FTX Trading  Page 8
51281-00002
Invoice No. 2420502

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B320** | | **Plan and Disclosure Statement (including Business Plan)** | | | |
| 09/09/2024 | EG18 | Pre-telephone conference with FTI, Jefferies, K. Pasquale, G. Sasson, I. Sasson, and L. Koch regarding CAC matters and upcoming CAC meeting (.5); review CAC documents (1.0) | 1.50 | 2,100.00 | 3,150.00 |
| 10/01/2024 | GS13 | Review and revise liquidating trust agreement and plan administration agreement | 1.80 | 1,835.00 | 3,303.00 |
| 10/01/2024 | KP17 | Review myriad confirmation pleadings by Debtors and parties (2.2); revise draft summary of same for Committee (.2) | 2.40 | 2,100.00 | 5,040.00 |
| 10/02/2024 | GS13 | Review and comment on confirmation order changes (1.1); emails with K. Pasquale regarding same (.2); review and comment on changes to liquidating trust agreement and plan administration agreement (1.1); review precedent regarding same (.9) | 3.30 | 1,835.00 | 6,055.50 |
| 10/02/2024 | IS6 | Review latest draft plan | 0.30 | 1,550.00 | 465.00 |
| 10/02/2024 | KP17 | Conference with FTI re creditor advisory committee information | 0.30 | 2,100.00 | 630.00 |
| 10/03/2024 | KP17 | Review trust agreement re claims issue | 0.60 | 2,100.00 | 1,260.00 |
| 10/03/2024 | KH18 | Discussions with CAC member regarding plan and trust agreement issues | 0.60 | 2,300.00 | 1,380.00 |
| 10/06/2024 | EG18 | Analyze confirmation related pleadings | 3.10 | 2,100.00 | 6,510.00 |
| 10/06/2024 | IS6 | Analyze draft plan supplement documents | 1.40 | 1,550.00 | 2,170.00 |
| 10/06/2024 | KP17 | Review revised filed confirmation order | 0.50 | 2,100.00 | 1,050.00 |
| 10/06/2024 | KH18 | Discussions with CAC regarding plan supplement and revised confirmation order | 0.50 | 2,300.00 | 1,150.00 |
| 10/07/2024 | KH18 | Review updates on plan confirmation, confirmation order, and plan supplement (.8); review and comment on client summary regarding confirmation hearing (.4) | 1.20 | 2,300.00 | 2,760.00 |

Official Committee of Unsecured Creditors of FTX Trading                                    Page 9
51281-00002
Invoice No. 2420502

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/08/2024 | GS13 | Review changes to confirmation order (.8); correspond with K. Pasquale regarding same (.3) | 1.10 | 1,835.00 | 2,018.50 |
| | | **Subtotal: B320  Plan and Disclosure Statement (including Business Plan)** | **18.60** | | **36,942.00** |
| | **Total** | | **106.40** | | **156,191.50** |

**Timekeeper Summary**

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|---|
| KH18 | Kris Hansen | Partner | 4.50 | 2,300.00 | 10,350.00 |
| KP17 | Ken Pasquale | Partner | 23.40 | 2,100.00 | 49,140.00 |
| FM7 | Frank Merola | Partner | 1.30 | 2,100.00 | 2,730.00 |
| EG18 | Erez Gilad | Partner | 6.00 | 2,100.00 | 12,600.00 |
| GS13 | Gabe Sasson | Partner | 16.00 | 1,835.00 | 29,360.00 |
| GS13 | Gabe Sasson | Partner | 3.00 | 917.50 | 2,752.50 |
| BK12 | Brian Kelly | Partner | 0.70 | 1,835.00 | 1,284.50 |
| GS15 | Gary Silber | Of Counsel | 0.30 | 1,850.00 | 555.00 |
| IS6 | Isaac Sasson | Of Counsel | 8.80 | 1,550.00 | 13,640.00 |
| JI2 | Jack Iaffaldano | Associate | 5.20 | 1,295.00 | 6,734.00 |
| LK19 | Leonie Koch | Associate | 13.70 | 985.00 | 13,494.50 |
| LK19 | Leonie Koch | Associate | 2.60 | 492.50 | 1,280.50 |
| LM20 | Lanie Miliotes | Associate | 1.10 | 985.00 | 1,083.50 |
| ML30 | Mat Laskowski | Paralegal | 19.80 | 565.00 | 11,187.00 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 10/03/2024 | Photocopy Charges (Color) | 585.00 | 0.50 | 292.50 |
| 09/30/2024 | Lexis/On Line Search - Courtlink Use - Charges for September, 2024 | | | 1.00 |
| 10/01/2024 | Computer Search (Other) | | | 0.36 |

Official Committee of Unsecured Creditors of FTX Trading Page 10
51281-00002
Invoice No. 2420502

| Date | Description | Amount |
|---|---|---|
| 10/02/2024 | UnitedLex Invoices - Unitedlex Corp, Invoice# 104004560 Dated 10/02/24, UnitedLex – DSAI September 2024 Charges – Outside Professional Services | 85,596.96 |
| 10/02/2024 | Computer Search (Other) | 0.27 |
| 10/03/2024 | Computer Search (Other) | 0.09 |
| 10/04/2024 | Computer Search (Other) | 0.09 |
| 10/05/2024 | Travel Expense - Meals - Leonie Koch; 09/12/2024; Restaurant: Faber Store; City: Wilmington; Lunch; Number of people: 1; meal for L. Koch during travel to Wilmington, DE for FTX hearing on Celsius and Embed matters | 23.49 |
| 10/05/2024 | Travel Expense - Meals - Leonie Koch; 09/12/2024; Restaurant: Starbucks; City: Wilmington; Breakfast; Number of people: 1; meal for L. Koch during travel to Wilmington, DE for FTX hearing on Celsius and Embed matters | 9.22 |
| 10/07/2024 | Court Reporting Services - Veritext, Invoice# 7765011 Dated 10/07/24, Transcript of deposition of Steven Coverick taken on 10/1/2024 | 902.50 |
| 10/07/2024 | Computer Search (Other) | 0.18 |
| 10/08/2024 | Taxi/Ground Transportation - Ken Pasquale; 10/07/2024; train fare expense for travel to/from Wilmington, DE/New York, NY for client court hearing | 462.00 |
| 10/08/2024 | Local - Taxi - Gabe Sasson; 10/07/2024; From/To: Brooklyn, NY to Iselin, NJ; Service Type: Uber; expense for car ride to train station in connection with client court hearing | 183.98 |
| 10/08/2024 | Westlaw | 29.14 |
| 10/08/2024 | Computer Search (Other) | 2.97 |
| 10/09/2024 | Taxi/Ground Transportation - Leonie Koch; 10/07/2024; Train to and from Delaware/New York, NY for FTX confirmation hearing | 302.00 |
| 10/09/2024 | Taxi/Ground Transportation - Leonie Koch; 10/07/2024; Change fee for return journey from Delaware for FTX confirmation hearing | 48.00 |

Official Committee of Unsecured Creditors of FTX Trading  Page 11
51281-00002
Invoice No. 2420502

| Date | Description | Amount |
|---|---|---|
| 10/09/2024 | Local - Taxi - Gabe Sasson; 10/07/2024; From/To: Iselin, NJ to Brooklyn, NY; Service Type: Uber; expense for car ride home from train station in connection with travel to Wilmington, DE for client court hearing | 103.99 |
| 10/11/2024 | Taxi/Ground Transportation - Isaac Sasson; 10/07/2024; Amtrak train expense in connection with travel to Wilmington, DE from New Jersey for client confirmation hearing | 145.00 |
| 10/11/2024 | Taxi/Ground Transportation - Isaac Sasson; 10/06/2024; Amtrak train expense in connection with travel return from Wilmington, DE to New Jersey for client confirmation hearing | 169.00 |
| 10/11/2024 | Taxi/Ground Transportation - Gabe Sasson; 10/07/2024; train fare expense for travel to/from Wilmington, DE/Metropark, NJ for client hearing | 265.00 |
| 10/11/2024 | Local - Taxi - Isaac Sasson; 10/07/2024; From/To: Brooklyn, NY to Iselin, NJ; Service Type: Lyft; expense for car ride in connection with travel to Wilmington, DE for client confirmation hearing | 106.22 |

**Total Costs incurred and advanced**   **$88,643.96**

**Current Fees and Costs**   **$244,835.46**
**Total Balance Due - Due Upon Receipt**   **$244,835.46**

**EXHIBIT B**

**Expense Summary for the Fee Period**

| Category | Amount |
|---|---|
| Computer Search | $34.10 |
| Court Reporting Services | $902.50 |
| Taxi/Ground Transportation | $1,785.19 |
| Travel Expense Meals | $32.71 |
| In-house Color Charges (585 copies at $0.50 per page) | $292.50 |
| Outside Professional Services | $85,596.96 |
| **TOTAL:** | **$88,643.96** |