# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. No. 27979 |

## NOTICE OF SUPPLEMENT TO TWENTY-FOURTH MONTHLY FEE STATEMENT OF PERELLA WEINBERG PARTNERS LP

**PLEASE TAKE NOTICE** that on November 15, 2024, Perella Weinberg Partners LP ("PWP") filed the *Twenty-Fourth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2024 through and including October 8, 2024* [D.I. 27979] (the "Monthly Fee Statement")[2] with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that PWP identified an additional expense related to services performed by Porter Hedges LLP for the period of May 1, 2024 through May 31, 2024 (the "PH Fees") that was inadvertently omitted from the Monthly Fee Statement. The total amount of the omitted PH Fees is $9,075.00. PWP has not previously requested or otherwise sought reimbursement for the PH Fees. Attached hereto as **Exhibit 1** is a revised version of Exhibit B (Disbursements) ("Revised Exhibit B") that was attached to the Monthly Fee Statement at D.I. 27979-3. Further, attached hereto as **Exhibit 2** is a revised version of Exhibit C (Porter Hedges LLP Time and Expense Records) ("Revised Exhibit C") that was attached to the Monthly Fee Statement at D.I. 27979-4.

**PLEASE TAKE FURTHER NOTICE** that **Exhibit 3** attached hereto is a blackline comparison of the Exhibit B filed with the Monthly Fee Statement compared against the Revised Exhibit B. Also, **Exhibit 4** attached hereto is a blackline comparison of the Exhibit C filed with the Monthly Fee Statement compared against the Revised Exhibit C.[3]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Monthly Fee Statement.

[3] The Revised Exhibit C also corrected clerical errors regarding (i) M. Shane Johnson's year of bar admission and (ii) the approval of expenses in the amount of $21.50 for the period from February 1, 2023 through February 28,

15673802

**PLEASE TAKE FURTHER NOTICE** that a revised Summary of Actual and Necessary Expenses in furtherance of the Monthly Fee Statement is provided below:

### SUMMARY OF ACTUAL AND NECESSARY EXPENSES

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[4] if Applicable** | **Amount** |
| Air / Train Travel | n/a | $0 |
| Late Night / Weekend Transportation | n/a | $247.14 |
| Travel to Meetings / Out of Town | n/a | $0 |
| Late Night / Weekend Meals | n/a | $40.00 |
| Travel Meals | n/a | $0 |
| Misc. Expenses (supplies, wifi, etc.) | n/a | $0 |
| Counsel to PWP | Porter Hedges LLP & Mayer Brown LLP | $27,364.30[5] |
| | **TOTAL** | **$27,651.44** |

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 5** is the *Certification of Bruce Mendelsohn* in further support of the Monthly Fee Statement and this supplement.

---

  2023 and $4.30 for the period from June 1, 2023 through June 30, 2023, which changes are shown in Exhibits 2 and 4 attached hereto.

[4]  Perella Weinberg Partners LP may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

[5]  Invoices for Counsel to PWP are for services performed in the period from September 1, 2024 through October 8, 2024 and the additional period from May 1, 2024 through May 31 ,2024 as to Porter Hedges LLP only.

15673802

| | |
|---|---|
| Dated:  November 25, 2024<br>         Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>        brown@lrclaw.com<br>        pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>        bromleyj@sullcrom.com<br>        gluecksteinb@sullcrom.com<br>        kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |

15673802