**Exhibit 1**

**Revised Exhibit B (Disbursements)**

## Exhibit B

**Disbursements**

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 6/10/2024 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 9,075.00 | FTX Bankruptcy<br>For professional services rendered and related expenses incurred through May 2024 |
| 9/4/2024 | Donall O'Leary | Late night / weekend transportation | 26.82 | Taxi home, working late in office |
| 9/10/2024 | Donall O'Leary | Late night / weekend transportation | 27.23 | Taxi home, working late in office |
| 9/10/2024 | Kendyl Flinn | Late night / weekend transportation | 25.98 | Taxi home, working late in office |
| 9/10/2024 | Matt Rahmani | Late night / weekend transportation | 116.97 | Taxi home, working late in office |
| 9/11/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 9/12/2024 | Donall O'Leary | Late night / weekend transportation | 24.21 | Taxi home, working late in office |
| 9/17/2024 | Donall O'Leary | Late night / weekend transportation | 25.93 | Taxi home, working late in office |
| 9/26/2024 | Donall O'Leary | Late night / weekend meals | 20.00 | Meal working late in office |
| 10/14/2024 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 3,315.65 | Period ended September 30, 2024; FTX Chapter 11<br>Matter No: 22726417 |
| 10/25/2024 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 10,113.50 | FTX Bankruptcy<br>For professional services rendered and costs incurred through September 30, 2024 |
| 11/5/2024 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 3,315.65 | FTX Bankruptcy<br>For professional services rendered and costs incurred through October 31, 2024 |
| 11/14/2024 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 1,544.50 | FTX Bankruptcy<br>For professional services rendered and costs incurred through October 09, 2024 |
| **Total** | | | **$27,651.44** | |