**Exhibit 4**

**Blackline of Exhibit C**
**(Porter Hedges LLP Time and Expense Records)**

15673802

# Exhibit C

**Porter Hedges LLP Time and Expense Records**
**([May 1, 2024 through May 31, 2024;](#) September 1, 2024 through October 8, 2024)**

| Name of Applicant | *Porter Hedges LLP* |
|---|---|
| **Authorized to Provide Professional Services to:** | **Perella Weinberg Partners LP (Investment Banker to the Debtors)** |
| **Date of Retention:** | *nunc pro tunc* to November 16, 2022 |
| **Period for which compensation and reimbursement is sought:** | **May 1, 2024 through May 31, 2024;** September 1, 2024 through October 8, 2024 |
| **Amount of Compensation sought as actual, reasonable and necessary:** | $~~11,658.00~~20,733.00 |
| **80% of Compensation sought as actual, reasonable and necessary:** | n/a |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | n/a |

This is a(n) **X** monthly ____ interim ____ final application.  No prior application has been filed with respect to this Fee Period.

**PRIOR MONTHLY FEE STATEMENTS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 02/17/23 | Nov. 16, 2022 – Nov. 30, 2022 | $16,178.00 | $0 | $16,178.00 | $0 |
| 03/06/23 | Dec. 1, 2022 – Dec. 31, 2022 | $19,659.00 | $0 | $19,659.00 | $0 |
| 04/04/23 | Jan. 1, 2023 – Jan. 31, 2023 | $59,185.50 | $0 | $59,185.50 | $0 |
| 05/04/23 | Feb. 1, 2023 – Feb. 28, 2023 | $17,667.50 | $21.50 | $17,667.50 | $~~0~~21.50 |
| 06/05/23 | Mar. 1, 2023 – Mar. 31, 2023 | $10,369.00 | $0 | $10,369.00 | $0 |
| 09/12/23 | Apr. 1, 2023 – Apr. 30, 2023 | $8,484.00 | $0 | $8,484.00 | $0 |
| 09/14/23 | May 1, 2023 – May 31, 2023 | $5,626.50 | $0 | $5,626.50 | $0 |
| 09/14/23 | June 1, 2023 – June 30, 2023 | $7,521.50 | $4.30 | $7,521.50 | $~~0~~4.30 |
| 12/04/23 | July 1, 2023 – July 31, 2023 | $3,484.50 | $0 | $3,484.50 | $0 |
| 12/06/23 | August 1, 2023 – August 31, 2023 | $5,784.00 | $0 | $5,784.00 | $0 |
| 12/08/23 | Sept. 1 – Sept. 30, 2023 | $14,943.00 | $0 | $14,943.00 | $0 |
| 02/13/24 | Oct. 1 – Nov. 30, 2023 | $2,695.50 | $0 | $2,695.50 | $0 |
| 05/03/24 | Jan. 1 – Jan. 31, 2024 | $1,942.50 | $0 | $1,942.50 | $0 |
| 05/03/24 | Dec. 1 – 31, 2023 and Feb. 1 – 29, 2024 | $11,726.00 | $0 | $11,726.00 | $0 |
| 05/15/2024 | Mar. 1 – Mar. 31, 2024 | $6,400.00 | $0 | $6,400.00 | $0 |
| 07/05/2024 | Apr. 1 – Apr. 30, 2024 | $4,505.00 | $0 | $4,505.00 | $0 |
| 09/13/2024 | June 1 – July 31, 2024 | $17,609.50 | $0 | $17,609.50 | $0 |
| 10/31/2024 | Aug. 1 – Aug. 31, 2024 | $7,190.00 | $3.60 | Pending | Pending |

**SUMMARY OF BILLING BY PROFESSIONAL**
**MAY 1, 2024 THROUGH MAY 31, 2024 AND**
**SEPTEMBER 1, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| John F. Higgins | Partner | 1983 | 1983 | $1,050.00 | ~~1.3~~2.9 | $~~1,365.00~~3,045.00 |
| M. Shane Johnson | Partner | ~~2013~~2012 | ~~2013~~2012 | $835.00 | 0.8 | $668.00 |
| Megan N. Young-John | Partner | 2013 | 2013 | $725.00 | 10.2 | $7,395.00 |
| **Partner Total** | | | | | **~~2.1~~13.9** | **$~~2,033.00~~11,108.00** |
| James A. Keefe | Associate | 2017 | 2017 | $625.00 | 15.4 | $9,625.00 |
| **Associate Total** | | | | | **15.4** | **$9,625.00** |
| **GRAND TOTAL** | | | | | **~~17.5~~29.3** | **$~~11,658.00~~20,733.00** |

**Blended Hourly Rate: $~~666.17~~707.61**

**STATEMENT OF FEES BY PROJECT CATEGORY[1]**
**MAY 1, 2024 THROUGH MAY 31, 2024 AND**
**SEPTEMBER 1, 2024 THROUGH OCTOBER 8, 2024**

| Project Name | Hours | Fee Amount |
|---|---|---|
| PWP Retention & Compensation | ~~17.5~~29.3 | $~~11,658.00~~20,733.00 |
| **Total** | **~~17.5~~29.3** | **$~~11,658.00~~20,733.00** |

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES**

| Disbursement Summary | | |
|---|---|---|
| Expense Category | Service Provider,[2] if Applicable | Amount |
| Computer Assisted Legal Research | n/a | n/a |
| | **TOTAL** | **n/a** |

---

[1] The subject matter of certain time entries may be appropriate for more than one project category. In such instances, time entries generally have been included in the most appropriate category. Time entries do not appear in more than one category.

[2] Porter Hedges LLP may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| PERELLA WEINBERG PARTNERS \ TPH&CO.<br>ATTN: JENNIE MILLER<br>1111 BAGBY STREET, SUITE 4900<br>HOUSTON, TX 77002 | Invoice Date:    October 25, 2024<br>Invoice Num.:              569639<br>Matter Number:      017741-0001<br>Billing Attorney:    John F. Higgins<br>Tax ID:              #74-2174193 |

Matter:            ~~FTX Bankruptcy~~

For professional services rendered and costs incurred through September 30, 2024

| | |
|---|---:|
| Professional Services | 10,113.50 |
| **Total Amount Due** | **$10,113.50** |

Exhibit C  and Revised Exhibit C

## PORTER HEDGES LLP

| | |
|---|---|
| Client: PERELLA WEINBERG PARTNERS / TPH&CO. | Invoice Date: October 25, 2024 |
| Matter: FTX Bankruptcy    Invoice Num.: | 569639 |
| Matter Number: | 017741-0001 |

**Time Detail**

| Date | Initials | Description | Hou | Amount |
|---|---|---|---|---|
| 09/03/2024 | JAK | Review J. Darby's email regarding status of materials for July fee statement. | 0.10 | 62.50 |
| 09/06/2024 | JAK | Email J. Darby regarding status of July fee statement materials (.1); email M. Young-John regarding PWP 7th interim fee application and attach sample (.2); review M. Young-John's email with instructions for drafting 7th interim fee application and hearing date (.1); review LRC's email with draft of 6th interim fee order and fee chart (.1). | 0.50 | 312.50 |
| 09/09/2024 | JAK | Email J. Darby regarding status of materials for July fee statement and review his response thereto (.1); review LRC's email regarding status of review of 6th interim fee order and fee chart (.1); review interim fee order and chart and respond to LRC (.3); review M. Young-John's email to collect PWP's retention application and supplemental disclosures and do the same (.3); email PWP's retention application and disclosures to PWP team (.1). | 0.90 | 562.50 |
| 09/09/2024 | JFH | Email regarding retention application and disclosures. | 0.20 | 210.00 |
| 09/10/2024 | MSJ | E-mail J. Keefe regarding July fee statement. | 0.10 | 83.50 |
| 09/10/2024 | JAK | Review A. Kranzley's email regarding availability for next several months (.1); review LRC's email regarding deadline for 7th interim fee application (.1); review J. Darby's email regarding deadline for 7th interim fee application (.1); review interim compensation order and deadlines for fee applications and report the same to J. Darby (.3); review E. Tu's inquiry regarding adding FTX Japan sale to next month's fee statement due to current undetermined fee amount (.1); confer with S. Johnson on the same (.2); respond to E. Tu that filing with next month will be fine if needed (.1). | 1.00 | 625.00 |
| 09/11/2024 | MSJ | Review PWP monthly fee statement and e-mail J. Keefe regarding same. | 0.50 | 417.50 |

Exhibit C  and Revised Exhibit C

Client: PERELLA WEINBERG PARTNERS / TPH&CO.  
Matter: FTX Bankruptcy  
Invoice Date: October 25, 2024  
Invoice Num.: 569639  
Matter Number: 017741-0001

Case 22-11068-JTD    Doc 28288-4    Filed 11/25/24    Page 8 of 16

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/11/2024 | JAK | Review J. Darby's email with materials to draft July fee statement (.1); review MB's invoices and contact MB team on the same (.2); review PH's invoices (.3); continue drafting July fee statement (2.4); email draft of July fee statement to S. Johnson to review (.1); review LRC's email regarding expected date to file August fee statement (.1); review S. Johnson's email and comments for July fee statement (.1); edit draft of July fee statement (.3); email draft of July fee statement with exhibits to PWP team to review (.2); review K. Flynn's email approving July fee statement (.1); email July fee statement to SC to review (.1). | 4.00 | 2,500.00 |
| 09/12/2024 | JAK | Review docket for entry of 6th omnibus order approving interim fee applications (.1); draft 7th interim fee application (.5); edit July fee statement (.2); send follow-up email to SC regarding any comments to July fee statement and review response thereto (.1); prepare final draft of July fee statement on SimplyAgree for B. Mendelsohn's electronic signature (.3); email LRC regarding potential filing of July fee statement in evening (.1); review B. Mendelsohn's email regarding pushing filing of July fee statement one day (.1); confer with LRC team regarding timeline of filing July fee statement and 7th interim fee application on 9/13 and service thereto (.2); confirm with B. Mendelsohn 9/13 filing date for July fee statement (.1). | 1.70 | 1,062.50 |
| 09/13/2024 | JAK | Review B. Mendelsohn's email regarding adding FTX Japan sale to July fee statement (.1); revise July fee statement (1.5); email revised July fee statement to PWP team to review (.1); review K. Flynn's email approving revised July fee statement (.1); process July fee statement for B. Mendelsohn's electronic signatures (.3); email PWP regarding compensation received to date (.1); draft 7th interim fee application (1.7); email draft of 7th interim fee application to PWP team to review (.1); process signature pages from SimplyAgree for July fee statement and send filing version to LRC to file (.3); | 4.90 | 3,062.50 |

Exhibit C and Revised Exhibit C  
- Page -

Case 22-11068-JTD   Doc 28288-4   Filed 11/25/24   Page 9 of 16

Client: PERELLA WEINBERG PARTNERS / TPH&CO.  
Matter: FTX Bankruptcy  
Invoice Date: October 25, 2024  
Invoice Num.: 569639  
Matter Number: 017741-0001

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | review and respond to PWP team's inquiry related to 7th interim fee application (.1); correspond with PWP to confirm approval for B. Mendelsohn's electronic signature (.1); process draft of 7th interim fee application on SimplyAgree for electronic signature (.2); process signature pages from SimplyAgree for 7th interim fee application and send filing version to LRC to file (.2). | | |
| 09/13/2024 | JFH | Email G. Williams and J. Keefe regarding monthly and interim fee application. | | |
| 09/17/2024 | JAK | Email PWP team regarding August fee statement. | | |
| 09/26/2024 | JAK | Email PWP team regarding status of materials for August fee statement (.1); review J. Darby's response regarding August fee statement materials (.1); review PWP team's email regarding supplemental conflicts search results (.1). | 0.30 | 315.00 |
| | | | 0.10 | 62.50 |
| 09/26/2024 | JFH | Email Perella and J. Keefe regarding PII supplement. | 0.30 | 187.50 |
| 09/29/2024 | JAK | Review J. Darby's email regarding status of August fee statement materials. | | |
| 09/30/2024 | JAK | Email LRC team regarding status of August fee statement. | | |
| 09/30/2024 | JFH | Email C. Wood, G. Williams and J. Keefe regarding August fee statement. | | |

**Total**

| | | | 0.30 | 315.00 |
|---|---|---|---|---|

**Total Services**

| | | | 0.10 | 62.50 |
|---|---|---|---|---|

**Timekeeper Summary**

| | | | | 0.10 | | 62.50 |
|---|---|---|---|---|---|---|

| Initials | Name | Timekeeper Title | Hour | Rate | Amount |
|---|---|---|---|---|---|
| JFH | John F. Higgins | Partner | 1.00 | 1,050.00 | 1,050.00 |
| MSJ | M. Shane Johnson | Partner | 0.60 | 835.00 | 501.00 |
| | | | 0.20 | | 210.00 |
| JAK | James A. Keefe | Associate | 13.70 | 625.00 | 8,562.50 |
| **Total** | | | **15.30** | | **$10,113.50** |
| | | | 15.30 | | $10,113.50 |

**$10,113.50**

Exhibit C and Revised Exhibit C

- Page -

| | |
|---|---|
| Client: PERELLA WEINBERG PARTNERS / TPH&CO. | Invoice Date: October 25, 2024 |
| | Invoice Num.: 569639 |
| Matter: FTX Bankruptcy | Matter Number: 017741-0001 |

- Page -

---

| | |
|---|---|
| Total Disbursements | $0.00 |
| **Total This Invoice** | **$10,113.50** |

Exhibit C  and Revised Exhibit C

- Page -

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

PERELLA WEINBERG PARTNERS \ TPH&CO.
ATTN: JENNIE MILLER
1111 BAGBY STREET, SUITE 4900
HOUSTON, TX 77002

| | |
|---|---|
| Invoice Date: | November 14, 2024 |
| Invoice Num.: | 570449 |
| Matter Number: | 017741-0001 |
| Billing Attorney: | John F. Higgins |
| Tax ID: | #74-2174193 |

Matter:             FTX Bankruptcy

For professional services rendered and costs incurred through October 08, 2024

| | |
|---|---:|
| Professional Services | 1,544.50 |
| **Total Amount Due** | **$1,544.50** |

Exhibit C  and Revised Exhibit C

# PORTER HEDGES LLP

| Client: PERELLA WEINBERG PARTNERS / TPH&CO. | Invoice Date: | November 14, 2024 |
|---|---|---|
| Matter: FTX Bankruptcy | Invoice Num.: | 570449 |
| | Matter Number: | 017741-0001 |

**Time Detail**

| Date | Initials | Description | Hou | Amount |
|---|---|---|---|---|
| 10/02/2024 | JAK | Review PWP's email regarding supplemental conflicts check. | 0.10 | 62.50 |
| 10/02/2024 | JFH | Email J. Nuzzo and J. Keefe regarding PII and declaration. | 0.30 | 315.00 |
| 10/04/2024 | JAK | Review PWP's email and documents regarding supplemental disclosures. | 0.40 | 250.00 |
| 10/07/2024 | MSJ | E-mail J. Keefe regarding supplemental PWP disclosures. | 0.20 | 167.00 |
| 10/07/2024 | JAK | Review PWP's PII list search results (.6); email S. Johnson on same (.2); email PWP team on same (.1); review plan for deadline for final fee applications (.1). | 1.00 | 625.00 |
| 10/08/2024 | JAK | Look up deadline for final fee applications and notice of effective date and email S. Johnson on the same. | 0.20 | 125.00 |
| **Total** | | | **2.20** | **$1,544.50** |
| **Total Services** | | | | **$1,544.50** |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hour | Rate | Amount |
|---|---|---|---|---|---|
| JFH | John F. Higgins | Partner | 0.30 | 1,050.00 | 315.00 |
| MSJ | M. Shane Johnson | Partner | 0.20 | 835.00 | 167.00 |
| JAK | James A. Keefe | Associate | 1.70 | 625.00 | 1,062.50 |
| **Total** | | | **2.20** | | **$1,544.50** |

| Total Disbursements | $0.00 |
|---|---|
| **Total This Invoice** | **$1,544.50** |

Exhibit C  and Revised Exhibit C

# PORTER HEDGES LLP

DEPT. 510  
P.O. BOX 4346  
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000  
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 564118 |
| Date | 06/10/24 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

PERELLA WEINBERG PARTNERS \ TPH&CO.

ATTN: JENNIE MILLER

1111 BAGBY STREET, SUITE 4900

HOUSTON, TX 77002

**FTX Bankruptcy**

---

**Invoice Summary**

| | |
|---|---:|
| Professional Services | $9,075.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $9,075.00 |
| | |
| **TOTAL AMOUNT DUE** | **$9,075.00** |

Exhibit C  and Revised Exhibit C

**PORTER HEDGES LLP**

| | |
|---|---|
| DEPT. 510<br>P.O. BOX 4346<br>HOUSTON, TEXAS 77210-4346<br><br>TELEPHONE (713) 226-6000<br>TELECOPIER (713) 228-1331 | Page<br>Inv# 5641<br>Date 06/10/<br>017741-0001<br>JOHN F. HIGGINS |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through May 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 05/02/24 | JFH | Email S. Nguyen regarding estimate (.1); email regarding fee statement and application (.2). | 0.30 | 315.00 |
| 05/02/24 | MNY | Follow up with Debtors' counsel regarding February fee statement. | 0.10 | 72.50 |
| 05/03/24 | JFH | Email B. Hirshberg, M. Young-John and K. Flinn regarding fee statement. | 0.30 | 315.00 |
| 05/03/24 | MNY | Emails with Debtors' counsel regarding finalizing February and March fee statements (.2); prepare and circulate same for client signature (.5); attention to finalizing and filing of same with Debtors' counsel (.7); prepare April fee statement and circulate to client for comment (3.8); circulate same to Debtors' counsel for review (.2). | 5.40 | 3,915.00 |
| 05/07/24 | MNY | Follow up with Debtors' counsel regarding April fee statement. | 0.10 | 72.50 |
| 05/08/24 | JFH | Email K. Flinn and M. Young-John regarding February, March and April fee statement. | 0.30 | 315.00 |
| 05/08/24 | MNY | Review interim compensation procedures and email client regarding timing of April fee statement and interim fee app. | 0.30 | 217.50 |
| 05/09/24 | MNY | Email Debtors' local counsel regarding filing of April fee statement and interim fee application. | 0.10 | 72.50 |
| 05/14/24 | JFH | Email PWP, M. Young-John and G. Williams regarding April fee statement and interim fee application. | 0.30 | 315.00 |

Exhibit C  and Revised Exhibit C

# PORTER HEDGES LLP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---:|
| Page | 3 |
| Inv# | 564118 |
| Date | 06/10/24 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
| 05/14/24 | MNY | Prepare sixth interim fee application and email client for confirmation of amounts (1.5); coordinate signatures for April fee statement and sixth interim fee application (.5); compile and circulate fee application to debtors' counsel for comments (.3); update fee application with numbers update (.2); circulate updates to debtors' counsel (.1); numerous emails with client regarding status of monthly fee statement and fee applications (.3). | 2.90 | 2,102.50 |
| 05/15/24 | MNY | Finalize and circulate April fee statement to Debtors' counsel for filing (.2); call and emails with S&C regarding interim fee application (.2); call with PWP regarding interim fee application and timing of future statements/applications (.3); follow up with S&C regarding interim fee application (.1); email S. Johnson and J. Higgins regarding timing on future statements/applications (.1). | 0.90 | 652.50 |
| 05/23/24 | JFH | Email regarding fee statements and objections. | 0.20 | 210.00 |
| 05/24/24 | MNY | Email client regarding CNOs on fee statements and review/approve same for filing. | 0.30 | 217.50 |
| 05/31/24 | JFH | Email G. Williams and M. Young-John regarding fee statements. | 0.20 | 210.00 |
| 05/31/24 | MNY | Confirm status of monthly fee statement filing with debtors' counsel. | 0.10 | 72.50 |

**Total Services**      **11.80**      **$9,075.00**

## Timekeeper Summary

| Attorney/Legal Assistant | Title | Hour | Rate | Amount |
|---|---|---:|---:|---:|
| JFH John F. Higgins | Partne | 1.60 | 1,050.00 | 1,680.00 |
| | Partne | 10.20 | 725.00 | 7,395.00 |

Exhibit C and Revised Exhibit C

# PORTER HEDGES LLP

| | |
|---|---|
| DEPT. 510 | Page |
| P.O. BOX 4346 | Inv# 5641 |
| HOUSTON, TEXAS 77210-4346 | Date 06/10/ |
| | 017741-0001 |
| TELEPHONE (713) 226-6000 | JOHN F. HIGGINS |
| TELECOPIER (713) 228-1331 | |

TAX ID# 74-2174193

| | |
|---|---|
| Total Disbursements | $0.00 |
| **Invoice Total** | **$9,075.00** |

Exhibit C  and Revised Exhibit C