IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref. No. 27980** |

**NOTICE OF SUPPLEMENT TO FINAL FEE APPLICATION
OF PERELLA WEINBERG PARTNERS LP**

   **PLEASE TAKE NOTICE** that on November 15, 2024, Perella Weinberg Partners LP ("PWP") filed the *Final Fee Application of Perella Weinberg Partners LP* [D.I. 27980] (the "Final Fee Application")[2] with the United States Bankruptcy Court for the District of Delaware.

   **PLEASE TAKE FURTHER NOTICE** that on November 15, 2024, PWP filed the *Twenty-Fourth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2024 Through and Including October 8, 2024* [D.I. 27979] (the "Monthly Fee Statement"). On November 25, 2024, PWP filed the *Notice of Supplement to Twenty-Fourth Monthly Fee Statement of Perella Weinberg Partners LP* [D.I. 28288] (the "Supplement"). In the Supplement, PWP identified an additional expense related to services performed by Porter Hedges LLP for the period of May 1, 2024 through May 31, 2024 (the "PH Fees") that was inadvertently omitted from the Monthly Fee Statement. The total amount of the omitted PH Fees is $9,075.00. PWP had not previously requested or otherwise sought reimbursement for the PH Fees. Thus, PWP hereby supplements its Final Fee Application to incorporate the PH Fees. A revised Summary Cover Sheet of Final Fee Application of Perella Weinberg Partners LP and revised Prior Monthly Fee Statements Filed chart filed with the Final Fee Application are provided below:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Final Fee Application.

15674717

### REVISED SUMMARY COVER SHEET OF FINAL FEE APPLICATION OF PERELLA WEINBERG PARTNERS LP

| | |
|---|---|
| **Name of Applicant** | **Perella Weinberg Partners LP** |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | February 3, 2023 *nunc pro tunc* to November 16, 2022 |
| Period for which compensation and reimbursement is sought: | November 16, 2022 through October 8, 2024 |
| Amount of fees to be approved as, reasonable and necessary: | $61,236,241.97 |
| Amount of expenses sought as actual, reasonable and necessary: | $1,491,353.18 |
| Total compensation paid to date: | $47,979,391.05 |
| Total expenses paid to date: | $1,451,802.89 |

This is a(n) ____ monthly   ____ interim   __X__ final application

### REVISED PRIOR MONTHLY FEE STATEMENTS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 2/17/2023 | Nov. 16 - Nov. 30, 2022 | $225,000 | $7,680.97 | $225,000 | $7,680.97 |
| 2/17/2023 | Dec. 1 – Dec. 31, 2023 | $450,000 | $22,964.89 | $450,000 | $22,964.89 |
| 03/06/2023 | Jan. 1 – Jan. 31, 2023 | $450,000 | $56,774.88 | $450,000 | $56,774.88 |
| 04/04/2023 | Feb. 1 – Feb. 28, 2023 | $450,000 | $77,891.54 | $450,000 | $77,891.54 |
| 05/04/2023 | Mar. 1 – Mar. 31, 2023 | $2,825,000 | $28,096.34 | $2,825,000 | $28,096.34 |
| 06/05/2023 | Apr. 1 – Apr. 30, 2023 | $2,856,250 | $11,856.27 | $2,856,250 | $11,856.27 |
| 09/12/2023 | May 1 – May 31, 2023 | $2,133,616.26 | $35,765.02 | $2,133,616.26 | $35,765.02 |
| 09/14/2023 | June 1 – June 30, 2023 | $2,848,330.45 | $11,424.11 | $2,848,330.45 | $11,424.11 |
| 09/14/2023 | July 1 – July 31, 2023 | $450,000 | $243,243.30 | $450,000 | $243,243.30 |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/06/2023 | Aug. 1 – Aug. 31, 2023 | $450,000 | $229,393.95 | $450,000 | $229,393.95 |
| 12/06/2023 | Sept. 1 – Sept. 30, 2023 | $450,000 | $36,185.35 | $450,000 | $36,185.35 |
| 12/08/2023 | Oct. 1 – Oct. 31, 2023 | $450,000 | $87,840.89 | $450,000 | $87,840.89 |
| 12/22/2023 | Nov. 1 – Nov. 30, 2023 | $450,000 | $67,969.57 | $450,000 | $67,969.57 |
| 02/13/2024 | Dec. 1 – Dec. 31, 2023 | $450,000 | $3,522.79 | $450,000 | $3,522.79 |
| 03/14/2024 | Jan. 1 – Jan. 31, 2024 | $3,225,941.84 | $1,263.21 | $3,225,941.84 | $1,263.21 |
| 05/03/2024 | Feb. 1 – Feb. 29, 2024 | $450,000 | $3,355.98 | $450,000 | $3,355.98 |
| 05/03/2024 | Mar. 1 – Mar. 31, 2024 | $450,000 | $214,585.07 | $450,000 | $214,585.07 |
| 05/15/2024 | Apr. 1 – Apr. 30, 2024 | $15,921,913.22 | $15,157.67 | $15,921,913.22 | $15,157.67 |
| 07/05/2024 | May 1 – May 31, 2024 | $450,000 | $262,999.66 | $450,000 | $262,999.66 |
| 07/24/2024 | June 1 – June 30, 2024 | $10,312,866 | $6,698.67 | $8,340,292.80 | $6,698.67 |
| 09/13/2024 | July 1 – July 31, 2024 | $2,891,308 | $27,132.76 | $2,403,046.40 | $27,132.76 |
| 10/30/2024 | Aug. 1 – Aug. 31, 2024 | $450,000 | $294.60 | Pending | Pending |
| 10/31/2024 | Sept. 1 – Sept. 30, 2024 | $450,000 | $11,604.25 | Pending | Pending |
| 11/15/2024 | Oct. 1 – Oct. 8, 2024 | $116,129.03 | $27,651.44 | Pending | Pending |

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as **Exhibit 1** is a blackline comparison of the Summary Cover Sheet for the Final Fee Application of Perella Weinberg Partners LP and Prior Monthly Fee Statements Filed chart filed with the Final Fee Application compared against the revised versions above.

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as **Exhibit 2** is a revised version of Exhibit B (Detailed Expenses Incurred During the Final Application Period) ("Revised Exhibit B") that was attached to the Final Fee Application at D.I. 27980-3. Further, attached hereto as **Exhibit 3** is a revised version of Exhibit C (Porter Hedges LLP Time and Expense Records for the Final Application Period) ("Revised Exhibit C") that was attached to the Final Fee Application at D.I. 27980-4.

**PLEASE TAKE FURTHER NOTICE** that **Exhibit 4** attached hereto is a blackline comparison of the Exhibit B filed with the Final Fee Application compared against the Revised Exhibit B.  Also, **Exhibit 5** attached hereto is a blackline comparison of the Exhibit C filed with the Final Fee Application compared against the Revised Exhibit C.

**PLEASE TAKE FURTHER NOTICE** that **Exhibit 6** attached hereto is the *Certification of Bruce Mendelsohn* in further support of the Final Fee Application and this supplement.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: November 25, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>          brown@lrclaw.com<br>          pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>          bromleyj@sullcrom.com<br>          gluecksteinb@sullcrom.com<br>          kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |

15674717