## Exhibit 6

**Certification of Bruce Mendelsohn**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF BRUCE MENDELSOHN

I, Bruce Mendelsohn, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, hereby certify that:

1. I am a Partner with Perella Weinberg Partners LP ("PWP") and I am duly authorized to make this certification on behalf of PWP. PWP was retained by FTX Trading Ltd. and its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"). This certification is made in further support of the *Final Fee Application of Perella Weinberg Partners LP* (the "Final Fee Application") and this supplement to the Final Fee Application (the "Final Fee Application Supplement") and in compliance with rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rule 2016-2").

2. I have read the Final Fee Application Supplement and I certify that together with the Final Fee Application the Final Fee Application Supplement substantially complies with Local Rule 2016-2.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Respectfully,

Perella Weinberg Partners LP

By: *Bruce Mendelsohn*
      Bruce Mendelsohn
      Title: Partner