IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Pashman Stein Walder Hayden, P.C. and Squire Patton Boggs (US) LLP hereby enter their appearance (the "Notice of Appearance") in the above-captioned cases as counsel to Neil Patel, I'm Kind of a Big Deal, LLC, and Neil Patel Digital, LLC (collectively, "Patel"), pursuant to section 1109(b) of title 11 of the United States Code, rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| | |
|---|---|
| Alexis R. Gambale, Esq. (No. 7150)<br>**PASHMAN STEIN WALDER HAYDEN, P.C**.<br>824 North Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 592-6496<br>Email: agambale@pashmanstein.com | Gabriel Colwell, Esq.<br>**SQUIRE PATTON BOGGS (US) LLP**<br>555 South Flower Street, 31st Floor<br>Los Angeles, California 90071<br>Telephone: (213) 689-5126<br>Fax: (213) 623-4581<br>Email: gabriel.colwell@squirepb.com |

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Case 22-11068-JTD    Doc 28294    Filed 11/26/24    Page 2 of 4
| Leah M. Eisenberg, Esq. | F. Maximilian Czernin, Esq. |
|---|---|
| **PASHMAN STEIN WALDER HAYDEN, P.C**. | **SQUIRE PATTON BOGGS (US) LLP** |
| Court Plaza South, East Wing | 201 E. Fourth Street, Suite 1900 |
| 21 Main Street, Suite 200 | Cincinnati, OH 45202 |
| Hackensack, NJ 07601 | Telephone: (513) 361-1206 |
| Telephone: (201) 488-8200 | Fax: (213) 623-4581 |
| Email: leisenberg@pashmanstein.com | Email: max.czernin@squirepb.com |

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, email or otherwise, (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in these cases, with respect to (a) the debtors in the above-captioned cases (the "Debtors") and any related adversary proceedings, whether currently pending or later commenced, (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use, or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of Patel: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) to trial

by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which Patel is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: November 26, 2024

**PASHMAN STEIN WALDER HAYDEN, P.C.**

/s/ Alexis R. Gambale
Alexis R. Gambale (No. 7150)
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email: agambale@pashmanstein.com

-and-

Leah M. Eisenberg (*pro hac vice* forthcoming)
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ 07601
Telephone: (201) 488-8200
Email: leisenberg@pashmanstein.com

-and-

**SQUIRE PATTON BOGGS (US) LLP**
Gabriel Colwell, Esq. (*pro hac vice* forthcoming)
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Telephone: (213) 689-5126
Fax: (213) 623-4581
Email: gabriel.colwell@squirepb.com

-and-

F. Maximilian Czernin, Esq. (*pro hac vice* forthcoming)
201 E. Fourth Street, Suite 1900
Cincinnati, OH 45202

Telephone: (513) 361-1206
Fax: (213) 623-4581
Email: max.czernin@squirepb.com


*Counsel to Neil Patel, I'm Kind of a Big Deal, LLC and Neil Patel Digital, LLC*