SRF 82622

2024 NOV 26  AM 10: 02

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: November 20, 2024 at 2:00 p.m. (ET)<br>Objection Deadline: November 11, 2024 at 4:00 p.m. (ET) |
| | Ref. No. 25700 |

### NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

> **YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 OF EXHIBIT A ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**
>
> **UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

**PLEASE TAKE NOTICE** that on September 25, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Debtors' One Hundred Third (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)* (the "Omnibus Objection") [D.I. 25700]. [2] Attached hereto as **Exhibit 1** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index. The Omnibus Objection can be found at docket number 25700.

{1368.002-W0077433.}

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred Third Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| Claim Number | Name | Asserted Claims | | | Modified Claims | |
|---|---|---|---|---|---|---|
| | | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| 2088 | Rablin, Joshua | FTX Trading Ltd. | ASD-PERP | | FTX Trading Ltd. | 0.000000000010913 |
| | | | AUD | | | 0.425054790000000 |
| | | | BADGER-PERP | | | -0.000000000000028 |
| | | | BTC | | | 0.000000008712184 |
| | | | BTC-PERP | | | 0.000000000000000 |
| | | | BULL | | | 0.000000001560000 |
| | | | CEL-PERP | | | 0.000000000000113 |
| | | | CONV | | | 5.522300000000000 |
| | | | CVX-PERP | | | 0.000000000000227 |
| | | | DOGEBULL | | | 0.000000005760000 |
| | | | DRGNBULL | | | 0.000000003000000 |
| | | | DYDX-PERP | | | 0.000000000000227 |
| | | | ETC-PERP | | | -0.000000000000007 |
| | | | ETH | | | 0.000958771507082 |
| | | | ETH-PERP | | | 0.000000000000000 |
| | | | ETHW | | | 0.000958771507082 |
| | | | FTT | | | 0.000000007135829 |
| | | | GAL-PERP | | | -0.000000000000284 |
| | | | HT-PERP | | | 0.000000000000341 |
| | | | ICP-PERP | | | -0.000000000000028 |
| | | | KNC | | | 0.043646000000000 |
| | | | LTC-PERP | | | -0.000000000000007 |
| | | | LUNA2 | | | 1.406328584000000 |
| | | | LUNA2_LOCKED | | | 3.281433363000000 |
| | | | LUNC-PERP | | | -0.000000001513399 |
| | | | MOB-PERP | | | 0.000000000000113 |
| | | | ROOK | | | 0.000000005000000 |
| | | | RUNE | | | 0.000000007829055 |
| | | | SHIB | | | 84,409.000000000000000 |
| | | | SOL-PERP | | | 0.000000000000001 |
| | | | SUSHIBULL | | | 2,273,137.108385500000000 |
| | | | SXPBULL | | | 94,623.019240005000000 |
| | | | THETABULL | | | 318,142.893033511000000 |
| | | | TONCOIN-PERP | | | 0.000000000000113 |
| | | | TRU | | | 0.540580000000000 |
| | | | TRX | | | 0.001597004000000 |
| | | | USD | | 8,500.000000000000000 | | -0.340964372717860 |
| | | | USDT | | | 1,093.724459240946500 |
| | | | XRPBULL | | | 27,952.987923000000000 |
| | | | XTZ-PERP | | | 0.000000000000909 |
| | | | YFII-PERP | | | 0.000000000000000 |

Handwritten annotations:
- "TODAY ESTIMATED TO USD $510,013 USD. BULL COINS MIRROR OF TOKEN AT 3× LEVERAGE."
- Next to THETABULL: "$78,262"
- Next to TONCOIN-PERP: "$378,588"
- Next to USDT: "$1093"
- Next to XRPBULL: "$44663.30"

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

# **EXHIBIT 1**

Attn:

United States Bankruptcy Court

824 North Market Street

3rd Floor

Wilmington

Delaware

19801.

Omnibus Objection.

LANDIS RATH & COBB LLP

SULLIVAN & CROMWELL LLP.

Claim number: 2088. Rablin, Joshua. Debtor FTX Trading Ltd.

AS per print outs attached this is where I transferred funds across to FTX. I had traded for several months and dramatically increased the value of the wallet. I also had leveraged trades on at the time to which is perhaps the reasoning as to why it says the value amount of close to $1k USD and not above $8,500 as the liquidity value of the leverage trades held that trade within the system of margin and only showed full wallet amount when sold.

At the time the app was actually shut down I had a wallet value of USD $8,500 not what is shown in EXHIBIT A.

I have included to date what the holdings would be amounted to today if FTX wasn't a giant rugpull written on EXHIBIT A. in and around $500,000USD.

It is also worth noting that the app still stayed active even after filing for bankruptcy with a release of only several tokens, not all then finally it all disappeared. To which I am sure you are also aware.

Many thanks for your assistance in this period of time, I can only imagine what you have had to deal with.

Sincerely,

Joshua Rablin.

+61 499 550 490

| Time | Type | Withdraw wallet | Coin | Amount |
|---|---|---|---|---|
| 2022-07-30 21:16 | Withdraw | Spot Wallet | USDT | 417.70001 |
| 2022-07-06 07:00 | Withdraw | Spot Wallet | USDT | 3332.559795 |
| 2022-06-24 10:21 | Withdraw | Spot Wallet | USDT | 123.17307 |
| 2022-06-17 19:14 | Withdraw | Spot Wallet | USDT | 198.290992 |
| 2022-06-13 14:51 | Withdraw | Spot Wallet | USDT | 41.153189 |
| 2022-06-13 13:00 | Withdraw | Spot Wallet | USDT | 302.554242 |
| 2022-06-02 15:52 | Withdraw | Spot Wallet | USDT | 369.165637 |
| 2022-05-31 09:59 | Withdraw | Spot Wallet | USDT | 111.063419 |
| 2022-05-31 09:49 | Withdraw | Spot Wallet | USDT | 299 |
| 2022-05-20 01:41 | Withdraw | Spot Wallet | USDT | 27.30455 |



| Destination | TxID | Status |
|---|---|---|
| TAsLa6...R2k1E8 | 93fb5b...3a1564 | Completed |
| TAsLa6...R2k1E8 | f1141d...fa9c16 | Completed |
| TAsLa6...R2k1E8 | 45701f...b43afe | Completed |
| TAsLa6...R2k1E8 | 1aed3f...2ebc18 | Completed |
| TAsLa6...R2k1E8 | 2f76d0...d73602 | Completed |
| TAsLa6...R2k1E8 | f4bbbe...040e2a | Completed |
| TAsLa6...R2k1E8 | a864a4...90f68f | Completed |
| TLyZXS...1nnM5k | 498656...fbeb06 | Completed |
| TAsLa6...R2k1E8 | 90bdec...4e1b22 | Completed |
| TAsLa6...R2k1E8 | b919b6...7656bf | Completed |



08.11.24   07h33



AUSTRALIA POSTAGE PAID

UNITED STATES BANKRUPTCY COURT
824 NORTH MARKET STREET.
3RD FLOOR
WILMINGTON
DELAWARE
19801.