

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:

FTX Trading Ltd., et al., Debtors

Chapter 11 Case No.: 22-11068 (JTD)

Claimant Name: LIU, YI LIN

Claim Number: 18030

Hearing Date: December 12, 2024 at 1:00 PM ET

# RESPONSE TO DEBTORS' ONE HUNDRED TWENTY-FIFTH OMNIBUS OBJECTION TO CERTAIN OVERSTATED AND/OR UNLIQUIDATED PROOFS OF CLAIM

To the Honorable Court:

I, LIU-YI LIN (the "Claimant"), respectfully submit this response to the Debtors' One Hundred Twenty-Fifth Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim, and hereby request the preservation of my full claim amount for the following reasons:

## 1. Background of the Claim

The claimant initiated a withdrawal request on October 28, 2022, from the FTX trading platform for a specific amount of $44,407.93 USD. However, due to an error in reversing the last two digits of the account number, the funds were not credited to the designated account. On November 9, 2022, the amount of

$44,394.93 USD, after deduction of transaction fees, was returned to the original account (an account belonging to FTX).

This amount should have been credited to my account on the FTX trading platform. However, at that time, the platform was in a state of crisis, with no personnel managing it, and its operations had ceased. As a result, these funds have neither been credited to my account on the FTX platform nor successfully transferred to the claimant's bank account to date.

## 2. Evidence Supporting the Claim

The Claimant has provided substantial evidence supporting the validity of the claim, including:

- An internationally recognized financial tracking code (SWIFT UETR Code:6c636c65-ad15-4337-9941-d2d6cf2d8711), confirming that the transaction was processed through financial systems.

- Telegraphic transfer (TT) confirmation issued by the bank, verifying the withdrawal attempt.

- Documents notarized by the Ministry of Foreign Affairs, affirming the authenticity and legality of the aforementioned documents.

These evidentiary documents substantiate that the claimed amount remains the Claimant's rightful property, and FTX is obligated to complete the withdrawal process.

## 3. Response to the Debtors' Objection

The Debtors assert that the Claimant's claim is overstated or unverifiable. However, the Claimant asserts the following:

**3.1 Funds Not Credited:**

The funds in question, amounting to $44,394.93 USD, have neither been credited to the Claimant's FTX platform account nor successfully transferred to the designated receiving bank account.

### 3.2 Clear Transaction Evidence:

- The Claimant has provided verifiable documentation to support the claim, including:
    - The withdrawal request record.
    - Telegraphic transfer (TT) confirmation of the returned funds.
    - SWIFT UETR Code for international financial tracing.
- These documents confirm that the funds were returned to the originating bank account associated with FTX, which initially disbursed the Claimant's assets.

### 3.3 Rightful Ownership and Compensation:

- These funds should have been credited to the Claimant's FTX account and included as part of the compensable assets.
- The Claimant maintains that the funds are validly owed and should be fully included in the compensation claim.

### 3.4 Inaccuracy of Debtors' Records:
The Debtors' internal records fail to reflect this transaction accurately, creating a discrepancy with external financial tracking systems that confirm the transaction details.

### 3.5 Validity of the Claim:

- The withdrawal request constitutes a valid and enforceable claim.
- FTX's failure to complete the transaction does not justify any reduction or denial of the Claimant's entitlement.

### 3.6 Impropriety of Denial:

- There is no reasonable basis for the Debtors to disregard or invalidate this claim.
- Denying compensation for the funds effectively amounts to the misappropriation of the Claimant's assets.

**3.7 Claimant's Position**: The Claimant firmly upholds the legitimacy of this claim and asserts the right to full compensation in the amount of $44,394.93 USD.

## 4. Claimant's Request

The Claimant respectfully requests the Court to:

1. Deny the Debtors' objection to the Claimant's claim.

2. Affirm the legitimacy and full amount of the Claimant's claim.

3. Direct the Debtors to complete the outstanding withdrawal and credit the Claimant's receiving account accordingly.

## 5. Contact Information

The Claimant or their legal representative is available to receive further notices or communications regarding this response at the following:

- Contact Name: LIU, YI LIN

- **Address :** No. 63, Ln. 58, Wenlin St., Taiping Dist., Taichung City 411613 , Taiwan (R.O.C.)

- Phone Number: +886914092785

- Email: groovairy@gmail.com

## 6. Participate in the hearing

I am a claimant in the above-referenced bankruptcy case and wish to participate in the scheduled hearing on **December 12, 2024, at 1:00 PM ET** regarding the Debtors' One Hundred Twenty-Fifth Omnibus Objection to Proofs of Claim. As I am unable to attend in person, I would like to request the Zoom access information, including the meeting ID, password, and any relevant instructions to participate in the hearing remotely.

Please kindly send the requested information to my email address. Should you require any additional information or documentation from my end, I am happy to provide it promptly.

Thank you for your assistance.

The Claimant reserves all legal rights, including the right to pursue further actions to recover the assets in question.

Respectfully submitted,

Signature: *Liu Yi Lin 劉怡伶*

Name: LIU, YI LIN

Date: 2024.11.18

# The Proof of cliam I submitted

I have withdrew 44,407.93 USD from my FTX account on October 28, 2023. However, the account number of my beneficiary bank was written incorrectly, so my beneficiary bank returned this remittance back to FTX's bank account. The followings are the evidences about the registration of this claim, including

1. Withdrawal request and sent confirmed email from FTX
2. Bank telegrams and official documents (notarized by the Ministry of Foreign Affairs of the Republic of China)

- I withdrew $44,407.93 from FTX on October 28, 2023.



2023/6/14 下午4:07      Gmail - FTX fiat withdrawal sent

**Gmail**

Airy610 <groovairy@gmail.com>

**FTX fiat withdrawal sent**
1 message

FTX Cryptocurrency Derivatives Exchange <support@ftx.com>      Fri, Oct 28, 2022 at 2:03 PM
To: groovairy@gmail.com

Hello 劉怡伶 Liu I-Ling,

Your fiat withdrawal of 44407.93 USD has been processed. Please allow three to five business days for the transfer to arrive in your bank account.

https://mail.google.com/mail/u/0/?ik=2bd16bda5f&view=pt&search=all&permthid=thread-f:1747913913299956049&simpl=msg-f:1747913913299956049    1/1

- 

- The SWIFT UETR Code that could track this T.T from the bank system in all over the world.



- Unfortunately, I wrote the last 2 numbers of the beneficiary account wrong. Here are the Telegrams and the official document from HSCB (Taiwan) Bank.

Version (a) :Translated & Notarized by the Ministry of Foreign Affairs of the Republic of China :




中華民國文件證明書 **DOCUMENT AUTHENTICATION**

| | | |
|---|---|---|
| 1.國家／地區：<br>Country: | 中華民國（臺灣）<br>Republic of China（Taiwan） | |
| | 此公文書<br>This public document | |
| 2.簽署人<br>has been signed by | 曾君豪<br>Tseng, Chun-Hao | |
| 3.簽署人職務<br>acting in the capacity of | 民間公證人<br>Notary public | |
| 4.用印人／單位<br>bears the seal/stamp of | 臺北地方法院<br>Taipei District Court | |
| | 茲證明<br>Certified | |
| 5.地點<br>at | 臺北<br>Taipei | |
| 6.日期<br>the | May 26, 2023 | |
| 7.由<br>by | 外交部<br>Ministry of Foreign Affairs | |
| 8.案號<br>Number | 112200044241-001 | |
| 9.章戳<br>Seal/stamp: | 10.簽署<br>Signature: | |
| | Tsao, Yu-Fen | *Tsao Yu Fen* |
| | Senior Officer, Bureau of Consular Affairs | |
| | For The Minister of Foreign Affairs | |
| 11.附註：<br>remarks: | | |

本文件證明僅證明所附文書之簽章屬實，至文書所載內容不在證明之列。
This document authentication only certifies the authenticity of the signature, seal or stamp and the capacity of the person who has signed the attached document. It does not validate the contents of the document for which it was issued.

本文件證明書核驗紀錄可於下列網站查詢：
To verify the issuance of this authentication, please peruse the following website :
https://docauth.boca.gov.tw/BOCAWeb/index4/qry





O102843

LIU, YI-LING

4F., No. 20, Ln. 40, Sec. 2, Zhongshan Rd., Banqiao Dist., New Taipei City 22067

Dear Ms. Liu,

Concerning your call on April 18 2023 to request our assistance in providing information regarding a T/T remittance that was cancelled on October 28 2022. The relevant T/T remittance notification documents were attached for your reference.

If you have any further questions or concerns, please feel free to contact our Customer Service Center or reach out to Ms. Liu by calling 00800-050-018. We will serve you to the best of our ability.

Best regards,

HSBC Bank (Taiwan) Limited<br>
25th of April 2023<br>
(STAMP) (stamp)

HSBC Bank (Taiwan) Limited

9-16/F, No. 369, Section 7, Zhongxiao East Road, Nangang District, Taipei City 115, Taiwan (R.O.C.)

Page 1 of 4



**WAN-KUO TRANSLATION SERVICES (統編 52200090)**

地址：(106) 台北市大安區羅斯福路 3 段 297 號 6 樓之 1 (台電大樓對面)
ADD: 6F-1, No 297, Sec 3 Roosevelt Road, Da-An Dist., Taipei City 106, Taiwan (R.O.C.)
TEL: (02)2369-0931    FAX: (02)2363-5830    網址：www.23690931.com.tw
承辦人：鄧小姐 Helen            假日聯絡專線：0989-000-581
E-mail: t23690931@gmail.com        LINE: @t23690931 (請加"@")

[Attachment 1]

Attachment

The following is the foreign inward remittance received on October 31 2022. In T/T remittance column 59, the beneficiary's account number is incorrect (016-047060-821 was mistakenly entered as 016-047060-812).

```
{1:FO1HSBCTWTPBXXX2489419765}
{2:01030645221028MRMDUS33BXXX50421931792210281845N}
{3:{108:NAM8D6PHRF7A}{119:STP}{111:001}{121:6c636c65-ad15-4337-9941-d2d6cf2d8711}}
MT 103S SINGLE CUSTOMER CREDIT TRANSFER
```

**Swift Uetr Code**

| | | |
|---|---|---|
| 20 | Sender's Reference | 301445577 |
| 23B | Bank Operation Code | CRED |
| 32A | Value Date/Currency/Interbank Settled Amount | |
| | Date | 28OCT2022 |
| | Currency | USD |
| | Amount | 44,394.93 |
| 33B | Currency/Instructed Amount | |
| | Currency | USD |
| | Amount | 44,407.93 |

**The amount I withdrew from FTX**

| | | |
|---|---|---|
| 50K | Ordering Customer | |
| | Account | ▇2549 |
| | Name & Address | FTX DIGITAL MARKETS LTD. |
| | | VERIDIAN CORP. CNTR, ASTORIA UNIT 27 |
| | | WSTN DIST OF ISLND OF NEW PROVIDENC |
| | | NASSAU, BAHAMAS |
| 52A | Ordering Institution | |
| | Party Identifier | //FW322286803 |
| | Identifier Code | SIVGUS66XXX |
| | | SILVERGATE BANK |
| | | 4250 EXECUTIVE SQUARE |
| | | 92037 LA JOLLA CA |
| | | UNITED STATES OF AMERICA |
| 53B | Sender's Correspondent | |
| | Party Identifier | /000037087 |
| 59 | Beneficiary Customer | |
| | Account | ▇0812 |
| | Name & Address | LIU YI LIN |
| | | 4F, NO. 20, LN. 40, SEC. 2, ZHONGS |
| | | HAN RD., BANQIAO DIST., |
| | | NEW TAIPEI CITY, TW 220077 |
| 70 | Remittance Information | REF: FTX, INTERNAL CODE: 798B2F74- |
| | | 920B-36BC-8CB9-AAEA692ACF65-UUID |
| 71A | Details of Charges | BEN |
| 71F | Sender's Charges | |
| | Currency | USD |
| | Amount | 0.00 |
| 71F | Sender's Charges | |
| | Currency | USD |
| | Amount | 13.00 |

Page 2 of 4



WAN-KUO TRANSLATION SERVICES (統編 52200090)

萬國翻譯社

地址：(106) 台北市大安區羅斯福路3段297號6樓之1(台電大樓對面)
ADD: 6F-1, No 297, Sec 3 Roosevelt Road, Da-An Dist., Taipei City 106, Taiwan (R.O.C.)
TEL: (02)2369-0931    FAX: (02)2363-5830    網址：www.23690931.com.tw
承辦人：鄧小姐 Helen    假日聯絡專線：0989-000-581
E-mail: t23690931@gmail.com    LINE: @t23690931 (請加"@")

Attachment

[Attachment 2]

November 1 2022, we inquired with the intermediary bank about the status of this foreign currency inward remittance transaction.

```
{1:F01HSBCTWTPXXXX0000000000}
{2:I199MRMDUS33XXXXN}
{3:{108:GHM8H000YQ98}}
MT 199   FREE FORMAT MESSAGE
20    Transaction Reference Number      TW1221101-000122
21    Related Reference                 301445577
79    Narrative
      ATTN: REMITTANCE DEPT MANAGER

      SUB: YR P/O REF 301445577
      AMT: USD44,394.93
      VAL:28OCT2022

      WE ARE UNABLE TO EXECUTE THE SUB P/O AS THE BNF'S
      A/C NUMBER IS INVALID. PLS URGENTLY INVESTIGATE
      AND PROVIDE THE CORRECT BNF'S VALID 12 DIGITS A/C
      NUMBER HELD WITH HSBCTWTP BY AUTH SWIFT ATTN
      PAYMENT SERVICE. KINDLY NOTE THAT WE TAKE NO
      RESPONSIBILITY OVER THE DELAY OF PAYMENT. WE WILL
      TREAT THE P/O AS NULL AND VOID IF WE DO NOT GET
      THE CONCLUSIVE REPLY FROM YOU BEFORE 08NOV2022.
      YOUR PROMPT ACTION WOULD BE APPRECIATED.

      BEST REGARDS,
      PAYMENT SERVICE
```

[Attachment 3]

On November 4 2022, our bank inquired with the intermediary bank about the transaction details of this foreign currency inward remittance transaction.

```
{1:F01HSBCTWTPXXXX0000000000}
{2:I199MRMDUS33XXXXN}
{3:{108:GHM8K000W3F3}}
MT 199   FREE FORMAT MESSAGE
20    Transaction Reference Number      TW1221101-000122
21    Related Reference                 301445577
79    Narrative
      THIS IS OUR SECOUD REQUEST
      ATTN: REMITTANCE DEPT MANAGER

      SUB: YR P/O REF 301445577
      AMT: USD44,394.93
      VAL:28OCT2022

      WE ARE UNABLE TO EXECUTE THE SUB P/O AS THE BNF'S
      A/C NUMBER IS INVALID. PLS URGENTLY INVESTIGATE
      AND PROVIDE THE CORRECT BNF'S VALID 12 DIGITS A/C
      NUMBER HELD WITH HSBCTWTP BY AUTH SWIFT ATTN
      PAYMENT SERVICE. KINDLY NOTE THAT WE TAKE NO
      RESPONSIBILITY OVER THE DELAY OF PAYMENT. WE WILL
      TREAT THE P/O AS NULL AND VOID IF WE DO NOT GET
```

Page 3 of 4



WAN-KUO TRANSLATION SERVICES (統編 52200090)

萬 國 翻 譯 社

地址：(106) 台北市大安區羅斯福路 3 段 297 號 6 樓之 1 (台電大樓對面)
ADD: 6F-1, No 297, Sec 3 Roosevelt Road, Da-An Dist., Taipei City 106, Taiwan (R.O.C.)
TEL: (02)2369-0931    FAX: (02)2363-5830    網址：www.23690931.com.tw
承辦人：鄧小姐 Helen    假日聯絡專線：0989-000-581
E-mail: t23690931@gmail.com    LINE: @t23690931 (請加"@")

Attachment

HE CONCLUSIVE REPLY FROM YOU BEFORE 08NOV2022.
YOUR PROMPT ACTION WOULD BE APPRECIATED.

BEST REGARDS,
PAYMENT SERVICE

[Attachment 4]

On November 9 2022, as we did not receive a response by the due date, the remittance has been cancelled.

```
{1:F01HSBCTWTPXXXX0000000000}
{2:I199MRMDUS33XXXXN}
{3:{108:GHM8P000TWV1}}
MT 199    FREE FORMAT MESSAGE
20    Transaction Reference Number        TW1221101-000122
21    Related Reference                   301445577
79    Narrative
      ATTN: MT INVESTIGATION/HSBC GPCM

      SUB: YR P/O REF 301445577
      AMT: USD44,394.93
      VAL: 28OCT2022

      RE OUR MT199 DATED 01NOV2022 AND 04NOV2022 TRN
      TW1221101-000122.

      WE HAVE CONSIDERED THE SUB PAYMENT AS NULL AND
      VOID REASON THE BNF'S A/C NUMBER IS INVALID.
      PLEASE TAKE THIS MESSAGE AS OUR AUTHORIZATION TO
      DEBIT USD44,354.93(LESS OUR CHG) FROM OUR USD A/C
      NO. 000037087 HELD WITH YOU QUOTING REF 301445577
      AND RETURN THE FUND TO THE ORIGINAL REMITTER
      TODAY, PLEASE ALSO BE ADVISED THAT WE ARE NOT
      RESPONSIBLE FOR ANY CHARGE ARISING FROM THE
      RETURN. WE CLOSE FILE.

      BEST REGARDS,
      PAYMENT SERVICE
```

**Bank returned the money back to FTX's bank**

**The Amount I claim for**

112年度

案號: 北院民認豪字
Case No. 000713    日期 Date: MAY 25 2023

本文件翻譯人之簽名或蓋章，業經臺灣臺北地方法院所屬民間公證人重慶聯合事務所認證。本翻譯本文義樓與連級之原文文義尚屬相符。

公證人曾君豪

Attested at the Chung Ching United Notary Public Office of Taiwan Taipei District Court, R.O.C., that the signature(s)/seal(s) of translator in this document is/are authentic. This translated version is hereby certified to be true to the meaning of the attached original.

TSENG, CHUN-HAO
Notary Public

7F-1, No. 121, Sec. 1, Changching S.R.d., Taipei, Taiwan 100, R.O.C.

I hereby declare that the version is in conformity with the original document.
本人聲明上述英文譯本與中文原文相符

Translator 譯者: 



Page 4 of 4

**WAN-KUO TRANSLATION SERVICES (統編 52200090)**

地址：(106) 台北市大安區羅斯福路3段297號6樓之1(台電大樓對面)
ADD: 6F-1, No 297, Sec 3 Roosevelt Road, Da-An Dist., Taipei City 106, Taiwan (R.O.C.)
TEL: (02)2369-0931    FAX: (02)2363-5830    網址：www.23690931.com.tw
承辦人：鄧小姐 Helen            假日聯絡專線：0989-000-581
E-mail: t23690931@gmail.com        LINE: @t23690931 (請加"@")

萬國翻譯社

**Version B: Below are the original documents from HSB TW:**



劉怡伶
２２０６７新北市板橋區
中山路２段４０巷２０號４樓

劉小姐，您好：

　　有關您於中華民國(下同)112年4月18日來電，請本行協助提供您於111年10月28日辦理匯款交易但被退匯之相關資料乙事，本行茲檢附相關電文資料如附件，請您參考。
　　如果您有任何其他疑問，歡迎隨時致電本行客服中心，或是與客戶申訴中心劉小姐聯絡（電話：00800-050-018），我們將竭誠為您服務。

順頌　時祺

滙豐(台灣)商業銀行股份有限公司

中華民國112年4月25日




**HSBC Bank (Taiwan) Limited**
滙豐(台灣)商業銀行股份有限公司
9-16/F, No. 369, Section 7, Zhongxiao East Road, Nangang District, Taipei City 115, Taiwan (R.O.C.)
115 台北市南港區忠孝東路七段369號9-16樓

Page頁次 １ of之 ４



【附件一】

111年10月31日收到的國外匯入電報如下，電報59欄受款人帳號不正確(016-047060-821誤植為016-047060-812)

```
{1:F01HSBCTWTPBXXX2489419765}
{2:O1030645221028MRMDUS33BXXX50421931792210281845N}
{3:{108:NAM8D6PHRF7A}{119:STP}{111:001}{121:6c636c65-ad15-4337-9941-d2d6cf2d8711}}
MT 103S   SINGLE CUSTOMER CREDIT TRANSFER
```

| | | |
|---|---|---|
| 20 | Sender's Reference | 301445577 |
| 23B | Bank Operation Code | CRED |
| 32A | Value Date/Currency/Interbank Settled Amount | |
| | Date | 28OCT2022 |
| | Currency | USD |
| | Amount | 44,394.93 |
| 33B | Currency/Instructed Amount | |
| | Currency | USD |
| | Amount | 44,407.93 |
| 50K | Ordering Customer | |
| | Account | /▇▇▇▇2549 |
| | Name & Address | FTX DIGITAL MARKETS LTD. |
| | | VERIDIAN CORP. CNTR, ASTORIA UNIT 27 |
| | | WSTN DIST OF ISLND OF NEW PROVIDENC |
| | | NASSAU, BAHAMAS |
| 52A | Ordering Institution | |
| | Party Identifier | //FW322286803 |
| | Identifier Code | SIVGUS66XXX |
| | | SILVERGATE BANK |
| | | 4250 EXECUTIVE SQUARE |
| | | 92037 LA JOLLA CA |
| | | UNITED STATES OF AMERICA |
| 53B | Sender's Correspondent | |
| | Party Identifier | /000037087 |
| 59 | Beneficiary Customer | |
| | Account | /▇▇▇▇0812 |
| | Name & Address | LIU YI LIN |
| | | 4F., NO. 20, LN. 40, SEC. 2, ZHONGS |
| | | HAN RD., BANQIAO DIST., |
| | | NEW TAIPEI CITY,   TW 220077 |
| 70 | Remittance Information | REF: FTX , INTERNAL CODE: 798B2F74- |
| | | 920B-36BC-8CB9-AAEA692ACF65-UUID |
| 71A | Details of Charges | BEN |
| 71F | Sender's Charges | |
| | Currency | USD |
| | Amount | 0.00 |
| 71F | Sender's Charges | |
| | Currency | USD |
| | Amount | 13.00 |


附件

【附件二】
111年11月1日,本行向中轉行詢問此筆外幣匯入款交易情形

```
{1:F01HSBCTWTPXXXX0000000000}
{2:I199MRMDUS33XXXXN}
{3:{108:GHM8H000YQ98}}
MT 199   FREE FORMAT MESSAGE
20    Transaction Reference Number    TW1221101-000122
21    Related Reference                301445577
79    Narrative
      ATTN: REMITTANCE DEPT MANAGER

      SUB: YR P/O REF 301445577
      AMT: USD44,394.93
      VAL: 28OCT2022

      WE ARE UNABLE TO EXECUTE THE SUB P/O AS THE BNF'S
      A/C NUMBER IS INVALID. PLS URGENTLY INVESTIGATE
      AND PROVIDE THE CORRECT BNF'S VALID 12 DIGITS A/C
      NUMBER HELD WITH HSBCTWTP BY AUTH SWIFT ATTN
      PAYMENT SERVICE. KINDLY NOTE THAT WE TAKE NO
      RESPONSIBILITY OVER THE DELAY OF PAYMENT. WE WILL
      TREAT THE P/O AS NULL AND VOID IF WE DO NOT GET
      THE CONCLUSIVE REPLY FROM YOU BEFORE 08NOV2022.
      YOUR PROMPT ACTION WOULD BE APPRECIATED.

      BEST REGARDS,
      PAYMENT SERVICE
```

【附件三】
111年11月4日,本行向中轉行詢問此筆外幣匯入款交易情形

```
{1:F01HSBCTWTPXXXX0000000000}
{2:I199MRMDUS33XXXXN}
{3:{108:GHM8K000W3F3}}
MT 199   FREE FORMAT MESSAGE
20    Transaction Reference Number    TW1221101-000122
21    Related Reference                301445577
79    Narrative
      THIS IS OUR SECOND REQUEST
      ATTN: REMITTANCE DEPT MANAGER

      SUB: YR P/O REF 301445577
      AMT: USD44,394.93
      VAL: 28OCT2022

      WE ARE UNABLE TO EXECUTE THE SUB P/O AS THE BNF'S
      A/C NUMBER IS INVALID. PLS URGENTLY INVESTIGATE
      AND PROVIDE THE CORRECT BNF'S VALID 12 DIGITS A/C
      NUMBER HELD WITH HSBCTWTP BY AUTH SWIFT ATTN
      PAYMENT SERVICE. KINDLY NOTE THAT WE TAKE NO
      RESPONSIBILITY OVER THE DELAY OF PAYMENT. WE WILL
      TREAT THE P/O AS NULL AND VOID IF WE DO NOT GET
```

附件

THE CONCLUSIVE REPLY FROM YOU BEFORE 08NOV2022.
YOUR PROMPT ACTION WOULD BE APPRECIATED.

BEST REGARDS,
PAYMENT SERVICE

【附件四】

111年11月9日,本行到期未收到回覆故退匯

```
{1:F01HSBCTWTPXXXX0000000000}
{2:I199MRMDUS33XXXXN}
{3:{108:GHM8P000TWV1}}
MT 199   FREE FORMAT MESSAGE
20    Transaction Reference Number     TW1221101-000122
21    Related Reference                301445577
79    Narrative
      ATTN: MT INVESTIGATION/HSBC GPCM

      SUB: YR P/O REF 301445577
      AMT: USD44,394.93
      VAL: 28OCT2022

      RE OUR MT199 DATED 01NOV2022 AND 04NOV2022 TRN
      TW1221101-000122.

      WE HAVE CONSIDERED THE SUB PAYMENT AS NULL AND
      VOID REASON THE BNF'S A/C NUMBER IS INVALID.
      PLEASE TAKE THIS MESSAGE AS OUR AUTHORIZATION TO
      DEBIT USD44,354.93(LESS OUR CHG) FROM OUR USD A/C
      NO. 000037087 HELD WITH YOU QUOTING REF 301445577
      AND RETURN THE FUND TO THE ORIGINAL REMITTER
      TODAY. PLEASE ALSO BE ADVISED THAT WE ARE NOT
      RESPONSIBLE FOR ANY CHARGE ARISING FROM THE
      RETURN. WE CLOSE FILE.

      BEST REGARDS,
      PAYMENT SERVICE
```

page 4/4



end.

**ชื่อที่อยู่ผู้ส่ง / Sender**  สำหรับติดต่อผู้ส่ง / Tel. +66961242910

จาก / From
Unit Number 208/158, 8 FL The Link 3,
Sukhumvit 50 Rd., Prakhanong, Klongtoei,
Bangkok
Ms. Liu Yi Lm

รหัสไปรษณีย์ Postcode | 1 | 0 | 2 | 6 | 0 |



**ชื่อที่อยู่ผู้รับ / Addressee**

ถึง / To
United States Bankruptcy
824 North Market Street, 3rd F
United States

รหัสไปรษณีย์ Postcode

**WORLD THAILAND**

**CUSTOMS DECLARATION**

EE 204 933 431 TH

P. 256
CN 23 EMS
สำคัญมาก Important!
โปรดอ่านคำแนะนำด้านหลัง
See Instructions on the back

อาจถูกเปิดโดย จนท.ศุลกากร May be opened officially

ข้อมูลอ้างอิงผู้นำเข้า (ถ้ามี) (รหัสภาษี/หมายเลขภาษีมูลค่าเพิ่ม/รหัสผู้นำเข้า)
Importer's reference (if any) (Tax code/VAT No./Importer code) (Optional)

โทรศัพท์/โทรสาร/e-mail ของผู้นำเข้า (ถ้าทราบ)
Importer's telephone/fax/e-mail (if known)

ข้อมูลอ้างอิงทางภาษีผู้ฝากส่ง (ถ้ามี)
Sender's customs reference (if any)

ชื่อ - ที่อยู่ ผู้รับ

ชื่อ - สกุล Name: United States Bankruptcy Court
ที่อยู่ Address: 824 North Market Street, 3rd Floor,
        Wilmington
เมือง City: Delaware
รหัสไปรษณีย์ Postcode: 19801
ประเทศ Country: United States
โทร. Tel. +1 302 252 2900
Email: helpdeskde@deb.uscourts.gov

Sender: Yilin
8, 8F, The Link 3, Sukhumvit 50 Rd,
Klong toei
จังหวัด Province: Bangkok
ประเทศ Country: Thailand
2910
Email: groovairy@gmail.com

| รายละเอียดสิ่งของบรรจุภายใน / description of contents | จำนวน Quantity | น้ำหนักสุทธิ (กก.) Net weight (in kg.) | ราคา Value | สำหรับสิ่งของทางการค้าเท่านั้น For commercial items only | |
|---|---|---|---|---|---|
| | | | | พิกัดศุลกากร HS tariff number | สินค้าต้นกำเนิด Country of origin of goods |
| Document | 1 | 46 | 1 THB | | |

Sender's instruction in case of non-delivery
☐ คืน โดยยินยอมชำระค่าส่งคืน Return (Charge paid by Sender)

น้ำหนักรวม Total gross weight
ราคารวม Total value

ข้อมูลการรับฝาก Acceptance information
น้ำหนักรวม (กก.) Item weight (kg.): 0.46
ค่าฝากส่ง Postal charges/Fees: 1580 THB
☐ เงินสด Cash ☐ เงินเชื่อ Credit
☐ เครื่องประทับ Franking Machine
ที่ทำการฝากส่ง Office of origin: 10110
วันที่ฝาก Date: 19/11/26   เวลา Time
☑ ในที่ทำการ ☐ นอกที่ทำการ

ของประเภท of item
☐ ตัวอย่างสินค้า Commercial sample   คำอธิบาย Explanation
☐ สินค้าส่งคืน Returned goods   ☐ อื่นๆ Other

ตรวจโดยด่านพืชหรือหน่วยงานอื่นๆ
subject to quarantine, sanitary/phytosanitary inspection or other restrictions

ใบรับ Certificate
จำนวนใบรับ Certificate number(s)

ใบแจ้งค่าสินค้า Invoice
จำนวนใบแจ้งค่าสินค้า Invoice number(s)

ข้อมูลการนำจ่าย Delivery information
วันที่นำจ่าย Date   เวลา Time
ชื่อผู้รับ Person name
ลายมือชื่อผู้รับ Signature

ที่กรอกในแบบฟอร์มนี้เป็นความจริงและสิ่งของที่ฝากส่งไม่เป็นสิ่งของอันตรายหรือสิ่งของที่ฝากส่งทางไปรษณีย์เป็นสิ่งของต้องห้าม
that the particulars given in this customs declaration are correct and that this item does not contain any dangerous
d by legislation or by postal or customs regulations
ส่ง
ignature