**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re FTX Trading Ltd., et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 22-11068 (JTD) |
| ) | |
| ) | (Jointly Administered) |

**RESPONSE TO THE DEBTORS' ONE HUNDRED TWENTY-FIFTH (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN OVERSTATED AND/OR UNLIQUIDATED PROOFS OF CLAIM (CUSTOMER CLAIMS) WITH RESPECT TO PROOF OF CLAIM 1359**

1. DCP Master Investments XIV LLC ("Diameter"), by its undersigned counsel, hereby submits this response to the one hundred twenty-fifth omnibus claims objection filed at Docket No. 27182 (the "Objection") by FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors").

2. Diameter is the transferee and recordholder of Proof of Claim Number 1359 (the "Claim"). This claim was filed in the amount of USD 35,548.20 (the "Filed Amount") by Diameter's predecessor-in-interest, a customer (name on file) (the "Original Claimant") that had an account at FTX Trading Ltd. (the "Account") prior to the commencement of these cases.

3. In the Objection, the Debtors seek to modify the Claim by reducing its amount from the Filed Amount to USDT 2.00 (the "Modified Amount"), based on their books and records.

4. The difference between the Filed Amount and the Modified Amount, disregarding the difference between fiat and stablecoin, is USD 35,546.20 (the "Disputed Amount").

5. On information and belief, on November 8, 2022, at a time when the balance in the Account had a value equal to the Filed Amount, the Original Claimant requested a withdrawal of USDC in the Disputed Amount from the Account (the "November 8 Request"), but the Original Claimant never received any transfer or credit in any amount in response to the November 8 Request. Accordingly, the Claim reflects the Filed Amount and does not account for the November 8 Request.

6.  If the Debtors' books and records give the impression that FTX Trading Ltd. honored the November 8 Request, even though FTX Trading Ltd reportedly froze customer account withdrawals on that same day, then, on information and belief, the Debtors' books and records are inaccurate.

7.  In any event, the Claim, submitted under penalty of perjury, is evidence that the Original Claimant did not receive the Disputed Amount as the result of the November 8 Request.

8.  Since the Debtors are incorrect about the Disputed Amount and the Objection raises no issue other than the Disputed Amount, the Objection should be overruled with respect to the Claim.

9.  Diameter reserves its right to demand discovery and otherwise, in the event that this Court finds that a fact dispute precludes the Objection being overruled with respect to the Claim at this time.

Dated: November 27, 2024

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Jody C. Barillare*
Jody C. Barillare (Bar No. 5107)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: (302) 574-3000
Facsimile: (302) 574-3001
jody.barillare@morganlewis.com

*Attorneys for DCP Master Investments XIV LLC*

**CERTIFICATE OF SERVICE**

       I, Jody C. Barillare, hereby certify that on November 27, 2024, I caused to be served copies of this document via e-mail to all parties consenting to service through the Court's CM/ECF system, with a physical copy to the following address:

Clerk of the United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

                                       **MORGAN, LEWIS & BOCKIUS LLP**

                                       By:_____
                                       Jody C. Barillare (Bar No. 5107)
                                       1201 N. Market Street, Suite 2201
                                       Wilmington, DE 19801
                                       Telephone: (302) 574-3000
                                       Facsimile: (302) 574-3001
                                       jody.barillare@morganlewis.com

                                       *Attorneys for DCP Master Investments XIV LLC*