Case 22011068-JTD

FILED

2024 NOV 26 PM 2: 16

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE COURT
US BANKRUPTCY COURT OF DELAWARE

Case No. 22-11068 (JTD)

Doc Number: 27190

In re:

FTX TRADING LTD.,et al

## RESPONSE TO OBJECTION TO DEBTORS' ONE HUNDRED TWENTY-SEVENTH (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN NO LIABILITY PROOFS OF CLAIM (CUSTOMER CLAIMS)

1.  Background

    1.1.   This Response is to contest the Debtors' determination of the No Liability Claims included in the Objection filed 23 October 2024 contained in document 27190 in terms of Case No. 22-11068 (JTD).

    1.2.   On 6 November 2024, Amori Hanekom (hereinafter referred to as "Hanekom") received notification of the objection on the basis that *"the claimant did not provide proper documentation to support the asserted customer entitlement claim"* based on the fact that *"the information provided with the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement, of the claimant."* Attached hereto and marked as *Annexure "A"* is a copy of the notification received.

2.  The Claim

    2.1.   Hanekom submitted a Claim under the following details:

           2.1.1.   Full Name: Amori Hanekom
           2.1.2.   Claim Number: 71920
           2.1.3.   Customer Code: ▮▮▮▮▮
           2.1.4.   Email linked to account: amori.hanekom@yandex.com
           2.1.5.   Confirmation ID: 3265-70-ZIJYX-302011219
           2.1.6.   Amount Claimed: 18 282.55 USD

    2.2.   Attached hereto and marked as *Annexure "B"* in support of the Claim is a copy of the Creditor Data Details and extract of Hanekom's FTX Account confirming the above details.

3.  Basis of the Claim

    3.1.   Upon gaining access into Hanekom's FTX Account, it was determined that Hanekom's Profile/Account was reflecting a nil (zero) balance. Attached hereto and marked as *Annexure "C"* is an extract of the account evidencing the nil (zero) balance.

Case 22011068-JTD

3.2.    On 7 November 2022, an amount of 18 282.55 USD was deposited into FTX Digital Markets Ltd's nominated bank account, being Silvergate Bank by Capitec Bank Limited upon the instruction of Hanekom and from Hanekom's bank account in her name. Attached hereto and marked as *Annexure "D"* is a copy of the Application to Transfer Foreign Currency Cross Border Declaration, Outward Payment Confirmation and SWIFT Message. Reference must be made to the SWIFT Message on page 7 of *Annexure "D"* which shows that the funds were transferred to the beneficiary, being FTX Digital Markets Ltd from Hanekom's bank account. A copy of an extract Company Trace evidencing Capitec Bank Limited is active and operating as a bank as well as an extract confirming that Capitec Bank Limited is a licensed financial service provider is attached hereto and marked as *Annexure "E"*. The link to confirm that Capitec Bank Limited is a licensed financial service provider is https://www.fsca.co.za/Fais/Search_FSP.htm.

3.3.    Attached hereto and marked as *Annexure "F"* is a screenshot of Hanekom's FTX Profile which shows that the last deposit made in terms of the Deposit History was on 21 July 2022 for an amount of 21 101.99 USD. The deposit made on 7 November 2022 as referred to in paragraph 3.2 has not been allocated to Hanekom's FTX Profile/Account due to FTX's liquidation.

3.4.    Capitec Bank Limited attempted to recall the funds for Hanekom, however the recall was not able to be processed *"due to bankruptcy filing"*. Attached hereto and marked as *Annexure "G"* is a copy of the notification received after the failure to recall the funds.

4.    Legal Basis and Entitlement to Funds

4.1.    Upon instruction by Hanekom, an amount of 18 282 USD was transferred by Capitec Bank Limited from Hanekom's bank account to FTX Markets Digital Ltd on 7 November 2022. Proof of the transfer of the funds has been attached as Annexure "D". As evidenced by the SWIFT Message, the amount of 18 282 USD was transferred out of Hanekom's account and is currently in FTX Market Digital Ltd's Bank Account.

4.2.    Hanekom instructed Capitec Bank Limited to recall the funds but Capitec Bank Limited was unable to do so *"due to bankruptcy filing"*. This is evidenced in the notification received from Capitec Bank Limited attached as Annexure "F". Therefore, the funds were successfully transferred from Hanekom's bank account to FTX Markets Digital Ltd's bank account.

4.3.    Hanekom is not in possession of the funds and the funds are currently in FTX Digital Markets Ltd bank account and have not been allocated to Hanekom.

4.4.    Hanekom is legally entitled to these funds and has complete ownership of the funds and should not be prejudiced due to the fact that the funds were not allocated due to the liquidation of FTX.

4.5.    The claim submitted under claim number 71920 should not be objected to and should proceed accordingly.

4.6.    FTX/Kroll has been provided with all the relevant documentation and communication to assist with the claim. Formal correspondence was sent to

Case 22011068-JTD

FTX/Kroll on 27 September 2023 reiterating the above mentioned. Attached hereto and marked *Annexure "H"* is a copy of the correspondence transmitted as well as an example of the correspondence submitted to FTX/Kroll providing the documentation and details of the events that transpired. The correspondence attached as Annexure "H" is just one email thread, however multiple email threads were exchanged in an attempt to have the funds correctly allocated to Hanekom.

4.7.    FTX has no right, title or interest in the amount of 18 282.55 USD that is currently in its bank account and possession.

5.    Claimant's Details
    5.1.    Name: Amori Hanekom
    5.2.    Current Address: 101 Alpine Crescent, Pine Creek Estate, Somerset West, 7139, Western Cape, SOUTH AFRICA
    5.3.    Telephone Number: +27685180063
    5.4.    Email Address: amori.hanekom@yandexcom
    5.5.    CC in all Communication: casey@fivewest.co.za & amorihanekom@gmail.com; frikkie.hanekom442@gmail.com

6.    Secondary Contact Details
    6.1.    Name: Frikkie Hanekom
    6.2.    Current Address: 101 Alpine Crescent, Pine Creek Estate, Somerset West, 7139, Western Cape, SOUTH AFRICA
    6.3.    Telephone Number: +27662801297
    6.4.    Email Address: frikkie.hanekom442@gmail.com
    6.5.    CC in all Communication: casey@fivewest.co.za & amori.hanekom@yandex.com; amorihanekom@gmail.com

7.    **Conclusion**
    7.1.    As evidenced above, 18 282.55 USD was transferred out of Hanekom's account into FTX's nominated bank account and has not been allocated to Hanekom due to the liquidation.
    7.2.    In light of the above, Hanekom's claim should proceed and there is no legal basis for the objection and rejection of Hanekom's claim that was duly submitted under claim number 71920.

SIGNED AND DATED AT CAPE TOWN, SOUTH AFRICA ON 14 NOVEMBER 2024

*Hanekom*
...................................
Amori Hanekom

Case no:  22011068-JTD

Doc: 27190

## UNITED STATES BANKRUPTCY COURT
## IN THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date she served a copy of the attached Response to Objection to claim upon the following parties via electronic mail on 19/11/2024 to:

(a) Sullivan &Cromwell LLP, 125 Broad Street, New York, New York 10004, Attn: Christian P. Jensen (jensenc@sullcrom.com) and David M. Rosenthal (rosenthald@sullcrom.com) and

(b) LandisRath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801, Attn: Matthew R. Pierce (pierce@lrclaw.com) and Kimberly A. Brown (brown@lrclaw.com),

Amori Hanekom

**Delivered: Amori Hanekom - FTX TRADING LTD.,Case 22-11068-JTD Doc 27190, Response to Objection**

Yandex ⬤ 360

November 20, 2024 1:22 AM
**From:** postmaster@lrclaw.onmicrosoft.com
**To:** amori.hanekom@yandex.com

## Your message has been delivered to the following recipients:

pierce@lrclaw.com (pierce@lrclaw.com)

Subject: Amori Hanekom - FTX TRADING LTD.,Case 22-11068-JTD Doc 27190, Response to Objection

Reporting-MTA: dns;DM4PR22MB3490.namprd22.prod.outlook.com
Received-From-MTA: dns;forward103b.mail.yandex.net
Arrival-Date: Tue, 19 Nov 2024 23:22:29 +0000

Original-Recipient: rfc822;pierce@lrclaw.com
Final-Recipient: rfc822;pierce@lrclaw.com
Action: delivered
Status: 2.0.0
Diagnostic-Code: smtp;250 2.0.0 OK
X-Display-Name: pierce@lrclaw.com

- no_name

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred Twenty-Seventh Omnibus Claims Objection**
**Schedule 1 - No Liability Claims**

<span style="color:red">Annexture A</span>

| Asserted Claims | | | | |
|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| 0 | Hanekom, Amori | FTX Trading Ltd. | USD | 18,282.550000000000000 |

son: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

CLOSE



<span style="color:red">Annexture B</span>

## Creditor Data Details - Claim # 71920

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
09/27/2023

**Claim Number**
71920
**Schedule Number**
n/a
**Confirmation ID**
3265-70-ZIJYX-302011219

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| FIAT | US Dollar(USD) USD/USD = 1.00000 | ASSERTED | 18282.55 | 18282.55 |



avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as
"priority," on Schedule F as "non-priority," or listing a contract or lease on Schedule G as
"executory" or "unexpired," does not constitute an admission by the Debtors of the legal
rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify
such claim or contract. Each Debtor reserves the right to amend their Schedules and
Statements as necessary or appropriate. Debtors further reserve the right to dispute, on
any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules

# KROLL

## Creditor Data Details - Claim # 71920

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
09/27/2023

**Claim Number**
71920
**Schedule Number**
n/a
**Confirmation ID**
3265-70-ZIJYX-302011219

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| FIAT | US Dollar(USD) USD/USD = 1.00000 | ASSERTED | 18282.55 | 18282.55 |



## Creditor Data Details - Claim # 71920

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
09/27/2023

**Claim Number**
71920
**Schedule Number**
n/a
**Confirmation ID**
3265-70-ZIJYX-302011219

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| FIAT | US Dollar(USD) USD/USD = 1.00000 | ASSERTED | 18282.55 | 18282.55 |

Privacy     FAQ     Support     User Guide     文A English ▾     My Account ▾

**Account ID** ▇▇▇▇▇▇

**Unique Customer Code** ▇▇▇▇▇

**Email** amori.hanekom@yandex.com

**Platform** FTX_COM

**Settings**

Logout

## ed at Every Login

'Confirm Email' button below to send an email to the addre:
rovided in your email. Once you complete this, you will see
e.

**Confirm Email**

email address on file? Click here to contact support.

<span style="color:red">Annexture B</span>

STEP 1
...tiate Account Owner
...uthentication

STEP 2
...rify Identity of the Original
...TX Account Owner >

STEP 3
...YC >

STEP 4
...eview Account Balances >

...r FTX account -- you can view
...ences as of the Petition Date
...otherwise noted), and historical

STEP 5
...ubmission of Electronic
...roof of Claim >

STEP 6
...tandby for Next Steps

# Portfolio 🔒

Main Account ▾

Balances   Deposits   Withdrawals   Positions   Fills   P2P Transfers   Airdr... >

## Balances

🔍 ☁

Coin | All Subaccounts Balance | Subaccount Balance

💲 USD (USD)

€ Euro (EUR)

Ⓣ USD Tether (USDT)

₿ Bitcoin (BTC)

Ⓕ FTT (FTT)

◆ Ethereum (ETH)

Ⓑ Bitcoin Cash (BCH)

Ł Litecoin (LTC)

✕ XRP (XRP)

Annexture C

**APPLICATION TO TRANSFER FOREIGN CURRENCY
CROSS BORDER DECLARATION**

<span style="color:maroon">Annexture D</span>



In respect of the undermentioned transfer of funds, I/We authorise Capitec Bank, to debit my/our Account

| Account Number | ███████████ | Date | 2022-11-07 |
|---|---|---|---|
| Account Name | | Vat Number | |

| **Details of Applicant** | | | | |
|---|---|---|---|---|
| Surname | Hanekom | | | |
| Full Name | Amori | | | |
| Identity Number | ███████████ | | | |
| Customs Client Number SA Passport Number | | | | |
| Date Of Birth | ██████████ | Tax Number | ██████████ | |
| Full Business Address | Gustrouw Road 17 Seascape Mews . Gordons Bay | | | |
| City | Cape Town | | Postal Code | 7140 |
| Province | Western Cape | Country | ZA | |
| Postal Address | 17 Seascape Mews Gustrouw Road Gordons Bay | | | |
| City | Cape Town | | Postal Code | 7140 |
| Province | Western Cape | | | |
| Telephone Number | 27685180063 | Mobile Number | 27832879930 | |
| Email Address | amori hanekom@gmail.com | | | |

## Beneficiary Bank Details

| | | | |
|---|---|---|---|
| Bank Name | Silvergate Bank | | |
| Branch Name | La Jolla | Branch routing/transit code | |
| Bank Address | 4250 Executive Square Suite 300 La Jolla. CA 92037 | | |
| City | California | Swift code: (e.g. CABLZAJJ) | ███████ |
| Country | United States | | |
| Correspondent / Intermediary Bank Swift code: (e.g. CABLZAJJ) | ███████ | | |

*Footnote: We recommend the use of a valid SWIFT Code to ensure Straight Through Processing (stp). Capitec will make use of the Bank's physical address(country permitting). If a valid SWIFT Code is provided, this wil be utilised independently and will not be checked against the Bank Name and/or Address.

## Beneficiary Details

| | | | | |
|---|---|---|---|---|
| Bank account number/ IBAN number | ███████ | | | |
| Surname of Individual or Name of Entity | FTX Digital Markets Ltd. | | | |
| Full Name of Individual | | | Gender | N/A |
| Passport Number | | | | |
| Passport Country | | | | |
| Address: Full Residential/business | Veridian Corp. Center Astoria Unit 27 Western Dist. of Island of New Providence Nassau Bahamas | | | |
| City | Nassau | | | |
| Country | Bahamas. The | | Postal Code | |
| Country Code | BS | RSA Resident | No | |
| Details/Purpose of Payment | Investment Allowance | | | |
| Beneficiary Reference | ███████ | | | |
| Details of Charges | OUR | | | |
| Sender information (Special Instructions) | ███████ | | | |

Annexture D

## Declaration

I/We, the undersigned hereby declare that:

- I/We have read this document and know and understand the contents thereof;
- the information furnished above is in all respects both true and correct;
- the currency applied for will only be used for the specific purpose stated herein;
- the documentation presented in support of this application is in all respects authentic;
- I/We have been informed of the limit applicable to the above transaction and confirm that this limit will not be exceeded as a result of the conclusion of this transaction; and
- I /We consent to this information being provided to the South African Revenue Service and/or the Financial Intelligence Centre.
- Authorised signatory (who warrants that he/she is duly authorised)
- I agree to use of digital and electronic signatures as a valid method of signing documents.

I acknowledge that this applicationis subject to the Terms and Conditions of the Foreign Exchange Trading Agreement, the terms and conditions of which I have read, and understand its meaning and effect.

**For and on behalf of:   Amori Hanekom**

*Natasha Fortuin*

11:08:15 (UTC+02:00)

**Full Name of Signatory:** Natasha fortuin

**Identification Number** ▮▮▮▮▮▮▮▮

**Capacity:** administrator

**Date of signature:** 07 November 2022

Annexture D



Mrs Amori Hanekom



Dear Sir/Madam

**TREASURY ELECTRONIC ADVICE OF OUTWARD PAYMENT**

We advise that we have effected payment as instructed. Details of payment as per swift message attached.

| Payment details | | | | |
|---|---|---|---|---|
| **Currency** | **Amount** | **Exchange Rate** | **Contra Currency** | **Contra Currency Amount** |
| USD | 18282.55 | 18.05 | ZAR | 330000.0 |

| Our Fees | | |
|---|---|---|
| Payment commission | ZAR | ZAR |
| Value Added Tax | ZAR | 65.22 |
| **Total Fees** | **ZAR** | **500.0** |

Only original documents (if submitted) will be returned to you under separate advice.

In terms of the Currency and Exchanges Manual all documents must be retained by you for a period of at least 5 years.

**NOTE: IMPORT VERIFICATION WITH REGARDS TO ADVANCE PAYMENTS FOR IMPORTS UNDER BOP CATEGORY 101.**

Should the abovementioned payment be in respect of an advance payment under BOP category 101 the following shall apply as envisaged in Section B.1 (F) of The Currency and Exchanges Manual for Authorised Dealers:

1. You must within four (4) months from date of payment, furnish Capitec Bank with proof of importation and that goods have been cleared by Customs i.e. Release Notification and SAD500 with Customs Worksheet.
2. Where the goods have not been cleared, you are required to advise Capitec Bank in writing of the reasons for the delay.
3. Failure to comply with any of the above requirements will result in the matter being referred to The SARB as non-compliant and may, amongst others, result in you being blocked from availing any further FX in respect of advance import payments.

When submitting the customs documents, kindly attach this letter for ease of reference and for proper reconciliation of the outstanding documents and the payment.

The information contained herein is not exhaustive of your duties and obligations in terms of exchange control and you must comply with all obligations applicable to you in this regard.

Please do not hesitate to contact us for any further assistance on this or any other matter.

## Annexure D

Client Care Centre 0860 30 92 50 T +27 11 302 0400 E CustomerResolution@capitecbank.co.za

142 West Street, Sandown, 2196 PO Box 12451, Die Boord, Stellenbosch 7613 capitecbank.co.za

Capitec Bank is an authorised financial services provider (FSP46669) and registered credit provider (NCRCP13) Capitec Bank Limited Reg. No.: 1980/003695/06

**Authorised Financial Service Provider**



| FSP No | |
| FSP Name | |
| FSP Type | |
| Registration Number | |
| Date Authorised | |

Annexture E

**Contact Information**

**Compliance Officers**

**Representatives**

**Key Individuals**

**Sole Proprietors**

**Products Approved**

If you have any enquiries please contact the FSCA call centre - 0800 20 37 22



**CAPITEC BANK**
CSI Company Trace

Annexure E

2 Waterford Mews, Century City, Cape Town, 7441
Tel: +27 87 330 7577 - NCR Reg No: NCRCB30
Website: https://www.searchworks.co.za

## SEARCH INFORMATION

### Summary

| | |
|---|---|
| Search Type | CSI COMPANY TRACE |
| Search Description | CAPITEC BANK |
| Reference | CAPITEC |
| Date | 13/11/2024 |

## COMPANY INFORMATION

### Company Details

| | |
|---|---|
| Name | CAPITEC BANK |
| Registration Number | |
| Type | |
| Status | |
| Registration Date | |

## ACTIVE DIRECTOR(S)

| Director Name | ID Number | Director Status | Appointment Date |
|---|---|---|---|
| | | ACTIVE | 07/09/2023 |
| | | ACTIVE | 01/06/2019 |
| | | ACTIVE | 25/09/2020 |
| | | ACTIVE | 07/09/2023 |
| | | ACTIVE | 20/09/2013 |
| | | ACTIVE | 01/07/2022 |
| | | ACTIVE | 06/04/2000 |
| | | ACTIVE | 25/09/2020 |
| | | ACTIVE | 05/10/2007 |
| | | ACTIVE | 01/12/2015 |
| | | ACTIVE | 06/04/2000 |

## Deposits

<span style="color:red">Annexure F</span>



| Time | Coin | Amount | Status | Additional info |
|------|------|--------|--------|-----------------|
| 7/21/2022, 1:43:35 PM | USD | 21,101.99 USD | Complete (Bank transfer) | |
| 7/18/2022, 2:31:29 PM | USD | 20,527.86 USD | Complete (Bank transfer) | |
| 4/5/2022, 8:46:03 PM | USD | 20,519.84 USD | Complete (Bank transfer) | |
| 4/4/2022, 7:52:26 PM | USD | 23,874.49 USD | Complete (Bank transfer) | |
| 4/1/2022, 6:09:16 PM | USD | 24,121.3 USD | Complete (Bank transfer) | |
| 3/31/2022, 11:24:10 AM | USD | 0 USD | Cancelled (Bank transfer) | One month passed and no matching deposit was received. |

Rows per page:   10 ▾        1-6 / 6   ‹  ›

:20:WACNY2231320828
:21:0002200502010014
:79:NARRATIVE

Annexure G

.

UETR77BBA1AC-C3AD-40E5-9960-9E87857C50B7
ATTN WIRE TRANSFER INVESTIGATIONS
WE ACKNOWLEDGE RECEIPT OF YOUR CANCELLATION
REQUEST DATED 11/9/2022 CONCERNING YOUR PAYMENT
FOR  USD 18,282.55  DATED 11/7/2022
YOUR REF 0002200502010014. PLEASE BE ADVISED WE
HAVE MADE REPEATED ATTEMPTS TO RECALL FUNDS PER
YOUR CANCELLATION REQUEST BUT BENE BANK ADVISED
BELOW: QOUTE  WE SUGGEST ORIGINATOR SETTLE MATTER
DIRECTLY WITH BENEFICIARY AS WE ARE TODAY CLOSING
OUR FILES. PLEASE QUOTE   UNABLE TO PROCESS YR
REQ DUE TO BANKRUPTCY FILING . UNQOUTE OUR REF
WACNY2231320828 IN ALL CORRESPONDENCE RELATED TO
THIS INVESTIGATION.
REGARDS,
JEFFREY DELA TORRE, CUSTOMER CARE



Annexure H

Mrs Amori Hanekom



Dear Sir/Madam

**TREASURY ELECTRONIC ADVICE OF OUTWARD PAYMENT**

We advise that we have effected payment as instructed. Details of payment as per swift message attached.

| Payment details | | | | |
|---|---|---|---|---|
| Currency | Amount | Exchange Rate | Contra Currency | Contra Currency Amount |
| USD | 18282.55 | 18.05 | ZAR | 330000.0 |

| Our Fees | | |
|---|---|---|
| Payment commission | ZAR | ZAR |
| Value Added Tax | ZAR | 65.22 |
| **Total Fees** | **ZAR** | **500.0** |

Only original documents (if submitted) will be returned to you under separate advice.

In terms of the Currency and Exchanges Manual all documents must be retained by you for a period of at least 5 years.

**NOTE: IMPORT VERIFICATION WITH REGARDS TO ADVANCE PAYMENTS FOR IMPORTS UNDER BOP CATEGORY 101.**

Should the abovementioned payment be in respect of an advance payment under BOP category 101 the following shall apply as envisaged in Section B.1 (F) of The Currency and Exchanges Manual for Authorised Dealers:

1. You must within four (4) months from date of payment, furnish Capitec Bank with proof of importation and that goods have been cleared by Customs i.e. Release Notification and SAD500 with Customs Worksheet.
2. Where the goods have not been cleared, you are required to advise Capitec Bank in writing of the reasons for the delay.
3. Failure to comply with any of the above requirements will result in the matter being referred to The SARB as non-compliant and may, amongst others, result in you being blocked from availing any further FX in respect of advance import payments.

When submitting the customs documents, kindly attach this letter for ease of reference and for proper reconciliation of the outstanding documents and the payment.

The information contained herein is not exhaustive of your duties and obligations in terms of exchange control and you must comply with all obligations applicable to you in this regard.

Please do not hesitate to contact us for any further assistance on this or any other matter.

Client Care Centre 0860 30 92 50 T +27 11 302 0400 E CustomerResolution@capitecbank.co.za

142 West Street, Sandown, 2196 PO Box 12451, Die Boord, Stellenbosch 7613 capitecbank.co.za

Capitec Bank is an authorised financial services provider (FSP46669) and registered credit provider (NCRCP13) Capitec Bank Limited Reg. No.: 1980/003695/06

**COPY OF SWIFT MESSAGE CONFIRMATION**



Annexure H

 Gmail          Annexure H          Casey van der Velde <casey@fivewest.co.za>

---

## FTX CLAIM - CUSTOMER ID: 77349274 - Incorrect Balance

**Amori Hanekom** <amori.hanekom@yandex.com>                                Tue, Feb 20, 2024 at 11:56 AM
To: "support@ftx.com" <support@ftx.com>
Cc: "casey@fivewest.co.za" <casey@fivewest.co.za>

Dear FTX Support,

I need assistance on allocating funds to my FTX Profile that was paid to FTX Bank account and also need to ensure that my claim was successfully processed.

I have submitted a claim prior to the deadline. The proof of the claim submission is attached hereto.
Correspondence was sent to FTX/Kroll on 27 September 2023 and in the correspondence, the main points were as follows:

**2.1 My account is currently reflecting a nil balance which is incorrect and upon further investigation, it has been confirmed that funds have not been allocated to my account.**

**2.2 On 7 November 2022, an amount of 18 282.55 USD was deposited into FTX's account. Proof of thereof is attached to the correspondence as Annexure "A". Despite the funds being transferred, the aforementioned amount is not reflecting on my profile nor is it reflecting on the deposit tab history.**

**FTX needs to assist me with allocating these funds to my profile and also ensure that my claim is successfully processed.**

The money is with FTX, and a valid claim have been submitted with supporting documentation.

I have also attached latest communication with FTX.
Can you urgently assist.

Kind Regards
Amori Hanekom

---

**3 attachments**

📄 **Customer Claim Form - d09e30e41c3b3c2d (3).pdf**
271K

📄 **FTX Letter dated 27 September 2023 (1) (2).pdf**
613K

📄 **FTX Correspondance.pdf**
953K