**EXHIBIT B**

**FTX TRADING, LTD.,** *et al.*,
**(Case No. 22-11068 (JTD))**

**August 1, 2024, through October 8, 2024**

| Expense Category | Total Expenses |
|---|---:|
| In-House Printing - black & white | 449.20 |
| Pacer | 227.20 |
| In-House Printing - color | 293.50 |
| Courier/Delivery Service | 1,343.54 |
| Photos/Art/Spec Duplicating-Out of Office | 4,626.76 |
| Computer Research - Westlaw | 82.80 |
| **Grand Total Expenses** | **$7,023.00** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 08/01/24 | Pacer | 434.0 | 43.40 |
| 08/05/24 | In-House Printing - black & white | 100.0 | 5.00 |
| 08/08/24 | Pacer | 30.0 | 3.00 |
| 08/14/24 | Pacer | 87.0 | 8.70 |
| 08/14/24 | In-House Printing - black & white | 33.0 | 1.65 |
| 08/15/24 | In-House Printing - color | 5.0 | 1.25 |
| 08/15/24 | Computer Research - Westlaw | 1.0 | 82.80 |
| 08/15/24 | In-House Printing - black & white | 8.0 | 0.40 |
| 08/19/24 | Pacer | 380.0 | 38.00 |
| 08/22/24 | Pacer | 73.0 | 7.30 |
| 08/26/24 | In-House Printing - black & white | 25.0 | 1.25 |
| 09/11/24 | In-House Printing - black & white | 3,795.0 | 189.75 |
| 09/11/24 | In-House Printing - color | 24.0 | 6.00 |
| 09/12/24 | In-House Printing - black & white | 180.0 | 9.00 |
| 09/13/24 | Pacer | 359.0 | 35.90 |
| 09/13/24 | In-House Printing - black & white | 105.0 | 5.25 |
| 09/16/24 | Courier/Delivery Service - E-MAIL ELECTRONIC FILES, MAILOUT SERVICES, ENVELOPES SERVICES, POSTAGE AND DRAFT & E-FILE AOS - 09/16/2024 | 1.0 | 368.43 |
| 09/16/24 | In-House Printing - color | 12.0 | 3.00 |
| 09/27/24 | In-House Printing - color | 1.0 | 0.25 |
| 09/30/24 | In-House Printing - black & white | 720.0 | 36.00 |
| 09/30/24 | Pacer | 30.0 | 3.00 |
| 09/30/24 | In-House Printing - color | 374.0 | 93.50 |
| 10/02/24 | Pacer | 729.0 | 72.90 |
| 10/02/24 | In-House Printing - black & white | 3,297.0 | 164.85 |
| 10/02/24 | In-House Printing - color | 552.0 | 138.00 |
| 10/03/24 | Courier/Delivery Service - MAILOUT SERVICES, ENVELOPES SERVICES, POSTAGE, E-MAIL ELECTRONIC FILES, AND DRAFT & E-FILE AOS - 10/03/2024 | 1.0 | 654.85 |
| 10/07/24 | In-House Printing - black & white | 721.0 | 36.05 |
| 10/07/24 | In-House Printing - color | 206.0 | 51.50 |
| 10/07/24 | Pacer | 81.0 | 8.10 |
| 10/07/24 | Courier/Delivery Service - DELIVERY FROM EINSTEIN BROS TO MORRIS NICHOLS - 10/07/2024 | 1.0 | 90.00 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 10/07/24 | Courier/Delivery Service - DELIVERY FROM JIMMY JOHNS TO MORRIS NICHOLS - 10/07/2024 | 1.0 | 65.00 |
| 10/07/24 | Courier/Delivery Service - DELIVERY SERVICES FOR PERIOD ENDING 10/12/2024 | 1.0 | 165.26 |
| 10/07/24 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL PRINTING B/W, PRE-PRINTED TABS, CUSTOM TABS AND BINDERS - 10/07/2024 | 1.0 | 4,549.20 |
| 10/07/24 | Photos/Art/Spec Duplicating-Out of Office - LITIGATION PRINTS - EXPEDITED RUSH TO COURT DELIVERY - 10/10/2024 | 1.0 | 77.56 |
| 10/08/24 | Pacer | 69.0 | 6.90 |
| | **Total** | | **$7,023.00** |