## Exhibit E

**Budget**

**Application Period Budget**

| Project Category | Estimated Hours | Estimated Fees | Hours Billed | Amount Billed |
|---|---|---|---|---|
| Case Analysis/Pleading Review | 30 | 30,000.00 | 13.9 | 15,801.00 |
| Automatic Stay Matters | 2 | 2,000.00 | 1.6 | 2,057.50 |
| External Stakeholder Communications | 10 | 10,000.00 | 2.4 | 2,364.00 |
| Court Hearings | 40 | 40,000.00 | 34.9 | 35,266.00 |
| Fee Applications | 35 | 35,000.00 | 38.9 | 25,742.00 |
| General Litigation | 10 | 10,000.00 | 6 | 6,333.50 |
| AHC Committee Governance | 5 | 5,000.00 | 1.5 | 1,000.50 |
| AHC Member Communications & Meetings | 30 | 30,000.00 | 20.4 | 20,028.50 |
| KYC Process and Claims Administration | 10 | 10,000.00 | 4.1 | 5,022.50 |
| Plan and Disclosure Statement (Including Business Plan) | 200 | 200,000.00 | 168.4 | 171,559.50 |
| Section 1104 Examiner Related Issues | 5 | 5,000.00 | 1.4 | 1,643.50 |
| **Total** | **377** | **$377,000.00** | **293.5** | **$286,818.50** |