IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :  Chapter 11
                                                           :
FTX TRADING LTD., *et al.*,[1]                             :  Case No. 22-11068 (JTD)
                                                           :
          Debtors.                                         :  (Jointly Administered)
                                                           :
                                                           :  **Re: D.I. 27899**
---------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION REGARDING SEALING MOTION OF THE JOINT LIQUIDATORS OF THREE ARROWS CAPITAL, LTD. (IN LIQUIDATION)

The undersigned hereby certifies that, as of the date hereof, Pashman Stein Walder Hayden, P.C. ("Pashman") has received no answer, objection or other responsive pleading to the *Sealing Motion of the Joint Liquidators of Three Arrows Capital, Ltd. (In Liquidation)* [D.I. 27899] (the "Motion") filed on November 12, 2024.[2]

The undersigned further certifies that Pashman has caused a review of the Court's docket in this case and that no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, responses to the Motion were to be filed and served no later than November 26, 2024, at 4:00 p.m. (ET).

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of FTX debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of FTX's claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

US-DOCS\154736726.19

**WHEREFORE**, the Joint Liquidators of the 3AC Debtors respectfully requests that the Order attached to the Motion be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: November 27, 2024<br>Wilmington, Delaware | */s/ Alexis R. Gambale*<br>Alexis R. Gambale (DE ID No. 7150)<br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>824 North Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 592-6496<br>Facsimile: (732) 852-2482<br>Email:  agambale@pashmanstein.com |

US-DOCS\154736726.19