IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: September 12, 2024 at 1:00 P.M. ET<br>Objection Deadline: August 12, 2024 at 4:00 P.M. ET |
| | Ref. Nos. 19177 & 19186 |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' FIFTY-SEVENTH (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN NO LIABILITY PROOFS OF CLAIM (CUSTOMER AND NON-CUSTOMER CLAIMS)**

I, Matthew R. Pierce, counsel to FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") hereby certify as follows to the best of my knowledge, information and belief:

1. On July 1, 2024, the Debtors filed the *Debtors' Fifty-Seventh (Non-Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Customer and Non-Customer Claims)* [D.I. 19177, sealed & 19186, redacted] (the "Objection").

2. Pursuant to the Notice of Objection attached to the Objection [D.I. 19177-1 & 19186-1], any responses to the Objection were to be filed no later than August 12, 2024, at 4:00 p.m. (ET) (the "Response Deadline").

3. On August 7, 2024, Weissman & Weissman 401k PSP FBO Robert A. Weissman filed a letter in response to the Objection [D.I. 22547] (the "Weissman Response").

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.003-W0078181.2}

4. On September 27, 2024, Mai Quynh Nguyen filed a letter in response to the Objection [D.I. 26031] (the "Mai Nguyen Response").

5. On September 27, 2024, Thi Anh Nguyen filed a letter in response to the Objection [D.I. 26032] (the "Thi Nguyen Response").

6. As of the Date hereof, no other formal responses or other responses to the Objection have been filed or served on the Debtors.

7. The Debtors have revised the proposed form of order (the "Revised Order"), a copy of which is attached hereto as **Exhibit A**, to reflect the adjournments to the Objection solely with regard to the claims of Weissman, Mai Nguyen and Thi Nguyen. A copy of the Revised Order compared against the proposed form of order attached to the Objection is attached hereto as **Exhibit B**. The Revised Order has been circulated to the Official Committee of Unsecured Creditors (the "Committee"), and the Committee has no objection to entry of the Revised Order. In accordance with the Court's electronic order processing procedures, a clean copy of the Revised Order shall be uploaded to CM/ECF.

8. Accordingly, the Debtors respectfully request that the Court enter the Revised Order at its earliest convenience.

| | |
|---|---|
| Dated: November 27, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>         brown@lrclaw.com<br>         pierce@lrclaw.com<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>         bromleyj@sullcrom.com<br>         gluecksteinb@sullcrom.com<br>         kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |