## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING, LTD., *et al.* | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On November 27th, 2024, at my direction and under my supervision, employees of Reliable Companies caused to be served the following document via the method indicated on the service list attached hereto as Exhibit A:

| 11/27/2024 | 28421 | Application for Compensation // Combined Fifth Monthly and Fifth Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the period August 1, 2024 to October 8, 2024 Filed by Morris, Nichols, Arsht & Tunnell LLP. Objections due by 12/17/2024. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E) (Weyand, Jonathan) (Entered: 11/27/2024) |
|---|---|---|

Furthermore, on November 27th, 2024, at my direction and under my supervision, employees of Reliable Companies caused to be served the following document via the method indicated on the service list attached hereto as Exhibit B:

| 11/27/2024 | 28421-1 | Notice of Application for Compensation // Combined Fifth Monthly and Fifth Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the period August 1, 2024 to October 8, 2024 Filed by Morris, Nichols, Arsht & Tunnell LLP. Objections due by 12/17/2024. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E) (Weyand, Jonathan) (Entered: 11/27/2024) |
|---|---|---|

Dated: November 27th, 2024

*/s/  Laurie Heggan*
Laurie Heggan
Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801

# EXHIBIT A

**VIA ELECTRONIC MAIL:**
Rothschild & Co. US Inc.
ATTN: Charles Delo
1251 Avenue of the Americas
New York, NY 10020
Charles.Delo@rothschildandco.com

**VIA ELECTRONIC MAIL:**
Sullivan & Cromwell LLP
ATTN: Alexa J. Kranzley
125 Broad Street
New York, NY 10004
kranzleya@sullcrom.com

**VIA ELECTRONIC MAIL:**
Landis Rath & Cobb LLP
ATN: Adam G. Landis & Kimberly A. Brown
919 Market Street, Suite 1800
Wilmington, DE 19801
landis@lrclaw.com
brown@lrclaw.com

**VIA ELECTRONIC MAIL:**
Paul Hastings LLP
ATTN: Kris Hansen, Erez Gilad, Gabriel Sasson
200 Park Avenue
New York, NY 10166
krishansen@paulhastings.com
erezgilad@paulhastings.com
gavesasson@paulhastings.com

**VIA ELECTRONIC MAIL:**
Young Conaway Stargatt & Taylor, LLP
Attn: Matthew B. Lunn, Robert F. Poppiti, Jr.
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
mlunn@ycst.com
rpoppiti@ycst.com

**VIA ELECTRONIC MAIL:**
U.S. Trustee
Attn: Benjamin A. Hackman, Jonathan Lipshie
844 King Street, Suite 2207
Wilmington, Delaware 19801
benjamin.a.hackman@usdoj.gov
jon.lipshie@usdoj.gov

**VIA ELECTRONIC MAIL:**
Katherine Stadler
Godfrey & Kahn, S.C.
Attn: Mark Hancock
One East Main Street, Suite 500
Madison, Wisconsin 53703
mhancock@gklaw.com

# EXHIBIT B

VIA ELECTRONC MAIL:
A. M. SACCULLO LEGAL, LLC
ATTN: ANTHONY M. SACCULLO, MARY E. AUGUSTINE
27 CRIMSON KING DRIVE
BEAR, DE 19701
AMS@SACCULLOLEGAL.COM
MEG@SACCULLOLEGAL.COM

VIA ELECTRONC MAIL:
ASHBY & GEDDES, P.A.
ATTN: MICHAEL D. DEBAECKE
500 DELAWARE AVENUE
8TH FLOOR
WILMINGTON, DE 19899-1150
MDEBAECKE@ASHBYGEDDES.COM

VIA ELECTRONC MAIL:
ASHBY & GEDDES, P.A.
ATTN: RICARDO PALACIO, GREGORY A. TAYLOR
500 DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
WILMINGTON, DE 19899
RPALACIO@ASHBYGEDDES.COM
GTAYLOR@ASHBYGEDDES.COM

VIA ELECTRONC MAIL:
BALLARD SPAHR LLP
ATTN: JAMES V. MASELLA, III
1675 BROADWAY
19TH FLOOR
NEW YORK, NY 10019-5820
MASELLAJ@BALLARDSPAHR.COM

VIA ELECTRONC MAIL:
BALLARD SPAHR LLP
ATTN: NICHOLAS J. BRANNICK
919 N. MARKET STREET
11TH FLOOR
WILMINGTON, DE 19801-3034
BRANNICKN@BALLARDSPAHR.COM

VIA FIRST CLASS MAIL:
BECKET & LEE LLP
ATTN: SHRADDHA BHARATIA
P.O. BOX 3001
MALVERN, PA 19355-0701

VIA ELECTRONC MAIL:
BIELLI & KLAUDER, LLC
ATTN: DAVID M. KLAUDER
1204 N. KING STREET
WILMINGTON, DE 19801
DKLAUDER@BK-LEGAL.COM

VIA ELECTRONC MAIL:
BLANK ROME LLP
ATTN: JOSEF W. MINTZ
1201 MARKET STREET
SUITE 800
WILMINGTON, DE 19801
JOSEF.MINTZ@BLANKROME.COM

VIA ELECTRONC MAIL:
BLANK ROME LLP
ATTN: RICK ANTONOFF
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
RICK.ANTONOFF@BLANKROME.COM

VIA ELECTRONC MAIL:
BOERSCH & ILLOVSKY LLP
ATTN: SHARON FRASE
1611 TELEGRAPH AVE.,
SUITE 806
OAKLAND, CA 94612
SHARON@BOERSCH-ILLOVSKY.COM

VIA ELECTRONC MAIL:
BROWN RUDNICK LLP
ATTN: KENNETH J. AULET, JEFFREY L. JONAS, MICHAEL WINOGRAD, ALEXANDER F. KASNETZ
SEVEN TIMES SQUARE
NEW YORK, NY 10036
KAULET@BROWNRUDNICK.COM
JJONAS@BROWNRUDNICK.COM
MWINOGRAD@BROWNRUDNICK.COM
AKASNETZ@BROWNRUDNICK.COM

VIA ELECTRONC MAIL:
BROWN RUDNICK LLP
ATTN: TRISTAN G. AXELROD, SHARI I. DWOSKIN, MATTHEW A. SAWYER
ONE FINANCIAL CENTER
BOSTON, MA 02111
TAXELROD@BROWNRUDNICK.COM
SDWOSKIN@BROWNRUDNICK.COM
MSAWYER@BROWNRUDNICK.COM

VIA ELECTRONC MAIL:
BROWNELL LAW GROUP LLC
ATTN: FELICIA BROWNELL
252 MARINERS WAY
BEAR, DE 19701
FBROWNELL@BROWNELLLAWGROUP.COM

VIA ELECTRONC MAIL:
BUCHALTER, A PROFESSIONAL CORPORATION
ATTN: SHAWN M. CHRISTIANSON, ESQ.
425 MARKET STREET, SUITE 2900
SAN FRANCISCO, CA 94105-3493
SCHRISTIANSON@BUCHALTER.COM

VIA ELECTRONC MAIL:
BUTLER SNOW LLP
ATTN: JAMES E. BAILEY III, ROBERT CAMPBELL HILLYER
CRESCENT CENTER, SUITE 500
6075 POPLAR AVENUE, P.O. BOX 171443
MEMPHIS, TN 38187
JEB.BAILEY@BUTLERSNOW.COM
CAM.HILLYER@BUTLERSNOW.COM

VIA ELECTRONC MAIL:
BUTLER SNOW LLP
ATTN: MARTIN SOSLAND
2911 TURTLE CREEK BLVD., SUITE 1400
DALLAS, TX 75219
MARTIN.SOSLAND@BUTLERSNOW.COM

VIA ELECTRONC MAIL:
CARR MALONEY P.C.
ATTN: J. PETER GLAWS, IV, ESQ.
2000 PENNSYLVANIA AVE, NW
STE. 8001
WASHINGTON, DC 20006
PETER.GLAWS@CARRMALONEY.COM

VIA ELECTRONC MAIL:
CARTER LEDYARD & MILBURN LLP
ATTN: AARON R. CAHN
28 LIBERTY STREET
41ST FLOOR
NEW YORK, NY 10005
BANKRUPTCY@CLM.COM

VIA ELECTRONC MAIL:
CHAMBERLAINS LAW FIRM
ATTN: STIPE VULETA, LACHLAN MCBRIDE, SEBASTIAN BRODOWSKI, SAM KEYS-ASGILL
LEVEL 12 59 GOULBURN STREET
SYDNEY, NSW, 2002
AUSTRALIA
STIPE.VULETA@CHAMBERLAINS.COM.AU
LACHLAN.MCBRIDE@CHAMBERLAINS.COM.AU
SEBASTIAN.BRODOWSKI@CHAMBERLAINS.COM.AU
SAM.KEYSASGILL@CHAMBERLAINS.COM.AU

VIA ELECTRONC MAIL:
CLARK HILL PLC
ATTN: KAREN M. GRIVNER
824 N. MARKET STREET
SUITE 710
WILMINGTON, DE 19801
KGRIVNER@CLARKHILL.COM

VIA ELECTRONC MAIL:
CLARK HILL PLC
ATTN: KEVIN H. MORSE
130 E. RANDOLPH STREET
SUITE 3900
CHICAGO, IL 60601
KMORSE@CLARKHILL.COM

VIA ELECTRONC MAIL:
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JANE VANLARE, BRANDON M. HAMMER
ONE LIBERTY PLAZA
NEW YORK, NY 10006
JVANLARE@CGSH.COM
BHAMMER@CGSH.COM

VIA ELECTRONC MAIL:
COINCIDENT CAPITAL INTERNATIONAL, LTD
C/O SUNIL SHAH
1805 N. CARSON CITY ST.,
SUITE X-108
CARSON CITY, NV 89701
FTXCC@COINCIDENTCAPITAL.COM

VIA ELECTRONC MAIL:
COLE SCHOTZ P.C.
ATTN: NORMAN L. PERNICK, ESQ., ANDREW J. ROTH,
ESQ.
500 DELAWARE AVENUE
SUITE 1410
WILMINGTON, DE 19801
NPERNICK@COLESCHOTZ.COM
AROTH-MOORE@COLESCHOTZ.COM

VIA ELECTRONC MAIL:
COMMODITY FUTURES TRADING COMMISSION
ATTN: MARTIN B. WHITE
SENIOR ASSISTANT GENERAL COUNSEL
1155 21ST STREET NW
WASHINGTON, DC 20581
MWHITE@CFTC.GOV

VIA ELECTRONC MAIL:
COOLEY LLP
ATTN: AUDREY MOTT-SMITH
3 EMBARCADERO CENTER
20TH FLOOR
SAN FRANCISCO, CA 94111
AMOTTSMITH@COOLEY.COM

VIA ELECTRONC MAIL:
COOLEY LLP
ATTN: CULLEN D. SPECKHART
1299 PENNSYLVANIA AVENUE NW
SUITE 700
WASHINGTON, DC 20004
CSPECKHART@COOLEY.COM

VIA ELECTRONC MAIL:
COOLEY LLP
ATTN: MICHAEL KLEIN, ARIC WU, CAROLINE
PIGNATELLI, ERICA J. RICHARDS
55 HUDSON YARDS
NEW YORK, NY 10001
MKLEIN@COOLEY.COM
AHWU@COOLEY.COM
CPIGNATELLI@COOLEY.COM
ERICHARDS@COOLEY.COM

VIA ELECTRONC MAIL:
COOLEY LLP
ATTN: PHILIP M. BOWMAN, ESQ.
55 HUDSON YARDS
NEW YORK, NY 10001
PBOWMAN@COOLEY.COM

VIA ELECTRONC MAIL:
COUSINS LAW LLC
ESQ., SCOTT D. JONES, ESQ.
BRANDYWINE PLAZA WEST
1521 CONCORD PIKE, SUITE 301
WILMINGTON, DE 19801
SCOTT.JONES@COUSINS-LAW.COM

VIA ELECTRONC MAIL:
COZEN O'CONNOR
ATTN: FREDERICK SCHMIDT
3WTC, 175 GREENWICH STREET
55TH FLOOR
NEW YORK, NY 10007
ESCHMIDT@COZEN.COM

VIA ELECTRONC MAIL:
COZEN O'CONNOR
ATTN: THOMAS J. FRANCELLA
1201 N. MARKET STREET, SUITE 1001
WILMINGTON, DE 19801
TFRANCELLA@COZEN.COM

VIA ELECTRONC MAIL:
CROSS & SIMON LLC
ATTN: KEVIN S. MANN
1105 NORTH MARKET STREET
SUITE 901
WILMINGTON, DE 19801
KMANN@CROSSLAW.COM

VIA ELECTRONC MAIL:
CROSS & SIMON, LLC
ATTN: CHRISTOPHER P. SIMON
1105 NORTH MARKET STREET
SUITE 901
WILMINGTON, DE 19801
CSIMON@CROSSLAW.COM

VIA ELECTRONC MAIL:
CROWELL & MORING LLP
ATTN: FREDERICK HYMAN
590 MADISON AVE
NEW YORK, NY 10022
FHYMAN@CROWELL.COM

VIA ELECTRONC MAIL:
DEBEVOISE & PLIMPTON LLP
ATTN: M. NATASHA LABOVITZ, ESQ., ELIE J.
WORENKLEIN, ESQ., MICHAEL C. GODBE, ESQ.
66 HUDSON BOULEVARD
NEW YORK, NY 10001
NLABOVITZ@DEBEVOISE.COM
EWORENKLEIN@DEBEVOISE.COM
MCGODBE@DEBEVOISE.COM

VIA ELECTRONC MAIL:
DEBEVOISE & PLIMPTON LLP
ATTN: SIDNEY P. LEVINSON, JASMINE BALL
66 HUDSON BOULEBARD
NEW YORK, NY 10001
SLEVINSON@DEBEVOISE.COM
JBALL@DEBEVOISE.COM

VIA ELECTRONC MAIL:
DELAWARE DIVISION OF REVENUE
ATTN: ZILLAH FRAMPTON
820 N FRENCH ST
WILMINGTON, DE 19801
FASNOTIFY@STATE.DE.US

VIA ELECTRONC MAIL:
DELAWARE SECRETARY OF STATE
CORPORATIONS FRANCHISE TAX
P.O. BOX 898
DOVER, DE 19903
DOSDOC_FTAX@STATE.DE.US

VIA ELECTRONC MAIL:
DELAWARE STATE TREASURY
ATTN: BANKRUPTCY DEPT
820 SILVER LAKE BLVD
STE 100
DOVER, DE 19904
STATETREASURER@STATE.DE.US

VIA ELECTRONC MAIL:
DILWORTH PAXSON LLP
ATTN: PETER C. HUGHES, ESQ.
800 N KING STREET
SUITE 202
WILMINGTON, DE 19801
PHUGES@DILWORTHLAW.COM

VIA ELECTRONC MAIL:
DLA PIPER LLP
ATTN: AARON S. APPLEBAUM
1201 NORTH MARKET STREET
SUITE 2100
WILMINGTON, DE 19801
AARON.APPLEBAUM@US.DLAPIPER.COM

VIA ELECTRONC MAIL:
DLA PIPER LLP (US)
ATTN: AARON S. APPLEBAUM
1201 NORTH MARKET STREET
SUITE 2100
WILMINGTON, DE 19801
AARON.APPLEBAUM@US.DLAPIPER.COM

VIA ELECTRONC MAIL:
DLA PIPER LLP (US)
ATTN: DENNIS C. O'DONNELL
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
DENNIS.ODONNELL@DLAPIPER.COM

VIA ELECTRONC MAIL:
DLA PIPER LLP (US)
ATTN: JEFFREY TOROSIAN
444 W. LAKE STREET
SUITE 900
CHICAGO, IL 60606
JEFFREY.TOROSIAN@DLAPIPER.COM

VIA ELECTRONC MAIL:
DOSHI LEGAL GROUP, P.C.
ATTN: AMISH R. DOSHI
1979 MARCUS AVENUE, SUITE 210E
LAKE SUCCESS, NY 11042
AMISH@DOSHILEGAL.COM

VIA ELECTRONC MAIL:
EMMET, MARVIN & MARTIN, LLP
ATTN: THOMAS A. PITTA, ESQ. JUDITH SWARTZ, ESQ.
120 BROADWAY, 32ND FLOOR
NEW YORK, NY 10271
JSWARTZ@EMMETMARVIN.COM
TPITTA@EMMETMARVIN.COM

VIA FIRST CLASS MAIL:
ENVIRONMENTAL PROTECTION AGENCY
ATTN BANKRUPTCY DIVISION
290 BROADWAY
NEW YORK, NY 10007-1866

VIA FIRST CLASS MAIL:
ENVIRONMENTAL PROTECTION AGENCY
ATTN: GENERAL COUNSEL
OFFICE OF GENERAL COUNSEL 2310A
1200 PENNSYLVANIA AVE NW, 2310A
WASHINGTON, DC 20460

VIA ELECTRONC MAIL:
EVERSHEDS SUTHERLAND (US) LLP
ATTN: ANDREA L. GORDON
700 SIXTH STREET NW, SUITE 700
WASHINGTON, DC 20001
ANDREAGORDON@EVERSHEDS-SUTHERLAND.COM

**VIA ELECTRONC MAIL:**
EVERSHEDS SUTHERLAND (US) LLP
ATTN: ERIN E. BRODERICK
227 WEST MONROE STREET, SUITE 6000
CHICAGO, IL 60606
ERINBRODERICK@EVERSHEDS-SUTHERLAND.COM

**VIA ELECTRONC MAIL:**
EVERSHEDS SUTHERLAND (US) LLP
ATTN: MARK D. SHERRILL
1001 FANNIN STREET, SUITE 3700
HOUSTON, TX 77002
MARKSHERRILL@EVERSHEDS-SUTHERLAND.COM

**VIA ELECTRONC MAIL:**
EVERSHEDS SUTHERLAND (US) LLP
ATTN: PETER A. IVANICK, SARAH E. PAUL, PHILIP H.
EHRLICH, LYNN W. HOLBERT
THE GRACE BUILDING, 40TH FLOOR
1114 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PETERIVANICK@EVERSHEDS-SUTHERLAND.COM
SARAHPAUL@EVERSHEDS-SUTHERLAND.COM
PHILIPEHRLICH@EVERSHEDS-SUTHERLAND.COM
LYNNHOLBERT@EVERSHEDS-SUTHERLAND.COM

**VIA ELECTRONC MAIL:**
FOLEY & LARDNER LLP
ATTN: MICHAEL J. SMALL
321 NORTH CLARK STREET, SUITE 3000
CHICAGO, IL 60654
MSMALL@FOLEY.COM

**VIA ELECTRONC MAIL:**
FOLEY & LARDNER LLP
ATTN: SAMANTHA RUPPENTHAL
90 PARK AVENUE
NEW YORK, NY 10016
SRUPPENTHAL@FOLEY.COM

**VIA FIRST CLASS MAIL:**
FTX TRADING LTD.
ATTN: PRESIDENT OR GENERAL COUNSEL
10-11 MANDOLIN PLACE
FRIARS HILL ROAD
ST. JOHN'S, AG-04
ANTIGUA AND BARBUDA

**VIA ELECTRONC MAIL:**
GEBHARDT & SMITH LLP
ATTN: DAVID V. FONTANA
1000 N. WEST STREET
SUITE 1200
WILMINGTON, DE 19081
DFONT@GEBSMITH.COM

**VIA ELECTRONC MAIL:**
GELLERT SCALI BUSENKELL & BROWN, LLC
ATTN: MICHAEL BUSENKELL
1201 NORTH ORANGE STREET
SUITE 300
WILMINGTON, DE 19801
MBUSENKELL@GSBBLAW.COM

**VIA ELECTRONC MAIL:**
GIBBONS P.C.
ATTN: CHRISTOPHER VICECONTE, ESQ.
300 DELAWARE AVENUE
SUITE 1015
WILMINGTON, DE 19801-1671
CVICECONTE@GIBBONSLAW.COM

**VIA ELECTRONC MAIL:**
GIBBONS P.C.
ATTN: ROBERT K. MALONE, ESQ., BRETT S. THEISEN, ESQ.
KYLE P. MCEVILLY, ESQ.
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310
RMALONE@GIBBONSLAW.COM
BTHEISEN@GIBBONSLAW.COM
KMCEVILLY@GIBBONSLAW.COM

**VIA ELECTRONC MAIL:**
GOETZ FITZPATRICK LLP
ATTN: SCOTT D. SIMON, ESQ.
ONE PENN PLAZA
SUITE 3100
NEW YORK, NY 10119
SSIMON@GOETZFITZ.COM

**VIA ELECTRONC MAIL:**
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER
LLP
ATTN: BRIAN DAVIDOFF
2049 CENTURY PARK EAST
STE 2600
LOS ANGELES, CA 90067-4590
BDAVIDOFF@GREENBERGGLUSKER.COM

**VIA ELECTRONC MAIL:**
HAYNES AND BOONE, LLP
ATTN: RICHARD D. ANIGIAN, CHARLES M. JONES II
2323 VICTORY AVENUE
SUITE 700
DALLAS, TX 75219
RICK.ANIGIAN@HAYNESBOONE.COM
CHARLIE.JONES@HAYNESBOONE.COM

**VIA ELECTRONC MAIL:**
HAYNES AND BOONE, LLP
ATTN: RICHARD KANOWITZ
30 ROCKEFELLER PLAZA
26TH FLOOR
NEW YORK, NY 10112
RICHARD.KANOWITZ@HAYNESBOONE.COM

**VIA ELECTRONC MAIL:**
HOGAN LOVELLS US LLP
ATTN: DENNIS H. TRACEY, III, JOHN D. BECK, MAYA
JUMPER
390 MADISON AVENUE
NEW YORK, NY 10017
DENNIS.TRACEY@HOGANLOVELLS.COM
DENNIS.TRACEY@HOGANLOVELLS.COM
MAYA.JUMPER@HOGANLOVELLS.COM

**VIA ELECTRONC MAIL:**
HOLLAND & KNIGHT LLP
ATTN: WARREN E. GLUCK, ESQ., MARIE E. LARSEN, ESQ.,
DAVID W. WIRT, JESSICA MAGEE, SHARDUL DESAI
31 W. 52ND STREET
NEW YORK, NY 10019
WARREN.GLUCK@HKLAW.COM
MARIE.LARSEN@HKLAW.COM
DAVID.WIRT@HKLAW.COM
JESSICA.MAGEE@HKLAW.COM
SHARDUL.DESAI@HKLAW.COM

**VIA ELECTRONC MAIL:**
HUGH SMITH ESQUIRE
LEVEL 8 224 BUNDA STREET
CANBERRA CITY, ACT, 2601
AUSTRALIA
HUGH.SMITH@CHAMBERLAINS.COM.AU

**VIA FIRST CLASS MAIL:**
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5-Q30.133
PHILADELPHIA, PA 19104-5016

**VIA FIRST CLASS MAIL:**
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

**VIA ELECTRONC MAIL:**
JOYCE, LLC
ATTN: MICHAEL J. JOYCE, ESQ.
1225 KING STREET
SUITE 800
WILMINGTON, DE 19801
MJOYCE@MJLAWOFFICES.COM

VIA ELECTRONC MAIL:
K&L GATES LLP
ATTN: BRIAN D. KOOSED, ESQ.
1602 K STREET NW
WASHINGTON, DC 20006-1600
BRIAN.KOOSED@KLGATES.COM

VIA ELECTRONC MAIL:
K&L GATES LLP
ATTN: ROBERT T. HONEYWELL, ESQ.
599 LEXINGTON AVENUE
NEW YORK, NY 10022-6030
ROBERT.HONEYWELL@KLGATES.COM

VIA ELECTRONC MAIL:
K&L GATES LLP
ATTN: STEVEN L. CAPONI, ESQ., MATTHEW B. GOELLER,
ESQ., MEGAN E. O'CONNER, ESQ.
600 N. KING STREET
SUITE 901
WILMINGTON, DE 19801
STEVEN.CAPONI@KLGATES.COM
MATTHEW.GOELLER@KLGATES.COM
MEGAN.OCONNER@KLGATE.COM

VIA ELECTRONC MAIL:
KASHISHIAN LAW LLC
ATTN: ANN M. KASHISHIAN
501 SILVERSIDE ROAD, SUITE 85
WILMINGTON, DE 19809
AMK@KASHISHIANLAW.COM

VIA ELECTRONC MAIL:
KELLER BENVENUTTI KIM LLP
ATTN: JANE KIM, GABRIELLE L. ALBERT
650 CALIFORNIA ST. #1900
SAN FRANCISCO, CA 94108
JKIM@KBKLLP.COM
GALBERT@KBKLLP.COM

VIA ELECTRONC MAIL:
KELLY HART & HALLMAN LLP
ATTN: LOUIS M. PHILLIPS
301 MAIN ST., SUITE 1600
BATON ROUGE, LA 70801
LOUIS.PHILLIPS@KELLYHART.COM

VIA ELECTRONC MAIL:
KELLY HART & HALLMAN LLP
ATTN: MICHAEL D. ANDERSON
201 MAIN STREET, SUITE 2500
FORT WORTH, TX 76102
MICHAEL.ANDERSON@KELLYHART.COM

VIA ELECTRONC MAIL:
KROLL RESTRUCTURING ADMINISTRATION LLC
ATTN: SELWYN PERRY
55 EAST 52ND STREET
17TH FLOOR
NEW YORK, NY 10055
SERVICEQA@RA.KROLL.COM
FTXTEAM@RA.KROLL.COM

VIA ELECTRONC MAIL:
LANDIS RATH & COBB LLP
ATTN: ADAM G. LANDIS, KIMBERLY A. BROWN, MATTHEW R.
PIERCE, NICOLAS E. JENNER, GEORGE A. WILLIAMS III,
MATTHEW MCGUIRE, HOWARD W. ROBERTSON IV
919 MARKET STREET, SUITE 1800
WILMINGTON, DE 19801
LANDIS@LRCLAW.COM
BROWN@LRCLAW.COM
PIERCE@LRCLAW.COM
JENNER@LRCLAW.COM
WILLIAMS@LRCLAW.COM
MCGUIRE@LRCLAW.COM
ROBERTSON@LRCLAW.COM

VIA ELECTRONC MAIL:
LATHAM & WATKINS LLP
ATTN: ADAM J. GOLDBERG BRIAN S. ROSEN
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
ADAM.GOLDBERG@LW.COM
BRIAN.ROSEN@LW.COM

**VIA ELECTRONC MAIL:**
LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: KEITH KODOSKY, ESQUIRE
600 PEACHTREE NE
SUITE 4700
ATLANTA, GA 30308
KEITH.KODOSKY@LEWISBRISBOIS.COM

**VIA ELECTRONC MAIL:**
LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: MINYAO WANG, ESQUIRE
77 WATER STREET
SUITE 2100
NEW YORK, NY 10005
MINYAO.WANG@LEWISBRISBOIS.COM

**VIA ELECTRONC MAIL:**
LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: PHILIP HINSON, ESQUIRE
521 EAST MOREHEAD STREET
SUITE 250
CHARLOTTE, NC 28202
PHILIP.HINSON@LEWISBRISBOIS.COM

**VIA ELECTRONC MAIL:**
LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: SCOTT D. COUSINS, RAFAEL X. ZAHRALDDIN-
ARAVENA, KEVIN F. SHAW
500 DELAWARE AVE
SUITE 700
WILMINGTON, DE 19801
SCOTT.COUSINS@LEWISBRISBOIS.COM
RAFAEL.ZAHRALDDIN@LEWISBRISBOIS.COM
KEVIN.SHAW@LEWISBRISBOIS.COM

**VIA ELECTRONC MAIL:**
LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: SEAN P. SHECTER, ESQUIRE
110 SE 6TH STREET
SUITE 2600
FORT LAUDERDALE, FL 33301
SEAN.SHECTER@LEWISBRISBOIS.COM

**VIA ELECTRONC MAIL:**
LOCKE LORD LLP
ATTN: IRA S. GREENE
200 VESEY STREET
NEW YORK, NY 10281
IRA.GREENE@LOCKELORD.COM

**VIA ELECTRONC MAIL:**
LOWENSTEIN SANDLER LLP
ATTN: ANDREW BEHLMANN, COLLEEN M. RESTEL
ONE LOWENSTEIN DRIVE
ROSELAND, NJ 07068
ABEHLMANN@LOWENSTEIN.COM
CRESTEL@LOWENSTEIN.COM

**VIA ELECTRONC MAIL:**
LOWENSTEIN SANDLER LLP
ATTN: DANIEL B. BESIKOF, ESQ.
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
DBESIKOF@LOWENSTEIN.COM

**VIA ELECTRONC MAIL:**
MANIER HEROD, P.C.
ATTN: JEFFREY S. PRICE, MELISSA J. LEE, SCOTT C.
WILLIAMS
1201 DEMONBREUN STREET
SUITE 900
NASHVILLE, TN 37213
JPRICE@MANIERHEROD.COM
MLEE@MANIERHEROD.COM
SWILLIAMS@MANIERHEROD.COM

**VIA ELECTRONC MAIL:**
MCCARTER & ENGLISH LLP
ATTN: DAVID ADLER ESQ.
WORLDWIDE PLAZA
825 EIGHTH AVE., 31ST FLOOR
NEW YORK, NY 10019
DADLER@MCARTER.COM

VIA ELECTRONC MAIL:
MCCARTER & ENGLISH LLP
ATTN: KATE ROGGIO BUCK, MATTHEW J. RIFINO,
SHANNON D. HUMISTON
RENAISSANCE CENTRE
405 N. KING STREET, 8TH FLOOR
WILMINGTON, DE 19801
KBUCK@MCCARTER.COM
MRIFINO@MCCARTER.COM
SHUMISTON@MCCARTER.COM

VIA ELECTRONC MAIL:
MCCARTER & ENGLISH LLP
ATTN: LISA S. BOSSALL, PHILLIP S. PAVLICK
FOUR GATEWAY CENTER
100 MULBERYY STREET
NEWARK, NJ 07102
LLBONSALL@MCCARTER.COM
PPAVLICK@MCCARTER.COM

VIA ELECTRONC MAIL:
MCDERMOTT WILL & EMERY LLP
ATTN: DARREN AZMAN, JOHN J. CALANDRA
JOSEPH B. EVANS, ELIZABETH RODD
ONE VANDERBILT AVENUE
NEW YORK, NY 10017-3852
DAZMAN@MWE.COM
JCALANDRA@MWE.COM
JBEVANS@MWE.COM
ERODD@MWE.COM

VIA ELECTRONC MAIL:
MCDERMOTT WILL & EMERY LLP
ATTN: MARIS J. KANDESTIN
THE NEMOURS BUIDLING
1007 NORTH ORANGE STREET, 10TH FLOOR
WILMINGTON, DE 19801
MKANDESTIN@MWE.COM

VIA ELECTRONC MAIL:
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: GARY D. BRESSLER, DAVID P. PRIMACK
300 DELAWARE AVENUE
SUITE 1014
WILMINGTON, DE 19801
GBRESSLER@MDMC-LAW.COM
DPRIMACK@MDMC-LAW.COM

VIA ELECTRONC MAIL:
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: GARY D. BRESSLER, GASTON P. LOOMIS
300 DELAWARE AVENUE
SUITE 1014
WILMINGTON, DE 19801
GBRESSLER@MDMC-LAW.COM
GLOOMIS@MDMC-LAW.COM

VIA ELECTRONC MAIL:
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: JEFFREY BERNSTEIN
570 BROAD STREET
SUITE 1401
NEWARK, NJ 07102
JBERNSTEIN@MDMC-LAW.COM

VIA ELECTRONC MAIL:
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: MICHAEL R. MORANO, ESQ.
1300 MT. KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NJ 07962
MMORANO@MDMC-LAW.COM

VIA ELECTRONC MAIL:
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: NICOLE LEONARD
225 LIBERTY STREET
36TH FLOOR
NEW YORK, NY 10281
NLEONARD@MDMC-LAW.COM

VIA ELECTRONC MAIL:
MIAMI-DADE OFFICE OF THE TAX COLLECTOR
BANKRUPTCY UNIT
200 NW 2ND AVENUE, #430
MIAMI, FL 33128
PRISCILLA.WINDLEY@MIAMIDADE.GOV
MDTCBKC@MIAMIDADE.GOV

VIA ELECTRONC MAIL:
MILLER SHAH LLP
ATTN: ALEC J. BERIN, ESQ.
1845 WALNUT STREET
SUITE 806
PHILADELPHIA, PA 19103
AJBERIN@MILLERSHAH.COM

VIA ELECTRONC MAIL:
MILLER SHAH LLP
ATTN: JAMES E. MILLER, ESQ.
65 MAIN STREET
CHESTER, CT 06412
JEMILLER@MILLERSHAH.COM

VIA ELECTRONC MAIL:
MO BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER, GENERAL COUNSEL
PO BOX 475
JEFFERSON CITY, MO 65105-0475
DEECF@DOR.MO.GOV

VIA ELECTRONC MAIL:
MORGAN, LEWIS & BOCKIUS LLP
ATTN: JODY C. BARILLARE
1201 N. MARKET STREET
SUITE 2201
WILMINGTON, DE 19801
JODY.BARILLARE@MORGANLEWIS.COM

VIA ELECTRONC MAIL:
MORGAN, LEWIS & BOCKIUS LLP
ATTN: JOHN C. GOODCHILD III; MATTHEW C. ZIEGLER
1701 MARKET STREET
PHILADELPHIA, PA 19103
JOHN.GOODCHILD@MORGANLEWIS.COM
MATTHEW.ZIEGLER@MORGANLEWIS.COM

VIA ELECTRONC MAIL:
MORGAN, LEWIS & BOCKIUS LLP
ATTN: JOSHUA DORCHAK; DAVID K. SHIM
101 PARK AVENUE
NEW YORK, NY 10178
JOSHUA.DORCHAK@MORGANLEWIS.COM
DAVID.SHIM@MORGANLEWIS.COM

VIA ELECTRONC MAIL:
MORRIS JAMES LLP
ATTN: ERIC J. MONZO,  TARA C. PAKROUH, CHRISTOPHER
M. DONNELLY
500 DELAWARE AVENUE SUITE 1500
WILMINGTON, DE 19801
EMONZO@MORRISJAMES.COM
TPAKROUH@MORRISJAMES.COM
CDONNELY@MORRISJAMES.COM

VIA ELECTRONC MAIL:
MORRIS JAMES LLP
ATTN: ERIC J. MONZO, SARAH M. ENNIS
TARA C. PAKROUTH
500 DELAWARE AVENUE, SUITE 1500
WILMINGTON, DE 19801
EMONZO@MORRISJAMES.COM
SENNIS@MORRISJAMES.COM
TPAKROUH@MORRISJAMES.COM

VIA ELECTRONC MAIL:
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ATTN: DONNA L. CULVER, DANIEL B. BUTZ
1201 NORTH MARKET STREET, 16TH FLOOR
P.O. BOX 1347
WILMINGTON, DE 19899-1347
DCULVER@MORRISNICHOLS.COM
DBUTZ@MORRISNICHOLS.COM

VIA ELECTRONC MAIL:
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ATTN: MATTHEW B. HARVEY
1201 NORTH MARKET STREET, 16TH FLOOR
WILMINGTON, DE 19801
MHARVEY@MORRISNICHOLS.COM

VIA ELECTRONC MAIL:
MORRISON COHEN LLP
ATTN: JOSEPH T. MOLDOVAN, HEATH D. ROSENBLAT;
JASON P. GOTTLIEB, MICHAEL MIX
909 THIRD AVENUE
27TH FLOOR
NEW YORK, NY 10022
JMOLDOVAN@MORRISONCOHEN.COM
HROSENBLAT@MORRISONCOHEN.COM
JGOTTLIEB@MORRISONCOHEN.COM
MMIX@MORRISONCOHEN.COM

VIA ELECTRONC MAIL:
NATIONAL ASSOCIATION OF ATTORNEYS GENERAL
ATTN: KAREN CORDRY
1850 M ST., NW 12TH FLOOR
WASHINGTON, DC 20036
KCORDRY@NAAG.ORG

VIA ELECTRONC MAIL:
OCTOPUS INFORMATION LTD
ATTN: LINFENG DONG, OMC CHAMBERS
WICKHAMS CAY 1
ROAD TOWN, TORTOLA,
BRITISH VIRGIN ISLANDS
OCTOPUS_FTX@TEAMB.CN

VIA ELECTRONC MAIL:
OFFICE OF THE ATTORNEY GENERAL OF GEORGIA
ATTN: AMY L. PATTERSON
40 CAPITOL SQUARE, S.W.
ATLANTA, GA 30334
APATTERSON@LAW.GA.GOV

VIA ELECTRONC MAIL:
OFFICE OF THE ATTORNEY GENERAL OF TEXAS,
BANKRUPTCY & COLLECTIONS DIVISION
ATTN: ROMA N. DESAI, LAYLA D. MILLIGAN, ABIGAIL R.
RYAN
P.O. BOX 12548 MC008
AUSTIN, TX 78711-2548
ROMA.DESAI@OAG.TEXAS.GOV
LAYLA.MILLIGAN@OAG.TEXAS.GOV
ABIGAIL.RYAN@OAG.TEXAS.GOV

VIA ELECTRONC MAIL:
OFFICE OF THE ILLINOIS ATTORNEY GENERAL
ATTN: JOHN P. REDING
100 W. RANDOLPH ST.
SUITE 13-225
CHICAGO, IL 60601
JOHN.REDING@ILAG.GOV

VIA ELECTRONC MAIL:
OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
ATTN: ROBERT J. ROCK
THE CAPITOL
ALBANY, NY 12224-0341
ROBERT.ROCK@AG.NY.GOV

VIA ELECTRONC MAIL:
OFFICE OF THE TN ATTORNEY GENERAL, BANKRUPTCY
DIVISION
ATTN: Laura L. McCloud
PO BOX 20207
NASHVILLE, TN 37202-0207
AGBANKDELAWARE@AG.TN.GOV

VIA ELECTRONC MAIL:
OFFICE OF THE UNITED STATES TRUSTEE
ATTN: BENJAMIN A. HACKMAN, DAVID GERARDI,
JON.LIPSHIE
844 KING STREET, ROOM 2207
LOCKBOX #35
WILMINGTON, DE 19899-0035
BENJAMIN.A.HACKMAN@USDOJ.GOV
DAVID.GERARDI@USDOJ.GOV
JON.LIPSHIE@USDOJ.GOV

VIA ELECTRONC MAIL:
OFFICE OF THE UNITED STATES TRUSTEE
ATTN: LINDA RICHENDERFER, ESQ.
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207, LOCKBOX 35
WILMINGTON, DE 19801
LINDA.RICHENDERFER@USDOJ.GOV

**VIA ELECTRONC MAIL:**
PACHULSKI STANG ZIEHL & JONES LLP
ATTN: JASON H. ROSELL, COLIN R. ROBINSON
919 N. MARKET STREET
17TH FLOOR
WILMINGTON, DE 19801
JROSELL@PSZJLAW.COM
CROBINSON@PSZJLAW.COM

**VIA ELECTRONC MAIL:**
PACHULSKI STANG ZIEHL & JONES LLP
ATTN: LAURA DAVIS JONES, PETER J. KEANE, EDWARD A. CORMA
919 N. MARKET STREET, 17TH FLOOR
P.O. BOX 8705
WILMINGTON, DE 19899-8705
LJONES@PSZJLAW.COM
PKEANE@PSZJLAW.COM
ECORMA@PSZJLAW.COM

**VIA ELECTRONC MAIL:**
PACHULSKI STANG ZIEHL & JONES LLP
ATTN: TEDDY M. KAPUR
10100 SANTA MONICA BLVD.
13TH FLOOR
LOS ANGELES, CA 90067-4003
TKAPUR@PSZJLAW.COM

**VIA ELECTRONC MAIL:**
PACHULSKI STANG ZIEHL & JONES LLP
ATTN: TEDDY M. KAPUR
10100 SANTA MONIVA BLVD
13TH FLOOR
LOS ANGELES, CA 90067-4003
TKAPUR@PSZJLAW.COM

**VIA ELECTRONC MAIL:**
PACHULSKI STANG ZIEHL & JONES LLP
ATTN: JASON H. ROSELL, MARY F. CALOWAY
ONE SANSOME STREET
SUITE 3430
SAN FRANCISCO, CA 94104
JROSELL@PSZJLAW.COM
MCALOWAY@PSZJLAW.COM

**VIA ELECTRONC MAIL:**
PASHMAN STEIN WALDER HAYDEN, P.C.
ATTN: JOHN W. WEISS, ALEXIS R. GAMBALE
1007 NORTH ORANGE STREET 4TH FLOOR
SUITE 183
WILMINGTON, DE 19801
JWEISS@PASHMANSTEIN.COM
AGAMBALE@PASHMANSTEIN.COM

**VIA ELECTRONC MAIL:**
PAUL HASTINGS
ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, EREZ E. GILAD AND SAMANTHA MARTIN
200 PARK AVENUE
NEW YORK, NY 10166
GABESASSON@PAULHASTINGS.COM
KRISHANSEN@PAULHASTINGS.COM
KENPASQUALE@PAULHASTINGS.COM
EREZGILAD@PAULHASTINGS.COM
LUCDESPINS@PAULHASTINGS.COM

**VIA ELECTRONC MAIL:**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: ELIZABETH WANG, DANIEL A. MASON
1313 NORTH MARKET STREET, SUITE 806
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
DMASON@PAULWEISS.COM
EWANG@PAULWEISS.COM

**VIA ELECTRONC MAIL:**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: WILLIAM A. CLAREMAN, GREGORY F. LAUFER, KENNETH S. ZIMAN
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
WCLAREMAN@PAULWEISS.COM
GLAUFER@PAULWEISS.COM
KZIMAN@PAULWEISS.COM

**VIA ELECTRONC MAIL:**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN:RANDALL S. LUSKEY
535 MISSION STREET
24TH FLOOR
SAN FRANCISCO, CA 94105
RLUSKEY@PAULWEISS.COM

**VIA ELECTRONC MAIL:**
POTTER ANDERSON & CORROON LLP
ATTTN: M. BLAKE CLEARY, R. STEPHEN MCNEILL,
SAMEEN RIZVI, ESQ.
1313 N. MARKET STREET, 6TH FLOOR
WILMINGTON, DE 19801
BCLEARY@POTTERANDERSON.COM
RMCNEILL@POTTERANDERSON.COM
SRIZVI@POTTERANDERSON.COM

**VIA ELECTRONC MAIL:**
PROSKAUER ROSE LLP
ATTN: BRIAN S. ROSEN, DYLAN J. MARKER
ELEVEN TIMES SQUARE
NEW YORK, NY 10036-8299
BROSEN@PROSKAUER.COM
DMARKER@PROSKAUER.COM

**VIA ELECTRONC MAIL:**
PROSKAUER ROSE LLP
ATTN: JORDAN E. SAZANT
70 WEST MADISON STREET
SUITE 3800
CHICAGO, IL 60602-4342
JSAZANT@PROSKAUER.COM

**VIA ELECTRONC MAIL:**
PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD.
ATTN: BRIAN SIMMS, K.C., KEVIN CAMBRIDGE, PETER
GREAVES
3 BAYSIDE EXECUTIVE PARK
WEST BAY STREET & BLAKE ROAD
PO BOX N-4875
NASSAU,
THE BAHAMAS
BSIMMS@LENNOXPATON.COM
KEVIN.CAMBRIDGE@PWC.COM
PETER.GREAVES@HK.PWC.COM

**VIA ELECTRONC MAIL:**
PULSAR GLOBAL LTD
ATTN: MICHELE WAN AND JACKY YIP
UNIT 903-905, K11 ATELIER VICTORIA DOCKSIDE
18 SALISBURY ROAD
KOWLOON,
HONG KONG
MICHELE.WAN@PULSAR.COM
JACKY.YIP@PULSAR.COM

**VIA ELECTRONC MAIL:**
REED SMITH LLP
ATTN: AARON JAVIAN
599 LEXINGTON AVENUE
NEW YORK, NY 10022
AJAVIAN@REEDSMITH.COM

**VIA ELECTRONC MAIL:**
REED SMITH LLP
ATTN: KURT F. GWYNNE
1201 N. MARKET STREET
SUITE 1500
WILMINGTON, DE 19801
KGWYNNE@REEDSMITH.COM

**VIA ELECTRONC MAIL:**
REICH REICH & REICH, P.C.
ATTN: NICHOLAS A. PASALIDES, ESQ.
235 MAIN STREET, SUITE 450
WHITE PLAINS, NY 10601
NPASALIDES@REICHPC.COM

**VIA ELECTRONC MAIL:**
RICHARDS, LAYTON & FINGER, P.A.
ATTN: KEVIN GROSS, PAUL N. HEATH, DAVID T. QUEROLI,
BRENDAN J. SCHLAUCH
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DE 19801
GROSS@RLF.COM
HEATH@RLF.COM
QUEROLI@RLF.COM
SCHLAUCH@RLF.COM

**VIA ELECTRONC MAIL:**
RIMON, P.C.
ATTN: FREDERICK CHANG
506 2ND AVE., SUITE 1400
SEATTLE, WA 98104
FREDERICK.CHANG@RIMONLAW.COM

VIA ELECTRONC MAIL:
RIMON, P.C.
ATTN: JACQUELYN H. CHOI
2029 CENTURY PARK EAST, SUITE 400N
LOS ANGELES, CA 90067
JACQUELYN.CHOI@RIMONLAW.COM

VIA ELECTRONC MAIL:
ROBINSON & COLE LLP
ATTN: JAMIE L. EDMONSON
1201 N. MARKET STREET
SUITE 1406
WILMINGTON, DE 19801
JEDMONSON@RC.COM

VIA ELECTRONC MAIL:
SAUL EWING LLP
ATTN: LUCIAN B. MURLEY
1201 NORTH MARKET STREET, SUITE 2300
P.O. BOX 1266
WILMINGTON, DE 19899
LUKE.MURLEY@SAUL.COM

VIA ELECTRONC MAIL:
SCHULTE ROTH & ZABEL LLP
ATTN: DOUGLAS S. MINTZ
555 13TH STREET, NW, SUITE 6W
WASHINGTON, DC 20004
DOUGLAS.MINTZ@SRZ.COM

VIA ELECTRONC MAIL:
SCHULTE ROTH & ZABEL LLP
ATTN: REUBEN E. DIZENGOFF
919 THIRD AVENUE
NEW YORK, NY 10022
REUBEN.DIZENGOFF@SRZ.COM

VIA ELECTRONC MAIL:
SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F. STREET NE
WASHINGTON, DC 20549
SECBANKRUPTCY@SEC.GOV

VIA ELECTRONC MAIL:
SECURITIES & EXCHANGE COMMISSION - NY OFFICE
ATTN: BANKRUPTCY DEPT
BROOKFIELD PLACE
200 VESEY STREET, STE 400
NEW YORK, NY 10281-1022
BANKRUPTCYNOTICESCHR@SEC.GOV
NYROBANKRUPTCY@SEC.GOV

VIA ELECTRONC MAIL:
SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA
OFFICE
ATTN: BANKRUPTCY DEPT
ONE PENN CENTER
1617 JFK BLVD, STE 520
PHILADELPHIA, PA 19103
SECBANKRUPTCY@SEC.GOV

VIA ELECTRONC MAIL:
STATE OF DELAWARE ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
CARVEL STATE OFFICE BLDG.
820 N. FRENCH ST.
WILMINGTON, DE 19801
ATTORNEY.GENERAL@STATE.DE.US

VIA ELECTRONC MAIL:
STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: DANIEL M. PEREIRA
1000 N. WEST STREET
SUITE 1200
WILMINGTON, DE 19801
DPEREIRA@STRADLEY.COM

**VIA ELECTRONC MAIL:**
STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: DEBORAH A. REPEROWITZ
100 PARK AVENUE
SUITE 2000
NEW YORK, NY 10017
DREPEROWITZ@STRADLEY.COM

**VIA ELECTRONC MAIL:**
STREUSAND, LANDON, OZBURN & LEMMON, LLP
ATTN: SABRINA L. STREUSAND, ANH NGUYEN
1801 S. MOPAC EXPRESSWAY
SUITE 320
AUSTIN, TX 78746
STREUSAND@SLOLLP.COM
NGUYEN@SLOLLP.COM

**VIA ELECTRONC MAIL:**
SULLIVAN & CROMWELL LLP
ATTN: ANDREW G. DIETDERICH, JAMES L. BROMLEY,
BRIAN D. GLUECKSTEIN, ALEXA J. KRANZLEY, STEVEN L.
HOLLEY, STEPHEN EHRENBERG, CHRISTOPHER J. DUNNE
125 BROAD STREET
NEW YORK, NY 10004
DIETDERICHA@SULLCROM.COM
BROMLEYJ@SULLCROM.COM
GLUECKSTEINB@SULLCROM.COM
KRANZLEYA@SULLCROM.COM
PETIFORDJ@SULLCROM.COM

**VIA ELECTRONC MAIL:**
SULLIVAN HAZELTINE ALLINSON LLC
ATTN: WILLIAM D. SULLIVAN
919 NORTH MARKET STREET, SUITE 420
WILMINGTON, DE 19801
BSULLIVAN@SHA-LLC.COM

**VIA ELECTRONC MAIL:**
TARTER KRINSKY & DROGIN LLP
ATTN: DAVID H. WANDER, ALEXANDER R. TIKTIN
1350 BROADWAY
11TH FLOOR
NEW YORK, NY 10018
DWANDER@TARTERKRINSKY.COM,
ATIKTIN@TARTERKRINSKY.COM

**VIA ELECTRONC MAIL:**
THE DALEY LAW FIRM
ATTN: DARRELL DALEY, SAMANTHA NEAL
4845 PEARL EAST CIRCLE
SUITE 101
BOULDER, CO 80301
DARRELL@DALEYLAWYERS.COM
SAMANTHA@DALEYLAWYERS.COM

**VIA ELECTRONC MAIL:**
THE SECURITIES COMMISSION OF THE BAHAMAS
ATTN: PRESIDENT OR GENERAL COUNSEL
POINCIANA HOUSE, NORTH BUILDING, 2ND FLOOR 31A
EAST BAY STREET, P.O. BOX N-8347
NASSAU,
THE BAHAMAS
INFO@SCB.GOV.BS

**VIA ELECTRONC MAIL:**
TROUTMAN PEPPER HAMILTON SANDERS LLP
ATTN: EVELYN J. MELTZER
HERCULES PLAZA, SUITE 5100
1313 N. MARKET STREET
WILMINGTON, DE 19899-1709
EVELYN.MELTZER@TROUTMAN.COM

**VIA ELECTRONC MAIL:**
U.S. DEPARTMENT OF JUSTICE
ATTN: STANTON C. MCMANUS, SETH B. SHARPIRO
CIVIL DIVISION
1100 L STREET, NW, ROOM 7208
WASHINGTON, DC 20005
STANTON.C.MCMANUS@USDOJ.GOV
SETH.SHAPIRO@USDOJ.GOV

**VIA ELECTRONC MAIL:**
U.S. DEPARTMENT OF JUSTICE
ATTN: WARD W. BENSON
P.O. BOX 227, BEN FRANKLIN STATION
WASHINGTON, DC 20044
WARD.W.BENSON@USDOJ.GOV

**VIA ELECTRONC MAIL:**
U.S. DEPARTMENT OF JUSTICE – CIVIL DIVISION
ATTN: RUTH A. HARVEY, MARGARET M. NEWELL, SETH
B. SHAPIRO, STANTON C. MCMANUS
COMMERCIAL LITIGATION BRANCH
P.O. BOX 875, BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875
STANTON.C.MCMANUS@USDOJ.GOV
SETH.SHAPIRO@USDOJ.GOV

**VIA ELECTRONC MAIL:**
U.S. DEPARTMENT OF JUSTICE, TAX DIVISION
ATTN: ARI D. KUNOFSKY
P.O. BOX 227
WASHINGTON, DC 20044
ARI.D.KUNOFSKY@USDOJ.GOV

**VIA ELECTRONC MAIL:**
U.S. DEPARTMENT OF JUSTICE, THE INTERNAL REVENUE
SERVICE
ATTN: ELISABETH M. BRUCE, STEPHANIE A. SASARAK
P.O. BOX 227
WASHINGTON, DC 20044
ELISABETH.M.BRUCE@USDOJ.GOV
STEPHANIE.A.SASARAK@USDOJ.GOV

**VIA FIRST CLASS MAIL:**
UNITED STATES OF AMERICA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
US DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530-0001

**VIA ELECTRONC MAIL:**
US ATTORNEY FOR DELAWARE
ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS
1007 ORANGE ST STE 700
P.O. BOX 2046
WILMINGTON, DE 19899-2046
USADE.ECFBANKRUPTCY@USDOJ.GOV

**VIA ELECTRONC MAIL:**
VENABLE LLP
ATTN: ANDREW J. CURRIE
600 MASSACHUSETTS AVENUE, NW
WASHINGTON, DC 20001
AJCURRIE@VENABLE.COM

**VIA ELECTRONC MAIL:**
VENABLE LLP
ATTN: DANIEL A. O'BRIEN
1201 N. MARKET ST.
SUITE 1400
WILMINGTON, DE 19801
DAOBRIEN@VENABLE.COM

**VIA ELECTRONC MAIL:**
VENABLE LLP
ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN,
CAROL A. WEINER, ARIE A. PELED
1270 AVENUE OF THE AMERICAS
24TH FLOOR
NEW YORK, NY 10020
JSSABIN@VENABLE.COM
XSSTROHBEHN@VENABLE.COM
CWEINERLEVY@VENABLE.COM
AAPELED@VENABLE.COM

**VIA ELECTRONC MAIL:**
VENABLE LLP
ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN,
CAROL A. WEINER, ARIE A. PELED
151 WEST 42ND ST., 48TH FLOOR
NEW YORK, NY 10036
JSSABIN@VENABLE.COM
XSSTROHBEHN@VENABLE.COM
CWEINERLEVY@VENABLE.COM
AAPELED@VENABLE.COM

**VIA ELECTRONC MAIL:**
VERMONT DEPARTMENT OF FINANCIAL REGULATION
ATTN: JENNIFER ROOD
89 MAIN STREET, THIRD FLOOR
MONTPELIER, VT 05620
JENNIFER.ROOD@VERMONT.GOV

**VIA ELECTRONC MAIL:**
VORYS, SATER, SEYMOUR AND PEASE LLP
ATTN: TIFFANY STRELOW COBB, ESQ.
52 EAST GAY STREET
P.O. BOX 1008
COLUMBUS, OH 43216-1008
TSCOBB@VORYS.COM

**VIA ELECTRONC MAIL:**
WHITE & CASE LLP
ATTN: JESSICA C. LAURIA, J. CHRISTOPHER SHORE,
BRIAN D. PFEIFFER, MARK FRANKE, BRETT BAKEMEYER
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1095
JESSICA.LAURIA@WHITECASE.COM
CSHORE@WHITECASE.COM
BRIAN.PFEIFFER@WHITECASE.COM
MARK.FRANKE@WHITECASE.COM
BRETT.BAKEMEYER@WHITECASE.COM

**VIA ELECTRONC MAIL:**
WHITE & CASE LLP
ATTN: THOMAS E LAURIA, RICHARD S. KEBRDLE
200 SOUTH BISCAYNE BLVD., SUITE 4900
SOUTHEAST FINANCIAL CENTER
MIAMI, FL 33131
TLAURIA@WHITECASE.COM
RKEBRDLE@WHITECASE.COM

**VIA ELECTRONC MAIL:**
WILMER CUTLER PICKERING HALE AND DORR LLP
ATTN: PETER G. NEIMAN, NICHOLAS WERLE
7 WORLD TRADE CENTER
150 GREENWICH STREET
NEW YORK, NY 10007
PETER.NEIMAN@WILMERHALE.COM
NICK.WERLE@WILMERHALE.COM

**VIA ELECTRONC MAIL:**
WINCENT INVESTMENT FUND PCC LTD
ATTN: CHARLES MELVIN, C/O WINCENT CAPITAL
MANAGEMENT
OLD POLICE STATION
120B
IRISH TOWN,  GX11 1AA
GIBRALTAR
LEGAL@WINCENT.CO

**VIA ELECTRONC MAIL:**
WINTERMUTE ASIA PTE. LTD
ATTN: LEGAL DEPARTMENT
24 EAN KIAM PLACE
, 429115
SINGAPORE
LEGAL@WINTERMUTE.COM

**VIA ELECTRONC MAIL:**
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR.
1000 NORTH KING STREET
WILMINGTON, DE 19801
MLUNN@YCST.COM
RPOPPITI@YCST.COM

**VIA ELECTRONC MAIL:**
ZACHARY BRUCH
ATTN: PETER S. PARTEE, SR
HUNTON ANDREWS KURTH LLP
200 PARK AVE
NEW YORK, NY 10166
PPARTEE@HUNTONAK.COM