### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee
WAGMI CLAIMS LLC

Name of Transferor

Name and Address where notices to Transferee should be sent:

WAGMI CLAIMS LLC
1309 Coffeen Avenue STE 1200
Sheridan, WY 82801
Attention: Viktor Kurako
Email: wagmiclaimscontact@gmail.com

Name and Address where notices to Transferor should be sent:



| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| FTX Trading Ltd. June Amended Customer Claim Schedule F-20<br><br>Schedule No. 6643342 | | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

**WAGMI CLAIMS LLC**

By: _____   Date:   September 19, 2024
Name:  Viktor Kurako
Title:  Authorized Signatory

# EVIDENCE OF TRANSFER OF CLAIM

**TO:**     United States Bankruptcy Court
for the District of Delaware ("Court")

**AND:**   FTX Trading Ltd. ("Debtor")
Case No. 22-11068 (JTD) ("Case")

**CLAIM:** 07021872 ("Unique Customer Code")
0x8CfbCc5f4cd771B54e3206DB55773971a124198D ("Contract No.")
ERC-721 Token ID 2 ("Token ID")



**TRANSACTION HASH:** 0x72015b458b2bcf2795ee378e1dd39b3260eabb903d56494cf934b0af11c6ce00

███████████ ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, as further evidenced by the Ethereum Transaction Hash provided directly above, and pursuant to the terms of an Assignment of Claim Agreement dated as of May 19, 2023, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to: WAGMI CLAIMS LLC, its successors and assigns ("Buyer"), all right, title, and interest in and to 100% of the amounts stated on Schedule F of Debtor for Unique Customer Code 07021872 (collectively the "Claim") in the United States Bankruptcy Court for the District of Delaware.

Seller hereby waives any objection to the transfer of the claims to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have duly executed this Evidence of Transfer of Claim as of May 19, 2023.

**SELLER:**



**BUYER:**

WAGMI CLAIMS LLC

By: _____
  Name: Viktor Kurako
  Title:  Authorized Signatory

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

# EXCERPT OF
FTX Trading Ltd. Amended Customer Claim Schedule

FTX Trading Ltd. — Amended Schedule of Nonpriority Customer Claims — 22-11068 (JTD)

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 07021296 | | BEAR[1000], BTC[0], FTT[.15], GRTBULL[4500000], LOOKS-PERP[0], TRX[.000012], USD[0.08], USDT[0] | | |
| 07021305 | | BTC[.00001351] | | |
| 07021307 | | AAVE-PERP[0], APT-PERP[0], BNB-PERP[0], BTC[0], BTC-PERP[0], DOGE-PERP[0], ETH-PERP[0], LDO-PERP[0], SOL-PERP[0], USD[111.81], USDT[106.92864643], XEM-PERP[0] | | |
| 07021360 | | ALPHA[1], AUD[2254.17], BAO[3], ETH[.00000425], FRONT[1], GRT[1], KIN[2], TRU[1], UBXT[1], USD[0.00] | Yes | |
| 07021383 | | GBP[0.00] | | |
| 07021388 | | USDT[.00018265] | Yes | |
| 07021408 | | BRZ[1.69122304], USDT[0.94981743] | | |
| 07021412 | | DAI[.07225563], USD[0.01] | | |
| 07021414 | | ADA-PERP[0], BTC-PERP[0], RSR-PERP[0], TRX[.000005], USD[-0.05], USDT[1.29] | | |
| 07021424 | | BAO[1], BRZ[4.16955412], CRO[9344.30768274], KIN[3], USD[0.00] | Yes | |
| 07021433 | | MATIC[0], USD[0.70] | | |
| 07021464 | | BTC[.0000625], USDT[0.49951212], XRPBULL[19572280.56] | | |
| 07021469 | | DENT[1], ETH[.00000157], KIN[1], USD[1.01], XRP[502.76043964] | Yes | |
| 07021508 | | AKRO[2], ATLAS[18616.72429588], BAO[4], GBP[0.00], KIN[2], USD[0.00] | Yes | |
| 07021540 | | DENT[1], USD[0.01], USDT[0.00011877] | | |
| 07021549 | | BTC[.01628426], USDT[0.00978505] | | |
| 07021550 | | AUD[0.00], BTC[0], USD[0.00] | | |
| 07021552 | | AKRO[2], AUD[0.00], BAO[3], GRT[1], KIN[2], RSR[1], TRX[2], USD[0.00], USDT[0] | | |
| 07021587 | | BTC[.00004929], TRX[.000022], USDT[208.9688764] | | |
| 07021590 | | USD[0.84] | | |
| 07021637 | | ATOM[.00005437], BNB[0.59586278], BTC[0.00000001], ETH[.0000001], FTT[0], LINK[0.00001653], MATIC[0.00019026], TRX[0.00000900], UNI[0.00001824], USD[0.00], USDT[0.00008065] | | |
| 07021645 | | BTC-PERP[0], TRX[0], USD[0.00], USDT[0.00000132] | | |
| 07021648 | | RSR[2], USD[0.00] | | |
| 07021650 | | BTC[0.26983438], ETH[10], MATIC[3733.79706936], USD[0.00], XRP[299.8] | | |
| 07021666 | | BTC-0331[0], BTC-PERP[.0111], ETH-0331[0], ETH-PERP[.425], USD[-114.52], XRP-PERP[300] | | |
| 07021676 | | AKRO[2], BAO[2], FIDA[1], GBP[0.00], KIN[1], RSR[1], UBXT[1] | | |
| 07021684 | | MATIC[.3], USD[0.17] | | |
| 07021697 | | XRP[9053.74980594] | Yes | |
| 07021731 | | BCH[.09670065], BTC[.00060317], LTC[.00879323], TRX[.020777], USDT[2165.21770959] | | |
| 07021748 | | USD[0.01], XAUT-PERP[0] | | |
| 07021755 | | BTC[0], ETH[0], USD[104.10] | | |
| 07021759 | | USD[0.00] | | |
| 07021764 | | NFT (34178099902822541/Mexico Ticket Stub #624)[1] | Yes | |
| 07021774 | | AKRO[1], AUD[0.01], BAO[3], BTC[.00917146], DENT[1], ETH[.12022872], KIN[2], TRX[1], USD[0.01] | Yes | |
| 07021782 | | AVAX-PERP[0], BTC-PERP[0], SOL-PERP[0], TRX[.000012], USD[0.00], USDT[0] | | |
| 07021794 | | TRX[.000002] | | |
| 07021796 | | GALA[209611.49297016], XRP[11554.3674962] | Yes | |
| 07021804 | | APT[0], BNB[0] | | |
| 07021809 | | BAO[1], KIN[3], USD[0.00], WAXL[63.72462674] | | |
| 07021812 | | BTC[.00009256] | | |
| 07021832 | | AXS-PERP[0], BNB[.01], CAKE-PERP[0], USD[-1315.86], USDT[4472.63936095] | | |
| 07021839 | | HT[0] | | |
| 07021866 | | USD[0.00] | | |
| 07021872 | | AKRO[1], AUD[0.00], BAO[1], BTC[1.84082051], DENT[1], MATH[1], UBXT[1], USD[0.27] | Yes | |