# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Hearing Date: Dec. 12, 2024 at 1:00 p.m. (ET)<br>Obj. Deadline: Nov. 26, 2024 at 4:00 p.m. (ET)<br><br>Ref. Nos. 27851 & 27858 |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Motion of the Debtors for Entry of an Order (A) Authorizing the Debtors' Entry Into, and Performance Under, the Settlement Agreement with John Samuel Trabucco (B) Approving the Settlement Agreement and (C) Granting Related Relief* (the "Motion") filed under seal on November 10, 2024, a redacted version of which was filed publicly on November 11, 2024 [D.I. 27851 & 27858, respectively]. The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the notice, responses, if any, to the relief requested in the Motion were to be filed and served on or before November 26, 2024 at 4:00 p.m. (ET).

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0078525.}

It is hereby respectfully requested that the proposed form of order attached to the Motion, which shall be uploaded to CM/ECF in accordance with the Court's electronic order processing procedures, be entered at the Court's earliest convenience.

| | |
|---|---|
| Dated:  December 2, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew B. McGuire*<br>Adam G. Landis (No. 3407)<br>Richard S. Cobb (No. 3157)<br>Matthew B. McGuire (No. 4366)<br>Howard W. Robertson IV (No. 6903)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>         cobb@lrclaw.com<br>         mcguire@lrclaw.com<br>         robertson@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Stephanie G. Wheeler (admitted pro hac vice)<br>Christopher J. Dunne (admitted pro hac vice)<br>Jacob M. Croke (admitted pro hac vice)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>         gluecksteinb@sullcrom.com<br>         wheelers@sullcrom.com<br>         dunnec@sullcrom.com<br>         crokej@sullcrom.com<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession* |