United States Bankruptcy Court
District of Delaware

In re: FTX Trading Ltd., *et al.*           Chapter 11
        Debtors                     Case No. 22-11068
                                  (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) Fed. R. of Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor                                           Name of Transferee

Confidential Creditor with                                   Kingdon Capital Ventures VII, LLC
Customer/Schedule No. 03610916                               c/o Kingdon Capital Management, LLC
[Address on file]                                            152 W. 57th Street, 50th Floor
                                                             New York, NY 10019
                                                             Attn: Richard Weinstein
                                                             Email: legal@kingdon.com

An undivided 100% interest of Seller's right, title, interest and obligations in and to the **following claims**:

| Schedule No. / Customer Code | Creditor Name | Amount(s) | Debtor | Case No. |
|---|---|---|---|---|
| Claim Number: 72948 | Name (Redacted) | As set forth in the proof of claim | FTX Trading Ltd. | 22-11068 |
|  |  |  |  |  |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

                                                         Transferee

Date: November 27, 2024                                      By: /s/ William Walsh
                                                             Name: William Walsh
                                                             Title: CFO of Kingdon Capital Management, LLC,
                                                                    as Manager

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
Clerk of the Court

**Identity of Transferor**

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.