IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE FTX TRADING LTD., *et al.*, | : Chapter 11 |
| | : Bankr. No. 22-11068 (JTD) |
| Debtors. | : (Jointly Administered) |

| | |
|---|---|
| BLOOMBERG L.P., DOW JONES & COMPANY, INC., THE NEW YORK TIMES COMPANY, AND THE FINANCIAL TIMES LTD, | : |
| | : Civ. No. 23-682-CFC |
| Appellants, | : |
| v. | : |
| FTX TRADING LTD., *et al.*, | : |
| Appellees. | : |

## ORDER

For the reasons set forth in the accompanying Opinion, it is hereby ORDERED:

1. The Bankruptcy Court's First Extension Order, dated June 15, 2023 (Bankr. D.I. 1643; A0700-A0704) is AFFIRMED.

2. The Clerk of the Court is directed to CLOSE Civ. No. 23-682-CFC.

Entered this Third day of December in 2024.

_____
CHIEF JUDGE