**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtor, | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND
REQUEST FOR REMOVAL FROM SERVICE LIST**

PLEASE TAKE NOTICE that Karen M. Grivner and Kevin H. Morse of Clark Hill PLC hereby notify the Clerk of this Court that their client, Georgian Partners, Inc. ("Georgian Partners"), has resolved any interests and issues it had in this bankruptcy case; therefore, Karen M. Grivner and Kevin H. Morse withdraw their appearance as counsel for Georgian Partners, and respectfully request that they be removed from all service lists in this case, including the Court's CM/ECF electronic service list.

Dated: December 4, 2024

CLARK HILL PLC

By: /s/ *Karen M. Grivner*
Karen M. Grivner (Bar No. 4372)
824 North Market Street | Suite 710
Wilmington, Delaware 19801
T: (302) 250-4750 | F: (302) 421-9439
kgrivner@clarkhill.com
-and-
Kevin H. Morse (IL Bar No. 6297244)
130 East Randolph Street | Suite 3900
Chicago, Illinois 60615
T: (312) 985-5556 | F: (312) 517-7593
kmorse@clarkhill.com

*Attorneys for Georgian Partners, Inc.*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd. Is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

M3813\481663\279838846