**EXHIBIT A**

**RLKS Executive Solutions LLC**

**Summary of Staffing and Functions – FTX Trading Ltd.,** *et al.*
**for the Period from October 1, 2024 through October 8, 2024**

| Name and Title | Function/Role |
|---|---|

| Staffing – Officer Positions | |
|---|---|
| Kathryn Schultea – Managing Partner | Chief Administrative Officer |
| Mary Cilia – Senior Managing Director | Chief Financial Officer |
| Raj Perubhatla – Senior Managing Director | Chief Information Officer |

| Staffing – Non-Officer Positions | |
|---|---|
| Robert Hoskins – Sr. Director | Accounting and Treasury, Cash Management Systems, Receivables/Payables, Periodic Reporting |
| Brandon Bangerter – Director | IT Systems, Infrastructure, Security, Data Extraction and Development of Debtor Data |
| Daniel Tollefsen – Sr. Manager | Accounting and Treasury, Cash Management Systems, Receivables/Payables, Periodic Reporting |
| Leticia Barrios – Sr. Manager | Bankruptcy Administration, Human Resources, Organizational Project Management |
| Melissa Concitis – Sr. Manager | Accounting and Treasury, Cash Management Systems, Receivables/Payables, Periodic Reporting, Project Management |
| Felicia Buenrostro – Associate | Data Analyst and Bankruptcy Administration |

**The following Compensation Report includes
services performed by RLKS on behalf of the Debtors
for the period from October 1, 2024 through October 8, 2024**

**Summary of Services Provided**

1.      Ms. Schultea, Ms. Cilia and Mr. Perubhatla serve as executive officers of the Debtors and are the principal professionals staffed by RLKS on the engagement.  Ms. Schultea serves as the CAO, Ms. Cilia serves as the CFO and Mr. Perubhatla serves as the CIO for the Debtors, and Additional Personnel have been made available to serve under the Chief Officers during these Chapter 11 Cases.

2.      During the Reporting Period, RLKS worked to support the Debtors' Chief Executive Officer ("CEO") in achieving the five core objectives of these Chapter 11 Cases.[1]  In doing so, the Chief Officers provided services and performed all duties that are usual and customary for their respective executive positions, including, without limitation, accounting and treasury, financial analysis, audits and cash flow forecast, information technology, human resource management, claims management and such other related functions as assigned by the Debtors' CEO.

3.      During the Reporting Period, in furtherance of their respective duties, the Chief Officers periodically attended project management meetings, board meetings and meetings with the Debtors' other professionals.  In support of the CEO, RLKS managed various functions related to human resources, information technology, data management and security, cash management, treasury, accounting and financial matters.  In addition, RLKS assisted the CEO with (i) coordinating the resolution of issues related to employee matters, organizational structure and wages, (ii) coordinating the Debtors' treasury and cash management systems and

---

[1]      The five core objectives are set forth in the First Day Declarations.

asset recovery efforts, and (iii) managing the Debtors' information technology systems, data and

IT security, and third-party service providers.

## Summary of Compensation and Expenses

| Period | Fees | Expenses | Total |
|---|---|---|---|
| September 1, 2024 – September 30, 2024 | $450,277.50 | $0.00 | $450,277.50 |

## Summary of Expense by Category

| Expense Category | Total Expenses |
|---|---|
| Airline - Economy | $0.00 |
| Lodging | $0.00 |
| Transportation (Car Rental, Taxi, Parking) | $0.00 |
| Meals | $0.00 |
| Office Expense | $0.00 |
| Total Amount for Period: | $0.00 |

## Summary of Time and Fees by Professional

| Name of Professional | Function/Role | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Kathryn Schultea | Chief Administrative Officer | $1,100 | 53.50 | $58,850.00 |
| Mary Cilia | Chief Financial Officer | $1,100 | 74.10 | $81,510.00 |
| Raj Perubhatla | Chief Information Officer | $1,100 | 64.50 | $70,950.00 |
| Robert Hoskins | Accounting and Treasury, Cash Management Systems, Receivables/Payables, Periodic Reporting | $875.00 | 66.10 | $57,837.50 |
| Brandon Bangerter | IT Systems, Infrastructure, Security, Data Extraction and Development of Debtor Data | $725.00 | 49.30 | $35,742.50 |
| Daniel Tollefsen | Accounting and Treasury, Cash Management Systems, Receivables/Payables, Periodic Reporting | $650.00 | 62.30 | $40,495.00 |
| Leticia Barrios | Bankruptcy Administration, Human Resources, Organizational Project Management | $650.00 | 56.90 | $36,985.00 |
| Melissa Concitis | Accounting and Treasury, Cash Management Systems, Receivables/Payables, Periodic Reporting, Project Management | $650.00 | 64.50 | $41,925.00 |
| Felicia Buenrostro | Data Analyst and Bankruptcy Administration | $475.00 | 54.70 | $25,982.50 |
| | Total Amount for Period: | | 545.90 | $450,277.50 |

**Time Detail Activity by Professional**

**[See Attached Exhibit A]**

| Time Detail Activity by Professional<br>Exhibit A | | | | |
|---|---|---|---|---|
| Enter Date | Description | Professional | Hrs/Mins Worked | Corresponding Charge |
| 10/1/2024 | IT Helpdesk responses / account updates | Brandon Bangerter | 1.30 | $942.50 |
| 10/1/2024 | Meeting with HR Lead; review third party vendor accounts | Brandon Bangerter | 0.50 | $362.50 |
| 10/1/2024 | Critical application audit of user account access and administrators | Brandon Bangerter | 2.30 | $1,667.50 |
| 10/1/2024 | Research on outstanding hardware and retrievals of each | Brandon Bangerter | 1.20 | $870.00 |
| 10/1/2024 | Vendor support case updates for outstanding expenses and contract updates | Brandon Bangerter | 2.20 | $1,595.00 |
| 10/1/2024 | Configuration and setup for exporting critical data from applications | Brandon Bangerter | 1.80 | $1,305.00 |
| 10/1/2024 | Review and respond to CIO re: multiple vendor invoices | Daniel Tollefsen | 0.40 | $260.00 |
| 10/1/2024 | Review and respond to emails with M. Sakaguchi (EY) re: FTX Japan Group payment requests with supporting documentation | Daniel Tollefsen | 0.60 | $390.00 |
| 10/1/2024 | Review and respond to emails with several Foreign Debtor personnel re: payment requests and supporting documentation | Daniel Tollefsen | 0.90 | $585.00 |
| 10/1/2024 | Review and respond to CFO re: Debtor invoice approvals and transactional activity | Daniel Tollefsen | 0.30 | $195.00 |
| 10/1/2024 | Financial accounts review and reconciliation re: all debtors | Daniel Tollefsen | 1.60 | $1,040.00 |
| 10/1/2024 | Review of recent vendor invoices and payments requests for US Debtors | Daniel Tollefsen | 0.80 | $520.00 |
| 10/1/2024 | Review of recent vendor invoices and payments requests for Foreign Debtors | Daniel Tollefsen | 0.70 | $455.00 |
| 10/1/2024 | Review and update of Foreign Debtor payment trackers | Daniel Tollefsen | 1.20 | $780.00 |
| 10/1/2024 | Update master payment tracker with recent vendor/employee invoice and payment data | Daniel Tollefsen | 2.10 | $1,365.00 |
| 10/1/2024 | Update vendor files with supporting payment documentation | Daniel Tollefsen | 0.90 | $585.00 |
| 10/1/2024 | Financial account review and update re: ACH data entries of invoices, payments and transfers | Daniel Tollefsen | 1.20 | $780.00 |
| 10/1/2024 | Examine and sort all incoming paperwork for FTX US | Felicia Buenrostro | 1.00 | $475.00 |

| 10/1/2024 | Examine and integrate the latest data into the My Phone.com business voicemail log file | Felicia Buenrostro | 0.50 | $237.50 |
|---|---|---|---|---|
| 10/1/2024 | Review and sort incoming documents for Alameda Research LLC | Felicia Buenrostro | 0.80 | $380.00 |
| 10/1/2024 | Analyze and classify incoming paperwork for West Realm Shires Inc. | Felicia Buenrostro | 0.70 | $332.50 |
| 10/1/2024 | Prepare, sort, and review all e-mails delivered to the Earth Class Virtual Mailbox, then file in the relevant repository folders | Felicia Buenrostro | 0.80 | $380.00 |
| 10/1/2024 | Track and respond to FTX Inquiry inbox requests and log them in the corresponding spreadsheet | Felicia Buenrostro | 1.50 | $712.50 |
| 10/1/2024 | Determine and report disparities between inquiry emails and the creditor matrix | Felicia Buenrostro | 0.70 | $332.50 |
| 10/1/2024 | Supervise and classify incoming documentation for LP Successor Entity LLC | Felicia Buenrostro | 2.00 | $950.00 |
| 10/1/2024 | Verify employee claims and document pertinent details | Felicia Buenrostro | 1.00 | $475.00 |
| 10/1/2024 | Review and respond to emails with CIO re: post-confirmation insurance update | Kathryn Schultea | 0.70 | $770.00 |
| 10/1/2024 | Review and respond to emails with K. Ramanathan (A&M) re: D&O materials | Kathryn Schultea | 0.60 | $660.00 |
| 10/1/2024 | Review and respond to emails with CIO re: IT cyber policy questionnaire | Kathryn Schultea | 0.70 | $770.00 |
| 10/1/2024 | Correspondence with CFO re: review Foreign Entity's pre-petition invoices | Kathryn Schultea | 0.50 | $550.00 |
| 10/1/2024 | Correspondence with CFO and a FTX employee re: review Foreign Entity's payment requests and monthly invoices | Kathryn Schultea | 0.60 | $660.00 |
| 10/1/2024 | Correspondence with CFO and a FTX employee re: review Debtor's payment request | Kathryn Schultea | 0.50 | $550.00 |
| 10/1/2024 | Correspondence with D. Tollefsen (RLKS) and a FTX employee re: Foreign Debtor's September pay slips request | Kathryn Schultea | 0.40 | $440.00 |
| 10/1/2024 | Correspondence with L. Barrios (RLKS) and K. Wrenn (EY) re: FTX tax mail items for review | Kathryn Schultea | 0.50 | $550.00 |
| 10/1/2024 | Correspondence with CFO and J. LeGuen (A&M) re: wages motion relief and tax cap analysis updates | Kathryn Schultea | 0.80 | $880.00 |
| 10/1/2024 | Correspondence with Management Team and an insurance company representative re: post-confirmation insurance matters | Kathryn Schultea | 0.60 | $660.00 |
| 10/1/2024 | Correspondence with CFO and J. LeGuen (A&M) re: real property tax summary | Kathryn Schultea | 0.50 | $550.00 |

| 10/1/2024 | Correspondence with CFO and L. Barrios (RLKS) re: daily docket review | Kathryn Schultea | 0.30 | $330.00 |
|---|---|---|---|---|
| 10/1/2024 | Correspondence with a FTX employee re: Foreign Debtor's payment confirmation request | Kathryn Schultea | 0.40 | $440.00 |
| 10/1/2024 | Meeting with CFO, CIO, CEO, the Board, A&M, S&C, and others; bi-weekly board call | Kathryn Schultea | 0.40 | $440.00 |
| 10/1/2024 | Meeting with CFO, R. Hoskins (RLKS), T. Shea, C. Tong, J. Scott, B. Mistler, C. Ancona, K. Lowery, D. Hammon, J. Berman, B. Richards and K. Wrenn (EY); tax update with key stakeholders | Kathryn Schultea | 0.30 | $330.00 |
| 10/1/2024 | Meeting with CFO, CEO and several A&M, S&C and EY advisors; FTX tax (Debtors) recurring all hands call | Kathryn Schultea | 0.50 | $550.00 |
| 10/1/2024 | Received & validated payment requests for employee related payments | Kathryn Schultea | 0.80 | $880.00 |
| 10/1/2024 | Input wire transactions for approval | Kathryn Schultea | 1.20 | $1,320.00 |
| 10/1/2024 | Monthly compensation report preparation | Kathryn Schultea | 1.00 | $1,100.00 |
| 10/1/2024 | Collect and remit state agency tax documents to EY for further assessment | Leticia Barrios | 0.80 | $520.00 |
| 10/1/2024 | Monitor and address FTX Recovery inbox emails | Leticia Barrios | 0.50 | $325.00 |
| 10/1/2024 | Review and process state agency tax payments | Leticia Barrios | 1.30 | $845.00 |
| 10/1/2024 | Review employee proof of claims and record key details | Leticia Barrios | 1.80 | $1,170.00 |
| 10/1/2024 | Gather and arrange payroll backup records for further review | Leticia Barrios | 1.70 | $1,105.00 |
| 10/1/2024 | Assess and incorporate recent entries to the docket review tracker | Leticia Barrios | 1.50 | $975.00 |
| 10/1/2024 | Update latest personnel data received into employee headcount report | Leticia Barrios | 1.70 | $1,105.00 |
| 10/1/2024 | Meeting with E. Simpson (S&C) and foreign consultants; engagement matters | Mary Cilia | 0.40 | $440.00 |
| 10/1/2024 | Daily preparation of accounting, financial reporting, and communications duties | Mary Cilia | 3.30 | $3,630.00 |
| 10/1/2024 | Download and reconcile September 2024 bank statements | Mary Cilia | 2.60 | $2,860.00 |
| 10/1/2024 | Communicating with various domestic and international offices to approve spending while responding to operational and financial considerations | Mary Cilia | 2.40 | $2,640.00 |
| 10/1/2024 | Organize various treasury operations and monitor daily communications | Mary Cilia | 3.80 | $4,180.00 |
| 10/1/2024 | Review docket report and document and account for related filings | Mary Cilia | 1.20 | $1,320.00 |

| 10/1/2024 | Meeting with CAO, CIO, CEO, the Board, A&M, S&C, and others; bi-weekly board call | Mary Cilia | 0.40 | $440.00 |
|---|---|---|---|---|
| 10/1/2024 | Meeting with CAO, R. Hoskins (RLKS), T. Shea, C. Tong, J. Scott, B. Mistler, C. Ancona, K. Lowery, D. Hammon, J. Berman, B. Richards and K. Wrenn (EY); tax update with key stakeholders | Mary Cilia | 0.30 | $330.00 |
| 10/1/2024 | Meeting with T. Shea (EY); advisor tax requests | Mary Cilia | 0.30 | $330.00 |
| 10/1/2024 | Meeting with CAO, CEO and several A&M, S&C and EY advisors; FTX tax (Debtors) recurring all hands call | Mary Cilia | 0.50 | $550.00 |
| 10/1/2024 | Correspondence with foreign bank leads re: September 2024 bank statements | Melissa Concitis | 1.30 | $845.00 |
| 10/1/2024 | Retrieve the September 2024 bank statements provided by the lead from the foreign bank | Melissa Concitis | 0.40 | $260.00 |
| 10/1/2024 | Modify the names of the bank statements for September 2024 and place them in the shared drive, granting access to all team members | Melissa Concitis | 1.20 | $780.00 |
| 10/1/2024 | Log on to online banking accounts | Melissa Concitis | 1.30 | $845.00 |
| 10/1/2024 | Download bank statements from online banking | Melissa Concitis | 2.30 | $1,495.00 |
| 10/1/2024 | Rename each bank statement file according to the team's naming format before uploading to the shared drive | Melissa Concitis | 2.50 | $1,625.00 |
| 10/1/2024 | Upload September 2024 bank statements to the shared drive for team access | Melissa Concitis | 1.30 | $845.00 |
| 10/1/2024 | Review Board materials from H. Trent (A&M) | Raj Perubhatla | 0.70 | $770.00 |
| 10/1/2024 | Meeting with CAO, CFO, CEO, the Board, A&M, S&C, and others; bi-weekly board call | Raj Perubhatla | 0.40 | $440.00 |
| 10/1/2024 | Review privacy compliance matters | Raj Perubhatla | 1.00 | $1,100.00 |
| 10/1/2024 | Review and process invoices, payments and receipts | Raj Perubhatla | 2.80 | $3,080.00 |
| 10/1/2024 | Monitor, review, approve and process re: Crypto management | Raj Perubhatla | 2.80 | $3,080.00 |
| 10/1/2024 | Oversight on portal efforts re: customer service | Raj Perubhatla | 1.50 | $1,650.00 |
| 10/1/2024 | Review PMO deck from H. Trent (A&M) | Raj Perubhatla | 0.70 | $770.00 |
| 10/1/2024 | Correspondence with third party vendor representative re: insurance matters | Raj Perubhatla | 0.30 | $330.00 |
| 10/1/2024 | Correspondence with K. Ramanathan (A&M) re: insurance matters | Raj Perubhatla | 0.30 | $330.00 |

| 10/1/2024 | Review insurance questionnaire | Raj Perubhatla | 0.50 | $550.00 |
|---|---|---|---|---|
| 10/1/2024 | Compile Investment support for foreign entities and aggregate in shared drive | Robert Hoskins | 0.60 | $525.00 |
| 10/1/2024 | Compile Loans support for foreign entities and aggregate in shared drive | Robert Hoskins | 0.30 | $262.50 |
| 10/1/2024 | Compile Tokens Receivable support for foreign entities and aggregate in shared drive | Robert Hoskins | 0.40 | $350.00 |
| 10/1/2024 | Meeting with CAO, CFO, T. Shea, C. Tong, J. Scott, B. Mistler, C. Ancona, K. Lowery, D. Hammon, J. Berman, B. Richards and K. Wrenn (EY); tax update with key stakeholders | Robert Hoskins | 0.30 | $262.50 |
| 10/1/2024 | Reconcile Loan schedules with contractual support | Robert Hoskins | 0.60 | $525.00 |
| 10/1/2024 | Reconcile Token Receivable schedules with contractual support | Robert Hoskins | 1.80 | $1,575.00 |
| 10/1/2024 | Reconcile Venture investment schedules with contractual support | Robert Hoskins | 1.40 | $1,225.00 |
| 10/1/2024 | Review contracts related to contract rejection claims | Robert Hoskins | 2.70 | $2,362.50 |
| 10/1/2024 | Review docket filings for accounting implications | Robert Hoskins | 0.30 | $262.50 |
| 10/1/2024 | Review email correspondence with A&M re: September MORs | Robert Hoskins | 0.20 | $175.00 |
| 10/1/2024 | Review email correspondence with EY re: Foreign Debtor intercompany matters | Robert Hoskins | 0.10 | $87.50 |
| 10/1/2024 | Review email correspondence with FTX US Personnel re: intercompany transactions | Robert Hoskins | 0.20 | $175.00 |
| 10/1/2024 | Review request on assets sales | Robert Hoskins | 0.30 | $262.50 |
| 10/2/2024 | Reconciling vendor IT application invoices with associated credit card billing | Brandon Bangerter | 2.00 | $1,450.00 |
| 10/2/2024 | IT Helpdesk responses / password changes / account updates | Brandon Bangerter | 1.20 | $870.00 |
| 10/2/2024 | Access to critical applications and configuration / troubleshooting | Brandon Bangerter | 1.60 | $1,160.00 |
| 10/2/2024 | Research on security software and installations on employee hardware | Brandon Bangerter | 1.30 | $942.50 |
| 10/2/2024 | Research on critical applications, access and contracts | Brandon Bangerter | 1.50 | $1,087.50 |
| 10/2/2024 | Support cases with vendors questions and updates on billing information and contracts | Brandon Bangerter | 1.90 | $1,377.50 |
| 10/2/2024 | Review and respond to emails with M. Sakaguchi (EY) re: FTX Japan Group payment tracker and payment requests with supporting documentation | Daniel Tollefsen | 0.80 | $520.00 |

| 10/2/2024 | Review and respond to B. Bangerter (RLKS): vendor invoices | Daniel Tollefsen | 0.30 | $195.00 |
|---|---|---|---|---|
| 10/2/2024 | Prepare and provide D. Slay (A&M) with updated Debtor payment tracker data | Daniel Tollefsen | 0.60 | $390.00 |
| 10/2/2024 | Financial account review, update and entry of all payments and transfers re: Alameda Research KK | Daniel Tollefsen | 1.40 | $910.00 |
| 10/2/2024 | Review and respond to emails with CIO re: multiple vendor invoice matters | Daniel Tollefsen | 0.60 | $390.00 |
| 10/2/2024 | Review and respond to CFO re: Debtor invoice approvals and transactional activity | Daniel Tollefsen | 0.30 | $195.00 |
| 10/2/2024 | Examination and reconciliation of all Debtors' financial accounts | Daniel Tollefsen | 1.40 | $910.00 |
| 10/2/2024 | Gather and analyze US Debtors' recent vendor invoices and payment requests | Daniel Tollefsen | 0.90 | $585.00 |
| 10/2/2024 | Analyze and record Foreign Debtors' recent vendor invoices and payment requests | Daniel Tollefsen | 0.70 | $455.00 |
| 10/2/2024 | Examine and revise payment trackers for Foreign Debtors | Daniel Tollefsen | 0.90 | $585.00 |
| 10/2/2024 | Incorporate recent vendor and employee invoices and payment data into master payment tracker | Daniel Tollefsen | 1.80 | $1,170.00 |
| 10/2/2024 | Upload vendor payment verification documents to the designated repository | Daniel Tollefsen | 0.60 | $390.00 |
| 10/2/2024 | Review and analyze financial accounts re: transfers, payments and ACH data entries of invoices | Daniel Tollefsen | 0.90 | $585.00 |
| 10/2/2024 | Examine and arrange FTX US's incoming documentation | Felicia Buenrostro | 1.50 | $712.50 |
| 10/2/2024 | Manage and update the My Phone.com corporate voicemail log spreadsheet | Felicia Buenrostro | 0.70 | $332.50 |
| 10/2/2024 | Organize and examine all incoming documents for Alameda Research LLC | Felicia Buenrostro | 0.80 | $380.00 |
| 10/2/2024 | Document filing and screening for WRS | Felicia Buenrostro | 0.70 | $332.50 |
| 10/2/2024 | Evaluate sort, and archive all Earth Class Virtual Mailbox emails in the designated repository folders | Felicia Buenrostro | 1.30 | $617.50 |
| 10/2/2024 | Oversee and document all FTX inquiry inbox inquiries within the specified database. | Felicia Buenrostro | 1.80 | $855.00 |
| 10/2/2024 | Notify of any differences found between inquiry emails and the creditor matrix | Felicia Buenrostro | 0.30 | $142.50 |
| 10/2/2024 | Organize and examine all incoming documents for LP Successor Entity LLC | Felicia Buenrostro | 1.00 | $475.00 |
| 10/2/2024 | Verify employee claims and document pertinent details | Felicia Buenrostro | 1.00 | $475.00 |

| 10/2/2024 | Payroll & Benefits forecast | Kathryn Schultea | 1.80 | $1,980.00 |
|---|---|---|---|---|
| 10/2/2024 | Termination notice review and processing | Kathryn Schultea | 1.30 | $1,430.00 |
| 10/2/2024 | Review and respond to emails with Management Team re: Cyber insurance materials | Kathryn Schultea | 0.60 | $660.00 |
| 10/2/2024 | Review and respond to emails with N. Simoneaux (A&M) re: updated FTX payroll & benefits forecast | Kathryn Schultea | 0.80 | $880.00 |
| 10/2/2024 | Correspondence with D. Tollefsen (RLKS) and a FTX employee re: review Foreign Debtor's updated payment tracker and monthly invoices | Kathryn Schultea | 0.80 | $880.00 |
| 10/2/2024 | Correspondence with CFO and a FTX employee re: FATCA compliance matters | Kathryn Schultea | 0.70 | $770.00 |
| 10/2/2024 | Correspondence with H. Trent (A&M) and an insurance company representative re: post-confirmation deck review | Kathryn Schultea | 0.60 | $660.00 |
| 10/2/2024 | Correspondence with CFO and L. Barrios (RLKS) re: daily docket review | Kathryn Schultea | 0.40 | $440.00 |
| 10/2/2024 | Correspondence with CFO and a FTX employee re: Foreign Entity's payment request | Kathryn Schultea | 0.30 | $330.00 |
| 10/2/2024 | Meeting with CIO, CEO, K. Ramanathan (A&M), N. Menillo (S&C) and insurance company personnel; FTX recovery trust / cyber call | Kathryn Schultea | 1.00 | $1,100.00 |
| 10/2/2024 | Respond to FTX Recovery mailbox email requests | Leticia Barrios | 0.70 | $455.00 |
| 10/2/2024 | Investigate and supply state-issued tax documents to EY for inspection | Leticia Barrios | 1.50 | $975.00 |
| 10/2/2024 | Analyze employee claims and agreements across a range of scenarios | Leticia Barrios | 1.70 | $1,105.00 |
| 10/2/2024 | Refresh the docket review tracker with the latest available data | Leticia Barrios | 1.80 | $1,170.00 |
| 10/2/2024 | Upload personnel data into the employee headcount report | Leticia Barrios | 1.70 | $1,105.00 |
| 10/2/2024 | Review employee proof of claims and record important details | Leticia Barrios | 1.80 | $1,170.00 |
| 10/2/2024 | Maintain daily accounting, financial reporting, and communications activities | Mary Cilia | 4.70 | $5,170.00 |
| 10/2/2024 | Correspondence with domestic and international departments to coordinate and approve decisions regarding various operational, budgetary and compliance issues | Mary Cilia | 2.40 | $2,640.00 |
| 10/2/2024 | Coordinate various treasury activities and monitor daily communications | Mary Cilia | 3.60 | $3,960.00 |
| 10/2/2024 | Meeting with R. Hoskins (RLKS); various accounting matters | Mary Cilia | 0.30 | $330.00 |

| 10/2/2024 | Sign into digital banking profiles | Melissa Concitis | 1.80 | $1,170.00 |
|---|---|---|---|---|
| 10/2/2024 | Obtain bank statements through online banking services | Melissa Concitis | 2.40 | $1,560.00 |
| 10/2/2024 | Customize the name of every bank statement file to match the team's prescribed format before adding them to the shared drive | Melissa Concitis | 2.90 | $1,885.00 |
| 10/2/2024 | Share bank statements on the team's shared drive for full team access | Melissa Concitis | 0.80 | $520.00 |
| 10/2/2024 | Upload FX rates to the accounting software | Melissa Concitis | 2.30 | $1,495.00 |
| 10/2/2024 | Review and coordinate teams for insurance matters | Raj Perubhatla | 1.00 | $1,100.00 |
| 10/2/2024 | Meeting with CAO, CEO, insurance brokers / underwriters, K. Ramanathan (A&M), N. Menillo (S&C) and others; insurance matters | Raj Perubhatla | 1.00 | $1,100.00 |
| 10/2/2024 | Supervise, assess, and review tasks re: Crypto management actions | Raj Perubhatla | 2.80 | $3,080.00 |
| 10/2/2024 | Review and process invoices, payments and receipts | Raj Perubhatla | 2.50 | $2,750.00 |
| 10/2/2024 | Correspondence with D. Sagen (A&M) re: Crypto management | Raj Perubhatla | 0.50 | $550.00 |
| 10/2/2024 | Review privacy compliance matters | Raj Perubhatla | 1.00 | $1,100.00 |
| 10/2/2024 | Supervision of customer service initiatives re: Customer Portal | Raj Perubhatla | 0.80 | $880.00 |
| 10/2/2024 | Review and respond to IT access and administration matters | Raj Perubhatla | 1.20 | $1,320.00 |
| 10/2/2024 | Meeting with CFO; various accounting matters | Robert Hoskins | 0.30 | $262.50 |
| 10/2/2024 | Reconcile Token Receivable schedules with contractual support | Robert Hoskins | 3.10 | $2,712.50 |
| 10/2/2024 | Reconcile Venture investment schedules with contractual support | Robert Hoskins | 2.90 | $2,537.50 |
| 10/2/2024 | Review bank statements posted to shared drive for foreign entities | Robert Hoskins | 0.90 | $787.50 |
| 10/2/2024 | Review contracts related to contract rejection claims | Robert Hoskins | 2.90 | $2,537.50 |
| 10/2/2024 | Review email correspondence with Foreign debtor accounting advisors and S&C re: local financial matters | Robert Hoskins | 0.10 | $87.50 |
| 10/2/2024 | Review posted bank statements, Investigate issues and provide remaining bank statements for foreign entities | Robert Hoskins | 2.60 | $2,275.00 |
| 10/3/2024 | IT Helpdesk e-mail responses and account updates | Brandon Bangerter | 1.80 | $1,305.00 |

| 10/3/2024 | Application access permissions and invitations to critical applications / license updates | Brandon Bangerter | 1.90 | $1,377.50 |
|---|---|---|---|---|
| 10/3/2024 | Vendor support calls for discussion on pre-post invoices and contract details | Brandon Bangerter | 2.30 | $1,667.50 |
| 10/3/2024 | Review and respond to emails with M. Sakaguchi (EY) re: FTX Japan Group payment tracker and payment requests with supporting documentation | Daniel Tollefsen | 1.20 | $780.00 |
| 10/3/2024 | Review and respond to CIO re: multiple vendor invoices | Daniel Tollefsen | 0.60 | $390.00 |
| 10/3/2024 | Correspondence with CFO re: Debtor invoice approvals and transactional activity | Daniel Tollefsen | 0.40 | $260.00 |
| 10/3/2024 | Analysis and reconciliation of financial accounts re: all Debtors | Daniel Tollefsen | 0.90 | $585.00 |
| 10/3/2024 | Monitor US Debtors' latest payment requests and vendor invoices | Daniel Tollefsen | 0.80 | $520.00 |
| 10/3/2024 | Review and log Foreign Debtors' vendor invoices and payment requests | Daniel Tollefsen | 0.80 | $520.00 |
| 10/3/2024 | Update Foreign Debtors' payment tracking reports | Daniel Tollefsen | 1.30 | $845.00 |
| 10/3/2024 | Latest vendor and employee invoice and payment data added to master payment tracker | Daniel Tollefsen | 1.90 | $1,235.00 |
| 10/3/2024 | Incorporate supporting payment documentation and updates into vendor files | Daniel Tollefsen | 0.80 | $520.00 |
| 10/3/2024 | Monitor financial account activity re: payments, transfers, and ACH data entries of invoices | Daniel Tollefsen | 1.20 | $780.00 |
| 10/3/2024 | Evaluate employee claims and record details | Felicia Buenrostro | 1.80 | $855.00 |
| 10/3/2024 | Receive and arrange all documents on behalf of LP Successor Entity LLC | Felicia Buenrostro | 1.20 | $570.00 |
| 10/3/2024 | Spot and report discrepancies between inquiry emails and the creditor matrix | Felicia Buenrostro | 0.70 | $332.50 |
| 10/3/2024 | Record requests from the FTX Inquiry inbox in the lob spreadsheet | Felicia Buenrostro | 1.70 | $807.50 |
| 10/3/2024 | Organize, process, and preserve all Earth Class Virtual Mailbox emails in the designated archive | Felicia Buenrostro | 0.80 | $380.00 |
| 10/3/2024 | Document processing and reporting for West Realm Shires Inc. | Felicia Buenrostro | 0.70 | $332.50 |
| 10/3/2024 | Examine and categorize incoming documents on behalf of Alameda Research LLC | Felicia Buenrostro | 0.80 | $380.00 |
| 10/3/2024 | Record My Phone.com corporate inbox calls in the call appropriate spreadsheet | Felicia Buenrostro | 0.50 | $237.50 |
| 10/3/2024 | Assess and arrange incoming documentation for FTX US | Felicia Buenrostro | 1.20 | $570.00 |

| 10/3/2024 | Review and respond to emails with CFO re: weekly payment package | Kathryn Schultea | 0.80 | $880.00 |
|---|---|---|---|---|
| 10/3/2024 | Correspondence with CFO and E. Dalgleish (A&M) re: consulting agreement extensions | Kathryn Schultea | 0.70 | $770.00 |
| 10/3/2024 | Correspondence with CFO and L. Barrios (RLKS) re: daily docket review | Kathryn Schultea | 0.40 | $440.00 |
| 10/3/2024 | Correspondence with CFO and a FTX employee re: outstanding translation invoice and service fees | Kathryn Schultea | 0.80 | $880.00 |
| 10/3/2024 | Received & validated payment requests for employee related payments | Kathryn Schultea | 2.30 | $2,530.00 |
| 10/3/2024 | Input wire transactions for approval | Kathryn Schultea | 3.10 | $3,410.00 |
| 10/3/2024 | Forward all Debtor tax materials from state agencies to EY for further processing | Leticia Barrios | 0.70 | $455.00 |
| 10/3/2024 | Review and respond to emails re: employee information requests in domestic & international HR Teams inboxes | Leticia Barrios | 1.70 | $1,105.00 |
| 10/3/2024 | Compile the most recent personnel data and update the employee headcount report | Leticia Barrios | 1.50 | $975.00 |
| 10/3/2024 | Review and analyze employee claims and agreements across different scenarios | Leticia Barrios | 1.70 | $1,105.00 |
| 10/3/2024 | Examine payroll journals and file supporting documents appropriately | Leticia Barrios | 1.30 | $845.00 |
| 10/3/2024 | Incorporate the latest data into the docket review tracker | Leticia Barrios | 1.50 | $975.00 |
| 10/3/2024 | Complete a variety of treasury activities and monitor daily correspondence | Mary Cilia | 3.20 | $3,520.00 |
| 10/3/2024 | Meeting with R. Hoskins (RLKS) and several A&M and EY advisors; asset sale | Mary Cilia | 0.20 | $220.00 |
| 10/3/2024 | Assess and review the docket report and ensure related filings are accounted for | Mary Cilia | 0.60 | $660.00 |
| 10/3/2024 | Communication with local and international offices to approve expenditures and address operational and financial matters | Mary Cilia | 2.10 | $2,310.00 |
| 10/3/2024 | Daily preparation and oversight of accounting, financial reporting, and communications responsibilities | Mary Cilia | 4.30 | $4,730.00 |
| 10/3/2024 | Download specific bank statements for September 2024 Reconciliation | Melissa Concitis | 3.60 | $2,340.00 |
| 10/3/2024 | Reconcile Alameda Silo Bank accounts | Melissa Concitis | 2.80 | $1,820.00 |
| 10/3/2024 | Reconcile WRS Silo Bank accounts | Melissa Concitis | 2.80 | $1,820.00 |

| 10/3/2024 | Reconcile Venture Silo Bank accounts | Melissa Concitis | 2.80 | $1,820.00 |
|---|---|---|---|---|
| 10/3/2024 | Assess and manage invoices, payments, and receipts | Raj Perubhatla | 2.80 | $3,080.00 |
| 10/3/2024 | Monitor, review, approve and process re: Crypto management actions | Raj Perubhatla | 2.50 | $2,750.00 |
| 10/3/2024 | Review data/device collection efforts re: FTX business unit | Raj Perubhatla | 1.30 | $1,430.00 |
| 10/3/2024 | Manage and monitor Portal efforts re: customer service | Raj Perubhatla | 1.20 | $1,320.00 |
| 10/3/2024 | Assess and resolve IT access and administrative issues | Raj Perubhatla | 1.80 | $1,980.00 |
| 10/3/2024 | Review budgets, costs and forecasts | Raj Perubhatla | 0.80 | $880.00 |
| 10/3/2024 | Correspondence with D. Slay (A&M) re: IT forecast and budgets related research | Raj Perubhatla | 0.30 | $330.00 |
| 10/3/2024 | Meeting with CFO, A&M, and several EY tax advisors; asset sale | Robert Hoskins | 0.20 | $175.00 |
| 10/3/2024 | Review and update bank account reconciliation tracker | Robert Hoskins | 0.40 | $350.00 |
| 10/3/2024 | Review AP Trade claims and supporting documentation | Robert Hoskins | 2.80 | $2,450.00 |
| 10/3/2024 | Review detailed claims reconciliations and supporting schedules | Robert Hoskins | 1.90 | $1,662.50 |
| 10/3/2024 | Assess docket filings for potential accounting impacts | Robert Hoskins | 0.40 | $350.00 |
| 10/3/2024 | Review FX Rates in accounting software | Robert Hoskins | 2.30 | $2,012.50 |
| 10/3/2024 | Review reconciliations for Alameda Silo Bank accounts | Robert Hoskins | 1.30 | $1,137.50 |
| 10/3/2024 | Review reconciliations for DOTCOM Silo Bank accounts | Robert Hoskins | 1.40 | $1,225.00 |
| 10/3/2024 | Review reconciliations for Venture Silo Bank accounts | Robert Hoskins | 0.40 | $350.00 |
| 10/3/2024 | Review reconciliations for WRS Silo Bank accounts | Robert Hoskins | 0.60 | $525.00 |
| 10/4/2024 | Research on software vendor contracts and invoices for the same | Brandon Bangerter | 1.70 | $1,232.50 |
| 10/4/2024 | IT Helpdesk responses / e-mail responses / access rights / password changes | Brandon Bangerter | 1.90 | $1,377.50 |
| 10/4/2024 | Support calls with vendors to re: access to applications and outstanding bills | Brandon Bangerter | 2.20 | $1,595.00 |
| 10/4/2024 | Review and respond to B. Bangerter (RLKS): vendor invoices | Daniel Tollefsen | 0.30 | $195.00 |
| 10/4/2024 | Review and respond to CFO re: Debtor invoice approvals and transactional activity | Daniel Tollefsen | 0.40 | $260.00 |

| 10/4/2024 | Correspondence with CIO re: multiple vendor invoices | Daniel Tollefsen | 0.30 | $195.00 |
|---|---|---|---|---|
| 10/4/2024 | Review and respond to emails with A. Giovanoli (EY) re: various Debtor payment trackers, payment requests and supporting documentation | Daniel Tollefsen | 0.80 | $520.00 |
| 10/4/2024 | Review and reconcile the financial accounts of various Debtor entities | Daniel Tollefsen | 0.90 | $585.00 |
| 10/4/2024 | Compile and analyze US Debtors' vendor invoices and payment submissions | Daniel Tollefsen | 0.80 | $520.00 |
| 10/4/2024 | Monitor Foreign Debtors' latest payment requests and vendor invoices | Daniel Tollefsen | 0.70 | $455.00 |
| 10/4/2024 | Gather and update Foreign Debtors' payment trackers | Daniel Tollefsen | 1.10 | $715.00 |
| 10/4/2024 | Update the master payment tracker with the latest data re: vendor and employee invoices and payments | Daniel Tollefsen | 1.90 | $1,235.00 |
| 10/4/2024 | Load supporting payment documentation into vendor files | Daniel Tollefsen | 1.10 | $715.00 |
| 10/4/2024 | Observe and manage financial account activity re: ACH data entries of invoices, wire payments and transfers | Daniel Tollefsen | 1.60 | $1,040.00 |
| 10/4/2024 | Receive and categorize all incoming files and paperwork for FTX US | Felicia Buenrostro | 1.30 | $617.50 |
| 10/4/2024 | Update the My Phone.com corporate call log with the latest data available | Felicia Buenrostro | 0.70 | $332.50 |
| 10/4/2024 | Receive and arrange all documents on behalf of Alameda Research LLC | Felicia Buenrostro | 0.80 | $380.00 |
| 10/4/2024 | Filing and screening documents for West Realm Shires Inc. | Felicia Buenrostro | 0.70 | $332.50 |
| 10/4/2024 | Analyze and sort emails from Earth Class Virtual Mailbox into appropriate repository folders | Felicia Buenrostro | 1.30 | $617.50 |
| 10/4/2024 | Record queries from the FTX Inquiry inbox in the designated database | Felicia Buenrostro | 1.20 | $570.00 |
| 10/4/2024 | Identify and communicate differences found between inquiry emails and the creditor matrix. | Felicia Buenrostro | 0.50 | $237.50 |
| 10/4/2024 | Review and maintain a record of all incoming documents and materials for LP Successor Entity LLC | Felicia Buenrostro | 1.50 | $712.50 |
| 10/4/2024 | Evaluate employee claims and record details | Felicia Buenrostro | 1.00 | $475.00 |
| 10/4/2024 | Review and respond to emails with A. Mohammed (A&M) re: headcount sponsor information request | Kathryn Schultea | 0.80 | $880.00 |
| 10/4/2024 | Correspondence with K. Ramanathan (A&M) and a third party vendor representative re: movement of securities update | Kathryn Schultea | 0.60 | $660.00 |

| 10/4/2024 | Correspondence with N. Simoneaux (A&M) re: follow-up on FTX payroll & benefits forecast | Kathryn Schultea | 0.90 | $990.00 |
|---|---|---|---|---|
| 10/4/2024 | Correspondence with CFO and L. Barrios (RLKS) re: daily docket review | Kathryn Schultea | 0.30 | $330.00 |
| 10/4/2024 | Meeting with N. Simoneaux and D. Slay (A&M); budget payroll & benefits matters | Kathryn Schultea | 0.50 | $550.00 |
| 10/4/2024 | Received & validated payment requests for employee related payments | Kathryn Schultea | 2.20 | $2,420.00 |
| 10/4/2024 | Input wire transactions for approval | Kathryn Schultea | 2.70 | $2,970.00 |
| 10/4/2024 | Review and assess stock options entries re: intercompany payables | Leticia Barrios | 1.50 | $975.00 |
| 10/4/2024 | Verify employee contact data | Leticia Barrios | 1.70 | $1,105.00 |
| 10/4/2024 | Analyze employee claims and agreements across a range of scenarios | Leticia Barrios | 1.50 | $975.00 |
| 10/4/2024 | Review and update the employee headcount report with latest personnel data | Leticia Barrios | 1.80 | $1,170.00 |
| 10/4/2024 | Revise and update the docket review tracker | Leticia Barrios | 1.50 | $975.00 |
| 10/4/2024 | Log and maintain payroll backup records | Leticia Barrios | 1.70 | $1,105.00 |
| 10/4/2024 | Manage a wide range of treasury-related activities and daily messages | Mary Cilia | 2.40 | $2,640.00 |
| 10/4/2024 | Meeting with various A&M, S&C and EY advisors; status of various foreign wind-down activities | Mary Cilia | 0.30 | $330.00 |
| 10/4/2024 | Communicating with various domestic and international offices to approve spending while responding to operational and financial considerations | Mary Cilia | 1.80 | $1,980.00 |
| 10/4/2024 | Prepare additional CbCr reporting requirements | Mary Cilia | 1.80 | $1,980.00 |
| 10/4/2024 | Oversight and preparation of various daily accounting, financial reporting and communication tasks | Mary Cilia | 3.40 | $3,740.00 |
| 10/4/2024 | Update current account balances for specific accounts for September 2024 | Melissa Concitis | 1.60 | $1,040.00 |
| 10/4/2024 | Share the requested bank statements with the team for evaluation | Melissa Concitis | 0.60 | $390.00 |
| 10/4/2024 | Reconcile Alameda Silo Bank accounts | Melissa Concitis | 2.30 | $1,495.00 |
| 10/4/2024 | Reconcile WRS Silo Bank accounts | Melissa Concitis | 2.30 | $1,495.00 |
| 10/4/2024 | Reconcile Venture Silo Bank accounts | Melissa Concitis | 2.30 | $1,495.00 |
| 10/4/2024 | Download bank statements from bank lead | Melissa Concitis | 0.50 | $325.00 |

| 10/4/2024 | Rename each bank statement file to match the team's naming convention | Melissa Concitis | 0.80 | $520.00 |
|---|---|---|---|---|
| 10/4/2024 | Upload bank statements to the shared drive for team access | Melissa Concitis | 0.40 | $260.00 |
| 10/4/2024 | Evaluate and process invoices, payments, and receipts | Raj Perubhatla | 2.80 | $3,080.00 |
| 10/4/2024 | Oversee, approve, and execute processes re: Crypto management | Raj Perubhatla | 3.30 | $3,630.00 |
| 10/4/2024 | Review data/device collection efforts re: FTX business unit | Raj Perubhatla | 1.30 | $1,430.00 |
| 10/4/2024 | Direct and supervise customer service efforts re: Customer Portal | Raj Perubhatla | 1.50 | $1,650.00 |
| 10/4/2024 | Manage access and IT administrative concerns | Raj Perubhatla | 1.80 | $1,980.00 |
| 10/4/2024 | Reconcile Alameda Silo Bank accounts | Robert Hoskins | 1.40 | $1,225.00 |
| 10/4/2024 | Reconcile bank accounts for Japan Services | Robert Hoskins | 0.50 | $437.50 |
| 10/4/2024 | Reconcile DOTCOM Silo Bank accounts | Robert Hoskins | 1.80 | $1,575.00 |
| 10/4/2024 | Reconcile Venture Silo Bank accounts | Robert Hoskins | 0.40 | $350.00 |
| 10/4/2024 | Reconcile WRS Silo Bank accounts | Robert Hoskins | 1.30 | $1,137.50 |
| 10/4/2024 | Review and update bank account reconciliation tracker | Robert Hoskins | 0.30 | $262.50 |
| 10/4/2024 | Review bank statements for Alameda Research KK | Robert Hoskins | 1.40 | $1,225.00 |
| 10/4/2024 | Examine docket filings to identify accounting implications | Robert Hoskins | 0.30 | $262.50 |
| 10/6/2024 | Correspondence with CFO and a FTX employee re: review Foreign Entity's updated payment tracker | Kathryn Schultea | 0.80 | $880.00 |
| 10/6/2024 | Correspondence with CFO and a FTX employee re: review Foreign Debtor's monthly invoices | Kathryn Schultea | 0.50 | $550.00 |
| 10/6/2024 | Maintain the weekly cash report and draft a relevant task list for the week | Mary Cilia | 1.70 | $1,870.00 |
| 10/6/2024 | Supervise daily accounting responsibilities, financial reporting duties, and ongoing communication initiatives | Mary Cilia | 2.80 | $3,080.00 |
| 10/7/2024 | Meeting with CAO, CFO, CIO, R. Hoskins, D. Tollefsen, L. Barrios, F. Buenrostro, M. Concitis (RLKS); FTX open matters | Brandon Bangerter | 0.50 | $362.50 |
| 10/7/2024 | IT Helpdesk e-mail responses and account updates | Brandon Bangerter | 1.60 | $1,160.00 |
| 10/7/2024 | Research on outstanding hardware and retrievals of each | Brandon Bangerter | 1.00 | $725.00 |

| 10/7/2024 | Vendor support calls for discussion on pre-post invoices and contract details | Brandon Bangerter | 2.20 | $1,595.00 |
|---|---|---|---|---|
| 10/7/2024 | Research on critical application monthly cost for ongoing budgets | Brandon Bangerter | 1.70 | $1,232.50 |
| 10/7/2024 | Cloud platform searches for application contracts | Brandon Bangerter | 2.30 | $1,667.50 |
| 10/7/2024 | Review and respond to emails with Foreign Debtor personnel (Alameda Research KK) re: payment tracker | Daniel Tollefsen | 0.40 | $260.00 |
| 10/7/2024 | Correspondence with CFO re: Debtor invoice approvals and transactional activity | Daniel Tollefsen | 0.30 | $195.00 |
| 10/7/2024 | Review and respond to emails with CIO re: multiple vendor invoice matters | Daniel Tollefsen | 0.50 | $325.00 |
| 10/7/2024 | Prepare and provide D. Slay (A&M) with updated Debtor transactional activity | Daniel Tollefsen | 0.60 | $390.00 |
| 10/7/2024 | Meeting with CAO, CFO, CIO, R. Hoskins, B. Bangerter, L. Barrios, F. Buenrostro, M. Concitis (RLKS); FTX open matters | Daniel Tollefsen | 0.50 | $325.00 |
| 10/7/2024 | US Debtors' latest payment requests and vendor invoices monitored and reviewed | Daniel Tollefsen | 1.30 | $845.00 |
| 10/7/2024 | Review and report Foreign Debtors' latest payment requests and vendor invoices | Daniel Tollefsen | 0.80 | $520.00 |
| 10/7/2024 | Update and maintain Foreign Debtors' payment tracking reports | Daniel Tollefsen | 1.20 | $780.00 |
| 10/7/2024 | Incorporate the latest vendor and employee invoice and payment data into the master payment tracker | Daniel Tollefsen | 1.80 | $1,170.00 |
| 10/7/2024 | Identify and load payment verification support into vendor files | Daniel Tollefsen | 0.60 | $390.00 |
| 10/7/2024 | Analyze and maintain financial accounts re: ACH data entries of invoices, payments, and transfers | Daniel Tollefsen | 0.90 | $585.00 |
| 10/7/2024 | Reconciliation of Debtors financial operating accounts | Daniel Tollefsen | 0.80 | $520.00 |
| 10/7/2024 | Meeting with CAO, CFO, CIO, R. Hoskins, B. Bangerter, D. Tollefsen, L. Barrios, M. Concitis (RLKS); FTX open matters | Felicia Buenrostro | 0.50 | $237.50 |
| 10/7/2024 | Review employee proof of claims and capture details | Felicia Buenrostro | 1.20 | $570.00 |
| 10/7/2024 | Manage and organize all materials received on behalf of LP Successor Entity LLC | Felicia Buenrostro | 1.50 | $712.50 |
| 10/7/2024 | Rephrase identify and report discrepancies between inquiry emails and the creditor matrix | Felicia Buenrostro | 0.50 | $237.50 |
| 10/7/2024 | Document requests from the FTX Inquiry inbox in the log spreadsheet | Felicia Buenrostro | 1.20 | $570.00 |

| 10/7/2024 | Sort, evaluate and file all Earth Class Virtual Mailbox emails in the appropriate repository folders | Felicia Buenrostro | 0.70 | $332.50 |
|---|---|---|---|---|
| 10/7/2024 | Screening and filing WRS materials | Felicia Buenrostro | 0.80 | $380.00 |
| 10/7/2024 | Examine and organize all incoming documents for Alameda Research LLC | Felicia Buenrostro | 0.70 | $332.50 |
| 10/7/2024 | Review calls in the My Phone.com company inbox and log information in the call log spreadsheet | Felicia Buenrostro | 0.50 | $237.50 |
| 10/7/2024 | Review and organize FTX US's incoming documentation | Felicia Buenrostro | 1.50 | $712.50 |
| 10/7/2024 | Review and respond to emails with S. Wheeler (S&C) re: terminated 401k accounts | Kathryn Schultea | 0.90 | $990.00 |
| 10/7/2024 | Review and respond to emails with CFO re: ACH credit | Kathryn Schultea | 0.80 | $880.00 |
| 10/7/2024 | Review and respond to emails with N. Simoneaux (A&M) re: follow-up on FTX payroll & benefits forecast | Kathryn Schultea | 0.90 | $990.00 |
| 10/7/2024 | Review and respond to emails with HR Lead re: employee's updated contact information request | Kathryn Schultea | 0.40 | $440.00 |
| 10/7/2024 | Correspondence with CFO and L. Barrios (RLKS) re: daily docket review | Kathryn Schultea | 0.40 | $440.00 |
| 10/7/2024 | Meeting with CFO, CIO, R. Hoskins, B. Bangerter, D. Tollefsen, L. Barrios, F. Buenrostro, M. Concitis (RLKS); FTX open matters | Kathryn Schultea | 0.50 | $550.00 |
| 10/7/2024 | Received & validated payment requests for employee related payments | Kathryn Schultea | 1.80 | $1,980.00 |
| 10/7/2024 | Input wire transactions for approval | Kathryn Schultea | 2.30 | $2,530.00 |
| 10/7/2024 | Send the relevant tax documents from the state tax agency to EY for review and processing | Leticia Barrios | 1.50 | $975.00 |
| 10/7/2024 | Review and assess FTX Recovery inbox email requests | Leticia Barrios | 1.30 | $845.00 |
| 10/7/2024 | Review and process state agency tax payments | Leticia Barrios | 1.80 | $1,170.00 |
| 10/7/2024 | Confirm employee contact information | Leticia Barrios | 1.60 | $1,040.00 |
| 10/7/2024 | Update payroll journal with invoices received | Leticia Barrios | 1.80 | $1,170.00 |
| 10/7/2024 | Update the docket review tracker | Leticia Barrios | 1.70 | $1,105.00 |
| 10/7/2024 | Meeting with CAO, CFO, CIO, R. Hoskins, B. Bangerter, D. Tollefsen, F. Buenrostro, M. Concitis (RLKS); FTX open matters | Leticia Barrios | 0.50 | $325.00 |

| 10/7/2024 | Correspondence with domestic and international departments to coordinate and approve decisions regarding various operational, budgetary and compliance issues | Mary Cilia | 1.90 | $2,090.00 |
|---|---|---|---|---|
| 10/7/2024 | Meeting with CAO, CIO, R. Hoskins, B. Bangerter, D. Tollefsen, L. Barrios, F. Buenrostro, M. Concitis (RLKS); FTX open matters | Mary Cilia | 0.50 | $550.00 |
| 10/7/2024 | Analyze and review the docket report for all relevant filing updates | Mary Cilia | 1.10 | $1,210.00 |
| 10/7/2024 | Manage a wide range of treasury-related activities and daily messages | Mary Cilia | 3.20 | $3,520.00 |
| 10/7/2024 | Review and manage daily accounting, financial reporting, and communication tasks | Mary Cilia | 3.90 | $4,290.00 |
| 10/7/2024 | Formulate trial balance reports for particular entities, detailing their financial standings as of September 2024 | Melissa Concitis | 4.20 | $2,730.00 |
| 10/7/2024 | Adjust the layout of the September 2024 trial balance sheets to facilitate ease of review for the team | Melissa Concitis | 2.50 | $1,625.00 |
| 10/7/2024 | Carry out the pre-petition intercompany analysis for each silo for September 2024 | Melissa Concitis | 2.30 | $1,495.00 |
| 10/7/2024 | Identify any variances for the team to further review | Melissa Concitis | 0.40 | $260.00 |
| 10/7/2024 | Document thorough notes on any identified pre-petition variances | Melissa Concitis | 0.50 | $325.00 |
| 10/7/2024 | Meeting with CAO, CFO, CIO, R. Hoskins, B. Bangerter, D. Tollefsen, L. Barrios, F. Buenrostro (RLKS); FTX open matters | Melissa Concitis | 0.50 | $325.00 |
| 10/7/2024 | Examine and manage invoices, payments, and receipts | Raj Perubhatla | 2.70 | $2,970.00 |
| 10/7/2024 | Monitor, review, approve and process re: Crypto management actions | Raj Perubhatla | 3.20 | $3,520.00 |
| 10/7/2024 | Review budgets, costs and forecasts | Raj Perubhatla | 1.30 | $1,430.00 |
| 10/7/2024 | Monitor and address Portal efforts re: customer service | Raj Perubhatla | 1.50 | $1,650.00 |
| 10/7/2024 | Meeting with CAO, CFO, R. Hoskins, D. Tollefsen, L. Barrios, F. Buenrostro, M. Concitis (RLKS); FTX open matters | Raj Perubhatla | 0.50 | $550.00 |
| 10/7/2024 | Review device specific needs for FTX business unit | Raj Perubhatla | 0.80 | $880.00 |
| 10/7/2024 | Investigate IT access and administration concerns | Raj Perubhatla | 0.70 | $770.00 |
| 10/7/2024 | Calculate OCP fees accrual | Robert Hoskins | 1.80 | $1,575.00 |
| 10/7/2024 | Correspondence with FTX US Personnel re: Foreign Entity financials | Robert Hoskins | 0.30 | $262.50 |

| 10/7/2024 | Correspondence with FTX US Personnel re: intercompany bookings | Robert Hoskins | 0.60 | $525.00 |
| 10/7/2024 | Formulate other vendor accrual | Robert Hoskins | 0.80 | $700.00 |
| 10/7/2024 | Meeting with CFO, CAO, CIO, B. Bangerter, D. Tollefsen, L. Barrios, F. Buenrostro, M. Concitis (RLKS); FTX open matters | Robert Hoskins | 0.50 | $437.50 |
| 10/7/2024 | Record activity entries for Japan Services | Robert Hoskins | 1.50 | $1,312.50 |
| 10/7/2024 | Review and respond to tax questions for foreign debtors | Robert Hoskins | 1.30 | $1,137.50 |
| 10/7/2024 | Evaluate the accounting implications of recent docket filings | Robert Hoskins | 0.40 | $350.00 |
| 10/7/2024 | Review local financials for foreign debtors | Robert Hoskins | 0.80 | $700.00 |
| 10/7/2024 | Review other vendor accrual estimates and investigate variances | Robert Hoskins | 0.30 | $262.50 |
| 10/7/2024 | Review professionals list for accrual against actuals in the accounting software | Robert Hoskins | 0.80 | $700.00 |
| 10/7/2024 | Review professionals list for accrual against actuals in the accounting software | Robert Hoskins | 0.90 | $787.50 |
| 10/7/2024 | Review status of foreign financials and updated for financial statement tracker | Robert Hoskins | 0.30 | $262.50 |
| 10/7/2024 | Update other vendor accrual template | Robert Hoskins | 1.10 | $962.50 |
| 10/7/2024 | Update professional fees accrual template | Robert Hoskins | 1.40 | $1,225.00 |
| 10/8/2024 | IT Helpdesk e-mail responses and account updates | Brandon Bangerter | 1.20 | $870.00 |
| 10/8/2024 | Tracking billing and invoices for critical applications | Brandon Bangerter | 1.80 | $1,305.00 |
| 10/8/2024 | Reconciling vendor IT application invoices with associated credit card billing | Brandon Bangerter | 1.40 | $1,015.00 |
| 10/8/2024 | Vendor support case updates for outstanding expenses and contract updates | Brandon Bangerter | 2.00 | $1,450.00 |
| 10/8/2024 | Research on passwords and restoring access to critical applications | Brandon Bangerter | 1.60 | $1,160.00 |
| 10/8/2024 | Assigning access rights and troubleshooting access issues | Brandon Bangerter | 1.40 | $1,015.00 |
| 10/8/2024 | Review and respond to emails with M. Sakaguchi (EY) re: FTX Japan Group payment tracker and payment requests with supporting documentation | Daniel Tollefsen | 0.90 | $585.00 |
| 10/8/2024 | Correspondence with CIO re: multiple vendor invoices | Daniel Tollefsen | 0.60 | $390.00 |

| 10/8/2024 | Review and respond to B. Bangerter (RLKS): vendor invoices | Daniel Tollefsen | 0.50 | $325.00 |
|---|---|---|---|---|
| 10/8/2024 | Assess and monitor US Debtors' payment requests and vendor invoices | Daniel Tollefsen | 0.70 | $455.00 |
| 10/8/2024 | Assess Foreign Debtors vendor invoices and payment requests | Daniel Tollefsen | 0.60 | $390.00 |
| 10/8/2024 | Monitor and maintain Foreign Debtors' payment tracker updates | Daniel Tollefsen | 1.10 | $715.00 |
| 10/8/2024 | Upload latest vendor / employee invoice and payment data to master payment tracker | Daniel Tollefsen | 2.30 | $1,495.00 |
| 10/8/2024 | Prepare and provide D. Slay (A&M) with updated Debtor payment tracker data | Daniel Tollefsen | 0.90 | $585.00 |
| 10/8/2024 | Integrate supporting payment documentation into vendor files | Daniel Tollefsen | 0.80 | $520.00 |
| 10/8/2024 | Review and update financial accounts re: transfers, payments and ACH data entries of invoices | Daniel Tollefsen | 1.20 | $780.00 |
| 10/8/2024 | Debtors financial operating accounts reconciliation | Daniel Tollefsen | 1.30 | $845.00 |
| 10/8/2024 | Assess and organize the latest inbound documentation for FTX US | Felicia Buenrostro | 1.50 | $712.50 |
| 10/8/2024 | Review and update the My Phone.com call log database with the most recent data available | Felicia Buenrostro | 0.70 | $332.50 |
| 10/8/2024 | Examine and uphold a log of all incoming documents and materials received by Alameda Research LLC | Felicia Buenrostro | 0.80 | $380.00 |
| 10/8/2024 | Perform document filing and screening for West Realm Shires Inc. | Felicia Buenrostro | 0.70 | $332.50 |
| 10/8/2024 | Review and file Earth Class Virtual Mailbox emails in the proper repository folders | Felicia Buenrostro | 1.20 | $570.00 |
| 10/8/2024 | Document inquiries received through the FTX inquiry inbox into the specified database | Felicia Buenrostro | 1.80 | $855.00 |
| 10/8/2024 | Compare inquiry emails to the creditor matrix and report discrepancies | Felicia Buenrostro | 0.70 | $332.50 |
| 10/8/2024 | Review and sort incoming documents for LP Successor Entity LLC | Felicia Buenrostro | 1.70 | $807.50 |
| 10/8/2024 | Review and respond to emails with CFO and a Debtor Bank representative re: wire limit increase | Kathryn Schultea | 0.60 | $660.00 |
| 10/8/2024 | Review and respond to emails with CFO and N. Simoneaux (A&M) re: wages motion cap tracking | Kathryn Schultea | 0.80 | $880.00 |
| 10/8/2024 | Review and respond to emails with CEO re: post-confirmation insurance matters | Kathryn Schultea | 0.80 | $880.00 |
| 10/8/2024 | Review and respond to emails with Management Team re: employee compensation matters | Kathryn Schultea | 0.80 | $880.00 |

| 10/8/2024 | Correspondence with Management Team and an insurance company representative re: post-confirmation FTX headquarter address and primary crime insurance policy updates | Kathryn Schultea | 0.70 | $770.00 |
|---|---|---|---|---|
| 10/8/2024 | Correspondence with CFO and L. Barrios (RLKS) re: daily docket review | Kathryn Schultea | 0.40 | $440.00 |
| 10/8/2024 | Meeting with CFO, R. Hoskins (RLKS), T. Shea, C. Tong, J. Scott, B. Mistler, C. Ancona, K. Lowery, D. Hammon, J. Berman, B. Richards and K. Wrenn (EY); tax update with key stakeholders | Kathryn Schultea | 0.60 | $660.00 |
| 10/8/2024 | Received & validated payment requests for employee related payments | Kathryn Schultea | 1.70 | $1,870.00 |
| 10/8/2024 | Input wire transactions for approval | Kathryn Schultea | 2.10 | $2,310.00 |
| 10/8/2024 | Collect and remit state agency tax documents to EY for further assessment | Leticia Barrios | 0.80 | $520.00 |
| 10/8/2024 | Monitor and address FTX Recovery inbox emails | Leticia Barrios | 1.80 | $1,170.00 |
| 10/8/2024 | Review and analyze employee claims and agreements across different scenarios | Leticia Barrios | 0.90 | $585.00 |
| 10/8/2024 | Gather and arrange payroll backup records for further review | Leticia Barrios | 1.70 | $1,105.00 |
| 10/8/2024 | Verify employee payroll requests and compare historical amounts | Leticia Barrios | 1.80 | $1,170.00 |
| 10/8/2024 | Analyze and update the docket review tracker | Leticia Barrios | 1.30 | $845.00 |
| 10/8/2024 | Load current personnel data to the employee headcount report | Leticia Barrios | 1.80 | $1,170.00 |
| 10/8/2024 | Meeting with CAO, R. Hoskins (RLKS), T. Shea, C. Tong, J. Scott, B. Mistler, C. Ancona, K. Lowery, D. Hammon, J. Berman, B. Richards and K. Wrenn (EY); tax update with key stakeholders | Mary Cilia | 0.60 | $660.00 |
| 10/8/2024 | Review Confirmation order, document various provisions, research issues and create related workstream checklists and timelines | Mary Cilia | 3.30 | $3,630.00 |
| 10/8/2024 | Approved expenses with multiple domestic and international offices while addressing operational and financial matters | Mary Cilia | 1.40 | $1,540.00 |
| 10/8/2024 | Coordinate various treasury activities and monitor daily communications | Mary Cilia | 3.60 | $3,960.00 |
| 10/8/2024 | Manage daily accounting, financial reporting and ongoing communications activities | Mary Cilia | 3.80 | $4,180.00 |
| 10/8/2024 | Prepare trial balance reports for specific entities, reflecting their financial positions as of September 2024 | Melissa Concitis | 1.70 | $1,105.00 |

| 10/8/2024 | Reformat the trial balance sheets for September 2024 to improve the team's ease of analysis | Melissa Concitis | 1.60 | $1,040.00 |
|---|---|---|---|---|
| 10/8/2024 | Complete the intercompany analysis for each silo as of September 2024, focusing on pre-petition data | Melissa Concitis | 4.30 | $2,795.00 |
| 10/8/2024 | Highlight any discrepancies for the team to examine further | Melissa Concitis | 1.40 | $910.00 |
| 10/8/2024 | Record comprehensive details on all pre-petition variance findings | Melissa Concitis | 1.80 | $1,170.00 |
| 10/8/2024 | Address IT access and administration issues | Raj Perubhatla | 1.50 | $1,650.00 |
| 10/8/2024 | Oversight on portal efforts re: customer service | Raj Perubhatla | 1.70 | $1,870.00 |
| 10/8/2024 | Inspect and process invoices, payments, and receipts | Raj Perubhatla | 2.80 | $3,080.00 |
| 10/8/2024 | Supervise, assess, and review tasks re: Crypto management | Raj Perubhatla | 3.30 | $3,630.00 |
| 10/8/2024 | Correspondence with a FTX employee re: IT matters | Raj Perubhatla | 0.30 | $330.00 |
| 10/8/2024 | Evaluate and respond to development matters | Raj Perubhatla | 1.00 | $1,100.00 |
| 10/8/2024 | Aggregate, review and organize accrual support on shared drive | Robert Hoskins | 0.50 | $437.50 |
| 10/8/2024 | Formulate other vendor accrual | Robert Hoskins | 1.90 | $1,662.50 |
| 10/8/2024 | Formulate professional fees accrual | Robert Hoskins | 1.90 | $1,662.50 |
| 10/8/2024 | Meeting with CAO, CFO, T. Shea, C. Tong, J. Scott, B. Mistler, C. Ancona, K. Lowery, D. Hammon, J. Berman, B. Richards and K. Wrenn (EY); tax update with key stakeholders | Robert Hoskins | 0.60 | $525.00 |
| 10/8/2024 | Perform monthly closing procedures for Japan Services | Robert Hoskins | 0.70 | $612.50 |
| 10/8/2024 | Record OCP accrual | Robert Hoskins | 0.40 | $350.00 |
| 10/8/2024 | Record other vendor accrual | Robert Hoskins | 0.30 | $262.50 |
| 10/8/2024 | Record professional fees accrual | Robert Hoskins | 0.40 | $350.00 |
| 10/8/2024 | Review docket filings for accounting implications | Robert Hoskins | 0.40 | $350.00 |
| 10/8/2024 | Review Japan Services TB | Robert Hoskins | 0.40 | $350.00 |
| 10/8/2024 | Review OCP vendors and refine accrual calculation | Robert Hoskins | 2.10 | $1,837.50 |
| 10/8/2024 | Review other vendor accrual estimates and investigate variances | Robert Hoskins | 1.40 | $1,225.00 |

| 10/8/2024 | Review professional fee accrual estimates and investigate variances | Robert Hoskins | 1.20 | $1,050.00 |
|---|---|---|---|---|
| | | **Total:** | **545.90** | **$450,277.50** |