# SCHEDULE 1

**Incorrect Debtor Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundredth Omnibus Claims Objection**
**Schedule 1 - Incorrect Debtor Claims**

| Claim Number | Name | Asserted Claims Debtor | Modified Claim Debtor |
|---|---|---|---|
| 84835 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 24124 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 76273 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 44928 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 20768 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 93458 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 54212 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 63027 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 80481 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 42730 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 28331 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 82547 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 82513 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 15434 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 82492 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 71202 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 73309 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 26986 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 12062 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 34332 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 78109 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 78440 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 84071 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 30630 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 92942 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 81065 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 17666 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 84005 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 79086 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 15780 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 83238 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 83825 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 21718 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 32870 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 32694 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 27641 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 41933 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 52324 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 28268 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 11668 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 61420 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 30553 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 32542 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 87350 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 49116 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 77949 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 91148 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 57882 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 82574 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 14708 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 27871 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 57817 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 25430 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 84452 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 83386 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 26612 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |

| | | Asserted Claims | Modified Claim |
|---|---|---|---|
| Claim Number | Name | Debtor | Debtor |
| 62945 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 84186 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 80334 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 69840 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 80545* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 27676 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 83654 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 71581 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 83409 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 83338 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 22602 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 24229 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 45635 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 87653 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 31283 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 88062 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 87524 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 24276 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 26093 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 50144 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 73126 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 57265 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 63451 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 25173 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 52903 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 52084 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 29078 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 93967 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 26944 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 21614 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 46462 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 15682 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 46882 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 17732 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96387* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 35922 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 47508 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 87961 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 71267 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 82488 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 83795 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 28138 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 32009 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 23112 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 33025 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 84551 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94360 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 26870 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 76060 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 15983 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 91754 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 76441 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 84597 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 89631 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 83172 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 92936 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 24790 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 28156 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 30693 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 49861 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |

80545*: Claim is also included as a Surviving Claim in the Debtors' Ninety-Ninth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
96387*: Claim is also included as a Surviving Claim in the Debtors' Ninety-Third (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)

| | | Asserted Claims | Modified Claim |
|---|---|---|---|
| Claim Number | Name | Debtor | Debtor |
| 83755 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 71493 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 31363 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 31348 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 78815 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 80504 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 46760 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 31345 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 82120 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 92070 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 29098 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 15116 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 79683 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 29327 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 27851 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 28195 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 83988 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 79046 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 87689 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 26880 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 16083 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 37459 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 29790 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 53289 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 31338 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 77536 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 45253 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 84078 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 33748 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 24147 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 80435 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 15631 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 43819 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 77279 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 69296 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 87107 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 6916 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 15710 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 80559 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 79649 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 47671 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 87124 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 32661 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 59863 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 79062 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 73557 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 32798 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 93642 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 93747 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 79350 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 14571 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 49188 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 93210 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94426 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 10066 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 23297 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 84236 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 21900 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 78545 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 60157 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |

| Claim Number | Name | Asserted Claims Debtor | Modified Claim Debtor |
|---|---|---|---|
| 31184 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 9678 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 84121 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 82960 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 79515 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 68450 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 24092 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 32204 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 22026 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 30322 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 22142 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 20822 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 20913 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 84399 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 38995 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 49887 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 70886 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 19472 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 88506 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 59972 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 91342 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 44252 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 28979* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 71422 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 18972 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 93826 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 81058 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |

28979*: Claim is also included as a Surviving Claim in the Debtors' Ninety-Eighth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)