## **SCHEDULE 2**

**Incorrect Debtor Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundredth Omnibus Claims Objection**
**Schedule 2 - Incorrect Debtor Claims**

| Claim Number | Name | Asserted Claims Debtor | Modified Claim Debtor |
|---|---|---|---|
| 96146 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 8097 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 85319 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95938 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95354 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95970 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95206* | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 8696 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 42517* | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96073 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95906 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 50514 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96061 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95922 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95230 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 93174 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 46651* | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 45405 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 17316 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 15695 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95130 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95175 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 19986 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95647 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 3119 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95843 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96010 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96016 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 85308 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 41496 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96352 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95984 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 51313 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 76306 | Name on file | FTX EU Ltd. | West Realm Shires Services Inc. |
| 93220* | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95613 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 91015 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95962 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95756 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96056* | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96130 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 37767 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95462 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96067 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95936 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95436 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96134 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 34083 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96053 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 18739 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95381 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 93179 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95630* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95488 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95310 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95413 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |

95206*: Claim is also included as a Surviving Claim in the Debtors' Ninetieth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
42517*: Claim is also included as a Surviving Claim in the Debtors' Ninetieth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
46651*: Claim is also included as a Surviving Claim in the Debtors' Ninety-First (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
93220*: Claim is also included as a Surviving Claim in the Debtors' Ninety-Ninth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
96056*: Claim is also included as a Surviving Claim in the Debtors' Ninety-Third (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
95630*: Claim is also included as a Surviving Claim in the Debtors' Ninety-Third (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)

| | | Asserted Claims | Modified Claim |
|---|---|---|---|
| **Claim Number** | **Name** | **Debtor** | **Debtor** |
| 95975 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 49147 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96344 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 38184 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95183* | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95194 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 37968 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 43657 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 48441* | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95968 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 68878 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96125 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 40266 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 60511 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96083 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 39350 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96044 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 6701 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 15688 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 41306 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 71115 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95583 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 41058 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 15427 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 46945 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95517 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95883 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95884 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 1495 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95446 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 79697 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95894 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95133 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 49118 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95909 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 39499 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96019 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 55659 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 47286 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95913* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95729* | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 62221 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 86380 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 30977 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96154 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 60777 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96173 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 13858 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95454 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96034 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95203 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96099 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95609 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95287 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 40917 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 12980 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96189* | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 93903 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 56295 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 41728 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |

95183*: Claim is also included as a Surviving Claim in the Debtors' Ninety-First (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
48441*: Claim is also included as a Surviving Claim in the Debtors' Ninety-Sixth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
95913*: Claim is also included as a Surviving Claim in the Debtors' Ninety-Third (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
95729*: Claim is also included as a Surviving Claim in the Debtors' Ninety-Third (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
96189*: Claim is also included as a Surviving Claim in the Debtors' Ninety-Third (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)

| | | Asserted Claims | Modified Claim |
|---|---|---|---|
| Claim Number | Name | Debtor | Debtor |
| 95669 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 45212 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 39726 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95987 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 39818 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95664 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96012 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 908 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95921 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 91402 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95895 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 40359 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95562 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95816 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95255 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96148 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 26026 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 44705 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 53610 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 60297 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 56234 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 85905 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 26292 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96047 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96092 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95737 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 83796 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 52323 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 40239 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95164 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96187 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95955 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 41241 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95551 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96020 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95235* | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95198 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96003 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95710 | Name on file | FTX EU Ltd. | West Realm Shires Services Inc. |
| 96032 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96088 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 2328 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 37983 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96135 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 48393 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95992 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95444 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 17864 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96015 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95580 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 19226 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95708 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95564* | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95500 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 91303* | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 49663 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 12765 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 37984 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 43244 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96314 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |

95235*: Claim is also included as a Surviving Claim in the Debtors' Nineteenth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
95564*: Claim is also included as a Surviving Claim in the Debtors' Ninety-Third (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
91303*: Claim is also included as a Surviving Claim in the Debtors' Ninety-Eighth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)

| | | Asserted Claims | Modified Claim |
|---|---|---|---|
| Claim Number | Name | Debtor | Debtor |
| 42432* | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96002 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 29863 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 68990 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 48806 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 41283 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95994 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 947 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 91766* | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95695 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95374 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95098 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95924 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 67178 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 40513 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 69700 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95986 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96057 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 469 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95899 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95990 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 69445 | Name on file | FTX EU Ltd. | West Realm Shires Services Inc. |
| 95951 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 58140 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 67515 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 42157 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95229 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95888 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 64127 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96096 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 40215 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 60799 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |