# SCHEDULE 3

**Incorrect Debtor Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundredth Omnibus Claims Objection**
**Schedule 3 - Incorrect Debtor Claims**

| | | Asserted Claims | | Modified Claim |
|---|---|---|---|---|
| Claim Number | Name | Debtor | | Debtor |
| 44359 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 91752* | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 47295 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 95090 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 78559 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 68368 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 45184 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 39353 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 94682 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 94155 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 56186* | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 79090 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 51516 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 91880 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 40997 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 44137 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 78306 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 63017 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 72472 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 65148 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 60435 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 47868 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 36509 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 41485 | Name on file | West Realm Shires Services Inc. | | FTX EU Ltd. |
| 17786 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 60609 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 94274 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 87134 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 39944 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 55884 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 44660 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 46924 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 45499 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 58169 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 20053 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 46781* | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 77984 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 43451 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 78841 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 48460 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 47438 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 78206* | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 69568 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 90882 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 92921* | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 37816 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 67496 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 81076 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 81024 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 51094 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 68660 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 52193* | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 77062 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 1839 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 54538* | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |
| 19197 | Name on file | FTX Trading Ltd. | | FTX EU Ltd. |

91752*: Claim is also included as a Surviving Claim in the Debtors' Ninety-First (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
56186*: Claim is also included as a Surviving Claim in the Debtors' Ninety-Eighth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
46781*: Claim is also included as a Surviving Claim in the Debtors' Ninety-Eighth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
78206*: Claim is also included as a Surviving Claim in the Debtors' Ninety-Eighth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
92921*: Claim is also included as a Surviving Claim in the Debtors' Ninety-Seventh (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
52193*: Claim is also included as a Surviving Claim in the Debtors' Eighty-Ninth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
54538*: Claim is also included as a Surviving Claim in the Debtors' Ninetieth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)

|  |  | Asserted Claims | Modified Claim |
|---|---|---|---|
| Claim Number | Name | Debtor | Debtor |
| 81773 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 91415 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 56056 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 54741 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 52076 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 33226 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 16018 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 2046 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 48256 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 48165 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 57037 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 44019 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 79118 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 56778 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 78706 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 92036* | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 436 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 41505 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 76477 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 91499 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 865 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 42393 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 56807 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 1046 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 65514 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 51115 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 78884 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 78778 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 19812 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 10086 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 1849 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 39990 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 95601 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 40834 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 91265 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 93192 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 91097 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 1588 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 487 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 59520 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 73156 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 65630 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 64357 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 1405 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 37706 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 54882 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 14518 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 77272 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 93676* | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 54660 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 65420 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 79115 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 47582* | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 42184 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 77178 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 76839 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 81615 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 94814 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 95700 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 27534 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |

92036*: Claim is also included as a Surviving Claim in the Debtors' Eighty-Ninth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
93676*: Claim is also included as a Surviving Claim in the Debtors' Ninetieth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
47582*: Claim is also included as a Surviving Claim in the Debtors' Ninety-Sixth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)