**Ivan Winter**
Oldegaarde 950B
Rotterdam, 3086 AW Rotterdam
Ivan.winter09@gmail.com
0031636204089

2024 DEC -5  AM 9:58

**Date:** 11/22/2024

**United States Bankruptcy Court**
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

**Re:** In re FTX Trading Ltd., Case No. 22-11068 (JTD)
**Claim No.: 96303 – Response to Late-Filed Claim Objection**

**To the Honorable Judge John T. Dorsey,**
I am writing as a creditor in the FTX Trading Ltd. bankruptcy case to formally respond to the objection to my late-filed claim (Claim No. 96303). While I acknowledge that my claim was submitted after the bar date, I respectfully request the court's consideration for the following reasons.

## 1. Lockout and Account Issues

In the months leading up to the FTX bankruptcy filing, I was unexpectedly locked out of my FTX account. Despite repeated attempts to access my account, I was unable to retrieve account statements, balances, or transaction logs that would have allowed me to file a timely claim.

Furthermore, during the brief window when I could view my account, the system displayed an incorrect balance of zero. This discrepancy left me without the means to verify my claim at the time. I believe this issue may have been related to internal system failures at FTX, as widely reported during the collapse.

## 2. Lack of Timely Notification

Due to these technical challenges and the chaotic circumstances surrounding the collapse, I was not aware of the customer bar date until after it had passed. Once I became aware, I submitted my claim promptly and in good faith.

## 3. Request for Consideration

While I currently lack the ability to provide direct documentation of my claim, I am prepared to cooperate fully with the court or the FTX estate's representatives to verify the validity of my claim. I also request that the court or its appointed administrator consider the possibility of retrieving relevant data directly from FTX's internal records, which should contain accurate information about my account and transaction history.

I respectfully ask the court to include my claim in the Disputed Claims Reserve for further consideration. My understanding is that FTX's books and records should provide sufficient evidence of my prior account activity and holdings.

## Conclusion

I sincerely appreciate the court's efforts to ensure fair treatment for all creditors, including those facing unique challenges like mine. I request that the court exercise its discretion to include my claim for potential recovery.

Thank you for your time and consideration. Please do not hesitate to contact me if further information or clarification is needed.

Sincerely,
Ivan Winter



PKXL 396015
23-11-24 14:07
NEDERLAND

PRIORITY
PRIORITAIRE € 1,80

United States Bankruptcy Court
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

1980183024 C012