Chiara Stella Camellini
44A Churton street
London SW1V2LP
United Kingdom

2024 DEC -5 AM 9:58

Office of the Clerk of the United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor,
Wilmington
Delaware 19801
United States

Subject: Confirmation of Claim Amounts and Resolution of Duplications

Dear Sirs,
I am writing to you as a claimant of the bankruptcy case number 22-11068 (JTD) managed by United States Bankruptcy Court for the District of Delaware, and which has debtor FTX Trading Ltd (*et al.*, not included herein due to the large number of debtor entities), as a response to Debtors' One Hundred Twenty-Eighth (Substantive) Omnibus Objection To Certain Duplicate Proofs Of Claim (Customer Claims). My details are as follows:
- Name: Chiara Stella Camellini
- Unique Customer Code: [redacted]
- FTX Account ID: [redacted]
- Claim Numbers: 36301 and 96434

Due to technical errors on the Kroll portal, I had to submit my claim multiple times. This led to duplications, which are now the subject of the objection I am addressing.
To ensure clarity and accuracy, I would like to confirm the correct claim amounts as detailed below, because I am getting conflicting messages in the communication I receive from FTX / Kroll in relation to the abovementioned claim numbers and according to what I see on the online portals. The amounts provided below are consistent with my balances on FTX at the time my account was frozen and are supported by email communications from Kroll prior to the commencement of the claim submission process (relevant documentation is attached). To reconfirm: in some communication I have received from you these are consistent, in some they are different. The correct are below.

BTC 0.07563336
FTM 785.18876721
FTT 234.93041297
LUNA2 9.42450645
LUNA2_LOCKED 21.99051505
LUNC 30.36
SOL 213.50932694
SRM 164.47901359
SRM_LOCKED 2.89778933
USD 0.4

Thank you for your attention to this matter. Please let me know if you require any additional information or documentation to resolve this issue. For any further communication please refer to the below contact details. I also provide below my bank account details for the claim payment in case helpful.

Chiara Stella Camellini
44A Churton street
London SW1V2LP
United Kingdom
chiarastellacamellini@gmail.com *(preferred mode of contact)*
+447493869170 / +447403233382

Bank account details:
Beneficiary: Chiara Stella Camellini
[redacted]

Sincerely,
Chiara Stella Camellini

[signature]


Gmail

Chiara Stella Camellini <chiarastellacamellini@gmail.com>

## FTX - Your Scheduled Claim Information and Unique Customer Code

**FTX Noticing** <ftx@noticing.ra.kroll.com>  
Rispondi a: ftxnoticing@kroll.com  
A: chiarastellacamellini@gmail.com

30 marzo 2023 alle ore 18:27

YOUR UNIQUE CUSTOMER CODE(S) AND SCHEDULED CLAIM INFORMATION IS AT THE BOTTOM OF THIS EMAIL.

YOU ARE RECEIVING THIS EMAIL BECAUSE YOU HAVE BEEN IDENTIFIED AS A CUSTOMER WITH A NET POSITIVE ACCOUNT BALANCE AS OF NOVEMBER 11, 2022 OF ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 CASES OF FTX TRADING LTD. AND CERTAIN OF ITS AFFILIATED DEBTORS AND DEBTORS-IN-POSSESSION PENDING IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE AND JOINTLY ADMINISTERED UNDER THE CASE NUMBER 22-11068. YOU HAVE BEEN LISTED IN ONE OR MORE OF THE DEBTORS' SCHEDULES AND STATEMENTS.

On March 14 and 15, 2023, the FTX Trading Ltd. and certain of its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed their schedules of assets and liabilities and statements of financial affairs (the "Schedules and Statements").

*Pursuant to the Final Order (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on a Final Basis and (III) Granting Certain Related Relief* [D.I. 545], customer names and addresses in the Schedules and Statements are redacted. With respect to Schedules E/F – which identify creditors of the Debtors with non-priority unsecured claims (including customers with a net positive account balance as of November 11, 2022) – in an effort to redact customer names and addresses, the Debtors have identified each customer with a net positive account balance as of November 11, 2022 by a unique customer code (a "Unique Customer Code"). Your Unique Customer Code and an excerpt of your scheduled claim(s) are at the bottom of this email.

PLEASE BE ADVISED THAT THE COURT HAS NOT YET SET A DEADLINE FOR SUBMITTING PROOFS OF CLAIMS OR INTERESTS AGAINST THE DEBTORS. WHEN THE COURT SETS A DEADLINE, ALL KNOWN CREDITORS, INCLUDING ALL CUSTOMERS IDENTIFIED ON THE SCHEDULES AND STATEMENTS, WILL BE PROVIDED NOTICE OF THE DEADLINE AND INSTRUCTIONS ON HOW TO SUBMIT PROOFS OF CLAIM OR INTERESTS.

PLEASE BE FURTHER ADVISED THAT RECEIPT OF THIS EMAIL AND A UNIQUE CUSTOMER CODE ONLY INDICATES THAT YOU HAD ONE OR MORE CLAIM(S) LISTED ON ONE OR MORE OF THE DEBTORS' SCHEDULES AND STATEMENTS. PROVISION OF A UNIQUE CUSTOMER CODE IS NOT AN ADMISSION BY THE DEBTORS OF THE VALIDITY OF SUCH CLAIM(S) OR A WAIVER OF ANY DEFENSES THERETO. THE DEBTORS HEREBY INCORPORATE BY

| | |
|---|---|
| Initiate Account Owner Authentication | |
| Verify Identity of the Original FTX Account Owner | |
| KYC › | |
| View Account Balances › | |
| View Your Proof of Claim Status › | |
| Voting › | |
| Distributions - Tax Requirements *Coming soon* | |
| Distributions - Payout Options *Coming soon* | |

## Portfolio 🔒    Main Account ▾

**Total Customer Entitlement Claim (USD): $4,985.68**

### Balances

○ Show Quantities    ○ Show USD

| | | |
|---|---:|---:|
| USD (USD) | 0.40 | 0.40 |
| Bitcoin (BTC) | 0.07563336 | 0.07563336 |
| FTT (FTT) | 234.93041297 | 234.93041297 |
| Solana (SOL) | 213.50932694 | 213.50932694 |
| Fantom (FTM) | 785.18876721 | 785.18876721 |
| Serum (SRM) | 164.47901359 | 164.47901359 |
| Locked Luna2 (LUNA2_LOCKED) | 21.99051505 | 21.99051505 |
| Luna 2.0 (LUNA2) | 9.42450645 | 9.42450645 |
| Locked Serum (SRM_LOCKED) | 2.89778933 | 2.89778933 |
| Luna Classic (LUNC) | 30.36 | 30.36 |

Rows per page: 15 ▾    1-10 / 10

### Core Transactions

Transactions will be downloaded for the user's main account or the currently selected subaccount. This download may not include additional balance adjustments. Please download these using the adjustments tab.



Return Address
Oaktree Capital Management LLP
Verde 10 Bressenden Place
London
SW1E 5DH

 Royal Mail

UK
26-11-24
£2.50  PB8003795



U.S.M.S.
X-RAY

1980183024 C012

TO: OFFICE OF TH
OF THE USA BANK
COURT FOR DISTR.
824 MARKET STRE
WILMINGTON, DE
19801 - USA

