**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX Trading Ltd., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | Jointly Administered |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**SP Multi Claims Holdings, LLC**
Name of Transferee

**Name and Address where notices and payment to transferee should be sent:**
SP Multi Claims Holdings, LLC
2 Greenwich Plaza
Suite 1
Greenwich, CT 06830
Attn: Operations
Email: 12017192157@tls.ldsprod.com -and- rbeacher@pryorcashman.com

**Celsius Network Limited**
Name and current address of Transferor

Celsius Network Limited
c/o GXD Labs LLC
7301 SW 57th Ct, Suite 515
Miami, FL 33143
Attn: Pat McKeon

| Claim Information | Creditor Name | Amount | Debtor | Case Number |
|---|---|---|---|---|
| Claim No.: 3752<br><br>Schedule No.: 5258248<br><br>Confirmation ID No.: 3265-69-UESDT-736829555 | Celsius Network Limited | 100% of the amount of the claim | Alameda Research, Ltd. | 22-11067 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SP Multi Claims Holdings, LLC
By: Silver Point Capital, L.P., its manager

By: _____
Transferee/Transferee's Agent

Date: December 5, 2024

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357

**ANNEX B**

**EVIDENCE OF TRANSFER OF CLAIM**

TO:    U.S. Bankruptcy Court for the
District of Delaware ("Bankruptcy Court")

AND:    Alameda Research, Ltd. ("Debtor")
Case No. 22-11067 (JTD) ("Case")

Proof of Claim #: 3752 (the "Proof of Claim")
Schedule #: 5258248 ("Schedule")
Claim Confirmation ID #: 3265-69-UESDT-736829555 ("CCID")

**Celsius Network Limited** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SP Multi Claims Holdings, LLC**
Attn: Operations
2 Greenwich Plaza
Suite 1
Greenwich, CT 06830
Email: 12017192157@tls.ldsprod.com and rbeacher@pryorcashman.com

its successors and assigns ("Buyer"), all rights, title and interest in and to (a) the Schedule; (b) the Proof of Claim; and (c) the CCID against the Debtor in the Case (collectively, the "Claim").

Seller hereby certifies that it unconditionally waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated November 29, 2024.

**Celsius Network Limited**
By and through the Blockchain Recovery Investment Consortium LLC in its capacity as the Litigation Administrator (ARM) for the post-confirmation estate of Celsius Network Limited

By: *David Proman* (Dec 3, 2024 10:58 EST)
Name: David Proman
Title: Authorized Signatory

**SP Multi Claims Holdings, LLC**
By: Silver Point Capital, L.P., its manager

By: [signature]
Name: Andrew Opel
Title: Authorized Signatory