**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>**Related D.I. 27489** |

**CERTIFICATE OF NO OBJECTION REGARDING FIFTH
MONTHLY FEE STATEMENT OF PATTERSON BELKNAP WEBB & TYLER LLP,
LEAD COUNSEL TO THE EXAMINER, FOR PROFESSIONAL
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
INCURRED DURING THE PERIOD FROM SEPTEMBER 1, 2024, THROUGH AND
INCLUDING SEPTEMBER 30, 2024**

    I, Michael D. DeBaecke, an attorney with the law firm of Ashby & Geddes, P.A., Delaware counsel to Robert J. Cleary in his capacity as the examiner appointed in the above-captioned Chapter 11 bankruptcy cases, hereby certifies the following:

    1.    On October 31, 2024, Patterson Belknap Webb & Tyler, LLP ("Patterson Belknap") filed the *Fifth Monthly Fee Statement of Patterson Belknap Webb & Tyler LLP as Counsel to the Examiner for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from September 1, 2024, Through and Including September 30, 2024* [D.I. 27489] (the "Fifth Monthly Statement").

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively.  Due to the large number of Debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{02072692;v1 }

2.      Pursuant to the Notice of Fifth Monthly Statement, any objections or responses were to be filed with the Court and served by November 20, 2024, at 4:00 p.m. (Eastern Time).

3.      As of the date hereof, the undersigned counsel has not been served with or otherwise received any responses in opposition to the Fifth Monthly Statement. A review of the Court's docket indicates that, as of this date, no responses or objections have been filed with respect to the Fifth Monthly Statement.

WHEREFORE, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 435], the Debtors are authorized to pay Patterson Belknap **$747,361.80** in fees (80% of $934,202.25) and **$310.85** in expenses (100%), respectively, for a total of **$747,672.65**, as requested in the Fifth Monthly Statement.

Dated: December 5, 2024

**ASHBY & GEDDES, P.A.**

/s/ Michael D. DeBaecke
Michael D. DeBaecke (No. 3186)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19801
Tel: (302) 504-3728
Email: mdebaecke@ashbygeddes.com

and

PATTERSON BELKNAP WEBB & TYLER LLP
Daniel A. Lowenthal (admitted pro hac vice)
Kimberly Black (admitted pro hac vice)
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2720
Email: dalowenthal@pbwt.com
          kblack@pbwt.com

*Counsel for Robert J. Cleary, solely in his capacity as Examiner appointed in the Chapter 11 Cases*