# EXHIBIT A

## PROJECT 000002 – EXAMINER TIME

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/02/24 | Robert J. Cleary | 0.10 | Review Fourth Supplemental Lowenthal Declaration. |
| 10/03/24 | Robert J. Cleary | 0.30 | Review materials from unsolicited sources. |
| 10/04/24 | Robert J. Cleary | 2.60 | Review Examiner's Phase II Report in preparation for discussion with US Trustee. |
| 10/07/24 | Robert J. Cleary | 0.50 | Tc with D. Lowenthal, A. Vara (UST), and J. McMahon (UST) re: follow-up discussion of the Examiner's investigation of Phase I and Phase II. |
| 10/07/24 | Robert J. Cleary | 1.60 | Review Examiner's Report in preparation for Zoom meeting with US Trustee. |
| **TOTAL** | | **5.10** | |

## PROJECT 000007 – GENERAL CASE ADMINISTRATION

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/01/24 | Kimberly Black | 0.10 | Corr. with D. Lowenthal re: FTX Chapter 11 Plan. |
| 10/01/24 | Kimberly Black | 1.00 | Drafting motion to discharge the Examiner. |
| 10/02/24 | Ian Eppler | 0.30 | Draft letter from Examiner to Court re: sentencing of former FTX executive. |
| 10/02/24 | Daniel A. Lowenthal | 0.20 | Begin review of final version of report in preparation for upcoming meeting with UST. |
| 10/04/24 | Kimberly Black | 1.40 | Preparing motion to discharge the Examiner (0.7); Related research on ongoing discovery obligations (0.7). |
| 10/04/24 | Daniel A. Lowenthal | 0.20 | Emails from and to R. Cleary and J. McMahon (UST) re: upcoming conference call. |
| 10/04/24 | Daniel A. Lowenthal | 0.10 | Emails from third-party re: Examiner's investigation. |
| 10/07/24 | Daniel A. Lowenthal | 0.10 | Emails from L. Potter and R. Cleary re: request for copy of the Phase II report by a third party. |
| 10/07/24 | Daniel A. Lowenthal | 0.20 | Review report on update on Robinhood and related bankruptcy payment issues. |
| 10/07/24 | Daniel A. Lowenthal | 1.40 | Continued review of report in preparation for call with UST. |
| 10/07/24 | Kimberly Black | 0.10 | Circulating as-filed report to L. Potter. |
| **TOTAL** | | **5.10** | |

10

## PROJECT 000009 – COMMUNICATIONS WITH PARTIES IN INTEREST

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/07/24 | Daniel A. Lowenthal | 0.20 | Prepare for telephone call with R. Cleary and the UST. |
| 10/07/24 | Daniel A. Lowenthal | 0.50 | Telephone call with R. Cleary, A. Vara (UST), and J. McMahon (UST) re: follow-up discussion of the Examiner's investigation of Phase I and Phase II. |
| **TOTAL** | | **0.70** | |

## PROJECT 000010 – BILLING AND FEE APPLICATIONS

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/03/24 | Maritza Garcia | 2.00 | Analyze case team time entries for privilege and confidentiality in preparation for monthly fee application. |
| 10/07/24 | Kimberly Black | 0.30 | Corr. with E. Manolov re: timing of upcoming fee apps; related corr. to M. Garcia. |
| **TOTAL** | | **2.30** | |

## PROJECT 000012 – RETENTION WORK

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/02/24 | Daniel A. Lowenthal | 0.20 | Revise Supplemental Declaration. |
| 10/02/24 | Kimberly Black | 0.50 | Revising draft Lowenthal Declaration; related corr. with D. Lowenthal, K. Gardner and R. Cleary. |
| 10/04/24 | Kimberly Black | 0.40 | Preparing fourth Supplemental Lowenthal Declaration for filing; related corr. with R. Cleary; related corr. with M. DeBaecke (AG). |
| **TOTAL** | | **1.10** | |