## **EXHIBIT B**

Disbursements

| Category | Work Date | Timekeeper Name | Amount | Cost Description |
|---|---|---|---|---|
| Litigation Vendor Support | 7/2024 | N/A | $4,087.77 | Deloitte Trans. and Bus. Analytics - ACH - Deloitte Transactions and Business-Discovery Services for Project Neutrino _ F0115, July 2024. |
| Litigation Vendor Support | 8/2024 | N/A | $2,285.00 | Deloitte Trans. and Bus. Analytics - ACH - Deloitte Transactions and Business-Discovery Services for Project Neutrino_F0115, August 2024. |
| Litigation Vendor Support | 9/2024 | N/A | $1,716.25 | Deloitte Trans. and Bus. Analytics - ACH - Deloitte Transactions and Business-Discovery Services for Project Neutrino_F0115, September 2024. |
| Litigation Vendor Support | 10/2024 | N/A | $1,385.00 | Deloitte Trans. and Bus. Analytics - ACH - Deloitte Transactions and Business-Discovery Services for Project Neutrino_F0115, October 2024. |
| **LITIGATION VENDOR SUPPORT TOTAL:** | | | **$9,474.02** | |
| **GRAND TOTAL:** | | | **$9,474.02** | |