**Exhibit E**
**Proposed Order**

Case 22-11068-JTD   Doc 28586-6   Filed 12/05/24   Page 2 of 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Re. D.I. __ |

**[PROPOSED] ORDER GRANTING THE JOINT LIQUIDATORS OF THREE ARROWS CAPITAL, LTD.'S MOTION FOR LEAVE TO DEPOSE THE INCARCERATED INDIVIDUALS PURSUANT TO FED. R. CIV. P. 30(a)(2)**

Upon consideration of the Joint Liquidators of Three Arrows Capital, Ltd.'s Motion for Leave to Depose the Incarcerated Individuals Pursuant to Fed. R. Civ. P. 30(a)(2) (the "Motion");[2] and the Court having found that it has jurisdiction to consider the Motion and the relief requested therein under 28 U.S.C. § 1334, and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012; and the Court having found that consideration of the Motion and the relief requested therein is a core proceeding under 28 U.S.C. § 157(b); and the Court having found that venue is proper before this Court under 28 U.S.C. §§ 1408 and 1409; and the Court having found that due and proper notice of the Motion was provided and that such notice was adequate and appropriate under the particular circumstances; and the Court having determined that the legal and factual bases set forth in the

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Motion establish just cause for the relief granted herein; and any objections to the Motion having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**.

2. The Joint Liquidators are granted leave to depose the Incarcerated Individuals pursuant to Fed. R. Civ. P. 30(a)(2).

3. The Joint Liquidators are permitted to serve the *Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding)* on the Incarcerated Individuals via certified mail addressed to them at each correction facility and/or to serve their respective counsel via email and/or certified mail.

4. The parties shall coordinate to make the necessary arrangements for the deposition of the Incarcerated Individuals.