**CERTIFICATE OF SERVICE**

I, Alexis R. Gambale hereby certify that on December 5, 2024 I caused a copy of the foregoing *Joint Liquidators of Three Arrows Capital, Ltd.'s Motion for Leave to Depose the Incarcerated Individuals Pursuant to Fed. R. Civ. P. 30(a)(2)* to be served on all parties who are registered to receive notice through the Court's CM/ECF system.

*/s/ Alexis R. Gambale*
Alexis R. Gambale (DE ID No. 7150)
**PASHMAN STEIN WALDER HAYDEN, P.C.**
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Facsimile: (732) 852-2482
Email: agambale@pashmanstein.com