**UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE**
**In re:** FTX TRADING LTD., et al., Debtors.
**Chapter 11 Case No. 22-11068 (JTD)**
(Jointly Administered)
**Response to One Hundred Twenty-Seventh Omnibus Objection to Certain No Liability Proofs of Claim**
**Claim Number:** 58394
**Claimant:** Adam Schneebaum

**Introduction**

I, Adam Schneebaum, hereby submit this response to the One Hundred Twenty-Seventh Omnibus Objection to Certain No Liability Proofs of Claim filed by the Debtors, FTX Trading Ltd. and its affiliates, in the above-captioned matter. This response is in relation to my Claim No. 58394, which was filed as a customer entitlement claim for $8,433.06. Contrary to the Debtors' assertion, I have provided proper documentation to support my claim, and I respectfully request that my claim be allowed.

**Background**

On November 10, 2022, I initiated a withdrawal request of $8,433.06 from my account with FTX US. I have attached evidence demonstrating that this withdrawal request was processed by FTX US, yet I have never received the funds in my bank account. The following documents support my claim:

- **Exhibit A**: Screenshot of the FTX US email confirmation of withdrawal request initiation.
- **Exhibit B**: Screenshot of the FTX US email confirmation of withdrawal processing.
- **Exhibit C**: Screenshot of the transaction summary showing that the bank transfer was initiated and processed, but never received in my bank account.
- **Exhibit D**: Screenshot of the complete withdrawal transaction history from the FTX platform.
- **Exhibit E**: Bank statement for JPMorgan Chase account ending in ▮, demonstrating that no funds were received from FTX US despite the processed withdrawal.
- **Exhibit F**: Confirmation of ACH authorization via Stripe, showing that the linked bank account ends in ▮, matching the account on the bank statement.

**Statement of Facts**

1. **Withdrawal Request Initiated**: On November 10, 2022, I received an email from FTX US confirming that a withdrawal request for $8,433.06 had been initiated (Exhibit A).
2. **Withdrawal Processed**: Later on the same day, I received another email from FTX US confirming that the withdrawal had been processed (Exhibit B). The email explicitly states, "Your fiat withdrawal of $8,433.06 USD has been processed. Please allow three to five business days for the transfer to arrive in your bank account."
3. **Funds Not Received**: Despite the withdrawal request being initiated and processed, I have never received the funds in my bank account. I have waited well beyond the specified three to five business days, but no deposit has occurred. Bank statements from my JPMorgan Chase account ending in ▮ show no record of the funds being credited (Exhibit E).

4. **Account Linking Evidence**: On November 10, 2022, I linked my JPMorgan Chase Bank account ending in ▮ to FTX US, as evidenced by the Stripe ACH authorization (Exhibit F). This is the only bank account ever linked to my FTX US account, and the last four digits of the account match the bank statement provided.

**Detailed Timeline of Events**
- **November 10, 2022**: Account at JPMorgan Chase ending in ▮ linked to FTX US account via ACH authorization, confirmed through Stripe. This is the only bank account ever linked to my FTX US account.
- **November 10, 2022**: Withdrawal request made to FTX US for $8,433.06, intended to be sent to the bank account ending in ▮.
- **November 10, 2022 (Email Confirmation)**: Received confirmation from FTX US that the ACH payment method had been approved for my linked JPMorgan Chase Bank account ending in ▮ This confirms the intended withdrawal destination matches the bank account on record.
- **November 10, 2022 (Withdrawal Processed)**: FTX US sent an email stating the withdrawal of $8,433.06 was processed successfully and would take 3-5 business days to arrive in my account.
- **November 11, 2022**: Another withdrawal of USDC was made, unrelated to the disputed transaction.
- **December 8, 2022**: Bank statement from JPMorgan Chase (account ending in ▮) shows no record of the $8,433.06 deposit from FTX. Despite waiting well beyond the standard processing time, the funds never arrived.

**Legal Grounds for Allowance of Claim**
The Debtors have objected to my claim on the grounds of insufficient documentation. However, I have provided ample evidence demonstrating that the withdrawal request was processed by FTX US, yet the funds were never received in my bank account. Therefore, the Debtors still hold liability for this unfulfilled withdrawal request.
Under the relevant provisions of the U.S. Bankruptcy Code, specifically Sections 502 and 503, I am entitled to have my claim allowed as a valid claim against the Debtors. I have complied with all relevant procedures for making a withdrawal, and FTX US has confirmed the processing of the withdrawal.

**Conclusion**
I respectfully request that the Court overrule the objection to my claim and allow Claim No. 58394 in the amount of $8,433.06. The attached exhibits provide ample documentation of my entitlement to the claimed amount, and I request that the Debtors be held accountable for the funds that were never transferred.

**Respectfully Submitted,**
Adam Schneebaum
Address: 200 E 71st St, Apartment 7L, New York, New York 10021
Date: Dec 3rd, 2024

**Exhibits**
- **Exhibit A**: Screenshot of email confirming withdrawal request.
- **Exhibit B**: Screenshot of email confirming withdrawal processing (sent).
- **Exhibit C**: Screenshot of the transaction summary showing that the bank transfer was initiated and processed, but never received in my bank account.
- **Exhibit D**: Screenshot of complete withdrawal transaction history from the FTX platform.
- **Exhibit E**: Bank statement for JPMorgan Chase account ending in 0905, demonstrating that no funds were received from FTX US despite the processed withdrawal.
- **Exhibit F**: Confirmation of ACH authorization via Stripe, showing that the linked bank account ends in ▇▇▇▇, matching the account on the bank statement.



## Exhibit B



**FTX US fiat withdrawal sent** Inbox

FTX US <support@ftx.us>
to me

Hello Adam Schneebaum,

Your fiat withdrawal of 8433.06 USD has been processed. Please allow three to five business days for the transfer to arrive in your bank account.

Thu, Nov 10, 2022, 4:34 PM

Reply    Forward


Exhibit C

**Exhibit D**

| Time | Coin | Quantity | Description |
|---|---|---|---|
| 2021-09-06 06:37:28.922137 | USDT | 9841.76108500 | deposit 175389 |
| 2021-09-06 12:46:57.451804 | SOL | -0.00100000 | spot_fee |
| 2021-09-06 12:46:57.451804 | SOL | 1.00000000 | spot_base |
| 2021-09-06 12:46:57.451804 | USDT | -142.21000000 | spot_quote |
| 2021-09-06 12:50:49.522397 | SOL | -0.99900000 | withdrawal 233860 |
| 2021-09-06 13:15:12.910859 | USDT | -9699.55108500 | withdrawal 233876 |
| 2022-08-03 00:58:56.184400 | USD | 1000.00000000 | deposit 986365 |
| 2022-08-03 01:00:55.184163 | USD | 13409.66180000 | deposit 986387 |
| 2022-08-03 01:12:29.188405 | USD | 10799.45760000 | deposit 986497 |
| 2022-08-03 15:18:05.641201 | USD | -10.00000000 | withdrawal 1097004 |
| 2022-08-04 20:39:58.884951 | USD | -8333.00000000 | withdrawal 1100510 |
| 2022-11-10 21:34:56.183043 | USD | -8433.06000000 | fiat_withdrawal 35852 |
| 2022-11-11 03:11:45.648386 | USD | -50.00000000 | withdrawal 1488210 |
| 2022-11-11 03:20:38.778947 | USD | -8283.05940000 | withdrawal 1488372 |
| 2022-11-11 14:40:22.850597 | USD | -100.00000000 | withdrawal 1496125 |

Exhibit E


JPMorgan Chase Bank, N.A.

November 09, 2022 through December 08, 2022
Primary Account: ▮

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00207695 DRE 802 219 34322 NNNNNNNNNNN  1 000000000 06 0000
ADAM M SCHNEEBAUM
230 BRINCKERHOFF CT
ENGLEWOOD NJ 07631-3103



### Get tips for spotting a scam

The four common signs it's a scam are: pretending to be someone you know, pressuring you to act immediately, presenting you with a conditional prize or problem, or asking you to pay in a specific way.

To learn more and see tips on how to help protect your money, visit chase.com/FraudAwareness

## CONSOLIDATED BALANCE SUMMARY

**ASSETS**

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Total Checking | ▮ | ▮ | ▮ |
| Chase Savings | | | |
| **Total** | | | |

**TOTAL ASSETS**

## CHASE TOTAL CHECKING

ADAM M SCHNEEBAUM                                    Account Number: ▮

### CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$18,299.22** |
| Deposits and Additions | 12,291.12 |
| ATM & Debit Card Withdrawals | -60.00 |
| Electronic Withdrawals | -23,996.11 |
| Fees | -3.00 |
| **Ending Balance** | **$6,531.23** |
| Interest Paid Year-to-Date | $0.29 |



November 09, 2022 through December 08, 2022
Primary Account: █████

Your account ending in 0570 is linked to this account for overdraft protection.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $18,299.22 |
| 11/09 | | -6,439.17 | 11,860.05 |
| 11/09 | | -3.00 | 11,857.05 |
| 11/14 | | 300.00 | 12,157.05 |
| 11/14 | | -10,000.00 | 2,157.05 |
| 11/14 | | -1,700.00 | 457.05 |
| 11/15 | | 4,156.56 | 4,613.61 |
| 11/16 | | 3,000.00 | 7,613.61 |
| 11/16 | | -5.00 | 7,608.61 |
| 11/16 | | -5.00 | 7,603.61 |
| 11/17 | | -60.94 | 7,542.67 |
| 11/17 | | -5.00 | 7,537.67 |
| 11/17 | | -5.00 | 7,532.67 |
| 11/17 | | -5.00 | 7,527.67 |
| 11/18 | | 25.00 | 7,552.67 |
| 11/18 | | -50.00 | 7,502.67 |
| 11/22 | | 50.00 | 7,552.67 |
| 11/22 | | 10.00 | 7,562.67 |
| 11/23 | | 553.00 | 8,115.67 |
| 11/23 | | -5.00 | 8,110.67 |
| 11/25 | | -5.00 | 8,105.67 |
| 11/25 | | -5.00 | 8,100.67 |
| 11/25 | | -5.00 | 8,095.67 |
| 11/28 | | -60.00 | 8,035.67 |
| 11/29 | | 40.00 | 8,075.67 |
| 11/30 | | 4,156.56 | 12,232.23 |
| 12/01 | | -3,375.00 | 8,857.23 |
| 12/05 | | -2,300.00 | 6,557.23 |
| 12/08 | | -3.00 | 6,554.23 |
| 12/08 | | -3.00 | 6,551.23 |
| 12/08 | | -3.00 | 6,548.23 |
| 12/08 | | -3.00 | 6,545.23 |
| 12/08 | | -3.00 | 6,542.23 |
| 12/08 | | -3.00 | 6,539.23 |
| 12/08 | | -3.00 | 6,536.23 |
| 12/08 | | -3.00 | 6,533.23 |
| 12/08 | | -2.00 | 6,531.23 |
| | Ending Balance | | $6,531.23 |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network. (Your total electronic deposits this period were $11,538.12. Note: some deposits may be listed on your previous statement)



November 09, 2022 through December 08, 2022
Primary Account: ▮

- OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.
  (Your lowest beginning day balance was $457.05)
- OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.
  (Your average beginning day balance of qualifying linked deposits and investments was $20,407.64)



## CHASE SAVINGS

ADAM M SCHNEEBAUM                                                   Account Number: ▮

### SAVINGS SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $2,643.90 |
| Deposits and Additions | 11,700.10 |
| Electronic Withdrawals | -300.00 |
| Ending Balance | $14,044.00 |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.10 |
| Interest Paid Year-to-Date | $3.07 |

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | Beginning Balance |  | $2,643.90 |
| 11/14 | ▮ | 10,000.00 | 12,643.90 |
| 11/14 | ▮ | 1,700.00 | 14,343.90 |
| 11/14 | ▮ | -300.00 | 14,043.90 |
| 12/08 | ▮ | 0.10 | 14,044.00 |
|  | Ending Balance |  | $14,044.00 |

A monthly Service Fee was **not** charged to your Chase Savings account. You can continue to avoid this fee during any statement period by keeping a minimum daily balance in your account of $300.00 or more.
(Your minimum daily balance was $2,643)



November 09, 2022 through December 08, 2022
Primary Account: ███████

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

# Exhibit F



ADAM

021-4505

SHP WT: LTR
DATE: 04 DEC 2024

BANKRUPTCY COURT DIST DELAWARE
824 N MARKET ST
WILMINGTON DE 19801

DE 197 9-25

UPS NEXT DAY AIR
TRACKING #: 1Z 4F4 9E2 01 7362 7580    1

BILLING: P/P

Attn: Clerk of US Bankruptcy Court
12/5  4pm deadline filing

Visit UPS.com
Apply shipping documents
Window Envelope
Use this envelope with shipping documents or inkjet printer on plain paper.
Scan QR code to schedule a pickup

**Domestic Shipments**
- To qualify for the letter rate, UPS Express® envelopes must contain correspondence, urgent documents, and/or electronic media weighing 8 oz. or less. UPS Express envelopes containing items other or weighing more than 8oz. will be billed by weight.

**International Shipments**
- The UPS Express envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the letter rate, the UPS Express envelope must weigh 8 oz. or less. UPS express envelopes weighing more than 8 oz. will be billed by weight.

**Note:** UPS Express envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

the following services: UPS Next Day Air
UPS Worldwide E
UPS 2nd Day Air®
UPS Worldwide E
not use this envelope for: UPS Ground
UPS Standard
UPS 3 Day Select

Serving you for more than 110 years
United Parcel Service.®