# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| In re: FTX Trading Ltd, et al. [1] | : | Case No.: 22-11068 |
| Debtors. | : | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule of Bankruptcy Procedure 9010-1 and the attached Certification, counsel moves the admission *pro hac vice* of Daniel Thornburgh, Esquire of Aylstock, Witkin, Kreis & Overholtz, PLLC to represent claimants Phillip Hunt, Pavel Vorobets and Matthew Rahe in the above-referenced bankruptcy cases.

*/s/ Deirdre M. Richards*
Deirdre M. Richards (No.4191)
ELLIOTT GREENLEAF, P.C.
1105 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 382-9402
dmr@elliottgreenleaf.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

39010v1

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Florida and Minnesota, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: December 6, 2024      */s/ Daniel Thornburgh*
Daniel Thornburgh, Esquire
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is GRANTED.

39010v1