**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,1 | |
| Debtors. | Case No. 22-11068 (JTD) |
| This Document Relates to: | (Jointly Administered) |
| | **Re: Doc. 27192** |
| Claimant, Pavel Vorobets | Hearing Date: December 12, 2024 at 1:00 P.M. ET |
| Claim Number: 85324 | Objection Deadline: December 6, 2024 at 4:00 P.M. ET |

**CLAIMANT 85324's RESPONSE**
**IN OPPOSITION TO THE DEBTORS' 129th OMNIBUS OBJECTION**

Comes now, Pavel Vorobets, Claimant 85324 (hereinafter "Claimant" or "Claimant 85324"), and herein submits his response to the Debtors' 129th Omnibus Objection. In the 129th Omnibus Objection, the Debtors objected to the Claimant's Proof of Claim, stating that after "Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant." *See* Schedule 1 of Debtors' 129th Omnibus Objection (Doc. No. 27192-2) at p. 16.

However, contrary to the Debtors' objection that no records exist establishing an entitlement, the FTX Customer Claims Portal shows that Claimant 85324 has an entitlement of at least $7,397.10 (USD). Exhibit A – Declaration of Daniel J. Thornburgh. Furthermore, the screenshot provided below which was pulled from the FTX Customer Claims Portal shows that Claimant 85324 held the following positions at the time of the bankruptcy:

1

| Market | Side | Position Size | USD Value |
|---|---|---|---|
| BTC-PERP | Long | 0.3 BTC | $5,132.40 |
| CHZ-PERP | Long | 26,150 CHZ | $4,896.59 |
| CRO-PERP | Long | 62,040 CRO | $5,127.61 |
| ETH-PERP | Long | 4.5 ETH | $5,504.63 |

Total Customer Entitlement Claim: $7,397.10 USD

By applying the cryptocurrency values from the Conversion Table to the positions held by Claimant at the time of the bankruptcy, the Claimant is owed an entitlement of $20,661.23 (USD), as set forth below:

- BTC-PERP: 0.3 x $17,108.00 = $5,132.40
- CHZ-PERP: 26,150 x $0.1872500 = $4,896.59
- CRO-PREP: 62,040 x $0.0826500= $5,127.61
- ETH-PREP: 4.5 x $1,223.25 = $5,504.63

**Total Entitlement Owed: $20,661.23**

As such, the Claimant respectfully disagrees with the Debtors' objection as the Debtors' own Customer Claims Portal shows that Claimant 85324 is, at a minimum, entitled to $7,397.10 (USD). However, based on the positions held at the time of the bankruptcy, it is Claimant's position that he is owed $20,661.23 (USD).

Wherefore, Claimant 85324 respectfully moves for an order modifying his entitlement to $20,661.23 (USD). In the alternative, Claimant requests modification to the $7,297.10, as reflected in the FTX Customer Claims Portal.

Dated: 12/6/24						Respectfully submitted,

								By:
								*/s/ Deirdre M. Richards*
								Deirdre M. Richards (#4191)
								ELLIOTT GREENLEAF PC
								1105 N. Market Street, Suite 1700
								Wilmington, DE 19801
								Phone: (302) 384-9400
								Fax: (302) 384-9399
								Cell: (610) 322-1532

					-and-

								Daniel J. Thornburgh (*pro hac vice* pending)
								Aylstock, Witkin, Kreis
								& Overholtz, PLLC
								17 East Main Street, Suite 200
								Pensacola, FL 32502
								Telephone: 850-202-1010
								Fax: 850-916-7449
								dthornburgh@awkolaw.com

								*Counsel for Pavel Vorobets, Claimant 85324*