# EXHIBIT A to
# Claimant 85324's Response to 129th Objection

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | |
| FTX TRADING LTD., *et al.*,1 | Chapter 11 |
| Debtors. | Case No. 22-11068 (JTD) |
| This Document Relates to: | (Jointly Administered) |
| Claimant, Pavel Vorobets<br>Claim Number: 85324 | **Hearing Date: December 12, 2024 at 1:00 P.M. ET**<br>**Objection Deadline: December 6, 2024 at 4:00 P.M. ET** |

## DECLARATION OF DANIEL J. THORNBURGH

I, Daniel J. Thornburgh, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am over the age of eighteen and competent to make this declaration.

2. I submit this declaration in support of Claimant 85324's response to the objection filed by the Debtors in the above-captioned bankruptcy case regarding Claimant 85324's Proof of Claim.

3. The facts set forth in this declaration are based on my personal knowledge, my review of relevant documents, and information available to me in my capacity as the legal representative of Claimant 85324.

4. Attached hereto as Exhibit 1 is a true and correct copy of a screenshot from the FTX Customer Claims Portal for Claimant 85324.

5. The screenshot reflects that Claimant 85324 has an entitlement claim in the amount of $7,397.10 (USD).

1

6. The information contained in Exhibit 1 accurately reflects the data provided by the FTX Customer Claims Portal as of December 2, 2024.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 6th day of December, 2024, at Pensacola, Florida.

/s/ *Daniel J. Thornburgh*_____
Daniel J. Thornburgh, Esq.

# EXHIBIT 1 to

# Daniel J. Thornburgh Declaration in Support of Claimant's Response to 129th Objection

**Account ID** 17168288

**Unique Customer Code** 806515

**Email** pvorobets@hotmail.com

**Platform** FTX_COM



