# COMPOSITE EXHIBIT A to Claimant's Response to 129th Objection Emails from FTX

| | |
|---|---|
| **From:** | Mr. Mrs. Phillip and Lacy Hunt |
| **To:** | Emily Marchant |
| **Subject:** | Fw: SHIB deposit received |
| **Date:** | Wednesday, November 20, 2024 6:00:25 PM |

**From:** FTX US <no-reply@notifications.ftx.us>
**Sent:** Monday, July 4, 2022 3:01 PM
**To:** phil_hunt@hotmail.com <phil_hunt@hotmail.com>
**Subject:** SHIB deposit received



Hello Phillip M Hunt,

Your deposit of 1713564806.63343042 SHIB (txid 0xfde4c47fc482ebc42cac9154af6e58ec1029d8ae4dcba1cde873a4bae8dac649) has been received and credited to your Main account.

FTX US



| | |
|---|---|
| **From:** | Mr. Mrs. Phillip and Lacy Hunt |
| **To:** | Emily Marchant |
| **Subject:** | Fw: USDC deposit received |
| **Date:** | Wednesday, November 20, 2024 6:00:36 PM |

**From:** FTX US <no-reply@notifications.ftx.us>
**Sent:** Monday, July 4, 2022 2:55 PM
**To:** phil_hunt@hotmail.com <phil_hunt@hotmail.com>
**Subject:** USDC deposit received



Hello Phillip M Hunt,

Your deposit of 11142.27897400 USDC (txid 0xc7b72d76abcc4b211abdabd8527c38a8b18e726b0bb9893785d0a8c8c3811904) has been received and credited to your Main account.

FTX US



| | |
|---|---|
| **From:** | Mr. Mrs. Phillip and Lacy Hunt |
| **To:** | Emily Marchant |
| **Subject:** | Fw: USDC deposit received |
| **Date:** | Wednesday, November 20, 2024 6:02:21 PM |

**From:** FTX US <no-reply@notifications.ftx.us>
**Sent:** Friday, June 17, 2022 3:26 PM
**To:** phil_hunt@hotmail.com <phil_hunt@hotmail.com>
**Subject:** USDC deposit received



Hello Phillip M Hunt,

Your deposit of 120.00000000 USDC (txid 0x0df3e5ecf3cf6c411bb2f06efa0a1bb070961dab7b1b6ab3c8c57108d27f7816) has been received and credited to your Main account.

FTX US



**From:** Mr. Mrs. Phillip and Lacy Hunt
**To:** Emily Marchant
**Subject:** Fw: BTC deposit received
**Date:** Wednesday, November 20, 2024 5:59:55 PM

**From:** FTX US <no-reply@notifications.ftx.us>
**Sent:** Monday, July 4, 2022 3:32 PM
**To:** phil_hunt@hotmail.com <phil_hunt@hotmail.com>
**Subject:** BTC deposit received



Hello Phillip M Hunt,

Your deposit of 1.61313092 BTC (txid f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e) has been received and credited to your Main account.

FTX US

