# EXHIBIT B to
# Claimant's Response to 129th Objection
# ETH Trace



# Destination of Funds – Asset Tracking Report

## Case Details

| | |
|---|---|
| **Case Name** | Hunt, Ph ll p 2023-25979 |
| **Track ng Name** | Hunt, Ph ll p |
| **Report Timestamp** | 2024-11-27 |
| **Track ng Event Start Date** | 2024-11-27 |
| **Track ng Event End Date** | 2024-11-27 |
| **Track ng ID** | b27848a7-5c92-4e26-b284-13e02999d23c |

## Tracking Details

| | |
|---|---|
| **Track ng Direction** | Dest nat on of Funds |
| **Blockchain** | ETH |
| **Min mum Asset Flow Value (in crypto)** | 0.10000000 |
| **Min mum Asset Flow Value (in USD)** | 50 00 |
| **Real T me Monitoring** | No |
| **Stop Tracking On** | C yptocu ency Se v ces<br>Potent al Hot Wallet |

## Report Details

| | |
|---|---|
| **Track ng method applied** | F st In, F st Out |

## Content

| | |
|---|---|
| Scope | The def ned scope fo th s t ack ng un (t ansact on hashes, add esses) |
| By Address | Deta ls on the dent f ed dest nat ons and the co espond ng add esses |
| By Owner | Ove v ew p ov d ng a summa y ove the t acked assets and the d st but on ove the dent f ed owne |
| Destination Transactions | Deta ls on the dent f ed dest nat ons l st ng all ncom ng t ansact ons |
| Transaction Flow | F le l st ng the t ansact on flow f om the nput t ansact ons/add esses to the dent f ed sou ce/dest nat on add esses. |

---

## Disclaimer

Lukka, Inc. (d/b/a Co nf m) ("Co nf m") s not n any way connected w th o unde any common cont ol w th any of the ec p ents of th s epo t and the efo e has fu l ab l ty to p ov de ndependent se v ce. Co nf m s not l able fo any changes n assumpt ons and no any updates to th s epo t n the case of new facts o c cumstances occu ng afte the date of the epo t. Co nf m has conducted th s evaluat on based on publ cly ava lable th d-pa ty sou ces, data and nfo mat on. Co nf m accepts no l ab l ty o espons b l ty fo any such th d-pa ty nfo mat on and shall have no espons b l ty to ndependently ve fy any th d-pa ty nfo mat on o any assumpt ons conta ned the e n. Any dec s on taken by the ec p ents s to be made solely based on the ec p ents sole judgment and at the ec p ents sole sk. The l ab l ty of Co nf m s he eby excluded to the fullest extent pe m tted by the appl cable law. In no event w ll Co nf m o any of ts aff l ates and ts and the off ce s, d ecto s, manage s, owne s, adv so s, employees and agents be l able to the ec p ents o to any othe pa ty fo

( ) any loss, damage o othe n u y, n whole o n pa t caused by, esult ng f om o elat ng to, any e o (negl gent o othe w se) n the epo t, o any othe c cumstance o cont ngency w th n o outs de the cont ol of Co nf m, n connect on w th the p ocu ement, collect on, comp lat on, analys s, nte p etat on, commun cat on, publ cat on o del ve y of the epo t o ,

( ) any nd ect, spec al, pun t ve, nc dental, exempla y, expectancy o consequent al damages, nclud ng lost p of ts, lost evenues, loss of oppo tun ty o bus ness nte upt on, whethe o not such damages a e fo eseeable.

Scope

Case Name Hunt Phil lp 2020-28879
T acking Name Hunt Ph l p
T acking ID b27848a7-9c82 4a08-b184 13e02999d23c

| Transaction Hash | Source Address | Destination Address | Asset Name | Amount In scope (pe Asset Name) | Amount In scope (≈ USD @ day o t ansact on) | Amount n scope (≈ USD @ day o epo t) |
|---|---|---|---|---|---|---|
| c7b72d76abcc4b211abdabd8527c38a8b18e726b0bb9893785d0a8c8c3811904 | 503828976d22510aad0201ac7ec88293211d23da | f6da30e1491e4a717d7cce8e0fe840e0e58aaa1f | USDCo n | 11 142 27897 | $11 153 42 | $11,153.42 |
| 37ac2a5a30f017b210078d45d56863c0e21676f1e6c43700657b827f3f3f76b2 | 3cd751e6b0078be393132286c442345e5dc49699 | 816c0ecaf18b38c0534fdda26025938c54d7eb8e | ETH | 6 59887 | $7 378 72 | $23,534.21 |
| 0df3e6ec 3cf6c411bb2f06efa0a1bb070961dab7b1b6ab3c8c57108d27f7816 | 71660c4005ba85c37ccec55d0c6493e66fe775d3 | f6da30e1491e4a717d7cce8e0fe840e0e58aaa1f | USDCo n | 120 00000 | $120 12 | $120.12 |
| f 7f 82 2 915 6 58 1029 8 1 873 8 6 9 | 95 9 206 52 8 f 90 18 1 88 | f6 30 1 91 717 7 8 0f 8 0 0 58 1f | SHIB INU | 1 713 56 806 633 3 | $17 272 73 | $ 3 6 50 |

By Address

[illegible]

| Destination Address | Owner Name (Destination Address) | Beneficiary name (Destination Address) | Custom Address Label (Destination Address) | Stop Reason | Stop Reason Additional Information | Confirmed by all tracking methods | Asset Type | Asset Name | Assets Traced (Amount in Asset Terms) | Assets Traced (in USD @ day of transaction) | Assets Traced (in USD @ day of report) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | TXUS | | | Cryptocurrency Exchange | Exchange \| Other Observation | Yes | [illegible] | USDCoin | [illegible] | [illegible] | [illegible] |
| [illegible] | TX | | | Cryptocurrency Exchange | Exchange \| Other Observation | Yes | ETH | ETH | [illegible] | [illegible] | [illegible] |



By Owner

Case Name: Hunt Phillip 2023-25979
Tracking Name: Hunt Phillip
Tracking ID: b27848a7-5c92-4e26-b284-13e02999d23c

| Owner Name | Confirmed by all tracking methods | Assets Traced (in USD @ day of transaction) | Assets Traced (in USD @ day of report) |
|---|---|---|---|
| FTX US | Yes | $17,272.73 | $43,644.50 |
| FTX US | Yes | $11,273.54 | $11,273.54 |
| FTX | Yes | $7,391.16 | $23,531.15 |

| Transaction Hash | Owner Name (for source address) | Beneficiary Name (for destination address) | Counterparty Address Label (for destination address) | Destination Address | Asset Type | Asset Name | Confirmed by all tracking methods | Transaction Date (UTC) | Assets Traced (amount in native token) | Assets Traced (USD @ day of transaction) | Assets Traced (USD @ report date) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | TRUE |  |  | [illegible] | [illegible] | USDCoin | Yes | 2022-06-17 21:28:42 | 120.00000000 | $120.12 | $120.12 |
| [illegible] | TRUE |  |  | [illegible] | [illegible] | USDCoin | Yes | 2022-07-04 20:55:14 | 11,142.27807600 | $11,155.42 | $11,155.42 |





## Scope

| Column | Column Title | Description |
|---|---|---|
| B | **Transaction Hash** | Unique identifier for this specific blockchain transaction. |
| C | **Source Address** | The blockchain address **from** which the assets were moved.<br>*Note: There may be multiple addresses sending funds in a blockchain transaction.* |
| D | **Destination Address** | The blockchain address **to** which the assets were moved.<br>*Note: There may be multiple addresses receiving funds in a blockchain transaction.* |
| E | **Asset Name** | The name of cryptocurrency unit of the *Assets Traced* |
| F | **Amount in scope** (per Asset Name) | The amount in cryptocurrency traced for the asset in scope rounded to 5 decimals. |
| G | **Amount in scope** (in USD @ day of transaction) | The amount in USD at the time of the transaction, traced for the asset in scope rounded to 2 decimals. |
| H | **Amount in scope** (in USD @ day of report) | The amount in USD at the time of the report generation, traced for the asset in scope rounded to 2 decimals. |

## By Address

| Column | Column Title | Description |
|---|---|---|
| B | **Destination Address** | The identified destination address, where the tracked assets where deposited to. |
| C | **Owner Name** (Destination Address) | The name of the identified owner. |
| D | **Beneficiary name** (Destination Address) | The name of the beneficiary for instance a nested service using an exchangeas a service provider. |
| E | **Custom Address Label** (Destination Address) | A user-defined name for *Destination Address* , which is set by uploading a csv file provided by the user. |
| F | **Stop Reason** | The criteria which triggered to stop the tracking. |
| G | **Stop Reason:** Additional Information | Additional information about the criteria, which triggered to stop the tracking. |
| H | **Confirmed by all tracking methods** | **Yes** - If all tracked assets are confirmed by all 5 tracing methodologies (FIFO, LIFO, Pro-Rata by Outputs, Pro-Rata by Blocks, Taint Last).<br>**No** - If tracked assets can not be confirmed by all 5 tracing methodologies (FIFO, LIFO, Pro-Rata by Outputs, Pro-Rata by Blocks, Taint Last). |
| I | **Asset Type** | Native name of the asset or smart contract address in case of a token. |
| J | **Asset Name** | Name of the asset. |
| K | **Assets Traced** (amount per Asset Name) | The average amount per Asset traced for the asset in scope across the 5 tracing methodologies (FIFO, LIFO, Pro-Rata by Outputs, Pro-Rata by Blocks, Taint Last) rounded to 5 decimals. |
| L | **Assets Traced** (in USD @ day of transaction) | The estimated amount of Assets Traced incoming to the Destination Address in USD at the day of the transaction for the given tracking method (FIFO, LIFO, Pro-Rata by Outputs, Pro-Rata by Blocks, Taint Last) |

| Column | Column Title | Description |
|---|---|---|
| M | **Assets Traced** (in USD @ day of report) | The estimated amount of Assets Traced incoming to the Destination Address in USD at the day of the report for the given tracking method (FIFO, LIFO, Pro-Rata by Outputs, Pro-Rata by Blocks, Taint Last) |

## By Owner

| Column | Column Title | Description |
|---|---|---|
| B | **Owner Name** | The name of the identified owner. |
| C | **Assets Traced** (in USD @ day of transaction) | The average amount in USD at the time of the transaction, traced for the asset in scope across the 5 tracing methodologies (FiFo, LiFo, Pro-Rata Outputs, Pro-Rata Blocks, Taint Last) rounded to 2 decimals. |
| D | **Assets Traced** (in USD @ day of report) | The average amount in USD at the time of the report generation, traced for the asset in scope across the 5 tracing methodologies (FiFo, LiFo, Pro-Rata Outputs, Pro-Rata Blocks, Taint Last) rounded to 2 decimals. |

## Destination Transactions

| Column | Column Title | Description |
|---|---|---|
| B | **Transaction Hash** | Unique identifier for this specific blockchain transaction. |
| C | **Owner Name** (Destination Address) | The name of the identified owner. |
| D | **Beneficiary Name** (Destination Address) | The name of the beneficiary for instance a nested service using an exchangeas a service provider. |
| E | **Custom Address Label** (Destination Address) | A user-defined name for *Destination Address*, which is set by uploading a csv file provided by the user. |
| F | **Destination Address** | The identified destination address, where the tracked assets where deposited to. |
| G | **Asset Type** | Native name of the asset or smart contract address in case of a token. |
| H | **Asset Name** | Name of the asset. |
| I | **Confirmed by all tracking methods** | **Yes** - If all tracked assets are confirmed by all 5 tracing methodologies (FIFO, LIFO, Pro-Rata by Outputs, Pro-Rata by Blocks, Taint Last).<br>**No** - If tracked assets can not be confirmed by all 5 tracing methodologies (FIFO, LIFO, Pro-Rata by Outputs, Pro-Rata by Blocks, Taint Last). |
| J | **Transaction Date** (UTC) | The date the transaction took place in the UTC time zone. |
| K | **Assets Traced** (amount per Asset Name) | The average amount per Asset traced for the asset in scope across the 5 tracing methodologies (FIFO, LIFO, Pro-Rata by Outputs, Pro-Rata by Blocks, Taint Last) rounded to 5 decimals. |
| L | **Assets Traced** (in USD @ day of transaction) | The average amount in USD at the time of the transaction, traced for the asset in scope across the 5 tracing methodologies (FiFo, LiFo, Pro-Rata Outputs, Pro-Rata Blocks, Taint Last) rounded to 2 decimals. |
| M | **Assets Traced** (in USD @ day of report) | The average amount in USD at the time of the report generation, traced for the asset in scope across the 5 tracing methodologies (FiFo, LiFo, Pro-Rata Outputs, Pro-Rata Blocks, Taint Last) rounded to 2 decimals. |

## Transaction Flow

| Column | Column Title | Description |
|---|---|---|
| B | **Transaction Hash** | Unique identifier for this specific blockchain transaction. |
| D | **Block Height** | The unique number of the block on the blockchain network that contains the transaction with the specified *Transaction Hash*. |

| | | |
|---|---|---|
| E | **Block Time** | The time the specified block was added to the blockchain ledger, identical to the time of the specified transaction, provided in the UTC time zone. |
| F | **Asset Type** | Native name of the asset or smart contract address in case of a token. |
| G | **Asset Name** | Name of the asset. |
| H | **Cluster From** | The cluster for *Address From* , where a cluster is a group of addresses belonging to the same person or entity, grouped using a common clustering method (e.g. behavioral clustering or native clustering). |
| I | **Cluster To** | The cluster for *Address To* , where a cluster is a group of addresses belonging to the same person or entity, grouped using a common clustering method (e.g. behavioral clustering or native clustering). |
| J | **Address From** | The blockchain address from which the transaction was sent.<br>*Note: There may be multiple addresses sending funds in a blockchain transaction.* |
| K | **Address To** | The blockchain address to which the transaction was sent.<br>*Note: There may be multiple addresses receiving funds in a blockchain transaction.* |
| L | **Owner Name** (Address From) | The name of the identified owner of *Address From* . |
| M | **Owner Name** (Address To) | The name of the identified owner of *Address To* . |
| N | **Beneficiary Name** (Address From) | The name of the beneficiary for instance a nested service using an exchange as a service provider. |
| O | **Beneficiary Name** (Address To) | The name of the beneficiary for instance a nested service using an exchange as a service provider. |
| P | **Custom Address Label** (Address From) | A user-defined name for *Address From* , which is set by uploading a csv file provided by the user. |
| Q | **Custom Address Label** (Address To) | A user-defined name for *Address To* , which is set by uploading a csv file provided by the user. |
| R | **Transaction Amount** (per Asset) | The amount of the specified unique *Asset* (e.g. BTC or LTC) transferred in the transaction, expressed in asset type-specific units (including any decimal places), less the transaction fee. |
| S | **Transaction Amount** (proportional per Asset) | The amount of the specified unique *Asset* (e.g. BTC or LTC) transferred in the transaction, expressed in asset type-specific units (including any decimal places), less the transaction fee.<br>The amount is calculated proportionally if there are multiple *From* and multiple *To* addresses in a transaction (multiple-input-multiple-output-transaction). |
| T | **Estimated Assets Traced Carried** (Address From per Asset) | The estimated amount of *Assets Traced Carried* by *Address From* per *Asset* for the given tracking method. |
| U | **Estimated Assets Traced Carried** (Address To per Asset) | The estimated amount of *Assets Traced Carried* by *Address To* per *Asset* for the given tracking method (FIFO, LIFO, Pro-Rata by Outputs, Pro-Rata by Blocks, Taint Last). The estimated amount does not include the value of funds sent directly from the same address to the same address (direct u-turn transaction). Tracking algorithms use a so-called threshold for *Assets Traced* (both in amount per Asset and in USD equivalent). Within the given analysis, the threshold is always the same for all tracing-methods used.<br>If the amount of *Estimated Assets Traced Carried (Address From, per Asset)* is less than the threshold, the *Estimated Assets Traced Carried (Address To, per Asset)* is reduced to zero. |

DoF_Glossary

DoF_Glossary