# EXHIBIT C to
# Claimant's Response to 129th Objection
# BTC Trace

coinfirm powered by Lukka

D

R

**Case Name:** Hunt, Phillip 2023-25979
**Tracking Name:** BTC FTX Trace
**Tracking ID:** 460984e0-0c65-4a65-ad83-a9fb6210f426

| Transaction Hash | Source Address | Destination Address | Asset Name | Amount in scope (per Asset Name) | Amount in scope (in USD @ day of transaction) | Amount in scope (in USD @ day of report) |
|---|---|---|---|---|---|---|
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 3MCGze2CD6Z3HY3AdsWhQ3TQuttbFsf5QL | BTC | 0.00306 | $60.59 | $293.35 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 1EhDuoSJu6pRsYx1WRFzkVBDLFmaZo378q | BTC | 0.00377 | $74.58 | $361.09 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | bc1qvm2vqhhkyfdalusqxhdksmfrldxuyp6ldrkddl | BTC | 0.00775 | $153.34 | $742.40 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 3MENTKBWN2ev9PgEHtDwdHg74QFhWXiH6R | BTC | 0.01211 | $239.83 | $1,161.14 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 35WcbpEDjkU64BN4uNNY4vh1butbhVjtxe | BTC | 0.00056 | $11.04 | $53.43 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | bc1q8m6mhddaq6keufcvryej4kdgmmzwzl07x2e907 | BTC | 0.00759 | $150.37 | $728.01 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 3AWurYH5g64xsFBEWjbCnHBYz7Q9USFpun | BTC | 0.00074 | $14.57 | $70.53 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 31mCjYPXvGPaJjH569PrGmguv82HWWXn7i | BTC | 0.00230 | $45.54 | $220.47 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 3537VhAK2tjyXmhrT5Eq9w2UgUBnrQHVDb | BTC | 0.00217 | $42.93 | $207.83 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 36YnyqAR964w9ZgSsRCBNqGZn9U77AJpR5 | BTC | 0.00123 | $24.28 | $117.55 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | bc1q35havmn2qnzqcapzsen7sdhxeehxvjunt95lzm | BTC | 1.00000 | $19,798.60 | $95,856.00 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 38GxXqm5FnRZb9hXJ2FAb6eNHbprzPjFfA | BTC | 0.00205 | $40.61 | $196.63 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | bc1q3lje5d95s9kt9zraf4lwv4ly4wzmywgdjhrnd2 | BTC | 0.00018 | $3.64 | $17.64 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 1JvCe4cK6hy824vFzM63Gg9n3bXT9EDrHg | BTC | 0.00025 | $4.91 | $23.77 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 36dWZ3AX25XhuCj68dEuQL2SHLDJGSLgsF | BTC | 0.01013 | $200.60 | $971.22 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | bc1qqgux2jxulfmgj0vf88w4uq8al9ggtz3kay7u2u | BTC | 0.00338 | $66.94 | $324.11 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 3QTHR2KewYeeas48xZm2bGZTudSY4vUjmo | BTC | 0.00484 | $95.83 | $463.98 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | bc1qk20cfu6kvsvf5c7f36fqm4v6sayrlt4q2jquvx | BTC | 0.00416 | $82.28 | $398.36 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 3KGSwfcESg24aenhNNVndZtbH8rbYZwjoi | BTC | 0.00484 | $95.81 | $463.87 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 34bBCBVhfUpQL4c69GX9Pk6Uh3QLzyrE3j | BTC | 0.00010 | $2.00 | $9.71 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 3JKrs7q7skCvbBNWkNaxTmJdJfHcRJm3k6 | BTC | 0.03984 | $788.81 | $3,819.06 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 3AFR7cNke82GABufSro6i6hqy1LHcrdyTt | BTC | 0.00727 | $143.86 | $696.52 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 38VjWqQxwvtMkUNzbq37yyaGhh8HoPqdqc | BTC | 0.00191 | $37.79 | $182.95 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | bc1q68p2uuyn72rd90hcnfnlx5q4stux2sdptptj9r | BTC | 0.00786 | $155.64 | $753.56 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 1tGd2F5JTPosjw46XXNntmsh6FU1BK2pr | BTC | 0.00400 | $79.19 | $383.42 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 1MDBCKMaHyBt3ZhzNVs6q2zyQEtnfRrRTt | BTC | 0.00090 | $17.91 | $86.71 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 3PpjKLnSWjTSpHeRoy85AuNPW1BUj4auws | BTC | 0.00588 | $116.40 | $563.57 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 37TFgSzoABWa8GsAGYB6hLWYAjEedGqKmE | BTC | 0.01309 | $259.17 | $1,254.79 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 3LUQnq1FWZ2KMxvwxKG59hzWbsqVcSKn9r | BTC | 1.61313 | $31,937.73 | $154,628.28 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | bc1qt3gv7s3y0z627xd4hmh0erly53sj7qwa283nnd | BTC | 0.10077 | $1,995.16 | $9,659.69 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | bc1qvne93vdxhdszckpvtvq28awunz2h0rszlmzq34 | BTC | 0.00053 | $10.44 | $50.56 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 35XwbFsPw3DFXtinPQx64w5yJeedNp9rug | BTC | 0.00726 | $143.65 | $695.50 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 3MHbfvcr5qJHjW5CTx3SB3rWV8BN9xft5t | BTC | 0.00253 | $50.17 | $242.90 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 1PbtSKmsocVAzpwuxQGWNdDFAmEmktkbv | BTC | 0.01415 | $280.16 | $1,356.40 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | bc1ql5eef38nuxjee8pd638r9xrjdzjhqzf69eh5x4 | BTC | 0.00371 | $73.44 | $355.57 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | bc1q3zvnmea969yf3l02j7js9mlsctunltxcc6qzdf | BTC | 0.01029 | $203.75 | $986.49 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 3P1RvaWicMtYfByUoaoRfDZ7JXkLzvGXRa | BTC | 0.00511 | $101.23 | $490.09 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 35fTqM5rWNq7QktrJdUtW98yuY593uxABb | BTC | 0.00873 | $172.75 | $836.38 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | bc1qs0rg63kx2lke29gk9vfa2vytjmwj42m02tp3up | BTC | 0.00263 | $52.14 | $252.41 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | bc1q2zfalhxynrs9z0nejklrz22nrzzlqcevkdl37d | BTC | 0.39000 | $7,721.45 | $37,383.84 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | bc1q0w3qzfcrt20mp0fc3zu0szfqftq3958zux5mdh | BTC | 0.00060 | $11.97 | $57.95 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 3FuYeWjqaBLL3M1JcatHZz2hCjTdoxGMb3 | BTC | 0.00061 | $12.03 | $58.23 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 12ZEC57ufRNdbaY3huc4LZbhF8sf2hWxFM | BTC | 0.00898 | $177.88 | $861.22 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 1FpNT5cDCoVyxHoZUtsNpYU9GoSsBnVcmD | BTC | 0.00304 | $60.21 | $291.50 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | bc1qqgls33zqdktks78tykmukff8jytcu8l90yqn58 | BTC | 3.14579 | $62,282.22 | $301,542.78 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | bc1q824t030y0x7gdq7utn4n43lgfww9d9ravkqu2q | BTC | 0.00050 | $9.90 | $47.93 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 32tkP8Yp49A6KzZqKyJskGFEQEhXve1D9T | BTC | 0.00238 | $47.13 | $228.19 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | bc1qu8e58sf40nsc5cxyf4yfawx8uz8u0vy2av0s2v7muw4llqcwk3kqhap8n9 | BTC | 0.00912 | $180.47 | $873.73 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 39yctUC8JNGBUb8jRh88Cx5AH82ZwAs6ot | BTC | 0.08922 | $1,766.39 | $8,552.09 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 1htDjFkPEbXPoWThJ6psyeJ4Mm4PEX6q3 | BTC | 0.00506 | $100.22 | $485.24 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | bc1q6e3zskzmnpsjcmjya3rdtnyqntevsxhdn6czvm | BTC | 0.00486 | $96.22 | $465.85 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 3K1FuRRwRbxAcCRySZfg4Rju7kW5roXsEJ | BTC | 0.00231 | $45.83 | $221.87 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | bc1qcl376n57sxh7xefg6zuzpr2qktg62mgfpzkdc4 | BTC | 0.02028 | $401.52 | $1,943.97 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | bc1q4ssjysnq0cyyp5js8s0jj9rz56y2acj7q090l8 | BTC | 0.00297 | $58.80 | $284.69 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | bc1qvxn3hte3shg9rsfekxa8lygcr73az0rhe38us0 | BTC | 0.00101 | $20.04 | $97.05 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 1Jvxn5bNV1FxoW7fwipSiUioGrcKE4mUtL | BTC | 0.00707 | $139.96 | $677.61 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 3Hmz6fzwJFWStscaQ9Lq5mLgChhoCmVCd4 | BTC | 0.00101 | $20.05 | $97.08 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 1GzLzK5R2LeWnvAoEzdon43bdyC298H6x9 | BTC | 0.00247 | $48.83 | $236.41 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | bc1qpwxa2nn5qj3st45qfdt7chmjztazpe2ztp8qfc | BTC | 0.06132 | $1,214.13 | $5,878.29 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | bc1qw2grwl7wg6amcmhhdvu7n7h2svsamf0vhxempc | BTC | 0.00484 | $95.90 | $464.32 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 1K8Rgx82Mb3zVfPJwAntvMe9Nj2ky5avoN | BTC | 0.01000 | $197.99 | $958.56 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 34MVirWJByciWME7MK8j8LKNA61Dguo1Ed | BTC | 0.00012 | $2.44 | $11.82 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 1AstJ2cLkXrdoRJsv7KSGDXgUya24Ki5vV | BTC | 0.00156 | $30.92 | $149.71 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 34Fxg9GU8af9PXLCAPMN3XiJJMCknu2M4Y | BTC | 0.00997 | $197.44 | $955.92 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 3735mLPY8QoAs53AhY6chcD9jkKvJnoe6c | BTC | 0.01210 | $239.57 | $1,159.90 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 1KpHvvmXBK91hEyYAq39CPGANG9Y8oVnnY | BTC | 0.01046 | $207.12 | $1,002.76 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | 1JWjqkKEmyRvjfTiyToo9z6nybUfQdqpQu | BTC | 0.28845 | $5,710.93 | $27,649.78 |
| f29b11ab4e79e2bd7c8dcb9507552f4328e865163d17d53fb9cee7d46c80c00e | bc1q2nhftk9xsv9jm88cg3tj9hz0nhghsl6866znat | bc1q2y8ls7udxattd20ae0q90r3gm9na6dyh4pm0y5 | BTC | 0.00045 | $8.90 | $43.10 |

**Case Name:** Hunt, Phillip 2023-25979
**Tracking Name:** Phillip Hunt BTC FTX Trace
**Tracking ID:** 460984e0-0c65-4a65-ad83-a9fb6210f426

| Owner Name | Confirmed by all tracking methods | Assets Traced (in USD @ day of transaction) | Assets Traced (in USD @ day of report) |
|---|---|---|---|
| BetOnline | Yes | $47.13 | $228.19 |
| Binance | Yes | $520.34 | $2,519.25 |
| Bitso.com | Yes | $45.54 | $220.47 |
| Bovada | Yes | $4.91 | $23.77 |
| Busha | Yes | $172.75 | $836.38 |
| Cash App | Yes | $222.59 | $1,077.67 |
| Chivo Wallet | Yes | $24.28 | $117.55 |
| CoinGate | Yes | $60.59 | $293.35 |
| Coinbase | Yes | $3,202.71 | $15,506.10 |
| CoinsPaid \|-\| alphapo | Yes | $239.83 | $1,161.14 |
| CoinsPaid | Yes | $226.21 | $1,095.19 |
| Kraken | Yes | $2,020.78 | $9,593.11 |
| KuCoin | Yes | $259.17 | $1,254.79 |
| LocalBitcoins.com | Yes | $24,347.10 | $114,175.47 |
| Mega Darknet Market \|-\| OMG!OMG! | Yes | $153.78 | $744.51 |
| Mega Darknet Market | Yes | $58.80 | $284.69 |
| RollerCoin | Yes | $2.44 | $11.82 |
| Roobet | Yes | $180.47 | $873.73 |
| Stake.com | Yes | $2,150.46 | $10,411.56 |
| TradeOgre | Yes | $9.90 | $47.93 |
| HTX (Huobi.com) | No | $5,922.25 | $27,649.78 |

coinfirm powered by Lukka® | Investigator