# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | |
| FTX TRADING LTD., *et al.*,1 | Chapter 11 |
| Debtors. | Case No. 22-11068 (JTD) |
| This Document Relates to: | (Jointly Administered) |
| Claimant, Phillip Hunt<br>Claim Number: 80028 | **Hearing Date: December 12, 2024 at 1:00 P.M. ET**<br>**Objection Deadline: December 6, 2024 at 4:00 P.M. ET** |

## DECLARATION OF DANIEL J. THORNBURGH

I, Daniel J. Thornburgh, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am over the age of eighteen and competent to make this declaration.

2. I submit this declaration in support of Claimant 80028's response to the objection filed by the Debtors in the above-captioned bankruptcy case regarding Claimant 80028's Proof of Claim.

3. The facts set forth in this declaration are based on my personal knowledge, my review of relevant documents, and information available to me in my capacity as the legal representative of Claimant 80028.

4. The Exhibits attached to Claimant 80028 Response in Opposition to Debtors' 129th Omnibus Objection are true and correct copies of Blockchain tracing reports using a Blockchain analytics database called Coinfirm owned and operated by Lukka.

5. The tracing of the Claimant's FTX deposits was conducted by the undersigned on November 27, 2024 and reflect that the following assets were deposited in Claimant's

FTX account in July of 2022 and appear to have remained in the Claimant's FTX account up until FTX filed for bankruptcy protection:

- USDC: 11,142.278974 = ~$11,262.28
- SHIB: 1,713,564,806.63343042 x 0.0000098 = $16,792.94
- ETH: 6.59887016 x $1,258.84 = $8,306.92
- BTC*: 1.61313092 x $16,871.63 = $27,216.15

6. The information contained in Exhibit B and C attached to the Response accurately reflects the data on the Blockchain as of the date of the tracing was performed on November 27, 2024.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 6th day of December, 2024, at Pensacola, Florida.

/s/ *Daniel J. Thornburgh*
Daniel J. Thornburgh, Esq.