**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | |
| FTX TRADING LTD., *et al.*,1 | Chapter 11 |
| Debtors. | Case No. 22-11068 (JTD) |
| This Document Relates to: | (Jointly Administered) |
| | **Re: Doc. 27192** |
| Claimant, Matthew Rahe | Hearing Date: December 12, 2024 at 1:00 P.M. ET |
| Claim Number: 85328 | Objection Deadline: December 6, 2024 at 4:00 P.M. ET |

**CLAIMANT 85328'S RESPONSE**
**IN OPPOSITION TO THE DEBTORS' 129TH OMNIBUS OBJECTION**

Comes now, Matthew Rahe, Claimant 85328 (hereinafter "Claimant" or "Claimant 85328"), and herein submits his response to the Debtors' 129th Omnibus Objection. In the 129th Omnibus Objection, the Debtor objected to the Claimant's Proof of Claim, stating that after "Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant." *See* Schedule 1 to Debtors' 129th Omnibus Objection (Doc. No. 27192-2) at p. 14.

However, contrary to the Debtors' claim that no records exist establishing an entitlement, the FTX Customer Claims Portal shows that Claimant has a "Total Customer Entitlement Claim" of in the amount of $3,843.72 (USD). Exhibit A – Declaration of Daniel J. Thornburgh. Moreover, the screenshot of the FTX Claims Portal (attached as an exhibit to Exhibit A) shows that the Claimant held the following cryptocurrency on the FTX platform at the time of the bankruptcy:

1



By applying the cryptocurrency values from the Conversion Table that was approved by the Court, it is the Claimant's position that he is entitled to $3,904.47 (USD), as set forth below:

- USD - $3688.33 x $1.0 = $3,688.33
- Dogecoin – 2788 x $0.082 = $222.94
- ETH – 0.0311455 x $1,258.84 = $39.20

**Total USD Value:  $3,950.47**

As such, we respectfully request that the Debtor modify the Claimant's claim and agree that his "Total Customer Entitlement Claim" is $3,950.47, based on the Debtor's own records which are located on the FTX Customer Claim's Portal.

Wherefore, Claimant 85328 respectfully moves for an order modifying his entitlement to $3,950.47 (USD).

Dated: 12/6/24

Respectfully submitted,

By:

/s/ Deirdre M. Richards
Deirdre M. Richards (#4191)
ELLIOTT GREENLEAF PC
1105 N. Market Street, Suite 1700
Wilmington, DE 19801
Phone: (302) 384-9400
Fax: (302) 384-9399
Cell: (610) 322-1532

-and-

Daniel J. Thornburgh (*pro hac vice* pending)
Aylstock, Witkin, Kreis
& Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com

*Counsel for Matthew Rahe, Claimant 85328*