IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | Chapter 11 |
|---|---|---|
| In re: | : | |
| | : | |
| In re: FTX Trading Ltd, et al.[1] | : | Case No.: 22-11068 |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Deirdre M. Richards, hereby certify that the foregoing Claimant's Response in Opposition to the Debtors' 129th Omnibus Objection was filed via ECF with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and a copy served on Counsel for Debtors and Debtors-in-Possession at landis@lrclaw.com, brown@lrclaw.com, pierce@lrclaw.com, dietdericha@sullcrom.com, bromleyj@sullcrom.com, gluecksteinb@sullcrom.com, and kranzleya@sullcrom.com on December 6, 2024.

By:

/s/ Deirdre M. Richards
Deirdre M. Richards, Esquire
ELLIOTT GREENLEAF
1105 N. Market Street, Suite 1700
Wilmington, DE 19801
Phone: (302) 384-9400
Fax: (302) 384-9399
Cell: (610) 322-1532

*Counsel for Phillip Hunt, Claimant 80028*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

39060V1