**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. No. 26404 |

**STATEMENT OF THE DEBTORS REGARDING FILING OF RECOGNITION**
**APPLICATION IN SINGAPORE WITH RESPECT TO QUOINE PTE LTD**

On October 8, 2024 (the "Confirmation Date"), the United States Bankruptcy Court for

the District of Delaware (the "U.S. Bankruptcy Court") entered an order (the "Confirmation

Order") confirming the *Second Amended Joint Chapter 11 Plan of Reorganization of FTX*

*Trading Ltd. and Its Debtor Affiliates* (the "Plan") of FTX Trading Ltd. and its affiliated debtors

and debtors-in-possession (collectively, the "Debtors").[2]

On November 20, 2024, Quoine Pte Ltd ("Quoine") filed an application with the

Singapore International Commercial Court (the "SICC") seeking recognition of certain orders

of the U.S. Bankruptcy Court, including the Confirmation Order, the Digital Assets Estimation

Order and the Claims Bar Date (the "Singapore Recognition Application").  The SICC has

assigned the case number SIC/OA 23/2024 for the Singapore Recognition Application.  The

purpose of the Singapore Recognition Application is to facilitate the implementation of the

Plan with respect to Quoine in Singapore.

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]    See *Findings of Fact, Conclusions of Law and Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 26404] (the "Confirmation Order"). Capitalized terms used but not otherwise defined in this statement have the meanings ascribed to such terms in the Confirmation Order, including the Plan attached thereto as Exhibit A.

On December 6, 2024, the SICC provided the directions set forth in **Exhibit A** hereto (the "SICC Directions"). In particular, the hearing for the Singapore Recognition Application has been scheduled for February 4, 2025 at 9:30 a.m. (Singapore time). **If you are a creditor of Quoine, you should review the SICC Directions.**

In connection with the Singapore Recognition Application, Quoine is also seeking to be recognised and be given full force and effect, the order of the U.S. Bankruptcy Court dated January 9, 2023 titled *Final Order (I) Modifying Certain Creditor List Requirements, (II) Authorizing the Debtors to Serve Certain Parties by E-mail and (III) Granting Related Relief* [D.I. 425], which, among other things, modified the service requirements of Bankruptcy Rule 2002(g) to permit e-mail service to certain creditors (the "Revised Notice Procedures").

Pursuant to the Plan, the Debtors may determine, no later than 180 days after the Confirmation Date, to exclude Quoine from the Plan and treat Quoine as an Excluded Entity in the event that the SICC has not entered orders in form and substance reasonably acceptable to the Debtors (i) recognizing the Chapter 11 Case of Quoine in Singapore and (ii) granting full force and effect in Singapore to the Confirmation Order, the Digital Assets Estimation Order and the Claims Bar Date.

To the extent determined by the Debtors or otherwise required by the SICC, the Debtors intend to provide updates regarding the Singapore Recognition Application on the website of the Debtors' claims and noticing agent, Kroll Restructuring Administration LLC ("Kroll"), at https://restructuring.ra.kroll.com/FTX/ (the "Kroll Website") and otherwise in accordance with the Revised Notice Procedures.

**If you are a creditor of Quoine and would like to receive paper copies of any subsequent filings made by the Debtors with the SICC in connection with the Singapore Recognition Application and any orders entered by the SICC in connection with the Singapore Recognition Application, please send a request by e-mail to**

**FTXquestions@kroll.com** **with a reference to "Request for Paper Notices Re: Singapore Recognition Proceedings" in the subject line.**

**Copies of the Plan, the Confirmation Order and all other documents filed in the Debtors' Chapter 11 Cases may be obtained (i) for a nominal fee from the U.S. Bankruptcy Court's electronic docket for the Debtors' Chapter 11 Cases at https://ecf.deb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or (ii) free of charge by accessing the Kroll Website at https://restructuring.ra.kroll.com/FTX.**

Dated: December 9, 2024
        Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kimberly A. Brown*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
        brown@lrclaw.com
        pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
        bromleyj@sullcrom.com
        gluecksteinb@sullcrom.com
        kranzleya@sullcrom.com

*Counsel for the Debtors and*
*Debtors-in-Possession*