**Exhibit A**

**SICC Directions of December 6, 2024**

SIC/OA 23/2024 – Court Directions

1. Any directions and notices from the Court may be uploaded to Kroll Restructuring Administration LLC's website at https://restructuring.ra.kroll.com/FTX/Home-Index for the purposes of notifying creditors and other parties who may be affected by the reliefs sought in SIC/OA 23/2024 ("**OA 23**"), subject to orders of the Court to be rendered at the time of the hearing of OA 23.

2. The directions below are to be notified to all Interested Parties as soon as practicable, and in any event, no later than 11 December 2024.

3. Any person who has interest in OA 23, or who claims to have an interest in the same ("**Interested Party**"), who wishes to attend the hearing of OA 23 must write in to us by **6 January 2025, 11.59pm (Singapore time)** stating their position on the application and by the same date, file a reply affidavit (if any) in response to OA 23.

4. Any Interested Party must appoint counsel with rights of audience in Singapore to represent it at the hearing of OA 23 if: (i) it is a corporation, wherever incorporated; and (ii) it intends to contest OA 23, or to seek a contested adjournment of OA 23.

5. The Applicants in OA 23 have the right to file a final reply affidavit by **20 January 2025, 11.59pm (Singapore time)**.

6. Any written submissions and bundles of authorities are to be filed and served on all Interested Parties who have indicated their interest to attend the hearing by **27 January 2025, 11.59pm (Singapore time)**.

7. Hearing is fixed on **4 February 2025, 9.30am (Singapore time)**.

8. Any party has liberty to write in to Court to seek alternate timelines.