**CERTIFICATE OF SERVICE**

      I, John W. Weiss, hereby certify that on December 9, 2024 I caused a copy of the foregoing *Reply in Support of Motion of the Joint Liquidators of Three Arrows Capital, Ltd. (in Liquidation) for Leave to Amend Proof of Claim* to be served on all parties who are registered to receive notice through the Court's CM/ECF system.

*/s/ John W. Weiss*
John W. Weiss (No. 4160)
**PASHMAN STEIN WALDER HAYDEN, P.C.**
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Facsimile: (732) 852-2482
Email: jweiss@pashmanstein.com

US-DOCS\156093061.9