## EXHIBIT A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref. No.__** |

## ORDER GRANTING THE SEALING MOTION OF THE DEBTORS

Upon consideration of the *Sealing Motion of the Debtors* (the "Sealing Motion")[2] for entry of an order (this "Order") authorizing the Debtors to file under seal a certain Confidential Exhibit; and this Court having jurisdiction to consider the Sealing Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Sealing Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Sealing Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as otherwise ordered herein, no other or further notice is necessary; and objections (if any) to relief on the Sealing Motion having been withdrawn, resolved or overruled

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively.  Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]   Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Sealing Motion.

on the merits; and upon the record of the hearing and all of the proceedings had before this Court;

and this Court having found and determined that the legal and factual bases set forth in the Sealing

Motion establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.      The Sealing Motion is GRANTED as set forth herein.

2.      The Debtors are authorized to file the Confidential Exhibit under seal.

3.      This Order shall be immediately effective and enforceable upon its entry.

4.      This Court shall retain jurisdiction with respect to implementation of this

Order.

Dated: _____, 2024
        Wilmington, Delaware                    _____
                                                THE HONORABLE JOHN T. DORSEY
                                                CHIEF UNITED STATES BANKRUPTCY JUDGE