**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 28102, 28582 & 28642** |

<u>**CERTIFICATION OF COUNSEL**</u>

I, Matthew R. Pierce, counsel to the above-captioned debtors and debtors-in-possession

(the "<u>Debtors</u>"), hereby certify as follows to the best of my knowledge, information and belief:

1.      On November 20, 2024, the Debtors filed, the *Motion of Debtors for Entry of an*

*Order Establishing the Amount of the Disputed Claims Reserve* [D.I. 28102] (the "<u>Motion</u>").

2.      On December 5, 2024, Celsius Litigation Administrator ("<u>Celsius</u>") filed the

*Celsius Litigation Administrator's Limited Objection to the Motion of Debtors for Entry of an*

*Order Establishing the Amount of the Disputed Claims Reserve* [D.I. 28582] (the "<u>Celsius Limited</u>

<u>Objection</u>").

3.      On December 9, 2024, the Debtors filed the *Debtors' Reply in Support of the*

*Motion of Debtors for Entry of an Order Establishing the Amount of the Disputed Claims Reserve*

[D.I. 28642] (the "<u>Debtors' Reply</u>").

4.      The Celsius Limited Objection has been resolved and, to address informal

comments from the Joint Liquidators of Three Arrows Capital, Ltd. (In Liquidation) (the "<u>Joint</u>

---

[1]      The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Liquidators"), the Debtors have revised the proposed order (the "Revised Order"), a copy of which is attached hereto as **Exhibit A**. A copy of the Revised Order compared against the proposed form of order attached to the Motion is attached hereto as **Exhibit B**. The Revised Order has been circulated to the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"), the Official Committee of Unsecured Creditors appointed in these Chapter 11 Cases (the "Committee"), the Joint Liquidators and Celsius (collectively, the "Parties"). The Parties have no objection to the entry of the Revised Order. In accordance with the Court's electronic order processing procedures, a clean copy of the Revised Order shall be uploaded to CM/ECF.

5.     Accordingly, the Debtors respectfully request that the Court enter the Revised Order at its earliest convenience.

Dated: December 10, 2024
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*