**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Ref. Nos. 24686, 24692, 24709, 24712, 24714, 24715, 24716, 24722, 24734, 24738, 24749, 24752, 24753, 24754, 24755, 24756, 24882 & 28501** |

**CERTIFICATION OF COUNSEL**

　　　I, Kimberly A. Brown, counsel to FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors"), hereby certify as follows to the best of my knowledge, information and belief:

　　　1.　　In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 435], entered January 9, 2023 (the "Interim Compensation Order") and the *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [D.I. 834], entered March 8, 2023 (the "Fee Examiner Order"), those professionals listed on **Exhibit 1** to the proposed form of omnibus order (the "Proposed Order") attached hereto as **Exhibit A** (each, an "Applicant" and collectively, the "Applicants") filed their interim fee applications [Docket Nos. 24686, 24692, 24709, 24712, 24714, 24715, 24716, 24722, 24734, 24738, 24749, 24752, 24753, 24754, 24755, 24756, 24882] (the "Interim

---

[1]　The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Applications") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Objections to each of the Interim Applications, if any, were to be filed and served no later than the objection deadline set forth on each of the Interim Applications in accordance with the Interim Compensation Order (as applicable, the "Objection Deadline"), the last of which expired on October 7, 2024. The hearing to consider approval of the Interim Applications is currently scheduled for December 12, 2024 at 1:00 p.m. (ET).

3. Pursuant to the Fee Examiner Order, Katherine Stadler, (the "Fee Examiner") filed the *Fee Examiner's Summary Report on Fee Review Process and Seventh Interim Fee Applications* [D.I. 28501] (the "Fee Examiner Report") with respect to each of the Interim Applications subject to review pursuant to the Fee Examiner Order, recommending the approval of fees and expenses requested in the Interim Applications with certain agreed upon reductions.[2]

4. Certain professionals are continuing discussions with the Fee Examiner with regard to their pending Interim Applications. Thus, these Interim Applications are not included on the Proposed Order attached hereto.

5. The undersigned hereby certifies that the Court's docket has been reviewed and no answer, objection, or other responsive pleading to the Interim Applications, other than the Fee Examiner Report appear thereon.

6. Given the lack of objections to the approval of the Interim Applications, the Debtors prepared the Proposed Order approving the Interim Applications.

7. A copy of the Proposed Order approving the Interim Applications has been circulated to the Applicants, the Fee Examiner, the U.S. Trustee and the Official Committee of

---

[2] Pursuant to paragraph 3(iv) of the Fee Examiner Order, flat-fee professionals are not subject to Fee Examiner review. The Fee Examiner has advised that the Fee Examiner neither endorses nor objects to the fee requests of Perella Weinberg Partners LP, Jefferies LLC and Rothschild & Co US Inc.

Unsecured Creditors appointed in these chapter 11 cases (collectively, the "Parties"). The Parties have advised that they do not oppose entry of the Proposed Order.

8. In accordance with the Court's electronic order processing procedures, a clean copy of the Proposed Order shall be uploaded to CM/ECF.

WHEREFORE the undersigned, on behalf of the Debtors, respectfully request the Proposed Order be entered at the Court's earliest convenience.

Dated: December 10, 2024
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Kimberly A. Brown*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
    brown@lrclaw.com
    pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
    bromleyj@sullcrom.com
    gluecksteinb@sullcrom.com
    kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*