**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## INDEX OF PLEADINGS – INTERIM FEE APPLICATIONS

1. Seventh Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 24709, filed on September 13, 2024]

    Related Documents:

    A. Eighteenth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2024 through May 31, 2024 [D.I. 20321, filed on July 12, 2024]

    B. Certificate of No Objection [D.I. 22962, filed on August 14, 2024]

    C. Nineteenth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2024 through June 30, 2024 [D.I. 22162, filed on August 2, 2024]

    D. Certificate of No Objection [D.I. 23614, filed on August 23, 2024]

    E. Twentieth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2024 through July 31, 2024 [D.I. 24031, filed on August 30, 2024]

    F. Certificate of No Objection [D.I. 25320, filed on September 20, 2024]

    G. Supplement to Seventh Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 24714, filed on September 13, 2024]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.003-W0078605.2}

2.     Seventh Interim Fee Request of Paul Hastings LLP [D.I. 24709, filed on September 13, 2024]

    Related Documents:

    A.     Eighteenth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2024 through May 31, 2024 [D.I. 20320, filed on July 12, 2024]

    B.     Certificate of No Objection [D.I. 22961, filed on August 14, 2024]

    C.     Nineteenth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2024 through June 30, 2024 [D.I. 22161, filed on August 2, 2024]

    D.     Certificate of No Objection [D.I. 23613, filed on August 23, 2024]

    E.     Twentieth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2024 through July 31, 2024 [D.I. 24030, filed on August 30, 2024]

    F.     Certificate of No Objection [D.I. 25319, filed on September 20, 2024]

    G.     Supplement to the Seventh Interim Fee Application of Paul Hastings LLP [D.I. 24712, filed on September 13, 2024]

3.     Seventh Interim Fee Request of FTI Consulting, Inc. [D.I. 24709, filed on September 13, 2024]

    Related Documents:

    A.     Eighteenth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period May 1, 2024 through May 31, 2024 [D.I. 20818, filed on July 18, 2024]

    B.     Certificate of No Objection [D.I. 22963, filed on August 14, 2024]

    C.     Nineteenth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period June 1, 2024 through June 30, 2024 [D.I. 22287, filed on August 5, 2024]

<ul>
<li>D. Certificate of No Objection [D.I. 23772, filed on August 27, 2024]</li>
<li>E. Twentieth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period July 1, 2024 through July 31, 2024 [D.I. 24184, filed on September 3, 2024]</li>
<li>F. Certificate of No Objection [D.I. 25665, filed on September 24, 2024]</li>
<li>G. Supplement to Seventh Interim Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period May 1, 2024 through July 31, 2024 [D.I. 24715, filed on September 13, 2024]</li>
</ul>

4. Seventh Interim Fee Request of Jefferies LLC [D.I. 24709, filed on September 13, 2024]

Related Documents:

<ul>
<li>A. Eighteenth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from May 1, 2024 to and including May 31, 2024 [D.I. 24475, filed on September 10, 2024]</li>
<li>B. Certificate of No Objection [D.I. 26284, filed on October 4, 2024]</li>
<li>C. Nineteenth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from June 1, 2024 to and including June 30, 2024 [D.I. 24478, filed on September 10, 2024]</li>
<li>D. Certificate of No Objection [D.I. 26285, filed on October 4, 2024]</li>
<li>E. Twentieth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from July 1, 2024 to and including July 31, 2024 [D.I. 24479, filed on September 10, 2024]</li>
<li>F. Certificate of No Objection [D.I. 26286, filed on October 4, 2024]</li>
<li>G. Supplement to Seventh Interim Fee Request of Jefferies LLC [D.I. 24716, filed on September 13, 2024]</li>
</ul>

5. Second Interim Fee Application of Patterson Belknap Webb & Tyler [D.I. 24692, filed on September 13, 2024]

   Related Documents:

   A. Second Monthly Fee Statement of Patterson Belknap Webb & Tyler LLP as Counsel to the Examiner for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from May 1, 2024 through and including June 30, 2024 [D.I. 22119, filed on August 1, 2024]

   B. Certificate of No Objection Regarding Second Monthly Fee Statement of Patterson Belknap Webb & Tyler LLP, Lead Counsel to the Examiner, for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from May 1, 2024, through and including June 30, 2024 [D.I. 23574, filed on August 22, 2024]

   C. Third Monthly Fee Statement of Patterson Belknap Webb & Tyler LLP as Counsel to the Examiner for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from July 1, 2024 through and including July 31, 2024 [D.I. 24038, filed on August 30, 2024]

   D. Certificate of No Objection Regarding Third Monthly Fee Statement of Patterson Belknap Webb & Tyler LLP, Lead Counsel to the Examiner, for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from July 1, 2024, through and including July 31, 2024 [D.I. 25630, filed on September 23, 2024]

6. Third Interim Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for the Period from May 1, 2024 through July 31, 2024 [D.I. 24722, filed on September 13, 2024]

   Related Documents:

   A. Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from May 1, 2024 through May 31, 2024 [D.I. 17801, filed on June 17, 2024]

   B. Certificate of No Objection [D.I. 19887, filed on July 9, 2024]

   C. Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from June 1, 2024 through June 30, 2024 [D.I. 20741, filed on July 17, 2024]

    D.    Certificate of No Objection [D.I. 23503, filed on August 21, 2024]

    E.    Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from July 1, 2024 through July 31, 2024 [D.I. 23149, filed on August 16, 2024]

    F.    Certificate of No Objection [D.I. 24416, filed on September 9, 2024]

7. Combined Fourth Monthly and Fourth Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period May 1, 2024, through and including July 31, 2024 [D.I. 24738, filed on September 13, 2024]

    Related Documents:

    A.    Certificate of No Objection Regarding Combined Fourth Monthly and Fourth Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period May 1, 2024, through and including July 31, 2024 [D.I. 26553, filed on October 10, 2024]

8. Seventh Interim Application of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2024 through July 31, 2024 [D.I. 24755, filed on September 13, 2024]

    Related Documents:

    A.    Eighteenth Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2024 through May 31, 2024 [D.I. 19158, filed on June 28, 2024]

    B.    Certificate of No Objection [D.I. 22979, filed on August 14, 2024]

    C.    Nineteenth Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2024 through June 30, 2024 [D.I. 21725, filed on July 26, 2024]

    D.    Certificate of No Objection [D.I. 23505, filed on August 21, 2024]

  E. Twentieth Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2024 through July 31, 2024 [D.I. 24024, filed on August 29, 2024]

  F. Certificate of No Objection [D.I. 25284, filed on September 19, 2024]

9. Seventh Interim Fee Application of Landis Rath & Cobb LLP [D.I. 24753, filed on September 13, 2024]

 Related Documents:

  A. Eighteenth Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2024 through and including May 31, 2024 [D.I. 19615, filed on July 5, 2024]

  B. Certificate of No Objection [D.I. 22977, filed on August 14, 2024]

  C. Nineteenth Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2024 through and including June 30, 2024 [D.I. 22099, filed on July 31, 2024]

  D. Certificate of No Objection [D.I. 23501, filed on August 21, 2024]

  E. Twentieth Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2024 through and including July 31, 2024 [D.I. 24025, filed on August 29, 2024]

  F. Certificate of No Objection [D.I. 25283, filed on September 19, 2024]

10. Seventh Interim Fee Application of Sullivan & Cromwell LLP [D.I. 24752, filed on September 13, 2024]

 Related Documents:

  A. Nineteenth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from

Case 22-11068-JTD    Doc 28664-1    Filed 12/10/24    Page 8 of 12

      May 1, 2024 through and including May 31, 2024 [D.I. 19614, filed on July 5, 2024]

    B.    Certificate of No Objection [D.I. 22974, filed on August 14, 2024]

    C.    Twentieth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2024 through and including June 30, 2024 [D.I. 22096, filed on July 31, 2024]

    D.    Certificate of No Objection [D.I. 23496, filed August 21, 2024]

    E.    Twenty-First Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2024 through and including July 31, 2024 [D.I. 24021, filed on August 29, 2024]

    F.    Certificate of No Objection [D.I. 25280, filed on September 19, 2024]

11.    Fourth Interim Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-U.S. Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2024 through July 31, 2024 [D.I. 24734, filed on September 13, 2024]

    Related Documents:

    A.    Eighth Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-U.S. Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the Period from May 1, 2024 through May 31, 2024 [D.I. 24727, filed on September 13, 2024]

    B.    Certificate of No Objection Regarding Eighth Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-U.S. Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the Period from May 1, 2024 through May 31, 2024 [D.I. 26554, filed on October 10, 2024]

    C.    Ninth Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-U.S. Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the Period from June 1, 2024 through June 30, 2024 [D.I. 24730, filed on September 13, 2024]

{1368.003-W0078605.2}

D. Certificate of No Objection Regarding Ninth Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-U.S. Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the Period from June 1, 2024 through June 30, 2024 [D.I. 26555, filed on October 10, 2024]

E. Tenth Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-U.S. Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the Period from July 1, 2024 through July 31, 2024 [D.I. 24733, filed on September 13, 2024]

F. Certificate of No Objection Regarding Tenth Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-U.S. Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the Period from July 1, 2024 through July 31, 2024 [D.I. 26556, filed on October 10, 2024]

12. Seventh Interim Fee Application of Perella Weinberg Partners LP [D.I. 24756, filed on September 13, 2024]

Related Documents:

A. Nineteenth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2024 through and including May 31, 2024 [D.I. 19617, filed on July 5, 2024]

B. Certificate of No Objection [D.I. 22976, filed on August 14, 2024]

C. Twentieth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2024 through and including June 30, 2024 [D.I. 21581, filed on July 24, 2024]

D. Certificate of No Objection [D.I. 23499, filed on August 21, 2024]

E. Twenty-First Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2024 through and including July 31, 2024 [D.I. 24751, filed on September 13, 2024]

F. Certificate of No Objection [D.I. 27464, filed on October 30, 2024]

13. Seventh Interim Fee Application of Alvarez & Marsal North America, LLC [D.I. 24686, filed on September 13, 2024]

   Related Documents:

   A. Nineteenth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2024 through and including May 31, 2024 [D.I. 19616, filed on July 5, 2024]

   B. Certificate of No Objection [D.I. 22978, filed on August 14, 2024]

   C. Twentieth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2024 through and including June 30, 2024 [D.I. 22097, filed on July 31, 2024]

   D. Certificate of No Objection [D.I. 23508, filed on August 21, 2024]

   E. Twenty First Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2024 through and including July 31, 2024 [D.I. 24022, filed on August 29, 2024]

   F. Certificate of No Objection [D.I. 25285, filed on September 19, 2024]

14. Seventh Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 24754, filed on September 13, 2024]

   Related Documents:

   A. Eighteenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2024 through and including May 31, 2024 [D.I. 19618, filed on July 5, 2024]

   B. Certificate of No Objection [D.I. 22975, filed on August 14, 2024]

   C. Nineteenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for

|  |  | the Period from June 1, 2024 through and including June 30, 2024 [D.I. 22098, filed on July 31, 2024] |
|---|---|---|
|  | D. | Certificate of No Objection [D.I. 23497, filed on August 21, 2024] |
|  | E. | Twentieth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2024 through and including July 31, 2024 [D.I. 24023, filed on August 29, 2024] |
|  | F. | Certificate of No Objection [D.I. 25282, filed on September 19, 2024] |
| 15. |  | Fourth Interim Fee Application of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the Period from May 1, 2024 through July 31, 2024 [D.I. 24749, filed on September 13, 2024] |

Related Documents:

|  | A. | Fifth Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the Period May 1, 2024 through July 31, 2024 [D.I. 24750, filed on September 13, 2024] |
|---|---|---|
|  | B. | Certificate of No Objection Regarding Fifth Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the Period May 1, 2024 through July 31, 2024 [D.I. 26557, filed on October 10, 2024] |
| 16. |  | Sixth Consolidated Monthly and Sixth Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner for Allowance of Compensation for Services Rendered and No Reimbursement of Expenses for the Period from May 1, 2024 through July 31, 2024 [D.I. 24882, filed on September 16, 2024] |

Related Documents:

|  | A. | Certificate of No Objection Regarding Sixth Consolidated Monthly and Sixth Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 1, 2024 through July 31, 2024 [D.I. 26419, filed on October 8, 2024] |
|---|---|---|

17. Fee Examiner's Summary Report on Fee Review Process and Seventh Interim Fee Applications [D.I. 28501, filed on December 2, 2024]