**EXHIBIT B**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al*.,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**INDEX OF PLEADINGS –FOR CERTAIN FINAL FEE APPLICATIONS**

1. Combined Eleventh Monthly and Fifth Interim Fee Application (for the Period from August 1, 2024, through October 8, 2024) and Final Fee Application of Rothschild & Co Us Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-U.S. Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2023, through October 8, 2024 [D.I. 27969, filed on November 15, 2024]

    Related Documents:

    A. First Monthly and First Interim Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period of July 1, 2023, through October 31, 2023 [D.I. 4859, filed on December 15, 2023]

    B. Certificate of No Objection Regarding First Monthly and First Interim Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period of July 1, 2023, through October 31, 2023 [D.I. 5547, filed on January 10, 2024]

    C. Fourth Omnibus Order Approving Interim Fee Applications [D.I. 9706, filed on March 19, 2024]

    D. Second Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Expenses for the Period from November 1, 2023, through November 30, 2023 [D.I. 4860, filed on December 15, 2023]

E.    Certificate of No Objection Regarding Second Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the Period from November 1, 2023, through November 30, 2023 [D.I. 5546, filed on January 10, 2024]

F.    Third Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the Period from December 1, 2023, through December 31, 2023 [D.I. 9541, filed on March 15, 2024]

G.    Certificate of No Objection Regarding Third Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the Period from December 1, 2023, through December 31, 2023 [D.I. 11324, filed on April 5, 2024]

H.    Fourth Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the Period from January 1, 2024, through January 31, 2024 [D.I. 9546, filed on March 15, 2024]

I.    Certificate of No Objection Regarding Fourth Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the Period from January 1, 2024, through January 31, 2024 [D.I. 11325, filed on April 5, 2024]

J.    Second Interim Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-U.S. Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2023, through January 31, 2024 [D.I. 9497, filed on March 15, 2024]

K.    Fifth Omnibus Order Approving Interim Fee Applications [D.I. 17787, filed on June 17, 2024]

L.    Fifth Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the

Period from February 1, 2024, through February 29, 2024 [D.I. 17653, filed on June 14, 2024]

M.  Certificate of No Objection Regarding Fifth Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the Period from February 1, 2024, through February 29, 2024 [D.I. 19889, filed on July 9, 2024]

N.  Sixth Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the Period from March 1, 2024, through March 31, 2024 [D.I. 17654, filed on June 14, 2024]

O.  Certificate of No Objection Regarding Sixth Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the Period from March 1, 2024, through March 31, 2024 [D.I. 19890, filed on July 9, 2024]

P.  Seventh Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the Period from April 1, 2024, through April 30, 2024 [D.I. 17656, filed on June 14, 2024]

Q.  Certificate of No Objection Regarding Seventh Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the Period from April 1, 2024, through April 30, 2024 [D.I. 19891, filed on July 9, 2024]

R.  Third Interim Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-U.S. Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2024, through April 30, 2024 [D.I. 17666, filed on June 14, 2024]

S.  Sixth Omnibus Order Approving Interim Fee Applications [D.I. 24510, filed on September 11, 2024]

T.  Eighth Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of

Expenses for the Period from May 1, 2024, through May 31, 2024 [D.I. 24727, filed on September 13, 2024]

U.    Certificate of No Objection Regarding Eighth Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the Period from May 1, 2024, through May 31, 2024 [D.I. 26554, filed on October 10, 2024]

V.    Ninth Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the Period from June 1, 2024, through June 30, 2024 [D.I. 24730, filed on September 13, 2024]

W.    Certificate of No Objection Regarding Ninth Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the Period from June 1, 2024, through June 30, 2024 [D.I. 26555, filed on October 10, 2024]

X.    Tenth Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the Period from July 1, 2024, through July 31, 2024 [D.I. 24733, filed on September 13, 2024]

Y.    Certification of No Objection Regarding Tenth Monthly Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Compensation for Services and Reimbursement of Expenses for the Period from July 1, 2024, through July 31, 2024 [D.I. 26556, filed on October 10, 2024]

Z.    Fourth Interim Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-U.S. Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2024, through July 31, 2024 [D.I. 24734, filed on September 13, 2024]

2.    Final Fee Application of Perella Weinberg Partners LP [D.I. 27980, filed on November 15, 2024]

Related Documents:

A.    First Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for

Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 16, 2022 through and including November 30, 2022 [D.I. 748, filed on February 21, 2023]

B.   Certificate of No Objection [D.I. 855, filed on March 14, 2023]

C.   Second Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from December 1, 2022 through and including December 31, 2022 [D.I. 749, filed on February 21, 2023]

D.   Certificate of No Objection [D.I. 856, filed on March 14, 2023]

E.   Third Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2023 through and including January 31, 2023 [D.I. 814, filed on March 6, 2023]

F.   Certificate of No Objection [D.I. 1180, filed on March 28, 2023]

G.   First Interim Fee Application of Perella Weinberg Partners LP [D.I. 1114, filed on March 17, 2023]

H.   First Omnibus Order Approving Interim Fee Applications of the Debtors' and Committee's Professionals [D.I. 1794, filed on June 28, 2023]

I.   Fourth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2023 through and including February 28, 2023 [D.I. 1223, filed on April 4, 2023]

J.   Certificate of No Objection [D.I. 1349, filed on April 25, 2023]

K.   Fifth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2023 through and including March 31, 2023 [D.I. 1434, filed on May 4, 2023]

L.   Certificate of No Objection [D.I. 1537, filed on May 25, 2023]

M.   Sixth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for

5

Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2023 through and including April 30, 2023 [D.I. 1568, filed on June 5, 2023]

N.      Certificate of No Objection [D.I. 2159, filed on August 11, 2023]

O.      Second Interim Fee Application of Perella Weinberg Partners LP [D.I. 1642, filed on June 15, 2023]

P.      Second Omnibus Order Approving Interim Fee Applications of the Debtors' and Committee's Professionals [D.I. 2506, filed on September 13, 2023]

Q.      Seventh Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2023 through and including May 31, 2023 [D.I. 2494, filed on September 12, 2023]

R.      Certificate of No Objection [D.I. 3046, filed on October 10, 2023]

S.      Eighth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2023 through and including June 30, 2023 [D.I. 2514, filed on September 14, 2023]

T.      Certificate of No Objection [D.I. 3047, filed on October 10, 2023]

U.      Ninth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2023 through and including July 31, 2023 [D.I. 2515, filed on September 14, 2023]

V.      Certificate of No Objection [D.I. 3048, filed on October 10, 2023]

W.      Third Interim Fee Application of Perella Weinberg Partners LP [D.I. 2519, filed on September 15, 2023]

X.      Third Omnibus Order Approving Interim Fee Applications [D.I. 4622, filed on December 12, 2023]

Y.      Tenth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the

{1368.003-W0078705.4}

Period from August 1, 2023 through and including August 31, 2023 [D.I. 4516, filed on December 6, 2023]

Z.       Certificate of No Objection [D.I. 5225, filed on December 28, 2023]

AA.     Eleventh Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2023 through and including September 30, 2023 [D.I. 4517, filed on December 6, 2023]

BB.     Certificate of No Objection [D.I. 5226, filed on December 28, 2023]

CC.     Twelfth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2023 through and including October 31, 2023 [D.I. 4585, filed on December 8, 2023]

DD.     Certificate of No Objection [D.I. 5275, filed on January 2, 2024]

EE.     Fourth Interim Fee Application of Perella Weinberg Partners LP [D.I. 4775, filed on December 15, 2023]

FF.     Fourth Omnibus Order Approving Interim Fee Applications [D.I. 9706, filed on March 19, 2024]

GG.     Thirteenth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 1, 2023 through and including November 30, 2023 [D.I. 5106, filed on December 22, 2023]

HH.     Certificate of No Objection [D.I. 5692, filed on January 12, 2024]

II.      Fourteenth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from December 1, 2023 through and including December 31, 2023 [D.I. 7374, filed on February 13, 2024]

JJ.      Certificate of No Objection [D.I. 8616, filed on March 5, 2024]

KK.     Fifteenth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the

Period from January 1, 2024 through and including January 31, 2024 [D.I. 9379, filed on March 14, 2024]

LL.     Certificate of No Objection [D.I. 11215, filed on April 4, 2024]

MM.   Fifth Interim Fee Application of Perella Weinberg Partners LP [D.I. 9540, filed on March 15, 2024]

NN.    Fifth Omnibus Order Approving Interim Fee Applications [D.I. 17787, filed on June 17, 2024]

OO.    Sixteenth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2024 through and including February 29, 2024 [D.I. 13897, filed on May 3, 2024]

PP.     Certificate of No Objection [D.I. 15826, filed on May 24, 2024]

QQ.    Seventeenth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2024 through and including March 31, 2024 [D.I. 13902, filed on May 3, 2024]

RR.    Certificate of No Objection [D.I. 15827, filed on May 24, 2024]

SS.     Eighteenth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2024 through and including April 30, 2024 [D.I. 14972, filed on May 15, 2024]

TT.     Certificate of No Objection [D.I. 16865, filed on June 5, 2024]

UU.    Sixth Interim Fee Application of Perella Weinberg Partners LP [D.I. 17668, filed on June 14, 2024]

VV.    Sixth Omnibus Order Approving Interim Fee Applications [D.I. 24510, filed on September 11, 2024]

WW.  Nineteenth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2024 through and including May 31, 2024 [D.I. 19617, filed on July 5, 2024]

XX.     Certificate of No Objection [D.I. 22976, filed on August 14, 2024]

YY.     Twentieth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2024 through and including June 30, 2024 [D.I. 21581, filed on July 24, 2024]

ZZ.     Certificate of No Objection [D.I. 23499, filed on August 21, 2024]

AAA.    Twenty-First Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2024 through and including July 31, 2024 [D.I. 24751, filed on September 13, 2024]

BBB.    Certificate of No Objection [D.I. 27464, filed on October 30, 2024]

CCC.    Seventh Interim Fee Application of Perella Weinberg Partners LP [D.I. 24756, filed on September 13, 2024]

DDD.    Twenty-Second Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2024 through and including August 31, 2024 [D.I. 27463, filed on October 30, 2024]

EEE.    Certificate of No Objection [D.I. 28265, filed on November 22, 2024]

FFF.    Twenty-Third Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2024 through and including September 30, 2024 [D.I. 27479, filed on October 31, 2024]

GGG.    Certificate of No Objection [D.I. 28266, filed on November 22, 2024]

HHH.    Twenty-Fourth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2024 through and including October 8, 2024 [D.I. 27979, filed on November 15, 2024]

III.    Notice of Supplement to Twenty-Fourth Monthly Fee Statement of Perella Weinberg Partners LP [D.I. 28288, filed on November 25, 2024]

{1368.003-W0078705.4}

JJJ.    Notice of Supplement to Final Fee Application of Perella Weinberg Partners LP [D.I. 28289, filed on November 25, 2024]