# Exhibit A

**Settlements Consummated Pursuant to the
Small Estate Claims Settlement Procedures Order
November 2024**

| Settling Party | Settled Value |
|---|---|
| Accelerate Action, Inc. | $135,000.00 |
| American Business Immigration Coalition Action | $227,500.00 |
| Bahari Group LLC | $31,894.50 |
| Colorado Democratic Party | $14,130.00 |
| Democratic Party of Oregon | $100,000.00 |
| Florida Democratic Party | $10,780.00 |
| Forward Action Fund | $1,125,000.00 |
| House Majority PAC | $6,000,000.00 |
| Iowa Democratic Party | $200,000.00 |
| Jared Moskowitz for Congress | $2,900.00 |
| Maine Democratic Party | $88,000.00 |
| Maryland Democratic Party | $11,000.00 |
| Massachusetts Democratic Party | $10,000.00 |
| Michigan Democratic Party | $10,000.00 |
| Mind the Gap | $1,000,000.00 |
| National Wildlife Federation Action Fund | $767,132.00 |
| New Hampshire Democratic Party | $25,000.00 |
| New York Democratic Party | $127,000.00 |
| The Next 50 PAC | $10,000.00 |
| Oregon Democratic Party | $100,000.00 |
| Christian Pearson | $12,400.00 |
| People for the American Way | $1,000,000.00 |

| Republican Governors Association | $375,000.00 |
|---|---|
| Ro for Congress | $1,000.00 |
| Senate Majority PAC | $3,000,000.00 |
| Vermont Democratic Party | $7,500.00 |
| Zeteo Tech, Inc. | $100,000.00 |