# SCHEDULE 1

## No Liability Portal Claims

**FTX Trading Ltd. 22-11068 (JTD)**
**Thirty-Fifth Omnibus Claims Objection**
**Schedule 1 - No Liability Claims**

| | | | Asserted Claims | |
|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| 81555 | Name on file | FTX Trading Ltd. | ATLAS | 32,700,000.000000000000000 |
| | | | BNB | 27.800000000000000 |
| | | | BTC | 1.870000000000000 |
| | | | DOGE | 15,400.000000000000000 |
| | | | DOT | 537.000000000000000 |
| | | | ETH | 22.700000000000000 |
| | | | FTT | 36.000000000000000 |
| | | | KIN | 68,000,000.000000000000000 |
| | | | LINK | 92.600000000000000 |
| | | | LUNA2 | 2,480.000000000000000 |
| | | | LUNC | 5,780,000.000000000000000 |
| | | | MATIC | 862.000000000000000 |
| | | | TONCOIN | 563.000000000000000 |
| | | | USDT | 2,836.000000000000000 |
| | | | XRP | 9,644.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant.

| 91457 | Name on file | FTX Trading Ltd. | AAPL-1230 | 2,000.020000000000000 |
|---|---|---|---|---|
| | | | ARKK | 1,190.280000000000000 |
| | | | BTC | 10.310000000000000 |
| | | | ETHE | 72,882.770000000000000 |
| | | | ETHE-PERP | 233.910000000000000 |
| | | | USD | 482,489.010000000000000 |

Other Activity Asserted: $1,129,976.51 - Alibaba Group Holding Limited (BABA) 499.93 $34,818.91 Amazon.com, Inc. (AMZN) 219.97 $31,015.35 Alphabet Inc. (GOOGL) 200.14 $28,019.32 Apple Inc. (AAPL) 49.36 $8,100.09 SPDR S&amp;P 500 ETF Trust (SPY) 17.49 $6,913.83 NVIDIA Corporation (NVDA) 9.12 $1,634.74 Grayscale Bitcoin Trust (GBTC) 1.96 $16.50 LINK 0.85 $5.77 BNB 0.01 $2.57 ETHW 0.44 $1.81

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant.

| 91458 | Name on file | FTX Trading Ltd. | BTC | 10.000000000000000 |
|---|---|---|---|---|
| | | | BTC-PERP | 35.000000000000000 |
| | | | ETH | 25.950000000000000 |
| | | | ETHW | 30,000.350000000000000 |
| | | | FLM-PERP | 800,000.000000000000000 |
| | | | FTM-PERP | 400,000.000000000000000 |
| | | | SOL-PERP | 4,000.000000000000000 |
| | | | USD | 698,968.900000000000000 |
| | | | USDT | 48,029.900000000000000 |

Other Activity Asserted: $1,813,228.46 - IP3 1,500.00 $373.58  Serum (Locked) (SRM_LOCKED) 324.56  $33.93  SRM 23.96 $3.72  Ethereum (ETH) 0.00 $2.42

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant.

| 91546 | Name on file | FTX Trading Ltd. | USD | 1,000.000000000000000 |
|---|---|---|---|---|

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant.

| 91547 | Name on file | FTX Trading Ltd. | AAPL-1230 | 2,000.020000000000000 |
|---|---|---|---|---|
| | | | ARKK | 1,190.280000000000000 |
| | | | BTC | 10.310000000000000 |
| | | | ETHE | 72,882.770000000000000 |
| | | | ETH-PERP | 233.910000000000000 |
| | | | USD | 482,489.010000000000000 |

Other Activity Asserted: $1,129,976.51 - ALIBABA (BABA) 499.93,  AMAZON (AMZN) 219.97,  Apple (APPL) 49.36,  SPDR (SPY) 17.49, nvda 9.12, GOOGL 200.14,

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant.

| 91548 | Name on file | FTX Trading Ltd. | BTC | 10.000100000000000 |
|---|---|---|---|---|
| | | | BTC-PERP | 36.000000000000000 |
| | | | ETHW | 30,000.350000000000000 |
| | | | FLM-PERP | 800,000.000000000000000 |
| | | | FTM-PERP | 400,000.000000000000000 |
| | | | SOL-PERP | 4,000.000000000000000 |
| | | | USD | 698,968.900000000000000 |
| | | | USDT | 48,029.900000000000000 |

Other Activity Asserted: $1,813,228.46 - SRM  23.95986428,  IP3 1500,

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant.

| 91795 | Name on file | FTX Trading Ltd. | AAPL-1230 | 2,000.020000000000000 |
|---|---|---|---|---|
| | | | ARKK | 1,190.280000000000000 |
| | | | BABA | 499.930000000000000 |
| | | | BTC | 10.310000000000000 |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| | | | **Asserted Claims** | |
| | | | ETHE | 72,882.770000000000000 |
| | | | USD | 482,489.010000000000000 |
| | | | Other Activity Asserted: $1,129,976.51 - AMAZON (AMZN) 219.97, APPLE (APPL) 49.36, SPDR (SPY) 17.49, ETH-PERP 233.91, ALPHABET (GOOGL) 200.14, NVIDIA (NVDA) 9.12, | |
| | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant. | | | |
| 91796 | Name on file | FTX Trading Ltd. | BTC | 10.000000000000000 |
| | | | BTC-PERP | 35.000000000000000 |
| | | | ETHW | 30,000.350000000000000 |
| | | | FLM-PERP | 800,000.000000000000000 |
| | | | FTM-PERP | 400,000.000000000000000 |
| | | | SOL-PERP | 4,000.000000000000000 |
| | | | USD | 698,968.900000000000000 |
| | | | USDT | 48,029.900000000000000 |
| | | | Other Activity Asserted: TOTAL VALUE  $1,813,228.46 - IP3 1,500.00, Serum (SRM Locked) 324.56, | |
| | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant. | | | |
| 93850 | Name on file | FTX Trading Ltd. | AURY | 0.037610000000000 |
| | | | BTC | 10.000100000000000 |
| | | | ETH | 0.001924865000000 |
| | | | ETHW | 30,000.351924865000000 |
| | | | FTT | 1,116.191460000000000 |
| | | | SRM | 23.959864280000000 |
| | | | USD | 1,371,692.210000000000000 |
| | | | USDC | 100,000.000000000000000 |
| | | | USDT | 48,029.900000000000000 |
| | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant. | | | |
| 83769 | Name on file | FTX Trading Ltd. | ETH | 6.837672500000000 |
| | | | USDT | 167,295.760000000000000 |
| | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant. | | | |
| 91376 | Name on file | FTX Trading Ltd. | GBP | 400,000.000000000000000 |
| | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant. | | | |
| 84701 | Name on file | FTX Trading Ltd. | BTC | 6.000000000000000 |
| | | | USD | 7,000.000000000000000 |
| | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant. | | | |
| 84785 | Name on file | FTX Trading Ltd. | BTC | 12.563900000000000 |
| | | | ETH | 38.019400000000000 |
| | | | LTC | 22.817900000000000 |
| | | | USD | 36,419.470000000000000 |
| | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant. | | | |
| 26252 | Name on file | West Realm Shires Services Inc. | USD | 850,000.000000000000000 |
| | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant. | | | |
| 78694 | Name on file | FTX Trading Ltd. | USD | 159,000.000000000000000 |
| | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant. | | | |
| 84858 | Name on file | FTX Trading Ltd. | AAVE | 500.000000000000000 |
| | | | ADABULL | 10.000000000000000 |
| | | | AKRO | 200.000000000000000 |
| | | | APE | 200.000000000000000 |
| | | | ATLAS | 58.000000000000000 |
| | | | ATOM | 12.000000000000000 |
| | | | AURY | 55.000000000000000 |
| | | | BULL | 30.000000000000000 |
| | | | DOGEBULL | 10.000000000000000 |
| | | | ETHBULL | 100.000000000000000 |
| | | | USD | 200,000.000000000000000 |
| | | | XRPBULL | 30.000000000000000 |
| | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant. | | | |
| 78299 | Name on file | West Realm Shires Services Inc. | USDT | 339,661.000000000000000 |
| | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant. | | | |
| 24221 | Name on file | FTX Trading Ltd. | IP3 | 50,000.000000000000000 |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| | | | **Asserted Claims** | |
| | | | USD | 100,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant.

| 83722 | Name on file | FTX Trading Ltd. | USD | 221,700.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant.

| 47918 | Name on file | FTX Trading Ltd. | USD | 272,681.463900000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant.

| 71693 | Name on file | FTX Trading Ltd. | BCH | 890.000000000000000 |
| | | | BTC | 1.078900000000000 |
| | | | ETH | 2.600000000000000 |
| | | | SOL | 59.000000000000000 |
| | | | USD | 309.000000000000000 |
| | | | XRP | 722.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant.

| 81998 | Name on file | FTX Trading Ltd. | USD | 100,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant.

| 35195 | Name on file | FTX Trading Ltd. | USD | 252,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant.

| 82206 | Name on file | FTX Trading Ltd. | ETH | 913.050560300000000 |
| | | | USD | 3,424,147.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant.

| 12871 | Name on file | FTX Trading Ltd. | FTT | 100,000.000000000000000 |
| | | | GST | |
| | | | TRY | 4,237,272.010000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant.