# SCHEDULE 2

## No Liability Non-Portal Claims

**FTX Trading Ltd. 22-11068 (JTD)**
**Thirty-Fifth Omnibus Claims Objection**
**Schedule 2 - No Liability Claims**

| | | Asserted Claims | |
|---|---|---|---|
| Claim Number | Name | Debtor | Filed Amount |
| 93856 | Name on file | Western Concord Enterprises Ltd. | $10,000,000.00 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant.

| 785 | Name on file | FTX Trading Ltd. | $200,000.00 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant.

| 5717 | Name on file | FTX Trading Ltd. | $100,000.00 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant.

| 5699 | Name on file | FTX Crypto Services Ltd. | $103,949.88 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant.

| 903 | Name on file | FTX Trading Ltd. | $100,000.00 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant.

| 552 | Name on file | FTX Trading Ltd. | $137,303.17 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant.

| 955 | Name on file | FTX Trading Ltd. | $137,303.17 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant.

| 87790 | Name on file | FTX Trading Ltd. | $140,000.00 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant.

| 79919 | Name on file | Alameda Research (Bahamas) Ltd | $413,000.00 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant.

| 4319 | Name on file | FTX Trading Ltd. | $303,000.00 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant.

| 3110 | Name on file | FTX Europe AG | $229,293.56 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant.

| 3138 | Name on file | FTX Structured Products AG | $229,293.56 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant.

| 1809 | Name on file | FTX Trading Ltd. | $103,499.22 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant.

| 2115 | Name on file | West Realm Shires Services Inc. | $500,000.00 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant.

| 72731 | Name on file | FTX Trading Ltd. | $100,000.00 |

| | | Asserted Claims | |
|---|---|---|---|
| Claim Number | Name | Debtor | Filed Amount |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided by the Claimant and following a robust review of the Debtors' books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the Claimant. | | | |