# SCHEDULE 1

**Superseded Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**Forty-First Omnibus Claims Objection**
**Schedule 1 - Superseded Claims**

| Claims to be Disallowed | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Filed Amount | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| 2724 | Name on file | FTX Trading Ltd. | $5,297,487.81 | 55186 | Name on file | FTX Trading Ltd. | 1INCH-PERP | 0.000000000000000 |
| | | | | | | | ADA-PERP | 0.000000000000000 |
| | | | | | | | AMPL | 0.000000003990687 |
| | | | | | | | AVAX | 0.076710287399540 |
| | | | | | | | AVAX-0624 | 0.000000000000000 |
| | | | | | | | AVAX-0930 | 0.000000000000000 |
| | | | | | | | AVAX-PERP | 0.000000000000000 |
| | | | | | | | BAL-PERP | 0.000000000000000 |
| | | | | | | | BCH-PERP | 0.000000000000000 |
| | | | | | | | BNB | 0.001604222795460 |
| | | | | | | | BNB-0624 | 0.000000000000000 |
| | | | | | | | BNB-0930 | 0.000000000000000 |
| | | | | | | | BNB-PERP | 0.000000000000000 |
| | | | | | | | BSV-PERP | 0.000000000000000 |
| | | | | | | | BTC-1230 | 0.000000000000000 |
| | | | | | | | BTC-PERP | 0.000000000000000 |
| | | | | | | | CEL | 0.011326810551982 |
| | | | | | | | CEL-0624 | 0.000000000000000 |
| | | | | | | | CEL-0930 | 0.000000000000000 |
| | | | | | | | CEL-PERP | 0.000000000000000 |
| | | | | | | | COMP-PERP | 0.000000000000000 |
| | | | | | | | CREAM-PERP | 0.000000000000000 |
| | | | | | | | CRV-PERP | 0.000000000000000 |
| | | | | | | | CVX-PERP | 0.000000000000000 |
| | | | | | | | DOGE-PERP | 0.000000000000000 |
| | | | | | | | DOT | 0.019024079984980 |
| | | | | | | | DOT-0624 | 0.000000000000000 |
| | | | | | | | ETH | 0.000200000645276 |
| | | | | | | | ETH-0331 | 0.000000000000000 |
| | | | | | | | ETH-0930 | 0.000000000000000 |
| | | | | | | | ETH-1230 | 0.000000000000000 |
| | | | | | | | ETH-PERP | 0.000000000000000 |
| | | | | | | | EXCH-PERP | 0.000000000000000 |
| | | | | | | | FTM-PERP | 0.000000000000000 |
| | | | | | | | FTT | 1,000.085000000000000 |
| | | | | | | | FTT-PERP | 100,000.000000000000000 |
| | | | | | | | HT-PERP | 0.000000000000000 |
| | | | | | | | LDO-PERP | 0.000000000000000 |
| | | | | | | | LEO-PERP | 0.000000000000000 |
| | | | | | | | LTC-PERP | 0.000000000000000 |
| | | | | | | | LUNC-PERP | 0.000000000000000 |
| | | | | | | | MKR | 0.002500000000000 |
| | | | | | | | MKR-PERP | 0.000000000000000 |
| | | | | | | | OKB-PERP | 0.000000000000000 |
| | | | | | | | OMG-PERP | 0.000000000000000 |
| | | | | | | | PRIV-PERP | 0.000000000000000 |
| | | | | | | | SLND | 0.003031000000000 |
| | | | | | | | SNX | 0.000000006682170 |
| | | | | | | | SOL | 0.001155743100030 |
| | | | | | | | SOL-0624 | 0.000000000000000 |
| | | | | | | | SOL-0930 | 0.000000000000000 |
| | | | | | | | SOL-1230 | 0.000000000000000 |
| | | | | | | | SOL-PERP | 0.000000000000000 |
| | | | | | | | SRM | 2.254089940000000 |
| | | | | | | | SRM_LOCKED | 168.024336920000000 |
| | | | | | | | SXP-PERP | 0.000000000000000 |
| | | | | | | | THETA-PERP | 0.000000000000000 |
| | | | | | | | TRX | 185,101.000000000000000 |
| | | | | | | | TRX-PERP | 0.000000000000000 |
| | | | | | | | USD | 5,244,405.300883154763209 |
| | | | | | | | USDC | 20,000.000000000000000 |
| | | | | | | | USDT | 19,999.932235877677000 |
| | | | | | | | USTC-PERP | 0.000000000000000 |
| | | | | | | | VET-PERP | 0.000000000000000 |
| | | | | | | | XRP-PERP | 0.000000000000000 |
| | | | | | | | YFI-PERP | 0.000000000000000 |
| | | | | | | | ZRX-PERP | 0.000000000000000 |
| 85329 | Name on file | FTX Trading Ltd. | $0.00 | 25119* | Name on file | FTX Trading Ltd. | | |
| | | | | | | | BTC | 0.000002850000000 |
| | | | | | | | USD | 103,397.400000000000000 |
| 85331 | Name on file | FTX Trading Ltd. | $0.00 | 36428* | Name on file | FTX Trading Ltd. | | |
| | | | | | | | BTC | 0.000002720000000 |
| | | | | | | | USD | 103,813.630000000000000 |
| | | | | | | | USDT | 0.004058700000000 |
| 384 | Name on file | FTX Trading Ltd. | $1,004,393.00 | 91605 | Name on file | FTX Trading Ltd. | 1INCH-PERP | 0.000000000000000 |
| | | | | | | | AAVE-PERP | 0.000000000000081 |
| | | | | | | | ADA-PERP | 0.000000000000000 |
| | | | | | | | ALGO-PERP | 0.000000000000000 |
| | | | | | | | ANC-PERP | 0.000000000000000 |
| | | | | | | | APE-PERP | -0.000000000000937 |
| | | | | | | | APT-PERP | 0.000000000000000 |
| | | | | | | | ASD-PERP | 0.000000000000000 |
| | | | | | | | ATLAS-PERP | 0.000000000000000 |
| | | | | | | | ATOM | 0.000000008097103 |
| | | | | | | | ATOM-PERP | 0.000000000000611 |
| | | | | | | | AVAX | 0.000000001519323 |
| | | | | | | | AVAX-PERP | -0.000000000001250 |
| | | | | | | | AXS-PERP | -0.000000000000014 |
| | | | | | | | BAL-PERP | -0.000000000000483 |
| | | | | | | | BAT-PERP | 0.000000000000000 |
| | | | | | | | BNB-PERP | -0.000000000000021 |
| | | | | | | | BTC | 0.000000002000000 |
| | | | | | | | BTC-PERP | 0.000000000000000 |
| | | | | | | | C98-PERP | 0.000000000000000 |
| | | | | | | | CEL | 0.000000004415414 |
| | | | | | | | CEL-PERP | 0.000000000000000 |
| | | | | | | | CHZ-PERP | 0.000000000000000 |
| | | | | | | | COMP-PERP | 0.000000000000115 |
| | | | | | | | CREAM-PERP | 0.000000000000000 |
| | | | | | | | CRV-PERP | 0.000000000000000 |
| | | | | | | | CVX-PERP | 0.000000000000000 |
| | | | | | | | DOGE-PERP | 0.000000000000000 |
| | | | | | | | DOT-PERP | -0.000000000000454 |
| | | | | | | | DYDX-PERP | 0.000000000001456 |
| | | | | | | | EOS-PERP | -0.000000000000909 |
| | | | | | | | ETH | 0.000000004003400 |
| | | | | | | | ETH-0930 | -0.000000000000003 |
| | | | | | | | ETH-PERP | 0.000000000000012 |
| | | | | | | | FIL-PERP | 0.000000000000682 |
| | | | | | | | FLM-PERP | -0.000000000007275 |
| | | | | | | | FLOW-PERP | 0.000000000000000 |
| | | | | | | | FTM-PERP | 0.000000000000000 |
| | | | | | | | FTT-PERP | -0.000000000000341 |
| | | | | | | | FXS-PERP | 0.000000000000056 |
| | | | | | | | GALA-PERP | 0.000000000000000 |

36428*: Surviving Claim is also included as a Surviving Claim in the Debtors' Fortieth (Substantive) Omnibus Objection to Certain Substantive Duplicate Proofs of Claim (Customer Claims)
25119*: Surviving Claim is also included as a Surviving Claim in the Debtors' Thirty-Ninth (Non-Substantive) Omnibus Objection to Certain Non-Substantive Duplicate Proofs of Claim (Customer Claims)

| Claim Number | Name | Debtor | Filed Amount | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|---|---|---|---|
| | | **Claims to be Disallowed** | | | | **Surviving Claims** | | |
| | | | | | | | GLMR-PERP | 0.000000000000000 |
| | | | | | | | HNT-PERP | 0.000000000000170 |
| | | | | | | | HT-PERP | 0.000000000000000 |
| | | | | | | | ICP-PERP | -0.000000000000227 |
| | | | | | | | JASMY-PERP | 0.000000000000000 |
| | | | | | | | KAVA-PERP | 0.000000000000000 |
| | | | | | | | KNC-PERP | 0.000000000000000 |
| | | | | | | | KSM-PERP | 0.000000000000000 |
| | | | | | | | LDO-PERP | 0.000000000000000 |
| | | | | | | | LEO | 0.000000000933714 |
| | | | | | | | LEO-PERP | 0.000000000000000 |
| | | | | | | | LINA-PERP | 0.000000000000000 |
| | | | | | | | LINK-PERP | -0.000000000000015 |
| | | | | | | | LOOKS-PERP | 0.000000000000000 |
| | | | | | | | LTC-PERP | 0.000000000000000 |
| | | | | | | | LUNC-PERP | 0.000000000000000 |
| | | | | | | | MANA-PERP | 0.000000000000000 |
| | | | | | | | MATIC | 0.000000010000000 |
| | | | | | | | MATIC-PERP | 0.000000000000000 |
| | | | | | | | MINA-PERP | 0.000000000000000 |
| | | | | | | | MKR-PERP | 0.000000000000010 |
| | | | | | | | MNGO-PERP | 0.000000000000000 |
| | | | | | | | NEAR-PERP | 0.000000000001818 |
| | | | | | | | NEO-PERP | -0.000000000000468 |
| | | | | | | | OKB | 0.000000003742869 |
| | | | | | | | OKB-PERP | 0.000000000000042 |
| | | | | | | | OMG-PERP | 0.000000000000000 |
| | | | | | | | ONE-PERP | 0.000000000000000 |
| | | | | | | | OP-PERP | 0.000000000000000 |
| | | | | | | | POLIS-PERP | 0.000000000000000 |
| | | | | | | | RAY | 0.000000089942303 |
| | | | | | | | RAY-PERP | 0.000000000000000 |
| | | | | | | | REN | 0.000000008353747 |
| | | | | | | | REN-PERP | 0.000000000000000 |
| | | | | | | | RON-PERP | 0.000000000000000 |
| | | | | | | | ROSE-PERP | 0.000000000000000 |
| | | | | | | | RSR-PERP | 0.000000000000000 |
| | | | | | | | RUNE | 0.000000006823295 |
| | | | | | | | RUNE-PERP | 0.000000000000003 |
| | | | | | | | SAND-PERP | 0.000000000000000 |
| | | | | | | | SHIB-PERP | 0.000000000000000 |
| | | | | | | | SLP-PERP | 0.000000000000000 |
| | | | | | | | SNX-PERP | 0.000000000001477 |
| | | | | | | | SOL-PERP | 0.000000000000458 |
| | | | | | | | SRM | 11.039832020000000 |
| | | | | | | | SRM_LOCKED | 218.274591510000000 |
| | | | | | | | SRM-PERP | 0.000000000000000 |
| | | | | | | | STEP-PERP | 0.000000000000000 |
| | | | | | | | STORJ-PERP | 0.000000000003808 |
| | | | | | | | SUSHI | 0.000000001560951 |
| | | | | | | | SUSHI-PERP | 0.000000000000000 |
| | | | | | | | THETA-PERP | 0.000000000000909 |
| | | | | | | | TLM-PERP | 0.000000000000000 |
| | | | | | | | TRX | 0.000000007861434 |
| | | | | | | | TRX-PERP | 0.000000000000000 |
| | | | | | | | UNI-PERP | 0.000000000000390 |
| | | | | | | | USD | 1,004,393.000000000000000 |
| | | | | | | | USDT | 0.000000004938029 |
| | | | | | | | USTC-PERP | 0.000000000000000 |
| | | | | | | | XAUT | 0.000000003413591 |
| | | | | | | | XAUT-PERP | 0.000000000000000 |
| | | | | | | | XRP-PERP | 0.000000000000000 |
| | | | | | | | YFI | 0.000000004083418 |
| | | | | | | | YFI-PERP | 0.000000000000000 |
| 2342 | Name on file | FTX EU Ltd. | $0.00 | 91462* | Name on file | FTX EU Ltd. | AKRO | 1.000000000000000 |
| | | | | | | | AUDIO | 991.967221090000000 |
| | | | | | | | AVAX | 10.519577620000000 |
| | | | | | | | AXS | 59.032000970000000 |
| | | | | | | | BAO | 5.000000000000000 |
| | | | | | | | BTC | 0.086584130000000 |
| | | | | | | | CRO | 5,993.188367430000000 |
| | | | | | | | DENT | 1.000000000000000 |
| | | | | | | | DOT | 20.302167270000000 |
| | | | | | | | ETH | 1.739680750000000 |
| | | | | | | | ETHW | 70.403554400000000 |
| | | | | | | | EUR | 0.004412512816541 |
| | | | | | | | FTT | 102.517431150000000 |
| | | | | | | | GST | 3,974.303795400000000 |
| | | | | | | | KIN | 4.000000000000000 |
| | | | | | | | RSR | 3.000000000000000 |
| | | | | | | | SPELL | 856,344.368037280000000 |
| | | | | | | | TRX | 1.000000000000000 |
| | | | | | | | UBXT | 2.000000000000000 |
| | | | | | | | USD | 0.029252600000000 |

91462*: Surviving Claim is also included as a Surviving Claim in the Debtors' Thirty-Seventh (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)