# SCHEDULE 1

**Superseded Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**Forty-Fourth Omnibus Claims Objection**
**Schedule 1 - Superseded Claims**

| Claims to be Disallowed | | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| 4452 | Name on file | FTX Trading Ltd. | USD | 530,472.070000000000000 | 4685* | Name on file | FTX Trading Ltd. | USD | 530,472.070000000000000 |
| 71228 | Name on file | FTX Trading Ltd. | BTC | 0.000000006836576 | 93785 | Name on file | FTX Trading Ltd. | BTC | 0.000000006836576 |
| | | | DYDX | 151,356.216874390000000 | | | | DYDX | 151,356.216874390000000 |
| | | | ETH | 0.000000006907639 | | | | ETH | 0.000000006907639 |
| | | | ETHW | 0.000000006907639 | | | | ETHW | 0.000000006907639 |
| | | | FTT | 1,000.000000000000000 | | | | FTT | 1,000.000000000000000 |
| | | | SRM | 4.876802340000000 | | | | SRM | 4.876802340000000 |
| | | | SRM_LOCKED | 2,817.166168160000000 | | | | SRM_LOCKED | 2,817.166168160000000 |
| | | | TRX | 1.000000000000000 | | | | TRX | 1.000000000000000 |
| | | | USD | 140,208.702205751220341 | | | | USD | 140,208.702205751220341 |
| | | | USDT | 0.000000006922411 | | | | USDT | 0.000000006922411 |
| 57033 | Name on file | FTX EU Ltd. | | | 89639 | Name on file | FTX Trading Ltd. | | |
| | | | BTC-PERP | 0.000000000000000 | | | | BTC-PERP | -0.000000000000227 |
| | | | DOGE-PERP | 0.000000000000000 | | | | DOGE-PERP | 0.000000000000000 |
| | | | ETH-PERP | 0.000000000000000 | | | | ETH-PERP | 0.000000000010913 |
| | | | FTT-PERP | 0.000000000000000 | | | | FTT-PERP | 0.000000000000000 |
| | | | MATIC-PERP | 0.000000000000000 | | | | MATIC-PERP | 0.000000000000000 |
| | | | SOL-PERP | 0.000000000000000 | | | | SOL-PERP | 0.000000000029103 |
| | | | USD | 18,135,482.413700055000000 | | | | USD | 18,135,482.413700055000000 |
| 52665 | Name on file | FTX Trading Ltd. | | | 80065 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | APE-PERP | 0.000000000000000 | | | | | |
| | | | ATOM | 3,162.021021250000000 | | | | | |
| | | | ATOM-PERP | 0.000000000000000 | | | | | |
| | | | AVAX-PERP | 0.000000000000000 | | | | | |
| | | | BTC | 0.001819208000000 | | | | | |
| | | | BTC-PERP | 0.000000000000000 | | | | | |
| | | | DEFI-PERP | 0.000000000000000 | | | | | |
| | | | DOGE-PERP | 0.000000000000000 | | | | | |
| | | | ETH | 42.688033340000000 | | | | | |
| | | | ETH-PERP | 0.000000000000099 | | | | | |
| | | | ETHW | 42.688033340000000 | | | | | |
| | | | EUL | 82,168.220050000000000 | | | | | |
| | | | FIDA-PERP | 0.000000000000000 | | | | | |
| | | | FTT | 6,785.005400000000000 | | | | | |
| | | | GALA-PERP | 0.000000000000000 | | | | | |
| | | | GMT-PERP | 0.000000000000000 | | | | | |
| | | | HNT-PERP | -0.000000000003637 | | | | | |
| | | | KSHIB-PERP | 0.000000000000000 | | | | | |
| | | | LDO-PERP | 0.000000000000000 | | | | | |
| | | | LOOKS-PERP | 0.000000000000000 | | | | | |
| | | | LUNC-PERP | 0.000000000000000 | | | | | |
| | | | MKR-PERP | -0.000000000000007 | | | | | |
| | | | PERP-PERP | 0.000000000029103 | | | | | |
| | | | RAY-PERP | 0.000000000000000 | | | | | |
| | | | SHIB-PERP | 0.000000000000000 | | | | | |
| | | | SOL-PERP | 0.000000000000000 | | | | | |
| | | | SPELL-PERP | 0.000000000000000 | | | | | |
| | | | SRM | 34,366.322964530000000 | | | | | |
| | | | SRM_LOCKED | 832,867.522710990000000 | | | | | |
| | | | SRM-PERP | 0.000000000000000 | | | | | |
| | | | UNI-PERP | 0.000000000000000 | | | | | |
| | | | USD | 4,683,896.259167080000000 | | | | | |
| | | | USDT | 51,000.000000000000000 | | | | | |
| | | | USTC-PERP | 0.000000000000000 | | | | | |
| | | | WAVES-PERP | 0.000000000000000 | | | | | |
| | | | XRP-PERP | 0.000000000000000 | | | | | |
| | | | YFI-PERP | 0.000000000000000 | | | | | |
| 7473 | Name on file | FTX EU Ltd. | BTC | 2,598.000000000000000 | 7484* | Name on file | FTX EU Ltd. | BTC | 0.000025980000000 |
| | | | EUR | 1.000000023329176 | | | | EUR | 1.000000023329176 |
| | | | USD | 0.008320670567451 | | | | USD | 0.008320670567451 |
| | | | USDT | 705.380000000000000 | | | | USDT | 705.380000000000000 |
| 2905 | Name on file | FTX Trading Ltd. | USD | 197,177.000000000000000 | 4707* | Name on file | FTX Trading Ltd. | USD | 197,177.000000000000000 |
| 83308 | Name on file | West Realm Shires Services Inc. | | | 89005 | Name on file | West Realm Shires Services Inc. | | |
| | | | USD | 5,815,242.630327000000000 | | | | USD | 5,815,242.630327000000000 |
| 1341 | Name on file | FTX Trading Ltd. | USD | 409,952.800000000000000 | 1349* | Name on file | FTX Trading Ltd. | USD | 409,952.800000000000000 |
| 1033 | Name on file | FTX Trading Ltd. | | Undetermined* | 1387* | Name on file | FTX Trading Ltd. | | Undetermined* |
| 1072 | Name on file | FTX Trading Ltd. | | Undetermined* | 1361* | Name on file | FTX Trading Ltd. | GBP | 1,628.140000000000000 |
| 48296 | Name on file | FTX Trading Ltd. | | | 85345 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | 1INCH-PERP | 0.000000000000000 | | | | | |
| | | | AAVE-PERP | 0.000000000012278 | | | | | |
| | | | ADA-PERP | 0.000000000000000 | | | | | |
| | | | AGLD-PERP | -0.000000000618456 | | | | | |
| | | | ALCX-PERP | 0.000000000000227 | | | | | |
| | | | ALGO-PERP | 0.000000000000000 | | | | | |
| | | | ALICE-PERP | 0.000000000026922 | | | | | |
| | | | ANC-PERP | 0.000000000000000 | | | | | |
| | | | APE | 0.000000004482211 | | | | | |
| | | | APE-PERP | 0.000000000203726 | | | | | |
| | | | APT-PERP | 0.000000000000000 | | | | | |
| | | | AR-PERP | -0.000000000001818 | | | | | |
| | | | ATLAS-PERP | 0.000000000000000 | | | | | |
| | | | ATOM | 0.000000008408635 | | | | | |
| | | | ATOM-PERP | 0.000000000116415 | | | | | |
| | | | AUDIO-PERP | -0.000000001688022 | | | | | |
| | | | AVAX | 0.000000008111998 | | | | | |
| | | | AVAX-PERP | 0.000000000049112 | | | | | |
| | | | AXS-PERP | 0.000000000010913 | | | | | |
| | | | BAL-PERP | -0.000000000015461 | | | | | |
| | | | BAND-PERP | -0.000000000141881 | | | | | |
| | | | BAT-PERP | 0.000000000000000 | | | | | |
| | | | BCH-PERP | -0.000000000010345 | | | | | |
| | | | BNB | 0.000000004749042 | | | | | |
| | | | BNB-PERP | -0.000000000031263 | | | | | |
| | | | BTC | 0.000000029358015 | | | | | |
| | | | BTC-0325 | 0.000000000000074 | | | | | |
| | | | BTC-0331 | -0.000000000000007 | | | | | |
| | | | BTC-0624 | -0.000000000000007 | | | | | |
| | | | BTC-0930 | -0.000000000000127 | | | | | |
| | | | BTC-1230 | -0.000000000000018 | | | | | |
| | | | BTC-20210625 | -0.000000000000039 | | | | | |
| | | | BTC-20210924 | 0.000000000000031 | | | | | |
| | | | BTC-20211231 | 0.000000000000016 | | | | | |
| | | | BTC-PERP | -2.348100000000650 | | | | | |
| | | | BTTPRE-PERP | 0.000000000000000 | | | | | |
| | | | C98-PERP | 0.000000000000000 | | | | | |
| | | | CAKE-PERP | -0.000000000258296 | | | | | |
| | | | CELO-PERP | 0.000000000058207 | | | | | |
| | | | CEL-PERP | 0.000000000000000 | | | | | |
| | | | CHR-PERP | 0.000000000000000 | | | | | |
| | | | CHZ-PERP | 0.000000000000000 | | | | | |
| | | | CREAM | 0.040000000000000 | | | | | |
| | | | CREAM-PERP | 0.000000000004092 | | | | | |
| | | | CRO-PERP | 0.000000000000000 | | | | | |
| | | | CRV-PERP | 0.000000000000000 | | | | | |
| | | | CVC-PERP | 0.000000000000000 | | | | | |
| | | | DASH-PERP | 0.000000000000454 | | | | | |
| | | | DENT-PERP | 0.000000000000000 | | | | | |
| | | | DODO-PERP | -0.000000000698491 | | | | | |
| | | | DOGE | 0.000000011285726 | | | | | |
| | | | DOGE-20210625 | 0.000000000000000 | | | | | |
| | | | DOGE-20210924 | 0.000000000000000 | | | | | |
| | | | DOGE-20211231 | 0.000000000000000 | | | | | |
| | | | DOGE-PERP | 0.000000000000000 | | | | | |
| | | | DOT-PERP | 0.000000000026375 | | | | | |
| | | | DYDX-PERP | -0.000000000552972 | | | | | |
| | | | EGLD-PERP | 0.000000000000909 | | | | | |
| | | | ENJ-PERP | 0.000000000000000 | | | | | |
| | | | ENS-PERP | -0.000000000023646 | | | | | |
| | | | EOS-PERP | 0.000000000698491 | | | | | |
| | | | ETC-PERP | -0.000000000192812 | | | | | |
| | | | ETH | -2.508999987679276 | | | | | |
| | | | ETH-0325 | 0.000000000000120 | | | | | |
| | | | ETH-0331 | 0.000000000000213 | | | | | |
| | | | ETH-0624 | 0.000000000000005 | | | | | |
| | | | ETH-0930 | -0.000000000002671 | | | | | |
| | | | ETH-1230 | -0.000000000001023 | | | | | |
| | | | ETH-20210625 | 0.000000000000085 | | | | | |
| | | | ETH-20210924 | 0.000000000000142 | | | | | |
| | | | ETH-20211231 | -0.000000000000102 | | | | | |
| | | | ETH-PERP | 0.590000000025725 | | | | | |
| | | | ETHW | 0.000000012589042 | | | | | |
| | | | FIDA-PERP | 0.000000000000000 | | | | | |
| | | | FIL-PERP | -0.000000000060481 | | | | | |
| | | | FLOW-PERP | -0.000000000363797 | | | | | |
| | | | FTM | 0.000000000035958 | | | | | |
| | | | FTM-PERP | 0.000000000000000 | | | | | |
| | | | FTT | 0.545199246610628 | | | | | |
| | | | FTT-PERP | -0.000000000347796 | | | | | |
| | | | GALA-PERP | 0.000000000000000 | | | | | |
| | | | GAL-PERP | 0.000000000043655 | | | | | |
| | | | GLMR-PERP | 0.000000000000000 | | | | | |
| | | | GMT-PERP | 0.000000000000000 | | | | | |
| | | | GRT-PERP | 0.000000000000000 | | | | | |
| | | | GST-PERP | -0.000000000756699 | | | | | |
| | | | HNT-PERP | -0.000000000020008 | | | | | |

7484*: Surviving Claim included as a claim to be modified subject to the Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
1349*: Surviving Claim included as the claim to be modified subject to the Debtors' Forty-Fifth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
4685*: Surviving Claim included as the claim to be modified subject to the Debtors' Forty-Fifth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
1361*: Surviving Claim included as the claim to be modified subject to the Debtors' Forty-Fifth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
1387*: Surviving Claim included as the claim to be modified subject to the Debtors' Forty-Fifth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
4707*: Surviving Claim included as the claim to be modified subject to the Debtors' Forty-Fifth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Claims to be Disallowed** | | | | | **Surviving Claims** | |
| | | | HOT-PERP | 0.000000000000000 | | | | | |
| | | | HT | 300.030000000000000 | | | | | |
| | | | HT-PERP | -0.000000000061845 | | | | | |
| | | | ICP-PERP | -0.000000000411091 | | | | | |
| | | | ICX-PERP | 0.000000000000000 | | | | | |
| | | | IMX-PERP | 0.000000000000000 | | | | | |
| | | | IOTA-PERP | 0.000000000000000 | | | | | |
| | | | JASMY-PERP | 0.000000000000000 | | | | | |
| | | | KAVA-PERP | 0.000000000305590 | | | | | |
| | | | KIN-PERP | 0.000000000000000 | | | | | |
| | | | KLUNC-PERP | 0.000000000000000 | | | | | |
| | | | KNC-PERP | 0.000000000000000 | | | | | |
| | | | KSHIB-PERP | 0.000000000000000 | | | | | |
| | | | LDO-PERP | 0.000000000000000 | | | | | |
| | | | LINA-PERP | 0.000000000000000 | | | | | |
| | | | LINK-PERP | -0.000000000116415 | | | | | |
| | | | LOOKS-PERP | 0.000000000000000 | | | | | |
| | | | LRC-PERP | 0.000000000000000 | | | | | |
| | | | LTC | 0.000000008067139 | | | | | |
| | | | LTC-PERP | -0.000000000024556 | | | | | |
| | | | LUNA2 | 11.878576670000000 | | | | | |
| | | | LUNA2_LOCKED | 27.716678900000000 | | | | | |
| | | | LUNA2-PERP | 0.000000000291038 | | | | | |
| | | | LUNC | 0.000000007678635 | | | | | |
| | | | LUNC-PERP | 0.000006103553459 | | | | | |
| | | | MANA-PERP | 0.000000000000000 | | | | | |
| | | | MAPS-PERP | 0.000000000000000 | | | | | |
| | | | MASK-PERP | 0.000000000000000 | | | | | |
| | | | MATIC | 0.000000012264368 | | | | | |
| | | | MATIC-PERP | 0.000000000000000 | | | | | |
| | | | MKR-PERP | -0.000000000000099 | | | | | |
| | | | MOB | 0.483432355639700 | | | | | |
| | | | MOB-PERP | 0.000000000058207 | | | | | |
| | | | MTL-PERP | -0.000000000005911 | | | | | |
| | | | NEAR-PERP | 0.000000000004092 | | | | | |
| | | | NEO-PERP | -0.000000000002046 | | | | | |
| | | | OKB-PERP | -0.000000000001818 | | | | | |
| | | | OMG | 0.000000007310387 | | | | | |
| | | | OMG-PERP | -0.000000000070031 | | | | | |
| | | | ONE-PERP | 0.000000000000000 | | | | | |
| | | | OP-PERP | 0.000000000000000 | | | | | |
| | | | PEOPLE-PERP | 0.000000000000000 | | | | | |
| | | | PERP-PERP | -0.000000000043655 | | | | | |
| | | | PROM-PERP | 0.000000000007275 | | | | | |
| | | | QTUM-PERP | 0.000000000000000 | | | | | |
| | | | RAMP-PERP | 0.000000000000000 | | | | | |
| | | | RAY-PERP | 0.000000000000000 | | | | | |
| | | | REEF-PERP | 0.000000000000000 | | | | | |
| | | | REN-PERP | 0.000000000000000 | | | | | |
| | | | RNDR-PERP | -0.000000000261934 | | | | | |
| | | | RON-PERP | -0.000000000174622 | | | | | |
| | | | ROSE-PERP | 0.000000000000000 | | | | | |
| | | | RSR-PERP | 0.000000000000000 | | | | | |
| | | | RUNE-PERP | 0.000000000814907 | | | | | |
| | | | SAND-PERP | 0.000000000000000 | | | | | |
| | | | SC-PERP | 0.000000000000000 | | | | | |
| | | | SHIB-PERP | 0.000000000000000 | | | | | |
| | | | SHIT-PERP | -0.000000000000007 | | | | | |
| | | | SLP-PERP | 0.000000000000000 | | | | | |
| | | | SNX-PERP | 0.000000000076397 | | | | | |
| | | | SOL | 0.003966424273763 | | | | | |
| | | | SOL-PERP | -0.000000000230556 | | | | | |
| | | | SPELL-PERP | 0.000000000000000 | | | | | |
| | | | SRM | 6,652.492774370000000 | | | | | |
| | | | SRM_LOCKED | 49,186.491965130000000 | | | | | |
| | | | SRM-PERP | 0.000000000000000 | | | | | |
| | | | STG-PERP | 0.000000000000000 | | | | | |
| | | | STORJ-PERP | -0.000000000309228 | | | | | |
| | | | STX-PERP | 0.000000000000000 | | | | | |
| | | | SUSHI | 0.037620990622997 | | | | | |
| | | | SUSHI-PERP | 0.000000000000000 | | | | | |
| | | | SXP | 0.500000000000000 | | | | | |
| | | | SXP-PERP | 0.000000000232830 | | | | | |
| | | | THETA-PERP | -0.000000000029103 | | | | | |
| | | | TOMO-PERP | 0.000000000000000 | | | | | |
| | | | TONCOIN-PERP | 0.000000000000000 | | | | | |
| | | | TRU-PERP | 0.000000000000000 | | | | | |
| | | | TRX | 0.000001000000000 | | | | | |
| | | | TRX-PERP | 0.000000000000000 | | | | | |
| | | | UNI-PERP | -0.000000000054569 | | | | | |
| | | | USD | 17,446,258.910461646000000 | | | | | |
| | | | USDT | 200,017.502328721700000 | | | | | |
| | | | USTC | 0.000000002675350 | | | | | |
| | | | USTC-PERP | 0.000000000000000 | | | | | |
| | | | VET-PERP | 0.000000000000000 | | | | | |
| | | | WAVES-PERP | 0.000000000000000 | | | | | |
| | | | XEM-PERP | 0.000000000000000 | | | | | |
| | | | XMR-PERP | -0.000000000000909 | | | | | |
| | | | XRP | 0.000000004829158 | | | | | |
| | | | XRP-PERP | 0.000000000000000 | | | | | |
| | | | XTZ-PERP | 0.000000000072759 | | | | | |
| | | | YFII-PERP | 0.000000000000625 | | | | | |
| | | | YFI-PERP | 0.000000000000063 | | | | | |
| | | | ZEC-PERP | 0.000000000000909 | | | | | |
| | | | ZIL-PERP | 0.000000000000000 | | | | | |
| | | | ZRX-PERP | 0.000000000000000 | | | | | |