## SCHEDULE 1

**Duplicate Portal Claims**

FTX Trading Ltd. (22-11068 (JTD))
Fifty-Fifth Omnibus Claims Objection
Schedule 1 - Substantive Duplicate Claims

**Claim 72705 (to be Disallowed) — Name on file — FTX Trading Ltd.**

| Tickers | Ticker Quantity |
|---|---|
| ETHW | 1,656.835000000000000 |
| FTT | 156.793715370000000 |
| USD | 1,306,691.300000000000000 |

**Surviving Claim 43906* — Name on file — FTX Trading Ltd.**

| Tickers | Ticker Quantity |
|---|---|
| ALGO-PERP | 0.000000000000000 |
| ANC-PERP | 0.000000000000000 |
| APE-PERP | 0.000000000000000 |
| APT-PERP | -10,000.000000000000000 |
| AUDIO-PERP | 0.000000000000000 |
| AVAX-PERP | 0.000000000000000 |
| BAND-PERP | -14,994.100000000000000 |
| BNB-PERP | 0.000000000000000 |
| BTC-PERP | 0.000000000000000 |
| CBB-PERP | 0.000000000000000 |
| CEL-PERP | 0.000000000003651 |
| CHZ-PERP | 0.000000000000000 |
| CRV-PERP | 0.000000000000000 |
| CVX-PERP | 0.000000000002738 |
| DOGE-PERP | 0.000000000000000 |
| DOT-PERP | 0.000000000000000 |
| DNS-PERP | 0.000000000000000 |
| EOS-PERP | 0.000000000000000 |
| ETC-PERP | 0.000000000000028 |
| ETH-PERP | 0.000000000000171 |
| ETHW | 1,656.835000000000000 |
| ETHW-PERP | 0.000000000000000 |
| FLM-PERP | 494,974.000000000000000 |
| FTM-PERP | 0.000000000000000 |
| FTT | 156.793715370000000 |
| FTT-PERP | 0.000000000000000 |
| FXS-PERP | 0.000000000000000 |
| GAL-PERP | -0.000000000001485 |
| GLMR-PERP | 0.000000000000000 |
| GMT-PERP | 0.000000000000000 |
| GST-PERP | 0.000000000000000 |
| HT-PERP | -6,889.360000000000000 |
| KNC-PERP | -0.000000000000312 |
| LDO-PERP | 0.000000000000000 |
| LOOKS-PERP | 0.000000000000000 |
| LUNC-PERP | 0.000000000000000 |
| MASK-PERP | 0.000000000000000 |
| MATIC-PERP | -250,000.000000000000000 |
| MTL-PERP | -0.000000000007276 |
| NEAR-PERP | 0.000000000000000 |
| ONE-PERP | 0.000000000000000 |
| OP-PERP | 0.000000000000000 |
| PROM-PERP | -0.000000000000071 |
| PUNDIX-PERP | 0.000000000000000 |
| RAY-PERP | 0.000000000000000 |
| REEF-PERP | 0.000000000000000 |
| RNDR-PERP | 0.000000000000000 |
| ROSE-PERP | 0.000000000000000 |
| SAND-PERP | 0.000000000000000 |
| SLP-PERP | 0.000000000000000 |
| SOL-PERP | -16,000.000000000000000 |
| STORJ-PERP | 0.000000000000000 |
| TRX-PERP | 0.000000000000000 |
| USD | 1,306,691.296719680000000 |
| USTC-PERP | 0.000000000000000 |
| WAVES-PERP | 0.000000000000000 |
| ZIL-PERP | 0.000000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the Debtors' Twelfth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

**Claim 90878 (to be Disallowed) — Name on file — FTX Trading Ltd.**

| Tickers | Ticker Quantity |
|---|---|
| ATOM | 298,241.930000000000000 |
| ETH | 254,766.150000000000000 |
| ETHW | 3,184.110000000000000 |
| FTT | 1,080.630000000000000 |
| LUNA2 | 366.480000000000000 |
| MATIC | 199,674.900000000000000 |
| SAND | 67,018.300000000000000 |
| STARS | 975.600000000000000 |
| USD | 445,504.320000000000000 |

**Surviving Claim 46220* — Name on file — FTX Trading Ltd.**

| Tickers | Ticker Quantity |
|---|---|
| ALT-PERP | 0.000000000000032 |
| ASD | 0.000000000000000 |
| ATOM | 298,241.930000000000000 |
| ATOM-PERP | 0.000000000000000 |
| AVAX | 0.000000001643058 |
| AVAX-PERP | 0.000000004000000 |
| BCH-PERP | 0.000000000000000 |
| BTC | 0.000060006250000 |
| BTC-MOVE-20210827 | -0.000000000000015 |
| BTC-MOVE-20210828 | 0.000000000000438 |
| BTC-MOVE-20210829 | 0.000000000000000 |
| BTC-MOVE-20210901 | 0.000000000000000 |
| BTC-MOVE-20210909 | 0.000000000000000 |
| BTC-MOVE-20210910 | 0.000000000000000 |
| BTC-PERP | 0.000000000000001 |
| ETC-PERP | 0.000000000000000 |
| ETH | 254,766.150000000000000 |
| ETH-PERP | -0.000000000000092 |
| ETHW | 3,184.110000000000000 |
| FTT | 1,080.630000000000000 |
| FTT-PERP | 0.000000000000000 |
| LUNA2 | 366.480000000000000 |
| LUNA2_LOCKED | 331.507051450000000 |
| LUNC-PERP | 0.000000000000000 |
| MATIC | 199,674.900000000000000 |
| MID-PERP | 0.000000000000024 |
| SAND | 67,018.300000000000000 |
| SAND-PERP | 0.000000000000000 |
| SHIT-PERP | 0.000000000000000 |
| STARS | 28,953.760700000000000 |
| TRX | 0.000001000000000 |
| USD | 359,541.625475050240000 |
| USDT | 445,504.320000000000000 |
| USTC-PERP | 0.000000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was adjourned on the Debtors' Seventh (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

**Claim 94649 (to be Disallowed) — Name on file — FTX Trading Ltd.**

| Tickers | Ticker Quantity |
|---|---|
| BNB | 17,000.000000000000000 |
| USD | 17,000.000000000000000 |
| USDT | 17,000.000000000000000 |

**Surviving Claim 88974* — Name on file — FTX Trading Ltd.**

| Tickers | Ticker Quantity |
|---|---|
| BNB | 0.000000000000000 |
| BTC | 5,000.000000000000000 |
| USD | 5,000.000000000000000 |
| USDT | 5,000.000000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Thirty-Sixth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

**Claim 54026 (to be Disallowed) — Name on file — FTX EU Ltd.**

| Tickers | Ticker Quantity |
|---|---|
| ETH | 600.388179240000000 |
| TRX | 11.000000000000000 |

**Surviving Claim 54004* — Name on file — FTX EU Ltd.**

| Tickers | Ticker Quantity |
|---|---|
| ETH | 600.388179240000000 |
| TRX | 11.000000000000000 |

Reason: The Claimant has filed multiple proofs of claim and conducted a transfer of their earliest filed claim. The claim to be disallowed is substantively duplicative of the surviving and properly asserted claim filed by or transferred to the transferee.

54004*: Surviving Claim included as a claim to be modified subject to the Debtors' Fifty-Eighth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
43906*: Surviving Claim was ordered modified on the Debtors' Twelfth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
88974*: Surviving Claim is pending modification on the Debtors' Thirty-Sixth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
46220*: Surviving Claim was adjourned on the Debtors' Seventh (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)