## SCHEDULE 1

**No Liability Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**Fifty-Seventh Omnibus Claims Objection**
**Schedule 1 - No Liability Claims**

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| | | | **Asserted Claims** | |
| 80075 | Name on file | FTX Trading Ltd. | BTC | 310,000.000000000000000 |
| | | | USD | 310,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 51767 | Name on file | FTX Trading Ltd. | USD | 200,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 54828 | Name on file | FTX Trading Ltd. | USD | 147,649.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 94541 | Name on file | FTX Japan K.K. | AAVE | 20,000.000000000000000 |
| | | | ADABULL | 10,000.000000000000000 |
| | | | APE | 20,000.000000000000000 |
| | | | ATLAS | 25,000.000000000000000 |
| | | | ATOM | 5,000.000000000000000 |
| | | | AUD | 10,000.000000000000000 |
| | | | AVAX | 3,000.000000000000000 |
| | | | BAO | 100,000.000000000000000 |
| | | | BAT | 2,000.000000000000000 |
| | | | BCH | 25,000.000000000000000 |
| | | | BNB | 10,000.000000000000000 |
| | | | BRL | 25,000.000000000000000 |
| | | | BTC | 120.000000000000000 |
| | | | BULL | 150.000000000000000 |
| | | | CAD | 5,000.000000000000000 |
| | | | CHF | 10,000.000000000000000 |
| | | | DOGE | 10,000.000000000000000 |
| | | | DOGEBULL | 20,000.000000000000000 |
| | | | ETH | 1,000,000.000000000000000 |
| | | | ETHBULL | 1,000,000.000000000000000 |
| | | | EUR | 1,000,000.000000000000000 |
| | | | GBP | 5,000.000000000000000 |
| | | | HKD | 50,000.000000000000000 |
| | | | JPY | 50,000.000000000000000 |
| | | | LINK | 12,000.000000000000000 |
| | | | MANA | 12,000.000000000000000 |
| | | | SGD | 10,000.000000000000000 |
| | | | USD | 100,000.000000000000000 |
| | | | XRPBULL | 100,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 50757 | Name on file | FTX Trading Ltd. | USD | 125,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 6994 | Name on file | FTX Trading Ltd. | USD | 1,480,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 80123 | Name on file | West Realm Shires Services Inc. | USD | 1,480,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 327 | Name on file | FTX Trading Ltd. | USD | 1,500.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 80027 | Name on file | FTX Trading Ltd. | USD | 2,000,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 34627 | Name on file | FTX Trading Ltd. | | Undetermined* |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | | Asserted Claims | |
| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. The claimant has provided no facts in the claim to demonstrate Debtors' alleged liability for profits from NFT sales. The claim fails to show any contractual obligation between a Debtor entity and the claimant. Further, the claimant has made no allegations regarding which, if any NFTs were sold, when such sales would have occurred, or it should be entitled to the hypothetical profits from such sale. The claim does not satisfy the claimant's burden of alleging facts sufficient to demonstrate Debtors' liability on the claim, so the claim should be disallowed. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 5906 | Name on file | FTX Trading Ltd. | | |
| | | | USD | 500,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 85204 | Name on file | West Realm Shires Services Inc. | | |
| | | | USD | 500,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 94855 | Name on file | West Realm Shires Services Inc. | AUD | 1,000,000.000000000000000 |
| | | | EUR | 1,000,000.000000000000000 |
| | | | GBP | 1,000,000.000000000000000 |
| | | | USD | 1,000,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 94507 | Name on file | FTX Trading Ltd. | BTC | 3,850.000000000000000 |
| | | | BULL | 1,240.000000000000000 |
| | | | ETH | 4,560.000000000000000 |
| | | | LTC | 763.000000000000000 |
| | | | USD | 3,400.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 83997 | Name on file | FTX Trading Ltd. | BTC | 9,257,250.680000000000000 |
| | | | ETH | 308,667.560000000000000 |
| | | | WBTC | 3,372,982.780000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 51124 | Name on file | FTX Trading Ltd. | | |
| | | | USD | 160,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 7077 | Name on file | FTX Trading Ltd. | | |
| | | | USD | 500,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 85246 | Name on file | West Realm Shires Services Inc. | | |
| | | | USD | 500,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 94815 | Name on file | FTX Trading Ltd. | USD | 503,000.000000000000000 |
| | | | USDT | 503,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 94523 | Name on file | FTX Trading Ltd. | BNB | 1,200.000000000000000 |
| | | | BTC | 1,000.000000000000000 |
| | | | BULL | 1,100.000000000000000 |
| | | | DOGE | 1,000.000000000000000 |
| | | | FTT | 1,550.000000000000000 |
| | | | USD | 1,400.000000000000000 |
| | | | USDT | 1,500.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.