## SCHEDULE 2

**No Liability Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**Fifty-Seventh Omnibus Claims Objection**
**Schedule 2 - No Liability Claims**

| | | | | | |
|---|---|---|---|---|---|
| | | | **Asserted Claims** | | |
| **Claim Number** | **Name** | **Debtor** | **Tickers** | | **Ticker Quantity** |
| 45779 | Name on file | Quoine Pte Ltd | EUR | | 10,000,000,000.000000000000000 |
| | | | GBP | | 12,000,000,000.000000000000000 |
| | | | JPY | | 120,000,000,000,000.000000000000000 |
| | | | Other Activity Asserted: Empty your red room bank accounts., fellow clones. - The just of a 250 year conviction and a recession of house arrest. | | |
| | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 88420 | Name on file | West Realm Shires Services Inc. | USD | | 19,000,000.000000000000000 |
| | | | Other Activity Asserted: 19000000+ - FTX was proof of work.. holding for webull.com | | |
| | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |