## SCHEDULE 3

**No Liability Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**Fifty-Seventh Omnibus Claims Objection**
**Schedule 3 - No Liability Claims**

| | | Asserted Claims | |
|---|---|---|---|
| **Claim Number** | **Name** | **Debtor** | **Filed Amount** |
| 1986 | Name on file | FTX Trading Ltd. | $1,500,000.00 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. The claimant has provided no facts in the claim to demonstrate Debtors' alleged liability for profits from NFT sales. The claim fails to show any contractual obligation between a Debtor entity and the claimant. Further, the claimant has made no allegations regarding which, if any NFTs were sold, when such sales would have occurred, or why it should be entitled to the hypothetical profits from such sale. The claim does not satisfy the claimant's burden of alleging facts sufficient to demonstrate Debtors' liability on the claim, so the claim should be disallowed. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | |
|---|---|---|---|
| 5590 | Name on file | FTX Digital Assets LLC | $2,500,000.00 |

Reason: Based on the Debtors' and their advisors' ongoing analysis and review, the Debtors and their advisors have determined that claim 5590 is not reflected in the Debtors' books and records. There are no details on the face of claim 5590 that explain the conduct or activity giving rise to a claim against the Debtors, nor that substantiate the amount of the claim asserted. In addition, it appears that the claimant did not have an FTX account. Therefore, claim 5590 should be disallowed and expunged in its entirety.

| | | | |
|---|---|---|---|
| 5680 | Name on file | FTX Trading Ltd. | $8,000,000.00 |

Reason: Based on the Debtors' and their advisors' ongoing analysis and review, the Debtors and their advisors have determined that claim 5680 is not reflected in the Debtors' books and records. There are no details on the face of claim 5680 that explain the conduct or activity giving rise to a claim against the Debtors, nor that substantiate the amount of the claim asserted. In addition, it appears that the claimant did not have an FTX account. Therefore, claim 5680 should be disallowed and expunged in its entirety.