# SCHEDULE 1

## No Liability Portal Claims

FTX Trading Ltd. 22-11068 (JTD)
Forty-Seventh Omnibus Claims Objection
Schedule 1 - No Liability Claims

| Claim Number | Name | Debtor | Asserted Claims Tickers | Ticker Quantity |
|---|---|---|---|---|
| 90675 | Name on file | West Realm Shires Services Inc. | ETH | 1,267.540000000000000 |
| | | | FTT | 0.230000000000000 |
| | | | MOB | 185,927.850000000000000 |
| | | | USD | 64.270000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 43153 | Name on file | FTX Trading Ltd. | USD | 102,962.570000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 84134 | Name on file | FTX Trading Ltd. | USD | 170,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 94058 | Name on file | FTX Trading Ltd. | BTC | 3,500.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 83666 | Name on file | FTX Trading Ltd. | BCH | 16.000000000000000 |
| | | | BNB | 215.410000000000000 |
| | | | BTC | 2.264000000000000 |
| | | | CRO | 121,950.000000000000000 |
| | | | DOT | 720.000000000000000 |
| | | | ETC | 514.840000000000000 |
| | | | ETH | 58.540000000000000 |
| | | | FTT | 241.000000000000000 |
| | | | LTC | 86.600000000000000 |
| | | | SAND | 6,172.000000000000000 |
| | | | SHIB | 1,000,000,000.000000000000000 |
| | | | SOL | 5,000.000000000000000 |
| | | | TRX | 200,000.000000000000000 |
| | | | XRP | 21,839.300000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 93839 | Name on file | FTX Trading Ltd. | BCH | 35,000.000000000000000 |
| | | | BTC | 100.000000000000000 |
| | | | DOGE | 280.000000000000000 |
| | | | USDC | 28.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 91706 | Name on file | FTX Trading Ltd. | USD | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 48417 | Name on file | FTX Trading Ltd. | USD | 103,315.190000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 51095 | Name on file | FTX Trading Ltd. | USD | 364,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 1942 | Name on file | FTX Trading Ltd. | USD | 599,808.9900000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 87730 | Name on file | FTX Trading Ltd. | USDT | 226,120.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 39834 | Name on file | FTX Trading Ltd. | ALGO | 2,291,195.000000000000000 |
| | | | BTC | 0.050598500000000 |
| | | | ETH | 3.844976950000000 |
| | | | ETHW | 3.844976950000000 |
| | | | RSR | 35,946.219260000000000 |
| | | | VET VECHAIN | 22,967.481900000000000 |
| | | | XLM | 22,981.185227500000000 |
| | | | XRP | 10,061.180706000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 51121 | Name on file | FTX Trading Ltd. | BCH | 10,000.000000000000000 |
| | | | BTC | 10,000.000000000000000 |
| | | | FTT | 10,000.000000000000000 |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | | **Asserted Claims** | |
|---|---|---|---|---|
| **Claim Number** | **Name** | **Debtor** | **Tickers** | **Ticker Quantity** |
| | | | USD | 10,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 86947 | Name on file | FTX Trading Ltd. | BTC | 3.700000000000000 |
| | | | DOGE | 45,000,000.000000000000000 |
| | | | ETH | 250.000000000000000 |
| | | | SHIB | 450,000,000.000000000000000 |
| | | | USD | 16,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 49572 | Name on file | FTX Trading Ltd. | ETH | 150.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 77135 | Name on file | FTX Trading Ltd. | FTT | 16.000000000000000 |
| | | | USD | 400,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 48049 | Name on file | FTX Trading Ltd. | XRP | 490,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 94254 | Name on file | FTX Trading Ltd. | AAVE | 160.000000000000000 |
| | | | APE | 26,000.000000000000000 |
| | | | ATLAS | 32,900.000000000000000 |
| | | | ATOM | 2,299.000000000000000 |
| | | | AVAX | 2,870.000000000000000 |
| | | | BULL | 10.000000000000000 |
| | | | ETH | 65,890.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 89138 | Name on file | West Realm Shires Services Inc. | BTC | 7,351.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 49574 | Name on file | FTX Trading Ltd. | USD | 500,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 49579 | Name on file | FTX Trading Ltd. | USD | 500,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 71795 | Name on file | FTX Trading Ltd. | 1INCH | 1.029506177576000 |
| | | | AXS | 6.190514452833973 |
| | | | BTC | 0.000000013048600 |
| | | | DOGE | 7.000000000000000 |
| | | | ETH | 7.506700030570240 |
| | | | ETHW | 0.015741333918640 |
| | | | LUNA2 | 0.000000019502299 |
| | | | MATIC | 9.989982006892348 |
| | | | SAND | 37,742.158740000000000 |
| | | | SGD | 0.000000012249269 |
| | | | SOL | 3.022112972405158 |
| | | | TRX | 200.997200000000000 |
| | | | USD | 10.306173649272977 |
| | | | USDC | 136,547.720956240000000 |
| | | | USDT | 0.000000017429700 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 94005 | Name on file | West Realm Shires Services Inc. | MXN | |
| | | | SOL | 300.000000000000000 |
| | | | USD | 1,891,819.000000000000000 |
| | | | USDT | |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 54969 | Name on file | FTX Trading Ltd. | BTC | 10,000.000000000000000 |
| | | | BULL | 20,000.000000000000000 |
| | | | DOGE | 5,000.000000000000000 |
| | | | DOGEBULL | 2,000.000000000000000 |
| | | | ETH | 2,000.000000000000000 |
| | | | SHIB | 5,000.000000000000000 |
| | | | SOL | 200.000000000000000 |
| | | | USD | 20,000.000000000000000 |

| | | | **Asserted Claims** | |
|---|---|---|---|---|
| **Claim Number** | **Name** | **Debtor** | **Tickers** | **Ticker Quantity** |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 93951 | Name on file | FTX Trading Ltd. | ETH | 1,857.000000000000000 |
| | | | EUR | 605.000000000000000 |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |