# SCHEDULE 2

**No Liability Non-Portal Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**Forty-Seventh Omnibus Claims Objection**
**Schedule 2 - No Liability Claims**

| | | | Asserted Claims | |
|---|---|---|---|---|
| **Claim Number** | **Name** | **Debtor** | **Tickers** | **Ticker Quantity** |
| 93705 | Name on file | FTX Trading Ltd. | BTC | 10.000000000000000 |
| | | | DOGE | 97.000000000000000 |
| | | | SHIB | 1,600,000.000000000000000 |
| | | | Other Activity Asserted: 101628.00 - An offer for my coins | |
| | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 91333 | Name on file | FTX Trading Ltd. | BTC | 10.040000000000000 |
| | | | FB | 7.700000000000000 |
| | | | SRM_LOCKED | 300.480000000000000 |
| | | | USD | 771,858.900000000000000 |
| | | | Other Activity Asserted: $942,204.95 - $942,204.95 | |
| | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |