IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | |
| | (Jointly Administered) |

## TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

**OAKTREE LONDON LIQUID VALUE OPPORTUNITIES FUND (VOF), L.P.**

Name of Transferee

Name and Address where notices to transferee

should be sent:

1301 Avenue of the Americas
34th Floor
New York, NY 10019
Attention: Colin McLafferty
Telephone: + 1 (347) 346-3703
Email: cmclafferty@oaktreecapital.com

**TRIBE CAPITAL FUND III, L.P.**

Name of Transferor

Last known address:

5940 S. Rainbow Blvd Ste 400 PMB 84487
Las Vegas, NV 89118
Attention: Boris Revsin
Email: boris@tribecap.co

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

032-8356/7184382.1

Type and Amount of Interest Transferred:

| West Realm Shires Inc. Series A Preferred $18,749,999 | FTX Trading Ltd. Series C Preferred $6,249,984 |
|---|---|
| 8.205.689 shares | 134,838 shares |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee
**OAKTREE LONDON LIQUID VALUE OPPORTUNITIES FUND (VOF), L.P.**

By: Oaktree London Liquid Value Opportunities Fund (VOF) GP, L.P.
Its: General Partner

By: Oaktree London Liquid Value Opportunities GP Ltd.
Its: General Partner
By: Oaktree Capital Management, L.P.
Its: Director

DocuSigned by:
*Colin McLafferty*
6CAA40B708FE400...

By: _____
Name: Colin McLafferty
Title: Vice President

Signed by:
*Steve Tesoriere*
A401D35C3A124EC...

By: _____
Name: Steve Tesoriere
Title: Managing Director

Transferor
**TRIBE CAPITAL FUND III, L.P.**
By: Tribe Capital Fund III GP, LLC
Its: General Partner

By: _____
Name: Arjun Sethi
Title: Managing Member

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Type and Amount of Interest Transferred:

| West Realm Shires Inc. Series A Preferred $18,749,999 | FTX Trading Ltd. Series C Preferred $6,249,984 |
|---|---|
| 8.205.689 shares | 134,838 shares |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee
**OAKTREE LONDON LIQUID VALUE**
**OPPORTUNITIES FUND (VOF), L.P.**

By: Oaktree London Liquid Value Opportunities Fund (VOF) GP, L.P.
Its: General Partner

By: Oaktree London Liquid Value Opportunities GP Ltd.
Its: General Partner
By: Oaktree Capital Management, L.P.
Its: Director

By: _____
Name: Colin McLafferty
Title: Vice President

By: _____
Name: Steve Tesoriere
Title: Managing Director

Transferor
**TRIBE CAPITAL FUND III, L.P.**
By: Tribe Capital Fund III GP, LLC
Its: General Partner

Signed by:

By: _Arjun Sethi_____
9826027599B244D...
Name: Arjun Sethi
Title: Managing Member

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571