IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Ref. Nos. 27969, 27980 & 28289 |

**CERTIFICATION OF COUNSEL**

I, Kimberly A. Brown, counsel to FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors"), hereby certify as follows to the best of my knowledge, information and belief:

1.　On November 15, 2024, Perella Weinberg Partners LP ("PWP") filed the *Final Fee Application of Perella Weinberg Partners LP* [D.I. 27980] for the period from November 16, 2022 through and including October 8, 2024 (the "PWP Fee Application").

2.　On November 25, 2024, PWP filed the *Notice of Supplement to Final Fee Application of Perella Weinberg Partners LP* [D.I. 28289] in supplement of the PWP Fee Application (the "PWP Supplement" and together with the PWP Fee Application, the "PWP Final Fee Application").

3.　On November 15, 2024, Rothschild & Co US Inc. ("Rothschild & Co") filed its *Combined Eleventh Monthly and Fifth Interim Fee Application (for the Period from August 1, 2024 through October 8, 2024) and Final Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-U.S. Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period from*

---

[1]　The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0078700.2}

*July 1, 2023, through October 8, 2024* [D.I. 27969] (the "Rothschild & Co. Final Fee Application" and together with the PWP Final Fee Application, the "Investment Bankers' Final Fee Applications").

4. Objections to each of the Investment Bankers' Final Fee Applications, if any, were to be filed and served no later than the objection deadline set forth on each of the Investment Bankers' Final Fee Applications (as applicable, the "Objection Deadline"), which expired on December 5, 2024.

5. As set forth in paragraph 3(iv) of the *Order (I) Approving Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [D.I. 834], flat fee professionals – such as PWP and Rothschild & Co US Inc. – are not subject to Fee Examiner review. The undersigned hereby certifies that the Court's docket has been reviewed and no answer, objection, or other responsive pleading to the Investment Bankers' Final Fee Applications appears thereon.

6. A copy of the Order approving the Investment Bankers' Final Fee Applications, attached hereto as **Exhibit A** (the "Proposed Order") was circulated to counsel to the Official Committee of Unsecured Creditors appointed in the above-captioned cases (the "Committee") and the Office of the United States Trustee (the "UST"). The Committee and the UST have advised that they do not oppose entry of the Proposed Order.

WHEREFORE the undersigned, on behalf of PWP and Rothschild & Co US Inc., respectfully request the Proposed Order be entered at the Court's earliest convenience.

| | |
|---|---|
| Dated: December 11, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Kimberly A. Brown*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>         brown@lrclaw.com<br>         pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>         bromleyj@sullcrom.com<br>         gluecksteinb@sullcrom.com<br>         kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |