# **<u>EXHIBIT A</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. Nos. 27969, 27980 & 28289 |

**ORDER APPROVING FINAL FEE APPLICATIONS OF
ROTHSCHILD & CO US INC. AND PERELLA WEINBERG PARTNERS LP**

Upon consideration of the final fee applications of Rothschild & Co US Inc. and Perella Weinberg Partners LP (together as the "Investment Bankers") in the above-captioned chapter 11 cases, a list of which is attached hereto as **Exhibit A**, for allowance of compensation and reimbursement of expenses (collectively, the "Applications");[2] and it appearing to the Court that all of the requirements, as applicable, of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code (as amended or modified, the "Bankruptcy Code"), as well as rule 2016 of the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the expenses incurred were reasonable and necessary; and that notices of the Applications were appropriate; and after due deliberation and sufficient good cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Applications are hereby APPROVED in the amounts set forth on **Exhibit A** attached hereto.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Applications.

{1368.002-W0078702.6}

2. The Applications set forth on **Exhibit A** are granted, on a final basis.

3. The Debtors are authorized to remit payment to each of the Investment Bankers in the amounts set forth on **Exhibit A**, less any monies previously paid on account of such fees and expenses; provided, however, that the Debtors shall not remit payments related to Rothschild & Co US Inc.'s Transaction Fee and Perella Weinberg Partners LP's Consummation Fee unless and until the occurrence of the Effective Date.

4. This Court shall retain jurisdiction to hear and determine any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: _____, 2024
      Wilmington, Delaware

THE HONORABLE JOHN T. DORSEY
CHIEF UNITED STATES BANKRUPTCY JUDGE

# **<u>EXHIBIT A</u>**

{1368.002-W0078702.6}

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Certain Investment Bankers' Final Fee Applications

| Professional & Role in Case | Compensation Period & Fee Application | Total Fees Requested | Total Expenses Requested | Total Compensation Requested to be Approved |
|---|---|---|---|---|
| **Perella Weinberg Partners LP**[1] *Investment Banker to the Debtors and Debtors-In-Possession* | 11/16/22 – 10/8/24 D.I. 27980 & 28289 Filed 11/15/24 | $61,236,241.97 | $1,491,353.18 | $62,727,595.15 |
| **Rothschild & Co US Inc.**[2] *Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-U.S. Customers of FTX.com* | 8/1/24 – 10/8/24 (Eleventh Monthly & Fifth Interim Compensation Period) 7/1/23 – 10/8/24 (Final Compensation Period) D.I. 27969 Filed 11/15/24 | $12,385,080.64 | $79,871.23 | $12,464,951.87 |

---

[1] Pursuant to paragraph 3(iv) of the Fee Examiner Order, flat-fee professionals are not subject to Fee Examiner review and, as such, Perella Weinberg Partners LP's fees and expenses were not subject to review by the Fee Examiner.

[2] Pursuant to paragraph 3(iv) of the Fee Examiner Order, flat-fee professionals are not subject to Fee Examiner review and, as such, Rothschild & Co US Inc.'s fees and expenses were not subject to review by the Fee Examiner.

{1368.002-W0078702.6}