# **EXHIBIT 1**

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved | Additional Interim Fees Approved from Prior Fee Periods[1] |
|---|---|---|---|---|---|---|---|---|
| **Sullivan & Cromwell LLP** *Counsel to the Debtors and Debtors-In-Possession* | 5/1/24 – 7/31/24 D.I. 24752 Filed 9/13/24 | $19,773,003.70 | $250,000.00 | $26,681.88 | $0.00 | $19,523,003.70 | $26,681.88 | $412,028.60[2] |
| **Landis Rath & Cobb LLP** *Co-Counsel to the Debtors and Debtors-In-Possession* | 5/1/24 – 7/31/24 D.I. 24753 Filed 9/13/24 | $1,865,589.50 | $27,624.75 | $30,667.18 | $0.00 | $1,837,964.75 | $30,667.18 | N/A |

---

[1] As set forth in the *Fee Examiner's Summary Report on Fee Review Process and Seventh Interim Fee Applications* [D.I. 28501], all holdbacks from prior interim fee periods related to fees incurred for work performed responding to the security breach perpetrated on the Debtors' claims and noticing agent (the "Holdbacks") have been released for approval in this fee period.

[2] This amount consists of the release of Holdbacks for Sullivan & Cromwell LLP in the amounts of $256,217.10 from the *Fourth Omnibus Order Approving Interim Fee Applications* [D.I. 9706], $110,803.90 from the *Fifth Omnibus Order Approving Interim Fee Applications* [D.I. 17787], and $45,007.60 from the *Sixth Omnibus Order Approving Interim Fee Applications* [D.I. 24510].

{1368.002-W0078633.4}

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved | Additional Interim Fees Approved from Prior Fee Periods[1] |
|---|---|---|---|---|---|---|---|---|
| **Perella Weinberg Partners LP**[3] *Investment Banker to the Debtors and Debtors-In-Possession* | 5/1/24 – 7/31/24 D.I. 24756 Filed 9/13/24 | $13,654,174.00 | N/A | $296,831.09 | N/A | $13,654,174.00 | $296,831.09 | N/A |
| **Alvarez & Marsal North America LLC** *Financial Advisors to the Debtors and Debtors-In-Possession* | 5/1/24 – 7/31/24 D.I. 24686 Filed 9/13/24 | $40,797,431.00 | $231,000.00 | $905,873.04 | $37,000.00 | $40,566,431.00 | $868,873.04 | $212,051.20[4] |

---

[3] Pursuant to paragraph 3(iv) of the Fee Examiner Order, flat-fee professionals are not subject to Fee Examiner review and, as such, Perella Weinberg Partners LP's fees and expenses were not subject to review by the Fee Examiner.

[4] This amount consists of the release of Holdbacks for Alvarez & Marsal North America LLC in the amounts of $181,486.20 from the *Fourth Omnibus Order Approving Interim Fee Applications* [D.I. 9706], $29,725.00 from the *Fifth Omnibus Order Approving Interim Fee Applications* [D.I. 17787], and $840.00 from the *Sixth Omnibus Order Approving Interim Fee Applications* [D.I. 24510].

{1368.002-W0078633.4}

2

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved | Additional Interim Fees Approved from Prior Fee Periods[1] |
|---|---|---|---|---|---|---|---|---|
| **AlixPartners, LLP** *Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-In-Possession* | 5/1/24 – 7/31/24 D.I. 24755 Filed 9/13/24 | $5,834,648.00 | $87,212.72 | $40,408.20 | $2,963.62 | $5,747,435.28 | $37,444.58 | N/A |
| **Quinn Emanuel Urquhart & Sullivan, LLP** *Special Counsel to the Debtors and Debtors-In-Possession* | 5/1/24 – 7/31/24 D.I. 24754 Filed 9/13/24 | $3,291,385.05 | $40,000.00 | $8,011.67 | $12.84 | $3,251,385.05 | $7,998.83 | N/A |
| **Paul Hastings LLP** *Counsel to the Official Committee of Unsecured Creditors* | 5/1/24 – 7/31/24 D.I. 24709, 24712 Filed 9/13/24 | $2,697,554.25 | $72,179.74 | $303,171.30 | $0.00 | $2,625,374.51 | $303,171.30 | N/A |

{1368.002-W0078633.4}

3

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved | Additional Interim Fees Approved from Prior Fee Periods[1] |
|---|---|---|---|---|---|---|---|---|
| **Young Conaway Stargatt & Taylor, LLP** *Co-Counsel for the Official Committee of Unsecured Creditors* | 5/1/24 – 7/31/24 D.I. 24709, 24714 Filed 9/13/24 | $165,737.00 | $3,260.90 | $1,970.05 | $0.00 | $162,476.10 | $1,970.05 | N/A |
| **FTI Consulting, Inc.** *Financial Advisor to the Official Committee of Unsecured Creditors* | 5/1/24 – 7/31/24 D.I. 24709, 24715 Filed 9/13/24 | $3,540,856.50 | $50,946.27 | $4,205.00 | $0.00 | $3,489,910.23 | $4,205.00 | N/A |
| **Jefferies LLC**[5] *Investment Banker for the Official Committee of Unsecured Creditors* | 5/1/24 – 7/31/24 D.I. 24709, 24716 Filed 9/13/24 | $675,000.00 | N/A | $21,112.93 | N/A | $675,000.00 | $21,112.93 | N/A |

---

[5] Pursuant to paragraph 3(iv) of the Fee Examiner Order, flat-fee professionals are not subject to Fee Examiner review and, as such, Jefferies LLC's fees and expenses were not subject to review by the Fee Examiner.

{1368.002-W0078633.4}

4

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved | Additional Interim Fees Approved from Prior Fee Periods[1] |
|---|---|---|---|---|---|---|---|---|
| **Eversheds Sutherland (US) LLP** *Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com* | 5/1/24 – 7/31/24 D.I. 24749 Filed 9/13/24 | $979,210.00 | $20,218.03 | $0.00 | $0.00 | $958,991.97 | $0.00 | N/A |
| **Morris, Nichols, Arsht & Tunnell LLP** *Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com* | 5/1/24 – 7/31/24 D.I. 24738 Filed 9/13/24 | $439,247.50 | $2,511.41 | $2,439.57 | $27.73 | $436,736.09 | $2,411.84 | N/A |

5

{1368.002-W0078633.4}

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved | Additional Interim Fees Approved from Prior Fee Periods[1] |
|---|---|---|---|---|---|---|---|---|
| **Rothschild & Co US Inc.**[6] *Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-U.S. Customers of FTX.com* | 5/1/24 – 7/31/24 D.I. 24734 Filed 9/13/24 | $525,000.00 | N/A | $11,222.50 | N/A | $525,000.00 | $11,222.50 | N/A |
| **Kroll Restructuring Administration LLC** *Administrative Advisor to the Debtors* | 5/1/24 – 7/31/24 D.I. 24722 Filed 9/13/24 | $282,697.36 | $6,054.05 | $0.00 | $0.00 | $276,643.31 | $0.00 | N/A |
| **Patterson Belknap Webb & Tyler** *Counsel to the Examiner* | 5/1/24 – 7/31/24 D.I. 24692 Filed 9/13/24 | $2,051,424.45 | $6,963.00 | $26,668.53 | $383.73 | $2,044,461.45 | $26,284.80 | N/A |

---

[6] Pursuant to paragraph 3(iv) of the Fee Examiner Order, flat-fee professionals are not subject to Fee Examiner review and, as such, Rothschild & Co US Inc.'s fees and expenses were not subject to review by the Fee Examiner.

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved | Additional Interim Fees Approved from Prior Fee Periods[1] |
|---|---|---|---|---|---|---|---|---|
| **Katherine Stadler and Godfrey & Kahn, S.C.** *Fee Examiner and Counsel* | 5/1/24 – 7/31/24 D.I. 24882 Filed 9/13/24 | $462,092.00 | N/A | $0.00 | N/A | $462,092.00 | $0.00 | N/A |