**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF CHANGE OF FIRM ADDRESS FOR**
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

PLEASE TAKE NOTICE that, effective December 9, 2024, Quinn Emanuel Urquhart & Sullivan, LLP, Special Counsel to the Debtors in the above-captioned chapter 11 cases, hereby notifies the Court and all parties of the change of its New York office address, as set forth below:

Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, New York 10016

The telephone numbers, facsimile numbers, and email addresses shall remain the same. Please reflect this change in all future pleadings, notices, and other papers served or filed in the above-captioned matter.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: December 12, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew B. McGuire*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Kimberly A. Brown (No. 5138)<br>Howard W. Robertson IV (No. 6903)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>         brown@lrclaw.com<br>         pierce@lrclaw.com<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession*<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Sascha N. Rand (*pro hac vice*)<br>Katherine Lemire (*pro hac vice*)<br>Isaac Nesser (*pro hac vice*)<br>Benjamin I. Finestone (*pro hac vice*)<br>K. McKenzie Anderson (*pro hac vice*)<br>Justine Young (*pro hac vice*)<br>Heather Christensen (*pro hac vice*)<br>Ben Carroll (*pro hac vice*)<br><br>295 Fifth Avenue<br>New York, NY 10016<br>(212) 849-7000<br><br>sascharand@quinnemanuel.com<br>katherinelemire@quinnemanuel.com<br>isaacnesser@quinnemanuel.com<br>benjaminfinestone@quinnemanuel.com<br>heatherchristenson@quinnemanuel.com<br>benjamincarroll@quinnemanuel.com<br>justineyoung@quinnemanuel.com<br>mckenzieanderson@quinnemanuel.com<br><br>*Special Counsel to the Debtors* |