**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**



CHEROKEE
ACQUISITION

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.,*<br><br>Debtors | Chapter 11<br><br>No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Name (Redacted)**

Name of Transferee:

**Ceratosaurus Investors, LLC**

Name and Current Address of
Transferor:
**Name (Redacted)**

Name and Address where notices and payments to
transferee should be sent:
**Ceratosaurus Investors, LLC**
**Attn: Michael Linn**
**Email: mlinn@farcap.com**
**One Maritime Plaza, Suite 2100**
**San Francisco, CA 94111**

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule No. 5907046 | Name (Redacted) | as described on Register (attached) | **West Realm Shires Services Inc.** | **22-11071** |
| Confirmation ID No. 3265-70-LXEFI-742258428 | Name (Redacted) | Unliquidated (stated in crypto) | **West Realm Shires Services Inc.** | **22-11071** |
| Customer Code No. 08727516 | Name (Redacted) | as described on Schedule F (attached) | **West Realm Shires Services Inc.** | **22-11071** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: October **9th**, 2024

## Creditor Information - Schedule # 5907046

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Name on File | West Realm Shires Services Inc. | n/a |
| Address on File | Date Filed | Schedule Number |
| | n/a | 5907046 |
| | | Confirmation ID |
| | | 3265-70-LXEFI-742258428 |

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | AAVE | ASSERTED | 740.2526 | 740.2526 |
| CRYPTO | ALGO | ASSERTED | 140862.621 | 140862.621 |
| CRYPTO | AVAX | ASSERTED | 1135.6 | 1135.6 |
| CRYPTO | BTC | ASSERTED | 27.86209752 | 27.86209752 |
| CRYPTO | DOGE | ASSERTED | 190429.7 | 190429.7 |
| CRYPTO | ETH | ASSERTED | 300.37325192 | 300.37325192 |
| CRYPTO | ETHW | ASSERTED | 300.37325192 | 300.37325192 |
| CRYPTO | KSHIB | ASSERTED | 2778315.41212588 | 2778315.41212588 |
| CRYPTO | LINK | ASSERTED | 8038.2 | 8038.2 |
| CRYPTO | MATIC | ASSERTED | 109300.9 | 109300.9 |
| CRYPTO | SHIB | ASSERTED | 150132462.8484193 | 150132462.8484193 |
| CRYPTO | SOL | ASSERTED | 1820.66869 | 1820.66869 |
| CRYPTO | UNI | ASSERTED | 453.97223 | 453.97223 |
| FIAT | USD | ASSERTED | 0.0000000000150064 | 0.0000000000150064 |

| 08727516 | | AAVE[740.2526], ALGO[140852.621], AVAX[1135.6], BTC[27.86209752], DOGE[190429.7], ETH[300.37325192], ETHW[300.37325192], KSHIB[2778315.41212588], LINK[8038.2], MATIC[109300.9], SHIB[15013246.84641931], SOL[1820.66869], UNI[453.97223], USDID.00] | | |
| 08727518 | Contingent, Disputed | USDID.00] | | |

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.