# UNITED STATES BANKRUPTCY COURT
## District of Delaware

| | |
|---|---|
| In re FTX Trading Ltd., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Michael Bacina | Piper Alderman |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Michael Bacina
c/o Williams Law
P.O. Box 882
Grand Cayman KYI-1103
Cayman Islands

Court Claim # (if known): 3409
Amount of Claim: AUD $251,341.09
Date Claim Filed: 06/30/2023

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent
Michael Bacina

Date: 10 December 2024

(*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.)

#13438808v2\099998\0038



**EVIDENCE OF TRANSFER OF CLAIM**

TO: THE DEBTOR AND THE BANKRUPTCY COURT

PROOF OF CLAIM NO.: 3409

For value received, the adequacy and sufficiency of which are hereby acknowledged, S.M. Adams & Ors trading as Piper Alderman ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Michael Bacina ("Assignee") one hundred percent (100%) of Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), designated on the Claims Registry in the Bankruptcy Case (as defined below) as Claim No. 3409 and filed on 30 June 2023, that was asserted against FTX Trading Ltd (the "Debtor"), a debtor in the Chapter 11 case captioned In re FTX Trading Ltd., et al., Case No. 22-11068 (JTD) (Jointly Administered) (the "Bankruptcy Case") pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim (collectively, the "Proof of Claim").

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as might be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, are to be delivered or made to Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 9 day of August 2024.

For and on behalf of S.M. Adams & Ors trading as Piper Alderman ABN 42 843 327 183 by its Authorised Representative:

Signature of Tony Britten-Jones,
Managing Partner

Signature of Chris McLean, witness,
Level 23, Governor Macquarie Tower, One Farrer Place,
Sydney NSW 2000



Notice of Assignment

**TO**: FTX Trading Ltd.

10-11 Mandolin Place
Friars Hill Road
St. John's Antigua and Barbuda AG-04

Attention: John J. Ray III

Email: inquiry@ftx.com

**COPY**: United States Trustee

Office of The United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

Attention: Joseph McMahon, Assistant United States Trustee (Region 3)

**Assignment of claims in FTX bankruptcy proceedings**

We refer to the claims of S.M Adams & Ors trading as Piper Alderman (ABN 42 843 327 183) (**Assignor**) in the bankruptcy proceedings of FTX Trading Ltd (Company Number 17180) (**FTX Trading**) and other FTX companies in the United States Bankruptcy Court for the District of Delaware (Case No. 22-11068), assigned claim no. 3409.

The Assignor gives you notice that the Assignor has assigned all of its right, title and interest in any allegation, debt, cause of action, liability, claim, proceeding, suit or demand of any nature howsoever arising and whether present or future, fixed or unascertained, actual or contingent or otherwise whether at law, in equity, under statute or otherwise against FTX Trading and any of the other FTX companies which filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (Case No. 22-11068) or is subject to other bankruptcy or similar proceedings (**Claims**) to Michael Bacina (**Assignee**) under a Deed of Assignment dated 9 August 2024 between, among others, the Assignor and the Assignee.

The Assignor gives you notice that you must pay all amounts that are owing under the Claims to the Assignee.

This notice is governed by the laws of the State of New South Wales in the Commonwealth of Australia, is irrevocable and may not be amended, terminated or withdrawn without the prior written consent of the Assignee.

Dated 9 August 2024

For and on behalf of S.M. Adams & Ors trading as Piper Alderman
ABN 42 843 327 183 by its Authorised Representative:

Signature of Tony Britten-Jones,
Managing Partner