**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 2016-2**

I, Erin E. Broderick, hereby certify as follows:

1. I am a partner in the applicant firm, Eversheds Sutherland (US) LLP. I am a member in good standing of the Bar of the State of Illinois (2008), the Bar of the State of New York (2015), the Bar of the State of Texas (2020), and the Bar of the State of Michigan (2021), and I have been admitted *pro hac vice* to practice in the United States Bankruptcy Court for the District of Delaware. There are no disciplinary proceedings against me.

2. I have personally performed many of the legal services rendered by Eversheds Sutherland (US) LLP, as counsel for the Ad Hoc Committee, and I am generally familiar with all other work performed on behalf of the Ad Hoc Committee by the lawyers and paraprofessionals in the firm.

3. The facts set forth in the foregoing Monthly Fee Statement are true and correct to the best of my knowledge, information, and belief. Moreover, I have reviewed the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and respectfully submit that the Monthly Fee Statement complies with such requirements.

Dated: December 13, 2024
Chicago, Illinois

*/s/ Erin E. Broderick*
**EVERSHEDS SUTHERLAND (US) LLP**
Erin E. Broderick
227 West Monroe Street, Suite 6000
Chicago, Illinois 60606
Telephone: (312) 724-9006
Facsimile: (312) 724-9322
erinbroderick@eversheds-sutherland.com

*Counsel for the Ad Hoc Committee*
*of Non-US Customers of FTX.com*