## EXHIBIT A

**Summary of Fees by Individual for the Application Period**
**(August 1, 2024, through and including October 8, 2024)**

| Name | Title | Practice Group; Date of First Admission | Hourly Rate | Hours Billed | Amount Billed |
|---|---|---|---|---|---|
| Broderick, Erin E. | Partner | Finance, 2008 | $1,300.00 | 292.10 | 379,730.00 |
| Paul, Sarah | Partner | Litigation, 2004 | $1,225.00 | 4.20 | 5,145.00 |
| | | **Partner Total** | | 296.30 | 384,875.00 |
| Polansky, Andrew J. | Senior Attorney | Litigation, 2018 | $780.00 | 178.50 | 139,230.00 |
| | | **Senior Attorney Total** | | 178.50 | 139,230.00 |
| Badio, Maritza | Associate | Finance, 2017 | $915.00 | 34.40 | 31,476.00 |
| Monzon Woc, Ana Rocio | Associate | Litigation, 2018 | $755.00 | 9.50 | 7,172.50 |
| Rogers, Michael A. | Associate | Finance, 2022 | $730.00 | 290.00 | 211,700.00 |
| | | **Associate Total** | | 333.90 | 250,348.50 |
| Hirsch, Devorah | Paralegal | Litigation | $355.00 | 25.80 | 9,159.00 |
| | | **Paralegal Total** | | 25.80 | 9,159.00 |
| **Grand Total** | | | | **834.50** | **$783,612.50** |

**Blended Hourly Rate: $939.00**