**EXHIBIT B**

**Summary of Compensation by Project Category**

| U.S. Trustee Task Code and Project Category | Hours Billed | Amount Billed |
|---|---:|---:|
| B110 Case Administration | 1.30 | 724.00 |
| B112 General Creditor Inquiries | 21.00 | 18,518.00 |
| B113 Case Analysis/Pleading Review | 53.30 | 62,806.00 |
| B155 Court Hearings | 22.00 | 22,214.00 |
| B160 Fee/Employment Applications | 43.90 | 38,912.00 |
| B195 Non-Working Travel | 21.00 | 18,320.00 |
| B260 Corporate Governance and Board Matters | 18.50 | 9,119.00 |
| B270 AHC Member Communications & Meetings | 312.10 | 285,770.00 |
| B310 KYC Process and Claims Administration | 75.50 | 68,215.50 |
| B320 Plan and Disclosure Statement (including Business Plan) | 248.40 | 242,898.00 |
| B410 General Case Strategy | 17.50 | 16,116.00 |
| **Grand Total** | **834.50** | **$783,612.50** |