## **EXHIBIT C**
**Expense Summary for the Application Period**

**Total:**        **$2,076.93**