## EXHIBIT D

**Eversheds Sutherland's Customary and Comparable Compensation Disclosures**

| Timekeeper Rank | FTX - Ad Hoc Committee* | | Firm-wide** | |
| --- | --- | --- | --- | --- |
| | October 2023 Through October 2024 | | Total Firm Bills Allocated to Non-BK General Domestic Timekeepers from October 2023 Through October 2024 | |
| | Blended Hourly Rate | % Total Hours | Blended Hourly Rate | % Total Hours |
| Partners [1] | $1,168 | 56% | $962 | 55% |
| Associates [2] | $752 | 42% | $639 | 42% |
| Non-Lawyers [3] | $302 | 1% | $394 | 3% |
| **All Timekeepers** | **$907** | | **$770** | |

[1] Includes Of Counsel, Senior Counsel.

[2] Includes Special Counsel, Counsel, Senior Attorney, Staff Attorney, Contract Attorney.

[3] Excludes all non-comparable "non-lawyer" timekeepers.

\* Includes write-offs.

\*\* Includes non-BK work of BK timekeepers and all work of other domestic timekeepers, excluding litigation matters and all write-offs.