# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | )  | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*,[1] | ) | Case No. 22-11068 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket No. 28603** |

## CERTIFICATE OF SERVICE

I, ARNOLD NGUYEN, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 6, 2024, I caused to be served the "The Official Committee of Unsecured Creditors' Joinder to the Debtors' Objection to the Motion of the Joint Liquidators of Three Arrows Capital, Ltd. (In Liquidation) for Leave to Amend Proof of Claim," dated December 6, 2024 [Docket No. 28603], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            */s/ Arnold Nguyen*
                                                            Arnold Nguyen

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification number is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX..

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| COUSINS LAW LLC | COUNSEL TO EVOLVE BANK & TRUST ATTN: SCOTT D. COUSINS, SCOTT D. JONES BRANDYWINE PLAZA WEST 1521 CONCORD PIKE, STE 301 WILMINGTON DE 19801 |
| ENVIRONMENTAL PROTECTION AGENCY | ATTN BANKRUPTCY DIVISION 290 BROADWAY NEW YORK NY 10007-1866 |
| ENVIRONMENTAL PROTECTION AGENCY | ATTN: MATTHEW LEOPOLD, GENERAL COUNSEL OFFICE OF GENERAL COUNSEL 2310A 1200 PENNSYLVANIA AVE NW, 2310A WASHINGTON DC 20460 |
| EVERSHEDS SUTHERLAND (US) LLP | COUNSEL TO AD HOC COMMITTEE NON US CUSTOMERS ATTN: PETER IVANICK, SARAH PAUL THE GRACE BUILDING 40TH FL, 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| EVERSHEDS SUTHERLAND (US) LLP | COUNSEL TO AD HOC COMMITTEE NON US CUSTOMERS ATTN: ANDREA L. GORDON 700 SIXTH ST NW, STE 700 WASHINGTON DC 20001 |
| EVERSHEDS SUTHERLAND (US) LLP | COUNSEL TO AD HOC COMMITTEE NON US CUSTOMERS ATTN: ERIN E. BRODERICK 227 WEST MONROE ST, STE 6000 CHICAGO IL 60606 |
| EVERSHEDS SUTHERLAND (US) LLP | COUNSEL TO AD HOC COMMITTEE NON US CUSTOMERS ATTN: MARK D. SHERRILL 1001 FANNIN ST, STE 3700 HOUSTON TX 77002 |
| INTERNAL REVENUE SERVICE | IRS INSOLVENCY SECTION CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | IRS INSOLVENCY SECTION CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5-Q30.133 PHILADELPHIA PA 19104-5016 |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE CO ATTN: MICHAEL R. MORANO 1300 MT. KEMBLE AVE, PO BOX 2075 MORRISTOWN NJ 07962 |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE CO ATTN: GARY D. BRESSLER 300 DELAWARE AVE, STE 1014 WILMINGTON DE 19801 |
| MISSOURI DEPARTMENT OF REVENUE | GENERAL COUNSEL'S OFFICE ATTN STEVEN A. GINTHER, ERIC SCHMITT 301 W. HIGH ST, ROOM 670, PO BOX 475 JEFFERSON CITY MO 65105-0475 |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY 1850 M ST., NW 12TH FL WASHINGTON DC 20036 |
| SULLIVAN HAZELTINE ALLINSON LLC | COUNSEL TO WORD OF GOD FELLOWSHIP, INC. ATTN: WILLIAM D. SULLIVAN 919 NORTH MARKET ST, STE 420 WILMINGTON DE 19801 |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT US DEPT OF JUSTICE 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |

**Total Creditor count 15**

FTX TRADING LTD., et al.,
Case No. 22-11068 (JTD)
First Class Mail Service

HOLLAND & KNIGHT LLP
(COUNSEL TO THREE ARROWS CAPITAL)
ATTN: WARREN E. GLUCK
31 WEST 52ND STREET, 12TH FLOOR
NEW YORK, NY 10019


PASHMAN STEIN WALDER HAYDEN, P.C.
(COUNSEL TO THREE ARROWS CAPITAL)
ATTN: JOHN W. WEISS, JOSEPH C. BARSALONA II
1007 NORTH ORANGE STREET, 4TH FLOOR #183 WILMINGTON, DE 19801


LATHAM & WATKINS LLP
(COUNSEL TO THREE ARROWS CAPITAL)
ATTN: NIMA H. MOHEBBI, TIFFANY M. IKEDA
355 SOUTH GRAND AVENUE, SUITE 100
LOS ANGELES, CA 90071


HOLLAND & KNIGHT LLP
(COUNSEL TO THREE ARROWS CAPITAL)
ATTN: JOHN J. MONAGHAN
10 ST. JAMES AVENUE, 11TH FLOOR
BOSTON, MA 02116


LATHAM & WATKINS LLP
(COUNSEL TO THREE ARROWS CAPITAL)
ATTN: CHRISTOPHER HARRIS, ADAM J. GOLDBERG, BRETT M. NEVE, NACIF TAOUSSE
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

**EXHIBIT B**

FTX TRADING LTD., *et al*.,
Case No. 22-11068 (JTD)
Email Master Service List

| Name | Email Address |
|---|---|
| A. M. SACCULLO LEGAL, LLC | ams@saccullolegal.com; meg@saccullolegal.com |
| ASHBY & GEDDES, P.A. | gtaylor@ashbygeddes.com |
| ASHBY & GEDDES, P.A. | rpalacio@ashbygeddes.com |
| ATTORNEY GENERAL OF THE STATE OF NEW YORK | robert.rock@ag.ny.gov |
| BALLARD SPAHR LLP | brannickn@ballardspahr.com; masellaj@ballardspahr.com |
| BIELLI & KLAUDER LLC | dklauder@bk-legal.com |
| BLANK ROME LLP | josef.mintz@blankrome.com; rick.antonoff@blankrome.com |
| BOERSCH & ILLOVSKY LLP | sharon@boersch-illovsky.com |
| BOIES SCHILLER FLEXNER LLP | dboies@bsfllp.com; aboies@bsfllp.com; balexander@bsfllp.com |
| BUCHALTER, A PROFESSIONAL CORPORATION | schristianson@buchalter.com |
| BUTLER SNOW LLP | jeb.bailey@butlersnow.com; cam.hillyer@butlersnow.com |
| BUTLER SNOW LLP | martin.sosland@butlersnow.com |
| CARR MALONEY P.C. | peter.glaws@carrmaloney.com |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | jvanlare@cgsh.com; bhammer@cgsh.com |
| COLE SCHOTZ P.C. | jalberto@coleschotz.com; preilley@coleschotz.com |
| COLE SCHOTZ P.C. | mhartlipp@coleschotz.com; jfrumkin@coleschotz.com |
| COLE SCHOTZ P.C. | npernick@coleschotz.com |
| COLE SCHOTZ P.C. | acole@coleschotz.com |
| COMMODITY FUTURES TRADING COMMISSION | mwhite@cftc.gov |
| COMMODITY FUTURES TRADING COMMISSION | acase@cftc.gov; cmetzger@cftc.gov |
| COZEN O'CONNOR | eschmidt@cozen.com |
| CROSS & SIMON LLC | kmann@crosslaw.com |
| CROWELL & MORING LLP | fhyman@crowell.com |
| DEBEVOISE & PLIMPTON LLP | nlabovitz@debevoise.com; eworenklein@debevoise.com; mcgodbe@debevoise.com |
| DEBEVOISE & PLIMPTON LLP | slevinson@debevoise.com; jball@debevoise.com |
| DELAWARE DIVISION OF REVENUE | fasnotify@state.de.us |
| DELAWARE SECRETARY OF STATE | dosdoc_ftax@state.de.us |
| DELAWARE STATE TREASURY | statetreasurer@state.de.us |
| DILWORTH PAXSON LLP | phughes@dilworthlaw.com |

FTX TRADING LTD., *et al*.,
Case No. 22-11068 (JTD)
Email Master Service List

| Name | Email Address |
|---|---|
| DLA PIPER LLP | aaron.applebaum@us.dlapiper.com; dennis.odonnell@dlapiper.com; jeffrey.torosian@dlapiper.com |
| EMMET, MARVIN & MARTIN, LLP | tpitta@emmetmarvin.com; jswartz@emmetmarvin.com |
| FOLEY & LARDNER LLP | msmall@foley.com; sruppenthal@foley.com |
| GELLERT SCALI BUSENKELL & BROWN LLC | mbusenkell@gsbblaw.com |
| GIBBONS P.C. | cviceconte@gibbonslaw.com; rmalone@gibbonslaw.com; btheisen@gibbonslaw.com; kmcevilly@gibbonslaw.com |
| GLENN AGRE BERGMAN & FUENTES LLP | aglenn@gennagre.com; sgao@glennagre.com; nrahman@glennagre.com |
| GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP | bdavidoff@greenbergglusker.com |
| HAYNES AND BOONE, LLP | rick.anigian@haynesboone.com; charlie.jones@haynesboone.com |
| HAYNES AND BOONE, LLP | richard.kanowitz@haynesboone.com |
| HOLLAND & KNIGHT LLP | warren.gluck@hklaw.com; marie.larsen@hklaw.com; david.wirt@hklaw.com; jessica.magee@hklaw.com; shardul.desai@hklaw.com |
| KASHISHIAN LAW LLC | amk@kashishianlaw.com |
| KELLER BENVENUTTI KIM LLP | jkim@kbkllp.com |
| KELLER BENVENUTTI KIM LLP | tkeller@kbkllp.com; tshafroth@kbkllp.com |
| KELLY HART & HALLMAN LLP | louis.phillips@kellyhart.com |
| KELLY HART & HALLMAN LLP | michael.anderson@kellyhart.com |
| KLEHR HARRISON HARVEY BRANZBURG LLP | adam@moskowitz-law.com; joseph@moskowitz-law.com; service@moskowitz-law.com |
| KLEHR HARRISON HARVEY BRANZBURG LLP | rbeck@klehr.com; dpacitti@klehr.com; sveghte@klehr.com |
| LATHAM & WATKINS LLP | adam.goldberg@lw.com; brian.rosen@lw.com |
| LEWIS BRISNOIS BISGAARD & SMITH LLP | rafael.zahralddin@lewisbrisbois.com; philip.hinson@lewisbrisbois.com; sean.shecter@lewisbrisbois.com; keith.kodosky@lewisbrisbois.com; minyao.wang@lewisbrisbois.com |
| LOWENSTEIN SANDLER LLP | dbesikof@lowenstein.com |

FTX TRADING LTD., *et al*.,
Case No. 22-11068 (JTD)
Email Master Service List

| Name | Email Address |
|---|---|
| LOWENSTEIN SANDLER LLP | abehlmann@lowenstein.com; crestel@lowenstein.com |
| MANIER HEROD, P.C. | jprice@manierherod.com; mlee@manierherod.com; swilliams@manierherod.com |
| MCCARTER & ENGLISH LLP | kbuck@mccarter.com; mrifino@mccarter.com; shumiston@mccarter.com; dadler@mccarter.com; lbonsall@mccarter.com; ppavlick@mccarter.com |
| MCDERMOTT WILL & EMERY LLP | mkandestin@mwe.com |
| MCDERMOTT WILL & EMERY LLP | dazman@mwe.com; jcalandra@mwe.com; jbevans@mwe.com; erodd@mwe.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | gloomis@mdmc-law.com; jbernstein@mdmc-law.com |
| MILLER SHAH LLP | jemiller@millershah.com |
| MORGAN LEWIS & BOCKIUS LLP | jody.barillare@morganlewis.com; john.goodchild@morganlewis.com; matthew.ziegler@morganlewis.com; joshua.dorchak@morganlewis.com; david.shim@morganlewis.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | mharvey@morrisnichols.com; ajberin@millershah.com |
| MORRISON COHEN LLP | hrosenblat@morrisoncohen.com; jgottlieb@morrisoncohen.com |
| OFFICE OF THE ATTORNEY GENERAL OF GEORGIA | apatterson@law.ga.gov |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS, BANKRUPTCY & COLLECTIONS DIVISION | roma.desai@oag.texas.gov; layla.milligan@oag.texas.gov; stephanie.eberhardt@oag.texas.gov |
| OFFICE OF THE ILLINOIS ATTORNEY GENERAL | bankruptcy_notices@ilag.gov |
| OFFICE OF THE TN ATTORNEY GENERAL, BANKRUPTCY DIV | agbankdelaware@ag.tn.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | linda.richenderfer@usdoj.gov benjamin.a.hackman@usdoj.gov jon.lipshie@usdoj.gov; david.gerardi@usdoj.gov |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | lmetzger@orrick.com; mtrentin@orrick.com |

FTX TRADING LTD., *et al*.,
Case No. 22-11068 (JTD)
Email Master Service List

| Name | Email Address |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | tkapur@pszjlaw.com; jrosell@pszjlaw.com; crobinson@pszjlaw.com; ljones@pszjlaw.com; pkeane@pszjlaw.com; mcaloway@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ljones@pszjlaw.com; tkapur@pszjlaw.com; ecorma@pszjlaw.com |
| PASHMAN STEIN WALDER HAYDEN, P.C | jweiss@pashmanstein.com; agambale@pashmanstein.com; leisenberg@pashmanstein.com |
| PAUL HASTINGS | gabesasson@paulhastings.com; krishansen@paulhastings.com; erezgilad@paulhastings.com; lucdespins@paulhastings.com; kenpasquale@paulhastings.com |
| POTTER ANDERSON & CORROON LLP | csamis@potteranderson.com; astulman@potteranderson.com; srizvi@potteranderson.com |
| PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD. | bsimms@lennoxpaton.com; kevin.cambridge@pwc.com; peter.greaves@hk.pwc.com |
| PRYOR CASHMAN LLP | slieberman@pryorcashman.com; rlevy@pryorcashman.com |
| REED SMITH | kgwynne@reedsmith.com |
| REICH REICH & REICH, P.C. | npasalides@reichpc.com |
| RICHARDS, LAYTON & FINGER, P.A. | gross@rlf.com; heath@rlf.com; queroli@rlf.com; schlauch@rlf.com |
| RIMON, P.C. | frederick.chang@rimonlaw.com |
| RIMON, P.C. | jacquelyn.choi@rimonlaw.com |
| ROBINSON & COLE LLP | jedmonson@rc.com |
| ROSEN & ASSOCIATES, P.C. | cmaccabe@rosenpc.com |
| SCHULTE ROTH & ZABEL LLP | douglas.mintz@srz.com; reuben.dizengoff@srz.com |
| SECURITIES & EXCHANGE COMMISSION | secbankruptcy@sec.gov |
| SECURITIES & EXCHANGE COMMISSION - NY OFFICE | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | secbankruptcy@sec.gov |
| SQUIRE PATTON BOGGS (US) LLP | gabriel.colwell@squirepb.com; max.czernin@squirepb.com |
| STATE OF DELAWARE ATTORNEY GENERAL | attorney.general@state.de.us |

| Name | Email Address |
|---|---|
| STRADLEY RONON STEVENS & YOUNG LLP | dpereira@stradley.com; dreperowitz@stradley.com |
| STREUSAND, LANDON, OZBURN & LEMMON, LLP | streusand@slollp.com; nguyen@slollp.com |
| SULLIVAN & CROMWELL LLP | dietdericha@sullcrom.com; bromleyj@sullcrom.com; gluecksteinb@sullcrom.com; kranzleya@sullcrom.com; petifordj@sullcrom.com |
| SULLIVAN , HAZELTINE, ALLINSON LLC | whazeltine@sha-llc.com |
| TARTER KRINSKY & DROGIN LLP | dwander@tarterkrinsky.com; atiktin@tarterkrinsky.com |
| THE DALEY LAW FIRM | darrell@daleylawyers.com; samantha@daleylawyers.com |
| THE MOSKOWITZ LAW FIRM, PLLC | adam@moskowitz-law.com; joseph@moskowitz-law.com; service@moskowitz-law.com |
| THE SECURITIES COMMISSION OF THE BAHAMAS | info@scb.gov.bs |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | evelyn.meltzer@troutman.com |
| U.S. DEPARTMENT OF JUSTICE | stanton.c.mcmanus@usdoj.gov; seth.shapiro@usdoj.gov |
| U.S. DEPARTMENT OF JUSTICE | ward.w.benson@usdoj.gov |
| U.S. DEPARTMENT OF JUSTICE - CIVIL DIVISION | stanton.c.mcmanus@usdoj.gov; seth.shapiro@usdoj.gov |
| UNITED STATES OF AMERICA ON BEHALF OF THE INTERNAL REVENUE SERVICE | elisabeth.m.bruce@usdoj.gov; stephanie.a.sasarak@usdoj.gov; ari.d.kunofsky@usdoj.gov |
| US ATTORNEY FOR DELAWARE | usade.ecfbankruptcy@usdoj.gov |
| VENABLE LLP | ajcurrie@venable.com |
| VENABLE LLP | daobrien@venable.com |
| VENABLE LLP | jssabin@venable.com; xsstrohbehn@venable.com; cweinerlevy@venable.com; aapeled@venable.com |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | jennifer.rood@vermont.gov |
| WHITE & CASE LLP | jessica.lauria@whitecase.com; cshore@whitecase.com; brian.pfeiffer@whitecase.com; ashley.chase@whitecase.com; brett.bakemeyer@whitecase.com |
| WHITE & CASE LLP | tlauria@whitecase.com; rkebrdle@whitecase.com |
| WHITEFORD, TAYLOR & PRESTON LLC | sgerald@whitefordlaw.com |

FTX TRADING LTD., *et al*.,
Case No. 22-11068 (JTD)
Email Master Service List

| Name | Email Address |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | mlunn@ycst.com; rpoppiti@ycst.com |

FTX TRADING LTD., *et al*.,
Case No. 22-11068 (JTD)
Email Service List

| Name | Email Address |
|---|---|
| HOLLAND & KNIGHT LLP | warren.gluck@hklaw.com; john.monaghan@hklaw.com |
| PASHMAN STEIN WALDER HAYDEN, P.C. | jweiss@pashmanstein.com; jbarsalona@pashmanstein.com |
| LATHAM & WATKINS LLP | adam.ravin@lw.com; chris.harris@lw.com; adam.goldberg@lw.com; brett.neve@lw.com; nacif.taousse@lw.com; nima.mohebbi@lw.com; tiffany.ikeda@lw.com |