IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| FTX Trading, Ltd., et al. | ) Case No. 22-11068 |
| Debtors | ) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

[Confidential Creditor]  
Name of Transferor

Tyr Capital Multi Strategy Fund, Ltd.  
Name of Transferee

Name and address where notices to transferor should be sent:

[Address on File]

Name and address where notices and payment to transferee should be sent:

Tyr Capital Partners Sàrl  
c/o Nick Norris  
Rue de Lausanne 15  
1201 Geneva, Switzerland  
Phone: +44 7764766536  
Email: nnorris@tyr.capital

| Schedule/Claim No. | Creditor Name | Amount | Date Claim Filed | % Transferred | Debtor | Case No. |
|---|---|---|---|---|---|---|
| Claim No. 71786 | Name (Redacted) | As described on Register (attached) | September 27, 2023 | 100% | FTX Trading Ltd. | 22-11068 |
| Scheduled No.: 6855381 | Name (Redacted) | As described on Register (attached) | September 27, 2023 | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Nick Norris_ (DocuSigned)  
Transferee/Transferee's Agent

Date: December 12, 2024

## Identity of Transferor/Seller

Transferee has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or addressed in the filed Transfer of Claim and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the unredacted Transfer of Claim and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.



# Creditor Data Details - Claim # 71786

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
09/27/2023

**Claim Number**
71786

**Schedule Number**
6855381

**Confirmation ID**
3265-70-YHGEJ-635925915

## Claim Amounts

| Claim Nature | Schedule Amount | C* U* D* | Asserted Claim Amount | C* U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | ADA-PERP | ASSERTED | 2002495.0 | 2002495.0 |
| CRYPTO | BTC | ASSERTED | 8.700000003882849 | 8.700000003882849 |
| CRYPTO | BTC-PERP | ASSERTED | -48.7033 | -48.7033 |
| CRYPTO | DOT | ASSERTED | 3468.765429 | 3468.765429 |
| CRYPTO | ETH | ASSERTED | 7725 | 7725 |
| CRYPTO | ETH-0331 | ASSERTED | 0.0000000000000568 | 0.0000000000000568 |
| CRYPTO | ETH-1230 | ASSERTED | -0.0000000000000568 | -0.0000000000000568 |
| CRYPTO | ETH-PERP | ASSERTED | -0.0000000000015916 | -0.0000000000015916 |
| CRYPTO | ETHW | ASSERTED | 301.48314064 | 301.48314064 |
| CRYPTO | FTT | ASSERTED | 793.36635875 | 793.36635875 |
| CRYPTO | FTT-PERP | ASSERTED | 10235.0 | 10235.0 |
| CRYPTO | HT | ASSERTED | 0.060556422761488 | 0.060556422761488 |
| CRYPTO | LINK | ASSERTED | 5026.4731380156445 | 5026.4731380156445 |
| CRYPTO | LUNA2 | ASSERTED | 0.3466278304 | 0.3466278304 |
| CRYPTO | LUNA2_LOCKED | ASSERTED | 0.808798271 | 0.808798271 |
| CRYPTO | LUNC | ASSERTED | 75478.93986 | 75478.93986 |
| CRYPTO | SRM | ASSERTED | 162.1125809 | 162.1125809 |
| CRYPTO | SRM_LOCKED | ASSERTED | 1385.7674191 | 1385.7674191 |
| FIAT | USD | ASSERTED | 1591028 | 1591028 |
| FIAT | USD | LOANED | 900000.0000000000000000 | 900000.0000000000000000 |

Objection List