IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>FTX Trading, Ltd., et al.<br><br>Debtors | )<br>) Chapter 11<br>)<br>) Case No. 22-11068<br>)<br>) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

[Confidential Creditor]  
Name of Transferor

Tyr Capital Multi Strategy Fund, Ltd.  
Name of Transferee

Name and address where notices to transferor should be sent:

[Address on File]

Name and address where notices and payment to transferee should be sent:

Tyr Capital Partners Sàrl  
c/o Nick Norris  
Rue de Lausanne 15  
1201 Geneva, Switzerland  
Phone: +44 7764766536  
Email: nnorris@tyr.capital

| Schedule/Claim No. | Creditor Name | Amount | Date Claim Filed | % Transferred | Debtor | Case No. |
|---|---|---|---|---|---|---|
| Claim No. 56754 | Name (Redacted) | As described on Register (attached) | September 20, 2023 | 100% | FTX Trading Ltd. | 22-11068 |
| Scheduled No.: 6824129 | Name (Redacted) | As described on Register (attached) | September 20, 2023 | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Nick Norris*  
Transferee/Transferee's Agent

Date: December 12, 2024

## Identity of Transferor/Seller

Transferee has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or addressed in the filed Transfer of Claim and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the unredacted Transfer of Claim and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

**Date Filed**
09/20/2023

**Claim Number**
56754

**Schedule Number**
6824129

**Confirmation ID**
3265-70-EFQZO-593102406

# Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

# Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | BTC | ASSERTED | 2.7930141455 | 2.7930141455 |
| CRYPTO | CEL-PERP | ASSERTED | 3000.0 | 3000.0 |
| CRYPTO | ENS | ASSERTED | 3600.018 | 3600.018 |
| CRYPTO | ETH | ASSERTED | 351.566472885 | 351.566472885 |
| CRYPTO | ETH-PERP | ASSERTED | 10.0 | 10.0 |
| CRYPTO | ETHW | ASSERTED | 351.566472885 | 351.566472885 |
| CRYPTO | FTT | ASSERTED | 1299.8390085 | 1299.8390085 |
| CRYPTO | HBAR-PERP | ASSERTED | 130000.0 | 130000.0 |
| CRYPTO | MATIC | ASSERTED | 10000.05 | 10000.05 |
| CRYPTO | SAND-PERP | ASSERTED | 8000.0 | 8000.0 |
| CRYPTO | SOL-PERP | ASSERTED | 200.0 | 200.0 |
| CRYPTO | SRM | ASSERTED | 12.72250559 | 12.72250559 |
| CRYPTO | SRM_LOCKED | ASSERTED | 186.95749441 | 186.95749441 |
| FIAT | USD | ASSERTED | 57874.1929703375 | 57874.1929703375 |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s.

Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or