**EXHIBIT A**

**Detailed Description of Services – October 1, 2024 through October 8, 2024**

# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

INVOICE

TELEPHONE
302-654-1888

FED ID#23-2193414

December 10, 2024
Billed through   10/08/24
Account:  CLEARY -00001  - MDD    85755

Daniel A. Lowenthal, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036

Robert J. Cleary, Esq., as court appointed Examiner in FTX bankruptcy cases (In re: FTX Trading Ltd.)

PROFESSIONAL SERVICES RENDERED

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/04/24 | MDD | 11 | K. Black email (.1); review and comments to Lowenthal fourth supplemental declaration in support of Patterson Belknap employment (.3); internal emails (K. Jones) regarding final fee applications, next steps (.2); | 0.60 | $438.00 |
| 10/04/24 | KMJ | 11 | Prepare COS regarding fourth supplemental declaration regarding PBWT retention application (.1); filed fourth supplemental declaration regarding PBWT retention application (.3); download and send email service (.3); | 0.70 | $234.50 |

Total fees                                                                       $672.50

DISBURSEMENTS

| 10/08/24 | Photocopies | 12.60 |
| 10/08/24 | Postage | 9.41 |

Total disbursements                                                              $22.01

BILLING SUMMARY

DeBaecke, Michael D.        0.60 hrs  730.00 /hr              $438.00

```
Bill number    CLEARY 85755                                              PAGE    2

          Jones, Kristy M           0.70 hrs   335.00 /hr          $234.50


          TOTAL FEES                1.30 hrs                       $672.50

          TOTAL DISBURSEMENTS                                       $22.01

          TOTAL CHARGES FOR THIS BILL                              $694.51

          PAST DUE BALANCE                                      $22,425.60

          TOTAL BALANCE NOW DUE FOR THIS MATTER                 $23,120.11
```

RECAP BY TIMEKEEPER

| | | | | |
|---|---|---|---|---|
| MDD | DeBaecke, Michael D. | 0.60 hrs | 730 /hr | $438.00 |
| KMJ | Jones, Kristy M | 0.70 hrs | 335 /hr | $234.50 |
| | | | TOTAL | $672.50 |

RECAP BY TASK

| | | | |
|---|---|---|---|
| 11 | Employment and Fee Apps | 1.30 hours | $672.50 |

RECAP BY EXPENSE CODE

| | | | |
|---|---|---|---|
| PC | Photocopies | 126.00 | $12.60 |
| POS | Postage | 9.41 | $9.41 |