# EXHIBIT B

## Summary of Billing By Professional for the Application Period

**SUMMARY OF BILLING BY PROFESSIONAL**
**MARCH 20, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024**

| Name of Professional | Position at Ashby & Geddes and Year of Admission | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Ricardo Palacio (RP) | Director Bankruptcy/Insolvency 1998 | $785 | 0.80 | $628.00 |
| Michael D. DeBaecke (MDD) | Counsel Bankruptcy/Insolvency 1993 | $730.00 | 134.40 | $98,112.00 |
| **Attorney Total** | | | **135.20** | **$98,740.00** |
| Kristy M. Jones (KMJ) | Paralegal | $335.00 | 38.30 | $12,830.50 |
| Tina Tsaganos (TT) | Legal Assistant | $300.00 | 4.10 | $1,230.00 |
| **Non-Legal Personnel Total** | | | **42.40** | **$14,060.50** |
| | | **Total:** | **177.60** | **$112,800.50** |
| | | **Blended Rate:** | | **$635.14** |