## **EXHIBIT E**

**Customary and Comparable Compensation Disclosures**

| Category | FTX Trading LTD.<br>March 20, 2024 through October 8, 2024 | Firm<br>Total Firm Bills Allocated to Non-Bankruptcy Matters from March 20, 2024 through October 8, 2024 |
|---|---|---|
| | **Blended Hourly Rate** | **Blended Hourly Rate** |
| Of Counsel, Partner, Counsel | $730.33 | $799.29 |
| Associates | N/A | $410.35 |
| Non-Legal Personnel | $331.62 | $310.28 |
| **All Timekeepers Average** | $635.14 | $506.33 |