# EXHIBIT A

**Summary of Billing By Professional for the Application Period**

## SUMMARY OF BILLING BY PROFESSIONAL
## AUGUST 1, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024

| TIMEKEEPER | TITLE | YEAR OF LAW SCHOOL GRADUATION | YEAR OF ADMISSION | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Robert J. Cleary | Of Counsel | 1980 | 1982 | $2,235.00 | 189.5 | $423,532.50 |
| Robert J. Cleary | Of Counsel | 1980 | 1982 | $1,117.50[1] | 2.3 | $2,570.25 |
| **Of Counsel Total** | | | | | **191.8** | **$426,102.75** |
| Daniel A. Lowenthal | Partner | 1987 | 1988 | $1,900.00 | 170.8 | $324,520.00 |
| Daniel A. Lowenthal | Partner | 1987 | 1988 | $950.00[1] | 0.6 | $570.00 |
| H. Gregory Baker | Partner | 2004 | 2005 | $1,680.00 | 5.3 | $8,904.00 |
| Lauren S. Potter | Partner | 2009 | 2010 | $1,640.00 | 145.3 | $238,292.00 |
| Jason Vitullo | Partner | 2009 | 2010 | $1,640.00 | 144.1 | $236,324.00 |
| **Partner Total** | | | | | **466.1** | **$808,610.00** |
| Kimberly Black | Associate | 2017 | 2018 | $1,310.00 | 141.2 | $184,972.00 |
| Kimberly Black | Associate | 2017 | 2018 | $655.00[1] | 1.0 | $655.00 |
| Ian Eppler | Associate | 2019 | 2019 | $1,230.00 | 120.7 | $148,461.00 |
| Johanna-Sophie Dikkers | Associate | 2020 | 2021 | $1,150.00 | 101.3 | $116,495.00 |
| Lauren Doxey | Associate | 2021 | In process | $1,045.00 | 93.4 | $97,603.00 |
| **Associate Total** | | | | | **457.6** | **$548,186.00** |
| David Erroll | Practice Area Associate | 2001 | 2003 | $840.00 | 126.1 | $105,924.00 |
| David Erroll | Practice Area Associate | 2001 | 2003 | $420.00[1] | 1.0 | $420.00 |
| **Practice Area Associate Total** | | | | | **127.1** | **$106,344.00** |

---

[1] 50% rate appears where time is charged for non-working travel.

| TIMEKEEPER | TITLE | YEAR OF LAW SCHOOL GRADUATION | YEAR OF ADMISSION | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Joyce Addae | Paralegal | N/A | N/A | $640.00 | 12 | $7,680.00 |
| Kurt Maitland | Paralegal | N/A | N/A | $625.00 | 3.6 | $2,250.00 |
| Sean O'Shea | Paralegal | N/A | N/A | $625.00 | 8 | $5,000.00 |
| Maritza Garcia | Paralegal | N/A | N/A | $590.00 | 96.7 | $57,053.00 |
| Kimberly Pereyra-Monero | Project Assistant | N/A | N/A | $230.00 | 15.1 | $3,473.00 |
| Geovanna Pineda-Vega | Project Assistant | N/A | N/A | $230.00 | 14.6 | $3,358.00 |
| Ianna Ramdhany-Correa | Project Assistant | N/A | N/A | $230.00 | 14.3 | $3,289.00 |
| Stephanie Weng | Electronic Discovery | N/A | N/A | $505.00 | 0.3 | $151.50 |
| Roman Kosman-Rimskiy | Electronic Discovery | N/A | N/A | $440.00 | 0.6 | $264.00 |
| Oleg Gorelik | Electronic Discovery | N/A | N/A | $505.00 | 0.5 | $252.50 |
| **Non-Legal Personnel Total** | | | | | 165.7 | $82,771.50 |
| **GRAND TOTAL** | | | | | 1408.3 | $1,972,013.75 |
| **LESS 10% DISCOUNT** | | | | | | ($197,201.38) |
| **TOTAL AMOUNT DUE** | | | | | | $1,774,812.38 |

**Blended Hourly Rate: $1,260.25[2]**

---

[2] Calculated after application of the 10% discount discussed herein.

2