# EXHIBIT B

**Summary of Compensation by Project Category for the Application Period**

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY
## AUGUST 1, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024

| PROJECT CATEGORY | HOURS | FEE AMOUNT |
|---|---|---|
| Examiner Time | 189.5 | $423,532.50 |
| Court Hearings | 5.7 | $9,095.00 |
| Report Preparation and Drafting | 504.6 | $636,476.00 |
| Document Requests and Formal Discovery | 20.5 | $30,312.50 |
| Non-Working Travel | 4.9 | $4,215.25 |
| General Case Administration | 66 | $89,628.50 |
| Examiner Investigation Work | 408.8 | $518,248.00 |
| Communications with Parties in Interest | 124.3 | $185,620.50 |
| Billing and Fee Applications | 79.9 | $68,806.50 |
| Retention Work | 4.1 | $6,079.00 |
| **TOTAL** | | **$1,972,013.75** |
| **LESS 10% DISCOUNT** | | **($197,201.38)** |
| **TOTAL AMOUNT DUE** | | **$1,774,812.38** |