# EXHIBIT C

**Expense Summary for the Application Period**

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES**
**AUGUST 1, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024**

| EXPENSE CATEGORY | SERVICE PROVIDER, IF APPLICABLE | AMOUNT |
|---|---|---|
| Local Travel and Expenses | N/A | $270.85 |
| Meals - Overtime | N/A | $60.00 |
| Reproduction – Copies ($0.10 per standard page; $0.25 per page for color copies) | N/A | $227.50 |
| Litigation Support Vendor | Deloitte | $9,474.02 |
| **TOTAL** | | **$10,032.37** |