## EXHIBIT E

**Budget and Staffing Plan for the Application Period**

**STAFFING PLAN FOR PATTERSON BELKNAP
WEBB & TYLER LLP, COUNSEL TO THE EXAMINER, FOR
THE PERIOD AUGUST 1, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024**

| TIMEKEEPER CATEGORY | NUMBER | RANGE OF RATES (FIRMWIDE) |
|---|---|---|
| Partners | 4 | $1,440 to $2,115 |
| Of Counsel | 1 | $1,345 to $2,310 |
| Counsel | 0 | $1,415 to $1,545 |
| Associates | 4 | $795 to $1,410 |
| Staff Attorneys | 0 | $650 to $855 |
| Practice Area Attorney | 1 | $710 to $1,175 |
| Trial Specialist | 0 | $640 |
| Paralegals | 4 | $370 to $650 |
| Project Assistant | 3 | $230 |
| Practice Support / Electronic Discovery | 3 | $440 to $785 |

**BUDGET FOR PATTERSON BELKNAP
WEBB & TYLER LLP, COUNSEL TO THE EXAMINER, FOR THE
PERIOD AUGUST 1, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024**

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| Examiner Time | 200 | $457,000 | 189.5 | $423,532.50 |
| Court Hearings | 2 | $4,000 | 5.7 | $9,095.00 |
| Report Preparation and Drafting | 500 | $620,000 | 504.6 | $636,476.00 |
| Document Requests and Formal Discovery | 25 | $35,000 | 20.5 | $30,312.50 |
| Non-Working Travel[1] | 0 | $0 | 4.9 | $4,215.25 |
| General Case Administration | 65 | $90,000 | 66 | $89,628.50 |
| Examiner Investigation Work | 400 | $500,000 | 408.8 | $518,248.00 |
| Communications with Parties in Interest | 130 | $200,000 | 124.3 | $185,620.50 |
| Billing and Fee Applications | 80 | $65,000 | 79.9 | $68,806.50 |
| **TOTAL** | **1402** | **$1,971,000** | **1408.3** | **$1,972,013.75** |
| **LESS 10% DISCOUNT** | **N/A** | **($197,100)** | **N/A** | **($197,201.38)** |
| **TOTAL** | **N/A** | **$1,773,900** | **N/A** | **$1,774,812.38** |

---

[1] 50% rate is used when time is charged for non-working travel.