IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FTX TRADING LTD., ET AL., | Case No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Name of Transferee</u>

Paxtibi LLP
221 W 9th St.
Wilmington, DE 19801
Tel: +971 504209612
Email: paxtibi.xyz@gmail.com

<u>Name of Transferor</u>

[name and address on file]

| Schedule/Claim No. | Creditor Name | % Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 65280 (submitted on or about 09/24/2023 ) | [REDACTED] | 100% | FTX EU Ltd. | 22-11068 |
| Claim No. 91146 (submitted on or about 01/30/2024 ) | [REDACTED] | 100% | FTX EU Ltd. | 22-11068 |
| Kroll Schedule 7862586 | [REDACTED] | 100% | FTX Trading Ltd. | 22-11068 |
| Kroll Schedule 7863057 | [REDACTED] | 100% | FTX EU Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

*Federico Natali*
_____

Role: Transferee/Transferee's Agent
Name: Federico Natali

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.



## Creditor Information - Schedule # 7862586

**Creditor**
Name on File
Address on File

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
n/a

**Claim Number**
n/a
**Schedule Number**
7862586
**Confirmation ID**
n/a

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

### Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | BTC | ASSERTED | 0.11291598 | 0.11291598 |
| CRYPTO | DOGE | ASSERTED | 5872.27933957 | 5872.27933957 |
| CRYPTO | ETH | ASSERTED | 3.85003413 | 3.85003413 |

PRIME CLERK IS NOW KROLL RESTRUCTURING ADMINISTRATION. ALL PRIME CLERK URLS AND EMAIL ADDRESSES ARE AUTOMATICALLY REDIRECTED.

PRIME CLERK IS NOW KROLL RESTRUCTURING ADMINISTRATION. ALL PRIME CLERK URLS AND EMAIL ADDRESSES ARE AUTOMATICALLY REDIRECTED.



## Creditor Data Details - Claim # 65280

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX EU Ltd.
**Date Filed**
09/24/2023

**Claim Number**
65280
**Schedule Number**
7863057
**Confirmation ID**
3265-70-BLDDW-899635127

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

### Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | BTC | ASSERTED | 0.11289229 | 0.11289229 |
| CRYPTO | BTC | ASSERTED | 0.11289229 | 0.11289229 |
| CRYPTO | DOGE | ASSERTED | 5871.04602793 | 5871.04602793 |
| CRYPTO | DOGE | ASSERTED | 5871.04602793 | 5871.04602793 |
| CRYPTO | ETH | ASSERTED | 3.84922553 | 3.84922553 |
| CRYPTO | ETH | ASSERTED | 3.84922553 | 3.84922553 |
| CRYPTO | ETHW | ASSERTED | 3.54416079 | 3.54416079 |
| CRYPTO | ETHW | ASSERTED | 3.54416079 | 3.54416079 |

```
```

## Creditor Data Details - Claim # 91146

**Creditor**  
Name on file  
Address on file

**Debtor Name**  
FTX EU Ltd.  
**Date Filed**  
01/30/2024

**Claim Number**  
91146  
**Schedule Number**  
n/a  
**Confirmation ID**  
3265-70-IXRPN-603354186

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

### Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | BTC | ASSERTED | 0.11289229 | 0.11289229 |
| CRYPTO | DOGE | ASSERTED | 5871.04602793 | 5871.04602793 |
| CRYPTO | ETH | ASSERTED | 3.84922553 | 3.84922553 |
| CRYPTO | ETHW | ASSERTED | 3.54416079 | 3.54416079 |