IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., ET AL., | Case No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee**

Paxtibi LLP
221 W 9th St.
Wilmington, DE 19801
Tel: +971 504209612
Email: paxtibi.xyz@gmail.com

**Name of Transferor**

[name and address on file]

| Schedule/Claim No. | Creditor Name | % Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 32139 (submitted on or about 08/01/2023 ) | [REDACTED] | 100% | FTX Trading Ltd. | 22-11068 |
| Kroll Schedule 6782744 | [REDACTED] | 100% | FTX Trading Ltd. | 22-11068 |
| Customer Code 00844111 | [REDACTED] | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

*Federico Natali*
_____

Role: Transferee/Transferee's Agent
Name: Federico Natali

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

## Creditor Data Details - Claim # 32139

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
08/01/2023

**Claim Number**
32139
**Schedule Number**
n/a
**Confirmation ID**
3265-70-EMSTP-313504412

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

### Objection History

| Date Filed | Objection Motion | Date Filed | Objection Order | Basis | Status |
|---|---|---|---|---|---|
| 12/04/2024 | (REDACTED) Debtors' One Hundred Thirty-Fourth (Su... | | | Modified Claims | Pending |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the

Open in new window

PRIME CLERK IS NOW KROLL RESTRUCTURING ADMINISTRATION. ALL PRIME CLERK URLS AND EMAIL ADDRESSES ARE AUTOMATICALLY REDIRECTED.

# KROLL

## Creditor Information - Schedule # 6782744

**Creditor**
Name on File
Address on File

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
n/a

**Claim Number**
n/a
**Schedule Number**
6782744
**Confirmation ID**
n/a

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | AAVE-PERP | ASSERTED | 0.0000000000000284 | 0.0000000000000284 |
| CRYPTO | AGLD-PERP | ASSERTED | 0.0000000000009095 | 0.0000000000009095 |
| CRYPTO | ALCX-PERP | ASSERTED | 0.0000000000000107 | 0.0000000000000107 |
| CRYPTO | APE-PERP | ASSERTED | -0.0000000000027285 | -0.0000000000027285 |
| CRYPTO | ASD | ASSERTED | 0.0000000027219741 | 0.0000000027219741 |
| CRYPTO | ATLAS | ASSERTED | 6.25 | 6.25 |
| CRYPTO | BADGER | ASSERTED | 0.000000005 | 0.000000005 |
| CRYPTO | BADGER-PERP | ASSERTED | -0.0000000000000924 | -0.0000000000000924 |
| CRYPTO | BAL-PERP | ASSERTED | -0.0000000000004547 | -0.0000000000004547 |
| CRYPTO | BNB | ASSERTED | 0.00000265 | 0.00000265 |
| CRYPTO | BOBA-PERP | ASSERTED | 0.0000000000014779 | 0.0000000000014779 |
| CRYPTO | BTC | ASSERTED | 0.0000000099582503 | 0.0000000099582503 |
| CRYPTO | BTC-PERP | ASSERTED | 0.0000000000000009 | 0.0000000000000009 |
| CRYPTO | CEL | ASSERTED | 0.0000000064816934 | 0.0000000064816934 |
| CRYPTO | CELO-PERP | ASSERTED | 0.0000000000004547 | 0.0000000000004547 |
| CRYPTO | CEL-PERP | ASSERTED | -0.0000000000436557 | -0.0000000000436557 |
| CRYPTO | CLV-PERP | ASSERTED | 0.0000000000218279 | 0.0000000000218279 |
| CRYPTO | COPE | ASSERTED | 0.00000001 | 0.00000001 |
| CRYPTO | CREAM-PERP | ASSERTED | 0.0000000000000284 | 0.0000000000000284 |
| CRYPTO | DOT-PERP | ASSERTED | -0.0000000000001137 | -0.0000000000001137 |
| CRYPTO | DYDX-PERP | ASSERTED | 0.0000000000009095 | 0.0000000000009095 |
| CRYPTO | ENS-PERP | ASSERTED | -0.0000000000001421 | -0.0000000000001421 |
| CRYPTO | EOS-PERP | ASSERTED | 0.0000000000004547 | 0.0000000000004547 |
| CRYPTO | ETC-PERP | ASSERTED | 0.0000000000001705 | 0.0000000000001705 |
| CRYPTO | ETH | ASSERTED | 0.0000000085567272 | 0.0000000085567272 |
| CRYPTO | ETHW-PERP | ASSERTED | 0.0000000000009095 | 0.0000000000009095 |

| | | | | |
|---|---|---|---|---|
| CRYPTO | FTT | ASSERTED | 150.06490810587536 | 150.06490810587536 |
| CRYPTO | HT | ASSERTED | 0.0000000000865317 | 0.0000000000865317 |
| CRYPTO | HT-PERP | ASSERTED | 0.000000000001819 | 0.000000000001819 |
| CRYPTO | ICP-PERP | ASSERTED | 0.0000000000001137 | 0.0000000000001137 |
| CRYPTO | LUNA2 | ASSERTED | 5.08086824 | 5.08086824 |
| CRYPTO | LUNA2_LOCKED | ASSERTED | 11.85535456 | 11.85535456 |
| CRYPTO | LUNA2-PERP | ASSERTED | 0.000000000003638 | 0.000000000003638 |
| CRYPTO | LUNC | ASSERTED | 0.0000000035289639 | 0.0000000035289639 |
| CRYPTO | LUNC-PERP | ASSERTED | 0.0000000009313226 | 0.0000000009313226 |
| CRYPTO | MATIC | ASSERTED | 0.0000000057167729 | 0.0000000057167729 |
| CRYPTO | MCB-PERP | ASSERTED | 0.0000000000000568 | 0.0000000000000568 |
| CRYPTO | MEDIA-PERP | ASSERTED | -0.0000000000000568 | -0.0000000000000568 |
| CRYPTO | MOB | ASSERTED | 0.0000000011785625 | 0.0000000011785625 |
| CRYPTO | MOB-PERP | ASSERTED | 0.0000000000004547 | 0.0000000000004547 |
| CRYPTO | PERP-PERP | ASSERTED | -0.000000000001819 | -0.000000000001819 |
| CRYPTO | PROM-PERP | ASSERTED | 0.0000000000002274 | 0.0000000000002274 |
| CRYPTO | PUNDIX-PERP | ASSERTED | -0.0000000000027285 | -0.0000000000027285 |
| CRYPTO | RNDR-PERP | ASSERTED | 0.0000000000027285 | 0.0000000000027285 |
| CRYPTO | RON-PERP | ASSERTED | -0.0000000000011369 | -0.0000000000011369 |
| CRYPTO | ROOK-PERP | ASSERTED | -0.0000000000000018 | -0.0000000000000018 |
| CRYPTO | RUNE | ASSERTED | 0.0000000076276181 | 0.0000000076276181 |
| CRYPTO | RUNE-PERP | ASSERTED | -0.0000000000004547 | -0.0000000000004547 |
| CRYPTO | SNX-PERP | ASSERTED | 0.000000000003638 | 0.000000000003638 |
| CRYPTO | SOL | ASSERTED | 0.0000000007163053 | 0.0000000007163053 |
| CRYPTO | SOL-PERP | ASSERTED | 0.0000000000009095 | 0.0000000000009095 |
| CRYPTO | SUN | ASSERTED | 174.157740455 | 174.157740455 |
| CRYPTO | TONCOIN-PERP | ASSERTED | -0.000000000001819 | -0.000000000001819 |
| CRYPTO | TRX | ASSERTED | 1.2313220124544B4 | 1.2313220124544B4 |
| CRYPTO | TULIP-PERP | ASSERTED | -0.0000000000000142 | -0.0000000000000142 |
| CRYPTO | USDT | ASSERTED | 1.0000000085690859 | 1.0000000085690859 |
| CRYPTO | USTC | ASSERTED | 0.0000000073006637 | 0.0000000073006637 |
| FIAT | USD | ASSERTED | 3758.6469739155477 | 3758.6469739155477 |