IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Ref. Nos. 27969, 27980, 28289 & 28698 |

## CERTIFICATION OF COUNSEL

I, Kimberly A. Brown, counsel to FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors"), hereby certify as follows to the best of my knowledge, information and belief:

1.　On November 15, 2024, Perella Weinberg Partners LP ("PWP") filed the *Final Fee Application of Perella Weinberg Partners LP* [D.I. 27980] for the period from November 16, 2022 through and including October 8, 2024 (the "PWP Fee Application").

2.　On November 25, 2024, PWP filed the *Notice of Supplement to Final Fee Application of Perella Weinberg Partners LP* [D.I. 28289] in supplement of the PWP Fee Application (the "PWP Supplement" and together with the PWP Fee Application, the "PWP Final Fee Application").

3.　On November 15, 2024, Rothschild & Co US Inc. ("Rothschild & Co") filed its *Combined Eleventh Monthly and Fifth Interim Fee Application (for the Period from August 1, 2024 through October 8, 2024) and Final Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-U.S. Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period from*

---

[1]　The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0078700.3}

*July 1, 2023, through October 8, 2024* [D.I. 27969] (the "Rothschild & Co. Final Fee Application" and together with the PWP Final Fee Application, the "Investment Bankers' Final Fee Applications").

4. Objections to each of the Investment Bankers' Final Fee Applications, if any, were to be filed and served no later than the objection deadline set forth on each of the Investment Bankers' Final Fee Applications (as applicable, the "Objection Deadline"), which expired on December 5, 2024. No answer, objection, or other responsive pleading to the Investment Bankers' Final Fee Applications were filed or otherwise provided by the Objection Deadline.

5. On December 11, 2024, the Debtors filed a proposed form of order (the "Order") under Certification of Counsel regarding the Investment Bankers' Final Fee Applications.

6. On December 12, 2024, the Court held a hearing (the "Hearing") to consider, among other things, entry of the Order.

7. The Debtors have revised the Order (the "Revised Order") consistent with the record at the Hearing, a copy of which is attached hereto as **Exhibit A**. A copy of the Revised Order compared against the Order is attached hereto as **Exhibit B**.

8. The Revised Order has been circulated to counsel to the Official Committee of Unsecured Creditors appointed in the above-captioned cases (the "Committee"), the Office of the United States Trustee (the "UST"), Rothschild & Co. and PWP (collectively, the "Parties"). The Parties have reviewed the Revised Order and have no objection to entry of the Revised Order.

WHEREFORE the undersigned, on behalf of PWP and Rothschild & Co, respectfully request that the Revised Order be entered at the Court's earliest convenience.

Dated: December 16, 2024
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kimberly A. Brown*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*