**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (JTD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**COVER SHEET OF TWENTY-FIRST MONTHLY FEE APPLICATION OF JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2024 TO AND INCLUDING AUGUST 31, 2024**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Order entered February 15, 2023 (effective as of December 23, 2022) [Docket No. 729] |
| Period for Which Compensation and Reimbursement Are Sought: | August 1, 2024 – August 31, 2024 |
| Amount of Compensation Requested: | $225,000.00 |
| Amount of Compensation Requested Immediately: | $180,000.00 |
| Amount of Compensation to be Held Back: | $45,000.00 |
| Amount of Expense Reimbursement Requested: | $3,490.00 |

This is a(n):  _X_  monthly    ___   interim    _____   final application

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

# TWENTY-FIRST MONTHLY FEE APPLICATION OF JEFFERIES LLC

## HOURS BY PROFESSIONAL
## AUGUST 1, 2024 – AUGUST 31, 2024

**Jefferies LLC**
**Summary of Hours by Professional**
August 1, 2024 - August 31, 2024

| Name | Position | Hours |
|------|----------|-------|
| Michael O'Hara | Managing Director, Co-Head of US Debt Advisory and Restructuring | 5.5 |
| Ryan Hamilton | Senior Vice President, Debt Advisory and Restructuring | 11.5 |
| Jared Robinson | Associate, Debt Advisory and Restructuring | 38.0 |
| Sebastian Carri | Analyst, Debt Advisory and Restructuring | 49.0 |
| **Total** | | **104.0** |

b

# TWENTY-FIRST MONTHLY FEE APPLICATION OF JEFFERIES LLC

## HOURS BY ACTIVITY
## AUGUST 1, 2024 – AUGUST 31, 2024

**Jefferies LLC**
**Summary of Hours by Category**
August 1, 2024 - August 31, 2024

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | 0.5 |
| 2 | Sale Process | 0.5 |
| 3 | Creditor Communication | 14.0 |
| 4 | Debtor Communication | 7.0 |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | - |
| 8 | Travel | - |
| 9 | Due Diligence / Analysis | 82.0 |
| 10 | Business Plan | - |
| 11 | Process Update and Case Strategy | - |
| **Total** | | **104.0** |

c

**TWENTY-FIRST MONTHLY FEE APPLICATION OF JEFFERIES LLC**

**EXPENSES BY CATEGORY**
<u>**AUGUST 1, 2024 – AUGUST 31, 2024**</u>

**Jefferies LLC**
Summary of Expenses by Category
August 1, 2024 - August 31, 2024

| Category | Expenses |
|----------|----------|
| Legal Fees | 3,490.00 |
| **Total** | **$3,490.00** |

d

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FTX TRADING LTD., *et al.*,[1] | ) | Case No. 22-11068 (JTD) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

**TWENTY-FIRST MONTHLY FEE APPLICATION OF JEFFERIES LLC**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER**
**FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FROM AUGUST 1, 2024 TO AND INCLUDING AUGUST 31, 2024**

Jefferies LLC ("Jefferies"), the investment banker for the official committee of unsecured creditors (the "Committee") in the chapter 11 cases of the above captioned debtors and debtors in possession (the "Debtors"), hereby submits this twenty-first monthly fee application (this "Monthly Fee Application"), pursuant to sections 328, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 435] (the "Interim Compensation Order"), requesting (a) allowance of compensation for professional services rendered on behalf of the Committee during the period from August 1, 2024 to and including August 31, 2024 (the "Compensation Period") in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies'

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

unpaid fees earned during the Compensation Period; and (c) allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with such services in the amount of $3,490.00.  In support of this Monthly Fee Application, Jefferies respectfully represents as follows:

<u>**JURISDICTION AND VENUE**</u>

1.      The United States Bankruptcy Court for the District of Delaware (this "<u>Court</u>") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory and other bases for the relief requested in this Monthly Fee Application are sections 328(a), 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Rule 2016-2, and the Interim Compensation Order.

<u>**BACKGROUND**</u>

3.      On November 11 and November 14, 2022 (as applicable, the "<u>Petition Date</u>"), the Debtors filed their voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate their businesses and manage their properties as a debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

4.      On January 15, 2022, the Office of the United States Trustee for Region 3 (the "<u>U.S. Trustee</u>") filed the *Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 231], and on December 20, 2022, the U.S. Trustee filed the *Amended Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 261].

5.      On January 9, 2023, the Court entered the Interim Compensation Order, which generally sets forth the procedures for interim compensation and expense reimbursement for

2

retained professionals in the Debtors' chapter 11 cases.  The Interim Compensation Order provides, among other things, that, after the twentieth (20th) day following service of a monthly fee application, the applicant may file a certificate of no objection with the Court, at which time the Debtors are authorized and directed to pay such professional eighty percent (80%) of the fees and 100 percent (100%) of the expenses requested in the monthly fee application that are not subject to an objection.

6.      On January 18, 2023, the Committee filed an application to retain and employ Jefferies as its investment banker [Docket No. 520] (the "Retention Application"), effective as of December 23, 2022, pursuant to the terms of that certain engagement letter between Jefferies and the Committee, dated as of December 23, 2022 (the "Engagement Letter").[2]  A copy of the Engagement Letter was appended to the Retention Order (as defined below) as Exhibit 1.

7.      On February 15, 2023, the Court entered the order approving the Retention Application [Docket No. 729] (the "Retention Order").  The Retention Order, among other things, approved the Engagement Letter, as modified by the Retention Order, pursuant to section 328(a) of the Bankruptcy Code, and authorized the Debtors to pay, reimburse, and indemnify Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter.

## RELIEF REQUESTED

8.      By this Monthly Fee Application, Jefferies requests (a) allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the

---

[2]  Unless otherwise stated, all capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Engagement Letter.

Compensation Period in connection with such services in the amount of $3,490.00.

9.      The $225,000.00 in fees requested herein are on account of the $225,000.00 Monthly Fee payable to Jefferies on August 23, 2024 in accordance with the Engagement Letter.

10.      Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order.  Such time records are attached hereto as **Exhibit A**.  During the Compensation Period, Jefferies professionals spent approximately 104.0 hours providing investment banking services to the Committee.

11.      The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters.  Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

12.      There is no agreement or understanding between Jefferies and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in these chapter 11 cases.

## ACTUAL AND NECESSARY EXPENSES

13.      Jefferies incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Engagement Letter.  As set forth in detail on the attached **Exhibit B**, Jefferies' total expenses for the Compensation Period are $3,490.00.[3]

---

3  The expense reimbursements requested herein may not include certain expenses incurred by Jefferies during the Compensation Period but not processed as of the date hereof.  Any such expenses will be included in future monthly fee applications.

## <u>CERTIFICATION OF COMPLIANCE</u>

14.     The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that, to the best of his knowledge, information and belief, this Monthly Fee Application complies with that rule.

*[Remainder of page intentionally left blank.]*

5

WHEREFORE, Jefferies respectfully requests (a) allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with such services in the amount of $3,490.00.

Dated: December 16, 2024
New York, New York

JEFFERIES LLC


*/s/ Leon Szlezinger*
Leon Szlezinger
Managing Director and Joint Global Head of
Debt Advisory & Restructuring
JEFFERIES LLC

**Exhibit A**

**Time Records of Jefferies Professionals**

**Jefferies LLC**
*August 1, 2024 - August 31, 2024*

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 08/01/24 | Michael O'Hara | *Call with Debtors re: bi-weekly process update call* | 0.5 | 4 |
| 08/01/24 | Michael O'Hara | *Weekly call with UCC advisors* | 0.5 | 3 |
| 08/07/24 | Michael O'Hara | *Call with UCC advisors re: creditor advisory* | 0.5 | 3 |
| 08/13/24 | Michael O'Hara | *Call with UCC advisors re: creditor advisory* | 0.5 | 3 |
| 08/14/24 | Michael O'Hara | *Call with UCC advisors re: preferred settlement agreement* | 0.5 | 3 |
| 08/15/24 | Michael O'Hara | *Call with Debtors re: bi-weekly process update call* | 0.5 | 4 |
| 08/22/24 | Michael O'Hara | *Weekly call with UCC advisors* | 0.5 | 3 |
| 08/22/24 | Michael O'Hara | *Review Aptos materials* | 1.0 | 9 |
| 08/27/24 | Michael O'Hara | *Call with UCC advisors re: Aptos counter* | 0.5 | 3 |
| 08/29/24 | Michael O'Hara | *Correspondence with FTI re: preparation of discussion materials* | 0.5 | 4 |
| | | **August 1, 2024 - August 31, 2024 Hours for Michael O'Hara** | **5.5** | |
| | | | | |
| 08/01/24 | Ryan Hamilton | *Call with Debtors re: bi-weekly process update call* | 0.5 | 4 |
| 08/01/24 | Ryan Hamilton | *Weekly call with UCC advisors* | 0.5 | 3 |
| 08/02/24 | Ryan Hamilton | *Review Committee update re: de minimis assets* | 1.0 | 9 |
| 08/04/24 | Ryan Hamilton | *Review Committee re: assets* | 0.5 | 9 |
| 08/05/24 | Ryan Hamilton | *Review Committee update re: Toss loan and de minimis assets* | 0.5 | 9 |
| 08/05/24 | Ryan Hamilton | *Review plan settlement agreement* | 1.0 | 9 |
| 08/07/24 | Ryan Hamilton | *Call with UCC advisors re: creditor advisory* | 0.5 | 3 |
| 08/09/24 | Ryan Hamilton | *Review analysis re: cryptocurrency price variance* | 0.5 | 9 |
| 08/12/24 | Ryan Hamilton | *Review note to FTI re: cryptocurrency price variance* | 0.5 | 9 |
| 08/12/24 | Ryan Hamilton | *Review Committee update re: de minimis assets* | 0.5 | 9 |
| 08/13/24 | Ryan Hamilton | *Call with UCC advisors re: creditor advisory* | 0.5 | 3 |
| 08/13/24 | Ryan Hamilton | *Correspondence with FTI re: materials for meeting with creditor advisors* | 0.5 | 3 |
| 08/14/24 | Ryan Hamilton | *Call with UCC advisors re: preferred settlement agreement* | 0.5 | 3 |
| 08/15/24 | Ryan Hamilton | *Call with Debtors re: bi-weekly process update call* | 0.5 | 4 |
| 08/15/24 | Ryan Hamilton | *Correspondence with Paul Hastings re: Aptos negotiations and de minimis assets* | 0.5 | 3 |
| 08/22/24 | Ryan Hamilton | *Weekly call with UCC advisors* | 0.5 | 3 |
| 08/22/24 | Ryan Hamilton | *Review Aptos materials* | 1.0 | 9 |
| 08/24/24 | Ryan Hamilton | *Correspondence with potential de minimis asset buyer* | 0.5 | 2 |
| 08/27/24 | Ryan Hamilton | *Call with UCC advisors re: Aptos counter* | 0.5 | 3 |
| 08/29/24 | Ryan Hamilton | *Call with Debtors re: bi-weekly process update call* | 0.5 | 4 |
| | | **August 1, 2024 - August 31, 2024 Hours for Ryan Hamilton** | **11.5** | |
| | | | | |
| 08/01/24 | Jared Robinson | *Call with Debtors re: bi-weekly process update call* | 0.5 | 4 |
| 08/01/24 | Jared Robinson | *Weekly call with UCC advisors* | 0.5 | 3 |
| 08/01/24 | Jared Robinson | *Prepare Committee update re: de minimis assets* | 0.5 | 9 |
| 08/02/24 | Jared Robinson | *Prepare Committee update re: de minimis assets* | 1.0 | 9 |
| 08/04/24 | Jared Robinson | *Prepare Committee update re: de minimis assets* | 1.0 | 9 |
| 08/05/24 | Jared Robinson | *Review analysis for Toss loan repayment and Committee summary* | 0.5 | 9 |
| 08/07/24 | Jared Robinson | *Call with UCC advisors re: creditor advisory* | 0.5 | 3 |
| 08/07/24 | Jared Robinson | *Review database* | 1.0 | 9 |
| 08/09/24 | Jared Robinson | *Prepare analysis re: cryptocurrency price variance* | 1.5 | 9 |
| 08/12/24 | Jared Robinson | *Prepare note to FTI re: cryptocurrency price variance* | 1.0 | 9 |
| 08/12/24 | Jared Robinson | *Prepare Committee update re: de minimis assets* | 1.0 | 9 |
| 08/12/24 | Jared Robinson | *Prepare discussion materials re: venture portfolio* | 3.0 | 9 |
| 08/13/24 | Jared Robinson | *Call with UCC advisors re: creditor advisory* | 0.5 | 3 |
| 08/13/24 | Jared Robinson | *Prepare discussion materials re: venture portfolio* | 3.0 | 9 |
| 08/14/24 | Jared Robinson | *Call with UCC advisors re: preferred settlement agreement* | 0.5 | 3 |
| 08/14/24 | Jared Robinson | *Prepare discussion materials re: venture portfolio* | 3.0 | 9 |
| 08/15/24 | Jared Robinson | *Call with Debtors re: bi-weekly process update call* | 0.5 | 4 |
| 08/15/24 | Jared Robinson | *Prepare discussion materials re: venture portfolio* | 3.0 | 9 |
| 08/16/24 | Jared Robinson | *Prepare discussion materials re: venture portfolio* | 2.0 | 9 |
| 08/26/24 | Jared Robinson | *Internal Discussion with S. Carri re: preparation of materials* | 0.5 | 9 |
| 08/26/24 | Jared Robinson | *Prepare discussion materials re: venture portfolio* | 1.5 | 9 |
| 08/27/24 | Jared Robinson | *Call with UCC advisors re: Aptos counter* | 0.5 | 3 |
| 08/27/24 | Jared Robinson | *Prepare discussion materials re: venture portfolio* | 2.0 | 9 |
| 08/28/24 | Jared Robinson | *Prepare discussion materials re: venture portfolio* | 3.0 | 9 |
| 08/29/24 | Jared Robinson | *Call with Debtors re: bi-weekly process update call* | 0.5 | 4 |
| 08/29/24 | Jared Robinson | *Prepare discussion materials re: venture portfolio* | 0.5 | 9 |
| 08/30/24 | Jared Robinson | *Prepare discussion materials re: venture portfolio* | 2.0 | 9 |
| 08/31/24 | Jared Robinson | *Prepare discussion materials re: venture portfolio* | 3.0 | 9 |
| | | **August 1, 2024 - August 31, 2024 Hours for Jared Robinson** | **38.0** | |
| | | | | |
| 08/01/24 | Sebastian Carri | *Call with Debtors re: bi-weekly process update call* | 0.5 | 4 |
| 08/01/24 | Sebastian Carri | *Weekly call with UCC advisors* | 0.5 | 3 |
| 08/01/24 | Sebastian Carri | *Correspondence with Debtors re: fund recoveries and NAVs* | 0.5 | 4 |
| 08/02/24 | Sebastian Carri | *Prepare Committee update re: de minimis assets* | 1.0 | 9 |
| 08/02/24 | Sebastian Carri | *Correspondence with Dentons re: fee applications* | 0.5 | 1 |

**Jefferies LLC**

*August 1, 2024 - August 31, 2024*

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 08/04/24 | Sebastian Carri | *Prepare Committee update re: de minimis assets* | 1.0 | 9 |
| 08/04/24 | Sebastian Carri | *Correspondence with Paul Hastings re: committee update* | 0.5 | 3 |
| 08/05/24 | Sebastian Carri | *Prepare analysis for Toss loan repayment and Committee summary* | 0.5 | 9 |
| 08/05/24 | Sebastian Carri | *Correspondence with the UCC re: Toss loan and de minimis assets* | 0.5 | 3 |
| 08/07/24 | Sebastian Carri | *Call with UCC advisors re: creditor advisory* | 0.5 | 3 |
| 08/07/24 | Sebastian Carri | *Review database* | 1.0 | 9 |
| 08/09/24 | Sebastian Carri | *Prepare analysis re: cryptocurrency price variance* | 3.0 | 9 |
| 08/12/24 | Sebastian Carri | *Prepare note to FTI re: cryptocurrency price variance* | 1.0 | 9 |
| 08/12/24 | Sebastian Carri | *Prepare Committee update re: de minimis assets* | 1.0 | 9 |
| 08/13/24 | Sebastian Carri | *Call with UCC advisors re: creditor advisory* | 0.5 | 3 |
| 08/13/24 | Sebastian Carri | *Correspondence with FTI  re: de minimis assets* | 0.5 | 3 |
| 08/14/24 | Sebastian Carri | *Call with UCC advisors re: preferred settlement agreement* | 0.5 | 3 |
| 08/14/24 | Sebastian Carri | *Prepare discussion materials re: venture portfolio* | 3.0 | 9 |
| 08/15/24 | Sebastian Carri | *Call with Debtors re: bi-weekly process update call* | 0.5 | 4 |
| 08/15/24 | Sebastian Carri | *Correspondence with Debtors re: Aptos negotiations* | 0.5 | 4 |
| 08/15/24 | Sebastian Carri | *Prepare discussion materials re: venture portfolio* | 3.0 | 9 |
| 08/16/24 | Sebastian Carri | *Prepare discussion materials re: venture portfolio* | 3.0 | 9 |
| 08/22/24 | Sebastian Carri | *Weekly call with UCC advisors* | 0.5 | 3 |
| 08/22/24 | Sebastian Carri | *Review Aptos materials* | 2.0 | 9 |
| 08/22/24 | Sebastian Carri | *Prepare discussion materials re: venture portfolio* | 1.0 | 9 |
| 08/23/24 | Sebastian Carri | *Prepare discussion materials re: venture portfolio* | 2.0 | 9 |
| 08/24/24 | Sebastian Carri | *Prepare discussion materials re: venture portfolio* | 0.5 | 9 |
| 08/25/24 | Sebastian Carri | *Prepare discussion materials re: venture portfolio* | 1.0 | 9 |
| 08/26/24 | Sebastian Carri | *Internal Discussion with J. Robinson re: preparation of materials* | 0.5 | 9 |
| 08/26/24 | Sebastian Carri | *Prepare discussion materials re: venture portfolio* | 3.0 | 9 |
| 08/27/24 | Sebastian Carri | *Call with UCC advisors re: Aptos counter* | 0.5 | 3 |
| 08/27/24 | Sebastian Carri | *Prepare discussion materials re: venture portfolio* | 3.0 | 9 |
| 08/28/24 | Sebastian Carri | *Prepare discussion materials re: venture portfolio* | 3.0 | 9 |
| 08/29/24 | Sebastian Carri | *Call with Debtors re: bi-weekly process update call* | 0.5 | 4 |
| 08/29/24 | Sebastian Carri | *Prepare discussion materials re: venture portfolio* | 1.0 | 9 |
| 08/30/24 | Sebastian Carri | *Prepare discussion materials re: venture portfolio* | 3.0 | 9 |
| 08/31/24 | Sebastian Carri | *Prepare discussion materials re: venture portfolio* | 4.0 | 9 |
| **August 1, 2024 - August 31, 2024 Hours for Sebastian Carri** | | | **49.0** | |

**Exhibit B**

**Expense Detail**

**Expense Detail**
August 1 - August 31, 2024

| Professional | User Date | Amount ($) | Expense Description |
|---|---|---|---|
| DENTONS | 9/18/2024 | 3,490.00 | LEGAL |
| **Total Expense** | | **3,490.00** | |

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

Jefferies LLC
Attn: Cristina Passoni                                September 18, 2024
520 Madison Avenue
New York NY 10022                                **Invoice No. 2783986**
United States

Client/Matter: 09806540-000047

FTX Bankruptcy
8116

Payment Due Upon Receipt

---

Total This Invoice                               $        3,490.00

Please return this page with your payment
To pay by E-Check - https://www.e-billexpress.com/ebpp/DentonsUS

Payments by check should be sent to:          Payment by wire transfer/ACH should be sent to:
Dentons US LLP                                        Citi Private Bank
Dept. 3078                     OR          227 West Monroe, Chicago, IL 60606
Carol Stream, IL  60132-3078                      ABA Transit # ████████
                                                        Account #: ████████
                                              Account Name: Dentons US LLP
                                                   Swift Code: ████████
                                          Reference: Invoice # and/or client matter #

**\*\*Please validate any request to change/update electronic payment instructions on
file or mailing address by contacting Dentons US LLP directly\*\***

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
T. Labuda
at 1 312 876 8000



Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Jefferies LLC
Attn: Cristina Passoni
520 Madison Avenue
New York NY 10022
United States

September 18, 2024

**Invoice No. 2783986**

Client/Matter:  09806540-000047

FTX Bankruptcy
8116

___

For Professional Services Rendered through August 31, 2024:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 08/01/24 | S. Schrag | 0.30 | 291.00 | Prepare fee statement. |
| 08/02/24 | S. Schrag | 0.10 | 97.00 | Confer with S. Carri regarding fee statement. |
| 08/02/24 | S. Schrag | 0.50 | 485.00 | Draft monthly fee statement. |
| 08/03/24 | S. Schrag | 0.10 | 97.00 | Confer with S. Carri regarding interim fee application. |
| 08/08/24 | T. Labuda | 0.20 | 290.00 | Emails with Schrag re fee filings. |
| 08/08/24 | S. Schrag | 0.50 | 485.00 | Draft fee statement. |
| 08/08/24 | S. Schrag | 0.20 | 194.00 | Confer with W. Johnson and T. Labuda regarding material in support of fee statement. |
| 08/09/24 | S. Schrag | 0.50 | 485.00 | Prepare interim fee application. |
| 08/09/24 | S. Schrag | 0.10 | 97.00 | Confer with S. Carri regarding fee statement and interim fee application. |
| 08/09/24 | S. Schrag | 0.40 | 388.00 | Prepare fee statement. |
| 08/09/24 | T. Labuda | 0.10 | 145.00 | Emails with Schrag and client team re fee filing. |
| 08/26/24 | S. Schrag | 0.10 | 97.00 | Confer with S. Carri regarding fee statements and fee application. |
| 08/26/24 | S. Schrag | 0.20 | 194.00 | Review materials in support of fee statements. |
| 08/26/24 | T. Labuda | 0.10 | 145.00 | Emails with Schrag and Carri re monthly fee statement status. |

| Total Hours | 3.40 |
|---|---|

| Fee Amount | $ 3,490.00 |
|---|---|

FTX Bankruptcy
8116

September 18, 2024

Matter: 09806540-000047
Invoice No.: 2783986

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| T. Labuda | $ 1,450.00 | 0.40 | $ 580.00 |
| S. Schrag | $ 970.00 | 3.00 | $ 2,910.00 |
| Totals | | 3.40 | $ 3,490.00 |

| | | |
|---|---|---|
| Fee Total | $ | 3,490.00 |
| | | |
| Invoice Total | $ | 3,490.00 |