**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (JTD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Objection Deadline: January 6, 2025 at 4:00 p.m. (ET)**[2] |
| | ) **Hearing Date: March 13, 2025 at 1:00 p.m. (ET)** |
| | ) |

**NOTICE OF EIGHTH INTERIM FEE APPLICATIONS FOR THE PROFESSIONALS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024**

**PLEASE TAKE NOTICE** that in accordance with that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 435] (the "Interim Compensation Order"), the professionals retained by the Official Committee of Unsecured Creditors appointed in the above-captioned chapter 11 cases (the "Committee") hereby apply for interim quarterly allowance of compensation and reimbursement of expenses (collectively, the "Interim Fee Requests") for all monthly fee applications covering the period from August 1, 2024 through and including October 8, 2024 (collectively, the "Monthly Fee Requests"). Summaries of the fees and expenses subject to the Interim Fee Requests are annexed hereto and set forth in the Monthly Fee Requests previously filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Interim Compensation Order, the above-captioned debtors and debtors in possession (collectively, the "Debtors") are authorized to pay, on an interim basis, eighty percent (80%) of the amount of compensation, and one hundred percent (100%) of the amount of reimbursable expenses, requested in the Monthly Fee Requests without further order from the Court upon the expiration of the applicable objection period for the Monthly Fee Requests.

**PLEASE TAKE FURTHER NOTICE that pursuant to the Interim Compensation Order, objections, if any, to the Interim Fee Requests are required to be filed and served on the affected professional and the following parties on or before January 6, 2025 at 4:00 p.m. (ET):**[2] (i) counsel to the Debtors, (a) Sullivan & Cromwell LLP, 125 Broad

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] The objection deadline set forth herein is for all parties other than the Fee Examiner and the U.S. Trustee (each as defined in the Fee Examiner Order), whose objection deadline shall be governed by that certain *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [Docket No. 834] (the "Fee Examiner Order").

32132279.1

**Street, New York, New York 10004, Attn: Alexa J. Kranzley (kranzleya@sullcrom.com) and (b) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801, Attn: Adam G. Landis (landis@lrclaw.com) and Kimberly A. Brown (brown@lrclaw.com); (ii) counsel to the Committee, (a) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166, Attn: Kristopher Hansen (krishansen@paulhastings.com), Erez Gilad (erezgilad@paulhastings.com) and Gabriel Sasson (gabesasson@paulhastings.com) and (b) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Matthew B. Lunn (mlunn@ycst.com) and Robert F. Poppiti, Jr. (rpoppiti@ycst.com); (iii) the U.S. Trustee, 844 King Street, Suite 2207, Wilmington, Delaware 19801, Attn: Linda Richenderfer (linda.richenderfer@usdoj.gov); and (iv) counsel to the Fee Examiner, Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, Wisconsin 53703 Attn: Mark Hancock (mhancock@gklaw.com).**

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Interim Fee Requests will be held before the Honorable John T. Dorsey in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801, on **March 13, 2025 at 1:00 p.m. (ET)**.

*Remainder of page intentionally left blank*

Dated: December 16, 2024
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert F. Poppiti, Jr.*
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
Jared W. Kochenash (No. 6557)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mlunn@ycst.com
   rpoppiti@ycst.com
   jkochenash@ycst.com

-and-

PAUL HASTINGS LLP
Kristopher M. Hansen*
Erez E. Gilad*
Gabriel E. Sasson*
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: krishansen@paulhastings.com
   erezgilad@paulhastings.com
   gabesasson@paulhastings.com

*\* Admitted pro hac vice*

*Counsel to the Official Committee
of Unsecured Creditors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

### EIGHTH INTERIM FEE REQUEST OF
### YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | the Official Committee of Unsecured Creditors |
| Date of Retention: | December 22, 2022 (order entered February 8, 2023) |
| Period for which compensation and reimbursement is sought: | August 1, 2024 through October 8, 2024 |

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 8/1/24-8/31/24 10/11/24 D.I. 26747 | $64,383.00 | $447.78 | 11/1/24 D.I. 27511 | $51,506.40 | $447.78 | $12,876.60 |
| 9/1/24-9/30/24 10/28/24 D.I. 27321 | $51,878.00 | $527.10 | 11/19/24 D.I. 28035 | $41,502.40 | $527.10 | $10,375.60 |
| 10/1/24-10/8/24 11/25/24 D.I. 28281 | $34,205.00 | $743.05 | Pending | $27,364.00 | $743.05 | $6,841.00 |
| **TOTALS** | **$150,466.00** | **$1,717.93** | | **$120,372.80** | **$1,717.93** | **$30,093.20** |

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

32132279.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (JTD) |
| Debtors. | ) (Jointly Administered) |

### EIGHTH INTERIM FEE REQUEST OF PAUL HASTINGS LLP

Name of Applicant: Paul Hastings LLP

Authorized to Provide Professional Services to: the Official Committee of Unsecured Creditors

Date of Retention: December 20, 2022 (order entered February 7, 2023)

Period for which compensation and reimbursement is sought: August 1, 2024 through October 8, 2024

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 8/1/24-8/31/24 10/11/24 D.I. 26746 | $505,359.50 | $86,040.30 | 11/1/24 D.I. 27510 | $404,287.60[2] | $86,040.30 | $101,071.90 |
| 9/1/24-9/30/24 10/28/24 D.I. 27320 | $364,007.75 | $92,259.69 | 11/19/24 D.I. 28036 | $291,206.20 | $92,259.69 | $72,801.55 |
| 10/1/24-10/8/24 11/25/24 D.I. 28283 | $156,191.50 | $88,643.96 | Pending | $124,953.20 | $88,643.96 | $31,238.30 |
| **TOTAL** | **$1,025,558.75** | **$266,943.95** | | **$820,447.00** | **$266,943.95** | **$205,011.75** |

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] The Twenty-First Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2024 through August 31, 2024 inadvertently listed the 80% of compensation sought as $100 greater. The Debtors and the Committee agreed that the Debtors and the Committee would pay the Committee the correct amount, pursuant to the Interim Compensation Order. The amounts reflected in these Interim Fee Requests reflect the corrected amount.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (JTD) |
| Debtors. | ) (Jointly Administered) |

### EIGHTH INTERIM FEE REQUEST OF FTI CONSULTING, INC.

| Name of Applicant: | FTI Consulting, Inc. |
|---|---|
| Authorized to Provide Professional Services to: | the Official Committee of Unsecured Creditors |
| Date of Retention: | December 22, 2022 (order entered February 15, 2023) |
| Period for which compensation and reimbursement is sought: | August 1, 2024 through October 8, 2024 |

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 8/1/24-8/31/24 10/15/24 D.I. 26854 | $637,694.50 | $9,345.00 | 11/8/24 D.I. 27809 | $510,155.60 | $9,345.00 | $118,193.90 |
| 9/1/24-10/8/24 11/20/24 D.I. 28081 | $801,077.00 | $5,291.00 | 12/11/24 D.I. 28697 | $640,861.60 | $5,291.00 | $160,215.40 |
| **TOTALS** | **$1,438,771.50** | **$14,636.00** |  | **$1,151,017.20** | **$14,636.00** | **$278,409.30** |

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

### EIGHTH INTERIM FEE REQUEST OF JEFFERIES LLC

| Name of Applicant: | Jefferies LLC |
|---|---|
| Authorized to Provide Professional Services to: | the Official Committee of Unsecured Creditors |
| Date of Retention: | December 23, 2022 (order entered February 15, 2023) |
| Period for which compensation and reimbursement is sought: | August 1, 2024 through October 8, 2024 |

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 8/1/24-8/31/24 D.I. 28827 | $225,000.00 | $3,490.00 | Pending | $180,000.00 | $3,490.00 | $45,000.00 |
| 9/1/24-9/30/24 D.I. 28828 | $225,000.00 | $5,428.00 | Pending | $180,000.00 | $5,428.00 | $45,000.00 |
| 10/1/24-10/8/24 D.I. 28829 | $0.00 | $1,210.00 | Pending | $0.00 | $1,210.00 | $0.00 |
| **TOTALS** | **$450,000.00** | **$10,128.00** |  | **$360,000.00** | **$10,128.00** | **$90,000.00** |

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

32132279.1