**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref. No. 834** |

<u>**CERTIFICATION OF COUNSEL**</u>

I, Kimberly A. Brown, counsel to the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>"), hereby certify as follows to the best of my knowledge, information and belief:

1.      On November 11 and November 14, 2022 (the "<u>Petition Date</u>"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "<u>Bankruptcy Code</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>").

2.      On March 8, 2023, the Court entered the *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [D.I. 834] (the "<u>Fee Examiner Order</u>"), appointing Katherine Stadler as Fee Examiner (the "<u>Fee Examiner</u>") to carry out the duties set forth in the Fee Examiner Order.[2]

3.      On November 15, 2024, Perella Weinberg Partners LP ("PWP") filed the *Final Fee Application of Perella Weinberg Partners LP* [D.I. 27980] for the period from November 16, 2022 through and including October 8, 2024 (the "<u>PWP Fee Application</u>").  Subsequently, on November

---

[1]      The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]      Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Fee Examiner Order.

25, 2024, PWP filed the *Notice of Supplement to Final Fee Application of Perella Weinberg Partners LP* [D.I. 28289] in supplement of the PWP Fee Application (the "PWP Supplement" and together with the PWP Fee Application, the "PWP Final Fee Application").

4.      On November 15, 2024, Rothschild & Co US Inc. ("Rothschild & Co") filed its *Combined Eleventh Monthly and Fifth Interim Fee Application (for the Period from August 1, 2024 through October 8, 2024) and Final Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-U.S. Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2023, through October 8, 2024* [D.I. 27969] (the "Rothschild & Co Final Fee Application" and together with the PWP Final Fee Application, the "Investment Bankers' Final Fee Applications").

5.      On December 12, 2024, the Court held a hearing on the Investment Banker's Final Fee Applications (the "Hearing").

6.      In accordance with the record at the Hearing, the Debtors hereby submit an order (the "Proposed Order") supplementing the Fee Examiner Order to expand the scope of the Fee Examiner's duties to include review of the final expenses requested to be approved by PWP, Rothschild & Co and Jefferies LLC (the "FTX Investment Bankers").  A copy of the Proposed Order is attached hereto as **Exhibit A**.  The Proposed Order was circulated to the following parties and/or their counsel, as applicable: PWP, Rothschild & Co, Jefferies LLC, the Official Committee of Unsecured Creditors, the Ad Hoc Committee of Non-U.S. Customers, the Fee Examiner, and the Office of the United States Trustee (collectively, the "Parties").  Each of the Parties have advised that they have no objection to entry of the Proposed Order.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

Dated: December 16, 2024
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kimberly A. Brown*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
        brown@lrclaw.com
        pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
        bromleyj@sullcrom.com
        gluecksteinb@sullcrom.com
        kranzleya@sullcrom.com

*Counsel for the Debtors*
*and Debtors-in-Possession*