# **<u>EXHIBIT A</u>**

**EXHIBIT A**
**SUMMARY OF FEES BY INIVIDUAL FOR THE APPLICATION PERIOD**
**(AUGUST 1, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024)**

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---:|---:|---:|
| Arnett, Chris | Managing Director | $1,125 | 276.8 | $311,400.00 |
| Behnke, Tom | Managing Director | $1,200 | 3.6 | $4,320.00 |
| Bowles, Carl | Managing Director | $1,100 | 41.2 | $45,320.00 |
| Chambers, Henry | Managing Director | $1,070 | 114.7 | $122,729.00 |
| Coverick, Steve | Managing Director | $1,075 | 383.4 | $412,155.00 |
| Cumberland, Brian | Managing Director | $1,495 | 3.9 | $5,830.50 |
| Farsaci, Alessandro | Managing Director | $1,150 | 0.7 | $805.00 |
| Fleming, Richard | Managing Director | $1,025 | 1.8 | $1,845.00 |
| Gordon, Robert | Managing Director | $1,150 | 246.2 | $283,130.00 |
| Grillo, Rocco | Managing Director | $1,150 | 32.8 | $37,720.00 |
| Grosvenor, Robert | Managing Director | $1,070 | 14.6 | $15,622.00 |
| Hertzberg, Julie | Managing Director | $1,425 | 8.3 | $11,827.50 |
| Howe, Christopher | Managing Director | $1,475 | 377.6 | $556,960.00 |
| Iwanski, Larry | Managing Director | $1,150 | 32.5 | $37,375.00 |
| Jacobs, Kevin | Managing Director | $1,475 | 63.1 | $93,072.50 |
| Johnston, David | Managing Director | $1,100 | 259.5 | $285,450.00 |
| Kotarba, Chris | Managing Director | $1,425 | 5.0 | $7,125.00 |
| Liguori, Albert | Managing Director | $1,425 | 30.3 | $43,177.50 |
| Marshall, Jonathan | Managing Director | $1,150 | 3.3 | $3,795.00 |
| Mosley, Ed | Managing Director | $1,425 | 379.8 | $541,215.00 |
| Roche, Matthew | Managing Director | $1,425 | 37.3 | $53,152.50 |
| Ryan, Laureen | Managing Director | $1,150 | 228.0 | $262,200.00 |
| Schultz, John | Managing Director | $1,425 | 0.4 | $570.00 |
| Shanahan, Michael | Managing Director | $990 | 37.3 | $36,927.00 |
| Sielinski, Jeff | Managing Director | $1,100 | 245.0 | $269,500.00 |
| Simion, Tony | Managing Director | $1,250 | 1.3 | $1,625.00 |
| Stegenga, Jeffery | Managing Director | $1,525 | 26.6 | $40,565.00 |
| Swerdlow, Jeff | Managing Director | $1,425 | 0.4 | $570.00 |
| Ulyanenko, Andrey | Managing Director | $1,425 | 233.7 | $333,022.50 |
| **Managing Director Total** | | | **3,089.1** | **$3,819,006.00** |
| Brewer, Kenneth | Senior Advisor | $1,425 | 1.4 | $1,995.00 |
| Seaway, Bill | Senior Advisor | $1,425 | 40.3 | $57,427.50 |
| Wiseberg, Stan | Senior Advisor | $1,425 | 120.1 | $171,142.50 |
| **Senior Advisor Total** | | | **161.8** | **$230,565.00** |
| Arhos, Nikos | Senior Director | $1,050 | 48.1 | $50,505.00 |
| Blanks, David | Senior Director | $1,025 | 508.3 | $521,007.50 |
| Brantley, Chase | Senior Director | $950 | 259.3 | $246,335.00 |
| Broskay, Cole | Senior Director | $975 | 101.5 | $98,962.50 |
| Canale, Alex | Senior Director | $965 | 199.5 | $192,517.50 |
| Cornetta, Luke | Senior Director | $1,050 | 115.1 | $120,855.00 |

4863-8557-1410 v.3

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---:|---:|---:|
| Dusendschon, Kora | Senior Director | $965 | 25.1 | $24,221.50 |
| Esposito, Rob | Senior Director | $975 | 374.9 | $365,527.50 |
| Johnson, Robert | Senior Director | $965 | 137.7 | $132,880.50 |
| Konig, Louis | Senior Director | $965 | 302.6 | $292,009.00 |
| Kwan, Peter | Senior Director | $965 | 309.0 | $298,185.00 |
| LeDonne, Haley | Senior Director | $1,050 | 216.8 | $227,640.00 |
| McBee, Nicolaus | Senior Director | $1,050 | 168.6 | $177,030.00 |
| Mohammed, Azmat | Senior Director | $975 | 424.7 | $414,082.50 |
| Pandey, Vishal | Senior Director | $975 | 39.0 | $38,025.00 |
| Ramanathan, Kumanan | Senior Director | $1,050 | 543.8 | $570,990.00 |
| Tarikere, Sriram | Senior Director | $975 | 69.8 | $68,055.00 |
| Titus, Adam | Senior Director | $1,025 | 505.2 | $517,830.00 |
| Zatz, Jonathan | Senior Director | $965 | 387.7 | $374,130.50 |
| Zimet, Lee | Senior Director | $1,050 | 7.1 | $7,455.00 |
| **Senior Director Total** | | | **4,743.8** | **$4,738,244.00** |
| Baker, Kevin | Director | $800 | 369.3 | $295,440.00 |
| Balmelli, Gioele | Director | $850 | 72.0 | $61,200.00 |
| Best, Austin | Director | $925 | 64.9 | $60,032.50 |
| Casey, John | Director | $775 | 250.2 | $193,905.00 |
| Chamma, Leandro | Director | $800 | 351.9 | $281,520.00 |
| Dalgleish, Elizabeth | Director | $825 | 215.6 | $177,870.00 |
| Dennison, Kim | Director | $750 | 3.1 | $2,325.00 |
| Flynn, Matthew | Director | $850 | 471.2 | $400,520.00 |
| Ford, Abigail | Director | $925 | 180.2 | $166,685.00 |
| Glustein, Steven | Director | $825 | 518.3 | $427,597.50 |
| Gosau, Tracy | Director | $800 | 77.9 | $62,320.00 |
| Hainline, Drew | Director | $875 | 399.9 | $349,912.50 |
| Henness, Jonathan | Director | $925 | 528.4 | $488,770.00 |
| Hernandez, Dylan | Director | $900 | 9.6 | $8,640.00 |
| Kearney, Kevin | Director | $875 | 459.0 | $401,625.00 |
| Lambert, Leslie | Director | $800 | 61.0 | $48,800.00 |
| Lannan, Matthew | Director | $925 | 14.8 | $13,690.00 |
| Lee, Julian | Director | $800 | 56.7 | $45,360.00 |
| LeGuen, Jonathon | Director | $900 | 368.5 | $331,650.00 |
| Lewandowski, Douglas | Director | $875 | 406.3 | $355,512.50 |
| Lowe, Sam | Director | $715 | 61.8 | $44,187.00 |
| Lucas, Emmet | Director | $825 | 393.5 | $324,637.50 |
| McGoldrick, Hugh | Director | $825 | 61.0 | $50,325.00 |
| McGrath, Patrick | Director | $800 | 234.0 | $187,200.00 |
| Mennie, James | Director | $875 | 442.7 | $387,362.50 |
| Pekhman, Yuliya | Director | $800 | 7.8 | $6,240.00 |
| Walia, Gaurav | Director | $900 | 580.3 | $522,270.00 |
| **Director Total** | | | **6,659.9** | **$5,695,597.00** |
| Teo, Benjamin | Senior Manager | $725 | 2.9 | $2,102.50 |

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Senior Manager Total** | | | **2.9** | **$2,102.50** |
| Baker, Oliver | Manager | $875 | 83.6 | $73,150.00 |
| Baldwin, Evan | Manager | $875 | 61.7 | $53,987.50 |
| Blanchard, Madison | Manager | $635 | 315.5 | $200,342.50 |
| Constantinou, Demetrios | Manager | $875 | 157.9 | $138,162.50 |
| Cox, Allison | Manager | $635 | 243.3 | $154,495.50 |
| Grussing, Bernice | Operations Manager | $375 | 9.8 | $3,675.00 |
| Hoffer, Emily | Manager | $695 | 17.6 | $12,232.00 |
| Lam, James | Manager | $650 | 34.2 | $22,230.00 |
| Li, Summer | Manager | $725 | 141.4 | $102,515.00 |
| Madlambayan, Manolo | Manager | $695 | 142.0 | $98,690.00 |
| Marino Melendez, Laura | Manager | $875 | 22.4 | $19,600.00 |
| Pestano, Kyle | Manager | $700 | 492.1 | $344,470.00 |
| Rybarczyk, Jodi | Manager | $725 | 272.6 | $197,635.00 |
| Sivapalu, Anan | Manager | $700 | 95.7 | $66,990.00 |
| Sloan, Austin | Manager | $695 | 0.8 | $556.00 |
| Tong, Crystal | Manager | $700 | 321.0 | $224,700.00 |
| Work, David | Manager | $725 | 172.1 | $124,772.50 |
| Zhang, Qi | Manager | $725 | 375.8 | $272,455.00 |
| **Manager Total** | | | **2,959.5** | **$2,110,658.50** |
| Arah, Alijah | Senior Associate | $800 | 537.0 | $429,600.00 |
| Braatelien, Troy | Senior Associate | $625 | 288.1 | $180,062.50 |
| Chan, Jon | Senior Associate | $580 | 403.7 | $234,146.00 |
| Cherry, Nicholas | Senior Associate | $775 | 482.8 | $374,170.00 |
| Dobbs, Aaron | Senior Associate | $580 | 125.7 | $72,906.00 |
| Ebrey, Mason | Senior Associate | $580 | 101.0 | $58,580.00 |
| Faett, Jack | Senior Associate | $700 | 440.9 | $308,630.00 |
| Garcia, Carolina | Senior Associate | $800 | 32.7 | $26,160.00 |
| Gibbs, Connor | Senior Associate | $650 | 245.0 | $159,250.00 |
| Heath, Peyton | Senior Associate | $775 | 625.6 | $484,840.00 |
| Helal, Aly | Senior Associate | $615 | 103.3 | $63,529.50 |
| Heric, Andrew | Senior Associate | $635 | 329.2 | $209,042.00 |
| Jones, Mackenzie | Senior Associate | $625 | 138.2 | $86,375.00 |
| Kaufman, Ashley | Senior Associate | $685 | 153.9 | $105,421.50 |
| LaPosta, Logan | Senior Associate | $725 | 389.2 | $282,170.00 |
| Lei, Katie | Senior Associate | $775 | 20.2 | $15,655.00 |
| Parker, Brandon | Senior Associate | $800 | 113.7 | $90,960.00 |
| Sagen, Daniel | Senior Associate | $775 | 141.4 | $109,585.00 |
| Sunkara, Manasa | Senior Associate | $580 | 264.5 | $153,410.00 |
| Todd, Patrick | Senior Associate | $685 | 169.4 | $116,039.00 |
| Trent, Hudson | Senior Associate | $725 | 619.0 | $448,775.00 |
| Wilson, David | Senior Associate | $615 | 489.0 | $300,735.00 |
| Wu, Grace | Senior Associate | $625 | 255.5 | $159,687.50 |
| Yan, Jack | Senior Associate | $530 | 1.4 | $742.00 |

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Zabcik, Kathryn | Senior Associate | $625 | 373.2 | $233,250.00 |
| **Senior Associate Total** | | | **6,843.6** | **$4,703,721.00** |
| Butler, Liam | Associate | $560 | 92.1 | $51,576.00 |
| Chen, Jamie | Associate | $675 | 76.8 | $51,840.00 |
| Chhuon, Sally | Associate | $675 | 24.5 | $16,537.50 |
| Collis, Jack | Associate | $550 | 3.0 | $1,650.00 |
| Francis, Luke | Associate | $650 | 487.6 | $316,940.00 |
| Gonzalez, Johnny | Associate | $700 | 636.4 | $445,480.00 |
| Jain, Heman | Associate | $450 | 365.8 | $164,610.00 |
| Jauregui, Stefon | Associate | $650 | 493.8 | $320,970.00 |
| Kane, Alex | Associate | $650 | 536.3 | $348,595.00 |
| Krautheim, Sean | Associate | $560 | 237.3 | $132,888.00 |
| Lowdermilk, Quinn | Associate | $580 | 372.3 | $215,934.00 |
| Mays, Makenzie | Associate | $675 | 46.1 | $31,117.50 |
| Mirando, Michael | Associate | $625 | 407.1 | $254,437.50 |
| Pon, Mark | Associate | $675 | 11.4 | $7,695.00 |
| Price, Breanna | Associate | $560 | 67.4 | $37,744.00 |
| Pryor, Trey | Associate | $675 | 111.0 | $74,925.00 |
| Quach, John | Associate | $675 | 6.6 | $4,455.00 |
| Radwanski, Igor | Associate | $580 | 332.4 | $192,792.00 |
| Scott, Ryan | Associate | $560 | 61.0 | $34,160.00 |
| Slay, David | Associate | $625 | 529.7 | $331,062.50 |
| Smith, Cameron | Associate | $625 | 437.6 | $273,500.00 |
| Soto, Eric | Associate | $675 | 43.0 | $29,025.00 |
| Steers, Jeff | Associate | $625 | 293.1 | $183,187.50 |
| Stripling, Andrew | Associate | $700 | 3.1 | $2,170.00 |
| Ward, Kyle | Associate | $556 | 338.0 | $187,928.00 |
| Warren, Matthew | Associate | $580 | 19.5 | $11,310.00 |
| Wiltgen, Charles | Associate | $650 | 419.6 | $272,740.00 |
| Witherspoon, Samuel | Associate | $650 | 541.9 | $352,235.00 |
| Zhang, Irene | Associate | $675 | 124.8 | $84,240.00 |
| **Associate Total** | | | **7,119.2** | **$4,431,744.50** |
| Agarwal, Pulkit | Analyst | $475 | 187.5 | $89,062.50 |
| Arora, Rohan | Analyst | $475 | 8.2 | $3,895.00 |
| Auer, Samuel | Analyst | $425 | 5.3 | $2,252.50 |
| Avdellas, Peter | Analyst | $525 | 421.0 | $221,025.00 |
| Barry, Gerard | Analyst | $450 | 70.3 | $31,635.00 |
| Bolduc, Jojo | Analyst | $475 | 488.8 | $232,180.00 |
| Ching, Nicholas | Analyst | $450 | 11.0 | $4,950.00 |
| Chowdhury, Arshia | Analyst | $450 | 366.4 | $164,880.00 |
| Clayton, Lance | Analyst | $525 | 533.5 | $280,087.50 |
| Duncan, Ryan | Analyst | $475 | 524.0 | $248,900.00 |
| Ernst, Reagan | Analyst | $475 | 548.3 | $260,442.50 |
| Hubbard, Taylor | Analyst | $500 | 353.6 | $176,800.00 |

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---:|---:|---:|
| Jogerst, Max | Analyst | $475 | 410.8 | $195,130.00 |
| Karnik, Noorita | Analyst | $480 | 29.4 | $14,112.00 |
| Kumar, Aamaya | Analyst | $450 | 338.6 | $152,370.00 |
| Lehtis, Alexander | Analyst | $425 | 11.2 | $4,760.00 |
| Lockwood, Luke | Analyst | $525 | 446.3 | $234,307.50 |
| McGee, Charlie | Analyst | $475 | 319.5 | $151,762.50 |
| Motroni, Ava | Analyst | $475 | 421.5 | $200,212.50 |
| Myers, Claire | Analyst | $500 | 465.8 | $232,900.00 |
| Paolinetti, Sergio | Analyst | $475 | 522.6 | $248,235.00 |
| Ribman, Tucker | Analyst | $475 | 623.0 | $295,925.00 |
| Scott, Jack | Analyst | $475 | 269.0 | $127,775.00 |
| Sekera, Aryaki | Analyst | $450 | 357.3 | $160,785.00 |
| Selwood, Alexa | Analyst | $525 | 558.1 | $293,002.50 |
| Simoneaux, Nicole | Analyst | $525 | 616.7 | $323,767.50 |
| Sirek, Gabriel | Analyst | $475 | 454.4 | $215,840.00 |
| Stockmeyer, Cullen | Analyst | $525 | 536.9 | $281,872.50 |
| Stolyar, Alan | Analyst | $500 | 421.5 | $210,750.00 |
| Tenney, Bridger | Analyst | $525 | 636.5 | $334,162.50 |
| Thomas, Izabel | Analyst | $450 | 330.9 | $148,905.00 |
| Tresser, Miles | Analyst | $475 | 384.5 | $182,637.50 |
| Yang, Sharon | Analyst | $500 | 289.8 | $144,900.00 |
| **Analyst Total** | | | 11,962.2 | $5,870,222.00 |
| **TOTAL** | | | 43,542.0 | $31,601,860.50 |

**Blended Hourly Rate:  $725.78**

4863-8557-1410 v.3