# **<u>EXHIBIT C</u>**

**Exhibit C**
**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(AUGUST 1, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024)**

| Expense Summary | |
|---|---|
| **Expense Category** | **Amount** |
| License Fees | $521,276.35 |
| Airfare | $19,127.15 |
| Lodging | $47,775.94 |
| Meals | $8,807.18 |
| Transportation | $12,588.80 |
| Miscellaneous | $540.14 |
| **TOTAL** | **$610,115.56** |