# **<u>EXHIBIT A</u>**

**Exhibit A**

**Summary of Hours and Fees by Professional**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Matthew Jacques | Partner & Managing Director | $1,410 | 1.1 | $ 1,551.00 |
| Matthew Evans | Partner & Managing Director | $1,410 | 34.7 | $ 48,927.00 |
| Charles Cipione | Partner & Managing Director | $1,320 | 59.6 | 78,672.00 |
| David J White | Partner & Managing Director | $1,225 | 84.4 | 103,390.00 |
| Anne Vanderkamp | Partner | $1,200 | 235.8 | 282,960.00 |
| John C LaBella | Partner | $1,200 | 240.4 | 288,480.00 |
| Lilly M Goldman | Partner | $1,200 | 76.4 | 91,680.00 |
| Thomas Hofner | Partner | $1,200 | 115.1 | 138,120.00 |
| Todd Toaso | Partner | $1,200 | 161.2 | 193,440.00 |
| Elizabeth S Kardos | Partner | $900 | 4.3 | 3,870.00 |
| Mark Cervi | Director | $1,125 | 30.6 | 34,425.00 |
| Travis Phelan | Director | $1,025 | 257.9 | 264,347.50 |
| Bennett F Mackay | Director | $960 | 303.9 | 291,744.00 |
| Kurt H Wessel | Director | $960 | 237.5 | 228,000.00 |
| Ganesh Gopalakrishnan | Senior Vice President | $950 | 333.8 | 317,110.00 |
| Lewis Beischer | Senior Vice President | $880 | 313.1 | 275,528.00 |
| Matthew Birtwell | Senior Vice President | $880 | 59.8 | 52,624.00 |
| Ryan Griffith | Senior Vice President | $880 | 153.8 | 135,344.00 |
| Takahiro Yamada | Senior Vice President | $880 | 162.2 | 142,736.00 |
| Di Liang | Senior Vice President | $825 | 153.8 | 126,885.00 |
| Jeffrey R Berg | Senior Vice President | $825 | 224.8 | 185,460.00 |

*Table Continued on Next Page*

## Summary of Hours and Fees by Professional

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Kaitlyn A Sundt | Senior Vice President | $650 | 0.8 | 520.00 |
| Sari Rosenfeld | Senior Vice President | $625 | 12.3 | 7,687.50 |
| Brooke Filler | Senior Vice President | $575 | 5.2 | 2,990.00 |
| Ryan Backus | Vice President | $770 | 162.7 | 125,279.00 |
| Chi Chen | Vice President | $750 | 10.6 | 7,950.00 |
| Randi Self | Vice President | $750 | 260.8 | 195,600.00 |
| Allyson Calhoun | Vice President | $640 | 345.8 | 221,312.00 |
| Eric Mostoff | Vice President | $640 | 240.7 | 154,048.00 |
| Linna Jia | Vice President | $640 | 119.3 | 76,352.00 |
| Sean Thompson | Vice President | $640 | 119.9 | 76,736.00 |
| Lisa Marie Bonito | Vice President | $550 | 56.2 | 30,910.00 |
| Jennifer Braverman | Vice President | $535 | 15.4 | 8,239.00 |
| Griffin Shapiro | Consultant | $555 | 380.6 | 211,233.00 |
| Karine Zhuo | Consultant | $555 | 60.2 | 33,411.00 |
| Jason Chin | Consultant | $555 | 360.1 | 199,855.50 |
| Neel Tambe | Consultant | $555 | 30.4 | 16,872.00 |
| Olivia Braat | Consultant | $555 | 244.4 | 135,642.00 |
| Shengjia Kang | Consultant | $555 | 137.4 | 76,257.00 |
| **Total Hours and Fees for Professionals** | | | **5,807.0** | **$  4,866,187.50** |
| Less 50% Travel Fees | | | | (12,000.00) |
| **Total Fees for Professionals** | | | | **4,854,187.50** |

**Average Billing Rate  $        837.99**