# EXHIBIT B

**Exhibit B**

**Summary of Hours and Fees by Matter Category**

| Matter Code | Matter Category | Hours | Fees |
|---|---|---|---|
| 1.1 | Chapter 11 Process / Case Management | 1.0 | 900.00 |
| 1.2 | Communication & Meetings with Interested Parties | 95.2 | $ 106,852.50 |
| 1.3 | Communication with Regulatory Parties | - | - |
| 1.4 | U.S. Trustee / Court Reporting Requirements | - | - |
| 1.5 | Forensic Analysis | 8.7 | 5,925.00 |
| 1.6 | Document Review | - | - |
| 1.7 | Interviews | - | - |
| 1.8 | Public Data & Research | 21.6 | 11,988.00 |
| 1.9 | Claims Process | - | - |
| 1.10 | eDiscovery | - | - |
| 1.11 | Reporting & Presentation of Findings | - | - |
| 1.12 | Preparation for / Attend Court Hearings | - | - |
| 1.13 | Retention Applications & Relationship Disclosures | 18.7 | 10,714.00 |
| 1.14 | Fee Statements & Fee Applications | 131.2 | 84,791.50 |
| 1.15 | Financial Statement Reconstruction | 2,009.5 | 1,635,978.50 |
| 1.16 | Special Investigations | 61.1 | 42,785.00 |
| 1.17 | Solvency Analysis | 52.4 | 49,224.00 |
| 1.18 | Special Investigations - QE | - | - |
| 1.19 | Examiner Related | 14.7 | 15,267.00 |
| 1.20 | Avoidance Actions | 3,350.2 | 2,851,644.00 |
| 1.21 | Avoidance Action - A | 22.7 | 26,118.00 |
| 1.31 | Travel Time | 20.0 | 12,000.00 |
| **Total Hours and Fees by Matter Category Before Holdback** | | **5,807.0** | **$ 4,854,187.50** |

**Average Billing Rate   $       835.92**