# <u>EXHIBIT C</u>

## Exhibit C

### Summary of Expenses

| Expense Category | Amount |
|---|---|
| Airfare | $         2,901.23 |
| Client Research | 5,549.11 |
| Data Storage Fees | 90,537.67 |
| Ground Transportation | 1,103.71 |
| Lodging | 4,000.00 |
| Meals | 1,515.29 |
| **Total  Expenses** | **$       105,607.01** |