# Exhibit A

## Summary of Fees by Individual for the Application Period

## SUMMARY OF FEES BY INDIVIDUAL FOR THE APPLICATION PERIOD
## (AUGUST 1, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024)

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Adam G. Landis | Partner | NY 1992, MA 1992, DE 1996 | May, 1991 | $1,275.00 | 84.5 | $107,737.50 |
| Richard S. Cobb | Partner | DE 1993, PA 1994 | May, 1992 | $1,275.00 | 16.8 | $21,420.00 |
| Rebecca L. Butcher | Partner | PA 2000, DE 2001 | May, 1999 | $1,025.00 | 0.4 | $410.00 |
| Matthew B. McGuire | Partner | PA 2001, DE 2003 | May, 2000 | $1,025.00 | 138.8 | $142,270.00 |
| Kimberly A. Brown | Partner | DE 2008 | May, 2008 | $925.00 | 419.8 | $388,315.00 |
| Matthew R. Pierce | Partner | DE 2013 | May, 2013 | $750.00 | 377.6 | $282,825.00 |
| Jennifer L. Cree | Partner | DE 2013 PA 2014 | May, 2013 | $750.00 | 1.4 | $1,050.00 |
| **Partner Total** | | | | | **1039.3** | **$944,027.50** |
| Howard W. Robertson | Associate | PA 2020, DE 2022 | January, 2020 | $535.00 | 174.3 | $93,250.50 |
| Elizabeth A. Rogers | Associate | NY 2021, DE 2024 | May, 2019 | $535.00 | 233.4 | $124,869.00 |
| George A. Williams | Associate | DE 2022 | May, 2021 | $450.00 | 460.0 | $207,000.00 |
| Clifford R. Wood, Jr. | Associate | DE 2022, PA 2023 | May, 2022 | $395.00 | 393.2 | $155,314.00 |
| **Associate Total** | | | | | **1260.9** | **$580,433.50** |
| **Lawyers Total** | | | | | **2300.2** | **$1,524,461.00** |
| Melissa Ramirez | Paralegal | N/A | N/A | $350.00 | 235.4 | $82,390.00 |
| Mark P. Hitchens | Paralegal | N/A | N/A | $350.00 | 95.5 | $33,425.00 |
| Jennifer L. Ford | Paralegal | N/A | N/A | $350.00 | 60.1 | $21,035.00 |
| Joshua Huynh | Paralegal | N/A | N/A | $310.00 | 33.9 | $10,509.00 |
| Tanita Davenport | Legal Assistant | N/A | N/A | $220.00 | 3.0 | $660.00 |
| Allison Strauss | Legal Assistant | N/A | N/A | $220.00 | 2.1 | $462.00 |
| **Non-Legal Personnel Total** | | | | | **430.0** | **$148,481.00** |
| **GRAND TOTAL** | | | | | **2730.2** | **$1,672,942.00** |

**Blended Hourly Rate:  $612.75**

{1368.002-W0078603.2}