## Exhibit B

**Summary of Compensation by Project Category**

{1368.002-W0078603.2}

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY[1]**
**(AUGUST 1, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024)**

| Project Name | Hours | Fee Amount |
|---|---|---|
| B112 - Asset Disposition | 39.5 | $38,798.50 |
| B114 - Assumption/Rejection of Leases and Contracts | 11.5 | $7,981.50 |
| B120 - Business Operations | 121.9 | $71,655.50 |
| B122 - Case Administration | 116.4 | $56,472.00 |
| B124 - Claims Administration & Objections | 673.9 | $368,787.00 |
| B134 - Hearings | 373.4 | $199,090.50 |
| B135 - Litigation | 299.4 | $212,424.00 |
| B140 - Creditor Inquiries | 4.5 | $3,015.50 |
| B144 - Non-LRC Retention & Fee Matters | 2.4 | $1,284.00 |
| B146 - Plan and Disclosure Statement (including Business Plan) | 633.0 | $455,356.00 |
| B150 - Relief from Stay/Adequate Protection Proceeding | 46.9 | $26,851.00 |
| B151 - Schedules/Operating Reports | 48.2 | $28,370.00 |
| B154 - LRC Retention Applications & Disclosures | 4.4 | $1,832.50 |
| B155 - Non-LRC Retention Applications & Disclosures | 49.2 | $32,532.50 |
| B156 - LRC Fee Applications | 185.2 | $104,460.50 |
| B157 - Non-LRC Fee Applications | 112.2 | $56,911.00 |
| B160 - Examiner | 8.2 | $7,120.00 |
| **TOTAL** | **2730.2** | **$1,672,942.00** |

---

[1] The subject matter of certain time entries may be appropriate for more than one project category. In such instances, time entries generally have been included in the most appropriate category. Time entries do not appear in more than one category.