**Exhibit C**

**Expense Summary for the Application Period**

**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(AUGUST 1, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024)[1]**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[2] if Applicable** | **Amount** |
| Inhouse Copying | N/A | $2,951.90 |
| Outside Printing | Parcels, Inc. | $28,608.24 |
| Online Research | Relx Inc. DBA LexisNexis | $4,053.75 |
| Delivery Services/Messengers | Parcels, Inc. | $937.00 |
| Meals | Various | $3,883.88 |
| Document Retrieval | PACER | $330.00 |
| Filing Fees | N/A | $650.00 |
| Hearing Transcripts | Reliable | $3,125.60 |
| Service Fees | Parcels, Inc.; DLS Discovery | $512.69 |
| | **TOTAL** | **$45,053.06** |

---

[1] Certain service providers may invoice in arrears. Therefore, this Application may include expenses incurred in a prior Application Period.

[2] LRC may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

{1368.002-W0078603.2}