# Exhibit D

## Customary and Comparable Compensation Disclosures

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**
**(August 1, 2024 – October 8, 2024)**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Firm-wide for Fiscal Year (FY2024) | Billed August 1, 2024 through and including October 8, 2024 |
| Partner | $950.48 | $944.37 |
| Associate | $504.10 | $476.11 |
| Paralegal | $345.78 | $348.66 |
| Aggregated | $696.41 | $671.32 |

{1368.002-W0078603.2}