## Exhibit E

**Estimated Staffing and Budget Plan**

{1368.002-W0078603.2}

**STAFFING PLAN FOR LANDIS RATH & COBB LLP, BANKRUPTCY CO-COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD FROM AUGUST 1, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024**

| POSITION | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE APPLICATION PERIOD | RANGE OF RATES |
|---|---|---|
| Partners | Seven (7) | $750.00-$1,275.00 |
| Associates | Four (4) | $395.00-$600.00 |
| Paralegals | Five (5) | $310.00-$350.00 |
| Legal Assistants | Two (2) | $220.00 |

**ESTIMATED BUDGET FOR LANDIS RATH & COBB LLP, BANKRUPTCY CO-COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD FROM AUGUST 1, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024**

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES[1] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| B110 - Asset Analysis and Recovery | 5.0 | $3,375.00 | 0.0 | $0.00 |
| B112 - Asset Disposition | 55.0 | $37,125.00 | 39.5 | $38,798.50 |
| B114 - Assumption/Rejection of Leases and Contracts | 10.0 | $6,750.00 | 11.5 | $7,981.50 |
| B116 - Avoidance Action Analysis | 5.0 | $3,375.00 | 0.0 | $0.00 |
| B118 - Board of Directors Matters | 5.0 | $3,375.00 | 0.0 | $0.00 |
| B119 - Budgeting | 0.0 | $0.00 | 0.0 | $0.00 |
| B120 - Business Operations | 110.0 | $74,250.00 | 121.9 | $71,655.50 |
| B122 - Case Administration | 85.0 | $57,375.00 | 116.4 | $56,472.00 |
| B124 - Claims Administration & Objections | 650.0 | $438,750.00 | 673.9 | $368,787.00 |
| B126 - Employee Benefits/Pensions | 0.0 | $0.00 | 0.0 | $0.00 |
| B128 - Fee/Employment Objections | 0.0 | $0.00 | 0.0 | $0.00 |
| B130 - Financing/Cash Collateral | 0.0 | $0.00 | 0.0 | $0.00 |
| B134 - Hearings | 350.0 | $236,250.00 | 373.4 | $199,090.50 |
| B135 - Litigation | 325.0 | $219,375.00 | 299.4 | $212,424.00 |
| B138 - Committee Meetings/Communications | 5.0 | $3,375.00 | 0.0 | $0.00 |
| B139 - Equity Committee | 0.0 | $0.00 | 0.0 | $0.00 |
| B140 - Creditor Inquiries | 5.0 | $3,375.00 | 4.5 | $3,015.50 |
| B141 - Lien Investigation | 0.0 | $0.00 | 0.0 | $0.00 |
| B142 - Non-Working Travel | 0.0 | $0.00 | 0.0 | $0.00 |
| B144 – Non-LRC Retention & Fee Matters | 0.0 | $0.00 | 2.4 | $1,284.00 |

---

[1] Estimated fees based on an average hourly rate of $675.

{1368.002-W0078603.2}

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES[1] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| B146 - Plan and Disclosure Statement (including Business Plan) | 625.0 | $421,875.00 | 633.0 | $455,356.00 |
| B148 - Real Estate | 0.0 | $0.00 | 0.0 | $0.00 |
| B149 - Valuation | 0.0 | $0.00 | 0.0 | $0.00 |
| B150 - Relief from Stay/Adequate Protection Proceeding | 40.0 | $27,000.00 | 46.9 | $26,851.00 |
| B151 - Schedules/Operating Reports | 40.0 | $27,000.00 | 48.2 | $28,370.00 |
| B152 - Tax Issues | 5.0 | $3,375.00 | 0.0 | $0.00 |
| B154 - LRC Retention Applications & Disclosures | 5.0 | $3,375.00 | 4.4 | $1,832.50 |
| B155 - Non-LRC Retention Applications & Disclosures | 45.0 | $30,375.00 | 49.2 | $32,532.50 |
| B156 - LRC Fee Applications | 150.0 | $101,250.00 | 185.2 | $104,460.50 |
| B157 - Non-LRC Fee Applications | 100.0 | $67,500.00 | 112.2 | $56,911.00 |
| B160 - Examiner | 10.0 | $6,750.00 | 8.2 | $7,120.00 |
| **TOTAL** | **2630.0** | **$1,775,250.00** | **2730.2** | **$1,672,942.00** |