UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING, LTD., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On December 5th, 2024, at my direction and under my supervision, employees of Reliable Companies caused to be served the following document via the method indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 12/05/2024 | 28582 | Limited Objection / Celsius Litigation Administrator's Limited Objection to the Motion of Debtors for Entry of an Order Establishing the Amount of the Disputed Claims Reserve (related document(s)28102) Filed by Celsius Litigation Administrator (Alberto, Justin) (Entered: 12/05/2024) |

Dated: December 16th, 2024

*/s/ Laurie Heggan*
Laurie Heggan
Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801

# EXHIBIT A

| **VIA ELECTRONIC MAIL**<br>DLA PIPER LLP<br>ATTN: AARON S. APPLEBAUM 1201 NORTH MARKET STREET SUITE 2100<br>WILMINGTON DE 19801<br>AARON.APPLEBAUM@US.DLAPIPER.COM | **VIA ELECTRONIC MAIL**<br>DLA PIPER LLP (US)<br>ATTN: AARON S. APPLEBAUM 1201 NORTH MARKET STREET SUITE 2100<br>WILMINGTON DE 19801<br>AARON.APPLEBAUM@US.DLAPIPER.COM |
|---|---|
| **VIA ELECTRONIC MAIL**<br>LOWENSTEIN SANDLER LLP<br>ATTN: ANDREW BEHLMANN, COLLEEN M. RESTEL<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068<br>ABEHLMANN@LOWENSTEIN.COM<br>CRESTEL@LOWENSTEIN.COM | **VIA ELECTRONIC MAIL**<br>REED SMITH LLP<br>ATTN: AARON JAVIAN<br>599 LEXINGTON AVENUE NEW YORK NY 10022<br>AJAVIAN@REEDSMITH.COM |
| **VIA ELECTRONIC MAIL**<br>VENABLE LLP<br>ATTN: ANDREW J. CURRIE<br>600 MASSACHUSETTS AVENUE, NW<br>WASHINGTON DC 20001<br>AJCURRIE@VENABLE.COM | **VIA ELECTRONIC MAIL**<br>DOSHI LEGAL GROUP, P.C.<br>ATTN: AMISH R. DOSHI<br>1979 MARCUS AVENUE, SUITE 210E LAKE SUCCESS NY 11042<br>AMISH@DOSHILEGAL.COM |
| **VIA ELECTRONIC MAIL**<br>KASHISHIAN LAW LLC<br>ATTN: ANN M. KASHISHIAN<br>501 SILVERSIDE ROAD, SUITE 85<br>WILMINGTON DE 19809<br>AMK@KASHISHIANLAW.COM | **VIA ELECTRONIC MAIL**<br>COOLEY LLP<br>ATTN: AUDREY MOTT-SMITH<br>3 EMBARCADERO CENTER<br>20TH FLOOR<br>SAN FRANCISCO CA 94111<br>AMOTTSMITH@COOLEY.COM |
| **VIA ELECTRONIC MAIL**<br>A. M. SACCULLO LEGAL, LLC<br>ATTN: ANTHONY M. SACCULLO, MARY E. AUGUSTINE 27 CRIMSON KING DRIVE<br>BEAR DE 19701<br>AMS@SACCULLOLEGAL.COM<br>MEG@SACCULLOLEGAL.COM | **VIA ELECTRONIC MAIL**<br>EVERSHEDS SUTHERLAND (US) LLP<br>ATTN: ANDREA L. GORDON<br>700 SIXTH STREET NW, SUITE 700<br>WASHINGTON DC 20001<br>ANDREAGORDON@EVERSHEDS-SUTHERLAND.COM |

| **VIA ELECTRONIC MAIL**<br>OFFICE OF THE ATTORNEY GENERAL OF GEORGIA<br>ATTN: AMY L. PATTERSON 40 CAPITOL SQUARE, S.W.<br>ATLANTA GA 30334<br>APATTERSON@LAW.GA.GOV | **VIA ELECTRONIC MAIL**<br>U.S. DEPARTMENT OF JUSTICE, TAX DIVISION<br>ATTN: ARI D. KUNOFSKY<br>P.O. BOX 227<br>WASHINGTON DC 20044<br>ARI.D.KUNOFSKY@USDOJ.GOV |
|---|---|
| **VIA ELECTRONIC MAIL**<br>STATE OF DELAWARE ATTORNEY GENERAL<br>ATTN: BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST. WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | **VIA ELECTRONIC MAIL**<br>CARTER LEDYARD & MILBURN LLP<br>ATTN: AARON R. CAHN 28 LIBERTY STREET<br>41ST FLOOR<br>NEW YORK NY 10005<br>BANKRUPTCY@CLM.COM |
| **VIA ELECTRONIC MAIL**<br>SECURITIES & EXCHANGE COMMISSION - NY OFFICE<br>ATTN: BANKRUPTCY DEPT BROOKFIELD PLACE<br>200 VESEY STREET, STE 400<br>NEW YORK NY 10281-1022<br>BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | **VIA ELECTRONIC MAIL**<br>POTTER ANDERSON & CORROON LLP<br>ATTTN: M. BLAKE CLEARY, R. STEPHEN MCNEILL, SAMEEN RIZVI,<br>ESQ.<br>1313 N. MARKET STREET, 6TH FLOOR WILMINGTON DE 19801<br>BCLEARY@POTTERANDERSON.COM<br>RMCNEILL@POTTERANDERSON.COM<br>SRIZVI@POTTERANDERSON.COM |
| **VIA ELECTRONIC MAIL**<br>GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP<br>ATTN: BRIAN DAVIDOFF 2049 CENTURY PARK EAST STE 2600<br>LOS ANGELES CA 90067-4590<br>BDAVIDOFF@GREENBERGGLUSKER.COM | **VIA ELECTRONIC MAIL**<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: BENJAMIN A. HACKMAN, DAVID GERARDI, JON.LIPSHIE 844 KING STREET, ROOM 2207<br>LOCKBOX #35<br>WILMINGTON DE 19899-0035<br>BENJAMIN.A.HACKMAN@USDOJ.GOV<br>DAVID.GERARDI@USDOJ.GOV<br>JON.LIPSHIE@USDOJ.GOV |
| **VIA ELECTRONIC MAIL**<br>BALLARD SPAHR LLP<br>ATTN: NICHOLAS J. BRANNICK<br>919 N. MARKET STREET<br>11TH FLOOR<br>WILMINGTON DE 19801-3034<br>BRANNICKN@BALLARDSPAHR.COM | **VIA ELECTRONIC MAIL**<br>K&L GATES LLP<br>ATTN: BRIAN D. KOOSED, ESQ.<br>1602 K STREET NW<br>WASHINGTON DC 20006-1600<br>BRIAN.KOOSED@KLGATES.COM |

**VIA ELECTRONIC MAIL**
PROSKAUER ROSE LLP
ATTN: BRIAN S. ROSEN, DYLAN J. MARKER ELEVEN TIMES SQUARE
NEW YORK NY 10036-8299
BROSEN@PROSKAUER.COM
DMARKER@PROSKAUER.COM

**VIA ELECTRONIC MAIL**
PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD.
ATTN: BRIAN SIMMS, K.C., KEVIN CAMBRIDGE, PETER GREAVES 3 BAYSIDE EXECUTIVE PARK, WEST BAY STREET & BLAKE ROAD PO BOX N-4875
NASSAU THE BAHAMAS
BSIMMS@LENNOXPATON.COM
KEVIN.CAMBRIDGE@PWC.COM
PETER.GREAVES@HK.PWC.COM

**VIA ELECTRONIC MAIL**
SULLIVAN HAZELTINE ALLINSON LLC
ATTN: WILLIAM D. SULLIVAN
919 NORTH MARKET STREET, SUITE 420
WILMINGTON DE 19801
BSULLIVAN@SHA-LLC.COM

**VIA ELECTRONIC MAIL**
CROSS & SIMON, LLC
ATTN: CHRISTOPHER P. SIMON 1105 NORTH MARKET STREET SUITE 901
WILMINGTON DE 19801
CSIMON@CROSSLAW.COM

**VIA ELECTRONIC MAIL**
COOLEY LLP
ATTN: CULLEN D. SPECKHART
1299 PENNSYLVANIA AVENUE NW SUITE 700
WASHINGTON DC 20004
CSPECKHART@COOLEY.COM

**VIA ELECTRONIC MAIL**
GIBBONS P.C.
ATTN: CHRISTOPHER VICECONTE, ESQ. 300 DELAWARE AVENUE
SUITE 1015
WILMINGTON DE 19801-1671
CVICECONTE@GIBBONSLAW.COM

**VIA ELECTRONIC MAIL**
MCCARTER & ENGLISH LLP
ATTN: DAVID ADLER ESQ.
WORLDWIDE PLAZA
825 EIGHTH AVE., 31ST FLOOR NEW YORK NY 10019
DADLER@MCARTER.COM

**VIA ELECTRONIC MAIL**
VENABLE LLP
ATTN: DANIEL A. O'BRIEN 1201 N. MARKET ST.
SUITE 1400
WILMINGTON DE 19801
DAOBRIEN@VENABLE.COM

**VIA ELECTRONIC MAIL**
THE DALEY LAW FIRM
ATTN: DARRELL DALEY, SAMANTHA NEAL 4845 PEARL EAST CIRCLE
SUITE 101
BOULDER CO 80301
DARRELL@DALEYLAWYERS.COM
SAMANTHA@DALEYLAWYERS.COM

**VIA ELECTRONIC MAIL**
MCDERMOTT WILL & EMERY LLP
ATTN: DARREN AZMAN, JOHN J. CALANDRA JOSEPH B. EVANS, ELIZABETH RODD ONE VANDERBILT AVENUE
NEW YORK NY 10017-3852
DAZMAN@MWE.COM
JCALANDRA@MWE.COM
JBEVANS@MWE.COM ERODD@MWE.COM

| **VIA ELECTRONIC MAIL**<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>ATTN: DONNA L. CULVER, DANIEL B. BUTZ 1201<br>NORTH MARKET STREET, 16TH FLOOR<br>P.O. BOX 1347<br>WILMINGTON DE 19899-1347<br>DCULVER@MORRISNICHOLS.COM<br>DBUTZ@MORRISNICHOLS.COM | **VIA ELECTRONIC MAIL**<br>MO BANKRUPTCY UNIT<br>ATTN: STEVEN A. GINTHER, GENERAL COUNSEL PO<br>BOX 475<br>JEFFERSON CITY MO 65105-0475<br>DEECF@DOR.MO.GOV |
|---|---|
| **VIA ELECTRONIC MAIL**<br>MASSACHUSETTS DEPARTMENT OF REVENUE<br>ATTN: CELINE E. DE LA FOSCADE-CONDON 100<br>CAMBRIDGE STREET, P.O. BOX 9565<br>BOSTON MA 02114<br>DELAFOSCAC@DOR.STATE.MA.US | **VIA ELECTRONIC MAIL**<br>DLA PIPER LLP (US)<br>ATTN: DENNIS C. O'DONNELL 1251 AVENUE OF THE<br>AMERICAS<br>NEW YORK NY 10020<br>DENNIS.ODONNELL@DLAPIPER.COM |
| **VIA ELECTRONIC MAIL**<br>HOGAN LOVELLS US LLP<br>ATTN: DENNIS H. TRACEY, III, JOHN D. BECK, MAYA<br>JUMPER 390 MADISON AVENUE<br>NEW YORK NY 10017<br>DENNIS.TRACEY@HOGANLOVELLS.COM<br>DENNIS.TRACEY@HOGANLOVELLS.COM<br>MAYA.JUMPER@HOGANLOVELLS.COM | **VIA ELECTRONIC MAIL**<br>SULLIVAN & CROMWELL LLP<br>ATTN: ANDREW G. DIETDERICH, JAMES L.<br>BROMLEY, BRIAN D. GLUECKSTEIN, ALEXA J.<br>KRANZLEY, STEVEN L. HOLLEY, STEPHEN<br>EHRENBERG, CHRISTOPHER J. DUNNE<br>125 BROAD STREET<br>NEW YORK NY 10004<br>DIETDERICHA@SULLCROM.COM<br>BROMLEYJ@SULLCROM.COM<br>GLUECKSTEINB@SULLCROM.COM |
| **VIA ELECTRONIC MAIL**<br>BIELLI & KLAUDER, LLC<br>ATTN: DAVID M. KLAUDER<br>1204 N. KING STREET WILMINGTON DE 19801<br>DKLAUDER@BK-LEGAL.COM | **VIA ELECTRONIC MAIL**<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: ELIZABETH WANG, DANIEL A. MASON<br>500 DELAWARE AVENUE, SUITE 200, P.O. BOX 32<br>WILMINGTON DE 19899-0032<br>DMASON@PAULWEISS.COM<br>EWANG@PAULWEISS.COM |
| **VIA ELECTRONIC MAIL**<br>DELAWARE SECRETARY OF STATE<br>CORPORATIONS FRANCHISE TAX<br>P.O. BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | **VIA ELECTRONIC MAIL**<br>SCHULTE ROTH & ZABEL LLP<br>ATTN: DOUGLAS S. MINTZ<br>555 13TH STREET, NW, SUITE 6W<br>WASHINGTON DC 20004<br>DOUGLAS.MINTZ@SRZ.COM |

**VIA ELECTRONIC MAIL**
STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: DANIEL M. PEREIRA 1000 N. WEST STREET
SUITE 1200
WILMINGTON DE 19801
DPEREIRA@STRADLEY.COM

**VIA ELECTRONIC MAIL**
STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: DEBORAH A. REPEROWITZ 100 PARK AVENUE
SUITE 2000
NEW YORK NY 10017
DREPEROWITZ@STRADLEY.COM

**VIA ELECTRONIC MAIL**
U.S. DEPARTMENT OF JUSTICE, THE INTERNAL REVENUE SERVICE
ATTN: ELISABETH M. BRUCE, STEPHANIE A. SASARAK
P.O. BOX 227
WASHINGTON DC 20044
ELISABETH.M.BRUCE@USDOJ.GOV
STEPHANIE.A.SASARAK@USDOJ.GOV

**VIA ELECTRONIC MAIL**
MORRIS JAMES LLP
ATTN: ERIC J. MONZO, SARAH M. ENNIS TARA C. PAKROUTH
500 DELAWARE AVENUE, SUITE 1500
WILMINGTON DE 19801
EMONZO@MORRISJAMES.COM
SENNIS@MORRISJAMES.COM
TPAKROUH@MORRISJAMES.COM

**VIA ELECTRONIC MAIL**
MORRIS JAMES LLP
ATTN: ERIC J. MONZO, TARA C. PAKROUH, CHRISTOPHER M. DONNELLY
500 DELAWARE AVENUE SUITE 1500
WILMINGTON DE 19801
EMONZO@MORRISJAMES.COM
TPAKROUH@MORRISJAMES.COM
CDONNELY@MORRISJAMES.COM

**VIA ELECTRONIC MAIL**
EVERSHEDS SUTHERLAND (US) LLP
ATTN: ERIN E. BRODERICK
227 WEST MONROE STREET, SUITE 6000
CHICAGO IL 60606
ERINBRODERICK@EVERSHEDS-SUTHERLAND.COM

**VIA ELECTRONIC MAIL**
COZEN O'CONNOR
ATTN: FREDERICK SCHMIDT 3WTC, 175 GREENWICH STREET
55TH FLOOR
NEW YORK NY 10007
ESCHMIDT@COZEN.COM

**VIA ELECTRONIC MAIL**
TROUTMAN PEPPER HAMILTON SANDERS LLP
ATTN: EVELYN J. MELTZER
HERCULES PLAZA, SUITE 5100
1313 N. MARKET STREET WILMINGTON DE 19899-1709
EVELYN.MELTZER@TROUTMAN.COM

**VIA ELECTRONIC MAIL**
DELAWARE DIVISION OF REVENUE
ATTN: ZILLAH FRAMPTON 820 N FRENCH ST
WILMINGTON DE 19801
FASNOTIFY@STATE.DE.US

**VIA ELECTRONIC MAIL**
BROWNELL LAW GROUP LLC
ATTN: FELICIA BROWNELL 252 MARINERS WAY
BEAR DE 19701
FBROWNELL@BROWNELLLAWGROUP.COM

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>CROWELL & MORING LLP<br>ATTN: FREDERICK HYMAN 590 MADISON AVE<br>NEW YORK NY 10022<br>FHYMAN@CROWELL.COM | **VIA ELECTRONIC MAIL**<br>RIMON, P.C.<br>ATTN: FREDERICK CHANG 506 2ND AVE., SUITE 1400<br>SEATTLE WA 98104<br>FREDERICK.CHANG@RIMONLAW.COM |
| **VIA ELECTRONIC MAIL**<br>COINCIDENT CAPITAL INTERNATIONAL, LTD<br>C/O SUNIL SHAH<br>1805 N. CARSON CITY ST., SUITE X-108<br>CARSON CITY NV 89701<br>FTXCC@COINCIDENTCAPITAL.COM | **VIA ELECTRONIC MAIL**<br>PAUL HASTINGS<br>ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, EREZ E. GILAD AND SAMANTHA MARTIN<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>GABESASSON@PAULHASTINGS.COM<br>KRISHANSEN@PAULHASTINGS.COM<br>KENPASQUALE@PAULHASTINGS.COM<br>EREZGILAD@PAULHASTINGS.COM |
| **VIA ELECTRONIC MAIL**<br>GEBHARDT & SMITH LLP<br>ATTN: GREGORY L. ARBOGAST<br>1000 N. WEST STREET SUITE 1200<br>WILMINGTON DE 19081<br>GARBOGAST@GEBSMITH.COM | **VIA ELECTRONIC MAIL**<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>ATTN: GARY D. BRESSLER, DAVID P. PRIMACK 300 DELAWARE AVENUE<br>SUITE 1014<br>WILMINGTON DE 19801<br>GBRESSLER@MDMC-LAW.COM<br>DPRIMACK@MDMC-LAW.COM |
| **VIA ELECTRONIC MAIL**<br>RICHARDS, LAYTON & FINGER, P.A.<br>ATTN: KEVIN GROSS, PAUL N. HEATH, DAVID T. QUEROLI,<br>BRENDAN J. SCHLAUCH ONE RODNEY SQUARE 920 NORTH KING STREET<br>WILMINGTON DE 19801<br>GROSS@RLF.COM HEATH@RLF.COM<br>QUEROLI@RLF.COM<br>SCHLAUCH@RLF.COM | **VIA ELECTRONIC MAIL**<br>HUGH SMITH ESQUIRE<br>LEVEL 8 224 BUNDA STREET CANBERRA CITY, ACT 2601 AUSTRALIA<br>HUGH.SMITH@CHAMBERLAINS.COM.AU |
| **VIA ELECTRONIC MAIL**<br>THE SECURITIES COMMISSION OF THE BAHAMAS<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>POINCIANA HOUSE, NORTH BUILDING, 2ND FLOOR<br>31A EAST BAY STREET, P.O. BOX N-8347<br>NASSAU THE BAHAMAS<br>INFO@SCB.GOV.BS | **VIA ELECTRONIC MAIL**<br>LOCKE LORD LLP<br>ATTN: IRA S. GREENE<br>200 VESEY STREET NEW YORK NY 10281<br>IRA.GREENE@LOCKELORD.COM |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>RIMON, P.C.<br>ATTN: JACQUELYN H. CHOI<br>2029 CENTURY PARK EAST, SUITE 400N LOS ANGELES CA 90067<br>JACQUELYN.CHOI@RIMONLAW.COM | **VIA ELECTRONIC MAIL**<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>ATTN: JEFFREY BERNSTEIN<br>570 BROAD STREET<br>SUITE 1401<br>NEWARK NJ 07102<br>JBERNSTEIN@MDMC-LAW.COM |
| **VIA ELECTRONIC MAIL**<br>BUTLER SNOW LLP<br>ATTN: JAMES E. BAILEY III, ROBERT CAMPBELL HILLYER CRESCENT CENTER, SUITE 500<br>6075 POPLAR AVENUE, P.O. BOX 171443<br>MEMPHIS TN 38187<br>JEB.BAILEY@BUTLERSNOW.COM<br>CAM.HILLYER@BUTLERSNOW.COM | **VIA ELECTRONIC MAIL**<br>ROBINSON & COLE LLP<br>ATTN: JAMIE L. EDMONSON<br>1201 N. MARKET STREET SUITE 1406<br>WILMINGTON DE 19801<br>JEDMONSON@RC.COM |
| **VIA ELECTRONIC MAIL**<br>DLA PIPER LLP (US)<br>ATTN: JEFFREY TOROSIAN 444 W. LAKE STREET<br>SUITE 900<br>CHICAGO IL 60606<br>JEFFREY.TOROSIAN@DLAPIPER.COM | **VIA ELECTRONIC MAIL**<br>VERMONT DEPARTMENT OF FINANCIAL REGULATION<br>ATTN: JENNIFER ROOD<br>89 MAIN STREET, THIRD FLOOR MONTPELIER VT 05620<br>JENNIFER.ROOD@VERMONT.GOV |
| **VIA ELECTRONIC MAIL**<br>WHITE & CASE LLP<br>ATTN: JESSICA C. LAURIA, J. CHRISTOPHER SHORE, BRIAN D. PFEIFFER, MARK FRANKE, BRETT BAKEMEYER<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1095<br>JESSICA.LAURIA@WHITECASE.COM<br>CSHORE@WHITECASE.COM<br>BRIAN.PFEIFFER@WHITECASE.COM<br>MARK.FRANKE@WHITECASE.COM | **VIA ELECTRONIC MAIL**<br>KELLER BENVENUTTI KIM LLP<br>ATTN: JANE KIM, GABRIELLE L. ALBERT 650 CALIFORNIA ST. #1900<br>SAN FRANCISCO CA 94108<br>JKIM@KBKLLP.COM GALBERT@KBKLLP.COM |
| **VIA ELECTRONIC MAIL**<br>MORRISON COHEN LLP<br>ATTN: JOSEPH T. MOLDOVAN, HEATH D. ROSENBLAT; JASON P. GOTTLIEB, MICHAEL MIX 909 THIRD AVENUE<br>27TH FLOOR<br>NEW YORK NY 10022<br>JMOLDOVAN@MORRISONCOHEN.COM<br>HROSENBLAT@MORRISONCOHEN.COM<br>JGOTTLIEB@MORRISONCOHEN.COM<br>MMIX@MORRISONCOHEN.COM | **VIA ELECTRONIC MAIL**<br>MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: JODY C. BARILLARE 1201 N. MARKET STREET<br>SUITE 2201<br>WILMINGTON DE 19801<br>JODY.BARILLARE@MORGANLEWIS.COM |

**VIA ELECTRONIC MAIL**
MORGAN, LEWIS & BOCKIUS LLP
ATTN: JOHN C. GOODCHILD III; MATTHEW C. ZIEGLER 1701 MARKET STREET
PHILADELPHIA PA 19103
JOHN.GOODCHILD@MORGANLEWIS.COM
MATTHEW.ZIEGLER@MORGANLEWIS.COM

**VIA ELECTRONIC MAIL**
OFFICE OF THE ILLINOIS ATTORNEY GENERAL
ATTN: JOHN P. REDING 100 W. RANDOLPH ST. SUITE 13-225
CHICAGO IL 60601
JOHN.REDING@ILAG.GOV

**VIA ELECTRONIC MAIL**
BLANK ROME LLP
ATTN: JOSEF W. MINTZ 1201 MARKET STREET
SUITE 800
WILMINGTON DE 19801
JOSEF.MINTZ@BLANKROME.COM

**VIA ELECTRONIC MAIL**
MORGAN, LEWIS & BOCKIUS LLP
ATTN: JOSHUA DORCHAK; DAVID K. SHIM
101 PARK AVENUE
NEW YORK NY 10178
JOSHUA.DORCHAK@MORGANLEWIS.COM
DAVID.SHIM@MORGANLEWIS.COM

**VIA ELECTRONIC MAIL**
MANIER HEROD, P.C.
ATTN: JEFFREY S. PRICE, MELISSA J. LEE, SCOTT C. WILLIAMS 1201 DEMONBREUN STREET
SUITE 900
NASHVILLE TN 37213
JPRICE@MANIERHEROD.COM
MLEE@MANIERHEROD.COM
SWILLIAMS@MANIERHEROD.COM

**VIA ELECTRONIC MAIL**
PACHULSKI STANG ZIEHL & JONES LLP
ATTN: JASON H. ROSELL, MARY F. CALOWAY ONE SANSOME STREET
SUITE 3430
SAN FRANCISCO CA 94104
JROSELL@PSZJLAW.COM
MCALOWAY@PSZJLAW.COM

**VIA ELECTRONIC MAIL**
PROSKAUER ROSE LLP
ATTN: JORDAN E. SAZANT 70 WEST MADISON STREET SUITE 3800
CHICAGO IL 60602-4342
JSAZANT@PROSKAUER.COM

**VIA ELECTRONIC MAIL**
VENABLE LLP
ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A.
WEINER, ARIE A. PELED
1270 AVENUE OF THE AMERICAS
24TH FLOOR
NEW YORK NY 10020
JSSABIN@VENABLE.COM
XSSTROHBEHN@VENABLE.COM
CWEINERLEVY@VENABLE.COM

**VIA ELECTRONIC MAIL**
VENABLE LLP
ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A.
WEINER, ARIE A. PELED
151 WEST 42ND ST., 48TH FLOOR
NEW YORK NY 10036
JSSABIN@VENABLE.COM
XSSTROHBEHN@VENABLE.COM
CWEINERLEVY@VENABLE.COM
AAPELED@VENABLE.COM

**VIA ELECTRONIC MAIL**
EMMET, MARVIN & MARTIN, LLP
ATTN: THOMAS A. PITTA, ESQ. JUDITH SWARTZ, ESQ. 120 BROADWAY, 32ND FLOOR
NEW YORK NY 10271
JSWARTZ@EMMETMARVIN.COM
TPITTA@EMMETMARVIN.COM

**VIA ELECTRONIC MAIL**
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JANE VANLARE, BRANDON M. HAMMER ONE LIBERTY PLAZA
NEW YORK NY 10006
JVANLARE@CGSH.COM BHAMMER@CGSH.COM

**VIA ELECTRONIC MAIL**
BROWN RUDNICK LLP
ATTN: KENNETH J. AULET, JEFFREY L. JONAS, MICHAEL WINOGRAD, ALEXANDER F. KASNETZ
SEVEN TIMES SQUARE
NEW YORK NY 10036
KAULET@BROWNRUDNICK.COM
JJONAS@BROWNRUDNICK.COM
MWINOGRAD@BROWNRUDNICK.COM
AKASNETZ@BROWNRUDNICK.COM

**VIA ELECTRONIC MAIL**
MCCARTER & ENGLISH LLP
ATTN: KATE ROGGIO BUCK, MATTHEW J. RIFINO, SHANNON D. HUMISTON
RENAISSANCE CENTRE
405 N. KING STREET, 8TH FLOOR
WILMINGTON DE 19801
KBUCK@MCCARTER.COM
MRIFINO@MCCARTER.COM
SHUMISTON@MCCARTER.COM

**VIA ELECTRONIC MAIL**
NATIONAL ASSOCIATION OF ATTORNEYS GENERAL
ATTN: KAREN CORDRY
1850 M ST., NW 12TH FLOOR
WASHINGTON DC 20036
KCORDRY@NAAG.ORG

**VIA ELECTRONIC MAIL**
CLARK HILL PLC
ATTN: KAREN M. GRIVNER
824 N. MARKET STREET SUITE 710
WILMINGTON DE 19801
KGRIVNER@CLARKHILL.COM

**VIA ELECTRONIC MAIL**
REED SMITH LLP
ATTN: KURT F. GWYNNE 1201 N. MARKET STREET
SUITE 1500
WILMINGTON DE 19801
KGWYNNE@REEDSMITH.COM

**VIA ELECTRONIC MAIL**
CROSS & SIMON LLC
ATTN: KEVIN S. MANN
1105 NORTH MARKET STREET SUITE 901
WILMINGTON DE 19801
KMANN@CROSSLAW.COM

**VIA ELECTRONIC MAIL**
CLARK HILL PLC
ATTN: KEVIN H. MORSE 130 E. RANDOLPH STREET
SUITE 3900
CHICAGO IL 60601
KMORSE@CLARKHILL.COM

**VIA ELECTRONIC MAIL**
LANDIS RATH & COBB LLP
ATTN: ADAM G. LANDIS, KIMBERLY A. BROWN, MATTHEW R. PIERCE, NICOLAS E. JENNER, GEORGE A. WILLIAMS III, MATTHEW MCGUIRE, HOWARD W. ROBERTSON IV
919 MARKET STREET
SUITE 1800
WILMINGTON DE 19801
LANDIS@LRCLAW.COM BROWN@LRCLAW.COM
PIERCE@LRCLAW.COM JENNER@LRCLAW.COM

**VIA ELECTRONIC MAIL**
WINCENT INVESTMENT FUND PCC LTD
ATTN: CHARLES MELVIN, C/O WINCENT CAPITAL MANAGEMENT OLD POLICE STATION
120B
IRISH TOWN GX11 1AA GIBRALTAR
LEGAL@WINCENT.CO

**VIA ELECTRONIC MAIL**
WINTERMUTE ASIA PTE. LTD
ATTN: LEGAL DEPARTMENT 24 EAN KIAM PLACE
429115 SINGAPORE
LEGAL@WINTERMUTE.COM

**VIA ELECTRONIC MAIL**
OFFICE OF THE UNITED STATES TRUSTEE
ATTN: LINDA RICHENDERFER, ESQ.
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207, LOCKBOX 35
WILMINGTON DE 19801
LINDA.RICHENDERFER@USDOJ.GOV

**VIA ELECTRONIC MAIL**
PACHULSKI STANG ZIEHL & JONES LLP
ATTN: LAURA DAVIS JONES, PETER J. KEANE 919 N. MARKET STREET, 17TH FLOOR
P.O. BOX 8705
WILMINGTON DE 19899-8705
LJONES@PSZJLAW.COM PKEANE@PSZJLAW.COM

**VIA ELECTRONIC MAIL**
MCCARTER & ENGLISH LLP
ATTN: LISA S. BOSSALL, PHILLIP S. PAVLICK FOUR GATEWAY CENTER
100 MULBERYY STREET
NEWARK NJ 07102
LLBONSALL@MCCARTER.COM
PPAVLICK@MCCARTER.COM

**VIA ELECTRONIC MAIL**
KELLY HART & HALLMAN LLP
ATTN: LOUIS M. PHILLIPS
301 MAIN ST., SUITE 1600 BATON ROUGE LA 70801
LOUIS.PHILLIPS@KELLYHART.COM

**VIA ELECTRONIC MAIL**
SAUL EWING LLP
ATTN: LUCIAN B. MURLEY
1201 NORTH MARKET STREET, SUITE 2300
P.O. BOX 1266
WILMINGTON DE 19899
LUKE.MURLEY@SAUL.COM

**VIA ELECTRONIC MAIL**
EVERSHEDS SUTHERLAND (US) LLP
ATTN: MARK D. SHERRILL
1001 FANNIN STREET, SUITE 3700
HOUSTON TX 77002
MARKSHERRILL@EVERSHEDS-SUTHERLAND.COM

**VIA ELECTRONIC MAIL**
BUTLER SNOW LLP
ATTN: MARTIN SOSLAND
2911 TURTLE CREEK BLVD., SUITE 1400
DALLAS TX 75219
MARTIN.SOSLAND@BUTLERSNOW.COM

**VIA ELECTRONIC MAIL**
BALLARD SPAHR LLP
ATTN: JAMES V. MASELLA, III 1675 BROADWAY
19TH FLOOR
NEW YORK NY 10019-5820
MASELLAJ@BALLARDSPAHR.COM

**VIA ELECTRONIC MAIL**
GELLERT SCALI BUSENKELL & BROWN, LLC
ATTN: MICHAEL BUSENKELL 1201 NORTH ORANGE STREET SUITE 300
WILMINGTON DE 19801
MBUSENKELL@GSBBLAW.COM

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>ASHBY & GEDDES, P.A.<br>ATTN: MICHAEL D. DEBAECKE<br>500 DELAWARE AVENUE<br>8TH FLOOR<br>WILMINGTON DE 19899-1150<br>MDEBAECKE@ASHBYGEDDES.COM | **VIA ELECTRONIC MAIL**<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>ATTN: MATTHEW B. HARVEY<br>1201 NORTH MARKET STREET, 16TH FLOOR<br>WILMINGTON DE 19801<br>MHARVEY@MORRISNICHOLS.COM |
| **VIA ELECTRONIC MAIL**<br>KELLY HART & HALLMAN LLP<br>ATTN: MICHAEL D. ANDERSON 201 MAIN STREET,<br>SUITE 2500<br>FORT WORTH TX 76102<br>MICHAEL.ANDERSON@KELLYHART.COM | **VIA ELECTRONIC MAIL**<br>PULSAR GLOBAL LTD<br>ATTN: MICHELE WAN AND JACKY YIP<br>UNIT 903-905, K11 ATELIER VICTORIA DOCKSIDE 18<br>SALISBURY ROAD<br>KOWLOON HONG KONG<br>MICHELE.WAN@PULSAR.COM<br>JACKY.YIP@PULSAR.COM |
| **VIA ELECTRONIC MAIL**<br>JOYCE, LLC<br>ATTN: MICHAEL J. JOYCE, ESQ. 1225 KING STREET<br>SUITE 800<br>WILMINGTON DE 19801<br>MJOYCE@MJLAWOFFICES.COM | **VIA ELECTRONIC MAIL**<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: MARIS J. KANDESTIN THE NEMOURS<br>BUIDLING<br>1007 NORTH ORANGE STREET, 10TH FLOOR<br>WILMINGTON DE 19801<br>MKANDESTIN@MWE.COM |
| **VIA ELECTRONIC MAIL**<br>COOLEY LLP<br>ATTN: MICHAEL KLEIN, ARIC WU, CAROLINE<br>PIGNATELLI, ERICA J. RICHARDS<br>55 HUDSON YARDS<br>NEW YORK NY 10001<br>MKLEIN@COOLEY.COM AHWU@COOLEY.COM<br>CPIGNATELLI@COOLEY.COM<br>ERICHARDS@COOLEY.COM | **VIA ELECTRONIC MAIL**<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR.<br>1000 NORTH KING STREET<br>WILMINGTON DE 19801<br>MLUNN@YCST.COM RPOPPITI@YCST.COM |
| **VIA ELECTRONIC MAIL**<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER,<br>LLP<br>ATTN: MICHAEL R. MORANO, ESQ. 1300 MT.<br>KEMBLE AVENUE<br>P.O. BOX 2075<br>MORRISTOWN NJ 07962<br>MMORANO@MDMC-LAW.COM | **VIA ELECTRONIC MAIL**<br>FOLEY & LARDNER LLP<br>ATTN: MICHAEL J. SMALL<br>321 NORTH CLARK STREET, SUITE 3000<br>CHICAGO IL 60654<br>MSMALL@FOLEY.COM |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>COMMODITY FUTURES TRADING COMMISSION<br>ATTN: MARTIN B. WHITE<br>SENIOR ASSISTANT GENERAL COUNSEL 1155 21ST STREET NW<br>WASHINGTON DC 20581<br>MWHITE@CFTC.GOV | **VIA ELECTRONIC MAIL**<br>DEBEVOISE & PLIMPTON LLP<br>ATTN: M. NATASHA LABOVITZ, ESQ., ELIE J. WORENKLEIN, ESQ.,<br>MICHAEL C. GODBE, ESQ. 66 HUDSON BOULEVARD<br>NEW YORK NY 10001<br>NLABOVITZ@DEBEVOISE.COM<br>EWORENKLEIN@DEBEVOISE.COM<br>MCGODBE@DEBEVOISE.COM |
| **VIA ELECTRONIC MAIL**<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>ATTN: NICOLE LEONARD 225 LIBERTY STREET<br>36TH FLOOR<br>NEW YORK NY 10281<br>NLEONARD@MDMC-LAW.COM | **VIA ELECTRONIC MAIL**<br>REICH REICH & REICH, P.C.<br>ATTN: NICHOLAS A. PASALIDES, ESQ. 235 MAIN STREET, SUITE 450<br>WHITE PLAINS NY 10601<br>NPASALIDES@REICHPC.COM |
| **VIA ELECTRONIC MAIL**<br>COLE SCHOTZ P.C.<br>ATTN: NORMAN L. PERNICK, ESQ., ANDREW J. ROTH, ESQ. 500 DELAWARE AVENUE<br>SUITE 1410<br>WILMINGTON DE 19801<br>NPERNICK@COLESCHOTZ.COM AROTH-MOORE@COLESCHOTZ.COM | **VIA ELECTRONIC MAIL**<br>OCTOPUS INFORMATION LTD<br>ATTN: LINFENG DONG, OMC CHAMBERS WICKHAMS CAY 1<br>ROAD TOWN, TORTOLA BRITISH VIRGIN ISLANDS<br>OCTOPUS_FTX@TEAMB.CN |
| **VIA ELECTRONIC MAIL**<br>COOLEY LLP<br>ATTN: PHILIP M. BOWMAN, ESQ. 55 HUDSON YARDS<br>NEW YORK NY 10001<br>PBOWMAN@COOLEY.COM | **VIA ELECTRONIC MAIL**<br>CARR MALONEY P.C.<br>ATTN: J. PETER GLAWS, IV, ESQ.<br>2000 PENNSYLVANIA AVE, NW STE. 8001<br>WASHINGTON DC 20006<br>PETER.GLAWS@CARRMALONEY.COM |
| **VIA ELECTRONIC MAIL**<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>ATTN: PETER G. NEIMAN, NICHOLAS WERLE<br>7 WORLD TRADE CENTER<br>150 GREENWICH STREET<br>NEW YORK NY 10007<br>PETER.NEIMAN@WILMERHALE.COM<br>NICK.WERLE@WILMERHALE.COM | **VIA ELECTRONIC MAIL**<br>EVERSHEDS SUTHERLAND (US) LLP<br>ATTN: PETER A. IVANICK, SARAH E. PAUL, PHILIP H. EHRLICH, LYNN<br>W. HOLBERT<br>THE GRACE BUILDING, 40TH FLOOR 1114 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036<br>PETERIVANICK@EVERSHEDS-SUTHERLAND.COM<br>SARAHPAUL@EVERSHEDS-SUTHERLAND.COM<br>PHILIPEHRLICH@EVERSHEDS-SUTHERLAND.COM |

| **VIA ELECTRONIC MAIL**<br>ZACHARY BRUCH<br>ATTN: PETER S. PARTEE, SR<br>HUNTON ANDREWS KURTH LLP 200 PARK AVE<br>NEW YORK NY 10166<br>PPARTEE@HUNTONAK.COM | **VIA ELECTRONIC MAIL**<br>MIAMI-DADE OFFICE OF THE TAX COLLECTOR<br>BANKRUPTCY UNIT<br>200 NW 2ND AVENUE, #430<br>MIAMI FL 33128<br>PRISCILLA.WINDLEY@MIAMIDADE.GOV<br>MDTCBKC@MIAMIDADE.GOV |
|---|---|
| **VIA ELECTRONIC MAIL**<br>SCHULTE ROTH & ZABEL LLP<br>ATTN: REUBEN E. DIZENGOFF 919 THIRD AVENUE<br>NEW YORK  NY 10022<br>REUBEN.DIZENGOFF@SRZ.COM | **VIA ELECTRONIC MAIL**<br>HAYNES AND BOONE, LLP<br>ATTN: RICHARD KANOWITZ 30 ROCKEFELLER PLAZA<br>26TH FLOOR<br>NEW YORK NY 10112<br>RICHARD.KANOWITZ@HAYNESBOONE.COM |
| **VIA ELECTRONIC MAIL**<br>HAYNES AND BOONE, LLP<br>ATTN: RICHARD D. ANIGIAN, CHARLES M. JONES II<br>2323 VICTORY AVENUE<br>SUITE 700<br>DALLAS TX 75219<br>RICK.ANIGIAN@HAYNESBOONE.COM<br>CHARLIE.JONES@HAYNESBOONE.COM | **VIA ELECTRONIC MAIL**<br>BLANK ROME LLP<br>ATTN: RICK ANTONOFF<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020<br>RICK.ANTONOFF@BLANKROME.COM |
| **VIA ELECTRONIC MAIL**<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN:RANDALL S. LUSKEY 535 MISSION STREET<br>24TH FLOOR<br>SAN FRANCISCO CA 94105<br>RLUSKEY@PAULWEISS.COM | **VIA ELECTRONIC MAIL**<br>GIBBONS P.C.<br>ATTN: ROBERT K. MALONE, ESQ., BRETT S. THEISEN, ESQ.<br>KYLE P. MCEVILLY, ESQ.<br>ONE GATEWAY CENTER NEWARK NJ 07102-5310<br>RMALONE@GIBBONSLAW.COM<br>BTHEISEN@GIBBONSLAW.COM<br>KMCEVILLY@GIBBONSLAW.COM |
| **VIA ELECTRONIC MAIL**<br>K&L GATES LLP<br>ATTN: ROBERT T. HONEYWELL, ESQ. 599 LEXINGTON AVENUE<br>NEW YORK NY 10022-6030<br>ROBERT.HONEYWELL@KLGATES.COM | **VIA ELECTRONIC MAIL**<br>OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL<br>ATTN: ROBERT J. ROCK THE CAPITOL<br>ALBANY NY 12224-0341<br>ROBERT.ROCK@AG.NY.GOV |

**VIA ELECTRONIC MAIL**
OFFICE OF THE ATTORNEY GENERAL OF TEXAS, BANKRUPTCY & COLLECTIONS DIVISION
ATTN: ROMA N. DESAI, LAYLA D. MILLIGAN, ABIGAIL R. RYAN
P.O. BOX 12548 MC008
AUSTIN TX 78711-2548
ROMA.DESAI@OAG.TEXAS.GOV
LAYLA.MILLIGAN@OAG.TEXAS.GOV
ABIGAIL.RYAN@OAG.TEXAS.GOV

**VIA ELECTRONIC MAIL**
ASHBY & GEDDES, P.A.
ATTN: RICARDO PALACIO, GREGORY A. TAYLOR 500 DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
WILMINGTON DE 19899
RPALACIO@ASHBYGEDDES.COM
GTAYLOR@ASHBYGEDDES.COM

**VIA ELECTRONIC MAIL**
BUCHALTER, A PROFESSIONAL CORPORATION
ATTN: SHAWN M. CHRISTIANSON, ESQ. 425 MARKET STREET, SUITE 2900
SAN FRANCISCO CA 94105-3493
SCHRISTIANSON@BUCHALTER.COM

**VIA ELECTRONIC MAIL**
LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: SCOTT D. COUSINS
500 DELAWARE AVE
SUITE 700
WILMINGTON DE 19801
SCOTT.COUSINS@LEWISBRISBOIS.COM

**VIA ELECTRONIC MAIL**
COUSINS LAW LLC
ESQ., SCOTT D. JONES, ESQ. BRANDYWINE PLAZA WEST 1521 CONCORD PIKE, SUITE 301
WILMINGTON DE 19801
SCOTT.JONES@COUSINS-LAW.COM

**VIA ELECTRONIC MAIL**
SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F. STREET NE WASHINGTON DC 20549
SECBANKRUPTCY@SEC.GOV

**VIA ELECTRONIC MAIL**
SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE
ATTN: BANKRUPTCY DEPT ONE PENN CENTER 1617 JFK BLVD, STE 520
PHILADELPHIA PA 19103
SECBANKRUPTCY@SEC.GOV

**VIA ELECTRONIC MAIL**
BOERSCH & ILLOVSKY LLP
ATTN: SHARON FRASE 1611 TELEGRAPH AVE., SUITE 806
OAKLAND CA 94612
SHARON@BOERSCH-ILLOVSKY.COM

**VIA ELECTRONIC MAIL**
DEBEVOISE & PLIMPTON LLP
ATTN: SIDNEY P. LEVINSON, JASMINE BALL 66 HUDSON BOULEBARD
NEW YORK NY 10001
SLEVINSON@DEBEVOISE.COM
JBALL@DEBEVOISE.COM

**VIA ELECTRONIC MAIL**
FOLEY & LARDNER LLP
ATTN: SAMANTHA RUPPENTHAL 90 PARK AVENUE
NEW YORK NY 10016
SRUPPENTHAL@FOLEY.COM

**VIA ELECTRONIC MAIL**
GOETZ FITZPATRICK LLP
ATTN: SCOTT D. SIMON, ESQ. ONE PENN PLAZA
SUITE 3100
NEW YORK NY 10119
SSIMON@GOETZFITZ.COM

**VIA ELECTRONIC MAIL**
U.S. DEPARTMENT OF JUSTICE
ATTN: STANTON C. MCMANUS, SETH B. SHARPIRO
CIVIL DIVISION
1100 L STREET, NW, ROOM 7208
WASHINGTON DC 20005
STANTON.C.MCMANUS@USDOJ.GOV
SETH.SHAPIRO@USDOJ.GOV

**VIA ELECTRONIC MAIL**
U.S. DEPARTMENT OF JUSTICE – CIVIL DIVISION
ATTN: RUTH A. HARVEY, MARGARET M. NEWELL, SETH B.
SHAPIRO, STANTON C. MCMANUS COMMERCIAL LITIGATION BRANCH
P.O. BOX 875, BEN FRANKLIN STATION
WASHINGTON DC 20044-0875
STANTON.C.MCMANUS@USDOJ.GOV
SETH.SHAPIRO@USDOJ.GOV

**VIA ELECTRONIC MAIL**
DELAWARE STATE TREASURY
ATTN: BANKRUPTCY DEPT
820 SILVER LAKE BLVD STE 100
DOVER DE 19904
STATETREASURER@STATE.DE.US

**VIA ELECTRONIC MAIL**
OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON
ATTN: STEPHEN MANNING
P. O. BOX 40100 OLYMPIA WA 98504-4010
STEPHEN.MANNING@ATG.WA.GOV

**VIA ELECTRONIC MAIL**
K&L GATES LLP
ATTN: STEVEN L. CAPONI, ESQ., MATTHEW B. GOELLER, ESQ. 600 N. KING STREET
SUITE 901
WILMINGTON DE 19801
STEVEN.CAPONI@KLGATES.COM
MATTHEW.GOELLER@KLGATES.COM

**VIA ELECTRONIC MAIL**
CHAMBERLAINS LAW FIRM
ATTN: STIPE VULETA, LACHLAN MCBRIDE, SEBASTIAN BRODOWSKI, SAM KEYS-ASGILL
LEVEL 12 59 GOULBURN STREET
SYDNEY, NSW 2002 AUSTRALIA
STIPE.VULETA@CHAMBERLAINS.COM.AU
LACHLAN.MCBRIDE@CHAMBERLAINS.COM.AU
SEBASTIAN.BRODOWSKI@CHAMBERLAINS.COM.AU
SAM.KEYSASGILL@CHAMBERLAINS.COM.AU

**VIA ELECTRONIC MAIL**
STREUSAND, LANDON, OZBURN & LEMMON, LLP
ATTN: SABRINA L. STREUSAND, ANH NGUYEN
1801 S. MOPAC EXPRESSWAY SUITE 320
AUSTIN TX 78746
STREUSAND@SLOLLP.COM NGUYEN@SLOLLP.COM

**VIA ELECTRONIC MAIL**
BROWN RUDNICK LLP
ATTN: TRISTAN G. AXELROD, SHARI I. DWOSKIN, MATTHEW A. SAWYER
ONE FINANCIAL CENTER
BOSTON MA 02111
TAXELROD@BROWNRUDNICK.COM
SDWOSKIN@BROWNRUDNICK.COM
MSAWYER@BROWNRUDNICK.COM

**VIA ELECTRONIC MAIL**
COZEN O'CONNOR
ATTN: THOMAS J. FRANCELLA
1201 N. MARKET STREET, SUITE 1001
WILMINGTON DE 19801
TFRANCELLA@COZEN.COM

**VIA ELECTRONIC MAIL**
PACHULSKI STANG ZIEHL & JONES LLP
ATTN: TEDDY M. KAPUR, JASON H. ROSELL, COLIN R. ROBINSON 919 N. MARKET STREET
17TH FLOOR
WILMINGTON DE 19801
TKAPUR@PSZJLAW.COM JROSELL@PSZJLAW.COM
CROBINSON@PSZJLAW.COM

**VIA ELECTRONIC MAIL**
WHITE & CASE LLP
ATTN: THOMAS E LAURIA, RICHARD S. KEBRDLE
200 SOUTH BISCAYNE BLVD., SUITE 4900
SOUTHEAST FINANCIAL CENTER
MIAMI FL 33131
TLAURIA@WHITECASE.COM
RKEBRDLE@WHITECASE.COM

**VIA ELECTRONIC MAIL**
VORYS, SATER, SEYMOUR AND PEASE LLP
ATTN: TIFFANY STRELOW COBB, ESQ. 52 EAST GAY STREET
P.O. BOX 1008
COLUMBUS OH 43216-1008
TSCOBB@VORYS.COM

**VIA ELECTRONIC MAIL**
US ATTORNEY FOR DELAWARE
ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS 1007 ORANGE ST STE 700
P.O. BOX 2046
WILMINGTON DE 19899-2046
USADE.ECFBANKRUPTCY@USDOJ.GOV

**VIA ELECTRONIC MAIL**
U.S. DEPARTMENT OF JUSTICE
ATTN: WARD W. BENSON
P.O. BOX 227, BEN FRANKLIN STATION
WASHINGTON DC 20044
WARD.W.BENSON@USDOJ.GOV

**VIA ELECTRONIC MAIL**
HOLLAND & KNIGHT LLP
ATTN: WARREN E. GLUCK, ESQ., MARIE E. LARSEN, ESQ., DAVID W. WIRT, JESSICA MAGEE, S DESAI
31 W. 52ND STREET
NEW YORK NY 10019
WARREN.GLUCK@HKLAW.COM
MARIE.LARSEN@HKLAW.COM
DAVID.WIRT@HKLAW.COM
JESSICA.MAGEE@HKLAW.COM
SHARDUL.DESAI@HKLAW.COM

**VIA ELECTRONIC MAIL**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: WILLIAM A. CLAREMAN, GREGORY F. LAUFER, KENNETH S. ZIMAN
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6064
WCLAREMAN@PAULWEISS.COM
GLAUFER@PAULWEISS.COM
KZIMAN@PAULWEISS.COM

**VIA FIRST CLASS MAIL**

ENVIRONMENTAL PROTECTION AGENCY
ATTN BANKRUPTCY DIVISION
290 BROADWAY
NEW YORK NY 10007-1866

**VIA FIRST CLASS MAIL**

BECKET & LEE LLP
ATTN: SHRADDHA BHARATIA
P.O. BOX 3001
MALVERN PA 19355-0701

**VIA FIRST CLASS MAIL**

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST MAIL STOP 5-Q30.133
PHILADELPHIA PA 19104-5016

**VIA FIRST CLASS MAIL**

ENVIRONMENTAL PROTECTION AGENCY
ATTN: GENERAL COUNSEL
OFFICE OF GENERAL COUNSEL 2310A

1200 PENNSYLVANIA AVE NW, 2310A WASHINGTON DC 20460

**VIA FIRST CLASS MAIL**

OFFICE OF THE TN ATTORNEY GENERAL,
BANKRUPTCY DIVISION
ATTN: Laura L. McCloud PO BOX 20207
NASHVILLE TN 37202-0207

**VIA FIRST CLASS MAIL**

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346

PHILADELPHIA PA 19101-7346

**VIA FIRST CLASS MAIL**

UNITED STATES OF AMERICA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
US DEPT OF JUSTICE

950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001