**Exhibit A**

**Summary of Fees by Individual for the Application Period**

# SUMMARY OF FEES BY INDIVIDUAL FOR THE APPLICATION PERIOD
## (AUGUST 1, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024)[1]

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Ansari, Mehdi | Partner | 2009 | 2008 | $2,375.00 | 4.10 | $9,737.50 |
| Bander, Jeannette E. | Partner | 2012 | 2011 | $2,295.00 | 1.60 | $3,672.00 |
| Beller, Benjamin S. | Partner | 2014 | 2013 | $848.00** | 5.00 | $4,240.00 |
| Beller, Benjamin S. | Partner | 2014 | 2013 | $1,695.00 | 108.40 | $183,738.00 |
| Bromley, James L. | Partner | 1990 | 1989 | $1,188.00** | 3.50 | $4,158.00 |
| Bromley, James L. | Partner | 1990 | 1989 | $2,375.00 | 32.60 | $77,425.00 |
| Croke, Jacob M. | Partner | 2011 | 2010 | $2,335.00 | 389.50 | $909,482.50 |
| De Leeuw, Marc | Partner | 1992 | 1992 | $2,375.00 | 1.00 | $2,375.00 |
| de Vito Piscicelli, Oderisio | Partner | 1998 | 1997 | $2,375.00 | 44.90 | $106,637.50 |
| DeCamp, Justin J. | Partner | 2006 | 2005 | $1,188.00** | 4.00 | $4,752.00 |
| DeCamp, Justin J. | Partner | 2006 | 2005 | $2,375.00 | 40.70 | $96,662.50 |
| Diamond, Eric M. | Partner | 2011 | 2010 | $2,335.00 | 3.30 | $7,705.50 |
| Dietderich, Andrew G. | Partner | 1997 | 1995 | $1,188.00** | 4.00 | $4,752.00 |
| Dietderich, Andrew G. | Partner | 1997 | 1995 | $2,375.00 | 175.30 | $416,337.50 |
| Dunne, Christopher J. | Partner | 2006 | 2005 | $1,188.00** | 3.50 | $4,158.00 |
| Dunne, Christopher J. | Partner | 2006 | 2005 | $2,375.00 | 247.20 | $587,100.00 |
| Ehrenberg, Stephen | Partner | 2003 | 2002 | $2,375.00 | 51.60 | $122,550.00 |
| Friedlander, Nicole | Partner | 2002 | 2001 | $2,375.00 | 1.90 | $4,512.50 |
| Glueckstein, Brian D. | Partner | 2004 | 2003 | $1,188.00** | 0.70 | $831.60 |
| Glueckstein, Brian D. | Partner | 2004 | 2003 | $2,375.00 | 490.40 | $1,164,700.00 |
| Hariton, David P. | Partner | 1986 | 1985 | $2,375.00 | 251.60 | $597,550.00 |
| Hatano, Keiji | Partner | 2000 | 2000 | $2,375.00 | 2.40 | $5,700.00 |
| Hearn, Joseph A. | Partner | 2007 | 2006 | $2,375.00 | 1.10 | $2,612.50 |
| Howard, Christopher J. | Partner | 1996 | 1992 | $2,375.00 | 22.20 | $52,725.00 |
| Jones, Craig | Partner | 1996 | 1996 | $2,375.00 | 7.50 | $17,812.50 |
| Kranzley, Alexa J. | Partner | 2009 | 2008 | $2,160.00 | 166.00 | $358,560.00 |
| Li, Ken | Partner | 2014 | 2013 | $2,160.00 | 5.30 | $11,448.00 |
| Lloyd, Jameson S. | Partner | 2014 | 2013 | $2,160.00 | 0.60 | $1,296.00 |
| McDonald, James M. | Partner | 2008 | 2007 | $2,375.00 | 6.90 | $16,387.50 |
| Mehta, Nirav N. | Partner | 2012 | 2011 | $1,975.00 | 10.40 | $20,540.00 |
| Menillo, Nicholas F. | Partner | 2013 | 2012 | $2,275.00 | 16.80 | $38,220.00 |
| O'Neill, Rita-Anne | Partner | 2004 | 2004 | $2,375.00 | 0.60 | $1,425.00 |
| Peikin, Steven R. | Partner | 1992 | 1991 | $2,375.00 | 4.10 | $9,737.50 |
| Schenkel, Mark | Partner | 2010 | 2010 | $1,975.00 | 9.00 | $17,775.00 |
| Schollmeyer, Mario | Partner | 2012 | 2014 | $1,975.00 | 3.00 | $5,925.00 |
| Simpson, Evan S. | Partner | 2011 | 2010 | $2,335.00 | 169.10 | $394,848.50 |
| Wheeler, Stephanie G. | Partner | 1994 | 1993 | $2,375.00 | 225.50 | $535,562.50 |
| Wu, Mimi | Partner | 2016 | 2015 | $1,695.00 | 2.40 | $4,068.00 |
| **Partner Total** | | | | | **2,517.70** | **$5,807,720.10** |

---

[1] For certain timekeepers, his or her individual rate increased during the relevant fee period as a result of matriculation.

4904-9970-3299 v.1.3

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Tomaino Jr., Michael T. | Of Counsel | 1990 | 1989 | $2,375.00 | 62.10 | $147,487.50 |
| Clarke, Stephen H. | Special Counsel | 2011 | 2010 | $1,675.00 | 267.80 | $448,565.00 |
| Harsch, Bradley A. | Special Counsel | 1998 | 1998 | $1,895.00 | 284.90 | $539,885.50 |
| Jensen, Christian P. | Special Counsel | 2016 | 2015 | $838.00** | 2.00 | $1,676.00 |
| Jensen, Christian P. | Special Counsel | 2016 | 2015 | $1,675.00 | 128.50 | $215,237.50 |
| Sedlak, Jonathan M. | Special Counsel | 2005 | 2004 | $1,675.00 | 112.70 | $188,772.50 |
| Sutton, Jennifer L. | Special Counsel | 2004 | 2004 | $1,895.00 | 4.20 | $7,959.00 |
| Wagener, William H. | Special Counsel | 2004 | 2003 | $1,675.00 | 34.80 | $58,290.00 |
| Yeargan, Shane R. | Special Counsel | 2014 | 2013 | $1,675.00 | 22.80 | $38,190.00 |
| **Of Counsel + Special Counsel Total** | | | | | **919.80** | **$1,646,063.00** |
| Carrier, Rita M. | Practice Area Associate | 1984 | 1984 | $1,450.00 | 27.20 | $39,440.00 |
| Xiang, Shihui | Practice Area Associate | 2020 | 2019 | $860.00 | 53.20 | $45,752.00 |
| Barker, Zachary R. | Associate | 2021 | 2020 | $1,395.00 | 12.40 | $17,298.00 |
| Barker, Zachary R. | Associate | 2021 | 2020 | $1,450.00 | 12.90 | $18,705.00 |
| Bauer, Phinneas G. | Associate | 2024 | 2023 | $850.00 | 21.60 | $18,360.00 |
| Bauer, Phinneas G. | Associate | 2024 | 2023 | $995.00 | 10.90 | $10,845.50 |
| Bekker, William V. | Associate | 2020 | 2019 | $1,450.00 | 22.90 | $33,205.00 |
| Bennett, Mark C. | Associate | 2018 | 2017 | $1,530.00 | 187.70 | $287,181.00 |
| Bennett, Mark C. | Associate | 2018 | 2017 | $1,575.00 | 35.40 | $55,755.00 |
| Bharanidaran, Rupan K. | Associate | in process | 2024 | $850.00 | 105.60 | $89,760.00 |
| Blaisdell, Jackson T. | Associate | 2023 | 2023 | $498.00** | 5.90 | $2,938.20 |
| Blaisdell, Jackson T. | Associate | 2023 | 2023 | $850.00 | 200.10 | $170,085.00 |
| Blaisdell, Jackson T. | Associate | 2023 | 2023 | $995.00 | 26.90 | $26,765.50 |
| Brod, Andrew B. | Associate | 2023 | 2022 | $995.00 | 14.60 | $14,527.00 |
| Charnell, Peter C. | Associate | 2021 | 2021 | $1,295.00 | 44.70 | $57,886.50 |
| Ciafone, Jacob W. | Associate | 2024 | 2023 | $850.00 | 208.90 | $177,565.00 |
| Ciafone, Jacob W. | Associate | 2024 | 2023 | $995.0 | 19.30 | $19,203.50 |
| Cohen, Jordan M. | Associate | in process | 2024 | $850.00 | 44.80 | $38,080.00 |
| Courroy, Arthur D. | Associate | 2023 | 2022 | $995.00 | 62.40 | $62,088.00 |
| Courroy, Arthur D. | Associate | 2023 | 2022 | $1,295.00 | 12.30 | $15,928.50 |
| Darby, Samuel G. | Associate | 2018 | 2017 | $1,530.00 | 175.20 | $268,056.00 |
| Darby, Samuel G. | Associate | 2018 | 2017 | $1,575.00 | 24.50 | $38,587.50 |
| Dato, Tyler M. | Associate | 2016 | 2015 | $1,575.00 | 4.30 | $6,772.50 |
| De Vries, Saskia E.L. | Associate | 2024 | 2023 | $850.00 | 56.70 | $48,195.00 |
| De Vries, Saskia E.L. | Associate | 2024 | 2023 | $995.00 | 18.10 | $18,009.50 |
| Dokurno, Neil A. | Associate | in process | 2024 | $850.00 | 13.40 | $11,390.00 |
| Donnelly, Kathleen T. | Associate | 2019 | 2018 | $1,490.00 | 1.70 | $2,533.00 |
| Ellis, Samuel B. | Associate | 2024 | 2023 | $850.00 | 70.40 | $59,840.00 |
| Ellis, Samuel B. | Associate | 2024 | 2023 | $995.00 | 0.60 | $597.00 |
| Ferdinandi, Federico | Associate | 2021 | 2019 | $1,450.00 | 74.20 | $107,590.00 |
| Ferdinandi, Federico | Associate | 2021 | 2019 | $1,490.00 | 20.70 | $30,843.00 |
| Fineberg, Sam J. | Associate | in process | 2024 | $850.00 | 9.00 | $7,650.00 |
| Foote, Isaac S. | Associate | 2023 | 2022 | $648.00** | 2.00 | $1,296.00 |
| Foote, Isaac S. | Associate | 2023 | 2022 | $995.00 | 163.60 | $162,782.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Foote, Isaac S. | Associate | 2023 | 2022 | $1,295.00 | 20.70 | $26,806.50 |
| Fradin, Daniel E. | Associate | 2023 | 2022 | $995.00 | 5.80 | $5,771.00 |
| Garrido Vallespí, Sergio | Associate | 2023 | 2024 | $850.00 | 17.10 | $14,535.00 |
| Greene, Brett M. | Associate | 2024 | 2023 | $850.00 | 1.50 | $1,275.00 |
| Haase, Michael A. | Associate | 2021 | 2017 | $1,530.00 | 0.60 | $918.00 |
| Handelsman, Dylan M. | Associate | 2019 | 2018 | $1,490.00 | 27.00 | $40,230.00 |
| Harrison, Amanda G. | Associate | in process | 2024 | $850.00 | 85.50 | $72,675.00 |
| Hill, Tyler W. | Associate | 2017 | 2016 | $1,575.00 | 22.80 | $35,910.00 |
| Hoover, Ruth H. | Associate | 2022 | 2022 | $995.00 | 191.00 | $190,045.00 |
| Hoover, Ruth H. | Associate | 2022 | 2022 | $1,295.00 | 17.40 | $22,533.00 |
| Keeley, Julian M. | Associate | 2023 | 2022 | $995.00 | 20.40 | $20,298.00 |
| Kerin, Meaghan Chas | Associate | 2019 | 2018 | $1,490.00 | 9.10 | $13,559.00 |
| Kerin, Meaghan Chas | Associate | 2019 | 2018 | $1,530.00 | 0.20 | $306.00 |
| Kewlani, Kanishka | Associate | 2024 | 2023 | $850.00 | 112.90 | $95,965.00 |
| Kewlani, Kanishka | Associate | 2024 | 2023 | $995.00 | 18.70 | $18,606.50 |
| Kim, HyunKyu | Associate | 2022 | 2020 | $1,395.00 | 123.70 | $172,561.50 |
| Kim, HyunKyu | Associate | 2022 | 2020 | $1,450.00 | 2.20 | $3,190.00 |
| Lavin, Phoebe A. | Associate | 2023 | 2022 | $995.00 | 162.00 | $161,190.00 |
| Lavin, Phoebe A. | Associate | 2023 | 2022 | $1,295.00 | 15.00 | $19,425.00 |
| Lee, Jinny | Associate | 2023 | 2022 | $995.00 | 10.70 | $10,646.50 |
| Lee, Jinny | Associate | 2023 | 2022 | $1,295.00 | 0.20 | $259.00 |
| Levine, Aaron M. | Associate | 2018 | 2017 | $1,530.00 | 19.70 | $30,141.00 |
| Levine, Aaron M. | Associate | 2018 | 2017 | $1,575.00 | 0.50 | $787.50 |
| Li, Alexandra | Associate | 2023 | 2023 | $850.00 | 119.40 | $101,490.00 |
| Li, Alexandra | Associate | 2023 | 2023 | $995.00 | 17.90 | $17,810.50 |
| Li, Samantha | Associate | 2022 | 2021 | $1,295.00 | 2.70 | $3,496.50 |
| Li, Samantha | Associate | 2022 | 2021 | $1,395.00 | 0.30 | $418.50 |
| Lim, KJ | Associate | 2019 | 2018 | $1,490.00 | 8.00 | $11,920.00 |
| Liu, Sienna | Associate | 2021 | 2020 | $1,395.00 | 77.00 | $107,415.00 |
| Liu, Sienna | Associate | 2021 | 2020 | $1,450.00 | 5.50 | $7,975.00 |
| Ljustina, Jessica | Associate | 2022 | 2021 | $1,295.00 | 0.60 | $777.00 |
| MacDonald, Jeffrey W. | Associate | 2018 | 2017 | $1,530.00 | 19.80 | $30,294.00 |
| MacDonald, Jeffrey W. | Associate | 2018 | 2017 | $1,575.00 | 0.70 | $1,102.50 |
| Mandel, Robert H. | Associate | 2024 | 2023 | $850.00 | 122.90 | $104,465.00 |
| Mandel, Robert H. | Associate | 2024 | 2023 | $995.00 | 11.40 | $11,343.00 |
| Marchello, Matthew J. | Associate | 2021 | 2021 | $1,295.00 | 37.70 | $48,821.50 |
| Masoudi, Yasmin | Associate | 2023 | 2022 | $995.00 | 2.40 | $2,388.00 |
| Materni, Michele C. | Associate | 2017 | 2016 | $1,575.00 | 13.10 | $20,632.50 |
| Mayberry, Keila M. | Associate | 2023 | 2022 | $995.00 | 281.10 | $279,694.50 |
| Mayberry, Keila M. | Associate | 2023 | 2022 | $1,295.00 | 52.50 | $67,987.50 |
| Mazumdar, Aneesa | Associate | 2023 | 2022 | $995.00 | 287.40 | $285,963.00 |
| Mazumdar, Aneesa | Associate | 2023 | 2022 | $1,295.00 | 35.00 | $45,325.00 |
| Mazzarelli, Samantha M. | Associate | 2024 | 2023 | $850.00 | 7.80 | $6,630.00 |
| McCrystal, John P. | Associate | 2024 | 2024 | $850.00 | 9.10 | $7,735.00 |
| Middleditch, Hattie R. | Associate | 2014 | 2017 | $1,530.00 | 68.70 | $105,111.00 |
| Middleditch, Hattie R. | Associate | 2014 | 2017 | $1,575.00 | 2.00 | $3,150.00 |

4904-9970-3299 v.1.3

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Millet, Tatum E. | Associate | 2023 | 2022 | $498.00** | 12.00 | $5,976.00 |
| Millet, Tatum E. | Associate | 2023 | 2022 | $995.00 | 98.90 | $98,405.50 |
| Millet, Tatum E. | Associate | 2023 | 2022 | $1,295.00 | 37.40 | $48,433.00 |
| Mishkin, Sarah H. | Associate | 2019 | 2018 | $1,490.00 | 1.20 | $1,788.00 |
| O'Hara, Daniel P. | Associate | 2021 | 2020 | $1,395.00 | 267.10 | $372,604.50 |
| O'Hara, Daniel P. | Associate | 2021 | 2020 | $1,450.00 | 44.40 | $64,380.00 |
| Paranyuk, Julia E. | Associate | 2023 | 2021 | $1,295.00 | 1.20 | $1,554.00 |
| Paranyuk, Julia E. | Associate | 2023 | 2021 | $1,395.00 | 0.20 | $279.00 |
| Parker, Davis R. | Associate | in process | 2024 | $850.00 | 27.70 | $23,545.00 |
| Patton, James A. | Associate | 2022 | 2021 | $1,295.00 | 4.10 | $5,309.50 |
| Polanun, Jean | Associate | 2024 | 2023 | $850.00 | 12.40 | $10,540.00 |
| Polanun, Jean | Associate | 2024 | 2023 | $995.00 | 1.90 | $1,890.50 |
| Profeta, Stephen J. | Associate | 2022 | 2021 | $1,295.00 | 14.30 | $18,518.50 |
| Raphael, Julia N. | Associate | in process | 2024 | $850.00 | 6.90 | $5,865.00 |
| Rolnick, Rachel | Associate | 2020 | 2019 | $1,450.00 | 13.80 | $20,010.00 |
| Rolnick, Rachel | Associate | 2020 | 2019 | $1,490.00 | 3.60 | $5,364.00 |
| Rosenfeld, Jared H. | Associate | 2019 | 2018 | $1,490.00 | 58.40 | $87,016.00 |
| Rosenthal, David M. | Associate | 2019 | 2018 | $1,490.00 | 13.50 | $20,115.00 |
| Rosenthal, David M. | Associate | 2019 | 2018 | $1,530.00 | 0.30 | $459.00 |
| Rosenthal, Samantha B. | Associate | 2022 | 2020 | $1,395.00 | 32.80 | $45,756.00 |
| Rosenthal, Samantha B. | Associate | 2022 | 2020 | $1,450.00 | 0.70 | $1,015.00 |
| Ross, Luke W. | Associate | 2023 | 2022 | $995.00 | 209.30 | $208,253.50 |
| Ross, Luke W. | Associate | 2023 | 2022 | $1,295.00 | 32.20 | $41,699.00 |
| Rossino, Charles J. | Associate | in process | 2024 | $850.00 | 107.80 | $91,630.00 |
| Ruan, Ting | Associate | 2023 | 2022 | $995.00 | 78.80 | $78,406.00 |
| Ruan, Ting | Associate | 2023 | 2022 | $1,295.00 | 5.80 | $7,511.00 |
| Rust, Maximilian W.G. | Associate | 2023 | 2022 | $995.00 | 0.50 | $497.50 |
| Saevitzon, Jamie G. | Associate | 2024 | 2023 | $850.00 | 60.30 | $51,255.00 |
| Saevitzon, Jamie G. | Associate | 2024 | 2023 | $995.00 | 0.50 | $497.50 |
| Savitch, Ethan R. | Associate | in process | 2024 | $850.00 | 77.00 | $65,450.00 |
| Scales, Manon T. | Associate | 2016 | 2016 | $1,575.00 | 5.80 | $9,135.00 |
| Scheffer, William M. | Associate | 2023 | 2022 | $1,295.00 | 16.80 | $21,756.00 |
| Schmidt, Julianne M. | Associate | in process | 2024 | $850.00 | 20.90 | $17,765.00 |
| Schutt, Robert P. | Associate | 2023 | 2022 | $995.00 | 88.10 | $87,659.50 |
| Schutt, Robert P. | Associate | 2023 | 2022 | $1,295.00 | 3.90 | $5,050.50 |
| Schwartz, Maxwell E. | Associate | 2020 | 2019 | $1,450.00 | 3.80 | $5,510.00 |
| Schwartz, Maxwell E. | Associate | 2020 | 2019 | $1,490.00 | 0.10 | $149.00 |
| Setren, Kira R. | Associate | 2024 | 2023 | $850.00 | 68.70 | $58,395.00 |
| Setren, Kira R. | Associate | 2024 | 2023 | $995.00 | 22.30 | $22,188.50 |
| Shehada, Emile R. | Associate | 2023 | 2022 | $995.00 | 14.70 | $14,626.50 |
| Shelton, Chase J. | Associate | 2023 | 2021 | $1,295.00 | 71.60 | $92,722.00 |
| Shelton, Chase J. | Associate | 2023 | 2021 | $1,395.00 | 25.80 | $35,991.00 |
| Stein, Adam J. | Associate | in process | 2024 | $850.00 | 130.10 | $110,585.00 |
| Stern, Corey J. | Associate | 2023 | 2022 | $995.00 | 0.30 | $298.50 |
| Tagliabue, Giada G. | Associate | 2023 | 2021 | $1,295.00 | 123.90 | $160,450.50 |
| Tagliabue, Giada G. | Associate | 2023 | 2021 | $1,395.00 | 11.80 | $16,461.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Toobin, Adam J. | Associate | 2023 | 2022 | $995.00 | 1.50 | $1,492.50 |
| Toobin, Adam J. | Associate | 2023 | 2022 | $1,295.00 | 0.90 | $1,165.50 |
| Van Allen, Leanne M. | Associate | 2022 | 2021 | $1,295.00 | 4.60 | $5,957.00 |
| Van Holten, Luke H. | Associate | 2021 | 2020 | $1,395.00 | 318.90 | $444,865.50 |
| Van Holten, Luke H. | Associate | 2021 | 2020 | $1,450.00 | 18.20 | $26,390.00 |
| Wadhawan, Subhah | Associate | 2024 | 2023 | $850.00 | 116.70 | $99,195.00 |
| Wadhawan, Subhah | Associate | 2024 | 2023 | $995.00 | 29.50 | $29,352.50 |
| Wang, Lisa V. | Associate | 2024 | 2023 | $850.00 | 252.00 | $214,200.00 |
| Wang, Lisa V. | Associate | 2024 | 2023 | $995.00 | 28.10 | $27,959.50 |
| Weinberg Crocco, Fabio | Associate | 2011 | 2017 | $1,530.00 | 4.90 | $7,497.00 |
| Wells, Madeline N. | Associate | in process | 2024 | $850.00 | 11.80 | $10,030.00 |
| Yu, Meng | Associate | 2021 | 2020 | $1,395.00 | 9.00 | $12,555.00 |
| Zhang, Naiquan | Associate | 2023 | 2022 | $995.00 | 3.30 | $3,283.50 |
| Zhang, Naiquan | Associate | 2023 | 2022 | $1,295.00 | 4.40 | $5,698.00 |
| Zhou, Wenyi | Associate | in process | 2024 | $850.00 | 81.20 | $69,020.00 |
| Zonenshayn, Benjamin | Associate | 2023 | 2022 | $995.00 | 213.20 | $212,134.00 |
| Zonenshayn, Benjamin | Associate | 2023 | 2022 | $1,295.00 | 26.60 | $34,447.00 |
| Placanica, Umberto | Visiting Lawyer | 2021 | 2017 | $850.00 | 11.00 | $9,350.00 |
| Morris-Dyer, Sebastian D. | Trainee Solicitor | 2022 | 2021 | $550.00 | 17.80 | $9,790.00 |
| **Associate Total** | | | | | **6,819.00** | **$7,462,236.70** |
| **Lawyers Total** | | | | | **10,256.50** | **$14,916,019.80** |
| Baldini, Michael X. | Paralegal | | | $0.00* | 62.60 | $0.00 |
| Bowden, Karen E. | Paralegal | | | $650.00 | 0.90 | $585.00 |
| Brice, Mac L. | Paralegal | | | $0.00* | 47.40 | $0.00 |
| Brice, Mac L. | Paralegal | | | $450.00 | 79.20 | $35,640.00 |
| Buchwald, Viola | Paralegal | | | $565.00 | 1.30 | $734.50 |
| Chiu, Jeffrey H. | Paralegal | | | $650.00 | 7.30 | $4,745.00 |
| Eigen, Jeffrey G. | Paralegal | | | $650.00 | 17.50 | $11,375.00 |
| Elmer, Lauren A. | Paralegal | | | $450.00 | 2.30 | $1,035.00 |
| Foley, Aidan W. | Paralegal | | | $0.00* | 10.10 | $0.00 |
| Foley, Aidan W. | Paralegal | | | $565.00 | 57.60 | $32,544.00 |
| Guo, Wei | Paralegal | | | $650.00 | 9.90 | $6,435.00 |
| Heuer, Maggie | Paralegal | | | $0.00* | 15.20 | $0.00 |
| Kopp, Emily A. | Paralegal | | | $0.00* | 20.20 | $0.00 |
| Kopp, Emily A. | Paralegal | | | $565.00 | 9.20 | $5,198.00 |
| Lupi, Francesca G. | Paralegal | | | $0.00* | 34.70 | $0.00 |
| Lupi, Francesca G. | Paralegal | | | $450.00 | 5.00 | $2,250.00 |
| Newman, Sumiko C. | Paralegal | | | $0.00* | 27.60 | $0.00 |
| O'Brien, Stella A. | Paralegal | | | $0.00* | 30.70 | $0.00 |
| Rosen, Celia S. | Paralegal | | | $0.00* | 19.60 | $0.00 |
| Sen-Ghosh, Elina | Paralegal | | | $0.00* | 8.60 | $0.00 |
| Williams, Thursday K. | Paralegal | | | $565.00 | 1.80 | $1,017.00 |
| Yearby, Sabine | Paralegal | | | $650.00 | 2.00 | $1,300.00 |
| Arebamen, Ehi G. | Legal Analyst - Litigation | | | $650.00 | 84.10 | $54,665.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Fukui, Terry M. | Legal Analyst - Litigation | | | $0.00* | 73.10 | $0.00 |
| Hazard, Joshua M. | Legal Analyst - Litigation | | | $650.00 | 77.00 | $50,050.00 |
| Hewitson, Sally | Legal Analyst - Litigation | | | $650.00 | 94.50 | $61,425.00 |
| Ragnanan, Nicolette S. | Legal Analyst - Litigation | | | $650.00 | 84.10 | $54,665.00 |
| Samuel, Dawn C. | Legal Analyst - Litigation | | | $650.00 | 122.00 | $79,300.00 |
| Zhong, Shan | Legal Analyst - Litigation | | | $0.00* | 52.90 | $0.00 |
| McMahon, Mary R. | Legal Analyst - Discovery | | | $650.00 | 1.70 | $1,105.00 |
| Gilday, Joseph F. | Electronic Discovery | | | $550.00 | 51.60 | $28,380.00 |
| Hossein, Saud M. | Electronic Discovery | | | $550.00 | 2.50 | $1,375.00 |
| Mian, Ahmed A. | Electronic Discovery | | | $550.00 | 1.40 | $770.00 |
| Newman, Eric M. | Electronic Discovery | | | $550.00 | 1.40 | $770.00 |
| Walther, Wayne M. | Electronic Discovery | | | $550.00 | 15.70 | $8,635.00 |
| Wolowski, Nicholas D. | Electronic Discovery | | | $550.00 | 10.60 | $5,830.00 |
| Ybanez, Jecamiah M. | Electronic Discovery | | | $525.00 | 0.40 | $210.00 |
| Yim, Eileen Y. L. | Electronic Discovery | | | $550.00 | 16.40 | $9,020.00 |
| **Non Legal Personnel Total** | | | | | 1,160.10 | $459,058.50 |
| **GRAND TOTAL** | | | | | 11,416.60 | $15,375,078.30 |

* Zero rate appears wherever no fee was charged for work.
** 50% rate appears where time is charged for non-working travel.

**Blended Hourly Rate: $1,346.73**