# Exhibit C

**Expense Summary for the Application Period**

4904-9970-3299 v.1.3

**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(AUGUST 1, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024)**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[1] if Applicable** | **Amount** |
| Repro - B&W Copies | | $843.30 |
| Repro - Color Copies | | $1,516.20 |
| Delivery/Courier | | $364.81 |
| Local Transportation | | $11,948.14 |
| Travel and expenses | | $13,877.57 |
| Meals – Overtime | | $2,920.00 |
| Conference Roof Dining | | $120.00 |
| Deposition Transcripts | Magna Legal Services, Veritext | $3,318.35 |
| CT Corp/CSC | | $314.16 |
| | **TOTAL** | **$35,222.53** |

---

[1] S&C may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

4904-9970-3299 v.1.3