# Exhibit D

## Customary and Comparable Compensation Disclosures

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

| Category | FTX Trading Ltd.[*] August 2024 through October 2024 | | Firm[**] Total Firm Bills Allocated to Non-BK General Domestic Timekeepers from October 2023 through October 2024 | |
|---|---|---|---|---|
| | Blended Hourly Rate | % of Total Hours | Blended Hourly Rate | % of Total Hours |
| Partners and Counsels [1] | $2,168 | 48% | $2,067 | 31% |
| Associate [2] | $1,094 | 49% | $1,082 | 60% |
| Non-Lawyer [3] | $396 | 3% | $566 | 9% |
| **All Timekeepers Average** | **$1,347** | **100%** | **$1,336** | **100%** |

[1] Includes Special Counsel, Of Counsel, Senior Counsel

[2] Includes Senior Associate (Level 5-8), Practice Area Associates, and Junior Associate (Level 1-4)

[3] Includes Summer Associate, Interns, Paralegals, Legal Analyst, Research Analyst, and Electronic Discovery

[*] Includes No Charge entries on various projects. No Charge entries were included on the fee applications with a $0 rate.

[**] Includes non-BK work of BK timekeepers and all work of other domestic timekeepers, excluding litigation matters and all write-offs (bills or collections less than 60% of standard rates).

4904-9970-3299 v.1.3