# Exhibit E

## Estimated Staffing and Budget Plan

4904-9970-3299 v.1.3

### STAFFING PLAN FOR SULLIVAN & CROMWELL LLP, COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD AUGUST 1, 2024 THROUGH OCTOBER 8, 2024

| TIMEKEEPER CATEGORY | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE APPLICATION PERIOD (1) | RANGE OF RATES |
|---|---|---|
| Partners | 40 | $1,695.00-$2,375.00 |
| Special Counsel, Of Counsel, Associates | 110 | $850.00-$2,275.00 |
| Non-Legal Personnel (2) | 40 | $195.00-$650.00 |

(1) Estimate is for total number of timekeepers billing any substantial number of hours to matter (not F.T.E.s).
(2) Includes clerks, legal analysts and eDiscovery professionals.

### ESTIMATED BUDGET FOR SULLIVAN & CROMWELL, COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD AUGUST 1, 2024 THROUGH OCTOBER 8, 2024

| PROJECT CATEGORY | ESTIMATED HOURS[1] | ESTIMATED FEES[2] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| ASSET ANALYSIS AND RECOVERY | 1400.00 | $1,771,000.00 | 773.60 | $1,143,620.50 |
| ASSET DISPOSITION | 1350.00 | $1,960,750.00 | 347.60 | $438,844.50 |
| ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | 510.00 | $1,024,650.00 | 202.20 | $222,853.50 |
| AVOIDANCE ACTION ANALYSIS | 1800.00 | $2,277,000.00 | 956.90 | $1,236,625.50 |
| BUSINESS OPERATIONS | 310.00 | $518,650.00 | 30.30 | $56,837.00 |
| CASE ADMINISTRATION | 310.00 | $518,650.00 | 58.80 | $128,777.00 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 1600.00 | $3,542,000.00 | 1,765.70 | $2,447,043.50 |
| CORPORATE GOVERNANCE AND BOARD MATTERS | 210.00 | $265,650.00 | 95.90 | $181,318.50 |
| EMPLOYEE BENEFITS AND PENSIONS | 155.00 | $259,325.00 | 8.80 | $19,048.00 |
| EMPLOYMENT AND FEE APPLICATIONS (S&C) | 315.00 | $398,475.00 | 171.90 | $157,086.00 |

---

[1] Estimated hours represent high-end of S&C's estimates of hours during the interim fee period.

[2] Estimated fees represent high-end of S&C's estimates of fees during the interim fee period.

| PROJECT CATEGORY | ESTIMATED HOURS[1] | ESTIMATED FEES[2] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | 160.00 | $202,400.00 | 60.80 | $75,563.50 |
| FINANCING AND CASH COLLATERAL | 50.00 | $63,250.00 | - | $0.00 |
| OTHER LITIGATION | 3100.00 | $3,921,500.00 | 1,154.60 | $1,858,647.00 |
| MEETINGS AND COMMUNICATIONS WITH CREDITORS | 305.00 | $512,325.00 | 13.90 | $29,185.00 |
| NON-WORKING TRAVEL | 130.00 | $164,450.00 | 42.60 | $34,777.80 |
| PLAN AND DISCLOSURE STATEMENT | 2900.00 | $5,566,000.00 | 2,709.10 | $3,758,661.50 |
| RELIEF FROM STAY AND ADEQUATE PROTECTION | 405.00 | $512,325.00 | 50.90 | $63,207.50 |
| TAX | 980.00 | $1,619,200.00 | 399.60 | $804,579.00 |
| VALUATION | 0.00 | $0.00 | - | $0.00 |
| DISCOVERY | 1500.00 | $2,656,500.00 | 1,062.30 | $1,016,766.50 |
| HEARINGS | 300.00 | $379,500.00 | 70.00 | $130,182.00 |
| FIRST AND SECOND DAY MOTIONS | 0.00 | $0.00 | - | $0.00 |
| CLAIMS INVESTIGATION | 120.00 | $151,800.00 | - | $0.00 |
| GENERAL INVESTIGATION | 1020.00 | $1,290,300.00 | 449.00 | $701,258.50 |
| SCHEDULES, SOFAS AND REPORTING | 40.00 | $50,600.00 | 1.60 | $2,825.50 |
| OTHER MOTIONS/APPLICATIONS | 620.00 | $784,300.00 | 103.40 | $151,609.00 |
| TIME ENTRY REVIEW | 1300.00 | $1,644,500.00 | 402.70 | $0.00 |
| BUDGETING | 30.00 | $37,950.00 | - | $0.00 |
| GENERAL REGULATORY | 230.00 | $290,950.00 | 28.90 | $40,571.50 |
| BAHAMAS MATTERS | 160.00 | $265,650.00 | 34.40 | $60,380.00 |
| FOREIGN DEBTOR MATTERS | 1260.00 | $1,973,400.00 | 272.00 | $371,892.00 |
| COORDINATION WITH FOREIGN PROCEDURES | 310.00 | $392,150.00 | 2.00 | $2,730.50 |
| COORDINATION IN OTHER BANKRUPTCIES | 310.00 | $392,150.00 | 4.60 | $10,601.00 |
| INVESTIGATIVE REPORTS | 110.00 | $139,150.00 | - | $0.00 |
| CYBER ISSUES | 410.00 | $518,650.00 | 18.90 | $30,383.00 |
| EXAMINER PREP | 510.00 | $771,650.00 | 123.60 | $199,203.50 |
| **Total** | **24,220.00** | **$36,836,800.00** | **11,416.60** | **$15,375,078.30** |