**Exhibit A**

**Summary of Fees by Individual for the Application Period**

**SUMMARY OF FEES BY INDIVIDUAL FOR THE APPLICATION PERIOD**
**(AUGUST 1, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024)**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Sascha Rand | Partner | 1998 | 1997 | $1,678.50 | 57.40 | $96,345.90 |
|  |  |  |  | $1,795.50 | 112.90 | $202,711.95 |
| Katherine Lemire | Partner | 1998 | 1997 | $1,678.50 | 15.10 | $25,345.35 |
|  |  |  |  | $1,795.50 | 40.90 | $73,435.95 |
| Anthony Alden | Partner | 2004 | 2003 | $1,561.50 | 20.90 | $32,635.35 |
|  |  |  |  | $1,669.50 | 32.80 | $54,759.60 |
| Isaac Nesser | Partner | 2003 | 2003 | $1,521.00 | 2.00 | $3,042.00 |
|  |  |  |  | $1,629.00 | 15.00 | $24,435.00 |
| Matthew R. Scheck | Partner | 2008 | 2007 | $1,422.00 | 22.40 | $31,852.80 |
|  |  |  |  | $1,561.50 | 37.90 | $59,180.85 |
| K. McKenzie Anderson | Partner | 2008 | 2007 | $1,422.00 | 0.40 | $568.80 |
| Emily Kapur | Partner | 2015 | 2015 | $1,354.50 | 0.20 | $270.90 |
|  |  |  |  | $1,480.50 | 31.40 | $46,487.70 |
| William Sears | Partner | 2015 | 2014 | $1,354.50 | 1.30 | $1,760.85 |
|  |  |  |  | $1,480.50 | 0.30 | $444.15 |
| Jason Sternberg | Partner | 2009 | 2009 | $1,354.50 | 3.50 | $4,740.75 |
|  |  |  |  | $1,480.50 | 0.20 | $296.10 |
| **Partner Total** |  |  |  |  | **394.60** | **$658,314.00** |
| Andrew Kutscher | Counsel | 2010 | 2009 | $1,296.00 | 128.00 | $165,888.00 |
|  |  |  |  | $1,413.00 | 76.20 | $107,670.60 |
| Heather K. Christenson | Counsel | 2014 | 2013 | $1,296.00 | 0.40 | $518.40 |
|  |  |  |  | $1,413.00 | 11.90 | $16,814.70 |
| Tyler Murray | Counsel | 2001 | 2000 | $1,296.00 | 43.40 | $56,246.40 |
|  |  |  |  | $1,413.00 | 67.20 | $94,953.60 |
| Jennifer Gindin | Counsel | 2014 | 2014 | $1,296.00 | 0.50 | $648.00 |
| Marina E. Lev | Counsel | 2013 | 2012 | $1,296.00 | 4.30 | $5,572.80 |
|  |  |  |  | $1,413.00 | 53.90 | $76,160.70 |
| **Counsel Total** |  |  |  |  | **385.80** | **$524,473.20** |
| Alex Nelder | Associate | 2012 | 2011 | $1,413.00 | 4.30 | $6,075.90 |
|  |  |  |  | $1,453.50 | 18.60 | $27,035.10 |
| Justine Young | Associate | 2014 | 2013 | $1,251.00 | 7.90 | $9,882.90 |
|  |  |  |  | $1,363.50 | 4.70 | $6,408.45 |
| Anil Makhijani | Associate | 2013 | 2012 | $1,251.00 | 47.90 | $59,922.90 |
|  |  |  |  | $1,363.50 | 18.00 | $24,543.00 |
| Jaclyn Palmerson | Associate | 2016 | 2016 | $1,246.50 | 56.10 | $69,928.65 |
|  |  |  |  | $1,363.50 | 94.60 | $128,987.10 |
| Isaac Saidel-Goley | Associate | 2017 | 2017 | $1,210.50 | 59.60 | $72,145.80 |
|  |  |  |  | $1,359.00 | 52.80 | $71,755.20 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Abbey Foote | Associate | 2018 | 2018 | $1,174.50 | 2.70 | $3,171.15 |
| | | | | $1,318.50 | 5.40 | $7,119.90 |
| Miao Xu | Associate | 2016 | 2015 | $1,120.50 | 12.50 | $14,006.25 |
| | | | | $1,255.50 | 15.50 | $19,460.25 |
| Sophie Hill | Associate | 2021 | 2020 | $1,075.50 | 130.40 | $140,245.20 |
| | | | | $1,255.50 | 101.70 | $127,684.35 |
| Olivia Yeffet | Associate | 2020 | 2020 | $1,075.50 | 35.70 | $38,395.35 |
| Cameron Kelly | Associate | 2020 | 2020 | $1,075.50 | 28.90 | $31,081.95 |
| Brenna Ledvora | Associate | 2021 | 2021 | $985.50 | 59.80 | $58,932.90 |
| | | | | $1,174.50 | 78.00 | $91,611.00 |
| Sydney Snower | Associate | 2022 | 2021 | $985.50 | 4.90 | $4,828.95 |
| | | | | $1,174.50 | 0.40 | $469.80 |
| Tanmayi Sharma | Associate | 2022 | 2021 | $985.50 | 4.80 | $4,730.40 |
| | | | | $1,174.50 | 0.30 | $352.35 |
| Kiersten Whitfield | Associate | 2022 | 2022 | $1,174.50 | 1.60 | $1,879.20 |
| Jeffrey Boxer | Associate | 2022 | 2022 | $891.00 | 5.40 | $4,811.40 |
| Jack Robbins | Associate | 2023 | 2022 | $891.00 | 24.00 | $21,384.00 |
| Ben Carroll | Associate | 2023 | 2022 | $891.00 | 25.70 | $22,898.70 |
| | | | | $1,075.50 | 69.70 | $74,962.35 |
| Elijah Turner | Associate | 2023 | 2022 | $891.00 | 23.80 | $21,205.80 |
| | | | | $1,075.50 | 5.00 | $5,377.50 |
| Jonathan Abrams | Associate | 2023 | 2022 | $891.00 | 6.90 | $6,147.90 |
| | | | | $1,075.50 | 21.20 | $22,800.60 |
| Michael Wittmann | Associate | 2023 | 2022 | $891.00 | 27.60 | $24,591.60 |
| | | | | $1,075.50 | 18.30 | $19,681.65 |
| Cara Mund | Associate | 2022 | 2022 | $891.00 | 3.30 | $2,940.30 |
| Grace Heinerikson | Associate | 2024 | 2023 | $792.00 | 3.00 | $2,376.00 |
| | | | | $954.00 | 1.70 | $1,621.80 |
| Johnston Hill | Associate | 2024 | 2023 | $792.00 | 22.10 | $17,503.20 |
| | | | | $954.00 | 8.00 | $7,632.00 |
| Brendan Ferguson | Associate | 2024 | 2023 | $792.00 | 7.50 | $5,940.00 |
| | | | | $954.00 | 0.60 | $572.40 |
| **Associate, Law Clerk, & Attorney Total** | | | | | 1,120.90 | $1,283,101.20 |
| **Lawyers Total** | | | | | 1,901.30 | $2,465,888.40 |
| Connie Kim | Paralegal | - | - | $535.50 | 3.10 | $1,660.05 |
| Olga Garcia | Sr. Paralegal | - | - | $643.50 | 2.30 | $1,480.05 |
| | | | | $688.50 | 2.90 | $1,996.65 |
| Joe Liao | Litig. Support | - | - | $171.00 | 0.50 | $85.50 |
| **Non Legal Personnel Total** | | | | | 8.80 | $5,222.25 |
| **GRAND TOTAL** | | | | | 1,910.10 | $2,471,110.65 |

**Blended Hourly Rate: $1,293.71**