**<u>Exhibit C</u>**

**Expense Summary for the Application Period**

**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(AUGUST 1, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024)**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[1] if Applicable** | **Amount** |
| Lexis Courtlink | Lexis | $13.79 |
| Outside Record Production | | $2.50 |
| Messenger | | $89.50 |
| Document Reproduction ($.10/page) | | $382.60 |
| Color Document Reproduction ($.25/page) | | $248.00 |
| Velobind | | $9.09 |
| Document Services | | $78.75 |
| Tabs | | $10.50 |
| | **TOTAL** | **$834.73** |

---

[1] Quinn Emanuel may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.