# Exhibit D

**Customary and Comparable Compensation Disclosures**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES
(AUGUST 1, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024)**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Firm-wide August 1, 2024 through October 8, 2024[1] | Billed to Debtors August 1, 2024 through October 8, 2024 |
| Partner | $1,678.80 | $1,668.31 |
| Counsel | $1,448.53 | $1,359.44 |
| Associate | $1,192.89 | $1,144.71 |
| Paraprofessional | $503.84 | $593.44 |
| Aggregated | $1,204.30 | $1,293.71 |

---

[1] The amounts in this column reflect the blended rate for all timekeepers at Quinn Emanuel in the firm's U.S. offices.