# Exhibit E

**Estimated Staffing and Budget Plan**

**STAFFING PLAN FOR QUINN EMANUEL URQUHART & SULLIVAN, LLP,
SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD AUGUST 1, 2024 THROUGH OCTOBER 8, 2024**

| PROFESSIONAL CATEGORY | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE APPLICATION PERIOD | RANGE OF RATES |
|---|---|---|
| Partners & Counsel | 20 | $1,296.00–$2,025.00 |
| Associates | 25 | $792.00–$1,251.00 |
| Paraprofessionals & Law Clerks | 5 | $157.50–$643.50 |

**ESTIMATED BUDGET FOR QUINN EMANUEL URQUHART & SULLIVAN, LLP,
SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD AUGUST 1, 2024 THROUGH OCTOBER 8, 2024**[1]

| PROJECT CATEGORY | EST. HOURS | EST. FEES | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| ASSET ANALYSIS AND RECOVERY | 132 | $150,000 | 24.90 | $35,685.45 |
| AVOIDANCE ACTION ANALYSIS | 132 | $150,000 | 183.10 | $246,018.60 |
| BANKRUPTCY LITIGATION | 494 | $562,500 | 550.20 | $731,111.85 |
| BOARD / CORPORATE GOVERNANCE | 379 | $431,250 | 408.60 | $569,680.65 |
| CASE ADMINISTRATION | 33 | $37,500 | 1.60 | $674.55 |
| EMPLOYMENT AND FEE APPLICATIONS | 99 | $112,500 | 83.40 | $109,607.85 |
| PLAN AND DISCLOSURE STATEMENT | 329 | $375,000 | 14.30 | $23,859.45 |
| INVESTIGATION | 461 | $525,000 | 463.40 | $510,369.75 |
| FRIEDBERG LITIGATION | 66 | $75,000 | 0.30 | $322.65 |
| BANKMAN/FRIED LITIGATION | 33 | $37,500 | 0.70 | $727.65 |
| EMBED/ROCKET LITIGATION | 33 | $37,500 | 36.00 | $47,376.00 |
| EXAMINER | 66 | $75,000 | 4.80 | $8,477.10 |
| MDL | 494 | $562,500 | 138.80 | $187,199.10 |
| NON-WORKING TRAVEL | 33 | $37,500 | 0.00 | $0.00 |

---

[1] The number of estimated hours and estimated fees in the Estimated Budget have been pro-rated from Quinn Emanuel's budget for the months August, September, and October 2024 to reflect the shortened time period covered by this interim fee period.

| | | | | |
|---|---|---|---|---|
| CREDIT FOR 50% NON-WORKING TRAVEL | | -$18,750 | 0.00 | $0.00 |
| **Total** | **2,784** | **$3,150,000** | **1,910.10** | **$2,471,110.65** |