## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| FTX TRADING LTD., ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., NORTH DIMENSION INC., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC. | |
| Plaintiffs, | Adv. Pro. No. 24-50186 (JTD) |
| v. | |
| RYAN SALAME, | |
| Defendant. | |

**AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR DECEMBER 17, 2024 AT 9:00 A.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

> **\*\*AS NO MATTERS ARE GOING FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT\*\***

## ADVERSARY MATTER GOING FORWARD:

1. Debtors' Motion for a Temporary Restraining Order - *FTX Trading Ltd. et al v. Salame et al.*, Adv. No. 24-50186 (JTD) – Adv. D.I. 20, filed on December 13, 2024]

---

[1]  The last four digits of FTX Trading Ltd.'s FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]  **Amended items appear in bold.**

Related Documents:

A.    Debtors' Motion for a Preliminary Injunction and Expedited Discovery [Adv. D.I. 2, filed on November 4, 2024]

B.    Brief in Support of Debtors' Motion for a Preliminary Injunction and Expedited Discovery [Adv. D.I. 3, filed on November 4, 2024]

C.    Declaration of Stephanie G. Wheeler in support of Debtors' Motion for Preliminary Injunction and Expedited Discovery [Adv. D.I. 4, filed on November 4, 2024]

**D.    Certification of Counsel Regarding Revised Schedule for Debtors' Motion for a Preliminary Injunction and Expedited Discovery and Temporary Restraining Order [Adv. D.I. 22, filed on December 16, 2024]**

Status: **On December 16, 2024, the Plaintiffs filed a Certification of Counsel and agreed upon order resolving this matter.**

Dated: December 16, 2024
　　　Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
　　　　mcguire@lrclaw.com
　　　　brown@lrclaw.com
　　　　pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
　　　　bromleyj@sullcrom.com
　　　　gluecksteinb@sullcrom.com
　　　　kranzleya@sullcrom.com

*Counsel for the Debtors*
*and Debtors-in-Possession*