# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. Nos. 834 & 28834 |

## SUPPLEMENTAL ORDER EXPANDING THE SCOPE OF THE FEE EXAMINER'S DUTIES WITH RESPECT TO CERTAIN PROFESSIONALS

Upon the record of the hearing held on December 12, 2024; and upon the certification of counsel (the "Certification of Counsel") of the above captioned debtors and debtors-in-possession (collectively, the "Debtors"); and it appearing that the supplementation of the *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [D.I. 834] (the "Fee Examiner Order") to expand the duties of the Fee Examiner as set forth herein is appropriate pursuant to section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended or modified, the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and rule 2016-2(j) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"); and it further appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated February 29, 2012; and this being

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. Notwithstanding anything to the contrary contained in the Fee Examiner Order, paragraph 3 thereof is modified to include Perella Weinberg Partners LP ("PWP"), Rothschild & Co US Inc. ("Rothschild & Co"), and Jefferies LLC ("Jefferies" and collectively, the "Investment Bankers") within the definition of Retained Professionals; provided, however, that this supplement to the Fee Examiner Order and expansion of the scope of the Fee Examiner's duties shall be limited solely to the Fee Examiner reviewing the final requests for reimbursement of expenses of each of the Investment Bankers.[2]  The Fee Examiner Order shall otherwise remain in full force and effect.

2. The Debtors, the Investment Bankers and the Fee Examiner are authorized to take any and all actions necessary to implement and effectuate the terms of this Order.

[*Remainder of Page Intentionally Left Blank*]

---

[2] For the avoidance of doubt, any and all fees requested to be approved by the Investment Bankers shall not be subject to review by the Fee Examiner or the procedures set forth in the Fee Examiner Order.

3. This Court shall retain jurisdiction to hear and determine any and all matters arising from or related to the implementation, interpretation, or enforcement of this Order and the Fee Examiner Order.

**Dated: December 17th, 2024**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**