\

# EXHIBIT A

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Certain Investment Bankers' Final Fee Applications

| Professional & Role in Case | Compensation Period & Fee Application | Total Fees Requested | Total Expenses Requested[1] | Approved on a Final Basis |
|---|---|---|---|---|
| **Perella Weinberg Partners LP[2]** <br> *Investment Banker to the Debtors and Debtors-In-Possession* | 11/16/22 – 10/8/24 <br> D.I. 27980 & 28289 <br> Filed 11/15/24 | $61,236,241.97 | $1,491,353.18 | $61,236,241.97 |
| **Rothschild & Co US Inc.[3]** <br> *Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-U.S. Customers of FTX.com* | (Eleventh Monthly & Fifth Interim Compensation Period) 7/1/23 – 10/8/24 (Final Compensation Period) D.I. 27969 <br> Filed 11/15/24 | $12,385,080.64 | $79,871.23 | $12,385,080.64 |

---

[1]   The expenses requested to be approved on a final basis for each of the Investment Bankers are adjourned.  These expenses shall be subject to review by the Fee Examiner and approval by further order of the Court.

[2]   Pursuant to paragraph 3(iv) of the Fee Examiner Order, Perella Weinberg Partners LP's fees were not subject to review by the Fee Examiner.

[3]   Pursuant to paragraph 3(iv) of the Fee Examiner Order, Rothschild & Co US Inc.'s fees were not subject to review by the Fee Examiner.

{1368.002-W0078702.10}