**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: June 13, 2024 at 1:00 P.M. ET**<br>**Objection Deadline: May 31, 2024 at 4:00 P.M. ET** |
| | **Ref. Nos. 14585 & 14597** |

**CERTIFICATION OF COUNSEL REGARDING**
**DEBTORS' THIRTY-FOURTH (SUBSTANTIVE) OMNIBUS OBJECTION TO**
**CERTAIN OVERSTATED PROOFS OF CLAIM (CUSTOMER CLAIMS)**

I, Matthew R. Pierce, counsel to FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") hereby certify as follows to the best of my knowledge, information and belief:

1.      On May 10, 2024, the Debtors filed the *Debtors' Thirty-Fourth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)* [D.I. 14585, sealed & 14597, redacted] (the "Objection").

2.      Pursuant to the Notice of Objection attached to the Objection [D.I. 14585-1 & 14597-1], any responses to the Objection were to be filed no later than May 31, 2024, at 4:00 p.m. (ET) (the "Response Deadline").

3.      The Debtors received informal responses (the "Informal Responses") to the Objection from the holders of claim numbers 34756, 82237 and 12100.

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

4.      On May 29, 2024, Richard Coleman filed a letter in response to the Objection [D.I. 16089] (the "Coleman Response").

5.      On June 6, 2024, David Watkins filed a letter in response to the Objection [D.I. 16889] (the "Watkins Response").

6.      As of the Date hereof, no other formal responses or other responses to the Objection have been filed or served on the Debtors, beside the Coleman Response and the Watkins Response.

7.      The Debtors are withdrawing the Objection solely with regard to claim numbers 57119, 85116, 38550, 7099 & 84177 without prejudice and with all rights of the parties reserved with regard thereto.

8.      The Debtors have revised the proposed form of order (the "Revised Order"), a copy of which is attached hereto as **Exhibit A**, to reflect the withdrawals and the adjournment of the Objection solely as to Richard Coleman's proof of claim, David Watkin's proof of claim and proofs of claim numbers 34756, 82237 and 12100.  A copy of the Revised Order compared against the proposed form of order attached to the Objection is attached hereto as **Exhibit B**.  The Revised Order has been circulated to the Official Committee of Unsecured Creditors (the "Committee"). The Committee has no objection to the entry of the Revised Order.  In accordance with the Court's electronic order processing procedures, a clean copy of the Revised Order shall be uploaded to CM/ECF.

9.      Accordingly, the Debtors respectfully request that the Court enter the Revised Order at its earliest convenience.

{1368.002-W0076364.3}                    2

Dated: December 17, 2024
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**

Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*