**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| FTX TRADING LTD., et al., | : | Case No.22-11068 (JTD) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | **Related Docket No. 28225** |

**RESPONSE OF ASTTERIA (HK) LIMITED TO DEBTORS' ONE HUNDRED THIRTIETH (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO UNVERIFIED CUSTOMER ENTITLEMENT CLAIMS**

Astteria (HK) Limited, by and through its undersigned counsel, submits its response to the Debtors' One Hundred Thirtieth (Non-Substantive) Omnibus Objection to Unverified Customer Entitlement Claims [Docket No. 28225] (the "Unverified Customer Objection") and states as follows:

**The Unverified Customer Objection**

1.      By the Unverified Customer Objection, the Debtors seek to disallow and expunge over 481,000 customer claims because these customers have either (i) not commenced the "know-your-customer" ("KYC") information submission process or (ii) have commenced but not completed the KYC information submission process. Specifically, the Debtors request that the Court enter a springing order (i) disallowing and expunging the claims of customers who have not commenced the KYC information submission process by March 1, 2025 and (ii) disallowing and expunging the claims of customers who have not completed the KYC information submission process by June 1, 2025.

2.      Astteria has commenced but not yet completed the KYC information submission process and has been working with the Debtors' chosen provider, BitGo, to complete the submission process. But BitGo has been having some issues assisting Astteria with the process

and, as a result, Astteria does not know when it will be able to complete the KYC information submission process.

## Objection

3.        Astteria objects to the Unverified Customer Objection because completing the KYC information submission process is not solely within Astteria's control. Astteria has been working with BitGo to complete the process. Astteria is concerned that its claims may be disallowed and expunged as a result of BigGo's inability to complete the process. Given that Astteria has commenced the KYC information submission process and is working diligently to complete the process, Astteria objects to its inclusion in the Unverified Customer Objection and requests that the Court rule the objection not apply to Astteria.

## Conclusion

WHEREFORE, Astteria respectfully requests that the Court overrule the Objection as it pertains to Astteria and grant to Astteria such other and further relief as is just and proper.

Date:   December 18, 2024          **SULLIVAN · HAZELTINE · ALLINSON LLC**
        Wilmington, DE

        */s/ William A. Hazeltine*
        William A. Hazeltine (No. 3294)
        919 North Market Street, Suite 420
        Wilmington, DE 19801
        Tel: (302) 428-8191
        Fax: (302) 428-8195
        Email: whazeltine@sha-llc.com

        *Counsel for Astteria (HK) Limited*

2