## **CERTIFICATE OF SERVICE**

I, William A. Hazeltine, hereby certify that on the 18th day of December 2024, a copy of the foregoing *Response of Astteria (HK) Limited to Debtors' One Hundred Thirtieth (Non-Substantive) Omnibus Objection to Unverified Customer Entitlement Claims* was electronically filed and served via CM/ECF on all registered users of that system in accordance with Del. Bankr. L.R. 9036-1(b), and a courtesy copy was served via Electronic Mail on the parties listed below.

*Counsel for the Debtors and Debtors-in-Possession:*

| | |
|---|---|
| Adam G. Landis, Esq.<br>Kimberly A. Brown, Esq.<br>Matthew R. Pierce, Esq.<br>**LANDIS RATH & COBB LLP**<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>landis@lrclaw.com<br>brown@lrclaw.com<br>pierce@lrclaw.com | Andrew G. Dietderich, Esq.<br>James L. Bromley, Esq.<br>Brian D. Glueckstein, Esq.<br>Alexa J. Kranzley, Esq.<br>**SULLIVAN & CROMWELL LLP**<br>125 Broad Street<br>New York, NY 10004<br>dietdericha@sullcrom.com<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com |

December 18, 2024                             */s/ William A. Hazeltine*
Date                                                     William A. Hazeltine