OXANA KOZLOV, SBN 209210
649 Dunholme Way
Sunnyvale, CA 94087
Telephone:    408-431-4543
Facsimile:    650-887-2135

Attorney for the Creditor DV Energy
(Pro Hac Vice Application To be Filed Before the Hearing)

IN THE UNITED STATES BANKRUPTCY COURT

FORF THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re FTX Trading Ltd., et al.,<br><br>Debtors. | Bankruptcy Case No.: No. 22-11068 (JTD)<br><br>Chapter 11<br>(Jointly Administered)<br><br>**CREDITOR'S # 0409059 OPPOSITION TO DEBTORS' ONE HUNDRED THIRTIETH (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO UNVERIFIED CUSTOMER ENTITLEMENT CLAIMS**<br><br>**Date: 1/23/2025**<br>**Time: 10:00 a.m.** |

Claimant No. **# 0409059** (the "Creditor") hereby opposes to **designation of his claim as unverified and subject to expungements as requested in DEBTORS' ONE HUNDRED THIRTIETH (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO UNVERIFIED CUSTOMER ENTITLEMENT CLAIMS** (the "Objection") and represents as follows:

(1) The Creditor files this Opposition slightly belatedly and will be amending it with the Creditor's declaration of support and other relevant filings shortly.

(2) The Creditor timely filed his claim and promptly and properly responded to all requests and submitted all the requested information related to his claim and KYC process/status verification. Despite all his timely efforts his claim verification was subject to numerous non-sensical follow-up requests and delays.

(3) The Creditor just hired an attorney to represent him today and his undersigned attorney discovered today's deadline to file the opposition to the Objection. She had no chance yet to compile all relevant information and file a detailed opposition, however, it appears to be clear from her initial review that the KYC process is being handled in a extremely "creditor-unfriendly" manner, apparently by some sort of automated process, and does not allow creditors a fair and reasonable opportunity to verify their identities.

(4) The Creditor respectfully represents that some short-term delay in supplementing this opposition is warranted under the circumstances.

Respectfully submitted,

Dated: December 18, 2024

/s/ Oxana Kolzov

_____

Oxana Kozlov, attorney for the Creditor

-1-
Opposition to Claim Objection