UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.,*<br><br>Debtors | Chapter 11<br><br>No. 22-11068 (JTD)<br><br>(Jointly Administered) |

CHEROKEE ACQUISITION

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor: | Name of Transferee: |
|---|---|
| **Tesseract Group Oy** | **Oaktree London Liquid Value Opportunities Fund (VOF), L.P.** |

| Name and Current Address of Transferor:<br>**Tesseract Group Oy**<br>**Attn: Kizzy L Jarashow, Esq.**<br>**Goodwin Proctor LLP**<br>**The New York Times Building**<br>**620 Eighth Avenue**<br>**New York, NY 10018** | Name and Address where notices and payments to transferee should be sent:<br>**Oaktree London Liquid Value Opportunities Fund (VOF), L.P.**<br>**Attn: Colin McLafferty**<br>**Email: CMcLafferty@oaktreecapital.com**<br>**1301 6th Ave., 34th Floor**<br>**New York, NY 10019** |
|---|---|

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 3144 | Tesseract Group Oy | $6,173,701.66 | FTX Trading Ltd. | 22-11068 |
| Confirmation ID No. 3265-69-ZTNNH-882276999 | Tesseract Group Oy | $6,173,701.66 | FTX Trading Ltd. | 22-11068 |
| Customer Code No. 02009026 | Tesseract Group Oy | as described on Schedule F (attached) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Date: December 18, 2024

**OAKTREE LONDON LIQUID VALUE OPPORTUNITIES FUND (VOF), L.P.**

By: Oaktree London Liquid Value Opportunities Fund (VOF) GP, L.P.
Its: General Partner

By: Oaktree London Liquid Value Opportunities GP Ltd.
Its: General Partner

By: Oaktree Capital Management, L.P.
Its: Director


By: *Colin McLafferty*
Name: Colin McLafferty
Title: Vice President

By: *Steven Tesoriere*
Steven Tesoriere (Dec 18, 2024 17:12 EST)
Name: Steven Tesoriere
Title: Managing Director

## Creditor Data Details - Claim # 3144

**Creditor**
Tesseract Group Oy
Attn. Kizzy L Jarashow, Esq. / Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
06/22/2023

**Claim Number**
3144

**Schedule Number**
n/a

**Confirmation ID**
3265-69-ZTNNH-882276999

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $6,173,701.66 | | $6,173,701.66 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | $6,173,701.66 | | $6,173,701.66 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

| | | |
|---|---|---|
| 02009026 | | AVAX[.5], BTC[0.00046586], CEL-PERP[0], EUR[12185.54], FXS[33.1], LUNC-PERP[0], MATIC[815], REN-PERP[0], SRM[15143299.22821942], SRM_LOCKED[85170.08871129], STG[383], USD[759205.20], USDT[0.00461900], WBTC[0] |

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.