UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



In re:

FTX TRADING LTD., *et al.,*

                Debtors

Chapter 11

No. 22-11068 (JTD)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

        A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor: | Name of Transferee: |
|---|---|
| **Tesseract Group Oy** | **Oaktree London Liquid Value Opportunities Fund (VOF), L.P.** |
| Name and Current Address of Transferor:<br>**Tesseract Group Oy**<br>**Attn: Kizzy L Jarashow, Esq.**<br>**Goodwin Proctor LLP**<br>**The New York Times Building**<br>**620 Eighth Avenue**<br>**New York, NY 10018** | Name and Address where notices and payments to transferee should be sent:<br>**Oaktree London Liquid Value Opportunities Fund (VOF), L.P.**<br>**Attn: Colin McLafferty**<br>**Email: CMcLafferty@oaktreecapital.com**<br>**1301 6th Ave., 34th Floor**<br>**New York, NY 10019** |

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 3156 | Tesseract Group Oy | $789,844.56 | Alameda Research Ltd. | 22-11067 |
| Schedule No. 5258642 | Tesseract Group Oy | as described on Register (attached) | Alameda Research Ltd. | 22-11067 |
| Confirmation ID No. 3265-69-WSEFJ-884494002 | Tesseract Group Oy | $789,844.56 | Alameda Research Ltd. | 22-11067 |
| Schedule D | Tesseract Group Oy | as described on Schedule D (attached) | Alameda Research Ltd. | 22-11067 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

                                                             Date: December 18, 2024

**OAKTREE LONDON LIQUID VALUE OPPORTUNITIES FUND (VOF), L.P.**

By: Oaktree London Liquid Value Opportunities Fund (VOF) GP, L.P.
Its: General Partner

By: Oaktree London Liquid Value Opportunities GP Ltd.
Its: General Partner

By: Oaktree Capital Management, L.P.
Its: Director


By: *Colin McLafferty*
Name: Colin McLafferty
Title: Vice President


By: *Steven Tesoriere*
Steven Tesoriere (Dec 18, 2024 17:13 EST)
Name: Steven Tesoriere
Title: Managing Director

# Creditor Data Details - Claim # 3156

**Creditor**
Tesseract Group Oy
Goodwin Procter LLP
Attn: Kizzy L Jarashow, Esq.
The New York Times Building, 620 Eighth Avenue
New York, NY 10018

**Debtor Name**
Alameda Research Ltd

**Date Filed**
06/22/2023

**Claim Number**
3156

**Schedule Number**
5258642

**Confirmation ID**
3265-69-WSEFJ-884494002

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | $789,844.56 | Set by Objection Order |
| Priority | | | | | | |
| Secured | UNDETERMINED | | $6,799,380.20 | | $0.00 | Set by Objection Order |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | $6,799,380.20 | | $789,844.56 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

**Debtor Name:** Alameda Research Ltd

**Case Number:** 22-11067 (JTD)

Schedule D: Creditors Who Have Claims Secured by Property, Exhibit 1 - Loan Payables

| Lender | Loan Currency | Outstanding Amount | Interest Rate | Interest Payment Currency | Maturity Date |
|---|---|---|---|---|---|
| Ashla International Inc | KNC | 300,000 | 0.0% | N/A | Auto Renew |
| BitGo Prime, LLC | USD | 3,500,000 | 7.5% | USD | None |
| BitGo Prime, LLC | USD | 3,500,000 | 7.5% | USD | None |
| BitGo Prime, LLC | BTC | 160 | 3.5% | BTC | None |
| BitGo Prime, LLC | BTC | 160 | 3.5% | BTC | None |
| BitGo Prime, LLC | ETH | 2,200 | 3.5% | ETH | None |
| BitGo Prime, LLC | ETH | 2,200 | 3.5% | ETH | None |
| BitGo Prime, LLC | ETH | 700 | 2.3% | ETH | None |
| BlockFi International Ltd | ETH | 20,450 | 4.0% | ETH | None |
| BlockFi International Ltd | BTC | 3,734 | 4.5% | BTC | None |
| BlockFi International Ltd | ETH | 25,220 | 3.5% | ETH | None |
| BlockFi International Ltd | BTC | 2,445 | 3.5% | BTC | None |
| BlockFi International Ltd | ETH | 19,300 | 3.5% | ETH | None |
| BlockFi International Ltd | BTC | 6,540 | 4.0% | BTC | None |
| BlockFi International Ltd | ETH | 18,580 | 4.0% | ETH | None |
| BlockFi International Ltd | BTC | 4,396 | 4.0% | BTC | None |
| BlockFi International Ltd | ETH | 50,410 | 4.0% | ETH | None |
| BlockFi International Ltd | BTC | 2,195 | 4.0% | BTC | None |
| BlockFi International Ltd | BTC | 4,356 | 5.0% | BTC | 11/10/2022 |
| Celsius Network Ltd | EOS | 1,303,482 | 9.5% | EOS | None |
| Celsius Network Ltd | MATIC | 3,125,000 | 8.0% | MATIC | None |
| Celsius Network Ltd | LTC | 83,553 | 3.5% | LTC | None |
| Celsius Network Ltd | ADA | 10,000,000 | 7.0% | ADA | None |
| Galago Holdings Limited | WRX | 2,000,000 | 0.0% | N/A | None |
| Genesis Global Capital, LLC | LINK | 726,000 | 3.5% | N/A | None |
| Genesis Global Capital, LLC | LTC | 116,000 | 4.0% | N/A | None |
| Genesis Global Capital, LLC | MATIC | 7,000,000 | 9.0% | N/A | None |
| Genesis Global Capital, LLC | PAX | 2,000,000 | 11.5% | N/A | None |
| Genesis Global Capital, LLC | ZEC | 50,000 | 10.0% | N/A | None |
| Genesis Global Capital, LLC | USD | 100,000,000 | 9.0% | N/A | None |
| Genesis Global Capital, LLC | BTC | 3,400 | 3.8% | N/A | None |
| Ledn Inc. | BTC | 5,035 | 4.0% | BTC | None |
| Ledn Inc. | USDC | 20,000,000 | 9.8% | USDC | 1/31/2023 |
| Matrix Port Technologies (Hong Kong) Limited | USDC | 6,000,000 | 5.0% | USDC | 12/28/2022 |
| Nexo Capital | BTC | 484 | 3.9% | BTC | None |
| Nexo Capital | USDC | 30,000,000 | 8.8% | USDC | None |
| Tesseract Group Oy | BTC | 230 | 3.0% | BTC | None |
| Tesseract Group Oy | USDC | 2,000,000 | 6.0% | ETH | None |
| VanEck ETP AG | SOL | 169,963.648258 | 0.0% | N/A | None |
| VanEck ETP AG | SOL | 99,966.405 | 0.0% | N/A | None |

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.