# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
                                                        :
In re:                                                  :  Chapter 11
                                                        :
FTX TRADING LTD., et al.,¹                              :  Case No. 22-11068 (JTD)
                                                        :
                    Debtors.                            :  (Jointly Administered)
                                                        :
------------------------------------------------------- x
```

## NOTICE OF SERVICE OF NOTICE OF INTENT TO SERVE SUBPOENA

**PLEASE TAKE NOTICE** that on December 17, 2024, counsel to Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives of Three Arrows Capital, Ltd. caused the attached *Notice of Intent to Serve Subpoena on Nishad Singh*, to be served via email upon the following counsel of record:

Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801

– and –

Brian Gluckstein
Benjamin Beller
Sienna Liu
Andrew G. Dietderich
Alexa J. Kranzley
Samuel G. Darby
Julian M. Keeley
SULLIVAN & CROMWELL LLP

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

125 Broad Street
New York, NY 10004

Jared W. Kochenash
Matthew B. Lunn
Robert F. Poppiti, Jr
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square,
1000 North King Street,
Wilmington, Delaware 19801

Kristopher M. Hansen
Erez E. Gilad
Gabriel E. Sasson
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166

Benjamin A. Hackman
John Lipshie
David Gerardi
THE OFFICE OF THE UNITED STATES TRUSTEE
FOR THE DISTRICT OF DELAWARE
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

| | |
|---|---|
| Dated:  December 19, 2024<br>            Wilmington, Delaware | Christopher Harris (admitted *pro hac vice*)<br>Adam J. Goldberg (admitted *pro hac vice*)<br>Nacif Taousse (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email:  chris.harris@lw.com<br>            adam.goldberg@lw.com<br>            nacif.taousse@lw.com<br><br>– and –<br><br>Tiffany M. Ikeda (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>Email:  tiffany.ikeda@lw.com<br><br>– and –<br><br>*/s/ Alexis R. Gambale*<br>John W. Weiss (No. 4160)<br>Joseph C. Barsalona II (No. 6102)<br>Alexis R. Gambale (No. 7150)<br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>824 North Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 592-6496<br>Facsimile: (732) 852-2482<br>Email:  jweiss@pashmanstein.com<br>            jbarsalona@pashmanstein.com<br>            agambale@pashmanstein.com<br><br>*Counsel to the Foreign Representatives of Three Arrows Capital, Ltd.* |