# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Hearing Date: October 22, 2024 at 1:00 P.M. ET**<br>**Obj. Deadline: October 14, 2024 at 4:00 P.M. ET**<br><br>Ref. Nos. 23933 & 23972 |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Debtors' Seventy-Fourth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer and Non-Customer Claims)* [D.I. 23933 redacted, & 23972, sealed] (the "Objection") filed on August 28, 2024. The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Objection appears thereon. Pursuant to the notice, responses, if any, to the relief requested in the Objection were to be filed and served on or before October 14, 2024, at 4:00 P.M. (ET).

It is hereby respectfully requested that the proposed form of order attached to the Objection, which shall be uploaded to CM/ECF in accordance with the Court's electronic order processing procedures, be entered at the Court's earliest convenience.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0078598.}

| | |
|---|---|
| Dated: December 19, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>　　　　brown@lrclaw.com<br>　　　　pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>　　　　bromleyj@sullcrom.com<br>　　　　gluecksteinb@sullcrom.com<br>　　　　kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |