IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 22-11068 (JTD) |
| FTX TRADING LTD., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **Ceratosaurus Investors, L.L.C.**<br>Name of Transferee | **Name (Redacted)**<br>Name of Transferor |
| **Address for all Notices and Payments:**<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Attn: Michael Linn<br>Email: MLinn@FarallonCapital.com | **Address:** On file with Debtors |

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim Number:<br>**83929** | Name (Redacted) | As described on the Proof of Claim | FTX Trading Ltd. | 22-11068 |
| Schedule Number:<br>**6832481** | Name (Redacted) | As described on Schedule F (see attached) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Michael Linn*          Date: December 16, 2024
    DocuSigned By: Michael Linn
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Name of Transferee**

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer of Claim to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and appropriate professionals.

**Schedule F**

| 00674453 | Contingent | AUD[0.00], AXS[0], BTC[3.3377], BTC-PERP[0], CUSDT[0], ETHBULL[0], ETH-PERP[0], EUR[0.00], FTT[.03113084], LUNA2[1.22768651], LUNA2_LOCKED[2.86460185], MANA-PERP[0], MATIC[0], SHIB-PERP[0], SOL[0], TRX[1386.73647], USD[0.00], USDT[0.35580907], USTC[0] |
|---|---|---|

**Kroll Website**

