# UNITED STATES BANKRUPTCY COURT
## District of Delaware

In re <u>FTX Trading Ltd., *et al.*,</u> Debtors

Chapter 11
Case No. <u>22-11068</u>
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
|  | **Phoenix Digital LLC**<br>**Attn: Tian Zeng**<br>**Email: tzeng@nirvana-cap.com**<br>**42 W 33rd St, 27B**<br>**New York, NY 10001** |

An undivided interest in **100%** of Seller's right, title, interest and obligations to the following claims:

| Claim No./Schedule | Creditor Name | Amount(s) | Debtor | Case No. |
|---|---|---|---|---|
| Schedule #: 5537520<br><br>Confirmation ID #: 3265-70-LFKVU-917889026<br><br>Unique Customer Code #: 1024696 | Name on File | 100% of the claim | FTX Trading, Ltd. | 22-11068 |

Phoenix Digital LLC

By:_____
Transferee/Transferee's Agent

Date: December 19th, 2024

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.