# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Alain B. Francoeur, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 13, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on the (1) United States Trustee and Unsecured Creditors Committee Service List attached hereto as **Exhibit A**, and (2) Fee Examiner on the Godfrey & Kahn, S.C., Attn: Katherine Stadler, 833 East Michigan Street, Milwaukee WI, 53202, kstadler@gklaw.com.

- Seventh Omnibus Order Approving Interim Fee Applications [Docket No. 28742]

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: December 19, 2024

*/s/ Alain Francoeur*<br>Alain Francoeur

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on December 19, 2024, by Alain Francoeur, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

**Exhibit A**

Exhibit A
United States Trustee and Unsecured Creditors Committee Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JON LIPSHIE, BENJAMIN A. HACKMAN, DAVID GERARDI | BENJAMIN.A.HACKMAN@USDOJ.GOV; DAVID.GERARDI@USDOJ.GOV; JON.LIPSHIE@USDOJ.GOV |
| PAUL HASTINGS | ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, AND EREZ E. GILAD | GABESASSON@PAULHASTINGS.COM; KRISHANSEN@PAULHASTINGS.COM; KENPASQUALE@PAULHASTINGS.COM; EREZGILAD@PAULHASTINGS.COM; LUCDESPINS@PAULHASTINGS.COM; SAMANTHAMARTIN@PAULHASTINGS.COM |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR. | MLUNN@YCST.COM; RPOPPITI@YCST.COM |