**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| FTX Trading Ltd., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | Jointly Administered |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**SP Multi Claims Holdings, LLC**
Name of Transferee

**Phoenix Digital LLC**
Name and current address of Transferor

**Name and Address where notices and payment to transferee should be sent**:
SP Multi Claims Holdings, LLC
2 Greenwich Plaza
Suite 1
Greenwich, CT 06830
Attn: Operations
Email: 12017192157@tls.ldsprod.com -and- rbeacher@pryorcashman.com

Phoenix Digital LLC
42 W 33rd St, 27B
New York, NY 10001
Attn: Tian Zeng
Email: tzeng@nirvana-cap.com

| Claim Information | Creditor Name | Amount | Debtor | Case Number |
|---|---|---|---|---|
| Schedule No. 5537520 | Phoenix Digital LLC | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Confirmation ID No. 3265-70-LFKVU-917889026 | Phoenix Digital LLC | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Customer Code No. 1024696 | Phoenix Digital LLC | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SP Multi Claims Holdings, LLC
By: Silver Point Capital, L.P., its manager

By:_____
Transferee/Transferee's Agent

Date: December 23, 2024

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357

**EVIDENCE OF TRANSFER OF CLAIM**


TO:          U.S. Bankruptcy Court for the
             District of Delaware ("Bankruptcy Court")


AND:         FTX Trading Ltd. ("Debtor")
             Case No. 22-11068 (JTD) ("Case")

Proof of Claim #:  N/A ("Proof of Claim")
Schedule #:   5537520 ("Schedule")
Customer Claim Confirmation ID #: 3265-70-LFKVU-917889026 ("CCCID")
Unique Customer Code #:  1024696 ("Customer Code")


Phoenix Digital LLC ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:


**SP Multi Claims Holdings, LLC**
Attn: Operations
2 Greenwich Plaza
Suite 1
Greenwich, CT 06830
Email: : 12017192157@tls.ldsprod.com  and rbeacher@pryorcashman.com


its successors and assigns ("Buyer"), all rights, title and interest in and to (a) the Proof of Claim and the CCCID (collectively "the Claim") against the Debtor in the Case; (b) all amounts listed on the Schedule; and (c) all amounts with respect to the Customer Code.

Seller hereby certifies that it unconditionally waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Bankruptcy Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this  Evidence of Transfer of Claim by their duly authorized representative dated December 10th, 2024.


**Phoenix Digital LLC**                          **SP Multi Claims Holdings, LLC**
                                                 By: Silver Point Capital, L.P., its manager


By: _Tian Zeng_                                  By: _____
Name: Tian Zeng                                  Name:  Andrew Opel
Title: Founder                                   Title:    Authorized Signatory