IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST FOR REMOVAL FROM SERVICE LIST**

PLEASE TAKE NOTICE that attorney Katie Townsend of the Reporters Committee for Freedom of the Press, who has been admitted to appear pro hac vice in this matter, hereby withdraws her appearance on behalf of Media Intervenors Bloomberg L.P., Dow Jones & Company, Inc., The New York Times Company, and The Financial Times Ltd. (together "Media Intervenors"), and respectfully requests that she be removed from all services lists in this case, including the Court's CM/ECF electronic service list.

Media Intervenors will continue to be represented by undersigned counsel with the law firm of Manning Gross + Massenburg LLP and Adam A. Marshall of the Reporters Committee for Freedom of the Press, who has been admitted pro hac vice.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

-2-

| | |
|---|---|
| December 23, 2024 | Respectfully submitted, |

*/s/ William B. Larson, Jr.*
William B. Larson, Jr. (#5627)
John J. Klusman III (#7076
**MANNING GROSS + MASSENBURG LLP**
1008 North Orange Street, Suite 711
Wilmington, DE 19801
(302) 657-2100
wlarson@mgmlaw.com
jklusman@mgmlaw.com

Katie Townsend (pro hac vice)
Adam A. Marshall (pro hac vice)
**THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**
1156 15th Street NW, Suite 1020
Washington, DC 20005
202.795.9300
ktownsend@rcfp.org
amarshall@rcfp.org

*Counsel for Media Intervenors*
