# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>FTX Trading Ltd., *et al.*,<br>              Debtors. | ) Chapter 11<br>)<br>) Case No. 22-11068 (JTD)<br>)<br>) (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **[Redacted]** | **Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP** |
|---|---|
| Name of Transferor | Name of Transferee |

Name and current address of transferor:

**[Redacted]**

Name and address where notices and payments to transferee should be sent:

**Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP**
**c/o Olympus Peak Asset Management**
**Attn: Leah Silverman**
**177 West Putnam Avenue, Suite 2622-S1**
**Greenwich, CT 06831**
**Email: lsilverman@opeaklp.com;**
**finops@opeaklp.com**

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule No.: 6299280<br>Conf. ID: 3265-70-OYKIC-122988778<br>Customer ID: 03505276 | **[Redacted]** | As stated on Debtors' Schedule F | FTX Trading Ltd. | 22-11068 |
| Claim No.: 2 | **[Redacted]** | Unliquidated | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Leah Silverman*                   Date: December 23, 2024
    Transferee/Transferee's Agent

Local Form 138

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.