# EXHIBIT 2

# EXHIBIT B
## INITIAL LOAN CONFIRMATION 2

This Loan Confirmation ("***Loan Confirmation***") is made by and between  Alameda Research Ltd  ("***Lender***"), a  British Virgin Islands company , and Tai Mo Shan Limited ("***Borrower***"), a Cayman Islands exempted company, pursuant to that certain Master Loan Agreement by and between the Lender and Borrower (the "***Master Loan Agreement***"). Capitalized terms used but not defined herein shall have the meanings set forth in the Master Loan Agreement.

Pursuant to the Master Loan Agreement, Lender hereby agrees to loan to Borrower, and Borrower hereby agrees to borrow from Lender, the quantity of Loaned VC specified below. The terms of this Loan are specified below and in the Master Loan Agreement. If there is any conflict between the terms of this Loan Confirmation and the Master Loan Agreement, the terms of this Loan Confirmation shall prevail.

| **Loaned VC** | 800 million SRM |
|---|---|
| **Loan Fee (interest)** | None |
| **Loan Term** | The date of this Loan Confirmation through the 7th anniversary of the date of this Loan Confirmation |
| **U.S. Dollar Repayment Right** | Borrower shall be entitled to repay all or any portion of the Loan Balance, whenever paid, in <u>either</u> the Loaned VC or U.S. dollars. If Borrower chooses to pay in U.S. dollars, then Borrower must pay the U.S. Dollar Repayment Price per VC owed. |
| **U.S. Dollar Repayment Price** | $0.12 |
| **Loaned VC Delivery Dates and Unlock Schedule** | Lender shall deliver the Loaned VC and the Loaned VC shall be freely transferable by Borrower on the following schedule: starting on August 1st, 2023, and ending on August 1st, 2027, the tokens will be deliverable at a constant portion per day of approximately 547,945 tokens. |

IN WITNESS WHEREOF, the Parties have caused this Loan Confirmation to be executed and delivered as of the dates set forth below.

LENDER:

Alameda Research Ltd

By: *Sam Bankman-Fried*
Name: Sam Bankman-Fried
Title: CEO
Date: 12 August 2020


BORROWER:

TAI MO SHAN LIMITED

By: *M. Hinerfeld*
Name: Matthew Hinerfeld
Title: Authorized Signatory
Date: 12 August 2020

4