**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al*.,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 4, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Boba Foundation (fka OMG Foundation), (ADRID: 13082020), c/o Keller Benvenutti Kim LLP, 425 Market ST Ste 2500, San Francisco, CA 94105-2478:

- Order Sustaining Debtors' Fifty-First (Substantive) Omnibus Objection to Certain Duplicate Proofs of Claims (Customer Claims) [Docket No. 25492]

- Order Sustaining Debtors' Fifty-Second (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims)) [Docket No. 25493]

- Order Sustaining Debtors' Forty-Second (Substantive) Omnibus Objection to Certain Overstated and/or Partially Unliquidated Proofs of Claim (Customer Claims) [Docket No. 25494]

- Motion of Debtors for Entry of an Order Quashing the LayerZero Parties' Notice of Deposition of John J. Ray III [Docket No. 25637]

- Declaration of Brian D. Glueckstein in Support of Motion of Debtors for Entry of an Order Quashing the LayerZero Parties' Notice of Deposition of John J. Ray III [Docket No. 25638]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

On December 10, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via Paraswap Labs, (MMLID: 29416451), 5 Avenue Du General De Gaulle, Saint-Mande, 94160, France:

- Notice of Filing of First Amended Plan Supplement [Docket No. 25649]

- Notice of (I) Executory Contracts and Unexpired Leases Proposed to Be Assumed by the Debtors Pursuant to the First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates, (II) Cure Amounts, if Any, and (III) Related Procedures in Connection Therewith [Docket No. 25650]

Dated: December 17, 2024

                                                                                  */s/Paul Pullo*
                                                                                  Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on December 17, 2024, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025