**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 25703 & 25737** |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' ONE HUNDRED SIXTH (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN OVERSTATED AND/OR UNLIQUIDATED PROOFS OF CLAIM (CUSTOMER CLAIMS)**

I, Kimberly A. Brown, counsel to FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") hereby certify as follows to the best of my knowledge, information and belief:

1.    On September 25, 2024, the Debtors filed the *Debtors' One Hundred Sixth Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)* [D.I. 25703, redacted & 25737, sealed] (the "Objection").

2.    Pursuant to the Notice of Objection attached to the Objection [D.I. 25703-1 & 25737-1], any responses to the Objection were to be filed no later than November 11, 2024, at 4:00 p.m. (ET) (the "Response Deadline").

3.    The Debtors received an informal response (the "Informal Response") to the Objection from the holder of claim number 46592.

4.    On December 13, 2024, David Rindlaub ("Rindlaub") filed a response to the

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Objection [D.I. 28780] (the "<u>Rindlaub Response</u>").

5.      As of the Date hereof, no other formal responses or other responses to the Objection have been filed or served on the Debtors.

6.      The Debtors are withdrawing the Objection solely with regard to the Rindlaub Response and claim numbers 32910, 13592, 63260, 23820, 6511, 53671, and 15914 without prejudice and with all rights of the parties reserved with regard thereto.

7.      The Debtors have revised the proposed form of order (the "<u>Revised Order</u>"), a copy of which is attached hereto as **<u>Exhibit A</u>**, to reflect the withdrawals and the adjournments of proof of claim number 46592. A copy of the Revised Order compared against the proposed form of order attached to the Objection is attached hereto as **<u>Exhibit B</u>**.  In accordance with the Court's electronic order processing procedures, a clean copy of the Revised Order shall be uploaded to CM/ECF.

8.      Accordingly, the Debtors respectfully request that the Court enter the Revised Order at its earliest convenience.

Dated: December 26, 2024
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kimberly A. Brown*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**

Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*