**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX Trading Ltd., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | Jointly Administered |

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SP Multi Claims Holdings, LLC**<br>Name of Transferee | **HUDSON BAY CLAIM FUND LLC**<br>Name and current address of Transferor |
| **Name and Address where notices and payment to transferee should be sent:**<br>SP Multi Claims Holdings, LLC<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Attn: Operations<br>Email: 12017192157@tls.ldsprod.com -and-<br>          rbeacher@pryorcashman.com | Hudson Bay Claim Fund LLC<br>c/o Hudson Bay Capital Management LP<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830 USA<br>Attention: Matthew Weinstein and Chad Flick<br>Email: mweinstein@hudsonbaycapital.com and<br>          cflick@hudsonbaycapital.com |

**\*\*\*PORTION OF CLAIM TRANSFERRED: 33.39% OF ENTIRE CLAIM (EQUAL TO 33.50% OF USD FIAT PORTION OF CLAIM)\*\*\***

| Claim Information | Creditor Name | Amount | Debtor | Case Number |
|---|---|---|---|---|
| **Schedule No.** 6789638<br><br>**Confirmation ID No.**<br>3265-70-LCKBZ-785929419<br><br>**Customer Code No.**<br>00366840 | Hudson Bay Claim Fund LLC as Transferee of Name on File | \*\*\*33.39% of Entire Claim\*\*\*<br>(equal to 33.50% of USD Fiat Portion of Claim listed on Debtor's January 23, 2023 Amended Schedule F) | FTX Trading, Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SP Multi Claims Holdings, LLC
By: Silver Point Capital, L.P., its manager

By: _____
Transferee/Transferee's Agent

Date: December 26, 2024

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357

*EXECUTION VERSION*

**PARTIAL EVIDENCE OF TRANSFER OF CLAIM**
Annex B

TO: U.S. Bankruptcy Court for the
District of Delaware ("<u>Bankruptcy Court</u>")

AND: FTX Trading Ltd. ("<u>Debtor</u>")
Case No. 22-11068 (JTD) ("<u>Case</u>")

Confirmation ID #: 3265-70-LCKBZ-785929419 ("CCCID")
Schedule #: 6789638 ("<u>Schedule</u>")
Unique Customer Code #: 00366840 ("<u>Customer Code</u>")

**Hudson Bay Claim Fund LLC** ("<u>Seller</u>"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SP Multi Claims Holdings, LLC**
2 Greenwich Plaza, Suite 1
Greenwich, CT 06830
Attn: Operations
Tel: 203-542-4441
Email: 12017192157@tls.ldsprod.com and
rbeacher@pryorcashman.com

its successors and assigns ("<u>Buyer</u>"), an undivided one-half (50.00%) interest in Seller's 66.81% rights, title and interest in and to (a) the CCCID (such 33.39% interest in the CCCID, the "<u>Assigned Claim</u>") against the Debtor in the Case; (b) all amounts with respect to the Customer Code and (c) all amounts with respect to the Schedule.

Seller hereby certifies that it unconditionally waives: (a) any objection to the transfer of the Assigned Claim to Buyer on the books and records of Debtor and the Bankruptcy Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Assigned Claim to Buyer and recognizing Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Partial Evidence of Transfer of Claim by their duly authorized representative dated December 20, 2024.

| **Hudson Bay Claim Fund LLC** | **SP Multi Claims Holdings, LLC** |
|---|---|
| | By**:** Silver Point Capital, L.P., its manager |
| By:_____ | By: _____ |
| Name: | Name: |
| Title: | Title: Jennifer Poccia, Authorized Signatory |

**PARTIAL EVIDENCE OF TRANSFER OF CLAIM**

Annex B

TO:    U.S. Bankruptcy Court for the
District of Delaware ("Bankruptcy Court")

AND:    FTX Trading Ltd. ("Debtor")
Case No. 22-11068 (JTD) ("Case")

Confirmation ID #: 3265-70-LCKBZ-785929419 ("CCCID")
Schedule #: 6789638 ("Schedule")
Unique Customer Code #: 00366840 ("Customer Code")

**Hudson Bay Claim Fund LLC** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SP Multi Claims Holdings, LLC**
2 Greenwich Plaza, Suite 1
Greenwich, CT 06830
Attn: Operations
Tel:    203-542-4441
Email:    12017192157@tls.ldsprod.com and
rbeacher@pryorcashman.com

its successors and assigns ("Buyer"), an undivided one-half (50.00%) interest in Seller's 66.81% rights, title and interest in and to (a) the CCCID (such 33.39% interest in the CCCID, the "Assigned Claim") against the Debtor in the Case; (b) all amounts with respect to the Customer Code and (c) all amounts with respect to the Schedule.

Seller hereby waives: (a) any objection to the transfer of the Assigned Claim to Buyer on the books and records of Debtor and the Bankruptcy Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Assigned Claim to Buyer and recognizing Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Partial Evidence of Transfer of Claim by their duly authorized representative dated December 20, 2024.

| **Hudson Bay Claim Fund LLC** | **SP Multi Claims Holdings, LLC** |
|---|---|
| | By**:** Silver Point Capital, L.P., its manager |
| By: *Matt Weinstein* | By: _____ |
| Name: Matt Weinstein | Name: |
| Title: Authorized Signatory | Title: |