# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| | |
|---|---|
| **OAKTREE LONDON LIQUID VALUE OPPORTUNITIES FUND (VOF), L.P.** | **QUAD SPV 26 , LLC** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Last known address: |
| 1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br><br>Attention: Colin McLafferty<br>Telephone: + 1 (347) 346-3703<br>Email: cmclafferty@oaktreecapital.com | c/o Willoughby Capital Holdings, LLC<br>330 Railroad Avenue<br>Suite 101<br>Greenwich, CT 06830 |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

032-8071/7196088.1

Type and Amount of Interest Transferred:

| Equity/Debtor | | Share Count | Notional Value |
|---|---|---|---|
| West Realm Shires Inc. Series A | Preferred | 525,164 | $1,199,999.74 |
| FTX Trading Ltd. Series B | Preferred | 0 | 0 |
| FTX Trading Ltd. Series B-1 | Preferred | 0 | 0 |
| FTX Trading Ltd. | Common | 0 | 0 |
| West Realm Shires Inc. | Common | 0 | 0 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee
**OAKTREE LONDON LIQUID VALUE OPPORTUNITIES FUND (VOF), L.P.**

By: Oaktree London Liquid Value Opportunities Fund (VOF) GP, L.P.
Its: General Partner

By: Oaktree London Liquid Value Opportunities GP Ltd.
Its: General Partner
By: Oaktree Capital Management, L.P.
Its: Director

By: _____
Name: Colin McLafferty
Title: Vice President

By: _____
Name: Steve Tesoriere
Title: Managing Director


Transferor
**QUAD SPV 26, LLC**


By: _____
Name: Daniel S. Och
Title: President


032-8071/7196088.1