UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: 22-11068      BK ● AP ○

If AP, related BK case number:

Title of Order Appealed: Memorandum Opinion and Order

Docket #: 28891         Date Entered: 12/18/2024

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 29100 | Date Filed: 12/31/2024 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ Cross Appeal | Docket #: | Date Filed: |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ Request for Certification of Direct Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

Moshin Y Meghji, as Litigation Administrator for Celsius Network LLC and its affiliated debtors

**Appellee/Cross Appellee**

FTX Trading Ltd., et al

**Counsel for Appellant/Cross Appellant:**

Justin R Alberto
Patrick J Reilley
500 Delaware Ave, Suite 1410
Wilmington, DE  19801
(see additional attorneys on notice of appeal)

**Counsel for Appellee/Cross Appellee:**

Adam G Landis
Matthew B McGuire
919 N Market St, Suite 1800
Wilmington, DE  19801
(see additional attorneys on notice of appeal)

| | Yes | No |
|---|---|---|
| Filing fee paid? | ● | ○ |
| IFP application filed by applicant? | ○ | ● |
| Have additional appeals of the same order been filed? | ○ | ● |
| *If Yes, has District Court assigned a Civil Action Number? | ○ | ● |
| Civil Action Number: | | |

*(continued on next page)*

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 1/02/2025            **by:** /s/ Kimberly Ross
                                               **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    24-82