**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

In re: FTX TRADING LTD., et al.

                Debtors

Chapter 11

Case No. 22-11068

(Jointly Administered)

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.



**Canyon-ASP Fund, L.P.**

Transferor

Transferee

c/o Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067
Attn: James Pagnam
Email:    jpagnam@canyonpartners.com;
legal@canyonpartners.com

DocuSign Envelope ID: C257E802-848E-4526-9306-4278647DED3A

|  | Debtor | Case No. | Claim Identifiers | Claim Amount |
|---|---|---|---|---|
| Claim(s) | FTX Trading Ltd. | 22-11068 | Customer Code: 00228082 <br><br> Kroll Schedule No.: 7637519 <br><br> Claim No.: 52925 <br><br> Confirmation No.: 3265-70-VKWHM-917031932 | 2.06% of the amounts described |
|  | FTX Trading Ltd. | 22-11068 | Customer Code: 00228082 <br><br> Kroll Schedule No.: 7637519 <br><br> Claim No.: N/A <br><br> Confirmation No.: 3265-70-VCNRY-335558599 | 2.06% of the amounts described |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By    _James Paguam_       Date:    3/26/2024

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

## DEADLINE TO OBJECT TO TRANSFER

---

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____

Clerk of the Court

**IDENTITY OF TRANSFEROR**

Transferee has in its possession an Evidence of Transfer executed by the Transferor. In order to protect the identity of the Transferor, Transferee has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.