# CERTIFICATE OF SERVICE

    I, Ricardo Palacio, hereby certify that, on January 7, 2025, I caused one copy of the foregoing *Notice of Withdrawal of Motion of Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP to Require Debtors' Claims and Noticing Agent to Recognize and Record Transfer of Claim to Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP* to be served upon (i) all parties of record via CM/ECF; and (ii) the parties below via electronic mail, unless otherwise indicated.

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Kimberly A. Brown, Esquire
Matthew R. Pierce, Esquire
Landis Rath & Cobb LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801
landis@lrclaw.com; mcguire@lrclaw.com;
brown@lrclaw.com; pierce@lrclaw.com

*Counsel for Debtors*

Andrew G. Dietderich, Esquire
James L. Bromley, Esquire
Brian D. Glueckstein, Esquire
Alexa J. Kranzley, Esquire
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
dietdericha@sullcrom.com; bromleyj@sullcrom.com;
gluecksteinb@sullcrom.com; kranzleya@sullcrom.com

*Counsel for Debtors*

Linda Richenderfer
Office of the US Trustee
US Trustee's Office
844 King Street, Suite 2207
Wilmington, DE 19801
Email: Linda.Richenderfer@usdoj.gov

Joseph James McMahon, Jr.
United States Department of Justice
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Email: joseph.mcmahon@usdoj.gov

David Gerardi
Office of the United States Trustee
One Newark Center
1085 Raymond Boulevard
Suite 2100
Newark, NJ 07102
Email: David.Gerardi@usdoj.gov

Benjamin A. Hackman
Office of the United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801
Email: benjamin.a.hackman@usdoj.gov

{01995028;v1 }

Jonathan Lipshie
DOJ-Ust
844 N. King Street
Ste 2207
Wilmington, DE 19801
Email: jon.lipshie@usdoj.gov

Jared W Kochenash
Matthew Barry Lunn
Robert F. Poppiti, Jr.
Young Conaway
Rodney Square
1000 N. King Street
Wilmington, DE 19801
Email: jkochenash@ycst.com; mlunn@ycst.com; rpoppiti@ycst.com

*Counsel for the Official Committee of Unsecured Creditors*

Kroll Restructuring Administration LLC
(F/K/A Prime Clerk LLC)
Benjamin Joseph Steele
55 East 52nd Street
17th Floor
New York, NY 10055
Email: bsteele@primeclerk.com

**VIA EMAIL & USPS INTERNATIONAL MAIL**
Federic Natali
Damac Paramount Tower A, Apt. 2601
Dubai, United Arab Emirates

**VIA EMAIL & USPS INTERNATIONAL MAIL**
Federico Natali
P.O. Box Number 75719
Dubai, United Arab Emirates
Email: Paxtibi.xyz+recovery@gmail.com

**VIA EMAIL & USPS INTERNATIONAL MAIL**
Aelysir Technologies Ltd
Alessandro Piras.
3rd Floor Norvin House
45-55 Commercial Street
London, England E1 6BD, United Kingdom
Email: bluedealconsultingltd@gmail.com

**VIA EMAIL & USPS INTERNATIONAL MAIL**
SP Multi Claims Holdings, LLC
2 Greenwich Plaza, Suite 1
Greenwich, Connecticut 06830
Email: rbeacher@pryorcashman.com

Dated: January 7, 2025

*/s/ Ricardo Palacio*
Ricardo Palacio (DE Bar No. 3765)

{01995028;v1 }