*Lidia Favario*
*54 Peregrine House*
*Hall Street*
*London EC1V 7PQ*
*UK*
*Phone 0044 (0) 7536051757*
*lidia@lidialidia.com*

RECEIVED

2025 JAN -3  AM 8: 42

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

December 17, 2024

**Honourable Judge John T. Dorsey**
United States Bankruptcy Court District of Delaware
824 Market Street North, 3rd Floor
Wilmington, DE 19801
United States of America

**Subject: Concerns Regarding Excessive Expenses in FTX Bankruptcy Case**

Dear Honourable Judge Dorsey,

I hope this letter finds you well. My name is Lidia Favario, and I am one of the many victims of the FTX fraud. I am writing to respectfully bring to your attention some findings from my personal research into the handling of expenses during the FTX bankruptcy, which appear to align with the concerns you raised during the December 12, 2024, hearing.

In that hearing, you highlighted three questionable expenses charged to the estate by the professionals involved, including an $8,251 airline ticket, a $120 hotel room meal, and a $134 Uber ride for a journey that could have been walked. My independent research suggests that these issues are not isolated but part of a broader pattern of excessive and unnecessary spending that contravenes the DOJ's "Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases." On page 8 of the guidelines, it states:
*"Reasonable: Whether the expense is reasonable and necessary. For example, travel should be in coach class. First-class and other above-standard travel or accommodations will normally be objectionable."*

For example:

- **Luxury Accommodations**: In Delaware, Sullivan & Cromwell, Alvarez & Marsal, and John J. Ray III exclusively stay at the historic luxury 5-star Hotel Du Pont. In Washington, professionals stay at other boutique luxury hotels such as The Hay-Adams and The Jefferson (Attachment 1). An Alvarez & Marsal professional even managed to spend $971.74 for one night's stay in a New York hotel (attachment 2).

- **Extravagant Nassau Stays**: When travelling to Nassau, Bahamas, Alvarez & Marsal professionals stay at the Grand Hyatt, a luxury oceanfront vacation destination, rather than more modest accommodations (Attachment 3).

- **Exorbitant Taxi Expenses**: In one week alone in November 2022, Kumanan Ramanathan from Alvarez & Marsal spent $1,733 on taxis commuting between home and office. A professional from Alvarez & Marsal charged the estate $151.33 for an Uber ride from Hotel DuPont to the court hearing —a distance that appears to be a five-minute walk (Attachment 4). More egregiously, on December 13, 2023, the estate was charged a total of $2,683.14 for three taxis with the description: "Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Capitol Hill; Pick Up Time: 08:45; Business Purpose: commute (& wait) to J. Ray's Testimony for J. Ray, A&M + S&C Teams. '" (attachment 5).

- **Business Class Travel:** They generally travel by business class on trains and occasionally use business class for flights as well (Attachment 6).

These examples, which are documented in court filings, illustrate a concerning disregard for estate funds. It is important to remember that these funds come at the expense of creditors, many of whom—like myself— have been financially devastated by this fraud.

To make it easier for you to verify these findings, I have compiled detailed evidence in a Google Drive folder, including court filings, and my analysis of the spending patterns:

[https://drive.google.com/drive/folders/13cbzRUBQ-cVkU2qTGweRY2neeS0IDftK?usp=drive_link]

Given the Fee Examiner's responsibility to oversee these expenses—and their upcoming fee increase from January 2025—I respectfully request that the Court consider expanding the scope of expense reviews to ensure accountability and compliance with the DOJ guidelines. Holding professionals to reasonable spending standards is essential to maintaining fairness in this case.

Thank you for your attention to this matter and for your ongoing efforts to oversee the responsible administration of the FTX bankruptcy. Please do not hesitate to contact me if further details or clarifications would be helpful.

Sincerely,

Lidia Favario

*Lidia*

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | 12/11/22 | James L. Bromley | 1.0 | $400.00 | $400.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: James L. Bromley; Hotel Name: Hay-Adams; Location: Washington, DC; Arrival Date: 12/11/2022 + Departure Date: 12/13/2022; Room Charge: 475.00 + Taxes: 71.01; Business Purpose: Attend House Financial Services Committee Hearing |
| Travel and Expenses | 12/11/22 | William M. Scheffer | 1.0 | $400.00 | $400.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: William M. Scheffer; Hotel Name: The Jefferson; Location: Washington, DC; Arrival Date: 12/11/2022 + Departure Date: 12/13/2022; Room Charge: 430.00 + Taxes: 64.29; Business Purpose: Attend House Financial Services Committee Hearing |
| Travel and Expenses | 12/11/22 | William M. Scheffer | 1.0 | $15.50 | $15.50 | Travel and Expenses: Expense Type: Breakfast - Out of Town; Location: Washington, DC; Business Purpose: DC for Congressional Hearing |
| Travel and Expenses | 12/11/22 | William M. Scheffer | 1.0 | $65.00 | $65.00 | Travel and Expenses: Expense Type: Dinner - Out of Town; Location: Washington, DC; Business Purpose: DC for Congressional Hearing |
| Travel and Expenses | 12/11/22 | William M. Scheffer | 1.0 | $443.00 | $443.00 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Washington, DC; Class of Travel: Business class round trip; Passenger Name: William M. Scheffer Business Purpose: Attend House Financial Services Committee Hearing |

*Exhibit F*

### FTX Trading Ltd., et al.,
### Expense Detail by Category
### December 1, 2022 through December 31, 2022

## Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Johnny Gonzalez | 12/4/2022 | $804.53 | Hotel in New York, NY, one night, AirBnB with B. Tenney (A&M) |
| David Slay | 12/4/2022 | $563.48 | Hotel in New York, NY, one night, One Hotel |
| Samuel Witherspoon | 12/4/2022 | $523.78 | Hotel in New York, NY, one night, Marriott |
| James Cooper | 12/4/2022 | $493.09 | Hotel in New York, NY, one night, Marriott |
| Nicole Simoneaux | 12/4/2022 | $480.86 | Hotel in New York, NY, one night, Marriott |
| Steven Glustein | 12/4/2022 | $470.51 | Hotel in New York, NY, one night, Marriott |
| Hudson Trent | 12/4/2022 | $456.37 | Hotel in New York, NY, one night, Marriott |
| Chris Arnett | 12/4/2022 | $376.43 | Hotel in New York, NY, one night, Marriott |
| Katie Montague | 12/4/2022 | $376.43 | Hotel in New York, NY, one night, Marriott |
| Mackenzie Jones | 12/4/2022 | $376.43 | Hotel in New York, NY, one night, Marriott |
| Rob Esposito | 12/4/2022 | $181.62 | Hotel in New York, NY, one night, Marriott |
| Johnny Gonzalez | 12/5/2022 | $804.53 | Hotel in New York, NY, one night, AirBnB with B. Tenney (A&M) |
| David Slay | 12/5/2022 | $563.48 | Hotel in New York, NY, one night, One Hotel |
| Cole Broskay | 12/5/2022 | $538.41 | Hotel in New York, NY, one night, Hyatt |
| Samuel Witherspoon | 12/5/2022 | $523.78 | Hotel in New York, NY, one night, Marriott |
| Nicole Simoneaux | 12/5/2022 | $519.88 | Hotel in New York, NY, one night, Marriott |
| James Cooper | 12/5/2022 | $493.09 | Hotel in New York, NY, one night, Marriott |
| Steven Glustein | 12/5/2022 | $477.12 | Hotel in New York, NY, one night, Marriott |
| Hudson Trent | 12/5/2022 | $456.37 | Hotel in New York, NY, one night, Marriott |
| Robert Gordon | 12/5/2022 | $434.25 | Hotel in New York, NY, one night, Marriott |
| Steve Coverick | 12/5/2022 | $378.43 | Hotel in New York, NY, one night, Marriott |
| Chris Arnett | 12/5/2022 | $376.43 | Hotel in New York, NY, one night, Marriott |
| Mackenzie Jones | 12/5/2022 | $376.43 | Hotel in New York, NY, one night, Marriott |
| Katie Montague | 12/5/2022 | $376.43 | Hotel in New York, NY, one night, Marriott |
| Rob Esposito | 12/5/2022 | $315.87 | Hotel in New York, NY, one night, Marriott |
| Joseph Sequeira | 12/6/2022 | $971.74 | Hotel in New York, NY, one night, Marriott |
| Rob Esposito | 12/6/2022 | $924.50 | Hotel in New York, NY, one night, Marriott |
| Robert Gordon | 12/6/2022 | $852.43 | Hotel in New York, NY, one night, Marriott |

*Exhibit F*

### FTX Trading Ltd., et al.,
### Expense Detail by Category
### August 1, 2023 through August 31, 2023

## License Fees

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Marshall, Jonathan | 3/10/2023 | $35,598.00 | Data Processing Software Transaction Fees |
| Mohammed, Azmat | 7/15/2023 | $80.06 | Subscription fee for crypto wallet time series database |
| Mohammed, Azmat | 7/18/2023 | $230.64 | Subscription fee for crypto wallet time series database |
| Mohammed, Azmat | 7/18/2023 | $23.06 | Subscription fee for crypto wallet time series database |
| Johnson, Robert | 7/31/2023 | $8,100.00 | Third-party data storage and virtual server usage |
| Kotarba, Steve | 7/31/2023 | $3,602.80 | Claims Management Monthly Data Storage Fee |
| Sivapalu, Anan | 8/18/2023 | $875.00 | CoinMarketCap Service Fee for Data Provider |
| Mohammed, Azmat | 8/19/2023 | $22.31 | Subscription fee for crypto wallet time series database |
| Sivapalu, Anan | 8/23/2023 | $129.00 | CoinGecko Data Provider Service Fee |
| Johnson, Robert | 8/31/2023 | $202,750.85 | Third-party data storage and virtual server usage |
| **Expense Category Total** | | **$251,411.72** | |

## Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Johnston, David | 3/15/2023 | $305.00 | Hotel in Dublin, Ireland, one night, Marriott |
| Johnston, David | 3/28/2023 | $381.25 | Hotel in Dublin, Ireland, one night, Marriott |
| Johnston, David | 3/29/2023 | $381.25 | Hotel in Dublin, Ireland, one night, Marriott |
| Johnston, David | 4/11/2023 | $381.25 | Hotel in Dublin, Ireland, one night, Marriott |
| Johnston, David | 4/12/2023 | $381.25 | Hotel in Dublin, Ireland, one night, Marriott |
| Johnston, David | 4/19/2023 | $381.25 | Hotel in Dublin, Ireland, one night, Marriott |
| Johnston, David | 4/25/2023 | $381.25 | Hotel in Dublin, Ireland, one night, Marriott |
| Johnston, David | 4/26/2023 | $381.25 | Hotel in Dublin, Ireland, one night, Marriott |
| Lawson, Alex | 5/1/2023 | $578.71 | Hotel stay in Nassau, Bahamas, one night, Grand Hyatt |
| Lawson, Alex | 5/2/2023 | $578.71 | Hotel stay in Nassau, Bahamas, one night, Grand Hyatt |
| Lawson, Alex | 5/3/2023 | $578.70 | Hotel stay in Nassau, Bahamas, one night, Grand Hyatt |
| Lawson, Alex | 5/4/2023 | $628.70 | Hotel stay in Nassau, Bahamas, one night, Grand Hyatt |
| Johnston, David | 5/9/2023 | $381.25 | Hotel in Dublin, Ireland, one night, Marriott |
| Johnston, David | 5/10/2023 | $381.25 | Hotel in Dublin, Ireland, one night, Marriott |

Exhibit F

**FTX Trading Ltd., et al.,**
**Expense Detail by Category**
**May 1, 2023 through May 31, 2023**

## Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| David Nizhner | 4/17/2023 | $225.00 | Hotel in Dallas, TX, one night, Marriott |
| Lance Clayton | 4/17/2023 | $223.69 | Hotel in Dallas, TX, one night, Marriott |
| Chris Arnett | 4/18/2023 | $525.00 | Hotel in New York, NY, one night, The Wall Street Hotel |
| Adam Titus | 4/18/2023 | $415.45 | Hotel in New York NY, one night, W Times Square |
| David Nizhner | 4/18/2023 | $225.00 | Hotel in Dallas, TX, one night, Marriott |
| Lance Clayton | 4/18/2023 | $223.69 | Hotel in Dallas, TX, one night, Marriott |
| Chris Arnett | 4/19/2023 | $525.00 | Hotel in New York NY, one night, The Wall Street Hotel |
| Adam Titus | 4/19/2023 | $415.45 | Hotel in New York NY, one night, W Times Square |
| David Nizhner | 4/19/2023 | $225.00 | Hotel in Dallas, TX, one night, Marriott |
| Lance Clayton | 4/19/2023 | $223.69 | Hotel in Dallas, TX, one night, Marriott |
| David Nizhner | 4/30/2023 | $225.00 | Hotel in Dallas, TX, one night, Marriott |
| Alec Liv-Feyman | 4/30/2023 | $225.00 | Hotel in Dallas, TX, one night, Marriott |
| Zach Burns | 4/30/2023 | $217.62 | Hotel in Houston, TX, one night, Marriott |
| Kim Dennison | 5/1/2023 | $525.00 | Hotel in Nassau, Bahamas, one night, Hyatt |
| Alec Liv-Feyman | 5/1/2023 | $225.00 | Hotel in Dallas, TX, one night, Marriott |
| William Walker | 5/1/2023 | $225.00 | Hotel in Dallas, TX, one night, Adolphus |
| David Nizhner | 5/1/2023 | $225.00 | Hotel in Dallas, TX, one night, Marriott |
| Mackenzie Jones | 5/1/2023 | $225.00 | Hotel in Houston, TX, one night, Le Meridien |
| Robert Gordon | 5/1/2023 | $225.00 | Hotel in Houston, TX, one night, Le Meridien |
| Steven Glustein | 5/1/2023 | $225.00 | Hotel in Houston, TX, one night, Adolphus Hotel |
| Adam Titus | 5/1/2023 | $225.00 | Hotel in Dallas, TX, one night, Westin |
| Cullen Stockmeyer | 5/1/2023 | $223.69 | Hotel in Dallas, TX, one night, Sheraton |
| Zach Burns | 5/1/2023 | $217.62 | Hotel in Houston, TX, one night, Le Meridien |
| Jack Faett | 5/1/2023 | $217.62 | Hotel in Houston, TX, one night, Le Meridien |
| Kevin Kearney | 5/1/2023 | $217.62 | Hotel in Houston, TX, one night, Marriott |
| Daniel Kuruvilla | 5/1/2023 | $217.62 | Hotel in Houston, TX, one night, Le Meridien |
| Michael Mirando | 5/1/2023 | $217.62 | Hotel in Houston, TX, one night, Marriott |
| Joseph Sequeira | 5/1/2023 | $217.62 | Hotel in Houston, TX, one night, Le Meridien |
| Kim Dennison | 5/2/2023 | $525.00 | Hotel in Nassau, Bahamas, one night, Hyatt |

Page 2 of 36

4

Case 22-11068-JTD    Doc 22097-2    Filed 07/31/24    Page 770 of 771

*Exhibit F*

*FTX Trading Ltd., et al.,*
*Expense Detail by Category*
*June 1, 2024 through June 30, 2024*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Hubbard, Taylor | 6/13/2024 | $13.92 | Uber from Dinner to Hyatt hotel |
| Hubbard, Taylor | 6/13/2024 | $10.91 | Uber from Hyatt hotel to A&M Chicago office |
| Brantley, Chase | 6/23/2024 | $324.99 | Uber from home to SNA airport |
| Trent, Hudson | 6/23/2024 | $173.78 | Uber from PHL to Hotel DuPont |
| Trent, Hudson | 6/23/2024 | $141.67 | Uber from home to DFW |
| Coverick, Steve | 6/24/2024 | $190.05 | Uber from PHL to Wilmington for DS hearing with E Mosley |
| Brantley, Chase | 6/24/2024 | $132.98 | Uber from LGA airport to Hotel Dupont |
| Mosley, Ed | 6/24/2024 | $23.94 | Uber from restaurant to Hotel DuPont with John Ray |
| Trent, Hudson | 6/24/2024 | $23.40 | Uber from dinner to Hotel DuPont |
| Trent, Hudson | 6/24/2024 | $20.75 | Uber from Hotel DuPont to dinner |
| Brantley, Chase | 6/24/2024 | $20.34 | Uber from Court hearing to dinner |
| Mosley, Ed | 6/24/2024 | $19.26 | Uber from Court hearing to restaurant |
| Trent, Hudson | 6/24/2024 | $16.64 | Uber from Hotel DuPont to Court hearing |
| Brantley, Chase | 6/24/2024 | $12.98 | Uber to Hotel DuPont from dinner |
| Brantley, Chase | 6/25/2024 | $322.76 | Uber from SNA airport to home |
| Ramanathan, Kumanan | 6/25/2024 | $239.00 | Train from NYC to Delaware for court, coach, Amtrack |
| Trent, Hudson | 6/25/2024 | $151.33 | Uber from Hotel DuPont to Court hearing |



| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 12/12/22 | Christopher J. Dunne | 1.0 | $157.88 | $157.88 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 19:50; Purpose: OT Travel |
| Local Transportation | 12/12/22 | Luke W. Ross | 1.0 | $63.38 | $63.38 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:03; Purpose: OT Travel |
| Local Transportation | 12/12/22 | Dawn A. Harris-Cox | 1.0 | $121.21 | $121.21 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:07; Purpose: OT Travel |
| Local Transportation | 12/12/22 | Keiji Hatano | 1.0 | $22.65 | $22.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:08; Purpose: OT Travel |
| Local Transportation | 12/12/22 | Alexa J. Kranzley | 1.0 | $13.28 | $13.28 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:21; Purpose: OT Travel |
| Local Transportation | 12/12/22 | Jacob M. Croke | 1.0 | $71.99 | $71.99 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:04; Purpose: OT Travel |
| Local Transportation | 12/13/22 | William M. Scheffer | 1.0 | $894.38 | $894.38 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Capitol Hill; Pick Up Time: 08:45; Business Purpose: commute (& wait) to J. Ray's Testimony for J. Ray, A&M + S&C Teams |
| Local Transportation | 12/13/22 | William M. Scheffer | 1.0 | $894.38 | $894.38 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Capitol Hill; Pick Up Time: 08:45; Business Purpose: commute (& wait) to J. Ray's Testimony for J. Ray, A&M + S&C Teams |

4868-9006-9582 v.4

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 12/13/22 | William M. Scheffer | 1.0 | $894.38 | $894.38 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Capitol Hill; Pick Up Time: 08:45; Business Purpose: commute (& wait) to J. Ray's Testimony for J. Ray, A&M + S&C Teams |
| Local Transportation | 12/13/22 | Benjamin Zonenshayn | 1.0 | $95.96 | $95.96 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:06; Purpose: OT Travel |
| Local Transportation | 12/13/22 | Luke W. Ross | 1.0 | $63.38 | $63.38 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:42; Purpose: OT Travel |
| Local Transportation | 12/13/22 | Mimi Wu | 1.0 | $57.51 | $57.51 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:23; Purpose: OT Travel |
| Local Transportation | 12/13/22 | Keiji Hatano | 1.0 | $26.19 | $26.19 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:19; Purpose: OT Travel |
| Local Transportation | 12/13/22 | Corey J. Stern | 1.0 | $23.99 | $23.99 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:18; Purpose: OT Travel |
| Local Transportation | 12/13/22 | Alexa J. Kranzley | 1.0 | $10.96 | $10.96 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:39; Purpose: OT Travel |
| Local Transportation | 12/13/22 | Jacob M. Croke | 1.0 | $82.24 | $82.24 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:10; Purpose: OT Travel |
| Local Transportation | 12/14/22 | Kathleen T. Donnelly | 1.0 | $48.08 | $48.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 19:47; Purpose: OT Travel |

4868-9006-9582 v.4

6

### Owl Hill Expense Report – Detail by Day, by Category

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 4/6/24 | Travel to Miami for international flight to London for meetings with JOLs | | | $200.00 | | | John J. Ray III |
| 4/6/24 | One-way American Airlines business class airfare MIA to LHR for meetings with JOLs | $4,279.45 | | | | | John J. Ray III |

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 4/11/24 | One-way American Airlines business class airfare LHR to MIA for meetings with JOLs | $4,279.45 | | | | | John J. Ray III |
| 4/11/24 | WiFi on board travel from meetings with JOLs in London | | | | | $35.00 | John J. Ray III |
| 4/11/24 | Travel from Miami to home from meetings with JOLs in London | | | $200.00 | | | John J. Ray III |

Exhibit F

**FTX Trading Ltd., et al.,**
**Expense Detail by Category**
**April 1, 2024 through April 30, 2024**

*Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Trent, Hudson | 3/13/2024 | $408.10 | Airfare, one way coach LGA to DFW, American Airlines |
| Chambers, Henry | 3/31/2024 | $718.53 | Airfare, round trip coach HKG to SGN to HKG, KLM |
| van den Belt, Mark | 4/1/2024 | ✗ $709.93 | Airfare, round trip coach AMS to LHR, KLM |
| Trent, Hudson | 4/2/2024 | $448.10 | Airfare, one way coach DFW to LGA, American Airlines |
| Hubbard, Taylor | 4/2/2024 | $334.78 | Airfare, round trip coach CLT to ORD, American Airlines |
| Chambers, Henry | 4/5/2024 | $240.14 | Airfare, one way coach SGN to HKG, KLM |
| Coverick, Steve | 4/6/2024 | $11,095.90 | Airfare, multi-city trip business class DFW-LHR-NRT, American Airlines |
| Mosley, Ed | 4/6/2024 | $8,524.70 | Airfare, round trip business class DFW to LHR, American Airlines |
| Ramanathan, Kumanan | 4/7/2024 | $9,174.70 | Airfare, round trip business class LGA to LHR, Delta |
| Trent, Hudson | 4/7/2024 | $8,774.70 | Airfare, round trip business class DFW to LHR, American Airlines |
| Esposito, Rob | 4/7/2024 | $8,388.00 | Airfare, round trip business class TPA to LHR, Delta |
| Chambers, Henry | 4/12/2024 | $1,272.95 | Airfare, round trip coach HKG to HND to HKG, KLM |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | 1/10/23 | Julie G. Petiford | 1.0 | $350.00 | $350.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Julie G. Petiford; Hotel Name: Hotel DuPont; Location: Wilmington, DE; Arrival Date: 1/10/2023 + Departure Date: 1/11/2023; Room Charge: 397.80 + Taxes: 39.78; Business Purpose: Attend second day hearing |
| Travel and Expenses | 1/10/23 | Brian D. Glueckstein | 1.0 | $345.00 | $345.00 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Brian D. Glueckstein; Business Purpose: Attend second day hearing |
| Travel and Expenses | 1/10/23 | Andrew G. Dietderich | 1.0 | $345.00 | $345.00 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: John Ray; Business Purpose: Attend second day hearing |
| Travel and Expenses | 1/10/23 | Andrew G. Dietderich | 1.0 | $345.00 | $345.00 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Andrew G. Dietderich; Business Purpose: Attend second day hearing |
| Travel and Expenses | 1/10/23 | Julie G. Petiford | 1.0 | $86.00 | $86.00 | Travel and expenses - Train; Starting Point: Washington, DC; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Julie G. Petiford; Business Purpose: Attend second day hearing |

4854-0589-0388 v.2



Honorable Judge John T. Dorsey
United States Bankruptcy Court District Of Delaware
824 Market Street North 3rd Floor
Wilmington, DE 19801
United States Of America