**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: F T X  T r a d i n g  L t d. <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 22-11068 <br> ) <br> ) (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| EAST WEST TECHNOLOGY VENTURES PTE LTD. | [REDACTED] |

| Name and Address where notices to transferee should be sent: | Last known address: |
|---|---|
| EAST WEST TECHNOLOGY VENTURES PTE LTD <br> 71 Robinson Road <br> Floor 15 <br> Attn: Ng Bin Hong <br> Singapore 068898 | [REDACTED] |

Schedule/Claim No: Unique Customer ID: 00152650

Creditor Name: [REDACTED]

Claim Percentage Transferred: 100%

Amount of Claim:    Per Schedule F

Debtor: FTX Trading Ltd.

Date Claim Filed:

Submitted on or about 30 September 2024

Name and Address where transferee payments should be sent (if different from above):

Same

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: 29/02/2024 _____
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, District of Delaware, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, ▮▮▮▮▮ has unconditionally and irrevocably sold, transferred and assigned to **EAST WEST TECHNOLOGY VENTURES PTE LTD**, its successors and assigns, all right, title and interest in and to the claim(s) identified below, against **FTX Trading LTD et al**.

| C | ( 00(0-1 5 2 6 5(0 | |
|---|---|---|
| - | ( ) | As detailed on Schedule F |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim.

You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.

Date: December 21st, 2024

| , E I / B | SELLER: |
|---|---|
| EAST WEST TECHNOLOGY VENTURES LTD | ▮▮▮▮ Gross |
| Name: NG BIN HONG | ▮▮▮▮▮▮▮▮ |

4

## Scheduled Claims / Proof(s) of Claims

**Except from Schedule F**

| 00152650 | [3.78/01473305867105[,USD[114.0586292784631513] AAVE[0.000000005000000],BTC[0.24997012634078181,BULL[0.000000084660000],CBSE[0.00000040714058],COIN-0.000000013412136],ENS[0.0000000100000000],ETHBD.0016884860000000],ETHW[0.0006884861236245],FTT[0.0926941605068622],SRM[107.70407431000000001,SRM_LOCKED[3012.480761630000000],USD[32115.5359737968803995000000000],USDT[0.00000013186960] |
| --- | --- |
| 00152652 | AVAX[0.0206913000000000],BNB[0.00632196796925391,BTC[0.0000654642500000],ENS[0.0073112100000000],ETH[0.00026265135956421,ETHW[0.0002826513595642],FTT[0.0593670153384227],GMT[0.4332300000000000],IMX[0.0823439000000000],LUNA2[0.003936775623000],LUNA2_LOCKED[0.0091858097860000],LUNC[0.009409675 |

**Excerpt from Amended Schedule F (2023):**

| 00152650 | Contingent | ...TRUMPFEBW[N15207.38006231, TRX[.00007]1, TRX-20200327[0], USDT[14.058629271, ZIL-PERP[0]<br>1INCH-PERP[0], AAVE[0], AAVE-20210326[0], AAVE-PERP[0], ALPHA-PERP[0], ALT-PERP[0], AR-PERP[0], ASD-PERP[0], ATOM-PERP[0], AVAX-PERP[0], BADGER-PERP[0], BAL-PERP[0], BNB-PERP[0], BNT-PERP[0], BTC[0.24997012], BTC-20210625[0], BTC-PERP[0], BULL[0], CAKE-PERP[0], CBSE[0], COIN[0], COMP-PERP[0], CRV-PERP[0], DODO-PERP[0], DOT-PERP[0], ENS[.00000001], ENS-PERP[0], ETH[60.00168848], ETH-20210625[0], ETH-PERP[0], ETHW[0.00068848], FIL-PERP[0], FTM-PERP[0], FTT[0.09269416], FTT-PERP[0], GALA-PERP[0], ICP-PERP[0], LINK-PERP[0], LRC-PERP[0], LUNC-PERP[-4335160000], MATIC-PERP[0], MKR-PERP[0], NEAR-PERP[0], OXY-PERP[0], PERP-PERP[0], POLIS-PERP[0], REN-PERP[0], ROOK-PERP[0], RUNE-PERP[0], SAND-PERP[0], SHIT-PERP[0], SNX-PERP[0], SOL-20210625[0], SOL-PERP[0], SRM[107.70407431], SRM_LOCKED[3012.48076163], SUSHI-PERP[0], SXP-PERP[0], UNI-PERP[0], USD[105878.28], USDT[0], XRP-PERP[0], YFI-PERP[0] |
| --- | --- | --- |
| 00152652 | Contingent | AAVE-PERP[0], ADA-20211231[0], AVAX[.0206913], BNB[0.00632196], BNB-PERP[0], BTC[0.00006546], BTC-PERP[0], BTTPRE-PERP[0], CAKE-PERP[0], DOGE-20210326[0], DOGE-PERP[0], |

**Excerpt from Amended Schedule F (2024):**

| 00152650 | | 1INCH-PERP[0], AAVE[0], AAVE-20210326[0], AAVE-PERP[0], ALPHA-PERP[0], ALT-PERP[0], AR-PERP[0], ASD-PERP[0], ATOM-PERP[0], AVAX-PERP[0], BADGER-PERP[0], BAL-PERP[0], BNB-PERP[0], BNT-PERP[0], BTC[0.24997012], BTC-20210625[0], BTC-PERP[0], BULL[0], CAKE-PERP[0], CBSE[0], COIN[0], COMP-PERP[0], CRV-PERP[0], DODO-PERP[0], DOT-PERP[0], ENS[.00000001], ENS-PERP[0], ETH[60.00168848], ETH-20210625[0], ETH-PERP[0], ETHW[0.00068848], FIL-PERP[0], FTM-PERP[0], FTT[0.09269416], FTT-PERP[0], GALA-PERP[0], ICP-PERP[0], LINK-PERP[0], LRC-PERP[0], LUNC-PERP[-4335160000], MATIC-PERP[0], MKR-PERP[0], NEAR-PERP[0], OXY-PERP[0], PERP-PERP[0], POLIS-PERP[0], REN-PERP[0], ROOK-PERP[0], RUNE-PERP[0], SAND-PERP[0], SHIT-PERP[0], SNX-PERP[0], SOL-20210625[0], SOL-PERP[0], SRM[107.70407431], SRM_LOCKED[3012.48076163], SUSHI-PERP[0], USD[105878.28], XRP-PERP[0], YFI-PERP[0] |
| --- | --- | --- |
| 00152652 | | AAVE-PERP[0], ADA-20211231[0], AVAX[.0206913], BNB[0.00632196], BNB-PERP[0], BTC[0.00006546], BTC-PERP[0], BTTPRE-PERP[0], CAKE-PERP[0], DOGE-20210326[0], DOGE-PERP[0], ENS[.00731121], ENS-PERP[0], ETH[0.00026265], ETH-PERP[0], ETHW[0.00026265], FIL- |

**Excerpt from Kroll Website**

### Creditor Data Details - Claim # 92276

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
02/26/2024

**Claim Number**
92276
**Schedule Number**
6786006
**Confirmation ID**
3265-70-XIZKH-329106721

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
| --- | --- | --- | --- | --- | --- | --- |
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | AAVE | ASSERTED | 0.000000005 | 0.000000005 |
| CRYPTO | BNT-PERP | ASSERTED | 0.0000000000001137 | 0.0000000000001137 |
| CRYPTO | BTC | ASSERTED | 0.2499701263407818 | 0.2499701263407818 |
| CRYPTO | BTC-PERP | ASSERTED | 0.0000000000000071 | 0.0000000000000071 |
| CRYPTO | BULL | ASSERTED | 0.000000008466 | 0.000000008466 |
| CRYPTO | CBSE | ASSERTED | 0.0000000040714058 | 0.0000000040714058 |
| CRYPTO | COIN | ASSERTED | -0.0000000013412136 | -0.0000000013412136 |
| CRYPTO | ENS | ASSERTED | 0.00000001 | 0.00000001 |
| CRYPTO | ETH | ASSERTED | 60.001688486 | 60.001688486 |
| CRYPTO | ETHW | ASSERTED | 0.0006884861236245 | 0.0006884861236245 |
| CRYPTO | FTT | ASSERTED | 0.0926941605068622 | 0.0926941605068622 |
| CRYPTO | LUNC-PERP | ASSERTED | -433516000 | -433516000 |
| CRYPTO | OXY-PERP | ASSERTED | -0.000000000007276 | -0.000000000007276 |
| CRYPTO | SRM | ASSERTED | 107.70407431 | 107.70407431 |
| CRYPTO | SRM_LOCKED | ASSERTED | 3012.48076163 | 3012.48076163 |
| CRYPTO | USDT | ASSERTED | 0.000000001318696 | 0.000000001318696 |
| CRYPTO | YFI-PERP | ASSERTED | -0.0000000000000007 | -0.0000000000000007 |
| FIAT | USD | ASSERTED | 105878.28337379677 | 105878.28337379677 |