IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| | |
|---|---|
| **OAKTREE LONDON LIQUID VALUE OPPORTUNITIES FUND (VOF), L.P.**<br>    Name of Transferee | **COINBASE GLOBAL, INC.**<br><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br><br>Attention: Colin McLafferty<br>Telephone: + 1 (347) 346-3703<br>Email: cmclafferty@oaktreecapital.com | Last known address:<br><br>248 3rd St. #434<br>Oakland, CA 94607<br>Attn: Coinbase Ventures |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

032-8402/7197740.4

Type and Amount of Interest Transferred:

|  |  | Share Count | Total Invested (Cost Basis) |
|---|---|---|---|
| West Realm Shires Inc. Series A | Preferred | 362,910 | $831,063.90 |
| FTX Trading Ltd Series B | Preferred | 929,989 | $24,375,011.69 |
|  |  |  | $25,206,075.59 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee
**OAKTREE LONDON LIQUID VALUE OPPORTUNITIES FUND (VOF), L.P.**

By: Oaktree London Liquid Value Opportunities Fund (VOF) GP, L.P.
Its: General Partner

By: Oaktree London Liquid Value Opportunities GP Ltd.
Its: General Partner
By: Oaktree Capital Management, L.P.
Its: Director

By: _____ *Colin McLafferty*
Name: Colin McLafferty
Title: Vice President

By: _____ *Steve Tesoriere*
Name: Steve Tesoriere
Title: Managing Director

Transferor
COINBASE GLOBAL, INC.

By: _____
Name: Shan Aggarwal
Title: Vice President, Head of Corporate and Business Development, Coinbase Ventures

032-8402/7197740.4

Type and Amount of Interest Transferred:

|  |  | Share Count | Total Invested (Cost Basis) |
|---|---|---|---|
| West Realm Shires Inc. Series A | Preferred | 362,910 | $831,063.90 |
| FTX Trading Ltd Series B | Preferred | 929,989 | $24,375,011.69 |
|  |  |  | $25,206,075.59 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee
**OAKTREE LONDON LIQUID VALUE OPPORTUNITIES FUND (VOF), L.P.**

By: Oaktree London Liquid Value Opportunities Fund (VOF) GP, L.P.
Its: General Partner

By: Oaktree London Liquid Value Opportunities GP Ltd.
Its: General Partner
By: Oaktree Capital Management, L.P.
Its: Director

By: _____
Name: Colin McLafferty
Title: Vice President

By: _____
Name: Steve Tesoriere
Title: Managing Director

Transferor
COINBASE GLOBAL, INC.

By: _Shan Aggarwal_ (DocuSigned)
Name: Shan Aggarwal
Title: Vice President, Head of Corporate and Business Development, Coinbase Ventures

032-8402/7197740.4