A. United States Bankruptcy Court for the District of Delaware, FTX Trading Ltd. 22-11068
   - Debtors' One Hundred First (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)
   - Docket No. 25698
   - Debtor Name- West Realm Shires Services Inc.
B. Claimant- Ryan Andrew Kahan
   - Claim number- 9176
   - I withdrew $5,589 from my FTX account on 11/09/22 and never received this amount to my linked bank account. I received an email from FTX that my withdrawal was processed, but I never received the funds.
C. I have included bank records showing all deposits made to my FTX linked Bank Of America account. As you can see from the statements, the $5,589 that I withdrew was never deposited to my account.
D. Documentation/evidence was included in original claim. The only evidence I have is my Bank Statements. I have included copies here as well. This exact situation happened to numerous FTX customers.
E. Ryan Andrew Kahan
   - 5216 26th Ave W Bradenton, FL 34209
   - 703-915-3780
   - Rkahan3@gmail.com

RECEIVED 2025 JAN -8 AM 9:32 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

# BANK OF AMERICA

## Adv Plus Banking - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Balance Summary:** ▮▮▮▮▮▮▮ (available balance as of today 07/13/2023)

View: today: 07/13/2023

## Transactions

| Posting date | Description | Type | Amount | Reconcile |
|---|---|---|---|---|

Showing results for "Deposit, 11/08/2022 To 07/13/2023"

| Posting date | Description | Type | Amount | Reconcile |
|---|---|---|---|---|
| 06/30/2023 | ▮ | ▮ | ▮ | Cleared |
| 06/20/2023 | ▮ | ▮ | ▮ | Cleared |
| 06/15/2023 | ▮ | ▮ | ▮ | Cleared |
| 05/31/2023 | ▮ | ▮ | ▮ | Cleared |
| 05/18/2023 | ▮ | ▮ | ▮ | Cleared |
| 05/15/2023 | ▮ | ▮ | ▮ | Cleared |

| Posting date | Description | Type | Amount | Reconcile |
|---|---|---|---|---|
| 04/28/2023 | | | | Cleared |
| 04/18/2023 | | | | Cleared |
| 04/14/2023 | | | | Cleared |
| 03/31/2023 | | | | Cleared |
| 03/20/2023 | | | | Cleared |
| 03/15/2023 | | | | Cleared |
| 02/28/2023 | | | | Cleared |
| 02/21/2023 | | | | Cleared |
| 02/15/2023 | | | | Cleared |

| Posting date | Description | Type | Amount | Reconcile |
|---|---|---|---|---|
| 01/31/2023 | ■ | ■ | ■ | Cleared |
| 01/18/2023 | ■ | ■ | ■ | Cleared |
| 01/13/2023 | ■ | ■ | ■ | Cleared |
| 12/30/2022 | ■ | ■ | ■ | Cleared |
| 12/27/2022 | ■ | ■ | ■ | Cleared |
| 12/20/2022 | ■ | ■ | ■ | Cleared |
| 12/19/2022 | ■ | ■ | ■ | Cleared |
| 12/15/2022 | ■ | ■ | ■ | Cleared |
| 12/13/2022 | ■ | ■ | ■ | Cleared |

| Posting date | Description | Type | Amount | Reconcile |
|---|---|---|---|---|
| 12/01/2022 | ██████ | ██████ | ██████ | Cleared |
| 12/01/2022 | ██████ | ██████ | ██████ | Cleared |
| 12/01/2022 | ██████ | ██████ | ██████ | Cleared |
| 12/01/2022 | ██████ | ██████ | ██████ | Cleared |
| 11/30/2022 | ██████ | ██████ | ██████ | Cleared |
| 11/18/2022 | ██████ | ██████ | ██████ | Cleared |
| 11/15/2022 | ██████ | ██████ | ██████ | Cleared |

# BANK OF AMERICA

RYAN A KAHAN  |  █████████████  |  October 13, 2022 to November 9, 2022

**Monthly maintenance fees for your Bank of America Advantage Plus Banking* account will now post on a later date.**

We are changing the day the monthly fee is posted to your account due to recent system updates. For statement cycles starting on or after September 30, if the requirements to avoid the monthly fee during a statement cycle are not met, the fee will now be posted on the first business day of the following monthly statement cycle.

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 10/14/22 | ███████████████████████████████ | ██████ |
| 10/17/22 | ███████████████████████████████ | ██████ |
| 10/17/22 | ███████████████████████████████ | ██████ |
| 10/31/22 | ███████████████████████████████ | ██████ |

**Total deposits and other additions** ██████

# BANK OF AMERICA

RYAN A KAHAN  |  ███████████  |  November 10, 2022 to December 12, 2022

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 11/15/22 | ███ | ███ |
| 11/18/22 | ███ | ███ |
| 11/30/22 | ███ | ███ |
| 12/01/22 | ███ | ███ |
| 12/01/22 | ███ | ███ |
| 12/01/22 | ███ | ███ |
| 12/01/22 | ███ | ███ |

**Total deposits and other additions** ███

PME
BRADENTON, FL 34209
JAN 06, 2025

19801

$32.00

RDC 07

S2322S500689-41

# PRIORITY MAIL EXPRESS®

FLAT RATE ENVELOPE
ANY WEIGHT

Schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



EP13F October 2023
OD: 12 1/2 x 9 1/2

PS10001000006

**PRESS FIRMLY TO SEAL**

## UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EJ 204 025 003 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( 978 ) 804-3795

RYAN KAHAN
5216 26TH AVE W
BRADENTON, FL
34209

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT)   PHONE ( )

OFFICE OF THE CLERK OF
U.S. BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE
824 MARKET ST. 3RD FLOOR
WILMINGTON, DE

ZIP + 4® (U.S. ADDRESSES ONLY)
1 9 8 0 1

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included.

**PEEL FROM THIS CORNER**

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☑ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
| 34209 | 1/7/25 | $ 32.00 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | Insurance Fee $ | COD Fee $ |
| 1/6/25 | | | |
| Time Accepted ☐ AM ☐ PM  12:33 | 10:30 AM Delivery Fee $ | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ 32.00 | |
| Weight  ☑ Flat Rate  lbs. ozs. | Acceptance Employee Initials | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

LABEL 11-B, MARCH 2019    PSN 7690-02-000-9996







**UNITED STATES POSTAL SERVICE**