RECEIVED

2025 JAN -8  AM 9: 20

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Gabriel Presedo**
Bd de la Cluse 57
1205 Genève / Suisse

Geneva, 17.12.2024

**United States Bankruptcy Court for the District of Delaware**
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

**Subject:** Response to Objection Regarding My Proof of Claim – FTX Trading Ltd., Case No. 22-11068, Claim No. 8344.

**Dear Sir or Madam,**

I am writing in response to the objection filed against my Proof of Claim in the bankruptcy proceedings of FTX Trading Ltd. I respectfully provide the following clarifications and requests for review:

---

### 1. TRX (Tron) Assets

At the time of FTX's shutdown, I held a balance of **139,310 TRX** on my FTX account. Based on the valuation of TRX on the FTX platform during the suspension of services, the value of my TRX exceeded **$30,000 USDC**.

It is important to note that during the liquidity crisis, the FTX management, including its CEO, actively encouraged users to convert their assets into TRX to facilitate withdrawals. This decision caused a significant artificial increase in the price of TRX on the platform, decoupling its value from market prices on other major exchanges (e.g., Binance, Kraken).

**Request:**

- I request that the valuation of my TRX be recognized based on the prices reflected on the FTX platform at the time of its closure, amounting to over **$30,000 USDC**.

## 2. Missing NFTs

Additionally, I held several NFTs on my FTX account, specifically:

- FTX MOON #184
- FTX MOON #170
- FTX MOON #228

These digital assets were part of my holdings on FTX and do not appear to be accounted for in the current valuation of my claim.

**Request:**

- I request a thorough review of FTX's internal records to ensure that these NFTs are included in my claim.

The inability to recover my digital assets, combined with the extended uncertainty regarding their status, has caused significant financial harm and emotional distress. As a customer acting in good faith, I could not have predicted the sudden shutdown of the platform or the resulting consequences.

I remain available to provide any further information or clarification needed to accurately evaluate my claim.

Thank you for your attention to this matter. I look forward to a favorable resolution.

Sincerely,

**PRESEDO Gabriel**



**Twitter (X) post from FTX official and SBF :**

10 november 2024



FTX ✓
@FTX_Official

FTX Announcement Regarding the Tron Credit Facility:

We are pleased to announce that we have reached an agreement with Tron to establish a special facility to allow holders of TRX, BTT, JST, SUN, and HT to swap assets from FTX 1:1 to external wallets.



SBF ✓
@SBF_FTX

We hope this is just step one: beginning to find ways to bring liquidity to users.

That is the core thing that I am fighting for right now, and will continue to fight for in whatever ways I can.

Traduire le post



FTX ✓ @FTX_Official · 10.11.22
FTX Announcement Regarding the Tron Credit Facility:

We are pleased to announce that we have reached an agreement with Tron to establish a special facili...

19:34 · 10.11.22



RÉPUBLIQUE ET CANTON DE GENÈVE

TENEBRAS LUX

P:

RESEDO Gabriel
1 de la Cluse 57
25 Genève / Suisse

17.12.24 09:17
CH - 1200
Genève 8
P.P. Postage Paid
1158

CHF 12.50
pro clima
PRIORITY
Gross 2
0.038 kg

R
Recommandé
RD 222 311 583 CH
Please scan - Signature required
Veuillez scanner - Remise contre Signature

United States Bankruptcy
Court for the District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801
USA