## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

### ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following omnibus hearing date in the above-captioned proceedings:

**April 17, 2025 at 10:00 a.m. (ET) (Fee Hearing)**

Dated: January 9th, 2025　　　　　　　　　　**JOHN T. DORSEY**
Wilmington, Delaware　　　　　　　　　　　**UNITED STATES BANKRUPTCY JUDGE**