**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Hearing Date: April 17, 2025, at 10:00 a.m. (ET)<br>Objection Deadline: January 31, 2025 at 4:00 p.m. (ET) |

**FINAL APPLICATION OF ALIXPARTNERS, LLP, FORENSIC
INVESTIGATION CONSULTANT TO THE CHAPTER 11 DEBTORS
AND DEBTORS-IN-POSSESION, FOR COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD FROM NOVEMBER 28, 2022 THROUGH OCTOBER 8, 2024**

| | |
|---|---|
| **Name of Applicant:** | **ALIXPARTNERS, LLP** |
| **Authorized to provide professional services to:** | **The Debtors and Debtors-in-Possession** |
| **Date of Retention:** | **January 20, 2023 *nunc pro tunc* to November 28, 2022 [Docket No. 546]** |
| **Final Period for which compensation and reimbursement is sought:** | **November 28, 2022 through October 8, 2024** |
| **Amount of Final Compensation sought as actual, reasonable and necessary:** | **$67,614,162.98[2]** |
| **Amount of Final Expense Reimbursement sought as actual, reasonable, and necessary:** | **$693,956.47[3]** |
| **Total compensation paid to date:** | **$66,643,325.48** |
| **Total expenses paid to date:** | **$693,956.47** |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] This amount reflects fee reductions in the aggregate amount of $1,394,781.52 that were agreed upon with the Fee Examiner during the Final Period.

[3] This amount reflects expense reductions in the aggregate amount of $169,524.70 that were agreed upon with the Fee Examiner during the Final Period.

| **Blended hourly rate:** | **$767.58** |
|---|---|
| **The total time expended for fee application preparation is 2,303.9 hours and the corresponding compensation requested is $1,345,219.00.** ||
| **This is a(n):    ___ Monthly Application  ____ Interim Application  _X_ Final Application** ||

## ALIXPARTNERS, LLP

## SUMMARY OF MONTHLY FEE STATEMENTS
## DURING THE FINAL PERIOD

| Date Filed; Docket No. | Period | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses | Certificate of No Objection | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| 02/07/2023 Docket #645 | 11/28/2022 - 12/31/2022 | $ 1,103,379.25 | $ 21,288.04 | $ 1,103,379.25 | $ 21,288.04 | 02/28/2023 Docket #780 | $ - |
| 03/06/2023 Docket #816 | 01/01/2023 - 01/31/2023 | 2,114,603.25 | 9,074.28 | 2,074,632.17 | 9,074.28 | 03/17/2023 Docket #1116 | 39,971.08 |
| 04/04/2023 Docket #1220 | 02/01/2023 - 02/28/2023 | 3,003,579.25 | 4,991.04 | 3,003,579.25 | 4,991.04 | 04/25/2023 Docket #1346 | - |
| 05/01/2023 Docket #1397 | 03/01/2023 - 03/31/2023 | 4,444,875.00 | 72,285.60 | 4,444,875.00 | 72,285.60 | 05/01/2023 Docket #1397 | - |
| 06/02/2023 Docket #1560 | 04/01/2023 - 04/30/2023 | 4,849,966.75 | 43,924.43 | 4,639,966.75 | 28,924.43 | 06/26/2023 Docket #1717 | 225,000.00 |
| 06/30/2023 Docket #1820 | 05/01/2023 - 05/31/2023 | 5,122,984.75 | 52,672.11 | 5,122,984.75 | 52,672.11 | 07/21/2023 Docket #1893 | - |
| 07/31/2023 Docket #2099 | 06/01/2023 - 06/30/2023 | 5,053,953.75 | 46,599.88 | 5,053,953.75 | 46,599.88 | 08/24/2023 Docket #2242 | - |
| 8/30/2023 Docket #2274 | 07/01/2023 - 07/31/2023 | 4,196,327.75 | 114,059.80 | 3,815,657.96 | 61,037.44 | 09/20/2023 Docket #2653 | 433,692.15 |
| 9/29/2023 Docket #2774 | 08/01/2023 - 08/31/2023 | 4,607,471.00 | 79,925.05 | 4,225,639.08 | 18,444.76 | 10/20/2023 Docket #3327 | 443,312.21 |
| 10/31/2023 Docket #3633 | 09/01/2023 - 09/30/2023 | 4,129,430.50 | 56,064.99 | 4,129,430.50 | 56,064.99 | 11/30/2023 Docket #4433 | - |
| 11/29/2023 Docket #4206 | 10/01/2023 - 10/31/2023 | 4,573,717.75 | 51,619.12 | 4,573,717.75 | 51,619.12 | 12/20/2023 Docket #4932 | - |
| 12/22/2023 Docket #5100 | 11/01/2023 - 11/30/2023 | 3,464,556.50 | 67,893.53 | 3,277,570.12 | 43,694.83 | 01/12/2024 Docket #5689 | 211,185.08 |
| 01/31/2024 Docket #6852 | 12/01/2023 - 12/31/2023 | 2,281,171.00 | 3,123.18 | 2,281,171.00 | 3,123.18 | 02/21/2024 Docket #7711 | - |
| 02/29/2024 Docket #8303 | 01/01/2024 - 01/31/2024 | 2,750,336.50 | 6,663.90 | 2,750,336.50 | 6,663.90 | 03/21/2024 Docket #10100 | - |
| 03/28/2024 Docket #10659 | 02/01/2024 - 02/29/2024 | 2,434,885.75 | 5,968.76 | 2,434,885.75 | 5,968.76 | 04/18/2024 Docket #12248 | - |
| 04/26/2024 Docket #10659 | 03/01/2024 - 03/31/2024 | 2,126,550.75 | 13,531.36 | 2,126,550.75 | 13,531.36 | 05/17/2024 Docket #15143 | - |
| 05/31/2024 Docket #16372 | 04/01/2024 - 04/30/2024 | 2,062,319.50 | 64,990.30 | 1,954,209.87 | 52,130.57 | 06/21/20024 Docket #18411 | 120,969.36 |
| 6/14/2024 Docket #17659 | 04/01/2024 - 04/30/2024 | | 2,790.59 | | 2,790.59 | | - |
| 06/28/2024 Docket #19158 | 05/01/2024 - 05/31/2024 | 2,210,330.00 | 36,570.21 | 2,123,117.28 | 33,606.59 | 07/22/2024 Docket #20998 | 90,176.34 |
| 07/26/2024 Docket #21725 | 06/01/2024 - 06/30/2024 | 1,661,925.00 | 952.26 | 1,661,925.00 | 952.26 | 08/14/2024 Docket #22979 | - |
| 08/29/2024 Docket #24024 | 07/01/2024 - 07/31/2024 | 1,962,393.00 | 2,885.73 | 1,962,393.00 | 2,885.73 | 09/19/2024 Docket #25284 | - |

*[Chart Continued on Next Page]*

3

## ALIXPARTNERS, LLP

## SUMMARY OF MONTHLY FEE STATEMENTS
## DURING THE FINAL PERIOD

| Date Filed; Docket No. | Period | Requested | | Paid | | Certificate of No Objection | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 09/30/2024 Docket #26056 | 08/01/2024 - 08/31/2024 | 2,076,614.00 | 61,757.02 | 1,661,291.20 | 61,757.02 | 10/22/2024 Docket #27161 | 415,322.80 |
| 10/31/2024 Docket #27480 | 09/01/2024 - 09/30/2024 | 2,130,097.00 | 42,109.41 | 1,704,077.60 | 42,109.41 | 11/21/2024 Docket #28213 | 426,019.40 |
| 11/15/2024 Docket #27972 | 10/01/2024 - 10/08/2024 | 647,476.50 | 1,740.58 | 517,981.20 | 1,740.58 | 12/09/2024 Docket #28651 | 129,495.30 |
| Subtotal | | $ 69,008,944.50 | $ 863,481.17 | $ 66,643,325.48 | $ 693,956.47 | | $ 2,535,143.72 |
| Less Voluntary Reduction | | (39,971.08) | | | | | (39,971.08) |
| Less Voluntary Reduction | | (210,000.00) | (15,000.00) | | | | (225,000.00) |
| Less Voluntary Reduction | | (380,669.79) | (53,022.36) | | | | (433,692.15) |
| Less Voluntary Reduction | | (381,831.92) | (61,480.29) | | | | (443,312.21) |
| Less Voluntary Reduction | | (186,986.38) | (24,198.70) | | | | (211,185.08) |
| Less Voluntary Reduction | | (108,109.63) | (12,859.73) | | | | (120,969.36) |
| Less Voluntary Reduction | | (87,212.72) | (2,963.62) | | | | (90,176.34) |
| Total | | $ 67,614,162.98 | $ 693,956.47 | $ 66,643,325.48 | $ 693,956.47 | | $ 970,837.50 |

---

[1]  This voluntary reduction refers to reduced fees that AlixPartners agreed upon with the Fee Examiner during the First Interim Period.

[2]  This voluntary reduction refers to reduced fees and expenses that AlixPartners agreed upon with the Fee Examiner during the Second Interim Period.

[3]  This voluntary reduction refers to reduced fees and expenses that AlixPartners agreed upon with the Fee Examiner during the Third Interim Period.

[4]  This voluntary reduction refers to reduced fees and expenses that AlixPartners agreed upon with the Fee Examiner during the Fourth Interim Period.

[5]  This voluntary reduction refers to reduced fees and expenses that AlixPartners agreed upon with the Fee Examiner during the Fifth Interim Period.

[6]  This voluntary reduction refers to reduced fees and expenses that AlixPartners agreed upon with the Fee Examiner during the Sixth Interim Period.

[7]  This voluntary reduction refers to reduced fees and expenses that AlixPartners agreed upon with the Fee Examiner during the Seventh Interim Period.

## ALIXPARTNERS, LLP

## SUMMARY OF INTERIM FEE APPLICATIONS

| Date Filed; Docket No. | Period Covered | Requested Fees | Requested Expenses | Date Order Filed; Docket No. | Awarded Fees | Awarded Expenses | Paid Fees | Paid Expenses | Amount Outstanding |
|---|---|---|---|---|---|---|---|---|---|
| 03/17/2023 Docket #1116 | 11/28/2023 - 01/31/2023 | $ 3,217,982.50 | $ 30,362.32 | 06/28/2023 Docket #1794 | $ 3,178,011.42 | $ 30,362.32 | $ 3,178,011.42 | $ 30,362.32 | $ 39,971.08 |
| 06/15/2023 Docket #1644 | 02/01/2023 - 04/30/2023 | 12,298,421.00 | 121,201.07 | 09/13/2023 Docket #2506 | 12,088,421.00 | 106,201.07 | 12,088,421.00 | 106,201.07 | 225,000.00 |
| 09/15/2023 Docket #2520 | 05/01/2023 - 07/31/2023 | 14,373,266.25 | 213,331.79 | 12/12/2023 Docket #4622 | 13,992,596.46 | 160,309.43 | 13,992,596.46 | 160,309.43 | 433,692.15 |
| 12/15/2023 Docket #4813 | 08/01/2023 - 10/31/2023 | 13,310,619.25 | 187,609.16 | 03/19/2024 Docket #9706 | 12,928,787.33 | 126,128.87 | 12,928,787.33 | 126,128.87 | 443,312.21 |
| 03/15/2024 Docket #9539 | 11/01/2023 - 01/31/2024 | 8,496,064.00 | 77,680.61 | 06/17/2024 Docket #17787 | 8,309,077.62 | 53,481.92 | 8,309,077.62 | 53,481.91 | 211,185.08 |
| 6/14/2024 Docket #17659 | 02/01/2024 - 04/30/2024 | 6,623,756.00 | 87,281.01 | 09/11/2024 Docket #24510 | 6,515,646.37 | 74,421.28 | 6,515,646.37 | 74,421.28 | 120,969.36 |
| 09/13/2024 Docket #24755 | 05/01/2024 - 07/31/2024 | 5,834,648.00 | 40,408.20 | 12/12/2024 Docket #28742 | 5,747,435.28 | 37,444.58 | 5,747,435.28 | 37,444.58 | 90,176.34 |
| 12/16/2024 Docket #28337 | 08/01/2024 - 10/08/2024 | 4,854,187.50 | 105,607.01 | | | | 3,883,350.00 | 105,607.01 | 970,837.50 |
| **Subtotal** | | **$ 69,008,944.50** | **$ 863,481.17** | | **$ 62,759,975.48** | **$ 588,349.47** | **$ 66,643,325.48** | **$ 693,956.47** | **$ 2,535,143.72** |
| Less Voluntary Reduction | | (39,971.08) | | | | | | | (39,971.08) |
| Less Voluntary Reduction | | (210,000.00) | (15,000.00) | | | | | | (225,000.00) |
| Less Voluntary Reduction | | (380,669.79) | (53,022.36) | | | | | | (433,692.15) |
| Less Voluntary Reduction | | (381,831.92) | (61,480.29) | | | | | | (443,312.21) |
| Less Voluntary Reduction | | (186,986.38) | (24,198.70) | | | | | | (211,185.08) |
| Less Voluntary Reduction | | (108,109.63) | (12,859.73) | | | | | | (120,969.36) |
| Less Voluntary Reduction | | (87,212.72) | (2,963.62) | | | | | | (90,176.34) |
| **Total** | | **$ 67,614,162.98** | **$ 693,956.47** | | **$ 62,759,975.48** | **$ 588,349.47** | **$ 66,643,325.48** | **$ 693,956.47** | **$ 970,837.50** |

## ALIXPARTNERS, LLP

### SUMMARY OF HOURS AND FEES BY PROFESSIONAL[1]
### DURING THE FINAL PERIOD

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Matthew Evans | Partner & Managing Director | $1,160/$1,220/$1,410 | 661.9 | 829,965.00 |
| Matthew Jacques | Partner & Managing Director | $1,220/$1,280/$1,410 | 458.4 | $ 588,518.00 |
| Charles Cipione | Partner & Managing Director | $1,160/$1,220/$1,320 | 1,690.5 | 2,105,758.00 |
| David J White | Partner & Managing Director | $1,085/$1,080/$1,225 | 1,427.6 | 1,648,912.00 |
| Chudozie Okongwu | Partner & Managing Director | $1,220 | 8.4 | 10,248.00 |
| Marc J Brown | Partner & Managing Director | $1,220 | 12.3 | 15,006.00 |
| Mark F Rule | Partner & Managing Director | $1,140 | 18.4 | 20,976.00 |
| Erin McHugh | Partner | $1,115 | 33.4 | 37,241.00 |
| Thomas Hofner | Partner | $1,115/$1,200 | 1,234.0 | 1,434,313.50 |
| Anne Vanderkamp | Director/Partner | $950/$1,200 | 1,829.7 | 1,871,215.00 |
| John C LaBella | Director/Partner | $945/$1,115/$1,200 | 2,757.6 | 3,114,198.00 |
| Lilly M Goldman | Director/Partner | $880/$1,115/$1,200 | 1,944.4 | 2,177,903.00 |
| Todd Toaso | Director/Partner | $880/$950/$1,200 | 1,697.0 | 1,773,747.00 |
| David Waterfield | Director/Partner | $945/$1,115 | 295.6 | 327,860.00 |
| Elizabeth S Kardos | Director/Partner | $750/$800/$900 | 83.5 | 67,465.00 |
| Mark Cervi | Director | $1,020/$1,125 | 1,764.9 | 1,812,819.00 |
| Tao Shen | Director | $1,070 | 681.8 | 729,526.00 |
| Steven Hanzi | Director | $950/$1,025 | 1,270.5 | 1,208,295.00 |
| Travis Phelan | Director | $880/$950/$1,025 | 3,278.1 | 3,198,182.00 |
| Bennett F Mackay | Senior Vice President/Director | $700/$805/$960 | 3,079.5 | 2,644,458.00 |
| Jiayan Xu | Director | $880/$960 | 553.5 | 487,592.00 |
| Kurt H Wessel | Director | $880/$960 | 2,197.3 | 1,998,368.00 |
| Adam Searles | Director | $880/$950 | 952.4 | 898,984.00 |

*[Chart Continued on Next Page]*

---

[1] AlixPartners' standard hourly rates are reviewed semi-annually and certain professionals' rates were adjusted as of January 1, 2023, January 1, 2024 and July 1, 2024. Adjustments included reasonable, routine, across-the-board rate increases to reflect promotions and general market increases comparable to market rates of comparable firms performing similar services.

## ALIXPARTNERS, LLP

## SUMMARY OF HOURS AND FEES BY PROFESSIONAL
## DURING THE FINAL PERIOD

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Edward Boyle | Director | $950 | 322.1 | 305,995.00 |
| Justin Sutherland | Director | $880/$950 | 533.3 | 501,042.00 |
| Shuchi Satwah | Director | $950 | 10.7 | 10,165.00 |
| Brent Robison | Director | $880/$950 | 739.6 | 700,506.00 |
| Christopher Smith | Director | $880 | 4.1 | 3,608.00 |
| Dana Schwartz | Director | $840/$880 | 1,501.5 | 1,315,860.00 |
| Ryan H Komendowski | Director | $880 | 31.7 | 27,896.00 |
| Leslie I Morrison | Director | $880/$960 | 240.5 | 213,912.00 |
| Ganesh Gopalakrishnan | Senior Vice President | $860/$910/$950 | 2,679.6 | 2,392,765.00 |
| Alexander Patti | Senior Vice President | $825/$880 | 973.6 | 806,745.50 |
| Lewis Beischer | Senior Vice President | $805/$855/$880 | 2,591.4 | 2,170,859.50 |
| Matthew Birtwell | Senior Vice President | $805/$855/$880 | 3,366.1 | 2,775,518.00 |
| Ryan Griffith | Senior Vice President | $855/$880 | 920.8 | 791,211.50 |
| Takahiro Yamada | Senior Vice President | $805/$855/$880 | 2,287.1 | 1,875,933.00 |
| Bard Ricciardi | Senior Vice President | $860 | 31.8 | 27,348.00 |
| Hoyle J Fulbright | Senior Vice President | $795/$860 | 21.5 | 17,716.50 |
| Di Liang | Vice President/Senior Vice President | $605/$800/$825 | 2,500.4 | 1,660,822.00 |
| Jeffrey R Berg | Senior Vice President | $735/$800/$825 | 1,552.3 | 1,199,118.50 |
| John L Somerville | Senior Vice President | $825 | 1,603.3 | 1,322,722.50 |
| Anhtuan Le | Senior Vice President | $805 | 50.2 | 40,411.00 |
| Georgios Moschopoulos | Senior Vice President | $805 | 113.5 | 91,367.50 |
| Nicholas Caminiti | Senior Vice President | $805 | 4.8 | 3,864.00 |
| Vaibhav Asher | Senior Vice President | $700/$805 | 625.1 | 498,606.50 |
| Bruce Smathers | Senior Vice President | $735 | 75.2 | 55,272.00 |
| Ezra Roth | Senior Vice President | $700/$735 | 94.5 | 69,149.50 |
| Irina A Cordero | Senior Vice President | $735 | 2.9 | 2,131.50 |

*[Chart Continued on Next Page]*

## ALIXPARTNERS, LLP

### SUMMARY OF HOURS AND FEES BY PROFESSIONAL DURING THE FINAL PERIOD

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Kristina Galbraith | Senior Vice President | $700/$735 | 11.1 | 8,074.50 |
| Joseph Demyanovich | Senior Vice President | $670/$725 | 28.0 | 19,953.50 |
| Kaitlyn A Sundt | Senior Vice President | $550/$585/$650 | 194.0 | 113,776.00 |
| Sari Rosenfeld | Senior Vice President | $625 | 29.3 | 18,312.50 |
| Brooke Filler | Vice/President/Senior Vice President | $485/$510/$575 | 101.9 | 51,714.00 |
| Laurie Capen Verry | Senior Vice President | $540/$575 | 213.8 | 115,921.00 |
| Heather E Saydah | Senior Vice President | $550 | 1.2 | 660.00 |
| Ryan Backus | Vice President | $725/$770 | 1,958.8 | 1,457,754.50 |
| Seen Yung Wong | Vice President | $605/$770 | 1,578.1 | 954,882.50 |
| Chi Chen | Vice President | $750 | 10.6 | 7,950.00 |
| Chuanqi Chen | Vice President | $605/$690/$750 | 1,560.4 | 945,674.00 |
| Randi Self | Vice President | $585/$690/$750 | 2,227.5 | 1,406,118.00 |
| Muhammad Madarbux | Vice President | $715 | 174.1 | 124,481.50 |
| Travis Dane | Vice President | $715 | 3.7 | 2,645.50 |
| Allyson Calhoun | Consultant/Vice President | $510/$640 | 3,030.5 | 1,738,670.00 |
| Eric Mostoff | Consultant/Vice President | $510/$640 | 2,761.9 | 1,510,021.00 |
| Linna Jia | Consultant/Vice President | $555/$640 | 2,131.6 | 1,260,320.00 |
| Sean Thompson | Consultant/Vice President | $510/$640 | 2,236.2 | 1,254,654.00 |
| Christy Wong | Vice President | $605 | 35.1 | 21,235.50 |
| Varun Kotharu | Vice President | $555/$605 | 853.4 | 513,457.00 |
| Yujing Sun | Vice President | $605 | 443.6 | 268,378.00 |
| Aidan Walker | Vice President | $510/$585 | 951.9 | 556,726.50 |
| Christina Iacovides | Vice President | $585 | 37.0 | 21,645.00 |
| Jo-Kuang Liao | Vice President | $585 | 648.6 | 379,431.00 |
| Katerina Vasiliou | Vice President | $585 | 1,386.0 | 810,810.00 |
| Leon Schoonderwoerd | Vice President | $585 | 234.5 | 137,182.50 |
| Qiulu Zeng | Vice President | $585 | 36.7 | 21,469.50 |
| Rose-Marie Fuchs | Vice President | $585 | 91.5 | 53,527.50 |

*[Chart Continued on Next Page]*

## ALIXPARTNERS, LLP

## SUMMARY OF HOURS AND FEES BY PROFESSIONAL
## DURING THE FINAL PERIOD

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Ross Headington | Vice President | $585 | 188.2 | 110,097.00 |
| Shiying Zhou | Vice President | $585 | 480.3 | 280,975.50 |
| Yue Shen | Vice President | $585 | 153.0 | 89,505.00 |
| Lisa Marie Bonito | Vice President | $475/$500/$550 | 706.4 | 365,732.50 |
| Jennifer A Bowes | Vice President | $485/$535 | 41.6 | 20,231.00 |
| Jennifer Braverman | Vice President | $485/$535 | 125.5 | 64,987.50 |
| Elizabeth Teifer | Vice President | $510/$585 | 612.8 | 354,168.00 |
| Griffin Shapiro | Consultant/Vice President | $510/$585 | 3,423.9 | 1,807,285.50 |
| Jason Chin | Consultant | $510/$585 | 2,345.2 | 1,242,393.00 |
| Olivia Braat | Consultant | $510/$585 | 1,803.0 | 956,776.50 |
| Shengjia Kang | Consultant | $510/$585 | 2,374.6 | 1,246,344.00 |
| Karine Zhuo | Consultant | $555 | 60.2 | 33,411.00 |
| Neel Tambe | Consultant | $555 | 30.4 | 16,872.00 |
| Zifan Chen | Consultant | $555 | 663.8 | 368,409.00 |
| Chenxi Xu | Consultant | $455/$510 | 860.0 | 436,097.50 |
| Vasileios Paloglou | Consultant | $510 | 66.2 | 33,762.00 |
| Yuqing Tong | Consultant | $455/$510 | 530.8 | 268,821.50 |
| Xiaoyue Su | Consultant | $415/$500 | 1,067.1 | 442,889.00 |
| Ryan Stutz | Consultant | $415 | 106.5 | 44,197.50 |
| Si Yu Yao | Consultant | $415 | 479.7 | 199,075.50 |
| Derrick Q Irving | Paralegal | $380 | 6.3 | 2,394.00 |
| **Total Hours and Fees for Professionals** | | | **89,904.8** | **$ 70,041,965.00** |
| Less 50% Travel Fees | | | | (1,033,020.50) |
| **Total Fees for Professionals** | | | | **69,008,944.50** |
| Less Fee Reductions | | | | (1,394,781.52) |
| **Total Fees for Professionals After Reductions** | | | | **67,614,162.98** |

**Average Billing Rate  $           767.58**

## ALIXPARTNERS, LLP

### SUMMARY OF HOURS AND FEES BY MATTER CATEGORY
### DURING THE FINAL PERIOD

| Matter Code | Matter Category | Hours | Fees |
|---|---|---|---|
| 1.1 | Chapter 11 Process / Case Management | 1,795.8 | 1,591,692.50 |
| 1.2 | Communication & Meetings with Interested Parties | 1,473.4 | 1,470,839.50 |
| 1.3 | Communication with Regulatory Parties | - | - |
| 1.4 | U.S. Trustee / Court Reporting Requirements | - | - |
| 1.5 | Forensic Analysis | 14,145.6 | 10,827,450.50 |
| 1.6 | Document Review | 1,106.1 | 879,620.50 |
| 1.7 | Interviews | 4.4 | 4,186.00 |
| 1.8 | Public Data & Research | 237.9 | 190,488.00 |
| 1.9 | Claims Process | - | - |
| 1.10 | eDiscovery | 492.2 | 366,898.00 |
| 1.11 | Reporting & Presentation of Findings | 1,760.9 | 1,423,419.00 |
| 1.12 | Preparation for / Attend Court Hearings | 27.3 | 25,268.00 |
| 1.13 | Retention Applications & Relationship Disclosures | 298.2 | 170,852.00 |
| 1.14 | Fee Statements & Fee Applications | 2,303.9 | 1,345,219.00 |
| 1.15 | Financial Statement Reconstruction | 48,137.3 | 37,320,730.50 |
| 1.16 | Special Investigations | 7,492.5 | 5,378,740.50 |
| 1.17 | Solvency Analysis | 733.3 | 666,147.00 |
| 1.19 | Examiner Related | 119.7 | 144,225.00 |
| 1.20 | Avoidance Actions | 7,124.3 | 6,170,148.00 |
| 1.31 | Travel Time | 2,652.0 | 1,033,020.50 |
| **Total Hours and Fees by Matter Category** | | **89,904.8** | **$ 69,008,944.50** |
| Less Fee Reductions | | | (1,394,781.52) |
| **Total Hours and Fees by Matter Category After Reductions** | | | **$ 67,614,162.98** |

**Average Billing Rate   $   767.58**

10

## ALIXPARTNERS, LLP

### SUMMARY OF EXPENSES
### DURING THE FINAL PERIOD

| Expense Category | Amount |
|---|---:|
| Airfare | $ 158,991.32 |
| Client Research | 43,946.12 |
| Data Storage Fees | 179,734.88 |
| Ground Transportation | 73,815.76 |
| Lodging | 313,914.93 |
| Meals | 86,636.22 |
| Gas, Parking & Tolls | 4,797.48 |
| Phone and Internet | 1,625.14 |
| Postage/Messenger/Courier | 19.32 |
| **Total Expenses** | **$ 863,481.17** |
| Less Expense Reductions | (169,524.70) |
| **Total Expenses After Reductions** | **$ 693,956.47** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et. al..*,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Hearing Date: April 17, 2025, at 10:00 a.m. (ET)**<br>**Objection Deadline: January 31, 2025 at 4:00 p.m. (ET)** |

**FINAL APPLICATION OF ALIXPARTNERS, LLP, FORENSIC
INVESTIGATION CONSULTANT TO THE CHAPTER 11 DEBTORS
AND DEBTORS-IN-POSSESION, FOR COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD FROM NOVEMBER 28, 2022 THROUGH OCTOBER 8, 2024**

AlixPartners, LLP ("AlixPartners"), as forensic investigation consultant to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its final application (the "Application") for allowance of compensation for professional services rendered and reimbursement of out-of-pocket expenses incurred for the period from November 28, 2022 through October 8, 2024 (the "Final Period"). AlixPartners respectfully states as follows:

**Jurisdiction and Venue**

1.　　The United States Bankruptcy Court for the Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.　　Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**Background**

3. On November 11 and November 14, 2022 (as applicable, the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned chapter 11 cases (the "Chapter 11 Cases") in this Court.

4. Joint administration of the Chapter 11 Cases was authorized by the Court by entry of an order on November 22, 2022 [Docket No. 128].

5. No trustee has been appointed in these Chapter 11 Cases.

6. On December 15, 2022, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Official Committee of Unsecured Creditors [Docket No. 231].

7. On December 21, 2022, the Debtors filed their *Application for an Order Authorizing the Retention and Employment of AlixPartners, LLP as Forensic Investigation Consultant to the Debtors Nunc Pro Tunc to November 28, 2022* [Docket No. 277].

8. On January 20, 2023, the Court entered the *Order Authorizing the Retention and Employment of AlixPartners, LLP as Forensic Investigation Consultant to the Debtors Nunc Pro Tunc to November 28, 2022* [Docket No. 546] (the "Retention Order").

9. The Retention Order approved the terms of AlixPartners' hourly fee and expense structure set forth in the engagement letter dated November 28, 2022 (the "Engagement Letter") and authorized AlixPartners to be compensated and reimbursed pursuant to section 327 of the Bankruptcy Code in accordance with the terms of the Engagement Letter, subject to the procedures set forth in the Title 11 of the Bankruptcy Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-2 of the *Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware* (the "Local Rules"), the United States

Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted June 11, 2013 (the "U.S. Trustee Guidelines") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 435] (the "Interim Compensation Order"), and any other applicable orders of this Court.

10. As set forth in the Engagement Letter, AlixPartners' standard hourly rates are reviewed annually and certain professionals' rates were adjusted as of January 1, 2023, January 1, 2024 and July 1, 2024, which included reasonable, routine, across-the-board rate increases to reflect promotions and general market increases. At the end of each calendar year, AlixPartners evaluates the appropriate hourly billing rate for its professionals in each of its service offerings, when compared to market of comparable firms performing similar services.

11. Pursuant to the Engagement Letter, Matthew Evans is the Partner and Managing Director responsible for this engagement, assisted by a staff of consultants at various levels with a wide range of relevant skills and abilities.

12. On March 8, 2023, the Court entered the *Order (i) Appointing Fee Examiner and (ii) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [Docket No. 834] appointing Katherine Sadler (the "Fee Examiner") to serve as the fee examiner in these Chapter 11 Cases and establishing certain procedures in connection therewith.

13. On September 30, 2024, the Debtors filed their *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [Docket No. 26029] (the "Plan").

14. On October 8, 2024, the Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [Docket No. 26404] (the "Confirmation Order"), pursuant to which the Court

3

approved and confirmed the Plan.  The Plan sets forth the procedures for final requests for payment of Professional Fee Claims (as defined therein).

15.     On January 3, 2025, the Debtors filed the *Notice of Effective Date of Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [Docket No. 29197] (the "Effective Date Notice").  The Plan went effective on January 3, 2025, (the "Effective Date").

## Monthly Fee Statements During the Final Period

16.     AlixPartners filed and served twenty-three (23) Monthly Fee Statements during the Final Period pursuant to the Interim Compensation Order.  The Monthly Fee Statements contain detailed descriptions of the services rendered in the amount of $67,614,162.98[2] and out-of-pocket expenses incurred in the amount of $693,956.47 and are noted below:

| Date Filed; Docket No. | Period | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses | Certificate of No Objection | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| 02/07/2023 Docket #645 | 11/28/2022 - 12/31/2022 | $ 1,103,379.25 | $ 21,288.04 | $ 1,103,379.25 | $ 21,288.04 | 02/28/2023 Docket #780 | $ - |
| 03/06/2023 Docket #816 | 01/01/2023 - 01/31/2023 | 2,114,603.25 | 9,074.28 | 2,074,632.17 | 9,074.28 | 03/17/2023 Docket #1116 | 39,971.08 |
| 04/04/2023 Docket #1220 | 02/01/2023 - 02/28/2023 | 3,003,579.25 | 4,991.04 | 3,003,579.25 | 4,991.04 | 04/25/2023 Docket #1346 | - |
| 05/01/2023 Docket #1397 | 03/01/2023 - 03/31/2023 | 4,444,875.00 | 72,285.60 | 4,444,875.00 | 72,285.60 | 05/01/2023 Docket #1397 | - |
| 06/02/2023 Docket #1560 | 04/01/2023 - 04/30/2023 | 4,849,966.75 | 43,924.43 | 4,639,966.75 | 28,924.43 | 06/26/2023 Docket #1717 | 225,000.00 |
| 06/30/2023 Docket #1820 | 05/01/2023 - 05/31/2023 | 5,122,984.75 | 52,672.11 | 5,122,984.75 | 52,672.11 | 07/21/2023 Docket #1893 | - |
| 07/31/2023 Docket #2099 | 06/01/2023 - 06/30/2023 | 5,053,953.75 | 46,599.88 | 5,053,953.75 | 46,599.88 | 08/24/2023 Docket #2242 | - |
| 8/30/2023 Docket #2274 | 07/01/2023 - 07/31/2023 | 4,196,327.75 | 114,059.80 | 3,815,657.96 | 61,037.44 | 09/20/2023 Docket #2653 | 433,692.15 |
| 9/29/2023 Docket #2774 | 08/01/2023 - 08/31/2023 | 4,607,471.00 | 79,925.05 | 4,225,639.08 | 18,444.76 | 10/20/2023 Docket #3327 | 443,312.21 |
| 10/31/2023 Docket #3633 | 09/01/2023 - 09/30/2023 | 4,129,430.50 | 56,064.99 | 4,129,430.50 | 56,064.99 | 11/30/2023 Docket #4433 | - |
| 11/29/2023 Docket #4206 | 10/01/2023 - 10/31/2023 | 4,573,717.75 | 51,619.12 | 4,573,717.75 | 51,619.12 | 12/20/2023 Docket #4932 | - |
| 12/22/2023 Docket #5100 | 11/01/2023 - 11/30/2023 | 3,464,556.50 | 67,893.53 | 3,277,570.12 | 43,694.83 | 01/12/2024 Docket #5689 | 211,185.08 |

---

[2]    This amount includes the 20% holdback of fees reflected in the Monthly Fee Statements, including $415,322.80 for the Twenty-First Monthly Fee Statement, $426,019.40 for the Twenty-Second Monthly Fee Statement and $129,495.30 for the Twenty-Third Monthly Fee Statement, for a total holdback of $970,837.50 (the "Holdback").

4

| Date Filed; Docket No. | Period | Requested | | Paid | | Certificate of No Objection | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 01/31/2024 Docket #6852 | 12/01/2023 - 12/31/2023 | 2,281,171.00 | 3,123.18 | 2,281,171.00 | 3,123.18 | 02/21/2024 Docket #7711 | - |
| 02/29/2024 Docket #8303 | 01/01/2024 - 01/31/2024 | 2,750,336.50 | 6,663.90 | 2,750,336.50 | 6,663.90 | 03/21/2024 Docket #10100 | - |
| 03/28/2024 Docket #10659 | 02/01/2024 - 02/29/2024 | 2,434,885.75 | 5,968.76 | 2,434,885.75 | 5,968.76 | 04/18/2024 Docket #12248 | - |
| 04/26/2024 Docket #10659 | 03/01/2024 - 03/31/2024 | 2,126,550.75 | 13,531.36 | 2,126,550.75 | 13,531.36 | 05/17/2024 Docket #15143 | - |
| 05/31/2024 Docket #16372 | 04/01/2024 - 04/30/2024 | 2,062,319.50 | 64,990.30 | 1,954,209.87 | 52,130.57 | 06/21/20024 Docket #18411 | 120,969.36 |
| 6/14/2024 Docket #17659 | 04/01/2024 - 04/30/2024 | | 2,790.59 | | 2,790.59 | | - |
| 06/28/2024 Docket #19158 | 05/01/2024 - 05/31/2024 | 2,210,330.00 | 36,570.21 | 2,123,117.28 | 33,606.59 | 07/22/2024 Docket #20998 | 90,176.34 |
| 07/26/2024 Docket #21725 | 06/01/2024 - 06/30/2024 | 1,661,925.00 | 952.26 | 1,661,925.00 | 952.26 | 08/14/2024 Docket #22979 | - |
| 08/29/2024 Docket #24024 | 07/01/2024 - 07/31/2024 | 1,962,393.00 | 2,885.73 | 1,962,393.00 | 2,885.73 | 09/19/2024 Docket #25284 | - |
| 09/30/2024 Docket #26056 | 08/01/2024 - 08/31/2024 | 2,076,614.00 | 61,757.02 | 1,661,291.20 | 61,757.02 | 10/22/2024 Docket #27161 | 415,322.80 |
| 10/31/2024 Docket #27480 | 09/01/2024 - 09/30/2024 | 2,130,097.00 | 42,109.41 | 1,704,077.60 | 42,109.41 | 11/21/2024 Docket #28213 | 426,019.40 |
| 11/15/2024 Docket #27972 | 10/01/2024 - 10/08/2024 | 647,476.50 | 1,740.58 | 517,981.20 | 1,740.58 | 12/09/2024 Docket #28651 | 129,495.30 |
| **Subtotal** | | **$ 69,008,944.50** | **$ 863,481.17** | **$ 66,643,325.48** | **$ 693,956.47** | | **$ 2,535,143.72** |
| Less Voluntary Reduction | | (39,971.08) | | | | | (39,971.08) |
| Less Voluntary Reduction | | (210,000.00) | (15,000.00) | | | | (225,000.00) |
| Less Voluntary Reduction | | (380,669.79) | (53,022.36) | | | | (433,692.15) |
| Less Voluntary Reduction | | (381,831.92) | (61,480.29) | | | | (443,312.21) |
| Less Voluntary Reduction | | (186,986.38) | (24,198.70) | | | | (211,185.08) |
| Less Voluntary Reduction | | (108,109.63) | (12,859.73) | | | | (120,969.36) |
| Less Voluntary Reduction | | (87,212.72) | (2,963.62) | | | | (90,176.34) |
| **Total** | | **$ 67,614,162.98** | **$ 693,956.47** | **$ 66,643,325.48** | **$ 693,956.47** | | **$ 970,837.50** |

17. Detailed descriptions of the services performed by each professional, organized by matter category and by date, the hours of services provided (in tenths of an hour), and a detailed list of the out-of-pocket expenses incurred during the Final Period are attached to the Monthly Fee Statements.

18. AlixPartners received payments from the Debtors in the amount of $66,643,325.48 for services rendered and $693,956.47 for out-of-pocket expenses incurred during the Final Period. The total amount of $970,837.50 remains outstanding for the Final Period as of the filing of this Application.

**Summary of Professional Services Rendered During the Final Period**

19.     During the Final Period, AlixPartners has conducted investigative inquiries and assisted the Debtors with (i) communications and meetings with stakeholders and their representatives; (ii) engaging in forensic analysis of financial and accounting data, trading records, and other associated data to determine intercompany loans, conduct liability analyses, and aid asset recovery efforts; (iii) reviewing and analyzing the Debtors' historical organizational documents, policies and procedures, and internal electronic communications; (iv) researching into public data of crypto markets, asset pricing, and other information regarding crypto exchanges and market participants; (v) collecting and structuring financial and accounting data to aid with forensic investigation efforts; (vi) preparing summaries from forensic investigation efforts aimed at asset recovery; and (vii) analyzing available structured and unstructured financial data to support construction of historical quarterly financial data for the Debtor entities.

20.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amounts requested by AlixPartners are fair and reasonable given the complexities of these Chapter 11 Cases, the time expended, the nature and extent of the services rendered, the value of such services, and the costs of comparable services other than in a case under this title.

**Certification**

21.     A Certification of Matthew Evans is attached hereto as **Exhibit A** and incorporated herein.

**Certificate of Compliance and Waiver**

22.     The undersigned representative of AlixPartners certifies that he has reviewed the requirements of Local Rule 2016-2 and that the Application substantially complies with such rule. To the extent that the Application does not comply in all respects with the requirements of Local Rule

2016-2, LRC believes that such deviations are not material and respectfully requests that any such requirements be waived.

## Notice and No Prior Request

23.     Notice of this Application has been given to the following parties or, in lieu of, to their counsel, if known: (a) the U.S. Trustee; (b) the Official Committee of Unsecured Creditors; (c) the Fee Examiner; and (d) all parties required to be given notice in the Interim Compensation Order. AlixPartners submits that no other or further notice is necessary.

*[Remainder of page intentionally left blank.]*

**Conclusion**

**WHEREFORE**, AlixPartners, as forensic investigation consultant to the Debtors, respectfully requests that the Court enter an order providing: (i) a final allowance of compensation for professional services in the amount of $67,614,162.98 (including the Holdback in the amount of $970,837.50) and reimbursement of out-of-pocket expenses in the amount of $693,956.47 for the Final Period; (ii) that the Debtors are authorized and directed to pay AlixPartners the remaining outstanding balance of $970,837.50 for the Final Period; and (iii) such other and further relief as this Court deems proper.

Dated:  January 10, 2025                         ALIXPARTNERS, LLP
                                                 909 Third Avenue, 28th Floor
                                                 New York, New York 10022


                                                 */s/ Matthew Evans*
                                                 By:  Matthew Evans
                                                      Partner & Managing Director