# **EXHIBIT A**

# EXHIBIT A
## SUMMARY OF FEES BY PROFESSIONAL FOR THE APPLICATION PERIOD
## (NOVEMBER 11, 2022 THROUGH AND INCLUDING OCTOBER 8, 2024)

|  |  | 11/11/22 – 12/31/22 | | 1/1/23 – 12/31/23 | | 1/1/24 – 10/8/24 | | |
|---|---|---|---|---|---|---|---|---|
| **Timekeeper Name** | **Position** | **Hourly Rate** | **Total Hours Billed** | **Hourly Rate** | **Total Hours Billed** | **Hourly Rate** | **Total Hours Billed** | **Total Compensation** |
| Arnett, Chris | Managing Director | $1,050 | 453.8 | $1,050 | 1,434.2 | $1,125 | 905.9 | $3,001,537.50 |
| Atwood, Taylor | Managing Director | $1,025 | 475.7 | $1,025 | 139.1 | -- | -- | $630,170.00 |
| Behnke, Tom | Managing Director | -- | -- | -- | -- | $1,200 | 3.6 | $4,320.00 |
| Benson, Adam | Managing Director | -- | -- | -- | -- | $1,425 | 37.7 | $53,722.50 |
| Bowles, Carl | Managing Director | -- | -- | $1,025 | 44.8 | $1,100 | 79.7 | $133,590.00 |
| Chambers, Henry | Managing Director | $995 | 238.3 | $995 | 1,796.8 | $1,070 | 936.4 | $3,026,872.50 |
| Chan, Yvette | Managing Director | -- | -- | $1,150 | 7.5 | -- | -- | $8,625.00 |
| Chilakapati, Chandu | Managing Director | -- | -- | $1,100 | 7.0 | -- | -- | $7,700.00 |
| Coles, David | Managing Director | $1,300 | 293.6 | $1,300 | 153.4 | -- | -- | $581,100.00 |
| Coverick, Steve | Managing Director | $950 | 609.3 | $950 | 2,515.5 | $1,075 | 1,764.7 | $4,865,612.50 |
| Cumberland, Brian | Managing Director | $1,320 | 7.5 | $1,320 | 46.4 | $1,495 | 8.1 | $83,257.50 |
| Dixon, Cody | Managing Director | -- | -- | -- | -- | $1,425 | 1.2 | $1,710.00 |
| Dubow, James | Managing Director | -- | -- | -- | -- | $1,425 | 4.3 | $6,127.50 |
| Farsaci, Alessandro | Managing Director | $1,100 | 47.8 | $1,100 | 130.4 | $1,150 | 30.1 | $230,635.00 |
| Fleming, Richard | Managing Director | -- | -- | -- | -- | $1,025 | 3.6 | $3,690.00 |
| Gordon, Robert | Managing Director | $1,025 | 418.1 | $1,025 | 2,053.7 | $1,150 | 880.1 | $3,545,710.00 |
| Grillo, Rocco | Managing Director | $1,100 | 22.0 | $1,100 | 76.3 | $1,150 | 146.2 | $276,260.00 |
| Grosvenor, Robert | Managing Director | $1,000 | 3.0 | $1,000 | 54.9 | $1,070 | 73.1 | $136,117.00 |
| Hershan, Robert | Managing Director | -- | -- | $1,100 | 297.1 | $1,100 | 8.5 | $336,160.00 |
| Hertzberg, Julie | Managing Director | -- | -- | $1,250 | 48.7 | $1,425 | 282.3 | $463,152.50 |
| Howe, Christopher | Managing Director | $1,200 | 283.3 | $1,200 | 580.9 | $1,475 | 837.4 | $2,272,205.00 |
| Iwanski, Larry | Managing Director | $1,075 | 215.7 | $1,075 | 481.5 | $1,150 | 154.3 | $926,935.00 |
| Jacobs, Kevin | Managing Director | $1,100 | 127.9 | $1,100 | 397.2 | $1,475 | 295.1 | $1,012,882.50 |
| Johnston, David | Managing Director | -- | -- | $1,025 | 1,825.3 | $1,100 | 1,367.3 | $3,374,962.50 |
| Kotarba, Chris | Managing Director | $1,100 | 106.6 | $1,100 | 146.5 | $1,425 | 46.5 | $344,672.50 |
| Kotarba, Steve | Managing Director | $1,100 | 371.6 | $1,100 | 1,406.9 | -- | -- | $1,956,350.00 |
| Lawson, Alex | Managing Director | $875 | 103.3 | $875 | 92.1 | -- | -- | $170,975.00 |
| Liguori, Albert | Managing Director | -- | -- | -- | -- | $1,425 | 138.8 | $197,790.00 |
| Lubsczyk, Joachim | Managing Director | $1,100 | 59.5 | $1,100 | 84.8 | -- | -- | $158,730.00 |
| Marshall, Jonathan | Managing Director | $1,075 | 26.8 | $1,075 | 77.5 | $1,150 | 17.9 | $132,707.50 |
| Mosley, Ed | Managing Director | $1,250 | 451.3 | $1,250 | 2,268.1 | $1,425 | 1,517.7 | $5,561,972.50 |
| Pedersen, Brian | Managing Director | -- | -- | $1,100 | 1.3 | $1,425 | 1.4 | $3,425.00 |
| Renner, Eric | Managing Director | -- | -- | $1,100 | 5.0 | -- | -- | $5,500.00 |
| Reynolds, Kristina Dautrich | Managing Director | -- | -- | -- | -- | $1,425 | 2.4 | $3,420.00 |
| Roche, Matthew | Managing Director | -- | -- | -- | -- | $1,425 | 96.3 | $137,227.50 |
| Ryan, Laureen | Managing Director | $1,075 | 55.6 | $1,075 | 1,175.7 | $1,150 | 563.5 | $1,971,672.50 |
| Schultz, John | Managing Director | -- | -- | -- | -- | $1,425 | 12.2 | $17,385.00 |
| Shah, Nikhil | Managing Director | -- | -- | $1,025 | 3.0 | -- | -- | $3,075.00 |

4863-8557-1410 v.3

| Timekeeper Name | Position | 11/11/22 – 12/31/22 | | 1/1/23 – 12/31/23 | | 1/1/24 – 10/8/24 | | Total Compensation |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Hourly Rate | Total Hours Billed | Hourly Rate | Total Hours Billed | Hourly Rate | Total Hours Billed | |
| Shanahan, Michael | Managing Director | $900 | 75.4 | $900 | 1,599.6 | $990 | 196.8 | $1,702,332.00 |
| Sielinski, Jeff | Managing Director | -- | -- | $1,025 | 199.8 | $1,100 | 1,291.7 | $1,625,665.00 |
| Simion, Tony | Managing Director | -- | -- | -- | -- | $1,250 | 108.5 | $135,625.00 |
| Sinnott, Brendan | Managing Director | -- | -- | -- | -- | $1,425 | 6.4 | $9,120.00 |
| Stegenga, Jeffery | Managing Director | $1,375 | 91.7 | $1,375 | 124.2 | $1,525 | 83.6 | $424,352.50 |
| Swerdlow, Jeff | Managing Director | -- | -- | -- | -- | $1,425 | 5.6 | $7,980.00 |
| Taylor, Josh | Managing Director | -- | -- | $1,025 | 4.9 | -- | -- | $5,022.50 |
| Turner, Cari | Managing Director | $1,100 | 25.8 | -- | -- | $1,225 | 61.9 | $104,207.50 |
| Ulyanenko, Andrey | Managing Director | $950 | 372.3 | $950 | 428.5 | $1,425 | 649.5 | $1,686,297.50 |
| Wall, Guy | Managing Director | -- | -- | $1,025 | 113.2 | -- | -- | $116,030.00 |
| **Managing Director Total** | | | **4,935.9** | | **19,821.8** | | **12,620.3** | **$41,464,589.00** |
| Brewer, Kenneth | Senior Advisor | -- | -- | -- | -- | $1,425 | 64.2 | $91,485.00 |
| Cope, Charles | Senior Advisor | -- | -- | -- | -- | $1,425 | 3.3 | $4,702.50 |
| Klig, Steven | Senior Advisor | -- | -- | -- | -- | $1,425 | 16.2 | $23,085.00 |
| Seaway, Bill | Senior Advisor | $1,100 | 152.7 | $1,100 | 228.3 | $1,425 | 168.8 | $659,640.00 |
| Wiseberg, Stan | Senior Advisor | -- | -- | -- | -- | $1,425 | 171.6 | $244,530.00 |
| **Senior Advisor Total** | | | **152.7** | | **228.3** | | **424.1** | **$1,023,442.50** |
| Arhos, Nikos | Senior Director | -- | -- | -- | -- | $1,050 | 234.6 | $246,330.00 |
| Blanks, David | Senior Director | -- | -- | $950 | 267.6 | $1,025 | 1,987.5 | $2,291,407.50 |
| Brantley, Chase | Senior Director | -- | -- | -- | -- | $950 | 1,076.1 | $1,022,295.00 |
| Broskay, Cole | Senior Director | $900 | 293.3 | $900 | 1,881.5 | $975 | 798.0 | $2,735,370.00 |
| Callerio, Lorenzo | Senior Director | $875 | 100.0 | $875 | 1,700.0 | -- | -- | $1,575,000.00 |
| Canale, Alex | Senior Director | $900 | 46.6 | $900 | 1,727.8 | $965 | 616.2 | $2,191,593.00 |
| Casburn, Rob | Senior Director | $1,045 | 47.0 | $1,045 | 91.8 | -- | -- | $145,046.00 |
| Chew, Ee Ling | Senior Director | -- | -- | $750 | 42.2 | -- | -- | $31,650.00 |
| Cooper, James | Senior Director | $875 | 458.3 | $875 | 2,374.0 | $975 | 24.1 | $2,501,760.00 |
| Cornetta, Luke | Senior Director | -- | -- | -- | -- | $1,050 | 200.1 | $210,105.00 |
| Dudek, Kert | Senior Director | $900 | 38.3 | $900 | 5.0 | -- | -- | $38,970.00 |
| Dusendschon, Kora | Senior Director | $900 | 21.3 | $900 | 655.8 | $965 | 135.4 | $740,051.00 |
| Edwards, Emily | Senior Director | -- | -- | -- | -- | $1,050 | 11.8 | $12,390.00 |
| Esposito, Rob | Senior Director | $875 | 378.4 | $875 | 2,470.2 | $975 | 1,674.8 | $4,125,455.00 |
| Evans, Charles | Senior Director | $835 | 45.1 | $835 | 147.7 | $900 | 27.3 | $185,558.00 |
| Gibson, Dion | Senior Director | -- | -- | $900 | 7.0 | -- | -- | $6,300.00 |
| Griffith, David | Senior Director | -- | -- | $900 | 16.1 | -- | -- | $14,490.00 |
| Johal, Jas | Senior Director | -- | -- | $900 | 13.4 | -- | -- | $12,060.00 |
| Johnson, Robert | Senior Director | $900 | 212.8 | $900 | 1,571.1 | $965 | 580.5 | $2,165,692.50 |
| Konig, Louis | Senior Director | $900 | 467.1 | $900 | 2,308.8 | $965 | 1,037.4 | $3,499,401.00 |
| Kritzman, Alon* | Senior Director | -- | 12.7 | -- | -- | -- | -- | -- |
| Kwan, Peter | Senior Director | $900 | 470.4 | $900 | 2,515.3 | $965 | 1,319.3 | $3,960,254.50 |
| LeDonne, Haley | Senior Director | -- | -- | -- | -- | $1,050 | 514.0 | $539,700.00 |

---

\* Zero rate appears wherever no fee was charged for work

|  |  | 11/11/22 – 12/31/22 | | 1/1/23 – 12/31/23 | | 1/1/24 – 10/8/24 | | |
|---|---|---|---|---|---|---|---|---|
| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Hourly Rate | Total Hours Billed | Hourly Rate | Total Hours Billed | Total Compensation |
| McBee, Nicolaus | Senior Director | -- | -- | -- | -- | $1,050 | 494.5 | $519,225.00 |
| Mohammed, Azmat | Senior Director | -- | -- | $925 | 1,671.1 | $975 | 1,655.5 | $3,159,880.00 |
| Nadimpalli, Vamsi | Senior Director | -- | -- | $925 | 215.6 | -- | -- | $199,430.00 |
| Negus, Matthew | Senior Director | -- | -- | $900 | 192.3 | -- | -- | $173,070.00 |
| Niemeyer, Mark | Senior Director | -- | -- | -- | -- | $925 | 16.9 | $15,632.50 |
| Pandey, Vishal | Senior Director | $925 | 3.0 | $925 | 55.6 | $975 | 169.9 | $219,857.50 |
| Piechota, Robert | Senior Director | $950 | 30.5 | $950 | 22.3 | -- | -- | $50,160.00 |
| Ramanathan, Kumanan | Senior Director | $950 | 529.3 | $950 | 2,760.6 | $1,050 | 2,182.6 | $5,417,135.00 |
| Sequeira, Joseph | Senior Director | $900 | 371.6 | $900 | 1,068.0 | $975 | 3.3 | $1,298,857.50 |
| Sexton, Rachel** | Senior Director | -- | -- | $871 | 108.5 | $950 | 9.9 | $103,922.50 |
| Stewart, Stephanie | Senior Director | -- | -- | $950 | 6.5 | -- | -- | $6,175.00 |
| Tarikere, Sriram | Senior Director | $925 | 27.0 | $925 | 132.5 | $975 | 346.1 | $484,985.00 |
| Theron, Sean | Senior Director | $750 | 2.0 | -- | -- | -- | -- | $1,500.00 |
| Titus, Adam | Senior Director | -- | -- | $950 | 2,470.3 | $1,025 | 2,112.5 | $4,512,097.50 |
| Vaish, Khushboo | Senior Director | -- | -- | $875 | 10.0 | -- | -- | $8,750.00 |
| Vieira, Francisco | Senior Director | -- | -- | $650 | 23.5 | -- | -- | $15,275.00 |
| Vitale, Anthony | Senior Director | $800 | 8.0 | -- | -- | -- | -- | $6,400.00 |
| Wilson, Sean | Senior Director | $950 | 14.3 | $950 | 62.5 | -- | -- | $72,960.00 |
| Yip, Ansel | Senior Director | -- | -- | $860 | 7.7 | $990 | 1.5 | $8,107.00 |
| Zatz, Jonathan | Senior Director | -- | -- | $900 | 2,430.4 | $965 | 1,533.5 | $3,667,187.50 |
| Zimet, Lee* | Senior Director | -- | 2.9 | -- | -- | $1,050 | 45.0 | $47,250.00 |
| **Senior Director Total** | | | **3,579.9** | | **29,032.7** | | **18,808.3** | **$48,238,735.50** |
| Arbid, Rami | Director | -- | -- | $750 | 143.2 | $825 | 17.2 | $121,590.00 |
| Baker, Kevin | Director | $750 | 114.8 | $750 | 2,094.3 | $800 | 1,482.1 | $2,842,505.00 |
| Balmelli, Gioele | Director | $800 | 159.8 | $800 | 1,251.3 | $850 | 495.2 | $1,549,800.00 |
| Bammert, Brett | Director | $750 | 2.6 | $750 | 129.2 | -- | -- | $98,850.00 |
| Bell, Erik | Director | -- | -- | -- | -- | $925 | 316.0 | $292,300.00 |
| Best, Austin | Director | -- | -- | -- | -- | $925 | 200.0 | $185,000.00 |
| Casey, John | Director | -- | -- | $725 | 518.0 | $775 | 884.9 | $1,061,347.50 |
| Chamma, Leandro | Director | $750 | 17.9 | $750 | 1,222.3 | $800 | 1,200.5 | $1,890,550.00 |
| Cosgrove, Nicholas | Director | -- | -- | -- | -- | $925 | 19.9 | $18,407.50 |
| Dalgleish, Elizabeth | Director | -- | -- | $700 | 827.5 | $825 | 1,219.5 | $1,585,337.50 |
| Dennison, Kim | Director | $650 | 120.2 | $650 | 226.4 | $750 | 17.8 | $238,640.00 |
| Flynn, Matthew | Director | -- | -- | $775 | 2,040.8 | $850 | 1,927.9 | $3,220,335.00 |
| Ford, Abigail | Director | -- | -- | -- | -- | $925 | 372.9 | $344,932.50 |
| Glustein, Steven | Director | $800 | 411.5 | $800 | 2,895.2 | $825 | 2,222.3 | $4,478,757.50 |
| Gosau, Tracy | Director | -- | -- | $750 | 406.9 | $800 | 278.6 | $528,055.00 |
| Gruneir, Ryan | Director | -- | -- | $600 | 44.1 | -- | -- | $26,460.00 |
| Hainline, Drew | Director | -- | -- | $800 | 2,305.0 | $875 | 1,767.6 | $3,390,650.00 |

\* Zero rate appears wherever no fee was charged for work

\*\* Blended rate appears due to intra period bill rate adjustment

|  |  | 11/11/22 – 12/31/22 | | 1/1/23 – 12/31/23 | | 1/1/24 – 10/8/24 | |  |
|---|---|---|---|---|---|---|---|---|
| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Hourly Rate | Total Hours Billed | Hourly Rate | Total Hours Billed | Total Compensation |
| Henness, Jonathan | Director | -- | -- | -- | -- | $925 | 1,141.1 | $1,055,517.50 |
| Hernandez, Dylan | Director | $660 | 41.9 | $660 | 72.9 | $900 | 43.6 | $115,008.00 |
| Kearney, Kevin | Director | $800 | 406.9 | $800 | 3,063.3 | $875 | 2,168.9 | $4,673,947.50 |
| Lambert, Leslie | Director | $750 | 315.4 | $750 | 1,466.7 | $800 | 328.7 | $1,599,535.00 |
| Lannan, Matthew | Director | -- | -- | $800 | 21.6 | $925 | 38.5 | $52,892.50 |
| Lee, Julian | Director | $750 | 35.2 | $750 | 1,513.4 | $800 | 235.8 | $1,350,090.00 |
| LeGuen, Jonathon | Director | -- | -- | -- | -- | $900 | 822.4 | $740,160.00 |
| Lewandowski, Douglas | Director | $800 | 228.8 | $800 | 2,091.4 | $875 | 1,757.2 | $3,393,710.00 |
| Lowe, Sam | Director | -- | -- | $650 | 86.2 | $715 | 231.1 | $221,266.50 |
| Lucas, Emmet | Director | -- | -- | -- | -- | $825 | 1,280.3 | $1,056,247.50 |
| Manning, Jennifer | Director | $750 | 4.0 | -- | -- | -- | -- | $3,000.00 |
| McGoldrick, Hugh | Director | -- | -- | $750 | 70.5 | $825 | 82.4 | $120,855.00 |
| McGrath, Patrick | Director | -- | -- | $750 | 1,426.6 | $800 | 697.4 | $1,627,870.00 |
| Medway, David | Director | $750 | 71.7 | $750 | 1,568.9 | -- | -- | $1,230,450.00 |
| Mennie, James | Director | -- | -- | -- | -- | $875 | 1,294.6 | $1,132,775.00 |
| Mimms, Samuel | Director | -- | -- | $650 | 893.6 | $715 | 37.5 | $607,652.50 |
| Pekhman, Yuliya | Director | -- | -- | $750 | 4.0 | $800 | 12.2 | $12,760.00 |
| Peoples, Scott | Director | -- | -- | $750 | 187.9 | -- | -- | $140,925.00 |
| Radis, Cameron | Director | $750 | 21.9 | $750 | 849.2 | -- | -- | $653,325.00 |
| Rodriguez, Mariah | Director | $750 | 15.3 | $750 | 410.5 | -- | -- | $319,350.00 |
| Ruez, William | Director | -- | -- | $750 | 346.8 | $800 | 15.4 | $272,420.00 |
| Sullivan, Christopher | Director | -- | -- | $825 | 2,804.0 | $900 | 266.0 | $2,552,700.00 |
| van den Belt, Mark | Director | -- | -- | $750 | 2,058.2 | $850 | 659.0 | $2,103,800.00 |
| Voll, Zachary | Director | -- | -- | $750 | 18.0 | -- | -- | $13,500.00 |
| Walia, Gaurav | Director | $825 | 60.7 | $825 | 3,129.3 | $900 | 1,884.2 | $4,327,530.00 |
| Walker, William | Director | -- | -- | $850 | 1,181.4 | -- | -- | $1,004,190.00 |
| Wilcke, Robert | Director | $800 | 195.8 | $800 | 210.9 | -- | -- | $325,360.00 |
| **Director Total** | | | **2,224.4** | | **37,579.5** | | **25,418.7** | **$52,580,354.50** |
| Teo, Benjamin | Senior Manager | -- | -- | -- | -- | $725 | 30.6 | $22,185.00 |
| **Senior Manager Total** | | | **--** | | **--** | | **30.6** | **$22,185.00** |
| Abrahão, Ana | Manager | $320 | 10.0 | -- | -- | -- | -- | $3,200.00 |
| Ardizzoni, Heather | Manager | $700 | 97.5 | $700 | 1,343.6 | $725 | 2.5 | $1,010,582.50 |
| Avila, Ricardo Armando | Manager | $650 | 4.6 | $650 | 237.7 | -- | -- | $157,495.00 |
| Baker, Oliver | Manager | -- | -- | -- | -- | $875 | 337.9 | $295,662.50 |
| Baldwin, Evan | Manager | -- | -- | -- | -- | $875 | 113.5 | $99,312.50 |
| Blanchard, Madison | Manager | -- | -- | $575 | 1,578.7 | $635 | 911.6 | $1,486,618.50 |
| Brilliant, David | Manager | $550 | 9.0 | -- | -- | -- | -- | $4,950.00 |
| Brown, Katie | Manager | -- | -- | $650 | 30.0 | -- | -- | $19,500.00 |
| Cabral, Juan | Manager | $350 | 4.0 | -- | -- | -- | -- | $1,400.00 |
| Cloughesy, Kristina | Manager | -- | -- | -- | -- | $200 | 15.0 | $3,000.00 |
| Constantinou, Demetrios | Manager | -- | -- | -- | -- | $875 | 318.8 | $278,950.00 |
| Cox, Allison | Manager | $575 | 13.4 | $575 | 1,729.7 | $635 | 558.8 | $1,357,120.50 |

4863-8557-1410 v.3

| Timekeeper Name | Position | 11/11/22 – 12/31/22 | | 1/1/23 – 12/31/23 | | 1/1/24 – 10/8/24 | | Total Compensation |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Hourly Rate | Total Hours Billed | Hourly Rate | Total Hours Billed | Hourly Rate | Total Hours Billed | |
| Dawes, David | Manager | $650 | 13.9 | $650 | 462.6 | -- | -- | $309,725.00 |
| Grussing, Bernice | Operations Manager | $325 | 2.2 | $325 | 163.6 | $375 | 49.4 | $72,410.00 |
| Herring, Scott | Manager | -- | -- | -- | -- | $725 | 695.1 | $503,947.50 |
| Hoffer, Emily | Manager | $650 | 49.3 | $650 | 2,158.3 | $695 | 158.8 | $1,545,306.00 |
| Kaiser, Jan | Manager | -- | -- | $750 | 34.6 | -- | -- | $25,950.00 |
| Kos, Sandra | Office Manager | -- | -- | $200 | 28.0 | $200 | 17.0 | $9,000.00 |
| Kumar, Raman | Manager | $500 | 34.9 | -- | -- | -- | -- | $17,450.00 |
| Kuruvilla, Daniel | Manager | -- | -- | $700 | 1,473.3 | $725 | 529.5 | $1,415,197.50 |
| Lam, James | Manager | $600 | 101.0 | $600 | 1,321.2 | $650 | 155.7 | $954,525.00 |
| Li, Summer | Manager | -- | -- | $670 | 844.6 | $725 | 585.2 | $990,152.00 |
| Madlambayan, Manolo | Manager | -- | -- | -- | -- | $695 | 142.0 | $98,690.00 |
| Marino Melendez, Laura | Manager | -- | -- | -- | -- | $875 | 22.4 | $19,600.00 |
| McManus, Dylan | Manager | -- | -- | $770 | 11.0 | -- | -- | $8,470.00 |
| Myrie, Calvin | Manager | -- | -- | $650 | 30.5 | -- | -- | $19,825.00 |
| Ortiz-Perez, Kiki | Manager | -- | -- | $650 | 18.7 | -- | -- | $12,155.00 |
| Pestano, Kyle | Manager | -- | -- | $650 | 924.1 | $700 | 1,642.9 | $1,750,695.00 |
| Primo, Michelle | Manager | -- | -- | -- | -- | $875 | 21.0 | $18,375.00 |
| Ramirez, Kira | Manager | -- | -- | $660 | 22.8 | -- | -- | $15,048.00 |
| Reagan, Kelsey | Manager | -- | -- | $700 | 441.6 | $725 | 350.2 | $563,015.00 |
| Riabchuk, Pavlo | Manager | -- | -- | $750 | 25.0 | -- | -- | $18,750.00 |
| Rybarczyk, Jodi | Manager | -- | -- | $700 | 255.5 | $725 | 465.8 | $516,555.00 |
| Salas Nunez, Luis | Manager | -- | -- | $772 | 591.4 | $772 | 261.3 | $658,284.40 |
| Sarmiento, Dubhe** | Manager | -- | -- | $643 | 278.3 | -- | -- | $178,890.00 |
| Shah, Ankur | Manager | -- | -- | $500 | 6.0 | -- | -- | $3,000.00 |
| Sin, Iris | Manager | -- | -- | $515 | 5.7 | -- | -- | $2,935.50 |
| Sivapalu, Anan | Manager | $625 | 368.3 | $625 | 2,185.0 | $700 | 1,089.5 | $2,358,462.50 |
| Sloan, Austin | Manager | $650 | 59.8 | $650 | 1,169.9 | $695 | 130.7 | $890,141.50 |
| Stecke, Curtis | Manager | -- | -- | $650 | 3.4 | -- | -- | $2,210.00 |
| Strong, Nichole | Manager | -- | -- | $650 | 681.8 | -- | -- | $443,170.00 |
| Su, Warren | Manager | $700 | 121.1 | $700 | 165.7 | -- | -- | $200,760.00 |
| Tong, Crystal | Manager | -- | -- | $650 | 438.6 | $700 | 1,236.1 | $1,150,360.00 |
| Turton, Bobby | Manager | -- | -- | $700 | 468.9 | $700 | 1.1 | $329,000.00 |
| Willden, Alex | Manager | $625 | 26.9 | $625 | 19.9 | -- | -- | $29,250.00 |
| Work, David | Manager | $650 | 13.0 | $650 | 470.4 | $725 | 1,004.8 | $1,042,690.00 |
| Yurchak, Lilia | Manager | -- | -- | $650 | 375.5 | -- | -- | $244,075.00 |
| Zhang, Qi | Manager | -- | -- | $670 | 1,349.3 | $725 | 1,448.8 | $1,954,411.00 |
| **Manager Total** | | | 928.9 | | 21,344.9 | | 12,265.4 | **$23,090,272.40** |
| Alvarez, Charles | Senior Associate | -- | -- | $600 | 137.2 | -- | -- | $82,320.00 |
| Arah, Alijah** | Senior Associate | -- | -- | -- | -- | $757 | 772.9 | $585,294.00 |
| Braatelien, Troy | Senior Associate | -- | -- | $600 | 1,358.3 | $625 | 1,029.3 | $1,458,292.50 |

** Blended rate appears due to intra period bill rate adjustment

| Timekeeper Name | Position | 11/11/22 – 12/31/22 | | 1/1/23 – 12/31/23 | | 1/1/24 – 10/8/24 | | Total Compensation |
|---|---|---|---|---|---|---|---|---|
| | | Hourly Rate | Total Hours Billed | Hourly Rate | Total Hours Billed | Hourly Rate | Total Hours Billed | |
| Canady, Marissa | Senior Associate | -- | -- | -- | -- | $800 | 45.0 | $36,000.00 |
| Chan, Jon | Senior Associate | $525 | 172.5 | $525 | 2,474.0 | $580 | 1,538.9 | $2,281,974.50 |
| Cherry, Nicholas | Senior Associate | -- | -- | -- | -- | $775 | 800.0 | $620,000.00 |
| Chuah, Jane | Senior Associate | -- | -- | $495 | 322.0 | $495 | 19.1 | $168,844.50 |
| Deters, Timothy | Senior Associate | $725 | 64.1 | -- | -- | -- | -- | $46,472.50 |
| DiNatale, Trevor | Senior Associate | $700 | 405.9 | $700 | 817.4 | -- | -- | $856,310.00 |
| Dobbs, Aaron | Senior Associate | -- | -- | $525 | 1,729.4 | $580 | 441.0 | $1,163,715.00 |
| Donohue, Charles | Senior Associate | -- | -- | $550 | 73.6 | -- | -- | $40,480.00 |
| Ebrey, Mason | Senior Associate | -- | -- | $525 | 1,573.9 | $580 | 657.5 | $1,207,647.50 |
| Ellis, Joey | Senior Associate | -- | -- | -- | -- | $675 | 7.5 | $5,062.50 |
| Faett, Jack | Senior Associate | -- | -- | $700 | 2,182.7 | $700 | 1,848.8 | $2,822,050.00 |
| Garcia, Carolina | Senior Associate | -- | -- | -- | -- | $800 | 161.0 | $128,800.00 |
| Gibbs, Connor | Senior Associate | -- | -- | $650 | 104.1 | $650 | 560.3 | $431,860.00 |
| Guan, Ning | Senior Associate | -- | -- | $575 | 19.2 | -- | -- | $11,040.00 |
| Heath, Peyton | Senior Associate | -- | -- | $775 | 160.3 | $775 | 2,254.7 | $1,871,625.00 |
| Helal, Aly | Senior Associate | -- | -- | $575 | 1,475.5 | $615 | 379.3 | $1,081,682.00 |
| Hellinghausen, Matthew | Senior Associate | -- | -- | $575 | 46.4 | -- | -- | $26,680.00 |
| Heric, Andrew | Senior Associate | -- | -- | $525 | 1,876.2 | $635 | 1,251.1 | $1,779,453.50 |
| Herzon, Sam | Senior Associate | -- | -- | $550 | 24.8 | -- | -- | $13,640.00 |
| Jackson, Max | Senior Associate | $500 | 81.9 | $500 | 18.6 | -- | -- | $50,250.00 |
| Jones, Mackenzie | Senior Associate | $600 | 399.7 | $600 | 2,083.1 | $625 | 978.4 | $2,101,180.00 |
| Kaufman, Ashley | Senior Associate | -- | -- | $650 | 34.5 | $685 | 382.0 | $284,095.00 |
| Kolodny, Steven | Senior Associate | -- | -- | $600 | 330.3 | $625 | 771.3 | $680,242.50 |
| LaPosta, Logan | Senior Associate | -- | -- | -- | -- | $725 | 1,102.5 | $799,312.50 |
| Lei, Katie | Senior Associate | $550 | 44.2 | $550 | 96.3 | $775 | 75.9 | $136,097.50 |
| Lo, Molly | Senior Associate | -- | -- | -- | -- | $515 | 8.0 | $4,120.00 |
| MacDonald, Kenneth | Senior Associate | -- | -- | $575 | 5.4 | -- | -- | $3,105.00 |
| Maggard, Austin | Senior Associate | -- | -- | $600 | 527.9 | -- | -- | $316,740.00 |
| Montague, Katie | Senior Associate | $700 | 341.8 | $700 | 2,065.8 | $775 | 507.0 | $2,078,245.00 |
| Parker, Brandon | Senior Associate | $550 | 363.2 | $550 | 711.5 | $800 | 419.1 | $926,365.00 |
| Rajasekhar, Vinny | Senior Associate | -- | -- | $530 | 830.0 | -- | -- | $439,900.00 |
| Sagen, Daniel | Senior Associate | -- | -- | $725 | 1,827.4 | $775 | 1,566.6 | $2,538,980.00 |
| Schweinzer, Matthias | Senior Associate | -- | -- | $650 | 131.0 | -- | -- | $85,150.00 |
| Sunkara, Manasa | Senior Associate | $525 | 156.0 | $525 | 2,421.6 | $580 | 1,273.7 | $2,091,986.00 |
| Todd, Patrick | Senior Associate | -- | -- | $650 | 413.2 | $685 | 920.7 | $899,259.50 |
| Trent, Hudson | Senior Associate | $625 | 600.5 | $625 | 3,139.2 | $725 | 2,438.9 | $4,105,515.00 |
| Willson, Jeanna | Senior Associate | -- | -- | -- | -- | $800 | 49.0 | $39,200.00 |
| Wilson, David | Senior Associate | -- | -- | $575 | 1,236.4 | $615 | 1,678.6 | $1,743,269.00 |
| Wu, Grace | Senior Associate | -- | -- | -- | -- | $625 | 446.4 | $279,000.00 |
| Yan, Jack | Senior Associate | -- | -- | $450 | 952.0 | $530 | 193.2 | $530,796.00 |
| Zabcik, Kathryn | Senior Associate | -- | -- | $600 | 2,048.2 | $625 | 1,410.7 | $2,110,607.50 |
| Zeiss, Mark | Senior Associate | $700 | 277.8 | $700 | 477.3 | -- | -- | $528,570.00 |

4863-8557-1410 v.3

| Timekeeper Name | Position | 11/11/22 – 12/31/22 | | 1/1/23 – 12/31/23 | | 1/1/24 – 10/8/24 | | Total Compensation |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Hourly Rate | Total Hours Billed | Hourly Rate | Total Hours Billed | Hourly Rate | Total Hours Billed | |
| **Senior Associate Total** | | | 2,907.6 | | 33,724.7 | | 25,988.4 | $39,491,229.00 |
| Beretta, Matthew | Associate | -- | -- | $478 | 398.2 | $525 | 995.7 | $713,082.10 |
| Butler, Liam | Associate | -- | -- | -- | -- | $560 | 130.8 | $73,248.00 |
| Chen, Jamie | Associate | -- | -- | -- | -- | $675 | 76.8 | $51,840.00 |
| Chen, Richard | Associate | -- | -- | $478 | 246.2 | $478 | 217.5 | $221,648.60 |
| Chhuon, Sally | Associate | -- | -- | -- | -- | $675 | 353.6 | $238,680.00 |
| Collis, Jack | Associate | -- | -- | $500 | 361.7 | $550 | 140.2 | $257,960.00 |
| Connolly, David | Associate | $400 | 78.5 | $400 | 1.3 | -- | -- | $31,920.00 |
| Corr, Caoimhe | Associate | -- | -- | $500 | 376.5 | -- | -- | $188,250.00 |
| Dameris, Elizabeth | Associate | $600 | 28.4 | $600 | 4.5 | -- | -- | $19,740.00 |
| Francis, Luke | Associate | $600 | 516.8 | $600 | 2,942.9 | $650 | 2,361.2 | $3,610,600.00 |
| Gany, Jared | Associate | -- | -- | $475 | 1,133.3 | -- | -- | $538,317.50 |
| Glynn, Maiti | Associate | -- | -- | $600 | 9.8 | -- | -- | $5,880.00 |
| Gonzalez, Johnny | Associate | $600 | 604.5 | $600 | 3,411.4 | $700 | 2,549.7 | $4,194,330.00 |
| Haigis, Maya | Associate | -- | -- | $525 | 506.0 | -- | -- | $265,650.00 |
| Hill, Liam | Associate | -- | -- | $450 | 246.8 | -- | -- | $111,060.00 |
| Hirschbuehler, Ryan | Associate | -- | -- | -- | -- | $700 | 6.9 | $4,830.00 |
| Jain, Heman | Associate | -- | -- | -- | -- | $450 | 482.5 | $217,125.00 |
| Jauregui, Stefon | Associate | -- | -- | -- | -- | $650 | 754.1 | $490,165.00 |
| Joseph, Oswald | Associate | $575 | 16.0 | -- | -- | -- | -- | $9,200.00 |
| Kane, Alex | Associate | -- | -- | $575 | 585.9 | $650 | 2,174.1 | $1,750,057.50 |
| Krautheim, Sean | Associate | -- | -- | $525 | 149.2 | $560 | 675.9 | $456,834.00 |
| Ledvora, Timothy | Associate | -- | -- | $450 | 82.1 | -- | -- | $36,945.00 |
| Lowdermilk, Quinn | Associate | $450 | 7.7 | $450 | 2,110.5 | $580 | 1,304.9 | $1,710,032.00 |
| Mays, Makenzie | Associate | -- | -- | -- | -- | $675 | 46.1 | $31,117.50 |
| McLaughlin, Blake | Associate | -- | -- | $525 | 20.0 | -- | -- | $10,500.00 |
| McLoughlin, Miles | Associate | -- | -- | $478 | 207.0 | $525 | 112.4 | $157,956.00 |
| Mirando, Michael | Associate | -- | -- | $600 | 1,358.7 | $625 | 1,516.7 | $1,763,157.50 |
| Myers, Haleigh | Associate | -- | -- | $525 | 146.9 | -- | -- | $77,122.50 |
| Patel, Ishika | Associate | -- | -- | $525 | 632.6 | $560 | 49.2 | $359,667.00 |
| Paterson, Warren | Associate | -- | -- | $400 | 20.7 | $400 | 4.6 | $10,120.00 |
| Pon, Mark | Associate | -- | -- | -- | -- | $675 | 140.8 | $95,040.00 |
| Price, Breanna | Associate | $525 | 0.5 | $525 | 1,324.0 | $560 | 192.3 | $803,050.50 |
| Pryor, Trey | Associate | -- | -- | -- | -- | $675 | 167.7 | $113,197.50 |
| Quach, John | Associate | -- | -- | -- | -- | $675 | 48.0 | $32,400.00 |
| Radwanski, Igor | Associate | -- | -- | $450 | 1,942.0 | $580 | 1,366.7 | $1,666,586.00 |
| Schlam Batista, Sharon | Associate | -- | -- | $500 | 563.5 | -- | -- | $281,750.00 |
| Scott, Ryan | Associate | -- | -- | -- | -- | $560 | 61.0 | $34,160.00 |
| Shaari, Nadav | Associate | -- | -- | -- | -- | $625 | 60.8 | $38,000.00 |
| Sigman, Claudia | Associate | $550 | 414.4 | $550 | 639.5 | -- | -- | $579,645.00 |
| Simkins, Maximilian | Associate | -- | -- | $525 | 450.7 | -- | -- | $236,617.50 |
| Slay, David | Associate | $525 | 467.6 | $525 | 2,941.0 | $625 | 2,301.1 | $3,227,702.50 |

4863-8557-1410 v.3

| Timekeeper Name | Position | 11/11/22 – 12/31/22 | | 1/1/23 – 12/31/23 | | 1/1/24 – 10/8/24 | | Total Compensation |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Hourly Rate | Total Hours Billed | Hourly Rate | Total Hours Billed | Hourly Rate | Total Hours Billed | |
| Smith, Cameron** | Associate | -- | -- | -- | -- | $622 | 1,189.1 | $739,647.50 |
| Soto, Eric | Associate | -- | -- | $550 | 5.9 | $675 | 61.7 | $44,892.50 |
| Steers, Jeff | Associate | -- | -- | -- | -- | $625 | 564.0 | $352,500.00 |
| Stripling, Andrew | Associate | -- | -- | -- | -- | $700 | 3.1 | $2,170.00 |
| Taraba, Erik | Associate | -- | -- | $600 | 3,163.3 | $650 | 1,333.5 | $2,764,755.00 |
| Tulloch, Craig | Associate | -- | -- | -- | -- | $500 | 0.3 | $150.00 |
| Ward, Kyle | Associate | -- | -- | $556 | 289.0 | $556 | 1,554.0 | $1,024,708.00 |
| Warren, Matthew | Associate | -- | -- | $450 | 797.6 | $580 | 198.6 | $474,108.00 |
| Welch, Hannah | Associate | -- | -- | $550 | 5.7 | -- | -- | $3,135.00 |
| Wiltgen, Charles | Associate | -- | -- | -- | -- | $650 | 1,176.4 | $764,660.00 |
| Witherspoon, Samuel | Associate | $575 | 484.8 | $575 | 2,331.8 | $650 | 2,121.8 | $2,998,715.00 |
| Zhang, Irene | Associate | -- | -- | -- | -- | $675 | 257.4 | $173,745.00 |
| **Associate Total** | | | **2,619.2** | | **29,406.2** | | **26,751.2** | **$34,058,370.20** |
| Bruck, Ran | Consultant | -- | -- | $600 | 2,032.8 | $625 | 139.5 | $1,306,867.50 |
| Burns, Zach | Consultant | $500 | 366.1 | $500 | 2,167.6 | $500 | 836.2 | $1,684,950.00 |
| **Consultant Total** | | | **366.1** | | **4,200.4** | | **975.7** | **$2,991,817.50** |
| Agarwal, Pulkit | Analyst | -- | -- | -- | -- | $475 | 571.8 | $271,605.00 |
| Arora, Rohan | Analyst | -- | -- | $425 | 764.7 | $475 | 887.1 | $746,370.00 |
| Auer, Samuel | Analyst | -- | -- | -- | -- | $425 | 5.3 | $2,252.50 |
| Avdellas, Peter | Analyst | -- | -- | $425 | 797.6 | $525 | 1,888.0 | $1,330,180.00 |
| Baranawal, Amisha | Analyst | -- | -- | -- | -- | $450 | 174.9 | $78,705.00 |
| Barry, Gerard | Analyst | -- | -- | -- | -- | $450 | 446.0 | $200,700.00 |
| Bolduc, Jojo | Analyst | -- | -- | $425 | 821.6 | $475 | 1,680.2 | $1,147,275.00 |
| Ching, Nicholas | Analyst | -- | -- | -- | -- | $450 | 11.0 | $4,950.00 |
| Chowdhury, Arshia | Analyst | -- | -- | -- | -- | $450 | 475.1 | $213,795.00 |
| Clayton, Lance | Analyst | -- | -- | $475 | 2,997.5 | $525 | 2,413.7 | $2,691,005.00 |
| Dewani, Vipul | Analyst | -- | -- | -- | -- | $475 | 79.5 | $37,762.50 |
| Duncan, Ryan | Analyst | -- | -- | $425 | 900.5 | $475 | 2,220.7 | $1,437,545.00 |
| Ernst, Reagan | Analyst | -- | -- | $425 | 980.9 | $475 | 2,212.2 | $1,467,677.50 |
| Fonteijne, Bas | Analyst | -- | -- | $400 | 542.9 | $450 | 294.1 | $349,505.00 |
| George, Samuel | Analyst | $450 | 22.6 | $450 | 8.8 | -- | -- | $14,130.00 |
| Gidoomal, Dhruv | Analyst | -- | -- | $500 | 270.5 | $500 | 865.2 | $567,850.00 |
| Goel, Yukta | Analyst | -- | -- | -- | -- | $450 | 59.2 | $26,640.00 |
| Goyal, Mehul | Analyst | -- | -- | -- | -- | $450 | 225.1 | $101,295.00 |
| Guerrier, Ritchine | Analyst | $400 | 138.2 | $400 | 636.0 | -- | -- | $309,680.00 |
| Gupta, Kavya | Analyst | -- | -- | -- | -- | $450 | 213.4 | $96,030.00 |
| Haq, Kamran | Analyst | -- | -- | -- | -- | $500 | 321.6 | $160,800.00 |
| Hogge, Will | Analyst | -- | -- | $425 | 15.4 | $425 | 12.8 | $11,985.00 |
| Hubbard, Taylor | Analyst | $400 | 103.1 | $425 | 1,747.2 | $500 | 1,593.8 | $1,580,700.00 |
| Jain, Rakshak | Analyst | -- | -- | -- | -- | $450 | 191.7 | $86,265.00 |

---

** Blended rate appears due to intra period bill rate adjustment

| Timekeeper Name | Position | 11/11/22 – 12/31/22 | | 1/1/23 – 12/31/23 | | 1/1/24 – 10/8/24 | | Total Compensation |
|---|---|---|---|---|---|---|---|---|
| | | Hourly Rate | Total Hours Billed | Hourly Rate | Total Hours Billed | Hourly Rate | Total Hours Billed | |
| Jogerst, Max | Analyst | -- | -- | -- | -- | $475 | 410.8 | $195,130.00 |
| Karnik, Noorita | Analyst | -- | -- | $450 | 31.4 | $480 | 224.9 | $122,082.00 |
| Kaur, Jaspreet | Analyst | -- | -- | -- | -- | $450 | 226.0 | $101,700.00 |
| Khan, Abir | Analyst | -- | -- | -- | -- | $450 | 58.4 | $26,280.00 |
| Khurana, Harshit | Analyst | -- | -- | -- | -- | $450 | 445.1 | $200,295.00 |
| Kumar, Aamaya | Analyst | -- | -- | -- | -- | $450 | 840.2 | $378,090.00 |
| Lee, Soohyun | Analyst | -- | -- | $425 | 5.8 | -- | -- | $2,465.00 |
| Lehtis, Alexander | Analyst | -- | -- | $425 | 15.7 | $425 | 12.9 | $12,155.00 |
| Liv-Feyman, Alec | Analyst | $450 | 465.9 | $450 | 1,973.8 | -- | -- | $1,097,865.00 |
| Lockwood, Luke | Analyst | -- | -- | -- | -- | $525 | 1,054.1 | $553,402.50 |
| McGee, Charlie | Analyst | -- | -- | -- | -- | $475 | 319.5 | $151,762.50 |
| Mittal, Anuj | Analyst | -- | -- | -- | -- | $450 | 465.9 | $209,655.00 |
| Motroni, Ava | Analyst | -- | -- | -- | -- | $475 | 421.5 | $200,212.50 |
| Myers, Claire | Analyst | $425 | 366.4 | $425 | 2,190.6 | $500 | 1,855.3 | $2,014,375.00 |
| Nizhner, David | Analyst | $500 | 351.3 | $500 | 1,666.2 | -- | -- | $1,008,750.00 |
| Okkeh, Layan | Analyst | -- | -- | $450 | 27.6 | -- | -- | $12,420.00 |
| Okuzu, Ciera | Analyst | -- | -- | $475 | 196.6 | -- | -- | $93,385.00 |
| Paolinetti, Sergio | Analyst | -- | -- | $425 | 951.6 | $475 | 2,064.4 | $1,385,020.00 |
| Pasricha, Anshuman | Analyst | -- | -- | -- | -- | $450 | 187.0 | $84,150.00 |
| Pecen, Sena | Analyst | -- | -- | $425 | 2.0 | -- | -- | $850.00 |
| Ragan, Noah | Analyst | -- | -- | -- | -- | $500 | 334.5 | $167,250.00 |
| Rakasz, Tizian | Analyst | -- | -- | $500 | 15.4 | -- | -- | $7,700.00 |
| Ribman, Tucker | Analyst | -- | -- | $425 | 1,219.6 | $475 | 2,478.0 | $1,695,380.00 |
| Ryan II, Matthew | Analyst | $450 | 2.7 | $450 | 133.6 | -- | -- | $61,335.00 |
| Saraf, Nancy | Analyst | -- | -- | -- | -- | $450 | 262.6 | $118,170.00 |
| Scott, Jack | Analyst | -- | -- | -- | -- | $475 | 269.0 | $127,775.00 |
| Sekera, Aryaki | Analyst | -- | -- | -- | -- | $450 | 1,093.6 | $492,120.00 |
| Selwood, Alexa | Analyst | -- | -- | $425 | 736.1 | $525 | 2,011.7 | $1,368,985.00 |
| Sharma, Khushboo | Analyst | -- | -- | -- | -- | $450 | 259.9 | $116,955.00 |
| Sharma, Rahul | Analyst | -- | -- | -- | -- | $450 | 188.9 | $85,005.00 |
| Simoneaux, Nicole | Analyst | $475 | 446.2 | $475 | 2,681.2 | $525 | 2,523.6 | $2,810,405.00 |
| Singh, Vani | Analyst | -- | -- | -- | -- | $475 | 81.8 | $38,855.00 |
| Sirek, Gabriel | Analyst | -- | -- | -- | -- | $475 | 454.4 | $215,840.00 |
| Srivastava, Aastha | Analyst | -- | -- | -- | -- | $475 | 95.4 | $45,315.00 |
| Stockmeyer, Cullen | Analyst | -- | -- | $450 | 2,513.8 | $525 | 2,380.8 | $2,381,130.00 |
| Stolyar, Alan | Analyst | -- | -- | $500 | 513.0 | $500 | 1,642.5 | $1,077,750.00 |
| Tenney, Bridger | Analyst | $450 | 498.2 | $450 | 2,927.1 | $525 | 2,441.9 | $2,823,382.50 |
| Thadani, Harshit | Analyst | -- | -- | -- | -- | $450 | 716.2 | $322,290.00 |
| Thomas, Izabel | Analyst | -- | -- | -- | -- | $450 | 1,251.1 | $562,995.00 |
| Tresser, Miles | Analyst | -- | -- | -- | -- | $475 | 384.5 | $182,637.50 |
| Uppal, Sadhika | Analyst | -- | -- | -- | -- | $450 | 235.1 | $105,795.00 |
| Yadav, Vijay | Analyst | -- | -- | -- | -- | $450 | 465.0 | $209,250.00 |

4863-8557-1410 v.3

| Timekeeper Name | Position | 11/11/22 – 12/31/22 | | 1/1/23 – 12/31/23 | | 1/1/24 – 10/8/24 | | Total Compensation |
|---|---|---|---|---|---|---|---|---|
| | | Hourly Rate | Total Hours Billed | Hourly Rate | Total Hours Billed | Hourly Rate | Total Hours Billed | |
| Yang, Sharon | Analyst | -- | -- | $425 | 338.9 | $500 | 1,363.7 | $825,882.50 |
| **Analyst Total** | | | **2,394.6** | | **28,623.6** | | **46,362.6** | **$36,626,949.50** |
| **GRAND TOTAL** | | | **20,109.3** | | **203,962.1** | | **169,645.3** | **$279,587,945.10** |

**2022 Blended Hourly Rate:  $774.45**

**2023 Blended Hourly Rate:  $693.44**

**2024 Blended Hourly Rate:  $722.56**

**Final Fee Statement Blended Hourly Rate:  $710.12**