# EXHIBIT B

**EXHIBIT B**
**SUMMARY OF TOTAL FEES BY MATTER CODE[3]**
**(NOVEMBER 11, 2022 THROUGH AND INCLUDING OCTOBER 8, 2024)**

| Project Name | Hours | Fee Amount |
|---|---|---|
| ACCOUNTING | 13,774.3 | $9,766,999.80 |
| ASSET SALES | 21,224.1 | $15,224,194.50 |
| AVOIDANCE ACTIONS | 36,968.5 | $25,857,918.60 |
| BUSINESS OPERATIONS | 80,776.6 | $57,737,506.20 |
| BUSINESS PLAN | 401.8 | $273,604.00 |
| CASE ADMINISTRATION | 2,454.1 | $2,082,034.00 |
| CASH MANAGEMENT | 17,699.7 | $11,952,765.50 |
| CLAIMS | 69,441.8 | $46,790,789.70 |
| CLAIMS TRANSFERS | 18.1 | $12,305.00 |
| COMMUNICATIONS | 145.0 | $139,899.00 |
| CONTRACTS | 10,405.7 | $6,115,177.00 |
| COURT AND UST REPORTING | 284.5 | $324,594.00 |
| CREDITOR COOPERATION | 4,771.0 | $3,817,547.70 |
| DISCLOSURE STATEMENT AND PLAN | 43,360.7 | $30,257,047.00 |
| DISTRIBUTIONS PLANNING | 2,338.0 | $1,885,790.00 |
| DUE DILIGENCE | 3,713.1 | $2,587,438.00 |
| EMPLOYEE MATTERS | 3,258.4 | $2,125,038.00 |
| FEE APPLICATION | 509.7 | $276,330.00 |
| FINANCIAL ANALYSIS | 19,229.0 | $13,657,776.30 |
| GOVERNMENT AND REGULATORY DATA REQUESTS | 4,532.9 | $3,258,980.00 |
| INTERCOMPANY | 5,462.2 | $3,937,967.50 |
| JOINT OFFICIAL LIQUIDATORS | 1,086.3 | $912,494.10 |
| JOINT PROVISIONAL LIQUIDATORS | 4,120.5 | $2,741,885.00 |
| KROLL SECURITY INCIDENT | 1,316.5 | $995,036.50 |
| LIQUIDATION | 3,658.4 | $2,632,842.50 |
| LITIGATION | 1,065.8 | $778,401.00 |
| MONTHLY & UST REPORTING | 5,634.9 | $3,975,342.50 |
| MOTIONS AND RELATED SUPPORT | 4,803.7 | $3,823,908.50 |
| NON-WORKING TRAVEL | 976.1 | $793,034.50 |
| SOLICITATION | 2,651.9 | $2,175,130.00 |
| STATEMENTS & SCHEDULES | 10,155.2 | $6,888,462.70 |
| TAX INITIATIVES | 14,752.4 | $14,125,892.00 |

---

[3]   The subject matter of certain time entries may be appropriate for more than one project category.  In such instances, time entries generally have been included in the most appropriate category.  Time entries do not appear in more than one category.

| Project Name | Hours | Fee Amount |
|---|---|---|
| VENDOR MANAGEMENT | 2,725.8 | $1,663,814.00 |
| **GRAND TOTAL** | **393,716.7** | **$279,587,945.10** |