# **<u>EXHIBIT C</u>**

**Exhibit C**
**SUMMARY OF EXPENSES BY CATEGORY**
**(NOVEMBER 11, 2022 THROUGH AND INCLUDING OCTOBER 8, 2024)**

| Expense Summary | |
|---|---|
| **Expense Category** | **Amount** |
| License Fees | $5,568,221.62 |
| Lodging | $754,099.25 |
| Airfare | $521,064.45 |
| Meals | $164,988.39 |
| Transportation | $231,539.67 |
| Miscellaneous | $67,253.56 |
| **TOTAL** | **$7,307,166.92** |