# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Hearing Date: April 17, 2025 at 10:00 a.m. (ET)<br>Obj. Deadline: January 31, 2025 at 4:00 p.m. (ET) |

**FINAL FEE STATEMENT OF LANDIS RATH & COBB LLP AS BANKRUPTCY CO-COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM NOVEMBER 11, 2022 THROUGH AND INCLUDING OCTOBER 8, 2024**

| Name of Applicant | Landis Rath & Cobb LLP |
|---|---|
| Authorized to Provide Professional Services to: | the Debtors and Debtors-in-Possession |
| Date of Retention: | January 9, 2023 *nunc pro tunc* to November 11, 2022 |
| Final Period for which compensation and reimbursement is sought: | November 11, 2022 through and including October 8, 2024 |
| Amount of Final Compensation sought as actual, reasonable and necessary: | $12,234,226.75 |
| Amount of Final Expense Reimbursement sought as actual, reasonable, and necessary: | $232,294.85 |

This is a(n) ____ monthly ____ interim __**x**__ final application. No prior application has been filed with respect to this Fee Period.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

**PRIOR FEE STATEMENTS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved[2] Fees | Approved Expenses |
|---|---|---|---|---|---|
| 2/7/2023 | 11/11 – 12/31/2022 | $1,155,186.50 | $16,008.71 | $924,149.20 | $16,008.71 |
| 3/6/2023 | 1/1 – 1/31/2023 | $663,695.50 | $20,696.39 | $530,956.40 | $20,696.39 |
| 3/17/2023 (First Interim) | 11/1 – 1/31/2023 | $1,818,882.00 | $36,705.10 | $1,801,382.00 | $36,705.10 |
| 4/4/2023 | 2/1 – 2/28/2023 | $582,604.00 | $10,522.10 | $466,083.20 | $10,522.10 |
| 4/28/2023 | 3/1 – 3/31/2023 | $639,694.00 | $4,638.18 | $511,755.20 | $4,638.18 |
| 6/1/2023 | 4/1 – 4/30/2023 | $432,505.00 | $2,343.66 | $346,004.00 | $2,343.66 |
| 6/15/2023 (Second Interim) | 2/1 – 4/30/2023 | $1,654,803.00 | $17,503.94 | $1,597,853.00 | $17,503.94 |
| 6/30/2023 | 5/1 – 5/31/2023 | $334,060.00 | $8,046.50 | $267,248.00 | $8,046.50 |
| 8/1/2023 | 6/1 – 6/30/2023 | $466,634.00 | $17,677.75 | $373,307.20 | $17,677.75 |
| 8/30/2023 | 7/1 – 7/31/2023 | $327,227.50 | $3,080.88 | $261,782.00 | $3,080.88 |
| 9/15/2023 (Third Interim) | 5/1 – 7/1/2023 | $1,127,921.50 | $28,805.13 | $1,091,850.25 | $28,805.13 |
| 9/29/2023 | 8/1 – 8/31/2023 | $396,808.50 | $10,377.73 | $317,446.80 | $10,377.73 |
| 10/31/2023 | 9/1 – 9/30/2023 | $324,074.00 | $6,586.88 | $259,259.20 | $6,586.88 |
| 11/29/2023 | 10/1 – 10/31/2023 | $353,164.50 | $5,308.99 | $282,531.60 | $5,308.99 |
| 12/15/2023 (Fourth Interim) | 8/1 – 10/31/2023 | $1,074,047.00 | $22,273.60 | $1,047,788.60 | $22,273.60 |
| 12/22/2023 | 11/1 – 11/30/2023 | $345,263.50 | $7,846.63 | $276,210.80 | $7,846.63 |
| 1/31/2024 | 12/1 – 12/31/2023 | $349,562.50 | $4,128.50 | $279,650.00 | $4,128.50 |
| 2/29/2024 | 1/1 – 1/31/2024 | $591,561.50 | $11,663.33 | $473,249.20 | $11,663.33 |
| 3/15/2024 (Fifth Interim) | 11/1/2023 – 1/31/2024 | $1,286,387.50 | $23,638.46 | $1,268,995.75 | $23,627.49 |
| 3/28/2024 | 2/1 – 2/29/2024 | $583,267.00 | $7,119.87 | $466,613.60 | $7,119.87 |
| 4/26/2024 | 3/1 – 3/31/2024 | $667,850.75 | $18,572.84 | $534,280.60 | $18,572.84 |
| 5/31/2024 | 4/1 – 4/30/2024 | $482,536.50 | $1,955.67 | $386,029.20 | $1,955.67 |
| 6/14/2024 (Sixth Interim) | 2/1 – 4/30/2024 | $1,733,654.25 | $27,648.38 | $1,704,004.25 | $27,648.38 |
| 7/5/2024 | 5/1 – 5/31/2024 | $569,632.00 | $2,074.45 | $455,705.60 | $2,074.45 |
| 7/31/2024 | 6/1 – 6/30/2024 | $607,884.50 | $22,293.72 | $486,307.60 | $22,293.72 |
| 8/29/2024 | 7/1 – 7/31/2024 | $688,073.00 | $6,299.01 | $550,458.40 | $6,299.01 |
| 9/13/2024 (Seventh Interim) | 5/1 – 7/31/2024 | $1,865,589.50 | $30,667.18 | $1,837,964.75 | $30,667.18 |
| 9/30/2024 | 8/1 – 8/31/2024 | $658,518.50 | $4,033.14 | $526,814.80 | $4,033.14 |
| 10/31/2024 | 9/1 – 9/30/2024 | $719,128.50 | $11,818.07 | $575,302.80 | $11,818.07 |
| 11/15/2024 | 10/1 – 10/8/2024 | $295,295.00 | $29,201.85 | $236,236.00 | $29,201.85 |

---

[2]   Approved amounts reflect LRC's agreed reductions with the Fee Examiner.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved[2] Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/16/24 **(Eighth Interim)** | 8/1 – 10/8/2024 | $1,672,942.00 | $45,053.06 | *Pending* | *Pending* |

### SUMMARY OF FINAL COMPENSATION BY PROFESSIONAL
### NOVEMBER 11, 2022 THROUGH AND INCLUDING OCTOBER 8, 2024

| Timekeeper Name | Position[3] | Year of Admission | Year of Law School Graduation | Hourly Rate[4,5] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Adam G. Landis | Partner | NY 1992, MA 1992, DE 1996 | May, 1991 | $1,275<br>$1,150<br>$1,075<br>$575 | 404.4<br>666.8<br>302.1<br>3.7 | $515,610.00<br>$766,820.00<br>$324,757.50<br>$2,127.50 |
| Richard S. Cobb | Partner | DE 1993, PA 1994 | May, 1992 | $1,275<br>$1,150 | 169.3<br>2.3 | $215,857.50<br>$2,645.00 |
| Rebecca L. Butcher | Partner | DE 1999, PA 2000 | May, 1999 | $1,025<br>$900<br>$830 | 1.8<br>7.5<br>0.8 | $1,845.00<br>$6,750.00<br>$664.00 |
| Matthew B. McGuire | Partner | PA 2001, DE 2003 | May, 2000 | $1,025<br>$900<br>$830 | 498.8<br>447.6<br>4.8 | $511,270.00<br>$402,840.00<br>$3,984.00 |
| Kimberly A. Brown | Partner | DE 2008 | May, 2008 | $925<br>$820<br>$750<br>$462.50 | 1,475.1<br>1795<br>412.5<br>1.7 | $1,364,467.50<br>$1,471,900.00<br>$309,375.00<br>$786.25 |
| Matthew R. Pierce | Partner | DE 2013 | May, 2013 | $750<br>$375 | 1,168.3<br>3.7 | $876,225.00<br>$1,387.50 |
| Jennifer L. Cree | Partner | DE 2013, PA 2014 | May, 2013 | $750 | 1.4 | $1,050.00 |
| **Partner Total** | | | | | **8,839.8** | **$7,700,786.75** |
| Matthew R. Pierce | Associate | DE 2013 | May, 2013 | $625<br>$550 | 1,474.9<br>425.1 | $921,812.50<br>$233,805.00 |
| Jennifer L. Cree | Associate | DE 2013, PA 2014 | May, 2013 | $625 | 1.2 | $750.00 |
| Nicolas E. Jenner | Associate | DE 2018 | May, 2018 | $600<br>$525<br>$450 | 918<br>892.7<br>124.1 | $550,800.00<br>$468,667.50<br>$55,845.00 |

---

[3] In the ordinary course of business, certain timekeepers positions changed in the ordinary course of practice due to advancement as set forth in more detail in the relevant Monthly Fee Statement.

[4] Effective on January 1st of each year LRC implemented annual step increases in its hourly rates consistent with LRC's ordinary course practice due to advancing seniority and promotion.

[5] Non-working travel was billed at 50% of the then applicable hourly rate during the Final Fee Period.

| Timekeeper Name | Position[3] | Year of Admission | Year of Law School Graduation | Hourly Rate[4,5] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Howard W. Robertson | Associate | PA 2020, DE 2021 | January, 2020 | $535<br>$475<br>$410 | 464.1<br>1,521.6<br>332.4 | $248,293.50<br>$722,760.00<br>$136,284.00 |
| Elizabeth A. Rogers | Associate | NY 2021, DE 2024 | May, 2019 | $535 | 344.5 | $184,307.50 |
| George A. Williams | Associate | DE 2022 | May, 2021 | $450<br>$395 | 1,612.6<br>188.2 | $725,670.00<br>$74,339.00 |
| Clifford R. Wood, Jr. | Associate | DE 2022, PA 2023 | May, 2022 | $395 | 626.9 | $247,625.50 |
| **Associate Total** | | | | | **7,455.1** | **$3,650,534.50** |
| **Lawyers Total** | | | | | **16,293.9** | **$11,351,321.25** |
| Melissa Ramirez | Paralegal | N/A | N/A | $350<br>$310<br>$295 | 650.8<br>714.6<br>156.5 | $227,780.00<br>$221,526.00<br>$46,167.50 |
| Linda M. Rogers | Paralegal | N/A | N/A | $350 | 8.3 | $2,905.00 |
| Mark Hitchens | Paralegal | N/A | N/A | $350<br>$310 | 350.8<br>48.8 | $122,780.00<br>$15,128.00 |
| Jennifer Ford | Paralegal | N/A | N/A | $350 | 88.2 | $30,870.00 |
| Anthony C. Dellose | Paralegal | N/A | N/A | $310<br>$295 | 174.0<br>133.1 | $53,940.00<br>$39,264.50 |
| Alicia Bianco | Paralegal | N/A | N/A | $310 | 10.2 | $2,805.00 |
| Joshua Huynh | Paralegal, Legal Assistant | N/A | N/A | $310<br>$275<br>$200<br>$180 | 102.5<br>284.3<br>1.9<br>11.1 | $31,775.00<br>$78,182.50<br>$380.00<br>$1,998.00 |
| Allison Strauss | Legal Assistant | N/A | N/A | $220<br>$200<br>$180 | 8.1<br>9.6<br>16.9 | $1,782.00<br>$1,920.00<br>$3,042.00 |
| Tanita Davenport | Legal Assistant | N/A | N/A | $220 | 3.0 | $660.00 |
| **Non-Legal Personnel Total** | | | | | **2,772.7** | **$882,905.50** |
| **GRAND TOTAL** | | | | | **19,066.6** | **$12,234,226.75** |

**Blended Hourly Rate: $641.66**

**SUMMARY OF FINAL COMPENSATION BY PROJECT CATEGORY[6]**
**NOVEMBER 11, 2022 THROUGH AND INCLUDING OCTOBER 8, 2024**

| Project Name | Hours | Fee Amount |
|---|---|---|
| B110 - Asset Analysis and Recovery | 102.0 | $74,175.50 |
| B112 - Asset Disposition | 930.5 | $645,499.50 |
| B114 - Assumption/Rejection of Leases and Contracts | 162.3 | $101,958.00 |
| B118 - Board of Directors Matters | 5.5 | $5,781.50 |
| B120 - Business Operations | 1,198.9 | $745,645.00 |
| B122 - Case Administration | 872.1 | $435,933.50 |
| B124 - Claims Administration & Objections | 2,574.1 | $1,545,944.50 |
| B126 - Employee Benefits/Pensions | 73.4 | $49,085.50 |
| B130 - Financing/Cash Collateral | 3.1 | $2,433.00 |
| B134 - Hearings | 2,227.5 | $1,330,646.00 |
| B135 - Litigation | 3,764.8 | $2,582,599.50 |
| B136 - LRC Retention & Fee Matters | 455.8 | $272,504.50 |
| B138 - Committee Meetings/Communications | 43.6 | $33,305.50 |
| B139 - Equity Committee | 2.9 | $3,172.50 |
| B140 - Creditor Inquiries | 177.6 | $112,098.50 |
| B142 - Non-working Travel | 9.1 | $4,301.25 |
| B144 - Non-LRC Retention & Fee Matters | 1,187.6 | $736,503.00 |
| B146 - Plan and Disclosure Statement (including Business Plan) | 1,823.4 | $1,332,824.00 |
| B150 - Relief from Stay/Adequate Protection Proceedings | 277.2 | $179,254.50 |
| B151 - Schedules/Operating Reports | 887.5 | $545,101.00 |
| B152 - Tax Issues | 61.8 | $46,001.00 |
| B154 - LRC Retention Applications & Disclosures | 56.0 | $32,813.50 |
| B155 - Non-LRC Retention Applications & Disclosures | 268.3 | $176,575.50 |
| B156 - LRC Fee Applications | 734.6 | $470,541.00 |
| B157 - Non-LRC Fee Applications | 691.1 | $367,969.00 |
| B160 - Examiner | 475.9 | $401,560.50 |
| **TOTAL** | **19,066.60** | **$12,234,226.75** |

---

[6] The subject matter of certain time entries may be appropriate for more than one project category. In such instances, time entries generally have been included in the most appropriate category. Time entries do not appear in more than one category.

**SUMMARY OF ACTUAL AND NECESSARY FINAL EXPENSES**
**NOVEMBER 11, 2022 THROUGH AND INCLUDING OCTOBER 8, 2024**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider, if Applicable** | **Amount** |
| In-house Copying | N/A | $11,037.20 |
| Outside Printing | *See previous Monthly Fee Applications* | $92,777.73 |
| Telephone | N/A | $49.41 |
| Online research | *See previous Monthly Fee Applications* | $24,046.99 |
| Delivery Services/Messengers | *See previous Monthly Fee Applications* | $9,191.19 |
| Out-of-Town Travel | *See previous Monthly Fee Applications* | $8,970.63 |
| Meals | *See previous Monthly Fee Applications* | $20,107.38 |
| eDiscovery | TechSolutions, Inc. | $88.95 |
| Inhouse Color Copies | N/A | $9,703.20 |
| Document Retrieval | PACER | $2,052.60 |
| Filing Fee | US Bankruptcy Court | $13,861.00 |
| Hearing Transcripts | Reliable | $23,707.36 |
| Service Fees | *See previous Monthly Fee Applications* | $14,907.28 |
| Overnight Delivery | *See previous Monthly Fee Applications* | $930.65 |
| Conference Call Service | LoopUp LLC | $33.28 |
| Telephonic Court Appearance | CourtSolutions | $210.00 |
| Lien Searches | Delaware Division of Corporations | $20.00 |
| Rentals | Capital Office | $600.00 |
| | **TOTAL** | **$232,294.85** |

**CUSTOMARY AND COMPARABLE COMPENSATION
DISCLOSURES FOR THE FINAL COMPENSATION PERIOD OF
<u>NOVEMBER 11, 2022 THROUGH AND INCLUDING OCTOBER 8, 2024</u>**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Firm-wide for Fiscal Year (FY2024) | Billed November 11, 2022 through and including October 8, 2024 |
| Partner | $953.39 | $856.24 |
| Associate | $501.90 | $486.06 |
| Paralegal | $345.78 | $320.10 |
| Aggregated | $695.29 | $642.52 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

**FINAL FEE STATEMENT OF LANDIS RATH & COBB LLP AS BANKRUPTCY CO-COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM NOVEMBER 11, 2022 THROUGH AND INCLUDING OCTOBER 8, 2024**

Landis Rath & Cobb LLP ("LRC"), bankruptcy co-counsel to FTX Trading Ltd. and its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby submits this *Final Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-In-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period From November 11, 2022 Through and Including October 8, 2024* (the "Final Fee Statement") for final allowance of compensation for professional services rendered and reimbursement of expenses incurred for the period from November 11, 2022 through and including October 8, 2024 (the "Final Fee Period"). In support of the Final Fee Statement, LRC respectfully states as follows:

**Background**

1.  On November 11 and November 14, 2022,[2] the Debtors filed with the

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] November 11, 2022 is the petition date for all Debtors, except for Debtor West Realm Shires Inc.

{1368.003-W0079285.}

United States Bankruptcy Court for the District of Delaware (the "Court") voluntary petitions for relief under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (as amended or modified, the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Joint administration of the Debtors' cases (the "Chapter 11 Cases") was authorized by the Court by entry of an order on November 22, 2022 [D.I. 128]. On December 15, 2022, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an Official Committee of Unsecured Creditors (the "Committee") pursuant to section 1102 of the Bankruptcy Code [D.I. 231].

2. On January 9, 2023, the Court entered the *Order Authorizing the Employment and Retention of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel, Nunc Pro Tunc to the Petition Date, Pursuant to Bankruptcy Code Section 327(a), Bankruptcy Rules 2014 and 2016 and Local Rule 2014-1* [D.I. 428] (the "LRC Retention order") authorizing the retention and employment of LRC as the Debtors' bankruptcy co-counsel, *nunc pro tunc* to November 11, 2022.

3. On January 9, 2023, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 435] (the "Interim Compensation Order").

4. On March 8, 2023, the Court entered the *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [D.I. 834] appointing Katherine Stadler (the "Fee Examiner") to serve as the fee examiner in these Chapter 11 Cases and establishing certain procedures in connection therewith.

5. In accordance with the Interim Compensation Order, LRC filed twenty-three (23) monthly fee applications [D.I. 646, 815, 1222, 1389, 1557, 1821, 2105, 2275, 2800, 3634, 4208, 5121, 6870, 8311, 10726, 12929, 16384, 19615, 22099, 24025, 26060, 27502 and 27978] (collectively, the "Monthly Fee Applications") and eight (8) interim fee applications [D.I. 1113, 1646, 2529, 4758, 9545, 17662, 24753 and 28838] (collectively, the "Interim Fee Applications" and together with the Monthly Fee Applications, the "LRC Fee Applications") over the course of these Chapter 11 Cases. The LRC Fee Applications and all exhibits and attachments thereto are incorporated herein by reference.[3]

6. On October 8, 2024, the Court entered the *Findings of Fact, Conclusions of Law and Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [ D.I. 26404] (the "Confirmation Order") confirming the *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* (the "Plan"). The Plan sets forth the procedures for final requests for payment of Professional Fee Claims (as defined therein).

7. On January 3, 2025, the Plan went effective. *See* [D.I. 29197].

**Relief Requested**

8. By this Final Fee Statement and in accordance with the Interim Compensation Order, LRC makes this application for final allowance and payment as an administrative expense of the Debtors' estates of compensation in the amount of $12,234,226.75 for reasonable and necessary professional services rendered and $232,294.85 for actual and necessary expenses incurred over the course of these Chapter 11 Cases.

---

[3] Due to the voluminous nature thereof, the LRC Fee Applications are not attached hereto. They may be obtained free of charge upon written request to the undersigned counsel or on the website maintained by the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/FTX.

### a. Compensation Requested

9. The services performed by LRC during the Final Fee Period included, among others and as set forth in detail in each of the Monthly Fee Applications, (i) preparing and/or assisting in the preparation, finalization and filing of various pleadings and orders submitted to the Court and served on parties in interest; (ii) regularly conferring with the Debtors, their other professionals and various parties-in-interest regarding issues related to the Chapter 11 Cases and the various pleadings filed herein; (iii) preparing for and participating in the hearings held in the Chapter 11 Cases; and (iv) researching and advising the Debtors and their other professionals with respect to numerous issues in connection with the Chapter 11 Cases.

10. Attached to each of the Monthly Fee Applications as Exhibit A is a detailed itemization, by project category, of all services performed by LRC with respect to the Chapter 11 Cases during the applicable monthly fee period. This detailed itemization complies with Local Rule 2016-2 in that each time entry contains a separate time allotment, a description of the type of activity and the subject matter of the activity, all time is billed in increments of one-tenth (1/10) of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified.

11. The timekeepers who rendered services related to each category are identified in Exhibit A to each of the Monthly Fee Applications, along with the number of hours for each individual and the total compensation sought by each category. All services for which LRC requests compensation were performed for, or on behalf of, the Debtors.

b. **Expense Reimbursement**

12. LRC incurred out-of-pocket expenses during the Final Fee Period in the amount of $232,294.85. Attached to each of the Monthly Fee Applications as Exhibit B is a description of the expenses actually incurred by LRC in the performance of services rendered as bankruptcy co-counsel to the Debtors over the course of these Chapter 11 Cases. The expenses are broken down into categories of charges, which may include, among other things, the following charges: photocopying, printing, outgoing facsimiles, document retrieval, postage, third-party conference calls, messenger service, transcripts, computerized legal research, filing fees, working meals, secretarial overtime, and other expenses.

13. In order to more efficiently handle the voluminous copying of pleadings served and filed in these Chapter 11 Cases, LRC on occasion retained third-party duplication service providers. LRC seeks reimbursement only for the actual expenses charged by such third-party service providers as set forth in each of the applicable Monthly Fee Applications.

14. In accordance with section 330 of the Bankruptcy Code, LRC seeks reimbursement only for the actual cost of such expenses to LRC. LRC submits that all such expenses incurred were customary, necessary and related to the Chapter 11 Cases and, by this Final Fee Statement, requests final approval of reimbursement of the same.[4]

**Valuation of Services**

15. Professionals of LRC have expended a total of 19,066.6 hours in connection with services rendered in these Chapter 11 Cases during the Final Fee Period.

16. The amount of time spent by each of the professionals providing services

---

[4] LRC reserves all rights with respect to any expense cap sought to be imposed or otherwise enforced by the Fee Examiner or the U.S. Trustee that is not consistent with or deviates from the Local Rules or applicable orders entered by the Court in these Chapter 11 Cases.

to the Debtors for the Final Fee Period is set forth in detail in each of the Monthly Fee Applications as <u>Exhibit A</u>. The rates charged are LRC's regular hourly rates of compensation for work of this nature. The reasonable value of the services rendered by LRC for the Final Fee Period as bankruptcy co-counsel for the Debtors in these Chapter 11 Cases is $12,234,226.75.

17. LRC submits that the time entries included in <u>Exhibit A</u> and the expense breakdown set forth in <u>Exhibit B</u> attached to each of the Monthly Fee Applications are in compliance with the requirements of Local Rule 2016-2.

18. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amounts requested by LRC are fair and reasonable given the complexities of these Chapter 11 Cases, the time expended, the nature and extent of the services rendered, the value of such services, and the costs of comparable services other than in a case under this title.

**Certificate of Compliance and Waiver**

19. The undersigned representative of LRC certifies that she has reviewed the requirements of Local Rule 2016-2 and that the Final Fee Statement substantially complies with such rule. To the extent that the Final Fee Statement does not comply in all respects with the requirements of Local Rule 2016-2, LRC believes that such deviations are not material and respectfully requests that any such requirements be waived.

**Notice and No Prior Request**

20. Notice of this Final Fee Statement has been given to the following parties or, in lieu of, to their counsel, if known: (a) the U.S. Trustee; (b) the Committee; (c) the Fee Examiner; and (d) all parties required to be given notice in the Interim Compensation Order. LRC submits that no other or further notice is necessary.

21. No prior request for the relief sought in this Final Fee Statement has been

made to this or any other Court.

       WHEREFORE, LRC respectfully requests that the Bankruptcy Court (i) approve the Final Fee Statement and (ii) grant such further relief as is just and proper.

| | |
|---|---|
| Dated: January 10, 2025<br>      Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Kimberly A. Brown*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>       brown@lrclaw.com<br>       pierce@lrclaw.com<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession* |