**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: April 17, 2025 at 10:00 a.m. (ET)**<br>**Objection Deadline: January 31, 2025 at 4:00 p.m. (ET)** |

**FINAL FEE APPLICATION OF**
**QUINN EMANUEL URQUHART & SULLIVAN, LLP FOR SERVICES RENDERED**
**AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM**
**NOVEMBER 13, 2022 THROUGH AND INCLUDING OCTOBER 8, 2024**

| **Name of Applicant** | **Quinn Emanuel Urquhart & Sullivan, LLP** |
|---|---|
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | January 20, 2023 *nunc pro tunc* to November 13, 2022 |
| Period for which compensation and reimbursement is sought: | November 13, 2022 through and including October 8, 2024 |
| Amount of Final Compensation sought as actual, reasonable, and necessary: | $49,586,712.29 |
| Amount of Final Expense Reimbursement sought as actual, reasonable, and necessary: | $84,385.32 |
| Blended rate in this application for all attorneys: | $1,093.13 |
| Blended rate in this application for all timekeepers: | $1,088.55 |

The total time expended prior to the Confirmation Date for fee application preparation for the Final Fee Application is 0 hours and the corresponding compensation requested is $0.

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

**PRIOR FEE STATEMENTS AND APPLICATIONS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees[2] | Approved Expenses | Fee Order |
|---|---|---|---|---|---|---|
| 02/07/2023 | Petition Date through and including December 31, 2022 | $1,536,294.15 | $4,323.07 | $2,907,139.18 | $5,632.62 | 6/28/2023 D.I. 1794 |
| 03/06/2023 | January 1, 2023 through and including January 31, 2023 | $1,440,414.90 | $1,920.53 | | | |
| **3/17/2023 (First Interim) [D.I. 1117]** | November 13, 2022 through and including January 31, 2023 | $2,976,709.05 | $6,243.60 | | | |
| 04/07/2023 | February 1, 2023 through and including February 28, 2023 | $2,781,198.90 | $2,580.91 | $8,111,186.00 | $4,176.13 | 9/13/2023 D.I. 2506 |
| 05/01/2023 | March 1, 2023 through and including March 31, 2023 | $3,192,717.60 | $3,031.19 | | | |
| 6/06/2023 | April 1, 2023 through and including April 30, 2023 | $2,282,269.50 | $3,382.59 | | | |
| **6/15/2023 (Second Interim)_ [D.I. 1648]** | February 1, 2023 through and including April 30, 2023 | $8,256,186.00 | $8,994.69 | | | |
| 7/03/2023 | May 1, 2023 through and including May 31, 2023 | $2,441,227.95 | $1,802.88 | $9,839,020.82 | $21,479.53 | 12/12/2023 D.I. 4622 |
| 7/31/2023 | June 1, 2023 through and including June 30, 2023 | $2,984,443.42 | $10,858.66 | | | |
| 9/06/2023 | July 1, 2023 through and including July 31, 2023 | $4,538,349.45 | $10,027.36 | | | |
| **9/15/2023 (Third Interim) [D.I. 2531]** | May 1, 2023 through and including July 31, 2023 | $9,964,020.82 | $22,688.90 | | | |

---

[2]   Approved amounts reflect Quinn Emanuel's agreed reductions with the Fee Examiner.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees[2] | Approved Expenses | Fee Order |
|---|---|---|---|---|---|---|
| 9/29/2023 | August 1, 2023 through and including August 31, 2023 | $3,462,251.40 | $1,007.71 | $10,328,893.60 | $7,465.37 | 3/19/2024 D.I. 9706 |
| 10/31/2023 | September 1, 2023 through and including September 30, 2023 | $3,425,488.20 | $3,446.41 | | | |
| 11/29/2023 | October 1, 2023 through and including October 31, 2023 | $3,581,154.00 | $4,211.31 | | | |
| 12/15/2023 (Fourth Interim) [D.I. 4850] | August 1, 2023 through and including October 31, 2023 | $10,468,893.60 | $8,665.43 | | | |
| 12/22/2023 | November 1, 2023 through and including November 30, 2023 | $3,381,008.40 | $1,416.74 | $7,425,521.65 | $11,944.07 | 6/17/2024 D.I. 17787 |
| 01/31/2024 | December 1, 2023 through and including December 31, 2023 | $2,384,282.70 | $9,126.44 | | | |
| 2/29/2024 | January 1, 2024 through and including January 31, 2024 | $1,785,230.55 | $2,510.14 | | | |
| 3/15/2024 (Fifth Interim) [D.I. 9543] | November 1, 2023 through and including January 31, 2024 | $7,550,521.65 | $13,053.32 | | | |
| 3/28/2024 | February 1, 2024 through and including February 29, 2024 | $1,478,179.35 | $1,626.66 | $4,547,885.47 | $15,547.57 | 9/11/2024 D.I. 24510 |
| 4/26/2024 | March 1, 2024 through and including March 31, 2024 | $1,881,348.07 | $5,378.05 | | | |
| 5/31/2024 | April 1, 2024 through and including April 30, 2024 | $1,248,358.05 | $8,888.27 | | | |
| 6/14/2024 (Sixth Interim) [D.I. 17694] | February 1, 2024 through and including April 30, 2024 | $4,607,885.47 | $15,892.98 | | | |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees[2] | Approved Expenses | Fee Order |
|---|---|---|---|---|---|---|
| 7/5/2024 | May 1, 2024 through and including May 31, 2024 | $1,582,704.90 | $6,017.08 | $3,251,385.05 | $7,998.83 | 12/12/2024 D.I. 28742 |
| 7/31/2024 | June 1, 2024 through and including June 30, 2024 | $824,760.45 | $1,827.58 | | | |
| 8/29/2024 | July 1, 2024 through and including July 31, 2024 | $883,919.70 | $167.01 | | | |
| 9/13/2024 (Seventh Interim) [D.I. 24754] | May 1, 2024 through and including July 31, 2024 | $3,291,385.05 | $8,011.67 | | | |
| 9/30/2024 | August 1, 2024 through and including August 31, 2024 | $1,070,063.55 | $74.60 | *Pending* | *Pending* | n/a |
| 10/31/2024 | September 1, 2024 through and including September 30, 2024 | $1,138,899.15 | $503.17 | | | |
| 11/15/2024 | October 1, 2024 through and including October 8, 2024 | $262,147.95 | $256.96 | | | |
| 12/16/2024 (Eighth Interim) [D.I. 28847] | August 1, 2024 through and including October 8, 2024 | $2,471,110.65 | $834.73 | | | |
| Total fees and expenses approved by interim orders to date: | | | | $46,411,031.77 | $74,244.12 | |

## SUMMARY OF FEES BY INDIVIDUAL FOR THE FINAL FEE PERIOD
### (NOVEMBER 13, 2022 THROUGH AND INCLUDING OCTOBER 8, 2024)

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| K. John Shaffer | Partner | 1991 | 1989 | $1,917.00 | 840.50 | $1,611,238.50 |
| | | | | $2,025.00 | 200.10 | $405,202.50 |
| Thomas Werlen | Partner | 1991 | 1989 | $1,777.50 | 1.00 | $1,777.50 |
| John B. Quinn | Partner | 1978 | 1976 | $1,917.00 | 8.60 | $16,486.20 |
| | | | | $2,025.00 | 5.30 | $10,732.50 |
| William A. Burck | Partner | 2001 | 1998 | $1,917.00 | 215.30 | $412,730.10 |
| | | | | $2,025.00 | 70.00 | $141,750.00 |
| Sascha Rand | Partner | 1998 | 1997 | $1,593.00 | 1,307.70 | $2,083,166.10 |
| | | | | $1,678.50 | 1,019.80 | $1,711,734.30 |
| | | | | $1,795.50 | 112.90 | $202,711.95 |
| Sam Williamson | Partner | 2001 | 2000 | $1,917.00 | 465.20 | $891,788.40 |
| | | | | $2,025.00 | 89.90 | $182,047.50 |
| Katherine Lemire | Partner | 1998 | 1997 | $1,593.00 | 830.40 | $1,322,827.20 |
| | | | | $1,678.50 | 388.30 | $651,761.55 |
| | | | | $1,795.50 | 40.90 | $73,435.95 |
| Michael Barlow | Partner | 2000 | 2000 | $1,678.50 | 3.00 | $5,035.50 |
| Richard East | Partner | 1997 | 1995 | $1,917.00 | 7.40 | $14,185.80 |
| | | | | $2,025.00 | 9.00 | $18,225.00 |
| Jonathan Pickhardt | Partner | 2000 | 1998 | $1,593.00 | 143.40 | $228,436.20 |
| | | | | $1,678.50 | 5.80 | $9,735.30 |
| John Rhie | Partner | 2003 | 2000 | $1,593.00 | 1.30 | $2,070.90 |
| Benjamin Finestone | Partner | 2005 | 2004 | $1,440.00 | 10.40 | $14,976.00 |
| Anthony Alden | Partner | 2004 | 2003 | $1,440.00 | 418.90 | $603,216.00 |
| | | | | $1,561.50 | 547.80 | $855,389.70 |
| | | | | $1,669.50 | 32.80 | $54,759.60 |
| Isaac Nesser | Partner | 2003 | 2003 | $1,440.00 | 226.30 | $325,872.00 |
| | | | | $1,521.00 | 60.30 | $91,716.30 |
| | | | | $1,629.00 | 15.00 | $24,435.00 |
| Robert Zink | Partner | 2006 | 2005 | $1,440.00 | 155.90 | $224,496.00 |
| | | | | $1,521.00 | 59.40 | $90,347.40 |
| Avi Perry | Partner | 2012 | 2010 | $1,431.00 | 18.10 | $25,901.10 |
| Andrew S. Corkhill | Partner | 2007 | 2006 | $1,422.00 | 6.90 | $9,811.80 |
| Eric D. Winston | Partner | 1999 | 1998 | $1,440.00 | 113.50 | $163,440.00 |
| | | | | $1,561.50 | 10.30 | $16,083.45 |
| Matthew R. Scheck | Partner | 2008 | 2007 | $1,318.50 | 570.40 | $752,072.40 |
| | | | | $1,422.00 | 500.20 | $711,284.40 |
| | | | | $1,561.50 | 37.90 | $59,180.85 |
| Elinor C. Sutton | Partner | 2008 | 2007 | $1,318.50 | 96.50 | $127,235.25 |
| | | | | $1,422.00 | 76.60 | $108,925.20 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| K. McKenzie Anderson | Partner | 2008 | 2007 | $1,422.00 | 17.00 | $24,174.00 |
| Michael Shaheen | Partner | 2010 | 2009 | $1,318.50 | 181.10 | $238,780.35 |
| Emily Kapur | Partner | 2015 | 2015 | $1,246.50 | 654.90 | $816,332.85 |
| | | | | $1,354.50 | 408.30 | $553,042.35 |
| | | | | $1,480.50 | 31.40 | $46,487.70 |
| Blair Adams | Partner | 2014 | 2013 | $1,246.50 | 36.20 | $45,123.30 |
| William Sears | Partner | 2015 | 2014 | $1,246.50 | 63.60 | $79,277.40 |
| | | | | $1,354.50 | 174.60 | $236,495.70 |
| | | | | $1,480.50 | 0.30 | $444.15 |
| Jason Sternberg | Partner | 2009 | 2009 | $1,354.50 | 15.60 | $21,130.20 |
| | | | | $1,480.50 | 0.20 | $296.10 |
| **Partner Total** | | | | | **10,306.20** | **$16,317,805.50** |
| Andrew Kutscher | Counsel | 2010 | 2009 | $1,215.00 | 1,158.50 | $1,407,577.50 |
| | | | | $1,296.00 | 742.20 | $961,891.20 |
| | | | | $1,413.00 | 76.20 | $107,670.60 |
| Heather K. Christenson | Counsel | 2014 | 2013 | $1,296.00 | 51.50 | $66,744.00 |
| | | | | $1,413.00 | 11.90 | $16,814.70 |
| Tyler Murray | Counsel | 2001 | 2000 | $1,215.00 | 547.60 | $665,334.00 |
| | | | | $1,296.00 | 713.80 | $925,084.80 |
| | | | | $1,413.00 | 67.20 | $94,953.60 |
| Kurt Wolfe | Counsel | 2007 | 2006 | $1,215.00 | 124.60 | $151,389.00 |
| | | | | $1,296.00 | 8.90 | $11,534.40 |
| K. McKenzie Anderson | Counsel | 2008 | 2007 | $1,215.00 | 370.60 | $450,279.00 |
| | | | | $1,296.00 | 223.10 | $289,137.60 |
| Jennifer Gindin | Counsel | 2014 | 2014 | $1,215.00 | 132.90 | $161,473.50 |
| | | | | $1,296.00 | 52.90 | $68,558.40 |
| Asia Lenard | Counsel | 2003 | 2001 | $1,296.00 | 0.20 | $259.20 |
| Robert True | Counsel | 2007 | 2006 | $1,296.00 | 10.00 | $12,960.00 |
| Marina E. Lev | Counsel | 2013 | 2012 | $1,215.00 | 295.60 | $359,154.00 |
| | | | | $1,296.00 | 180.40 | $233,798.40 |
| | | | | $1,413.00 | 53.90 | $76,160.70 |
| **Counsel Total** | | | | | **4,822.00** | **$6,060,774.60** |
| Alex Nelder | Associate | 2012 | 2011 | $1,336.50 | 80.10 | $107,053.65 |
| | | | | $1,413.00 | 126.60 | $178,885.80 |
| | | | | $1,453.50 | 18.60 | $27,035.10 |
| Anna Parfjonova | Associate | 2014 | 2012 | $1,413.00 | 34.20 | $48,324.60 |
| Razmig Izakelian | Associate | 2013 | 2013 | $1,183.50 | 43.50 | $51,482.25 |
| Emily Kapur | Associate | 2015 | 2015 | $1,174.50 | 2.60 | $3,053.70 |
| Justine Young | Associate | 2014 | 2013 | $1,183.50 | 628.10 | $743,356.35 |
| | | | | $1,251.00 | 491.60 | $614,991.60 |
| | | | | $1,363.50 | 4.70 | $6,408.45 |
| Joanna Menillo | Associate | 2015 | 2015 | $1,251.00 | 66.80 | $83,566.80 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Anil Makhijani | Associate | 2013 | 2012 | $1,183.50 | 94.60 | $111,959.10 |
| | | | | $1,251.00 | 216.90 | $271,341.90 |
| | | | | $1,363.50 | 18.00 | $24,543.00 |
| Heather K. Christenson | Associate | 2014 | 2013 | $1,251.00 | 123.10 | $153,998.10 |
| Jaclyn Palmerson | Associate | 2016 | 2016 | $1,143.00 | 739.10 | $844,791.30 |
| | | | | $1,246.50 | 734.30 | $915,304.95 |
| | | | | $1,363.50 | 94.60 | $128,987.10 |
| Isaac Saidel-Goley | Associate | 2017 | 2017 | $1,210.50 | 440.40 | $533,104.20 |
| | | | | $1,359.00 | 52.80 | $71,755.20 |
| Ben Odell | Associate | 2010 | 2010 | $1,183.50 | 47.40 | $56,097.90 |
| Nicholas Inns | Associate | 2010 | 2010 | $1,174.50 | 49.40 | $58,020.30 |
| | | | | $1,251.00 | 4.20 | $5,254.20 |
| Ari Roytenberg | Associate | 2017 | 2016 | $1,143.00 | 75.30 | $86,067.90 |
| Meredith Mandell | Associate | 2017 | 2016 | $1,143.00 | 121.80 | $139,217.40 |
| | | | | $1,246.50 | 75.90 | $94,609.35 |
| Abbey Foote | Associate | 2018 | 2018 | $1,048.50 | 40.20 | $42,149.70 |
| | | | | $1,174.50 | 235.80 | $276,947.10 |
| | | | | $1,318.50 | 5.40 | $7,119.90 |
| Miao Xu | Associate | 2016 | 2015 | $1,120.50 | 539.40 | $604,397.70 |
| | | | | $1,255.50 | 15.50 | $19,460.25 |
| Sophie Hill | Associate | 2021 | 2020 | $841.50 | 1,431.00 | $1,204,186.50 |
| | | | | $985.50 | 205.40 | $202,421.70 |
| | | | | $1,075.50 | 2,150.30 | $2,312,647.65 |
| | | | | $1,255.50 | 101.70 | $127,684.35 |
| Peter Collins | Associate | 2020 | 2018 | $1,048.50 | 331.90 | $347,997.15 |
| | | | | $1,174.50 | 13.50 | $15,855.75 |
| Max Meadows | Associate | 2016 | 2015 | $1,107.00 | 156.90 | $173,688.30 |
| | | | | $1,210.50 | 1.20 | $1,452.60 |
| Jonas Hertner | Associate | 2016 | 2015 | $1,188.00 | 3.70 | $4,395.60 |
| Jared Dummitt | Associate | 2019 | 2018 | $1,048.50 | 61.50 | $64,482.75 |
| Dominique Le Miere | Associate | 2017 | 2016 | $1,174.50 | 92.00 | $108,054.00 |
| Andrew Sutton | Associate | 2017 | 2016 | $1,143.00 | 454.80 | $519,836.40 |
| | | | | $1,246.50 | 272.40 | $339,546.60 |
| Joseph Reed | Associate | 2018 | 2018 | $1,048.50 | 68.30 | $71,612.55 |
| | | | | $1,174.50 | 18.30 | $21,493.35 |
| Shane Grannum | Associate | 2019 | 2018 | $1,152.00 | 64.00 | $73,728.00 |
| Amy Chyao | Associate | 2020 | 2019 | $1,152.00 | 184.00 | $211,968.00 |
| Christine J. Chen | Associate | 2019 | 2018 | $1,048.50 | 0.70 | $733.95 |
| Samuel Seneczko | Associate | 2019 | 2019 | $985.50 | 782.90 | $771,547.95 |
| Olivia Yeffet | Associate | 2020 | 2020 | $904.50 | 626.70 | $566,850.15 |
| | | | | $1,075.50 | 615.80 | $662,292.90 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Natalie Huh | Associate | 2021 | 2020 | $904.50 | 398.20 | $360,171.90 |
| | | | | $1,075.50 | 110.50 | $118,842.75 |
| Cameron Kelly | Associate | 2020 | 2020 | $904.50 | 89.50 | $80,952.75 |
| | | | | $1,075.50 | 73.70 | $79,264.35 |
| Sara Turk | Associate | 2021 | 2020 | $904.50 | 69.30 | $62,681.85 |
| Kelsey Sullivan | Associate | 2021 | 2020 | $904.50 | 259.30 | $234,536.85 |
| | | | | $1,075.50 | 166.90 | $179,500.95 |
| Reece Pelley | Associate | 2021 | 2020 | $904.50 | 171.30 | $154,940.85 |
| Zane Muller | Associate | 2022 | 2020 | $904.50 | 119.60 | $108,178.20 |
| | | | | $1,075.50 | 70.00 | $75,285.00 |
| Jeffery Arnier | Associate | 2021 | 2021 | $841.50 | 141.00 | $118,651.50 |
| | | | | $985.50 | 6.30 | $6,208.65 |
| John Super | Associate | 2021 | 2020 | $904.50 | 9.50 | $8,592.75 |
| Brenna Ledvora | Associate | 2021 | 2021 | $985.50 | 553.50 | $545,474.25 |
| | | | | $1,174.50 | 78.00 | $91,611.00 |
| Sydney Snower | Associate | 2022 | 2021 | $841.50 | 295.60 | $248,747.40 |
| | | | | $985.50 | 402.80 | $396,959.40 |
| | | | | $1,174.50 | 0.40 | $469.80 |
| Tanmayi Sharma | Associate | 2022 | 2021 | $841.50 | 198.20 | $166,785.30 |
| | | | | $985.50 | 9.70 | $9,559.35 |
| | | | | $1,174.50 | 0.30 | $352.35 |
| Destiny Rose Murphy | Associate | 2023 | 2022 | $747.00 | 167.80 | $125,346.60 |
| | | | | $891.00 | 64.20 | $57,202.20 |
| Shavonne Teo | Associate | 2022 | 2021 | $985.50 | 91.40 | $90,074.70 |
| Kiersten Whitfield | Associate | 2022 | 2022 | $841.50 | 178.50 | $150,207.75 |
| | | | | $985.50 | 120.90 | $119,146.95 |
| | | | | $1,174.50 | 1.60 | $1,879.20 |
| Mark Fuchs | Associate | 2023 | 2022 | $841.50 | 113.80 | $95,762.70 |
| | | | | $985.50 | 139.30 | $137,280.15 |
| Jeffrey Boxer | Associate | 2022 | 2022 | $747.00 | 146.00 | $109,062.00 |
| | | | | $891.00 | 388.90 | $346,509.90 |
| Jacob Denz | Associate | 2021 | 2021 | $985.50 | 180.40 | $177,784.20 |
| James Bailey | Associate | 2021 | 2019 | $936.00 | 14.20 | $13,291.20 |
| Jack Robbins | Law Clerk | 2023 | 2022 | $508.50 | 593.20 | $301,642.20 |
| | Associate | | | $747.00 | 220.40 | $164,638.80 |
| | | | | $891.00 | 322.10 | $286,991.10 |
| Ben Carroll | Associate | 2023 | 2022 | $747.00 | 243.40 | $181,819.80 |
| | | | | $891.00 | 739.10 | $658,538.10 |
| | | | | $1,075.50 | 69.70 | $74,962.35 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Elijah Turner | Law Clerk | 2023 | 2022 | $508.50 | 409.90 | $208,434.15 |
| | Associate | | | $747.00 | 37.20 | $27,788.40 |
| | | | | $891.00 | 495.60 | $441,579.60 |
| | | | | $1,075.50 | 5.00 | $5,377.50 |
| Jonathan Abrams | Law Clerk | 2023 | 2022 | $508.50 | 249.70 | $126,972.45 |
| | Associate | | | $891.00 | 416.10 | $370,745.10 |
| | | | | $1,075.50 | 21.20 | $22,800.60 |
| Angela Nelson | Associate | 2022 | 2022 | $747.00 | 499.30 | $372,977.10 |
| | | | | $891.00 | 207.40 | $184,793.40 |
| Michael Wittmann | Associate | 2023 | 2022 | $747.00 | 478.70 | $357,588.90 |
| | | | | $891.00 | 145.80 | $129,907.80 |
| | | | | $1,075.50 | 18.30 | $19,681.65 |
| Adelyn Curran | Associate | 2022 | 2022 | $747.00 | 144.30 | $107,792.10 |
| Cara Mund | Law Clerk | 2022 | 2022 | $508.50 | 757.10 | $384,985.35 |
| | Associate | | | $792.00 | 115.00 | $91,080.00 |
| | | | | $891.00 | 77.10 | $68,696.10 |
| Marissa Smith | Associate | 2023 | 2022 | $747.00 | 221.20 | $165,236.40 |
| | | | | $891.00 | 185.60 | $165,369.60 |
| Gavin Coyle | Law Clerk | 2023 | 2022 | $508.50 | 78.40 | $39,866.40 |
| | Associate | | | $747.00 | 71.90 | $53,709.30 |
| | | | | $891.00 | 269.70 | $240,302.70 |
| Yanai Ben Gigi | Law Clerk | 2023 | 2022 | $544.50 | 57.70 | $31,417.65 |
| | Associate | | | $891.00 | 221.90 | $197,712.90 |
| Arielle Gerber | Law Clerk | 2023 | 2022 | $508.50 | 64.20 | $32,645.70 |
| | Associate | | | $747.00 | 322.40 | $240,832.80 |
| | | | | $891.00 | 187.70 | $167,240.70 |
| Alec Bahramipour | Law Clerk | 2023 | 2022 | $508.50 | 348.00 | $176,958.00 |
| Rachel Harrington | Law Clerk | 2024 | 2023 | $544.50 | 225.30 | $122,675.85 |
| Alfonso Sanchez-Eguibar | Law Clerk | 2024 | 2023 | $508.50 | 7.10 | $3,610.35 |
| | | | | $544.50 | 42.90 | $23,359.05 |
| Grace Heinerikson | Law Clerk | 2024 | 2023 | $544.50 | 202.50 | $110,261.25 |
| | Associate | | | $792.00 | 79.60 | $63,043.20 |
| | | | | $954.00 | 1.70 | $1,621.80 |
| Johnston Hill | Law Clerk | 2024 | 2023 | $544.50 | 811.00 | $441,589.50 |
| | Associate | | | $792.00 | 86.60 | $68,587.20 |
| | | | | $954.00 | 8.00 | $7,632.00 |
| Carla Neye | Law Clerk | 2024 | 2023 | $544.50 | 331.30 | $180,392.85 |
| | Associate | | | $792.00 | 2.70 | $2,138.40 |
| Taylor Ross | Law Clerk | 2024 | 2023 | $544.50 | 397.10 | $216,220.95 |
| Michael Quinan | Law Clerk | 2023 | 2023 | $544.50 | 288.30 | $156,979.35 |
| | Associate | | | $792.00 | 27.40 | $21,700.80 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Nash Santhanam | Law Clerk | 2024 | 2023 | $544.50 | 130.80 | $71,220.60 |
| | Associate | | | $792.00 | 132.50 | $104,940.00 |
| Brendan Ferguson | Law Clerk | 2024 | 2023 | $544.50 | 268.10 | $145,980.45 |
| | Associate | | | $792.00 | 56.80 | $44,985.60 |
| | | | | $954.00 | 0.60 | $572.40 |
| Liam Murphy | Law Clerk | - | 2022 | $508.50 | 5.30 | $2,695.05 |
| Jillian Farley | Law Clerk | 2024 | 2023 | $544.50 | 107.00 | $58,261.50 |
| | Associate | | | $792.00 | 10.40 | $8,236.80 |
| Erin Simmonds | Law Clerk | 2023 | 2023 | $544.50 | 75.10 | $40,891.95 |
| | Associate | | | $792.00 | 9.00 | $7,128.00 |
| Mary Trainor | Law Clerk | 2023 | 2022 | $508.50 | 123.90 | $63,003.15 |
| | Associate | | | $747.00 | 153.10 | $114,365.70 |
| | | | | $891.00 | 15.30 | $13,632.30 |
| Seth Rosenberg | Law Clerk | 2023 | 2022 | $508.50 | 52.60 | $26,747.10 |
| | Associate | | | $747.00 | 382.40 | $285,652.80 |
| Julian Schoen | Associate | 2022 | 2022 | $747.00 | 12.40 | $9,262.80 |
| | | | | $891.00 | 43.40 | $38,669.40 |
| Todd Riegler | Attorney | 2002 | 2001 | $445.50 | 1.10 | $490.05 |
| | | | | $481.50 | 1.10 | $529.65 |
| John Volpe | Attorney | 1988 | 1987 | $445.50 | 82.60 | $36,798.30 |
| Alanna D. Martin | Attorney | 2006 | 2004 | $445.50 | 60.30 | $26,863.65 |
| Marika Szczech | Attorney | 2009 | 2008 | $445.50 | 21.50 | $9,578.25 |
| **Associate, Law Clerk, & Attorney Total** | | | | | **30,239.60** | **$27,214,478.55** |
| **Lawyers Total** | | | | | **45,367.80** | **$49,593,058.65** |
| Barbara J. Howell | Paralegal | - | - | $432.00 | 5.00 | $2,160.00 |
| Connie Kim | Paralegal | - | - | $432.00 | 53.70 | $23,198.40 |
| | | | | $463.50 | 8.90 | $4,125.15 |
| | | | | $535.50 | 3.10 | $1,660.05 |
| Michael Guerrero | Paralegal | - | - | $432.00 | 0.90 | $388.80 |
| | | | | $463.50 | 17.10 | $7,925.85 |
| Maeve Anderson | Paralegal | - | - | $463.50 | 19.60 | $9,084.60 |
| Michael Alvarez | Paralegal | - | - | $463.50 | 10.70 | $4,959.45 |
| Rubab Hyder | Paralegal | - | - | $432.00 | 2.00 | $864.00 |
| Scott Freedberg | Paralegal | - | - | $463.50 | 2.50 | $1,158.75 |
| Olga Garcia | Sr. Paralegal | - | - | $643.50 | 12.90 | $8,301.15 |
| | | | | $688.50 | 2.90 | $1,996.65 |
| Dave Scholz | Graphics Coordinator | - | - | $432.00 | 5.10 | $2,203.20 |
| Jonathan Land | Litig. Support | - | - | $328.50 | 10.70 | $3,514.95 |
| Konstantin Dementiev | Litig. Support | - | - | $157.50 | 17.60 | $2,772.00 |
| Ho Man Chan | Litig. Support | - | - | $157.50 | 0.80 | $126.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Joe Liao | Litig. Support | - | - | $157.50 | 11.30 | $1,779.75 |
| | | | | $171.00 | 0.50 | $85.50 |
| **Non-Legal Personnel Total** | | | | | **185.30** | **$76,304.25** |
| 50% Non-Working Travel | | | | | | -$82,650.61 |
| **GRAND TOTAL** | | | | | **45,553.10** | **$49,586,712.29** |

**Blended Hourly Rate:  $1,088.55**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY[1]**
**(NOVEMBER 13, 2022 THROUGH AND INCLUDING OCTOBER 8, 2024)**

| Project Name | Hours | Fee Amount |
|---|---|---|
| ASSET ANALYSIS AND RECOVERY | 7,483.00 | $8,522,854.65 |
| AVOIDANCE ACTION ANALYSIS | 3,603.50 | $4,093,290.90 |
| BANKRUPTCY LITIGATION | 5,872.00 | $7,181,801.55 |
| BOARD / CORPORATE GOVERNANCE | 749.80 | $1,143,948.60 |
| CASE ADMINISTRATION | 377.20 | $465,615.00 |
| EMPLOYMENT AND FEE APPLICATIONS | 1,235.40 | $1,566,585.00 |
| PLAN AND DISCLOSURE STATEMENT | 131.80 | $228,927.15 |
| INVESTIGATION | 19,989.20 | $19,148,731.65 |
| GRAYSCALE LITIGATION | 456.20 | $557,823.15 |
| BAHAMAS LITIGATION | 2,849.70 | $3,413,566.35 |
| FRIEDBERG LITIGATION | 1,257.10 | $1,368,371.70 |
| BANKMAN/FRIED LITIGATION | 254.90 | $249,167.70 |
| EMBED/ROCKET LITIGATION | 97.40 | $132,799.50 |
| EXAMINER | 803.40 | $1,043,736.75 |
| MDL | 283.30 | $386,842.05 |
| NON-WORKING TRAVEL | 109.20 | $165,301.20 |
| 50% NON-WORKING TRAVEL | | -$82,650.61 |
| **TOTAL** | **45,553.10** | **$49,586,712.29** |

---

[1]    The subject matter of certain time entries may be appropriate for more than one project category.  In such instances, time entries generally have been included in the most appropriate category.  Time entries do not appear in more than one category.

**EXPENSE SUMMARY FOR THE FINAL FEE PERIOD**
**(NOVEMBER 13, 2022 THROUGH AND INCLUDING OCTOBER 8, 2024)**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[1] if Applicable** | **Amount** |
| Lexis Courtlink | Lexis | $817.32 |
| Attorney Service | | $59.13 |
| Photocopying | | $22.50 |
| Outside Record Production | | $34.50 |
| Express Mail | | $276.28 |
| Transcripts | | $405.62 |
| Filing Fee | | $73.30 |
| Online Research | | $8,512.00 |
| Legal Research | | $510.00 |
| Delivery/Courier | | $392.25 |
| Messenger | | $534.50 |
| Document Reproduction ($.10/page) | | $4,078.00 |
| Color Document Reproduction ($.25/page) | | $867.25 |
| Color Document Reproduction ($.40/page) | | $2,782.40 |
| Corporate search | | $25.18 |
| Velobind | | $92.30 |
| Service of Process | | $7,199.08 |
| Document Services | | $23,591.07 |
| Document Hyperlinking Service | | $637.50 |
| Tabs | | $14.25 |
| Travel and Expenses | | $32,157.09 |
| Local meals | | $1,100.60 |
| Other | | $203.20 |
| **TOTAL** | | **$84,385.32** |

---

[1] Quinn Emanuel may use one or more service providers.  The service providers identified herein are the primary service providers for the categories described.

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES
(NOVEMBER 13, 2022 THROUGH AND INCLUDING OCTOBER 8, 2024)**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Firm-wide for Fiscal Year (FY 2024)[1] | Billed to Debtors November 13, 2022 through and including October 8, 2024 |
| Partner | $1,671.18 | $1,583.30 |
| Counsel | $1,433.22 | $1,256.90 |
| Associate | $1,134.20 | $899.96 |
| Paraprofessional | $488.62 | $411.79 |
| Aggregated | $1,181.80 | $1,088.55 |

---

[1]    The amounts in this column reflect the blended rate for all timekeepers at Quinn Emanuel in the firm's U.S. offices.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: April 17, 2025 at 10:00 a.m. (ET)**<br>**Objection Deadline: January 31, 2025 at 4:00 p.m. (ET)** |

**FINAL FEE APPLICATION OF**
**QUINN EMANUEL URQUHART & SULLIVAN, LLP FOR SERVICES RENDERED**
**AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM**
**NOVEMBER 13, 2022 THROUGH AND INCLUDING OCTOBER 8, 2024**

Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), special counsel to FTX

Trading Ltd. and its affiliated debtors and debtors-in-possession in the above-captioned cases

(collectively the "Debtors"), hereby submits this *Final Fee Application of Quinn Emanuel*

*Urquhart & Sullivan, LLP for Services Rendered and Reimbursement of Expenses for the Period*

*from November 13, 2022 Through and Including October 8, 2024* (the "Final Fee Application")

for final allowance of compensation for professional services rendered and reimbursement of

expenses incurred for the period from November 13, 2022  through and including October 8, 2024

(the "Final Fee Period").  In support of the Final Fee Application, Quinn Emanuel respectfully

states as follows:

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification
number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these
Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax
identification numbers is not provided herein.  A complete list of such information may be
obtained on the website of the Debtors' claims and noticing agent at
https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity
Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's,
Antigua and Barbuda.

**Background**

1.      On November 11 and November 14, 2022,[2] the Debtors filed voluntary chapter 11 petitions for relief.  The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108.   Joint administration of the Debtors' cases (the "Chapter 11 Cases") was authorized by the Court by entry of an order on November 22, 2022 [D.I. 128].  On December 15, 2022, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an Official Committee of Unsecured Creditors (the "Committee") pursuant to Bankruptcy Code section 1102 [D.I. 231].

2.      On January 9, 2023, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 435] (the "Interim Compensation Order").

3.      On January 20, 2023, the Court entered the *Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel for the Debtors and Debtors in Possession,* Nunc Pro Tunc *to November 13, 2022* [D.I. 548], authorizing the retention and employment of Quinn Emanuel as the Debtors' special counsel, *nunc pro tunc* to November 13, 2022.

4.      On March 8, 2023, the Court entered the *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [D.I. 834] appointing Katherine Stadler (the "Fee Examiner") to serve as the fee examiner in these Chapter 11 Cases and establishing certain procedures in connection therewith.

---

[2]    November 11, 2022 is the petition date for all Debtors, except for Debtor West Realm Shires Inc.

5.      In accordance with the Interim Compensation Order, Quinn Emanuel filed twenty-three monthly fee applications [D.I. 644, 813, 1241, 1399, 1574, 1827, 2102, 2445, 2772, 3628, 4209, 5119, 6868, 8309, 10727, 12928, 16374, 19618, 22098, 24023, 26049, 27478, 27971] (collectively the "Monthly Fee Applications") and eight interim fee applications [D.I. 1117, 1648, 2531, 4850, 9543, 17694, 24754, 28847] (collectively the "Interim Fee Applications" and, together with the Monthly Fee Applications, the "Quinn Emanuel Fee Applications") over the course of these Chapter 11 Cases.  The Quinn Emanuel Fee Applications and all exhibits and attachments thereto are incorporated herein by reference.[3]

6.      On October 8, 2024, the Court entered the *Findings of Fact, Conclusions of Law and Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 26404] (the "Confirmation Order") confirming the *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* (the "Plan").   The Plan sets forth the procedures for final requests for payment of Professional Fee Claims (as defined therein).

7.      On January 3, 2025, the Plan went effective.  *See* [D.I. 29127].

### Jurisdiction

8.      The Court has jurisdiction to consider this Final Fee Application pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper in the Court pursuant to

---

[3]     Due to the voluminous nature thereof, the Quinn Emanuel Fee Applications are not attached hereto.  They may be obtained free of charge upon written request to the undersigned counsel or on the website maintained by the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/FTX.

28 U.S.C. §§ 1408 and 1409.  Pursuant to Local Rule 9013-1(f), the Debtors consent to the entry of a final order or judgment by the Court in connection with this Final Fee Application to the extent it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

### Relief Requested

9.      By this Final Fee Application and in accordance with the Interim Compensation Order, Quinn Emanuel makes this application for final allowance and payment as an administrative expense of the Debtors' estates of compensation in the amount of $49,586,712.29 for reasonable and necessary professional services rendered and $84,385.32 for actual and necessary expenses incurred over the course of these Chapter 11 Cases.

10.     As the Debtors' special counsel, Quinn Emanuel has not been providing routine chapter 11 services.  Rather, it has been tasked with specialized, complex litigation and investigatory roles, including investigating, analyzing, and prosecuting significant claims for the benefit of the estates.  Quinn Emanuel thus has been required to utilize some of its most experienced attorneys to provide the highest quality representation for the Debtors and to respond to various urgent needs to protect and maximize the value of the estates.  Quinn Emanuel has and will continue to minimize duplication with the Debtors' other counsel.

### Compensation Requested

11.     The services performed by Quinn Emanuel during the Final Fee Period included, among others, asset analysis and recovery, avoidance action analysis, bankruptcy litigation, board of directors and corporate governance, investigations, and general case administration.

12.     Attached to each of the Monthly Fee Applications as **Exhibit A** is a detailed itemization, by project category, of all services performed by Quinn Emanuel with respect to the

Chapter 11 Cases during the applicable monthly fee period.  This detailed itemization complies with Local Rule 2016-2 in that each time entry (i) contains a separate time allotment, (ii) contains a description of the type of activity and the subject matter of the activity, (iii) is billed in increments of one-tenth (1/10) of an hour, (iv) is presented chronologically in categories, and (v) individually identifies all meetings or hearings.

13.    The timekeepers who rendered services related to each category are identified in **Exhibit A** to each of the Monthly Fee Applications, along with the number of hours for each individual and the total compensation sought by each category.  All services for which Quinn Emanuel requests compensation were performed for, or on behalf of, the Debtors.

### Expense Reimbursement

14.    Quinn Emanuel incurred out-of-pocket expenses during the Final Fee Period in the amount of $84,385.32.  Attached to each of the Monthly Fee Applications as **Exhibit B** is a description of the expenses actually incurred by Quinn Emanuel in the performance of services rendered as Special Counsel to the Debtors over the course of these Chapter 11 Cases. The expenses are broken down into categories of charges, which may include, among other things, the following charges: photocopying, printing, outgoing facsimiles, document retrieval, postage, third-party conference calls, messenger service, transcripts, computerized legal research, filing fees, working meals, secretarial overtime, and other expenses.

15.    In accordance with section 330 of the Bankruptcy Code, Quinn Emanuel seeks reimbursement only for the actual cost of such expenses to Quinn Emanuel.  Quinn Emanuel submits that all such expenses incurred were customary, necessary, and related to the Chapter 11 Cases and, by this Final Fee Application, requests reimbursement of the same.

**Valuation of Services**

16.    Professionals of Quinn Emanuel have expended a total of 45,553.1 hours in connection with services rendered in these Chapter 11 Cases during the Final Fee Period.

17.    The amount of time spent by each of the professionals providing services to the Debtors for the Final Fee Period is set forth in detail in each of the Monthly Fee Applications as **Exhibit A**.  The rates are Quinn Emanuel's normal hourly rates of compensation for work of this character, discounted by 10%.

18.    The reasonable value of the services rendered by Quinn Emanuel for the Final Fee Period as Special Counsel for the Debtors in these Chapter 11 Cases is $49,586,712.29.

19.    Quinn Emanuel believes that the time entries included in **Exhibit A** and the expense breakdown set forth in **Exhibit B** attached to each of the Monthly Fee Applications are in compliance with the requirements of Local Rule 2016-2.

20.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given the complexities of these Chapter 11 Cases, the time expended, the nature and extent of the services rendered, the value of such services, and the costs of comparable services other than in a case under this title.

**Certificate of Compliance and Waiver**

21.    The undersigned representative of Quinn Emanuel certifies that he has reviewed the requirements of Local Rule 2016-2 and that the Final Fee Application substantially complies with such rule.  To the extent that the Final Fee Application does not comply in all respects with the requirements of Local Rule 2016-2, Quinn Emanuel believes that such deviations are not material and respectfully requests that any such requirements be waived.

**Notice and No Prior Request**

22.     Notice of this Final Fee Application has been provided to: (a) the U.S. Trustee; (b) the Committee; (c) the Fee Examiner; and (d) all other parties required to be given notice in the Interim Compensation Order.  Quinn Emanuel submits that, in light of the nature of the relief requested, no other or further notice need be provided.

23.     No prior request for the relief sought in this Final Fee Application has been made to this or any other Court.

**Conclusion**

WHEREFORE, Quinn Emanuel respectfully requests that the Court (a) approve the Final Fee Application and (b) grant such further relief as is just and proper.

Dated: New York, New York         _/s/ Sascha N. Rand_____
      January 10, 2025              Sascha N. Rand
                                  Partner, Quinn Emanuel Urquhart &  Sullivan, LLP