**Exhibit C**

**Expense Summary for the Application Period**

**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(NOVEMBER 11, 2022 THROUGH AND INCLUDING OCTOBER 8, 2024)**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[1] if Applicable** | **Amount** |
| Travel and expenses | | $94,538.34 |
| Repro - B&W Copies | | $18,385.00 |
| Repro - Color Copies | | $21,325.00 |
| Outside Reproduction | Perfect Imaging Record Press, Inc. | $11,700.72 |
| Delivery/Courier | | $16,148.62 |
| Conference Room Dining | | $47,404.34 |
| Meals - Overtime | | $46,966.34 |
| Local Transportation | Magna Legal Services, Veritext | $170,185.76 |
| Filing Fees | | $178,438.57 |
| Telephonic court appearance | | $1,120.00 |
| Outside Professional Services | Esquire Deposition Solutions, LLC, South Square Barristers, Page Vault, TSG Reporting, Inc., Millnet Document Services and Lionbridge | $165,944.84 |
| Case Storage | | $2,895.10 |
| Trial Transcripts | | $6,876.89 |
| CT Corp/CSC | | $3,345.08 |
| Pro Hac Fees | | $300.00 |
| Deposition Transcripts | | $13,781.03 |
| **TOTAL** | | **$799,355.68** |

---

[1]   S&C may use one or more service providers.  The service providers identified herein are the primary service providers for the categories described.