## Exhibit D

**Customary and Comparable Compensation Disclosures**

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

| Category | FTX Trading Ltd.[*] November 2022 through October 2024 | | Firm[**] Total Firm Bills Allocated to Non-BK General Domestic Timekeepers from November 2022 through October 2024 | |
|---|---|---|---|---|
| | Blended Hourly Rate | % of Total Hours | Blended Hourly Rate | % of Total Hours |
| Partners and Counsels [(1)] | $2,108 | 45% | $2,025 | 31% |
| Associate [(2)] | $1,099 | 46% | $1,047 | 61% |
| Non-Lawyer [(3)] | $462 | 9% | $551 | 8% |
| **All Timekeepers Average** | **$ 1,221** | **100%** | **$ 1,304** | **100%** |

[(1)] Includes Special Counsel, Of Counsel, Senior Counsel

[(2)] Includes Senior Associate (Level 5-8), Practice Area Associates, and Junior Associate (Level 1-4)

[(3)] Includes Summer Associate, Interns, Paralegals, Legal Analyst, Research Analyst, and Electronic Discovery

[*] Includes No Charge entries on various projects. No Charge entries were included on the fee applications with a $0 rate.

[**] Includes non-BK work of BK timekeepers and all work of other domestic timekeepers, excluding litigation matters and all write-offs (bills or collections less than 60% of standard rates).

4901-9686-9133 v.2