Dear court i am case 88944
S.Hakze, my English is not really great, but I had help from Kroll, who advised me to contact you as soon as possible and explain what is going on.
In your 71 pages PDF it said to object, according to them...
I had 2 profiles at FTX
stanhakze@gmail.com
stefanharmsen1958@gmail.com
The last one was my trade profile and in order to provide proof of my history, I first have to be able to log in and that doesn't work.
according to FTX mailcontact, that profile does not exist if a new login code is not sent... I think they transferred my Bitcoins there to another wallet and deleted it including the meta data...
I can prove solo that I started there with 46 etherium and converted them into BTC there... (proof from my ether scan in the attachment) All this was also sent to the wrong court in New York according to Kroll in paper version... so now let's leave it here, sorry.
On the other hand, FTX sends me 2 links to try to log in from pages that are not operational... 1 big nonsense that FTX... how do I get my BTC back? Impossible to expect help from FTX to deny everything they always do... I can never in my history of stefanharmsen1958@gmail.com they tell me the profile does not exist.
I want my 16.3 BTC from the end back there or whatever, if necessary my starting 46 etherium to get some peace of mind with it.

Regards,
S.Hakze
Jan Doret 14
Willemstad at Curaçao

Your request (256574) has been updated.

To add additional comments, reply to this email.

**Rigel** (Please use support.ftx.com)

Hello,

Try using a different platform like FTX.com and FTX.US when you login.

Thank you,

FTX Customer Support



FTX Homepage
ftx.us



The FTX website is not operational.

Please see
https://restructuring.ra.kroll.com/FTX
for more information

For any claims related questions or inquiries, please visit the FTX Customer Portal at https://claims.ftx.com

 FTX Homepage
ftx.com



The FTX website is not operational.

Please see
https://restructuring.ra.kroll.com/FTX
for more information

For any claims related questions or inquiries, please visit the FTX Customer Portal at https://claims.ftx.com



**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred Nineteenth Omnibus Claims Objection**
**Schedule 1 - No Liability Claims**

| | Name | Debtor | Tickers | |
|---|---|---|---|---|
| | Hakze, Stanley | FTX Trading Ltd. | BULL | 16.300000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts









Clerk of the United Bankruptcy
Court for district of Delaware
824 Market Street 3rd Floor
Wilmington Delaware 19801
United States America

